**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital,[1] | ) ) ) ) | Case No. 19-11466 (___) |
| Debtor. | ) ) | (Joint Administration Requested) |
| Tax I.D. No.: 82-2813341 | ) | |
| In re: | ) ) | Chapter 11 |
| Philadelphia Academic Health System, LLC, | ) ) ) | Case No. 19-11467 (___) |
| Debtor. | ) ) | (Joint Administration Requested) |
| Tax I.D. No.: 82-2918681 | ) ) | |
| In re: | ) ) | Chapter 11 |
| St. Christopher's Healthcare, LLC, | ) ) ) | Case No. 19-11468 (___) |
| Debtor. | ) ) | (Joint Administration Requested) |
| Tax I.D. No.: 82-2828395 | ) ) | |
| In re: | ) ) | Chapter 11 |
| Philadelphia Academic Medical Associates, LLC, | ) ) ) | Case No. 19-11469 (___) |
| Debtor. | ) ) | (Joint Administration Requested) |
| Tax I.D. No.: 82-2878165 | ) ) | |
| In re: | ) ) | Chapter 11 |
| HPS of PA, L.L.C., | ) ) ) | Case No. 19-11470 (___) |
| Debtor. | ) ) | (Joint Administration Requested) |
| Tax I.D. No.: 46-3301617 | ) | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SCHC Pediatric Associates, L.L.C., | ) Case No. 19-11471 (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. No.: 75-2870527 | ) |
| In re: | ) Chapter 11 |
| | ) |
| St. Christopher's Pediatric Urgent Care Center, L.L.C., | ) Case No. 19-11472 (___) |
| | ) (Joint Administration Requested) |
| Debtor. | ) |
| Tax I.D. No.: 45-4656447 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SCHC Pediatric Anesthesia Associates, L.L.C., | ) Case No. 19-11473 (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. No.: 26-4472326 | ) |
| In re: | ) Chapter 11 |
| | ) |
| StChris Care at Northeast Pediatrics, L.L.C., | ) Case No. 19-11474 (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. No.: 20-5474056 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TPS of PA, L.L.C., | ) Case No. 19-11475 (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. No.: 75-2784862 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TPS II of PA, L.L.C., | ) Case No. 19-11476 (___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| Tax I.D. No.: 75-2835534 | ) |

35513589.2 07/01/2019

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TPS III of PA, L.L.C., | ) | Case No. 19-11477 (___) |
| | ) | |
|               Debtor. | ) | (Joint Administration Requested) |
| Tax I.D. No.: 75-2835536 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TPS IV of PA, L.L.C., | ) | Case No. 19-11478 (___) |
| | ) | |
|               Debtor. | ) | (Joint Administration Requested) |
| Tax I.D. No.: 75-2835537 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TPS V of PA, L.L.C., | ) | Case No. 19-11479 (___) |
| | ) | |
|               Debtor. | ) | (Joint Administration Requested) |
| Tax I.D. No.: 75-2835540 | ) | |

**MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Center City Healthcare, LLC d/b/a Hahnemann University Hospital ("**CCH**") and its affiliated debtors and debtors in possession (the "**Debtors**"), by and through their undersigned proposed counsel, hereby file this motion (the "**Motion**"), pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), directing the joint administration of the above-captioned chapter 11 cases (these "**Chapter 11 Cases**"). In support of the Motion, the Debtors rely on and incorporate by reference the *Declaration of Allen Wilen in Support of First Day Relief* (the "**First Day Declaration**"), and respectfully represent as follows:

3

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409. Pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this matter to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## BACKGROUND

2. On June 30, 2019 and on the date hereof (together, the "**Petition Date**"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases, and no committees have been appointed or designated.

3. A description of the Debtors' businesses, capital structure, the reasons for commencing the Chapter 11 Cases, the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the First Day Declaration filed contemporaneously herewith.

## RELIEF REQUESTED

4. By this Motion, the Debtors request the entry of the Proposed Order pursuant to section 342(c)(1) of the Bankruptcy Code, Bankruptcy Rule 1015, and Local Rule 1015-1,

substantially in the form of the Proposed Order, authorizing the consolidation and joint administration of the Debtors' chapter 11 cases for procedural purposes only and directing parties in interest to use a consolidated caption indicating that any pleadings filed relate to the jointly administered bankruptcy cases of "Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*" Specifically, the Debtors request that the Court maintain one file and one docket for all of these Chapter 11 Cases, and that these Chapter 11 Cases be administered under the following consolidated caption (the "**Consolidated Caption**"):

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (___) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

5. The Debtors also request that the Court make separate docket entries in each of the Debtors' chapter 11 cases (except that of Central City Healthcare, LLC), substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Center City Healthcare, LLC d/b/a Hahnemann University Hospital (Case No. 19-11466 ( )) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 19-11466 ( ) should be consulted for all matters affecting this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**BASIS FOR RELIEF**

6. Bankruptcy Rule 1015(b)(4) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors in these Chapter 11 Cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code:

> The term "affiliate" means—
>
> (A)  entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor . . . .
>
> (B)  corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor . . . .
>
> (C)  person whose business is operated under a lease or operating agreement by a debtor, or person substantially all of whose property is operated under an operating agreement with the debtor; or
>
> (D)  entity that operates the business or substantially all of the property of the debtor under a lease or operating agreement.

7. Moreover, section 105(a) of the Bankruptcy Code provides the Court with the power to grant the relief requested herein by permitting the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the [Bankruptcy Code]." 11 U.S.C. § 105(a).

8. In addition, Local Rule 1015-1 provides additional authority for the Court to order joint administration of these Chapter 11 Cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an

affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties . . . .

9. Joint administration of the Debtors' cases is warranted in the present case because it will ease the administrative burden on the Court and the parties. In particular, joint administration of the Debtors' cases will eliminate the need for duplicate pleadings, notices, and orders in each of the respective dockets and will save the Court, the Debtors, and other parties in interest substantial time and expense when preparing and filing such documents. Further, joint administration will protect parties in interest by ensuring that they will be apprised of the various motions filed with the Court with respect to each of the Debtors' cases. Joint administration of these Chapter 11 Cases will not adversely affect the Debtors' respective constituencies because this Motion requests only administrative, not substantive, consolidation of the Debtors' estates. Therefore, for the foregoing reasons, joint administration of the Debtors' Chapter 11 Cases is appropriate under Bankruptcy Rule 1015(b) and Local Rule 1015.

10. The relief requested in this Motion is commonly granted by this Court. *See, e.g.*, *In re Insys Therapeutics, Inc.*, Case No. 19-11292 (KG) (Bankr. D. Del. June 11, 2019) [D.I. 45] (order directing joint administration of chapter 11 cases); *In re Hospital Acquisition LLC*, Case No. 19-10998 (BLS) (Bankr. D. Del. May 8, 2019) [D.I. 36] (same); *In re Promise Healthcare Group, LLC*, Case No. 18-12491 (CSS) (Bankr. D. Del. Nov. 6, 2018) [D.I. 40] (same); *In re Welded Construction, L.P.*, Case No. 18-12378 (KG) (Bankr. D. Del. Oct. 23, 2018) [D.I. 33] (same); *In re ATD Corp.*, Case No. 18-12221 (KJC) (Bankr. D. Del. Oct. 5, 2018) [D.I. 97] (same).

11. For these reasons, the Debtors submit that the relief requested herein is in the best interest of the Debtors, their estates, creditors and other parties in interest and should be granted. No previous request for the relief sought herein has been made to this or any other court.

## NOTICE

12. The Debtors have provided notice of the filing of the Motion to: (i) the Office of the United States Trustee; (ii) the Debtors' 30 largest unsecured creditors on a consolidated basis; (iii) counsel to MidCap Funding IV Trust; (iv) Drexel University d/b/a Drexel University College of Medicine; (v) the Debtors' unions; (vi) the Internal Revenue Service; (vii) the United States Attorney for the District of Delaware; (viii) the United States Department of Justice; (ix) the Pennsylvania Attorney General's Office; (x) the Pennsylvania Department of Human Services; (xi) the City of Philadelphia; and (xii) any party that has requested notice pursuant to Bankruptcy Rule 2002.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: July 1, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:*/s/ Monique B. DiSabatino*
   Mark Minuti (DE Bar No. 2659)
   Monique B. DiSabatino (DE Bar No. 6027)
   1201 N. Market Street, Suite 2300
   P.O. Box 1266
   Wilmington, DE 19899
   Telephone: (302) 421-6800
   Fax: (302) 421-5873
   mark.minuti@saul.com
   monique.disabatino@saul.com

   -and-

   Jeffrey C. Hampton
   Adam H. Isenberg
   Aaron S. Applebaum (DE Bar No. 5587)
   Jeremiah J. Vandermark
   Centre Square West
   1500 Market Street, 38th Floor
   Philadelphia, PA 19102
   Telephone: (215) 972-7700
   Fax: (215) 972-7725
   jeffrey.hampton@saul.com
   adam.isenberg@saul.com
   aaron.applebaum@saul.com
   jeremiah.vandermark@saul.com

   *Proposed Counsel for Debtors and*
   *Debtors in Possession*

35513589.2 07/01/2019