# Exhibit C

**Service Agreement**

# OMNI MANAGEMENT GROUP
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

June 27, 2019

Allen Wilen
Chief Restructuring Officer,
Philadelphia Academic Health System, LLC, *et al.*
c/o EisnerAmper
111 Wood Avenue South
Iselin, NJ 08830

Re: **Omni Management Group Retention letter**

Mr. Wilen:

This letter (the "Agreement") will acknowledge that you have requested Omni Management Group, Inc. ("Omni") to provide services to Philadelphia Academic Health System, LLC ("PAHS") and certain of its affiliates and subsidiaries listed in the signature block of this Agreement (collectively with PAHS, the "Companies") in preparation of, and in connection with, the Companies' potential joint chapter 11 cases. Omni will make itself available to the Companies, *as requested*, for the purposes of assisting the Companies with pre- and post-petition case administration matters including data entry, preparation and management of the creditor matrix, preparation of schedules of assets and liabilities and statements of financial affairs, claims management, noticing, plan solicitation and tabulation, distribution, the development and maintenance of a virtual data room, the development and maintenance of an informational website, and any other services as may be requested by the Companies.

The services to be rendered by Omni will be billed at rates ranging from $25.00 to $155.00 per hour as per the attached rate sheet. Rates are adjusted annually on January 2nd of each year and are subject to increases not to exceed ten (10%) percent per annum. Increases greater than ten (10%) percent per annum will be discussed with you, and be subject to your prior approval, before becoming effective.

For all such services rendered, we require a $20,000 retainer. All charges will be on a portal to portal basis plus reasonable and documented out-of-pocket expenses. Omni shall be compensated on a monthly basis for those services performed by Omni during the preceding calendar month. Amounts due are payable within 7 days of receipt by the Companies.

Each of Omni and the Companies, on behalf of themselves and their respective employees, agents, professionals and representatives, agrees to keep confidential all non-

Allen Wilen
June 27, 2019
Page 2

public records, systems, procedures, software and other information received from the other party in connection with the services provided under this Agreement; provided, however, that if either party reasonably believes that it is required to produce any such information by order of any governmental agency or other regulatory body it may, upon not less than five (5) business days' written notice to the other party, release the required information.  In addition to the foregoing, Omni and PAHS have executed that certain Sub-Business Associate Agreement, dated June 24, 2019, for the purpose of ensuring compliance with the requirements of the Health Insurance Portability and Accountability Act of 1996 and its implementing regulations, as amended and in effect, and relevant state privacy and security laws.

The parties understand that the software programs and other materials furnished by Omni pursuant to this Agreement and/or developed during the course of this Agreement by Omni are the sole property of Omni.  The term "program" shall include, without limitation, data processing programs, specifications, applications, routines, and documentation.  The Companies agree not to copy or permit others to copy the source code from the support software or any other programs or materials furnished pursuant to this Agreement.  The Companies further agree that any ideas, concepts, know-how or techniques relating to data processing or Omni's performance of its services developed during the course of its Agreement by Omni shall be the exclusive property of Omni. Upon the Companies' request at any time or times while this Agreement is in effect, Omni shall immediately deliver to the Companies and/or the Companies' retained professionals, at the Companies' expense, any or all of the non-proprietary data and records held by Omni pursuant to this Agreement, in the form requested by the Companies.

To the fullest extent permitted by applicable law, the Companies shall indemnify and hold harmless Omni and its members, directors, officers, employees, representatives, affiliates, consultants, subcontractors and agents (collectively, the "Indemnified Parties") from and against any and all losses, claims, damages, judgments, liabilities and expenses, whether direct or indirect (including, without limitation, reasonable counsel fees and expenses) (collectively, "Losses") resulting from, arising out of or related to Omni's performance hereunder.  Without limiting the generality of the foregoing, Losses include any liabilities resulting from claims by any third parties against any Indemnified Parties. Omni and the Companies shall notify each other in writing promptly upon the assertion, threat or commencement of any claim, action, investigation or proceeding that either party becomes aware of with respect to the services provided under and pursuant to the Agreement.  The Companies' indemnification of Omni hereunder shall exclude Losses resulting from Omni's gross negligence or willful misconduct.  The Companies' indemnification obligations hereunder shall survive the termination of this Agreement.

Except as expressly provided herein, Omni's liability to the Companies for any Losses, unless due to Omni's gross negligence or willful misconduct, shall be limited to the total amount paid by the Companies for the portion of the particular work that gave rise to the alleged Loss.  In no event shall Omni's liability to the Debtors for any Losses

Allen Wilen
June 27, 2019
Page 3

arising out of this Agreement exceed the total amount actually paid to Omni for services provided under and pursuant to this Agreement. Except in the event of a party's gross negligence or willful misconduct, in no event shall a party be liable to the other party for any indirect, special or consequential damages (such as loss of anticipated profits or other economic loss) in connection with or arising out of the services provided under and pursuant to this Agreement.

This Agreement is terminable at will by the parties hereto upon thirty (30) days written notice. Notwithstanding the foregoing, either party may terminate this Agreement immediately upon written notice in the event of a breach by the other party. In the event that this Agreement is terminated, regardless of the reason for such termination, Omni shall cooperate with the Companies to maintain an orderly transfer of all records, data and information and record keeping functions, and shall provide all necessary staff, services and assistance required for an orderly transfer. The Companies agree to pay for such services in accordance with Omni's then existing prices for such services.

To the extent this Agreement is subject to Section 1861(v)(1)(I) of the Social Security Act and a value of $10,000 or more over a 12-month period, Omni agrees to make available upon written request of the Secretary of Health and Human Services or the United States Comptroller General or any of their duly authorized representatives, this Agreement, and any books, documents, and records of Omni that are necessary to certify the nature and extent of costs incurred by the Companies under this Agreement until the expiration of four years after the termination of this Agreement. Omni agrees that if Omni carries out any of the duties or obligations contemplated by this Agreement through a contract or subcontract with a value of $10,000 or more over a 12-month period, such contract or subcontract shall require this same access to the books, documents, and records of such contractor or subcontractor.

*[The rest of this page intentionally left blank.]*

Allen Wilen
June 27, 2019
Page 4

      Please acknowledge the above by signing and returning a copy of this letter. Should you have any questions regarding the above, please do not hesitate to call me.

                Sincerely,

                Paul H. Deutch
                Senior Vice President

**PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC**
**PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC**
**ST. CHRISTOPHER'S HEALTHCARE, LLC**
**CENTER CITY HEALTHCARE, LLC**
**HPS OF PA, L.L.C.**
**TPS II OF PA, L.L.C.**
**TPS III OF PA, L.L.C.**
**TPS IV OF PA, L.L.L.**
**SCHC PEDIATRIC ASSOCIATES, L.L.C.**
**SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C.**
**ST. CHRISTOPHER'S CARE AT NORTHEAST PEDIATRICS, L.L.C.**
**TPS OF PA, L.L.C.**
**ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C.**
**TPS V OF PA, L.L.C.**

Date: June 30, 2019        By: _____
                                        Allen Wilen
                                        Chief Restructuring Officer

Enc.

cc:    Jeffrey C. Hampton, Esq.
       Monique Bair DiSabatino, Esq.
       Marc Beilinson, Esq.
       Brian Osborne

# Rate Sheet

**WWW.OMNIMGT.COM**

### ▲ Hourly Rates for Standard and Custom Services

| | RATE/COST |
|---|---|
| Analyst | $25.00 - $40.00 per hour |
| Consultants | $50.00 - $125.00 per hour |
| Senior Consultants | $140.00 - $155.00 per hour |
| Equity Services | $175.00 per hour |
| Technology/Programming | $85.00 - $135.00 per hour |
| President/Executive (Brian Osborne and Paul Deutch, with 52 years combined restructuring experience, provide supervisory services at no charge.) | Waived |

### ▲ Printing and Noticing Services

| | |
|---|---|
| Copy | $.10 per image |
| Document folding and insertion | No Charge |
| Labels/Envelope printing | $.035 each |
| E-mail noticing | No charge |
| Bulk E-mail noticing (Over 10,000 parties) | Quote Upon Request |
| Certified email | Quote upon request |
| Facsimile noticing | $.10/image |
| Postage | At cost<br>*(Advance payment required for postage charges over $10,000)* |
| Envelopes | Varies by size |

### ▲ Newspaper and Legal Notice Publishing

| | |
|---|---|
| Coordinate and publish legal notice | Quote prior to publishing |

### ▲ Claims Management

| | |
|---|---|
| Inputting proofs of claim | Hourly rates (No per claim charges) |
| Scanning | $.10/image |
| Remote Internet access for claims management | |
|     Setup | No charge |
|     Access | No charge |

### ▲ Creditor Database

| | |
|---|---|
| Data storage | *Waived for 3 months.*<br>Under 10,000 records - No charge,<br>Over 10,000 records - .05 per record,<br>Over 100,000 records - .04 per record |
| Per image storage | No charge |

### ▲ Informational Website

| | |
|---|---|
| Creation, configuration, and initial setup | No charge |
| Data entry/information updates | $60.00 per hour |
| Programming and customization | $85 - $135.00 per hour |
| Debtor website hosting | No charge |
| Committee website hosting | No charge |



# Rate Sheet

**WWW.OMNIMGT.COM**

| | |
|---|---|
| Shareholder website hosting | No charge |
| Scanning | $.10/image |

### ▲ Virtual Data Rooms

Quote upon request

### ▲ Call Centers / Dedicated Line

| | |
|---|---|
| Creation, configuration and initial setup | No charge |
| Hosting fee | $5.50 per month |
| Usage | $.0825 per minute |
| Service rates (actual talk and log-entry time) | $60.00 per hour |

### ▲ Case Docket / Claims Register

No charge

### ▲ Solicitation and Tabulation

| | |
|---|---|
| Plan and disclosure statement mailings | Quoted prior to printing |
| Ballot tabulation | Standard hourly rates apply |

### ▲ Public Debt and Equities Securities and/Rights Offerings Services

| | |
|---|---|
| Noticing Services | Standard hourly rates apply |
| Solicitation, Balloting and Tabulation | Standard hourly rates apply |
| Rights Offerings | Standard hourly rates apply |
| Security Position Identification Reports | Standard hourly rates apply |

### ▲ Schedules / SoFA

| | |
|---|---|
| Preparation and updating of schedules and SoFAs | $50.00 - $155.00 per hour |

### ▲ UST Reporting Compliance

| | |
|---|---|
| (*e.g*., assist debtors to meet satisfy jurisdicational requirements, preparation of monthly operating and post-confirmation reports) | Standard hourly rates apply |

### ▲ Miscellaneous

| | |
|---|---|
| Telephone charges | At cost |
| Delivery | At cost |
| Archival DVD/CD-Rom | $40.00 per copy |

### ▲ Real-Time Reports

| | |
|---|---|
| Claims dashboard | No charge |
| Claim reports | $25.00 |
| Solicitation dashboard | No charge |
| Tabulation dashboard | No charge |
| Solicitation reports | $25.00 |
| Service list manager | $0.05 per party, per generated list |

