# Exhibit C

**List of Bank Accounts**

| Bank | Acct # | Debtor | Description |
|---|---|---|---|
| Wells Fargo Bank, N.A. | 6063 | Philadelphia Academic Health System, LLC | Master Deposit Account |
| Wells Fargo Bank, N.A. | 6021 | Philadelphia Academic Health System, LLC | Master Concentration Account |
| Wells Fargo Bank, N.A. | 6097 | St. Christopher's Healthcare, LLC | Government Deposit Account |
| Wells Fargo Bank, N.A. | 6005 | St. Christopher's Healthcare, LLC | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 6054 | St. Christopher's Healthcare, LLC | Operating Account |
| Wells Fargo Bank, N.A. | 6096 | St. Christopher's Healthcare, LLC | Payroll Account |
| Wells Fargo Bank, N.A. | 6071 | Center City Healthcare, LLC | Government Deposit Account |
| Wells Fargo Bank, N.A. | 5981 | Center City Healthcare, LLC | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 6039 | Center City Healthcare, LLC | Operating Account |
| Wells Fargo Bank, N.A. | 6070 | Center City Healthcare, LLC | Payroll Account |
| Wells Fargo Bank, N.A. | 8873 | Philadelphia Academic Medical Associates, LLC | Operating Account |
| Wells Fargo Bank, N.A. | 6030 | Philadelphia Academic Health System, LLC | Benefit Claims |
| Wells Fargo Bank, N.A. | 5202 | Philadelphia Academic Health System, LLC | Merchant Credit Card Deposits |
| Wells Fargo Bank, N.A. | 6048 | Philadelphia Academic Health System, LLC | Dental Claims |
| Wells Fargo Bank, N.A. | 4834 | Philadelphia Academic Health System, LLC | Voluntary Benefits |
| Wells Fargo Bank, N.A. | 9500 | HPS of PA, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9518 | HPS of PA, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9526 | SCHC Pediatric Associates, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9534 | SCHC Pediatric Associates, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9542 | St. Christopher's Pediatric Urgent Care Center, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9559 | St. Christopher's Pediatric Urgent Care Center, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9567 | SCHC Pediatric Anesthesia Associates, L.L.C. | Government Deposit Account |

2

| Bank | Acct # | Debtor | Description |
|---|---|---|---|
| Wells Fargo Bank, N.A. | 9575 | SCHC Pediatric Anesthesia Associates, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9310 | StChris Care at Northeast Pediatrics, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9328 | StChris Care at Northeast Pediatrics, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9336 | TPS of PA, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9344 | TPS of PA, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9351 | TPS II of PA, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9369 | TPS II of PA, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9377 | TPS III of PA, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9385 | TPS III of PA, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9393 | TPS IV of PA, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9401 | TPS IIV of PA, L.L.C. | Non-Government Deposit Account |
| Wells Fargo Bank, N.A. | 9419 | TPS V of PA, L.L.C. | Government Deposit Account |
| Wells Fargo Bank, N.A. | 9146 | TPS V of PA, L.L.C. | Non-Government Deposit Account |

| Bank | Acct # | Debtor | Description |
| --- | --- | --- | --- |
| Bank of America, N.A. | 4759 | HPS of PA, L.L.C. | Local Depository |
| Bank of America, N.A. | 9784 | SCHC Pediatric Associates, L.L.C. | Local Depository |
| Bank of America, N.A. | 6258 | St. Christopher's Pediatric Urgent Care Center, L.L.C. | Local Depository |
| Bank of America, N.A. | 3255 | StChris Care at Northeast Pediatrics, L.L.C. | Local Depository |
| Bank of America, N.A. | 9789 | TPS V of PA, L.L.C. | Local Depository |
| Bank of America, N.A. | 9760 | TPS IV of PA, L.L.C. | Local Depository |
| Bank of America, N.A. | 9765 | TPS II of PA, L.L.C. | Local Depository |
| Bank of America, N.A. | 9746 | TPS III of PA, L.L.C. | Local Depository |
| Capital One Bank, N.A. | 2231 | St. Christopher's Healthcare, LLC | Subtenant Rent Deposits |
| Capital One Bank, N.A. | 2255 | St. Christopher's Healthcare, LLC | Subtenant Rent Deposits |
| Capital One Bank, N.A. | 2279 | St. Christopher's Healthcare, LLC | Subtenant Rent Deposits |
| Capital One Bank, N.A. | 2206 | St. Christopher's Healthcare, LLC | Subtenant Rent Deposits |
| Capital One Bank, N.A. | 2612 | St. Christopher's Healthcare, LLC | Subtenant Rent Deposits |
| Capital One Bank, N.A. | 2618 | St. Christopher's Healthcare, LLC | Subtenant Rent Deposits |
| PNC Bank, N.A. | 3025 | StChris Care at Northeast Pediatrics, L.L.C. | Local Depository |
| PNC Bank, N.A. | 8626 | TPS IV of PA, L.L.C. | Local Depository |
| PNC Bank, N.A. | 8634 | TPS II of PA, L.L.C. | Local Depository |
| PNC Bank, N.A. | 4701 | TPS V of PA, L.L.C. | Local Depository |

35177094.6 07/01/2019