# Exhibit D

**Cash Management System Flow Chart**



# Account Structure - Practice Groups Collections





# Account Structure - Capital One Accounts – Subtenant Rent Deposits

