# Exhibit C

# Utilities Companies List

## Utilities Companies List

| Utility Company | Type of Service | Address | Account Number(s) | Proposed Adequate Assurance Deposit Amount |
|---|---|---|---|---|
| AT&T Mobility | Phone/Internet | 1025 Lenox Park Blvd., NE<br>Atlanta, GA 30319 | 599477; 870379236; 287230637609; 287269358424; 287268538019; 287265209083 | $3,852.70 |
| Atlantic City Electric | Electricity | 500 N. Wakefield Drive, Floor 2<br>Newark, DE 19702 | 5500 9049 044 | $769.68 |
| Champion Energy Services LLC | Electricity | 1500 Rankin Road, Suite 200<br>Houston, TX 77073 | 676102; 5117004816; 5117004815; 5117004817; 5117004818; 5117004819 | $109,122.49 |
| Comcast Cablevision | Television | 1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | 8499 10 140 0034897; 8499 06 042 0287646 | $67.81 |
| Constellation NewEnergy Gas | Natural Gas | 730 New Waugh Chapel Road<br>Odenton, MD 21113 | 677981; BG-200978; BG-199688; BG-200981; BG-200982; BG-200983; BG-200985 | $9,570.77 |
| DirectTV LLC | Television | 2230 E. Imperial Highway<br>El Segundo, CA 90245 | 706639; 022504469; 068434300 | $1,005.18 |
| Energy Management Systems Inc. | Utility Management | 801 Springdale Drive, Suite 101<br>Exton, PA 19341 | EMS 3015-010000 | $191.22 |
| Engie Resources | Electricity | 1990 Post Oak Blvd., Suite 1900<br>Houston, TX 77056 | | $150.32 |

| Utility Company | Type of Service | Address | Account Number(s) | Proposed Adequate Assurance Deposit Amount |
|---|---|---|---|---|
| MetTel | Phone/Data | 1090 Vermont Ave., NW, Ste 1100<br>Washington, DC 20005 | 187253; 199720; 212238; 240827; 241212; 256971; 326436; 355119; 178438; 390234; 390229; 390236; 390238; 405566; 581615; 581616; 613234; 64746; 647407; 647108; 613234 | $15,551.36 |
| PECO Energy | Electricity | 2301 Market Street<br>Philadelphia, PA 19103 | 474069; 01860-46015; 44778-01702; 56099-01405; 09693-54014; 66368-01401; 68589-01906; 84820-01901; 66365-01401; 84920-01901; 39301-48014; 44721-26108; 89205-50025 | $41,245.77 |
| Philadelphia Gas Works | Natural Gas | 800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | 474066; 2120201797; 5125018144; 8125009357; 0240584060; 0005682246; 7111844053; 0534783902; 0005682246; 7111844053; 8125009357 | $ 2,583.32 |
| South Jersey Gas | Natural Gas | 38 S. Trenton Avenue<br>Atlantic City, NJ 08401 | 7225720000 | $105.11 |
| SPOK | Phone/Pagers | 6850 Versar Center<br>Springfield, VA 22157 | 0173937-4; 0581563-4 | $1,368.90 |
| Veolia Energy Philadelphia Inc. | Steam | 2600 Christian Street<br>Philadelphia, PA 19146 | 63861; 8820000000; 406500 | $121,170.52 |
| Verizon | Phone/Internet | 140 West Street<br>New York, NY 10007 | 658708; 250-325-064-0001-34; 250-339-533-0001-12; 653-324-970-0001-74 | $238.73 |

2

| Utility Company | Type of Service | Address | Account Number(s) | Proposed Adequate Assurance Deposit Amount |
|---|---|---|---|---|
| Verizon Business | Phone/Internet | 1095 Avenue of Americas New York, NY 10036 | Y2423147; Y2224372; Y2224373 | $926.54 |
| Verizon CABS | Phone/Internet | 1095 Avenue of Americas New York, NY 10036 | 490; 215 M55-4110 302 | $766.52 |
| Verizon Wireless | Phone/Internet | One Verizon Way Basking Ridge, NJ 07920 | 595460; 222818256-00001; 9826902286; 701812581-00004; 719992332-00001; 9826155578; 9826156589; 242142208-00001; 442119362-00001; 719992332-00009; 242239773-00001 | $1,718.21 |
| Water Revenue Bureau | Water | 1401 John F. Kennedy Blvd. Philadelphia, PA 19102 | 474067; 011-19140-00200-002; 011-670-01501-001; 011-88070-00201-001; 011-19140-00222-001; 011-19140-00231-001; 011-88070-00201-001; 011-19140-00211-002; 011-19140-00300-003; 011-19140-00236-002; 420-19140-00238-002; 420-19140-00238-003; 420-67120-01417-002; 420-84320-01500-D01; 036-27080-03843-001; 023-11020-03601-002; 021-31980-00100-004; 021-31980-00100-003; 021-31980-00100-002; 023-11020-03601-003; 023-11020-03601-001; 420-31980-00100-001; 420-31980-00200-D01 | $45,354.17 |

3

| Utility Company | Type of Service | Address | Account Number(s) | Proposed Adequate Assurance Deposit Amount |
|---|---|---|---|---|
| West Unified Communications | Communications | 4301 Fairfax Drive, #601 Arlington, VA 22203 | 703299 | $243.42 |
| West Unified Communications SVCS | Communications | 4301 Fairfax Drive, #601 Arlington, VA 22203 | 1705553 | $65.02 |
| WTMUA | Water | 152 Whitman Drive Turnersville, NJ 08012 | 17062-0 | $51.34 |
| **TOTAL** | | | | **$356,119.10** |