## Exhibit C

## Schedule of Insurance Policies

35174806.9 07/01/2019

## Schedule of Insurance Policies

| Coverage | Carrier | Last 4 Digits of Policy No. | Expiration |
|---|---|---|---|
| Aviation | ACE Property & Casualty Insurance Co.* | 9002 | 1/11/2022 |
| RRG | Philadelphia Academic Risk Retention Group, LLC | 2019 | 1/11/2020 |
| Professional & General Liability/Umbrella Lead Excess | National Fire & Marine Insurance Co.* | 9901 | 1/11/2020 |
| Professional & General Liability/Umbrella (2nd Layer) | Admiral Insurance Company* | 1802 | 1/11/2020 |
| Professional & General Liability/Umbrella (3rd Layer) | Ironshore Specialty Insurance * | 1600 | 1/11/2020 |
| Professional & General Liability/Umbrella (4th Layer) | Illinois Union Insurance Co.* | 9002 | 1/11/2020 |
| Professional & General Liability/Umbrella (5th Layer) | Doctors Company An Insurance Exch.* | 1901 | 1/11/2020 |
| Auto | ACE American Insurance Company | 3059 | 1/11/2020 |
| Workers' Compensation | ACE American Insurance Company | 0227 | 1/11/2020 |
| Property | Affiliated FM Insurance Co.* | 5570 | 1/11/2020 |
| Terrorism | Lloyd's of London* | 1001 | 1/11/2020 |
| Pollution | Tokio Marine Specialty Insurance Company* | 8766 | 1/11/2020 |
| Storage Tank | ACE American Insurance Company* | 6001 | 1/11/2020 |
| Volunteer/Student Accident | Axis Insurance Company* | 3054 | 1/11/2020 |
| Cyber | Lloyds Synd 2623 Beazley Furlonge Limited* | 0201 | 1/11/2020 |
| Crime | Beazley Insurance Company, Inc.* | 0201 | 1/11/2020 |
| Fiduciary | National Union Fire Insurance Company of Pittsburgh, PA* | 1134 | 1/11/2020 |
| D&O and Employment Practices | Travelers Casualty and Surety Company of America* | 5631 | 1/11/2020 |
| D&O (first excess) | Starr Indemnity & Liability Company* | 8548 | 1/11/2020 |
| D&O (second excess) | National Union Fire Insurance Company of Pittsburgh, PA* | 8548 | 1/11/2020 |
| Employed Lawyers PL | Chubb – Federal Insurance Company* | 7330 | 1/11/2020 |

**\* Premiums financed through Premium Assignment Corporation**

35174806.9 07/01/2019