# **EXHIBIT A**

**Proposed Form of Interim Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (___)<br>)<br>) Joint Administration Requested<br>)<br>) **Re: Docket No. ____**<br>) |

### INTERIM ORDER PURSUANT TO SECTIONS 105(a), 363, AND 1108 OF THE BANKRUPTCY CODE (A) AUTHORIZING THE DEBTORS TO IMPLEMENT A PLAN OF CLOSURE FOR HAHNEMANN UNIVERSITY HOSPITAL AND (B) SCHEDULING A FINAL HEARING

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an interim order, pursuant to sections 105(a), 363, and 1108 of the Bankruptcy Code, (a) authorizing the Debtors to implement a plan of closure for Hahnemann University Hospital ("**HUH**") and (b) scheduling a final hearing on the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the First Day Declaration in support thereof; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding in this District is proper pursuant to 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

35534720.8 07/01/2019

2

§§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances; and the Court having reviewed the Motion and having considered statements in support of the Motion on an interim basis at the hearing held before this Court (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

1. The Motion is granted on an interim basis as set forth herein.

2. The Debtors are hereby authorized and empowered to take all actions necessary to implement the Closure Plan.

3. The Debtors are hereby authorized to continue to transfer and discharge patients, transfer and store medical records, dispose of pharmaceuticals and inventory, dispose of medical waste and hazardous materials, and cease operations at HUH in accordance with the Closure Plan.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Interim Order.

5. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

6. The terms and conditions of this Interim Order shall be immediately effective and enforceable upon its entry pursuant to Bankruptcy Rule 6004(h).

7. The requirements set forth in Bankruptcy Rule 6004(a) are hereby waived.

8. The final hearing on the Motion shall be held on _____, 2019 at \_\_\_\_\_ (Prevailing Eastern Time), and any objections or responses to the Motion shall be in

3

writing, filed with the court, and served so as to be actually received on or before

_____, 2019 at 4:00 p.m. (Prevailing Eastern Time).

        9.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.

Dated: _____, 2019
        Wilmington, Delaware

                                              _____
                                              United States Bankruptcy Judge