## EXHIBIT B

## Proposed Form of Final Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) Case No. 19-11466 (___) |
| *al.*,[1] | ) |
| | ) Joint Administration Requested |
| Debtors. | ) |
| | ) **Re: Docket Nos. ____ and ___** |
| | ) |

**FINAL ORDER PURSUANT TO SECTIONS 105(a), 363, AND 1108 OF THE
BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO IMPLEMENT
A PLAN OF CLOSURE FOR HAHNEMANN UNIVERSITY HOSPITAL**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of a final

order, pursuant to sections 105(a), 363, and 1108 of the Bankruptcy Code, (a) authorizing the

Debtors to implement a plan of closure for Hahnemann University Hospital ("**HUH**") and

(b) deeming such relief *nunc pro tunc* to the Petition Date; and the Court having found that it has

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157

and 1334 and the *Amended Standing Order of Reference* from the United States District Court

for the District of Delaware, dated February 29, 2012; and upon consideration of the First Day

Declaration in support thereof; and the Court having found that consideration of the Motion and

the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court

having found that venue of this proceeding in this District is proper pursuant to 28 U.S.C.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
        number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St.
        Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of
        PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care
        Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast
        Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C.
        (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is
        230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

35534720.8 07/01/2019

§§ 1408 and 1409; and it appearing that notice of the Motion and the final hearing on the Motion is sufficient under the circumstances; and the Court having entered an Interim Order approving the Motion on an interim basis on July __, 2019 ("**Interim Order**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the final hearing on the Motion, if any, establish just cause for the relief granted herein; and finding that such relief is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Motion is granted on a final basis, *nunc pro tunc* to the Petition Date.

2.      The Debtors are hereby authorized and empowered to take all actions necessary to complete the implementation of the Closure Plan.

3.      The Debtors are hereby authorized to continue to transfer and discharge patients, transfer and store medical records, dispose of pharmaceuticals and inventory, dispose of medical waste and hazardous materials, and cease operations at HUH in accordance with the Closure Plan.

4.      The requirements set forth in Bankruptcy Rule 6004(a) are satisfied by the contests of the Motion.

5.      Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Final Order shall be immediately effective and enforceable upon its entry.

6.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Final Order.

2

35534720.8 07/01/2019

3

7.      This Court shall retain jurisdiction to hear and determine all matters  arising from

or related to this Final Order.


Dated: _____, 2019
        Wilmington, Delaware


                                        _____
                                        United States Bankruptcy Judge