**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC, *et al.*, | ) | Case No. 19-11466 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned

enters an appearance in this case on behalf of Creditor Benefit Fund for Hospital and Health Care

Employees, Philadelphia and Vicinity.

Respectfully submitted,

Date:  July 1, 2019

_____*/s/ Lance Geren*_____
LANCE GEREN (DE 5431)
O'DONOGHUE & O'DONOGHUE, LLP
325 Chestnut Street, Suite 600
Philadelphia, PA 19106
T:  (215) 629-4970
E:  lgeren@odonoghuelaw.com

*Attorneys for Benefit Fund for Hospital and Health
Care Employees, Philadelphia and Vicinity*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 1st day of July 2019, the foregoing Notice of

Appearance was served through the Court's electronic filing system on the following:


Mark Minuti, Esq.
Saul Ewing, LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801


Date:   July 1, 2019                    */s/ Lance Geren*
                                        LANCE GEREN