**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
| | ) Joint Administration Requested |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Jeffrey C. Hampton of Saul Ewing Arnstein & Lehr LLP to represent the Debtors in this action.

Dated: July 1, 2019

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19801-1266
(302) 421-6800

*Proposed Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Jeffrey C. Hampton*
Jeffrey C. Hampton
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7118
Facsimile: (215) 972-1848
Email: jeffrey.hampton@saul.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: July 1st, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**