**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG)<br>) Joint Administration Requested |
| Debtors. | ) |

## NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on June 30, 2019 and July 1, 2019, Center City Healthcare, LLC d/b/a Hahnemann University Hospital, and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the Unites States Code (the "**Bankruptcy Code**") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors-in-possession pursuant to sections 1107(1) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings (collectively, the "**First Day Pleadings**") at a hearing scheduled to commence on **July 2, 2019 at 9:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") before the Honorable Kevin Gross, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to any of the First Day Pleadings may be made at the Hearing.

### Administrative Motions
### First Day Administrative and Procedural Motions

1. Motion of the Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [D.I. 3; filed: 07/01/19]

2. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix, (II) Authorizing the Debtors to File a Consolidated

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

       List of the Debtors' 30 Largest Unsecured Creditors, and (III) Establishing Patient Notice Procedures [D.I. 4; filed: 07/01/19]

3. Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal Portions of Its Creditor Matrix Containing Certain Individual Creditor Information [D.I. 5; filed: 07/01/19]

4. Motion of the Debtors for Entry of an Order Approving Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules [D.I. 7; filed: 07/01/19]

### Retention Application

5. Application of Debtors for Order Authorizing Retention and Employment of Omni Management Group as Claims and Noticing Agent to the Debtors *Nunc Pro Tunc* to the Petition Date Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) [D.I. 8; filed: 07/01/19]

### Business Operation Motions

6. Motion of Debtors for Entry of Interim and Final Orders (i) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Performance of Intercompany Transactions; (III) Granting Administrative Expense Priority to Postpetition Intercompany Claims; and (IV) Granting Related Relief [D.I. 9; filed: 07/01/19]

7. Motion of the Debtors for Entry of an Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and (II) Granting Related Relief [D.I. 10; filed: 07/01/19]

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs; and (III) Granting Related Relief [D.I. 11; filed: 07/01/19]

9. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 12; filed: 07/01/19]

10. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (III) Honor the Terms of Premium Financing Agreement and Pay Premiums Thereunder; and (IV) Enter Into New Premium Financing Agreements in the Ordinary Course of Business [D.I. 13; filed: 07/01/19]

11. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendor Obligations [D.I. 14; filed: 07/01/19]

### **Additional Motion**

12. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing [D.I. 15; filed: 07/01/19]

### **Financing Motion**

13. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant To Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. TBD; filed: _____/19]

**PLEASE TAKE FURTHER NOTICE** that copies of all of the First Day Pleadings are currently available on the website of the Debtors' proposed claims and noticing agent, Omni Management Group, https://omnimgt.com/centercityhealthcare, and on the Court's website, www.deb.uscourts.gov. All parties wishing to participate in the Hearing telephonically must make arrangements with CourtCall by telephone at 888-882-6878 or on the internet at www.courtcall.com.

Dated: July 1, 2019            **SAUL EWING ARNSTEIN & LEHR LLP**

                           By:     */s/ Monique B. DiSabatino*
                                      Mark Minuti (DE Bar No. 2659)
                                      Monique B. DiSabatino (DE Bar No. 6027)
                                      1201 N. Market Street, Suite 2300
                                      P.O. Box 1266
                                      Wilmington, DE  19899
                                      Telephone: (302) 421-6800
                                      Fax: (302) 421-5873
                                      mark.minuti@saul.com
                                      monique.disabatino@saul.com

                                                    -and-

                                      Jeffrey C. Hampton
                                      Adam H. Isenberg
                                      Aaron S. Applebaum (DE Bar No. 5587)
                                      Centre Square West
                                      1500 Market Street, 38th Floor
                                      Philadelphia, PA 19102
                                      Telephone: (215) 972-7700
                                      Fax: (215) 972-7725
                                      jeffrey.hampton@saul.com
                                      adam.isenberg@saul.com
                                      aaron.applebaum@saul.com

                                      *Proposed Counsel for Debtors and*
                                      *Debtors in Possession*