**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Joint Administration Requested |
| Debtors. | ) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that DLA Piper LLP (US) enters its appearance to represent *Harrison Street Real Estate, LLC* and its affiliates[2] (collectively, "HSRE") in the above-captioned chapter 11 cases. The undersigned hereby requests that notice of all matters, papers, and pleadings filed in the above-captioned cases that require notice pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010(b) be directed as follows:

> Stuart M. Brown (DE 4050)
> DLA PIPER LLP (US)
> 1201 North Market Street, Suite 2100
> Wilmington, Delaware 19801
> Telephone:    (302) 468-5700
> Facsimile:    (302) 394-2341
> E-mail:       stuart.brown@dlapiper.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The affiliates of HSRE are as follows: PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Parking, LLC, PAHH Erie Street Parking, LLC, PAHH Feinstein MOB, LLC, PAHH Broad Street MOB, LLC, and PAHH Bobst MOB, LLC, each, a Delaware limited liability company.

EAST\167722415.1

– and –

Richard A. Chesley (*pro hac vice* admission pending)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone:    (312) 368-4000
Facsimile:    (312) 236-7516
Email:    richard.chesley@dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the United States Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and papers of any kind relating to any application, motion, petition, pleading, request, order, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy, email, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the filing of this *Notice of Entry of Appearance and Request for Service* is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with these cases or any related cases, controversies, or proceedings; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which HSRE may be entitled in law or in equity, all of which are hereby expressly reserved.

| | |
|---|---|
| Dated: July 1, 2019<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>By:  /s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone:    (302) 468-5700<br>Facsimile:     (302) 394-2341<br>E-mail:          stuart.brown@dlapiper.com<br><br>– and –<br><br>Richard A. Chesley (*pro hac vice* admission pending)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone:    (312) 368-4000<br>Facsimile:     (312) 236-7516<br>Email:           richard.chesley@dlapiper.com<br><br>*Counsel to Harrison Street Real Estate, LLC* |