**CERTIFICATE OF SERVICE**

      I, Stuart M. Brown, hereby certify that on this 1st day of July, 2019, I caused a true and correct copy of the foregoing *Motion and Order for Admission Pro Hac Vice* to be served upon the parties listed below in the manner indicated.

**Via Hand Delivery**
Mark Minuti
Monique Bair DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

**Via First Class Mail**
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

**Via Hand Delivery**
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

                                            /s/ *Stuart M. Brown*
                                            Stuart M. Brown (DE 4050)

EAST\167724187.1