UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                       Chapter  11

Case No. 19 - 11466  (KG)

Debtor: Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Deborah Reperowitz to represent MidCap Funding IV Trust and MidCap Funding Financial Trust in this action.

/s/Joelle E. Polesky

Firm Name: Stradley Ronon, et al
Address: 1000 N. West Street, Suite 1200 Wilmington, DE 19801
Phone: (302) 295-3805
Email: jpolesky@stradley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York & Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Deborah Reperowitz

Firm Name: Stradley Ronon, et al
Address: 100 Park Ave, Ste 2000 New York, NY 10017
Phone: (212) 812-4124
Email: dreperowitz@stradley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105

## CERTIFICATE OF SERVICE

I, Joelle E. Polesky, Esquire certify that on this date a true and correct copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE was caused to be filed with the United States Bankruptcy Court for the District of Delaware's ECF system and a copy was caused to be electronically served on all parties of record.

    STRADLEY RONON STEVENS & YOUNG, LLP

    */s/ Joelle E. Polesky*
    Joelle E. Polesky (I.D. No. 3694)
    1000 N. West Street, Suite 1279
    Wilmington, DE 19801
    Telephone: (302) 295-4856
    Facsimile: 302-295-4801
    Email: jpolesky@stradley.com

    *Attorneys for creditor MidCap Funding IV Trust*

Dated: July 1, 2019

4170837v.1