# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Joint Administration Requested |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Capital One, N.A., as agent, ("Capital One") hereby appears in the above-captioned cases through its co-counsel, Troutman Sanders LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in this case be given and served upon:

**TROUTMAN SANDERS LLP**
Louis A. Curcio
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Fax: (212) 704-6288
Email: louis.curcio@troutman.com
Email: jessica.mikhailevich@troutman.com

**TROUTMAN SANDERS LLP**
Matthew R. Brooks
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
Fax: (404) 885-3900
Email: matthew.brooks@troutman.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

{01462891;v1 }

**ASHBY & GEDDES, P.A.**
Gregory A. Taylor, Esq.
Katharina Earle, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: gtaylor@ashbygeddes.com
Email: kearle@ashbygeddes.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Capital One intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Capital One is or may be entitled under agreements in law or in equity.

Dated: July 1, 2019

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (#4008)
Katharina Earle (#6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: gtaylor@ashbygeddes.com
Email: kearle@ashbygeddes.com

-and-

**TROUTMAN SANDERS LLP**
Louis A. Curcio
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Fax: (212) 704-6288
Email: louis.curcio@troutman.com
Email: jessica.mikhailevich@troutman.com

Matthew R. Brooks
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
Fax: (404) 885-3900
Email: matthew.brooks@troutman.com

*Counsel to Capital One, N.A., as agent*