## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, Esquire, do hereby certify that, on this 1st day of July 2019, I caused a true and correct copy of the *Notice of Appearance and Request for Service of Papers*, to be served on the addresses on the attached list in the manner indicated thereon.

/s/ Tobey M. Daluz
Tobey M. Daluz

**VIA HAND DELIVERY**

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102
*Proposed Counsel to the Debtor*

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035