**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (KG) |
| | ) Joint Administration Requested |
| Debtors. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission pro hac vice of Matthew R. Brooks to represent Capital One, N.A., as agent, in the above-captioned cases and any related proceedings.

Dated: July 1, 2019

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (#4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for Delaware District Court.

*/s/ Matthew R. Brooks*
Matthew R. Brooks
Troutman Sanders LLP
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
Email: matthew.brooks@troutman.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: July 1st, 2019
Wilmington, Delaware**

**KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE**

{01463008;v1 }