**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466-KG |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | |
| ) | (Joint Administration Requested) |
| ) | |
| Debtors. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, the law firm set forth below appear as counsel for SpecialtyCare, Inc. (**"Creditor"**), a creditor and party-in-interest in the above-captioned jointly administered Chapter 11 bankruptcy case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 1109(b) of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**"), request that the following name and address be added to the mailing list maintained by the Clerk of Court and Debtors' counsel in this case and further demand that all notices given or required to be given in this case and all papers served or required to be served in this case by all counsel, parties-in-interest, and this Court be given to and served upon the following counsel:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C.(5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

23065600v.1

| | |
|---|---|
| Marc S. Casarino, Esquire | Amy E. Vulpio, Esquire |
| White and Williams LLP | White and Williams LLP |
| 600 N. King Street, Suite 800 | 1650 Market Street, 18th Floor |
| Wilmington, Delaware 19899-0709 | Philadelphia, PA 19103 |
| Telephone: (302) 467-4520 | Telephone: (215) 864-7000 |
| Fax: (302) 467-4550 | Fax: (215) 864-7123 |
| E-mail: casarinom@whiteandwilliams.com | Email: vulpioa@whiteandwilliams.com |

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of **any** application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, facsimile, e-mail or otherwise, which affects any of the Debtors or property of the Debtors or the rights of creditors and parties-in-interest such as Creditor.

**PLEASE TAKE FURTHER NOTICE** that, Creditor does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Dated: Wilmington, Delaware
July 1, 2019

**WHITE AND WILLIAMS LLP**

/s/ Marc S. Casarino
MARC S. CASARINO (#3613)
600 N. King Street, Suite 800
Wilmington, DE 19899-0709
Telephone: 302-654-0424
Facsimile: 302-467-4550
Email: casarinom@whiteandwilliams.com

*Attorneys for SpecialtyCare, Inc.*

-3-

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a <br> HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466-KG <br><br> (Joint Administration Requested) |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire hereby certify that on this 1st day of July, 2019, I caused the foregoing **Notice of Appearance and Request for Service of Papers** to be served via electronic service on the parties requesting ECF notification.

**WHITE AND WILLIAMS LLP**

/s/ Marc S. Casarino
MARC S. CASARINO (#3613)
600 N. King Street, Suite 800
Wilmington, DE 19899-0709
Telephone: 302-654-0424
Facsimile: 302-467-4550
Email: casarinom@whiteandwilliams.com

*Attorneys for SpecialtyCare, Inc.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C.(5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

23065600v.1