**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, | ) | Case No. 19-11466 (KG) |
| LLC d/b/a HAHNEMANN | ) |  |
| UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Jointly Administration Requested |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF ENTRY OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

   **PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of the

Commonwealth of Pennsylvania Department of Health (the "PA DOH"), a party-in-interest in

the above-captioned bankruptcy case and such counsel hereby requests, pursuant to Rule 9010(b)

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of

Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), that copies

of all notices and pleadings given or filed in this case be given and served upon the undersigned

at the following address, telephone number, and e-mail addresses indicated below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health
System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical
Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527),
St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia
Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA,
L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C.
(5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad
Street, Philadelphia, Pennsylvania 19102

Richard A. Barkasy, Esq.
Daniel M. Pereira, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 8881696 (facsimile)
rbarkasy@schnader.com
dpereira@schnader.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Daniel M. Pereira
Richard A. Barkasy, Esq. (#4683)
Daniel M. Pereira, Esq. (#6450)
824 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 888-4554
(302) 888-1696 (fax)
rbarkasy@schnader.com
dpereira@schnader.com

*Attorneys for the Commonwealth of*
*Pennsylvania Department of Health*

Dated:  July 1, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019, I caused a copy of the foregoing to be sent via ECF

Noticing to all parties receiving ECF Notices in this Chapter 11 case.


/s/ Daniel M. Pereira
Daniel M. Pereira, Esq. (#6450)