**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) Case No. 19-11466 (KG) |
| *al.*,[1] | ) |
|  | ) Joint Administration Requested |
|  | ) |
| Debtors. | ) **Re:  Docket No. 5** |
|  | ) |

**NOTICE OF WITHDRAWAL OF MOTION OF THE DEBTORS FOR ENTRY
OF AN ORDER AUTHORIZING DEBTORS TO FILE UNDER SEAL
PORTIONS OF ITS CREDITOR MATRIX CONTAINING CERTAIN
INDIVIDUAL CREDITOR INFORMATION**

Please be advised that on July 1, 2019, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, by and through their undersigned proposed counsel, filed the *Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal Portions of Its Creditor Matrix Containing Certain Individual Creditor Information* (the **Seal Motion**") [Docket No. 5].  The Debtors hereby withdraw the Seal Motion.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

Dated: July 1, 2019                              **SAUL EWING ARNSTEIN & LEHR LLP**

By:      */s/ Monique B. DiSabatino*
         Mark Minuti (DE Bar No. 2659)
         Monique B. DiSabatino (DE Bar No. 6027)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE  19899
         Telephone: (302) 421-6800
         Fax: (302) 421-5873
         mark.minuti@saul.com
         monique.disabatino@saul.com

              -and-

         Jeffrey C. Hampton
         Adam H. Isenberg
         Aaron S. Applebaum (DE Bar No. 5587)
         Centre Square West
         1500 Market Street, 38th Floor
         Philadelphia, PA 19102
         Telephone: (215) 972-7700
         Fax: (215) 972-7725
         jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         aaron.applebaum@saul.com

         *Proposed Counsel for Debtors and*
         *Debtors in Possession*

35565324.1 07/01/2019