## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC | ) | |
| d/b/a HAHNEMANN UNIVERSITY | ) | Case No. 19-11466 (KG) |
| HOSPITAL, *et al.*, | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF NICHOLAS J. LEPORE, III

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Nicholas J. LePore, III, Esq. of Schnader Harrison Segal & Lewis LLP to represent the Commonwealth of Pennsylvania Department of Health (the "PA DOH") in this case.

Date:  July 1, 2019

*/s/ Daniel M. Pereira*
Richard A. Barkasy (#4683)
Daniel M. Pereira (#6450)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696
rbarkasy@schnader.com
dpereira@schnader.com

*Counsel for the Commonwealth of Pennsylvania Department of Health*

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 1, 2019

*/s/ Nicholas J. LePore, III*
Nicholas J. LePore, III, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205
Email: nlepore@schnader.com