IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
                                                 :
CENTER CITY HEALTHCARE LLC d/b/a :
HAHNEMANN UNIVERSITY                  :
HOSPTIAL *et al*                           :    Bankruptcy No. 19-11466
                          Debtor.       :
------------------------------------------------------x    Joint Administration Requested

**RESPONSE TO MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a), 363, and 1108 of the BANKRUPTCY CODE (A) AUTHORIZING THE DEBTORS TO IMPLEMENT A PLAN OF CLOSURE FOR HAHNEMANN UNIVERSITY HOSPITAL AND <u>(B) SCHEDULING A FINAL HEARING</u>**

AND NOW, comes the City of Philadelphia ("the City"), by and through its counsel, Megan N. Harper and Pamela Elchert Thurmond, Deputy City Solicitors, to respond to the Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital and (B) Scheduling a Final Hearing ("the Motion") filed by the Debtors, Center City Healthcare LLC d/b/a Hahnemann University Hospital *et al*.

The City avers the following in its objection thereto:

1. The City of Philadelphia is a corporation and body politic, organized and existing as a city of the first class under the Commonwealth of Pennsylvania and the Philadelphia Home Rule Charter, and engaged in the government and administration of the City of Philadelphia.

2. Hahnemann University Hospital ("Hahnemann"), which is centrally located at 230 North Broad Street in Philadelphia just a few blocks from City Hall, has been in operation for over 150 years. Hahnemann provides a full complement of health services including

emergency care, neonatal care, obstetrics, general medicine, gynecology, surgery, and psychiatry.

3. Hahnemann operates emergency care facilities including a Level 1 Regional Resource Trauma Center. Hahnemann's emergency department provides medical care for 56,000 patients each year, many of whom are low-income. On an average day, Hahnemann serves more than 150 people in its emergency room alone.

4. In addition to providing typical emergency care services, the Emergency Department at Hahnemann also houses the Sexual Assault Nurse Examiner ("SANE") program, which is administered by Drexel University College of Medicine and funded by a grant from the City. SANE provides critical treatment and care for victims of rape and sexual assault, including those that are on Medicaid or indigent. SANE is the only program in the City of its kind.

5. On Saturday June 29, 2019, Hahnemann officially announced that it had ceased operating as a Level 1 and 2 trauma facility and would no longer treat those trauma level patients.

6. On June 30, 2019 and July 1, 2019, the Debtors commenced their bankruptcy proceedings in Chapter 11.

7. On July 1, 2019, the Debtors filed the Motion seeking court approval, on an interim basis, that the Debtors be authorized and empowered to take all actions necessary to implement the "Closure Plan" as detailed in the Motion.

8. The City of Philadelphia Department of Public Health Regulation November 1, 1969 (the "Board of Health Regulation") requires authorization by the Health Commissioner before the closure of any emergency care facility in the City of Philadelphia. See Regulation attached as Exhibit A.

9. Hahnemann's Emergency Room is an emergency care facility pursuant to the Board of Health Regulation.

10. The City has been provided with a copy of the Debtors' Closure Plan and Dr. Farely has reviewed it.

11. As specified in the attached Affidavit, Dr. Farley has found Hahnemann's closure plan inadequate for at least six specified reasons. See Exhibit B (Farley Affidavit).[1]

12. Dr. Farley believes that "the appointment of a special master to coordinate the flow of accurate information from Hahnemann to the City and State is essential to safely managing any closure of Hahnemann and its emergency department." Ex B. at ¶ 16.

13. The City requests the interim relief requested by the Debtor be denied until the Debtor, the City thru Dr. Farley and other stakeholders can jointly approve a Closure Plan.

---

[1] On June 21, 2019, Drexel University ("Drexel") filed action in the Court of Common Pleas, Commerce Court Division, seeking immediate injunctive relief to enjoin non-Debtors American Academic Health System LLC, Philadelphia Academic Health Holdings LLC and Joel Freedman as well as Debtor Philadelphia Academic Health System, LLC from closing Hahnemann, including its Emergency Department, or taking any other action that would disrupt the provision of medical services or academic or training programs at Hahnemann ("State Court Litigation")

On June 26, 2019, the City filed an Emergency Petition for Leave to Intervene as a Plaintiff and Emergency Petition for Temporary Restraining Order and Preliminary Injunction in the State Court Litigation.

On July 1, 2019, the State Court granted the City's Motion to Intervene and ordered the parties to brief the issues including whether any part of the State Court Litigation could continue in light of the bankruptcy filings and concerning the State Court's powers to appointment a special master. The City believes the portion of the State Court Litigation, which concerns the City can continue as its falls within the police and regulatory powers exception in Section 362(b)(4) of the Bankruptcy Code.

WHEREFORE, the City respectfully requests that the Motion be denied on an interim basis.

Dated: July 1, 2019        By:    /s/ *Megan N. Harper*
                                  Megan N. Harper
                                  Deputy City Solicitor
                                  PA Attorney I.D. 81669
                                  Delaware Attorney ID 4103
                                  Attorney for the City of Philadelphia
                                  City of Philadelphia Law Department
                                  Municipal Services Building
                                  1401 JFK Boulevard, 5th Floor
                                  Philadelphia, PA  19102-1595
                                  215-686-0503 (phone)
                                  Email: Megan.Harper@phila.gov

                                  */s/ Pamela Elchert Thurmond*
                                  PAMELA ELCHERT THURMOND
                                  Deputy City Solicitor
                                  Pro Hac Vice Admission Sought
                                  PA Attorney I.D. 202054
                                  Attorney for the City of Philadelphia
                                  City of Philadelphia Law Department
                                  Municipal Services Building
                                  1401 JFK Boulevard, 5th Floor
                                  Philadelphia, PA  19102-1595
                                  215-686-0508 (phone)
                                  Email: Pamela.Thurmond@phila.gov