IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re                                              :
                                                   :     Chapter 11
CENTER CITY HEALTHCARE LLC d/b/a :
HAHNEMANN UNIVERSITY                               :
HOSPTIAL et al                                     :     Bankruptcy No. 19-11466
                                    Debtor.        :
------------------------------------------------------x  Joint Administration Requested
```

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RESPONSE TO MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a), 363, and 1108 of the BANKRUPTCY CODE (A) AUTHORIZING THE DEBTORS TO IMPLEMENT A PLAN OF CLOSURE FOR HAHNEMANN UNIVERSITY HOSPITAL AND (B) SCHEDULING A FINAL HEARING**

was served, on the date set forth below, upon all parties including the following:

<u>VIA ECF FILING</u>
Monique Bair DiSabatino, Esquire
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Ste 2300
Wilmington, DE 19899

Counsel for Debtors

Dated: July 1, 2019            By:    /s/ *Megan N. Harper*
                                      Megan N. Harper
                                      Deputy City Solicitor
                                      PA Attorney I.D. 81669
                                      Delaware Attorney ID 4103
                                      Attorney for the City of Philadelphia
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595

215-686-0503 (phone)
Email: Megan.Harper@phila.gov