Edward G. Bauer, City Solicitor – Law Department, 1610 MSB

Anthony J. Durkin, Administrative Services Director – Dept. of Record, 158 CH

REGULATION OF THE BOARD OF HEALTH OF THE CITY OF PHILADELPHIA GOVERNING THE CONDUCT, OPERATION AND MAINTENANCE OF EMERGENCY CARE AND FACILITIES IN HOSPITALS

The above subject regulation promulgated by the Department of Public Health was reaffirmed and again filed with the Department of Records on October 23, 1969.

Inasmuch as there were no requests for further hearings this regulation became effective November 1, 1969.

CC. Norman R. Ingraham, M. D., Health Commissioner
    540 MSB

PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH
BOARD OF HEALTH

Regulation of the Board of Health of the City of Philadelphia Governing the Conduct, Operation and Maintenance of Emergency Care and Facilities in Hospitals

Pursuant to Sections 5-301 and 8-407 of the Home Rule Charter and Section 6-402 (4) of the Philadelphia Code, the following regulation is promulgated by the Board of Health

1. Definition

   (a) Emergency care

   When used in this regulation, the phrase "emergency care" shall mean the complex of services provided in a specially designated area of a hospital by physicians, nurses and other health personnel for the diagnosis and treatment of persons who arrive at the hospital with a condition requiring prompt and skilled attention

2. Continuation of Emergency Care and Facilities

   No hospital in the City of Philadelphia which has provided emergency care and has conducted, maintained or operated any facilities for such care at any time during the 12-month period immediately preceding the date of this regulation shall discontinue such care or facilities, in whole or in part, unless and until it shall be authorized so to do in writing by the Health Commissioner of the City of Philadelphia or his designee

As approved at special meeting of the Board of Health July 31, 1969 and by the Department of Law August 11, 1969,
Reapproved by the Board of Health without change October 1, 1969, following public hearing September 17, 1969, and approved by the Department of Law October 14, 1969.