IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 1, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit C** attached hereto:

- **Notice of Hearing to Consider First Day Pleadings [Docket No. 23]**

Dated: July 1, 2019

_____
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 1st day of July, 20 19, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>TARA SMALLS<br>TARA.SMALLS@REDCROSS.ORG | ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM |
| ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BENEFIT FUND FOR HOSP & HEALTH<br>INFO@1199CFUNDS.ORG | CERNER CORP<br>IAN WILSON<br>IAN.WILSON@CERNER.COM |
| CHAMPION ENERGY<br>NICOLE HASSLER<br>NICOLE.CATES@CHAMPION.ENERGY | CITY OF PHILADELPHIA<br>ROB DUBOW<br>VOUCHERVERIFICATION@PHILA.GOV | CONCENTRA<br>CANDICE HENSON<br>CANDICE_HENSON@CONCENTRA.COM |
| CONIFER PATIENT COMMUNICATIONS<br>PETRA WILLEY<br>PETRA.WILLEY@CONIFERHEALTH.COM | CROTHALL HEALTHCARE INC<br>DENNIS CZAPLICKI<br>DENNIS.CZAPLICKI@CROTHALL.COM | DEPUY SYNTHES SALES<br>PATTY PAGET<br>PPAGET@ITS.JNJ.COM |
| DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY<br>ANTHONY ESPOSITO<br>AME79@DREXEL.EDU |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | ENSEMBLE RCM LLC<br>JOHN ERICKSON<br>JOHN.ERICKSON@ENSEMBLEHP.COM | ERNST & YOUNG LLP<br>AMY DORFMEISTER<br>AMY.DOFFMEISTER@EY.COM |
| GENERAL ELECTRIC CO<br>ARUSHI CHANDRAN<br>ARUSHI.CHANDRAN@GE.COM | GLOBAL NEUROSCIENCES INSTITUTE<br>DONALD J DAMICO<br>DDAMICO@GNINEURO.ORG | GREATER DELAWARE VALLEY SOCIETY<br>STACY CRAMER<br>SCRAMER@DONORS1.ORG |
| INO THERAPEUTICS LLC<br>BROOKE MITCH<br>BROOKE.MITCH@MNK.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS, LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS, LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MEDLINE INDUSTRIES INC<br>SHANE REED<br>SREED@MEDLINE.COM |
| MEDTRONIC USA INC<br>BRIAN CASTELEIN CBA<br>BRIAN.J.CASTELEIN@MEDTRONIC.COM | NTHRIVE INC<br>KAY ENNIS<br>KENNIS@NTHRIVE.COM | NTT DATA SERVICES LLC<br>SUBBARAO PUSHADAPU<br>BILLING.INQUIRY@NTTDATA.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| OLYMPUS AMERICA INC<br>ERIC VAUTRIN<br>ERIC.WAUTRIN@OLYMPUS.COM | OPTUMINSIGHT<br>NICK GULLAND<br>NICHOLAS.GULLAND@OPTUM.COM | PACHULKSKI STANG ZIEHEL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULKSKI STANG ZIEHEL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PREMIER HEALTHCARE SOLUTIONS<br>KELLEY MASKERI<br>KELLEY MASKERI@PREMIERINC.COM | QUALITY SYSTEMS INC<br>IRVINETAX@NEXTGEN.COM; IR@NEXTGEN.COM |
| RENAL TREATMENT CENTERS SE LP - DAVITA<br>CLENN FROST<br>ANGEL.BALTAZAR@DAVITA.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SMITH & NEPHEW<br>PETER J BUTERA<br>PETER.BUTERA@SMITH-NEPHEW.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| TENET BUSINESS SERVICES CORPORATION<br>MICHAEL MALONEY<br>MICHAEL.MALONEY@TENETHEALTH.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | UNIVERSAL PROTECTION SVS LP<br>AL SANTOSUSSO<br>AL.SANTOSSUSSO@AUS.COM | VEOLIA ENERGY PHILADELPHIA INC<br>TRICIA MARTS<br>PATRICIA.MARTS@VEOLIA.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIO@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | |

Parties Served:  62

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>TARA SMALLS<br>704-943-7389 | BENEFIT FUND FOR HOSP & HEALTH<br>215 -985-9232 | CERNER CORP<br>IAN WILSON<br>816-936-1920 |
| CHAMPION ENERGY<br>NICOLE HASSLER<br>281-653-1810 | DEPUY SYNTHES SALES<br>PATTY PAGET<br>908-429-4999 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>215-665-3701 |
| INO THERAPEUTICS LLC<br>BROOKE MITCH<br>908-238-6633 | MARKOWITZ & RICHMAN<br>215-790-0668 | MEDLINE INDUSTRIES INC<br>RON BARRETT<br>847-949-2287 |
| MEDTRONIC USA INC<br>BRIAN CASTELEIN CBA<br>763-367-1404 | OFFICE OF THE ATTORNEY GENERAL<br>717-787-8242 | OFFICE OF THE UNITED STATES ATTORNEY<br>302-573-6431 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>302-573-6497 | OLYMPUS AMERICA INC<br>ERIC VAUTRIN<br>484-896-7788 | OPTUMINSIGHT<br>NICK GULLAND<br>855-244-4448 |
| PREMIER HEALTHCARE SOLUTIONS<br>KELLEY MASKERI<br>704-733-2114 | RENAL TREATMENT CENTERS SE LP - DAVITA<br>CLENN FROST<br>877-803-1534 | TEMPLE UNIV HOSPITAL<br>215-204-4660 |
| VEOLIA ENERGY PHILADELPHIA INC<br>TRICIA MARTS<br>215-875-6910 | | |

Parties Served: 19

# **EXHIBIT C**

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>436 WALNUT ST<br>PHILADELPHIA PA 19106 | ADMIRAL INSURANCE COMPANY<br>1000 HOWARD BLVD, STE 300<br>MOUNT LAUREL NJ 8054 | ADP INC<br>1 ADP BLVD<br>ROSELAND NJ 7068 |
| AFFILIATED FM INSURANCE CO.<br>270 CENTRAL AVE<br>P.O. BOX 7500<br>JOHNSTON RI 02919-4949 | AQUIS COMMUNICATIONS INC<br>P.O. BOX 64010<br>BALTIMORE MD 21264-4010 | ARCH WIRELESS/METROCALL<br>P.O. BOX 4062<br>WOBURN MA 01888-4062 |
| AT&T<br>208 S AKARD ST<br>DALLAS TX 75202 | AT&T LANGUAGE LINE<br>SHELBY REG MED CTR<br>P.O. BOX 16012<br>MONTEREY CA 93712-6012 | AT&T TELECONFERENCE SVCS<br>P.O. BOX 2840<br>OMAHA NE 68103-2840 |
| AT&T WIRELESS SERVICES<br>P.O. BOX 8220<br>AURORA IL 60572 | ATLANTIC CITY ELECTRIC<br>5071 NJ-42<br>TURNERSVILLE NJ 8012 | AUTOMATIC DATA PROCESSING INC<br>DBA ADP LLC<br>P.O. BOX 31001-1874<br>PASADENA CA 91110-1874 |
| AXIS INSURANCE COMPANY<br>11680 GREAT OAKS WAY, STE 500<br>ALPHARETTA GA 30022 | BANK OF AMERICA, N.A.<br>100 N TRYON ST<br>CHARLOTTE NC 28255 | BEAZLEY INSURANCE COMPANY, INC.<br>30 BATTERSON PARK RD<br>FARMINGTON CT 6032 |
| BLUE RIDGE COMMUNICATIONS<br>P.O. BOX 316<br>ST CHRISTOPHERS<br>PALMERTON PA 18071-0316 | BROADVIEW NETWORKS<br>P.O. BOX 9242<br>UNIONDALE NY 11555-9242 | CAPITAL ONE, N.A.<br>1680 CAPITAL ONE DR<br>MCLEAN VA 22102 |
| CENTER CITY DISTRICT OF PA<br>LB 3750<br>P.O. BOX 95000<br>PHILADELPHIA PA 19195-0001 | CHAMPION ENERGY SERVICES LLC<br>4723 SOLUTIONS CENTER, #774723<br>CHICAGO IL 60677-4007 | CHAMPION ENERGY SERVICES, LLC<br>1500 RANKIN RD, STE 200<br>HOUSTON TX 77073 |
| CHUBB - FEDERAL INSURANCE COMPANY<br>15 MOUNTAINVIEW RD<br>WARREN NJ 07059-6711 | CINGULAR INTERACTIVE<br>10 WOODBRIDGE CTR DR<br>WOODBRIDGE NJ 7095 | CINGULAR WIRELESS<br>1025 LENOX PARK BLVD NE<br>ATLANTA GA 30319 |
| CITY OF PHILADELPHIA<br>1401 JOHN F KENNEDY BLVD<br>PHILADELPHIA PA 19102 | CITY OF PHILADELPHIA<br>DEPARTMENT OF PUBLIC HEALTH<br>1101 MARKET STREET<br>13TH FLOOR<br>PHILADELPHIA PA 19107 | CITY OF PHILADELPHIA<br>FIRE & EMS DEPARTMENT<br>240 SPRING GARDEN ST<br>PHILADELPHIA PA 19122 |
| CITY OF PHILADELPHIA<br>LAW DEPT<br>1515 ARCH ST, 17TH FLOOR<br>PHILADELPHIA PA  19102 | CITY OF PHILADELPHIA<br>ROB DUBOW<br>CODE VIOLATION ENFORCEMENT DIVISION<br>P.O. BOX 56318<br>PHILADELPHIA PA 19130 | CITY OF PHILADELPHIA FIRE DEPT<br>EMB DIV<br>P.O. BOX 56317<br>PHILADELPHIA PA 19130-6317 |
| CITY OF PHILADELPHIA, DEPT OF PUBLIC HEALTH<br>ATTN: HEALTH COMMISSIONER<br>OFFICE OF THE MEDICAL EXAMINER<br>321 SOUTH UNIVERSITY AVE, 1ST FL<br>PHILADELPHIA PA 19104 | CITY OF PHILADELPHIA/124<br>PHILADELPHILA REVENUE DEPT<br>P.O. BOX 124<br>PHILADELPHIA PA 19105-0124 | COMCAST<br>1701 JFK BLVD<br>PHILADELPHIA PA 19103 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>PA DEPT OF HEALTH/ATTN: SANDRA KNOBL<br>RM 532 HEALTH/WELFARE BLDG<br>HARRISBURG PA 17120 | CONCENTRA DBA CONCENTRA MEDICAL CENTERS<br>CANDICE HENSON<br>5080 SPECTRUM DR, 1200W<br>ADDISON TX 75001 | CONIFER PATIENT COMMUNICATIONS<br>PETRA WILLEY<br>140 FOUNTAIN PKWY<br>SUITE 500<br>ST PETERSBURG FL 33716 |
| CONSTELLATION ENERGY GAS<br>100 CONSTELLATION WAY<br>BALTIMORE MD 21202 | CONSTELLATION NEWENERGY - GAS DIVISION, LLC<br>ATTN: CONTRACTS ADMINISTRATION<br>9400 BUNSEN PKWY, STE 100<br>LOUISVILLE KY 40220 | CONVERGEONE SYSTEMS INTEGRATION, INC<br>ATTN: CONTRACT ADMINISTRATION<br>1820 PRESTON PARK BLVD, STE 2800<br>PLANO TX 75093 |
| CROTHALL HEALTHCARE INC<br>DENNIS CZAPLICKI<br>13028 COLLECTIONS CTR DRIVE<br>CHICAGO IL 60693 | D&E COMMUNICATIONS<br>P.O. BOX 8468<br>LANCASTER PA 17604 | DELTA DENTAL<br>1130 SANCTUARY PKWY, STE 600<br>ALPHARETTA GA 30009 |
| DIRECTV INC<br>2230 E IMPERIAL HWY<br>EL SEGUNDO CA 90245 | DIRECTV, INC<br>P.O. BOX 25392<br>MIAMI FL 33152-5392 | DOCTORS COMPANY AN INTERINSURANCE EXCH<br>185 GREENWOOD RD<br>NAPA CA 94558-0900 |
| DR. THOMAS FARLEY<br>HEALTH COMMISSIONER<br>PHILADELPHIA DEPARTMENT OF HEALTH<br>1101 MARKET ST, 9TH FL<br>PHILADELPHIA PA 19107 | DREXEL UNIVERSITY<br>ANTHONY ESPOSITO<br>3201 ARCH STREET<br>SUITE 420<br>PHILADELPHIA PA 19104 | ENERGY MANAGEMENT SYSTES INC<br>P.O. BOX 646<br>EXTON PA 19341-0646 |
| ENSEMBLE RCM LLC<br>JOHN ERICKSON<br>13620 REESE BLVD<br>SUITE 200<br>HUNTERSVILLE NC 28078 | ERNST & YOUNG LLP<br>AMY DORFMEISTER<br>1 PPG PL #2100<br>RE: PITTSBURG NATL BANK 640382<br>PITTSBURGH PA 15264 | GARRISON E. GLADFELTER, JR.<br>PENNSYLVANIA DEPT OF HEALTH<br>RM 532 HEALTH AND WELFARE BLDG<br>625 FORSTER ST<br>HARRISBURG PA 17120-0701 |
| GDF SUEZ ENERGY RESOURCES NA<br>P.O. BOX 9001025<br>LOUISVILLE KY 40290-1025 | GENERAL ELECTRIC CO DBA GE HEALTHCARE<br>ARUSHI CHANDRAN<br>9900 INNOVATION DR<br>WAUWATOSA WI 53226-4856 | GLOBAL NEUROSCIENCES INSTITUTE<br>DONALD J DAMICO<br>3100 PRINCETON PK, BLDG 3<br>SUITE D<br>LAWRENCEVILLE NJ 8648 |
| GREATER DELAWARE VALLEY SOCIETY<br>STACY CRAMER<br>401 N 3RD ST<br>PHILADELPHIA PA 19123 | IBC-INDEPENDENCE BLUE CROSS<br>DEPARTMENT PROVIDER AUDIT @154<br>1901 MARKET ST<br>PHILADELPHIA PA 19103-1480 | ILLINOIS UNION INSURANCE CO<br>P.O. BOX 1000<br>PHILADELPHIA PA 19106 |
| INDEPENDENCE BLUE CROSS<br>1901 MARKET ST<br>PHILADELPHIA PA 19103 | INTERCALL<br>15272 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | INTERCALL INC<br>P.O. BOX 281866<br>ATLANTA GA 30384 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>MAIL STOP 5-Q30-133<br>PHILADELPHIA PA 19104-5016 | INT'L BROTHERHOOD OF ELECTRICAL WORKERS<br>LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA PA  19130 | IRONSHORE SPECIALTY INSURANCE<br>75 FEDERAL ST<br>BOSTON MA 2110 |
| LACLEDE GAS CO<br>DRAWER 2<br>ST LOUIS MO 63171 | LANGUAGE LINE SERVICES<br>1 LOWER RAGSDALE DR, BLDG 2<br>MONTEREY CA 93940 | LLOYDS OF LONDON<br>ONE LIME ST<br>LONDON, EC3M 7HA<br>UNITED KINGDOM |

| | | |
|---|---|---|
| LOCKTON<br>444 W 47TH ST, STE 900<br>KANSAS CITY MO 64112 | LOCKTON INSURANCE BROKERS<br>725 S FIGUEROA, 35TH FL<br>LOS ANGELES CA 90017 | MANHATTAN TELECOMMUNICATIONS CORPORATION<br>DBA METROPOLITAN TELECOMMUNICATIONS A/K/A<br>55 WATER ST, 32ND FL<br>NEW YORK NY 10041 |
| MCI<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147 | MEGAPATH<br>DEPT 33408<br>P.O. BOX 39000<br>SAN FRANCISCO CA 94139-0001 | METROCALL<br>6677 RICHMOND HWY<br>ALEXANDRIA VA 22306 |
| METROPOLITAN TELECOMMUNICATIONS<br>P.O. BOX 9660<br>MANCHESTER NH 03108-9660 | METTEL<br>METROPOLITIAN TELECOMMUNICATIONS<br>P.O. BOX 9660<br>MANCHESTER NH 03108-9660 | NATIONAL FIRE & MARINE INSURANCE CO<br>3024 HARNEY ST<br>OMAHA NE 68131 |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA<br>175 WATER ST, 18TH FL<br>NEW YORK NY 10038 NY 10038 | NATL UNION OF HOSPITAL & HEALTHCARE EMPLOYEE<br>AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA PA 19107 | NATL UNION OF HOSPITAL & HEALTHCARE EMPLO<br>DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA PA 19107 |
| NEXTEL<br>P.O. BOX 4181<br>CAROL STREAM IL 60197-4191 | NEXTEL COMMUNICATIONS<br>2001 EDMUND HALLEY DR<br>RESTON VA 20191 | NTHRIVE INC<br>KAY ENNIS<br>200 NORTH POINT CENTER E<br>SUITE 600<br>ALPHARETTA GA 30022 |
| NTT DATA SERVICES LLC<br>SUBBARAO PUSHADAPU<br>7950 LEGACY DR, STE 900<br>PLANO TX 75024 | NWP SERVICES CORPORATION<br>P.O. BOX 553178<br>DETROIT MI 48255-3178 | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN<br>325 CHESTNUT STREET<br>SUITE 600<br>PHILADELPHIA PA 19103 |
| PA ACADEMIC RISK RETENTION GROUP, LLC<br>159 BANK ST<br>BURLINGTON VT 5401 | PA ASSOC. OF STAFF NURSES/ALLIED PROFESSIONAL<br>1 FAYETTE STREET, SUITE 475<br>SUITE 475<br>CONSHOHOCKEN PA 19428 | PA DEPT OF REVENUE<br>RE CALVER L KRAMER<br>WAGE GARNISHMENT SECTION<br>P.O. BOX 280946<br>HARRISBURG PA 17128-0946 |
| PAETEC<br>ONE PAETEC PLAZA<br>600 WILLOBROOK OFFICE PARK<br>FAIRPORT NY 14450 | PECO ENERGY<br>2301 MARKET ST<br>PHILADEPHLIA PA 19103 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>DIVISION OF ACUTE AND AMBULATORY CARE<br>ROOM 532, HEALTH & WELFARE BUILDING<br>HARRISBURG PA 17120 |
| PENNSYLVANIA DEPT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>BUREAU OF CORPORATE TAXES<br>P.O. BOX 280404<br>HARRISBURG PA 17128-0404 | PENNSYLVANIA DEPT OF REVENUE<br>BUREAU OF CORPORATION TAXES<br>P.O. BOX 280420<br>HARRISBURG PA 17128-0420 |
| PENNSYLVANIA DEPT OF REVENUE<br>RE JEFFREY F PATTERSON<br>P.O. BOX 280946<br>BUREAU OF COMP WAGE GAR SECTION<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>1401 NORTH SEVENTH ST<br>HARRISBURG PA 17105 | PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>P.O. BOX 2675<br>HARRISBURG PA 17105-2675 |
| PENSION BENEFIT GUARANTY CORPORATION<br>1200 K STREET, NW<br>WASHINGTON DC 20005 | PHILADELPHIA GAS WORKS<br>HAHNEMANN<br>P.O. BOX 11700<br>NEWARK NJ 07101-4700 | PHILADELPHIA GAS WORKS<br>PARKVIEW<br>P.O. BOX 7789<br>PHILADELPHIA PA 19101-7789 |

| | | |
|---|---|---|
| PNC BANK, NA<br>300 FIFTH AVE<br>THE TOWER AT PNC PLAZA<br>PITTSBURG PA 15222 | PPL ELECTRIC UTILITIES<br>2 NORTH 9TH ST<br>ALLENTOWN PA 18101-1175 | PREMIUM ASSIGNMENT CORPORATION<br>3522 THOMASVILLE RD, STE 400<br>TALLAHASSEE FL 32309 |
| QUALITY SYSTEMS INC<br>18111 VON KARMAN AVENUE<br>SUITE 700<br>IRVINE CA 92612 | SERVICE ELECTRIC CABLE TV INC<br>P.O. BOX 7800<br>WILKES BARRE PA 18703-7800 | SKYTEL<br>ST CHRISTOPHERS<br>P.O. BOX 740577<br>ATLANTA GA 30374-0577 |
| SMITH & NEPHEW<br>PETER J BUTERA<br>150 MINUTEMAN ROAD<br>ANDOVER MA 1810 | SOUTH JERSEY GAS<br>ST CHRISTOPHERS<br>P.O. BOX 6091<br>BELLMAWR NJ 08099-6091 | SPOK<br>P.O. BOX 660324<br>DALLAS TX 75266-0324 |
| SPRINT<br>6200 SPRINT PKWY<br>OVERLAND PARK KS 66251 | STARR INDEMNITY & LIABILITY CO<br>399 PARK AVE, 8TH FL<br>NEW YORK NY 10022 | TELEHEALTH SERVICES<br>4191 FAYETTEVILLE RD<br>RALEIGH NC 27603 |
| TENET BUSINESS SERVICES CORPORATION<br>MICHAEL MALONEY<br>1445 ROSS AVENUE<br>SUITE 1400<br>DALLAS TX 75202 | THE CITY OF PHILADELPHIA FIRE DEPT.<br>ATTN: AYANNA GARNETT<br>240 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | TOKIO MARINE SPECIALTY INS CO<br>ONE BALA PLAZA, STE 100<br>BALA CYNWYD PA 19004-0950 |
| TRAVELERS CASUALTY & SURETY CO OF AMERICA<br>ONE TOWER SQ<br>HARTFORD CT 6183 | TRIGEN-PHILADELPHIA ENERGY CORPOR<br>P.O. BOX 681032<br>MILWAUKEE WI 53268-1032 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON DC 20005 |
| UGI ENERGY SERVICES INC<br>DBA GASMARK<br>P.O. BOX 827032<br>PHILADELPHIA PA 19182-7032 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 | UNIVERSAL PROTECTION SVS LP<br>AL SANTOSUSSO<br>1551 NORTH TUSTIN AVENUE<br>SUITE 650<br>SANTA ANA CA 92705 |
| USA MOBILITY<br>6677 RICHMOND HWY, 4TH FL<br>ALEXANDRIA VA 22306 | VELOCITA WIRELESS<br>P.O. BOX 828930<br>PHILADELPHIA PA 19182-8930 | VEOLIA ENERGY PHILADELPHIA INC<br>P.O. BOX 5018<br>NEW YORK NY 10087-5018 |
| VEOLIA ENERGY PHILADELPHIA, INC<br>ATTN: PRESIDENT<br>2600 CHRISTIAN ST<br>PHILADELPHIA PA 19146 | VERIZON<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10013 | VISION SERVICE PLAN<br>P.O. BOX 45210<br>SAN FRANCISCO CA 94145 |
| WASTE MANAGEMENT<br>SOUTHERN SANITATION<br>P.O. BOX 105453<br>ATLANTA GA 30348-5453 | WASTE MANAGEMENT OF ATLANTA<br>P.O. BOX 9001054<br>LOUISVILLE KY 40290-1054 | WASTE MANAGEMENT OF SANFORD<br>1437 W HAMBURG ST<br>BALTIMORE MD 21230 |
| WASTE MANAGEMENT OF SANFORD<br>CENTRAL CAROLINA<br>P.O. BOX 830003<br>BALTIMORE MD 21283-0003 | WATER REVENUE BUREAU<br>RE ST CHRISTOHER'S HOSPITAL<br>ST CHRISTOPHERS<br>1401 JFK BLVD<br>PHILADELPHIA PA 19102-1663 | WELCO-CGI GAS TECHNOLOGIES<br>W2075<br>P.O. BOX 7777<br>PHILADELPHIA PA 19175-2075 |

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>101 N PHILLIPS AVE<br>ONE WACHOVIA CENTER<br>SIOUX FALLS SD 57104 | WEST UNIFIED COMMUNICATIONS<br>SERVICES INC<br>15272 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | WEST UNIFIED COMMUNICATIONS SVCS<br>P.O. BOX 281866<br>ATLANTA GA 30384-1866 |
| WORLDCOM<br>500 CLINTON CENTER DR<br>CLINTON MS 39056 | WTMUA<br>AUTHORITY<br>ST CHRISTOPHERS<br>P.O. BOX 127<br>GRENLOCH NJ 8032 | YIPES COMMUNICATIONS INC<br>ATTN: ACCOUNTS RECEIVEBLE<br>114 SANSOME ST 10TH FL<br>SAN FRANCISCO CA 94104 |

Parties Served: 138