**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |  |
|  | ) | Joint Administration Requested |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**STATEMENT OF TENET BUSINESS SERVICES CORPORATION AND CONIFER**
**REVENUE CYCLE SOLUTIONS, LLC REGARDING FIRST DAY PLEADINGS**

Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") respectfully represent as follows:

**Statement**

Tenet's ultimate corporate parent Tenet Healthcare Corporation is a diversified healthcare services company with 115,000 employees that operates hospitals, ambulatory surgery centers, urgent care centers, and other outpatient facilities across the country. Conifer, in which Tenet holds a 76-percent equity stake, provides revenue cycle management solutions to over 600 hospitals and other healthcare providers nationwide.

Over the past five years, Tenet has focused on modifying its portfolio of hospitals to prioritize those markets in which it maintains a substantial presence. Consistent with this effort, after nearly two decades of ownership, Tenet decided to sell Hahnemann University Hospital and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

St. Christopher's Hospital for Children to certain of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and certain of their non-debtor affiliates.

To facilitate that sale, and permit the hospitals to continue to fulfill their public health and medical education missions, Conifer entered into a master services agreement (the "MSA") with Debtor Philadelphia Academic Health System, LLC ("PAHS"), whereby Conifer agreed to provide the hospitals with on-site revenue cycle management services (including patient check-in and registration, patient check-out and payment, patient scheduling for future appointments, other non-medical patient-facing administrative services, and enrollment services). Offsite, Conifer employees track and collect patient receivables using Conifer's proprietary software and, where necessary, refer "bad debt" to a third-party vendor for collection.  Additionally, Tenet agreed under a transition services agreement with PAHS (the "TSA") to administer electronic patient medical records and related information technology systems.

Since the day the sale closed, the Debtors—under the thumb of their controlling shareholder, California investment banker Joel Freedman—have habitually breached their contractual obligations under the MSA and TSA and failed to pay tens of millions of dollars of fees.  Nevertheless, Tenet and Conifer—cognizant of the hospitals' critical public health and medical education missions—sought to engage with the Debtors in good faith to provide the Debtors with runway to assess and develop a comprehensive refinancing and/or restructuring proposal that would permit the hospitals to continue to operate.  Unfortunately, this record of good-faith engagement notwithstanding, Mr. Freedman has time and again failed to engage with the Debtors' major stakeholders, all while playing out Mr. Freedman's endless equity option.[2]

---

[2]   In connection with this transaction, Tenet received a $17.5-million secured "seller note" from Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC, the entities that own the real property on which the St. Christopher's Hospital is located.  Notwithstanding the fact that the Debtors intend to sell St. Christopher's Hospital to a third party, those entities have *not* filed for chapter 11 as of the date hereof.

Accordingly, earlier this year, Tenet and Conifer had no choice other than to send notice of their intent to terminate the TSA and MSA.[3]

Following the Debtors' appointment of a chief restructuring officer in April 2019, Tenet and Conifer reengaged with the Debtors.  As a result of that constructive dialogue, Tenet and Conifer repeatedly extended the termination date for the TSA and MSA, while continuing to provide uninterrupted services to the Debtors at a fraction of their respective contractual rates.

However, Tenet and Conifer (which today are the Debtors' largest prepetition general unsecured creditors) cannot continue to provide uninterrupted services to the Debtors without assurance of payment.  Furthermore, as noted in the Debtors' first day declaration, the Debtors, Tenet and Conifer are "currently operating under a short-term interim agreement that runs through July 5, 2019,"[4] which is less than a week after the petition date.  Accordingly, absent an agreement between the parties, Tenet and Conifer intend to wind down their transition and revenue cycle management services on or about July 5, 2019.[5]

Tenet and Conifer are not proposing that the Court deny any of the first day relief requested by the Debtors.  However, in light of the foregoing, Tenet and Conifer respectfully

---

Tenet is concerned that Mr. Freedman—the ultimate equity owner of Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC—will seek to sell the St. Christopher's Hospital real property outside of the purview of the bankruptcy court.  Tenet reserves all rights regarding the foregoing matters.

[3]   Although the formal notice of termination of the MSA and TSA was not sent until May 2, 2019, the right to terminate the MSA and TSA arose well before that date.

[4]   Docket No. 2, ¶ 28.

[5]   For Tenet and Conifer to continue to perform under the TSA and MSA, the Debtors must demonstrate they possess the financial wherewithal to satisfy their obligations thereunder.  More specifically, Tenet and Conifer have been informed that the Debtors' proposed DIP budget includes only $200,000 per week (or $800,000 per month) for revenue cycle management services performed by Conifer and *no consideration* for services provided by Tenet.  This amount is less than 25% of the fees owed to Conifer and Tenet under the MSA and TSA, and significantly below Conifer and Tenet's costs of providing these services to the Debtors.  With respect, the Debtors should not receive the benefits of chapter 11 if they cannot satisfy their postpetition obligations to Tenet and Conifer in full in cash.

3

DOCS_DE:224410.1

submit that any interim relief granted should be limited to that which is critically necessary for the Debtors' operations, until such time as the Debtors can demonstrate a viable path forward for these chapter 11 cases.  Specifically, the Debtors' businesses are in a precarious situation at the outset of these chapter 11 cases (including that the services provided under the MSA and TSA will not continue after July 5 absent a consensual resolution), and the Debtors' estates should not be burdened with unnecessary obligations until the Debtors have set forth a workable restructuring strategy.

## Reservation of Rights

Nothing herein shall be considered a waiver of any rights, claims, or defenses of Tenet and/or Conifer with respect to any matter in the above-captioned chapter 11 cases, including with respect to any first-day relief requested by the Debtors or the right to seek the appointment of a trustee or examiner.

Dated: July 1, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        tcairns@pszjlaw.com

-and-

4

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C. (*pro hac vice* pending)
Gregory F. Pesce (*pro hac vice* pending)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: stephen.hackney@kirkland.com
          gregory.pesce@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corp. and
Conifer Revenue Cycle Solutions, LLC*

5