**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | Joint Administration Requested |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on the 1st day of July, 2019, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

Dated: July 1, 2019　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　*/s/ Timothy P. Cairns*
　　　　　　　　　　　　　　　　　　　Timothy P. Cairns (DE Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Center City Healthcare, LLC**
**d/b/a Hannemann University Hospital, et al.**
**Email Service List**
**DE Doc No. 224412v.1**
**03—Via Email**

*Via Email*
*Benjamin.a.hackman@usdoj.gov*
Office of the United States Trustee
Attn:  Benjamin Hackman
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*Via Email*
*Jeffrey.hampton@saul.com*
Jeffrey Hampton, Esquire
Saul Ewing Arnstein & Lehr LLP
1500 Market Street, 38th Floor
Philadelphia, PA  19102

*Via Email*
*mark.minuti@saul.com*
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street
Suite 2300
P.O. Box 1266
Wilmington, DE  19899