**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) Joint Administration Requested |
| Debtors. | ) **Re: Docket No. 22** |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR JULY 2, 2019 AT 2:30 P.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE KEVIN GROSS,
U.S. BANKRUPTCY COURT JUDGE[3,4]**

**PLEASE NOTE THE CHANGE OF HEARING TIME FROM 9:00 a.m. TO 2:30 p.m.**

**This agenda sets forth items in the order they appear in the first day motions binder delivered to the Court. The status of each is set forth below.**

1. Voluntary Petitions

    A. Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Case No. 19-11466 (KG)

    B. Philadelphia Academic Health System, LLC, Case No. 19-11467 (KG)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

    C.    St. Christopher's Healthcare, LLC, Case No. 19-11468 (KG)

    D.    Philadelphia Academic Medical Associates, LLC, Case No. 19-11469 (KG)

    E.    HPS of PA, L.L.C., Case No. 19-11470 (KG)

    F.    SCHC Pediatric Associates, L.L.C., Case No. 19-11471 (KG)

    G.    St. Christopher's Pediatric Urgent Care Center, L.L.C., Case No. 19-11472 (KG)

    H.    SCHC Pediatric Anesthesia Associates, L.L.C., Case No. 19-11473 (KG)

    I.    StChris Care at Northeast Pediatrics, L.L.C., Case No. 19-11474 (KG)

    J.    TPS of PA, L.L.C., Case No. 19-11475 (KG)

    K.    TPS II of PA, L.L.C., Case No. 19-11476 (KG)

    L.    TPS III of PA, L.L.C., Case No. 19-11477 (KG)

    M.    TPS IV of PA, L.L.C., Case No. 19-11478 (KG)

    N.    TPS V of PA, L.L.C., Case No. 19-11479 (KG)

2. Declaration of Allen Wilen in Support of First Day Relief [D.I. 2; filed: 07/01/19]

    Status: The declaration will be relied upon as evidentiary support for the first day matters listed below.

## First Day Administrative and Procedural Motions

3. Motion of the Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [D.I. 3; filed: 07/01/19]

    Status: This matter is going forward.

4. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, and (III) Establishing Patient Notice Procedures [D.I. 4; filed: 07/01/19]

    Status: This matter is going forward.

5. Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal Portions of Its Creditor Matrix Containing Certain Individual Creditor Information [D.I. 5; filed: 07/01/19]

   **Status:  On July 1, 2019, the Debtors filed a Notice of Withdrawal [D.I. 43] of this motion.**

6. Motion of the Debtors for Entry of an Order Approving Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules [D.I. 7; filed: 07/01/19]

   Status: This matter is going forward.

### Retention Applications

7. Application of Debtors for Order Authorizing Retention and Employment of Omni Management Group as Claims and Noticing Agent to the Debtors *Nunc Pro Tunc* to the Petition Date Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) [D.I. 8; filed: 07/01/19]

   Status: This matter is going forward.

### First Day Motions Pertaining to Business Operation

8. Motion of Debtors for Entry of Interim and Final Orders (i) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Performance of Intercompany Transactions; (III) Granting Administrative Expense Priority to Postpetition Intercompany Claims; and (IV) Granting Related Relief [D.I. 9; filed: 07/01/19]

   **Responses:**

   A. **Preliminary Response of HSREP VI Holding, LLC [D.I. 54; filed: 07/02/19]**

   Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

9. Motion of the Debtors for Entry of an Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and (II) Granting Related Relief [D.I. 10; filed: 07/01/19]

   Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

10. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs; and (III) Granting Related Relief [D.I. 11; filed: 07/01/19]

    Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

11. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 12; filed: 07/01/19]

    Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

12. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (III) Honor the Terms of Premium Financing Agreement and Pay Premiums Thereunder; and (IV) Enter Into New Premium Financing Agreements in the Ordinary Course of Business [D.I. 13; filed: 07/01/19]

    Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

13. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendor Obligations [D.I. 14; filed: 07/01/19]

    Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

**Additional Motions**

14. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing [D.I. 15; filed: 07/01/19]

    **Responses:**

    A. **Response of the City of Philadelphia [D.I. 49; filed: 07/01/19]**

    B. **Objection of the Commonwealth of Pennsylvania Department of Health [D.I. 51; filed: 07/01/19]**

Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

## Financing Motion

15. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant To Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief **[D.I. 53; filed: 07/01/19]**

    **Responses:**

    A.  **Statement of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC Regarding First Day Pleadings [D.I. 52; filed: 07/01/19]**

    B.  **Preliminary Response of HSREP VI Holding, LLC [D.I. 54; filed: 07/02/19]**

    **Status:** This matter will go forward on an interim basis.

| | |
|---|---|
| Dated: July 2, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

           By: */s/ Monique B. DiSabatino*
              Mark Minuti (DE Bar No. 2659)
              Monique B. DiSabatino (DE Bar No. 6027)
              1201 N. Market Street, Suite 2300
              P.O. Box 1266
              Wilmington, DE  19899
              Telephone: (302) 421-6800
              Fax: (302) 421-5873
              mark.minuti@saul.com
              monique.disabatino@saul.com

                 -and-

              Jeffrey C. Hampton
              Adam H. Isenberg
              Aaron S. Applebaum (DE Bar No. 5587)
              Centre Square West
              1500 Market Street, 38th Floor
              Philadelphia, PA 19102
              Telephone: (215) 972-7700
              Fax: (215) 972-7725
              jeffrey.hampton@saul.com
              adam.isenberg@saul.com
              aaron.applebaum@saul.com

              *Proposed Counsel for Debtors and*
              *Debtors in Possession*