# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.* | : | Case No: 19-11466 (KG) |
| | : | Joint Administration Requested |
| Debtor. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Lawrence G. McMichael, Esquire of Dilworth Paxson LLP to represent (1) Joel Freedman, (2) American Academic Health Systems, LLC and (3) Philadelphia Academic Health Holdings LLC in this action.

Dated: Wilmington, Delaware
      July 2, 2019

/s/ Peter C. Hughes
Peter C. Hughes
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801
Phone: 215-575-7000
Email: phughes@dilworthlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 2, 2019

/s/ Lawrence G. McMichael
Lawrence G. McMichael
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
Phone: 215-575-7000
Email: lmcmichael@dilworthlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

120988102_1