UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Center City Healthcare LLC et  Chapter 11

Case No. 19 -11466 (____)

### GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent City of Philadelphia in this action: I am admitted to practice law in __(court(s))

Pennsylvania, New Jersey, EDPA, DNJ, Bankruptcy EDPA, MDPA & DNJ

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ Pamela Elchert Thurmond

Agency/Organization
Name:      Pamela Elchert Thurmond
Address:   1401 John F. Kennedy Blvd., Room 580
           Philadelphia PA 19102
Phone:     215-686-0508
Email:     Pamela.Thurmond@phila.gov

Local Form 105A