### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC d/b/a <br> HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) <br> ) <br> ) Joint Administration Requested <br> ) |
| Debtors. | ) <br> ) **Related to Docket No. 9** <br> ) |

### NOTICE OF FILING OF REVISED EXHIBITS TO MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM AND BANK ACCOUNTS; (II) AUTHORIZING CONTINUED PERFORMANCE OF INTERCOMPANY TRANSACTIONS; (III) GRANTING ADMINISTRATIVE EXPENSE PRIORITY TO POSTPETITION INTERCOMPANY CLAIMS; AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on July 1, 2019, the above-captioned debtors and debtors in possession (the "**Debtors**") filed *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and (II) Authorizing Continued Performance of Intercompany Transactions; (III) Granting Administrative Expense Priority to Postpetition Intercompany Claims; and (IV) Granting Related Relief* (D.I. 9) (the "**Cash Management Motion**")[2] with the Court.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised Exhibit C to the Cash Management Motion, which contains a list of the Debtors' Bank Accounts.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a revised Exhibit D to the Cash Management Motion, which contains a chart illustrating the flow of funds in the Cash Management System.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Cash Management Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim Court approval of the Cash Management Motion at the hearing scheduled for July 2, 2019 at 2:30 p.m. (ET).

Dated: July 2, 2019                                    **SAUL EWING ARNSTEIN & LEHR LLP**

                                    By:     */s/ Monique B. DiSabatino*
                                            Mark Minuti (DE Bar No. 2659)
                                            Monique B. DiSabatino (DE Bar No. 6027)
                                            1201 N. Market Street, Suite 2300
                                            P.O. Box 1266
                                            Wilmington, DE  19899
                                            Telephone: (302) 421-6800
                                            Fax: (302) 421-5873
                                            mark.minuti@saul.com
                                            monique.disabatino@saul.com

                                                    -and-

                                            Jeffrey C. Hampton
                                            Adam H. Isenberg
                                            Aaron S. Applebaum (DE Bar No. 5587)
                                            Centre Square West
                                            1500 Market Street, 38th Floor
                                            Philadelphia, PA 19102
                                            Telephone: (215) 972-7700
                                            Fax: (215) 972-7725
                                            jeffrey.hampton@saul.com
                                            adam.isenberg@saul.com
                                            aaron.applebaum@saul.com

                                            *Proposed Counsel for Debtors and*
                                            *Debtors in Possession*

35567352.1 07/02/2019