# EXHIBIT 2

**Flow of Funds**

# Account Structure - Hospitals - Collections



# Account Structure - Practice Groups - Collections



# Account Structure - Disbursements



3

# Account Structure - Capital One Accounts – Subtenant Rent Deposits



4