UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  
Chapter **11**

Case No. **19** - **11466** ( **KG** )

Debtor: Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Deborah Reperowitz** to represent **MidCap Funding IV Trust and MidCap Funding Financial Trust** in this action.

/s/Joelle E. Polesky

Firm Name: Stradley Ronon, et al  
Address: 1000 N. West Street, Suite 1200 Wilmington, DE 19801  
Phone: (302) 295-3805  
Email: jpolesky@stradley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York & Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Deborah Reperowitz

Firm Name: Stradley Ronon, et al  
Address: 100 Park Ave, Ste 2000 New York, NY 10017  
Phone: (212) 812-4124  
Email: dreperowitz@stradley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: July 2nd, 2019**  
**Wilmington, Delaware**

**KEVIN GROSS**  
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105