**Exhibit A**

1. Within two (2) days of the Order, the DIO[1] shall provide to Drexel' designee a written report on the status of his/her discussions to date with other health organizations, hospitals or the ACGME regarding the transfer and/or displacement of the Residents. Thereafter, the DIO shall provide daily written updates to Drexel's designee on any such discussions.

2. The DIO shall meet with Drexel twice weekly to discuss the status and strategy for the transfer and/or displacement of the Residents.

3. The DIO shall include the relevant Program Director whenever the DIO engages in substantive discussions with any health organization, hospital or the ACGME regarding the transfer and/or displacement of the Residents.

4. The DIO and the Debtors shall not make any agreements with other health organizations, hospitals and/or the ACGME regarding the transfer and/or displacement of any of the Residents without Drexel's prior knowledge and written consent.

5. The DIO and the Debtors shall cooperate and promptly sign off on any decision that any of the Residents make regarding their transfer or relocation to another health organization or hospital.

6. The Debtors shall not issue any mass communications to the entire or a substantial number of the Residents, including but not limited to "Frequently Asked Questions," without first obtaining the input of Drexel.

---

[1] The "DIO" is the Designated Institutional Official for the Drexel University College of Medicine/Hahnemann-sponsored graduate medical education programs.