## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, hereby certify that, on this 2nd day of July 2019, I caused a true and correct copy of the foregoing **Limited Objection of Drexel University to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital and (B) Scheduling a Final Hearing** to be served upon the parties listed below in the manner indicated.

Dated: July 2, 2019
Wilmington, Delaware

/s/ *Tobey M. Daluz*
Tobey M. Daluz (No. 3939)

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801
mark.minuti@saul.com
monique.disabatino@saul.com
*Via E-mail*

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102
jeffrey.hampton@saul.com
aisenberg@saul.com
aaron.applebaum@saul.com
*Via E-mail*

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
*Via E-mail*

DMEAST #38168344 v1