IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------x
In re                                            :
                                                 :          Chapter 11
CENTER CITY HEALTHCARE LLC d/b/a :
HAHNEMANN UNIVERSITY                             :
HOSPTIAL *et al*                                 :          Bankruptcy No. 19-11466
                          Debtor.                :
-------------------------------------------------x          Joint Administration Requested

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **LIMITED RESPONSE AND
RESERVATION OF RIGHTS TO MOTION OF THE DEBTORS FOR ENTRY OF
INTERIM AND FINAL ORDERS REGARDING DIP FINANCING AND GRANTING
LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS**
was served, on the date set forth below, upon all parties including the following:


VIA ECF FILING
Monique Bair DiSabatino, Esquire
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Ste 2300
Wilmington, DE 19899


Counsel for Debtors


Dated: July 2, 2019              By:    /s/ *Megan N. Harper*
                                        Megan N. Harper
                                        Deputy City Solicitor
                                        PA Attorney I.D. 81669
                                        Delaware Attorney ID 4103
                                        Attorney for the City of Philadelphia
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0503 (phone)
                                        Email: Megan.Harper@phila.gov