UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | |
| d/b/a HAHNEMANN UNIVERSITY | : | Bankruptcy No. 19-11466 (KG) |
| HOSPITAL, et al., | : | |
| | : | |
| Debtors | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General as *parens patriae*.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Office of Attorney General, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

                                                              JOSH SHAPIRO
                                                              ATTORNEY GENERAL

DATED:   July 2, 2019            BY:    */s/ Carol E. Momjian*
                                                                                   Carol E. Momjian
                                                                                   Senior Deputy Attorney General
                                                                                  PA I.D. No. 49219
                                                                                   Office of Attorney General
                                                                                   The Phoenix Building
                                                                                   1600 Arch Street, 3rd Floor
                                                                                   Philadelphia, PA 19103
                                                                                   Tel: (215) 560-2128
                                                                                   Fax: (717) 772-4526
                                                                                   E-mail: cmomjian@attorneygeneral.gov