UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | |
| d/b/a HAHNEMANN UNIVERSITY | : | Bankruptcy No. 19-11466 (KG) |
| HOSPITAL, et al., | : | |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Carol E. Momjian, hereby certify that Notice of Appearance has been filed electronically on July 2, 2019, and is available for viewing and downloading from the Court's Electronic Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following: Not Applicable.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: July 2, 2019            BY:   */s/ Carol E. Momjian*
                                     Carol E. Momjian
                                     Senior Deputy Attorney General
                                     PA I.D. No. 49219
                                     Office of Attorney General
                                     The Phoenix Building
                                     1600 Arch Street, 3rd Floor
                                     Philadelphia, PA 19103
                                     Tel: (215) 560-2128
                                     Fax: (717) 772-4526
                                     E-mail: cmomjian@attorneygeneral.gov