UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | |
| d/b/a HAHNEMANN UNIVERSITY | : | Bankruptcy No. 19-11466 (KG) |
| HOSPITAL, et al., | : | |
| | : | |
| Debtors | : | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Momjian, hereby certify that Notice of Appearance has been filed electronically on July 2, 2019, and is available for viewing and downloading from the Court's Electronic Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following: Not Applicable.

                                                                JOSH SHAPIRO
                                                                ATTORNEY GENERAL

DATED:   July 2, 2019          BY:   */s/ Christopher R. Momjian*
                                                                                       Christopher R. Momjian
                                                                                       Senior Deputy Attorney General
                                                                                       PA I.D. No. 57482
                                                                                       Office of Attorney General
                                                                                       The Phoenix Building
                                                                                       1600 Arch Street, 3rd Floor
                                                                                       Philadelphia, PA 19103
                                                                                       Tel: (215) 560-2424
                                                                                       Fax: (717) 772-4526
                                                                                       E-mail: crmomjian@attorneygeneral.gov