**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Vincent J. Marriott, III, Esq. to represent Drexel University in these cases.

Dated: July 2, 2019            */s/ Tobey M. Daluz*
Wilmington, Delaware          Tobey M. Daluz (No. 3939)
                              BALLARD SPAHR LLP
                              919 N. Market Street, 11th Floor
                              Wilmington, Delaware 19801-3034
                              Telephone: (302) 252-4465
                              Facsimile:  (302) 252-4466
                              E-mail: daluzt@ballardspahr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                              */s/ Vincent J. Marriott III*
                              Vincent J. Marriott III, Esquire
                              BALLARD SPAHR LLP
                              51st Floor - Mellon Bank Center
                              1735 Market Street
                              Philadelphia, Pennsylvania 19103
                              Telephone: (215) 665-8500
                              Facsimile:  (215) 864-8999
                              E-mail: marriott@ballardspahr.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.