## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC, et al., | ) | Case No. 19-11466 |
| | ) | |
| Debtors. | ) | (Joint Administration) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears on

behalf of General Healthcare Resources, LLC ("GHR"), and, pursuant to Rules 2002 and

9010(b) of the Bankruptcy Rules, hereby requests that all notices given or required in these

cases, and all documents, and all other papers served in these cases, be given to and served upon:

> Rachel Jaffe Mauceri, Esq.
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103-2921
> Telephone: (215) 963-5000
> Facsimile: (215) 963-5001
> E-mail: rmauceri@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the rule specified above but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of

the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance,

pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered

only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in

these cases or in any case, controversy or proceeding related to this case, (3) to have the district

DB1/ 104994096.1

court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or

(4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which GHR, in any

capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims,

actions, defenses, setoffs and recoupments are expressly reserved.


Dated: July 2, 2019                          MORGAN, LEWIS & BOCKIUS LLP
                                             Attorneys for General Healthcare Resources, LLC


                                      By:    /s/ Jody C. Barillare
                                             Jody C. Barillare (#5107)
                                             The Nemours Building
                                             1007 North Orange Street, Suite 501
                                             Wilmington, DE  19801
                                             Phone: (302) 574-3000
                                             Facsimile (302) 574-3001
                                             E-mail: jody.barillare@morganlewis.com

                                             Rachel Jaffe Mauceri
                                             1701 Market Street
                                             Philadelphia, PA  19103-2921
                                             Telephone: (215) 963-5000
                                             Facsimile: (215) 963-5001
                                             Email: rmauceri@morganlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2019, a copy of the foregoing pleadings was filed electronically and served by electronic service through the Court's CM/ECF system and on all counsel of record who have appeared in this action and registered for service via CM/ECF.

By: /s/ Jody C. Barillare
    JODY C. BARILLARE (#5107)
