## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the Commonwealth of Pennsylvania, and admitted and in good standing in the State of New York and the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: July 2, 2019

/s/ Rachel Jaffe Mauceri
Rachel Jaffe Mauceri
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Phone: (215) 963-5000
E-mail: rachel.mauceri@morganlewis.com