# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL  
**COURTROOM LOCATION:** 3

**CASE NO.:** 19-11466 (KG)  
**DATE:** 7/2/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tobey Daluz | Ballard Spahr | Drexel University |
| Kevin Kerns | Cozen O'Connor | Drexel Univ. |
| Stuart Brown | DLA Piper LLP (US) | ITSRG |
| Benjamin Hackman | | U.S. Trustee |
| Louis Curcio | Troutman Sanders | Capital One |
| Greg Taylor | Ashby Geddes | Capital One |
| Martin Weis | Dilworth Paxson | American Academic Health; Freedman 5x |
| Lawrence McMichael | Dilworth Paxson | " |
| Joelle E. Polesky | Shadley Ronon | MidCap Funding IV Trust / MidCap Financial Trust |
| Mark Minuti | Saul Ewing Arnstein & Lehr | Davis |
| Wiley Hamilton | " | " |
| Marion DiBartolino | " | " |
| Patricia Jackson | Drinker Biddle & Reath | Gift of Life Donor Program |
| My Kean | PA Office of Attorney General | OAG |
| Carol Momjian | PA Office of Atty General | DAG |
| Domenic Pacitti | Klehr Harrison | Debtors |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL

**CASE NO.:** 19-11466 (KG)

**COURTROOM LOCATION:** 3

**DATE:** 7/2/19

②

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Tenet Business Services Corp |
| | | a Center Revenue Cycle Solutions |
| Richard Barkasy | Schnader Harrison Segal & Lewis | PA Dept. of Health |
| David Smith | " | " |
| Deborah Reperowitz | Stradley Ronon | MidCap Financial |
| Gretchen Santamour | " | " |
| Joseph Cariozzi | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 07/02/2019
Calendar Time: 02:30 PM ET

Same Day  Jul 2 2019 10:15AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9894953 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones Newswire & Co. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9895410 | Matthew Brooks | (404) 885-2618 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9894155 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9895682 | Andrew Cowie | (212) 782-1401 ext. | Berkley Research Group LLC | Interested Party, Berkley Research Group LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9892630 | Pamela Elchert Thurmond | (215) 686-0508 ext. | City of Philadelphia Law Department | Creditor, City of Philadelphia / LIVE |
| | | The Center City Healthcare, LLC | 19-11466 | Hearing | 9895991 | Lance M. Geren | (202) 274-2459 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Benefit Fund for Hospital and Health Care Employees / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9895404 | Greg Gotthardt | (213) 689-1200 ext. | FTI Consulting, Inc. | Interested Party, FTI Consulting, Inc. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9895418 | Ronald Greenspan | (310) 994-9962 ext. | FTI Consulting | Interested Party, FTI Consulting, Inc. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9893439 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Bienert | Katzman, PLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9895333 | Stephen Hackney | (312) 861-2157 ext. | Kirkland & Ellis LLP | Creditor, Tenet & Conifer / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9894485 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Taylor Harrison / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9893837 | Robert M. Hirsh | (212) 457-5430 ext. | Arent Fox LLP | Representing, JMB Capital Lending LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9895412 | Christopher S. Koenig | (312) 862-2372 ext. | Kirkland & Ellis LLP | Interested Party, Christopher S. Koenig / LISTEN ONLY |

Nayla' Hull ext. 709

CourtConfCal2009

Page 4 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9893376 | Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9893685 | Boris I. Mankovetskiy | (973) 643-6391 ext. | Sills Cummis & Gross, P.C. | Interested Party, Interested parties / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9893582 | Rachel J. Mauceri | (215) 963-5515 ext. | Morgan Lewis & Bockius LLP | Client, General Healthcare Resources, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9895417 | Jessica D. Mikhailevich | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9892846 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Tenet & Conifer / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9895290 | Deirdre M. Richards | (215) 893-8703 ext. | Fineman Krekstein & Harris PC | Interested Party, Fineman Krekstein & Harris PC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9893769 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9895292 | Jonathan Walters | (215) 875-3121 ext. | Markowitz & Richman | Interested Party, Pennsylvania Association of Staff Nurses & Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9894039 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Defendant/Respondent, Becky Yerak / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9895425 | Cliff Zucker | (214) 762-5574 ext. | FTI Consulting, Inc. | Interested Party, FTI Consulting, Inc. / LIVE |
| Philadelphia Academic Health Systems, LLC | 19-11467 | Hearing | 9894636 | Christopher J. Giaimo | (202) 457-6461 ext. | Squire Patton Boggs (US), LLP | Interested Party, Christopher J. Giaimo / LISTEN ONLY |
| Philadelphia Academic Health Systems, LLC | 19-11467 | Hearing | 9894599 | Jeffrey Rothleder | (202) 457-6462 ext. | Squire Patton Boggs (US), LLP | Interested Party, Jeffrey Rothleder / LISTEN ONLY |