**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) **Hearing Date: July 26, 2019 at 10:00 a.m. (ET)** |
| Debtors. | ) **Objection Deadline: July 19, 2019 at 4:00 p.m. (ET)** |
| | ) |
| | ) **Related to Docket Nos. 9, 10, 11, 12, 13, 14, 74, 75, 77, 78, 79 and** |
| | ) **81** |
| | ) |

**OMNIBUS NOTICE OF ENTRY OF FIRST DAY**
**ORDERS AND FINAL HEARING THEREON**

    **PLEASE TAKE NOTICE** that on June 30, 2019 and July 1, 2019, the debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") filed the following pleadings (collectively, the **First Day Pleadings**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

1.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Performance of Intercompany Transactions; (III) Granting Administrative Expense Priority to Postpetition Intercompany Claims; and (IV) Granting Related Relief [D.I. 9; filed: 07/01/19];

2.      Motion of the Debtors for Entry of an Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [D.I. 10; filed: 07/01/19];

3.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs; and (III) Granting Related Relief [D.I. 11; filed: 07/01/19];

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).   The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]      The Debtors filed also certain motions and application that were approved on a final basis at the hearing conducted on July 2, 2019 and are not listed herein.  *See* Docket Nos. 3, 4, 7, 8, 70, 71, 72 and 73.

4.    Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 12; filed: 07/01/19];

5.    Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (III) Honor the Terms of Premium Financing Agreement and Pay Premiums Thereunder; and (IV) Enter Into New Premium Financing Agreements in the Ordinary Course of Business [D.I. 13; filed: 07/01/19]; and

6.    Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendor Obligations [D.I. 14; filed: 07/01/19];

**PLEASE TAKE FURTHER NOTICE** that a hearing on the above First Day Pleadings was held on July 2, 2019, after which the Court entered orders granting the relief requested in the pleadings on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the aforementioned First Day Pleadings is scheduled for **JULY 26, 2019 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of orders approving the relief set forth in the First Day Pleadings on a final basis must be filed on or before **July 19, 2019 at 4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  Copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the proposed undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE ABOVE MENTIONED FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 2, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Proposed Counsel for Debtors and
Debtors in Possession*

35539435.1 07/02/2019