## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a, | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## AFFIDAVIT OF SERVICE

|  |  |
|---|---|
| STATE OF DELAWARE | ) |
|  | )SS: |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to Tenet Business

Services Corp. and Conifer Revenue Cycle Solutions, LLC, in the above-captioned actions, and

that on the 2nd day of July, 2019, she caused a copy of the following document(s) to be served

upon the individuals on the attached service list(s) in the manner indicated:

> **Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 [Docket No. 46]**
>
> **Statement of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC Regarding First Day Pleadings [Docket No. 52]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**[Signed] Order Granting Motion and Order for Admission *Pro Hac Vice* for Gregory F. Pesce of Kirkland & Ellis LLP [Docket No. 56]**

_Karina Yee_
_____
Karina Yee

Sworn to and subscribed before
me this 2ⁿᵈ day of July, 2019

_____
Notary Public

My Commission Expires: 1/5/20

DIANE K. POTTS
MY COMMISSION
EXPIRES
JANUARY 5, 2020
NOTARY PUBLIC
STATE OF DELAWARE

2

DOCS_DE:224426.1 68700/001

Center City Healthcare, LLC d/b/a
Hahnemann University Hospital, *et al.*
(2002 FCM)
Case No. 19-11466 (KG)
Document No. 224421
009 – Hand Delivery
056 – First Class Mail


(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899

**Hand Delivery**
David C. Weiss, Esquire
c/o Ellen Slights, Esquire
Office of the United States Attorney
Hercules Building
1313 N Market Street
Wilmington, DE 19801

**Hand Delivery**
Benjamin Hackman, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-6519

**Hand Delivery**
(Counsel to the Debtors)
Mark Minuti, Esquire
Monique DiSabatino, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Capital One)
Gregory Taylor, Esquire
Katharina Earle, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave, 8th Floor
PO Box 1150
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Drexel University)
Tobey M. Daluz, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Harrison Street Real Estate
LLC)
Stuart M. Brown, Esquire
DLA Piper LLP
1201 N Market Street, Suite 2100
Wilmington, DE 19801

**Hand Delivery**
(Counsel to MidCap Financial Trust,
MidCap Funding IV Trust)
Joelle E. Polesky, Esquire
Stradley, Ronon, Stevens & Young, LLP
1000 N West Street, Suite 1279
Wilmington, DE 19801

**Hand Delivery**
(Counsel to SpecialtyCare Inc)
Marc S. Casarino, Esquire
White and Williams LLP
600 N King Street, Suite 800
Wilmington, DE 19899-0709

**Hand Delivery**
(Counsel to Commonwealth of Pennsylvania
Department of Health)
Richard A. Barkasy, Esquire
Daniel M. Pereira, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE  19801

**First Class Mail**
(Counsel to the Debtors)
Jeffrey Hampton, Esquire
Adam Isenberg, Esquire
Aaron Applebaum, Esquire
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

**First Class Mail**
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

**First Class Mail**
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530

**First Class Mail**
United States Department of Justice
Civil Division
1100 L Street, NW, 10030
Washington, DC  20005

**First Class Mail**
Josh Shapiro, Esquire
Office of the Attorney General
Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA  17120

**First Class Mail**
Pennsylvania Dept. of Human Services
1401 North Seventh Street
Harrisburg, PA  17105

**First Class Mail**
Pennsylvania Dept. of Human Services
PO Box 2675
Harrisburg, PA  17105-2675

**First Class Mail**
Attn:  Law Dept
City of Philadelphia
1515 Arch Street, 17th Fl
Philadelphia, PA  19102

**First Class Mail**
(Top 30 Creditors)
Rob Dubow
City of Philadelphia
Code Violation Enforcement Division
PO Box 56318
Philadelphia, PA  19130

**First Class Mail**
(Top 30 Creditors)
Candice Henson
Concentra d/b/a Concentra Medical Centers
5080 Spectrum Drive, 1200W
Addison, TX  75001

**First Class Mail**
(Top 30 Creditors)
Kay Ennis
Nthrive Inc.
200 North Point Center E, Suite 600
Alpharetta, GA  30022

**First Class Mail**
(Top 30 Creditors)
Peter J Butera, Esquire
Smith & Nephew
150 Minuteman Road
Andover, MA  01810

**First Class Mail**
(Top 30 Creditors)
Brooke Mitch
Ino Therapeutics LLC d/b/a Mallinckrodt
Pharmaceuticals
1425 US Route 206
Bedminster, NJ  07921

**First Class Mail**
(Top 30 Creditors)
Eric Vautrin
Olympus America Inc.
3500 Corporate Parkway
Center Valley, PA  18034-0610

**First Class Mail**
(Top 30 Creditors)
Dennis Czaplicki
Crothall Healthcare Inc.
13028 Collections Center Drive
Chicago, IL 60693

**First Class Mail**
(Top 30 Creditors)
Brian Castelein, CBA
Medtronic USA Inc.
4642 Collections Center Drive
Chicago, IL  60693

**First Class Mail**
(Top 30 Creditors)
Kelley Maskeri
Premier Healthcare Solutions
5882 Collections Center Drive
Chicago, IL  60693

**First Class Mail**
(Top 30 Creditors)
Michael Maloney
Tenet Business Services Corporation
c/o Tenet Healthcare Corporation
1445 Ross Ave, Suite 1400
Dallas, TX  75202

**First Class Mail**
(Top 30 Creditors)
Nick Gulland
Optuminsight
11000 Optum Circle
Eden Prairie, MN  55344

**First Class Mail**
(Top 30 Creditors)
Nicole Hassler
Champion Energy
1500 Rankin Road, Suite 200
Houston, TX  77073

**First Class Mail**
(Top 30 Creditors)
John Erickson
Ensemble RCM LLC
13620 Reese Blvd, Suite 200
Huntersville, NC  28078

**First Class Mail**
(Top 30 Creditors)
Quality Systems Inc.
18111 Von Karman Ave, Suite 700
Irvine, CA  92612

**First Class Mail**
(Top 30 Creditors)
Ian Wilson
Cerner Corp
2800 Rockcreek Parkway
Kansas City, MO  64117

**First Class Mail**
(Top 30 Creditors)
Donald J Damico
Global Neurosciences Institute
3100 Princeton Park, Building 3, Suite D
Lawrenceville, NJ  08648

**First Class Mail**
(Top 30 Creditors)
Clenn Frost
Renal Treatment Centers Se LP - Davita
2476 East Swedesford Road, Suite 150
Malvern, PA 19355

**First Class Mail**
(Top 30 Creditors)
Shane Reed
Medline Industries Inc.
Three Lakes Drive
Northfield, IL 60093

**First Class Mail**
(Top 30 Creditors)
Benefit Fund for Hosp & Health
1319 Locust Street
Philadelphia, PA 19107

**First Class Mail**
(Top 30 Creditors)
Anthony Esposito
Drexel University
3201 Arch Street, Suite 420
Philadelphia, PA 19104

**First Class Mail**
(Top 30 Creditors)
Stacy Cramer
Greater Delaware Valley Society
401 N 3rd Street
Philadelphia, PA 19123

**First Class Mail**
(Top 30 Creditors)
Temple University Hospital
Cashier Office
3401 N. Broad Street, Rm A 131
Philadelphia, PA 19140

**First Class Mail**
(Top 30 Creditors)
Tricia Marts
Veolia Energy Philadelphia Inc.
2600 Christian Street
Philadelphia, PA 19146

**First Class Mail**
(Top 30 Creditors)
Subbarao Pushadapu
NTT Data Services LLC
7950 Legacy Dr, Suite 900
Plano, TX 75024

**First Class Mail**
(Top 30 Creditors)
Al Santosusso
Universal Protection SVS LP
1551 North Tustin Ave, Suite 650
Santa Ana, CA 92705

**First Class Mail**
(Top 30 Creditors)
Patty Paget
Depuy Synthes Sales
Customer Receivables Management
Highway 22 N
Somverville, NJ 08876-1051

**First Class Mail**
(Top 30 Creditors)
Petra Willey
Conifer Patient Communications
140 Fountain Parkway Suite 500
St. Petersburg, FL 33716

**First Class Mail**
(Top 30 Creditors)
Tara Smalls
American Red Cross
430 17th St NW
Washington, DC 20006

**First Class Mail**
(Top 30 Creditors)
Arushi Chandran
General Electric Co. d/b/a GE Healthcare
9900 Innovation Drive
Wauwatosa, WI  53226-4856

**First Class Mail**
(Top 30 Creditors)
Pittsburgh National Bank 640382
Amy Dorfmeister, Esquire
Ernst & Young US LLP
1 PPG Pl #2100
Pittsburgh, PA  15264

**First Class Mail**
(Debtors' Union)
Pennsylvania Association of Staff Nurses
and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA  19428

**First Class Mail**
(Debtors' Union)
International Brotherhood of Electrical
Workers, Local 98
1701 Spring Garden Street
Philadelphia, PA  19130

**First Class Mail**
(Debtors' Union)
National Union of Hospital and Healthcare
Employees, AFSCME, AFL-CIO
1319 Locust Street
Philadelphia, PA  19107

**First Class Mail**
(Debtors' Union)
National Union of Hospital and Healthcare
Employees, District 1199C
1319 Locust Street
Philadelphia, PA  19107

**First Class Mail**
(Counsel to SpecialtyCare, Inc.)
Amy E. Vulpio, Esquire
White and Williams LLP
1650 Market Street, 18th FL
Philadelphia, PA  19103

**First Class Mail**
(Counsel to certain of the union)
Jonathan Walters, Esquire
Markowitz & Richman
123 South Broad Street, Suite 2020
Philadelphia, PA  19109

**First Class Mail**
(Counsel to certain of the unions (1199))
Lance Geren, Esquire
O'Donoghue & O'Donoghue LLP
325 Chestnut Street, Suite 600
Philadelphia, PA  19106

**First Class Mail**
(Counsel to MidCap Financial TruStreet,
MidCap Funding IV Trust)
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103

**First Class Mail**
(Counsel to Harrison Street Real Estate,
LLC)
Richard A. Chesley, Esquire
DLA Piper LLP
444 W Lake Street, Suite 900
Chicago, IL  60606

**First Class Mail**
(Counsel to MidCap Funding IV Trust)
Deborah A. Reperowitz, Esquire
Stradley Ronan Stevens & Young LLP
100 Park Avenue, Suite 2000
New York, NY  10017

**First Class Mail**
(Counsel to Capital One)
Louis Curcio, Esquire
Jessica Mikhailevich, Esquire
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Capital One)
Matthew R. Brooks, Esquire
Troutman Sanders LLP
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308

**First Class Mail**
(Counsel to Drexel University)
Vincent J. Marriott, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Drexel University College of
Medicine)
Stephen A. Cozen, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Stephen C. Hackney, P.C.
Gregory F. Pesce, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**First Class Mail**
(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Nicole L. Greenblatt, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**First Class Mail**
(Counsel to the City of Philadelphia)
Megan Harper, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**First Class Mail**
(Counsel to the Commonwealth of
Pennsylvania)
Carol E. Momjian, Esquire
Christopher R. Momjian, Esquire
Office of the Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103