# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC, *et al.*, | ) | Case No. 19-11466 |
|  | ) |  |
| Debtors, | ) |  |
|  | ) |  |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Andrew Kelser to represent the Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity, in the above-captioned cases and any related proceedings.

Respectfully submitted,

O'DONOGHUE & O'DONOGHUE, LLP

Dated: July 3, 2019

*/s/ Lance Geren*
Lance Geren (DE 5431)
325 Chestnut Street, Suite 600
Philadelphia, PA 19106
T: (215) 629-4970
E: lgeren@odonoghuelaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for Delaware District Court.

*/s/ Andrew Kelser*
Andrew Kelser
O'Donoghue & O'Donoghue, LLP
325 Chestnut Street, Suite 600
Philadelphia, PA 19106
T: (215) 629-4970
E: akelser@odonoghuelaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.