IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al*. | :<br>:<br>: | CASE NO. 19-11466 (KG) |
| | : | Jointly Administered |
| Debtors | : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

To the Clerk of the Bankruptcy Court, the Debtor, and all other Parties-in-Interest**:**

PLEASE TAKE NOTICE that the undersigned law firm is counsel to (1) Joel Freedman, (2) American Academic Health Systems, LLC and (3) Philadelphia Academic Health Holdings LLC, parties-in-interest in the above Chapter 11 case.  Pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure, we respectfully request that all notices given or required to be given in this case by the Court, the debtor, and/or any other party to this case, be given to the undersigned at the address and telephone number set forth below.  This request includes all orders, notices, copies of motions, applications, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the court's CM/ECF noticing, mail, courier service, delivery service, telephone, telegraph, telex or otherwise:

> Lawrence G. McMichael, Esquire (admitted *pro hac vice*)
> Peter C. Hughes, Esquire
> DILWORTH PAXSON LLP
> 1500 Market Street, Suite 3500E
> Philadelphia, PA  19102
> (215) 575-7000
> (215) 575-7200 [fax]
> lmcmichael@dilworthlaw.com
> phughes@dilworthlaw.com

Date: July 3, 2019                    BY:  /s/ Peter C. Hughes

> Peter C. Hughes (#4180)
> Dilworth Paxson LLP
> One Customs House – Suite 500

120988624_1

704 King Street
Wilmington, DE 19801
Tel: (302) 571-9800

-and-

Dilworth Paxson LLP
1500 Market Street, suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000
Fax: (215) 575-7200

*Counsel for Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC*

120988624_1

## CERTIFICATE OF SERVICE

I, Peter C. Hughes, hereby certify that on this 3rd day of July, 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* to be served upon the parties listed below by CM/ECF electronic notice.

Mark Minuti
Monique Bair DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

                                          */s/ Peter C. Hughes*
                                          Peter C. Hughes (DE 4180)

120988624_1