IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC, et al., | ) | Case No. 19-11466 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Rachel Jaffe Mauceri, Esquire, of the law firm Morgan, Lewis & Bockius LLP, to represent General Healthcare Resources, LLC.

Dated: July 2, 2019

By: */s/ Jody C. Barillare*
Jody C. Barillare, Esq. (#5107)
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801
Phone: (302) 574-3000
E-mail: jody.barillare@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Dated: July 3rd, 2019
Wilmington, Delaware

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE