**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 19-11466-KG |
| CENTER CITY HEALTHCARE, LLC, *et al.,* | | |
| Debtors, | | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Creditor **Pennsylvania Association of Staff Nurses and Allied Professionals.**

Respectfully submitted,

Date: July 3, 2019

*/s/ Claiborne S. Newlin*
CLAIBORNE S. NEWLIN, ESQUIRE
Markowitz and Richman
Legal Arts Building
1225 King Street, Suite 804
Wilmington, DE 19801

Telephone: 215-875-3111
E-mail: cnewlin@markowitzandrichman.com

*Attorneys for Pennsylvania Association of*
*Staff Nurses and Allied Professionals*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of July 2019, the foregoing Notice of Appearance was served through the Court's electronic filing system on the following:

Saul Ewing, LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Debtor's Counsel

Date:   July 2, 2019                          /s/ Claiborne S. Newlin
                                              CLAIBORNE S. NEWLIN, ESQUIRE