**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LCC d/b/a | : | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL et al. | : | |
| | : | (Joint Administration Requested) |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1, and the attached certification, counsel moves the admission *pro hac vice* of Mitchell Malzberg, Esq. to represent Creditor, Pennsylvania Association of Staff Nurses and Allied Professionals.

/s/ Claiborne S. Newlin
Claiborne S. Newlin, (DE Bar No. 4745)
MARKOWITZ & RICHMAN
Legal Arts Building
1225 King Street, Suite 804
Wilmington, DE 19801
Tel: (302) 656-2308
Fax: (215) 790-0668

Dated: July 3, 2019
Email: cnewlin@markowitzandrichman.com

## CERTIFICATION OF MITCHELL MALZBERG, ESQ.

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective August 31, 2016. I certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court of Delaware.

/s/ Mitchell Malzberg
Mitchell Malzberg, Esq.
Law Offices of Mitchell J. Malzberg, LLC
PO Box 5122, 6 E. Main Street, Suite 7
Clinton, New Jersey 08809
Telephone: 908-323-2958

Date: July 3, 2019
Email: mmalzberg@mjmalzberglaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date _____

_____
United States Bankruptcy Judge