# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466(KG) |
| HAHNEMANN UNIVERISTY HOSPITAL, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

## ORDER

Center City Healthcare, LLC, d/b/a Hahnemann University Hospital ("CCH") has filed for bankruptcy protection pursuant to chapter 11 of the Bankruptcy Code. As the operator of a hospital in Philadelphia, Pennsylvania, CCH plays a vital role in Philadelphia.

The proposed closure of the hospital will significantly impact the community it serves, an obvious fact that is not lost on the Court. It is therefore vital that CCH communicate and discuss its plans in advance of their implementation with numerous parties. These parties include, but are not limited to, the City of Philadelphia, the Pennsylvania Department of Health and Drexel University (the "Interested Parties").

Accordingly, the Court ORDERS that:

1. CCH is to engage in regular, in depth discussions with the Interested Parties and fully disclose in advance and in detail and engage in discussion over its plans for the closure of Hahnemann Hospital.

2. On July 9, 2019, prior to presenting its motion for the Court's interim approval of the closing of Hahnemnann Hospital, the Court will request a report on the discussions between CCH and the Interested Parties. The Court does not want to hear that discussions were limited or did not take place.

3. The Court considers the hearing on the closure motion to be an evidentiary hearing at which a witness or witnesses will testify on the reasons for closure.

Date: July 3, 2019

_____
The Honorable Kevin Gross
United States Bankruptcy Judge