IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) Joint Administration Requested |
| Debtors. | ) |

## AMENDED NOTICE OF APPEARANCE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Joelle E. Polesky, Esquire, of Stradley Ronon Stevens & Young, LLP ("Stradley"), counsel for MidCap Funding IV Trust and MidCap Financial Trust (collectively, "MidCap"), demands, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon MidCap at the addresses of its counsel set forth below:

>Joelle E. Polesky, Esquire
>Stradley, Ronon, Stevens & Young, LLP
>1000 N. West Street, Suite 1279
>Wilmington, DE 19801
>Telephone: (302) 295-4856
>Facsimile: (302) 295-4801
>E-mail: jpolesky@stradley.com
>
>and
>
>Gretchen M. Santamour, Esquire
>Stradley Ronon Stevens & Young, LLP

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# 4170830

>2005 Market Street
>Suite 2600
>Philadelphia, PA 19103
>Telephone: (215) 564-8000
>Facsimile:  (215) 564-8120
>E-mail: gsantamour@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtors or their property.

**PLEASE TAKE FURTHER NOTICE** that MidCap does not intend for this request for notice or any later pleading, claim or suit to constitute a waiver of (1) the right of MidCap to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of  MidCap to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of MidCap to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which MidCap is or may be entitled.

>STRADLEY RONON STEVENS & YOUNG, LLP
>
>*/s/ Joelle E. Polesky*
>Joelle E. Polesky (I.D. No. 3694)
>1000 N. West Street, Suite 1200
>Wilmington, DE 19801
>Telephone: (302) 295-4856
>Facsimile: 302-295-4801
>Email: jpolesky@stradley.com
>
>*Attorneys for creditors MidCap Funding IV Trust and MidCap Financial Trust*

Dated: July 5, 2019

# 4170830

## CERTIFICATE OF SERVICE

I, Joelle E. Polesky, Esquire certify that on this date a true and correct copy of the foregoing AMENDED NOTICE OF APPEARANCE AND SERVICE OF PAPERS was caused to be filed with the United States Bankruptcy Court for the District of Delaware's ECF system and a copy was caused to be electronically served on all parties of record.

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (I.D. No. 3694)
1000 N. West Street, Suite 1279
Wilmington, DE 19801
Telephone: (302) 295-4856
Facsimile: 302-295-4801
Email: jpolesky@stradley.com

*Attorneys for creditors MidCap Funding IV Trust and MidCap Financial Trust*

Dated:    July 5, 2019

# 4170830