UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY CUTLER | ) | |
| Plaintiff | ) | **CASE NO. 19-11467** |
| v. | ) | JURY TRIAL DEMANDED |
| PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC | ) | |

FILED
2019 JUL -5 P 12:59
CLERK
US BANKRUPTCY COURT

# MOTION TO APPOINT JEFFREY CUTLER TRUSTEE

Here comes Jeffrey Cutler, acting Pro se, respectfully requests the Court appoint Mr.Cutler as trustee and custodian for the assets listed as Hanneman Hospital and intertwined entities and deny the managers of PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC and deny Mr. Freednan's motion in that it may be pursuant to furtherance of a federal crime which is detrimental to the health and welfare of the city of Philadelphia, and the Commonwealth of Pennsylvania. Mr. Cutler a graduate of Drexel University Evening College and a former elected official of Pennsylvania and the victim of conspiracy to violate the United States Constitution Ammendment 1 and based on perjured information, specifically mail fraud, bank robbery (18 U.S.C. § 2113), and perjury (18 USC § 1001). The default judgement filed 18JUN2019 (case 5:19-cv-00834) against Brian Sims in his Official Capacity as a Representative of the Commonwealth of Pennsylvania did shows he willfully and deliberately violated the United States Constitution Ammend 1 and his Oath of Office, by actively preventing a woman from praying outside the Planned Parenthood office in Philadelphia supports a large payout of funds available to resolve the bankruptcy. Because of case 5:19-cv-00834, in the Eastern District of Pennsylvania this case is also involved in 19-30223 UNITED STATES BANKRUPTCY COURT DISTRICT OF OREGON.

Also Mr. Cutler had previously copyrighted a Jeffybond as a means to fund schools, government projects, hospitals, etc., but because it is somewhat impervious to kickbacks and corrupttion would not be enacted. Both the mayor of Philadelphia and Governor have supported keeping the hospital as an ongoing concern, and unless they (Mayor and Governor) have made false statements and are part of the swamp there is no reason the Jeffybond cannot be enacted   Drexel University has also filed a legal action that involves insurance fraud in the Eastern District of Pennsylvania case number 2:19-cv-2862, just like case 5:19-cv-00834 . The actions involved with Mr. Freedman may also involve a conspiracy to hide an ongoing criminal enterprise and other crimes  (which may be linked to George Soros organizations)
(18 U.S. Code § 1519 – Destruction, alteration, or falsification of records), (18 U.S. Code § 1505 – Obstruction of proceedings before departments). The courts have  affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education.  Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted).

WHEREFORE, for all the foregoing reasons, and the documented murders of 3 federal employees by Mr. Cutler (Jonnathan Luna, Beranton Whisenant, and Justin Zemser) 5 children on May 13, 985 and significant discrimination against other Jewish individuals (11 murdered by Robert Bowers 2:18-cr-00292), (discrimination by police in Philadelphia polce department against Jewish Police officers 2:18-cv-05029), Mr Cutler's motion in District of Columbia case #1:17-cv-01154 (ECF #79) the books "Love-Murder-Corruption-Lancaster-County" and "BLACK KLANSMAN" and under 28 U.S.C. §157(e) this request should be granted. Mr. Cutler's assets and documents of his S corporation (23-261XXXX) were illegally stollen by persons which had the aid of FBI and members of the KLU KLUX KLAN. Based on case # 19-30223 UNITED STATES BANKRUPTCY COURT DISTRICT OF OREGON, the theft of real property (real estate at bargin prices may be the real goal). Based on the plan produced by PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, Hanneman will close and very view creditors will be made whole and previous contributions by George Soros to the democratic party.

<ref> https://whyy.org/articles/soros-weighed-in-with-even-more-money-in-das-race/ </ref/>.

Respectfully submitted,

DATE: 04 JUL 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405