# ADDENDUM

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER                          )
                                        )
Plaintiff                               )
                                        )
v.                                      )
                                        )
NANCY PELOSI IN HER OFFICIAL            )
CAPACITY AS SPEAKER OF THE              )
HOUSE OF REPRESENTATIVES                )
CITIZENS BANK,                          )
FULTON BANK,                            )
WIKIPEDIA FOUNDATION,                   )
VERIZON CORPORATION,                    )
GOOGLE CORPORATION,                     )
ERIE INSURANCE,                         )
STATE FARM INSURANCE,                   )
LEMBERG LAW LLC,                        )
FORD MOTOR COMPANY,                     )
MANHEIM SCHOOL DISTRICT,                )
HAVERFORD POLICE                        )
DEPARTMENT,                             )
PHILADELPHIA NEWSPAPERS                 )
INC,                                    )
ASSOCIATED PRESS,                       )
U.S. NEWS AND WORLD                     )
REPORTS,                                )
BEND BULLETIN NEWSPAPER,                )
                                        )
And                                     )
JOHN DOES and JANE DOES,                )
                                        )
Defendants                              )
                                        )

**CASE NO. 5:19-cv-00834**

# FILED

JUN 1 8 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

## JURY TRIAL DEMANDED

## MOTION FOR DEFAULT JUDGEMENT

Here comes Jeffrey Cutler, acting Pro se, respectfully requests the court

pursuant to Rule 55(b)(1) of the Federal Rules of Civil procedure, for entry

of default against Brian Sims in his Official Capacity as a Representative of

the Commonwealth of Pennsylvania did willfully and deliberately violate the

United States Constitution Ammend 1 and his Oath of Office, by actively

preventing a woman from praying outside the Planned Parenthood office in

Philadelphia.  In support of  this request Jeffrey Cutler relies on the record in

this case and the affidavit submitted herein.


Respectfully submitted,

DATE: _18 JUN 2019_

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGMENT

AND NOW, this_____ day of _____, 2019 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED      SO

ORDERED

[1]  Order the SUMMARY Judgment against all defendants be granted and made FINAL at one million dollars per

    day or as a neotiated amount.

[2]  Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

    Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle

    Lambert vacated and all persons similarly situated (William Henry Cosby, Jeffrey Smiles, etc.), for violations of

    equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was

    based on perjured testimony, which is verfied by Mr Steele in a foreign court

[3]  Order the summary and default judgment of all other cases filed by Mr Cutler in every court also be granted.

[4]  Order all vandalism perpetuated against Mr. Cutler and Mr Krieger to be compensated, and listed

[5]  Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

    legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler

    and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County   Legal fee

    documentation should start with the actions of the solicitor on and East Lampeter Township starting in

    05NOV2013

[6]  Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

    especially any officials of the United States Government, and all payments by any George Soros organization.

[7]  Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are

    restored or individual agreements are reached with each party

[8]  Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show

    cause why they should not be charged with violations of the RICCO ACT, both 18 U S C §§ 1961–1968 RICO

    violations, and 18 U S C § 1964, Civil RICCO Act

[9]  Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police,

    Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named

    defendants in this case and unnamed others show cause why they should not be charged with violations of 18

    U S C. § 2113 (bank robbery)

[10] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties

[11] Order Fulton Financial to compensate the plaintiffs for cases 5.18-cv-00987 and case 2 17-cv-02763 as

    demanded in their respective lawsuits

[12] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the
plaintiff and his designated representative for fake news.

[13] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded

[14] Other remedies the court deems appropriate

[15] Order the Democratic National Committee to also show why they are not a party to Religious discrimination

[16] Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the
Federal Court CM/ECF system

[17] Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to ***comply with
established tenets or teachings of such sect or division of ANY religion*** in violation of the U.S.
Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case
17-2709 on page 314A, and Supreme court case # 15-632


Dated: _____, 2019____ ____

BY THE COURT

# ADDENDUM

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY CUTLER | **CASE NO. 5:19-cv-00834** |
| Plaintiff | |
| v. | |
| NANCY PELOSI IN HER OFFICIAL CAPACITY AS SPEAKER OF THE HOUSE OF REPRESENTATIVES CITIZENS BANK, FULTON BANK, WIKIPEDIA FOUNDATION, VERIZON CORPORATION, GOOGLE CORPORATION, ERIE INSURANCE, STATE FARM INSURANCE, LEMBERG LAW LLC, FORD MOTOR COMPANY, MANHEIM SCHOOL DISTRICT, HAVERFORD POLICE DEPARTMENT, PHILADELPHIA NEWSPAPERS INC, ASSOCIATED PRESS, U.S. NEWS AND WORLD REPORTS, BEND BULLETIN NEWSPAPER, | JURY TRIAL DEMANDED |
| And JOHN DOES and JANE DOES, | |
| Defendants | |

## AFFIDAVIT IN SUPPORT OF DEFAULT JUDGEMENT

# COMMONWEALTH OF PENNSYLVANIA
## COUNTY OF LANACASTER

I Jeffrey Cutler, declare under penalty of perjury that the following facts are

true and correct to the best of my information and belief.

1.  I am the plaintiff in this action.

2.  Complaint was served upon Brian Sims on 15MAY2019 at his office on
    at 1015 Chestnut Street in Philadelphia.  No response has been served
    within time allowed by law, nor has defendant sought additional time to
    respond.

3.  This claim is by Jeffrey Cutler for an amount not to exceed 6.5 Billion
    dollars from all defendants from the date of this judgement and other non-
    monetary relief as specified.

County of Lancaster
State of Pennsylvania

Respectfully submitted,

DATE: _17 JUN 2019_

_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

NOTARY PUBLIC:

Sworn to and subscribed before me this __17th__ Day of June 2019.

NOTARY PUBLIC: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Graham E. Weaver, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires March 4, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 14-5183**                                **September Term, 2014**
                                               FILED ON: AUGUST 14, 2015

JEFFREY CUTLER,

      APPELLANT

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

      APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-02066)

———

Before: HENDERSON, ROGERS and MILLETT, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed as to Cutler's standing to press his Establishment Clause challenge, and be affirmed both as to the merits of his Establishment Clause claim and his lack of standing to press his equal protection challenge, in accordance with the opinion of the court filed herein this date.

#### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Ken Meadows
       Deputy Clerk

Date: August 14, 2015

Opinion for the court filed by Circuit Judge Millett.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER

    Plaintiff

    v.

NANCY PELOSI IN HER OFFICIAL
CAPACITY AS SPEAKER OF THE
HOUSE OF REPRESENTATIVES
CITIZENS BANK,
FULTON BANK,
WIKIPEDIA FOUNDATION,
VERIZON CORPORATION,
GOOGLE CORPORATION,
ERIE INSURANCE,
STATE FARM INSURANCE,
LEMBERG LAW LLC,
FORD MOTOR COMPANY,
MANHEIM SCHOOL DISTRICT,
HAVERFORD POLICE
DEPARTMENT,
PHILADELPHIA NEWSPAPERS INC,
ASSOCIATED PRESS,
U.S. NEWS AND WORLD REPORTS,
BEND BULLETIN NEWSPAPER,

    And
JOHN DOES and JANE DOES,

    Defendants

**CASE NO. 5:19-cv-00834**

**JURY TRIAL DEMANDED**

MAY 2 0 2019

## AFFIDAVIT AND CERTIFICATE OF SERVICE

# AFFIDAVIT AND CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I as of this day I have caused correctly served a copy of

federal **SUMMONS IN CIVIL ACTION** dated 02/26/2019, Plaintiff's COMPLAINT dated

02/26/2019 and Plaintiff's MOTION TO CONSOLIDATE CASES dated 03/11/2019 to

Defendants as addressed and specified below via direct service with an individual over 18

years old.  (Brian Sims Served 15MAY2019), (MICHAEL SHIRK Served 20MAY2019)


JOHN DOE SUMMONS     JOHN DOE SUMMONS
IN HIS OFFICIAL CAPACITY  HIGH COMPANIES
PA STATE REPRESENTATIVE  MICHAEL SHIRK, CEO
Brian K. Simms            1853 William Penn Way
1015 Chestnut Street, Suite 1101  Lancaster, PA 17601
Philadelphia, PA 19107


Date: _20MAY2019_

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JEFFREY CUTLER, EAST LAMPETER TOWNSHIP ELECTED TAX COLLECTOR | ) | *CASE NO.: 2:17-cv-00984* |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| AMBER GREEN, RALPH HUTCHINSON, JUDGE MARGARET MILLER, CHRISTINA HAUSNER, RON MARTIN – WGAL AND SELECTED PENNSYLVANIA PUBLIC OFFICIALS (BOTH ELECTED AND NON-ELECTED), et al. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## MOTION FOR DEFAULT JUDGEMENT

NOW COME, Jeffrey Cutler, Plaintiff in this case and requests the court pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for entry of default against Ron Maetin – WGAL.   In support of this request Jeffrey Cutler relies on the record in this case and the affidavit submitted herein.

Respectfully submitted:

*Jeffrey Catler*

By: _____ DATE 17JULY2017

P.O. Box 2806
York, PA  17405-2806
(215) 872-5715

# MOTION FOR DEFAULT JUDGEMENT

| | | |
|---|---|---|
| **JEFFREY CUTLER, EAST LAMPETER TOWNSHIP ELECTED TAX COLLECTOR** | ) ) | *CASE NO.: 2:17-cv-00984* |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| ***v.*** | ) | |
| **AMBER GREEN, RALPH HUTCHINSON, JUDGE MARGARET MILLER, CHRISTINA HAUSNER, RON MARTIN – WGAL AND SELECTED PENNSYLVANIA PUBLIC OFFICIALS (BOTH ELECTED AND NON-ELECTED), et al.** | ) ) ) ) ) ) ) | **JURY TRIAL REQUESTED** |
| | ) | |
| **Defendant** | ) | |

## DEFENDANT'S ORDER FOR MOTION FOR DEFAULT JUDGEMENT

AND NOW, this_____ day of _____, 2017 upon consideration Plaintiff's

Motion for Summary Judgment and for good cause shown, it is hereby ORDERED the

Motion is GRANTED.

### SO ORDERED.

a.  Order Ron Martin and WGAL to reveal all payments and meeting minutes concerned with trying to get Mr.Cutler

and associated parties and pay a a One Million Dollar penalty.  Order all meetings that WGAL was a part of to

conceal violations of the **ACA AND ESTABLISHMENT CLAUSE OF THE CONSTITUTION** AND show cause

why they should be granted continuing broadcast rights in the United States to this court.

b   Order Ron Martin and WGAL to reveal all payments and meeting minutes concerned with trying to get the

president and promote the Russia hacking story.

c   Order Ron Martin and WGAL to provide **equal time Live** for every broadcast that Mr. Cutler was mentioned and

disparaged.

d.  Order Ron Martin and WGAL to provide **continuing**  payments based on advertising received for showing the

youtube video of Mr. Cutler, and enough funds to pay for costs to notify and convince every individual that saw

the video, that it was based on perjured testimony of the controller, or .1 of one percent of the quarterly profit of

WGAL for the next 10 years.

e.  Order Ron Martin and WGAL to provide the identity of all elected and non-elected officials that showed interest in

the vid... owned or controlled organization.

f.  Order Ron Martin and WGAL to disclose all conversations, meeting minutes and parties involved in trying to circumvent the Pennsylvania Supreme Court and violate Mr. Cutler's civil rights.

g  Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to comply *with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1.

h.  Order all other actions requested in the original Summary Judgement implemented immediately

Dated: _____, 2017_____

_____  _____.
BY THE COURT

## SUMMARY OF CASES INVOLVED IN THIS REQUEST

FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 5:17-cv-00447
FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 5:16-cv-04108
FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 2:117-cv-00984
FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 2:16-cv-06287-PD
FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 2:17-cr-00137-PD
FEDERAL COURT SOUTHERN DISTRICT OF NEW YORK 1:17-cv-02726
FEDERAL COURT SOUTHERN DISTRICT OF FLORIDA 0:16-cv-65511
USCA THIRD CIRCUIT 16-3164
FEDERAL COURT MIDDLE DISTRICT PA 1:16-cv-1159
LANCASTER COUNTY COURT CI-17-00568
LANCASTER COUNTY COURT CI-17-00210
LANCASTER COUNTY COURT CI-17-01626
LANCASTER COUNTY COURT CI-15-05682
LANCASTER COUNTY COURT CI-16-09640
LANCASTER COUNTY COURT CI-16-10261
FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 2:96-cv-06244
FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 97-cv-05034
DC FEDERAL COURT 1:13-cv-2066
DC FEDERAL COURT 1:17-cv-01074
DC USCA 14-5183
SUPREME COURT OF UNITED STATES 15-632
FEDERAL COURT EASTERN DISTRICT OF PENNSYLVANIA 78-165-1 (SEQUESTERD JUROR)

## SUMMARY OF CIVIL RIGHTS VIOLATIONS

1. The limitation of an elected official to petition the Government for redress of grievances" violates the U.S. Constitution amendment 1.

2. The ability of the United States Government to collect or access penalties FOR FAILURE to comply with established tenets or teachings of such sect or division of ANY religion is in violation of the U.S. Constitution amendment 1

3. The ability of the police to prohibit the freedom to assemble and stop individuals from taking courses at Central Penn College, by secret report violates the U.S. Constitution amendment 1,

4. Warrantless search or seizure before an individual has been convicted of any crime, is in violation of the U.S. Constitution amendment 4.

5. The prevention of equal treatment in federal court is in violation of the U.S. Constitution amendment 5.

6. The prevention of the right to a jury trial is in violation of the U.S. Constitution amendment 6.

7. The prevention of the ability to call witnesses is in violation of the U.S. Constitution amendment 6.

8. The prevention of a jury trial in a civil matter exceeding a $20.00 fine is in violation of the U.S. Constitution amendment 7.

9. The prevention of equal treatment in state court is in violation of the U.S. Constitution amendment 14.

10. The requirement to have an armed escort in public building of Lancaster County violates equal treatment of the U.S. Constitution amendment 14.

11. The prevention of an elected official of Lancaster County access to the DEVNET system violates equal treatment of the U.S. Constitution amendment 14.

IMPORTANT EXHIBITS OF CASES FOLLOW

**\*\*\* THIS PAGE INTENTIONALLY LEFT BLANK \*\*\***

Case 19-11466-MFW    Doc 104-1    Filed 07/05/19    Page 19 of 49
Case 2:19-cv-00984-HON document 44 Filed 06/18/19 Page 18 of 25
Case 2:17-cr-00137-PD    Document 131    Filed 06/29/17    Page 19 of 40
Case 2:17-cr-00137-PD    Document 106    Filed 06/21/17    Page 13 of 80

(717) 390-9921
(215) 872-5715
(717) 854-4718



**Tax Collector**
**East Lampeter Township**
2250 Old Philadelphia Pike
Lancaster, PA  17602

JUNE 20, 2017

JOSH SHAPIRO
Office of the Attorney General
Strawberry Square Harrisburg
Harrisburgh, PA  17120

### Re: PRIVATE CRIMINAL COMPLAINT –PERJURY, OBSTRUCTION OF JUSSTICE

Dear Josh;

Please consider the attached documents as a **PRIVATE CRIMINAL COMPLAINT**.
Brian Hurter, signed the attached verification on 07MAR2017, **ESSENTIALY CLAIMING I HAD FAILED TO TURN IN $ 90,000.00** and based on this **PERJURED TESTIMONY** I was ILLEGALLY REMOVED FROM OFFICE. He testified under oath on 17MAR2017 that neither **he nor anyone in his staff ever audited** the records of the Lancaster County Treasurer.  Also the COMMONWEALTH COURT OFFICE has yet to record the 48 page **NOTICE OF APPEAL** I filed on 14JUN2017 and filed the first 3 pages in Federal Court on 15JUN2017.  Email eltaxcollector@gmail.com.

Sincerely,

Jeffrey Cutler
Tax Collector East Lampeter Township, Pennsylvania

Case 19-11466-MFW   Doc 104-1   Filed 07/05/19   Page 20 of 49
Case 2:17-cv-00984-TON   Document 44   Filed 06/08/17   Page 9 of 52
Case 2:17-cr-00137-PD   Document 131   Filed 06/29/17   Page 20 of 40
Case 2:17-cr-00137-PD   Document 106   Filed 06/21/17   Page 16 of 80
Case 2:17-cv-00984-TON   Document 35   Filed 06/01/17   Page 24 of 60
Case 2:17-cv-00984-TON   Document 32-2   Filed 05/11/17   Page 59 of 59

### VERIFICATION

I verify that the statements made above are true and correct to the best of my knowledge, information and belief and I understand that the statements are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Date: March 7, 2017

Brian K. Hunter

PERJURY!!

C1-15-05424
11 MAY 2017

Case 19-11466-MFW    Doc 104-1    Filed 07/05/19    Page 21 of 49
Case 5:19-cv-00834-JLS    Document 64    Filed 06/18/19    Page 20 of 25
Case 2:17-cv-00984-TON    Document 44    Filed 07/17/17    Page 9 of 12
Case 2:17-cr-00137-PD    Document 131    Filed 06/29/17    Page 24 of 40
Case 2:17-cr-00137-PD    Document 106    Filed 06/21/17    Page 40 of 80
Case 2:17-cv-00984-TON    Document 37    Filed 06/15/17    Page 23 of 63

No. 15-632 [14-5183]

# In the Supreme Court of the United States

## JEFFREY CUTLER,

*Petitioner,*

v.

## UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

*Respondents.*

*On Petition for Writ of Certiorari to the United States Court of Appeals for the District of Columbia Circuit*

## PETITION FOR WRIT OF CERTIORARI

ROBERT JOSEPH MUISE
 *Counsel of Record*
American Freedom Law Center
P.O. Box 131098
Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

DAVID YERUSHALMI
American Freedom Law Center
1901 Pennsylvania Ave. N.W. Suite 201
Washington, D.C. 20006
(646) 262-0500
dyerushalmi@americanfreedomlawcenter.org

*Counsel for Petitioner*

Becker Gallagher · Cincinnati, OH · Washington, D.C. · 800.890.5001

## PETITION FOR WRIT OF CERTIORARI

### OPINIONS BELOW

The opinion of the court of appeals appears at App. 1 and is reported at 2015 U.S. App. LEXIS 14263. The opinion of the district court appears at App. 23 and is reported at 52 F. Supp. 3d 27.

### JURISDICTION

The opinion of the court of appeals was entered on August 14, 2015. App. 1. The jurisdiction of this Court is invoked under 28 U.S.C. § 1254(1).

### CONSTITUTIONAL PROVISIONS INVOLVED

The Establishment Clause of the First Amendment provides, "Congress shall make no law respecting an establishment of religion." U.S. Const. amend. I.

The Fifth Amendment provides, in relevant part, "No person shall . . . be deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V.

Case 19-11466-MEW    Doc 104-1    Filed 07/05/19    Page 22 of 49
Case 2:16-cv-00934-DLB    Document 44    Filed 06/13/19    Page 20 of 12
Case 2:17-cr-00137-PD    Document 131    Filed 06/29/17    Page 23 of 40
Case 2:17-cr-00137-PD    Document 106    Filed 06/21/17    Page 17 of 80
Case 2:17-cv-00984-TON    Document 7    Filed 03/27/17    Page 16 of 17

## MAKE HEALTCARE GREAT AGAIN - ADD THE FOLLOWING

Any Interstate United States company that provides Healthcare to it's employees (with at least 30% of the employees are enrolled) can offer the plan to it's customers as well as it suppliers. The constitution specifies congress can regulate interstate commerce, and this would reward US companies.  This also solves the existing condition problem since all group plans must cover existing conditions. This would allow companies to offer up to 3 different health plans. If in an existing plan, no waiting period allowed, but also **NO REFUNDS** unless deceased.  Companies can charge a per customer charge and a user charge to suppliers and customers, as well as set purchase limits of the minimum purchase (1 month, 3 month, 6 month, etc.).  Any plan offered to the public must be registered at the Post Office listing the price, general fees, Insurance Company and State approval ID and conditions ( deductible, co pay, Max out of pocket, etc.) by a company employee representative with a US passport ID.   This turns the plan from a "**cost center**" to a "**profit center**".  The Post Office Registration helps the Post Office and takes plans out of the control of the IRS. It also makes any fraud of Customers Mail Fraud. The US passport ID identifies the person responsible as a legal person in the  United States .

Any policy offered must be approved by a state insurance board in a state the company has at least one location  All fees must be the same for all non-company employees or retirees.  A company agrees that any plan offered to non-employees must add a 5% FEE to the client's primary doctor and choice hospital (split as a 3% to the doctor and to 2% to the hospital). In the event the primary patient does not visit the doctor once every 18 months this fee would be paid to United States government. This is the one of 2 taxes/fees  associated with this plan.  It is used to make sure the patient sees the doctor every 18 months and solicit doctor and hospital support and "buy" into the plan.
A CADILAC TAX CREDIT for any vehicle used to provide House-Call visits by doctors or staff. It is used to get more doctors to the poor.

A health savings account can be added independently to any account  which  is
also tied to a credit type card.  When the balance in the Health savings account exceeds 5 times the Maximum out of Pocket of the insured , it may be rolled over to and IRA account.  A $ 1.00 swipe FEE would apply to any transaction that used the account for payment.  This is the one of 2 taxes associated with this plan.  It is used to help pay Medicaid expenses. Anyone could pay the Post Office for the insurance for an EXTRA FEE OF THE SAME AS PRIORITY MAIL.

The main feature of OBAMACARE to keep is making HEALTHCARE more of a commodity just like PRIME and CHOICE BEEF.  Set minimum standards of what each type of plan has as features. Platinum, Gold, Silver, Copper, Tin, etc.  A GOLD plan and above must ALLOW children to be combined on the PLAN NO MATTER HOW OLD THE CHILD.  Any other insurance product does not discriminate against people because of Age.  A Tin plan based on level would be required to pay average Usual and Customary Fees for medical services in at least 10 % of the states in the United States.  A Copper plan 30% , a Silver plan 50%, a Gold plan 70%, a Platinum plan 90%.

Elimination of MEDICAID, and just have MEDICARE.  One set of rules and payments and management!
Add hashtag or slash for different groups

This plan would put 85% of the people in group plans offered  by US companies instead of the elimination of  ALL group plans.

Commonwealth of Pennsylvania
County of Lancaster

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY CUTLER, EAST LAMPETER TOWNSHIP ELECTED TAX COLLECTOR | ) | CASE NO.: 2:17-cv-00984 |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| AMBER GREEN, RALPH HUTCHINSON, JUDGE MARGARET MILLER, CHRISTINA HAUSNER, RON MARTIN – WGAL AND SELECTED PENNSYLVANIA PUBLIC OFFICIALS (BOTH ELECTED AND NON-ELECTED), et al. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT

I Jeffrey Cutler, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief;

1. I am the plaintiff in this action.

2. Complaint was served upon Ron Martin –WGAL on 19APR2017.  No response has been served within the time allowed by law nor has defendant sought additional time within which to respond, and default was entered against the defendant 15JUN2017.

3. This claim of Jeffrey Cutler plaintiff is for the sum of $ 1,000,000.00 plus interest from the date of this judgement as provided by law, together with costs of this action and other non-monetary relief as specified.

Respectfully submitted:

*Jeffrey Cutler*

By: _____                    DATE 17JULY2017

P.O. Box 2806
York, PA  17405-2806
(215) 872-5715

NOTARY PUBLIC:

Sworn to and subscribed before me this
17th day of July 2017



Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Graham E. Weaver, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires March 4, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JEFFREY CUTLER | ) | |
|  | ) | **CASE NO. 5:19-cv-00834** |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| NANCY PELOSI IN HER OFFICIAL | ) | |
| CAPACITY AS SPEAKER OF THE | ) | |
| HOUSE OF REPRESENTATIVES | ) | |
| CITIZENS BANK, | ) | JURY TRIAL DEMANDED |
| FULTON BANK, | ) | |
| WIKIPEDIA FOUNDATION, | ) | |
| VERIZON CORPORATION, | ) | |
| GOOGLE CORPORATION, | ) | |
| ERIE INSURANCE, | ) | |
| STATE FARM INSURANCE, | ) | |
| LEMBERG LAW LLC, | ) | |
| FORD MOTOR COMPANY, | ) | |
| MANHEIM SCHOOL DISTRICT, | ) | |
| HAVERFORD POLICE | ) | |
| DEPARTMENT, | ) | |
| PHILADELPHIA NEWSPAPERS INC, | ) | |
| ASSOCIATED PRESS, | ) | |
| U.S. NEWS AND WORLD REPORTS, | ) | |
| BEND BULLETIN NEWSPAPER, | ) | |
|  | ) | |
| And | ) | |
| JOHN DOES and JANE DOES, | ) | |
|  | ) | |
| Defendants | ) | |
|  | ) | |

## CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I as of this day I have caused and correctly served a copy

of federal **MOTION FOR DEFAULT JUDGEMENT** dated 06/18/2019, to Defendants that are

part of the cm/ecf system and have made a notice of appearance as well as those addressed

and specified below via first class mail and all other previously served Defendants.

IN HIS OFFICIAL CAPACITY
PA STATE REPRESENTATIVE
Brian K. Simms
1015 Chestnut Street, Suite 1101
Philadelphia, PA 19107

Date: 18 JUN 2019

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TXu 1-986-701**
**Effective Date of Registration:**
December 07, 2015

## Title _____

**Title of Work:**   Jeffy Bond

## Completion/Publication _____

**Year of Completion:**   2015

## Author _____

| | |
|---|---|
| **Author:** | Jeffrey Steven Cutler |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1954 |

## Copyright Claimant _____

**Copyright Claimant:**   Jeffrey Steven Cutler
P.O. Box 2806, York, PA, 17405, United States

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Jeffrey Cutler |
| **Email:** | jeffy377@yahoo.com |
| **Telephone:** | (215)872-5715 |
| **Alt. Telephone:** | (717)854-4718 |

## Certification _____

| | |
|---|---|
| **Name:** | Jeffrey Cutler |
| **Date:** | December 07, 2015 |
| **Applicant's Tracking Number:** | m22812 |

**Copyright Office notes:**

Page 1 of 1

Pennsylvania or any other authorized government state government agency allows the sale of **Jeffy Bonds**  (this is effectively a DIY municipal bond). This would allow townships, schools counties to raise extra money and incur NO LIABILITY OR DEBT. The way it works, anyone could purchase dividend paying stocks and instead of paying 3.07% to the State of Pennsylvania, the state converts it to a 5 year minimum and ten year maximum Municipal Bond by **Contract. A payment of 15, 20, or 30 percent of the dividend is part of the contract. The rest of the dividend is paid as Tax Free Interest to the holder.** The symbol for a purchase PPL stock would be listed as PAPPL2020112530. The only looser is the Federal government. For the first time schools would be partially supported by **Investment** instead of **Tax.**

Case 19-11466-MFW    Doc 104-1    Filed 07/05/19    Page 29 of 49

Case 2:17-cr-00137-PD    Document 106    Filed 06/21/17    Page 36 of 80
Case 2:17-cv-00984-TON    Document 37    Filed 06/15/17    Page 19 of 63

Pennsylvania or any other authorized government state government agency allows the sale of **Jeffy Bonds** (this is effectively a DIY municipal bond). This would allow townships, schools counties to raise extra money and incur NO LIABILITY OR DEBT. The way it works, anyone could purchase dividend paying stocks and instead of paying 3.07% to the State of Pennsylvania, the state converts it to a 5 year minimum and ten year maximum Municipal Bond by **Contract. A payment of 15, 20, or 30 percent of the dividend is part of the contract. The rest of the dividend is paid as Tax Free Interest to the holder.** The symbol for a purchase PPL stock would be listed as PAPPL2020112530. The only looser is the Federal government. For the first time schools would be partially supported by **Investment** instead of **Tax.**

See Page 18 Document 37, case 2:17-cv-00984 for information about a Jeffybond (TXu - 1 -986 - 701).  It is a DIY Municipal bond...Listed in advertisement page 15, Metro Newspaper October 24, 2018 Titled "Save Bill Cosby".  Cases Now in Federal Court (5:19-cv-00834 Cutler v. Pelosi, et al. , and USCA 18-3693)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In Re
**Western Communications, Inc.**   )   Case No.  __19-30223-tmb11__
    )
    )   **Notice of Intent to Sell Real or**
    )   **Personal Property, Compensate Real Estate**
    )   **Broker, and/or Pay any Secured Creditor's Fees**
    )   **and Costs; Motion for Authority to Sell Property**
    )   **Free and Clear of Liens; and Notice of Hearing**
    )   [Note: Do not use to sell personally identifiable
Debtor(s)   )   information about individuals.]

NOTICE IS GIVEN THAT __Western Communications, Inc.__ , the **Debtor**_____ (i.e.,
debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell
the property free and clear of liens pursuant to 11 U.S.C. § 363(f). The movant's name, address,
and telephone # are: __Western Communications, Inc., c/o Michael W. Fletcher, Tonkon__
__Torp LLP, 888 SW Fifth Avenue, Suite 1600, Portland, OR 97204  (503-802-2169)__ .

If you wish to object to any aspect of the sale or fees disclosed in paragraph 7 or paragraph 15,
you must:

    (1)  Attend the hearing set in paragraph 16 below; and

    (2)  Within 21 days of the later of the date next to the signature below or the service date
        in paragraph 17 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204
        or 405 E 8th Ave. #2600, Eugene OR 97401:

        (a) a written response stating the specific facts upon which the objection is based, and

        (b) a certificate of service of the response on the movant.

This document shall constitute the notice required by Local Bankruptcy Rule (LBR) 2002-1. All
sections must be completed.

    1.  The specific subsections of 11 U.S.C. § 363(f) movant relies upon for authority to sell the
        property free and clear of liens are:
        § 363(f)(2)
    2.  Buyer's name & relation to debtor:

        **Rhode Island Suburban Newspapers Inc., a Delaware corporation.  No relation to**
        **Debtor.**
    3.  General description of the property: [If real property, state street address here. Also attach
        legal descriptions as an exhibit to the notice filed with the court.]
        **All personal property being used or held by Debtor in the operation of Debtor's newspaper**
        **businesses located in Bend, Oregon ("The Bulletin") and in Redmond, Oregon (the "Redmond**
        **Spokesman").  Sale does not include any real property.**

4.  A copy of the full property description or inventory may be examined or obtained at:
    **Contact Debtor's attorney at michael.fletcher@tonkon.com.**

5.  The property may be previewed at: [Include time and place.]
    **Contact Debtor's attorney at michael.fletcher@tonkon.com.**

6.  Other parties to the transaction and their relationship to the debtor are:
    **Debtor has employed Dirks, Van Essen, Murray & April ("DVMA") as sales agent (ECF Nos. 71 and 78).**

7.  The gross sales price is: $ **2,250,000**            .

    All liens on the property total $ **in excess of $2,250,000** , of which movant believes a total of $ **to be determined by the Court** need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

    Secured creditor(s) also seek(s) reimbursement of $ **unknown**            for fees and costs.

    Total sales costs will be: $ **unknown**            .

    All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:
    $ **0; all net proceeds will be utilized to pay valid liens, fees, costs, and taxes; sales proceeds to be retained by Debtor and distributed pursuant to further Court order.**

8.  The sale ☐ is ☒ is not (mark one) of substantially all of the debtor's assets.  Terms and conditions of sale:
    **Total purchase price is $2,250,000. Closing to occur after entry of sale order on such date as mutually agreed by Buyer and Seller. Contact michael.fletcher@tonkon.com for copy of Asset Purchase Agreement ("APA"). Executed APA will be filed with the Court.**

9.  Competing bids must be submitted to the movant no later than ___**7/15/2019**___ (date), and must exceed the above offer by at least **$100,000**          , and be on the same or more favorable terms to the estate.

10. Summary of all available information regarding valuation, including any independent appraisals:
    **Contact Debtor's attorney at michael.fletcher@tonkon.com.**

**760.5 (12/1/2018)**            Page 2 of 4

11. If paragraph 7 indicates little or no equity for the estate, the reason for the sale is:

**Debtor incurred significant costs and expenses in the preservation and disposition of the property and the estate is entitled to recover such costs and expenses to pay administrative and priority expenses.**

and expenses and taxes resulting from the sale will be paid as follows:
**From sale proceeds.  Sale proceeds will be disbursed pursuant to further Court order.**

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:
**Plan is a liquidating plan; Debtor and buyer desires a closing after entry of sale order on such date as mutually agreed by Buyer and Seller.  It is in the best interest of Debtor and the estate to close the sale as soon as possible.**

13. The following information relates to lienholders (who are listed in priority order):

| Name | Service Address<br>(See FRBP 7004) | Approximate<br>Lien Amount | Indicate Treatment at Closing (i.e.<br>Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|
| Sandton Credit Solution Master Fund III,LP | c/o Brad T. Summers, Counsel for Sandton, Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101 | in excess of $2,250,000 | Lien to attach to sales proceeds; sales proceeds to be distributed pursuant to further court order |
|  |  |  |  |
|  |  |  |  |

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. (If real property) The court appointed real estate broker, no real property being sold by Debtor , will be paid _____ .

16. A hearing on this motion and any objections to the sale or fees is scheduled as follows:
Date:    07/29/2019    Time:    1:30 p.m.    Location: U.S. Bankruptcy Court,
Courtroom #4, 1050 SW Sixth Avenue, Portland, OR 97204
Testimony will be received if offered and admissible. If no timely objection is filed, the hearing may be cancelled, and an order submitted.  Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the objection deadline has passed.

17. I certify that on 06/28/2019 this document was served, pursuant to FRBP 7004, on the debtor(s), trustee (if any), U.S. Trustee, each named lienholder at the address listed above, the creditors' committee chairperson (if any), and  their attorneys; and [unless movant is a chapter 7 trustee] that it was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties as listed in the court's records that were obtained on  06/28/2019 , a copy of which is attached to the document filed with the court.

18. For further information, contact: **Michael Fletcher, Tonkon Torp LLP, 888 SW Fifth Ave**
**Portland, OR 97204; telephone: (503) 802-2169; email: michael.fletcher@tonkon.com** .

Date: __06/28/2019__    **/s/ Michael W. Fletcher, Attorney for Debtor        OSB #01044**

Signature & Relation to Movant
**1777 SW Chandler Avenue, Bend, OR 97702,    Taxpayer ID #4252**

(If debtor is movant) Debtor's Address & Taxpayer ID#(s)(last 4 digits)

**760.5 (12/1/2018)**                    **Page 4 of 4**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In Re
**Western Communications, Inc.**   )  Case No.  **19-30223-tmb11**
                                     )
                                     )  **Notice of Intent to Sell Real or**
                                     )  **Personal Property, Compensate Real Estate**
                                     )  **Broker, and/or Pay any Secured Creditor's Fees**
                                     )  **and Costs; Motion for Authority to Sell Property**
                                     )  **Free and Clear of Liens; and Notice of Hearing**
                                     )  [Note: Do not use to sell personally identifiable
Debtor(s)                  )  information about individuals.]

**NOTICE IS GIVEN THAT** <u>**Western Communications, Inc.**</u> , the <u>**Debtor**</u> (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell the property free and clear of liens pursuant to 11 U.S.C. § 363(f). The movant's name, address, and telephone # are: <u>**Western Communications, Inc., c/o Michael W. Fletcher, Tonkon Torp LLP, 888 SW Fifth Avenue, Suite 1600, Portland, OR 97204  (503-802-2169)**</u> .

If you wish to object to any aspect of the sale or fees disclosed in paragraph 7 or paragraph 15, you must:

    (1) Attend the hearing set in paragraph 16 below; and

    (2) Within 21 days of the later of the date next to the signature below or the service date in paragraph 17 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401:

        (a) a written response stating the specific facts upon which the objection is based, and

        (b) a certificate of service of the response on the movant.

This document shall constitute the notice required by Local Bankruptcy Rule (LBR) 2002-1. All sections must be completed.

1.  The specific subsections of 11 U.S.C. § 363(f) movant relies upon for authority to sell the property free and clear of liens are:
    **§ 363(f)(2)**

2.  Buyer's name & relation to debtor:

    **Rhode Island Suburban Newspapers Inc., a Delaware corporation.  No relation to Debtor.**

3.  General description of the property: [If real property, state street address here. Also attach legal description as an exhibit to the notice filed with the court.]
    **All personal property being used or held by Debtor in the operation of Debtor's newspaper business located in Sonora, California ("The Union Democrat") along with real property upon which the business is located, which real property is owned by non-debtor The Union Democrat, a California Corporation.**

**760.5 (12/1/2018)**                    Page 1 of 4

4. A copy of the full property description or inventory may be examined or obtained at:
   **Contact Debtor's attorney at michael.fletcher@tonkon.com.**

5. The property may be previewed at: [Include time and place.]
   **Contact Debtor's attorney at michael.fletcher@tonkon.com.**

6. Other parties to the transaction and their relationship to the debtor are:
   **Non-debtor The Union Democrat, a California corporation, a wholly-owned subsidiary of Debtor (the "UD"), is a party to the APA, and is selling the real property owned by the UD. Debtor has employed Dirks, Van Essen, Murray & April ("DVMA") as sales agent (ECF Nos. 71 and 78).**
   **The UD has employed Coldwell Banker Segerstrom Real Estate as a real estate broker as to the real property owned by the UD.**

7. The gross sales price is: $ **1,150,000**. **$550,000 of the sales price is allocated to the real property owned by the UD, and remainder is allocated to the other purchased assets.**
   All liens on the property total $ **in excess of $1,150,000**, of which movant believes a total of $ **to be determined by the Court** need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $ **unknown** for fees and costs.

   Total sales costs will be: $ **unknown**.

   All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:
   $ **0; all net proceeds will be utilized to pay valid liens, fees, costs, and taxes; sales proceeds to be retained by Debtor and distributed pursuant to further Court order.**

8. The sale ☐ is ☒ is not (mark one) of substantially all of the debtor's assets. Terms and conditions of sale:
   **Total purchase price is $1,150,000. Closing to occur after entry of sale order on such date as mutually agreed by Buyer and Seller. Contact michael.fletcher@tonkon.com for copy of Asset Purchase Agreement ("APA"). Executed APA will be filed with the Court.**

9. Competing bids must be submitted to the movant no later than **7/11/2019** (date), and must exceed the above offer by at least **$50,000**, and be on the same or more favorable terms to the estate.

10. Summary of all available information regarding valuation, including any independent appraisals:
    **Contact Debtor's attorney at michael.fletcher@tonkon.com.**

11. If paragraph 7 indicates little or no equity for the estate, the reason for the sale is:
**Debtor incurred significant costs and expenses in the preservation and disposition of the property and the estate is entitled to recover such costs and expenses to pay administrative and priority expenses.**

and expenses and taxes resulting from the sale will be paid as follows:
**From sale proceeds. Sale proceeds will be disbursed pursuant to further Court order.**

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:
**Plan is a liquidating plan; buyer desires a closing after entry of sale order on such date as mutually agreed by Buyer and Sellers. It is in the best interest of Debtor and the estate to close the sale as soon as possible.**

13. The following information relates to lienholders (who are listed in priority order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e. Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|
| **Sandton Credit Solution Master Fund III,LP** | c/o Brad T. Summers, Counsel for Sandton, Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101 | **in excess of $1,150,000** | **Lien to attach to sales proceeds; sales proceeds to be distributed pursuant to further court order** |
| | | | |
| | | | |

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. (If real property) The court appointed real estate broker, no real property being sold by Debtor , will be paid *The real estate broker for non-debtor The Union Democrat, a California corporation (a wholly owned subsidiary of Debtor) will receive a commission from proceeds of the sale of the real property.

16. A hearing on this motion and any objections to the sale or fees is scheduled as follows:
**Date:** __07/29/2019__ **Time:** __1:30 p.m.__ **Location:** U.S. Bankruptcy Court, Courtroom #4, 1050 SW Sixth Avenue, Portland, OR 97204
Testimony will be received if offered and admissible. If no timely objection is filed, the hearing may be cancelled, and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the objection deadline has passed.

17. I certify that on **06/20/2019** this document was served, pursuant to FRBP 7004, on the debtor(s), trustee (if any), U.S. Trustee, each named lienholder at the address listed above, the creditors' committee chairperson (if any), and their attorneys; and [unless movant is a chapter 7 trustee] that it was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties as listed in the court's records that were obtained on __06/20/2019__, a copy of which is attached to the document filed with the court.

18. For further information, contact: **Michael Fletcher, Tonkon Torp LLP, 888 SW Fifth Ave**
   **Portland, OR 97204; telephone: (503) 802-2169; email: michael.fletcher@tonkon.com** .

Date: __06/20/2019__    **/s/ Michael W. Fletcher, Attorney for Debtor    OSB #01044**
   _____    Signature & Relation to Movant
   **1777 SW Chandler Avenue, Bend, OR 97702,    Taxpayer ID #4252**
   (If debtor is movant) Debtor's Address & Taxpayer ID#(s)(last 4 digits)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In Re
**Western Communications, Inc.**    )    Case No.  __19-30223-tmb11__
                                     )
                                     )    **Notice of Intent to Sell Real or**
                                     )    **Personal Property, Compensate Real Estate**
                                     )    **Broker, and/or Pay any Secured Creditor's Fees**
                                     )    **and Costs; Motion for Authority to Sell Property**
                                     )    **Free and Clear of Liens; and Notice of Hearing**
                                     )    [Note: Do not use to sell personally identifiable
Debtor(s)                            )    information about individuals.]

**NOTICE IS GIVEN THAT** __Western Communications, Inc.__ , the **Debtor** _____ (i.e.,
debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell
the property free and clear of liens pursuant to 11 U.S.C. § 363(f). The movant's name, address,
and telephone # are: __Western Communications, Inc., c/o Michael W. Fletcher, Tonkon__
__Torp LLP, 888 SW Fifth Avenue, Suite 1600, Portland, OR 97204  (503-802-2169)__         .

If you wish to object to any aspect of the sale or fees disclosed in paragraph 7 or paragraph 15,
you must:

(1) Attend the hearing set in paragraph 16 below; and

(2) Within 21 days of the later of the date next to the signature below or the service date
    in paragraph 17 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204
    or 405 E 8th Ave. #2600, Eugene OR 97401:

    (a) a written response stating the specific facts upon which the objection is based, and

    (b) a certificate of service of the response on the movant.

This document shall constitute the notice required by Local Bankruptcy Rule (LBR) 2002-1. All
sections must be completed.

1.  The specific subsections of 11 U.S.C. § 363(f) movant relies upon for authority to sell the
    property free and clear of liens are:
    **§ 363(f)(2)**
2.  Buyer's name & relation to debtor:
    **Shelby Bishop and/or Assigns.  No relation to Debtor.**

3.  General description of the property: [If real property, state street address here. Also attach
    legal description as an exhibit to the notice filed with the court.]
    **Commercial building located at 226 NW 6th St., Redmond, Oregon 97756.**

4. A copy of the full property description or inventory may be examined or obtained at:
   **Contact Debtor's attorney at michael.fletcher@tonkon.com.**


5. The property may be previewed at: [Include time and place.]
   **Contact Debtor's attorney at michael.fletcher@tonkon.com.**


6. Other parties to the transaction and their relationship to the debtor are:
   **Debtor has employed Compass Commercial Real Estate Services ("Compass Commercial") as real estate broker for this real property (ECF No. 136).**


7. The gross sales price is: $ **240,000**            .

   All liens on the property total $ **in excess of $240,000**  , of which movant believes a total of $ **to be determined by the Court**  need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $ **unknown**            for fees and costs.

   Total sales costs will be:  $ **unknown**            .

   All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:
   $ **0; all net proceeds will be utilized** to pay valid liens, fees, costs, and taxes; sales proceeds to be retained by Debtor and distributed pursuant to further Court order.

8. The sale ☐ is ☒ is not (mark one) of substantially all of the debtor's assets.  Terms and conditions of sale:
   **Total purchase price is $240,000. Closing to occur after entry of sale order and on or before August 30, 2019.  Contact michael.fletcher@tonkon.com for copy of Purchase and Sale Agreement.**


9. Competing bids must be submitted to the movant no later than    **7/11/2019**    (date),  and must exceed the above offer by at least **$25,000**      , and be on the same or more favorable terms to the estate.


10. Summary of all available information regarding valuation, including any independent appraisals:
    **Contact Debtor's attorney at michael.fletcher@tonkon.com.**

11. If paragraph 7 indicates little or no equity for the estate, the reason for the sale is:

**Debtor incurred significant costs and expenses in the preservation and disposition of the property and the estate is entitled to recover such costs and expenses to pay administrative and priority expenses.**

and expenses and taxes resulting from the sale will be paid as follows:
**From sale proceeds. Sale proceeds will be disbursed pursuant to further Court order.**

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:
**Plan is a liquidating plan; buyer desires a closing after entry of sale order on such date as mutually agreed by Buyer and Sellers. It is in the best interest of Debtor and the estate to close the sale as soon as possible.**

13. The following information relates to lienholders (who are listed in priority order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e. Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|
| Sandton Credit Solution Master Fund III,LP | c/o Brad T. Summers, Counsel for Sandton, Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101 | in excess of $240,000 | Lien to attach to sales proceeds; sales proceeds to be distributed pursuant to further court order |
| | | | |
| | | | |

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. (If real property) The court appointed real estate broker,  **Compass Commercial**  , will be paid **a commision 6% of the gross sale price (see Order, ECF No. 136)**  .

16. A hearing on this motion and any objections to the sale or fees is scheduled as follows:
Date:  **07/29/2019**   Time:  **1:30 p.m.**   Location: **U.S. Bankruptcy Court,**
**Courtroom #4, 1050 SW Sixth Avenue, Portland, OR 97204**
Testimony will be received if offered and admissible. If no timely objection is filed, the hearing may be cancelled, and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the objection deadline has passed.

17. I certify that on  **06/20/2019**  this document was served, pursuant to FRBP 7004, on the debtor(s), trustee (if any), U.S. Trustee, each named lienholder at the address listed above, the creditors' committee chairperson (if any), and their attorneys; and [unless movant is a chapter 7 trustee] that it was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties as listed in the court's records that were obtained on  **06/20/2019** , a copy of which is attached to the document filed with the court.

18. For further information, contact: **Michael Fletcher, Tonkon Torp LLP, 888 SW Fifth Ave**
**Portland, OR 97204; telephone: (503) 802-2169; email: michael.fletcher@tonkon.com** .

Date: __06/20/2019__    **/s/ Michael W. Fletcher, Attorney for Debtor    OSB #01044**

Signature & Relation to Movant
 **1777 SW Chandler Avenue, Bend, OR 97702,    Taxpayer ID #4252**

(If debtor is movant) Debtor's Address & Taxpayer ID#(s)(last 4 digits)

DocuSign Envelope ID: DA1BE82D-EC15-4678-BE26-1B6EA4632819

EXHIBIT A
LEGAL DESCRIPTION OF PROPERTY


1                               226 NW 6th Street. Redmond, OR 97756
2                     Map/Tax lots:  151309DD01400 and 151309DD01300


{00045955;1}

© 1997 Commercial Association of Brokers OREGON/SW WASHINGTON (Rev. 02/11)
PURCHASE AND SALE AGREEMENT AND RECEIPT FOR EARNEST MONEY (OREGON)
ALL RIGHTS RESERVED

Page 11 of



kateboarding, a pastime bey use to escape the orrors of their family ves.

According to the cast of elative newcomers, Suljic nd the other young ac-ers featured in "Mid90s" elt extremely comfort-ble working under Hill, ho did everything in his ower to make them feel home. Ryder McLaugh-n, who plays the quiet n, who plays the quiet deographer of the oup nicknamed Fourth rade, compared their lationship with Hill to at of "good friends," as e would often offer them

advice on everything from navigating publicity to "girl problems."

"It felt like he's always been a director," says McLaughlin. "It didn't feel like a new thing for him."

"The times I've given my best performances is when I trusted the film-maker the most," says Hill. "All I knew was I had to spend as much time as I could before we started shooting understanding that I need to let these people know that I have their back. I would rath-er die than embarrass them."

While "Mid90s" marks Hill's first turn in the di-rector's chair for a feature film, he's effectively been in film school under the tutelage of Hollywood's best filmmakers through-out his career as an actor, working with the likes of Martin Scorsese, Quentin Tarantino, Judd Apatow and the Coen brothers, just to name a few. So it's no surprise that Hill was excited and filled with "bliss," rather than ner-vous or surprised, when he finally got to the set on the first day of filming.

"I've been in so many

scenes in so many movies over the years, that to me, it was just pure excite-ment," Hill says. "I always say to anyone in the film business or anyone start-ing out in the film busi-ness. 'It's not real until you pull up and the trucks are there.'

"Because everything before that, they didn't pour a bunch of money into, so once the trucks are there, you at least get one day to shoot," he adds. "When I pulled up and I saw the trucks, that was probably the best mo-ment of my life."

# Lose Weight
# Fast and Keep It Off...



- Medically Proven Program
- FDA Approved Appetite Suppressants
- Diet Shots & Fat Burning Injections
- Dietician Developed Meal Plans
- No Package Meals to Buy
- Free EZDietPlanner™ App & Community
- Plans for Adults and Children

## $99 Gets You Started!
### 4 Locations Call Today

FEASTERVILLE  ■ CITY LINE AVE.
TABOR AVE.  ■ SOUTH PHILLY

 Dr. Fisher's
Medical Weight Loss
& Aesthetic Centers

215-478-6901          BodyByFisherNow.com

© Physicians Marketing Solutions, Inc. All rights reserved.

## SAVE BILL COSBY



On May 13, 1985, 5 black children were MURDERED with 2 bombs furnished by the FBI to members of the DEMOCRATIC PARTY and no one was even fired from their job. Bill Cosby was prosecuted for a 12 year old alleged sexual interlude, Equal Protection Under The Law. Jeffrey Cutler is running as a Pro Se candidate for GovenAtor of PENNSYLVANIA!

### WRITE-IN JEFFREY CUTLER

If elected Jeffrey Cutler would at MINIMUM commute the sentence of William Henry Cosby to time SERVED. Implement Jeffy Bonds to help taxpayers and schools. (Copyright Dec 7, 2015 see page 18 document 37 case 2:17-cv-00984)...PAS for school safety, Obamacare Replacement (see page 24 document 42 case 2:17-cv-00984). Irving Cutler died July 13, 1942 defending the Constitution of the United States. Sergeant Irving Cutler died when his B-24 was shot down after leaving Benghazi, Libya. Irv was awarded the Silver Star and Purple Heart. His nephew Jeffrey Cutler the former Tax Collector of East Lampeter Township memorialized the 75th anniversary of his uncle's sacrifice in case # 2:17-cv-00984 which became USCA case # 17-2709. Mr. Cutler was trying to protect the public from 190,000 counts of Mail Fraud, by Brian Hurter and Amber Green Martin for sending out fraudulent tax assessments.

### Write In Jeffrey Cutler for Governor and Every Demeratic Congressman In PA.

More information can be found at https://www.youtube.com/watch?v=mgCle8F_zUk. Send Donations to: JEFFREY CUTLER, P.O BOX 2806, YORK, PA 17405
The FIRST DINO..Msg For Bill "RIGHT"!!!

**CONSPIRACY TO COMMIT BANK & INSURANCE
FRAUD**  Inbox x

---

Jeffrey Cutler  To All; Attached is a TAX cert and page 2 of 14 from...   Jan 30

Milligan. Joseph A. (PH) (FBI) <Joseph.Milligan@ic.fbi.   Jan 30
to me, John, JAN MCDERMOTT, Dave

Mr. Cutler,

Cease and desist adding myself and ADA McDemott to any more of your
emails regarding this matter.    Special Agent Milligan

From: Jeffrey Cutler [mailto:eltaxcollector@gmail.com]
Sent: Sunday, January 29, 2017 11:40 PM
To: Murray, John <JoMurray@paauditor.gov>;
JAN.MCDERMOTT@phila.gov; Dave Brown
<dave@pearsonkoutcherlaw.com>; Milligan, Joseph A. (PH) (FBI)
<Joseph.Milligan@ic.fbi.gov>
Subject: CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD

---

Jeffrey Cutler <eltaxcollector@gmail.com>   Jan 30
to whmcmichael, jhaskins, dyerushalmi, djacob, lalobell, Dave

To All;

See the message below.  I am involved with a bunch of People that are
**ANTI-JEWISH**.  They are trying to set me up to be accused of **THEFT**!!! They have
conspired to delete payment information and try and blame me for **stealing**!!! They
are all criminals.  The FBI does not want to help.  They suggested (FBI) I get a
lawyer.  They just want claim the **JEW IS A THIEF!!!**

Jeff Cutler

717-854-4718
215-872-5715

...
...

...
717-854-4718

**3 Attachments**

PDF VALIDATION_ERR...      PDF ELSUIT_Stop_OR...

W SUPCOURT.doc

---

Devon Jacob  Jeffrey, do not contact me again for any reason. If you do...   Jan 30

Jeffrey Cutler  Lonnie... No Friends Jeff Cutler   Jan 30

Jeffrey Cutler  Justin; It must be my breath. Jeff Cutler   Jan 30

Case 19-11466-MFW    Doc 104-1    Filed 07/05/19    Page 46 of 49

Case 2:17-cr-00137-PD    Document 106    Filed 06/21/17    Page 37 of 80
Case 2:17-cv-00984-TON    Document 37    Filed 06/15/17    Page 20 of 63

(717) 390-9921
(215) 872-5715
(717) 854-4718



**Tax Collector**
**East LampeterTownship**
2250 Old Philadelphia Pike
Lancaster, PA  17602

RECEIVED
COMMONWEALTH COURT
OF PENNSYLVANIA
14 JUN 2017 15 39

JUNE 14, 2017

PROTHONOTARY COMMONWEALTH COURT

### Re: 451 CD 2017

Dear  PROTHONOTARY;

Based on the attached document received today, the attached NOTICE OF APPEAL was
not sent with the official record sent 09JUN2017. If you have any questions call me at MY
cell phone 717-854-4718 or email any questions to eltaxcollector@gmail.com.

Sincerely,

Jeffrey Cutler
Tax Collector East Lampeter Township, Pennsylvania

Case 19-11466-MFW    Doc 104-1    Filed 07/05/19    Page 47 of 49

Case 2:17-cr-00137-PD    Document 106    Filed 06/21/17    Page 38 of 80
Case 2:17-cv-00984-TON    Document 37    Filed 06/15/17    Page 21 of 63



ounty
of
Lancaster

**Office of the Prothonotary • Court of Common Pleas • Civil**

Courthouse
50 North Duke Street
P.O. Box 83480
Lancaster, PA 17608-3480
Phone: 717-299-8282
Fax: 717-293-7210
www.co.lancaster.pa.us/prothonotary

othonotary
therine Wood-Jacobs
oodjacobs@co.lancaster.pa.us

ief Deputy Prothonotary
ri C. Groff
offl@co.lancaster.pa.us

June 9, 2017

COMMONWEALTH COURT OF PENNSYLVANIA

451 C.D. 2017

TO THE PROTHONOTARY OF THE COMMONWEALTH COURT OF
PENNSYLVANIA

The undersigned, Prothonotary of the Court of Common
Pleas of Lancaster County, the said court being a court of
record, do hereby certify that annexed hereto is a true and
correct copy of the whole and entire record, including an
opinion of the court as required by Pa. R.A.P. 1925, the original
papers and exhibits, if any, on file, the transcript of the
proceedings, if any, and the docket entries in the following
matter: CI-15-05424

    EAST LAMPETER TOWNSHIP
    VS
    JEFFREY CUTLER

in compliance with Pa. R.A.P. 1931(c).

The documents comprising the record have been numbered
from No. 1 to 72 and attached hereto as Exhibit a is a list of the
documents correspondingly numbered and identified with
reasonable definiteness, including with respect to each
document, the number of pages comprising the document.

The date on which the record has been transmitted to the
appellate court is JUNE 9, 2017.

*Audrey L Conrad*
*Deputy*

RECEIVED
COMMONWEALTH COURT
OF PENNSYLVANIA
14 JUN 2017 15 39

Case 19-11466-MFW    Doc 104-1    Filed 07/05/19    Page 48 of 49
Case 2:17-cr-00137-PD    Document 106    Filed 06/21/17    Page 39 of 80
Case 2:17-cv-00984-TON    Document 37    Filed 06/15/17    Page 22 of 63

CI-15-05424

ENTERED AND FILED

17 JUN -9 PM 4: 09

PRO........... OFFICE
LANCASTER, PA

**JEFFREY CUTLER, Defendant** *pro se*
P.O. Box 2806
York, PA 17405
(215) 872-5715
eltaxcollector@gmail.com

| | |
|---|---|
| EAST LAMPETER TOWNSHIP<br>Plaintiff, | ) COURT OF COMMON PLEAS<br>) LANCASTER COUNTY<br>) CIVIL |
| vs. | ) |
| JEFFREY CUTLER<br>Defendant | )<br>)<br>) No. CI-15-05424 |
| COUNTY OF LANCASTER<br>Intervenor | )<br>) |

RECEIVED
COMMONWEALTH COURT
OF PENNSYLVANIA
14 JUN 2017 15
39

## __NOTICE OF APPEAL__

TO THE PROTHONOTARY:

Notice is hereby given that Defendant, Jeffrey Cutler, appeals to the Commonwealth Court of Pennsylvania from the final order of this Court dated March 27, 2017, the subsequent order dated April 3, 2017, and the prior orders of March 17, 2017; March 15, 2017. These orders been entered on the docket as evidenced by the attached copy of the docket entries.

Jeffrey Cutler, *pro se*

Dated: 6/ /2017

CLERK-S OFFICE                                                    CO-932
UNITED STATES DISTRICT COURT                                     Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

                                                        Civil Action No. _____
                                                        (To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk-s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case. etc.

**NOTICE TO ALL COUNSEL**

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

      A new case is deemed related to a case pending in this or another U.S. Court if the new case:    [Check appropriate box(e=s) below.]

      [ ]    (a)    relates to common property

      [X]    (b)    involves common issues of fact

      [ ]    (c)    grows out of the same event or transaction

      [ ]    (d)    involves the validity or infringement of the same patent

      [X]    (e)    is filed by pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

      A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

      Check box if new case is related to a dismissed case:    [ ]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E-S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

      DENNIS MONTGOMERY AND LARRY KLAYMAN    v.    JAMES COMMEY and FBI, et al.    C.A. No.    17CV-0107

      15JUN2017
      DATE                           Signature of Plaintiff /Defendant (or counsel)