IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.<br><br>Debtor | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Joint Administration Requested |

**OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a), 363, AND 1108 OF THE BANKRUPTCY CODE (A) AUTHORIZING THE DEBTOR TO IMPLEMENT A PLAN OF CLOSURE FOR HAHNEMANN UNIVERSITY HOSPITAL AND (B) SCHEDULING A FINAL HEARING**

Pennsylvania Association of Staff Nurses and Allied Professionals, (hereinafter, "PASNAP"), by and through their undersigned counsel, by way of Objection to *Debtor's Motion For Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtor to Implement a Plan of Closure for Hahnemann University Hospital and (B) Scheduling a Final Hearing,* hereby states:

**BACKGROUND**

1. On June 30, 2019 (the "Petition Date"), Center City Healthcare, LLC d/b/a Hahnemann University Hospital ("CCH") and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code.

2. On June 30, 2019, the Debtors filed as a first day motion seeking an interim relief and final Orders pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to implement a plan of closure of Hahnemann University Hospital (HUH)

and (B) scheduling a Final Hearing (Doc. No. 15), hereinafter (the "Motion"). The First day hearings were held on July 2, 2019 and the Motion was adjourned to July 9, 2018.

3. The undersigned represent PASNAP whose members are the Nurses at HUH as well as at St. Christopher's Hospital. There are approximately 800 members at HUH and 500 Members at St Christopher's Hospital.

4. PASNAP has been working closely with the Pennsylvania Department of Health and the City of Philadelphia on behalf of its members and as to the community and public at large and the Hospital itself over concerns at the announcement and the intent of the Debtor to abruptly close the hospital without following proper regulatory procedures.

5. PASNAP joins in the objections filed by Commonwealth of Pennsylvania (Doc. No. 51), the City of Philadelphia (Doc No. 49) and the Commonwealth of Pennsylvania as *parens patriae* (Doc. No. 102) as to the Motion.

**OBJECTION**

6. The court should not grant the motion as the Closure Plan has not been approved by Pennsylvania Department of Health as required by Pennsylvania Law, Rules and Regulations. In fact, as this court is aware, there is a "Cease and Desist" Order in place.

7. PASNAP and its members have grave concerns over patient safety since the plan has not been approved and actions are being taken by the Debtor towards closure without approval of the Plan. The actions are putting the community, patients and all employees at risk. Until the Commonwealth has exercised its Police Powers for the protection of the Community and hospital, this court should not enter any Order approving any closure as same is clearly premature.

8. Further, prior to entering an Order approving the closure, this court should require the Debtor to exhaust all attempts to keep the hospital open by exploring a sale for the sake of the community and this hospital. The loss of this hospital to the community will severely impact

medical care in the surrounding Philadelphia Community.  An independent set of eyes should first examine and explore the possibility of a sale before this court allows the Debtor to exercise its business judgment to close the Hospital.

9. According to news reports, approximately 3,440 employees with lose their livelihoods, including 2,440 employed by Center City Healthcare at HUH and St. Christopher's Hospital. Among these will be the 1200 nurses represented by PASNAP, who have dedicated their lives to providing health services to an underserved community, and recently negotiated a collective bargaining agreement providing decent wages and benefits.

10. HUH is a vital hospital to the Philadelphia community to which it serves.

WHEREFORE, PASNAP respectfully requests that the Court deny the Motion.

Dated: July 5, 2019         **MARKOWITZ & RICHMAN**

        /s/ Claiborne S. Newlin
Claiborne S. Newlin, Esq. (#4745)
Legal Arts Building
1225 King Street, Suite 804
Wilmington, DE 19801
Telephone: 302.656.2308
Facsimile: 215.790.0668
cnewlin@markowitzandrichman.com

        -and-

**LAW OFFICES OF MITCHELL J. MALZBERG, LLC**
Mitchell Malzberg, Esquire
P. O. Box 5122
6 E. Main Street, Suite 7
Clinton, NJ  08809
Telephone: 908.323.2958
Facsimile: 908.933-0808
mmalzberg@mjmalzberglaw.com
(Motion for admission pro hac vice pending)

*Co-Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals*