# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | Case No. 19-11466 |
| | (Joint Administration Requested) |
| Debtors. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 8, 2019, he caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 to be served on all parties listed below via the Court's CM/ECF electronic filing system.

Aaron S. Applebaum, Esquire
Jeffrey C. Hampton, Esquire
Adam H. Isenberg, Esquire
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Monique B. DiSabatino, Esquire
Mark Minuti, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899

Benjamin A. Hackman, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207

_____
JEFFREY KURTZMAN