UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: : Chapter 11
:
CENTER CITY HEALTHCARE, LLC : Bankruptcy No. 19-11466-(KG)
d/b/a Hahnemann University Hospital, :
*et. al.* :
Debtors :

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of

Attorney General, as *parens patriae*.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Office of Attorney

General, as *parens patriae,* respectfully requests that all notices given or required to be given in

this case by the Court and/or any other party to this case, be given to the Office of Attorney

General by serving the undersigned counsel.

|  |  |
|---|---|
| BY: _David Dembe, Esq._ | JOSH SHAPIRO<br>ATTORNEY GENERAL<br><br>BY: _Lisa M. Rhode_ |
| Senior Deputy Attorney General | Senior Deputy Attorney General |
| Pa. Attorney I.D. No. 202404 | PA I.D. No. 64556 |
| Office of Attorney General | Office of Attorney General |
| The Phoenix Building | The Phoenix Building |
| 1600 Arch Street, 3rd Floor | 1600 Arch Street, 3rd Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Tel: (215) 560-3448 | Tel: (215) 560-2981 |
| Fax: (215) 560-2494 | Fax: (215) 560-2494 |
| ddembe@attorneygeneral.gov | E-mail: lrhode@attorneygeneral.gov |

DATED:    July 2, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Center City Healthcare, LLC    Chapter  11

Case No.  19 - 11466    ( KG  )

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent  Commonwealth of PA, Office of Attorney General, as parens patriae in this action:  I am admitted to practice law in   (court(s))

Pennsylvania

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Agency/Organization

Name:    Lisa M. Rhode, SDAG

Address:    1600 Arch Street, Suite 300

Philadelphia, PA  19103

Phone:    215-560-2981

Email:    lrhode@attorneygeneral.gov

Local Form 105A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Center City Healthcare, LLC   Chapter 11

Case No. 19 - 11466   (____)

### GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent  Commonwealth of PA as parens patriae

in this action: I am admitted to practice law in __(court(s))

Pennsylvania, New York and New Jersey

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Agency/Organization

Name:     David Dembe SDAG

Address:  Office of Attorney General

1600 Arch Street, Suite 300, Philadelphia

Phone:    (215) 560-3448

Email:    ddembe@attorneygeneral.gov

Local Form 105A