IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CENTER CITY HEALTHCARE | ) | Chapter 11 |
| LLC d/b/a HAHNEMANN | ) | |
| UNIVERSITY HOSPITAL, *et al*, | ) | Case No. 19-11466 (KG) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |

CERTIFICATE OF SERVICE

David Dembe certifies that on July 5, 2019, he served a true and correct copy of the Objections

of the Commonwealth of Pennsylvania, Office of Attorney General to the Debtors' motion for

approval of closure plan upon the following persons, *inter alia*, by electronic service and upon

the following persons, on July 8, 2019, by email:

Monique Bair DiSabatino, Esq.  monique.disabatino@saul.com
Mark Minuti, Esq. mark.minuti@saul.com
Saul Ewing Arnstein & Lehr, LLP
Counsel for Debtors

Benjamin A. Hackman
Office of the United States Trustee
benjamin.a.hackman@usdoj.gov

David Dembe

Dated: July 8, 2019