**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Hearing Date: July 26, 2019 at 10:00 a.m. (EST)**<br>**Objection Deadline: July 19, 2019 at 4:00 p.m. (EST)** |

**MOTION OF DEBTORS FOR ENTRY OF AN ORDER EXTENDING THE TIME WITHIN WHICH DEBTORS MUST FILE THEIR SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors-in-possession (the "**Debtors**"), by and through their undersigned proposed counsel, hereby file this motion (the "**Motion**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 1007-1(b) and 9006(b)(1) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), extending the time within which the Debtors must file their schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules and Statements**"). In support of this Motion, the Debtors rely on the *Declaration of Allen Wilen in Support of First Day Motions for Relief* [D.I. 2], and respectfully state as follows:

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## Jurisdiction and Venue

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this matter to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2. On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases, and no committees have been appointed or designated.

3. A description of the Debtors' businesses, capital structure, the reasons for commencing the Chapter 11 Cases, the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the First Day Declaration filed contemporaneously herewith.

## Relief Requested

4. By this Motion, the Debtors request the entry of an order, substantially in the form of the Proposed Order, extending the time to file their Schedules and Statements for an additional

eighteen (18) days, for a total of forty-five days, through and including August 14, 2019, without prejudice to the Debtors' ability to request additional time should it become necessary.

**Basis for Relief Requested**

5. Bankruptcy Rule 1007 requires a chapter 11 debtor to file its schedules and statements with its voluntary petition for relief or within fourteen days thereafter. Fed. R. Bankr. P, 1007(b)-(c). Bankruptcy Rule 1007(c) also authorizes a bankruptcy court to extend a debtor's time to file its schedules and statements "for cause." Fed. R. Bankr. P. 1007(c).

6. In addition, Local Rule 1007-1(b) provides that the deadline for filing schedules and statements is automatically extended twenty-eight (28) days following the filing date if the debtor has more than 200 creditors and if the petition is accompanied by a creditor list. Del. Bankr. L.R. 1007-1(b). Here, the Debtors filed a list of creditors on the Petition Date and have more than 200 creditors. Accordingly, in the absence of an extension, Bankruptcy Rule 1007(c) and Local Rule 1007-l(b) require the Debtors to file their Schedules and Statements within twenty-eight days of the Petition Date.

7. The Debtors assert that there is good "cause" to extend their time to file Schedules and Statements beyond the twenty-eight days automatically provided by Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) because of the complexity and size of the Debtors' businesses and the limited time and resources that the Debtors have had to devote to the preparation of Schedules and Statements prior to commencement of these cases. The Debtors believe that the automatic twenty-eight day extension may not be sufficient to complete and verify the accuracy of their Schedules and Statements since the Debtors need additional time to update their books and records and to collect necessary data.

8. The Debtors further believe that good cause exists for granting the extension of time requested herein because of the amount of information that must be assembled and compiled, the multiple locations and divisions holding such information and the large amount of employee and professional hours required to complete the Schedules and Statements.

9. Accordingly, the Debtors respectfully request that the Court extend by an additional eighteen days, for a total of forty-five days, until August 14, 2019, the date by which the Schedules and Statements must be filed pursuant to Bankruptcy Rule 1007 and Local Rule 1007-2(b).

10. The Court has routinely granted relief similar to that sought herein in other cases in this district. *See, e.g.*, *In re Hospital Acquisition LLC*, Case No. 19-10998 (BLS) (Bankr. D. Del. May 29, 2019) [D.I. 168]; *In re Promise Healthcare Group, LLC*, Case No. 18-12491 (CSS) (Bankr. D. Del. Nov. 6, 2018) [D.I. 48]; *In re ATD Corp.*, Case No. 18-12221 (KJC) (Bankr. D. Del. Oct. 24, 2018) [D.I. 232]; *In re Orexigen Therapeutics, Inc.*, Case No. 18-10518 (KG) (Bankr. D. Del. Mar. 10, 2018) [D.I. 146]; *In re Sorenson Commc'ns, Inc.*, No. 14-10454 (BLS) (Bankr. D. Del. March 4, 2014); *In re Physiotherapy Holdings, Inc.*, No. 13-12965 (KG) (Bankr. D. Del. Dec. 6, 2013).

**Notice**

11. The Debtors have provided notice of the filing of the Motion to: (i) the Office of the United States Trustee; (ii) the Debtors' 30 largest unsecured creditors on a consolidated basis; (iii) counsel to MidCap Funding IV Trust; (iv) Drexel University d/b/a Drexel University College of Medicine; (v) the Debtors' unions; (vi) the Internal Revenue Service; (vii) the United States Attorney for the District of Delaware; (viii) the United States Department of Justice; (ix) the Pennsylvania Attorney General's Office; (x) the Pennsylvania Department of Human

Services; (xi) the City of Philadelphia; and (xii) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**No Prior Request**

12. No prior motion for the relief requested herein has been made to this or any other court.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form of the Proposed Order attached hereto: (i) extending the time within which the Debtors must file their Schedules and Statements by an additional eighteen days, to August 14, 2019; and (ii) granting such other and further relief as the Court deems is just and proper.

Dated: July 8, 2019              **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Jeremiah J. Vandermark
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com
jeremiah.vandermark@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*