## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NTT Data Services, creditor herein, requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON, OZBURN & LEMMON, LLP, as addressed below:

>Sabrina L. Streusand
>Streusand, Landon, Ozburn & Lemmon, LLP
>1801 S. Mopac Expressway
>Suite 320
>Austin, Texas 78746
>(512) 236-9904 (Facsimile)
>streusand@slollp.com

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

Dated:  July 8, 2019

{01411/0008/00237203.1}

Respectfully submitted,

By: /s/ *Sabrina L. Streusand*
    Sabrina L. Streusand
    Streusand, Landon, Ozburn & Lemmon, LLP
    State Bar No. 11701700
    1801 S. Mopac Expressway, Ste. 320
    Austin, Texas 78746
    Telephone:  (512) 236-9901
    Facsimile:  (512) 236-9904
    streusand@slollp.com

**ATTORNEYS FOR NTT DATA SERVICES**

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 8th day of July, 2019 upon all parties requesting service via ECF notification.

    */s/ Sabrina L. Streusand*
    Sabrina L. Streusand