# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>       Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 19-11466 (KG)<br>)<br>) (Joint Administration Requested)<br>)<br>) |

## NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Tower Health**,** a party in interest in the captioned bankruptcy cases, pursuant to, *inter alia*, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, enters its appearance demands that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned, and consent to service by electronic means:

| | |
|---|---|
| Joseph H. Huston, Jr.<br>Stevens & Lee, P.C.<br>919 North Market Street, Suite 1300<br>Wilmington, DE  19801<br>Telephone:  (302) 425-3310<br>Fax:  (610) 371-7972)<br>Email: jhh@stevenslee.com | Robert Lapowsky<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>Telephone: (215) 751-2866<br>Fax: (610) 371-7958<br>Email: rl@stevenslee.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

includes, without limitation, disclosure statements, plans of reorganization, operating reports, orders and notices of any application, motion, petition, pleading, request, complaint or demand, answering or reply papers, memoranda or briefs, and any other document brought before the Court with respect to this case or any proceeding in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier, facsimile, telephone, electronic medium or otherwise.

Neither this Notice of Appearance, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to nor should be deemed to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding or on any issue so triable in this or in any related case, controversy or proceeding, or any right to arbitration; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this case or any proceeding related to this case; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the counsel listed above request to be added to any official service list for notices of all contested matters or other proceedings in this case.

Date: July 8, 2019                                   **STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, DE  19801
Telephone: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com

-and-

Robert Lapowsky (*pro hac vice pending*)
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Fax: (610) 371-7958
Email: rl@stevenslee.com

*Attorneys for Healthcare Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 8, 2019, he caused a true copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interested registered to receive notice through the Court's CM/ECF System.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)