## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 8, 2019, he caused a true copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interested registered to receive notice through the Court's CM/ECF System.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
