# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter 11

                            Case No. 19 _ 11466 _ ( KG )

Debtor: Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.

### Amended MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of Joseph Catuzzi

to represent MidCap Funding IV Trust and MidCap Financial Trust

in this action.

/s/Joelle E. Polesky

Firm Name: Stradley Ronon, et al

Address: 1000 N. West Street, Suite 1200
Wilmington, DE 19801

Phone: (302) 295-3805

Email: jpolesky@stradley.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania & Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Joseph W. Catuzzi

Firm Name: Stradley Ronon, et al

Address: 2005 Market St., Ste 2600
Philadelphia, PA 19103

Phone: (215) 564-8000

Email: jcatuzzi@stradley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

## CERTIFICATE OF SERVICE

I, Joelle E. Polesky, Esquire certify that on this date a true and correct copy of the foregoing AMENDED MOTION AND ORDER FOR ADMISSION PRO HAC VICE was caused to be filed with the United States Bankruptcy Court for the District of Delaware's ECF system and a copy was caused to be electronically served on all parties of record.

STRADLEY RONON STEVENS & YOUNG, LLP

/s/ Joelle E. Polesky
Joelle E. Polesky (I.D. No. 3694)
1000 N. West Street, Suite 1279
Wilmington, DE 19801
Telephone: (302) 295-4856
Facsimile: 302-295-4801
Email: jpolesky@stradley.com

*Attorneys for creditors MidCap Funding IV Trust
and MidCap Financial Trust*

Dated: July 8, 2019

# 4170837  v. 1