# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (KG) |
| et al.,[1] | ) |
| | ) Jointly Administered |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned set forth below hereby appears as counsel for DaVita, Inc., and Renal Treatment Centers – Northeast, Inc. Request is hereby made, pursuant to Rule 2002 of the Bankruptcy Rules, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following person at the mailing addresses and email addresses indicated below:

Vikrama S. Chandrashekar
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO 80202
Telephone: (303) 292-2900
Facsimile: (303) 292-4510
Email: Vika.Chandrashekar@moyewhite.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes, not only notices and papers referred to in Rule 2002 of the Bankruptcy Rules, but also includes, without limitation,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**Dated:**   Denver, Colorado
July 8, 2019.

                                      MOYE WHITE LLP

                                      s/ *Vikrama S. Chandrashekar*
Vikrama S. Chandrashekar, #48659
Moye White LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
Email:  Vika.Chandrashekar@moyewhite.com
Phone:  (303) 292-2900
Fax:      (303) 292-4510
*Counsel for DaVita, Inc. and Renal Treatment Centers – Northeast, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 8, 2019, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system.

               *s/ Vikrama S. Chandrashekar*
               Vikrama S. Chandrashekar