## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 2, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Interim Order (I) Authorizing Continued Use Of Existing Cash Management System And Bank Accounts; (II) Authorizing Continued Performance Of Intercompany Transactions; (III) Granting Administrative Expense Priority To Postpetition Intercompany Claims; And (IV) Granting Related Relief [Docket No. 74]**

- **Interim Order (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendor Obligations [Docket No. 81]**

Dated: July 8, 2019

_____
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 8th day of July, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>TARA SMALLS<br>TARA.SMALLS@REDCROSS.ORG | ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM |
| ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BENEFIT FUND FOR HOSP & HEALTH<br>INFO@1199CFUNDS.ORG | CERNER CORP<br>IAN WILSON<br>IAN.WILSON@CERNER.COM |
| CHAMPION ENERGY<br>NICOLE HASSLER<br>NICOLE.CATES@CHAMPION.ENERGY | CITY OF PHILADELPHIA<br>ROB DUBOW<br>VOUCHERVERIFICATION@PHILA.GOV | CONCENTRA<br>CANDICE HENSON<br>CANDICE_HENSON@CONCENTRA.COM |
| CONIFER PATIENT COMMUNICATIONS<br>PETRA WILLEY<br>PETRA.WILLEY@CONIFERHEALTH.COM | CROTHALL HEALTHCARE INC<br>DENNIS CZAPLICKI<br>DENNIS.CZAPLICKI@CROTHALL.COM | DEPUY SYNTHES SALES<br>PATTY PAGET<br>PPAGET@ITS.JNJ.COM |
| DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY<br>ANTHONY ESPOSITO<br>AME79@DREXEL.EDU |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | ENSEMBLE RCM LLC<br>JOHN ERICKSON<br>JOHN.ERICKSON@ENSEMBLEHP.COM | ERNST & YOUNG LLP<br>AMY DORFMEISTER<br>AMY.DORFMEISTER@EY.COM |
| GENERAL ELECTRIC CO<br>ARUSHI CHANDRAN<br>ARUSHI.CHANDRAN@GE.COM | GLOBAL NEUROSCIENCES INSTITUTE<br>DONALD J DAMICO<br>DDAMICO@GNINEURO.ORG | GREATER DELAWARE VALLEY SOCIETY<br>STACY CRAMER<br>SCRAMER@DONORS1.ORG |
| INO THERAPEUTICS LLC<br>BROOKE MITCH<br>BROOKE.MITCH@MNK.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS, LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS, LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MEDLINE INDUSTRIES INC<br>SHANE REED<br>SREED@MEDLINE.COM |
| MEDTRONIC USA INC<br>BRIAN CASTELEIN CBA<br>BRIAN.J.CASTELEIN@MEDTRONIC.COM | NTHRIVE INC<br>KAY ENNIS<br>KENNIS@NTHRIVE.COM | NTT DATA SERVICES LLC<br>SUBBARAO PUSHADAPU<br>BILLING.INQUIRY@NTTDATA.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | OLYMPUS AMERICA INC<br>ERIC VAUTRIN<br>ERIC.WAUTRIN@OLYMPUS.COM |
| OPTUMINSIGHT<br>NICK GULLAND<br>NICHOLAS.GULLAND@OPTUM.COM | PACHULKSKI STANG ZIEHEL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULKSKI STANG ZIEHEL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PREMIER HEALTHCARE SOLUTIONS<br>KELLEY MASKERI<br>KELLY.MASKERI@PREMIERINC.COM | QUALITY SYSTEMS INC<br>IRVINETAX@NEXTGEN.COM; IR@NEXTGEN.COM | RENAL TREATMENT CENTERS SE LP - DAVITA<br>CLENN FROST<br>ANGEL.BALTAZAR@DAVITA.COM |

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SMITH & NEPHEW<br>PETER J BUTERA<br>PETER.BUTERA@SMITH-NEPHEW.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | TENET BUSINESS SERVICES CORPORATION<br>MICHAEL MALONEY<br>MICHAEL.MALONEY@TENETHEALTH.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| UNIVERSAL PROTECTION SVS LP<br>AL SANTOSUSSO<br>AL.SANTOSUSSO@AUS.COM | VEOLIA ENERGY PHILADELPHIA INC<br>TRICIA MARTS<br>PATRICIA.MARTS@VEOLIA.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | | |

Parties Served:  64

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>ATTN: TARA SMALLS<br>430 17TH ST NW<br>WASHINGTON, DC 20006 | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 |
| BANK OF AMERICA, N.A.<br>100 N TRYON ST<br>CHARLOTTE, NC 28255 | BENEFIT FUND FOR HOSP & HEALTH<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | CAPITAL ONE, N.A.<br>1680 CAPITAL ONE DR<br>MCLEAN, VA 22102 |
| CERNER CORP<br>ATTN: IAN WILSON<br>2800 ROCKCREEK PKWY<br>KANSAS CITY, MO 64117 | CHAMPION ENERGY<br>ATTN: NICOLE HASSLER<br>1500 RANKIN RD, STE 200<br>HOUSTON, TX 77073 | CITY OF PHILADELPHIA<br>ATTN: ROB DUBOW<br>CODE VIOLATION ENFORCEMENT DIV<br>P.O. BOX 56318<br>PHILADELPHIA, PA 19130 |
| CITY OF PHILADELPHIA<br>ATTN:  LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CONCENTRA<br>ATTN: CANDICE HENSON<br>DBA CONCENTRA MEDICAL CENTERS<br>5080 SPECTRUM DR, 1200W<br>ADDISON, TX 75001 | CONIFER PATIENT COMMUNICATIONS<br>ATTN: PETRA WILLEY<br>140 FOUNTAIN PKWY STE 500<br>ST PETERSBURG, FL 33716 |
| CROTHALL HEALTHCARE INC<br>ATTN: DENNIS CZAPLICKI<br>13028 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | DEPUY SYNTHES SALES<br>CUSTOMER RECEIVABLES MANAGEMENT<br>ATTN: PATTY PAGET<br>HIGHWAY 22 N<br>SOMERVILLE, NJ 08876-1051 | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO<br>3201 ARCH ST, STE 420<br>PHILADELPHIA, PA 19104 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | ENSEMBLE RCM LLC<br>ATTN: JOHN ERICKSON<br>13620 REESE BLVD, STE 200<br>HUNTERSVILLE, NC 28078 | ERNST & YOUNG LLP<br>ATTN: AMY DORFMEISTER<br>PITTSBURG NATL BANK 640382<br>C/O ERNST & YOUNG US LLP<br>1 PPG PL #2100<br>PITTSBURGH, PA 15264 |
| GENERAL ELECTRIC CO<br>ATTN: ARUSHI CHANDRAN<br>DBA GE HEALTHCARE<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226-4856 | GLOBAL NEUROSCIENCES INSTITUTE<br>ATTN: DONALD J DAMICO<br>3100 PRINCETON PK, BLDG 3, STE D<br>LAWRENCEVILLE, NJ 08648 | GREATER DELAWARE VALLEY SOCIETY<br>ATTN: STACY CRAMER<br>401 N 3RD ST<br>PHILADELPHIA, PA 19123 |
| INO THERAPEUTICS LLC<br>DBA MALLINCKRODT PHARMACEUTICALS<br>ATTN: BROOKE MITCH<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MEDLINE INDUSTRIES INC<br>ATTN: SHANE REED<br>THREE LAKES DR<br>NORTHFIELD, IL 60093 | MEDTRONIC USA INC<br>ATTN: BRIAN CASTELEIN CBA<br>4642 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NTHRIVE INC<br>ATTN: KAY ENNIS<br>200 NORTH POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 |
| NTT DATA SERVICES LLC<br>ATTN: SUBBARAO PUSHADAPU<br>7950 LEGACY DR, STE 900<br>PLANO, TX 75024 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN HACKMAN<br>844 KING ST, STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OLYMPUS AMERICA INC<br>ATTN: ERIC VAUTRIN<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034-0610 | OPTUMINSIGHT<br>ATTN: NICK GULLAND<br>11000 OPTUM CIR<br>EDEN PRAIRIE, MN 55344 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>1401 NORTH SEVENTH ST<br>HARRISBURG, PA  17105 | PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>P.O. BOX 2675<br>HARRISBURG, PA 17105-2675 |
| PNC BANK, NA<br>300 FIFTH AVE<br>THE TOWER AT PNC PLAZA<br>PITTSBURG, PA 15222 | PREMIER HEALTHCARE SOLUTIONS<br>ATTN: KELLEY MASKERI<br>5882 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | QUALITY SYSTEMS INC<br>18111 VON KARMAN AVE, STE 700<br>IRVINE, CA 92612 |
| RENAL TREATMENT CENTERS SE LP - DAVITA<br>ATTN: CLENN FROST<br>2476 EAST SWEDESFORD RD, STE 150<br>MALVERN, PA 19355 | SMITH & NEPHEW<br>ATTN: PETER J BUTERA<br>150 MINUTEMAN RD<br>ANDOVER, MA 01810 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| TEMPLE UNIV HOSPITAL<br>CASHIER OFFICE<br>3401 NO BROAD ST, RM A 131<br>PHILADELPHIA, PA 19140 | TENET BUSINESS SERVICES CORPORATION<br>C/O TENET HEALTHCARE CORPORATION<br>ATTN: MICHAEL MALONEY<br>1445 ROSS AVE, STE 1400<br>DALLAS, TX 75202 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 |
| UNITED STATES DEPTARMENT OF JUSTICE<br>ATTN:  CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC  20005 | UNIVERSAL PROTECTION SVS LP<br>ATTN: AL SANTOSUSSO<br>1551 NORTH TUSTIN AVE, STE 650<br>SANTA ANA, CA 92705 | VEOLIA ENERGY PHILADELPHIA INC<br>ATTN: TRICIA MARTS<br>2600 CHRISTIAN ST<br>PHILADELPHIA, PA 19146 |
| WELLS FARGO BANK, N.A.<br>101 N PHILLIPS AVE<br>ONE WACHOVIA CENTER<br>SIOUX FALLS, SD 57104 | | |

Parties Served: 52