IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a<br>Hahnemann University Hospital, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Douglas Carlson of Douglas Carlson LLC, 330 N. Wabash, #3300, Chicago, IL 60611 to represent the Accreditation Council for Graduate Medical Education in connection with the above-captioned cases.

Dated: July 8, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Paige N. Topper (No. 6470)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Email: ptopper@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the Supreme Court of Illinois, the United States Supreme Court, the United States Courts of Appeals for the 3rd, 4th, 6th, 7th, 8th, 9th and District of Columbia Circuits, the United States District Courts for the Northern (Trial Bar Member), Central and Southern Districts of Illinois, and the Eastern District of Michigan, and the United States Tax Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: July 8, 2019

*/s/ Douglas Carlson*
Douglas Carlson
DOUGLAS CARLSON LLC
330 N. Wabash, #3300
Chicago, IL 60611
Telephone: (312) 241-1166
carlson@dougcarlsonlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: July 9th, 2019
Wilmington, Delaware**

**KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE**