# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, <br><br> Debtor.[1] | Chapter 11 <br><br> Case No: 19-11466 (KG) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Fed. R. Bankr. P. 2002, 9007 and 9010 (the "Bankruptcy Rules"), Veolia Energy Philadelphia, Inc. ("Veolia"), creditor in the above-captioned case, by and through undersigned counsel, hereby enters an appearance and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served at the following offices, street addresses, numbers, and e-mail addresses:

| | |
|---|---|
| Howard A. Cohen, Esq. <br> **GIBBONS P.C.** <br> 300 Delaware Avenue, Suite 1015 <br> Wilmington DE 19801-1761 <br> Telephone: (302) 518-6330 <br> Facsimile: (302) 429-6294 <br> Email: hcohen@gibbonslaw.com | Dale E. Barney, Esq. <br> **GIBBONS P.C.** <br> One Gateway Center <br> Newark, NJ 07102-5310 <br> Telephone: (973) 596-4500 <br> Facsimile: (973) 596-0545 <br> E-Mail: dbarney@gibbonslaw.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2738623.1 099998-00014

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtors or any related entity, or property or proceeds thereof in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Veolia's rights: (i) to have final orders in non-core matters, as well as statutory core matters in which the court lacks the Constitutional authority to enter a final order absent the consent of the parties, entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Veolia is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to all of Veolia's rights, remedies and claims, including claims against other entities.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

|  |  |
|---|---|
| Dated: July 9, 2019<br>Wilmington, Delaware | **GIBBONS P.C.**<br><br>By: */s/ Howard A. Cohen*<br>Howard A. Cohen (DE 4082)<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801-1761<br>Telephone:  (302) 518-6330<br>Facsimile:  (302) 429-6294<br>Email: hcohen@gibbonslaw.com<br><br>*Attorneys for Veolia Energy Philadelphia, Inc.* |