IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 2, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail service to the parties listed in **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Change of Hearing Time [Docket No. 55]**

Dated: July 8, 2019

_____
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 8th day of July, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>TARA SMALLS<br>TARA.SMALLS@REDCROSS.ORG | ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM |
| ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BENEFIT FUND FOR HOSP & HEALTH<br>INFO@1199CFUNDS.ORG | CERNER CORP<br>IAN WILSON<br>IAN.WILSON@CERNER.COM |
| CHAMPION ENERGY<br>NICOLE HASSLER<br>NICOLE.CATES@CHAMPION.ENERGY | CITY OF PHILADELPHIA<br>ROB DUBOW<br>VOUCHERVERIFICATION@PHILA.GOV | CONCENTRA<br>CANDICE HENSON<br>CANDICE_HENSON@CONCENTRA.COM |
| CONIFER PATIENT COMMUNICATIONS<br>PETRA WILLEY<br>PETRA.WILLEY@CONIFERHEALTH.COM | CROTHALL HEALTHCARE INC<br>DENNIS CZAPLICKI<br>DENNIS.CZAPLICKI@CROTHALL.COM | DEPUY SYNTHES SALES<br>PATTY PAGET<br>PPAGET@ITS.JNJ.COM |
| DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY<br>ANTHONY ESPOSITO<br>AME79@DREXEL.EDU |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | ENSEMBLE RCM LLC<br>JOHN ERICKSON<br>JOHN.ERICKSON@ENSEMBLEHP.COM | ERNST & YOUNG LLP<br>AMY DORFMEISTER<br>AMY.DOFFMEISTER@EY.COM |
| GENERAL ELECTRIC CO<br>ARUSHI CHANDRAN<br>ARUSHI.CHANDRAN@GE.COM | GLOBAL NEUROSCIENCES INSTITUTE<br>DONALD J DAMICO<br>DDAMICO@GNINEURO.ORG | GREATER DELAWARE VALLEY SOCIETY<br>STACY CRAMER<br>SCRAMER@DONORS1.ORG |
| INO THERAPEUTICS LLC<br>BROOKE MITCH<br>BROOKE.MITCH@MNK.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS, LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS, LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MEDLINE INDUSTRIES INC<br>SHANE REED<br>SREED@MEDLINE.COM |
| MEDTRONIC USA INC<br>BRIAN CASTELEIN CBA<br>BRIAN.J.CASTELEIN@MEDTRONIC.COM | NTHRIVE INC<br>KAY ENNIS<br>KENNIS@NTHRIVE.COM | NTT DATA SERVICES LLC<br>SUBBARAO PUSHADAPU<br>BILLING.INQUIRY@NTTDATA.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| OLYMPUS AMERICA INC<br>ERIC VAUTRIN<br>ERIC.WAUTRIN@OLYMPUS.COM | OPTUMINSIGHT<br>NICK GULLAND<br>NICHOLAS.GULLAND@OPTUM.COM | PACHULKSKI STANG ZIEHEL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULKSKI STANG ZIEHEL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PREMIER HEALTHCARE SOLUTIONS<br>KELLEY MASKERI<br>KELLEY MASKERI@PREMIERINC.COM | QUALITY SYSTEMS INC<br>IR@NEXTGEN.COM |
| QUALITY SYSTEMS INC<br>IRVINETAX@NEXTGEN.COM | RENAL TREATMENT CENTERS SE LP - DAVITA<br>CLENN FROST<br>ANGEL.BALTAZAR@DAVITA.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM |

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM |
| SMITH & NEPHEW<br>PETER J BUTERA<br>PETER.BUTERA@SMITH-NEPHEW.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | TENET BUSINESS SERVICES CORPORATION<br>MICHAEL MALONEY<br>MICHAEL.MALONEY@TENETHEALTH.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | UNIVERSAL PROTECTION SVS LP<br>AL SANTOSUSSO<br>AL.SANTOSSUSSO@AUS.COM |
| VEOLIA ENERGY PHILADELPHIA INC<br>TRICIA MARTS<br>PATRICIA.MARTS@VEOLIA.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIO@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |

Parties Served:  63

# **EXHIBIT B**

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>TARA SMALLS<br>704-943-7389 | BENEFIT FUND FOR HOSP & HEALTH<br>215-985-9232 | CERNER CORP<br>IAN WILSON<br>816-936-1920 |
| CHAMPION ENERGY<br>NICOLE HASSLER<br>281-653-1810 | DEPUY SYNTHES SALES<br>PATTY PAGET<br>908-429-4999 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>215-665-3701 |
| INO THERAPEUTICS LLC<br>BROOKE MITCH<br>908-238-6633 | MARKOWITZ & RICHMAN<br>215-790-0668 | MEDLINE INDUSTRIES INC<br>SHANE REED<br>847-949-2287 |
| MEDTRONIC USA INC<br>BRIAN CASTELEIN CBA<br>763-367-1404 | OFFICE OF THE ATTORNEY GENERAL<br>717-787-8242 | OFFICE OF THE UNITED STATES ATTORNEY<br>302-573-6431 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>302-573-6497 | OLYMPUS AMERICA INC<br>ERIC VAUTRIN<br>484-896-7788 | OPTUMINSIGHT<br>NICK GULLAND<br>855-244-4448 |
| PREMIER HEALTHCARE SOLUTIONS<br>KELLEY MASKERI<br>704-733-2114 | RENAL TREATMENT CENTERS SE LP - DAVITA<br>CLENN FROST<br>877-803-1534 | TEMPLE UNIV HOSPITAL<br>215-204-4660 |
| VEOLIA ENERGY PHILADELPHIA INC<br>TRICIA MARTS<br>215-875-6910 | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>215-864-7123 | |

Parties Served:  20

# **<u>EXHIBIT C</u>**

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>436 WALNUT ST<br>PHILADELPHIA, PA 19106 | ADMIRAL INSURANCE COMPANY<br>1000 HOWARD BLVD, STE 300<br>MOUNT LAUREL, NJ 8054 | ADP INC<br>1 ADP BLVD<br>ROSELAND, NJ 7068 |
| AFFILIATED FM INSURANCE CO.<br>270 CENTRAL AVE<br>P.O. BOX 7500<br>JOHNSTON, RI 02919-4949 | AQUIS COMMUNICATIONS INC<br>P.O. BOX 64010<br>BALTIMORE, MD 21264-4010 | ARCH WIRELESS/METROCALL<br>P.O. BOX 4062<br>WOBURN, MA 01888-4062 |
| AT&T<br>208 S AKARD ST<br>DALLAS, TX 75202 | AT&T LANGUAGE LINE<br>SHELBY REG MED CTR<br>P.O. BOX 16012<br>MONTEREY, CA 93712-6012 | AT&T TELECONFERENCE SVCS<br>P.O. BOX 2840<br>OMAHA, NE 68103-2840 |
| AT&T WIRELESS SERVICES<br>P.O. BOX 8220<br>AURORA, IL 60572 | ATLANTIC CITY ELECTRIC<br>5071 NJ-42<br>TURNERSVILLE, NJ 8012 | AUTOMATIC DATA PROCESSING INC<br>DBA ADP LLC<br>P.O. BOX 31001-1874<br>PASADENA, CA 91110-1874 |
| AXIS INSURANCE COMPANY<br>11680 GREAT OAKS WAY, STE 500<br>ALPHARETTA, GA 30022 | BANK OF AMERICA, N.A.<br>100 N TRYON ST<br>CHARLOTTE, NC 28255 | BEAZLEY INSURANCE COMPANY, INC.<br>30 BATTERSON PARK RD<br>FARMINGTON, CT 6032 |
| BLUE RIDGE COMMUNICATIONS<br>P.O. BOX 316<br>ST CHRISTOPHERS<br>PALMERTON, PA 18071-0316 | BROADVIEW NETWORKS<br>P.O. BOX 9242<br>UNIONDALE, NY 11555-9242 | CAPITAL ONE, N.A.<br>1680 CAPITAL ONE DR<br>MCLEAN, VA 22102 |
| CENTER CITY DISTRICT OF PA<br>LB 3750<br>P.O. BOX 95000<br>PHILADELPHIA, PA 19195-0001 | CHAMPION ENERGY SERVICES LLC<br>4723 SOLUTIONS CENTER, #774723<br>CHICAGO, IL 60677-4007 | CHAMPION ENERGY SERVICES, LLC<br>1500 RANKIN RD, STE 200<br>HOUSTON, TX 77073 |
| CHUBB - FEDERAL INSURANCE COMPANY<br>15 MOUNTAINVIEW RD<br>WARREN, NJ 07059-6711 | CINGULAR INTERACTIVE<br>10 WOODBRIDGE CTR DR<br>WOODBRIDGE, NJ 7095 | CINGULAR WIRELESS<br>1025 LENOX PARK BLVD NE<br>ATLANTA, GA 30319 |
| CITY OF PHILADELPHIA<br>1401 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA 19102 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 | CITY OF PHILADELPHIA<br>DEPARTMENT OF PUBLIC HEALTH<br>1101 MARKET STREET<br>13TH FLOOR<br>PHILADELPHIA, PA 19107 |
| CITY OF PHILADELPHIA<br>FIRE & EMS DEPARTMENT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19122 | CITY OF PHILADELPHIA FIRE DEPT<br>EMB DIV<br>P.O. BOX 56317<br>PHILADELPHIA, PA 19130-6317 | CITY OF PHILADELPHIA, DEPT OF PUBLIC HEALTH<br>ATTN: HEALTH COMMISSIONER<br>OFFICE OF THE MEDICAL EXAMINER<br>321 SOUTH UNIVERSITY AVE, 1ST FL<br>PHILADELPHIA, PA 19104 |
| CITY OF PHILADELPHIA/124<br>PHILADELPHILA REVENUE DEPT<br>P.O. BOX 124<br>PHILADELPHIA, PA 19105-0124 | COMCAST<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 | COMMONWEALTH OF PENNSYLVANIA<br>PA DEPT OF HEALTH/ATTN: SANDRA KNOBL<br>RM 532 HEALTH/WELFARE BLDG<br>HARRISBURG, PA 17120 |

| | | |
|---|---|---|
| CONSTELLATION ENERGY GAS<br>100 CONSTELLATION WAY<br>BALTIMORE, MD 21202 | CONSTELLATION NEWENERGY - GAS DIVISION, LLC<br>ATTN: CONTRACTS ADMINISTRATION<br>9400 BUNSEN PKWY, STE 100<br>LOUISVILLE, KY 40220 | CONVERGEONE SYSTEMS INTEGRATION, INC<br>ATTN: CONTRACT ADMINISTRATION<br>1820 PRESTON PARK BLVD, STE 2800<br>PLANO, TX 75093 |
| D&E COMMUNICATIONS<br>P.O. BOX 8468<br>LANCASTER, PA 17604 | DELTA DENTAL<br>1130 SANCTUARY PKWY, STE 600<br>ALPHARETTA, GA 30009 | DIRECTV INC<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA 90245 |
| DIRECTV, INC<br>P.O. BOX 25392<br>MIAMI, FL 33152-5392 | DOCTORS COMPANY AN INTERINSURANCE EXCH<br>185 GREENWOOD RD<br>NAPA, CA 94558-0900 | DR. THOMAS FARLEY<br>HEALTH COMMISSIONER<br>PHILADELPHIA DEPARTMENT OF HEALTH<br>1101 MARKET ST, 9TH FL<br>PHILADELPHIA, PA 19107 |
| ENERGY MANAGEMENT SYSTES INC<br>P.O. BOX 646<br>EXTON, PA 19341-0646 | ERNST & YOUNG LLP<br>ATTN: AMY DORFMEISTER<br>PITTSBURG NATL BANK 640382<br>C/O ERNST & YOUNG US LLP<br>1 PPG PL #2100 | GARRISON E. GLADFELTER, JR.<br>PENNSYLVANIA DEPT OF HEALTH<br>RM 532 HEALTH AND WELFARE BLDG<br>625 FORSTER ST<br>HARRISBURG, PA 17120-0701 |
| GDF SUEZ ENERGY RESOURCES NA<br>P.O. BOX 9001025<br>LOUISVILLE, KY 40290-1025 | IBC-INDEPENDENCE BLUE CROSS<br>DEPARTMENT PROVIDER AUDIT @154<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1480 | ILLINOIS UNION INSURANCE CO<br>P.O. BOX 1000<br>PHILADELPHIA, PA 19106 |
| INDEPENDENCE BLUE CROSS<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103 | INTERCALL<br>15272 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | INTERCALL INC<br>P.O. BOX 281866<br>ATLANTA, GA 30384 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | IRONSHORE SPECIALTY INSURANCE<br>75 FEDERAL ST<br>BOSTON, MA 2110 |
| LACLEDE GAS CO<br>DRAWER 2<br>ST LOUIS, MO 63171 | LANGUAGE LINE SERVICES<br>1 LOWER RAGSDALE DR, BLDG 2<br>MONTEREY, CA 93940 | LLOYDS OF LONDON<br>ONE LIME ST<br>LONDON, EC3M 7HA<br>UNITED KINGDOM |
| LOCKTON<br>444 W 47TH ST, STE 900<br>KANSAS CITY, MO 64112 | LOCKTON INSURANCE BROKERS<br>725 S FIGUEROA, 35TH FL<br>LOS ANGELES, CA 90017 | MANHATTAN TELECOMMUNICATIONS CORPORATI<br>DBA METROPOLITAN TELECOMMUNICATIONS A/K/<br>55 WATER ST, 32ND FL<br>NEW YORK, NY 10041 |
| MCI<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 | MEGAPATH<br>DEPT 33408<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139-0001 | METROCALL<br>6677 RICHMOND HWY<br>ALEXANDRIA, VA 22306 |
| METROPOLITAN TELECOMMUNICATIONS<br>P.O. BOX 9660<br>MANCHESTER, NH 03108-9660 | METTEL<br>METROPOLITIAN TELECOMMUNICATIONS<br>P.O. BOX 9660<br>MANCHESTER, NH 03108-9660 | NATIONAL FIRE & MARINE INSURANCE CO<br>3024 HARNEY ST<br>OMAHA, NE 68131 |

| | | |
|---|---|---|
| NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA<br>175 WATER ST, 18TH FL<br>NEW YORK NY 10038, NY 10038 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NEXTEL<br>P.O. BOX 4181<br>CAROL STREAM, IL 60197-4191 | NEXTEL COMMUNICATIONS<br>2001 EDMUND HALLEY DR<br>RESTON, VA 20191 | NTHRIVE INC<br>ATTN: KAY ENNIS<br>200 NORTH POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 |
| NWP SERVICES CORPORATION<br>P.O. BOX 553178<br>DETROIT, MI 48255-3178 | PA ACADEMIC RISK RETENTION GROUP, LLC<br>159 BANK ST<br>BURLINGTON, VT 5401 | PA DEPT OF REVENUE<br>RE CALVER L KRAMER<br>WAGE GARNISHMENT SECTION<br>P.O. BOX 280946<br>HARRISBURG, PA 17128-0946 |
| PAETEC<br>ONE PAETEC PLAZA<br>600 WILLOBROOK OFFICE PARK<br>FAIRPORT, NY 14450 | PECO ENERGY<br>2301 MARKET ST<br>PHILADEPHLIA, PA 19103 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 |
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>DIVISION OF ACUTE AND AMBULATORY CARE<br>ROOM 532, HEALTH & WELFARE BUILDING<br>HARRISBURG, PA 17120 | PENNSYLVANIA DEPT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>BUREAU OF CORPORATE TAXES<br>P.O. BOX 280404<br>HARRISBURG, PA 17128-0404 |
| PENNSYLVANIA DEPT OF REVENUE<br>BUREAU OF CORPORATION TAXES<br>P.O. BOX 280420<br>HARRISBURG, PA 17128-0420 | PENNSYLVANIA DEPT OF REVENUE<br>RE JEFFREY F PATTERSON<br>P.O. BOX 280946<br>BUREAU OF COMP WAGE GAR SECTION<br>HARRISBURG, PA 17128-0946 | PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>1401 NORTH SEVENTH ST<br>HARRISBURG, PA  17105 |
| PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>P.O. BOX 2675<br>HARRISBURG, PA 17105-2675 | PENSION BENEFIT GUARANTY CORPORATION<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | PHILADELPHIA GAS WORKS<br>HAHNEMANN<br>P.O. BOX 11700<br>NEWARK, NJ 07101-4700 |
| PHILADELPHIA GAS WORKS<br>PARKVIEW<br>P.O. BOX 7789<br>PHILADELPHIA, PA 19101-7789 | PNC BANK, NA<br>300 FIFTH AVE<br>THE TOWER AT PNC PLAZA<br>PITTSBURG, PA 15222 | PPL ELECTRIC UTILITIES<br>2 NORTH 9TH ST<br>ALLENTOWN, PA 18101-1175 |
| PREMIUM ASSIGNMENT CORPORATION<br>3522 THOMASVILLE RD, STE 400<br>TALLAHASSEE, FL 32309 | SERVICE ELECTRIC CABLE TV INC<br>P.O. BOX 7800<br>WILKES BARRE, PA 18703-7800 | SKYTEL<br>ST CHRISTOPHERS<br>P.O. BOX 740577<br>ATLANTA, GA 30374-0577 |
| SOUTH JERSEY GAS<br>ST CHRISTOPHERS<br>P.O. BOX 6091<br>BELLMAWR, NJ 08099-6091 | SPOK<br>P.O. BOX 660324<br>DALLAS, TX 75266-0324 | SPRINT<br>6200 SPRINT PKWY<br>OVERLAND PARK, KS 66251 |
| STARR INDEMNITY & LIABILITY CO<br>399 PARK AVE, 8TH FL<br>NEW YORK, NY  10022 | TELEHEALTH SERVICES<br>4191 FAYETTEVILLE RD<br>RALEIGH, NC 27603 | THE CITY OF PHILADELPHIA FIRE DEPT.<br>ATTN: AYANNA GARNETT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |

| | | |
|---|---|---|
| TOKIO MARINE SPECIALTY INS CO<br>ONE BALA PLAZA, STE 100<br>BALA CYNWYD, PA 19004-0950 | TRAVELERS CASUALTY & SURETY CO OF AMERICA<br>ONE TOWER SQ<br>HARTFORD, CT 6183 | TRIGEN-PHILADELPHIA ENERGY CORPOR<br>P.O. BOX 681032<br>MILWAUKEE, WI 53268-1032 |
| UGI ENERGY SERVICES INC<br>DBA GASMARK<br>P.O. BOX 827032<br>PHILADELPHIA, PA 19182-7032 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPTARMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 |
| UNIVERSAL PROTECTION SVS LP<br>ATTN: AL SANTOSUSSO<br>1551 NORTH TUSTIN AVE, STE 650<br>SANTA ANA, CA 92705 | USA MOBILITY<br>6677 RICHMOND HWY, 4TH FL<br>ALEXANDRIA, VA 22306 | VELOCITA WIRELESS<br>P.O. BOX 828930<br>PHILADELPHIA, PA 19182-8930 |
| VEOLIA ENERGY PHILADELPHIA INC<br>P.O. BOX 5018<br>NEW YORK, NY 10087-5018 | VEOLIA ENERGY PHILADELPHIA, INC<br>ATTN: PRESIDENT<br>2600 CHRISTIAN ST<br>PHILADELPHIA, PA 19146 | VERIZON<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 |
| VISION SERVICE PLAN<br>P.O. BOX 45210<br>SAN FRANCISCO, CA 94145 | WASTE MANAGEMENT<br>SOUTHERN SANITATION<br>P.O. BOX 105453<br>ATLANTA, GA 30348-5453 | WASTE MANAGEMENT OF ATLANTA<br>P.O. BOX 9001054<br>LOUISVILLE, KY 40290-1054 |
| WASTE MANAGEMENT OF SANFORD<br>CENTRAL CAROLINA<br>P.O. BOX 830003<br>BALTIMORE, MD 21283-0003 | WATER REVENUE BUREAU<br>RE ST CHRISTOHER'S HOSPITAL<br>ST CHRISTOPHERS<br>1401 JFK BLVD<br>PHILADELPHIA, PA 19102-1663 | WELCO-CGI GAS TECHNOLOGIES<br>W2075<br>P.O. BOX 7777<br>PHILADELPHIA, PA 19175-2075 |
| WELLS FARGO BANK, N.A.<br>101 N PHILLIPS AVE<br>ONE WACHOVIA CENTER<br>SIOUX FALLS, SD 57104 | WEST UNIFIED COMMUNICATIONS<br>SERVICES INC<br>15272 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | WEST UNIFIED COMMUNICATIONS SVCS<br>P.O. BOX 281866<br>ATLANTA, GA 30384-1866 |
| WORLDCOM<br>500 CLINTON CENTER DR<br>CLINTON, MS 39056 | WTMUA<br>AUTHORITY<br>ST CHRISTOPHERS<br>P.O. BOX 127<br>GRENLOCH, NJ 8032 | YIPES COMMUNICATIONS INC<br>ATTN: ACCOUNTS RECEIVEBLE<br>114 SANSOME ST 10TH FL<br>SAN FRANCISCO, CA 94104 |

Parties Served: 123