## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 2, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 75]**

Dated: July 5, 2019

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                                      } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **<u>EXHIBIT A</u>**

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                            Served 7/2/2019

AMERICAN RED CROSS
TARA SMALLS
TARA.SMALLS@REDCROSS.ORG

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BENEFIT FUND FOR HOSP & HEALTH
INFO@1199CFUNDS.ORG

CERNER CORP
IAN WILSON
IAN.WILSON@CERNER.COM

CHAMPION ENERGY
NICOLE HASSLER
NICOLE.CATES@CHAMPION.ENERGY

CITY OF PHILADELPHIA
ROB DUBOW
VOUCHERVERIFICATION@PHILA.GOV

CONCENTRA
CANDICE HENSON
CANDICE_HENSON@CONCENTRA.COM

CONIFER PATIENT COMMUNICATIONS
PETRA WILLEY
PETRA.WILLEY@CONIFERHEALTH.COM

CROTHALL HEALTHCARE INC
DENNIS CZAPLICKI
DENNIS.CZAPLICKI@CROTHALL.COM

DEPUY SYNTHES SALES
PATTY PAGET
PPAGET@ITS.JNJ.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY
ANTHONY ESPOSITO
AME79@DREXEL.EDU

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

ENSEMBLE RCM LLC
JOHN ERICKSON
JOHN.ERICKSON@ENSEMBLEHP.COM

ERNST & YOUNG LLP
AMY DORFMEISTER
AMY.DORFMEISTER@EY.COM

GENERAL ELECTRIC CO
ARUSHI CHANDRAN
ARUSHI.CHANDRAN@GE.COM

GLOBAL NEUROSCIENCES INSTITUTE
DONALD J DAMICO
DDAMICO@GNINEURO.ORG

GREATER DELAWARE VALLEY SOCIETY
STACY CRAMER
SCRAMER@DONORS1.ORG

INO THERAPEUTICS LLC
BROOKE MITCH
BROOKE.MITCH@MNK.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS, LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS, LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MEDLINE INDUSTRIES INC
SHANE REED
SREED@MEDLINE.COM

MEDTRONIC USA INC
BRIAN CASTELEIN CBA
BRIAN.J.CASTELEIN@MEDTRONIC.COM

NTHRIVE INC
KAY ENNIS
KENNIS@NTHRIVE.COM

NTT DATA SERVICES LLC
SUBBARAO PUSHADAPU
BILLING.INQUIRY@NTTDATA.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

OLYMPUS AMERICA INC
ERIC VAUTRIN
ERIC.WAUTRIN@OLYMPUS.COM

OPTUMINSIGHT
NICK GULLAND
NICHOLAS.GULLAND@OPTUM.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PREMIER HEALTHCARE SOLUTIONS
KELLEY MASKERI
KELLY.MASKERI@PREMIERINC.COM

QUALITY SYSTEMS INC
IRVINETAX@NEXTGEN.COM; IR@NEXTGEN.COM

RENAL TREATMENT CENTERS SE LP - DAVITA
CLENN FROST
ANGEL.BALTAZAR@DAVITA.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                        Served 7/2/2019

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SMITH & NEPHEW
PETER J BUTERA
PETER.BUTERA@SMITH-NEPHEW.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

TENET BUSINESS SERVICES CORPORATION
MICHAEL MALONEY
MICHAEL.MALONEY@TENETHEALTH.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

UNIVERSAL PROTECTION SVS LP
AL SANTOSUSSO
AL.SANTOSUSSO@AUS.COM

VEOLIA ENERGY PHILADELPHIA INC
TRICIA MARTS
PATRICIA.MARTS@VEOLIA.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  64

# EXHIBIT B

**Center City Healthcare, LLC, et al. - U.S. Mail**                                    **Served 7/2/2019**

AMERICAN RED CROSS
ATTN: TARA SMALLS
430 17TH ST NW
WASHINGTON, DC 20006

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BENEFIT FUND FOR HOSP & HEALTH
1319 LOCUST ST
PHILADELPHIA, PA 19107

CENTER CITY DISTRICT OF PA
LB 3750
P.O. BOX 95000
PHILADELPHIA PA 19195-0001

CERNER CORP
ATTN: IAN WILSON
2800 ROCKCREEK PKWY
KANSAS CITY, MO 64117

CHAMPION ENERGY
ATTN: NICOLE HASSLER
1500 RANKIN RD, STE 200
HOUSTON, TX 77073

CITY OF PHILADELPHIA
1401 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19102

CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA/124
PHILADELPHIA REVENUE DEPT
P.O. BOX 124
PHILADELPHIA PA 19105-0124

CONCENTRA
ATTN: CANDICE HENSON
DBA CONCENTRA MEDICAL CENTERS
5080 SPECTRUM DR, 1200W
ADDISON, TX 75001

CONIFER PATIENT COMMUNICATIONS
ATTN: PETRA WILLEY
140 FOUNTAIN PKWY STE 500
ST PETERSBURG, FL 33716

CROTHALL HEALTHCARE INC
ATTN: DENNIS CZAPLICKI
13028 COLLECTIONS CTR DR
CHICAGO, IL 60693

DEPUY SYNTHES SALES
CUSTOMER RECEIVABLES MANAGEMENT
ATTN: PATTY PAGET
HIGHWAY 22 N
SOMERVILLE, NJ 08876-1051

DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO
3201 ARCH ST, STE 420
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

ENSEMBLE RCM LLC
ATTN: JOHN ERICKSON
13620 REESE BLVD, STE 200
HUNTERSVILLE, NC 28078

ERNST & YOUNG LLP
ATTN: AMY DORFMEISTER
PITTSBURG NATL BANK 640382
C/O ERNST & YOUNG US LLP
1 PPG PL #2100
PITTSBURGH, PA 15264

GENERAL ELECTRIC CO
ATTN: ARUSHI CHANDRAN
DBA GE HEALTHCARE
9900 INNOVATION DR
WAUWATOSA, WI 53226-4856

GLOBAL NEUROSCIENCES INSTITUTE
ATTN: DONALD J DAMICO
3100 PRINCETON PK, BLDG 3, STE D
LAWRENCEVILLE, NJ 08648

GREATER DELAWARE VALLEY SOCIETY
ATTN: STACY CRAMER
401 N 3RD ST
PHILADELPHIA, PA 19123

INO THERAPEUTICS LLC
DBA MALLINCKRODT PHARMACEUTICALS
ATTN: BROOKE MITCH
1425 US ROUTE 206
BEDMINSTER, NJ 07921

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MEDLINE INDUSTRIES INC
ATTN: SHANE REED
THREE LAKES DR
NORTHFIELD, IL 60093

MEDTRONIC USA INC
ATTN: BRIAN CASTELEIN CBA
4642 COLLECTIONS CENTER DR
CHICAGO, IL 60693

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE AND ENFORCEMENT - BANKRUPTCY UNI
50 BARRACK STREET, 9TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695-0267

NTHRIVE INC
ATTN: KAY ENNIS
200 NORTH POINT CENTER E, STE 600
ALPHARETTA, GA 30022

NTT DATA SERVICES LLC
ATTN: SUBBARAO PUSHADAPU
7950 LEGACY DR, STE 900
PLANO, TX 75024

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN HACKMAN
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OLYMPUS AMERICA INC
ATTN: ERIC VAUTRIN
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034-0610

OPTUMINSIGHT
ATTN: NICK GULLAND
11000 OPTUM CIR
EDEN PRAIRIE, MN 55344

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORPORATE TAXES
P.O. BOX 280404
HARRISBURG PA 17128-0404

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORPORATION TAXES
P.O. BOX 280420
HARRISBURG PA 17128-0420

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
ATTN: BANKRUPTCY DIVISION
HARRISBURG, PA 17128-0946

PENNSYLVANIA DEPT. OF HUMAN SERVICES
1401 NORTH SEVENTH ST
HARRISBURG, PA  17105

PENNSYLVANIA DEPT. OF HUMAN SERVICES
P.O. BOX 2675
HARRISBURG, PA 17105-2675

PREMIER HEALTHCARE SOLUTIONS
ATTN: KELLEY MASKERI
5882 COLLECTIONS CENTER DR
CHICAGO, IL 60693

QUALITY SYSTEMS INC
18111 VON KARMAN AVE, STE 700
IRVINE, CA 92612

RENAL TREATMENT CENTERS SE LP - DAVITA
ATTN: CLENN FROST
2476 EAST SWEDESFORD RD, STE 150
MALVERN, PA 19355

SMITH & NEPHEW
ATTN: PETER J BUTERA
150 MINUTEMAN RD
ANDOVER, MA 01810

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

TEMPLE UNIV HOSPITAL
CASHIER OFFICE
3401 NO BROAD ST, RM A 131
PHILADELPHIA, PA 19140

TENET BUSINESS SERVICES CORPORATION
C/O TENET HEALTHCARE CORPORATION
ATTN: MICHAEL MALONEY
1445 ROSS AVE, STE 1400
DALLAS, TX 75202

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNITED STATES DEPTARMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNIVERSAL PROTECTION SVS LP
ATTN: AL SANTOSUSSO
1551 NORTH TUSTIN AVE, STE 650
SANTA ANA, CA 92705

VEOLIA ENERGY PHILADELPHIA INC
ATTN: TRICIA MARTS
2600 CHRISTIAN ST
PHILADELPHIA, PA 19146

Parties Served: 55