## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for Suzanne Koenig, appointed in these cases as the Patient Care Ombudsman [D.I. 83, 95], and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in these cases, and that all notices given or required to be given and all papers served or required to be served, in these cases, be given to and served on:

Dennis A. Meloro
MeloroD@gtlaw.com
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Fax: (302) 661-7360

Nancy A. Peterman
PetermanN@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Fax: (312) 456-8435

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires

1

or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 9, 2019                                GREENBERG TRAURIG, LLP

                                                   */s/ Dennis A. Meloro*
                                                   Dennis A. Meloro (Bar No. 4435)
                                                   The Nemours Building
                                                   1007 North Orange Street, Suite 1200
                                                   Wilmington, DE  19801
                                                   Telephone: (302) 661-7000
                                                   Fax: (302) 661-7360
                                                   MeloroD@gtlaw.com

                                                   And

                                                   Nancy A. Peterman, Esq.
                                                   Greenberg Traurig, LLP
                                                   77 West Wacker Drive, Suite 3100
                                                   Chicago, IL 60601
                                                   Telephone: (312) 456-8400
                                                   Fax: (312) 456-8435
                                                   PetermanN@gtlaw.com

                                                   Attorneys for Suzanne Koenig, Patient Care
                                                   Ombudsman

ADMIN 35506059v1

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Suzanne Koenig, Patient Care Ombudsman, and on the 9th day of  July 2019, I caused copies of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon the 2002 Service List via First Class, United States Mail.

Dated: July 9, 2019

*/s/ Dennis A. Meloro*
Dennis A. Meloro (Bar No. 4435)