## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, | : | |
| d/b/a Hahnemann University Hospital, | : | Bankruptcy No. 19-11466-KG |
| *et al.* | : | |
| | : | |
| Debtors | : | |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*, pursuant to Local Rule 9010-1(e)(i). Attached, please find the required Local Form 105A.

Please take notice that the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case be given to the Office of Attorney General by serving the undersigned counsel, in addition to the previously entered counsel of record. This document has been served on all counsel of record via the Court's electronic filing system.

JOSH SHAPIRO
ATTORNEY GENERAL

Office of Attorney General
1600 Arch Street Suite 300
Philadelphia, PA 19103
T: 267-940-6710
F: 215-560-2494
rbsmith@attorneygeneral.gov

BY: /s/ Ryan B. Smith
Ryan B. Smith
Deputy Attorney General
Pa. Attorney No. 324643

Dated: July 9, 2019