UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Center City Healthcare, LLC    Chapter 11

Case No. 19 -11466    (KG)

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent Commonwealth of PA, Office of Attorney General, as parens patriae, in this action: I am admitted to practice law in __(court(s))

Pennsylvania, U.S. District Court for the Eastern District of Pennsylvania

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ Ryan B. Smith

Agency/Organization
Name:    PA Office of Attorney General

Address:    1600 Arch Street Suite 300

Philadelphia, PA 19103

Phone:    267-940-6710

Email:    rbsmith@attorneygeneral.gov

Local Form 105A