IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re

CENTER CITY HEALTHCARE, LLC
d/b/a HAHNEMANN UNIVERSITY
HOSPITAL, *et al.*,[1]

                   Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 19-11466 (KG)

(Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Medline Industries, Inc. ("Medline"), by and through its counsel, Arent Fox LLP and The Rosner Law Group LLC, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers and e-mail addresses:

| | |
|---|---|
| George P. Angelich | Frederick B. Rosner |
| Phillip Khezri | THE ROSNER LAW GROUP LLC |
| ARENT FOX LLP | 824 N. Market Street |
| 1301 Avenue of the Americas | Suite 810 |
| Floor 42 | Wilmington, Delaware 19801 |
| New York, New York 10019 | Telephone: (302) 319-6300 |
| Telephone: (212) 484-3900 | Email: rosner@teamrosner.com |
| Email: george.angelich@arentfox.com | |
| phillip.khezri@arentfox.com | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

AFDOCS/17232496.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Medline: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Medline is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Medline expressly reserves.

Dated: July 9, 2019
New York, New York

By: */s/ George P. Angelich*
George P. Angelich
Phillip Khezri
ARENT FOX LLP
1301 Avenue of the Americas
Floor 42
New York, New York 10019
Telephone: (212) 484-3900
Email: george.angelich@arentfox.com
phillip.khezri@arentfox.com

-and-

3

                    Frederick B. Rosner
                    THE ROSNER LAW GROUP LLC
                    824 N. Market Street
                    Suite 810
                    Wilmington, Delaware  19801
                    Telephone: (302) 319-6300
                    Email: rosner@teamrosner.com

*Counsel to Medline Industries, Inc.*