# Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) Re: Docket No. __ |

**ORDER PURSUANT TO LOCAL RULE 9006-1(e), SHORTENING THE
TIME FOR NOTICE OF THE HEARING TO CONSIDER BIDDING
PROCEDURES IN THE DEBTORS' MOTION FOR ENTRY OF ORDERS
(I)(A) ESTABLISHING BIDDING PROCEDURES RELATING TO THE SALE OF THE
DEBTORS' RESIDENTS PROGRAM ASSETS, INCLUDING APPROVING A BREAK-
UP FEE, (B) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, INCLUDING
NOTICE OF PROPOSED CURE AMOUNTS, (C) APPROVING FORM AND
MANNER OF NOTICE RELATING THERETO, AND (D) SCHEDULING A
HEARING TO CONSIDER THE PROPOSED SALE; (II)(A) APPROVING THE SALE
OF THE DEBTORS' RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL
LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"), for entry of an Order shortening the applicable notice period for the Sale and Bidding Procedures Motion as it relates to the Bidding Procedures Hearing, pursuant to Local Rule 9006-1(e); and this Court having determined that granting the relief requested in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to such terms in the Motion to Shorten.

Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is granted, as set forth herein.

2. Approval of the Bidding Procedures Order shall be considered on July 16, 2019 at \_\_\_\_:\_\_\_\_\_ (EST), and any objection or response requested shall be filed by July 15, 2019 at 12:00 p.m. (EST).

3. The Debtors shall serve a copy of this Order on the Notice Parties within two (2) business days after the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

35587624.3 07/09/2019