**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) ) Jointly Administered |
| Debtors. | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 11, 2019 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[2,3]**

1. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing [D.I. 15; filed: 07/01/19]

   Responses Received:

   A. Response of the City of Philadelphia [D.I. 49; filed: 07/01/19]

   B. Objection of the Commonwealth of Pennsylvania Department of Health [D.I. 51; filed: 07/01/19]

   C. Limited Objection of Drexel University [D.I. 66; filed: 07/02/19]

   D. Objections of the Commonwealth of Pennsylvania as *Parens Patriae* [D.I. 102; filed: 07/05/19]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

    E.    Objection of Pennsylvania Association of Staff Nurses and Allied Professionals [D.I. 105; filed: 07/05/19]

    F.    Response of the Accreditation Council for Graduate Medical Education [D.I. 122; filed: 07/08/19]

Related Documents:

    A.    Order [D.I. 101; signed and docketed: 07/03/19]

Status: This matter will be going forward.

2. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant To Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 53; filed: 07/01/19]

Responses Received:

    A.    Statement of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC Regarding First Day Pleadings [D.I. 52; filed: 07/01/19]

    B.    Preliminary Response of HSREP VI Holding, LLC [D.I. 54; filed: 07/02/19]

    C.    Limited Response and Reservation of Rights of the City of Philadelphia [D.I. 67; filed: 07/02/19]

    D.    Limited Objection and Reservation of Rights of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC [D.I. 106; filed: 07/08/19]

    E.    Response of the Accreditation Council for Graduate Medical Education [D.I. 122; filed: 07/08/19]

Related Documents:

    A.    Interim Order (I) Authorizing the Debtors to Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Further Hearing, and (IV) Granting Related Relief [D.I. 85; signed and docketed: 07/02/19]

Status: This matter will be going forward.

3

| | |
|---|---|
| Dated: July 10, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*