# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) **Re: Docket No. 149** |

## NOTICE OF WITHDRAWAL OF NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 11, 2019 AT 2:00 P.M.

Please be advised that on July 10, 2019, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, by and through their undersigned proposed counsel, filed the *Notice of Agenda for Hearing Scheduled for July 11, 2019 at 2:00 p.m.* (the "**Notice of Agenda**") [Docket No. 149]. The Debtors hereby withdraw the Notice of Agenda.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

Dated: July 10, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

         By:    */s/ Mark Minuti*
                 Mark Minuti (DE Bar No. 2659)
                 Monique B. DiSabatino (DE Bar No. 6027)
                 1201 N. Market Street, Suite 2300
                 P.O. Box 1266
                 Wilmington, DE  19899
                 Telephone: (302) 421-6800
                 Fax: (302) 421-5873
                 mark.minuti@saul.com
                 monique.disabatino@saul.com

                 -and-

                 Jeffrey C. Hampton
                 Adam H. Isenberg
                 Aaron S. Applebaum (DE Bar No. 5587)
                 Centre Square West
                 1500 Market Street, 38th Floor
                 Philadelphia, PA 19102
                 Telephone: (215) 972-7700
                 Fax: (215) 972-7725
                 jeffrey.hampton@saul.com
                 adam.isenberg@saul.com
                 aaron.applebaum@saul.com

                 *Proposed Counsel for Debtors and*
                 *Debtors in Possession*