UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,<br><br>　　　　　　　　Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 19-11466 (KG)<br>)<br>)  (Joint Administration Requested)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Robert Lapowsky of Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, Pennsylvania 19406, to represent Tower Health in the above-captioned case.

Dated: July 9, 2019

By: /s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 425-3310
Email: jhh@stevenslee.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

SL1 1594104v1 006375.01166

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has previously been paid to the Clerk of Court for the District Court on July 8, 2019.

Dated: July 9, 2019

By: _____
Robert Lapowsky
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Email: rl@stevenslee.com