**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,<br><br>　　　　　　　　Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 19-11466 (KG)<br>)<br>)  (Joint Administration Requested)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Robert Lapowsky of Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, Pennsylvania 19406, to represent Tower Health in the above-captioned case.

Dated: July 9, 2019

By: /s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 425-3310
Email: jhh@stevenslee.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July 10th, 2019
Wilmington, Delaware

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

SL1 1594104v1 006375.01166