IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Chapter 11 |
| HAHNEMANN UNIVERSITY HOSPITAL, | : | |
| *et al.*,[1] | : | |
| | : | Case No. 19-11466 (KG) |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND
CERTIFICATION OF GOOD STANDING OF MARC S. SACKS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure, the United States of America hereby enters its appearance as a

creditor and a party-in-interest in this case.

Pursuant to Bankruptcy Rule 2002 and Section 342 of the Bankruptcy Code, the

United States requests that its name be added to the mailing list maintained by the Clerk

for this case, and that all notices given and all papers served on any party, filed with the

Court, or delivered to the Office of the United States Trustee in any of these cases be served

upon the United States at the addresses set forth below. The foregoing request includes all

of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local

Bankruptcy Rules, and also includes, without limitation, disclosure statements, plans of

reorganization, schedules, notices of any orders, pleadings, motions, applications,

complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply

---

[1] The Debtors in these jointly administered cases, along with the last four digits of each Debtor's federal tax identification number, are:  Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

papers, memoranda and brief in support of any of the foregoing and any other document

brought before this Court with respect to this case and any proceeding therein, whether

formal or informal, and whether written or oral. Please serve all such notices and papers

on:

> Marc S. Sacks
> U.S. Department of Justice
> Civil Division
> (202) 307-1104 (direct)
> (202) 514-9163 (fax)
> marcus.s.sacks@usdoj.gov

His office addresses are:

> P.O. Box 875
> Ben Franklin Station
> Washington, DC 20044-0875
> (regular mail)

and

> 1100 L Street, NW
> Room 7024
> Washington DC, 20005
> (hand delivery/overnight mail)

Because postal service mail to this government attorney presently is substantially delayed

for security screening, please transmit all papers addressed to him by electronic mail or if

electronic mail is not available, by facsimile.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 9010-1(e)(i) of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court

for the District of Delaware (the Local Rules), I hereby certify that I am admitted to practice

before the United States District Court for the Northern District of Georgia and am an

active member in good standing of the Georgia Bar (No. 621931).  I further certify that I

will be bound by the Local Rules and Title 11 of the United States Code (the Bankruptcy

Code), and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Certification of Good Standing shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated: July 11, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHARLES M. OBERLY, III
United States Attorney

ELLEN W. SLIGHTS
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

//s/ Marc S. Sacks
RUTH A. HARVEY
MARGARET M. NEWELL
MARC S. SACKS
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-1104
Fax (202) 514-9163
marcus.s.sacks@usdoj.gov

ATTORNEYS FOR THE UNITED
STATES

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 11, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOOD STANDING OF MARC S. SACKS with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<u>/s/ Marc S. Sacks</u>
MARC S. SACKS
Commercial Litigation Branch
Civil Division
United States Department of Justice