# SIGN-IN-SHEET

**CASE NAME:** Center City Healthcare, LLC d/b/a Hahnemann University Hospital
**CASE NO.:** 19-11466 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 7/11/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stuart Brown | DLA Piper LLP (US) | HSRE |
| Curtis Miller | Morris Nichols | BDO ACGME |
| Pamela Thurmond | City of Philadelphia | City of Philadelphia |
| Megan Harper | City of Philadelphia | City of Philadelphia |
| Martin Weis | Dilworth Paxson LLP | American Academic Health System |
| Lawrence McMichael | Dilworth Paxson LLP | American Academic Health System |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Tenet/Conifer |
| Mat Brooks | Troutman Sanders | Capital One |
| Katherine Earle | Jaby & Welder | Capital One |
| Richard Barkasy | Schnader Harrison Segal & Lewis | PA Department of Health |
| Mark Minuti | Saul Ewing Arnstein & Lehr LLP | Debtors |
| John Hampton | Saul Ewing Arnstein & Lehr LLP | Debtors |
| Benjamin Hackman | | U.S. Trustee |
| Joseph H. Huston, Jr. | Stevens & Lee | Tower Health |
| Chantelle McClamb | Ballard Spahr LLP | Drexel University |
| Deborah Reperowitz | Stradley Ronon | MidCap |
| Mark Dorval | | |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 07/11/2019
Calendar Time: ~~02:00 PM ET~~ 04:PM ET

Amended Calendar  Jul 11 2019 11:07AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9914432 | Kaitlyn L. Beaudin | (949) 725-4000 ext. | Stradling, Yocca, Carlson & Rauth | Creditor, Premier, Inc. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9905925 | Stuart M. Brown | (302) 468-5700 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9913403 | Joseph W. Catuzzi | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Defendant(s), Midcap Funding IV Trust & Midcap Trust / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9906602 | Vikrama S. Chandrashekar | (303) 292-2900 ext. | Moye White LLP | Interested Party, Vikrama S. Chandrashekar / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9905852 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9898169 | Andrew Cowie | (212) 782-1401 ext. | Berkley Research Group LLC | Interested Party, Berkley Research Group LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9901500 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9913927 | Joel Freedman | (310) 414-2700 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9905120 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Bienert | Katzman PC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9907022 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9905678 | Robert M. Hirsh | (212) 457-5430 ext. | Arent Fox LLP | Representing, JMB Capital Lending LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9905525 | Benjamin Ilhardt | (312) 462-6424 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |

| Debtor | Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9907457 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension FUnd / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9911489 | Christopher S. Koenig | (312) 862-2372 ext. | Kirkland & Ellis LLP | Interested Party, Christopher S. Koenig / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9914498 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9913979 | Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9904992 | Boris I. Mankovetskiy | (973) 643-6391 ext. | Sills Cummis & Gross, P.C. | Interested Party, Interested parties / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9907415 | Rachel J. Mauceri | (215) 963-5515 ext. | Morgan Lewis & Bockius LLP | Bankruptcy Counsel, GHR / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9901493 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9914101 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Conifer Revenue Cycle Solutions, LLC and Tenet Business Services Corp. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9905897 | Marcel S. Pratt | (215) 683-5003 ext. | City of Philadelphia | Respondent, City of Philadelphia / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9911174 | Mark A. Salzberg | (202) 457-5242 ext. | Squire Patton Boggs (US), LLP | Interested Party, Salzberg / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9906829 | Joseph L. Schwartz | (973) 538-0800 ext. 8506 | Riker Danzig Scherer Hyland & Perretti, LLP | Interested Party, Interested Parties / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9908843 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Jennifer Sharret / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9913968 | Joshua Y. Sturm | (212) 841-8704 ext. | Ropes & Gray LLP | Interested Party, Ropes & Gray LLP / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9908324 | Michael B. Sullivan | (312) 288-4041 ext. | Alvarez & Marsal | Interested Party, Michael Sullivan / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9905474 | Tim M. Swanson | (303) 292-2900 ext. | Moye White LLP | Interested Party, Tim M. Swanson / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9899368 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9904841 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Capital One, NA / LIVE |

| Center City Healthcare, LLC | 19-11466 | Hearing | 9911884 | James E Van Horn | (202) 371-6351 ext. | Barnes & Thornburg LLP | Interested Party, Jim Van Horn / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9906547 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
#### Courtroom

Calendar Date: 07/11/2019
Calendar Time: 03:00 PM ET

*Amended Calendar  Jul 11 2019 11:07AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9914912 | Grace Muranaga | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Grace Muranaga / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9914905 | Phil Porter | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Phil Porter / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9914840 | Kyle Schmidt | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Kyle Schmidt for Center City Healthcare / LISTEN ONLY |