# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: JasonSp | Date Created: 7/12/2019 |
| Case: 19–11466–KG | Form ID: van472 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
```
ust     U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
aty     Aaron S. Applebaum      aaron.applebaum@saul.com
aty     Adam H. Isenberg        aisenberg@saul.com
aty     Benjamin A. Hackman     benjamin.a.hackman@usdoj.gov
aty     Jeffrey C. Hampton      jeffrey.hampton@saul.com
aty     Mark Minuti             mark.minuti@saul.com
aty     Monique Bair DiSabatino monique.disabatino@saul.com
```
TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Center City Healthcare, LLC     230 North Broad Street      Philadelphia, PA 19102
```
TOTAL: 1