# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) **Re: Docket Nos. 53 and 85** |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING REVISED INTERIM ORDER UNDER 11 U.S.C. §§105, 361, 362, 363(C), 363(D), 364(C), 364(D), 364(E) AND 507 AND BANKRUPTCY RULES 2002, 4001 AND 9014; (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING; (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL; (III) GRANTING ADEQUATE PROTECTION; AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(B) AND 4001(C)**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their proposed undersigned counsel, hereby certify as follows:

1. On July 1, 2019, the Debtors filed their *Interim Order Under 11 U.S.C. §§105, 361, 362, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014; (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and 4001(c)* [Docket No. 53] (the "**Financing Motion**").

2. At a hearing on interim approval of the Financing Motion held on July 2, 2019 (the "**Hearing**"), the Court entered the *Interim Order (I) Authorizing the Debtors to [sic] Cash*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Collateral, (II) Granting Adequate Protection, (III) Scheduling a Further Hearing, and (IV) Granting Related Relief* [Docket No. 85] (the "**Interim Cash Collateral Order**").

3. Pursuant to the Interim Cash Collateral Order, objections to the Financing Motion were to be filed by July 8, 2019 at 10:00 a.m. (prevailing Eastern Time), (the "**Objection Deadline**").

4. Prior to the Objection Deadline, an informal objection to the Financing Motion was made by the Office of the United States Trustee, formal objections were filed by HSREP VI Holding, LLC, the City of Philadelphia and Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC, and an informal objection was made by United States Department of Justice after the Objection Deadline (collectively, the "**Objecting Parties**") requested that certain changes be made to the original proposed interim order accompanying the Financing Motion (the "**Proposed Order**").

5. Attached hereto as **Exhibit "A"** is a revised proposed order addressing certain of the concerns raised by the Objecting Parties (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Proposed Order.

[remainder of page left intentionally blank]

Dated: July 12, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

       -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Aaron S. Applebaum (DE Bar No. 5587)
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7700
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       aaron.applebaum@saul.com

       *Proposed Counsel for Debtors and*
       *Debtors in Possession*