# EXHIBIT B

Proposed Order

121229499

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. \_\_\_** |

**ORDER GRANTING THE MOTION OF 224 E. 13TH STREET REALTY CORP. FOR ENTRY OF AN ORDER COMPELLING THE (I) REJECTION OF A CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365, (II) PAYMENT OF ALL UNPAID POST-PETITION RENT AND OTHER CHARGES PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1), AND (III) ABANDONMENT OF ALL REMAINING PERSONAL PROPERTY IN THE PREMISES**

Upon the motion (the "Motion")[2] of 224 E. 13th Street Realty Corp. ("Landlord") seeking entry of an order (a) compelling the (i) rejection of a certain non-residential real property lease pursuant to 11 U.S.C. § 365; (ii) payment to Landlord of all accrued and accruing unpaid post-petition rent and other charges pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1); (iii) abandonment of all remaining personal property of the Debtors in the subject premises; and (b) granting Landlord the related relief requested therein; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the Motion.

121229499

appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and any objections or responses to the Motion have been resolved or overruled; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED as set forth herein.

2.     Pursuant to 11 U.S.C. § 365(d)(2), the Lease is deemed rejected as of the date of entry of this Order.

3.     Pursuant to 11 U.S.C. §§ 503(b)(1) and 365(d)(3), within **thirty (30) days** of the date of entry of this Order, the Debtors shall pay to Landlord, as an administrative expense of the estate, all amounts to which Landlord is entitled under the terms of the Lease, including without limitation all accrued and accruing Unpaid Post-Petition Rent from the Petition Date through the date Landlord regains possession of the Premises at a per diem rate of $155.60.

4.     Any Remnant Assets remaining at the Premises on the date of entry of this Order hereby are deemed abandoned, and the Landlord shall be free to dispose of the Remnant Assets in its discretion without further order of the Court.

5.     This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

3

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

121229499