## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Hearing Date: 7/26/2019 at 10:00 a.m.**<br>**Objections due: 7/19/2019 at 4:00 p.m.** |

**NOTICE OF MOTION OF 224 E. 13TH STREET REALTY CORP.
FOR ENTRY OF AN ORDER COMPELLING THE (I) REJECTION OF A CERTAIN
NON-RESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365,
(II) PAYMENT OF ALL UNPAID POST-PETITION RENT AND OTHER CHARGES
PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1), AND (III) ABANDONMENT OF
ALL REMAINING PERSONAL PROPERTY IN THE PREMISES**

PLEASE TAKE NOTICE that on July 12, 2019, 224 E. 13th Street Realty Corp. ("Landlord") filed the *Motion for Entry of an Order Compelling the (i) Rejection of a Certain Non-Residential Real Property Lease Pursuant to 11 U.S.C. § 365, and (ii) Payment of All Unpaid Post-Petition Rent and Other Charges Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1), and (iii) Abandonment of All Remaining Personal Property in the Premises* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must be filed on or before **July 19, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the objection or response upon undersigned counsel to the Landlord so as to be received on or before the Objection Deadline.

Please take further notice that a hearing to consider the relief requested in the Motion has been scheduled for **July 26, 2019, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: Wilmington, Delaware
      July 12, 2019

**BLANK ROME LLP**

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email:    bhall@blankrome.com

Joel Charles Shapiro
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email:    shapiro-jc@blankrome.com

*Attorneys for 224 E. 13th Street Realty Corp.*

121229499