# SIGN-IN-SHEET

**CASE NAME:** Center City Healthcare LLC d/b/a Hahnemann University Hospital

**CASE NO.:** 19-11466 (KG)

**COURTROOM LOCATION:** 3

**DATE:** 7/12/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stuart Brown | DLA Piper | HSRE |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Tenet/Conifer |
| Gregory Pesce | Kirkland & Ellis | Tenet/Conifer |
| Curtis Miller | Morris Nichols | ACGME |
| Richard Barkasy | Schnader Harrison Segal + Lewis LLP | PA Dept of Health |
| Marc Minish | Saul Ewing Arnstein & Lehr LLP | Doctors |
| John Hoph | " | " |
| Monique DiSabatino | " | " |
| Martin Weis | Dilworth Paxson LLP | American Academic Health |
| Lawrence McMichael | " | " |
| Matthew Brooks | Troutman Sanders | Capitol One |
| Katharina Earle | Ahby & Geddes | " |
| Benjamin Hackman | | US Trustee |
| Chantelle McClamb | Ballard Spahr LLP | Drexel University |
| Sarah Reperowitz | Stradley Ronon | Midco |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 07/12/2019
Calendar Time: 01:30 PM ET

Amended Calendar  Jul 12 2019 11:09AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916854 | Vikrama S. Chandrashekar | (303) 292-2900 ext. | Moye White LLP | Interested Party, Vikrama S. Chandrashekar / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916773 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916685 | Martha Chovanes | (609) 896-3600 ext. | Fox Rothschild LLP | Interested Party, Fox Rothschild LLP / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916687 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916677 | Joel Freedman | (310) 414-2700 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9917304 | Stephanie J. Gleason | (949) 244-9704 ext. | TheStreet/The Deal | Interested Party, TheStreet/The Deal / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9915979 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Bienert | Katzman PC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916722 | Megan N. Harper | (215) 686-0503 ext. | City of Philadelphia | Interested Party, City of Philadelphia / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9915611 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916879 | Robert M. Hirsh | (212) 457-5430 ext. | Arent Fox LLP | Representing, JMB Capital Lending LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9915598 | Benjamin Ilhardt | (312) 462-6424 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916338 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension FUnd / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9915712 | Christopher S. Koenig | (312) 862-2372 ext. | Kirkland & Ellis LLP | Interested Party, Christopher S. Koenig / LISTEN ONLY |

| Case | Type | Name | Phone | Firm | Party |
|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916740 Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916721 Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915740 Boris I. Mankovetskiy | (973) 643-6391 ext. | Sills Cummis & Gross, P.C. | Interested Party, Sills Cummis & Gross, P.C. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916802 Rachel J. Mauceri | (215) 963-5515 ext. | Morgan Lewis & Bockius LLP | Bankruptcy Counsel, GHR / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916686 Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916857 Grace Muranaga | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Grace Muranaga / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916678 Phil Porter | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Phil Porter / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916884 Jordana L. Renert | (212) 457-5476 ext. | Arent Fox LLP | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916638 Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915872 Mark A. Salzberg | (202) 457-5242 ext. | Squire Patton Boggs (US), LLP | Interested Party, Salzberg / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916679 Kyle Schmidt | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Kyle Schmidt for Center City Healthcare / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915600 Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Jennifer Sharret / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915758 Kathryn Stevens | (312) 609-4562 ext. | Vedder Price P.C. | Creditor, MidCap Funding / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916259 Michael B. Sullivan | (312) 288-4041 ext. | Alvarez & Marsal | Interested Party, Michael Sullivan / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916858 Tim M. Swanson | (303) 292-2900 ext. | Moye White LLP | Interested Party, Tim M. Swanson / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916871 Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916937 Dan Zoloto - Client | (302) 468-5646 ext. | DLA Piper US, LLP | Client, Dan Zoloto / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916688 Richard Zucker | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Defendant(s), Midcap Funding IV Trust & Midcap Trust / LISTEN ONLY |

## Court Conference

| Calendar Date: | 07/12/2019 |
| --- | --- |
| Calendar Time: | 01:30 PM ET |

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Amended Calendar  Jul 12 2019 10:20AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916854 | Vikrama S. Chandrashekar | (303) 292-2900 ext. | Moye White LLP | Interested Party, Vikrama S. Chandrashekar / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916773 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916685 | Martha Chovanes | (609) 896-3600 ext. | Fox Rothschild LLP | Interested Party, Fox Rothschild LLP / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916687 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916677 | Joel Freedman | (310) 414-2700 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9917304 | Stephanie J. Gleason | (949) 244-9704 ext. | TheStreet/The Deal | Interested Party, TheStreet/The Deal / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9915979 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Bienert | Katzman PC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916722 | Megan N. Harper | (215) 686-0503 ext. | City of Philadelphia | Interested Party, City of Philadelphia / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9915611 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916879 | Robert M. Hirsh | (212) 457-5430 ext. | Arent Fox LLP | Representing, JMB Capital Lending LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9915598 | Benjamin Illhardt | (312) 462-6424 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9916338 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension FUnd / LIVE |

Peggy Drasal ext. 802               CourtConfCal2009               Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915712 | Christopher S. Koenig | (312) 862-2372 ext. | Kirkland & Ellis LLP | Interested Party, Christopher S. Koenig / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916740 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916721 | Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915740 | Boris I. Mankovetskiy | (973) 643-6391 ext. | Sills Cummis & Gross, P.C. | Interested Party, Sills Cummis & Gross, P.C. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916802 | Rachel J. Mauceri | (215) 963-5515 ext. | Morgan Lewis & Bockius LLP | Bankruptcy Counsel, GHR / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916686 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916857 | Grace Muranaga | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Grace Muranaga / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916678 | Phil Porter | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Phil Porter / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916884 | Jordana L. Renert | (212) 457-5476 ext. | Arent Fox LLP | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916638 | Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915872 | Mark A. Salzberg | (202) 457-5242 ext. | Squire Patton Boggs (US), LLP | Interested Party, Salzberg / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916679 | Kyle Schmidt | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Kyle Schmidt for Center City Healthcare / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915600 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Jennifer Sharret / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9915758 | Kathryn Stevens | (312) 609-4562 ext. | Vedder Price P.C. | Creditor, MidCap Funding / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916259 | Michael B. Sullivan | (312) 288-4041 ext. | Alvarez & Marsal | Interested Party, Michael Sullivan / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916858 | Tim M. Swanson | (303) 292-2900 ext. | Moye White LLP | Interested Party, Tim M. Swanson / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916871 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9916937 | Dan Zoloto - Client | (302) 468-5646 ext. | DLA Piper US, LLP | Client, Dan Zoloto / LISTEN ONLY |

| Center City Healthcare, LLC | 19-11466 | Hearing | 9916688 | Richard Zucker | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Defendant(s), Midcap Funding IV Trust & Midcap Trust / LISTEN ONLY |