## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. 167** |

### CERTIFICATE OF SERVICE

I, Bryan J. Hall, hereby certify that on July 12, 2019, I served or caused to be served the

*Motion for Entry of an Order Compelling the (i) Rejection of a Certain Non-Residential Real Property Lease Pursuant to 11 U.S.C. § 365, and (ii) Payment of All Unpaid Post-Petition Rent and Other Charges Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1), and (iii) Abandonment of All Remaining Personal Property in the Premises* (the "Motion") by U.S. first-class mail, postage fully pre-paid, upon the parties listed on Exhibit A hereto.  I further certify that on July 12, 2019, I served or caused to be served Notice of the Motion by U.S. first-class mail, postage fully pre-paid, upon the parties listed on Exhibit B hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: Wilmington, Delaware
      July 12, 2019

**BLANK ROME LLP**

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email:    bhall@blankrome.com

*Counsel to 224 E. 13th Street Realty Corp.*

**EXHIBIT A**

Mark Minuti
Monique B. DiSabatino
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

***Proposed Counsel to the Debtors and Debtors-in-Possession***

Benjamin Hackman
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801

***Counsel to the United States Trustee, Region 3***

Joelle E. Polesky
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801

-and-

Gretchen M. Santamour
Mark J. Dorval
Joseph Catuzzi
Stradley Ronon Stevens & Young, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103

-and-

Deborah A. Reperowitz
Stradley Ronan Stevens & Young LLP
100 Park Avenue, Suite 2000
New York, NY 10017

***Counsel to MidCap Funding IV Trust and MidCap Financial Trust***

**EXHIBIT B**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|---|
| American Red Cross | Attn: Tara Smalls | 430 17th St NW | Washington, DC 20006 | | |
| Arent Fox LLP | Attn: George Angelich/ Phillip Khezri | 1301 Ave of the Americans, Fl 42 | New York, NY 10019 | | |
| Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl. | P.O. Box 1150 | Wilmington, DE 19899-1150 | |
| Attorney for the City of PA, City of PA Law Depart | Attn: Megan Harper | 1401 JFK Building, 5th FL | Philadelphia, PA 19102-1595 | | |
| Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market Street, 51st Floor | Philadelphia, PA 19103 | | |
| Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | |
| Benefit Fund For Hosp & Health | 1319 Locust St | Philadelphia, PA 19107 | | | |
| Cerner Corp | Attn: Ian Wilson | 2800 Rockcreek Pkwy | Kansas City, MO 64117 | | |
| Champion Energy | Attn: Nicole Hassler | 1500 Rankin Rd, Ste 200 | Houston, TX 77073 | | |
| City of Philadelphia | Attn: Rob Dubow | Code Violation Enforcement Div | P.O. Box 56318 | Philadelphia, PA 19130 | |
| City of Philadelphia | Attn:  Law Dept | 1515 Arch St, 17th Fl | Philadelphia, PA  19102 | | |
| Commonwealth of PA, Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | |
| Concentra | Attn: Candice Henson | dba Concentra Medical Centers | 5080 Spectrum Dr, 1200W | Addison, TX 75001 | |
| Crothall Healthcare Inc | Attn: Dennis Czaplicki | 13028 Collections Ctr Dr | Chicago, IL 60693 | | |
| Depuy Synthes Sales | Customer Receivables Management | Attn: Patty Paget | Highway 22 N | Somerville, NJ 08876-1051 | |
| Dilworth Paxson LLP | Attn: Peter C. Hughes | One Customs House, Suite 500 | 704 King Street | Wilmington, DE 19801 | |
| Dilworth Paxson LLP | Attn: Lawrence G. McMichael/Peter C. Hughes | 1500 Market Street, Suite 3500E | Philadelphia, PA 19102 | | |
| DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | |
| DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | |
| Drexel University | Attn: Anthony Esposito | 3201 Arch St, Ste 420 | Philadelphia, PA 19104 | | |
| Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 |
| Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | |
| Ensemble Rcm LLC | Attn: John Erickson | 13620 Reese Blvd, Ste 200 | Huntersville, NC 28078 | | |
| Ernst & Young LLP | Attn: Amy Dorfmeister | Pittsburg Natl Bank 640382 | c/o Ernst & Young Us LLP | 1 PPG Pl #2100 | Pittsburgh, PA 15264 |
| General Electric Co | Attn: Arushi Chandran | dba Ge Healthcare | 9900 Innovation Dr | Wauwatosa, WI 53226-4856 | |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | |
| Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | |
| Global Neurosciences Institute | Attn: Donald J Damico | 3100 Princeton Pk, Bldg 3, Ste D | Lawrenceville, NJ 08648 | | |
| Greater Delaware Valley Society | Attn: Stacy Cramer | 401 N 3Rd St | Philadelphia, PA 19123 | | |
| Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | |
| Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | |
| Ino Therapeutics LLC | dba Mallinckrodt Pharmaceuticals | Attn: Brooke Mitch | 1425 US Route 206 | Bedminster, NJ 07921 | |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| International Brotherhood of | Electrical Workers, Local 98 | 1701 Spring Garden St | Philadelphia, PA 19130 | | |
| Kirkland & Ellis LLP | Attn: Nicole Greenblatt | 601 Lexington Ave | New York, NY 10022 | | |

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|---|
| Kirkland & Ellis, LLP | Attn: Stephen Hackney/Greogry Pesce | 300 N LaSalle | Chicago, IL 60654 | | |
| Kurtzman, Steady, LLC. | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | |
| Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | |
| Markowitz and Richman | Attn: Claiborne S. Newlin | Legal Arts Building | 1225 King St, Ste 804 | Wilmington, DE 19801 | |
| Medline Industries Inc | Attn: Shane Reed | Three Lakes Dr | Northfield, IL 60093 | | |
| Medtronic Usa Inc | Attn: Brian Castelein CBA | 4642 Collections Center Dr | Chicago, IL 60693 | | |
| Moye White LLP | Attn: Timothy M. Swanson/Vikrama S. Chandrashekar | 1400 16th St, 6th Fl | Denver, CO 80202 | | |
| National Union of Hospital and | Healthcare Employees, District 1199C | 1319 Locust St | Philadelphia, PA 19107 | | |
| National Union of Hospital and | Healthcare Employees, AFSCME, AFL-CIO | 1319 Locust St | Philadelphia, PA 19107 | | |
| Nthrive Inc | Attn: Kay Ennis | 200 North Point Center E, Ste 600 | Alpharetta, GA 30022 | | |
| NTT Data Services LLC | Attn: SubbaRao Pushadapu | 7950 Legacy Dr, Ste 900 | Plano, TX 75024 | | |
| O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19106 | | |
| Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | |
| Office of the Attorney General | Attn: Josh Shapiro, Esquire | Attn: Bankruptcy Dept | 16th Fl, Strawberry Square | Harrisburg, PA 17120 | |
| Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 |
| Olympus America Inc | Attn: Eric Vautrin | 3500 Corporate Pkwy | Center Valley, PA 18034-0610 | | |
| Optuminsight | Attn: Nick Gulland | 11000 Optum Cir | Eden Prairie, MN 55344 | | |
| Pachulkski Stang Ziehel & Jones LLP | Attn: Laura Jones/Timothy Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | |
| Pennsylvania Association of | Staff Nurses and Allied Professionals | 1 Fayette Street, Suite 475 | Conshohocken, PA 19428 | | |
| Pennsylvania Dept. of Human Services | 1401 North Seventh St | Harrisburg, PA  17105 | | | |
| Pennsylvania Dept. of Human Services | P.O. Box 2675 | Harrisburg, PA 17105-2675 | | | |
| Polsinelli P.C | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | |
| Premier Healthcare Solutions | Attn: Kelley Maskeri | 5882 Collections Center Dr | Chicago, IL 60693 | | |
| Quality Systems Inc | 18111 Von Karman Ave, Ste 700 | Irvine, CA 92612 | | | |
| Renal Treatment Centers Se LP - Davita | Attn: Clenn Frost | 2476 East Swedesford Rd, Ste 150 | Malvern, PA 19355 | | |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy/Daniel M. Pereira | 824 N. Market St, Ste 800 | Wilmington, DE 19801 | | |
| Smith & Nephew | Attn: Peter J Butera | 150 Minuteman Rd | Andover, MA 01810 | | |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Ctr, Ste 200 | King of Prussia, PA 19406 | | |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | |
| Temple Univ Hospital | Cashier Office | 3401 No Broad St, Rm A 131 | Philadelphia, PA 19140 | | |
| The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N Market St, Ste 810 | Wilmington, DE 19801 | | |

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|---|
| Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 Third Ave | New York, NY 10022 | |
| Troutman Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | |
| United States Deptarment of Justice | 950 Pennsylvania Ave, NW | Washington, DC 20530-0001 | | | |
| United States Deptarment of Justice | Attn:  Civil Division | 1100 L St, NW, 10030 | Washington, DC  20005 | | |
| United States Deptarment of Justice | Marc S. Sacks, Civil Division | P.O. Box 875 Ben Franklin Station | Washington, DC 20044-0875 | | |
| Universal Protection SVS LP | Attn: Al Santosusso | 1551 North Tustin Ave, Ste 650 | Santa Ana, CA 92705 | | |
| Veolia Energy Philadelphia Inc | Attn: Tricia Marts | 2600 Christian St | Philadelphia, PA 19146 | | |
| White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | |
| White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th FL | Philadelphia, PA 19103 | | |