# EXHIBIT 2

## (DIP Budget)

# 4173034 v. 5

# 4173034 v. 7
35606314.6 07/12/2019

PAHS - Consolidated (including most subsidiari - -DIP
Financing Report - Consolidated
($ in 000s)

| Act./Fcst. | Fcst. 1 | Fcst. 2 | Fcst. 3 | Fcst. 4 | Fcst. 5 | Fcst. 6 | Fcst. 7 | Fcst. 8 | Fcst. 9 | Fcst. 10 | Fcst. 11 | Fcst. 12 | Fcst. 13 | Forecast 13-Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | Total |
| **Cash Flow** | | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | | |
| Patient Cash | $9,069 | $9,069 | $9,069 | $9,069 | $9,069 | $9,069 | $9,069 | $7,069 | $6,008 | $7,031 | $7,031 | $7,031 | $7,031 | $104,685 |
| **Supplemental Cash** | | | | | | | | | | | | | | |
| HUH | - | - | - | - | 2,746 | - | - | 537 | - | - | - | - | - | 3,283 |
| STC | - | - | - | - | 1,866 | - | - | 424 | - | - | - | 902 | - | 3,192 |
| Supplemental Cash | - | - | - | - | 4,612 | - | - | 961 | - | - | - | 902 | - | 6,475 |
| Other (HPP) | - | 5,134 | - | - | - | 2,000 | - | - | - | - | - | - | - | 7,134 |
| **Total Cash Receipts** | **$9,069** | **$14,203** | **$9,069** | **$9,069** | **$13,681** | **$11,069** | **$9,069** | **$8,030** | **$6,008** | **$7,031** | **$7,031** | **$7,933** | **$7,031** | **$118,294** |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| **Employees Costs** | | | | | | | | | | | | | | |
| Salaries and Wages | - | 13,700 | - | 12,000 | - | 10,000 | - | 9,000 | - | 6,300 | - | 6,300 | - | 57,300 |
| HUH Employee Separation Costs | - | 250 | - | 250 | - | 250 | - | 250 | - | 250 | - | 250 | - | 1,500 |
| Independence Blue Cross | 304 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,904 |
| 401(k) Funding | - | 685 | - | 500 | - | 429 | - | 280 | - | 280 | - | 280 | - | 2,455 |
| Caremark (CVS) | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 90 | 75 | 75 | 75 | 75 | 1,590 |
| Benefit/Pension Funding | - | - | - | - | 980 | - | - | - | - | 980 | - | - | - | 1,960 |
| Delta Dental/Voluntary | 65 | 65 | 65 | 65 | 65 | 50 | 46 | 46 | 46 | 46 | 46 | 32 | 32 | 671 |
| **Total Salaries/Benefits** | **$519** | **$15,150** | **$515** | **$13,266** | **$1,495** | **$11,179** | **$496** | **$10,026** | **$1,416** | **$7,251** | **$421** | **$7,237** | **$407** | **$69,381** |
| **Vendor Payments** | | | | | | | | | | | | | | |
| Amerisource Prepay | 604 | 604 | 504 | 504 | 427 | 376 | 376 | 285 | 285 | 285 | 285 | 285 | 285 | 5,107 |
| Crothall Patient Transport | 401 | 401 | 401 | 401 | 401 | 401 | 401 | 85 | 85 | 85 | 85 | 85 | 85 | 3,319 |
| Sodexo | - | - | 1,185 | - | - | - | 250 | - | - | - | - | - | 250 | 1,685 |
| Insurance (Other) | 682 | - | 500 | - | - | 360 | - | - | 360 | - | 360 | - | - | 2,264 |
| Utilities | - | 1,047 | - | - | 800 | - | - | - | 800 | - | - | - | - | 2,647 |
| Rent | - | - | 650 | - | 650 | - | - | - | 650 | - | - | - | - | 1,950 |
| ADP Stop Loss | - | 500 | - | - | - | 500 | - | - | - | - | 500 | - | - | 1,501 |
| Lockton (Workers Comp) | 246 | - | - | - | - | 246 | - | - | 246 | - | - | - | - | 738 |
| Allied Universal - Security | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 2,080 |
| Tenet/Conifer | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,600 |
| Vendors Pool Payments | 566 | 566 | 566 | 566 | 566 | 566 | 566 | 566 | 566 | 466 | 466 | 366 | 566 | 6,958 |
| **Information Technology** | | | | | | | | | | | | | | |
| IT - NTT | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 2,148 |
| **Total Operating Disbursements** | **$3,545** | **$18,794** | **$4,847** | **$15,262** | **$4,865** | **$14,155** | **$2,615** | **$11,487** | **$4,934** | **$8,612** | **$2,643** | **$8,498** | **$2,118** | **$102,376** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| MidCap Interest | 1,650 | - | - | - | 366 | - | - | - | 337 | - | - | - | 680 | 3,033 |
| MidCap Term Paydown | 5,000 | - | - | - | - | - | - | - | - | - | - | - | - | 5,000 |
| Taxes | - | 120 | 300 | - | - | 125 | 300 | - | - | 50 | 300 | - | - | 1,195 |
| Consultants | - | - | 300 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,300 |
| Debtor Professionals (Legal, CPA, etc.) | - | - | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 288 | 88 | 2,175 |
| Investment Banking Fees | - | 50 | - | - | - | 50 | - | - | - | 50 | - | - | - | 150 |
| Committee Professionals | - | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 50 | 325 |
| Public Relations Firm | 37 | - | - | 15 | - | - | - | 15 | 15 | - | - | 15 | 15 | 112 |
| Court Fees (Trustee, Claims Agent, etc.) | - | 50 | 50 | 75 | - | - | - | - | - | - | - | - | 500 | 675 |
| Lender Profesional Fees | - | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Patient Care Ombudsman | - | - | 58 | - | - | 58 | - | - | - | 58 | - | - | - | 175 |
| Publication/Notice | - | - | 75 | - | - | - | - | - | - | - | - | - | - | 75 |
| Hospital Shutdown Plan (non-labor) | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,300 |
| Other | 54 | 75 | 75 | 75 | 75 | 49 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 928 |
| **Total Non-Operating Disbursements** | **$6,841** | **$445** | **$1,208** | **$615** | **$891** | **$732** | **$825** | **$540** | **$877** | **$683** | **$825** | **$628** | **$1,633** | **$16,742** |
| **Total Disbursements** | **$10,385** | **$19,239** | **$6,055** | **$15,877** | **$5,756** | **$14,887** | **$3,440** | **$12,027** | **$5,810** | **$9,296** | **$3,468** | **$9,126** | **$3,751** | **$119,119** |
| **Total Collections** | $9,069 | $14,203 | $9,069 | $9,069 | $13,681 | $11,069 | $9,069 | $8,030 | $6,008 | $7,031 | $7,031 | $7,933 | $7,031 | $118,294 |
| **Total Disbursements** | 10,385 | 19,239 | 6,055 | 15,877 | 5,756 | 14,887 | 3,440 | 12,027 | 5,810 | 9,296 | 3,468 | 9,126 | 3,751 | 119,119 |
| **Net Cash Flow before Assessments** | ($1,316) | ($5,036) | 3,014 | ($6,808) | 7,925 | ($3,818) | 5,629 | ($3,997) | 198 | ($2,264) | 3,563 | ($1,193) | 3,280 | ($825) |
| **Assessments** | | | | | | | | | | | | | | |
| PA Quality Care Assessment | - | - | 1,575 | - | - | - | - | - | - | - | - | - | - | 1,575 |
| Philadelphia Hospital Assessment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow after Assessments** | ($1,316) | ($5,036) | $1,439 | ($6,808) | $7,925 | ($3,818) | $5,629 | ($3,997) | $198 | ($2,264) | $3,563 | ($1,193) | $3,280 | ($2,400) |
| **Financing** | | | | | | | | | | | | | | |
| **Operating Cash** | | | | | | | | | | | | | | |
| Beginning Book Balance | 5,465 | - | - | - | - | - | - | - | - | - | - | - | - | 5,465 |
| Net Cash Flow | (1,316) | (5,036) | 1,439 | (6,808) | 7,925 | (3,818) | 5,629 | (3,997) | 198 | (2,264) | 3,563 | (1,193) | 3,280 | (2,400) |
| Repayments | (9,069) | (14,203) | (9,069) | (9,069) | (13,681) | (11,069) | (9,069) | (8,030) | (6,008) | (7,031) | (7,031) | (7,933) | (7,031) | (118,294) |
| Borrowings | 4,920 | 19,239 | 7,630 | 15,877 | 5,756 | 14,887 | 3,440 | 12,027 | 5,810 | 9,296 | 3,468 | 9,126 | 3,751 | 115,229 |
| Ending Book Balance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Outstanding Checks | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Bank Balance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Post-Petition DIP Revolver** | | | | | | | | | | | | | | |
| Beginning DIP Revolver Balance | - | 26,923 | 31,960 | 30,521 | 37,329 | 29,405 | 33,222 | 27,593 | 31,590 | 31,393 | 33,657 | 30,094 | 31,287 | 31,287 |
| DIP Revolver Repayments | (9,069) | (14,203) | (9,069) | (9,069) | (13,681) | (11,069) | (9,069) | (8,030) | (6,008) | (7,031) | (7,031) | (7,933) | (7,031) | (7,031) |
| DIP Revolver Borrowings | 4,920 | 19,239 | 7,630 | 15,877 | 5,756 | 14,887 | 3,440 | 12,027 | 5,810 | 9,296 | 3,468 | 9,126 | 3,751 | 3,751 |
| DIP Revolver Balance Transfer | 31,072 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending DIP Revolver Balance | 26,923 | 31,960 | 30,521 | 37,329 | 29,405 | 33,222 | 27,593 | 31,590 | 31,393 | 33,657 | 30,094 | 31,287 | 28,006 | 28,006 |
| Net Borrowing Base - DIP Revolver | 42,900 | 41,335 | 39,769 | 41,954 | 40,389 | 38,824 | 37,258 | 37,393 | 36,864 | 34,532 | 33,101 | 31,671 | 30,240 | 30,240 |
| Availability - DIP Revolver | 15,977 | 9,375 | 9,248 | 4,625 | 10,984 | 5,601 | 9,665 | 5,803 | 5,472 | 875 | 3,008 | 384 | 2,234 | 2,234 |
| **Post-Petition DIP Term Loan** | | | | | | | | | | | | | | |
| Beginning DIP Term Loan | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| DIP Term Loan Repayments | (5,000) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Term Loan Borrowings | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Term Loan Balance Transfer | 20,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending DIP Term Loan | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |