# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Center City Healthcare, LLC*
*230 North Broad Street*
*Philadelphia, PA 19102*
*PHILADELPHIA−PA*

*Saul Ewing Arnstein & Lehr LLP*
*1201 N. Market Street, Suite 2300*
*P.O. Box 1266*
*Wilmington, DE 19899*

RE: *19−11466 In Re: Center City Healthcare, LLC*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **August 7, 2019** at **2:00PM** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before July 17, 2019 and file the Notice and Certificate of Service with the Court no later than July 14, 2019.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 7/12/19

*Una O'Boyle*, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:                                                                                  Case No. 19-11466-KG
Center City Healthcare, LLC                                                             Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1          User: JasonSp          Page 1 of 3                Date Rcvd: Jul 12, 2019
                              Form ID: van472        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
db            +Center City Healthcare, LLC,   230 North Broad Street,   Philadelphia, PA 19102-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:
              Aaron S. Applebaum    on behalf of Debtor    Center City Healthcare, LLC aaron.applebaum@saul.com
              Adam H. Isenberg    on behalf of Debtor    Center City Healthcare, LLC aisenberg@saul.com
              Andrew Kelser    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees,
               Philadelphia and Vicinity akelser@odonoghuelaw.com
              Benjamin A. Hackman    on behalf of U.S. Trustee    U.S. Trustee benjamin.a.hackman@usdoj.gov
              Carol E. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of
               Attorney General cmomjian@attorneygeneral.gov
              Chantelle D'nae McClamb    on behalf of Creditor    Drexel University mcclambc@ballardspahr.com,
               maddoxm@ballardspahr.com
              Christopher A. Ward    on behalf of Creditor    BioCare, Inc., an Arizona for-profit corporation
               cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Creditor    Vitalant, an Arizona non-profit corporation
               cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher R. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of
               Attorney General crmomjian@attorneygeneral.gov
              Claiborne S. Newlin    on behalf of Creditor    Pennsylvania Association of Staff Nurses and Allied
               Professionals cnewlin@markowitzandrichman.com, kbrookes@markowitzandrichman.com
              Curtis S. Miller    on behalf of Interested Party    Accreditation Council for Graduate Medical
               Education cmiller@mnat.com, rfusco@mnat.com
              Dale E. Barney    on behalf of Creditor    Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com
              Daniel Michael Pereira    on behalf of Interested Party    Commonwealth of Pennsylvania Department
               of Health dpereira@schnader.com, 5283212420@filings.docketbird.com,EMcCarthy@schnader.com
              David Dembe    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney
               General ddembe@attorneygeneral.gov
              Dennis A. Meloro    on behalf of Health Care Ombudsman    Suzanne Koenig, as Patient Care Ombudsman
               melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
              Frederick B. Rosner    on behalf of Creditor    Medline Industries, Inc. rosner@teamrosner.com
              George P. Angelich    on behalf of Creditor    Medline Industries, Inc.
               angelich.george@arentfox.com, beth.brownstein@arentfox.com;phillip.khezri@arentfox.com
              Gregory A. Taylor    on behalf of Interested Party    Capital One, N.A. gtaylor@ashbygeddes.com
              Howard A. Cohen    on behalf of Creditor    Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com
              Jason A. Gibson    on behalf of Creditor    Medline Industries, Inc. gibson@teamrosner.com
              Jeffrey Kurtzman    on behalf of Creditor    Rydal Square, L.P. kurtzman@kurtzmansteady.com
              Jeffrey C. Hampton    on behalf of Debtor    Center City Healthcare, LLC jeffrey.hampton@saul.com
              Jody C. Barillare    on behalf of Creditor    General Healthcare Resources, LLC
               jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
              Joelle E. Polesky    on behalf of Creditor    MidCap Financial Trust jpolesky@stradley.com,
               tmitchell@stradley.com
              Joelle E. Polesky    on behalf of Creditor    MidCap Funding IV Trust (formally known as MidCap
               Funding IV, LLC) jpolesky@stradley.com, tmitchell@stradley.com
              Joseph H. Huston, Jr.    on behalf of Interested Party    TOWER HEALTH SERVICES jhh@stevenslee.com
              Katharina Earle    on behalf of Interested Party    Capital One, N.A. kearle@ashbygeddes.com

```
District/off: 0311-1          User: JasonSp                Page 2 of 3                  Date Rcvd: Jul 12, 2019
                              Form ID: van472              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Lance Michael Geren    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees,
               Philadelphia and Vicinity lgeren@odonoghuelaw.com,
               akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
              Laura Davis Jones    on behalf of Creditor    Tenet Business Services Corp. ljones@pszjlaw.com,
               efile1@pszjlaw.com
              Laura Davis Jones    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC
               ljones@pszjlaw.com,    efile1@pszjlaw.com
              Marc Stephen Casarino    on behalf of Creditor    SpecialtyCare, Inc.
               casarinom@whiteandwilliams.com,    debankruptcy@whiteandwilliams.com
              Marcus Scott Sacks    on behalf of Creditor    UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov,
               Hillary.Burchuk@fcc.gov
              Mark Minuti    on behalf of Debtor    TPS V of PA, L.L.C. mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    Philadelphia Academic Medical Associates, LLC
               mark.minuti@saul.com,    robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    TPS III of PA, L.L.C. mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    TPS II of PA, L.L.C. mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    TPS IV of PA, L.L.C. mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    St. Christopher's Healthcare, LLC mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    St. Christopher's Pediatric Urgent Care Center, L.L.C.
               mark.minuti@saul.com,    robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    Center City Healthcare, LLC mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    HPS of PA, L.L.C. mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    SCHC Pediatric Anesthesia Associates, L.L.C.
               mark.minuti@saul.com,    robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    Philadelphia Academic Health System, LLC
               mark.minuti@saul.com,    robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    TPS of PA, L.L.C. mark.minuti@saul.com,
               robyn.warren@saul.com
              Mark Minuti    on behalf of Debtor    StChris Care at Northeast Pediatrics, L.L.C.
               mark.minuti@saul.com,    robyn.warren@saul.com
              Megan N. Harper    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              Monique Bair DiSabatino    on behalf of Debtor    Center City Healthcare, LLC
               monique.disabatino@saul.com,    robyn.warren@saul.com
              Paige Noelle Topper    on behalf of Interested Party    Accreditation Council for Graduate Medical
               Education ptopper@mnat.com,    rfusco@mnat.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               pelchertthurmond@gmail.com
              Patrick A. Jackson    on behalf of Creditor    Gift of Life Donor Program, Greater Delaware Valley
               Society Patrick.jackson@dbr.com,    cathy.greer@dbr.com
              Peter C. Hughes    on behalf of Interested Party    American Academic Health Systems, LLC
               phughes@dilworthlaw.com,    mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
              Peter C. Hughes    on behalf of Interested Party Joel    Freedman phughes@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
              Peter C. Hughes    on behalf of Interested Party    Philadelphia Academic Health Holdings LLC
               phughes@dilworthlaw.com,    mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
              Reliable Companies    gmatthews@reliable-co.com
              Richard A. Barkasy    on behalf of Interested Party    Commonwealth of Pennsylvania Department of
               Health rbarkasy@schnader.com
              Ryan B Smith    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney
               General rbsmith@attorneygeneral.gov
              Sabrina L. Streusand    on behalf of Creditor    NTT Data Services , prentice@slollp.com
              Stuart M. Brown    on behalf of Interested Party    Harrison Street Real Estate, LLC and its
               affiliates stuart.brown@dlapiper.com,    stuart-brown-7332@ecf.pacerpro.com
              Timothy Swanson    on behalf of Interested Party    DaVita, Inc. tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
              Timothy Swanson    on behalf of Interested Party    Renal Treatment Centers-Northeast, Inc.
               tim.swanson@moyewhite.com,    audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
              Timothy P. Cairns    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC
               tcairns@pszjlaw.com
              Timothy P. Cairns    on behalf of Creditor    Tenet Business Services Corp. tcairns@pszjlaw.com
              Tobey M. Daluz    on behalf of Creditor    Drexel University daluzt@ballardspahr.com,
               maddoxm@ballardspahr.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              Vikrama S. Chandrashekar    on behalf of Creditor    DaVita, Inc. vika.chandrashekar@moyewhite.com,
               robin.anderson@moyewhite.com
              Vikrama S. Chandrashekar    on behalf of Creditor    Renal Treatment Centers-Northeast, Inc.
               vika.chandrashekar@moyewhite.com,    robin.anderson@moyewhite.com
              Vincent J Marriott, III    on behalf of Creditor    Drexel University marriott@ballardspahr.com

```
District/off: 0311-1          User: JasonSp              Page 3 of 3              Date Rcvd: Jul 12, 2019
                              Form ID: van472            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 68