UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Center City Healthcare LLC  Chapter 11

Case No. 19 - 11466  (____)

### GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent PHILADELPHIA GAS WORKS in this action: I am admitted to practice law in __(court(s))

Pennsylvania, New Jersey, EDPA, Bankruptcy EDPA

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ Pearl Pham

Agency/Organization
Name: Pearl Pham
Address: 800 W. Montgomery Avenue
Philadelphia, PA 19122
Phone: 215-684-6227
Email: pearl.pham@pgworks.com

Local Form 105A