# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC ) | |
| d/b/a HAHNEMANN UNIVERSITY ) | Case No. 19-11466 (KG) |
| HOSPITAL, *et al.*, ) | |
| ) | Joint Administration Requested |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF NICHOLAS J. LEPORE, III

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Nicholas J. LePore, III, Esq. of Schnader Harrison Segal & Lewis LLP to represent the Commonwealth of Pennsylvania Department of Health (the "PA DOH") in this case.

Date: July 1, 2019

*/s/ Daniel M. Pereira*
Richard A. Barkasy (#4683)
Daniel M. Pereira (#6450)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696
rbarkasy@schnader.com
dpereira@schnader.com

*Counsel for the Commonwealth of Pennsylvania Department of Health*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

**Dated: July 15th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**