**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                  Chapter 11

Case No. 19-11466 (KG)

Debtor: Center City Healthcare, LLC d/b/a Hahnemann University Hospital

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mitchell Malzberg to represent Pennsylvania Association of Staff Nurses and Allied Professionals in this action.

/s/ Claiborne S. Newlin

Firm Name: Markowitz & Richman
Address: 1225 King Street, Suite 804, Wilmington, DE 19801
Phone: (302) 656-2308
Email: cnewlin@markowitzandrichman.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Mitchell Malzberg

Firm Name: Law Offices of Mitchell J Malzberg
Address: PO Box 5122, 6 E Main St., Ste 7, Clinton, New Jersey 08809
Phone: (908) 323-2958
Email: mmalzberg@mjmalzberglaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 15th, 2019
Wilmington, Delaware

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105