**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Center City Healthcare, LLC. | : | Case No. 19-11466 (KG) |
| d/b/a Hahnemann University Hospital, *et al.,* | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor(s). | : | CREDITORS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Conifer Revenue Cycle Solutions, LLC**, Attn: Tom Arnst, 3560 Dallas Parkway, Dallas, TX 75034, Phone: 469-803-4175

2. **Medline Industries, Inc.**, Attn: Shane Reed, 3 Lakes Drive, Northfield, IL 60093, Phone: 262-367-7501, Ext. 2252, Fax: 866-914-2729

3. **Veolia Energy Philadelphia, Inc.,** Attn: Tom Herlihy, 2600 Christian Street, Philadelphia, PA 19146, Phone: 215-875-6900

4. **Medtronic USA, Inc.**, Attn: Bob Zbylicki, 800 53rd Avenue, Northeast, MS SLK 27, Columbia Heights, MN 55421-1200, Phone: 763-505-5116

5. **Crothall Healthcare, Inc.,** Attn: Stacy Hall, 1500 Liberty Ridge Drive, Suite 210, Wayne, PA 19087, Phone: 610-576-5196, Fax: 610-576-5213

6. **Global Neurosciences Institute, LLC,** Attn: Donald Damico, 3100 Princeton Pike, Bldg. 3, Suite D, Lawrenceville, NJ 08648, Phone: 215-962-9600, Fax: 215-239-3037

7. **Pennsylvania Association of Staff Nurses and Allied Professionals,** Attn: Nick Alpers, One Fayette Street, Suite 472, Conshohocken, PA 19428, Phone: 610-567-2907, Fax: 610-567-2915

      ANDREW R. VARA
      Acting United States Trustee, Region 3

      /s/ *Benjamin Hackman* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: July 15, 2019

Attorney assigned to this Case: Benjamin Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Mark Minuti, Esq., Phone: 302-421-6800, Fax: 302-421-5873