IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                             :    Chapter 11
                                                   :
CENTER CITY HEALTHCARE                             :
LLC d/b/a HAHNEMANN                                :
UNIVERSITY HOSPITAL *et al.*                       :
                                                   :    Bankruptcy No. 19-11466
                                                   :
             Debtor.                               :
                                                   :
---------------------------------------------------x

**PHILADELPHIA GAS WORKS' LIMITED RESPONSE TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS REGARDING FINANCING MOTION AND GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS**

AND NOW, comes Philadelphia Gas Works ("PGW")[1], by and through its counsel, Pearl Pham, hereby responds to the Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief filed by the Debtors, Center City Healthcare LLC d/b/a/ Hahnemann University Hospital, et al. (the "Motion").

---

[1] Philadelphia Gas Works is a collection of real and personal property owned by the City of Philadelphia and operated and managed by the Philadelphia Facilities Management Corporation, a non-profit Pennsylvania corporation pursuant to an Agreement with the City of Philadelphia dated December 29, 1972, as amended. Philadelphia Gas Works is a local agency and is entitled to all defenses, immunities and limitations of damages available to a local agency under 42 Pa. C.S.A. §8541 et seq.

1

PGW avers the following in its response thereto:

1. On or about June 30, 2019, ("Petition Date") the Debtor commenced this bankruptcy proceeding in Chapter 11.

2. On July 1, 2019, Debtor filed the Motion seeking court approval of the Debtors' proposed Debtor-in-Possession post-petition secured financing. (see Docket entry No. 53).

3. The Debtors are requesting the Court to grant superpriority liens status to the proposed "DIP Lender," MidCap Financial Trust including superpriority liens in real property owned by the non-debtor "Guarantors"

4. PGW's interest in the real property is a statutory lien. PGW liens are municipal and statutory filed pursuant to 53 Pa.C.S.A. §7101 et seq. Under 66 PS §1414 (a): A city natural gas distribution operation furnishing gas service to a property is entitled to impose or assess a municipal claim against the property and file as liens of record claims for unpaid natural gas distribution service and other related costs...referred to as the Municipal Claim and Tax Lien Act ("MCTLA").

5. The municipal liens (Court of Common Plea Docket numbers 190630382 and 190630381) are statutory liens filed pursuant to 53 Pa. C.S.A. §7101 et seq. and are an in rem liens against the Property 200 N. Broad Street, Philadelphia, PA for unpaid gas service. (See attached a copy of the Dockets attached as Exhibit "A").

   53 Pa.C.S.A. §7106(a) states:

   > "All municipal claims...which may hereafter be lawfully imposed or assessed on any property...shall be and are hereby declared to be a lien on said property,

together will all charges, expenses and fees incurred in the collection of any delinquent account."

53 Pa.C.S.A. §7106(b) states:

"With the exception of those claims which have been assigned, any municipal claim, including interest, penalty and costs, imposed by a city of the first class, shall be a judgment only against the said property when the lien has been docketed by the prothonotary. The docketing of the lien shall be given the effect of a judgment against the said property only with respect to which the claim is filed as a lien..."

6. Under the Municipal Claims and Tax Lien Act ("MCTLA"), 53 P.S. et seq. 7106 provides that municipal claims for services have priority over all other encumbrances, except taxes, tax liens or tax claims. Pennsylvania Courts have also addressed the lack of a pre-lien notice when filing a municipal lien. The lack of a pre-lien has been upheld in <u>Upper Gwynedd Township Authority v. Roth et al.</u>, 113 Pa. Commw. "By providing property owner the opportunity to file a notice to issue a writ of scire facias and any defenses to the claim in an affidavit of defense, the MCTLA affords owners an adequate post-deprivation remedy.

7. PGW specifically objects to the Motion granting the DIP Lender superpriority liens on the real property owned by the non-debtor Gaurantors, superseding PGW's existing lien on the real property.

8. PGW objects to the Motion specifically that it wishes to subordinate PGW's superior lien position with respect to the real property of the Guarantors.

WHEREFORE, PGW respectfully requests that this Court deny the Debtor's

3

Motion <u>unless</u> with the changes requested by PGW are included in the Proposed Order.

                                                                               Respectfully submitted,

                                                                               PHILADELPHIA GAS WORKS

Dated: July 15, 2019                By: /s/ Pearl Pham
                                                                Pearl Pham
                                                                Attorney for Philadelphia Gas Works
                                                                Pro Hac Vice Admission Sought
                                                                PA Attorney I.D. 90644
                                                                800 W. Montgomery Avenue
                                                                Philadelphia, PA 19122
                                                                (215) 684-6227
                                                                pearl.pham@pgworks.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                           :      Chapter 11
                                                 :
     CENTER CITY HEALTHCARE                      :
     LLC d/b/a HAHNEMANN                         :
     UNIVERSITY HOSPITAL et al.                  :
                                                 :      Bankruptcy No. 19-11466
                                                 :
                 Debtor.                         :
                                                 :
-------------------------------------------------x
                                                 :
```

### CERTIFICATION OF SERVICE

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that a true and correct copy of the foregoing Philadelphia Gas Works' **LIMITED RESPONSE TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS REGARDING FINANCING MOTION AND GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE** STATUS was served electronically via ecf filing on the date set forth below, upon all parties including the following:

<u>VIA ECF FILING</u>
Monique Bair DiSabatino, Esq.
Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Ste. 2300
Wilmington, DE 19899

Counsel for Debtors

Dated: <u>July 15, 2019</u>          /s/ Pearl Pham
                                     Attorney for Philadelphia Gas Works
                                     800 W. Montgomery Avenue
                                     Philadelphia, PA 19122
                                     (215) 684-6227
                                     pearl.pham@pgworks.com

5

# EXHIBIT
## "A"




Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 190630382 |
| Case Caption: | CITY OF PHILA vs BROAD STREET HEALTHCARE P |
| Filing Date: | Thursday , June 06th, 2019 |
| Court: | JUDGMENTS |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | CLAIM FOR GAS SERVICE |
| Status: | GAS SERVICE CLAIM JDGMNT FILED |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| Address: | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | Aliases: | | none |
| 2 | | | DEFENDANT | BROAD STREET HEALTHCARE P |
| Address: | BROAD ST 200 N PHILA PA 19102 | Aliases: | | none |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 06-JUN-2019 09:00 PM | ACTIVE CASE | | | 06-JUN-2019 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| 06-JUN-2019 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $3,089.30 | 06-JUN-2019 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| 06-JUN-2019 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 06-JUN-2019 09:00 PM |
| **Docket Entry:** | *none.* | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[E-Filing System]    [Search Home]

 

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 190630381 |
| Case Caption: | CITY OF PHILA vs BROAD STREET HEALTHCARE P |
| Filing Date: | Thursday, June 06th, 2019 |
| Court: | JUDGMENTS |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | CLAIM FOR GAS SERVICE |
| Status: | GAS SERVICE CLAIM JDGMNT FILED |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| Address: c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | | Aliases: none | | |
| 2 | | | DEFENDANT | BROAD STREET HEALTHCARE P |
| Address: BROAD ST 200 N PHILA PA 19102 | | Aliases: none | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|

| 06-JUN-2019 09:00 PM | ACTIVE CASE | | | 06-JUN-2019 09:00 PM |
|---|---|---|---|---|
| Docket Entry: | none. | | | |
| 06-JUN-2019 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $3,497.47 | 06-JUN-2019 09:00 PM |
| Docket Entry: | none. | | | |
| 06-JUN-2019 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 06-JUN-2019 09:00 PM |
| Docket Entry: | none. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[ E-Filing System ]    [ Search Home ]