**CERTIFICATE OF SERVICE**

I, Justin R. Alberto, hereby certify that on this 15th day of July 2019, I caused copies of the **Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion** to be served on the parties listed below in the manner listed thereon:

**Via First Class Mail &**
**Electronic Mail**

Saul Ewing Arnstein & Lehr LLP
Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801
Email: mark.minuti@saul.com
        monique.disabatino@saul.com

United States Trustee for the
District of Delaware
Attn: Benjamin A. Hackman, Esq.
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: benjamin.a.hackman@usdoj.gov

Saul Ewing Arnstein & Lehr LLP
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
        adam.isenberg@saul.com
        aaron.applebaum@saul.com

                              */s/ Justin R. Alberto*
                              Justin R. Alberto (No. 5126)