## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Lauren Macksoud, Esq. of the law firm of Dentons US LLP to represent the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates.

Dated:  July 15, 2019
Wilmington, Delaware

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Lauren Macksoud*
Lauren Macksoud, Esq.
DENTONS US LLP
1221 Avenue of the America
New York, New York 10020

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{BAY:03485814v1}