**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Hearing Date: July 26, 2019 at 10:00 a.m. (ET)** |
| | ) **Objection Deadline: July 19, 2019 at 4:00 p.m. (ET)** |
| | ) **Related to Docket Nos. 53 and 172** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on July 1, 2019, the debtors and debtors-in-possession, filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant To Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on July 12, 2019, the Court entered the *Interim Order under 11 U.S.C. §§ 105, 361, 362, 363(C), 363(D), 364(C), 364(D), 364(E) and 507 and Bankruptcy Rules 2002, 4001 and 9014; (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B) and 4001(C)* [D.I. 172] (the "**Interim DIP Order**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim DIP Order, a hearing to consider the relief requested in the Motion on a final basis will be held on **July 26, 2019 at 10:00 a.m. (ET)** before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of an order approving the Motion on a final basis must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel to the Debtors, so as to actually be received by or before **July 19, 2019 at 4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE INTERIM RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: July 15, 2019　　　　　　　　　　**SAUL EWING ARNSTEIN & LEHR LLP**

　　　　　　　　　　By:　*/s/ Monique B. DiSabatino*
　　　　　　　　　　　　Mark Minuti (DE Bar No. 2659)
　　　　　　　　　　　　Monique B. DiSabatino (DE Bar No. 6027)
　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　　　　　Fax: (302) 421-5873
　　　　　　　　　　　　mark.minuti@saul.com
　　　　　　　　　　　　monique.disabatino@saul.com

　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　Jeffrey C. Hampton
　　　　　　　　　　　　Adam H. Isenberg
　　　　　　　　　　　　Aaron S. Applebaum (DE Bar No. 5587)
　　　　　　　　　　　　Centre Square West
　　　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　Telephone: (215) 972-7700
　　　　　　　　　　　　Fax: (215) 972-7725
　　　　　　　　　　　　jeffrey.hampton@saul.com
　　　　　　　　　　　　adam.isenberg@saul.com
　　　　　　　　　　　　aaron.applebaum@saul.com

　　　　　　　　　　　　*Proposed Counsel for Debtors and*
　　　　　　　　　　　　*Debtors in Possession*