# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 11, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit C** attached hereto:

- **Notice of Hearing for July 16, 2019 at 11:00 a.m. (ET) [Docket No. 155]**

Dated: July 15, 2019

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 15th day of ____July____, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17. 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

ACCREDITATION COUNCIL FOR GRADUATION MEDIC
ATTN: DOUGLAS CARLSON
CARLSON@DOUGCARLSONLAW.COM

AMERICAN RED CROSS
TARA SMALLS
TARA.SMALLS@REDCROSS.ORG

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BENEFIT FUND FOR HOSP & HEALTH
INFO@1199CFUNDS.ORG

CERNER CORP
IAN WILSON
IAN.WILSON@CERNER.COM

CHAMPION ENERGY
NICOLE HASSLER
NICOLE.CATES@CHAMPION.ENERGY

CITY OF PHILADELPHIA
ROB DUBOW
VOUCHERVERIFICATION@PHILA.GOV

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

CONCENTRA
CANDICE HENSON
CANDICE_HENSON@CONCENTRA.COM

CROTHALL HEALTHCARE INC
DENNIS CZAPLICKI
DENNIS.CZAPLICKI@CROTHALL.COM

DEPUY SYNTHES SALES
PATTY PAGET
PPAGET@ITS.JNJ.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
LAWRENCE G. MCMICHAEL
LMCMICHAEL@DILWORTHLAW.COM

DILWORTH PAXSON LLP
PETER C. HUGHES
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY
ANTHONY ESPOSITO
AME79@DREXEL.EDU

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

ENSEMBLE RCM LLC
JOHN ERICKSON
JOHN.ERICKSON@ENSEMBLEHP.COM

ERNST & YOUNG LLP
AMY DORFMEISTER
AMY.DORFMEISTER@EY.COM

GENERAL ELECTRIC CO
ARUSHI CHANDRAN
ARUSHI.CHANDRAN@GE.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GLOBAL NEUROSCIENCES INSTITUTE
DONALD J DAMICO
DDAMICO@GNINEURO.ORG

GREATER DELAWARE VALLEY SOCIETY
STACY CRAMER
SCRAMER@DONORS1.ORG

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

INO THERAPEUTICS LLC
BROOKE MITCH
BROOKE.MITCH@MNK.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS, LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS, LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MEDLINE INDUSTRIES INC
SHANE REED
SREED@MEDLINE.COM

MEDTRONIC USA INC
BRIAN CASTELEIN CBA
BRIAN.J.CASTELEIN@MEDTRONIC.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

NTT DATA SERVICES LLC
SUBBARAO PUSHADAPU
BILLING.INQUIRY@NTTDATA.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

OPTUMINSIGHT
NICK GULLAND
NICHOLAS.GULLAND@OPTUM.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

QUALITY SYSTEMS INC
IRVINETAX@NEXTGEN.COM; IR@NEXTGEN.COM

RENAL TREATMENT CENTERS SE LP - DAVITA
CLENN FROST
ANGEL.BALTAZAR@DAVITA.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

UNIVERSAL PROTECTION SVS LP
AL SANTOSUSSO
AL.SANTOSUSSO@AUS.COM

VEOLIA ENERGY PHILADELPHIA INC
TRICIA MARTS
PATRICIA.MARTS@VEOLIA.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  82

# **<u>EXHIBIT B</u>**

OFFICE OF THE ATTORNEY GENERAL
717-787-8242

OLYMPUS AMERICA INC
ERIC VAUTRIN
484-896-7788

PREMIER HEALTHCARE SOLUTIONS
KELLEY MASKERI
704-733-2114

TEMPLE UNIV HOSPITAL
215-204-4660

Parties Served:  4

# **EXHIBIT C**

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL E
PRESIDENT/LEGAL DEPT.
75 REMITTANCE DR STE, #3222
CHICAGO, IL 60675-3222

CENTERS FOR MEDICARE & MEDICAID SERVICES
LEGAL DEPT.
7500 SECURITY BOULEVARD
BALTIMORE, MD 21244

CITY OF PHILADELPHIA
LAW DEPT
1515 ARCH ST, 17TH FLOOR
PHILADELPHIA, PA  19102

CLIA LABORATORY PROGRAM
C/O CMS LABORATORY PROGRAM
P.O. BOX 530882
ATLANTA, GA  30353-0882

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST.
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016

INT'L BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA  19130

NATL UNION OF HOSPITAL & HEALTHCARE EMPLOYEE
AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA  19107

NATL UNION OF HOSPITAL & HEALTHCARE EMPLOYEE
DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA  19107

NTHRIVE INC
KAY ENNIS
200 NORTH POINT CENTER E
SUITE 600
ALPHARETTA, GA 30022

PA ASSOC. OF STAFF NURSES/ALLIED PROFESSIONAL
PRESIDENT/LEGAL DEPT.
1 FAYETTE STREET, SUITE 475
SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPT. OF HUMAN SERVICES
LEGAL DEPT.
1401 NORTH SEVENTH ST
HARRISBURG, PA  17105

PENNSYLVANIA DEPT. OF HUMAN SERVICES
LEGAL DEPT.
P.O. BOX 2675
HARRISBURG, PA 17105-2675

SMITH & NEPHEW
PETER J BUTERA
150 MINUTEMAN ROAD
ANDOVER, MA 1810

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
BANKRUPTCY DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 15