IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 12, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit C** attached hereto:

- **Notice of Agenda for Hearing Scheduled for July 16, 2019 at 11:00 A.M. (Prevailing Eastern Time) Before the Honorable Kevin Gross, U.S. Bankruptcy Court Judge [Docket No. 160]**

Dated: July 15, 2019

_____
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 15TH day of July, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ACCREDITATION COUNCIL FOR GRADUATION MEDIC<br>ATTN: DOUGLAS CARLSON<br>CARLSON@DOUGCARLSONLAW.COM | AMERICAN RED CROSS<br>TARA SMALLS<br>TARA.SMALLS@REDCROSS.ORG | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM |
| ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM | ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM |
| ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV | BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM | BENEFIT FUND FOR HOSP & HEALTH<br>INFO@1199CFUNDS.ORG | CERNER CORP<br>IAN WILSON<br>IAN.WILSON@CERNER.COM |
| CHAMPION ENERGY<br>NICOLE HASSLER<br>NICOLE.CATES@CHAMPION.ENERGY | CITY OF PHILADELPHIA<br>ROB DUBOW<br>VOUCHERVERIFICATION@PHILA.GOV | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| CONCENTRA<br>CANDICE HENSON<br>CANDICE_HENSON@CONCENTRA.COM | CROTHALL HEALTHCARE INC<br>DENNIS CZAPLICKI<br>DENNIS.CZAPLICKI@CROTHALL.COM | DEPUY SYNTHES SALES<br>PATTY PAGET<br>PPAGET@ITS.JNJ.COM |
| DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>LAWRENCE G. MCMICHAEL<br>LMCMICHAEL@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>PETER C. HUGHES<br>PHUGHES@DILWORTHLAW.COM |
| DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY<br>ANTHONY ESPOSITO<br>AME79@DREXEL.EDU |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | ENSEMBLE RCM LLC<br>JOHN ERICKSON<br>JOHN.ERICKSON@ENSEMBLEHP.COM |
| ERNST & YOUNG LLP<br>AMY DORFMEISTER<br>AMY.DORFMEISTER@EY.COM | GENERAL ELECTRIC CO<br>ARUSHI CHANDRAN<br>ARUSHI.CHANDRAN@GE.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GLOBAL NEUROSCIENCES INSTITUTE<br>DONALD J DAMICO<br>DDAMICO@GNINEURO.ORG | GREATER DELAWARE VALLEY SOCIETY<br>STACY CRAMER<br>SCRAMER@DONORS1.ORG |
| GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | INO THERAPEUTICS LLC<br>BROOKE MITCH<br>BROOKE.MITCH@MNK.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS, LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS, LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MEDLINE INDUSTRIES INC<br>SHANE REED<br>SREED@MEDLINE.COM | MEDTRONIC USA INC<br>BRIAN CASTELEIN CBA<br>BRIAN.J.CASTELEIN@MEDTRONIC.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |

| | | |
|---|---|---|
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | NTT DATA SERVICES LLC<br>SUBBARAO PUSHADAPU<br>BILLING.INQUIRY@NTTDATA.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | OPTUMINSIGHT<br>NICK GULLAND<br>NICHOLAS.GULLAND@OPTUM.COM | PACHULKSKI STANG ZIEHEL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULKSKI STANG ZIEHEL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | QUALITY SYSTEMS INC<br>IRVINETAX@NEXTGEN.COM; IR@NEXTGEN.COM |
| RENAL TREATMENT CENTERS SE LP - DAVITA<br>CLENN FROST<br>ANGEL.BALTAZAR@DAVITA.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNIVERSAL PROTECTION SVS LP<br>AL SANTOSUSSO<br>AL.SANTOSUSSO@AUS.COM | VEOLIA ENERGY PHILADELPHIA INC<br>TRICIA MARTS<br>PATRICIA.MARTS@VEOLIA.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | |

Parties Served: 83

# **EXHIBIT B**

| | | |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>717-787-8242 | OLYMPUS AMERICA INC<br>ERIC VAUTRIN<br>484-896-7788 | PREMIER HEALTHCARE SOLUTIONS<br>KELLEY MASKERI<br>704-733-2114 |
| TEMPLE UNIV HOSPITAL<br>215-204-4660 | | |

Parties Served:  4

# **EXHIBIT C**

| | | |
|---|---|---|
| ACCREDITATION COUNCIL FOR GRADUATE MEDICAL E<br>PRESIDENT/LEGAL DEPT.<br>75 REMITTANCE DR STE, #3222<br>CHICAGO, IL 60675-3222 | CENTERS FOR MEDICARE & MEDICAID SERVICES<br>LEGAL DEPT.<br>7500 SECURITY BOULEVARD<br>BALTIMORE, MD 21244 | CITY OF PHILADELPHIA<br>LAW DEPT<br>1515 ARCH ST, 17TH FLOOR<br>PHILADELPHIA, PA 19102 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>MAIL STOP 5-Q30-133<br>PHILADELPHIA, PA 19104-5016 | INT'L BROTHERHOOD OF ELECTRICAL WORKERS<br>LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | NATL UNION OF HOSPITAL & HEALTHCARE EMPLO<br>AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATL UNION OF HOSPITAL & HEALTHCARE EMPLOYEE<br>DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NTHRIVE INC<br>KAY ENNIS<br>200 NORTH POINT CENTER E<br>SUITE 600<br>ALPHARETTA, GA 30022 | PA ASSOC. OF STAFF NURSES/ALLIED PROFESSIO<br>1 FAYETTE STREET, SUITE 475<br>SUITE 475<br>CONSHOHOCKEN, PA 19428 |
| PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>1401 NORTH SEVENTH ST<br>HARRISBURG, PA 17105 | PENNSYLVANIA DEPT. OF HUMAN SERVICES<br>P.O. BOX 2675<br>HARRISBURG, PA 17105-2675 | SMITH & NEPHEW<br>PETER J BUTERA<br>150 MINUTEMAN ROAD<br>ANDOVER, MA 1810 |
| U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | |

Parties Served: 14