**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**OFFICIAL FORM 309F (FOR CORPORATIONS OR PARTNERSHIPS)**

<u>**Notice of Chapter 11 Bankruptcy Case**</u>                                                                           **12/17**

For each debtor listed below, a case has been filed under chapter 11 of the Bankruptcy Code and an order for relief has been entered. This notice has important information about each case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from each debtor or their property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address listed below, through PACER (Public Access to Court Electronic Records at www.pacer.gov), or at the website created by Omni Management Group, the Debtors' claims and noticing agent, at https://omnimgt.com/centercityhealthcare. **If you would like to receive further notices about these chapter 11 cases, you must enter a notice of appearance in the case or otherwise request to be included on the Debtors' notice list.**

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.      **Full name of each Debtor:**

| Jointly Administered Cases | Case No. | Tax ID. |
|---|---|---|
| **Center City Healthcare, LLC** | **19-11466 (KG)** | **82-2813341** |
| **Philadelphia Academic Health System, LLC** | **19-11467 (KG)** | **82-2918681** |
| **St. Christopher's Healthcare, LLC** | **19-11468 (KG)** | **82-2828395** |
| **Philadelphia Academic Medical Associates, LLC** | **19-11469 (KG)** | **82-2878165** |
| **HPS of PA, L.L.C.** | **19-11470 (KG)** | **46-3301617** |
| **SCHC Pediatric Associates, L.L.C.** | **19-11471 (KG)** | **75-2870527** |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| Jointly Administered Cases | Case No. | Tax ID. |
|---|---|---|
| **St. Christopher's Pediatric Urgent Care Center, L.L.C.** | **19-11472 (KG)** | **45-4656447** |
| **SCHC Pediatric Anesthesia Associates, L.L.C.** | **19-11473 (KG)** | **26-4472326** |
| **StChris Care at Northeast Pediatrics, L.L.C.** | **19-11474 (KG)** | **20-5474056** |
| **TPS of PA, L.L.C.** | **19-11475 (KG)** | **75-2784862** |
| **TPS II of PA, L.L.C.** | **19-11476 (KG)** | **75-2835534** |
| **TPS III of PA, L.L.C.** | **19-11477 (KG)** | **75-2835536** |
| **TPS IV of PA, L.L.C.** | **19-11478 (KG)** | **75-2835537** |
| **TPS V of PA, L.L.C.** | **19-11479 (KG)** | **75-2835540** |

2. All other names used in the last 8 years:

| **Center City Healthcare, LLC** | d/b/a Hahnemann University Hospital |
|---|---|
| **St. Christopher's Healthcare, LLC** | d/b/a St. Christopher's Hospital for Children |
| **StChris Care of Northeast Pediatrics, L.L.C.** | d/b/a St. Chris Care at Falls Center, St. Chris Care at Little Bucks, St. Chris Care at Manayunk Pediatrics |
| **TPS II of PA, L.L.C.** | d/b/a Hahnemann Professional Services |
| **TPS III of PA, L.L.C.** | d/b/a Hahnemann Internal Medicine, Graduate Physician Services, University Primary Care |
| **TPS IV of PA, L.L.C.** | d/b/a Hahnemann Multi-Specialty, Medical Associates of Warminster, University Hand Institute, University Spine Institute, University Orthopedic Institute, Hahnemann Radiology Services |
| **TPS V of PA, L.L.C.** | d/b/a SCHC Clinical Pediatric Associates, StChris Care at Yardley Pediatrics, St. Chris Care at The Reading Hospital, St. Christopher's Hospital for Children Specialty Care at Wills Eye Institute, StChris Care at Washington Township, St. Christopher's Hospital for Children Specialty Care at Wills Eye Institute, St. Christopher's Pediatric Associates, TFPS Cardiology |

3. Addresses of Debtors:

| **Center City Healthcare, LLC**<br>**HPS of PA, L.L.C.**<br>**TPS of PA, L.L.C.**<br>**TPS II of PA, L.L.C.**<br>**TPS III of PA, L.L.C.**<br>**TPS IV of PA, L.L.C.** | **230 North Broad Street**<br>**Philadelphia, PA 19102** |
|---|---|
| **Philadelphia Academic Health System, LLC**<br>**Philadelphia Academic Medical Associates, LLC** | **1500 Market Street**<br>**Suite 2400, West Tower**<br>**Philadelphia, PA 19102** |
| **St. Christopher's Healthcare, LLC**<br>**SCHC Pediatric Associates, L.L.C.**<br>**St. Christopher's Pediatric Urgent Care Center, L.L.C.**<br>**SCHC Pediatric Anesthesia Associates, L.L.C.**<br>**StChris Care at Northeast Pediatrics, L.L.C.**<br>**TPS V of PA, L.L.C.** | **160 East Erie Avenue**<br>**Philadelphia, PA 19134** |

2

4.  **Debtors' counsel:**

    **SAUL EWING ARNSTEIN & LEHR LLP**

    | | |
    |---|---|
    | Mark Minuti | Jeffrey C. Hampton |
    | Monique B. DiSabatino | Adam H. Isenberg |
    | 1201 N. Market Street, Suite 2300 | Aaron S. Applebaum |
    | P.O. Box 1266 | Centre Square West |
    | Wilmington, DE  19899 | 1500 Market Street, 38th Floor |
    | Telephone: (302) 421-6800 | Philadelphia, PA 19102 |
    | Fax: (302) 421-5873 | Telephone: (215) 972-7700 |
    | mark.minuti@saul.com | Fax: (215) 972-7725 |
    | monique.disabatino@saul.com | jeffrey.hampton@saul.com |
    | | adam.isenberg@saul.com |
    | | aaron.applebaum@saul.com |

5.  **Bankruptcy clerk's office:**

    | | | |
    |---|---|---|
    | Documents in these cases may be filed at this address. | **824 Market Street, 3rd Floor Wilmington, DE 19801** | **Hours open: Monday − Friday 8:00 AM − 4:00 PM Contact phone  302−252−2900** |

    You may inspect all records filed in this case at this office or online at either www.pacer.gov or omnimgt.com/centercityhealthcare

6.  **Meeting of creditors:**

    | | | |
    |---|---|---|
    | The debtors' representative must attend the meeting to be questioned under oath. | **Date and Time:** **August 7, 2019 at 2:00 p.m. (EST)** | **Location:** **J. Caleb Boggs Federal Building 844 King Street, 3rd Floor, Room 3209 Wilmington, DE 19801** |
    | Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | |

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.  Additionally, Debtor(s) must also present  photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID   and/or original verification of your social security number, please contact the Office of the United States Trustee at (302) 573-6491.**

7.  **Proof of claim deadline:**

    **Deadline for filing proof of claim:  Not yet set.  If a deadline is set, notice will be sent at a later  time.**

    A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document.  For more information on how to file a Proof of Claim,  visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims−information or https://omnimgt.com/centercityhealthcare.

    Your claim will be allowed in the amount scheduled unless:

    - Your claim is designated as disputed, contingent or unliquidated;
    - You file a proof of claim in a different amount; or
    - You receive another notice

3

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at either www.pacer.gov or https://omnimgt.com/centercityhealthcare. Subject to Court approval, the Debtors intend to file their schedules on or before August 14, 2019.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8.    Exception to discharge deadline:**

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:  To be determined.**

**9.    Creditors with a foreign address:**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10.    Filing a Chapter 11 bankruptcy case:**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of their property and may continue to operate their business.

**11.    Discharge of debts:**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**If you have questions about this notice, please call (866)-662-2281, or visit https://omnimgt.com/centercityhealthcare.**

35601458.2 07/15/2019