**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) **Re: Docket No. 160** |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR JULY 16, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3,4]**

**THIS HEARING IS CONTINUED TO JULY 19, 2019 AT 10:00 A.M.**

**CONTINUED MATTERS:**

1. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing [D.I. 15; filed: 07/01/19]

   Responses Received:

   A.   Response of the City of Philadelphia [D.I. 49; filed: 07/01/19]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

    B.    Objection of the Commonwealth of Pennsylvania Department of Health [D.I. 51; filed: 07/01/19]

    C.    Limited Objection of Drexel University [D.I. 66; filed: 07/02/19]

    D.    Objections of the Commonwealth of Pennsylvania as *Parens Patriae* [D.I. 102; filed: 07/05/19]

    E.    Objection of Pennsylvania Association of Staff Nurses and Allied Professionals [D.I. 105; filed: 07/05/19]

    F.    Response of the Accreditation Council for Graduate Medical Education [D.I. 122; filed: 07/08/19]

Related Documents:

    A.    Order [D.I. 101; signed and docketed: 07/03/19]

Status: This matter is continued to the hearing scheduled for July 19, 2019 at 10:00 a.m.

**MATTERS GOING FORWARD:**

2.    Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [D.I. 142; filed: 07/09/19]

Response Deadline: July 15, 2019 at 4:00 p.m.

**Responses Received:**

    **A.**    **Statement of Drexel University in Support of Motion [D.I. 175; filed: 07/15/19]**

    **B.**    **Limited Objection of the Commonwealth of Pennsylvania Department of Health [D.I. 185; filed: 07/15/19]**

    **C.**    **Limited Objection of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 186; filed: 07/15/19]**

    **D.**    **Limited Objection of the United States [D.I. 188; filed: 07/15/19]**

**E.** **Response and Reservation of Rights of the Accreditation Council for Graduate Medical Education [D.I. 191; filed: 07/15/19]**

Related Documents:

A. Order Pursuant to Local Rule 9006-1(e), Shortening the Time for Notice of the Hearing to Consider Bidding Procedures in the Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [D.I. 147; signed and docketed: 07/10/19]

B. Notice of Hearing [D.I. 155; filed: 07/11/19]

**Status:** **At the request of the Official Committee of Unsecured Creditors, the bidding procedures motion will be continued to the hearing scheduled for July 19, 2019 at 10:00 a.m.**

Dated: July 15, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE 19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

       -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Aaron S. Applebaum (DE Bar No. 5587)
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7700
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       aaron.applebaum@saul.com

       *Proposed Counsel for Debtors and*
       *Debtors in Possession*