# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a<br>Hahnemann University Hospital, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. 187** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the Accreditation Council for Graduate Medical Education, by and through their undersigned counsel, hereby withdraws the *Response and Reservation of Rights to Debtors' Bidding Procedures Motion* (D.I. 187), filed July 15, 2019, without prejudice.

Dated: July 15, 2019　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　 */s/ Curtis Miller*
　　　　　　　　　　　　　　　　　　　Curtis Miller (No. 4583)
　　　　　　　　　　　　　　　　　　　1201 N. Market Street, 16th Floor
　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-1347
　　　　　　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-3989
　　　　　　　　　　　　　　　　　　　cmiller@mnat.com

　　　　　　　　　　　　　　　　　　　- and –

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C.(5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

NEAL, GERBER & EISENBERG LLP
Thomas C. Wolford
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747
twolford@nge.com

- and –

DOUGLAS CARLSON LLC
Douglas Carlson
330 N. Wabash, #3300
Chicago, IL 60611
Telephone: (312) 241-1166
carlson@dougcarlsonlaw.com

*Co-Counsel to Accreditation Council for Graduate Medical Education*

12952034.1