### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, *et al.*, | ) ) | Case No. 19-11466-KC |
| Debtors, | ) ) ) ) | |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned, admitted pro hac vice, enters an appearance in this case on behalf of Creditor **Pennsylvania Association of Staff Nurses and Allied Professionals.**

Respectfully submitted,

Date: July 16, 2019

*/s/ Mitchell Malzberg*
Mitchell Malzberg, Esq.
Law Offices of Mitchell **J.** Malzberg, LLC
PO Box 5122, 6 E. Main Street, Suite 7
Clinton, New Jersey 08809

Telephone: 908-323-2958
E-mail: mmalzberg@mjmalzberglaw.com

*Attorneys for Pennsylvania Association of Staff Nurses and Allied Professionals*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of July 2019, the foregoing Notice of Appearance was served through the Comt's electronic filing system on the following:

Saul Ewing, LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Debtor's Counsel


Date:   July 16, 2019                              _/s/ Mitchell Malzberg_
                                                   Mitchell Malzberg, Esq.