# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC ) | |
| d/b/a HAHNEMANN UNIVERSITY ) | Case No. 19-11466 (KG) |
| HOSPITAL, *et al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF IRA NEIL RICHARDS

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Ira Neil Richards, Esq. of Schnader Harrison Segal & Lewis LLP to represent the Commonwealth of Pennsylvania Department of Health (the "PA DOH") in this case.

Date: July 16, 2019
        */s/ Daniel M. Pereira*
        Richard A. Barkasy (#4683)
        Daniel M. Pereira (#6450)
        SCHNADER HARRISON SEGAL & LEWIS LLP
        824 North Market Street, Suite 800
        Wilmington, DE 19801
        Telephone: (302) 888-4554
        Facsimile: (302) 888-1696
        rbarkasy@schnader.com
        dpereira@schander.com

        *Counsel for the Commonwealth of Pennsylvania Department of Health*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 16, 2019
/s/ Ira Neil Richards
Ira Neil Richards, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205
Email: irichards@schnader.com