## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> CENTER CITY HEALTHCARE, LLC ) <br> d/b/a HAHNEMANN UNIVERSITY ) <br> HOSPITAL, *et al.*, ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 19-11466 (KG) <br><br> Jointly Administered |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF IRA NEIL RICHARDS

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Ira Neil Richards, Esq. of Schnader Harrison Segal & Lewis LLP to represent the Commonwealth of Pennsylvania Department of Health (the "PA DOH") in this case.

Date: July 16, 2019

*/s/ Daniel M. Pereira*
Richard A. Barkasy (#4683)
Daniel M. Pereira (#6450)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696
rbarkasy@schnader.com
dpereira@schander.com

*Counsel for the Commonwealth of Pennsylvania Department of Health*

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

**Dated: July 16th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**