**Exhibit A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Related to Docket No. ___** |

**ORDER SHORTENING TIME FOR NOTICE
OF THE HEARING TO CONSIDER THE BIDDING PROCEDURES IN THE
DEBTORS' MOTION FOR ENTRY OF (A) AN ORDER (I) SCHEDULING
A HEARING TO CONSIDER APPROVAL OF THE SALE OR SALES
OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE,
LLC AND CERTAIN RELATED DEBTORS AND THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, (II) APPROVING CERTAIN BIDDING PROCEDURES, ASSUMPTION
AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE
THEREOF, (III) ESTABLISHING PROCEDURES IN CONNECTION WITH THE
SELECTION OF AND PROTECTIONS AFFORDED TO ANY STALKING HORSE
PURCHASERS, AND (IV) GRANTING RELATED RELIEF; AND (B) ONE OR MORE
ORDERS (I) APPROVING THE SALES OR OTHER ACQUISITION TRANSACTIONS
FOR THE ASSETS, (II) AUTHORIZING THE SALES FREE AND CLEAR OF ALL
ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND
<u>(IV) GRANTING RELATED RELIEF</u>**

Upon the motion (the "**Motion to Shorten**")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-referenced chapter 11 cases (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to such terms in the Motion to Shorten.

"**Chapter 11 Cases**"), for entry of an Order shortening the applicable notice period for the Sale and Bidding Procedures Motion as it relates to the Bidding Procedures Hearing, pursuant to Local Rule 9006-1(e); and this Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

      **ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is granted, as set forth herein.

2. Approval of the Bidding Procedures Order shall be considered on _____, 2019 at _____:_____ (EST), and any objection or response requested shall be filed by _____, 2019 at ____:_____ (EST).

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.