# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To: Center City Healthcare, LLC**
**230 North Broad Street**
**Philadelphia, PA 19102**
**PHILADELPHIAPA**

**Saul Ewing Arnstein & Lehr LLP**
**1201 N. Market Street, Suite 2300**
**P.O. Box 1266**
**Wilmington, DE 19899**

**RE:** *1911466 In Re: Center City Healthcare, LLC*

Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above–mentioned case is to be scheduled on **August 7, 2019** at **2:00PM**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before July 17, 2019 and file the Notice and Certificate of Service with the Court no later than July 24, 2019.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281–1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 7/17/19

*[signature: Una O'Boyle]*

Una O'Boyle, *Clerk of Court*

(VAN–472)