# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JasonSp | Date Created: 7/17/2019 |
| Case: 19−11466−KG | Form ID: van472 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Aaron S. Applebaum | aaron.applebaum@saul.com |
| aty | Adam H. Isenberg | aisenberg@saul.com |
| aty | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| aty | Mark Minuti | mark.minuti@saul.com |
| aty | Monique Bair DiSabatino | monique.disabatino@saul.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Center City Healthcare, LLC | 230 North Broad Street | Philadelphia, PA 19102 |

TOTAL: 1