IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (KG)<br>)<br>) Jointly Administered<br>)<br>)<br>) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101–1532, et seq. (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code") and Rule 9019(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sills Cummis & Gross P.C. and Fox Rothschild LLP enter their appearance as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Thomas M. Horan
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 480-9412
E-mail: thoran@foxrothschild.com

-and-

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
E-mail: asherman@sillscummis.com
E-mail: bmankovetskiy@sillscummis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notices, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein,

Dated: July 17, 2019                              **FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: thoran@foxrothschild.com


-and-

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500
E-mail: asherman@sillscummis.com
E-mail: bmankovetskiy@sillscummis.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I, Thomas M. Horan, hereby certify that on July 17, 2019, a true and correct copy of the *Notice of Entry of Appearance and Demand for Service of Papers* was served as follows: (1) electronically on those parties who consented to electronic service, and (2) by first class mail on all remaining parties on the attached service list.

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email |
|---|---|---|---|---|---|---|
| American Red Cross | Attn: Tara Smalls | 430 17th St NW | Washington, DC 20006 | | | Tara.Smalls@redcross.org |
| Arent Fox LLP | Attn: George Angelich/ Phillip Khezri | 1301 Ave of the Americans, Fl 42 | New York, NY 10019 | | | george.angelich@arentfox.com |
| Arent Fox LLP | | | | | | phillip.khezri@arentfox.com |
| Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl. | P.O. Box 1150 | Wilmington, DE 19899-1150 | | gtaylor@ashbygeddes.com |
| Ashby & Geddes, P.A. | | | | | | kearle@ashbygeddes.com |
| Attorney for the City of PA, City of PA Law Depart | Attn: Megan Harper | 1401 JFK Building, 5th FL | Philadelphia, PA 19102-1595 | | | Megan.Harper@phila.gov |
| Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market Street, 51st Floor | Philadelphia, PA 19103 | | | marriott@ballardspahr.com |
| Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | | daluzt@ballardspahr.com |
| Ballard Spahr LLP | | | | | | mcclambc@ballardspahr.com |
| Bayard, P.A. | Attn: Justin Alberto/ Sophie Macon | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | jalberto@bayardlaw.com |
| Bayard, P.A. | | | | | | smacon@bayardlaw.com |
| Benefit Fund For Hosp & Health | 1319 Locust St | Philadelphia, PA 19107 | | | | info@1199cfunds.org |
| Cerner Corp | Attn: Ian Wilson | 2800 Rockcreek Pkwy | Kansas City, MO 64117 | | | ian.wilson@cerner.com |
| Champion Energy | Attn: Nicole Hassler | 1500 Rankin Rd, Ste 200 | Houston, TX 77073 | | | nicole.cates@champion.energy |
| City of Philadelphia | Attn: Rob Dubow | Code Violation Enforcement Div | P.O. Box 56318 | Philadelphia, PA 19130 | | voucherverification@phila.gov |
| City of Philadelphia | Attn: Law Dept | 1515 Arch St, 17th Fl | Philadelphia, PA 19102 | | | |
| Commonwealth of PA, Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us |
| Concentra | Attn: Candice Henson | dba Concentra Medical Centers | 5080 Spectrum Dr, 1200W | Addison, TX 75001 | | candice_henson@concentra.com |
| Crothall Healthcare Inc | Attn: Dennis Czaplicki | 13028 Collections Ctr Dr | Chicago, IL 60693 | | | dennis.czaplicki@crothall.com |
| Denton US, LLP | Attn: Oscar Pinkas/ Lauren Macksoud | 1221 Ave of the Americans | New York, NY 10020 | | | oscar.pinkas@dentons.com |
| Dentons US, LLP | | | | | | lauren.macksoud@dentons.com |
| Depuy Synthes Sales | Customer Receivables Management | Attn: Patty Paget | Highway 22 N | Somerville, NJ 08876-1051 | | ppaget@its.jnj.com |
| Dilworth Paxson | | | | | | phughes@dilworthlaw.com |
| Dilworth Paxson LLP | Attn: Peter C. Hughes | One Customs House, Suite 500 | 704 King Street | Wilmington, DE 19801 | | phughes@dilworthlaw.com |
| Dilworth Paxson LLP | Attn: Lawrence G. McMichael/Peter C. Hughes | 1500 Market Street, Suite 3500E | Philadelphia, PA 19102 | | | lmcmichael@dilworthlaw.com |
| DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | | stuart.brown@dlapiper.com |
| DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | | richard.chesley@dlapiper.com |
| Drexel University | Attn: Anthony Esposito | 3201 Arch St, Ste 420 | Philadelphia, PA 19104 | | | ame79@drexel.edu |
| Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 | scozen@cozen.com |
| Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | patrick.jackson@dbr.com |
| Ensemble Rcm LLC | Attn: John Erickson | 13620 Reese Blvd, Ste 200 | Huntersville, NC 28078 | | | john.erickson@ensemblehp.com |
| Ernst & Young LLP | Attn: Amy Dorfmeister | Pittsburg Natl Bank 640382 | c/o Ernst & Young Us LLP | 1 PPG Pl #2100 | Pittsburgh, PA 15264 | amy.dorfmeister@ey.com |
| General Electric Co | Attn: Arushi Chandran | dba Ge Healthcare | 9900 Innovation Dr | Wauwatosa, WI 53226-4856 | | arushi.chandran@ge.com |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | hcohen@gibbonslaw.com |
| Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | | dbarney@gibbonslaw.com |
| Global Neurosciences Institute | Attn: Donald J Damico | 3100 Princeton Pk, Bldg 3, Ste D | Lawrenceville, NJ 08648 | | | ddamico@gnineuro.org |
| Greater Delaware Valley Society | Attn: Stacy Cramer | 401 N 3rd St | Philadelphia, PA 19123 | | | scramer@donors1.org |
| Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | | MeloroD@gtlaw.com |
| Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | | petermann@gtlaw.com |
| Ino Therapeutics LLC | dba Mallinckrodt Pharmaceuticals | Attn: Brooke Mitch | 1425 US Route 206 | Bedminster, NJ 07921 | | brooke.mitch@mnk.com |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | |
| International Brotherhood of | Electrical Workers, Local 98 | 1701 Spring Garden St | Philadelphia, PA 19130 | | | |
| Kirkland & Ellis LLP | Attn: Nicole Greenblatt | 601 Lexington Ave | New York, NY 10022 | | | nicole.greenblatt@kirkland.com |
| Kirkland & Ellis, LLP | Attn: Stephen Hackney/Greogry Pesce | 300 N LaSalle | Chicago, IL 60654 | | | stephen.hackney@kirkland.com |
| Kirkland & Ellis, LLP | | | | | | gregory.pesce@kirkland.com |
| Kurtzman, Steady, LLC. | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | | kurtzman@kurtzmansteady.com |
| Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | | jwalters@markowitzandrichman.com |
| Markowitz and Richman | Attn: Claiborne S. Newlin | Legal Arts Building | 1225 King St, Ste 804 | Wilmington, DE 19801 | | cnewlin@markowitzandrichman.com |
| Medline Industries Inc | Attn: Shane Reed | Three Lakes Dr | Northfield, IL 60093 | | | sreed@medline.com |
| Medtronic Usa Inc | Attn: Brian Castelein CBA | 4642 Collections Center Dr | Chicago, IL 60693 | | | brian.j.castelein@medtronic.com |
| Moye White LLP | Attn: Timothy M. Swanson/Vikrama S. Chandrashekar | 1400 16th St, 6th Fl | Denver, CO 80202 | | | tim.swanson@moyewhite.com |
| Moye White LLP | | | | | | Vika.Chandrashekar@moyewhite.com |
| National Union of Hospital and | Healthcare Employees, District 1199C | 1319 Locust St | Philadelphia, PA 19107 | | | |
| National Union of Hospital and | Healthcare Employees, AFSCME, AFL-CIO | 1319 Locust St | Philadelphia, PA 19107 | | | |
| Nthrive Inc | Attn: Kay Ennis | 200 North Point Center E, Ste 600 | Alpharetta, GA 30022 | | | |
| NTT Data Services LLC | Attn: SubbaRao Pushadapu | 7950 Legacy Dr, Ste 900 | Plano, TX 75024 | | | billing.inquiry@nttdata.com |
| O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19106 | | | lgeren@odonoghuelaw.com |
| Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | | cmomjian@attorneygeneral.gov |
| Office of Attorney General | | | | | | crmomjian@attorneygeneral.gov |
| Office of Attorney General | | | | | | ddembe@attorneygeneral.gov |
| Office of Attorney General | | | | | | lrhode@attorneygeneral.gov |
| Office of Attorney General | | | | | | rbsmith@attorneygeneral.gov |
| Office of the Attorney General | Attn: Josh Shapiro, Esquire | Attn: Bankruptcy Dept | 16th Fl, Strawberry Square | Harrisburg, PA 17120 | | |
| Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 | usade.ecfbankruptcy@usdoj.gov |
| Office of The United States Trustee | Attn: Benjamin Hackman | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801-3519 | | benjamin.a.hackman@usdoj.gov |
| Olympus America Inc | Attn: Eric Vautrin | 3500 Corporate Pkwy | Center Valley, PA 18034-0610 | | | |

| Name | Attn | Address 1 | Address 2 | Address 3 | Address 4 | Address 5 | Email |
|---|---|---|---|---|---|---|---|
| Optuminsight | Attn: Nick Gulland | 11000 Optum Cir | Eden Prairie, MN 55344 | | | | nicholas.gulland@optum.com |
| Pachulkski Stang Ziehel & Jones LLP | Attn: Laura Jones/Timothy Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | | | ljones@pszjlaw.com |
| Pachulkski Stang Ziehel & Jones LLP | | | | | | | tcairns@pszjlaw.com |
| Pennsylvania Association of | Staff Nurses and Allied Professionals | 1 Fayette Street, Suite 475 | Conshohocken, PA 19428 | | | | |
| Pennsylvania Dept. of Human Services | 1401 North Seventh St | Harrisburg, PA  17105 | | | | | |
| Pennsylvania Dept. of Human Services | P.O. Box 2675 | Harrisburg, PA 17105-2675 | | | | | |
| Polsinelli P.C | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | | | cward@polsinelli.com |
| Premier Healthcare Solutions | Attn: Kelley Maskeri | 5882 Collections Center Dr | Chicago, IL 60693 | | | | |
| Quality Systems Inc | 18111 Von Karman Ave, Ste 700 | Irvine, CA 92612 | | | | | irvinetax@nextgen.com; ir@nextgen.com |
| Renal Treatment Centers Se LP - Davita | Attn: Clenn Frost | 2476 East Swedesford Rd, Ste 150 | Malvern, PA 19355 | | | | angel.baltazar@davita.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti/Monique DiSabatino | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington, DE  19899 | | | mark.minuti@saul.com |
| Saul Ewing Arnstein & Lehr LLP | | | | | | | monique.disabatino@saul.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Jeffrey Hampton/Adam Isenberg | Attn: Aaron Applebaum | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia, PA 19102 | | jeffrey.hampton@saul.com |
| Saul Ewing Arnstein & Lehr LLP | | | | | | | adam.isenberg@saul.com |
| Saul Ewing Arnstein & Lehr LLP | | | | | | | aaron.applebaum@saul.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy/Daniel M. Pereira | 824 N. Market St, Ste 800 | Wilmington, DE 19801 | | | | rbarkasy@schnader.com |
| Schnader Harrison Segal & Lewis LLP | | | | | | | dpereira@schnader.com |
| Smith & Nephew | Attn: Peter J Butera | 150 Minuteman Rd | Andover, MA 01810 | | | | |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | | | jhh@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Ctr, Ste 200 | King of Prussia, PA 19406 | | | | rl@stevenslee.com |
| Stradley Ronan Stevens & Young LLP | Attn: Deborah A. Reperowitz | 100 Park Avenue, Suite 2000 | New York, NY 10017 | | | | dreperowitz@stradley.com |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Joelle E. Polesky | 1000 N West St, Ste 1279 | Wilmington, DE 19801 | | | | jpolesky@stradley.com |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Gretchen M. Santamour | 2005 Market St, Ste 2600 | Philadelphia, PA 19103 | | | | gsantamour@stradley.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | | | streusand@slollp.com |
| Temple Univ Hospital | Cashier Office | 3401 No Broad St, Rm A 131 | Philadelphia, PA 19140 | | | | |
| The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N Market St, Ste 810 | Wilmington, DE 19801 | | | | rosner@teamrosner.com |
| Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 Third Ave | New York, NY 10022 | | | louis.curcio@troutman.com |
| Troutman Sanders LLP | | | | | | | jessica.mikhailevich@troutman.com |
| Troutman Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | | | matthew.brooks@troutman.com |
| U.S. Department of Justice | Attn: Marc Sacks | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-875 | | marcus.s.sacks@usdoj.gov |
| United States Department of Justice | Attn: Civil Division | 1100 L St, NW, 10030 | Washington, DC  20005 | | | | |
| United States Deptarment of Justice | 950 Pennsylvania Ave, NW | Washington, DC  20530-0001 | | | | | |
| Universal Protection SVS LP | Attn: Al Santosusso | 1551 North Tustin Ave, Ste 650 | Santa Ana, CA 92705 | | | | al.santosusso@aus.com |
| Veolia Energy Philadelphia Inc | Attn: Tricia Marts | 2600 Christian St | Philadelphia, PA 19146 | | | | patricia.marts@veolia.com |
| White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | | | casarinom@whiteandwilliams.com |
| White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th FL | Philadelphia, PA 19103 | | | | vulpioa@whiteandwilliams.com |