# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Hayes Locum, LLC ("Hayes") hereby appears by their counsel, Hogan♦McDaniel. Hogan♦McDaniel hereby requests that the undersigned attorneys be added to the official mailing matrix and service lists in these cases. Hayes requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, §§ 101–1532 (as amended, the "Bankruptcy Code"), that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Hayes through service upon Hogan♦McDaniel,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

at the address, emails, and/or facsimile number set forth below:

    **HOGAN♦MCDANIEL**
    Daniel K. Hogan
    Garvan F. McDaniel
    Daniel C. Kerrick
    1311 Delaware Avenue
    Wilmington, DE 19805
    Telephone: (302) 656-7540
    Facsimile: (302) 656-7599
    Email: dkhogan@dkhogan.com
           gfmcdaniel@dkhogan.com
           dckerrick@dkhogan.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demands includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings arising therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Hayes': (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Hayes is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses,

setoffs, and recoupments are hereby expressly reserved.

Dated: July 17, 2019
       Wilmington, Delaware        **HOGAN♦MCDANIEL**

                                        */s/Daniel K. Hogan*
                                        Daniel K. Hogan (No. 2814)
                                        Garvan F. McDaniel (No. 4167)
                                        Daniel C. Kerrick (No. 5027)
                                        1311 Delaware Avenue
                                        Wilmington, DE 19805
                                        Telephone: (302) 656-7540
                                        Facsimile: (302) 656-7599
                                        Email: dkhogan@dkhogan.com
                                                     gfmcdaniel@dkhogan.com
                                                     dckerrick@dkhogan.com

                                      *Counsel for Hayes Locum, LLC*