**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of July 2019, the foregoing Notice of Appearance was served through the Court's electronic filing system on the following:

Saul Ewing, LLP
1201 North Market Street
Suite 2300
Wilmington, DE 19801

Date: July 17, 2019            /s/ *Daniel K. Hogan*
                               Daniel K. Hogan (No. 2814).