# EXHIBIT B

## DISABATINO DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

## DECLARATION OF MONIQUE B. DISABATINO IN SUPPORT OF DEBTORS' APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SAUL EWING ARNSTEIN & LEHR LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

I, Monique B. DiSabatino, being duly sworn, state the following under penalty of perjury.

1.    I am a partner in the law firm of Saul Ewing Arnstein & Lehr LLP ("**SEAL**"), which maintains offices for the practice of law at 1201 N. Market Street, Suite 2300, Wilmington, Delaware, as well as in Boca Raton, Fort Lauderdale, Miami and West Palm Beach, Florida, Chicago, Illinois, Minneapolis, Minnesota, Philadelphia, Harrisburg, Chesterbrook, and Pittsburgh, Pennsylvania, Newark and Princeton, New Jersey, Baltimore, Maryland, Boston, Massachusetts and Washington, D.C., and am duly admitted to practice law in the State of Delaware and the United States District Court for the District of Delaware.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2.      I am in all respects competent to make this Declaration (the "**Declaration**") in support of the application (the "**Application**")[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") to retain SEAL as their bankruptcy counsel, *nunc pro tunc* to the Petition Date, and in compliance with section 329(a) of the Bankruptcy Code, Bankruptcy Rule 2016(b) and Local Rule 2016-1.

3.      The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

### Services to Be Provided

4.      The professional services that SEAL will render to the Debtors in these chapter 11 cases will include, but shall not be limited to, the following:

a.      providing legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their businesses and management of their properties;

b.      preparing and pursuing confirmation of a plan and approval of a disclosure statement;

c.      preparing, on behalf of the Debtors, necessary applications, motions, answers, orders, reports, and other legal papers;

d.      appearing in Court and protecting the interests of the Debtors before the Court;

e.      providing assistance, advice and representation concerning any investigation of the assets, liabilities and financial condition of the Debtors that may be required under local, state or federal law or orders of this or any other court of competent jurisdiction;

f.      providing counseling and representation with respect to the closure of Hahnemann University Hospital, the assumption or rejection of executory contracts and leases, sales of assets and other bankruptcy-related matters arising from these chapter 11 cases; and

---

[2]      Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Application.

2

g.      performing all other services assigned by the Debtors to SEAL as counsel to the Debtors, and to the extent the Firm determines that such services fall outside of the scope of services historically or generally performed by SEAL as counsel in a bankruptcy proceeding, SEAL will file a supplemental declaration pursuant to Bankruptcy Rule 2014.

5.      By separate application or motion, the Debtors have requested, or will request, Court approval of the retentions of: (i) EisnerAmper LLP to provide a chief restructuring officer, an interim system chief executive officer and related services; (ii) SSG Advisors LLP as investment banker; (iii) Omni Management Group as claims and noticing agent and administrative advisor; and (iv) Klehr Harrison Harvey and Branzburg LLP as special counsel to the Debtors ("**Klehr Harrison**").  In addition, the Debtors also may file motions or applications to employ additional professionals.  SEAL is prepared to work closely with each professional to ensure that there is no unnecessary duplication of effort or cost.

6.      In particular, there should be no duplication of effort undertaken by SEAL and Klehr Harrison.  Given SEAL's representation of Drexel University d/b/a Drexel University College of Medicine ("**Drexel**") in other matters, and in order to avoid any potential conflict of interest, SEAL will not be partaking in any legal matters or issues in which the Debtors are adverse to Drexel.  Instead, subject to Court approval, Klehr Harrison will be retained by the Debtors to provide advice and other assistance in matters adverse to Drexel.

## <u>Compensation</u>

7.      SEAL was retained by the Debtors pursuant to an engagement letter dated April 17, 2019 (the "**Engagement Agreement**").  In accordance with the Initial Engagement Agreement, on April 23, 2019, SEAL received a retainer in the amount of $60,000 (as replenished, the "**Retainer**") in connection with advising the Debtors regarding restructuring options.  On May 7, 2019, June 6, 2019 and June 21, 2019, SEAL received additional Retainers

3

in the amounts of $50,000, $60,000 and $20,000, respectively.  On June 17, 2019, SEAL drew

down on the Retainer balance in the amount of $28,525.75.

8.  On June 28, 2019, the Debtors provided SEAL with an additional Retainer of

$600,000 in connection with the preparation and filing of these Chapter 11 Cases.  Prior to the

Petition Date, on June 28, 2019, SEAL applied $417,527.40 of the Retainer to cover fees and

expenses incurred, as well as chapter 11 filing fees.  The remainder of the Retainer, in the

amount of $343,946.85, will constitute an advance security retainer to be applied against SEAL's

allowed fees and expenses, except as permitted by the Court.

9.  The dates and amounts of the payments received by SEAL in connection with the

Retainer, and the dates and amounts of the application of the Retainer prior to the Petition Date

are set forth below:

| Date | Nature of Payment | Amount |
|------|-------------------|--------|
| 4/23/2019 | Retainer | $60,000.00 |
| 5/7/2019 | Retainer | $50,000.00 |
| 6/6/2019 | Retainer | $60,000.00 |
| 6/21/2019 | Retainer | $10,000.00 |
| 6/21/2019 | Retainer | $10,000.00 |
| 6/17/2019 | Payment from Retainer | $28,525.75 |
| 6/27/2019 | Retainer | $600,000.00 |
| 6/28/2019 | Payment from Retainer | $321,118.20 |
| 6/28/2019 | Payment from Retainer | $96,409.20 |
|  | **Balance** | **$343,946.85** |

10.  Within the year preceding the Petition Date, Saul Ewing received no other

payments from the Debtors on account of services rendered or to be rendered in contemplation of

or in connection with these Chapter 11 Cases.

11.  SEAL intends to apply for compensation for professional services rendered in

connection with these chapter 11 cases subject to the approval of this Court and compliance with

applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, the UST

Guidelines and any Orders entered in these chapter 11 cases concerning compensation of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.

12.     All filing fees in these chapter 11 cases have been paid in full.

13.     The attorneys primarily responsible for representing the Debtors, and their current standard hourly rates, are:

| Name | Title | 2019 Hourly Rate |
|---|---|---|
| Jeffrey C. Hampton | Partner | $650.00 |
| Mark Minuti | Partner | $745.00 |
| Adam H. Isenberg | Partner | $650.00 |
| Monique B. DiSabatino | Partner | $435.00 |
| Aaron S. Applebaum | Associate | $395.00 |
| Jeremiah J. Vandermark | Associate | $335.00 |
| Melissa Martinez | Associate | $295.00 |

14.     In addition, other attorneys and paralegals will be involved as necessary and appropriate to represent the Debtors, and SEAL's hourly rates for other attorneys and professionals are as follows:

| Billing Category | Range |
|---|---|
| Partners | $385 - $975 |
| Special Counsel | $375 - $850 |
| Associates | $250 - $435 |
| Paraprofessionals | $60 - $360 |

15.     These hourly rates are subject to periodic adjustment (typically in January or July of each year) to reflect economic and other conditions.  In addition, pursuant to the Engagement Agreement, SEAL has agreed to a discount on its invoices equal to 10% of the fees included in each invoice.  SEAL will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services described above.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover

5

fixed and routine overhead expenses.  It is SEAL's policy to charge its clients for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges at the rate of $0.10 per page, travel expenses, expenses for "working meals", computerized research, transcription costs, as well as non-ordinary overhead expenses (which shall not include secretarial or other overtime in these cases).  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients, subject to the Local Rules of this Court.

16.    No promises have been received by SEAL, nor by any partner, counsel, or associate thereof, as to compensation in connection with these chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code.  SEAL has no agreement with any other entity to share with such entity any compensation received by SEAL in connection with these cases.

[remainder of page left intentionally blank]

Finally, consistent with Part D(1) of the UST Guidelines, I state as follows:

| Questions required by Part DI of 2013 UST Guidelines: | Answer: |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | SEAL was retained by the Debtors on or about April 17, 2019 and the billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application. |
| Has your client approved your respective budget and staffing plan, and if so, for what budget period? | The Debtors approved or will be approving a prospective budget and staffing plan for SEAL's engagement for the postpetition period, as appropriate. In accordance with the UST Guidelines, the budget may be amended as necessary to reflected changed or unanticipated developments. |

## SEAL's Disinterestedness

17.     To determine its relationship with parties in interest in these chapter 11 cases,

SEAL researched its database (which extends back several decades and, particularly as to the

former Saul Ewing LLP, extends back to the 1970's) to determine whether it has any

relationships with the entities on the "Conflicts Search List" attached hereto as **Exhibit 1** and

incorporated herein. The entities set forth on **Exhibit 1** are comprised of the Debtors and other

parties-in-interest in these chapter 11 cases. All of the entities on **Exhibit 1** were searched

7

through SEAL's computer system and circulated to all attorneys at SEAL to determine whether SEAL has any relationship therewith.  SEAL will continue to supplement this Declaration as appropriate upon completion of its additional search and as additional creditors, equity holders, or parties-in-interest are identified in this case.

18.     To the extent that such search indicated that SEAL has a relationship with, or connection to, any such entity in matters unrelated to the Debtors or these Chapter 11 Cases, the identities of such entities are set forth on **Exhibit 2**.  As set forth in greater detail on **Exhibit 2**, and subject to any explanations and/or exceptions contained therein, SEAL (a) does not hold or represent any interest adverse to the Debtors or their estates, and (b) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

19.     In light of the extensive number of creditors and other parties in interest in these cases, neither SEAL nor I are able to conclusively identify all potential relationships.  To the extent that SEAL discovers any facts bearing on the matters described herein during the period of SEAL's retention, SEAL will amend and supplement the information contained in this Declaration to disclose such facts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 17, 2019

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino

**EXHIBIT 1**

**Conflicts Search List**

**Debtors**
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
St. Christopher's Healthcare, LLC
Center City Healthcare, LLC
HPS of PA, L.L.C.
TPS II of PA, L.L.C.
TPS III of PA, L.L.C.
TPS IV of PA, L.L.L.
SCHC Pediatric Associates, L.L.C.
SCHC Pediatric Anesthesia Associates, L.L.C.
StChris Care at Northeast Pediatrics, L.L.C.
TPS of PA, L.L.C.
St. Christopher's Pediatric Urgent Care Center, L.L.C.
TPS V of PA, L.L.C

**Non-Debtor Affiliates**
Front Street Healthcare Properties, LLC
Front Street Healthcare Properties II, LLC
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Physicians Clinical Network, LLC
Physician Performance Network of Philadelphia, LLC
MBNF Investments, LLC
American Academic Health System, LLC
Philadelphia Academic Health Holdings, LLC
Philadelpha Academic Risk Retention Group, LLC
HSRE-PAHH I, LLC
PAHH New College MOB, LLC
PAHH Bellet MOB, LLC
PAHH Broad Street MOB, LLC
PAHH Feinstein MOB, LLC
PAHH Wood Street Garage, LLC
PAHH Erie Street Garage, LLC

**Equity Holders**
Philadelphia Academic Health Holdings, LLC
American Academic Health System, LLC
MBNF Investments, LLC
Joel Freedman

Stella Freedman
Barbara S. Kramer, Trustee
Michael Ouzounian Irrevocable Trust
Benjamin Joseph Freedman Irrevocable Trust
Nathan Alexander Freedman Irrevocable Trust

**Other**
Drexel University
Drexel University College of Medicine
Tenet Business Services Corporation
Conifer Revenue Cycle Solutions, LLC
Harrison Street Real Estate, LLC
Dilworth Paxson LLP

**Unions**
District 1199C Service and Maintenance Unit
International Brotherhood of Electrical Workers, Local 98
National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO,
Pennsylvania Association of Staff Nurses and Allied Professionals

**Utilities**
AT&T Mobility
Atlantic City Electric
Champion Energy Services LLC
Comcast Cablevision
Constellation Energy Gas
Constellation NewEnergy Gas
DirectTV LLC
Energy Management Systems Inc.
MCI
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
PECO Energy
Philadelphia Gas Works
South Jersey Gas
SPOK
Veolia Energy Philadelphia Inc.
Verizon
Verizon Business
Verizon CABS
Verizon Wireless

Water Revenue Bureau
West Unified Communications
West Unified Communications SVCS
WTMUA

**Insurers**
ACE American Insurance Company
ACE Property & Casualty Insurance Co.
Admiral Insurance Company
Affiliated FM Insurance Co.
Axis Insurance Company
Beazley Insurance Company, Inc.
Chubb - Federal Insurance Company
Doctors Company An Interinsurance Exch.
Illinois Union Insurance Co.
Ironshore Specialty Insurance
Lloyd's of London
Lockton
National Fire & Marine Insurance Co.
National Union Fire Insurance Company of
Pittsburgh, PA
Philadelphia Academic Risk Retention Group,
LLC
Premium Assignment Corporation
Starr Indemnity & Liability Company
Tokio Marine Specialty Insurance Company
Travelers Casualty and Surety Company of
America
Starr Indemnity & Liability Company

**Payors**
Aetna/Coventry
Aetna Better Health
Amerihealth
BCBS Horizon NJ Health
Cigna HealthSpring
Community Behavioral Health
Health Partners Plans
Horizon Blue Cross of NJ
Humana
Independence Blue Cross
Independence Blue Cross of PA
Keystone First
Keystone Mercy
Medicaid
United Health Care

**Taxing Agencies**
Center City District
City of Philadelphia

Internal Revenue Service
Pennsylvania Department of Revenue

**Secured Parties**
Capital One, N.A.
GE HFS, LLC
Med One Capital Funding, LLC
MidCap Funding IV Trust
MidCap Funding H Trust
MidCap Financial Trust
De Landen Financial Services
Olympus America Inc.
U.S. Bank, N.A.

**Case Professionals**
EisnerAmper LLP
Omni Management Group
Saul Ewing Arnstein & Lehr LLP
SSG Advisors, LLC
Klehr Harrison Harvey & Branzburg LLP

**Banks**
Capital One, N.A.
Wells Fargo Bank, N.A.
Bank of America, N.A.
PNC Bank, N.A.

**Other Creditors/Contract Parties**
12st Catering, Inc.
3E Company Environmental, Ecological and
Engineering
3M Health Information Systems, Inc.
50 Words, LLC
AA Casa Inc d/b/a PM Associates
Aardvark Pest Control Services, Inc.
Aargon Agency, Inc.
Abbott Laboratories Inc.
Abbott Molecular Inc.
Abbott Nutrition
Abbott Point of Care
Abiomed, Inc.
ABO Haven Early Learning Center
Access Nurse PM, Inc. d/b/a TeamHealth
Medical Call Center
Accredo Health Group, Inc.
Accriva Diagnostics, Inc.
Accruent, LLC
ACS Education Services, Inc.
Ad Prima Charter School
ADP, LLC

-2-

Advanced Air Service Group
Advanced AV, LLC
Advanced CE
Advanced Door Services, Inc.
Advanced Sterilization Products Services, Inc.
Advanced Technologies Group, Inc.
Adynxx, Inc.
Agilent Technologies, Inc.
Alere Informatics, Inc.
Allergan USA, Inc.
Allergy and Asthma Specialists, PC
Alliance for Paired Donation, Inc.
Alliance HealthCare Services, Inc. d/b/a
Alliance HealthCare Radiology
AllMed Healthcare Management, Inc.
Alpha Imaging, Inc.
Atlantic Diagnostic Laboratories, LLC
Amazing Kidz Academy, LLC
America On Hold
American Academy of Sleep Medicine
American College of Cardiology Foundation
American College of Cardiology Foundation
American College of Radiology
American College of Surgeons
American College of Surgeons for the
Pennsylvania National Surgical Quality
Improvement Program Consortium
American Communication Centers d/b/a ACC
Solutions
American Dental Association
American Heart Association, Inc.
American Medical Response Mid-Atlantic, Inc.
American Messaging Services, LLC
American Radio and Microwave Corporation
Ameriwater, Inc.
Amit Maity, MD
AMO Sales and Service, Inc.
Amy Leader, Dr.P.H., M.P.H.
Analytic Solutions Network, LLC
Anda K. Kuo, MD
Aramark Refreshment Services, LLC
Aramark Uniform and Career Apparel Group,
Inc.
Arizant Healthcare Inc.
Arledge Electronics, Inc.
Artcraft Promotional Concepts
ARUP Laboratories, Inc.
Ascension School
ASPIRA Bilingual Cyber Charter School
ASSA ABLOY Entrance Systems US Inc.

ATG Consultants, LLC
Athena Diagnostics
Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic
Stone Center
Atlantic Switch and Generator, LLC
Augusta Healthcare, Inc.
Aviacode, Inc.
Azima Health Services, Inc.
Baratz & Associates, PA
Barclay Water Management, Inc.
Bard Peripheral Vascular, Inc.
Barton & Associates, Inc.
Battell Memorial Institute Pacific Northwest
Division
Bayer Healthcare, LLC
BC Solutions LLC
BC Technical, Inc.
Beasley Media Group, Inc. d/b/a WMMR,
WMGK, WBEN-FM & WPEN
Beckman Coulter, Inc.
Beekley Corporation
Belfor USA Group Inc.
Belimed, Inc.
Bellevue Strategies, LLC
Best Practice Professionals Inc. d/b/a
oneSOURCE Document Management Services
Biochrom US
Biocompatibles, Inc.
BioDlogics, LLC
BioFire Diagnostics, LLC
bioMerieux Inc.
Biomet, Inc.
Bio-Optronics, Inc.
Bio-Rad Laboratories
Biosense Webster, Inc.
BiotronX LLC
BKT Architects, LLC
Blank Rome LLP
Blue Pillar, Inc.
Bondtech Incorporated
Bonel Medical Equipment, Inc.
Borton-Lawson Engineering, Inc.
Boston Scientific Corporation
Brian Communications LLC
Brigham and Women's Physicians Organization
Brightside Academy
Broadcast Music Inc.
Bromedicon, Inc.
Brucker & Morra, PC
Bulldog Orthodontics, LLC

Burns White LLC
Calyx Partners, LLC
Capstar Radio Operating Company d/b/a iHeart
Medica, Philadelphia
Cardeza Foundation Hemophilia and
Thrombosis Center
Cardinal Health 200, LLC
Cardinal Health 414, LLC
Cardinal Health Solutions, Inc.
CardioAccess, Inc.
CardioNet, Inc.
CareFusion 211, Inc.
CareFusion Solutions, LLC
CarterPierce, LLC
Casa del Carmen
CCJ Physics, LLC
Cenova, Inc.
Center City Film and Video, Inc.
Center for Student Learning Charter School at
Pennsbury
Centric Actuarial Solutions, LLC
Cepheid Incorporated
Cerner Corporation
Cetlin Design Group, Inc.
Champion Energy Services, LLC
Change Healthcare Technologies, LLC
Charley's Angels Photography Inc.
CHG Companies, Inc. d/b/a CompHealth
Chubb Hotel & Conference Center
Cincinnati Children's Hospital Medical Center
Cintas Corporation
CIOX Health, LLC
Cisco Systems Capital Corporation
CL Risk Solutions, LLC
Clark Services Group, LLC d/b/a The
Degreasers
Coast Quality Pharmacy, LLC d/b/a
AnazaoHealth
Cocco Enterprises, Inc.
Cochlear Americas
CohnReznick LLP
Colcom, Inc.
Coleman Nourian Search LLC
College of American Pathologists
Coloplast Corp.
Columbia University Medical Center
Community Behavioral Health
Computer Kids Day Care Center
Concilio
Congresso DeLatinos Unidos, Inc.

CONMED Corporation
Connolly Gallagher LLP
Conrad O'Brien PC
Constellation NewEnergy - Gas Division, LLC
Continuum, LLC
ConvergeOne Systems Integration, Inc.
Corona Partners
Corporate Cost Control, Inc.
Corporate Lamp and Electric Recycling LLC
Council on Accreditation of Nurse Anesthesia
Educational Programs
Courtyard Philadelphia Downtown
Covidien Sales LLC d/b/a Given Imaging
Cranel, Inc. d/b/a Versitec
Criterion Laboratories, Inc.
Crothall Healthcare, Inc.
Crowell & Moring LLP
Cushman & Wakefield of Connecticut, Inc.
Cushman & Wakefield of Pennsylvania, LLC
Cushman & Wakefield of Philadelphia, Inc.
CyraCom International Inc.
Dako North America, Inc.
Daniel Burke Photography
David Small
DaVita Healthcare Partners Inc.
De Lage Landen Financial Services, Inc.
De Long Industries Group, Inc. d/b/a Wavetech
Industries
Deaf Hearing Communication Centre, Inc.
Delaware Valley Aesthetics d/b/a Rumer
Cosmetic Surgery
Delta Dental of Pennsylvania
Devicor Medical Equipment, Inc.
Devicor Medical Products, Inc.
Devil's Alley
DEX Imaging, Inc.
DGA Partners, Inc.
Diagnoss Inc.
Diagnostica Stago, Inc.
Diesel Dialysis, LLC
Digital Innovation, Incorporated
DIRECTV, Inc.
Dixon Hughes Goodman LLP
DJO, LLC
Dolbey-Jamison, Inc.
Dome Insulation, LLC
Draeger Medical, Inc.
Draeger, Inc.
Drexelbrook
Drueding Center

-4-

Duff & Phelps, LLC
Dynamic Language Services, LLC
e4 Services, LLC
Eagles Taxi, LLC d/b/a 215 Get a Cab
Eastern Controls Inc.
Eastern Lift Truck Co., Inc.
Eastern Sign Tech, LLC
Eastern Society for Pediatric Research
Echo, Inc.
Eckert Seamans Cherin & Mellott, LLC
Econsult Solutions, Inc.
Education Resources, Inc.
Edwards Lifesciences LLC
EEC Acquisition LLC d/b/a Smart Care
Equipment Solutions
Einstein Practice Plan, Inc.
Electronic Ink
Electronic Payment Exchange
Electronic Security Solutions LLC
Elekta Inc.
Elemental Inc.
Elite Office Solutions, Inc.
EMD Millipore Corporation
Emergency Systems Service Company
Employers Health Network, LLC
Emergency Medical Associates
Employment Tax Servicing Corp. d/b/a Emptech
Encore Medical International, Inc.
Energy Products and Service Co., Inc.
Enerwise Global Technologies, Inc. d/b/a
CPower
Enovate Medical, LLC
Ensemble RCM LLC d/b/a Ensemble Health
Partners
Entercom
ENV Services, Inc.
Environmental and Engineering Solutions, Inc.
Environmental Control Services, Inc.
Ernst & Young LLP
Essential Consulting LLC
Ethan Kentzel
ettain group, Inc.
Eurofins Viracor, Inc.
Eurofins VRL, Inc. d/b/a VRL Eurofins
Everbridge, Inc.
Evoqua Water Technologies, LLC
Evoqua Water Technologies, LLC
Exactech US, Inc.
Fairmount Long Term Care
Fairmount Rowing Association

Field House Philly
Financial Recoveries
FIRM Revenue Cycle Management Services,
Inc.
First Philadelphia Charter School for Literacy
First Philadelphia Paradigm, Tacony Academy
FishHeads Aquarium Service LLC
Flex Financial, a division of Stryker Sales
Corporation
FM Cost Containment, LLC
Focus Diagnostics, Inc.
Fonemed, LLC
Foot & Ankle Center of Philadelphia, LLC
Foss Therapy Services, Inc.
Francis Cauffman, Inc.
Franklin Cleaning Equipment & Supply
Company
Fresenius Medical Care
Fusaro Brothers, Inc. d/b/a Maxwell Cab
Company
Future IT Advisors, LLC
Garda CL Atlantic, Inc.
Garrison Printing Company
Gary Frazier
GBS Corp
GE Healthcare IITS USA Corp.
GE HFS, LLC
GE Medical Systems Information Technologies,
Inc.
GE Precision Healthcare LLC
GeBBS Healthcare Solutions, Inc.
General Electric Company, by and through its
GE Healthcare division
General Healthcare Resources, LLC
Genova Group, LLC
Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire
Protection
Germane & Co., Inc. d/b/a Germane Solutions
Getinge USA Sales, LLC
Getinge USA, Inc.
GlassRatner Advisory & Capital Group, LLC
Global Affiliates, Inc.
Global Healthcare Exchange, LLC
Greater Delaware Valley Society of Transplant
Surgeons d/b/a Gift of Life Donor Program
GTT Americas, LLC
H.C.A.S. of Florida, Inc. d/b/a Call 4 Health /
Call 4 Nurse
Haemonetics Corporation
Hahnemann Apothecary Inc.

-5-

Hanger Prosthetic and Orthotics, Inc. d/b/a Hanger Clinic
Harmelin and Associates Inc. d/b/a Harmelin Media
Harry J Lawall & Son, Inc.
Hayes Healthcare, LLC
HBO & Recoveries, LLC
Health Sciences Law Group LLC
Healthcare Administrative Partners, LLC
Healthcare Performance Group, Inc.
Healthcare Receivable Specialists, Inc.
Healthshare Exchange of Southeastern Pennsylvania, Inc.
HealthStream, Inc.
HealthTronics Mobile Solutions, L.L.C.
HealthTrust Purchasing Group, L.P.
Health Partners Plans
HemaTechnologies, Inc.
Herman Goldner Co., Inc.
Hewlett-Packard Financial Services Company
Hillmann Consulting, LLC
Hill-Rom Company, Inc.
Hilton Philadelphia City Avenue
Historic Hotel Bethlehem
HMI LLC
Holland Square Group, LLC
Hollis Cobb Associates, Inc.
Hologic, Inc.
Hospice of Philadelphia
Howmedica Osteonics Corp.
HUB Parking Technology USA, Inc.
Huntingdon Valley Eye Care Consultants, Ltd.
Huntington Technology Finance, Inc.
Huron Consulting Services LLC
I. Miller Precision Optical Instruments, Inc.
iContracts, Inc.
IMA Consulting
Immaculata University
Immucor, Inc.
IMPAC Medical Systems, Inc.
IMPACT Services Corporation
Implementation Management Assistance, LLC d/b/a Revint Solutions
Independent Hardware, Inc.
Infor (US), Inc.
Informa Software
Ingenious Med, Inc.
Innovative Print & Media Group, Inc.
Innovative Product Achievements, LLC d/b/a IPA, LLC

INO Therapeutics LLC d/b/a Mallinckrodt
Inquicker, LLC
Integra Life Sciences Sales LLC
Integrated Healthcare Solutions, Inc.
Integrated Medical Systems International, Inc.
Integrity Healthcare, LLC
Interactivation Health Networks
Interphase Medical Equipment, Inc.
Intralinks, Inc.
Intuitive Surgical, Inc.
Iodine Software, LLC
Iron Mountain Information Management, LLC
ISS Facility Services, Inc.
ivWatch, LLC
Ivy Hill Cemetery Company
J.W. Carrigan, LLC
Jackson Lewis P.C.
Jay M. Yanoff, EdD
JDI Net Systems
JDR Consulting, LLC
Jefferson Gardens North Philadelphia Head Start
Joe Glass
John B. Stetson Middle School
John Calvitti Company
John Dowdle
JohnGSelf Partners, Inc.
Johnson & Johnson Health Care Systems Inc.
JohnsonLambert LLP
JP Zimmerman PCS LLC
JustRight Surgical, LLC
K&C Strategic Policy Group, LLC d/b/a DeBrunner & Associates
Karl Storz Endoscopy-America, Inc.
Kasscon Building Services, LLC
KCI USA, Inc.
Kenco Kalibration Inc.
Ken-Crest Services
Keystone Academy Charter School
Keystone Quality Transport Company
Kieran McKenna Flooring, Inc.
Kinder Academy
Klenzoid, Inc.
Konica Minolta Healthcare Americas, Inc.
Korn/Ferry International
Laboratory Corporation of America
Laerdal Medical Corporation
Language Services Associates, Inc.
Lantheus Medical Imaging, Inc.
Laser Service Solutions, LLC
Lauletta Birnbaum, LLC

-6-

Law Offices of Suzanne N. Pritchard, P.C.
Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises
Leah Coppolino
Leasing Associates of Barrington, Inc.
Legal Clinic for the Disabled, Inc.
Leucadia Pharmaceuticals
Life Image Inc.
LifeLine Software, Inc.
Lighthouse
Limb Technologies, Inc. d/b/a LTI Orthotic
Prosthetic Center
Linde LLC
LinkedIn Corporation
Lions Eye Bank of Delaware Valley
Lisa The
Litchfield Cavo LLP
Livanta LLC
Live Message America
Lockton-Dunning Series of Lockton Companies,
LLC
LocumTenens.com, LLC
Lori's Gifts, Inc.
LRD Graphics, Inc. t/a Fels Printing
Lumedx Corporation
Lutheran Children and Family Service
Lutheran Settlement House
Lyons Advisors, LLC
M&M Autoclave Cleaning, LLC
Macalino Marketing, Inc.
Magee Rehabilitation Hospital
Maggiano's Little Italy
Major Medical Hospital Services, Inc.
Manhattan Telecommunications Corporation
d/b/a Metropolitan Telecommunications a/k/a
MetTel
Mar Cor Purification, Inc.
Marcum LLP
Marshall Dennehey Warner Coleman & Goggin,
P.C.
Mastery at Smedley Charter School
Mayflower Laundry and Textile Services LLC
MCG Health, LLC
MDS Carpeting and Flooring, Inc.
Med One Capital Funding, LLC
Med One Capital Funding, LLC d/b/a IPA One
MED3000 Inc.
Medacist Solutions Group, LLC
MedHub, LLC
MediaLab, Inc.
Medical Doctor Associates, LLC

Medical Excess LLC
Medical Gas Solutions, Inc.
Medical Neurogenetics, LLC
Medical Staffing Solutions, Inc. d/b/a STAT
RESOURCES
medInt Holdings, LLC
Medline Industries Holdings, L.P
Medline Industries, Inc.
Medlytix, LLC
Medsentrix, LLC
Med-Tex Services, Inc.
Mednet Healthcare Technologies, Inc.
Medtronic USA Inc.
Mentor Worldwide LLC
Merchants Association Collection Division, Inc.
Mercy Neighborhood Ministries of Philadelphia,
Inc.
Meridian Bioscience Corporation
Metropolitan Anesthesia Services, Inc.
MHC Software, LLC
Mindfigure Consulting
Mindray DS USA, Inc.
MiraMed Global Services, Inc.
MJR Technologies, Inc. d/b/a GT Telecom
Moira Brooks
Monterey Medical Solutions, Inc.
Mother of Divine Grace PN
MSW Enterprises Inc. d/b/a Newtown
Answering Service
Muzak LLC d/b/a Mood Media
Nancy West Communications
Nanosonics, Inc.
Nathan Freedman
National Marrow Donor Program
Natus Medical Incorporated
NAVEX Global, Inc.
Neff and Associates, Inc.
Neopost Inc.
Network of Victim Assistance, LLC
Neurosurgical Anesthesia Consulting
New Foundations Charter School
New Innovations, Inc.
New York Blood Center, Inc.
Nexcore Properties PA LLC
Nixon Uniform Service, Inc.
Norris Square Children's Center
Northeast Protection Partners Inc.
Nova Biomedical Corporation
Nova Capital Group, LLC
nThrive Revenue Systems, LLC

nThrive, Inc.
NTT DATA Services, LLC
Nuance Communications, Inc.
Nuclear Medicine Resources, Inc.
Obermayer Rebmann Maxwell & Hippel LLP
Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers
Office of Civic Engagement & Volunteer Services' Foster Grandparent Program
Ohio Children's Hospital Solutions for Patient Safety
Olympus America Inc.
Omnicell, Inc.
Omnigo Software
On Time Ambulance, Inc.
Optum360 Solutions, LLC
Oregon Health & Science University
Ortho-Clinical Diagnostics, Inc.
OrthoPediatrics US Distribution Corporation
OsteoMed, LP
Otech Group LLC
Outcome Health
Pan American Academy Charter School
Pandora Data Systems, Inc.
Paradigm Mechanical, LLC
Park America, Inc.
ParkingSoft, LLC
Parkway Corporation
Patient Pathways, LLC
Patino Landscaping Group, LLC
Paul Rabinowitz Glass Co., Inc.
Paul Tirado
PayTech, Inc.
PCA EmSTAR Holdings, LP d/b/a EmSTAR
Pediatric Rehabilitation Associates, LLC
Penn Environmental & Remediation, Inc.
Pennoni Associates
Pennsylvania Department of Health, Chronic Renal Disease Program
Pennsylvania Oral & Maxillofacial Surgery, Ltd.
Pennsylvania Trauma Systems Foundation
Pentec Health, Inc.
People for People Charter School
People's Capital and Leasing Corp.
Pepper Hamilton LLP
PeriGen, Inc.
Perioperative Services, LLC
PERITUS Advisors
PerkinElmer Genetics, Inc.
Pharmacy OneSource Inc.

Philadelphia Business Journal
Philadelphia Ear, Nose & Throat Associates
Philadelphia Parent Child Center
Philadelphia Urosurgical Associates, PC
Philips Healthcare
Philips Medical Capital, LLC
Philly Star Events
Physician and Tactical Healthcare Services LLC
Pinnacle Healthcare Recovery Partners, Inc.
Pitney Bowes Inc.
Please Touch Museum
PNC Bank, National Association
Poovendran Sanththasivam, MD
Pope John Paul II Regional School
Porter's Family Center
Practising Law Institute
Precision Laser Specialist, Inc.
Precision Sprinkler Services, Inc.
Premier, Inc.
Preschool Project, Woolston
Prescient Logistics, LLC d/b/a RepScrubs
Prescott's Inc.
Press Ganey Associates, Inc.
Prestige Medical Imaging, Inc.
Prestige Perfusion, LLC
Primmer Piper Eggleston & Cramer PC
Priority Express Courier, Inc.
Professional Trauma Services, LLC
Proserv Removal, Inc. d/b/a 1-800-Got-Junk
ProviderTrust, Inc.
Pruett Roof
PTW New York Corporation
Public Health Management Corporation
Puppet Kitchen International, Inc.
Quality Insights Renal Network 4
Quantros, Inc.
Quest Diagnostic Clinical Laboratories Inc.
Quest Diagnostics Infectious Disease, Inc.
Quidel Corporation
R. Smith International, LLC d/b/a Resource
Rad Source Technologies, Inc.
Radiology Solutions, LLC
Radiometer America Inc.
Randstad Professionals US, LLC d/b/a Tatum
RealMed Corporation
Recognition Advantage, LLC
Red Shield Family Shelter
Reed Smith LLP
Reese's Professional Cleaning Service, LLC
Renal Treatment Centers - Northeast, Inc.

-8-

Respiratory Associates, LTD
Reuter Hanney Inc.
Richard N. Best Associates, Inc.
Ricoh USA, Inc.
Risa Eichinger
Rittenhouse Hematology & Oncology
Robert DiNunzio d/b/a Hygienic Building Services
Robinson Kirlew & Associates Attorneys at Law
Romed, Inc. d/b/a Romed Ambulance
S&H Ltd. d/b/a Metropolitan Flag & Banner Co.
S.A. Comunale Co., Inc.
S.R. Wojdak & Associates, LP d/b/a Wojdak Government Relations
SAI Global Compliance, Inc.
ScanSTAT Technologies, LLC
Scientific Apparatus Service, Inc.
Scott Testing Inc.
Scribe Care, Inc.
ScribeAmerica, LLC
SeaSpine Sales LLC
Security and Data Technologies, Inc.
Share Food Program Inc.
Sharonda Brown
SHC Services, Inc. d/b/a Supplemental Healthcare Company
Sherman Engineering Company
Shore Memorial Hospital d/b/a Shore Medical Center
Shriners Hospitals for Children
Sickle Cell Disease Association of America Philadelphia/Delaware Valley Chapter
Siemens Healthcare Diagnostics, Inc.
Siemens Industry, Inc.
Siemens Medical Solutions USA, Inc.
Simkar Corporation
Simon Gratz Mastery Charter School
Singletary Group Inc. d/b/a First Contact HR
SISCO, Inc.
Sky Nurses, LLC
SleepMed Incorporated
Smith & Nephew, Inc.
Smokin' Betty's
SMR Healthcare Management, Inc.
Sodexo Management, Inc.
Solid Waste Services Inc. d/b/a JP Mascaro and Sons
Sorin Group USA, Inc.
SourceHOV Healthcare, Inc.

Southampton Window Cleaning & Janitorial Services, Inc.
Southeast Reimbursement Group, LLC
Southwest Regional PCR, LLC d/b/a PathoGenius Laboratory
SpecialtyCare IOM Services, LLC
SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc.
Spectra Laboratories, Inc.
Spectrum Health Partners, LLC
Spiffy Cloud Inc.
SPIN at Frankford
Spok, Inc.
SportWorx, Inc.
Spreemo, Inc.
St. Bernard PN
St. Christopher's Foundation for Children
St. Christopher's Healthcare, LLC
St. Elizabeth North Philadelphia Headstart
St. Helena School
St. James School
St. Martin de Porres School
Staff Care, Inc.
Standard Register Company, The
Stanford/Sterling Group, LLC
State of the Art Medical Products, Inc.
Stericycle, Inc.
Steris Corporation
Storage Solutions Technology Group, Inc. d/b/a SST Group, Inc.
Strassheim Graphic Design & Press Corp.
Stryker Flex Financial
Stryker Neurovascular
Stryker Sales Corporation
Sun Nuclear Corporation
Sunquest Information Systems, Inc.
Sunrise Support Services
Synergy Orthopedics, LLC
Sysmex America, Inc.
Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting
T. Cruse Design
Tab Service Company
TC Human Capital Solutions, LLC
Teleflex Medical Incorporated
Telehealth Services
Tenet Business Services Corporation
Terumo BCT, Inc.
Thanks for Being Green, LLC d/b/a Magnus Computer Recycling

-9-

The Academy of Natural Sciences of Drexel University
The Advisory Board Company
The American National Red Cross, Penn Jersey Region
The Anesthesia Quality Institute
The Bancorp Bank
The Bettinger Company, Inc.
The City of Philadelphia Fire Department
The Coding Network, LLC
The Communication Connection
The Cooper Health System
The Johns Hopkins University
The Leapfrog Group
The Otis Elevator Company
The Phillie Phanatic
The Society of Thoracic Surgeons
The Spectranetics Corporation
The Starlight Starbright Children's Foundation International
The StayWell Company, LLC
The Visiting Nurse Association of Greater Philadelphia
Therapath, LLC
Thomas, Thomas & Hafer LLP
thyssenkrupp Elevator Corporation
Tipton Communications Group, Inc.
Titan Health Management Solutions, Inc.
Toshiba America Medical Systems, Inc.
Total Package Express Inc. d/b/a One Hour Messengers
Total Renal Care, Inc.
Tozour Energy Systems, Inc.
Tractmanager, Inc. d/b/a Meditract
Trans Union LLC
Translate Medical
Translogic Corporation d/b/a Swisslog Healthcare Solutions
Transworld Systems Inc.
Trinity Biotech, Inc.
Trinity Mission Critical, LLC
TriReme Medical LLC
Trisonics, Inc.
UMS Lithotripsy Services of Greater Philadelphia, LLC
UMS MR Fusion Services of Eastern PA, LLC
Universal Digital Resources
Universal Hospital Services, Inc.
Universal Protection Service, LP d/b/a Allied Universal Security Services

University of Kansas Medical Center Research Institute, Inc.
University Pipette Services, Inc.
UPMC Benefit Management Services, Inc. d/b/a WorkPartners
UpToDate, Inc.
Urban Village Brewing Company
Urologic Consultants of Southeastern Pennsylvania
Urologic Surgeons, Inc.
Urology for Children, LLC
US Regional Occupational Health II, PC d/b/a WORKNET
U.S. Bank, N.A.
Unique Pharmaceuticals Ltd.
US Security Associates, Inc.
USA-Clean, Inc.
Van Hong Nguyen
Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia
Vapotherm, Inc.
Varian Medical Systems
Veolia Energy Philadelphia, Inc.
Verathon Inc.
Vericom
VIE Healthcare, Inc.
Virtual Imaging, Inc.
Vision Quest National Limited
Visitation School
Vitalant
Vizient, Inc.
VOYCE, Inc.
VP-MA Health Solutions, Inc. d/b/a CDIMD
Vyera Pharmaceuticals, LLC
Warren Technology, Inc.
Watts Restoration Co., Inc.
Watts Restoration Co., Inc.
Wayne Moving and Storage Company
Weatherby Locums, Inc.
Web.com Group, Inc.
Webbcam LLC
Weber Gallagher Simpson Stapleton Fires & Newby, LLC
Welcome America, Inc.
Wells Fargo Commercial Mortgage
Werfen USA LLC
West Health Advocate Solutions, Inc.
West Interactive Services Corporation
West Physics Consulting, LLC
West Unified Communications Services, Inc.

-10-

Whitecap Health Advisors, LLC
Wolters Kluwer Clinical Drug Information, Inc.
Women Against Abuse, Inc.
WomenCertified Inc.
Woodstock Family Center - OESS
X-Change Dialysis, Inc.
Xerox Corporation
Yard Truck Specialists, Inc.
Young Achievers Learning Center
Zimmer Biomet CMF & Thoracic, LLC
Zimmer US, Inc.

**Certain Litigation Parties**
1199C, NUHHCE
1526 Lombard Street SNF Operations LLC d/b/a
Powerback Rehabilitation
AAHS, LLC
All About Women
Altus Group U.S., Inc.
American Academic Health System, LLC
American Academic Health System, LLC, d/b/a
Hahnemann University Hospital
American Academic Health System, LLC, d/b/a
St. Christopher's Hospital for Children
Amrom, George, M.D.
Antony, Mary
Atlantic Specialty Insurance Company
Bailey, Paul, M.D.
Barrett, Nathan , Sr.
Beard, Jeffrey
Beck, Charles, as Legal Guardian of Isaiah Beck
(an adult)
Bell, Scherise
Benefit Fund for Hospital and Health Care
Employees
Bennett-Ryder, Martha, Administratrix of the
Estate of Virginia Smith
Boyd, Kenneth
Briggs, Alyssa (minor), by and through her
parents Joshua Briggs and LeeAnne Raccagno
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Buggy, Donna, R.N.
Bureau of Labor Law Compliance
Burns, Sarah K., M.D.
Center City Healthcare, LLC
Center City Healthcare, LLC, d/b/a Hahnemann
University Hospital
Center City Health Care Associates, P.C.

Childs, Michael
City of Philadelphia
Clark, Maureen, D.O.
Clinical Care Associates of Univ of Penn Health
Care System
Combs, Candes
Cooper, April
Cooper, Shontelle, M.D.
Corizon Health, Inc., t/a Prison Health Services,
Inc.
Daniels-Iannucci, Lynsey, M.D.
DeValia, Laverne (Executive Director)
Devereaux, Courtney, Administratrix of the
Estate of Alise Adams-Allen
Delvadia, Dipak, D.O.
Deveaux, Richard, M.D.
Diaz, Gregory
Drexel College of Medicine
Drexel Medicine
Drexel Neurosciences Institute
Drexel Surgical Associates
Drexel University
Drexel University College of Medicine
Earley, Melissa
Edmondson, Madern
Envision Physician Services North Division,
a/k/a EmCare North Division
Felbaum, Daniel, M.D.
Feldman, Cheryl (Executive Director)
Fleming, Althea
Freedman, Joel
Front Street Healthcare Properties, LLC
Future IT Advisors, Inc.
Galvez, Alvaro, M.D.
Global Excel Management, Inc.
Global Neurosciences Institute
Gray, Juanita
Green, Seika Lee
Gruber, Eric, M.D.
Hahnemann Orthopedic Associates, LLC
Hahnemann Orthopedic Associates, P.C.
Hahnemann University Hospital
Halley, Kadyjah
Harrell, Tyron
Hospital of University of Pennsylvania
IHC Administrative Services, Inc.
IHC Health Solutions
Innovative Medical Risk Management, Inc.
Johnson, Robert
Khalili, Marina, M.D.

-11-

Lemons, Eric, as Executor of the Estate of Maria Lemons
Leone, Joelle
Lewis, Emma, Individually and as Administratrix of the Estate of Lynn Lewis Rebecca Maneval, Lisa Rebecca, CRNP
Marcucci, Michael, M.D.
Mastrangelo, John
McFadden, Phyicia
Mercy Health System of Southeastern PA
Morgenstern, Ricardo, M.D.
Murphy, John, M.D.
Nazareth Hospital
Nunez, Alberto, M.D.
PAHH
PAHS, LLC
Packer, Marci
Packer, Steven
Paladin Healthcare
Paladin Healthcare Capital, LLC
Park America, Inc. of PA
Parker, Jason, D.O.
Parkway Corporation
Patel, Sonaly, M.D.
Penn Medicine at Bucks County
Penn Medicine, c/o the Trustees of the University of Pennsylvania Health Care System
Penn Radiology Bucks County
Pennsylvania Association of Staff Nurses and Allied Professionals
Pension Fund for Hospital and Health Care Employees – Philadelphia and Vicinity
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
Philadelphia Hand Center, P.C.
Philadelphia Hospital & Health Care Employees – District 1199C Training and Upgrading Fund
Philadelphia Human Rights Commission
Physicians Clinical Network, LLC
Porter-Robinson, Cassandra
Pratta, Steven, PA-C
R.V., a minor, by Kira and David Voelker
Reading Hospital
Reid, Shari, M.D.
Renza-Singhone, Elizabeth, M.D.
Richards, Suzanne
Rivera, Loraine
Rogers, Marquita
Rydal Square

Saechow, Pamela
Schwartz, Roy, M.D.
Schwedhelm, Thomas, M.D.
SD Real Estate Developers, LLC
Shaikh, Mohammad, M.D.
Shields, Corinthia
Sloan, David
Smith, Sharae
SMR Healthcare Management, Inc.
Standard Security Life Insurance Company of New York
Steckler, Robert E., M.D.
Steese-Prisco, Marcella
Stone, Sherry
Taras, John, M.D.
Teichman, Amanda, M.D.
Tenet Business Services Corporation, Inc.
Tenet Healthcare Corporation
Tenet HealthSystem Hahnemann, LLC
Tenet HealthSystem St. Christopher's Hospital for Children, LLC

Thompson, Jennifer, CNM
Tower Health
Tower Health Medical Group
Trinity Health Corp.
Trustees of University of Pennsylvania
U.S. Equal Employment Opportunity Commission
Weinbaum, Paul, M.D.
Williams, Lana
Winn, Michael
Xiao, Gary, M.D.

**Delaware Bankruptcy Judges and Clerk of the Court**
Carey, Kevin J.
Dorsey, John T.
Gross, Kevin
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.
O'Boyle, Una

**U.S. Trustee's Office, District of Delaware**
Attix, Lauren
Buchbinder, David
Casey, Linda

-12-

Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vara, Andrew
Vinson, Ramona
Weissgerber, Jaclyn
Wynn, Dion

35382818.2 07/17/2019

# EXHIBIT 2

## Disclosure of SEAL

Saul Ewing Arnstein & Lehr LLP ("SEAL"), with offices in Boca Raton, Fort Lauderdale, Miami and West Palm Beach, Florida, Chicago, Illinois, Minneapolis, Minnesota, Philadelphia, Harrisburg, Chesterbrook, and Pittsburgh Pennsylvania, Newark and Princeton, New Jersey, Baltimore, Maryland, Washington, D.C., Wilmington, Delaware and Boston, Massachusetts, employs approximately 400 attorneys and has a large and diversified legal practice which encompasses the representation of many businesses, financial institutions, individuals and other creditors.  As part of its diverse practice, SEAL appears in numerous cases, proceedings, and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers.  Based on SEAL's current knowledge of the professionals, lenders, creditors, equity holders and other significant parties-in-interest involved in these cases, SEAL makes the following disclosures:

a.      **Current Representations Wholly Unrelated to the Debtors:** SEAL currently represents the following parties in matters wholly unrelated to the Debtors: Ace Property & Casualty Insurance Co., Agilent Technologies, Inc., Amerihealth, Aramark, Atlantic City Electric Company, Belfor USA Group Inc., Biosense Webster, Inc., CareFusion 211, Inc., CareFusion Solutions, LLC, Cushman & Wakefield, DirecTV, Inc., Exelon/PECO Energy, Federal Insurance Company, Health Partners Plans, Integrity Healthcare Locums LLC, Ironshore Specialty Insurance Company, Johns Hopkins University, Johnson & Johnson, Ken-Crest Services, Lighthouse Hospitality, Lighthouse List Company, Mentor Worldwide LLC, Mindray DS USA, Inc., OrthoPediatrics US Distribution Corporation, Penn Environmental & Remediation, Inc., Pentec Health, Inc., Philadelphia Gas Works, PNC Bank (as executor or trustee), Sorin Group USA, Inc. and Travelers Casualty and Surety Company of America.

b.      **Past Representations Wholly Unrelated to the Debtors:** SEAL previously represented the following parties, who are or may be creditors of the Debtors or parties-in-interest in the Debtors' chapter 11 cases, in matters wholly unrelated to the Debtors: Arizant Healthcare Inc., Atlantic City ElectricAxis Insurance Company, Admiral Insurance Company, Beckman Coulter, Biocompatibles Limited, Capital One N.A., Community Behavioral Health Network of Pennsylvania, Cerner Corporation, Cintas Corporation, ConMed Inc., CyraCom International, Entercom Communications, Fresenius Medical Care, Global Affiliates, Hologic, IMA Consulting, Implementation Management Assistance, Innovative Print & Media Group,

IPA Central Development, KCI USA Inc., Lighthouse Capital, Lighthouse at Hancock Health & Rehab Center, Magee Rehabilitation Hospital, Mallinckrodt Pharmaceuticals, Manhattan Telecommunications Corp., Nixon Uniform Service, Parkway Corporation, Paytech, Inc., Pepper Hamilton LLP, Philadelphia Business Journal, Pitney Bowes Inc., Reed Smith LLP, Respiratory Therapy Associates of PA Ltd., Shore Memorial Hospital, Siemens Medical Solutions, Sleepmed, Inc., Smith & Nephew, Inc., The Bancorp Bank, The Staywell Company, Universal Hospital Services, U.S. Bank N.A, Verizon New York, Vizient Inc. and Xerox Capital Services.

c.      **Disclosures Relating to Drexel University:**  SEAL currently represents Drexel on a variety of legal matters wholly unrelated to these Chapter 11 Cases.  In order to avoid any conflict of interest, SEAL and the Debtors have agreed that SEAL's representation of the Debtors excludes the provision of legal advice about matters adverse to Drexel, and, subject to Court approval, the Debtors have retained Klehr Harrison to represent them in matters adverse to Drexel.  SEAL has also established an ethics screen to ensure that no SEAL attorney, legal assistant or staff member who provides assistance to the Debtors in connection with the Debtors' restructuring efforts or these Chapter 11 Cases shall (i) work on any matters involving Drexel, (ii) disclose any information concerning the Chapter 11 Cases or the Debtors' restructuring efforts to any attorneys, legal assistants or staff members working on other Drexel matters, or (iii) read or examine any files or other documents relating to other Drexel matters, and vice versa.

d.      **Disclosures Related to St. Christopher's Foundation for Children**: A partner at SEAL currently serves as a board member of St. Christopher's Foundation for Children.

2