**<u>Exhibit C</u>**


**Wilen Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

**DECLARATION OF ALLEN WILEN IN SUPPORT OF**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING**
**(I) RETENTION AND EMPLOYMENT OF EISNERAMPER LLP TO PROVIDE**
**INTERIM MANAGEMENT SERVICES, A CHIEF RESTRUCTURING OFFICER,**
**AN INTERIM SYSTEM CEO AND ADDITIONAL PERSONNEL, AND (II) THE**
**DESIGNATIONS OF ALLEN WILEN AS CHIEF RESTRUCTURING OFFICER**
**AND RONALD DRESKIN AS INTERIM SYSTEM CHIEF EXECUTIVE**
**OFFICER TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Allen Wilen, being duly sworn according to law, depose and state that:

1.     I am a Partner of EisnerAmper LLP ("**EisnerAmper**") and serve as the National

Director of the Financial Advisory Services Group.  EisnerAmper is an financial advisory firm

that maintains offices at, among other places, One Logan Square, 130 North 18th Street, Suite

3000, Philadelphia, Pennsylvania 19103.  I am duly authorized to make this declaration (the

"**Declaration**") on behalf of EisnerAmper.  I have more than twenty-five years of financial and

accounting experience, as well as extensive experience advising insolvent and troubled

companies in turnaround and crisis situations and navigating such companies through

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

turnaround, sale and liquidation processes.  I have frequently been involved in complex matters requiring expertise in forensic accounting and operational analysis and have been qualified as an expert in numerous state and federal courts throughout the United States, including the district of Delaware.

2.      I submit this Declaration on behalf of EisnerAmper in support of the *Motion of the Debtors for the Entry of an Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (ii) the Designations of Allen Wilen as Chief Restructuring Offer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "**Motion**").[2]

3.      Unless otherwise indicated herein, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

A.      **EisnerAmper's Qualifications**

4.      EisnerAmper is one of the country's premier mid-market accounting firms.  It has a nationally recognized turnaround and crisis management practice.  It is well respected for providing interim turnaround management to stabilize companies in crisis, has extensive experience working with troubled healthcare service providers and multi-hospital systems in complex acquisitions and transactions, and has provided interim turnaround management services to numerous debtors-in-possession and official committees in bankruptcy proceedings. EisnerAmper is thus well qualified to provide the CRO Services and the Healthcare Consulting Services to the Debtors in these Chapter 11 Cases.

---

[2]      Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Motion.

5.       EisnerAmper's professionals have developed extensive experience in matters involving complex financial restructurings.  Specifically, EisnerAmper has served as financial advisor or interim management for debtors and other parties in a large number of bankruptcy cases in the Third Circuit, including several healthcare cases, such as: *In re Saint Michael's Med. Ctr., Inc.*, 15-24999 (VFP) (Bankr. D.N.J. Sept. 11, 2015); *In re KidsPeace Corp.*, Case No. 13-14508 (REF) (Bankr. E.D. Pa. June 17, 2013); *In re 710 Long Ridge Road Operating Co. II, LLC*, Case No. 13-13653 (DHS) (Bankr. D.N.J. Mar. 26, 2013); *In re St. Mary's Hospital, Passaic, N.J.*, Case no. 09-15619 (MS) (Bankr. D.N.J. Apr. 21, 2009); *In re Bayonne Med. Ctr.*, Case No. 07-15195 (MS) (Bankr. D.N.J. June 14, 2007).

6.       EisnerAmper was engaged by the Debtors beginning in March 2019, to provide the CRO Services and Healthcare Consulting Services to the Debtors pursuant to the Engagement Letters.  As a result, EisnerAmper has become, and will continue to become, intimately familiar with the Debtors' corporate and capital structure, management, operations, and various other aspects of their businesses.  EisnerAmper has developed a significant amount of institutional knowledge regarding the Debtors' operations, finances and systems. Furthermore, Mr. Dreskin and I have taken active roles in spearheading the Debtors' restructuring efforts and their efforts to prepare for their chapter 11 filings, including participating in the negotiations concerning the Debtors' postpetition financing, closure planning and communicating with the Debtors' various constituencies.  On the basis of this experience and knowledge, the Debtors believe that EisnerAmper is uniquely positioned and well-qualified to perform these services and represent the Debtors' interests in these Chapter 11 Cases

**B.**     **Services to Be Provided**

7.     Subject to approval of the Motion and consistent with the terms of the Engagement Letters,[3] EisnerAmper will provide CRO Services as EisnerAmper and the Debtors deem appropriate, including, but not limited to, the following:

CRO Services:

   a.   Provide certain consulting services to the Debtors to assist with the financial restructuring of the Debtors.  EisnerAmper will provide the services of Allen Wilen to serve as the CRO;

   b.   Develop a range of transaction alternatives, including divestitures, restructuring, adjustments to business model (e.g., closure of Hahnemann), and both judicial and non-judicial reorganization options;

   c.   Negotiate on behalf of the Debtors, and at an arms-length basis, terms of agreements between the Debtors and its parent entities, including but not limited to: (i) vendor contracts; (ii) licensing and sales agreements, as applicable; (iii) debtor-in-possession and/or other financing arrangements; (iv) lead communications with key constituents; (v) with the assistance of on-site personnel, cash preservation, including maintenance of a 13-week rolling cash flow statement and vendor management; and (vi) other intercompany agreements and obligations.

   d.   Assist the Debtors in contingency planning including the evaluation, planning and execution of a potential chapter 11 filing;

   e.   Assist the Debtors and its other advisors with the formulation of a chapter 11 plan of reorganization, liquidation and the preparation of the corresponding disclosure statement;

   f.   Advise and assist the Debtors in the assembly and preparation of financial information, statements, schedules, budgets and monthly operating reports necessary due to requirements of the Bankruptcy Court and/or Office of the U.S. Trustee;

   g.   Assist the Debtors in the preparation of a liquidation valuation for a reorganization plan and/or negotiation purposes;

---

[3]     The summary set forth herein is qualified in its entirety by the terms of the Engagement Letters, and the terms of the Engagement Letters shall control in the event of a conflict. Capitalized terms not otherwise defined in this section shall have the meaning ascribed to them in the Engagement Letters.

35527989.5 07/17/2019

h.  Assist Debtors' personnel with the communications and negotiations, at Debtors' request and under Debtors' guidance, with lenders, creditors, and other parties-in-interest including the preparation of financial information for distribution to such parties-in-interest;

i.  Assist in the preparation of weekly and monthly reporting in accordance with the debtor-in-possession credit facility and/or other financing arrangements; and

j.  Assist with such other accounting and financial services as requested by the Debtors and which are not duplicative of services provided by other professionals.

<u>Healthcare Consulting Services</u>:

a.  Provide the services of Ronald Dreskin to serve as Interim CEO;

b.  Advise the President on matters relating to the day-to-day operations, as well as advise and make recommendations to the President with respect to strategic planning pertaining to the restructuring of the Debtors;

c.  Provide advice and recommendations to the Board with respect to day-to-day operations and strategic planning pertaining to the restructuring of the Debtors.  In particular, the Interim CEO will advise the Board with respect to efficiencies and strategic development initiatives, including:

    i.  Advising the Board with respect to the quality of patient care;

    ii.  Advising on a closure plan for HUH;

    iii.  Recommending and following operational standards;

    iv.  Advising the Board with respect to and overseeing the day-to-day performance of the Company's senior executives and key personnel;

    v.  Identifying and assisting with the implementation of certain business initiatives to improve operational performance;

    vi.  Advising the Board with respect to the hiring and training of staff;

    vii.  Advising the Board with respect to the implementation of clinical procedure and policy; and

    viii.  Advising the Board with respect to compliance with State, Federal and CMS regulations as well as hospital policies

      d. Provide a part-time Director of Finance for the Debtors' practice groups focused on improving the financial management processes in place, including on site management and participation in all financial related matters, development of routine reporting tools and metrics, providing advice regarding cash flow initiatives and financial decisions, and assisting with the preparation and presentation of operating and capital budgets and financial forecasting.[4]

Support Services

      a. As described further in the Engagement Letters, supplemental EisnerAmper personnel will perform Support Services, including analytical support, design and building of reporting tools, supply chain management and revenue cycle management services, and an assessment of profit improvement plans.

8.      The Debtors require qualified professionals to render these essential professional services. As noted above, EisnerAmper has substantial expertise in all areas for which it is proposed to be retained. Accordingly, EisnerAmper is well qualified and best suited to perform these services and to assist the Debtors in the Chapter 11 Cases.

9.      All of the services that EisnerAmper will provide to the Debtors will be undertaken at the request of the Debtors and will be appropriately directed by the Debtors so as to avoid duplicative efforts among the professionals retained in the Chapter 11 Cases. EisnerAmper will also use reasonable efforts to coordinate with the Debtors' other retained professionals to avoid the unnecessary duplication of services.

## C.    **Professional Compensation**

10.     Subject to this Court's approval and as set forth in the Engagement Letters,[5] the Debtors and EisnerAmper have agreed to the following compensation and expense structure (the

---

[4]      The Director of Finance's projects ceased post-petition, on July 14, 2019.

[5]      The summary set forth herein is qualified in its entirety by the terms of the Engagement Letters, and the terms of the Engagement Letters shall control in the event of a conflict. Capitalized terms not otherwise defined in this section shall have the meaning ascribed to them in the Engagement Letters.

"**Fee and Expense Structure**") in consideration for the services to be rendered by EisnerAmper in the Chapter 11 Cases:

> a.   EisnerAmper will bill the Debtors $92,250.00 on a weekly basis for fees incurred in connection with the Healthcare Consulting Services and the Financial Restructuring Services, plus reasonable out-of-pocket expenses incurred.
>
> b.   Fees for Director of Finance and Support Services will be billed at a discounted hourly rate of $315, and EisnerAmper is authorized to bill up to 110 hours for Support Services per week.

11.    Because EisnerAmper is not being employed as a professional under section 327 of the Bankruptcy Code, EisnerAmper is not required to submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code.  Instead, EisnerAmper shall submit invoices to the Debtors within ten (10) days from the end of each month.  In addition, EisnerAmper will file with the Court and serve on the United States Trustee and counsel for any official committee appointed in the Chapter 11 Cases (collectively, the "**Notice Parties**") a summary fee statement covering work performed for the previous month, which will include the names of and tasks fulfilled by the CRO, the Interim CEO and any additional personnel involved in the Chapter 11 Cases, and which will itemize any expenses incurred for the relevant period (the "**Fee Statement**").

12.    The Notice Parties shall have ten (10) days after the date each Staffing Report is served on the Notice Parties to object to such Staffing Report.  The Fee Statement, EisnerAmper's staffing decisions, and all compensation identified in the Fee Statement will be subject to review by the Court in the event an objection is filed.  Absent any objections, 100% of EisnerAmper's invoices shall be payable after 10 business days of the filing of the Fee Statement.

13.     As provided for in the Engagement Agreement, EisnerAmper received $150,000 in advance of the Petition Date to be applied to its professional fees, charges and disbursements for the Engagement  (the "**Cash on Account**").  After applying the Cash on Account to unpaid pre-filing fees, charges and disbursements, there is a balance of $36,684, which will be applied to EisnerAmper's final invoice.

14.     The Fee and Expense Structure described above is comparable to compensation for turnaround management services, both in and out of court.  The Fee and Expense Structure is also consistent with EisnerAmper's normal and customary billing practices for cases of this size and complexity that require the level and scope of services outlined.  I therefore believe that the Fee and Expense Structure is reasonable and at favorable market rates for the Debtors.

**D.     Indemnification**

15.     The Engagement Letters further provide that the Debtors will indemnify and hold harmless EisnerAmper and its members, partners, officers, agents, employees, and affiliates (each, an "**Indemnified Party**," and collectively, the "**Indemnified Persons**"), from and against any and all losses, claims, judgments, liabilities, costs, damages, and expenses, including reasonable attorneys' fees that EisnerAmper may incur, arising out of any services provided by EisnerAmper to the Debtors pursuant to the Engagement Letters, other than those resulting from EisnerAmper's gross negligence or willful misconduct (such obligations being referred to as the "**Indemnification Provisions**"), which provisions are set forth in greater detail in the Engagement Letters.  The Indemnification Provisions are standard indemnification terms, both in chapter 11 cases and outside chapter 11, and reflect the qualifications and limits on such terms that are customary for EisnerAmper and other similar CROs as approved in this and other jurisdictions.  The Indemnification Provisions were fully negotiated between the Debtors and

EisnerAmper at arm's length and I respectfully submit that the Indemnification Provisions, subject to modification as set forth in the Proposed Order, are reasonable.

**E.**   **EisnerAmper's Disclosure Policies and Disinterestedness**

16.   In preparing this Declaration, EisnerAmper performed a conflict search with respect to a list of creditors, equity holders and other interested parties, which is annexed hereto as **Schedule A** (the "**Potential Interested Parties List**").   Based on that search, EisnerAmper represents that, to the best of its knowledge, it knows of no fact that would present a conflict of interest for EisnerAmper with regard to its proposed engagement.   EisnerAmper, however, wishes to disclose those items identified on **Schedule B** (the "**EisnerAmper Contacts List**").

17.   Insofar as I have been able to ascertain from my review of the EisnerAmper Contacts List, to the best of my knowledge, and other than as described herein, neither EisnerAmper, nor its affiliates, nor any professional of EisnerAmper: (a) has represented the Debtors' creditors, equity holders, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, in any matters relating to the Debtors or their estates; or (b) has any connection with the Debtors in the Chapter 11 Cases, or any interest materially adverse to the interest of any class of creditors or equity holders by reason of any direct or indirect relationship to the Debtors, any other parties in interest herein, or their respective attorneys.

18.   EisnerAmper has advised numerous clients, past and present, which are located throughout the world, in a variety of industries.   Such clients may include certain of the persons or entities that are identified as creditors of the Debtors.   It is also possible that some past or present clients of EisnerAmper may have some connection to, or are creditors of, the Debtors.   Nevertheless, insofar as I have been able to ascertain based on the results of the foregoing, to the

best of my knowledge, other than as described herein and except for the Debtors, EisnerAmper has not advised any party in interest in connection with the Chapter 11 Cases.

19.    EisnerAmper is involved in numerous cases, proceedings, and transactions involving many different attorneys, accountants, CROs and financial consultants, some of whom may represent claimants and parties in interest in the Chapter 11 Cases.  Moreover, EisnerAmper has in the past, and may in the future, be represented by several attorneys and law firms, some of which may be involved in the Chapter 11 Cases.  Finally, EisnerAmper has in the past, and will likely in the future, be working with or opposite other professionals involved in the Chapter 11 Cases with respect to matters wholly unrelated to the Chapter 11 Cases.  Based on our current knowledge of the professionals involved in the Chapter 11 Cases and to the best of my knowledge, none of these business relationships constitute interests adverse to the estates in matters upon which EisnerAmper is to be employed and none are in connection with the Chapter 11 Cases.

20.    The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in the Chapter 11 Cases.  Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict including the efforts outlined above, EisnerAmper is unable to state with certainty whether any of its Debtors or an affiliated entity of a Debtors holds a claim or otherwise is a party in interest in the Chapter 11 Cases.  If EisnerAmper discovers any information that is contrary or pertinent to the statements made herein, EisnerAmper will promptly disclose such information to the Court.  EisnerAmper does not advise, has not advised, and will not advise any entity other than the Debtors in matters related to the Chapter 11 Cases.  EisnerAmper will, however, continue to provide professional services to entities or persons that may be creditors of

the Debtors or parties in interest in the Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, the Chapter 11 Cases or the Debtors.

21.     Except as otherwise set forth herein and in the Motion, to the best of my knowledge, information and belief, neither EisnerAmper nor any employee of EisnerAmper is a creditor, an equity holder or an insider of the Debtors.  To the best of my knowledge, information and belief, neither EisnerAmper nor any employee of EisnerAmper is or was, within two (2) years before the Petition Date, a director, an officer or an employee of the Debtors.  Also, to the best of my knowledge, information and belief, neither the undersigned nor the EisnerAmper professionals expected to assist the Debtors in the Chapter 11 Cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any persons employed in the office of the U.S. Trustee.

22.     As of the date of EisnerAmper's engagement, EisnerAmper does not hold any claim against the Debtors.

23.     To the extent EisnerAmper discovers any facts bearing on the matters described herein during the period of EisnerAmper's retention, EisnerAmper will undertake to amend and supplement the information contained in this Declaration to disclose such facts.

24.     Based on all of the foregoing, EisnerAmper is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2019                    */s/ Allen Wilen*
                                             Allen Wilen
                                             Partner
                                             EisnerAmper, LLP

## Schedule A

## Potential Parties-in-Interest List

**Debtors**
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates,
LLC
St. Christopher's Healthcare, LLC
Center City Healthcare, LLC
HPS of PA, L.L.C.
TPS II of PA, L.L.C.
TPS III of PA, L.L.C.
TPS IV of PA, L.L.L.
SCHC Pediatric Associates, L.L.C.
SCHC Pediatric Anesthesia Associates, L.L.C.
StChris Care at Northeast Pediatrics, L.L.C.
TPS of PA, L.L.C.
St. Christopher's Pediatric Urgent Care Center,
L.L.C.
TPS V of PA, L.L.C

**Non-Debtor Affiliates**
Front Street Healthcare Properties, LLC
Front Street Healthcare Properties II, LLC
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Physicians Clinical Network, LLC
Physician Performance Network of Philadelphia,
LLC
MBNF Investments, LLC
American Academic Health System, LLC
Philadelphia Academic Health Holdings, LLC
Philadelphia Academic Risk Retention Group,
LLC
HSRE-PAHH I, LLC
PAHH New College MOB, LLC
PAHH Bellet MOB, LLC
PAHH Broad Street MOB, LLC
PAHH Feinstein MOB, LLC
PAHH Wood Street Garage, LLC
PAHH Erie Street Garage, LLC

**Equity Holders**
Philadelphia Academic Health Holdings, LLC
American Academic Health System, LLC
MBNF Investments, LLC

Joel Freedman
Stella Freedman
Barbara S. Kramer, Trustee
Michael Ouzounian Irrevocable Trust
Benjamin Joseph Freedman Irrevocable Trust
Nathan Alexander Freedman Irrevocable Trust

**Other**
Drexel University
Drexel University College of Medicine
Tenet Business Services Corporation
Conifer Revenue Cycle Solutions, LLC
Harrison Street Real Estate, LLC
Dilworth Paxson LLP

**Unions**
District 1199C Service and Maintenance Unit
International Brotherhood of Electrical Workers,
Local 98
National Union of Hospital and Health Care
Employees, AFSCME, AFL-CIO,
Pennsylvania Association of Staff Nurses and
Allied Professionals

**Utilities**
AT&T Mobility
Atlantic City Electric
Champion Energy Services LLC
Comcast Cablevision
Constellation Energy Gas
Constellation NewEnergy Gas
DirectTV LLC
Energy Management Systems Inc.
MCI
Manhattan Telecommunications Corporation
d/b/a Metropolitan Telecommunications a/k/a
MetTel
PECO Energy
Philadelphia Gas Works
South Jersey Gas
SPOK
Veolia Energy Philadelphia Inc.
Verizon
Verizon Business

Verizon CABS
Verizon Wireless
Water Revenue Bureau
West Unified Communications
West Unified Communications SVCS
WTMUA

City of Philadelphia
Internal Revenue Service
Pennsylvania Department of Revenue

**Insurers**
ACE American Insurance Company
ACE Property & Casualty Insurance Co.
Admiral Insurance Company
Affiliated FM Insurance Co.
Axis Insurance Company
Beazley Insurance Company, Inc.
Chubb - Federal Insurance Company
Doctors Company An Interinsurance Exch.
Illinois Union Insurance Co.
Ironshore Specialty Insurance
Lloyd's of London
Lockton
National Fire & Marine Insurance Co.
National Union Fire Insurance Company of
Pittsburgh, PA
Philadelphia Academic Risk Retention Group,
LLC
Premium Assignment Corporation
Starr Indemnity & Liability Company
Tokio Marine Specialty Insurance Company
Travelers Casualty and Surety Company of
America
Starr Indemnity & Liability Company

**Payors**
Aetna/Coventry
Aetna Better Health
Amerihealth
BCBS Horizon NJ Health
Cigna HealthSpring
Community Behavioral Health
Health Partners Plans
Horizon Blue Cross of NJ
Humana
Independence Blue Cross
Independence Blue Cross of PA
Keystone First
Keystone Mercy
Medicaid
United Health Care

**Taxing Agencies**
Center City District

**Secured Parties**
Capital One, N.A.
GE HFS, LLC
Med One Capital Funding, LLC
MidCap Funding IV Trust
MidCap Funding H Trust
MidCap Financial Trust
De Landen Financial Services
Olympus America Inc.
U.S. Bank, N.A.

**Case Professionals**
EisnerAmper LLP
Omni Management Group
Saul Ewing Arnstein & Lehr LLP
SSG Advisors, LLC
Klehr Harrison Harvey & Branzburg LLP

**Banks**
Capital One, N.A.
Wells Fargo Bank, N.A.
Bank of America, N.A.
PNC Bank, N.A.

**Other Creditors/Contract Parties**
12st Catering, Inc.
3E Company Environmental, Ecological and
Engineering
3M Health Information Systems, Inc.
50 Words, LLC
AA Casa Inc d/b/a PM Associates
Aardvark Pest Control Services, Inc.
Aargon Agency, Inc.
Abbott Laboratories Inc.
Abbott Molecular Inc.
Abbott Nutrition
Abbott Point of Care
Abiomed, Inc.
ABO Haven Early Learning Center
Access Nurse PM, Inc. d/b/a TeamHealth
Medical Call Center
Accredo Health Group, Inc.
Accriva Diagnostics, Inc.
Accruent, LLC

ACS Education Services, Inc.
Ad Prima Charter School
ADP, LLC
Advanced Air Service Group
Advanced AV, LLC
Advanced CE
Advanced Door Services, Inc.
Advanced Sterilization Products Services, Inc.
Advanced Technologies Group, Inc.
Adynxx, Inc.
Agilent Technologies, Inc.
Alere Informatics, Inc.
Allergan USA, Inc.
Allergy and Asthma Specialists, PC
Alliance for Paired Donation, Inc.
Alliance HealthCare Services, Inc. d/b/a
Alliance HealthCare Radiology
AllMed Healthcare Management, Inc.
Alpha Imaging, Inc.
Altantic Diagnostic Laboratories, LLC
Amazing Kidz Academy, LLC
America On Hold
American Academy of Sleep Medicine
American College of Cardiology Foundation
American College of Cardiology Foundation
American College of Radiology
American College of Surgeons
American College of Surgeons for the
Pennsylvania National Surgical Quality
Improvement Program Consortium
American Communication Centers d/b/a ACC
Solutions
American Dental Association
American Heart Association, Inc.
American Medical Response Mid-Atlantic, Inc.
American Messaging Services, LLC
American Radio and Microwave Corporation
Ameriwater, Inc.
Amit Maity, MD
AMO Sales and Service, Inc.
Amy Leader, Dr.P.H., M.P.H.
Analytic Solutions Network, LLC
Anda K. Kuo, MD
Aramark Refreshment Services, LLC
Aramark Uniform and Career Apparel Group,
Inc.
Arizant Healthcare Inc.
Arledge Electronics, Inc.
Artcraft Promotional Concepts
ARUP Laboratories, Inc.
Ascension School

ASPIRA Bilingual Cyber Charter School
ASSA ABLOY Entrance Systems US Inc.
ATG Consultants, LLC
Athena Diagnostics
Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic
Stone Center
Atlantic Switch and Generator, LLC
Augusta Healthcare, Inc.
Aviacode, Inc.
Azima Health Services, Inc.
Baratz & Associates, PA
Barclay Water Management, Inc.
Bard Peripheral Vascular, Inc.
Barton & Associates, Inc.
Battell Memorial Institute Pacific Northwest
Division
Bayer Healthcare, LLC
BC Solutions LLC
BC Technical, Inc.
Beasley Media Group, Inc. d/b/a WMMR,
WMGK, WBEN-FM & WPEN
Beckman Coulter, Inc.
Beekley Corporation
Belfor USA Group Inc.
Belimed, Inc.
Bellevue Strategies, LLC
Best Practice Professionals Inc. d/b/a
oneSOURCE Document Management Services
Biochrom US
Biocompatibles, Inc.
BioDlogics, LLC
BioFire Diagnostics, LLC
bioMerieux Inc.
Biomet, Inc.
Bio-Optronics, Inc.
Bio-Rad Laboratories
Biosense Webster, Inc.
BiotronX LLC
BKT Architects, LLC
Blank Rome LLP
Blue Pillar, Inc.
Bondtech Incorporated
Bonel Medical Equipment, Inc.
Borton-Lawson Engineering, Inc.
Boston Scientific Corporation
Brian Communications LLC
Brigham and Women's Physicians Organization
Brightside Academy
Broadcast Music Inc.
Bromedicon, Inc.
Brucker & Morra, PC

Bulldog Orthodontics, LLC
Burns White LLC
Calyx Partners, LLC
Capstar Radio Operating Company d/b/a iHeart Medica, Philadelphia
Cardeza Foundation Hemophilia and Thrombosis Center
Cardinal Health 200, LLC
Cardinal Health 414, LLC
Cardinal Health Solutions, Inc.
CardioAccess, Inc.
CardioNet, Inc.
CareFusion 211, Inc.
CareFusion Solutions, LLC
CarterPierce, LLC
Casa del Carmen
CCJ Physics, LLC
Cenova, Inc.
Center City Film and Video, Inc.
Center for Student Learning Charter School at Pennsbury
Centric Actuarial Solutions, LLC
Cepheid Incorporated
Cerner Corporation
Cetlin Design Group, Inc.
Champion Energy Services, LLC
Change Healthcare Technologies, LLC
Charley's Angels Photography Inc.
CHG Companies, Inc. d/b/a CompHealth
Chubb Hotel & Conference Center
Cincinnati Children's Hospital Medical Center
Cintas Corporation
CIOX Health, LLC
Cisco Systems Capital Corporation
CL Risk Solutions, LLC
Clark Services Group, LLC d/b/a The Degreasers
Coast Quality Pharmacy, LLC d/b/a AnazaoHealth
Cocco Enterprises, Inc.
Cochlear Americas
CohnReznick LLP
Colcom, Inc.
Coleman Nourian Search LLC
College of American Pathologists
Coloplast Corp.
Columbia University Medical Center
Community Behavioral Health
Computer Kids Day Care Center
Concilio
Congresso DeLatinos Unidos, Inc.

CONMED Corporation
Connolly Gallagher LLP
Conrad O'Brien PC
Constellation NewEnergy - Gas Division, LLC
Continuum, LLC
ConvergeOne Systems Integration, Inc.
Corona Partners
Corporate Cost Control, Inc.
Corporate Lamp and Electric Recycling LLC
Council on Accreditation of Nurse Anesthesia Educational Programs
Courtyard Philadelphia Downtown
Covidien Sales LLC d/b/a Given Imaging
Cranel, Inc. d/b/a Versitec
Criterion Laboratories, Inc.
Crothall Healthcare, Inc.
Crowell & Moring LLP
Curae Health
Cushman & Wakefield of Connecticut, Inc.
Cushman & Wakefield of Pennsylvania, LLC
Cushman & Wakefield of Philadelphia, Inc.
CyraCom International Inc.
Dako North America, Inc.
Daniel Burke Photography
David Small
DaVita Healthcare Partners Inc.
De Lage Landen Financial Services, Inc.
De Long Industries Group, Inc. d/b/a Wavetech Industries
Deaf Hearing Communication Centre, Inc.
Delaware Valley Aesthetics d/b/a Rumer Cosmetic Surgery
Delta Dental of Pennsylvania
Devicor Medical Equipment, Inc.
Devicor Medical Products, Inc.
Devil's Alley
DEX Imaging, Inc.
DGA Partners, Inc.
Diagnoss Inc.
Diagnostica Stago, Inc.
Diesel Dialysis, LLC
Digital Innovation, Incorporated
DIRECTV, Inc.
Dixon Hughes Goodman LLP
DJO, LLC
Dolbey-Jamison, Inc.
Dome Insulation, LLC
Draeger Medical, Inc.
Draeger, Inc.
Drexelbrook
Drueding Center

Duff & Phelps, LLC
Dynamic Language Services, LLC
e4 Services, LLC
Eagles Taxi, LLC d/b/a 215 Get a Cab
Eastern Controls Inc.
Eastern Lift Truck Co., Inc.
Eastern Sign Tech, LLC
Eastern Society for Pediatric Research
Echo, Inc.
Eckert Seamans Cherin & Mellott, LLC
Econsult Solutions, Inc.
Education Resources, Inc.
Edwards Lifesciences LLC
EEC Acquisition LLC d/b/a Smart Care
Equipment Solutions
Einstein Practice Plan, Inc.
Electronic Ink
Electronic Payment Exchange
Electronic Security Solutions LLC
Elekta Inc.
Elemental Inc.
Elite Office Solutions, Inc.
EMD Millipore Corporation
Emergency Systems Service Company
Employers Health Network, LLC
Emergency Medical Associates
Employment Tax Servicing Corp. d/b/a Emptech
Encore Medical International, Inc.
Energy Products and Service Co., Inc.
Enerwise Global Technologies, Inc. d/b/a
CPower
Enovate Medical, LLC
Ensemble RCM LLC d/b/a Ensemble Health
Partners
Entercom
ENV Services, Inc.
Environmental and Engineering Solutions, Inc.
Environmental Control Services, Inc.
Ernst & Young LLP
Essential Consulting LLC
Ethan Kentzel
ettain group, Inc.
Eurofins Viracor, Inc.
Eurofins VRL, Inc. d/b/a VRL Eurofins
Everbridge, Inc.
Evoqua Water Technologies, LLC
Evoqua Water Technologies, LLC
Exactech US, Inc.
Fairmount Long Term Care
Fairmount Rowing Association
Field House Philly

Financial Recoveries
FIRM Revenue Cycle Management Services,
Inc.
First Philadelphia Charter School for Literacy
First Philadelphia Paradigm, Tacony Academy
FishHeads Aquarium Service LLC
Flex Financial, a divison of Stryker Sales
Corporation
FM Cost Containment, LLC
Focus Diagnostics, Inc.
Fonemed, LLC
Foot & Ankle Center of Philadelphia, LLC
Foss Therapy Services, Inc.
Francis Cauffman, Inc.
Franklin Cleaning Equipment & Supply
Company
Fresenius Medical Care
Fusaro Brothers, Inc. d/b/a Maxwell Cab
Company
Future IT Advisors, LLC
Garda CL Atlantic, Inc.
Garrison Printing Company
Gary Frazier
GBS Corp
GE Healthcare IITS USA Corp.
GE HFS, LLC
GE Medical Systems Information Technologies,
Inc.
GE Precision Healthcare LLC
GeBBS Healthcare Solutions, Inc.
General Electric Company, by and through its
GE Healthcare division
General Healthcare Resources, LLC
Genova Group, LLC
Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire
Protection
Germane & Co., Inc. d/b/a Germane Solutions
Getinge USA Sales, LLC
Getinge USA, Inc.
GlassRatner Advisory & Capital Group, LLC
Global Affiliates, Inc.
Global Healthcare Exchange, LLC
Greater Delaware Valley Society of Transplant
Surgeons d/b/a Gift of Life Donor Program
GTT Americas, LLC
H.C.A.S. of Florida, Inc. d/b/a Call 4 Health /
Call 4 Nurse
Haemonetics Corporation
Hahnemann Apothecary Inc.
Hanger Prosthetic and Orthotics, Inc. d/b/a
Hanger Clinic

Harmelin and Associates Inc. d/b/a Harmelin
Media
Harry J Lawall & Son, Inc.
Hayes Healthcare, LLC
HBO & Recoveries, LLC
Health Sciences Law Group LLC
Healthcare Administrative Partners, LLC
Healthcare Performance Group, Inc.
Healthcare Receivable Specialists, Inc.
Healthshare Exchange of Southeastern
Pennsylvania, Inc.
HealthStream, Inc.
HealthTronics Mobile Solutions, L.L.C.
HealthTrust Purchasing Group, L.P.
Health Partners Plans
HemaTechnologies, Inc.
Herman Goldner Co., Inc.
Hewlett-Packard Financial Services Company
Hillmann Consulting, LLC
Hill-Rom Company, Inc.
Hilton Philadelphia City Avenue
Historic Hotel Bethlehem
HMI LLC
Holland Square Group, LLC
Hollis Cobb Associates, Inc.
Hologic, Inc.
Hospice of Philadelphia
Howmedica Osteonics Corp.
HUB Parking Technology USA, Inc.
Huntingdon Valley Eye Care Consultants, Ltd.
Huntington Technology Finance, Inc.
Huron Consulting Services LLC
I. Miller Precision Optical Instruments, Inc.
iContracts, Inc.
IMA Consulting
Immaculata University
Immucor, Inc.
IMPAC Medical Systems, Inc.
IMPACT Services Corporation
Implementation Management Assistance, LLC
d/b/a Revint Solutions
Independent Hardware, Inc.
Infor (US), Inc.
Informa Software
Ingenious Med, Inc.
Innovative Print & Media Group, Inc.
Innovative Product Achievements, LLC d/b/a
IPA, LLC
INO Therapeutics LLC d/b/a Mallinckrodt
Inquicker, LLC
Integra Life Sciences Sales LLC

Integrated Healthcare Solutions, Inc.
Integrated Medical Systems International, Inc.
Integrity Healthcare, LLC
Interactivation Health Networks
Interphase Medical Equipment, Inc.
Intralinks, Inc.
Intuitive Surgical, Inc.
Iodine Software, LLC
Iron Mountain Information Management, LLC
ISS Facility Services, Inc.
ivWatch, LLC
Ivy Hill Cemetery Company
J.W. Carrigan, LLC
Jackson Lewis P.C.
Jay M. Yanoff, EdD
JDI Net Systems
JDR Consulting, LLC
Jefferson Gardens North Philadelphia Head Start
Joe Glass
John B. Stetson Middle School
John Calvitti Company
John Dowdle
JohnGSelf Partners, Inc.
Johnson & Johnson Health Care Systems Inc.
JohnsonLambert LLP
JP Zimmerman PCS LLC
JustRight Surgical, LLC
K&C Strategic Policy Group, LLC d/b/a
DeBrunner & Associates
Karl Storz Endoscopy-America, Inc.
Kasscon Building Services, LLC
KCI USA, Inc.
Kenco Kalibration Inc.
Ken-Crest Services
Keystone Academy Charter School
Keystone Quality Transport Company
Kieran McKenna Flooring, Inc.
Kinder Academy
Klenzoid, Inc.
Konica Minolta Healthcare Americas, Inc.
Korn/Ferry International
Laboratory Corporation of America
Laerdal Medical Corporation
Language Services Associates, Inc.
Lantheus Medical Imaging, Inc.
Laser Service Solutions, LLC
Lauletta Birnbaum, LLC
Law Offices of Suzanne N. Pritchard, P.C.
Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises
Leah Coppolino
Leasing Associates of Barrington, Inc.

Legal Clinic for the Disabled, Inc.
Leucadia Pharmaceuticals
Life Image Inc.
LifeLine Software, Inc.
Lighthouse
Limb Technologies, Inc. d/b/a LTI Orthotic
Prosthetic Center
Linde LLC
LinkedIn Corporation
Lions Eye Bank of Delaware Valley
Lisa The
Litchfield Cavo LLP
Livanta LLC
Live Message America
Lockton-Dunning Series of Lockton Companies,
LLC
LocumTenens.com, LLC
Lori's Gifts, Inc.
LRD Graphics, Inc. t/a Fels Printing
Lumedx Corporation
Lutheran Children and Family Service
Lutheran Settlement House
Lyons Advisors, LLC
M&M Autoclave Cleaning, LLC
Macalino Marketing, Inc.
Magee Rehabilitation Hospital
Maggiano's Little Italy
Major Medical Hospital Services, Inc.
Manhattan Telecommunications Corporation
d/b/a Metropolitan Telecommunications a/k/a
MetTel
Mar Cor Purification, Inc.
Marcum LLP
Marshall Dennehey Warner Coleman & Goggin,
P.C.
Mastery at Smedley Charter School
Mayflower Laundry and Textile Services LLC
MCG Health, LLC
MDS Carpeting and Flooring, Inc.
Med One Capital Funding, LLC
Med One Capital Funding, LLC d/b/a IPA One
MED3000 Inc.
Medacist Solutions Group, LLC
MedHub, LLC
MediaLab, Inc.
Medical Doctor Associates, LLC
Medical Excess LLC
Medical Gas Solutions, Inc.
Medical Neurogenetics, LLC
Medical Staffing Solutions, Inc. d/b/a STAT
RESOURCES

medInt Holdings, LLC
Medline Industries Holdings, L.P
Medline Industries, Inc.
Medlytix, LLC
Medsentrix, LLC
Med-Tex Services, Inc.
Mednet Healthcare Technologies, Inc.
Medtronic USA Inc.
Mentor Worldwide LLC
Merchants Association Collection Division, Inc.
Mercy Neighborhood Ministries of Philadelphia,
Inc.
Meridian Bioscience Corporation
Metropolitan Anesthesia Services, Inc.
MHC Software, LLC
Mindfigure Consulting
Mindray DS USA, Inc.
MiraMed Global Services, Inc.
MJR Technologies, Inc. d/b/a GT Telecom
Moira Brooks
Monterey Medical Solutions, Inc.
Mother of Divine Grace PN
MSW Enterprises Inc. d/b/a Newtown
Answering Service
Muzak LLC d/b/a Mood Media
Nancy West Communications
Nanosonics, Inc.
Nathan Freedman
National Marrow Donor Program
Natus Medical Incorporated
NAVEX Global, Inc.
Neff and Associates, Inc.
Neopost Inc.
Network of Victim Assistance, LLC
Neurosurgical Anesthesia Consulting
New Foundations Charter School
New Innovations, Inc.
New York Blood Center, Inc.
Nexcore Properties PA LLC
Nixon Uniform Service, Inc.
Norris Square Children's Center
Northeast Protection Partners Inc.
Nova Biomedical Corporation
Nova Capital Group, LLC
nThrive Revenue Systems, LLC
nThrive, LLC
NTT DATA Services, LLC
Nuance Communications, Inc.
Nuclear Medicine Resources, Inc.
Obermayer Rebmann Maxwell & Hippel LLP

Occupational Health Centers of the Southwest,
P.A. d/b/a Concentra Medical Centers
Office of Civic Engagement & Volunteer
Services' Foster Grandparent Program
Ohio Children's Hospital Solutions for Patient
Safety
Olympus America Inc.
Omnicell, Inc.
Omnigo Software
On Time Ambulance, Inc.
Optum360 Solutions, LLC
Oregon Health & Science University
Ortho-Clinical Diagnostics, Inc.
OrthoPediatrics US Distribution Corporation
OsteoMed, LP
Otech Group LLC
Outcome Health
Pan American Academy Charter School
Pandora Data Systems, Inc.
Paradigm Mechanical, LLC
Park America, Inc.
ParkingSoft, LLC
Parkway Corporation
Patient Pathways, LLC
Patino Landscaping Group, LLC
Paul Rabinowitz Glass Co., Inc.
Paul Tirado
PayTech, Inc.
PCA EmSTAR Holdings, LP d/b/a EmSTAR
Pediatric Rehabilitation Associates, LLC
Penn Environmental & Remediation, Inc.
Pennoni Associates
Pennsylvania Department of Health, Chronic
Renal Disease Program
Pennsylvania Oral & Maxillofacial Surgery,
Ltd.
Pennsylvania Trauma Systems Foundation
Pentec Health, Inc.
People for People Charter School
People's Capital and Leasing Corp.
Pepper Hamilton LLP
PeriGen, Inc.
Perioperative Services, LLC
PERITUS Advisors
PerkinElmer Genetics, Inc.
Pharmacy OneSource Inc.
Philadelphia Business Journal
Philadelphia Ear, Nose & Throat Associates
Philadelphia Parent Child Center
Philadelphia Urosurgical Associates, PC
Philips Healthcare

Philips Medical Capital, LLC
Philly Star Events
Physician and Tactical Healthcare Services LLC
Pinnacle Healthcare Recovery Partners, Inc.
Pitney Bowes Inc.
Please Touch Museum
PNC Bank, National Association
Poovendran Sanththasivam, MD
Pope John Paul II Regional School
Porter's Family Center
Practising Law Institute
Precision Laser Specialist, Inc.
Precision Sprinkler Services, Inc.
Premier, Inc.
Preschool Project, Woolston
Prescient Logistics, LLC d/b/a RepScrubs
Prescott's Inc.
Press Ganey Associates, Inc.
Prestige Medical Imaging, Inc.
Prestige Perfusion, LLC
Primmer Piper Eggleston & Cramer PC
Priority Express Courier, Inc.
Professional Trauma Services, LLC
Proserv Removal, Inc. d/b/a 1-800-Got-Junk
ProviderTrust, Inc.
Pruett Roof
PTW New York Corporation
Public Health Management Corporation
Puppet Kitchen International, Inc.
Quality Insights Renal Network 4
Quantros, Inc.
Quest Diagnostic Clinical Laboratories Inc.
Quest Diagnostics Infectious Disease, Inc.
Quidel Corporation
R. Smith International, LLC d/b/a Resource
Rad Source Technologies, Inc.
Radiology Solutions, LLC
Radiometer America Inc.
Randstad Professionals US, LLC d/b/a Tatum
RealMed Corporation
Recognition Advantage, LLC
Red Shield Family Shelter
Reed Smith LLP
Reese's Professional Cleaning Service, LLC
Renal Treatment Centers - Northeast, Inc.
Respiratory Associates, LTD
Reuter Hanney Inc.
Richard N. Best Associates, Inc.
Ricoh USA, Inc.
Risa Eichinger
Rittenhouse Hematology & Oncology

Robert DiNunzio d/b/a Hygienic Building
Services
Robinson Kirlew & Associates Attorneys at Law
Romed, Inc. d/b/a Romed Ambulance
S&H Ltd. d/b/a Metropolitan Flag & Banner Co.
S.A. Comunale Co., Inc.
S.R. Wojdak & Associates, LP d/b/a Wojdak
Government Relations
SAI Global Compliance, Inc.
ScanSTAT Technologies, LLC
Scientific Apparatus Service, Inc.
Scott Testing Inc.
Scribe Care, Inc.
ScribeAmerica, LLC
SeaSpine Sales LLC
Security and Data Technologies, Inc.
Share Food Program Inc.
Sharonda Brown
SHC Services, Inc. d/b/a Supplemental
Healthcare Company
Sherman Engineering Company
Shore Memorial Hospital d/b/a Shore Medical
Center
Shriners Hospitals for Children
Sickle Cell Disease Association of America
Philadelphia/Delaware Valley Chapter
Siemens Healthcare Diagnostics, Inc.
Siemens Industry, Inc.
Siemens Medical Solutions USA, Inc.
Simkar Corporation
Simon Gratz Mastery Charter School
Singletary Group Inc. d/b/a First Contact HR
SISCO, Inc.
Sky Nurses, LLC
SleepMed Incorporated
Smith & Nephew, Inc.
Smokin' Betty's
SMR Healthcare Management, Inc.
Sodexo Management, Inc.
Solid Waste Services Inc. d/b/a JP Mascaro and
Sons
Sorin Group USA, Inc.
SourceHOV Healthcare, Inc.
Southampton Window Cleaning & Janitorial
Services, Inc.
Southeast Reimbursement Group, LLC
Southwest Regional PCR, LLC d/b/a
PathoGenius Laboratory
SpecialtyCare IOM Services, LLC
SpecialtyCare, Inc., as agent for SpecialtyCare
Cardiovascular Resources, Inc.

Spectra Laboratories, Inc.
Spectrum Health Partners, LLC
Spiffy Cloud Inc.
SPIN at Frankford
Spok, Inc.
SportWorx, Inc.
Spreemo, Inc.
St. Bernard PN
St. Christopher's Foundation for Children
St. Christopher's Healthcare, LLC
St. Elizabeth North Philadelphia Headstart
St. Helena School
St. James School
St. Martin de Porres School
Staff Care, Inc.
Standard Register Company, The
Stanford/Sterling Group, LLC
State of the Art Medical Products, Inc.
Stericycle, Inc.
Steris Corporation
Storage Solutions Technology Group, Inc. d/b/a
SST Group, Inc.
Strassheim Graphic Design & Press Corp.
Stryker Flex Financial
Stryker Neurovascular
Stryker Sales Corporation
Sun Nuclear Corporation
Sunquest Information Systems, Inc.
Sunrise Support Services
Synergy Orthopedics, LLC
Sysmex America, Inc.
Systematech Technical Management Services,
Inc. d/b/a InDemand Interpreting
T. Cruse Design
Tab Service Company
TC Human Capital Solutions, LLC
Teleflex Medical Incorporated
Telehealth Services
Tenet Business Services Corporation
Terumo BCT, Inc.
Thanks for Being Green, LLC d/b/a Magnus
Computer Recycling
The Academy of Natural Sciences of Drexel
University
The Advisory Board Company
The American National Red Cross, Penn Jersey
Region
The Anesthesia Quality Institute
The Bancorp Bank
The Bettinger Company, Inc.
The City of Philadelphia Fire Department

-9-

The Coding Network, LLC
The Communication Connection
The Cooper Health System
The Johns Hopkins University
The Leapfrog Group
The Otis Elevator Company
The Phillie Phanatic
The Society of Thoracic Surgeons
The Spectranetics Corporation
The Starlight Starbright Children's Foundation International
The StayWell Company, LLC
The Visiting Nurse Association of Greater Philadelphia
Therapath, LLC
Thomas, Thomas & Hafer LLP
thyssenkrupp Elevator Corporation
Tipton Communications Group, Inc.
Titan Health Management Solutions, Inc.
Toshiba America Medical Systems, Inc.
Total Package Express Inc. d/b/a One Hour Messengers
Total Renal Care, Inc.
Tozour Energy Systems, Inc.
Tractmanager, Inc. d/b/a Meditract
Trans Union LLC
Translate Medical
Translogic Corporation d/b/a Swisslog Healthcare Solutions
Transworld Systems Inc.
Trinity Biotech, Inc.
Trinity Mission Critical, LLC
TriReme Medical LLC
Trisonics, Inc.
UMS Lithotripsy Services of Greater Philadelphia, LLC
UMS MR Fusion Services of Eastern PA, LLC
Universal Digital Resources
Universal Hospital Services, Inc.
Universal Protection Service, LP d/b/a Allied Universal Security Services
University of Kansas Medical Center Research Institute, Inc.
University Pipette Services, Inc.
UPMC Benefit Management Services, Inc. d/b/a WorkPartners
UpToDate, Inc.
Urban Village Brewing Company
Urologic Consultants of Southeastern Pennsylvania
Urologic Surgeons, Inc.

Urology for Children, LLC
US Regional Occupational Health II, PC d/b/a WORKNET
U.S. Bank, N.A.
Unique Pharmaceuticals Ltd.
US Security Associates, Inc.
USA-Clean, Inc.
Van Hong Nguyen
Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia
Vapotherm, Inc.
Varian Medical Systems
Veolia Energy Philadelphia, Inc.
Verathon Inc.
Vericom
VIE Healthcare, Inc.
Virtual Imaging, Inc.
Vision Quest National Limited
Visitation School
Vitalant
Vizient, Inc.
VOYCE, Inc.
VP-MA Health Solutions, Inc. d/b/a CDIMD
Vyera Pharmaceuticals, LLC
Warren Technology, Inc.
Watts Restoration Co., Inc.
Watts Restoration Co., Inc.
Wayne Moving and Storage Company
Weatherby Locums, Inc.
Web.com Group, Inc.
Webbcam LLC
Weber Gallagher Simpson Stapleton Fires & Newby, LLC
Welcome America, Inc.
Wells Fargo Commercial Mortgage
Werfen USA LLC
West Health Advocate Solutions, Inc.
West Interactive Services Corporation
West Physics Consulting, LLC
West Unified Communications Services, Inc.
Whitecap Health Advisors, LLC
Wolters Kluwer Clinical Drug Information, Inc.
Women Against Abuse, Inc.
WomenCertified Inc.
Woodstock Family Center - OESS
X-Change Dialysis, Inc.
Xerox Corporation
Yard Truck Specialists, Inc.
Young Achievers Learning Center
Zimmer Biomet CMF & Thoracic, LLC
Zimmer US, Inc.

-10-

**Certain Litigation Parties**

1199C, NUHHCE
1526 Lombard Street SNF Operations LLC d/b/a
Powerback Rehabilitation
AAHS, LLC
All About Women
Altus Group U.S., Inc.
American Academic Health System, LLC
American Academic Health System, LLC, d/b/a
Hahnemann University Hospital
American Academic Health System, LLC, d/b/a
St. Christopher's Hospital for Children
Amrom, George, M.D.
Antony, Mary
Atlantic Specialty Insurance Company
Bailey, Paul, M.D.
Barrett, Nathan , Sr.
Beard, Jeffrey
Beck, Charles, as Legal Guardian of Isaiah Beck
(an adult)
Bell, Scherise
Benefit Fund for Hospital and Health Care
Employees
Bennett-Ryder, Martha, Administratrix of the
Estate of Virginia Smith
Boyd, Kenneth
Briggs, Alyssa (minor), by and through her
parents Joshua Briggs and LeeAnne Raccagno
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Buggy, Donna, R.N.
Bureau of Labor Law Compliance
Burns, Sarah K., M.D.
Center City Healthcare, LLC
Center City Healthcare, LLC, d/b/a Hahnemann
University Hospital
Center City Health Care Associates, P.C.
Childs, Michael
City of Philadelphia
Clark, Maureen, D.O.
Clinical Care Associates of Univ of Penn Health
Care System
Combs, Candes
Cooper, April
Cooper, Shontelle, M.D.
Corizon Health, Inc., t/a Prison Health Services,
Inc.
Daniels-Iannucci, Lynsey, M.D.
DeValia, Laverne (Executive Director)

Devereaux, Courtney, Administratrix of the
Estate of Alise Adams-Allen
Delvadia, Dipak, D.O.
Deveaux, Richard, M.D.
Diaz, Gregory
Drexel College of Medicine
Drexel Medicine
Drexel Neurosciences Institute
Drexel Surgical Associates
Drexel University
Drexel University College of Medicine
Earley, Melissa
Edmondson, Madern
Envision Physician Services North Division,
a/k/a EmCare North Division
Felbaum, Daniel, M.D.
Feldman, Cheryl (Executive Director)
Fleming, Althea
Freedman, Joel
Front Street Healthcare Properties, LLC
Future IT Advisors, Inc.
Galvez, Alvaro, M.D.
Global Excel Management, Inc.
Global Neurosciences Institute
Gray, Juanita
Green, Seika Lee
Gruber, Eric, M.D.
Hahnemann Orthopedic Associates, LLC
Hahnemann Orthopedic Associates, P.C.
Hahnemann University Hospital
Halley, Kadyjah
Harrell, Tyron
Hospital of University of Pennsylvania
IHC Administrative Services, Inc.
IHC Health Solutions
Innovative Medical Risk Management, Inc.
Johnson, Robert
Khalili, Marina, M.D.
Lemons, Eric, as Executor of the Estate of Maria
Lemons
Leone, Joelle
Lewis, Emma, Individually and as
Administratrix of the Estate of Lynn Lewis
Rebecca Maneval, Lisa Rebecca, CRNP
Marcucci, Michael, M.D.
Mastrangelo, John
McFadden, Phyicia
Mercy Health System of Southeastern PA
Morgenstern, Ricardo, M.D.
Murphy, John, M.D.
Nazareth Hospital

Nunez, Alberto, M.D.
PAHH
PAHS, LLC
Packer, Marci
Packer, Steven
Paladin Healthcare
Paladin Healthcare Capital, LLC
Park America, Inc. of PA
Parker, Jason, D.O.
Parkway Corporation
Patel, Sonaly, M.D.
Penn Medicine at Bucks County
Penn Medicine, c/o the Trustees of the
University of Pennsylvania Health Care System
Penn Radiology Bucks County
Pennsylvania Association of Staff Nurses and
Allied Professionals
Pension Fund for Hospital and Health Care
Employees – Philadelphia and Vicinity
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates,
LLC
Philadelphia Hand Center, P.C.
Philadelphia Hospital & Health Care Employees
– District 1199C Training and Upgrading Fund
Philadelphia Human Rights Commission
Physicians Clinical Network, LLC
Porter-Robinson, Cassandra
Pratta, Steven, PA-C
R.V., a minor, by Kira and David Voelker
Reading Hospital
Reid, Shari, M.D.
Renza-Singhone, Elizabeth, M.D.
Richards, Suzanne
Rivera, Loraine
Rogers, Marquita
Rydal Square
Saechow, Pamela
Schwartz, Roy, M.D.
Schwedhelm, Thomas, M.D.
SD Real Estate Developers, LLC
Shaikh, Mohammad, M.D.
Shields, Corinthia
Sloan, David
Smith, Sharae
SMR Healthcare Management, Inc.
Standard Security Life Insurance Company of
New York
Steckler, Robert E., M.D.
Steese-Prisco, Marcella
Stone, Sherry

Taras, John, M.D.
Teichman, Amanda, M.D.
Tenet Business Services Corporation, Inc.
Tenet Healthcare Corporation
Tenet HealthSystem Hahnemann, LLC
Tenet HealthSystem St. Christopher's Hospital
for Children, LLC

Thompson, Jennifer, CNM
Tower Health
Tower Health Medical Group
Trinity Health Corp.
Trustees of University of Pennsylvania
U.S. Equal Employment Opportunity
Commission
Weinbaum, Paul, M.D.
Williams, Lana
Winn, Michael
Xiao, Gary, M.D.

**Delaware Bankruptcy Judges and Clerk of
the Court**
Carey, Kevin J.
Dorsey, John T.
Gross, Kevin
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.
O'Boyle, Una

**U.S. Trustee's Office, District of Delaware**
Attix, Lauren
Buchbinder, David
Casey, Linda
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.

Starr, Karen
Tinker, T. Patrick
Vara, Andrew
Vinson, Ramona
Weissgerber, Jaclyn
Wynn, Dion

35527989.5 07/17/2019

## Schedule B

### EisnerAmper Contact List

<u>Curae Health</u> – EisnerAmper served as financial advisor to the Official Committee of Unsecured Creditors in the bankruptcy case of Curae Health, which committee included creditors that are also creditors in these Chapter 11 Cases.

<u>South Jersey Gas</u> – EisnerAmper provides accounting services to South Jersey Gas in matters unrelated to these Chapter 11 Cases.

<u>Tractmanager, Inc. d/b/a Meditract</u> – The equity of Tractmanager, Inc. is owned by a client of EisnerAmper.