UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                          Chapter  11

                                Case No.  19 - 11466  ( KG )

Debtor:  Center City Healthcare, LLC dba Hahnemann Univ Hospital

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Dale E. Barney

to represent  Veolia Energy Philadelphia, Inc.

in this action.

/s/ Howard A. Cohen

Firm Name: Gibbons P.C.
Address: 300 Delaware Avenue, Ste 1015
Wilmington, DE 19801-1671
Phone: (302) 518-6330
Email: hcohen@gibbonslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New Jersey  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Gibbons P.C.
Address: One Gateway Center
Newark, NJ 07102
Phone: 973-596-4500
Email: dbarney@gibbonslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.