## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                            Chapter 11

Case No. 19 - 11466 ( KG )

Debtor: Center City Healthcare, LLC dba Hahnemann Univ Hospital

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  Dale E. Barney

to represent  Veolia Energy Philadelphia, Inc.

in this action.

/s/ Howard A. Cohen

Firm Name: Gibbons P.C.

Address: 300 Delaware Avenue, Ste 1015
Wilmington, DE 19801-1671

Phone: (302) 518-6330

Email: hcohen@gibbonslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules, and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Gibbons P.C.

Address: One Gateway Center
Newark, NJ 07102

Phone: 973-596-4500

Email: dbarney@gibbonslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 17th, 2019
Wilmington, Delaware

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE