## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* [1] | : | Case No. 19-11466 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---

### NOTICE OF ENTRY OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for Temple University Health System, Inc. ("Temple") in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Temple requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| Francis J. Lawall | Marcy J. McLaughlin |
| **PEPPER HAMILTON LLP** | **PEPPER HAMILTON LLP** |
| 3000 Two Logan Square | Hercules Plaza, Suite 5100 |
| Eighteenth and Arch Streets | 1313 N. Market Street, P.O. Box 1709 |
| Philadelphia, PA 19103-2799 | Wilmington, Delaware  19899-1709 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Phone:   (215) 981-4000          Phone:   (302) 777-6500
Fax:      (215) 981-4750          Fax:      (302) 421-8390
E-mail:  lawallf@pepperlaw.com   E-mail:   mclaughlinm@pepperlaw.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Temple or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of Temple or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Temple or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Temple (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 18, 2019
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

*/s/ Marcy J. McLaughlin*
Marcy J. McLaughlin (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone:  (302) 777-6500
Facsimile:   (302) 421-8390
E-mail:       mclaughlinm@pepperlaw.com

-and-

**PEPPER HAMILTON LLP**
Francis J. Lawall (*pro hac vice* pending)
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone:  (215) 981-4000
Facsimile:    (215) 981-4750
E-mail:        lawallf@pepperlaw.com

*Counsel for Temple University Health System, Inc.*