# CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin, hereby certify that on the 18th day of July, 2019, I served or caused to be served the foregoing **Notice of Entry of Appearance and Demand for Notices and Papers** upon the following parties by first class mail, postage pre-paid.

Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Benjamin A. Hackman, Esq.
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

*/s/ Marcy J. McLaughlin*
Marcy J. McLaughlin (DE 6184)

#54353329 v1