**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : : CENTER CITY HEALTHCARE, LLC d/b/a : HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* : Debtors. : : : | Chapter 11 Case No. 19-11466 (KG) Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF FRANCIS J. LAWALL

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Francis J. Lawall of Pepper Hamilton LLP to represent Temple University Health System, Inc. in the above-captioned cases and any adversary proceeding related thereto.

Date: July 18, 2019  
Wilmington, Delaware

    */s/ Marcy J. McLaughlin*  
    Marcy J. McLaughlin (DE No. 6184)  
    PEPPER HAMILTON LLP  
    Hercules Plaza, Suite 5100  
    1313 N. Market Street  
    Wilmington, Delaware 19801  
    Telephone: (302) 777-6500  
    Email: mclaughlinm@pepperlaw.com

    *Counsel for Temple University Health System, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: July 18, 2019

    */s/ Francis J. Lawall*  
    Francis J. Lawall  
    PEPPER HAMILTON LLP  
    3000 Two Logan Square  
    Eighteenth and Arch Streets  
    Philadelphia, PA 19103-2799  
    Telephone: (215) 981-4481  
    E-mail: lawallf@pepperlaw.com

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.