# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>Re: Docket No. 142 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO DEBTOR'S MOTION FOR ENTRY OF ORDERS (I)(A) ESTABLISHING BIDDING PROCEDURES RELATING TO THE SALE OF THE DEBTORS' RESIDENT PROGRAM ASSETS, INCLUDING APPROVING A BREAK-UP FEE, (B) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS, (C) APPROVING FORM AND MANNER OF NOTICE RELATING THERETO, AND (D) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE; (II)(A) APPROVING THE SALE OF THE DEBTORS' RESIDENT PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS; AND (III) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of Center City

Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* (the "Debtors") files this limited

objection to *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures

Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

6428193 v2

*Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief* [D.I. 142] (the "Motion"), and respectfully states as follows:

1. The Committee was appointed on July 15, 2019, six days after the Motion was filed and one day before the Motion was originally scheduled to be heard. Upon its appointment, the Committee immediately undertook review of the case documents and pending matters, including the Motion.

2. In light of its review, the Committee has identified concerns with the form of proposed order and bidding procedures submitted for approval with the Motion, including customary concerns regarding (i) consultation rights for the Committee, (ii) flexibility with respect to the determination of the highest and otherwise best offer for the assets, (iii) exclusion of estate causes of action from the purchased assets, (iv) preservation of the right of interested parties to contest the liens of parties submitting credit bids, (v) preservation of the right of interested parties to contest sale terms introduced after approval of the stalking horse bid, (vi) maintenance of bidder deposits, (vii) auction and sale approval procedure, and (viii) drafting clarity, all of which are aimed at maximizing value for the Debtors' estates.

3. The Committee has engaged in discussions with the Debtors to resolve these concerns, and has provided the Debtors with proposed revisions to the proposed order and

bidding procedures as reflected on the comparisons attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u> for that purpose.

4.  The Committee is hopeful that it will be able to resolve its concerns regarding the proposed order and bidding procedures with the Debtors in advance of the hearing on the Motion, and will continue to work with the Debtors to do so. However, in the event that the Committee and the Debtors are unable to resolve the issues raised by the Committee in advance of the hearing, the Committee reserves all rights and objections with respect to the Motion, proposed order, and bidding procedures, including the right to assert all such rights and raise all such objections at the hearing on the Motion.

Dated: July 18, 2019  
Wilmington, Delaware

Respectfully submitted,

/s/ *Thomas M. Horan*  
Thomas M. Horan (DE Bar No. 4641)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: 302-654-7444  
Facsimile: 302-6568920  
Email: thoran@foxrothschild.com

- and –

Andrew H. Sherman (*pro hac vice*)  
Boris I. Mankovetskiy (*pro hac vice*)  
**SILLS CUMMIS & GROSS P.C.**  
One Riverfront Plaza  
Newark, NJ 07102  
Telephone: 973-643-7000  
Facsimile: 973-643-6500  
Email: asherman@sillscummis.com  
         bmankovetskiy@sillscummis.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*