# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 17, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Agenda for Hearing Scheduled for July 19, 2019 at 10:00 A.M. (Prevailing Eastern Time) Before the Honorable Kevin Gross, U.S. Bankruptcy Court Judge [Docket No. 215]**

Dated: July 18, 2019

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                                   } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 18th day of July, 20 19, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

**Center City Healthcare, LLC, et al., -  Service List to e-mail Recipients**                                    Served 7/17/2019

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>TARA SMALLS<br>TARA.SMALLS@REDCROSS.ORG | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM | BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BENEFIT FUND FOR HOSP & HEALTH<br>INFO@1199CFUNDS.ORG |
| CERNER CORP<br>IAN WILSON<br>IAN.WILSON@CERNER.COM | CHAMPION ENERGY<br>NICOLE HASSLER<br>NICOLE.CATES@CHAMPION.ENERGY | CITY OF PHILADELPHIA<br>ROB DUBOW<br>VOUCHERVERIFICATION@PHILA.GOV |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | CONCENTRA<br>CANDICE HENSON<br>CANDICE_HENSON@CONCENTRA.COM | CROTHALL HEALTHCARE INC<br>DENNIS CZAPLICKI<br>DENNIS.CZAPLICKI@CROTHALL.COM |
| DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DEPUY SYNTHES SALES<br>PATTY PAGET<br>PPAGET@ITS.JNJ.COM |
| DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>LAWRENCE G. MCMICHAEL<br>LMCMICHAEL@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>PETER C. HUGHES<br>PHUGHES@DILWORTHLAW.COM |
| DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY<br>ANTHONY ESPOSITO<br>AME79@DREXEL.EDU |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | ENSEMBLE RCM LLC<br>JOHN ERICKSON<br>JOHN.ERICKSON@ENSEMBLEHP.COM |
| ERNST & YOUNG LLP<br>AMY DORFMEISTER<br>AMY.DORFMEISTER@EY.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GENERAL ELECTRIC CO<br>ARUSHI CHANDRAN<br>ARUSHI.CHANDRAN@GE.COM |
| GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GLOBAL NEUROSCIENCES INSTITUTE<br>DONALD J DAMICO<br>DDAMICO@GNINEURO.ORG |
| GREATER DELAWARE VALLEY SOCIETY<br>STACY CRAMER<br>SCRAMER@DONORS1.ORG | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |
| HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKLHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| INO THERAPEUTICS LLC<br>BROOKE MITCH<br>BROOKE.MITCH@MNK.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS, LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |

**Center City Healthcare, LLC, et al., -  Service List to e-mail Recipients**                                    Served 7/17/2019

KIRKLAND & ELLIS, LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MEDLINE INDUSTRIES INC
SHANE REED
SREED@MEDLINE.COM

MEDTRONIC USA INC
BRIAN CASTELEIN CBA
BRIAN.J.CASTELEIN@MEDTRONIC.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

NTT DATA SERVICES LLC
SUBBARAO PUSHADAPU
BILLING.INQUIRY@NTTDATA.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

OPTUMINSIGHT
NICK GULLAND
NICHOLAS.GULLAND@OPTUM.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

QUALITY SYSTEMS INC
IR@NEXTGEN.COM

QUALITY SYSTEMS INC
IRVINETAX@NEXTGEN.COM

RENAL TREATMENT CENTERS SE LP - DAVITA
CLENN FROST
ANGEL.BALTAZAR@DAVITA.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

**Center City Healthcare, LLC, et al., -  Service List to e-mail Recipients**                                    **Served 7/17/2019**

UNIVERSAL PROTECTION SVS LP
AL SANTOSUSSO
AL.SANTOSUSSO@AUS.COM

VEOLIA ENERGY PHILADELPHIA INC
TRICIA MARTS
PATRICIA.MARTS@VEOLIA.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  94

## EXHIBIT B

**Center City Healthcare, LLC, et al. -  Service List to Facsimile Recipients**                                        **Served 7/17/2019**

OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DEPT.
717-787-8242

OLYMPUS AMERICA INC
ERIC VAUTRIN
484-896-7788

PREMIER HEALTHCARE SOLUTIONS
KELLEY MASKERI
704-733-2114

TEMPLE UNIV HOSPITAL
PRESIDENT/LEGAL DEPT.
215-204-4660

Parties Served:  4

# EXHIBIT C

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL E
PRESIDENT/LEGAL DEPT.
75 REMITTANCE DR STE, #3222
CHICAGO, IL 60675-3222

CENTERS FOR MEDICARE & MEDICAID SERVICES
LEGAL DEPT.
7500 SECURITY BOULEVARD
BALTIMORE, MD 21244

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA
FIRE AND EMS DEPARTMENT
ATTN: ADAM K. THIEL, FIRE COMMISSIONER
240 SPRING GARDEN STREET
PHILADELPHIA, PA 19123

CITY OF PHILADELPHIA, DEPT OF PUBLIC HEALTH
ATTN: HEALTH COMMISSIONER
OFFICE OF THE MEDICAL EXAMINER
321 SOUTH UNIVERSITY AVE, 1ST FL
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NTHRIVE INC
ATTN: KAY ENNIS
200 NORTH POINT CENTER E, STE 600
ALPHARETTA, GA 30022

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA DEPARTMENT OF HEALTH
DIVISION OF ACUTE AND AMBULATORY CARE
ROOM 532, HEALTH & WELFARE BUILDING
HARRISBURG, PA 17120

SMITH & NEPHEW
ATTN: PETER J BUTERA
150 MINUTEMAN RD
ANDOVER, MA 01810

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 16