**CERTIFICATE OF SERVICE**

I, Thomas M. Horan, hereby certify that on July 18, 2019, a true and correct copy of the *Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sales of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II) (A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief* was served as follows: (1) electronically on those parties who consented to electronic service, and (2) by first class mail on all remaining parties on the attached service list.

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Attention |
|---|---|---|---|---|---|---|---|
| American Red Cross | Attn: Tara Smalls | 430 17th St NW | Washington, DC 20006 | | | Tara.Smalls@redcross.org | Tara Smalls |
| Arent Fox LLP | Attn: George Angelich/ Phillip Khezri | 1301 Ave of the Americans, Fl 42 | New York, NY 10019 | | | george.angelich@arentfox.com | George P. Angelich |
| Arent Fox LLP | | | | | | phillip.khezri@arentfox.com | Phillip Khezri |
| Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl. | P.O. Box 1150 | Wilmington, DE 19899-1150 | | gtaylor@ashbygeddes.com | Gregory Taylor |
| Ashby & Geddes, P.A. | | | | | | kearle@ashbygeddes.com | Katharina Earle |
| Attorney for the City of PA, City of PA Law Depart | Attn: Megan Harper | 1401 JFK Building, 5th FL | Philadelphia, PA 19102-1595 | | | Megan.Harper@phila.gov | Megan Harper |
| Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market Street, 51st Floor | Philadelphia, PA 19103 | | | marriott@ballardspahr.com | Vincent J. Marriott |
| Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | | daluzt@ballardspahr.com | Tobey M. Daluz |
| Ballard Spahr LLP | | | | | | mcclambc@ballardspahr.com | Chantelle D. McClamb |
| Bayard, P.A. | Attn: Justin Alberto/ Sophie Macon | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | jalberto@bayardlaw.com | Justin Alberto |
| Bayard, P.A. | | | | | | smacon@bayardlaw.com | Sophie E. Macon |
| Benefit Fund For Hosp & Health | 1319 Locust St | Philadelphia, PA 19107 | | | | info@1199cfunds.org | |
| Cerner Corp | Attn: Ian Wilson | 2800 Rockcreek Pkwy | Kansas City, MO 64117 | | | ian.wilson@cerner.com | Ian Wilson |
| Champion Energy | Attn: Nicole Hassler | 1500 Rankin Rd, Ste 200 | Houston, TX 77073 | | | nicole.cates@champion.energy | Nicole Hassler |
| City of Philadelphia | Attn: Rob Dubow | Code Violation Enforcement Div | P.O. Box 56318 | Philadelphia, PA 19130 | | voucherverification@phila.gov | Rob Dubow |
| City of Philadelphia | Attn: Law Dept | 1515 Arch St, 17th Fl | Philadelphia, PA 19102 | | | | |
| Commonwealth of PA, Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest |
| Concentra | Attn: Candice Henson | dba Concentra Medical Centers | 5080 Spectrum Dr, 1200W | Addison, TX 75001 | | candice_henson@concentra.com | Candice Henson |
| Crothall Healthcare Inc | Attn: Dennis Czaplicki | 13028 Collections Ctr Dr | Chicago, IL 60693 | | | dennis.czaplicki@crothall.com | Dennis Czaplicki |
| Denton US, LLP | Attn: Oscar Pinkas/ Lauren Macksoud | 1221 Ave of the Americans | New York, NY 10020 | | | oscar.pinkas@dentons.com | Oscar Pinkas |
| Dentons US, LLP | | | | | | lauren.macksoud@dentons.com | Lauren Macksoud |
| Depuy Synthes Sales | Customer Receivables Management | Attn: Patty Paget | Highway 22 N | Somerville, NJ 08876-1051 | | ppaget@its.jnj.com | Patty Paget |
| Dilworth Paxson | | | | | | phughes@dilworthlaw.com | Peter C. Hughes, |
| Dilworth Paxson LLP | Attn: Peter C. Hughes | One Customs House, Suite 500 | 704 King Street | Wilmington, DE 19801 | | phughes@dilworthlaw.com | Peter C. Hughes |
| Dilworth Paxson LLP | Attn: Lawrence G. McMichael/Peter C. Hughes | 1500 Market Street, Suite 3500E | Philadelphia, PA 19102 | | | lmcmichael@dilworthlaw.com | Lawrence G. McMichael |
| DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | | stuart.brown@dlapiper.com | Stuart M. Brown |
| DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | | richard.chesley@dlapiper.com | Richard A. Chesley |
| Drexel University | Attn: Anthony Esposito | 3201 Arch St, Ste 420 | Philadelphia, PA 19104 | | | ame79@drexel.edu | Anthony Esposito |
| Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 | scozen@cozen.com | Stephen A. Cozen, Esq. |
| Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | patrick.jackson@dbr.com | Patrick A. Jackson |
| Ensemble Rcm LLC | Attn: John Erickson | 13620 Reese Blvd, Ste 200 | Huntersville, NC 28078 | | | john.erickson@ensemblehp.com | John Erickson |
| Ernst & Young LLP | Attn: Amy Dorfmeister | Pittsburg Natl Bank 640382 | c/o Ernst & Young Us LLP | 1 PPG Pl #2100 | Pittsburgh, PA 15264 | amy.dorfmeister@ey.com | Amy Dorfmeister |
| General Electric Co | Attn: Arushi Chandran | dba Ge Healthcare+A31 | 9900 Innovation Dr | Wauwatosa, WI 53226-4856 | | arushi.chandran@ge.com | Arushi Chandran |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | hcohen@gibbonslaw.com | Howard A. Cohen |
| Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | | dbarney@gibbonslaw.com | Dale E. Barney |
| Global Neurosciences Institute | Attn: Donald J Damico | 3100 Princeton Pk, Bldg 3, Ste D | Lawrenceville, NJ 08648 | | | ddamico@gnineuro.org | Donald J Damico |
| Greater Delaware Valley Society | Attn: Stacy Cramer | 401 N 3Rd St | Philadelphia, PA 19123 | | | scramer@donors1.org | Stacy Cramer |
| Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | | MeloroD@gtlaw.com | Dennis A. Meloro |
| Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | | petermann@gtlaw.com | Nancy A. Peterman |
| Ino Therapeutics LLC | dba Mallinckrodt Pharmaceuticals | Attn: Brooke Mitch | 1425 US Route 206 | Bedminster, NJ 07921 | | brooke.mitch@mnk.com | Brooke Mitch |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | | |
| International Brotherhood of | Electrical Workers, Local 98 | 1701 Spring Garden St | Philadelphia, PA 19130 | | | | |
| Kirkland & Ellis LLP | Attn: Nicole Greenblatt | 601 Lexington Ave | New York, NY 10022 | | | nicole.greenblatt@kirkland.com | Nicole Greenblatt |
| Kirkland & Ellis, LLP | Attn: Stephen Hackney/Greogry Pesce | 300 N LaSalle | Chicago, IL 60654 | | | stephen.hackney@kirkland.com | Stephen C. Hackney |
| Kirkland & Ellis, LLP | | | | | | gregory.pesce@kirkland.com | Gregory F. Pesce |
| Kurtzman, Steady, LLC. | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | | kurtzman@kurtzmansteady.com | Jeffrey Kurtzman |
| Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | | jwalters@markowitzandrichman.com | |
| Markowitz and Richman | Attn: Claiborne S. Newlin | Legal Arts Building | 1225 King St, Ste 804 | Wilmington, DE 19801 | | cnewlin@markowitzandrichman.com | Claiborne S. Newlin |
| Medline Industries Inc | Attn: Shane Reed | Three Lakes Dr | Northfield, IL 60093 | | | sreed@medline.com | Shane Reed |
| Medtronic Usa Inc | Attn: Brian Castelein CBA | 4642 Collections Center Dr | Chicago, IL 60693 | | | brian.j.castelein@medtronic.com | Brian Castelein Cba |
| Moye White LLP | Attn: Timothy M. Swanson/Vikrama S. Chandrashekar | 1400 16th St, 6th Fl | Denver, CO 80202 | | | tim.swanson@moyewhite.com | Timothy M. Swanson |
| Moye White LLP | | | | | | Vika.Chandrashekar@moyewhite.com | Vikrama S. Chandrashekar |
| National Union of Hospital and | Healthcare Employees, District 1199C | 1319 Locust St | Philadelphia, PA 19107 | | | | |
| National Union of Hospital and | Healthcare Employees, AFSCME, AFL-CIO | 1319 Locust St | Philadelphia, PA 19107 | | | | |
| Nthrive Inc | Attn: Kay Ennis | 200 North Point Center E, Ste 600 | Alpharetta, GA 30022 | | | | Kay Ennis |
| NTT Data Services LLC | Attn: SubbaRao Pushadapu | 7950 Legacy Dr, Ste 900 | Plano, TX 75024 | | | billing.inquiry@nttdata.com | Subbarao Pushadapu |
| O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19103 | | | lgeren@odonoghuelaw.com | Lance Geren, Esq. |
| Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | | cmomjian@attorneygeneral.gov | Carol E. Momjian |
| Office of Attorney General | | | | | | crmomjian@attorneygeneral.gov | Christopher R. Momjian |
| Office of Attorney General | | | | | | ddembe@attorneygeneral.gov | David Dembe |
| Office of Attorney General | | | | | | lrhode@attorneygeneral.gov | Lisa M. Rhode |
| Office of Attorney General | | | | | | rbsmith@attorneygeneral.gov | Ryan B. Smith |
| Office of the Attorney General | Attn: Josh Shapiro, Esquire | Attn: Bankruptcy Dept | 16th Fl, Strawberry Square | Harrisburg, PA 17120 | | | |
| Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 | usade.ecfbankruptcy@usdoj.gov | Benjamin Hackman |
| Office of The United States Trustee | Attn: Benjamin Hackman | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801-3519 | | benjamin.a.hackman@usdoj.gov | Benjamin Hackman |
| Olympus America Inc | Attn: Eric Vautrin | 3500 Corporate Pkwy | Center Valley, PA 18034-0610 | | | | Eric Vautrin |
| Optuminsight | Attn: Nick Gulland | 11000 Optum Cir | Eden Prairie, MN 55344 | | | nicholas.gulland@optum.com | Nick Gulland |
| Pachulksi Stang Ziehel & Jones LLP | Attn: Laura Jones/Timothy Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | | ljones@pszjlaw.com | Laura Davis Jones |
| Pachulksi Stang Ziehel & Jones LLP | | | | | | tcairns@pszjlaw.com | Timothy P. Cairns |
| Pennsylvania Association of | Staff Nurses and Allied Professionals | 1 Fayette Street, Suite 475 | Conshohocken, PA 19428 | | | | |
| Pennsylvania Dept. of Human Services | 1401 North Seventh St | Harrisburg, PA  17105 | | | | | |
| Pennsylvania Dept. of Human Services | P.O. Box 2675 | Harrisburg, PA 17105-2675 | | | | | |
| Polsinelli P.C | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | | cward@polsinelli.com | Christopher A. Ward |
| Premier Healthcare Solutions | Attn: Kelley Maskeri | 5882 Collections Center Dr | Chicago, IL 60693 | | | | Kelley Maskeri |
| Quality Systems Inc | 18111 Von Karman Ave, Ste 700 | Irvine, CA 92612 | | | | irvinetax@nextgen.com; ir@nextgen.com | |
| Renal Treatment Centers Se LP - Davita | Attn: Clenn Frost | 2476 East Swedesford Rd, Ste 150 | Malvern, PA 19355 | | | angel.baltazar@davita.com | Clenn Frost |
| Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti/Monique DiSabatino | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington, DE  19899 | | mark.minuti@saul.com | Mark Minuti |
| Saul Ewing Arnstein & Lehr LLP | | | | | | monique.disabatino@saul.com | Monique DiSabatino |
| Saul Ewing Arnstein & Lehr LLP | Attn: Jeffrey Hampton/Adam Isenberg | Attn: Aaron Applebaum | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia, PA 19102 | jeffrey.hampton@saul.com | Jeffrey Hampton |

| Name | Attn | Address 1 | Address 2 | Address 3 | Address 4 | Email | Contact |
|---|---|---|---|---|---|---|---|
| Saul Ewing Arnstein & Lehr LLP | | | | | | adam.isenberg@saul.com | Adam Isenberg |
| Saul Ewing Arnstein & Lehr LLP | | | | | | aaron.applebaum@saul.com | Aaron Applebaum |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy/Daniel M. Pereira | 824 N. Market St, Ste 800 | Wilmington, DE 19801 | | | rbarkasy@schnader.com | Richard A. Barkasy |
| Schnader Harrison Segal & Lewis LLP | | | | | | dpereira@schnader.com | Daniel M. Pereira |
| Smith & Nephew | Attn: Peter J Butera | 150 Minuteman Rd | Andover, MA 01810 | | | | Peter J Butera |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | | jhh@stevenslee.com | Joseph H. Huston |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Ctr, Ste 200 | King of Prussia, PA 19406 | | | rl@stevenslee.com | Robert Lapowsky |
| Stradley Ronan Stevens & Young LLP | Attn: Deborah A. Reperowitz | 100 Park Avenue, Suite 2000 | New York, NY 10017 | | | dreperowitz@stradley.com | Deborah A. Reperowitz |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Joelle E. Polesky | 1000 N West St, Ste 1279 | Wilmington, DE 19801 | | | jpolesky@stradley.com | Joelle E. Polesky |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Gretchen M. Santamour | 2005 Market St, Ste 2600 | Philadelphia, PA 19103 | | | gsantamour@stradley.com | Gretchen M. Santamour |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | | streusand@slollp.com | Sabrina L. Streusand |
| Temple Univ Hospital | Cashier Office | 3401 No Broad St, Rm A 131 | Philadelphia, PA 19140 | | | | |
| The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N Market St, Ste 810 | Wilmington, DE 19801 | | | rosner@teamrosner.com | Frederick B. Rosner |
| Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 Third Ave | New York, NY 10022 | | louis.curcio@troutman.com | Louis Curcio |
| Troutman Sanders LLP | | | | | | jessica.mikhailevich@troutman.com | Jessica D. Mikhailevich |
| Troutman Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | | matthew.brooks@troutman.com | Matthew R. Brooks |
| U.S. Department of Justice | Attn: Marc Sacks | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-875 | marcus.s.sacks@usdoj.gov | |
| United States Department of Justice | Attn:  Civil Division | 1100 L St, NW, 10030 | Washington, DC  20005 | | | | |
| United States Deptarment of Justice | | 950 Pennsylvania Ave, NW | Washington, DC  20530-0001 | | | | |
| Universal Protection SVS LP | Attn: Al Santosusso | 1551 North Tustin Ave, Ste 650 | Santa Ana, CA 92705 | | | al.santosusso@aus.com | Al Santosusso |
| Veolia Energy Philadelphia Inc | Attn: Tricia Marts | 2600 Christian St | Philadelphia, PA 19146 | | | patricia.marts@veolia.com | Tricia Marts |
| White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | | casarinom@whiteandwilliams.com | Marc S. Casarino |
| White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th FL | Philadelphia, PA 19103 | | | vulpioa@whiteandwilliams.com | Amy E. Vulpio |
| Hayes Locum LLC | c/o Hogan McDaniel | | Attn: Daniel K. Hogan/Garvan F. McDa | 1311 Delaware Avenue | Wilmington, DE 19805 | dkhogan@dkhogan.com | Attn: Daniel Hogan |
| Temple University Health System | Pepper Hamilton LLP | | Attn: Francis J. Lawall | 3000 Logan Square | Eighteeth and Arch Streets | Philadelphia, PA 19103-2799 | lawallf@pepperlaw.com |
| Temple University Health System | Pepper Hamilton LLP | | Attn: Marcy J. McLaughlin | 1313 N. Market Street | P.O. Box 1709 | Wilmington, DE 19899-1709 | mclaughlinm@pepperlaw.com |