**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) | |
| *al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re:  Docket No. 215** |
| | ) | |

**NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR JULY 19, 2019
AT 10:00 A.M. (PREVAILING EASTERN TIME)
<u>BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE</u>[3,4]**

**CONTINUED MATTERS:**

1.      Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing [D.I. 15; filed: 07/01/19]

<u>Responses Received</u>:

A.      Response of the City of Philadelphia [D.I. 49; filed: 07/01/19]

B.      Objection of the Commonwealth of Pennsylvania Department of Health [D.I. 51; filed: 07/01/19]

C.      Limited Objection of Drexel University [D.I. 66; filed: 07/02/19]

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]      **All Amended Agenda items appear in bold.**

[3]      The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4]      Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

D.      Objections of the Commonwealth of Pennsylvania as *Parens Patriae* [D.I. 102; filed: 07/05/19]

E.      Objection of Pennsylvania Association of Staff Nurses and Allied Professionals [D.I. 105; filed: 07/05/19]

F.      Response of the Accreditation Council for Graduate Medical Education [D.I. 122; filed: 07/08/19]

Related Documents:

A.      Order [D.I. 101; signed and docketed: 07/03/19]

**Status: This matter has been continued to the hearing scheduled for July 26, 2019 at 10:00 a.m.**

## MATTERS GOING FORWARD:

2.      Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [D.I. 142; filed: 07/09/19]

Response Deadline:  July 15, 2019 at 4:00 p.m.

Responses Received:

A.      Statement of Drexel University in Support of Motion [D.I. 175; filed: 07/15/19]

B.      Limited Objection of the Commonwealth of Pennsylvania Department of Health [D.I. 185; filed: 07/15/19]

C.      Limited Objection of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 186; filed: 07/15/19]

D.      Limited Objection of the United States [D.I. 188; filed: 07/15/19]

E.      Response and Reservation of Rights of the Accreditation Council for Graduate Medical Education [D.I. 191; filed: 07/15/19]

F.      Statement and Reservation of Rights of MidCap Funding IV Trust and MidCap Financial Trust [D.I. 199; filed: 07/15/19]

**G.**    **Limited Objection and Reservations of Rights of the Official Committee of Unsecured Creditors [D.I. 238; filed: 07/18/19]**

Related Documents:

A.    Order Pursuant to Local Rule 9006-1(e), Shortening the Time for Notice of the Hearing to Consider Bidding Procedures in the Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [D.I. 147; signed and docketed: 07/10/19]

B.    Notice of Hearing [D.I. 155; filed: 07/11/19]

Status: This matter will be going forward as to the bidding procedures motion only.

Dated: July 19, 2019                                   **SAUL EWING ARNSTEIN & LEHR LLP**

By:      */s/ Mark Minuti*
         Mark Minuti (DE Bar No. 2659)
         Monique B. DiSabatino (DE Bar No. 6027)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE  19899
         Telephone: (302) 421-6800
         Fax: (302) 421-5873
         mark.minuti@saul.com
         monique.disabatino@saul.com

                 -and-

         Jeffrey C. Hampton
         Adam H. Isenberg
         Aaron S. Applebaum (DE Bar No. 5587)
         Centre Square West
         1500 Market Street, 38th Floor
         Philadelphia, PA 19102
         Telephone: (215) 972-7700
         Fax: (215) 972-7725
         jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         aaron.applebaum@saul.com

         *Proposed Counsel for Debtors and*
         *Debtors in Possession*