**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) **Re: Docket No. 142** |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING ASSET PURCHASE AGREEMENT AND REVISED ORDER (I)(A) ESTABLISHING BIDDING PROCEDURES RELATING TO THE SALE OF THE DEBTORS' RESIDENT PROGRAM ASSETS, INCLUDING APPROVING A BREAK-UP FEE, (B) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS, (C) APPROVING FORM AND MANNER OF NOTICE RELATING THERETO, AND
(D) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their proposed undersigned counsel, hereby certify as follows:

1. On July 1, 2019, the Debtors filed the *Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief* [Docket No. 142] (the "**Residents Program Assets Sale Motion**").

2.     Pursuant to the Order shortening time with respect to the Residents Program Assets Sale Motion [Docket No. 147], objections to the Residents Program Assets Sale Motion were to be filed by July 15, 2019 at 4:00 p.m. (prevailing Eastern Time), (the "**Objection Deadline**").

3.     Prior to the Objection Deadline, the Debtors received informal comments to the Residents Program Assets Sale Motion from the Office of the United States Trustee (the "**UST**") and the Official Committee of Unsecured Creditors (the "**Committee**"), and formal responses and objections were filed by the Commonwealth of Pennsylvania Department of Health [Docket No. 185], the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates [Docket No. 186], the United States of America, through the Centers for Medicare and Medicaid Services [Docket No. 188], the Accreditation Council for Graduate Medical Education [Docket No. 191], MidCap Funding IV Trust and MidCap Financial Trust [Docket No. 199], and the Committee [Docket No 238] (collectively, the "**Responding Parties**") requested that certain changes be made to the original proposed bidding procedures order (the "**Proposed Bidding Procedures Order**") and to the proposed bidding procedures (the "Proposed Bidding Procedures") accompanying the Residents Program Assets Sale Motion.

4.     Attached hereto as **Exhibit "A"** is the proposed stalking horse asset purchase agreement with respect to the Residents Program Assets Sale Motion.

5.     Attached hereto as **Exhibit "B"** is a revised proposed bidding procedures order addressing certain of the concerns raised by the Responding Parties, including revised bidding

procedures (the "**Revised Bidding Procedures**") and other related exhibits (the "**Revised Bidding Procedures Order**").

6. Attached hereto as **Exhibit "C"** is a redline of the Revised Bidding Procedures Order that reflects the changes made to the Proposed Bidding Procedures Order.

7. Attached hereto as **Exhibit "D"** is a redline of the Revised Bidding Procedures that reflects the changes made to the Proposed Bidding Procedures.

Dated: July 19, 2019                            **SAUL EWING ARNSTEIN & LEHR LLP**

                By:   */s/ Aaron S. Applebaum*
                     Mark Minuti (DE Bar No. 2659)
                     Monique B. DiSabatino (DE Bar No. 6027)
                     1201 N. Market Street, Suite 2300
                     P.O. Box 1266
                     Wilmington, DE  19899
                     Telephone: (302) 421-6800
                     Fax: (302) 421-5873
                     mark.minuti@saul.com
                     monique.disabatino@saul.com

                            -and-

                     Jeffrey C. Hampton
                     Adam H. Isenberg
                     Aaron S. Applebaum (DE Bar No. 5587)
                     Centre Square West
                     1500 Market Street, 38th Floor
                     Philadelphia, PA 19102
                     Telephone: (215) 972-7700
                     Fax: (215) 972-7725
                     jeffrey.hampton@saul.com
                     adam.isenberg@saul.com
                     aaron.applebaum@saul.com

                     *Proposed Counsel for Debtors and*
                     *Debtors in Possession*