# SIGN-IN-SHEET

**CASE NAME:** Center City Healthcare, LLC d/b/a Hahnemann University Hospital
**CASE NO.:** 19-11466 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 7/19/19

①

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Sherman / Boris Mautoverstiy | Sills Cummis | Committee |
| Megan Harper | City of Philadelphia | City of Phila. |
| Dennis A. Meloro | Greenberg Traurig, LLP | Patient Care Ombudsman |
| Thomas Horan | Fox Rothschild | Committee |
| Martin J. Weis | Dilworth Paxson LLP | American Academic Health Systems |
| Justin Alberto | Bayard | American Medical Colleges & Educational Commission |
| Lauren MacLeod | Dentons | " |
| Dan Kerrick | Hogan McDaniel | Hayes Healthcare |
| David L. Buchbinder | USTP / DOJ | UST |
| Lauren Macleod | Dentons USLLP | AAMC + ECFMG |
| Curtis Miller | Morris Nichols | ACGME |
| Dona Carlson | Offices of Dona Carlson | " |
| Fran Daley | Berwind Spahr | Drexel University |
| Vince Marriott | Berwind Spahr | " |
| Gretchen Santamour | Stradley Ronon Stevens & Young | MidCap Financial Trust |
| Tim Cowens | Pachulski Stang Ziehl + Jones | TCT, BSC, SVCS + Conifer Cycle Solutions |

# SIGN-IN-SHEET

**CASE NAME:** Center City Healthcare, LLC
d/b/a Hahnemann University Hospital
**CASE NO.:** 19-11466 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 7/19/19

②

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Barkasy | Schnader Harrison Segal + Lewis LLP | PA Dept. of Health |
| David Smith | Schnader Harrison Segal + Lewis LLP | PA Dept. of Health |
| Kevin T Kern | Cozen | Drexel Med Schol |
| MacMini | SaulEwingArnstein&Lehr | Debtor |
| J.R. Hurt | " " | " " |
| *Robert Lapowsky | Stevens Lee P.C. | Tower Health |
| Joseph H. Huston, Jr | " | " |
| Stuart Brown | DLA Piper LLP (US) | HSREP |
| Patricia Jackson | Drinker Biddle | Gift of Life Donor Program |
| Greg Taylor | Ashby + Geddes | Capital One NA |
| Louis Cuccio | Troutman Sanders | Capital One NA |
| Raluca McCallum | Hahnemann Physician | myself |
| Judy Owens | HAHNEMANN PHYSICIAN | MYSELF |

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin Gross
Courtroom

Calendar Date: 07/19/2019
Calendar Time: 11:30 AM ET

Amended Calendar  Jul 19 2019 7:38AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9931779 | Svetlana G. Attestatova | (302) 421-6839 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9921097 | Kaitlyn L. Beaudin | (949) 725-4000 ext. | Stradling, Yocca, Carlson & Rauth | Creditor, Premier, Inc. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9920198 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones Newswire & Co. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9921918 | Matthew Brooks | (404) 885-2618 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9931806 | Vikrama S. Chandrashekar | (303) 292-2900 ext. | Moye White LLP | Interested Party, Vikrama S. Chandrashekar / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9921894 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9923265 | David Dembe | (215) 560-3448 ext. | State of Pennsylvania - Office of Attorney General | Interested Party, Common Wealth of Pennsylvania Parenspatriae / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9931777 | Joel Freedman | (310) 414-2700 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9918161 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Medtronic USA / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9922423 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9923220 | Robert M. Hirsh | (212) 457-5430 ext. | Arent Fox LLP | Creditor, JMB Capital Lending LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9914098 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension FUnd / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9922469 | Suzanne Koenig | (847) 446-8400 ext. | FAK Management Services | Trustee, Suzanne Koenig / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9920218 | Scott Koerner | (646) 231-9674 ext. | Capital One Bank | Interested Party, Capital One Bank(USA), N.A. / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9925597 | Francis Lawall | (215) 981-4481 ext. | Pepper Hamilton LLP | Interested Party, Temple University Health System / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9930665 | Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9930988 | Rachel J. Mauceri | (215) 963-5515 ext. | Morgan Lewis & Bockius LLP | Bankruptcy Counsel, GHR / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9921907 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9923420 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9930765 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Conifer Revenue Cycle Solutions, LLC and Tenet Business Services Corp. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9931781 | Phil Porter | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Phil Porter / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9930421 | Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9931780 | Kyle Schmidt | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Client, Kyle Schmidt for Center City Healthcare / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9927191 | Kathryn Stevens | (312) 609-4562 ext. | Vedder Price P.C. | Creditor, MidCap Funding / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9920222 | Joshua Y. Sturm | (212) 841-8704 ext. | Ropes & Gray LLP | Interested Party, Ropes & Gray LLP / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9921929 | Michael B. Sullivan | (312) 288-4041 ext. | Alvarez & Marsal | Interested Party, Michael Sullivan / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9923223 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9930857 | Thomas Wolford | (312) 269-8000 ext. | Neal, Gerber & Eisenberg LLP | Creditor, Accreditation Council for Graduate Medical Education / LIVE |