# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Center City Healthcare, LLC*
*230 North Broad Street*
*Philadelphia, PA 19102*
*PHILADELPHIAPA*

*Saul Ewing Arnstein & Lehr LLP*
*1201 N. Market Street, Suite 2300*
*P.O. Box 1266*
*Wilmington, DE 19899*

**RE:** *1911466 In Re: Center City Healthcare, LLC*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **August 7, 2019** at **2:00PM** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before July 17, 2019 and file the Notice and Certificate of Service with the Court no later than July 24, 2019.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 7/17/19

*Una O'Boyle*
Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:                                                                               Case No. 19-11466-KG
Center City Healthcare, LLC                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1    User: JasonSp    Page 1 of 3    Date Rcvd: Jul 17, 2019
                      Form ID: van472    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
db         +Center City Healthcare, LLC,   230 North Broad Street,   Philadelphia, PA 19102-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
      Aaron S. Applebaum    on behalf of Debtor    Center City Healthcare, LLC aaron.applebaum@saul.com
      Adam H. Isenberg    on behalf of Debtor    Center City Healthcare, LLC aisenberg@saul.com
      Andrew Kelser    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity akelser@odonoghuelaw.com
      Benjamin A. Hackman    on behalf of U.S. Trustee    U.S. Trustee benjamin.a.hackman@usdoj.gov
      Bryan J Hall    on behalf of Creditor    224 E. 13th Street Realty Corp. bhall@blankrome.com
      Carol E. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General cmomjian@attorneygeneral.gov
      Chantelle D'nae McClamb    on behalf of Creditor    Drexel University mcclambc@ballardspahr.com, maddoxm@ballardspahr.com
      Christopher A. Ward    on behalf of Creditor    BioCare, Inc., an Arizona for-profit corporation cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward    on behalf of Creditor    Vitalant, an Arizona non-profit corporation cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher R. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General crmomjian@attorneygeneral.gov
      Claiborne S. Newlin    on behalf of Creditor    Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com, kbrookes@markowitzandrichman.com
      Curtis S. Miller    on behalf of Interested Party    Accreditation Council for Graduate Medical Education cmiller@mnat.com, rfusco@mnat.com
      Dale E. Barney    on behalf of Creditor    Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com
      Daniel Michael Pereira    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health dpereira@schnader.com, 5283212420@filings.docketbird.com,EMcCarthy@schnader.com
      David Dembe    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General ddembe@attorneygeneral.gov
      Dennis A. Meloro    on behalf of Health Care Ombudsman    Suzanne Koenig, as Patient Care Ombudsman melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
      Frederick B. Rosner    on behalf of Creditor    Medline Industries, Inc. rosner@teamrosner.com
      George P. Angelich    on behalf of Creditor    Medline Industries, Inc. angelich.george@arentfox.com, beth.brownstein@arentfox.com;phillip.khezri@arentfox.com
      Gregory A. Taylor    on behalf of Interested Party    Capital One, N.A. gtaylor@ashbygeddes.com
      Howard A. Cohen    on behalf of Creditor    Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com
      Jason A. Gibson    on behalf of Creditor    Medline Industries, Inc. gibson@teamrosner.com
      Jeffrey Kurtzman    on behalf of Creditor    Rydal Square, L.P. kurtzman@kurtzmansteady.com
      Jeffrey C. Hampton    on behalf of Debtor    Center City Healthcare, LLC jeffrey.hampton@saul.com
      Jody C. Barillare    on behalf of Creditor    General Healthcare Resources, LLC jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
      Joelle E. Polesky    on behalf of Creditor    MidCap Financial Trust jpolesky@stradley.com, tmitchell@stradley.com
      Joelle E. Polesky    on behalf of Creditor    MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) jpolesky@stradley.com, tmitchell@stradley.com

```
District/off: 0311-1           User: JasonSp             Page 2 of 3              Date Rcvd: Jul 17, 2019
                               Form ID: van472           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joelle E. Polesky    on behalf of Creditor    MidCap Funding H Trust jpolesky@stradley.com, tmitchell@stradley.com
          Joseph H. Huston, Jr.    on behalf of Interested Party    TOWER HEALTH SERVICES jhh@stevenslee.com
          Justin R. Alberto    on behalf of Creditor    Association of American Medical Colleges jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Justin R. Alberto    on behalf of Creditor    Educational Commission for Foreign Medical Graduates jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck    on behalf of Creditor    PECO Energy Company kbuck@mccarter.com
          Kate R. Buck    on behalf of Creditor    Atlantic City Energy Company kbuck@mccarter.com
          Katharina Earle    on behalf of Interested Party    Capital One, N.A. kearle@ashbygeddes.com
          Lance Michael Geren    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Laura Davis Jones    on behalf of Creditor    Tenet Business Services Corp. ljones@pszjlaw.com, efile1@pszjlaw.com
          Laura Davis Jones    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC ljones@pszjlaw.com, efile1@pszjlaw.com
          Louis A. Curcio    on behalf of Interested Party    Capital One, N.A. louis.curcio@troutman.com, john.murphy@troutman.com
          Marc Stephen Casarino    on behalf of Creditor    SpecialtyCare, Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
          Marcus Scott Sacks    on behalf of Creditor    UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov, Hillary.Burchuk@fcc.gov
          Mark Minuti    on behalf of Debtor    TPS V of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    Philadelphia Academic Medical Associates, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    TPS III of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    TPS II of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    TPS IV of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    St. Christopher's Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    St. Christopher's Pediatric Urgent Care Center, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    Center City Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    HPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    SCHC Pediatric Anesthesia Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    Philadelphia Academic Health System, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    TPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti    on behalf of Debtor    StChris Care at Northeast Pediatrics, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Megan N. Harper    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov
          Monique Bair DiSabatino    on behalf of Debtor    Center City Healthcare, LLC monique.disabatino@saul.com, robyn.warren@saul.com
          Nicholas J. LePore, III    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health nlepore@schnader.com
          Paige Noelle Topper    on behalf of Interested Party    Accreditation Council for Graduate Medical Education ptopper@mnat.com, rfusco@mnat.com
          Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, pelchertthurmond@gmail.com
          Patrick A. Jackson    on behalf of Creditor    Gift of Life Donor Program, Greater Delaware Valley Society Patrick.jackson@dbr.com, cathy.greer@dbr.com
          Pearl Pham    on behalf of Creditor    PHILADELPHIA GAS WORKS pearl.pham@pgworks.com
          Peter C. Hughes    on behalf of Interested Party    American Academic Health Systems, LLC phughes@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
          Peter C. Hughes    on behalf of Interested Party Joel Freedman phughes@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
          Peter C. Hughes    on behalf of Interested Party    Philadelphia Academic Health Holdings LLC phughes@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
          Reliable Companies    gmatthews@reliable-co.com
          Richard A. Barkasy    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com
          Ryan B Smith    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General rbsmith@attorneygeneral.gov
          Sabrina L. Streusand    on behalf of Creditor    NTT Data Services , prentice@slollp.com
          Sophie E. Macon    on behalf of Creditor    Educational Commission for Foreign Medical Graduates smacon@bayardlaw.com, ehendry@bayardlaw.com

```
District/off: 0311-1          User: JasonSp              Page 3 of 3                 Date Rcvd: Jul 17, 2019
                              Form ID: van472            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sophie E. Macon   on behalf of Creditor   Association of American Medical Colleges smacon@bayardlaw.com, ehendry@bayardlaw.com
      Stuart M. Brown   on behalf of Interested Party   Harrison Street Real Estate, LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
      Timothy Swanson   on behalf of Interested Party   Renal Treatment Centers-Northeast, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
      Timothy Swanson   on behalf of Interested Party   DaVita, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
      Timothy P. Cairns   on behalf of Creditor   Conifer Revenue Cycle Solutions, LLC tcairns@pszjlaw.com
      Timothy P. Cairns   on behalf of Creditor   Tenet Business Services Corp. tcairns@pszjlaw.com
      Tobey M. Daluz   on behalf of Creditor   Drexel University daluzt@ballardspahr.com, maddoxm@ballardspahr.com
      U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
      Vikrama S. Chandrashekar   on behalf of Creditor   DaVita, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
      Vikrama S. Chandrashekar   on behalf of Creditor   Renal Treatment Centers-Northeast, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
      Vincent J Marriott, III   on behalf of Creditor   Drexel University marriott@ballardspahr.com

                                                                                 TOTAL: 79