# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 17, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Motion to Authorize the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date [Docket No. 233]**

Dated: July 19, 2019

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 19th day of July, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

BRITTNEY S. WHITAKER
Notary Public - California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

AMERICAN RED CROSS
TARA SMALLS
TARA.SMALLS@REDCROSS.ORG

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BENEFIT FUND FOR HOSP & HEALTH
INFO@1199CFUNDS.ORG

CERNER CORP
IAN WILSON
IAN.WILSON@CERNER.COM

CHAMPION ENERGY
NICOLE HASSLER
NICOLE.CATES@CHAMPION.ENERGY

CITY OF PHILADELPHIA
ROB DUBOW
VOUCHERVERIFICATION@PHILA.GOV

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

CONCENTRA
CANDICE HENSON
CANDICE_HENSON@CONCENTRA.COM

CROTHALL HEALTHCARE INC
DENNIS CZAPLICKI
DENNIS.CZAPLICKI@CROTHALL.COM

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DEPUY SYNTHES SALES
PATTY PAGET
PPAGET@ITS.JNJ.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
LAWRENCE G. MCMICHAEL
LMCMICHAEL@DILWORTHLAW.COM

DILWORTH PAXSON LLP
PETER C. HUGHES
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY
ANTHONY ESPOSITO
AME79@DREXEL.EDU

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

ENSEMBLE RCM LLC
JOHN ERICKSON
JOHN.ERICKSON@ENSEMBLEHP.COM

ERNST & YOUNG LLP
AMY DORFMEISTER
AMY.DORFMEISTER@EY.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GENERAL ELECTRIC CO
ARUSHI CHANDRAN
ARUSHI.CHANDRAN@GE.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GLOBAL NEUROSCIENCES INSTITUTE
DONALD J DAMICO
DDAMICO@GNINEURO.ORG

GREATER DELAWARE VALLEY SOCIETY
STACY CRAMER
SCRAMER@DONORS1.ORG

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKLHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

INO THERAPEUTICS LLC
BROOKE MITCH
BROOKE.MITCH@MNK.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS, LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

**Center City Healthcare, LLC, et al. - Service List to e-mail Recipients**                                                    Served 7/17/2019

KIRKLAND & ELLIS, LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MEDLINE INDUSTRIES INC
SHANE REED
SREED@MEDLINE.COM

MEDTRONIC USA INC
BRIAN CASTELEIN CBA
BRIAN.J.CASTELEIN@MEDTRONIC.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

NTT DATA SERVICES LLC
SUBBARAO PUSHADAPU
BILLING.INQUIRY@NTTDATA.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

OPTUMINSIGHT
NICK GULLAND
NICHOLAS.GULLAND@OPTUM.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULKSKI STANG ZIEHEL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

QUALITY SYSTEMS INC
IR@NEXTGEN.COM

QUALITY SYSTEMS INC
IRVINETAX@NEXTGEN.COM

RENAL TREATMENT CENTERS SE LP - DAVITA
CLENN FROST
ANGEL.BALTAZAR@DAVITA.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**

UNIVERSAL PROTECTION SVS LP
AL SANTOSUSSO
AL.SANTOSUSSO@AUS.COM

VEOLIA ENERGY PHILADELPHIA INC
TRICIA MARTS
PATRICIA.MARTS@VEOLIA.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  94

## EXHIBIT B

Center City Healthcare, LLC, et al. - U.S. Mail                                                      Served 7/17/2019

50 WORDS, LLC
ATTN: LINDA MCDONOUGH
1915 WAYNE DR
WEST NORRITON, PA 19403

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BARATZ & ASSOCIATES PA
7 EVES DR, STE 100
MARLTON, NJ 08053

BARATZ & ASSOCIATES, PA
ATTN: CLIFF SIMMONS, CPA, CVA
7 EVES DR, STE 100
MARLTON, NJ 08053

BELLEVUE PHILLY LLC
DBA TAVERN ON BROAD
200 S BROAD ST
PHILADELPHIA, PA 19103

BELLEVUE STRATEGIES LLC
200 S BROAD ST, STE 410
PHILADELPHIA, PA 19102

BELLEVUE STRATEGIES, LLC
ATTN: PRESIDENT
200 S BROAD ST, STE 410
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

CONNOLLY GALLAGHER LLP
ATTN: RYAN P. NEWELL
1201 N MARKET ST, 20TH FL
WILMINGTON, DE 19801

CONRAD O'BRIEN PC
ATTN: KEVIN DOOLEY KENT
1500 MARKET ST, STE 3900, W TOWER
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

ECKERT SEAMANS
ATTN: MICHAEL D. JONES
50 S 16TH ST
PHILADELPHIA, PA 19102

ECKERT SEAMANS CHERIN &
MELLOTT LLC
US STEEL TOWER
600 GRANT ST 44TH FL
PITTSBURGH, PA 15219

ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 GRANT ST, 44TH FL
PITTSBURGH, PA 15219

GERMAINE SOLOMON
3852 NORTH 17TH ST
PHILADELPHIA, PA 19140

HEALTH SCIENCES LAW GROUP LLC
7670 NORTH PORT WASHINGTON RD
MILWAUKEE, WI 53217

HEALTH SCIENCES LAW GROUP LLC
ATTN: ROBYN SHAPIRO
7670 N PORT WASHINGTON RD, STE 201
FOX POINT, WI 53217

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JACKSON LEWIS P.C.
ATTN: EILEEN K. KEEFE
1601 CHERRY ST, STE 1350
PHILADELPHIA, PA 19102

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MARSHALL DENNEHEY WARNER COLEMAN & GOG
ATTN: RAPHAEL M. DURAN
2000 MARKET ST, SUITE 2300
PHILADELPHIA, PA 19103

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
ATTN: GARY SAMMS, KATHERINE ROBINSON
1500 MARKET ST, STE 3400
PHILADELPHIA, PA 19102-2101

OBERMAYER, REBMANN, MAXWELL &
HIPPEL LLP
CENTRE SQUARE WEST
1500 MARKET ST, STE 3400
PHILADELPHIA, PA 19102

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN HACKMAN
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

**Center City Healthcare, LLC, et al. - U.S. Mail**                                                    Served 7/17/2019

PRITCHARD, SUZANNE N.
1800 JOHN F. KENNEDY BLVD., SUITE 801
PHILADELPHIA, PA 19103- 7406

REED SMITH LLP
ATTN: JAMES M. NEUDECKER
101 2ND ST, STE 1800
SAN FRANCISCO, CA 94105-3659

REED SMITH LLP
P.O. BOX 360110
PHILADELPHIA, PA 15251-6110

ROBINSON KIRLEW & ASSOCIATES ATTORNEYS AT LA
ATTN: MYRTLE ROBINSON KIRLEW
7731 BELLE POINT DR
GREENBELT, MD 20770

SALEM & GREEN
3604 FAIR OAKS BLVD.
SUITE 200
SACRAMENTO, CALIFORNIA 95864

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 41