IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | ) Case No. 19-11466 (KG) ) ) (Jointly Administered) |
| Debtors. | ) |

## VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

    A.    Atlantic City Electric Company
           PECO Energy Company
           Attn: Lynn R. Zack, Esq.
           Assistant General Counsel
           Exelon Corporation
           2301 Market Street, S23-1
           Philadelphia, PA  19103

    B.    Constellation NewEnergy - Gas Division, LLC
           Attn: C. Bradley Burton
           Credit Analyst
           Constellation Energy
           1310 Point Street, 12th Floor
           Baltimore, MD 21231

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) Atlantic City Electric Company, PECO Energy Company and Constellation NewEnergy - Gas Division, LLC have unsecured claims against the above-referenced Debtors arising from prepetition utility usage.

(b) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies To the Motion of the Debtors For Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* (the "Objection") (Docket No. 177) filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in July 2019. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com