# CERTIFICATE OF SERVICE

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on July 22, 2019, I caused a true and correct copy of the *Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* to be served by email on:

| | |
|---|---|
| Mark Minuti<br>Monique B. DiSabatino<br>Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>P.O. B.x 1266<br>Wilmington, Delaware 19899<br>Email:  mark.minuti@saul.com<br>            monique.disabatino@saul.com<br>*Debtors' Counsel* | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Aaron S. Applebaum<br>Saul Ewing Arnstein & Leher LLP<br>Center Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania  19102<br>Email:  jeffrey.hampton@saul.com<br>            adam.isenberg@saul.com<br>            aaron.applebaum@saul.com<br>*Debtors' Counsel* |

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware 19801
Email: benjamin.a.hackman@usdoj.gov

                                          /s/ *William F. Taylor, Jr.*
                                          William F. Taylor, Jr. (DE #2936)