**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. 167** |

**CERTIFICATION OF COUNSEL REGARDING MOTION
OF 224 E. 13TH STREET REALTY CORP. FOR ENTRY OF AN ORDER
COMPELLING THE (I) REJECTION OF A CERTAIN NON-RESIDENTIAL REAL
PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365, AND (II) ABANDONMENT OF
ALL REMAINING PERSONAL PROPERTY IN THE PREMISES**

The undersigned hereby certifies as follows:

1. On July 12, 2019, 224 E. 13th Street Realty Corp. ("Landlord") filed and served its *Motion for Entry of an Order Compelling the (i) Rejection of a Certain Non-Residential Real Property Lease Pursuant to 11 U.S.C. § 365, and (ii) Payment of All Unpaid Post-Petition Rent and Other Charges Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1), and (iii) Abandonment of All Remaining Personal Property in the Premises* (the "Motion"). Objections or responses to the Motion were due to be filed and served on or before July 19, 2019 at 4:00 p.m. (ET) (the "Response Deadline").

2. Prior to the Response Deadline, counsel to the Landlord received informal comments from counsel to the Debtors. The parties have negotiated changes to the proposed form

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

of order that resolves the Debtors' informal comments, which are reflected on Exhibit 1 to this certification.

3. Except as set forth above, no formal or informal objection or response to the Motion has been received. The undersigned has caused to be performed a review of the Court's docket maintained in these cases and no objection or response to the Motion appears thereon.

4. Attached hereto as **Exhibit 1** is a revised proposed order granting the Motion on the terms agreed to with the Debtors (the "Revised Order"). For the convenience of the Court and other parties, a blackline comparing the Revised Order against the proposed form of order filed with the Motion is attached hereto as **Exhibit 2**. Undersigned counsel has provided a copy of the Revised Order to counsel for the Debtors, who has advised they have no objection to entry of the Revised Order.

WHEREFORE, Landlord respectfully requests that the Court enter the attached Revised Order without further notice or hearing.

Dated: Wilmington, Delaware
       July 22, 2019

**BLANK ROME LLP**

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464
Email:        bhall@blankrome.com

Joel Charles Shapiro
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-5500
Facsimile:    (215) 569-5555
Email:        shapiro-jc@blankrome.com

*Attorneys for 224 E. 13th Street Realty Corp.*

2