UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                   Chapter __11__

                                 Case No. _19_-_11466_ (_KG_)

Debtor: Center City Healthcare, LLC d/b/a Hahnemann University Hospital

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Kathryn L. Stevens

to represent MidCap Financial Trust and MidCap Funding IV Trust

in this action.

/s/Joelle E. Polesky

Firm Name: Stradley Ronon, et al
Address: 1000 N. West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 295-3805
Email: jpolesky@stradley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: VedderPrice
Address: 222 North LaSalle Street
Suite 2600, Chicago, IL 60601
Phone: (312) 609-7803
Email: kstevens@vedderprice.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 23rd, 2019                      KEVIN GROSS
Wilmington, Delaware                        UNITED STATES BANKRUPTCY JUDGE

Local Form 105