# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.<br><br>Debtor | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Joint Administration Requested |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I caused a copy of the foregoing to be sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case and on the following via electronic mail:

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street
Wilmington, DE 19801
mark.minuti@saul.com

Benjamin Hackman
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Rm. 2207
Lockbox #35
Wilmington, DE 19899-0035
benjamin.a.hackman@usdoj.gov

Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
thoran@foxrothschild.com

Boris I. Mankovetskiy
Sills,Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
bmankovetskiy@sillscummis.com

Andrew H. Sherman
Sills Cummins & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com

MidCap Financial Services, LLC
7255 Woodmont Avenue, Suite 200
Bethesda, Maryland 20814
Attn: Account Manager for
Philadelphia Hospital transaction
notices@midcapfinancial.com

MidCap Financial Services, LLC
7255 Woodmont Avenue, Suite 200
Bethesda, Maryland 20814
Attn: General Counsel
legalnotices@midcapfinancial.com

| | |
|---|---|
| Dated: July 23, 2019 | **MARKOWITZ & RICHMAN**<br><br>/s/ Claiborne S. Newlin<br>Claiborne S. Newlin, Esq. (#4745)<br>Legal Arts Building<br>1225 King Street, Suite 804<br>Wilmington, DE 19801<br>Telephone: 302.656.2308<br>Facsimile:   215.790.0668<br>cnewlin@markowitzandrichman.com<br><br>-and-<br><br>**LAW OFFICES OF MITCHELL J. MALZBERG, LLC**<br>Mitchell Malzberg, Esquire<br>P. O. Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, NJ  08809<br>Telephone: 908.323.2958<br>Facsimile:   908.933-0808<br>mmalzberg@mjmalzberglaw.com<br><br>*Co-Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals* |