# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

The undersigned attorneys with the law firm of Barnes & Thornburg LLP hereby enter their appearance in the above-captioned case as counsel for Roche Diagnostics Corporation ("Roche") and request that any and all notices given or required to be given in the above-captioned jointly administered cases, and all papers served or required to be served in the cases, be served upon them at the following addresses, and that they each be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> David M. Powlen
> Kevin G. Collins
> BARNES & THORNBURG LLP
> 1000 N. West Street, Suite 1500
> Wilmington, DE 19801
> Telephone: (302) 300-3434
> Facsimile: (302) 300-3456
> Email: david.powlen@btlaw.com
> Email: kevin.collins@btlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

Neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All such rights hereby are reserved and preserved on behalf of Roche, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Dated:  July 23, 2019                     BARNES & THORNBURG LLP

/s/  Kevin G. Collins
David M. Powlen (DE Bar No. 4978)
Kevin G. Collins (DE Bar No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email:  david.powlen@btlaw.com
Email:  kevin.collins@btlaw.com

*Counsel to Roche Diagnostics Corporation*