**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2019 I caused a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Papers* (the "Notice of Appearance") to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record.

I further certify that on July 23, 2019 I caused copies of the Notice of Appearance to be served upon the counsel set forth below via First Class Mail:

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
c/o Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

                                                */s/ Kevin G. Collins*
                                                Kevin G. Collins (DE No. 5149)