# **CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on July 24, 2019, I caused a true and correct copy of the *Notice of Withdrawal of Objection of Certain Utility Companies To the Motion of the Debtors For Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* to be served by email on:

| | |
|---|---|
| Mark Minuti<br>Monique B. DiSabatino<br>Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>P.O. B.x 1266<br>Wilmington, Delaware 19899<br>Email: mark.minuti@saul.com,<br>monique.disabatino@saul.com<br>*Debtors' Counsel* | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Aaron S. Applebaum<br>Saul Ewing Arnstein & Leher LLP<br>Center Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102<br>Email: jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>aaron.applebaum@saul.com<br>*Debtors' Counsel* |

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware 19801
Email: benjamin.a.hackman@usdoj.gov

/s/ *William F. Taylor, Jr*        .
William F. Taylor, Jr. (#2936)