IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) **Re: Docket Nos. 10, 75 and 87** |

### CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED FINAL ORDER (I) AUTHORIZING THE PAYMENT OF CERTAIN PREPETITION AND POSTPETITION TAXES AND FEES AND (II) GRANTING RELATED RELIEF, AND (B) NO OBJECTION TO SAME

The undersigned proposed counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On July 1, 2019, the *Motion of the Debtors for Entry of an Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and (II) Granting Related Relief* [Docket No. 10] (the "**Motion**") was filed with the Court.

2. Thereafter, on July 2, 2019, the Court entered the *Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and (II) Granting Related Relief* [Docket No. 75].

3. Pursuant to the notice of the Motion [Docket No. 87], objections to the Motion were to be filed by July 19, 2019 at 4:00 p.m. (prevailing Eastern Time), which deadline was

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

extended for Official Committee of Unsecured Creditors (the "**Committee**") to July 23, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

4. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5. Prior to the Objection Deadline, the Committee requested that certain changes be made to the original proposed final order accompanying the Motion (the "**Original Proposed Order**").

6. Attached hereto as **Exhibit "A"** is a revised proposed final order that incorporates the changes requested by the Committee (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

7. The Debtors have confirmed that the Office of the United States Trustee, the Committee and MidCap Funding IV Trust have no objections to the Revised Order.

[remainder of page left intentionally blank]

8. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: July 24, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

                                  By:    */s/ Monique B. DiSabatino*
                                          Mark Minuti (DE Bar No. 2659)
                                          Monique B. DiSabatino (DE Bar No. 6027)
                                          1201 N. Market Street, Suite 2300
                                          P.O. Box 1266
                                          Wilmington, DE  19899
                                          Telephone: (302) 421-6800
                                          Fax: (302) 421-5873
                                          mark.minuti@saul.com
                                          monique.disabatino@saul.com

                                                    -and-

                                          Jeffrey C. Hampton
                                          Adam H. Isenberg
                                          Aaron S. Applebaum (DE Bar No. 5587)
                                          Centre Square West
                                          1500 Market Street, 38th Floor
                                          Philadelphia, PA 19102
                                          Telephone: (215) 972-7700
                                          Fax: (215) 972-7725
                                          jeffrey.hampton@saul.com
                                          adam.isenberg@saul.com
                                          aaron.applebaum@saul.com

                                          *Proposed Counsel for Debtors and*
                                          *Debtors in Possession*