## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY ) | Bankruptcy No. 19-11466 |
| HOSPTIAL *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**LIMITED OBJECTION OF THE CITY OF PHILADELPHIA TO THE DEBTORS' MOTION FOR ENTRY OF (A) AN ORDER (I) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE SALE OR SALES OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED DEBTORS AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) APPROVING CERTAIN BIDDING PROCEDURES, ASSUMPTION AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE THEREOF, (III) ESTABLISHING PROCEDURES IN CONNECTION WITH THE SELECTION OF AND PROTECTIONS AFFORDED TO ANY STALKING HORSE PURCHASERS, AND (IV) GRANTING RELATED RELIEF; AND (B) ONE OR MORE ORDERS (I) APPROVING THE SALES OR OTHER ACQUISITION TRANSACTIONS FOR THE ASSETS, (II) AUTHORIZING THE SALES FREE AND CLEAR OF ALL ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

The City of Philadelphia ("the City") respectfully represents as follows in support of this limited objection and reservation of rights (this "Objection") to the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 205] (the "Sale Motion" or "Motion for Sale of St. Christopher's"):

## PRELIMINARY STATEMENT

On June 30, 2019, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. At the outset of these bankruptcy proceedings, the Debtors filed a motion authorizing the implementation of a closure plan for Hahnemann University Hospital (the "Closure Plan"). In recognition of the significant impact closure of the hospital would have on the surrounding community, the City of Philadelphia sought and was granted the ability to review and comment on the Debtors' Closure Plan for the hospital. Specifically, the Court, on July 3, 2019, issued an Order requiring the Debtors to communicate and discuss its plans for the hospital in advance with numerous parties, including the City. The City has been working with the Debtors and the Commonwealth to reach a fully consensual Closure Plan. The City now seeks similar relief with respect to the Motion for Sale of St. Christopher's Hospital for Children.

## BACKGROUND

1. On July 16, 2019, the Debtors filed the Motion for Sale of St. Christopher's seeking approval of bidding and auction procedures for the sale of substantially all assets of St.

Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children and certain of its affiliates.

2. St. Christopher's Hospital for Children offers critical care services for infants, children, and young adults, especially those in high-need populations.

3. The 188-bed teaching hospital employs approximately 1,500 individuals and has been a leader in many areas of pediatric medicine since 1875.

4. St. Christopher's also operates the Center for the Urban Child, an outpatient pediatric care facility that provides primary care for a low-income, under-served population of North Philadelphia and a host of other services to the community.

5. The services include developmental and behavioral resources, domestic violence resources, food access resources, social work services and a WIC (Women, Infants and Children) program.

6. The Center for the Urban Child provides a one stop shop for ancillary support not available elsewhere to a surrounding community that is greatly in need of such services.

7. Given the scale of need for these services, the impact of any disruption or discontinuation of this ancillary support will fall almost entirely on the City of Philadelphia's Department of Public Health and Department of Human Services.

8. In addition, St. Christopher's Hospital for Children, through the Philadelphia Children's Alliance, partners with the Philadelphia Police Department Special Victims Unit, Department of Human Services and Philadelphia District Attorney's Office to allow abused children to tell their story in a coordinated process in a shared facility allowing for the investigation of reports of abuse with a multi-disciplinary team approach.

9. St. Christopher's Hospital for Children is a full-service hospital dedicated to the highest quality of care of children in the City of Philadelphia and is the City's valued partner.

10. The Debtors submit that, like the City, they too have a heightened focus on the quality and continuity of care offered by St. Christopher's Hospital for Children and its related practice groups and urge the Court to act quickly to approve the Bid Procedures to avoid any risk of disruption. *See* Sale Motion, p. 3, ¶¶ 2-3.

11. The City is supportive of an expeditious sale of St. Christopher's Hospital for Children to ensure continuity of quality patient care and maintenance of critical services for a historically underserved population.

12. The City does not, however, support a sale process that excludes the City's participation.

## **LIMITED OBJECTION**

13. The proposed bidding and auction procedures for the Sale Motion identify certain "Consultation Parties"[2] to include the Official Committee of Unsecured Creditors and counsel to MidCap, the DIP Agent.

14. The City objects to the approval of the Bidding Procedures Order unless it is included as a Consultation Party to the same extent as MidCap and the Official Committee of Unsecured Creditors.

15. Given the dire need to sustain the services provided by St. Christopher's Hospital for Children, the sale of the hospital's assets necessitates a totality of the circumstances approach to determining the highest and best offer.

16. The City is in a unique position to weigh Potential Bidders' offers from a public heath perspective as well as a financial perspective.

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

17. The City seeks to be a Consultation Party for all aspects of the bidding, auction and sale process including, but not limited to, review of information submitted by Potential Bidders and attendance and participation in the Auction.

18. The City expressly reserves all rights and objections with respect to the Sale Motion, proposed order, and bidding procedures, including the right supplement this Limited Objection prior to the hearing on the Sale Motion.

WHEREFORE, the City respectfully requests that its limited objection to the bidding and auction procedures for the Motion for Sale of St. Christopher's be sustained.


Dated: July 25, 2019         By:    */s/ Megan N. Harper*
                                    Megan N. Harper (No. 4103)
                                    Deputy City Solicitor
                                    Attorney for the City of Philadelphia
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0503 (phone)
                                    Email: Megan.Harper@phila.gov