# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) **Re: Docket Nos. 13, 79 and 87** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED FINAL ORDER AUTHORIZING THE DEBTORS TO (I) CONTINUE INSURANCE COVERAGE ENTERED INTO PREPETITION AND SATISFY PREPETITION OBLIGATIONS RELATED THERETO; (II) RENEW, AMEND, SUPPLEMENT, EXTEND, OR PURCHASE INSURANCE POLICIES; (III) HONOR THE TERMS OF PREMIUM FINANCING AGREEMENT AND PAY PREMIUMS THEREUNDER; AND (IV) ENTER INTO NEW PREMIUM FINANCING AGREEMENTS IN THE ORDINARY COURSE OF BUSINESS, AND (B) NO OBJECTION TO SAME**

The undersigned proposed counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On July 1, 2019, the *Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (III) Honor the Terms of Premium Financing Agreement and Pay Premiums Thereunder; and (IV) Enter Into New Premium Financing Agreements in the Ordinary Course of Business* [Docket No. 13] (the "**Motion**") was filed with the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

35673654.1 07/25/2019

2.        Thereafter, on July 2, 2019, the Court entered the *Interim Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (III) Honor the Terms of Premium Financing Agreement and Pay Premiums Thereunder; and (IV) Enter Into New Premium Financing Agreements in the Ordinary Course of Business* [Docket No. 79].

3.        Pursuant to the notice of the Motion [Docket No. 87], objections to the Motion were to be filed by July 19, 2019 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for ACE American Insurance Company and/or any of its affiliates ("**Chubb**") to July 23, 2019 at 12:00 p.m. (prevailing Eastern Time) and the Official Committee of Unsecured Creditors (the "**Committee**") to July 23, 2019 at 4:00 p.m. (prevailing Eastern Time) (together, the "**Objection Deadline**").

4.        The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5.        Prior to the Objection Deadline, Chubb and the Committee requested that certain changes be made to the original proposed final order accompanying the Motion (the "**Original Proposed Order**").

6.        Attached hereto as **Exhibit "A"** is a revised proposed final order that incorporates the changes requested by Chubb and the Committee (the "**Revised Order**").  Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

7.        The Debtors have confirmed that the Office of the United States Trustee, Chubb, the Committee and MidCap Funding IV Trust have no objections to the Revised Order.

8. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: July 25, 2019                              **SAUL EWING ARNSTEIN & LEHR LLP**

                                           By:    */s/ Monique B. DiSabatino*
                                                    Mark Minuti (DE Bar No. 2659)
                                                    Monique B. DiSabatino (DE Bar No. 6027)
                                                    1201 N. Market Street, Suite 2300
                                                    P.O. Box 1266
                                                    Wilmington, DE  19899
                                                    Telephone: (302) 421-6800
                                                    Fax: (302) 421-5873
                                                    mark.minuti@saul.com
                                                    monique.disabatino@saul.com

                                                              -and-

                                                    Jeffrey C. Hampton
                                                    Adam H. Isenberg
                                                    Aaron S. Applebaum (DE Bar No. 5587)
                                                    Centre Square West
                                                    1500 Market Street, 38th Floor
                                                    Philadelphia, PA 19102
                                                    Telephone: (215) 972-7700
                                                    Fax: (215) 972-7725
                                                    jeffrey.hampton@saul.com
                                                    adam.isenberg@saul.com
                                                    aaron.applebaum@saul.com

                                                    *Proposed Counsel for Debtors and*
                                                    *Debtors in Possession*