# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | Re: Docket Nos. 13, 77 and 87 |

### CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) PAY CERTAIN PREPETITION WAGES, BENEFITS AND OTHER COMPENSATION, AND (B) CONTINUE EMPLOYEE COMPENSATION AND EMPLOYEE BENEFITS PROGRAMS, AND (II) GRANTING RELATED RELIEF, AND (B) NO OBJECTION TO SAME

The undersigned proposed counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On July 1, 2019, the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs; and (III) Granting Related Relief* [Docket No. 13] (the "**Motion**") was filed with the Court.

2. Thereafter, on July 2, 2019, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 77].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. Pursuant to the notice of the Motion [Docket No. 87], objections to the Motion were to be filed by July 19, 2019 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for ACE American Insurance Company and/or any of its affiliates ("**Chubb**") to July 23, 2019 at 12:00 p.m. (prevailing Eastern Time) and the Official Committee of Unsecured Creditors (the "**Committee**") to July 23, 2019 at 4:00 p.m. (prevailing Eastern Time) (together, the "**Objection Deadline**").

4. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5. Prior to the Objection Deadline, the Office of the United States Trustee (the "**U.S. Trustee**"), Chubb and the Committee requested that certain changes be made to the original proposed final order accompanying the Motion (the "**Original Proposed Order**").

6. Attached hereto as **Exhibit "A"** is a revised proposed final order that incorporates the changes requested by the U.S. Trustee, Chubb and the Committee (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

7. The Debtors have confirmed that the U.S. Trustee, Chubb, the Committee and MidCap Funding IV Trust have no objections to the Revised Order.

8. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: July 25, 2019 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*