IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY ) | Bankruptcy No. 19-11466 |
| HOSPTIAL *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**LIMITED OBJECTION OF HAYES LOCUM, LLC TO THE DEBTORS' MOTION FOR ENTRY OF (A) AN ORDER (I) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE SALE OR SALES OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED DEBTORS AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) APPROVING CERTAIN BIDDING PROCEDURES, ASSUMPTION AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE THEREOF, (III) ESTABLISHING PROCEDURES IN CONNECTION WITH THE SELECTION OF AND PROTECTIONS AFFORDED TO ANY STALKING HORSE PURCHASERS, AND (IV) GRANTING RELATED RELIEF; AND (B) ONE OR MORE ORDERS (I) APPROVING THE SALES OR OTHER ACQUISITION TRANSACTIONS FOR THE ASSETS, (II) AUTHORIZING THE SALES FREE AND CLEAR OF ALL ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

Hayes Locum, LLC ("**Hayes Locum**") respectfully represents as follows in support of this limited objection and reservation of rights (this "**Objection**") to the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and*

*(B)  One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [**Docket No. 205**] (the "Sale Motion" or "Motion for Sale of St. Christopher's"):

## PRELIMINARY STATEMENT

On June 30, 2019, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. At the outset of these bankruptcy proceedings, the Debtors filed a motion authorizing the implementation of a closure plan for Hahnemann University Hospital (the "Closure Plan"). Pursuant to a Physician Locum Tenens Coverage Agreement dated March 13, 2019, by and between Philadelphia Academic Health System, LLC on behalf of Hahnemann University Hospital and St. Christopher's Hospital for Children and their affiliated physician groups, Hayes Locum provides physician locum tenens staffing services ("Physicians") on an as-needed basis to perform professional medical services pursuant to a request made by the Debtors. Both prior to the petition date and after the petition date, Hayes Locum has provided Physicians to St. Christopher's Hospital for Children exclusively.

## BACKGROUND

1. On July 16, 2019, the Debtors filed the Motion for Sale of St. Christopher's seeking approval of bidding and auction procedures for the sale of substantially all assets of St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children and certain of its affiliates.

2. St. Christopher's Hospital for Children offers critical care services for infants, children, and young adults, especially those in high-need populations.

3. The 188-bed teaching hospital employs approximately 1,500 individuals and has been a leader in many areas of pediatric medicine since 1875.

4. St. Christopher's Hospital for Children is a full-service hospital dedicated to the highest quality of care of children in the City of Philadelphia.

5. The Debtors submit that they have a heightened focus on the quality and continuity of care offered by St. Christopher's Hospital for Children and its related practice groups and urge the Court to act quickly to approve the Bid Procedures to avoid any risk of disruption. *See* Sale Motion, p. 3, ¶¶2-3.

6. Hayes Locum is supportive of an expeditious sale of St. Christopher's Hospital for Children to ensure continuity of quality patient care and maintenance of critical services for a historically underserved population.

7. Hayes Locum does not, however, support a sale process that excludes Hayes Locum's participation.

**LIMITED OBJECTION**

8. The proposed bidding and auction procedures for the Sale Motion identify certain "Consultation Parties" to include the Official Committee of Unsecured Creditors and counsel to MidCap, the DIP Agent.

9. Hayes Locum objects to the approval of the Bidding Procedures Order unless it is included as a Consultation Party to the same extent as MidCap and the Official Committee of Unsecured Creditors.

10. Given the dire need to sustain the services provided by St. Christopher's Hospital for Children, the sale of the hospital's assets necessitates a totality of the circumstances approach to determining the highest and best offer.

11. Hayes Locum, as an ongoing provider of physician locum tenens staffing services

is in a unique position to weigh Potential Bidders' offers from a financial perspective.

12. Hayes Locum seeks to be a Consultation Party for all aspects of the bidding, auction and sale process including, but not limited to, review of information submitted by Potential Bidders and attendance and participation in the Auction.

13. Hayes Locum expressly reserves all rights and objections with respect to the Sale Motion, proposed order, and bidding procedures, including the right supplement this Limited Objection prior to the hearing on the Sale Motion.

WHEREFORE, Hayes Locum respectfully requests that its limited objection to the bidding and auction procedures for the Motion for Sale of St. Christopher's be sustained.

Dated: July 25, 2019

Wilmington, Delaware          **HOGAN♦MCDANIEL**

 /s/Daniel K. Hogan
Daniel K. Hogan (No. 2814)
Garvan F. McDaniel (No. 4167)
Daniel C. Kerrick (No. 5027)
1311 Delaware Avenue
Wilmington, DE 19805
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: dkhogan@dkhogan.com
            gfmcdaniel@dkhogan.com
            dckerrick@dkhogan.com

*Counsel for Hayes Locum, LLC*