**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of July 2019, the foregoing Notice

of Appearance was served through the Court's electronic filing system on the following:

Saul Ewing, LLP
1201 North Market Street
Suite 2300
Wilmington, DE 19801

Date: July 17, 2019                    /s/ *Daniel K. Hogan*
                                        Daniel K. Hogan (No. 2814).