IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **CENTER CITY HEALTHCARE, LLC** d/b/a **HAHNEMANN UNIVERSITY HOSPITAL**, *et al.*, | ) Case No. 19-11466 (KG) ) (Jointly Administered) |
| **Debtors.** | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cerner Corporation ("Cerner") hereby enters its appearance in the above-captioned case by and through its counsel, McCarter & English, LLP and Stinson LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address, telephone, facsimile number and e-mail addresses indicated below:

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Phone: (302) 984-6300
Fax: (302) 984-6399
Email: wtaylor@mccarter.com

Darrell W. Clark, Esq.
Tracey M. Ohm, Esq.
Stinson LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, D.C. 20006
Phone: (202) 785-9100
Email: darrell.clark@stinson.com
tracey.ohm@stinson.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

ME1 31035867v.1

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Cerner is or may be entitled.

Date:  July 25, 2019
       Wilmington, DE

**McCARTER & ENGLISH LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Facsimile:   (302) 984-6399
Email: wtaylor@mccarter.com

*Counsel for Cerner Corporation*

ME1 31035867v.1