# CERTIFICATE OF SERVICE

    I, William F. Taylor, Jr., Esquire, certify that on July 25, 2019, I caused a true and correct copy of the foregoing *Notice of Appearance* to be served upon the below listed parties via electronic mail or in the manner so indicated.

                                               */s/ William F. Taylor, Jr.*
                                               William F. Taylor, Jr. (DE #2936)

| | |
|---|---|
| Mark Minuti<br>Monique B. DiSabatino<br>Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>P.O. B.x 1266<br>Wilmington, Delaware 19899<br>Email:  mark.minuti@saul.com<br>           monique.disabatino@saul.com<br>*Debtors' Counsel* | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Aaron S. Applebaum<br>Saul Ewing Arnstein & Leher LLP<br>Center Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania  19102<br>Email:  jeffrey.hampton@saul.com<br>           adam.isenberg@saul.com<br>           aaron.applebaum@saul.com<br>*Debtors' Counsel* |
| Benjamin A. Hackman<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware 19801<br>Email: benjamin.a.hackman@usdoj.gov | |