## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
|  | Jointly Administered |
| Debtors. | **Related to Docket No. 205** |

### NOTICE OF FILING OF REVISED PROPOSED ORDER (I) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE SALE OR SALES OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED AFFILIATES AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) APPROVING CERTAIN BIDDING PROCEDURES, ASSUMPTION AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE THEREOF, (III) ESTABLISHING PROCEDURES IN CONNECTION WITH THE SELECTION OF AND PROTECTIONS AFFORDED TO ANY STALKING HORSE PURCHASERS, AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that the debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, by and through their proposed undersigned

counsel, hereby notify all parties that, in connection with the *Debtors' Motion for Entry of (A) an*

*Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All*

*Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption*

*and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain*

*Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 205] (the "**Sale and Bidding Procedures Motion**"),[2] the Debtors hereby submit: (i) a revised form of proposed order approving the Bidding Procedures, which is attached hereto as **Exhibit A** (the "**Revised Proposed Order**"), and (ii) a blackline reflecting the changes set forth in the Revised Proposed Order as compared to the proposed order previously filed with the Court, which is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Order will be submitted for the approval of the Bankruptcy Court at the hearing scheduled for July 26, 2019 at 10:00 a.m. (EDT).

[remainder of page left intentionally blank]

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Sale and Bidding Procedures Motion.

Dated: July 26, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By:     */s/ Monique B. DiSabatino*
          Mark Minuti (DE Bar No. 2659)
          Monique B. DiSabatino (DE Bar No. 6027)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE  19899
          Telephone: (302) 421-6800
          Fax: (302) 421-5873
          mark.minuti@saul.com
          monique.disabatino@saul.com

               -and-

          Jeffrey C. Hampton
          Adam H. Isenberg
          Aaron S. Applebaum (DE Bar No. 5587)
          Centre Square West
          1500 Market Street, 38th Floor
          Philadelphia, PA 19102
          Telephone: (215) 972-7777
          Fax: (215) 972-7725
          jeffrey.hampton@saul.com
          adam.isenberg@saul.com
          aaron.applebaum@saul.com

          *Proposed Counsel for Debtors and*
          *Debtors in Possession*