# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 24, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of No Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 273]**

- **Final Order (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 277]**

Dated: July 25, 2019

/s/ Randy Lowry
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 25th day of July, 20 19, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| AMERICAN RED CROSS<br>TARA SMALLS<br>TARA.SMALLS@REDCROSS.ORG | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BENEFIT FUND FOR HOSP & HEALTH<br>INFO@1199CFUNDS.ORG | CERNER CORP<br>IAN WILSON<br>IAN.WILSON@CERNER.COM |
| CHAMPION ENERGY<br>NICOLE HASSLER<br>NICOLE.CATES@CHAMPION.ENERGY | CITY OF PHILADELPHIA<br>ROB DUBOW<br>VOUCHERVERIFICATION@PHILA.GOV | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| CONCENTRA<br>CANDICE HENSON<br>CANDICE_HENSON@CONCENTRA.COM | CROTHALL HEALTHCARE INC<br>DENNIS CZAPLICKI<br>DENNIS.CZAPLICKI@CROTHALL.COM | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DEPUY SYNTHES SALES<br>PATTY PAGET<br>PPAGET@ITS.JNJ.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM |
| DILWORTH PAXSON LLP<br>LAWRENCE G. MCMICHAEL<br>LMCMICHAEL@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>PETER C. HUGHES<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY<br>ANTHONY ESPOSITO<br>AME79@DREXEL.EDU | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | ENSEMBLE RCM LLC<br>JOHN ERICKSON<br>JOHN.ERICKSON@ENSEMBLEHP.COM | ERNST & YOUNG LLP<br>AMY DORFMEISTER<br>AMY.DORFMEISTER@EY.COM |
| FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GENERAL ELECTRIC CO<br>ARUSHI CHANDRAN<br>ARUSHI.CHANDRAN@GE.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GLOBAL NEUROSCIENCES INSTITUTE<br>DONALD J DAMICO<br>DDAMICO@GNINEURO.ORG | GREATER DELAWARE VALLEY SOCIETY<br>STACY CRAMER<br>SCRAMER@DONORS1.ORG |
| GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | INO THERAPEUTICS LLC<br>BROOKE MITCH<br>BROOKE.MITCH@MNK.COM |

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MEDLINE INDUSTRIES INC<br>SHANE REED<br>SREED@MEDLINE.COM | MEDTRONIC USA INC<br>BRIAN CASTELEIN CBA<br>BRIAN.J.CASTELEIN@MEDTRONIC.COM |
| MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | NTT DATA SERVICES LLC<br>SUBBARAO PUSHADAPU<br>BILLING.INQUIRY@NTTDATA.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | OPTUMINSIGHT<br>NICK GULLAND<br>NICHOLAS.GULLAND@OPTUM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM |
| PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | QUALITY SYSTEMS INC<br>IRVINETAX@NEXTGEN.COM; IR@NEXTGEN.COM |
| RENAL TREATMENT CENTERS SE LP - DAVITA<br>CLENN FROST<br>ANGEL.BALTAZAR@DAVITA.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |

| | | |
|---|---|---|
| TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV |
| UNIVERSAL PROTECTION SVS LP<br>AL SANTOSUSSO<br>AL.SANTOSUSSO@AUS.COM | VEOLIA ENERGY PHILADELPHIA INC<br>TRICIA MARTS<br>PATRICIA.MARTS@VEOLIA.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | | |

Parties Served:  97

# **EXHIBIT B**

ADP INC
1 ADP BLVD
ROSELAND, NJ 07068

AQUIS COMMUNICATIONS INC
P.O. BOX 64010
BALTIMORE, MD 21264-4010

ARCH WIRELESS
HAHNEMANN
P.O. BOX 4062
WOBURN, MA 01888-4062

ARCH WIRELESS
P.O. BOX 4062
WOBURN, MA 01888-4062

ARCH WIRELESS/METROCALL
P.O. BOX 4062
WOBURN, MA 01888-4062

AT&T
208 S AKARD ST
DALLAS, TX 75202

AT&T
ATTN: EQUIPMENT ACCOUNTING
651 GATEWAY BLVD, STE 1500
SO SAN FRANCISCO, CA 94080

AT&T LANGUAGE LINE
SHELBY REG MED CTR
P.O. BOX 16012
MONTEREY, CA 93742-6012

AT&T MOBILITY
NATIONAL BUSINESS SERVICES
P.O. BOX 78405
PHOENIX, AZ 85062-8405

AT&T MOBILITY
P.O. BOX 538641
ATLANTA, GA 30353-8641

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

AT&T TELECONFERENCE SVCS
P.O. BOX 2840
OMAHA, NE 68103-2840

AT&T WIRELESS SERVICES
PARKVIEW
P.O. BOX 8220
AURORA, IL 60572-8220

ATLANTIC CITY ELECTRIC
5071 NJ-42
TURNERSVILLE, NJ 08012

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BLUE RIDGE COMMUNICATIONS
ST CHRISTOPHERS
P.O. BOX 316
PALMERTON, PA 18071-0316

BROADVIEW NETWORKS
P.O. BOX 9242
UNIONDALE, NY 11555-9242

CHAMPION ENERGY SERVICES LLC
4723 SOLUTIONS CENTER, #774723
CHICAGO, IL 60677-4007

CHAMPION ENERGY SERVICES, LLC
1500 RANKIN RD, STE 200
HOUSTON, TX 77073

CINGULAR INTERACTIVE
10 WOODBRIDGE CTR DR
WOODBRIDGE, NJ 07095

CINGULAR WIRELESS
1025 LENOX PARK BLVD NE
ATLANTA, GA 30319

CITY OF PHILADELPHIA
1401 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMCAST
1701 JFK BLVD
PHILADELPHIA, PA 19103

COMCAST CABLE
P.O. BOX 17120
WILMINGTON, DE 19886-7121

COMCAST CABLE/3002
P.O. BOX 3002
SOUTHEASTERN, PA 19398-3005

COMCAST CABLEVISION
P.O. BOX 3005
SOUTHEASTERN, PA 19398-3005

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

CONSTELLATION ENERGY GAS
100 CONSTELLATION WAY
BALTIMORE, MD 21202

CONSTELLATION NEW ENERGY INC
14217 COLLECTIONS DR
CHICAGO, IL 60693

CONSTELLATION NEWENERGY - GAS DIVISION, LLC
ATTN: CONTRACTS ADMINISTRATION
9400 BUNSEN PKWY, STE 100
LOUISVILLE, KY 40220

CONSTELLATION NEWENERGY GAS
DIVISION LLC
P.O. BOX 5473
CAROL STREAM, IL 60197-6473

| | | |
|---|---|---|
| CONVERGEONE SYSTEMS INTEGRATION, INC<br>ATTN: CONTRACT ADMINISTRATION<br>1820 PRESTON PARK BLVD, STE 2800<br>PLANO, TX 75093 | D&E COMMUNICATIONS<br>P.O. BOX 8468<br>LANCASTER, PA 17604 | DELTA DENTAL<br>1130 SANCTUARY PKWY, STE 600<br>ALPHARETTA, GA 30009 |
| DIRECTV INC<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA 90245 | DIRECTV LLC<br>P.O. BOX 5006<br>CAROL STREAM, IL 60197-5006 | DIRECTV, INC<br>P.O. BOX 25392<br>MIAMI, FL 33152-5392 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | ENERGY MANAGEMENT SYSTES INC<br>EMS<br>P.O. BOX 646<br>EXTON, PA 19341-0646 | ENGIE RESOURCES<br>P.O. BOX 9001025<br>LOUISVILLE, KY 40290-1025 |
| GDF SUEZ ENERGY RESOURCES NA<br>P.O. BOX 9001025<br>LOUISVILLE, KY 40290-1025 | INDEPENDENCE BLUE CROSS<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103 | INTERCALL<br>15272 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| INTERCALL INC<br>P.O. BOX 281866<br>ATLANTA, GA 30384-1866 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| LACLEDE GAS CO<br>DRAWER 2<br>ST LOUIS, MO 63171 | LANGUAGE LINE<br>P.O. BOX 202572<br>DALLAS, TX 75320-2572 | LANGUAGE LINE LLC<br>P.O. BOX 16012<br>MONTEREY, CA 93942-6012 |
| LANGUAGE LINE LLC<br>ST JOSEPH HOSP<br>P.O. BOX 16012<br>MONTEREY, CA 93942-6012 | LANGUAGE LINE LLC INC<br>P.O. BOX 16012<br>MONTEREY, CA 93942-6012 | LANGUAGE LINE SERVICES<br>1 LOWER RAGSDAKE DR, BLDG 2<br>MONTEREY, CA 93940 |
| LANGUAGE LINE SVCS/USE V#274754<br>P.O. BOX 101500<br>ATLANTA, GA 30392-1500 | MANHATTAN TELECOMMUNICATIONS CORPORATION<br>DBA METROPOLITAN TELECOMMUNICATIONS A/K/A M<br>55 WATER ST, 32ND FL<br>NEW YORK, NY 10041 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 |
| MCI<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 | MCI COMM SERVICE/CHLG<br>P.O. BOX 856059<br>LOUISVILLE, KY 40285-6059 | MCI COMMUNICATIONS SERVICES INC<br>P.O. BOX 660206<br>DALLAS, TX 75266-0206 |
| MCI TELECOMM<br>P.O. BOX 371322<br>PITTSBURGH, PA 15250-7322 | MCI TELECOMMUNICATIONS<br>P.O. BOX 371355<br>PITTSBURGH, PA 15250-7355 | MCI TELECOMMUNICATIONS<br>PRISM PLUS SERVICE<br>P.O. BOX 371392<br>PITTSBURGH, PA 15250-7392 |
| MCI WORLDCOM<br>HAHNEMANN<br>P.O. BOX 73677<br>CHICAGO, IL 60673-7677 | MCI WORLDCOM<br>P.O. BOX 371392<br>PITTSBURGH, PA 15250-7392 | MEGAPATH<br>DEPT 33408<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139-0001 |

| | | |
|---|---|---|
| METROCALL<br>6677 RICHMOND HWY<br>ALEXANDRIA, VA 22306 | METROPOLITAN TELECOMMUNICATIONS<br>P.O. BOX 9660<br>MANCHESTER, NH 03108-9660 | METTEL<br>METROPOLITIAN TELECOMMUNICATIONS<br>P.O. BOX 9660<br>MANCHESTER, NH 03108-9660 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NEXTEL<br>P.O. BOX 4181<br>CAROL STREAM, IL 60197-4191 |
| NEXTEL COMMUNICATIONS<br>2001 EDMUND HALLEY DR<br>RESTON, VA 20191 | NWP SERVICES CORPORATION<br>P.O. BOX 553178<br>DETROIT, MI 48255-3178 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN HACKMAN<br>844 KING ST, STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | PAETEC<br>ONE PAETEC PLAZA<br>600 WILLOBROOK OFFICE PARK<br>FAIRPORT, NY 14450 |
| PAETEC COMMUNICATIONS INC<br>HAHNEMANN<br>P.O. BOX 1283<br>BUFFALO, NY 14240-1283 | PAETEC SERVICES<br>GENERAL P.O. BOX<br>P.O. BOX 26253<br>NEW YORK, NY 10087-6253 | PECO ENERGY<br>2301 MARKET ST<br>PHILADEPHLIA, PA 19103 |
| PECO E-VALUATOR<br>P.O. BOX 15770<br>SACRAMENTO, CA 95852-5770 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 |
| PHILADELPHIA GAS WORKS<br>HAHNEMANN<br>P.O. BOX 11700<br>NEWARK, NJ 07101-4700 | PHILADELPHIA GAS WORKS<br>PARKVIEW<br>P.O. BOX 7789<br>PHILADELPHIA, PA 19101-7789 | PHILADELPHIA GAS WORKS<br>ST CHRISTOPHER<br>P.O. BOX 11700<br>NEWARK, NJ 07101-4700 |
| PPL ELECTRIC UTILITIES<br>2 NORTH 9TH ST<br>ALLENTOWN, PA 18101-1175 | PREMIUM ASSIGNMENT CORPORATION<br>3522 THOMASVILLE RD, STE 400<br>TALLAHASSEE, FL 32309 | SERVICE ELECTRIC CABLE TV INC<br>P.O. BOX 7800<br>WILKES BARRE, PA 18703-7800 |
| SKYTEL<br>ST CHRISTOPHERS<br>P.O. BOX 740577<br>ATLANTA, GA 30374-0577 | SOUTH JERSEY GAS<br>ST CHRISTOPHERS<br>P.O. BOX 6091<br>BELLMAWR, NJ 08099-6091 | SPOK<br>P.O. BOX 660324<br>DALLAS, TX 75266-0324 |
| SPRINT<br>6200 SPRINT PKWY<br>OVERLAND PARK, KS 66251 | SPRINT CONFERENCE LINE<br>P.O. BOX 101343<br>ATLANTA, GA 30392-1343 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| TELEHEALTH SERVICES<br>4191 FAYETTEVILLE RD<br>RALEIGH, NC 27603 | TRIGEN-PHILADELPHIA ENERGY CORPOR<br>P.O. BOX 681032<br>MILWAUKEE, WI 53268-1032 | UGI ENERGY SERVICES INC<br>DBA GASMARK<br>P.O. BOX 827032<br>PHILADELPHIA, PA 19182-7032 |

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | USA MOBILITY<br>3392 PROGRESS DR, STE D<br>BENSALEM, PA 19020 |
| USA MOBILITY<br>6677 RICHMOND HWY, 4TH FL<br>ALEXANDRIA, VA 22306 | VELOCITA WIRELESS<br>P.O. BOX 828930<br>PHILADELPHIA, PA 19182-8930 | VEOLIA ENERGY PHILADELPHIA INC<br>P.O. BOX 5018<br>NEW YORK, NY 10087-5018 |
| VEOLIA ENERGY PHILADELPHIA, INC<br>ATTN: PRESIDENT<br>2600 CHRISTIAN ST<br>PHILADELPHIA, PA 19146 | VERIZON<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 | VERIZON BUSINESS<br>P.O. BOX 15043<br>ALBANY, NY 12212-5043 |
| VERIZON BUSINESS<br>P.O. BOX 371322<br>PITTSBURGH, PA 15250-7322 | VERIZON BUSINESS<br>P.O. BOX 371392<br>PITTSBURGH, PA 15250-7392 | VERIZON BUSINESS<br>P.O. BOX 660794<br>DALLAS, TX 75266-0794 |
| VERIZON CABS<br>GRADUATE<br>P.O. BOX 37205<br>BALTIMORE, MD 21297-3205 | VERIZON CABS<br>HAHNEMANN<br>P.O. BOX 37205<br>BALTIMORE, MD 21297-3205 | VERIZON CABS<br>P.O. BOX 37205<br>BALTIMORE, MD 21297-3205 |
| VERIZON CABS<br>P.O. BOX 4832<br>TRENTON, NJ 08650-4832 | VERIZON CABS<br>ST CHRISTOPHER<br>P.O. BOX 4832<br>TRENTON, NJ 08650-4832 | VERIZON CABS<br>WARMINSTER<br>P.O. BOX 37205<br>BALTIMORE, MD 21297-3205 |
| VERIZON CALIFORNIA<br>DESERT<br>P.O. BOX 920041<br>DALLAS, TX 75392-0041 | VERIZON ONLINE<br>P.O. BOX 12045<br>TRENTON, NJ 08650-2045 | VERIZON SELECT SERVICES INC<br>HAHNEMANN<br>P.O. BOX 101956<br>ATLANTA, GA 30392 |
| VERIZON SELECT SERVICES INC<br>P.O. BOX 101956<br>ATLANTA, GA 30392 | VERIZON SOUTHWEST<br>P.O. BOX 920041<br>DALLAS, TX 75392-0041 | WASTE MANAGEMENT<br>SOUTHERN SANITATION<br>P.O. BOX 105453<br>ATLANTA, GA 30348-5453 |
| WASTE MANAGEMENT OF ATLANTA<br>P.O. BOX 9001054<br>LOUISVILLE, KY 40290-1054 | WASTE MANAGEMENT OF SANFORD<br>CENTRAL CAROLINA<br>P.O. BOX 830003<br>BALTIMORE, MD 21283-0003 | WATER REVENUE BUREAU<br>PAYMENT FROM HANAMANN<br>HAHNEMANN<br>1401 JFK BLVD<br>PHILADELPHIA, PA 19102-1663 |
| WATER REVENUE BUREAU<br>RE ST CHRISTOHER'S HOSPITAL<br>ST CHRISTOPHERS<br>1401 JFK BLVD<br>PHILADELPHIA, PA 19102-1663 | WELCO-CGI GAS TECHNOLOGIES<br>W2075<br>P.O. BOX 7777<br>PHILADELPHIA, PA 19175-2075 | WEST UNIFIED COMMUNICATIONS<br>SERVICES INC<br>15272 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| WEST UNIFIED COMMUNICATIONS SVCS<br>P.O. BOX 281866<br>ATLANTA, GA 30384-1866 | WORLDCOM<br>500 CLINTON CENTER DR<br>CLINTON, MS 39056 | WORLDCOM COMMUNICATIONS INC<br>P.O. BOX 70699<br>CHICAGO, IL 60673-0699 |

| | |
|---|---|
| WTMUA<br>AUTHORITY<br>ST CHRISTOPHERS<br>P.O. BOX 127<br>GRENLOCH, NJ 08032 | YIPES COMMUNICATIONS INC<br>ATTN: ACCOUNTS RECEIVEBLE<br>114 SANSOME ST 10TH FL<br>SAN FRANCISCO, CA 94104 |

Parties Served: 134