# SIGN-IN-SHEET

**CASE NAME:** Center City Healthcare, LLC d/b/a
**CASE NO.:** 19-11466 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 7/26/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fann Lowl | Pepper Hamilton | TUHS |
| Andrew Shearman / Sori Mastrostsky | Bells Cummis | Committee |
| Stuart Brown | DLA Piper | HSREP |
| Martin Weis | Dilworth | Amerihealth Academic Health |
| Lawrence McMichael | Dilworth | " |
| Jerrill K. Ibegin | Hogan McDaniel | Hayes Locum |
| Joey Bantz | Ballard Spahr | Drexel University |
| Vince Marriott | Ballard Spahr | Drexel University |
| Megan Hall | City of Phila | City of Phila |
| Gretchen Santamour | Shradley Ronon | MidCap Financial Trust |
| Paige Toppey | Morris Nichols | ACGME |
| Thomas Horan | Fox Rothschild | Committee |
| Richard Barkasy | Schnader Harrison Segal + Lewis LLP | PA Dept. of Health |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Tenet/Conifer |

# SIGN-IN-SHEET

**CASE NAME:** Center City Healthcare, LLC d/b/a
**CASE NO.:** 19-11466 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 7/26/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | Debtor |
| Marion Dischel | — | — |
| Benjamin Hackman | — | U.S. Trustee |
| Louis Curcio | Troutman Sanders | Capital One NA |
| Greg Taylor | Ashby + Geddes | Capital One NA |
| Joseph H. Huston | Stevens & Lee | Tower Health |

## Court Conference

| Calendar Date: | 07/26/2019 |
| --- | --- |
| Calendar Time: | 10:00 AM ET |

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin Gross
Courtroom

2nd Revision Jul 26 2019 5:12AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9944011 | Svetlana G. Attestatova | (302) 421-6839 ext. | American Academic | Debtor, Center City Healthcare, LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9945204 | Kaitlyn L. Beaudin | (949) 725-4000 ext. | Stradling, Yocca, Carlson & Rauth | Creditor, Premier / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9935506 | Matthew Brooks | (404) 885-2618 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9945543 | Doug Carlson | (302) 658-9200 ext. | ACGME | Interested Party, ACGME / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9946383 | Vikrama S. Chandrashekar | (303) 292-2900 ext. | Moye White LLP | Interested Party, Vikrama S. Chandrashekar / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9938309 | Kelly Ann Cody | (267) 325-2444 ext. | Kelly Ann Cody - In Pro Per/Pro Se | In Propria Persona, Kelly Ann Cody / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9944012 | Joel Freedman | (302) 421-6839 ext. | American Academic | Interested Party, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9905125 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Bienert | Katzman PC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9945814 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9945533 | Daniel Keenan | (202) 304-2541 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Philadelphia Academic Health System, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9935487 | Scott Koerner | (646) 231-9674 ext. | Capital One Bank | Interested Party, Capital One Bank(USA), N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9945234 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9941188 | Francis Lawall | (215) 981-4481 ext. | Pepper Hamilton LLP | Interested Party, Temple University Health System / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9944181 | Lisa Lenderman | (301) 841-6741 ext. | Midcap Financial Services | Lender(s), Midcap Financial Services / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9942538 | Lauren Macksoud | (212) 768-5347 ext. | Dentons US, LLP | Interested Party, Association of American Medical Colleges / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9946361 | Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9935514 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9942294 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9945091 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Tenent & Conifer / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9944014 | Phil Porter | (302) 421-6839 ext. | American Academic | Interested Party, Phil Porter / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9946634 | Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9944017 | Kyle Schmidt | (302) 421-6839 ext. | American Academic | Interested Party, Kyle Schmidt / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9939946 | Joshua Y. Sturm | (212) 841-8704 ext. | Ropes & Gray LLP | Interested Party, Ropes & Gray LLP / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9938184 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9935636 | Erin Whaley | (804) 697-1389 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |