# Exhibit A

# Assumed Contracts

## Exhibit 4[1]

**Key Auction and Sale-Related Dates (subject to the Court's availability):**

| Milestones | Proposed Dates |
|---|---|
| Bidding Procedures Hearing | July 26, 2019 at 10:00 a.m. (ET) |
| Deadline to Serve Assumption Notice | August 16, 2019 |
| Stalking Horse Bid Deadline | August 23, 2019 at 4:00 p.m. (ET) |
| Deadline to File Supplemental Motion or Stalking Horse Notice | August 27, 2019 |
| Deadline to Object to Assumption Notice (other than adequate assurance) | August 30, 2019 at 4:00 p.m. (ET) |
| Supplemental Cure Objection Deadline | 14 days after service of a Supplemental Assumption Notice |
| Deadline to Object to Supplemental Motion or Stalking Horse Notice | September 3, 2019 at 12:00 p.m. (ET) |
| Tentative Hearing on Approval of Stalking Horse and any Bid Protections | September 4, 2019 at 2:00 p.m. |
| Sale Objection Deadline (including objections to a sale to a Stalking Horse Purchaser) | September 13, 2019 at 4:00 p.m. (ET) |
| Bid Deadline | September 16, 2019 at 4:00 p.m. (ET) |
| Auction | September 18, 2019 at 10:00 a.m. (ET) |
| Deadline to File and Serve Notice of Successful Bidder and Amount of Successful Bid | No later than 1 day following the conclusion of the Auction. |
| Deadline to Object to Sale to Successful Bidder (other than Stalking Horse Purchaser) and Adequate Assurance of Successful Bidder (other than Stalking Horse Purchaser) | September 20, 2019 at 4:00 p.m. (ET) |

---

[1] This chart is provided for informational purposes only. In the event of any conflict between this chart and this Order, the terms of the Order shall control.

2

| Milestones | Proposed Dates |
|---|---|
| Sale Hearing | September 23, 2019 at 1:00 p.m. (ET) |
| Outside Closing Date | October 4, 2019 |