<u>**Exhibit A**</u>

**May 2, 2019 Termination Notice**

**[FILED SEPARATELY UNDER SEAL]**