## Exhibit B

TSA

**[FILED SEPARATELY UNDER SEAL]**