## Exhibit C

## MSA

**[FILED SEPARATELY UNDER SEAL]**