<u>**Exhibit D**</u>

**Dispute Notice from PAHS**

**[FILED SEPARATELY UNDER SEAL]**