**<u>Exhibit E</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | |
| et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |

ORDER GRANTING THE MOTION
OF TENET BUSINESS SERVICES CORPORATION
AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR
ENTRY OF AN ORDER (I) COMPELLING THE PAYMENT OF ALL UNPAID
POSTPETITION AMOUNTS OWING UNDER THE TSA AND MSA PURSUANT TO
11 U.S.C. § 503(B)(1) OR, IN THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE
AUTOMATIC STAY TO ALLOW FOR THE TERMINATION OF THE TSA AND MSA

Upon the motion (the "Motion")[2] of Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") seeking entry of an order either (a) compelling the Debtors to pay all unpaid postpetition amounts owing under the transition services agreement between Debtor Philadelphia Academic Health System ("PAHS") and Tenet (the "TSA") and the master services agreement between PAHS and Conifer (the "MSA") pursuant to 11 U.S.C. § 503(b)(1) or, alternatively, (b) lifting the automatic stay to allow for the termination of the TSA and MSA, to the extent such relief is necessary; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and any objections or responses to the Motion have been resolved or overruled; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 503(b)(1), the Debtors shall pay to Tenet, as an administrative expense of the estate, an amount determined by the Court on account of unpaid postpetition services provided to the Debtors and $350,000 per week on a go-forward basis.

3. Pursuant to 11 U.S.C. § 503(b)(1), the Debtors shall pay to Conifer, as an administrative expense of the estate, an amount determined by the Court on account of unpaid postpetition services provided to the Debtors and $460,000 per week on a go-forward basis.

4. The Debtors shall place into escrow any amounts relating to services that have been provided, but the associated fees are not yet due and owing under the TSA and MSA, with such amounts to be promptly paid to Tenet and Conifer as such amounts become due and owing.

5. This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

6. Tenet and Conifer may take any actions necessary to enforce the terms of this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Wilmington, Delaware
Dated: _____, 2019

                                                 THE HONORABLE KEVIN GROSS
                                                 UNITED STATES BANKRUPTCY JUDGE