# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |

**DECLARATION OF MICHAEL MALONEY IN
SUPPORT OF THE MOTION OF TENET BUSINESS SERVICES
CORPORATION AND CONIFER CYCLE SOLUTIONS, LLC FOR
ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID
POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(b)(1) OR, IN
THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC
STAY TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

I, Michael Maloney, declare as follows:

1. I am Senior Vice President of Corporate Development at Tenet Healthcare Corporation, an affiliate of Tenet. In this role I am responsible for identifying strategic opportunities and overseeing transaction execution for the company, including acquisitions, divestitures and joint ventures. Prior to joining Tenet, I was Managing Director and head of not-for-profit healthcare investment banking at J.P. Morgan, where I led a national team responsible for originating capital markets and strategic advisory business.

2. I submit this declaration (the "Declaration") in support of the *Motion of Tenet Business Services Corporation and Conifer Cycle Solutions, LLC for Entry of an Order (I)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (the "Motion"),[2] filed contemporaneously herewith. Unless otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge.

3. I am over the age of 18 years and authorized to submit this Declaration on behalf of Tenet.

### The TSA

4. To facilitate Tenet's sale of Hahnemann and St. Christopher's to the Debtors and certain of their non-Debtor affiliates, and to permit the Hospitals to continue to fulfill their public health and medical education missions, Tenet entered into entered into the TSA with PAHS.

5. Under the TSA, Tenet agreed to provide certain "Information Services" to PAHS for a two-year term, through January 2020.[3] These services, at a high level, involve the provision of software applications that allow the Hospitals to store medical records and financial data, calculate healthcare costs, track and detail patient expenses and accounts and provide patient billing information, and order and keep track of supplies through vendors for the Hospitals. In addition, Tenet also provides information support "help desk" services, telecommunications connectivity services related to the applications, and, upon request, provides the Hospitals with quality reports based on the data entered into the applications.

---

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

[3] Certain of the services provided by Tenet under the TSA are so-called "pass-through" services, which Tenet contracts with other vendors to provide for the Hospitals. Tenet then "passes through" the cost of those services to PAHS.

**PAHS's Continued Failure to Make Payments Due**

6. Although Tenet has continued to provide services to PAHS, I understand that PAHS is currently over $27 million in undisputed arrears.[4]

7. For months, Tenet and Conifer worked to establish a dialogue with PAHS to find a workable solution for all parties. A pattern emerged whereby PAHS would initially display interest to engage regarding a consensual resolution and later abandon settlement discussions with no explanation. I participated in some of these settlement discussions.

8. Due to PAHS's failure to pay its due and owing invoices, Tenet notified PAHS on multiple occasions of Tenet's rights to terminate services as a result of PAHS's material breach of the TSA.

9. On May 2, 2019—approximately one year since PAHS last paid an invoice under the MSA and over one month since PAHS shut down the settlement and transition negotiations with no explanation—Tenet and Conifer sent PAHS a letter (a) overviewing Tenet' and Conifer's efforts to support the Hospitals to date, (b) outlining PAHS' repeated failure to pay for services under the MSA and TSA, and (c) providing notice that the TSA and MSA were terminated, effective as of May 17, 2019, absent cure of all outstanding amounts due prior to such time.

10. Settlement negotiations briefly resumed following PAHS' receipt of the termination notice, and Tenet and Conifer agreed to extend the impending termination date several times to facilitate these discussions. Tenet and Conifer engaged in such discussions in the hope that Chapter 11 could be avoided and a consensual resolution reached, and due to Tenet and Conifer's desire for the hospitals to remain viable and to continue to be able to carry out their

---

[4] PAHS is currently over $28 million in total arrears under the TSA. PAHS sent a single "Dispute Notice," on November 20, 2018, which disputed $806,368.25 in fees.

critical public health mission. Ultimately, during these discussions the Debtors refused to provide basic financial and operational information to Tenet and Conifer's prior financial advisor, to engage on documentation for a proposed settlement that the Debtors purported to support, or to provide information about the Debtors' chapter 11 strategy.

11. Tenet and Conifer most recently agreed to continue to provide services to the Hospitals at the levels contemplated under the MSA and TSA on July 19, 2019, for one week, through July 26, 2019. On July 26, 2019, counsel to Tenet Healthcare and Conifer sent a letter to counsel for the Debtors to make clear that Tenet Healthcare and Conifer's ongoing provision of services while receiving only partial payment does not waive any rights, including the right to seek full payment for services rendered, to cease providing services if payment in full is not received, or to seek termination of the TSA and MSA (to the extent such agreements were not previously terminated).

12. Tenet has continued to provide services under the TSA postpetition, and PAHS has continued its failure to adequately compensate Tenet for those services. More specifically, the DIP budget only includes $200,000 per week for aggregate payments to Tenet and Conifer together. That is roughly 25 percent of the contract rate and is insufficient to cover costs (including payroll and benefits for personnel on-site at the Hospitals).

13. Tenet's performance under the TSA has given rise to unpaid postpetition amounts that, as of the date hereof, are approximately $1.4 million and is continuing to accrue each week in the amount of approximately $250,000, taking into account the $200,000 weekly payments made to Tenet and Conifer pursuant to the DIP budget.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: July 26, 2019

By: *Michael Maloney*
Michael Maloney
Senior Vice President of Corporate Development
Tenet Healthcare Corporation