# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (KG) |
|   | ) Jointly Administered |
|   | ) |
| Debtors. | ) |
|   | ) |

**DECLARATION OF DAVID DAWSON IN SUPPORT OF THE MOTION OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(b)(1) OR, IN THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

I, David Dawson, declare as follows:

1. I am the Chief Client Officer of Conifer Health Solutions, LLC, an affiliate of Conifer, and have held this position since August 2017. In this role, my team and I serve as the liaison between Conifer's operations team and our clients. Prior to joining Conifer in 2014, I served in a variety of healthcare senior leadership roles related to client management, service delivery, and operations for approximately six years at Health Management Systems, approximately 11 years at Perot Systems, and approximately 10 years at Electronic Data Systems.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2.      I submit this declaration (the "Declaration") in support of the *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (the "Motion"),[2] filed in connection herewith.  Unless otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge.

3.      I am over the age of 18 years and authorized to submit this Declaration on behalf of Conifer.

### The MSA

4.      Following Tenet's sale of Hahnemann and St. Christopher's to the Debtors and certain of their non-Debtor affiliates, and to permit the Hospitals to continue to fulfill their public health and medical education missions, Conifer entered into the MSA with PAHS.

5.      Under the MSA, Conifer agreed to provide services to PAHS for an initial three-year term, through January 2021.  The services include certain services provided on site to the Hospitals, and certain services provided remotely.  On site, Conifer provides patient access services, including patient check in and registration, patient check out and payment, patient scheduling for future appointments, and other non-medical patient-facing administrative services.  Conifer also provides on-site patient enrollment services.  These enrollment services involve counseling related to the costs patients will face for their treatment and patient eligibility for government insurance programs.

6.      Conifer also provides certain remote services, primarily from off-site Conifer facilities.  These services principally include accounts receivable management, wherein Conifer

---

[2]   Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

employees track and collect patient receivables using Conifer's proprietary software and, where necessary, refer "bad debts" to a third-party vendor for further collection activity.

### PAHS's Continued Failure to Make Payments Due

7. Although Conifer has continued to provide services to PAHS, I understand that PAHS has not made a single MSA payment in over a year (since the April 2018 invoice became payable). I also understand that PAHS currently owes more than $30 million in arrears under the MSA.[3] Certain of the unpaid MSA invoices include invoices relating to services from as far back as January 2018, the month the MSA was signed. Conifer has repeatedly notified PAHS of its material breach of the agreements.

8. For months, Tenet and Conifer worked to establish a dialogue with PAHS to find a workable solution for all parties. A pattern emerged whereby PAHS would initially display interest to engage regarding a consensual resolution and later abandon settlement discussions with no explanation. I participated in some of these settlement discussions.

9. Due to PAHS's failure to pay its due and owing invoices, Conifer notified PAHS on multiple occasions of Conifer's rights to terminate services as a result of PAHS's material breach of the MSA.

10. On May 2, 2019—approximately one year since PAHS last paid an invoice under the MSA and over one month since PAHS shut down the settlement and transition negotiations with no explanation—Tenet and Conifer sent PAHS a letter (a) overviewing Tenet's and Conifer's efforts to support the Hospitals to date, (b) outlining PAHS' repeated failure to pay for services

---

[3] PAHS has sent a single "dispute notice," in the form of a letter dated September 18, 2018. A number of the purportedly disputed invoices had actually been approved by PAHS's own Chief Revenue Cycle Director Sheldon Pink, which Conifer informed PAHS via a response letter dated October 12, 2018. Further, the dispute was not timely: each of the newly "disputed" invoices was already past due. All of Conifer's invoices since September 2018 are undisputed, totaling more than $19 million.

under the MSA and TSA, and (c) providing notice that the TSA and MSA were terminated, effective as of May 17, 2019, absent cure of all outstanding amounts due prior to such time.

11.     Settlement negotiations briefly resumed following PAHS' receipt of the termination notice, and Tenet and Conifer agreed to extend the impending termination date several times to facilitate these discussions. Tenet and Conifer engaged in such discussions in the hope that a bankruptcy could be avoided and a consensual resolution reached, and due to Tenet and Conifer's desire for the hospitals to remain viable and to continue to be able to carry out their critical public health mission. Ultimately, during these discussions the Debtors refused to provide basic financial and operational information to Tenet and Conifer's prior financial advisor, to engage on documentation for a proposed settlement that the Debtors purported to support, or to provide information about the Debtors' chapter 11 strategy.

12.     Tenet and Conifer most recently agreed to continue to provide services to the Hospitals at the levels contemplated under the MSA and TSA on July 19, 2019, for one week, through July 26, 2019. On July 26, 2019, counsel to Tenet and Conifer sent a letter to counsel for the Debtors to make clear that Tenet and Conifer's ongoing provision of services while receiving only partial payment does not waive any rights, including the right to seek full payment for services rendered, to cease providing services if payment in full is not received, or to seek termination of the TSA and MSA (to the extent such agreements were not previously terminated).

13.     Conifer has continued to provide services under the MSA postpetition, and PAHS has continued its failure to adequately compensate Conifer for those services. More specifically, the DIP budget only includes $200,000 per week for aggregate payments to Tenet and Conifer together. That is roughly 25 percent of the contract rate and is insufficient to cover costs (including payroll and benefits for personnel on-site at the Hospitals). As of the date hereof, Conifer's

performance under the MSA has given rise to unpaid postpetition amounts of approximately $1.8 million, and this amount continues to accrue each week in the amount of approximately $360,000, taking into account the payments being made pursuant to the DIP budget.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: July 26, 2019

By: _David Dawson_____

David Dawson
Chief Client Officer
Conifer Health Solutions, LLC