**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | CHAPTER 11 |
|---|---|
| CENTER CITY HEALTHCARE, LLC, *et al.*, | CASE NO. 19-11466-KG |
| Debtors | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** Paths, LLC (hereinafter the "Company") hereby enters its appearance in the above-captioned case by and through its counsel, Christina J. Pross, Esquire, of Mattleman, Weinroth & Miller, P.C., pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b). Counsel hereby requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2202, 3017 and 9007, that copies of all notices and pleadings given or filed in this case be given and served upon her as follows:

> Christina J. Pross, Esquire
> Mattleman Weinroth & Miller, P.C.
> 200 Continental Drive, Ste. 215
> Newark, DE 19713
> Telephone: (302) 731-9349
> Facsimile: (302) 731-8753
> Email: cpross@mwm-law.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, facsimile or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it

waive the Company's (1) right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) right to try by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) right to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which the Company may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Company expressly reserves.

Dated: July 29, 2019

**MATTLEMAN, WEINROTH & MILLER, P.C.**

*/s/Christina J. Pross*
Christina J. Pross, Esq. (DE BAR # 5376)
200 Contintental Drive, Ste. 215
Newark, DE 19713
Telephone: (302) 731-8349
Facsimile: (302) 731-8753
Email: cpross@mwm-law.com