# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF CHANGE OF HEARING TIME

PLEASE TAKE NOTICE that the Court has changed the time for the hearing originally scheduled for August 9, 2019 at 11:00 a.m.

The hearing in this case will now be held on **August 9, 2019 at 9:30 a.m.** before the Honorable Kevin Gross, United States Bankruptcy Judge. The location of the Hearing remains the same: 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: July 29, 2019            **SAUL EWING ARNSTEIN & LEHR LLP**

                 By:     */s/ Monique B. DiSabatino*
                         Mark Minuti (DE Bar No. 2659)
                         Monique B. DiSabatino (DE Bar No. 6027)
                         1201 N. Market Street, Suite 2300
                         P.O. Box 1266
                         Wilmington, DE  19899
                         Telephone: (302) 421-6800
                         Fax: (302) 421-5873
                         mark.minuti@saul.com
                         monique.disabatino@saul.com

                                   -and-

                         Jeffrey C. Hampton
                         Adam H. Isenberg
                         Aaron S. Applebaum (DE Bar No. 5587)
                         Centre Square West
                         1500 Market Street, 38th Floor
                         Philadelphia, PA 19102
                         Telephone: (215) 972-7777
                         Fax: (215) 972-7725
                         jeffrey.hampton@saul.com
                         adam.isenberg@saul.com
                         aaron.applebaum@saul.com

                         *Proposed Counsel for Debtors and*
                         *Debtors in Possession*