IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Case 19-11466-KG |
| HAHNEMANN UNIVERSITY HOSPITAL et al. | : | |
| Debtors | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John A. Torrente, Esquire, to represent Shades of Green, Inc., in this action.

Dated:  July 30, 2019

/s/ John A. Torrente
John A. Torrente, Esquire
Begley, Carlin & Mandio, LLP
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA  19047
(215) 750-0110
jtorrente@begleycarlin.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, revised August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ John A. Torrente
John A. Torrente, Esquire
Begley, Carlin & Mandio, LLP
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA  19047
(215) 750-0110
jtorrente@begleycarlin.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is GRANTED.