## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 25, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding (A) Revised Proposed Final Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief, and (B) No Objection to Same [Docket No. 283]**

Dated: July 26, 2019

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 26th day of July, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                                    Served 7/25/2019

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
LAWRENCE G. MCMICHAEL
LMCMICHAEL@DILWORTHLAW.COM

DILWORTH PAXSON LLP
PETER C. HUGHES
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELEROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                    Served 7/25/2019

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  74

# **<u>EXHIBIT B</u>**

Center City Healthcare, LLC, et al. - U.S. Mail                                    Served 7/25/2019

ACE AMERICAN INSURANCE COMPANY
436 WALNUT ST
PHILADELPHIA, PA 19106

ACE PROPERTY & CASUALTY INSURANCE CO
436 WALNUT ST
PHILADELPHIA, PA 19106

ADMIRAL INSURANCE COMPANY
1000 HOWARD BLVD, STE 300
MOUNT LAUREL, NJ 08054

ADP INC
1 ADP BLVD
ROSELAND NJ 7068

ADP INC
1 ADP BLVD
ROSELAND, NJ 07068

AFFILIATED FM INSURANCE CO.
270 CENTRAL AVE
P.O. BOX 7500
JOHNSTON, RI 02919-4949

AQUIS COMMUNICATIONS INC
P.O. BOX 64010
BALTIMORE, MD 21264-4010

ARCH WIRELESS
HAHNEMANN
P.O. BOX 4062
WOBURN, MA 01888-4062

ARCH WIRELESS
P.O. BOX 4062
WOBURN, MA 01888-4062

ARCH WIRELESS/METROCALL
P.O. BOX 4062
WOBURN, MA 01888-4062

AT&T
208 S AKARD ST
DALLAS, TX 75202

AT&T
ATTN: EQUIPMENT ACCOUNTING
651 GATEWAY BLVD, STE 1500
SO SAN FRANCISCO, CA 94080

AT&T LANGUAGE LINE
SHELBY REG MED CTR
P.O. BOX 16012
MONTEREY, CA 93742-6012

AT&T MOBILITY
NATIONAL BUSINESS SERVICES
P.O. BOX 78405
PHOENIX, AZ 85062-8405

AT&T MOBILITY
P.O. BOX 538641
ATLANTA, GA 30353-8641

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

AT&T TELECONFERENCE SVCS
P.O. BOX 2840
OMAHA, NE 68103-2840

AT&T WIRELESS SERVICES
PARKVIEW
P.O. BOX 8220
AURORA, IL 60572-8220

ATLANTIC CITY ELECTRIC
5071 NJ-42
TURNERSVILLE, NJ 08012

AXIS INSURANCE COMPANY
11680 GREAT OAKS WAY, STE 500
ALPHARETTA, GA 30022

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BEAZLEY INSURANCE COMPANY, INC.
30 BATTERSON PARK RD
FARMINGTON, CT 06032

BLUE RIDGE COMMUNICATIONS
ST CHRISTOPHERS
P.O. BOX 316
PALMERTON, PA 18071-0316

BROADVIEW NETWORKS
P.O. BOX 9242
UNIONDALE, NY 11555-9242

CENTER CITY DISTRICT OF PA
LB 3750
P.O. BOX 95000
PHILADELPHIA PA 19195-0001

CHAMPION ENERGY SERVICES LLC
4723 SOLUTIONS CENTER, #774723
CHICAGO, IL 60677-4007

CHAMPION ENERGY SERVICES, LLC
1500 RANKIN RD, STE 200
HOUSTON, TX 77073

CHUBB - FEDERAL INSURANCE COMPANY
15 MOUNTAINVIEW RD
WARREN, NJ 07059-6711

CINGULAR INTERACTIVE
10 WOODBRIDGE CTR DR
WOODBRIDGE, NJ 07095

CINGULAR WIRELESS
1025 LENOX PARK BLVD NE
ATLANTA, GA 30319

CITY OF PHILADELPHIA
1401 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19102

CITY OF PHILADELPHIA
1401 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19102

Center City Healthcare, LLC, et al. - U.S. Mail                                                                                    Served 7/25/2019

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CITY OF PHILADELPHIA/124
PHILADELPHIA REVENUE DEPT
P.O. BOX 124
PHILADELPHIA PA 19105-0124

COMCAST
1701 JFK BLVD
PHILADELPHIA, PA 19103

COMCAST CABLE
P.O. BOX 17120
WILMINGTON, DE 19886-7121

COMCAST CABLE/3002
P.O. BOX 3002
SOUTHEASTERN, PA 19398-3005

COMCAST CABLEVISION
P.O. BOX 3005
SOUTHEASTERN, PA 19398-3005

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

CONSTELLATION ENERGY GAS
100 CONSTELLATION WAY
BALTIMORE, MD 21202

CONSTELLATION NEW ENERGY INC
14217 COLLECTIONS DR
CHICAGO, IL 60693

CONSTELLATION NEWENERGY - GAS DIVISION, LLC
ATTN: CONTRACTS ADMINISTRATION
9400 BUNSEN PKWY, STE 100
LOUISVILLE, KY 40220

CONSTELLATION NEWENERGY GAS
DIVISION LLC
P.O. BOX 5473
CAROL STREAM, IL 60197-6473

CONVERGEONE SYSTEMS INTEGRATION, INC
ATTN: CONTRACT ADMINISTRATION
1820 PRESTON PARK BLVD, STE 2800
PLANO, TX 75093

D&E COMMUNICATIONS
P.O. BOX 8468
LANCASTER, PA 17604

DELTA DENTAL
1130 SANCTUARY PKWY, STE 600
ALPHARETTA GA 30009

DELTA DENTAL
1130 SANCTUARY PKWY, STE 600
ALPHARETTA, GA 30009

DIRECTV INC
2230 E IMPERIAL HWY
EL SEGUNDO, CA 90245

DIRECTV LLC
P.O. BOX 5006
CAROL STREAM, IL 60197-5006

DIRECTV, INC
P.O. BOX 25392
MIAMI, FL 33152-5392

DOCTORS COMPANY AN INTERINSURANCE EXCH
185 GREENWOOD RD
NAPA, CA 94558-0900

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

ENERGY MANAGEMENT SYSTES INC
EMS
P.O. BOX 646
EXTON, PA 19341-0646

ENGIE RESOURCES
P.O. BOX 9001025
LOUISVILLE, KY 40290-1025

GDF SUEZ ENERGY RESOURCES NA
P.O. BOX 9001025
LOUISVILLE, KY 40290-1025

ILLINOIS UNION INSURANCE CO
435 WALNUT ST
PHILADELPHIA, PA 19106-3703

ILLINOIS UNION INSURANCE CO
525 W MONROE ST, STE 400
CHICAGO, IL 60661

INDEPENDENCE BLUE CROSS
1901 MARKET ST
PHILADELPHIA PA 19103

INDEPENDENCE BLUE CROSS
1901 MARKET ST
PHILADELPHIA, PA 19103

INTERCALL
15272 COLLECTIONS CENTER DR
CHICAGO, IL 60693

INTERCALL INC
P.O. BOX 281866
ATLANTA, GA 30384-1866

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

IRONSHORE SPECIALTY INSURANCE
75 FEDERAL ST
BOSTON, MA 02110

LACLEDE GAS CO
DRAWER 2
ST LOUIS, MO 63171

Center City Healthcare, LLC, et al. - U.S. Mail

LANGUAGE LINE
P.O. BOX 202572
DALLAS, TX 75320-2572

LANGUAGE LINE LLC
P.O. BOX 16012
MONTEREY, CA 93942-6012

LANGUAGE LINE LLC
ST JOSEPH HOSP
P.O. BOX 16012
MONTEREY, CA 93942-6012

LANGUAGE LINE LLC INC
P.O. BOX 16012
MONTEREY, CA 93942-6012

LANGUAGE LINE SERVICES
1 LOWER RAGSDALE DR, BLDG 2
MONTEREY, CA 93940

LANGUAGE LINE SVCS/USE V#274754
P.O. BOX 101500
ATLANTA, GA 30392-1500

LLOYDS OF LONDON
ONE LIME ST
LONDON, EC3M 7HA
UNITED KINGDOM

LLOYDS SYND 2623 BEAZLEY FURLONGE LIMITED
TWO LIBERTY PLACE
50 S. 16TH STREET, SUITE 2700
PHILADELPHIA PA 19102

LOCKTON
444 W 47TH ST, STE 900
KANSAS CITY, MO 64112

LOCKTON INSURANCE BROKERS
725 S FIGUEROA, 35TH FL
LOS ANGELES, CA 90017

MANHATTAN TELECOMMUNICATIONS CORPORATION
DBA METROPOLITAN TELECOMMUNICATIONS A/K/A M
55 WATER ST, 32ND FL
NEW YORK, NY 10041

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MCI
22001 LOUDOUN COUNTY PKWY
ASHBURN, VA 20147

MCI COMM SERVICE/CHLG
P.O. BOX 856059
LOUISVILLE, KY 40285-6059

MCI COMMUNICATIONS SERVICES INC
P.O. BOX 660206
DALLAS, TX 75266-0206

MCI TELECOMM
P.O. BOX 371322
PITTSBURGH, PA 15250-7322

MCI TELECOMMUNICATIONS
P.O. BOX 371355
PITTSBURGH, PA 15250-7355

MCI TELECOMMUNICATIONS
PRISM PLUS SERVICE
P.O. BOX 371392
PITTSBURGH, PA 15250-7392

MCI WORLDCOM
HAHNEMANN
P.O. BOX 73677
CHICAGO, IL 60673-7677

MCI WORLDCOM
P.O. BOX 371392
PITTSBURGH, PA 15250-7392

MEGAPATH
DEPT 33408
P.O. BOX 39000
SAN FRANCISCO, CA 94139-0001

METROCALL
6677 RICHMOND HWY
ALEXANDRIA, VA 22306

METROPOLITAN TELECOMMUNICATIONS
P.O. BOX 9660
MANCHESTER, NH 03108-9660

METTEL
METROPOLITIAN TELECOMMUNICATIONS
P.O. BOX 9660
MANCHESTER, NH 03108-9660

NATIONAL FIRE & MARINE INSURANCE CO
3024 HARNEY ST
OMAHA, NE 68131

NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA
175 WATER ST, 18TH FL
NEW YORK NY 10038

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE AND ENFORCEMENT - BANKRUPTCY UNI
50 BARRACK STREET, 9TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695-0267

NEXTEL
P.O. BOX 4181
CAROL STREAM, IL 60197-4191

NEXTEL COMMUNICATIONS
2001 EDMUND HALLEY DR
RESTON, VA 20191

NWP SERVICES CORPORATION
P.O. BOX 553178
DETROIT, MI 48255-3178

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

Center City Healthcare, LLC, et al. - U.S. Mail                                              Served 7/25/2019

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN HACKMAN
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

PA ACADEMIC RISK RETENTION GROUP, LLC
159 BANK ST
BURLINGTON, VT 05401

PAETEC
ONE PAETEC PLAZA
600 WILLOBROOK OFFICE PARK
FAIRPORT, NY 14450

PAETEC COMMUNICATIONS INC
HAHNEMANN
P.O. BOX 1283
BUFFALO, NY 14240-1283

PAETEC SERVICES
GENERAL P.O. BOX
P.O. BOX 26253
NEW YORK, NY 10087-6253

PECO ENERGY
2301 MARKET ST
PHILADEPHLIA, PA 19103

PECO E-VALUATOR
P.O. BOX 15770
SACRAMENTO, CA 95852-5770

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORPORATE TAXES
P.O. BOX 280404
HARRISBURG PA 17128-0404

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF CORPORATION TAXES
P.O. BOX 280420
HARRISBURG PA 17128-0420

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
ATTN: BANKRUPTCY DIVISION
HARRISBURG, PA 17128-0946

PHILADELPHIA GAS WORKS
HAHNEMANN
P.O. BOX 11700
NEWARK, NJ 07101-4700

PHILADELPHIA GAS WORKS
PARKVIEW
P.O. BOX 7789
PHILADELPHIA, PA 19101-7789

PHILADELPHIA GAS WORKS
ST CHRISTOPHER
P.O. BOX 11700
NEWARK, NJ 07101-4700

PPL ELECTRIC UTILITIES
2 NORTH 9TH ST
ALLENTOWN, PA 18101-1175

PREMIUM ASSIGNMENT CORPORATION
3522 THOMASVILLE RD, STE 400
TALLAHASSEE, FL 32309

PREMIUM ASSIGNMENT CORPORATION
3522 THOMASVILLE RD, STE 400
TALLAHASSEE, FL 32309

PREMIUM ASSIGNMENT CORPORATION II
151 KALMUS DR, STE C220
COSTA MESA, CA 92626

PREMIUM ASSIGNMENT CORPORATION II
151 KALMUS DR, STE C220
COSTA MESA, CA 92626

SERVICE ELECTRIC CABLE TV INC
P.O. BOX 7800
WILKES BARRE, PA 18703-7800

SKYTEL
ST CHRISTOPHERS
P.O. BOX 740577
ATLANTA, GA 30374-0577

SOUTH JERSEY GAS
ST CHRISTOPHERS
P.O. BOX 6091
BELLMAWR, NJ 08099-6091

SPOK
P.O. BOX 660324
DALLAS, TX 75266-0324

SPRINT
6200 SPRINT PKWY
OVERLAND PARK, KS 66251

SPRINT CONFERENCE LINE
P.O. BOX 101343
ATLANTA, GA 30392-1343

STARR INDEMNITY & LIABILITY CO
399 PARK AVE, 8TH FL
NEW YORK, NY 10022

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

TELEHEALTH SERVICES
4191 FAYETTEVILLE RD
RALEIGH, NC 27603

TOKIO MARINE SPECIALTY INS CO
ONE BALA PLAZA, STE 100
BALA CYNWYD, PA 19004-0950

TRAVELERS CASUALTY & SURETY CO OF AMERICA
ONE TOWER SQ
HARTFORD, CT 06183

TRIGEN-PHILADELPHIA ENERGY CORPOR
P.O. BOX 681032
MILWAUKEE, WI 53268-1032

Center City Healthcare, LLC, et al. - U.S. Mail                                                                           Served 7/25/2019

UGI ENERGY SERVICES INC
DBA GASMARK
P.O. BOX 827032
PHILADELPHIA, PA 19182-7032

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC 20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

USA MOBILITY
3392 PROGRESS DR, STE D
BENSALEM, PA 19020

USA MOBILITY
6677 RICHMOND HWY, 4TH FL
ALEXANDRIA, VA 22306

VELOCITA WIRELESS
P.O. BOX 828930
PHILADELPHIA, PA 19182-8930

VEOLIA ENERGY PHILADELPHIA INC
P.O. BOX 5018
NEW YORK, NY 10087-5018

VEOLIA ENERGY PHILADELPHIA, INC
ATTN: PRESIDENT
2600 CHRISTIAN ST
PHILADELPHIA, PA 19146

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10013

VERIZON BUSINESS
P.O. BOX 15043
ALBANY, NY 12212-5043

VERIZON BUSINESS
P.O. BOX 371322
PITTSBURGH, PA 15250-7322

VERIZON BUSINESS
P.O. BOX 371392
PITTSBURGH, PA 15250-7392

VERIZON BUSINESS
P.O. BOX 660794
DALLAS, TX 75266-0794

VERIZON CABS
GRADUATE
P.O. BOX 37205
BALTIMORE, MD 21297-3205

VERIZON CABS
HAHNEMANN
P.O. BOX 37205
BALTIMORE, MD 21297-3205

VERIZON CABS
P.O. BOX 37205
BALTIMORE, MD 21297-3205

VERIZON CABS
P.O. BOX 4832
TRENTON, NJ 08650-4832

VERIZON CABS
ST CHRISTOPHER
P.O. BOX 4832
TRENTON, NJ 08650-4832

VERIZON CABS
WARMINSTER
P.O. BOX 37205
BALTIMORE, MD 21297-3205

VERIZON CALIFORNIA
DESERT
P.O. BOX 920041
DALLAS, TX 75392-0041

VERIZON ONLINE
P.O. BOX 12045
TRENTON, NJ 08650-2045

VERIZON SELECT SERVICES INC
HAHNEMANN
P.O. BOX 101956
ATLANTA, GA 30392

VERIZON SELECT SERVICES INC
P.O. BOX 101956
ATLANTA, GA 30392

VERIZON SOUTHWEST
P.O. BOX 920041
DALLAS, TX 75392-0041

VISION SERVICE PLAN
P.O. BOX 45210
SAN FRANCISCO CA 94145

WASTE MANAGEMENT
SOUTHERN SANITATION
P.O. BOX 105453
ATLANTA, GA 30348-5453

WASTE MANAGEMENT OF ATLANTA
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WASTE MANAGEMENT OF SANFORD
CENTRAL CAROLINA
P.O. BOX 830003
BALTIMORE, MD 21283-0003

WATER REVENUE BUREAU
PAYMENT FROM HANAMANN
HAHNEMANN
1401 JFK BLVD
PHILADELPHIA, PA 19102-1663

WATER REVENUE BUREAU
RE ST CHRISTOHER'S HOSPITAL
ST CHRISTOPHERS
1401 JFK BLVD
PHILADELPHIA, PA 19102-1663

WELCO-CGI GAS TECHNOLOGIES
W2075
P.O. BOX 7777
PHILADELPHIA, PA 19175-2075

WEST UNIFIED COMMUNICATIONS
SERVICES INC
15272 COLLECTIONS CENTER DR
CHICAGO, IL 60693

WEST UNIFIED COMMUNICATIONS SVCS
P.O. BOX 281866
ATLANTA, GA 30384-1866

**Center City Healthcare, LLC, et al. - U.S. Mail**

WORLDCOM
500 CLINTON CENTER DR
CLINTON, MS 39056

WORLDCOM COMMUNICATIONS INC
P.O. BOX 70699
CHICAGO, IL 60673-0699

WTMUA
AUTHORITY
ST CHRISTOPHERS
P.O. BOX 127
GRENLOCH, NJ 08032

YIPES COMMUNICATIONS INC
ATTN: ACCOUNTS RECEIVEBLE
114 SANSOME ST 10TH FL
SAN FRANCISCO, CA 94104

Parties Served: 169