**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE OF PUBLICATION**

PLEASE TAKE NOTICE that the undersigned certifies that the following document

**Notice of Sale, Bidding Procedures, Auction, Sale Hearing and Other Deadlines Related Thereto**

was published in the following publications on the date provided.

| Publication | Date | Exhibit |
|---|---|---|
| The Philadelphia Inquirer | July 25, 2019 | A |
| USA Today | July 25, 2019 | B |

/s/ Darleen Sahagun____
Darleen Sahagun
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300
*Claims, Noticing, and Administrative Agent for the Debtor*

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

**Proof of Publication in The Philadelphia Inquirer**
**Under Act. No 160, P.L. 877, July 9, 1976**

*STATE OF PENNSYLVANIA*
*COUNTY OF PHILADELPHIA*

Helene Sweeney being duly sworn, deposes and says that **The Philadelphia Inquirer** is a daily newspaper published at 8th and Market Street, Philadelphia, Pennsylvania, which was established in the year 1829, since which date said daily newspaper has been regularly published and distributed in said County, and that a copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions and issues of said daily newspaper on the following dates:

July 25, 2019

Affiant further deposes and says that she is an employee of the publisher of said newspaper and has been authorized to verify the foregoing statement and that she is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Helene Sweeney

Sworn to and subscribed before me this 25th day of July, 2019.

Cindy Jakubowski
*Notary Public*

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CINDY JAKUBOWSKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 30, 2020

**Copy of Notice of Publication**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] Debtors. | Chapter 11 | Case No. 19-11466 (KG) | Jointly Administered

**NOTICE REGARDING PROPOSED SALE OF RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL INTERESTS, INCLUDING PERSONAL INJURY CLAIMS**

**TO: ALL PERSONS WITH CLAIMS AGAINST THE DEBTORS IN THE ABOVE CAPTIONED CASES, INCLUDING CLAIMS AGAINST HAHNEMANN UNIVERSITY HOSPITAL:**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), including Center City Healthcare, LLC, the entity that operates Hahnemann University Hospital ("**Hahnemann**"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 30, 2019 or July 1, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered into an agreement (the "**Agreement**") with Reading Hospital (the "**Purchaser**") to sell certain assets related to Hahnemann's residency and fellowship training programs (the "**Sale**"). Specifically, the Debtors intend to sell to the Purchaser (a) National Provider Identifiers (general and psych) and Medicare provider number and agreement, (b) the Pennsylvania Department of Health license to operate an acute care hospital, and (c) to the extent assignable or transferable, the Hahnemann training programs for residents and fellows.

**PLEASE TAKE FURTHER NOTICE** that the Sale, if approved, will be free and clear of all interests, including claims of successor liability.

**PLEASE TAKE FURTHER NOTICE THAT, IF THE SALE IS APPROVED, THE PURCHASER WILL NOT BE LIABLE ON ACCOUNT OF ANY CLAIMS AGAINST ANY OF THE DEBTORS (OTHER THAN CLAIMS AFFIRMATIVELY ASSUMED BY THE PURCHASER), INCLUDING CLAIMS OF PATIENTS TREATED AT HAHNEMANN, INCLUDING CLAIMS OF WHICH THE HOLDER MAY NOT BE PRESENTLY AWARE.**

**KEY DATES AND DEADLINES.** The proposed Sale is subject to the approval of the Court and subject to better offers from other qualified bidders. On July 9, 2019, the Debtors filed a motion (the "**Sale Motion**") seeking the Court's approval of the Sale and certain procedures ("**Bidding Procedures**") related to the Sale. On July 19, 2019, the Court entered an order (the "**Bidding Procedures Order**"), which sets forth certain key dates and deadlines in connection with the proposed Sale. In particular, the Bidding Procedures establish **August 5, 2019** as the deadline for parties to file objections to the Sale (the "**Sale Objection Deadline**") and as the deadline for third parties to submit competing bids. A final hearing to seek Court approval of the Sale (either to Tower or another party submitting the best bid) is currently scheduled for **August 9, 2019 at 11:00 a.m. (ET)** (the "**Sale Hearing**").

**Obtaining Additional Information.** Copies of all documents filed with the Court with respect to the Debtors' bankruptcy cases are available free of charge on the website of the Court-appointed claims and noticing agent for the Debtors' chapter 11 cases, Omni Management Group, https://omnimgt.com/sblite/centercityhealthcare/. You may also contact the Debtors' attorneys, whose contact information is below, for more information. In addition, Residents should contact their Program Director with questions specific to their situation.

**Filing Objections.** Objections to the Sale (a "**Sale Objection**"), if any, must (a) be in writing, (b) state the basis of such objection with specificity and (c) be filed with the Court and served upon, so as to be **actually received on or prior to the Sale Objection Deadline**: (a) the Debtors Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, 230 North Broad Street, Philadelphia, Pennsylvania, Attn: Allen Wilen, Chief Restructuring Officer; and (b) proposed counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, (i) 1201 North Market Street, Suite 2300, Wilmington, DE 19899, Attn: Mark Minuti and (ii) Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA, Attn: Jeffrey C. Hampton; (c) Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, Attn: Robert Lapowsky (rl@stevenslee.com), counsel to Tower; and (d) Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, Attn: Andrew Sherman (Asherman@sillscummis.com) and Boris Mankovetskiy (BMankovetskiy@sillscummis.com), proposed counsel to the Committee.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION. ANY PARTY OR ENTITY WHO FAILS TO TIMELY ASSERT AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING. ANY CREDITOR THAT FAILS TO TIMELY FILE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE DEEMED TO HAVE CONSENTED UNDER SECTION 363(f)(2) OF THE BANKRUPTCY CODE TO SUCH SALE FREE AND CLEAR OF SUCH CREDITOR'S LIEN OR INTERESTS, IF ANY.**

Dated: July 19, 2019, **SAUL EWING ARNSTEIN & LEHR LLP**, By: */s/ Mark Minuti* Mark Minuti (DE Bar No. 2659), Monique B. DiSabatino (DE Bar No. 6027), 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899, Telephone: (302) 421-6800, Fax: (302) 421-5873, mark.minuti@saul.com, monique.disabatino@saul.com -and- Jeffrey C. Hampton, Adam H. Isenberg, Aaron S. Applebaum (DE Bar No. 5587), 1500 Market Street, 38th Floor, Philadelphia, PA 19102, Telephone: (215) 972-7700, Fax: (215) 972-7725, jeffrey.hampton@saul.com, adam.isenberg@saul.com, aaron.applebaum@saul.com, *Proposed Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# MARKETPLACE

thousands of items here and online at INQUIRER.COM

TO PLACE AN AD, CALL 1.800.341.3413 OR GO ONLINE AT INQUIRER.COM/PLACEANAD

## automotive

CADILLAC 2011 DTS, 145K, like new in & out, just inspected. Price negotiable. May trade. Private. Call 267-975-4483

## autos other

AUTOS, TRUCKS WANTED

WE BUY CARS & TRUCKS IN ANY CONDITION! $100-$5000 Cash 267-229-1970

WE BUY JUNK CARS PAID IN CASH, FREE TOWING. CALL: 215-730-0900 OR 609-367-4437

## low cost cars & trucks

Hyundai '05 XG350 Sonata, $1650 4dr, loaded, clean, 215-518-8808.

## merchandise market

FOR SALE

Diabetic Test Strips Needed. Pay up to $50/box. Most brands. 610.453.2525

TICKETS/AMUSEMENTS

WANTED: EAGLES***& PHILLIES *** SEASON TICKETS *** Top $$ paid Call 800-786-8425

WANTED TO BUY

Coins, Comics, Trains, Magazines, Toys, Military, Model Kits, Books, 610.639.0563

WANTED FREON. We Pay CA$H. R12 R500 R11. Cert. Professionals www.refrigerantfinders.com/ad 312-291-9169

## service directory

NOTICE
For more information and assistance regarding the investigation of Money To Loan Advertising, Philadelphia Newspapers, LLC urges its readers to contact: THE BETTER BUSINESS BUREAU OF EASTERN PA 1930 Chestnut St., P.O. Box 2297, Phila., PA 19103. 215-448-6100

HOME & BUSINESS SERVICES

PERSONAL CHEF - Looking for someone to cook and deliver dinner 5 days a week and possibly some lunches for a bucks country residence. Need to have experience in cooking lighter meals and vegetarian. $400Sah1234567@aol.com

## adult lines

CHAT LINE

Where singles meet to chat & have fun! Browse & Reply for Free 18+! Gay: 215.474.0019 Str: 215.474.0200

## everything pets

## pets/livestock

Please be aware Possession of exotic/wild animals may be restricted in some areas.

DOGS

F1B Golden Doodle, neutered, shots, trained, health guar. 610-322-0576

Goldn Retriever / Eng Creme Pups, AKC, fam raised, hlth cert $1200. 717.598.6663

Great Dane Pups, fawn with black masks, AKC, vet checked, 1st shots, 9 weeks, 5M, 1F, ready to go. $1200. 215-284-3040

White German Shepherd Pups AKC home raised $1000. 267-322-0584

## garage sales

GARAGE SALES/FLEA MARKETS

Moving Sale, Everything Must Go! Furniture, art, knick knacks, etc. Call Debbie at 215-350-1526 to schedule an appointment. If needed leave a message.

## jobs

DRIVERS

NEWSPAPER DELIVERY

Early morning hours
Must have reliable insured vehicle & driver's license

Delivery routes available in the following areas:

BURLINGTON COUNTY
Burlington, Columbus
Florence, Moorestown
Marlton, Medford

CAMDEN COUNTY
Berlin, Clementon
Sicklerville, Cherry Hill
Audubon, Laurel Springs

GLOUCESTER COUNTY
Washington Township

SALEM COUNTY
Woodstown

For more information, call (609) 665-2556 or email: job.sgmgmt@gmail.com

SG Management NJ, Inc.

## homes for rent

GERMANTOWN RENT

60xx Magnolia 4BR/1BA $985 + Utils Newly Remod, Hdwd Flrs 215-280-9200

NORTHEAST PHILADELPHIA RENT

907 Carver St. 3BR Rowhome, part fin bsmt, garage. $1200/mo 267-991-2825

## apartment marketplace

ROOMS

45xx N. Broad St. $400-$500/mo. Big. SSI OK. 1st Mo only to mv in 215.758.1213

Germantown Area: NICE, cozy rooms. Private entry. No drugs. (267)988-5890

Hunting Park: Furn. Rooms. Incl. Utils - Cable Avail. Call 267-331-5382

N. Phila. Clean & quiet, furnished rooms, near trans. $125 & up. Call 215-753-5537

TO OUR READERS
Advertisements are the property of Philadelphia Media Network and/or its advertisers and are subject to contracts between them. The classified listings and individual advertisements are subject to the copyright in this edition owned by PMN and/or to copyright interests owned by its advertisers and/or PMN. Reproduction, display, transmission or distribution of the listings or individual advertisements in any format without express permission of PMN and/or its advertisers is prohibited.

TO OUR ADVERTISERS
By placing an advertisement, you agree that the advertisement as it appears will become the property of Philadelphia Media Network and you assign to PMN all ownership interest, under the Copyright Act of otherwise, in the advertisement as it appears in the newspaper. Unless notified to the contrary by PMN, you are granted a license to place the same ad in the media. Delinquent accounts are subject to reasonable collection charges.

The Philadelphia Inquirer

store.inquirer.com

# legal notices

INQUIRER.COM

## Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Chapter 11 |
| | ) | Case No. 19-11466 (KG) |
| Debtors. | ) | Jointly Administered |

**NOTICE REGARDING PROPOSED SALE OF RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL INTERESTS, INCLUDING PERSONAL INJURY CLAIMS**

**TO: ALL PERSONS WITH CLAIMS AGAINST THE DEBTORS IN THE ABOVE CAPTIONED CASES, INCLUDING CLAIMS AGAINST HAHNEMANN UNIVERSITY HOSPITAL:**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), including Center City Healthcare, LLC, the entity that operates Hahnemann University Hospital ("**Hahnemann**"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 30, 2019 or July 1, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered into an agreement (the "**Agreement**") with Reading Hospital (the "**Purchaser**") to sell certain assets related to Hahnemann's residency and fellowship training programs (the "**Sale**"). Specifically, the Debtors intend to sell to the Purchaser: (a) National Provider Identifiers (general and psych) and Medicare provider number and agreement; (b) the Pennsylvania Department of Health license to operate an acute care hospital; and (c) to the extent assignable or transferrable, the Hahnemann training programs for residents and fellows.

**PLEASE TAKE FURTHER NOTICE** that the Sale, if approved, will be free and clear of all Interests, including claims of successor liability.

**PLEASE TAKE FURTHER NOTICE THAT, IF THE SALE IS APPROVED, THE PURCHASER WILL NOT BE LIABLE ON ACCOUNT OF ANY CLAIMS AGAINST ANY OF THE DEBTORS (OTHER THAN CLAIMS AFFIRMATIVELY ASSUMED BY THE PURCHASER), INCLUDING CLAIMS OF PATIENTS TREATED AT HAHNEMANN, INCLUDING CLAIMS OF WHICH THE HOLDER MAY NOT BE PRESENTLY AWARE.**

**KEY DATES AND DEADLINES.** The proposed Sale is subject to the approval of the Court and subject to better offers from other qualified bidders. On July 9, 2019, the Debtors filed a motion (the "**Sale Motion**") seeking the Court's approval of the Sale and certain procedures ("**Bidding Procedures**") related to the Sale. On July 19, 2019, the Court entered an order (the "**Bidding Procedures Order**"), which sets forth certain key dates and deadlines in connection with the proposed Sale. In particular, the Bidding Procedures establish **August 5, 2019** as the deadline for parties to file objections to the Sale (the "**Sale Objection Deadline**") and as the deadline for third parties to submit competing bids. A final hearing to seek Court approval of the Sale (either to Tower or another party submitting the best bid) is currently scheduled for **August 9, 2019 at 11:00 a.m. (ET)** (the "**Sale Hearing**").

**Obtaining Additional Information.** Copies of all documents filed with the Court with respect to the Debtors' bankruptcy cases are available free of charge on the website of the Court-appointed claims and noticing agent for the Debtors' chapter 11 cases, Omni Management Group, https://omnimgt.com/sblite/centercityhealthcare/. You may also contact the Debtors' attorneys, whose contact information is below, for more information. In addition, Residents should contact their Program Director with questions specific to their situation.

**Filing Objections.** Objections to the Sale (a "**Sale Objection**"), if any, must (a) be in writing, (b) state the basis of such objection with specificity and (c) be filed with the Court and served upon, so as to be **actually received on or prior to the Sale Objection Deadline**: (a) the Debtors Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, 230 North Broad Street, Philadelphia, Pennsylvania, Attn: Allen Wilen, Chief Restructuring Officer; and (b) proposed counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, (i) 1201 North Market Street, Suite 2300, Wilmington, DE 19899, Attn: Mark Minuti; and (ii) Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA, Attn: Jeffrey C. Hampton; (c) Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, Attn: Robert Lapowsky (rl@stevenslee.com), counsel to Tower, and (d) Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey, 07102, Attn: Andrew Sherman (Asherman@sillscummis.com) and Boris Mankovetskiy (BMankoverskiy@sillscummis.com), proposed counsel to the Committee.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION. ANY PARTY OR ENTITY WHO FAILS TO TIMELY ASSERT AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING. ANY CREDITOR THAT FAILS TO TIMELY FILE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE DEEMED TO HAVE CONSENTED UNDER SECTION 363(f)(2) OF THE BANKRUPTCY CODE TO SUCH SALE FREE AND CLEAR OF SUCH CREDITOR'S LIEN OR INTERESTS, IF ANY.**

Dated: July 19, 2019, **SAUL EWING ARNSTEIN & LEHR LLP,** By: */s/ Mark Minuti*, Mark Minuti (DE Bar No. 2659), Monique B. DiSabatino (DE Bar No. 6027), 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899, Telephone: (302) 421-6800, Fax: (302) 421-5873, mark.minuti@saul.com, monique.disabatino@saul.com -and- Jeffrey C. Hampton, Adam H. Isenberg, Aaron S. Applebaum (DE Bar No. 5587), 1500 Market Street, 38th Floor, Philadelphia, PA 19102, Telephone: (215) 972-7700, Fax: (215) 972-7725, jeffrey.hampton@saul.com, adam.isenberg@saul.com, aaron.applebaum@saul.com, *Proposed Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## Legal Notices

SERVICE BY PUBLICATION

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA ORPHANS' COURT DIVISION NO. 0033 of 2019

NOTICE OF HEARING TO Kristin Wills and John Doe, or any other person claiming paternity

**NOTICE IS HEREBY GIVEN THAT** a Petition for Termination of Parental Rights has been filed by Children and Youth Services of Delaware County seeking the termination of the parental rights of mother and father of Kaela W. (b.d.1/3/18).

A Hearing with respect to said Petition is scheduled for August 1, 2019 before the Honorable Linda A. Cartisano and will be held at 10:00am. You have a right to appear at said Hearing and contest the Petition for Termination and if you fail to do so your parental rights may be terminated. In addition, you are advised that you may have an option for an enforceable voluntary agreement under ACT 101 of 2010 for continuing contact following the adoption of your child between the adoptive parent and a birth parent and/or birth relative if all parties agree and the agreement is approved by the Court.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. THE ATTORNEY THAT HAS BEEN APPOINTED TO REPRESENT YOU IS SAM AUSLANDER, ESQUIRE at 610-565-3700**

## Legal Notices

SERVICE BY PUBLICATION

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA ORPHANS' COURT DIVISION NO. 0034 of 2019

NOTICE OF HEARING TO John Doe, or any other person claiming paternity

NOTICE IS HEREBY GIVEN THAT a Petition for Termination of Parental Rights has been filed by Children and Youth Services of Delaware County seeking the termination of the parental rights of the putative father of Nykai S. (b.d.8/26/17).

A Hearing with respect to said Petition is scheduled for August 1, 2019 before the Honorable Linda A. Cartisano and will be held at 9:30am. You have a right to appear at said Hearing and contest the Petition for Termination and if you fail to do so your parental rights may be terminated. In addition, you are advised that you may have an option for an enforceable voluntary agreement under ACT 101 of 2010 for continuing contact following the adoption of your child between the adoptive parents and a birth parent and/or birth relative if all parties agree and the agreement is approved by the Court.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE AN ATTORNEY OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE DELAWARE COUNTY BAR ASSOCIATION AT 610-566-6625**

## Proposals & Bids

COUNTY OF DELAWARE

Sealed, written qualifications will be received at the office of Central Purchasing, Delaware County Government Center Building, Room 228, Courthouse Complex Media, PA 19063, **up until 4:00 pm Local Time on Tuesday August 20th 2019** for services as detailed below.

The County of Delaware will retain a PennDOT qualified engineering consultant to provide Management and Design Services for the County Bridge Program. The County owns and maintains 43 bridges. Delaware County encourages responses from small firms, minority firms, and firms who have not previously performed work for Delaware County.

The selection will be made from those consultants deemed eligible and with a pre-certification package on file with the Pennsylvania Department of Transportation (PennDOT). Interested consulting firms should submit five (5) copies of their qualifications for the Management and Design Services for the County Bridge Program to: Delaware County Central Purchasing Department, Government Center Building, Room #228, 201 West Front Street, Media, PA 19063. To obtain the RFQ, an interest consultant is required to pick it up from the Office of Public Works, Room #207, Second Floor, Delaware County Government Center Building, Media, PA, between the hours of 8:30 AM and 4:30 PM, after Monday July 29th 2019.

The Delaware County Council reserves the right to reject any and all bids or parts thereof and the right to insist upon or waive any technicalities required in the best interest if the County and consider the competency and responsibility of the consultant prior to the award of the contract and award bids accordingly.

John P. McBlain
Colleen P. Morrone
Kevin M. Madden
Brian P. Zidek
DELAWARE COUNTY COUNCIL

COUNTY OF DELAWARE

Notice is hereby given that: **The County of Delaware PA** is issuing a Request For Proposals (RFP) for the selection of an Energy Services Company (ESCO). Sealed proposals will be received at the office of: **Jacob Bierling, Director of Public Works Delaware County Government Center 201 West Front Street - Room 207 Media, PA 19063**

until **12:00 PM, local time, Friday, September 13, 2019** at that time and that place.

A mandatory Pre-Proposal Meeting will be held at the Council Meeting Room - 1st Floor of the Delaware County Government Center at **10:00 AM, local time, Friday, August 2, 2019.** The address is 201 West Front Street, Media, PA 19063. Absence of ESCO participation will result in the disqualification of the proposal.

This request is for the purpose of providing a performance-based Energy/Operating Cost Reduction Program under the Guideline of the Pennsylvania Guaranteed Energy Savings Act.

The Owner reserves the right to reject any and all proposals and to waive irregularity in the proposals.

John P. McBlain
Colleen P. Morrone
Michael F. Culp
Kevin M. Madden
Brian P. Zidek
DELAWARE COUNTY COUNCIL

## Proposals & Bids

COUNTY OF DELAWARE

Sealed proposals will be received at the office of Central Purchasing, Delaware County Government Center, Second Floor, Room #228, Courthouse Complex, Media, PA 19063, up until 4:00 PM Local Time on **Tuesday, July 30th** for products and/or services as detailed below.

**REQUEST FOR PROPOSAL RECORDER OF DEEDS OFFICIAL RECORDS INFORMATION SYSTEM**

Forms of Proposal may be obtained on the County of Delaware website: https://www.delcopa.gov/purchasing/invitbid.html

The Delaware County Council reserves the right to reject any and all bids or parts thereof.

John P. McBlain
Colleen P. Morrone
Michael F. Culp
Kevin M. Madden
Brian P. Zidek
Delaware County Council

## Proposals & Bids

**PHILADELPHIA INDUSTRIAL DEVELOPMENT CORPORATION ON BEHALF OF PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT REQUESTS BIDS**

**CONSTRUCTION SERVICES FOR MAPLEWOOD MALL RECONSTRUCTION PROJECT**

**MANDATORY PRE-BID MEETING** - Tuesday, July 30, 2019 at 10:00 a.m., 57 Maplewood Mall, 1st Floor, Philadelphia, PA 19144.

**BIDS DUE** - Tuesday, August 20, 2019 at 3 p.m.

Deliver proposals to Monica Trudeau, PIDC, 1500 Market Street, Suite 3500 West, Philadelphia, PA 19102. Bid documents available starting July 19, 2019, ARC, 417 North 8th Street, Suite 402, Philadelphia, PA 19123, 215-563-7600.

**SEPTA INVITATION TO BID**

SEPTA will accept Bids via our eBid system for the Bid indicated. Physical Bids will not be accepted athe the Pre-Bid Meeting. The Bid will be opened electronically on the Opening Date/Time, and will be secure and unreadable until that time. If you have not already done so, you will need to register for ePS through septa.org. **19-00160-ARIB Provide Precast Concrete at Conshohocken Station.** Bid Opening: August 7, 2019 at 11AM. Buyer: Racquel Burden. rburden@septa.org. 215-580-8316. If you have any questions, please e-mail the Contact Person referencing the BID number.

## Proposals & Bids

**Neshaminy School District will accept Bids as follows:** Due Tuesday, July 30, 2019 @ 10:00 AM. **#20-14 Musical Instruments** Sealed Bids utilizing the Eschoolmall bidding sytem will be received until deadline above, at which time they will be opened in the Eschoolmall System. Details for all the above are available at www.neshaminy.org by clicking on Bid openings.

Jennifer Burns, Secretary

## Special Meetings

**There will be a SPECIAL MEETING of the CAMDEN CITY SCHOOL DISTRICT on FRIDAY, AUGUST 2, 2019 at 10:00 AM at the ADMINISTRATION BUILDING, 1033 CAMBRIDGE STREET, CAMDEN, NJ 08105.**

The agenda is as follows:

I. President's Statement
II. Roll Call
III. Pledge of Allegiance
IV. Public Comments
V. Discussion re: Emergency Aid Application
VI. Meeting Adjournment

Official action may be taken. The Board reserves the right to go into closed session at any time.

Submitted by:
Anisah Coppin,
Board Secretary
July 23, 2019

## Meeting Notices

**The Trustees of the University of Pennsylvania will meet on July 30, 2019. Please see https://secretary.upenn.edu/trustees-governance/open-trustee-meeting for the schedule.**

# auto dealer directory

INQUIRER.COM

ASTON MARTIN
F.C. KERBECK ASTON MARTIN
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

BENTLEY
F.C. KERBECK
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

BUICK
F.C. KERBECK
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

CADILLAC
F.C. KERBECK
Pre-Owned Cadillacs
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

HOLMAN CADILLAC
1200 Rt. 73 S.
Mt. Laurel, NJ
1-856-778-1000
Holman Cadillac.com

KERBECK CADILLAC
340 Albany Ave
Atlantic City, NJ
kerbeckcars.com
609-345-2100

CHEVROLET
KERBECK CHEVROLET
340 N. Albany Ave
Atlantic City, NJ
kerbeckcars.com
609-344-2100

CHRYSLER
GARY BARBERA'S on the BLVD
garybarbera.com
1-800-BARBERA.COM
Is Barbera The Best...
BOY I GUESS!

CORVETTE
KERBECK CORVETTE
430 N. Albany Ave
Atlantic City, NJ
www.kerbeck.com
1-800-57-VETTE
1-800-578-3883

DODGE
GARY BARBERA'S on the BLVD
garybarbera.com
1-800-BARBERA.COM
Is Barbera The Best...
BOY I GUESS!

GMC
F.C. KERBECK
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

HONDA
BURNS HONDA
325 NORTH ROUTE 73
MARLTON, NJ 08053
Authorized Dealer
(856)983-6131

JEEP
GARY BARBERA'S on the BLVD
300JeepsCheap.com
1-800-BARBERA.COM
Is Barbera The Best...
BOY I GUESS!

LAMBORGHINI
F.C. KERBECK
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

LEXUS
LEXUS OF ATLANTIC CITY
Fire Rd., Egg Harbor Twp, NJ
Authorized Dealer
1-800-31-LEXUS
609-641-0008

MASERATI
FC KERBECK
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

MAZDA
MAPLE SHADE MAZDA
RT. 73 - MAPLE SHADE
RT. 42 - TURNERSVILLE
MSMAZDA.COM
TOLL FREE 866.888.0534

ROLLS ROYCE
F.C. KERBECK
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-829-8200

SAAB
F.C. KERBECK SAAB SERVICE
Route 73, Palmyra, NJ
www.FCKerbeck.com
856-786-8200

RAM
GARY BARBERA'S on the BLVD
garybarbera.com
1-800-BARBERA.COM
Is Barbera The Best...
BOY I GUESS!

**EXHIBIT B**



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Justine Madden says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit and is fully acquainted with the facts stated herein: on **Thursday, July 25th 2019**, the following legal advertisement – **In re: CENTER CITY HEALTHCARE, LLC** – was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
7/25/19

This 25 day of July month
2019 year.

Notary Public

GARRETH BRADLEY
NOTARY PUBLIC
REG # 7819345
COMMISSION EXPIRES 3/31/2023
COMMONWEALTH OF VIRGINIA

# Grisly sights found in body-donation raid

## Phoenix company sued for mistreating remains

**Stephanie Innes**
Arizona Republic
USA TODAY NETWORK

PHOENIX – A head sewn onto a mismatched body, a bucket of limbs and a cooler filled with penises are among items found by FBI agents during a raid on a Phoenix body-donation business.

The now-shuttered, for-profit Biological Resource Center specialized in accepting the bodies of people after they had died, and in exchange offering their families free pickup of the bodies plus the cremated remains of the body parts the company did not sell.

Arizona is a regulatory-free zone for the body-parts industry. At least four body donation companies are operating in Arizona, in addition to a non-profit cryonics company that freezes people after they die with the intent of one day bringing them back to life.

An FBI special agent, during a January 2014 raid of the Biological Resource Center, stumbled on what he described as "various unsettling scenes." The agent's grisly eyewitness account of the raid was recently revealed in a civil lawsuit against the business and its owner, Stephen Gore. The case is set for trial Oct. 21 in Maricopa County Superior Court.

Thirty-three plaintiffs have sued the Biological Resource Center, saying the remains of their family members were obtained through "false statements," that body parts were being sold for profit to various middlemen, and that they were not stored, treated or disposed of with dignity or respect.

Reacting to the Biological Resource Center case, Arizona passed a law in 2017 that says body donation companies are not allowed without a state license.

However, the law has not yet been implemented or enforced.

All four body donation companies known to be operating in Arizona are accredited by the American Association of Tissue Banks, which the Biological Resource Center was not.

The Phoenix company was raided after a nationwide criminal investigation.

Efforts to reach Gore, who is listed in court filings as representing himself in the civil action, were unsuccessful.

### 'Frankenstein' head observed

In his declaration contained in the civil lawsuit's court file, former Phoenix FBI special agent Mark Cwynar said he "personally observed various unsettling scenes" while inside Biological Resource Center.

Many of the body parts he saw were piled on top of one another with no apparent identification to indicate what bodies they came from or to whom they belonged, he said.

In addition to a "cooler filled with male genitalia," Cwynar testified that he also saw a "large torso with the head removed and replaced with a smaller head sewn together in a 'Frankenstein' manner."

Cwynar said he saw:

▮ Large male torsos with limbs and genitalia removed.

▮ Buckets and coolers with various body parts, including a bucket of heads, arms and legs.

▮ Body parts piled on top of each other throughout the facility, with no apparent identification.

▮ Steel freezers with frozen body parts inside with no apparent identification.



**Thirty-three plaintiffs have sued the Biological Resource Center, saying the remains of their family members were obtained through "false statements."** WIKIPEDIA COMMONS

Court documents included a report from two experts for the plaintiffs that referred to a 2013 request to use at least two Biological Resource Center bodies for the purpose of "plastination for education." The experts said plastination, which is a way of preserving entire human bodies, should require separate consent because the preservation is more permanent and the bodies are often publicly displayed.

In October 2015, Gore tearfully pleaded guilty to conducting an illegal enterprise after accusations that he had provided vendors with contaminated human tissue and used body parts in ways that the donors had not permitted.

In a letter to Maricopa County Superior Court Judge Warren Granville before his December 2015 sentencing, Gore wrote that he felt overwhelmed, but that he was working in an industry with "no formal regulations" to reference for guidance.

"I could have been more open about the process of donation on the brochure we put in public view," Gore wrote. "When deciding which donors could be eligible to donate, I should have hired a medical director rather than relying on medical knowledge from books or the internet."

Research by plaintiffs' lawyers says Gore's highest level of education was high school, and that he did not have any licenses or certifications applicable to body donation program operations.

### Organ donation vs. body donation

The Biological Resource Center was a for-profit body donation company that accepted donations of bodies after people died. The company gave donors and their families free transportation services to pick up the body, plus free cremation.

One of the problems is that some families thought that a body "donation" meant their loved ones' bodies were being given to a charity to help with disease research. Some mistakenly thought the Biological Resource Center would be donating their loved ones' organs, not knowing that organ donation and body donation are not the same thing.

Not all were aware the Biological Resource Center often dismembered and sold various body parts.

# Start with the basics when building your website

**Ken Colburn**
Special to Arizona Republic

**Question:** I'm trying to decide which tools to use to build my business website. What's the difference between Wix, Weebly and WordPress for a novice?

*Answer:* In the past, it was nearly impossible for someone with no coding experience to create their own website, but that's not the case anymore.

Two of the tools you listed, Wix and Weebly, are great for beginners, while WordPress would be a bit overwhelming for someone with no web coding experience.

Even though you'll be able to create a website for your business with one of the DIY platforms, there's a lot more to the process than that.

### Registering a domain

If you haven't already acquired a domain, I would start by checking to see if the address you'd like to use is available.

You'll pay about $12 per year for each domain name from such providers as Google Domains and GoDaddy.

If you want to protect your brand, consider registering more than just the .com version, so competitors can't make use of the .net or .org. If you plan to do business internationally, you may want to grab the .us version as well.

If your business name is commonly misspelled, you may want to register the misspelled versions of your domain and consider whether both the singular and plural versions are relevant.

### Creating content for the website

No matter which tool you decide to use, you'll have to think about what you want to say about your business.

Start by thinking through your site menu, so visitors can quickly navigate to the proper section.

Once you have your navigation menu, I'd recommend gathering your images, logos and text in one place on your computer.

Remember, the more content about your business you create, the more there is for Google to index, which can result in more organic search traffic to your site. More is better when it comes to descriptive text on every page; just make sure it's relevant to what your visitors seek to learn about you.



**The more content about your business you create, the more there is for Google to index, which can result in more organic search traffic to your site.** GETTY IMAGES

### Wix vs. Weebly

Both of these options are very easy for anyone to use and allow you to get started for free, but your type of business, the size of your website and whether you want to use the e-commerce option will be important factors for which is better for you.

Wix has more themes to choose from and has more flexibility in the customization of their themes. It also supports many more languages for those with international needs.

While Wix has many more themes, if you decide to switch to another theme, your content won't automatically be transferred, so you'll be starting over. Weebly retains all your content when you switch themes, making it easier to change your mind.

Weebly has more flexibility in the sub-menu levels, which can be important if your website is going to be very large. It also is far superior for those wanting to incorporate e-commerce into their website.

Both of these platforms provide Search Engine Optimization (SEO) tools, which are critically important to use so your website can be found. If you're in a very competitive industry, you may want to hire a professional to assist you in this area.

*Ken Colburn is founder and CEO of Data Doctors Computer Services.*

**MARKETPLACE TODAY**

To view more Classified listings, visit: www.classifieds.usatoday.com

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

NOTICES

LEGAL NOTICE

**NOTICE TO TRUE FOOD KITCHEN GIFT CARD HOLDERS OF CLASS ACTION SETTLEMENT**

**THIS NOTICE ADVISES YOU OF A PROPOSED CLASS ACTION SETTLEMENT WITH FRC BALANCE, LLC, DOING BUSINESS AS TRUE FOOD KITCHEN ("FRC"). THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS -- PLEASE READ IT CAREFULLY.**

This summary notice informs you about the settlement of *Jon Martinez v. True Food Kitchen*, filed in the San Diego Superior Court, Case No. 37-2018-00026559-CU-BT-CTL. You should read this notice if you are a consumer in California who, during the class period, (1) possess a True Food Kitchen gift card which has a balance of less than $10.00, and/or (2) possessed a True Food Kitchen gift card which had a balance of less than $10.00, but disposed of it upon being informed by a True Food Kitchen employee in California that it could not be redeemed for cash. If you meet either of these descriptions, you are a Class Member.

Under the terms of the settlement, FRC has agreed to certain specified gift card practices. Class Members still in possession of their gift cards need not take any action and may at their convenience visit any True Food Kitchen location in California to receive a cash redemption of the remaining balance of their cards.

Class Members who claim to have disposed of a gift card with a remaining balance less than $10.00 as a result of being informed by a True Food Kitchen employee that redemption for cash was not permissible, will be entitled to make a claim to receive a replacement gift card valued at $10, which can be used at any True Food Kitchen location in California. The number of gift cards to be claimed by Settlement Class Members shall be limited to 406 claims.

To exclude yourself from the class and the settlement, you must submit a Request for Exclusion by writing to Class Counsel, Fineman Poliner LLP, 155 N. Riverview Dr., Anaheim Hills, CA 92808, and request exclusion on or before September 9, 2019. Excluding yourself from the settlement means you will not be bound by the settlement or any resulting judgment and you will not receive a replacement gift card.

You can object to the settlement by submitting an Objection to Class Counsel at the address above. The Objection to Settlement should be submitted to Class Counsel no later than September 9, 2019.

**For additional information regarding this settlement, review the Full Class Notice at www.FRC-GC.com.** You may also visit the website or write to Class Counsel after October 25, 2019 to find out if the settlement was given final approval and how to make a claim.

39206416.1

SUCCESSFUL ADVERTISEMENTS start with USA TODAY Classifieds

Call: 1-800-397-0070

LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] Debtors. | ) Chapter 11<br>) Case No. 19-11466 (KG)<br>) Jointly Administered |

**NOTICE REGARDING PROPOSED SALE OF RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL INTERESTS, INCLUDING PERSONAL INJURY CLAIMS**

**TO: ALL PERSONS WITH CLAIMS AGAINST THE DEBTORS IN THE ABOVE CAPTIONED CASES, INCLUDING CLAIMS AGAINST HAHNEMANN UNIVERSITY HOSPITAL:**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), including Center City Healthcare, LLC, the entity that operates Hahnemann University Hospital ("**Hahnemann**"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 30, 2019 or July 1, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered into an agreement (the "**Agreement**") with Reading Hospital (the "**Purchaser**") to sell certain assets related to Hahnemann's residency and fellowship training programs (the "**Sale**"). Specifically, the Debtors intend to sell to the Purchaser: (a) National Provider Identifiers (general and psych) and Medicare provider number and agreement; (b) the Pennsylvania Department of Health license to operate an acute care hospital; and (c) to the extent assignable or transferrable, the Hahnemann training programs for residents and fellows.

**PLEASE TAKE FURTHER NOTICE** that the Sale, if approved, will be free and clear of all Interests, including claims of successor liability.

**PLEASE TAKE FURTHER NOTICE THAT, IF THE SALE IS APPROVED, THE PURCHASER WILL NOT BE LIABLE ON ACCOUNT OF ANY CLAIMS AGAINST ANY OF THE DEBTORS (OTHER THAN CLAIMS AFFIRMATIVELY ASSUMED BY THE PURCHASER), INCLUDING CLAIMS OF PATIENTS TREATED AT HAHNEMANN, INCLUDING CLAIMS OF WHICH THE HOLDER MAY NOT BE PRESENTLY AWARE.**

**KEY DATES AND DEADLINES.** The proposed Sale is subject to the approval of the Court and subject to better offers from other qualified bidders. On July 9, 2019, the Debtors filed a motion (the "**Sale Motion**") seeking the Court's approval of the Sale and certain procedures ("**Bidding Procedures**") related to the Sale. On July 19, 2019, the Court entered an order (the "**Bidding Procedures Order**"), which sets forth certain key dates and deadlines in connection with the proposed Sale. In particular, the Bidding Procedures establish **August 5, 2019** as the deadline for parties to file objections to the Sale (the "**Sale Objection Deadline**") and as the deadline for third parties to submit competing bids. A final hearing to seek Court approval of the Sale (either to Tower or another party submitting the best bid) is currently scheduled for **August 9, 2019 at 11:00 a.m. (ET)** (the "**Sale Hearing**").

**Obtaining Additional Information.** Copies of all documents filed with the Court with respect to the Debtors' bankruptcy cases are available free of charge on the website of the Court-appointed claims and noticing agent for the Debtors' chapter 11 cases, Omni Management Group, https://omnimgt.com/sblite/centercityhealthcare/. You may also contact the Debtors' attorneys, whose contact information is below, for more information. In addition, Residents should contact their Program Director with questions specific to their situation.

**Filing Objections.** Objections to the Sale (a "**Sale Objection**"), if any, must (a) be in writing, (b) state the basis of such objection with specificity and (c) be filed with the Court and served upon, so as to be **actually received on or prior to the Sale Objection Deadline**: (a) the Debtors Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, 230 North Broad Street, Philadelphia, Pennsylvania, Attn: Allen Wilen, Chief Restructuring Officer; and (b) proposed counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, (i) 1201 North Market Street, Suite 2300, Wilmington, DE 19899, Attn: Mark Minuti; and (ii) Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA, Attn: Jeffrey C. Hampton; (c) Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, Attn: Robert Lapowsky (rl@stevenslee.com), counsel to Tower, and (d) Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey, 07102, Attn: Andrew Sherman (Asherman@sillscummis.com) and Boris Mankovetskiy (BMankoverskiy@sillscummis.com), proposed counsel to the Committee.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION. ANY PARTY OR ENTITY WHO FAILS TO TIMELY ASSERT AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING. ANY CREDITOR THAT FAILS TO TIMELY FILE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE DEEMED TO HAVE CONSENTED UNDER SECTION 363(f)(2) OF THE BANKRUPTCY CODE TO SUCH SALE FREE AND CLEAR OF SUCH CREDITOR'S LIEN OR INTERESTS, IF ANY.**

Dated: July 19, 2019, **SAUL EWING ARNSTEIN & LEHR LLP,** By: */s/ Mark Minuti,* Mark Minuti (DE Bar No. 2659), Monique B. DiSabatino (DE Bar No. 6027), 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899, Telephone: (302) 421-6800, Fax: (302) 421-5873, mark.minuti@saul.com, monique.disabatino@saul.com -and- Jeffrey C. Hampton, Adam H. Isenberg, Aaron S. Applebaum (DE Bar No. 5587), 1500 Market Street, 38th Floor, Philadelphia, PA 19102, Telephone: (215) 972-7700, Fax: (215) 972-7725, jeffrey.hampton@saul.com, adam.isenberg@saul.com, aaron.applebaum@saul.com, *Proposed Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.