UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]

Debtors.

Chapter 11

Case No. 19-11466 (KG)
(Jointly Administered)

**Objection Deadline: 8/13/2019 at 4:00 p.m.**
**Hearing Date: 9/24/2019 at 10:00 a.m.**

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that Suzanne Koenig, the patient care ombudsman (the "**Ombudsman**"), in the above-captioned cases, filed the *Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP, as Counsel, Nunc Pro Tunc as of July 3, 2019* (the "**Application**"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that you must also file a copy of the response or objection to the Application with the Court on, or prior to, **August 13, 2019 at 4:00 p.m.** and serve such response or objection upon the undersigned proposed counsel to the Ombudsman.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **SEPTEMBER 24, 2019 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,

---

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.
ADMIN 35628202v1

824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: July 30, 2019 | GREENBERG TRAURIG, LLP |
| | |
| | */s/ Dennis A. Meloro* |
| | Dennis A. Meloro (Bar No. 4435) |
| | The Nemours Building |
| | 1007 North Orange Street, Suite 1200 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 661-7000 |
| | Fax: (302) 661-7360 |
| | MeloroD@gtlaw.com |
| | |
| | And |
| | |
| | Nancy A. Peterman, Esq. |
| | Greenberg Traurig, LLP |
| | 77 West Wacker Drive, Suite 3100 |
| | Chicago, IL 60601 |
| | Telephone: (312) 456-8400 |
| | Fax: (312) 456-8435 |
| | PetermanN@gtlaw.com |
| | |
| | Proposed Counsel for Suzanne Koenig, Patient Care Ombudsman |

ADMIN 35628202v1