# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | |

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and the Berger Law Group, P.C., hereby enter its appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Suzanne Richards and Pamela Saechow in the above-referenced cases; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Facsimile: (302) 397-2557<br>dklauder@bk-legal.com | Phillip D. Berger, Esquire<br>Matthew R. Kaufmann, Esquire<br>**BERGER LAW GROUP, P.C.**<br>919 Conestoga Road, Building 3, Suite 114<br>Rosemont, PA 19010<br>Phone: (610) 668-0800<br>berger@bergerlawpc.com<br>kaufmann@bergerlawpc.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

|  |  |
|---|---|
| | **BIELLI & KLAUDER, LLC** |
| Dated: July 31, 2019<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com<br><br>and<br><br>**BERGER LAW GROUP, P.C.**<br><br>Phillip D. Berger, Esquire<br>Matthew R. Kaufmann, Esquire<br>919 Conestoga Road, Building 3, Suite 114<br>Rosemont, PA 19010<br>Phone: (610) 668-0800<br>Email: berger@bergerlawpc.com<br>Email: kaufmann@bergerlawpc.com<br><br>*Counsel to Suzanne Richards & Pamela Saechow* |