*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF DELAWARE*

| | |
|---|---|
| IN RE:  CENTER CITY HEALTHCARE, LLC<br>d/b/a Hahnemann University Hospital | No. 19-11466-kg |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matthew R. Kaufmann to represent Suzanne Richards and Pamela Saechow in this action.

Dated: July 31, 2019            /s/ David Klauder
                                                David M. Klauder, Esquire (DE Bar #5769)
                                                Bielli & Klauder, LLC
                                                1204 N. King Street
                                                Wilmington, DE 19801
                                                (302) 803-4600
                                                dklauder@bk-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 31, 2019            /s/ Matthew R. Kaufmann
                                                Matthew R. Kaufmann, Esquire
                                                BERGER LAW GROUP, P.C.
                                                919 Conestoga Road, Building 3, Suite 114
                                                Rosemont, PA 19010
                                                (610) 668-0800

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.