*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF DELAWARE*

|   |   |
|---|---|
| IN RE:  CENTER CITY HEALTHCARE, LLC : | |
|     d/b/a Hahnemann University Hospital : | No. 19-11466-kg |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Phillip D. Berger to represent Suzanne Richards and Pamela Saechow in this action.

Dated: July 31, 2019        /s/ David Klauder
David M. Klauder, Esquire (DE Bar #5769)
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
(302) 803-4600
dklauder@bk-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania, New Jersey and Washington D.C., and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 31, 2019        /s/ Phillip D. Berger
Phillip D. Berger, Esquire
BERGER LAW GROUP, P.C.
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
(610) 668-0800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: July 31st, 2019**  
**Wilmington, Delaware**

KEVIN GROSS  
UNITED STATES BANKRUPTCY JUDGE