*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF DELAWARE*

|   |   |   |
|---|---|---|
| IN RE:  CENTER CITY HEALTHCARE, LLC | : | |
| d/b/a Hahnemann University Hospital | : | No. 19-11466-kg |
|   | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matthew R. Kaufmann to represent Suzanne Richards and Pamela Saechow in this action.

Dated: July 31, 2019          /s/ David Klauder
                              David M. Klauder, Esquire (DE Bar #5769)
                              Bielli & Klauder, LLC
                              1204 N. King Street
                              Wilmington, DE 19801
                              (302) 803-4600
                              dklauder@bk-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 31, 2019          /s/ Matthew R. Kaufmann
                              Matthew R. Kaufmann, Esquire
                              BERGER LAW GROUP, P.C.
                              919 Conestoga Road, Building 3, Suite 114
                              Rosemont, PA 19010
                              (610) 668-0800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 31st, 2019  
Wilmington, Delaware

KEVIN GROSS  
UNITED STATES BANKRUPTCY JUDGE