**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466-KG<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mairi V. Luce and Jarret P. Hitchings of the law firm Duane Morris LLP hereby appear in the above-captioned chapter 11 cases as counsel for Albert Einstein Healthcare Network and pursuant to the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), including, without limitation, Bankruptcy Rules 2002 and 9010 and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), including, without limitation, Local Rules 2002-1 and 9006-1, hereby request that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned parties at the following addresses, facsimile numbers and/or electronic mail addresses:

| | |
|---|---|
| Mairi V. Luce, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: (215) 979-1538<br>Facsimile: (215) 689-3594<br>Email: Luce@duanemorris.com | Jarret P. Hitchings, Esquire<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>Email: JPHitchings@duanemorris.com |

DM3\5997690.2

with copy to:

Penny J. Rezet, Executive Vice President & Chief Legal Officer
Albert Einstein Healthcare Network
5501 Old York Road
Philadelphia, PA 19141
Telephone: (215) 456-7993
Email: rezetp@einstein.edu

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Local Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: August 1, 2019<br>Wilmington, Delaware | DUANE MORRIS LLP<br><br>*/s/ Jarret P. Hitchings*<br>Jarret P. Hitchings (DE 5564)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>Email: JPHitchings@duanemorris.com<br><br>-and-<br><br>Mairi V. Luce, Esquire<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: (215) 979-1538<br>Facsimile: (215) 689-3594<br>Email: Luce@duanemorris.com<br><br>*Attorneys for Albert Einstein Healthcare Network* |

DM3\5997690.2

## CERTIFICATE OF SERVICE

I, Jarret P. Hitchings, certify that I am not less than 18 years of age, and that on the date set forth below, that the foregoing *Notice of Appearance and Request For Service of Notices And Papers* was filed through the Court's electronic document filing system and was served by the Court via notice of electronic filing and hyperlink to the document on all parties who are registered to receive electronic service in these cases.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 1, 2019
      Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
Telephone:  302.657.4900
Facsimile:    302.657.4901
Email:  JPHitchings@duanemorris.com

*Attorneys for Albert Einstein Healthcare Network*