# CS Medical

July 24, 2019

Clerk of Court
United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

      RE:    Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
              Case No.: 19-11466 (KG)

Dear Sir or Madam:

    We received notice of the Chapter 11 bankruptcy filing in the above-referenced matter. According to the notice, we will not receive further notices unless we request to be included on the Debtors' notice list. We are requesting to be included in this notice list. Particularly, we are requesting notice, if and when, the proof of claim time is established.

    Thank you for your attention to this matter.

                              Sincerely,

                              William J. Wickward, Jr.
                              General Counsel

pc:    Saul Ewing Arnstein & Lehr LLP