## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |  |
| *al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Re: Docket No. 229** |
|  | ) |  |

## CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER AUTHORIZING (I) RETENTION AND EMPLOYMENT OF SSG ADVISORS, LLC, AS INVESTMENT BANKER TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE, AND (II) A WAIVER OF COMPLIANCE WITH CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2, AND (B) NO OBJECTION TO SAME

The undersigned proposed counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.      On July 17, 2019, the *Application of Debtors for Order Authorizing (I) Retention and Employment of SSG Advisors, LLC, as Investment Banker to the Debtors, Nunc Pro Tunc to the Petition Date, and (II) a Waiver of Compliance With Certain Requirements of Local Rule 2016-2* [Docket No. 229] (the "**Application**") was filed with the Court.

2.      Pursuant to the notice of the Application [Docket No. 229], objections to the Application were to be filed by July 31, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3.      The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.      Prior to the Objection Deadline, the Office of the United States Trustee (the "**U.S. Trustee**") requested that certain changes be made to the original proposed order accompanying the Application (the "**Original Proposed Order**").

5.      Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates the changes requested by the U.S. Trustee (the "**Revised Order**").  Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6.      The Debtors have confirmed that the U.S. Trustee has no objections to the Revised Order.

[remainder of page left intentionally blank]

7.    We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: August 1, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*