**Exhibit 1**

**Ordinary Course Professional List**

| Ordinary Course Professional | Service Provided |
|---|---|
| 50 Words, LLC | Provides crisis communication services. |
| Baratz & Associates, P.A. | Provides consulting evaluation and valuation services relating to arrangements with healthcare providers. |
| Bellevue Communications | Provides public relations services. |
| Connolly Gallagher LLP | Provides local counsel litigation services in matters involving Tenet/Conifer. |
| Conrad O'Brien PC | Provides litigation services in matters involving Tenet/Conifer, adjustment claims and other matters. |
| Eckert Seamans Cherin & Mellott, LLC | Provides labor and employment counsel. |
| Germaine Solutions | Provides graduate medical education consulting services. |
| Health Sciences Law Group LLP | Provides legal services relating to orphaning and medical staff matters. |
| Jackson Lewis P.C. | Provides litigation services in matters involving government agency claims. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | Provides legal services relating to workers' compensation claims. |
| Obermayer Rebmann Maxwell & Hippel LLP | Provides litigation services in matters involving Drexel University, medical malpractice matters and other matters. |
| Reed Smith LLP | Provides legal services relating to antitrust matters. |
| Robinson Kirlew & Associates | Provides legal services relating to immigration matters. |
| Salem & Green P.C. | Provides legal services relating to Medicare matters and matters related to the transfer of residency programs. |
| Suzanne Pritchard, Esq. | Provides legal services relating to guardianship matters. |