IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a/ | ) | Case No. 19-11466(KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

Jeffrey Cutler ("Mr. Cutler"), a *Pro Se* individual, has submitted for filing his "Objection Because Bankruptcy Order Violates United States Constitution Amendment 13 and Unjust Enrichment" (the "Objection"). The Court has read the objection and finds that it is not responsive to any motion filed in the case or matter raised or which could be raised. Further, the Objection contains immaterial and scandalous statements. Accordingly, pursuant to Bankruptcy Rule 12(f), the Court directs the Clerk not to docket the Objection.

SO ORDERED

Dated: August 2, 2019

_____
KEVIN GROSS, U.S.B.J.