# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF PUBLICATION OF THE PHILADELPHIA INQUIRER OF NOTICE OF SALE OF ASSETS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

35715284.1 8/2/19

Proof of Publication in The Philadelphia Inquirer
Under Act. No 160, P.L. 877, July 9, 1976

*STATE OF PENNSYLVANIA*
*COUNTY OF PHILADELPHIA*

Helene Sweeney being duly sworn, deposes and says that **The Philadelphia Inquirer** is a daily newspaper published at 8th and Market Street, Philadelphia, Pennsylvania, which was established in the year 1829, since which date said daily newspaper has been regularly published and distributed in said County, and that a copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions and issues of said daily newspaper on the following dates:

August 2, 2019

Affiant further deposes and says that she is an employee of the publisher of said newspaper and has been authorized to verify the foregoing statement and that she is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*Helene Sweeney* (signature)

Sworn to and subscribed before me this 2nd day of August, 2019.

*Cindy Jakubowski* (signature)
*Notary Public*

My Commission Expires:

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CINDY JAKUBOWSKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 30, 2020

---

**Copy of Notice of Publication**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
CENTER CITY HEALTHCARE, LLC d/b/a ) Case No. 19-11466 (KG)
HAHNEMANN UNIVERSITY HOSPITAL, et al., ) Jointly Administered
Debtors. ) Related to Docket Nos. 205 and 301

**NOTICE OF SALE OF ASSETS**

To: All Persons with Claims against the Debtors in the Above-Captioned Cases, including Claims against St. Christopher's Hospital for Children:

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), including St. Christopher's Healthcare, LLC, the entity that operates St. Christopher's Hospital for Children ("STC"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") on June 30, 2019 or July 1, 2019.

St. Christopher's Healthcare, LLC ("SCH") and certain of its affiliates are seeking to sell substantially all assets of SCH, SCHC Pediatric Associates, L.L.C, St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C. and TPS V of PA, L.L.C. (together, the "STC Entities").[1] The Debtors will consider proposals to acquire some or all of the STC Entities' assets (the "Assets") through a sale under section 363 of the Bankruptcy Code. The Debtors have reserved the right to seek Court approval, with notice and an opportunity for hearing, of one or more parties to serve as a stalking horse purchaser (each a "Stalking Horse Purchaser") to acquire some or all of the Assets pursuant to a Transaction Agreement between the STC Entities and the Stalking Horse Purchaser.

By order, dated July 26, 2019 [Docket No. 301] (the "Bidding Procedures Order"), the Bankruptcy Court approved certain "Bidding Procedures" that govern the sale(s) of, or other transaction(s) to acquire, the Assets by the highest and best bidders. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

The Debtors have requested that the Bankruptcy Court enter an order or orders (the "Sale Orders"), providing, among other things, for the sale of the Assets free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption of certain liabilities. A separate notice will be provided to counterparties to executory contracts and unexpired leases with the Debtors that may be assumed and assigned in connection with the Sale Orders.

IF THE SALE IS APPROVED, THE PURCHASER WILL NOT BE LIABLE ON ACCOUNT OF ANY CLAIMS AGAINST ANY OF THE DEBTORS (OTHER THAN CLAIMS AFFIRMATIVELY ASSUMED BY THE PURCHASER), INCLUDING CLAIMS OF PATIENTS TREATED AT STC, INCLUDING CLAIMS OF WHICH THE HOLDER MAY NOT BE PRESENTLY AWARE.

**Obtaining Additional Information/Contact Information for Interested Bidders**

Copies of the Bidding Procedures Order, the Bidding Procedures, and other pleadings are available at the website for the Debtors' claims and noticing agent, Omni Management Group, at https://omnimgt.com/CenterCityHealthcare.

Any interested bidder should contact the Debtors' investment banker, SSG Advisors, LLC, c/o J. Scott Victor (Email: jsvictor@ssgca.com; Phone: (610) 940-5802), Teresa C. Kohl (Email: tkohl@ssgca.com; Phone: (610) 940-9521), and Craig D. Warznak (Email: cwarznak@ssgca.com; Phone: (610) 940-3615).

**Key Dates and Deadlines**

- The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Assets (the "Sale Objection Deadline") is **September 13, 2019 at 4:00 p.m. (ET)** provided that, solely with respect to an objection to the conduct of the Auction, the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, or the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Back-Up Bid, the deadline to file an objection shall be **4:00 p.m. (ET) on September 20, 2019**.
- **How to File an Objection**: Objections must (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of this Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, on or before the Sale Objection Deadline; and (e) be served, so as to be actually received on or before the Sale Objection Deadline, upon: (i) proposed counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19899, Attn: Mark Minuti, and Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA, Attn: Jeffrey C. Hampton; (ii) counsel to MidCap Financial Trust, Stradley, Ronon, Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103, Attn: Gretchen M. Santamour, Esq., and 1000 N. West Street, Suite 1279, Wilmington, DE 19801, Attn: Joelle E. Polesky, Esq., and (iii) proposed counsel to the Committee, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey, 07102, Attn: Andrew Sherman and Boris Mankovetskiy.
- Except with respect to any Stalking Horse Purchaser, the deadline to be qualified as a Qualifying Bidder and to submit a Qualifying Bid is **September 16, 2019 at 4:00 p.m. (ET)**. Subject to Section 7 of the Bidding Procedures with respect to credit bids, all Qualifying Bids must be accompanied with a deposit in an amount equal to ten percent (10%) of the total consideration provided under the proposed Transaction Agreement; provided however, that the Debtors may alter the Deposit requirement for any party selected as a Stalking Horse Purchaser with leave of the Court.
- An auction for the Assets will commence on **September 18, 2019 at 10:00 a.m. (ET)** at the offices of Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.
- The Bankruptcy Court will conduct a hearing (the "Sale Hearing") to consider the proposed Sale on: **September 23, 2019 at 1:00 p.m. (ET)**.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION**

THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE APPLICABLE OBJECTION DEADLINE SHALL BE DEEMED TO CONSENT TO, AND A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO, THE MOTION, THE SALE ORDERS, THE PROPOSED TRANSACTIONS, OR THE STC ENTITIES' CONSUMMATION AND PERFORMANCE OF THE TRANSACTION AGREEMENT(S) (INCLUDING, WITHOUT LIMITATION, THE STC ENTITIES' TRANSFER OF ANY OF THE ASSETS AND ASSUMPTION AND ASSIGNMENT OF ANY ASSUMED CONTRACTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).

[1] For the avoidance of doubt, as reflected herein, the STC Entities do not include Center City Healthcare, LLC d/b/a Hahnemann University Hospital or the related Hahnemann University Hospital practice groups.

B4 | THE PHILADELPHIA INQUIRER | FRIDAY, AUG. 2, 2019
C | INQUIRER.COM
Case 19-11466-MFW    Doc 343    Filed 08/02/19    Page 3 of 3

# MARKETPLACE

thousands of items here and online at INQUIRER.COM

TO PLACE AN AD, CALL 1.800.341.3413 OR GO ONLINE AT INQUIRER.COM/PLACEANAD

## autos other

**AUTOS, TRUCKS WANTED**

**WE BUY CARS & TRUCKS**
IN ANY CONDITION!
$100-$5000 Cash   267-229-1970

**WE BUY JUNK CARS**
PAID IN CASH, FREE TOWING. CALL:
215-730-0900 OR 609-367-4437

## automotive

DODGE Grand Caravan Mobility   2013,
$32,000. Good Cond. 609-747-8080

## low cost cars & trucks

VW Jetta GL 2002, $1,250.
4dr, auto, loaded, clean. 215-280-4825

## merchandise market

### TICKETS/AMUSEMENTS

**LOOK**
WANTED: EAGLES***& PHILLIES     ***
*** SEASON TICKETS ***
Top $$ paid
Call 800-786-8425

## WANTED TO BUY

Coins, Comics, Trains, Magazines, Toys,
Military, Model Kits, Books, 610.639.0563

WANTED FREON. We Pay CA$H.
R12 R500 R11. Cert. Professionals
www.refrigerantfinders.com/ad
312-291-9169

## service directory

**NOTICE**
For more information and assistance
regarding the investigation of Money To
Loan Advertising, Philadelphia
Newspapers, LLC urges its readers to
contact:
THE BETTER BUSINESS BUREAU
OF EASTERN PA 1930 Chestnut St.,
P.O. Box 2297, Phila., PA 19103.
215-448-6100

### ADULT & ELDERLY CARE

10yrs exp,caring,cooks,laundry,lt house
keeping, bathes, w/ref, 347-777-6088

## everything pets

### pets/livestock

Please be aware
Possession of exotic/wild animals may
be restricted in some areas.

### CATS

MAINE COON kittens, 1st s&w,
$400, Ready to go. 484-357-4885

### DOGS

Goldn Retriever / Eng Creme Pups, AKC,
fam raised, health cert. 717-598-6663

Portuguese Water Dog, 9 weeks,
Portuguese Water dog puppies Ready To
GO! Brown and Black. M and F. Home raised
with love! They melt in your arms! AKC
Registered, UTD on shots and worming,
vet exam, and a full year health guarantee!
Parents have been health tested and come
from Champion show lines. Come visit my
puppy preschool and see how my pups are
raised.   $2,500   (484)   886-9829
lward5005@gmail.com

Toy poodle, 8 wks,  ACA cream to red toy
poodles, vet chck, worm, leave msg - $395
(717) 664-2334 Edpfoutz@gmail.com

## adult lines

**CHAT LINE**
Where singles meet to chat & have fun!
Browse & Reply for Free 18+! Gay:
215.474.0019 Str: 215.474.0200

Support
fearless journalism.
Subscribe

**The Inquirer**
INQUIRER.COM/SUBSCRIBE1

## legal notices
INQUIRER.COM

### Legal Notices

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  ) Chapter 11
CENTER CITY HEALTHCARE, LLC d/b/a  ) Case No. 19-11466 (KG)
HAHNEMANN UNIVERSITY HOSPITAL, et al., ) Jointly Administered
Debtors. ) Related to Docket
 ) Nos. 205 and 301

**NOTICE OF SALE OF ASSETS**
**To: All Persons with Claims against the Debtors in the Above-Captioned Cases, including Claims against St. Christopher's Hospital for Children:**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), including St. Christopher's Healthcare, LLC, the entity that operates St. Christopher's Hospital for Children ("**STC**"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 30, 2019 or July 1, 2019.

St. Christopher's Healthcare, LLC ("**SCH**") and certain of its affiliates are seeking to sell substantially all assets of SCH, SCHC Pediatric Associates, L.L.C, St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C, StChris Care at Northeast Pediatrics, L.L.C. and TPS V of PA, L.L.C. (together, the "**STC Entities**"). The Debtors will consider proposals to acquire some or all of the STC Entities' assets (the "**Assets**") through a sale under section 363 of the Bankruptcy Code. **The Debtors have reserved the right to seek Court approval, with notice and an opportunity for hearing, of one or more parties to serve as a stalking horse purchaser (each a "Stalking Horse Purchaser") to acquire some or all of the Assets pursuant to a Transaction Agreement between the STC Entities and the Stalking Horse Purchaser.**

By order, dated July 26, 2019 [**Docket No. 301**] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain "**Bidding Procedures**" that govern the sale(s) of, or other transaction(s) to acquire, the Assets by the highest and best bidders. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

The Debtors have requested that the Bankruptcy Court enter an order or orders (the "**Sale Orders**"), providing, among other things, for the sale of the Assets free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption of certain liabilities. A separate notice will be provided to counterparties to executory contracts and unexpired leases with the Debtors that may be assumed and assigned in connection with the Sale Orders.

**IF THE SALE IS APPROVED, THE PURCHASER WILL NOT BE LIABLE ON ACCOUNT OF ANY CLAIMS AGAINST ANY OF THE DEBTORS (OTHER THAN CLAIMS AFFIRMATIVELY ASSUMED BY THE PURCHASER), INCLUDING CLAIMS OF PATIENTS TREATED AT STC, INCLUDING CLAIMS OF WHICH THE HOLDER MAY NOT BE PRESENTLY AWARE.**

**Obtaining Additional Information/Contact Information for Interested Bidders**

Copies of the Bidding Procedures Order, the Bidding Procedures, and other pleadings are available at the website for the Debtors' claims and noticing agent, Omni Management Group, at https://omniagnt.com/CenterCityHealthcare.

Any interested bidder should contact the Debtors' investment banker, SSG Advisors, LLC, c/o J. Scott Victor (Email: jsvictor@ssgca.com; Phone: (610) 940-5802), Teresa C. Kohl (Email: tkohl@ssgca.com; Phone: (610) 940-9521), and Craig D. Warznak (Email: cwarznak@ssgca.com; Phone: (610) 940-3615).

**Key Dates and Deadlines**
• The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Assets (the "**Sale Objection Deadline**") is **September 13, 2019 at 4:00 p.m. (ET)**; provided that, solely with respect to an objection to the conduct of the Auction, the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, or the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Back-Up Bid, the deadline to file an objection **shall be 4:00 p.m. (ET) on September 20, 2019**.
• **How to File an Objection**: Objections must (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of this Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, on or before the Sale Objection Deadline; and (e) be served, so as to be actually received on or before the Sale Objection Deadline, upon: (i) proposed counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19899, Attn: Mark Minuti, and Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA, Attn: Jeffrey C. Hampton; (ii) counsel to MidCap Financial Trust, Stradley, Ronon, Stevens & Young LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103, Attn: Gretchen M. Santamour, Esq., and 1000 N. West Street, Suite 1279, Wilmington, DE 19801, Attn: Joelle E. Polesky, Esq., and (iii) proposed counsel to the Committee, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey, 07102, Attn: Andrew Sherman and Boris Mankovetsky.
• Except with respect to any Stalking Horse Purchaser, the deadline to be qualified as a Qualifying Bidder and to submit a Qualifying Bid is **September 16, 2019 at 4:00 p.m. (ET)**. Subject to Section 7 of the Bidding Procedures with respect to credit bids, all Qualifying Bids must be accompanied with a deposit in an amount equal to ten percent (10%) of the total consideration provided under the proposed Transaction Agreement; provided however, that the Debtors may alter the Deposit requirement for any party selected as a Stalking Horse Purchaser with leave of the Court.
• An auction for the Assets will commence on **September 18, 2019 at 10:00 a.m. (ET)** at the offices of Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.
• The Bankruptcy Court will conduct a hearing (the "**Sale Hearing**") to consider the proposed Sale on: **September 23, 2019 at 1:00 p.m. (ET)**.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION**
**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE APPLICABLE OBJECTION DEADLINE SHALL BE DEEMED TO CONSENT TO, AND A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO, THE MOTION, THE SALE ORDERS, THE PROPOSED TRANSACTIONS, OR THE STC ENTITIES' CONSUMMATION AND PERFORMANCE OF THE TRANSACTION AGREEMENT(S) (INCLUDING, WITHOUT LIMITATION, THE STC ENTITIES' TRANSFER OF ANY OF THE ASSETS AND ASSUMPTION AND ASSIGNMENT OF ANY ASSUMED CONTRACTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).**

[1] For the avoidance of doubt, as reflected herein, the STC Entities do not include Center City Healthcare, LLC d/b/a Hahnemann University Hospital or the related Hahnemann University Hospital practice groups.

### Legal Notices

Notification is hereby given that Bank of America National Association, 100 North Tryon Street, Suite 170, Charlotte, Mecklenburg County, NC, 28202, has filed an application with the Comptroller of the Currency on August 2, 2019, as specified in 12 CFR 5 of the **Comptroller's Licensing Manual,** for permission to establish a domestic branch in the vicinity of:
• **2333 E Lincoln Highway, Langhorne, Bucks County, PA 19047**
Any person wishing to comment on this application may file comments in writing with the Large Bank Licensing Lead Expert, Office of the Comptroller of the Currency, 400 7th Street S.W., Mail Stop 10E-2, Washington, DC 20219, within 30 days after the date of this publication. The non-confidential portions of the application are on file with the Deputy Comptroller of the Currency as part of the public file. This file is available for public inspection during regular business hours.

**Proposals & Bids**

**SEPTA INVITATION TO BID**
SEPTA will accept Bids/Proposals via our eBid system for the Bid/Proposal indicated. Physical Bids/Proposals will not be accepted at the Pre-bid/Pre-Proposal Meeting. The Bid/Proposal will be opened electronically on the Opening Date/Time, and will be secure and unreadable until that time. If you have not already done so, you will need to register for ePS through septa. org. **19-00164-ACAC Maintenance & Inspection of SEPTA's Power Sub-Station's Fire & Burglar Alarm Systems.** Pre Bid Meeting August 8, 2019 at 1PM. Bid Opening: August 22, 2019 at 11AM. Buyer: Carolyn Caruso. ccaruso@septa.org. 215-580-7599. If you have any questions, please email the Contact Person referencing the BID number.

Become an Inquirer
INQUIRER.COM

## jobs

The Inquirer | MONSTER
INQUIRER.COM

### DRIVERS

**DELIVERY ASSISTANT**
Philadelphia, Exton,
Havertown, Bristol,
Kennett Square,
North Wales, Doylestown,
Quakertown

**Part Time - Hours:**
**2am-7am**

The Delivery Assistant will support the distribution of newspapers to home delivery subscribers. The position will also assist in warehouse setup duties and orientation of new carriers. In addition, the candidate should be customer service oriented, able to work in a team environment and be self-motivated. Candidates must have a valid driver's license and access to an insured and reliable vehicle.
**For more details and to apply, please visit**
**www.inquirer.com/careers**

### DRIVERS

**NEWSPAPER DELIVERY**

**Early morning hours**
**Must have reliable insured**
**vehicle & driver's license**

**Delivery routes available in**
**the following areas:**

**BURLINGTON COUNTY**
Burlington, Columbus
Florence, Moorestown
Marlton, Medford

**CAMDEN COUNTY**
Berlin, Clementon
Sicklerville, Cherry Hill
Audubon, Laurel Springs

**GLOUCESTER COUNTY**
Washington Township

**SALEM COUNTY**
Woodstown

For more information,
call (609) 665-2556
or email:
job.sgmgmt@gmail.com

SG Management NJ, Inc.

### DRIVERS

**DELIVERY ROUTE$**
**PAID WEEKLY**

**UPPER BUCKS COUNTY**
CHALFONT, PERKASIE, HATBORO,
DOYLESTOWN, QUAKERTOWN,
NEW HOPE, ROYERSFORD,
SOUDERTON, TELFORD,
HARLEYSVILLE, COLLEGEVILLE,
AMBLER, LANSDALE
& NORTH WALES

7 DAYS A WEEK
EARLY A.M. HOURS
License and Insured Car
215-854-4809

### DRIVERS

**DRIVERS**
Philadelphia Area

The Inquirer, Publisher of
The Philadelphia Inquirer &
The Philadelphia Daily News
& Inquirer.com has part time
openings for
**Route Sales Drivers**

Must be able to work Saturday and Sunday. These positions are part time regular positions, guaranteed two shifts per week,  up to five. Class "A" helpful but not req, Class B is req, a very clean driving record and the ability to drive trucks with a standard transmission.

Benefits eligible
Part Time @ $24.16/hr
Route service in local county areas.

Forward your resume
and cover letter to:
careers@inquirer.com
fax to Human Resources
610-292-6140
or mail to P.O. Box 8263
Philadelphia, PA  19101

**The Inquirer**

### DRIVERS

**DELIVERY ROUTE$**
BRISTOL, LEVITTOWN,
TREVOSE, BENSALEM,
YARDLEY & LANGHORNE
CALL 215-854-5269 or
Email
cbkbllc@yahoo.com

### DRIVERS

**DELIVERY ROUTE$**
**AVAILABLE**

**PAID WEEKLY**
Chester Springs, Downingtown,
Glenmoore, Honey Brook,
Malvern, West Chester,
Kennett Square, Oxford,
Lincon University, Landenburg,
West Grove, PA
Mt. Airy, Center City,
Northeast & South Phila
License/insured car
CALL  215-854-4809
Email: carriers@inquirer.com

### SALES

**SALES**
**Blue Waters Marketing**
is looking to contract with
Experienced salespeople to
engage in sales on an
independent contractor basis.
This opportunity involves sales of
newspaper subscriptions.
Potential profits of
$200 to $500 per day
**Please call**
Blue Waters Marketing
Russ Waldman at 215.805.6464
Or Jon Madden at 925.565.9099

### SALES

**SALES JOBS**

LOOKING FOR FULL TIME OR
PART TIME REPS.

COMMISSION ONLY SALES
POSITIONS AVAILABLE TO
START IMMEDIATELY.

215-910-0353

### jobs wanted

**JOBS WANTED**

Caregiver for the elderly. Exc refs. Look
no further. 215.938.1992, Ms.Gordon,

## auto dealer directory
INQUIRER.COM

| ASTON MARTIN | BUICK | KERBECK CADILLAC 340 Albany Ave Atlantic City, NJ kerbeckcars.com 609-345-2100 | CORVETTE | GMC | LAMBORGHINI | MASERATI | NISSAN | SAAB |
|---|---|---|---|---|---|---|---|---|
| F.C. KERBECK ASTON MARTIN Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | F.C. KERBECK Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | CHEVROLET | KERBECK CORVETTE 430 N. Albany Ave Atlantic City, NJ www.kerbeck.com 1-800-57-VETTE 1-800-578-3883 | F.C. KERBECK Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | F.C. KERBECK Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | FC KERBECK Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | ARDMORE NISSAN 265 E. Lancaster Ave. Ardmore, PA www.ardmorenissan.com 610-649-4400 | F.C. KERBECK SAAB SERVICE Route 73, Palmyra, NJ www.FCKerbeck.com 856-786-8200 |
|  |  | CADILLAC | KERBECK CHEVROLET 340 N. Albany Ave Atlantic City, NJ kerbeckcars.com 609-344-2100 | HONDA |  |  |  |  |
| BENTLEY |  | F.C. KERBECK Pre-Owned Cadillacs Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | DODGE | BURNS HONDA 325 NORTH ROUTE 73 MARLTON, NJ 08053 Authorized Dealer (856) 983-6131 | LEXUS | MAZDA | ROLLS ROYCE | RAM |
|  |  | CHRYSLER |  | JEEP |  |  |  |  |
| F.C. KERBECK Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | HOLMAN CADILLAC 1200 Rt. 73 S. Mt. Laurel, NJ 1-856-778-1000 Holman Cadillac.com | GARY BARBERA'S on the BLVD garybarbera.com 1-800-BARBERA.COM Is Barbera The Best... BOY I GUESS! | GARY BARBERA'S on the BLVD garybarbera.com 1-800-BARBERA.COM Is Barbera The Best... BOY I GUESS! | GARY BARBERA'S on the BLVD 300JeepsCheap.com 1-800-BARBERA.COM Is Barbera The Best... BOY I GUESS! | LEXUS OF ATLANTIC CITY Fire Rd., Egg Harbor Twp, NJ Authorized Dealer 1-800-31-LEXUS 609-641-0008 | MAPLE SHADE MAZDA RT. 73 - MAPLE SHADE RT. 42 - TURNERSVILLE MSMAZDA.COM TOLL FREE 866.888.0534 | F.C. KERBECK Route 73, Palmyra, NJ www.FCKerbeck.com 856-829-8200 | GARY BARBERA'S on the BLVD garybarbera.com 1-800-BARBERA.COM Is Barbera The Best... BOY I GUESS! |

# TRAVEL
# —THROUGH
# TIME

**The Inquirer**

Inquirer.com/timetravel

