# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF PUBLICATION OF THE WALL STREET JOURNAL OF NOTICE OF SALE OF ASSETS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

35715299.1 8/2/19

# AFFIDAVIT

STATE OF NEW JERSEY            )
                               ) ss:
CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1  insertion(s) on the following date(s):

AUG-02-2019;

ADVERTISER: CENTER CITY HEALTHCARE, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
2    day of  August       2019

_____
Notary Public



# BUSINESS NEWS

## ArcelorMittal Posts Loss, To Cut $2 Billion in Assets

*By Alistair MacDonald and Olivia Bugault*

**ArcelorMittal**, the world's largest steelmaker, swung to a loss in the second quarter and said it plans to shed about $2 billion in assets, as the beleaguered industry suffers a fall in demand in Europe and the U.S.

The global steel industry has been hit by overcapacity and gains in the price of iron ore, a central ingredient in production, after the Brumadinho tailings dam disaster curbed mining of the resource in Brazil.

Chief Executive Lakshmi Mittal called for tougher protective measures to help European-based steelmakers compete against imports but also said that U.S. tariffs on imports of the metal have pushed domestic production above domestic demand, putting pressure on prices.

"All these pressures [in Europe] have created an unsustainable situation that we have not seen in many years," he said in an interview. Mr. Mittal noted that European and Chinese steel prices are at around the same level for the first time, a sign of the unfavorable conditions for Europe.

In the U.S., due to tariffs, "we saw the domestic supply outpace demand, and suddenly we have seen prices plummeting," he said.

Last year, President Trump announced a 25% tariff on steel imports. The European Union retaliated with measures to protect it against steel that was being deflected from the U.S. into Europe.

ArcelorMittal recorded a net loss for the quarter of $447 million, compared with a profit of $1.87 billion a year earlier, as it booked $900 million in impairments, it said.

Earnings before interest, taxes, depreciation and amortization totaled $1.6 billion, ahead of a company-compiled consensus. Sales totaled $19.28 billion, down from $20 billion a year earlier, the company said.

ArcelorMittal expects global steel demand in 2019 to grow between 0.5% and 1.5%, a half-percentage-point fall in its forecast.

Much of that gain, though, is expected to be in China, where ArcelorMittal doesn't have a large presence.

Demand in Europe, where it does, has been particularly weak, dragged down by a fall in demand from Germany's auto and machine sectors.

The Luxembourg-based company said that there are signs of improvement in the U.S., but it expects continued weakness in Europe. Mr. Mittal said the company's debt levels were at the lowest level in the company's history.



The European steel company expects global demand in 2019 to grow between 0.5% and 1.5%.

## EARNINGS WATCH

### KELLOGG
**Snacks Feed Growth And Share Price**

Consumer appetite for snacks drove **Kellogg** Co.'s results in the second quarter, helping the food maker offset weaker demand for cereals in the U.S. and Canada.

Shares in the Battle Creek, Mich., company rose 9.3% after it said second-quarter sales of Pringles chips, Cheez-It crackers and other snacks increased almost 4% in North America. Overall, revenue exceeded Wall Street targets.

Food manufacturers have boosted their exposure to snacks in recent years, following a shift by U.S. consumers toward more grazing on snacks throughout the day. "It's a very competitive category because it's an exciting category that's growing," Chief Executive Steve Cahillane said. "We like our competitive position."

Overall, revenue rose 3% to $3.46 billion from a year earlier. Analysts had forecast $3.41 billion in revenue, according to FactSet. Organic sales, which exclude the effects of currency fluctuations, acquisitions and asset sales, rose 2.3%. Net income was $286 million, or 84 cents a share, off 52% compared with $596 million, or $1.71 a share, a year earlier. Profit fell in part because of costs related to the sale of the Keebler cookie business and other brands.

—*Micah Maidenberg*

### DUPONT
**Chemical Maker Sets Weak Sales Forecast**

**DuPont de Nemours** Inc. said it expects organic sales to fall this year, the latest company to report weakness in industrial markets including car and electronics production.

The speciality-chemicals maker said it expects soft demand in many of its businesses to continue through the second half of the year. "We are not counting on any improvement happening," Executive Chairman Edward Breen told investors.

Shares fell by less than 1% as the company beat earnings expectations for the quarter through price increases and cost savings. DuPont had $100 million of cost savings for the quarter and expects $450 million for the year.

For the second quarter, DuPont posted a loss of $571 million, compared with a profit of $1.77 billion a year earlier. Its loss of 76 cents a share compared with a profit of $2.27 a share a year earlier. The loss was largely due to an impairment charge. On an adjusted basis, earnings were 97 cents a share, up from 89 cents a share. Analysts polled by FactSet were expecting adjusted earnings of 89 cents a share.

—*Austen Hufford*

### SIEMENS
**Eurozone Slowdown Sends Profit Down**

**Siemens** AG said a weakening global economic environment was hurting its key industrial businesses as the German industrial giant reported a decline in quarterly earnings, sending its shares more than 5% lower.

The company was the latest to warn about the fallout from global trade tensions on Germany's export-dependent economy. Economic growth slowed down markedly in the eurozone during the quarter, largely due to manufacturing strains in Germany. Chief Executive Joe Kaeser said "geopolitics and geoeconomics are harming an otherwise positive investment sentiment."

Siemens said it was keeping its full-year targets but warned that reaching its goal of moderate growth in revenue was becoming more challenging. The company is in the midst of a major overhaul, shedding its struggling power-and-gas business and reorganizing units.

Net profit for the third quarter fell to €1.03 billion ($1.13 billion) from €1.11 billion a year earlier, partly because of high severance charges and as global economic challenges hurt its industrial units.

—*Ruth Bender*



The Cheez-It maker said quarterly snack sales in North America rose 4%. Revenue beat expectations.

## Corporate Inversions Start to Ebb

*Continued from page B1*

do it is clearly there," said Robert Willens, a New York tax analyst.

Earlier this decade, companies had strong incentives to take non-U.S. addresses. U.S. companies owed the full 35% tax rate on their worldwide income, though they got credits for foreign taxes and deferred the U.S. layer until they repatriated money.

Foreign-based companies didn't face that second tax layer. And they could use a technique called earnings stripping, loading U.S. operations with deductible expenses and pushing profits into lower-taxed jurisdictions.

Through mergers, companies such as Allergan, Mylan, Medtronic and Johnson Controls PLC moved tax addresses abroad. The companies were often managed from the U.S.

"It was always a fiction that they were foreign," said Steve Wamhoff, director for federal tax policy at the Institute on Taxation and Economic Policy, a liberal group critical of corporate tax avoidance.

Obama administration regulations curbed some benefits. Then, the 2017 law cut the U.S. corporate tax rate to 21% from 35%, reducing incentives for profit shifting and using foreign-parent companies. "The Trump administration's

> The law cut the U.S. corporate tax rate, reducing incentives for profit shifting.

response to this whole situation was to cut corporate taxes enough that corporations don't really need to try that hard to avoid them," Mr. Wamhoff said.

The law also aimed at earnings stripping by adding a tax on certain cross-border transfers within companies.

"It's too early to say definitively that the playing field is level, but it is more level today than it was," said Bret Wells, a law professor at the University of Houston.

Because companies changed addresses without necessarily moving jobs or operations, inversions had limited economic effects. But the moves reduced federal revenue and disadvantaged U.S. companies competing against inverted firms.

In this week's deal, Pfizer's off-patent drug division will merge with Mylan, best known for the EpiPen emergency allergy treatment.

Favorable corporate tax conditions resulting from the 2017 law contributed to the decision to domicile the new company in the U.S., according to people familiar with the merger. But an important reason was also Delaware's attractive corporate-governance rules for shareholders, according to Mylan and Pfizer.

"That's a very important part of the investment thesis," Albert Bourla, Pfizer's chief executive, said in an interview.

Allergan referred comment to AbbVie, which said remaining a U.S.-incorporated company was the most appropriate structure for the company.

—*Jonathan Rockoff contributed to this article.*

---

ADVERTISEMENT

**The Marketplace**
To advertise: 800-366-3975 or WSJ.com/classifieds

### NOTICE OF SALE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., Debtors.  
Chapter 11  
Case No. 19-11466 (KG)  
Jointly Administered  
Related to Docket Nos. 205 and 301

### NOTICE OF SALE OF ASSETS

To: All Persons with Claims against the Debtors in the Above-Captioned Cases, including Claims against St. Christopher's Hospital for Children:

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), including St. Christopher's Healthcare, LLC, the entity that operates St. Christopher's Hospital for Children ("**STC**"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 30, 2019 or July 1, 2019.

St. Christopher's Healthcare, LLC ("**SCH**") and certain of its affiliates are seeking to sell substantially all assets of SCH, SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C, StChris Care at Northeast Pediatrics, L.L.C. and TPS V of PA, L.L.C. (together, the "**STC Entities**").[1] The Debtors will consider proposals to acquire some or all of the STC Entities' assets (the "**Assets**") through a sale under section 363 of the Bankruptcy Code. The Debtors have reserved the right to seek Court approval, with notice and an opportunity for hearing, of one or more parties to serve as a stalking horse purchaser (each a "**Stalking Horse Purchaser**") to acquire some or all of the Assets pursuant to a Transaction Agreement between the STC Entities and the Stalking Horse Purchaser.

By order, dated July 26, 2019 [**Docket No. 301**] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain "**Bidding Procedures**" that govern the sale(s) of, or other transaction(s) to acquire, the Assets by the highest and best bidders. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

The Debtors have requested that the Bankruptcy Court enter an order or orders (the "**Sale Orders**"), providing, among other things, for the sale of the Assets free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption of certain liabilities. A separate notice will be provided to counterparties to executory contracts and unexpired leases with the Debtors that may be assumed and assigned in connection with the Sale Orders.

IF THE SALE IS APPROVED, THE PURCHASER WILL NOT BE LIABLE ON ACCOUNT OF ANY CLAIMS AGAINST ANY OF THE DEBTORS (OTHER THAN CLAIMS AFFIRMATIVELY ASSUMED BY THE PURCHASER), INCLUDING CLAIMS OF PATIENTS TREATED AT STC, INCLUDING CLAIMS OF WHICH THE HOLDER MAY NOT BE PRESENTLY AWARE.

**Obtaining Additional Information/Contact Information for Interested Bidders.** Copies of the Bidding Procedures Order, the Bidding Procedures, and other pleadings are available at the website for the Debtors' claims and noticing agent, Omni Management Group, at https://omnimgt.com/CenterCityHealthcare.

Any interested bidder should contact the Debtors' investment banker, SSG Advisors, LLC, c/o J. Scott Victor (Email: jsvictor@ssgca.com; Phone: (610) 940-5802), Teresa C. Kohl (Email: tkohl@ssgca.com; Phone: (610) 940-9521), and Craig D. Warznak (Email: cwarznak@ssgca.com; Phone: (610) 940-3615).

### Key Dates and Deadlines

• The deadline to file an objection with the Bankruptcy Court to the proposed sale of the Assets (the "**Sale Objection Deadline**") is **September 13, 2019 at 4:00 p.m. (ET)**; provided that, solely with respect to an objection to the conduct of the Auction, the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, or the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid or Back-Up Bid, the deadline to file an objection **shall be 4:00 p.m. (ET) on September 20, 2019**.

• **How to File an Objection**: Objections must (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of this Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, on or before the Sale Objection Deadline; and (e) be served, so as to be actually received on or before the Sale Objection Deadline, upon: (i) proposed counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19899, Attn: Mark Minuti, and Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA, Attn: Jeffrey C. Hampton; (ii) counsel to MidCap Financial Trust, Stradley, Ronon, Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103, Attn: Gretchen M. Santamour, Esq., and 1000 N. West Street, Suite 1279, Wilmington, DE 19801, Attn: Joelle E. Polesky, Esq., and (iii) proposed counsel to the Committee, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey, 07102, Attn: Andrew Sherman and Boris Mankovetskiy.

• Except with respect to any Stalking Horse Purchaser, the deadline to be qualified as a Qualifying Bidder and to submit a Qualifying Bid is **September 16, 2019 at 4:00 p.m. (ET)**. Subject to Section 7 of the Bidding Procedures with respect to credit bids, all Qualifying Bids must be accompanied with a deposit in an amount equal to ten percent (10%) of the total consideration provided under the proposed Transaction Agreement; provided however, that the Debtors may alter the Deposit requirement for any party selected as a Stalking Horse Purchaser with leave of the Court.

• An auction for the Assets will commence on **September 18, 2019 at 10:00 a.m. (ET)** at the offices of Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.

• The Bankruptcy Court will conduct a hearing (the "**Sale Hearing**") to consider the proposed Sale on: **September 23, 2019 at 1:00 p.m. (ET)**.

### CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION BY THE APPLICABLE OBJECTION DEADLINE SHALL BE DEEMED TO CONSENT TO, AND A BAR TO THE ASSERTION BY SUCH PERSON OR ENTITY OF ANY OBJECTION TO, THE MOTION, THE SALE ORDERS, THE PROPOSED TRANSACTIONS, OR THE STC ENTITIES' CONSUMMATION AND PERFORMANCE OF THE TRANSACTION AGREEMENT(S) (INCLUDING, WITHOUT LIMITATION, THE STC ENTITIES' TRANSFER OF ANY OF THE ASSETS AND ASSUMPTION AND ASSIGNMENT OF ANY ASSUMED CONTRACTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS).

[1] For the avoidance of doubt, as reflected herein, the STC Entities do not include Center City Healthcare, LLC d/b/a Hahnemann University Hospital or the related Hahnemann University Hospital practice groups.

### NOTICE OF SALE

**NOTICE OF PUBLIC AUCTION**

Reference is hereby made to that certain Security Agreement, dated as of February 26, 2003 (the "Security Agreement"), by and among Northlake CDO I, Limited, as Issuer, Deutsche Bank Trust Company Americas, as Collateral Agent thereunder (when acting in such capacity, the "Collateral Agent"), Trustee and Securities Intermediary. In accordance with the applicable provisions of the Security Agreement and the Uniform Commercial Code as in effect in the State of New York, the following assets will be sold (individually or on a portfolio basis) to the highest qualified bidder(s) at Public Auction to be held on the dates and times set forth below:

**PORTFOLIO NO. 1 - SUBPRIME**
Bid Deadline: August 15, 2019 at 10:00 a.m. (prevailing Eastern time)

| No. | CUSIP | Issue | Original Principal Amount ($) |
|---|---|---|---|
| 1 | 00764MCL9 | AABST 2004-3 B3 | 1,000,000.00 |
| 2 | 004421CT8 | ACE 2003-NC1 M4 | 1,000,000.00 |
| 3 | 00252FBG5 | AMIT 2005-1 M9 | 1,000,000.00 |
| 4 | 03072SCW3 | AMSI 2002-3 M3 | 500,000.00 |
| 5 | 03072SDK8 | AMSI 2002-4 M3 | 3,000,000.00 |
| 6 | 03072SDZ6 | AMSI 2002-C M2 | 3,000,000.00 |
| 7 | 03072SEL5 | AMSI 2003-AR1 M3 | 1,000,000.00 |
| 8 | 79549ARA9 | CBASS 2002-CB3 B1 | 2,000,000.00 |
| 9 | 79549AR87 | CBASS 2002-CB2 B2 | 1,000,000.00 |
| 10 | 12489WFF6 | CBASS 2002-CB4 B1 | 2,000,000.00 |
| 11 | 12506YAG4 | CDCMC 2002-HE1 M | 2,000,000.00 |
| 12 | 161546DA1 | CFAB 2002-3 1B | 1,675,000.00 |
| 13 | 17877PC88 | CITYH 1997-B M2A | 1,872,000.00 |
| 14 | 126673PW6 | CWL 2004-BC5 B | 1,250,000.00 |
| 15 | 126673Y89 | CWL 2005-7 AF5W | 2,000,000.00 |
| 16 | 22541QNM0 | HEAT 2003-5 M3 | 1,000,000.00 |
| 17 | 43708AAX0 | INABS 2005-A M7 | 3,000,000.00 |
| 18 | 456606DD1 | INHEL 2001-AZ | 1,450,000.00 |
| 19 | 542514DF8 | LBMLT 2002-5 M4B | 2,000,000.00 |
| 20 | 542514DL5 | LBMLT 2003-1 M3 | 2,000,000.00 |
| 21 | 542514JC9 | LBMLT 2004-4 M10 | 1,750,000.00 |
| 22 | 61909QAG1 | MABS 2002-NC1 M4 | 2,000,000.00 |
| 23 | 61746RAD3 | MSAC 2002-HE3 B1 | 2,000,000.00 |
| 24 | 61746REC1 | MSAC 2003-NC10 B3 | 1,000,000.00 |
| 25 | 61746WMM9 | MSDWC 2002-AM1 M2 | 3,000,000.00 |
| 26 | 61746WM5N6 | MSDWC 2002-NC1 B1 | 1,145,000.00 |
| 27 | 61746WNZ9 | MSDWC 2002-NC2 B1 | 3,000,000.00 |
| 28 | 64352VED9 | NCHET 2003-5 AI6 | 3,000,000.00 |
| 29 | 66987XCH6 | NHEL 2003-1 M3 | 2,000,000.00 |
| 30 | 71085PC24 | PCHLT 2005-5 M9 | 1,000,000.00 |
| 31 | 759950DC1 | RAMC 2003-2 M4 | 300,000.00 |
| 32 | 76110WWK8 | RASC 2004-KS2 MI3 | 2,500,000.00 |
| 33 | 86356EJN7 | SAIL 2004-5 B | 2,514,000.00 |

**PORTFOLIO NO. 2 - MIX**
Bid Deadline: August 15, 2019 at 2:00 p.m. (prevailing Eastern time)

| No. | CUSIP | Issue | Original Principal Amount ($) |
|---|---|---|---|
| 1 | 264402AF5 | DUKEF 2003-5A 4A | 2,000,000.00 |
| 2 | 74686PAK6 | PTNM 2003-1A C | 2,000,000.00 |
| 3 | 073245AJ1 | BAYC 2003-2 B | 1,000,000.00 |
| 4 | 072345AD3 | BAYC 2003-2 M2 | 1,000,000.00 |
| 5 | 201736AK1 | CMLBC 2001-CMLB F | 2,000,000.00 |
| 6 | 46625MQ69 | JPMCC 2003-CB7 H | 1,500,000.00 |
| 7 | 023138AA8 | ABK 5.1 06/07/20 | 4,722.00 |
| 8 | 02315QAA6 | AMBC 0 02/12/23 | 16,749.00 |
| 9 | 337925CA7 | FPLUS 1997-3 M1 | 6,700,000.00 |
| 10 | 337925CG5 | FPLUS 1997-3 M2 | 2,000,000.00 |
| 11 | 2254W0GL3 | CSFB 2003-1 DB3 | 1,500,000.00 |
| 12 | 452547NA8 | IMSA 2003-2 M2 | 500,000.00 |
| 13 | 576433B54 | MABM 2002-3 B3 | 2,936,000.00 |
| 14 | 552654GQ7 | MASTR 2004-1 5A14 | 192,000.00 |
| 15 | 74951PBA5 | RESIF 2003-B B5 | 2,000,000.00 |
| 16 | 86357Z3J0 | SASC 2003-1 B2 | 250,000.00 |
| 17 | 94980B8E8 | WFMBS 2003-J B2 | 500,000.00 |
| 18 | 26866CL2 | EMCM 2003-R M1 | 445,000.00 |
| 19 | 36185NQ60 | GMACM 2003-GH2 A4 | 1,000,000.00 |
| 20 | 36220FLP9 | GSRPM 2003-1 B2 | 2,000,000.00 |
| 21 | 61746RCH2 | MSAC 2003-SD1 B1 | 1,300,000.00 |
| 22 | 740351AD5 | QUEST 2002-X1 M2 | 1,750,000.00 |
| 23 | 86359DRN9 | SASC 2005-GEL4 M3 | 2,500,000.00 |
| 24 | 897896AT3 | TRUMN 2004-1 M3 | 1,500,000.00 |
| 25 | 88156IBQ6 | TMTS 2003-5SL B3 | 2,500,000.00 |
| 26 | 83162ONC3 | SBAP 2003-20G 1 | 2,000,000.00 |
| 27 | 83162CNT6 | SBAP 2004-20E 1 | 2,000,000.00 |
| 28 | 493268CB0 | KSLT 2004-A 2D | 1,250,000.00 |
| 29 | 78443CBD5 | SLMA 2003-C B | 1,000,000.00 |
| 30 | 78443CDE3 | SLMA 2003-C C | 1,000,000.00 |
| 31 | 04831ZAD4 | ACETF 2002-1 A4 | 200,000.00 |

**Additional Information.** All bids must be submitted by the applicable above-noted Bid Deadline in accordance with the terms and conditions set forth in a bid package (the "Bid Package") relating to this Public Auction. In addition, please be advised that the sale of the above-noted assets (individually or on a portfolio basis) will be made only to the highest qualified bidder(s). For additional information regarding this Public Auction, and to obtain a Bid Package, please contact Dock Street Capital Management LLC, Attn: David Crowle, Managing Partner, Telephone No. 212.457.8258, E-mail: liquidations@dockstreetcap.com, or Jeffrey Holtman, Managing Partner, Telephone No.: 212.457.8255, liquidations@dockstreetcap.com. The Public Auction will be a public disposition (within the meaning of Section 9-610 of the UCC).

**Disclaimer.** The Collateral Agent is authorized at this Public Auction, if the Collateral Agent deems it necessary or otherwise advisable or is required by applicable law to do so: (a) to restrict the prospective bidders to, or purchasers of, any of the above-noted assets to be for their own accounts who (i) represent and warrant that they are a "qualified institutional buyer," as such term is defined in Rule 144A(a)(i) promulgated by the SEC under the Securities Act of 1933, as amended (the "Act"), and a "qualified purchaser" for purposes of Section 3(c)(7) of the United States Investment Company Act of 1940, as amended; and (ii) agree that they will not resell such assets without compliance with the registration requirements of the Act and applicable state securities laws pursuant to valid exemptions therefrom and (b) to impose such other limitations or conditions in connection with this Public Auction as the Collateral Agent deems necessary or advisable in order to comply with the Act or any other applicable law.

* All of the information contained herein is made to the best of the knowledge of the Collateral Agent as of the close of business on July 31, 2019.

### BUSINESS OPPORTUNITIES

**Request for Information**
**SOLICITATION NO. 62000-19-9926**
**Industry Day: August 6, 2019**
**Washington, DC**
**U.S. Securities & Exchange Commission**

The SEC is searching for a contractor or contractors to provide Trustee/Custodian and/or Recordkeeper services for an established Section 401(a) defined contribution program, known as the SEC Supplemental Retirement Plan (SRP). Assets currently exceed $80 million with approximately 4,400 participants. The purpose of Industry Day is to conduct an informational session to exchange preliminary information about a future Request For Proposal; present the SRP requirement and to solicit feedback.

Interested parties may attend in person or virtually. However, all interested parties participating must register via FedBizOpps (FBO) no later than Aug. 3, 2019. To obtain a copy of the full announcement and draft Statement Of Work (SOW), visit: www.fbo.gov; enter 62000-19-9926 in the Keyword/Solicitation # search box. Email questions about this opportunity to: Patrick Sisk (sisk@sec.gov) and Gabe Aviles (avilesg@sec.gov). Include 62000-19-9926 in the subject line of the email.



**Make Monthly Income**
*in Physical Silver*

**WEST HILLS CAPITAL**

WestHillsCapital.com • (888) 488-3239

**AMERICAN MADE RENEWABLE ENERGY LEADER**
Manufacturing Best-In-Class Solar Panels with proven Sr. Mgt. Team. Immediate need to keep pace with booming demand of existing client base & additional expansion of MFG line. Seeking equity partner.
**Respond to: Mr. Irving (917)751-1342**

**A HIDDEN GEM IN OREGON**- A 20 acre vineyard & winery, award-winning wine inventory, gorgeous house with a stunning view of the Willamette Valley. A turn-key operation in the Chehalem Mountains AVA. **3.2m**
To respond to this ad, please email
*Pinot2003@outlook.com*



**THE WALL STREET JOURNAL.**

**THE MARKETPLACE**

ADVERTISE TODAY

**(800) 366-3975**

For more information visit:
**wsj.com/classifieds**



© 2019 Dow Jones & Company, Inc.
All Rights Reserved.