## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re:  Docket Nos. 142 and 249** |
| | ) |

## NOTICE OF EXTENSION/CONTINUANCE OF BID DEADLINE, AUCTION, AND SALE HEARING DATE

**PLEASE TAKE FURTHER NOTICE** that on July 9, 2019, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief Fee* (the "**Sale Motion**") [D.I. 142].

**PLEASE TAKE FURTHER NOTICE** that on July 19, 2019, the United States Bankruptcy Court for the District of Delaware entered the *Order (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale* (the "**Bidding Procedures Order**") [D.I. 249] that, among other things, approved process and procedures (the "**Bidding Procedures**"), through which the Debtors will solicit bids for the sale of the Debtors' Residents Program Assets.[2]

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion, Bidding Procedures Order and Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and Bidding Procedures, the Debtors, in consultation with the Committee, are permitted to modify the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, after consultation with the Committee, to extend the Bid Deadline and the Auction as follows:

1.　　　The deadline to submit a Qualified Bid shall be **August 7, 2019 at 4:00 p.m. (prevailing Eastern time)**.

2.　　　In the event that the Debtors timely receive a Qualified Bid in addition to the Qualified Bid of the Stalking Horse Bidder, the Debtors shall conduct an Auction for the Residents Program Assets.  The Auction, if one is necessary, will commence on **August 8, 2019 at 10:00 a.m. (prevailing Eastern time)**, or such other date as determined by the Court, at the offices of Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (or at any other location as the Debtors may hereafter designate on proper notice).

3.　　　Objections to the conduct of the Auction and the terms of a sale to a Successful Bidder other than the Stalking Horse Bidder may be raised at the Sale Hearing.

4.　　　The Sale Hearing will be held before the Court on **August 9, 2019 at 9:30 a.m. (prevailing Eastern Time)**, or such other date as determined by the Bankruptcy Court, at 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that all other deadlines set forth in the Bidding Procedures Order and Bidding Procedures remain unchanged.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: August 2, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*

Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

35716528.1 08/02/2019