## Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. __** |
| | ) |

**ORDER APPROVING FIRST OMNIBUS MOTION OF THE DEBTORS
FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and

debtors in possession (the "**Debtors**") for the entry of an order (this "**First Omnibus Rejection**

**Order**") pursuant to Bankruptcy Code section 365(a), authorizing the Debtors to reject certain

executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"),

effective as of the date specified on **Exhibit 1**; and the Court having jurisdiction to consider the

Motion and the relief requested therein; and due and sufficient notice of the Motion having been

given; and it appearing that the relief requested by the Motion is in the best interest of the

Debtors' estates, creditors and other parties in interest; and the Court having reviewed the

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St.
Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of
PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care
Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast
Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C.
(5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is
230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the
Motion.

35696669.1 08/02/2019

-2-

Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date specified on **Exhibit 1**, to the extent such Contracts are executory contracts or unexpired leases.

3.      This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4.      To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court and received by Debtor on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5.      The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

35696669.1 08/02/2019

**Exhibit 1**

**Rejected Contracts**

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | 227 N. Broad Associates | Real Property Lease | 227 North Broad Street - 3rd Floor | TPS of PA, LLC | August 31, 2019 |
| 2 | Aargon Agency, Inc. | Master Service Agreement | Primary self pay and balance after insurance collection services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 3 | ABB Anethesia, Inc. | Services Agreement | Anesthesiology Coverage Services Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 4 | Abbott Nutrition | Hospital Agreement for Purchasing Infant Formula Products | Pricing for infant formula | Center City Healthcare, LLC | August 2, 2019 |
| 5 | Abiomed, Inc. | AIC Service Agreement | Maintenance services for Cath Lab equipment | Center City Healthcare, LLC | August 2, 2019 |
| 6 | Accredo Health Group, Inc. | Wholesale Application Agreement | Phamaceutical products | Center City Healthcare, LLC | August 2, 2019 |
| 7 | Advanced CE | Training Services Agreement | Training services for employed physicians and CRNAs | TPS of PA, LLC | August 2, 2019 |
| 8 | Advanced Sterilization Products Services, Inc. | Service Agreement Quotation | Maintenance services for sterilizers | Center City Healthcare, LLC | August 2, 2019 |
| 9 | Alliance for Paired Donation, Inc. | Cooperative Agreement for Kidney Paired Donation Services | Kidney donation matching services | Center City Healthcare, LLC | August 2, 2019 |
| 10 | Alpha Imaging, Inc. | Services Agreement | Service agreement for radiology equipment at South Broad Street clinic | TPS IV of PA, LLC | August 2, 2019 |
| 11 | American College of Cardiology Foundation | National Cardiovascular Data Registry Hospital Participant Master Agreement | Participation in National Cardiovascular Data Registry | Center City Healthcare, LLC | August 2, 2019 |
| 12 | American College of Surgeons | Metabolic and Bariatric Surgery Center Accreditation and Quality Improvement Program Participation Agreement | Bariatric surgery accreditation | Center City Healthcare, LLC | August 2, 2019 |
| 13 | American College of Surgeons | Hospital Participation Agreement | Participation in the National Surgical Quality Improvement program | Center City Healthcare, LLC | August 2, 2019 |
| 14 | American Heart Association, Inc. | Unified Particiation Agreement | Participation for coronary artery disease | Center City Healthcare, LLC | August 2, 2019 |
| 15 | AMO Sales and Service, Inc. | Total Technology Program Agreement | Rental of Phaco device | Center City Healthcare, LLC | August 2, 2019 |
| 16 | Aviacode, Inc. | Master Services Agreement | Physician coding audits (SOW entered into by Center City Healthcare, LLC) | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 17 | Bard Peripheral Vascular, Inc. | Consignment Agreement | Consignment agreement for vascular supplies | Center City Healthcare, LLC | August 2, 2019 |
| 18 | Biosense Webster, Inc. | Pricing Agreement #1809133 | Pricing agreement for ablation supplies | Center City Healthcare, LLC | August 2, 2019 |
| 19 | BKT Architects, LLC | Consulting Agreement | Design and consulting services for Hahnemann ED renovations | Center City Healthcare, LLC | August 2, 2019 |
| 20 | Borton-Lawson Engineering, Inc. | Short Form Agreement Between Owner and Engineer for Professional Services | Engineering and design services for Hahnemann chilled water system and replacement | Center City Healthcare, LLC | August 2, 2019 |
| 21 | Boston Scientific Corporation | Watchman Purchase Agreement | Pricing agreement for left atrial appendage closure supplies | Center City Healthcare, LLC | August 2, 2019 |
| 22 | Broadcast Music Inc. | Multiple Use License | License for public performance of licensed music in the facility | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 23 | Capital Health System, Inc. | Time Share Lease | 2 Capital Way, Pennington, NJ - Suite 380 | TPS of PA, LLC | August 2, 2019 |
| 24 | Cardinal Health 200, LLC | License Agreement with Royalty-Free Option | Rental of feeding pumps | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 25 | Cardiology Consultants of Philadelphia, PC | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage (Cardiac Cath. Lab) - On-Call Panel Services Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 26 | Cenova, Inc. | Services Agreement | Snow and ice removal services | Center City Healthcare, LLC | August 2, 2019 |
| 27 | Charley's Angels Photography Inc. | Services Agreement | Photography services for newborns | Center City Healthcare, LLC | August 2, 2019 |
| 28 | Colcom, Inc. | Services Agreement | Bed check maintenance services | Center City Healthcare, LLC | August 2, 2019 |
| 29 | Coloplast Corp. | Contract | Pricing for men's and women's health products | Center City Healthcare, LLC | August 2, 2019 |
| 30 | Columbia University Medical Center | Institutional Review Board Authorization Agreement | Review and oversight of human subject research | Center City Healthcare, LLC | August 2, 2019 |
| 31 | Community Behavioral Health | Provider Agreement | Behavioral services to individuals as part of a City program | Center City Healthcare, LLC | August 2, 2019 |
| 32 | CONMED Corporation | Purchase Agreement | Pricing agreement for defib pads | Center City Healthcare, LLC | August 2, 2019 |
| 33 | Corona Partners | | Real estate strategy consulting services for Hahnemann | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 34 | Crothall Healthcare, Inc. | Service Agreement | Patient transportation services | Center City Healthcare, LLC | August 2, 2019 |
| 35 | Daniel Burke Photography | Services Agreement | Photography services | Center City Healthcare, LLC | August 2, 2019 |
| 36 | DEX Imaging, Inc. | Managed Print Services Agreement | Managed print services | Center City Healthcare, LLC | August 2, 2019 |
| 37 | DEX Imaging, Inc. | Equipment, Maintenance, and Service Agreement | Equipment, maintenance, and services | Center City Healthcare, LLC | August 2, 2019 |
| 38 | DIRECTV, Inc. | Lodging and Institutions Smatv Viewing Agreement | Television programming and services | Center City Healthcare, LLC | August 2, 2019 |
| 39 | DJO, LLC | OfficeCare Program Consignment Agreement | Consignment agreement for orthopedic products | TPS IV of PA, LLC | August 2, 2019 |
| 40 | Eagles Taxi, LLC d/b/a 215 Get a Cab | Services Agreement | Cab transportation services for patients | Center City Healthcare, LLC | August 2, 2019 |
| 41 | Edwards Lifesciences LLC | Pricing Agreement | Pricing for custom products with a minimum purchase obligation | Center City Healthcare, LLC | August 2, 2019 |
| 42 | Edwards Lifesciences LLC | Purchase Agreement | Pricing for tissue valves and annuloplasty products | Center City Healthcare, LLC | August 2, 2019 |
| 43 | Edwards Lifesciences LLC | Consignment Agreement | Consignment agreement for heart valves | Center City Healthcare, LLC | August 2, 2019 |
| 44 | Employers Health Network, LLC | Provider Services Agreement | Agreement to provide services | TPS IV of PA, LLC | August 2, 2019 |
| 45 | Enovate Medical, LLC | On-Site Service Statement of Work | Maintenance services for medical carts | Center City Healthcare, LLC | August 2, 2019 |
| 46 | e4 Services, LLC | Master Service Agreement | Agreement for IT consultants | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 47 | ettain group, Inc. | Master Service Agreement | Agreement for IT consultants | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 48 | Exactech US, Inc. | Price Agreement | Pricing and consignment for orthopedic implants | Center City Healthcare, LLC | August 2, 2019 |
| 49 | Financial Recoveries | Financial Recoveries Agreement | Collections services | TPS IV of PA, LLC | August 2, 2019 |
| 50 | Flex Financial, a divison of Stryker Sales Corporation | Short Form Conditional Sale Agreement No. 0010059379 | Financing lease for purchase of skull drills | Center City Healthcare, LLC | August 2, 2019 |
| 51 | Foot & Ankle Center of Philadelphia, LLC | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 52 | Fusaro Brothers, Inc. d/b/a Maxwell Cab Company | Services Agreement | Patient transportation services | Center City Healthcare, LLC | August 2, 2019 |
| 53 | Garda CL Atlantic, Inc. | Amored Car Service Agreement | Armored car services | Center City Healthcare, LLC | August 2, 2019 |
| 54 | Glenn P. Goodhart, DDS | Dental Services Agreement | Provision of dental services for patients | Center City Healthcare, LLC | August 2, 2019 |
| 55 | Global Neurosciences Institute, LLC | Clinical Service Chief, Neurosurgery Coverage and Neurosurgery/Trauma On-Call Coverage Services Agreement | Coverage Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 56 | Hanger Prosthetic and Orthotics, Inc. d/b/a Hanger Clinic | Services Agreement | Orthotic and prosthetic services | Center City Healthcare, LLC | August 2, 2019 |
| 57 | Hahnemann Apothecary Inc. | Services Agreement | Pharmacy services for patients | Center City Healthcare, LLC | August 2, 2019 |
| 58 | Harvard Cardiovascular, Inc. | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage | Center City Healthcare, LLC | August 2, 2019 |
| 59 | Healthcare Administrative Partners, LLC | Coding Services Agreement | Coding for radiology services | TPS IV of PA, LLC | August 2, 2019 |
| 60 | Healthcare Performance Group, Inc. | Master Service Agreement | Agreement for IT consultants | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 61 | Heart Care Consultants | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage | Center City Healthcare, LLC | August 2, 2019 |
| 62 | Hill-Rom Company, Inc. | IT Solutions Purchase and License Master Agreement | Nurse call systems and license to related software | Center City Healthcare, LLC | August 2, 2019 |
| 63 | Hologic, Inc. | Service Agreement | Maintenance service on mammography equipment | Center City Healthcare, LLC | August 2, 2019 |
| 64 | HUB Parking Technology USA, Inc. | Services Agreement | Preventive maintenance and repair for automated parking equipment | Center City Healthcare, LLC | August 2, 2019 |
| 65 | Immaculata University | Service Agreement | Master of Science in Nursing on-site at the hospital | Center City Healthcare, LLC | August 2, 2019 |
| 66 | Interactivation Health Networks | Channel, Subscription and License Agreement | Subcription to Wellness Network channel programming | Center City Healthcare, LLC | August 2, 2019 |
| 67 | ISS Facility Services, Inc. | Services Agreement | Janitorial services at 231 N Broad | Center City Healthcare, LLC | August 2, 2019 |
| 68 | Ivy Hill Cemetery Company | Services Agreement | Cremation services | Center City Healthcare, LLC | August 2, 2019 |
| 69 | JB Venture 4 LLC | Real Property Lease | 2424 East York Street - Units 116-119 | SCHS Pediatric Associates, LLC | August 2, 2019 |
| 70 | KCI USA, Inc. | Product Storage Program Agreement | Equipment placement agreement for vacuum assisted closure products | Center City Healthcare, LLC | August 2, 2019 |
| 71 | Keystone Quality Transport Company | Ambulance Services Agreement | Ambulance services | Center City Healthcare, LLC | August 2, 2019 |
| 72 | Lantheus Medical Imaging, Inc. | Letter | Pricing agreement for injectable solution and minimum commitment | Center City Healthcare, LLC | August 2, 2019 |
| 73 | Limb Technologies, Inc. d/b/a LTI Orthotic Prosthetic Center | Orthotic and Prosthetic Services Agreement | Provides orthotics to patients | Center City Healthcare, LLC | August 2, 2019 |
| 74 | Livanta LLC | Memorandum of Agreement | Agreement for quality improvement review | Center City Healthcare, LLC | August 2, 2019 |
| 75 | LTI Orthotic Prosthetic Center | Services Agreements | Referral Sources Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 76 | Macalino Marketing, Inc. | Services Agreement | Printing and graphic design services | Center City Healthcare, LLC | August 2, 2019 |
| 77 | Magee Rehabilitation Hospital | Laboratory Services Agreement | Laboratory services | Center City Healthcare, LLC | August 2, 2019 |
| 78 | medInt Holdings, LLC | Services Agreement | Image dose monitoring services | Center City Healthcare, LLC | August 2, 2019 |
| 79 | Medtronic USA Inc. | Services Agreement | Maintenance for the ENT 3D Navigator system | Center City Healthcare, LLC | August 2, 2019 |

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 80 | Mentor Worldwide LLC | Consignment Agreement | Consignment agreement for breast implants | Center City Healthcare, LLC | August 2, 2019 |
| 81 | Mentor Worldwide LLC | Single Site Agreement | Pricing agreement for gels and sizers with annual commitment | Center City Healthcare, LLC | August 2, 2019 |
| 82 | MHC Software, LLC | Software License Agreement | Software license for accounts payable | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 83 | MiraMed Global Services, Inc. | Qualified Clinical Data Registry Participation Agreement | Participation in registries by transmitting anesthesiology data | TPS II of PA, LLC | August 2, 2019 |
| 84 | Monterey Medical Solutions, Inc. | Usage Agreement | Software license for pharmacy | Center City Healthcare, LLC | August 2, 2019 |
| 85 | National Marrow Donor Program | Transplant Center Participation Agreement | Services related to stem cell transplants into unrelated patients | Center City Healthcare, LLC | August 2, 2019 |
| 86 | National Marrow Donor Program | Apheresis Center Participation Agreement | Services related to collection of stem cells by therapeutic procedure | Center City Healthcare, LLC | August 2, 2019 |
| 87 | National Marrow Donor Program | Collection Center Participation Agreement | Services related to collection of bone marrow for donation | Center City Healthcare, LLC | August 2, 2019 |
| 88 | National Marrow Donor Program | Related Donor Services Agreement | Services related to stem cell transplants into related patients | Center City Healthcare, LLC | August 2, 2019 |
| 89 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for 231 North Broad | Center City Healthcare, LLC | August 2, 2019 |
| 90 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Primary Care at South Philadelphia | TPS of PA, LLC | August 2, 2019 |
| 91 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Internal Medicine at 2424 East York Street | TPS of PA, LLC | August 2, 2019 |
| 92 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Transplant | TPS IV of PA, LLC | August 2, 2019 |
| 93 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Gynecologic Oncology | TPS IV of PA, LLC | August 2, 2019 |
| 94 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Cardiology | TPS IV of PA, LLC | August 2, 2019 |
| 95 | Northeast Protection Partners Inc. | Sales Agreement | License of software for infant security tags and related maintenance | Center City Healthcare, LLC | August 2, 2019 |
| 96 | Olympus America Inc. | Master Lease Agreement 009132 | Master lease (including schedules 002, 003 and 004) | Center City Healthcare, LLC | August 2, 2019 |
| 97 | Olympus America Inc. | Shared Risk/Reward Agreement | Service and maintenance agreement for equipment | Center City Healthcare, LLC | August 2, 2019 |
| 98 | Outcome Health | Membership Agreement | TVs in waiting rooms | TPS IV of PA, LLC | August 2, 2019 |
| 99 | Paul Tirado | Services Agreement | Database administration and programming development | Center City Healthcare, LLC | August 2, 2019 |
| 100 | Pennsylvania Oral & Maxillofacial Surgery, Ltd. | On-Call Agreement | Physician on-call oral surgery coverage | Center City Healthcare, LLC | August 2, 2019 |