# Exhibit A

# Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) **Re: Docket No. __** |

### ORDER APPROVING SECOND OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Second Omnibus Rejection Order**") pursuant to Bankruptcy Code section 365(a), authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date specified on **Exhibit 1**; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

35708189.1 08/02/2019

reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date specified on **Exhibit 1**, to the extent such Contracts are executory contracts or unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4. To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court and received by Debtor on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5. The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | Pentec Health, Inc. | Facility Services Agreement | Specialty infusion services for patients with implanted pumps | Center City Healthcare, LLC | August 2, 2019 |
| 2 | PerkinElmer Genetics, Inc. | Agreement | Supplemental newborn screening servcies and post-mortem screening services | Center City Healthcare, LLC | August 2, 2019 |
| 3 | PerkinElmer Genetics, Inc. | Amended and Restated Services Agreement | Pennsylvania mandated newborn screening | Center City Healthcare, LLC | August 2, 2019 |
| 4 | Philadelphia Ear, Nose & Throat Associates | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 5 | Philadelphia Urosurgical Associates | Real Property Lease | 207 North Broad Street - 4th Floor | TPS of PA, LLC | August 31, 2019 |
| 6 | Philadelphia Urosurgical Associates | Real Property Lease | 207 North Broad Street - 5th Floor | Center City Healthcare, LLC | August 31, 2019 |
| 7 | Pinnacle Healthcare Recovery Partners, Inc. | Services Agreement | Accounts receivable collections services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 8 | PNC Bank, National Association | Master License Agreement | License to place ATMs on at the hospital facility | Center City Healthcare, LLC | August 2, 2019 |
| 9 | Precision Laser Specialist, Inc. | Services Agreement | Preventive maintenance on Same Day Surgery equipment | Center City Healthcare, LLC | August 2, 2019 |
| 10 | Prescott's Inc. | Services Agreement | Surgical microscope repair and preventive maintenance | Center City Healthcare, LLC | August 2, 2019 |
| 11 | Prestige Medical Imaging, Inc. | Services Agreement | Maintenance services on the Esaote ultrasound | Center City Healthcare, LLC | August 2, 2019 |
| 12 | Professional Trauma Services, LLC | On-Call Coverage Agreement for Trauma | Physician coverage services for trauma department | TPS IV of PA, LLC | August 2, 2019 |
| 13 | Quality Insights Renal Network 4 | Agreement | End stage renal disease participation agreement | Center City Healthcare, LLC | August 2, 2019 |
| 14 | Randall Thomas, LLC | Services Agreements | Administrative Director for the Hospital's Bloodless Medicine Program | Center City Healthcare, LLC | August 2, 2019 |
| 15 | Rittenhouse Hematology & Oncology | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 16 | R. Smith International, LLC d/b/a Rsource | Master Services Agreement | Third-party revenue recovery and related services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 17 | S&H Ltd. d/b/a Metropolitan Flag & Banner Co. | Services Agreement | Banner installation and printing services | Center City Healthcare, LLC | August 2, 2019 |
| 18 | Sabu, George, M.D. | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage | Center City Healthcare, LLC | August 2, 2019 |
| 19 | SeaSpine Sales LLC | Hospital Consignment Agreement | Consignment agreement for demineralized bone fibers | Center City Healthcare, LLC | August 2, 2019 |
| 20 | Sky Nurses, LLC | Medical Transport & Case Management Agreement | Patient transportation services | Center City Healthcare, LLC | August 2, 2019 |
| 21 | Smith & Nephew, Inc. | Consignment Agreement | Consignment agreement for surgical supplies | Center City Healthcare, LLC | August 2, 2019 |
| 22 | Sodexo Management, Inc. | Management Agreement | Cafeteria and patient food services | Center City Healthcare, LLC | August 9, 2019 |
| 23 | SourceHOV Healthcare, Inc. | Master Services Agreement | Outsourced coding and consulting services | Center City Healthcare, LLC | August 2, 2019 |
| 24 | Southampton Window Cleaning & Janitorial Services, Inc. | Services Agreement | Exterior window cleaning services | Center City Healthcare, LLC | August 2, 2019 |
| 25 | Specialty Care, Inc. | Master Clinical Services Agreement | Master agreement to cover perfusion and biomed services | Center City Healthcare, LLC | August 2, 2019 |
| 26 | SpecialtyCare Cardiovascular Resources, Inc. | Services Agreement for Perfusion Services | Perfusion services | Center City Healthcare, LLC | August 2, 2019 |
| 27 | SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc. | Services Agreement for Biomedical Services | Biomedical maintenance services | Center City Healthcare, LLC | August 2, 2019 |
| 28 | Spok, Inc. | Maintenance and Support Agreement | Maintenance and support for MediCall consoles | Center City Healthcare, LLC | August 2, 2019 |
| 29 | St. Agnes MOB, LLC | Real Property Lease | 1930 South Broad Street - Suites J and K and Ground Floor | TPS of PA, LLC | August 2, 2019 |
| 30 | Strassheim Graphic Design & Press Corp. | Services Agreement | Printing, graphic design, bulk mailing, and other postal or printing related services | Center City Healthcare, LLC | August 2, 2019 |
| 31 | Stryker Neurovascular | Consignment Amendment | Consignment agreement for neurovascular supplies | Center City Healthcare, LLC | August 2, 2019 |
| 32 | Stryker Sales Corporation | Equipment Usage Agreement | Lease of air blowers | Center City Healthcare, LLC | August 2, 2019 |
| 33 | Sunrise Support Services | Services Agreement | Janitorial services on the 3rd floor of 227 N. Broad | TPS IV of PA, LLC | August 2, 2019 |
| 34 | The Anesthesia Quality Institute | Participation Agreement | Participation in the National Anesthesia Clinical Outcomes Registry | TPS II of PA, LLC | August 2, 2019 |
| 35 | The Visiting Nurse Association of Greater Philadelphia | Palliative Care Services Agreement | Provision of palliative care to patients | Center City Healthcare, LLC | August 2, 2019 |
| 36 | The Visiting Nurse Association of Greater Philadelphia (Hospice Services) | Inpatient Hospice Services Agreement | Provision of hospice inpatient care to patients | Center City Healthcare, LLC | August 2, 2019 |
| 37 | Titan Health Management Solutions, Inc. | Master Services Agreement | Master agreement for statements of work | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 38 | Titan Health Management Solutions, Inc. | Statement of Work 1A | Zero balance audit and recovery | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 39 | Tipton Communications Group, Inc. | Consulting Agreement | Provision of palliative care to patients | Center City Healthcare, LLC | August 2, 2019 |
| 40 | Tozour Energy Systems, Inc. | Quote# QJ-1967 | Repair services for chillers in North Tower | Center City Healthcare, LLC | August 2, 2019 |
| 41 | Translogic Corporation d/b/a Swisslog Healthcare Solutions | Services Agreement | Preventive maintenance for pneumatic tube system | Center City Healthcare, LLC | August 2, 2019 |
| 42 | Transworld Systems Inc. | Services Agreement | Collections services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 43 | UMS Lithotripsy Services of Greater Philadelphia, LLC | Lithotripsy Services Agreement | Mobile equipment and services to perform lithotripsy services | Center City Healthcare, LLC | August 2, 2019 |
| 44 | UMS MR Fusion Services of Eastern PA, LLC | Equipment Lease and Support Agreement | Rental of a mobile fusion biopsy system once a month | Center City Healthcare, LLC | August 2, 2019 |
| 45 | Urologic Consultants of Southeastern Pennsylvania | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 46 | Urologic Surgeons, Inc. | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 47 | US Regional Occupational Health II, PC d/b/a WORKNET | Services Agreement | Employment health screenings for new residents | Center City Healthcare, LLC | August 2, 2019 |
| 48 | USA-Clean, Inc. | Services Agreement | Maintenance and repairs for hospital owned floor care equipment | Center City Healthcare, LLC | August 2, 2019 |
| 49 | Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia | Services Agreement | Environmental services at South Broad Street clinic | TPS IV of PA, LLC | August 2, 2019 |
| 50 | VIE Healthcare, Inc. | Non-Labor Cost Savings Engagement | Performance and cost improvement consulting services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 51 | Vitalant | Therapeutic Apheresis Services Agreement | Therapeutic apheresis services | Center City Healthcare, LLC | August 2, 2019 |
| 52 | Web.com Group, Inc. | Services Agreement | Pay-per-click marketing services for bariatric program | Center City Healthcare, LLC | August 2, 2019 |
| 53 | Zimmer Biomet CMF & Thoracic, LLC | Consignment Agreement | Consignment agreement for skull plates | Center City Healthcare, LLC | August 2, 2019 |