# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG)<br>) Jointly Administered |
| Debtors. | ) **Hearing Date: August 16, 2019 at 10:00 a.m.**<br>) **Objection Deadline: August 9, 2019 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 2, 2019, the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases filed the *Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Employment Agreements in Connection with the Closure of Hahnemann University Hospital* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **August 9, 2019 at 4:00 p.m. (prevailing Eastern Standard Time)** (the "**Objection Deadline**"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned proposed attorneys for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **August 16, 2019 at 10:00 a.m. (prevailing Eastern Standard Time)**, before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

Dated: August 2, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
 Mark Minuti (DE Bar No. 2659)
 Monique B. DiSabatino (DE Bar No. 6027)
 1201 N. Market Street, Suite 2300
 P.O. Box 1266
 Wilmington, DE  19899
 Telephone: (302) 421-6800
 Fax: (302) 421-5873
 mark.minuti@saul.com
 monique.disabatino@saul.com

      -and-

 Jeffrey C. Hampton
 Adam H. Isenberg
 Aaron S. Applebaum (DE Bar No. 5587)
 Centre Square West
 1500 Market Street, 38th Floor
 Philadelphia, PA 19102
 Telephone: (215) 972-7700
 Fax: (215) 972-7725
 jeffrey.hampton@saul.com
 adam.isenberg@saul.com
 aaron.applebaum@saul.com

 *Proposed Counsel for Debtors and Debtors in Possession*