## Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |  |
| *al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Re: Docket No. __** |
|  | ) |  |

**ORDER APPROVING THIRD OMNIBUS MOTION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF**
**CERTAIN EMPLOYMENT AGREEMENTS IN CONNECTION WITH**
**THE CLOSURE OF HAHNEMANN UNIVERSITY HOSPITAL**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and

debtors in possession (the "**Debtors**") for the entry of an order (this "**Third Omnibus Rejection**

**Order**") pursuant to Bankruptcy Code section 365(a), authorizing the Debtors to reject certain

employment agreements listed on **Exhibit 1** attached hereto (the "**Agreements**") in connection

with the closure of Hahnemann University Hospital, effective as of the applicable date specified

on **Exhibit 1**; and the Court having jurisdiction to consider the Motion and the relief requested

therein; and due and sufficient notice of the Motion having been given; and it appearing that the

relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

parties in interest; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Agreements set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date specified on **Exhibit 1**, to the extent such Agreements are executory contracts or unexpired leases.

3.      To the extent that a counterparty to an Agreement chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, to be determined by the Court.   All defenses and counterclaims to any rejection damages claims, are hereby preserved.

4.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

35699104.4 08/02/2019

# **Exhibit 1**

## **Rejected Agreements**

| No. | Counterparty Name | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 1 | Ahmad, Mian | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 2 | Al-Mamoori, Bassam | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 3 | Bhandari, Vineet | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |
| 4 | Bianco, Brian | Employment Agreement | TPS III of PA, L.L.C. | August 25, 2019 |
| 5 | Brandt, Kathryn | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 6 | Costic, Joseph | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 7 | DeAngelis, Mario | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 8 | Eneanya, Dennis | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 9 | Fan, Wen-Lin | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 10 | Feldstein, David | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 11 | Feyssa, Eyob | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 12 | Fleishman, Rachel | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |
| 13 | George, Shelley | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 14 | Gingrich, Kevin | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 15 | Gonzalez, Mario | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 16 | Grant, Kinzya | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 17 | Green, Michael | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 18 | Green, Parmis | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 19 | Guy, Stephen | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 20 | Harbhajan, Chawla | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |
| 21 | Harding, Susan | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 22 | Hoffman, Christopher | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 23 | Hogan, Danika | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 24 | Horrow, Jay | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 25 | Im, Mary | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 26 | Jankowski, Marcin | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 27 | Jarra, Hadijatou | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 28 | Johanson, Norman | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 29 | Joshi, Swosti | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |

| No. | Counterparty Name | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 30 | Kalikiri, Pramood | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 31 | Kazmi, Khuram | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 32 | Khalsa, Amrit | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 33 | Kim, Andrew | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 34 | Koenigsberg, Robert | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 35 | Komarnicky, Lydia | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 36 | Krisch, Robert | Employment Agreement | TPS III of PA, L.L.C. | August 25, 2019 |
| 37 | Langevin, Paul | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 38 | Laub, Glenn | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 39 | Lingarju, Nagaraj | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 40 | Liu, Henry | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 41 | Malayaman, Saninuj | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 42 | McCracken, Brendan | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 43 | Miller, Anthony | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 44 | Munoz, Santiago | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 45 | Nunez, Alberto | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 46 | Odenigbo, Vincent | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 47 | Okum, Gary | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 48 | Parrillo, Douglas | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 49 | Patel, Pankaj | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 50 | Potigailo, Valeria | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 51 | Rashidian, Farshad | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 52 | Reich, David | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 53 | Riera, Andres | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 54 | Rubin, Jonathan | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 55 | Ruth, Corey | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 56 | Sanders-Tarasov, Jaime | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 57 | Sayeed, Mohammad | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 58 | Shah, Mitesh | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 59 | Shang, Sherry | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 60 | Spitzer, Laurence | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |

35699104.4 08/02/2019

| No. | Counterparty Name | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 61 | Stabile, Richard | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 62 | Talucci, Raymond | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 63 | Tom, James | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 64 | Tortella, Bartholomew | Employment Agreement | TPS III of PA, L.L.C. | August 25, 2019 |
| 65 | Treacy, Erin | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 66 | Trebelev, Alexander | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 67 | Veklser, Ekaterina | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 68 | Xiao, Gary | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 69 | Zebrower, Marcus | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |

35699104.4 08/02/2019