# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466(KG) |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, a copy of the foregoing *Limited Objection To Entry Of Final Order On Debtor's Motion Authorizing Debtors To Obtain Postpetition Secured Superpriority Financing Pursuant To Section 364 Of The Bankruptcy Code* was filed electronically. Notice of this filing will be sent to registered parties through the CM/ECF System and was served on the parties below via the method indicated.

**VIA HAND DELIVERY**
Mark Minuti
Monique B. DiSabatino
**Saul Ewing Arnstein & Lehr LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

**VIA HAND DELIVERY**
Benjamin A. Hackman
**Office of the United States Trustee**
844 King Street
Suite 2207
Wilmington, DE 19801

**VIA HAND DELIVERY**
Thomas M. Horan
**Fox Rothschild LLP**
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323

                                                                                               */s/ Stuart M. Brown*
                                                                                               Stuart M. Brown (DE 4050)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.