## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

CENTER CITY HEALTHCARE, LLC, d/b/a
HAHNEMANN UNIVERSITY HOSPITAL,
*et al.*,[1]

                     Debtors.

Chapter 11

Case No. 19-11466 (KG)
(Jointly Administered)

## CORRECTED[2] AFFIDAVIT OF NANCY A. PETERMAN IN SUPPORT OF THE APPLICATION OF THE PATIENT CARE OMBUDSMAN FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREENBERG TRAURIG, LLP AS COUNSEL, *NUNC PRO TUNC* AS OF JULY 3, 2019

I, Nancy A. Peterman, being duly sworn, depose and say:

1.　　　I am a shareholder at the law firm of Greenberg Traurig, LLP ("**Greenberg Traurig**"). I submit this affidavit (the "**Affidavit**") on behalf of Greenberg Traurig in support of the application (the "**Application**")[3] of Suzanne Koenig as Patient Care Ombudsman (the "**Ombudsman**") appointed in the Chapter 11 cases of Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, *et al.*, Case No. 19-11466 (KG) (the "**Cases**"), for entry of an Order, pursuant to sections 105, 330 and 333 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing the retention and employment of Greenberg

---

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] This Affidavit has been updated to reflect the disclosures in paragraph 19 below consistent with Part D(1) of the UST Guidelines, and is otherwise unchanged from the version originally filed.

[3] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

*ACTIVE 44724715v3*

Traurig, as counsel for the Ombudsman, *nunc pro tunc* as of July 3, 2019.  Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[4]

## QUALIFICATIONS OF GREENBERG TRAURIG

2.      Greenberg Traurig has substantial experience representing the Ombudsman in her capacity as a patient care ombudsman in other cases.

## GREENBERG TRAURIG'S DISINTERESTEDNESS

3.      To the best of my knowledge and information after due inquiry, except as disclosed herein, Greenberg Traurig has no connections with the Debtors, their creditors, any other party in interest herein or their respective attorneys or professionals, and does not hold or represent any entity having an adverse interest in connection with these Cases, except as disclosed herein.  For so long as Greenberg Traurig represents the Ombudsman, and absent further Order of this Court, Greenberg Traurig will not represent any entity other than the Ombudsman in connection with these Cases.

4.      As more fully described hereinafter, Greenberg Traurig maintains a computer client database (the "**Client Database**") containing the names of all of Greenberg Traurig's current and former clients and, where practical, the known affiliates of those clients.  In connection with preparing this Affidavit, Greenberg Traurig submitted to, and checked against, that Client Database all of the names set forth on **Exhibit 1** attached hereto and incorporated herein by reference (collectively, the "**Potentially Interested Parties**").

5.      This inquiry revealed that certain of the Potentially Interested Parties are current or former Greenberg Traurig clients or affiliates of such clients (the list of such clients or client

---

[4]  Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Greenberg Traurig.

affiliates is attached hereto as **Exhibit 2** and is incorporated herein by reference, and is referred to herein as the "**Client Match List**"). Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Greenberg Traurig attorneys responsible for certain clients listed on the Client Match List to the extent necessary, Greenberg Traurig determined that the representation of those clients on the Client Match List concerned matters unrelated to the Debtors or these Cases.

6. In addition to those disclosures on **Exhibit 2**, Greenberg Traurig currently represents Ms. Koenig, as ombudsman, receiver and in other capacities in matters unrelated to the Debtors or these Cases. Greenberg Traurig also currently represents SAK Management Services, LLC in matters unrelated to the Debtors or these Cases.

7. Greenberg Traurig maintains and systematically updates its Client Database in the ordinary course of business, and it is the regular practice of Greenberg Traurig to make and maintain these records. The Client Database maintained by Greenberg Traurig is designed to include every matter on which Greenberg Traurig is now or has been engaged, the entity by which Greenberg Traurig is now or has been engaged and, in each instance, the identity of related parties and adverse parties and the attorney at Greenberg Traurig that is knowledgeable about such matter. It is the policy of Greenberg Traurig that no new matter may be accepted or opened without completing and submitting to those charged with maintaining the Client Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, the Client Database is regularly updated for every new matter undertaken by Greenberg Traurig.

8. As expected, with more than 2,000 lawyers internationally, Greenberg Traurig necessarily has connections with certain creditors and other parties in interest. To the fullest extent

possible, those connections as known or discovered to date are disclosed in this Affidavit or **Exhibit 2** attached hereto.  However, in addition to the connections disclosed herein and in **Exhibit 2**, Greenberg Traurig and certain of its shareholders, counsel and associates may have in the past represented, may currently represent, and likely in the future will represent parties in interest of the Debtors in connection with matters unrelated to the Debtors or these Cases.  Moreover, Greenberg Traurig appears in many cases, proceedings, and transactions involving different attorneys, financial consultants and investment bankers, some of which may now or in the future represent the Potentially Interested Parties or other parties in interest in these Cases.  From time to time, Greenberg Traurig will review its disclosures in these Cases and in the event that additional material connections are discovered, Greenberg Traurig will disclose such information to the Court on notice to parties in interest and the United States Trustee.

9.      None of Greenberg Traurig's representations of parties in interest in these Cases comprise a material component of Greenberg Traurig's practice, nor does it represent such parties on any issue relating to the Debtors or their estates.

10.      Based on the foregoing and except as set forth herein, neither I, Greenberg Traurig, nor any shareholder, of counsel, or associate thereof, insofar as I have been able to ascertain based on the information currently available to me, represent any interest adverse to the Debtors in the matters upon which Greenberg Traurig is to be engaged.  To the best of my knowledge, information and belief, Greenberg Traurig is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Greenberg Traurig, its shareholders, of counsel and associates:

      (a)      are not creditors, equity security holders or insiders of the Debtors;

      (b)      are not, and were not within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

(c)    do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

11.    Based upon my knowledge, no member of Greenberg Traurig is a relative of the Honorable Kevin Gross, the Bankruptcy Judge presiding over these Cases or the United States Trustee.

## SCOPE OF EMPLOYMENT

12.    The professional services that the Ombudsman expects that Greenberg Traurig will be called upon to render include, but shall not be limited to, the following:

(a)    Representing the Ombudsman in any proceeding or hearing in the Bankruptcy Court, and in any action in other courts where the rights of the patients may be litigated or affected as a result of these Cases;

(b)    Advising the Ombudsman concerning the requirements of the Bankruptcy Code and Bankruptcy Rules relating to the discharge of her duties under section 333 of the Bankruptcy Code;

(c)    Advising and representing the Ombudsman in evaluating any patient or healthcare related issues, including, in connection with any sale, reorganization, closure or liquidation; and

(d)    Performing such other legal services as may be required under the circumstances of these Cases in accordance with the Ombudsman's powers and duties as set forth in the Bankruptcy Code, including assisting Ombudsman with reports to the Court, fee applications or other matters.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

13.    Greenberg Traurig intends to apply for compensation for professional services rendered in connection with these Cases subject to the approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Orders of the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Greenberg Traurig.

14.     Greenberg Traurig has advised the Ombudsman that its hourly rates for professionals are in the following ranges:

| Professional | Rate Per Hour |
| --- | --- |
| Shareholders | $420 to $1,500 |
| Of Counsel | $330 to $950 |
| Associates | $250 to $775 |
| Legal Assistants/Paralegals | $140 to $430 |

Greenberg Traurig has advised the Ombudsman that the current hourly rates applicable to the principal attorneys and paralegals proposed to represent the Ombudsman are:

| Professional | Rate Per Hour |
| --- | --- |
| Dennis Meloro (Shareholder) | $1,025 |
| Nancy Peterman (Shareholder) | $950 |
| Wendy Cathers (Paralegal) | $300 |

15.     The Ombudsman understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  The hourly rates may be adjusted upward as of January 1, 2020 and annually thereafter.

16.     The hourly rates set forth above are Greenberg Traurig's standard hourly rates for work of this nature, except as otherwise noted.  These rates are set at a level designed to fairly compensate Greenberg Traurig for its work.  It is Greenberg Traurig's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the representation.  The expenses charged to clients include, among other things, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, computerized research, and transcription costs.  Greenberg Traurig will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to Greenberg Traurig's clients. Greenberg Traurig believes that these expenses should fairly be charged to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients. In addition, Greenberg Traurig has advised the Ombudsman that it intends to seek compensation for all time

and expenses associated with its retention and SAK Management Services, LLC's ("**SAK**")

retention as a professional, including the preparation of this Application, the Peterman Affidavit,

and related documents, as well as any monthly, interim or final fee applications for Greenberg

Traurig and SAK.

17.     Greenberg Traurig represents the following with regard to its charges for actual and

necessary costs and expenses incurred:

      (a)     Copy charges incurred are $.10 per page, which charge is reasonable, represents the cost of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of cost expenditures. There is no charge for ordinary printing. In the event Greenberg Traurig utilizes outside copier/printing services for high volume projects, such copy/print charges will also be charged at the rate charged by such outside service provider.

      (b)     There will be no charge for long distance telephone calls.

      (c)     Greenberg Traurig utilizes Westlaw and Lexis for online legal research. Online legal research is not a profit center for Greenberg Traurig, and charges for such research are billed to the client as a percentage usage of Greenberg Traurig's monthly contract rate.

      (d)     Greenberg Traurig utilizes Soundpath Conferencing Services to host conference calls. The costs charged by Soundpath are passed through directly to Greenberg Traurig's clients without any markup. Thus, conference calls are not a profit center for Greenberg Traurig.

18.     Other than as set forth herein, there is no proposed arrangement to compensate

Greenberg Traurig.  Greenberg Traurig has not shared, nor agreed to share (a) any compensation

it has received or may receive with any other party or person, other than with the shareholders,

counsel and associates of Greenberg Traurig, or (b) any compensation another person or party has

received or may receive.

19.     Finally, consistent with Part D(1) of the UST Guidelines, I state as follows:

| Questions required by Part D(I) of 2013 UST Guidelines: | Answer: |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | Greenberg Traurig was not selected to represent the Ombudsman until after she was appointed by the United States Trustee on July 3, 2019, *i.e.*, post-petition. Greenberg Traurig's billing rates increased at the beginning of 2019 from its rates in 2018, but its rates have not increased following the Petition Date. |
| Has your client approved your respective budget and staffing plan, and if so, for what budget period? | The Ombudsman and Greenberg Traurig expect to develop a prospective budget and staffing plan, recognizing that in the course of these Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Ombudsman and Greenberg Traurig. |

20.     By reason of the foregoing, I believe Greenberg Traurig is eligible for employment and retention by the Ombudsman pursuant to sections 105, 330 and 333 of the Bankruptcy Code and the applicable Bankruptcy Rules.

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

Executed this 1st day of August, 2019 at Wilmington, Delaware.

GREENBERG TRAURIG, LLP

By: _____
Nancy A. Peterman
Shareholder
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456.8400
Facsimile: (312) 899.0341

STATE OF ILLINOIS
COUNTY OF COOK

SUBSCRIBED AND SWORN before me
On this __1st__ day of August, 2019.

_____
Notary Public
My Commission Expires:___7/8/22___

## EXHIBIT 1

## Potentially Interested Parties

**Debtors**
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
St. Christopher's Healthcare, LLC
Center City Healthcare, LLC
HPS of PA, L.L.C.
TPS II of PA, L.L.C.
TPS III of PA, L.L.C.
TPS IV of PA, L.L.L.
SCHC Pediatric Associates, L.L.C.
SCHC Pediatric Anesthesia Associates, L.L.C.
StChris Care at Northeast Pediatrics, L.L.C.
TPS of PA, L.L.C.
St. Christopher's Pediatric Urgent Care Center, L.L.C.
TPS V of PA, L.L.C

**Non-Debtor Affiliates**
Front Street Healthcare Properties, LLC
Front Street Healthcare Properties II, LLC
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Physicians Clinical Network, LLC
Physician Performance Network of Philadelphia, LLC
MBNF Investments, LLC
American Academic Health System, LLC
Philadelphia Academic Health Holdings, LLC
Philadelpha Academic Risk Retention Group, LLC
HSRE-PAHH I, LLC
PAHH New College MOB, LLC
PAHH Bellet MOB, LLC
PAHH Broad Street MOB, LLC
PAHH Feinstein MOB, LLC
PAHH Wood Street Garage, LLC
PAHH Erie Street Garage, LLC

**Equity Holders**
Philadelphia Academic Health Holdings, LLC
American Academic Health System, LLC
MBNF Investments, LLC
Joel Freedman
Stella Freedman
Barbara S. Kramer, Trustee
Michael Ouzounian Irrevocable Trust
Benjamin Joseph Freedman Irrevocable Trust
Nathan Alexander Freedman Irrevocable Trust

*ACTIVE 44724715v3*

**Other**
Conifer Revenue Cycle Solutions, LLC
Dilworth Paxson LLP
Drexel University
Drexel University College of Medicine
Harrison Street Real Estate, LLC
Tenet Business Services Corporation

**Unions**
District 1199C Service and Maintenance Unit
International Brotherhood of Electrical Workers, Local 98
National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO,
Pennsylvania Association of Staff Nurses and Allied Professionals

**Utilities**
AT&T Mobility
Atlantic City Electric
Champion Energy Services LLC
Comcast Cablevision
Constellation Energy Gas
Constellation NewEnergy Gas
DirectTV LLC
Energy Management Systems Inc.
MCI
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
PECO Energy
Philadelphia Gas Works
South Jersey Gas
SPOK
Veolia Energy Philadelphia Inc.
Verizon
Verizon Business
Verizon CABS
Verizon Wireless
Water Revenue Bureau
West Unified Communications
West Unified Communications SVCS
WTMUA

**Insurers**
ACE American Insurance Company
ACE Property & Casualty Insurance Co.
Admiral Insurance Company
Affiliated FM Insurance Co.
Axis Insurance Company
Beazley Insurance Company, Inc.
Chubb - Federal Insurance Company
Doctors Company An Interinsurance Exch.
Illinois Union Insurance Co.
Ironshore Specialty Insurance
Lloyd's of London

Lockton
National Fire & Marine Insurance Co.
National Union Fire Insurance Company of Pittsburgh, PA
Philadelphia Academic Risk Retention Group, LLC
Premium Assignment Corporation
Starr Indemnity & Liability Company
Tokio Marine Specialty Insurance Company
Travelers Casualty and Surety Company of America

**Payors**
Aetna/Coventry
Aetna Better Health
Amerihealth
BCBS Horizon NJ Health
Cigna HealthSpring
Community Behavioral Health
Health Partners Plans
Horizon Blue Cross of NJ
Humana
Independence Blue Cross
Independence Blue Cross of PA
Keystone First
Keystone Mercy
Medicaid
United Health Care

**Taxing Agencies**
Center City District
City of Philadelphia
Internal Revenue Service
Pennsylvania Department of Revenue

**Secured Parties**
GE HFS, LLC
Med One Capital Funding, LLC
MidCap Funding IV Trust
MidCap Funding H Trust
MidCap Financial Trust
De Landen Financial Services
Olympus America Inc.
U.S. Bank, N.A.

**Case Professionals**
EisnerAmper LLP
Omni Management Group
Saul Ewing Arnstein & Lehr LLP
SSG Advisors, LLC
Klehr Harrison Harvey & Branzburg LLP

**Banks**
Capital One, N.A.

*ACTIVE 44724715v3*

Wells Fargo Bank, N.A.
Bank of America, N.A.
PNC Bank, N.A.

**Other Creditors/Contract Parties**
12st Catering, Inc.
3E Company Environmental, Ecological and Engineering
3M Health Information Systems, Inc.
50 Words, LLC
AA Casa Inc d/b/a PM Associates
Aardvark Pest Control Services, Inc.
Aargon Agency, Inc.
Abbott Laboratories Inc.
Abbott Molecular Inc.
Abbott Nutrition
Abbott Point of Care
Abiomed, Inc.
ABO Haven Early Learning Center
Access Nurse PM, Inc. d/b/a TeamHealth Medical Call Center
Accredo Health Group, Inc.
Accriva Diagnostics, Inc.
Accruent, LLC
ACS Education Services, Inc.
Ad Prima Charter School
ADP, LLC
Advanced Air Service Group
Advanced AV, LLC
Advanced CE
Advanced Door Services, Inc.
Advanced Sterilization Products Services, Inc.
Advanced Technologies Group, Inc.
Adynxx, Inc.
Agilent Technologies, Inc.
Alere Informatics, Inc.
Allergan USA, Inc.
Allergy and Asthma Specialists, PC
Alliance for Paired Donation, Inc.
Alliance HealthCare Services, Inc. d/b/a Alliance HealthCare Radiology
AllMed Healthcare Management, Inc.
Alpha Imaging, Inc.
Altlantic Diagnostic Laboratories, LLC
Amazing Kidz Academy, LLC
America On Hold
American Academy of Sleep Medicine
American College of Cardiology Foundation
American College of Cardiology Foundation
American College of Radiology
American College of Surgeons
American College of Surgeons for the Pennsylvania National Surgical Quality Improvement Program
Consortium
American Communication Centers d/b/a ACC Solutions

American Dental Association
American Heart Association, Inc.
American Medical Response Mid-Atlantic, Inc.
American Messaging Services, LLC
American Radio and Microwave Corporation
Ameriwater, Inc.
Amit Maity, MD
AMO Sales and Service, Inc.
Amy Leader, Dr.P.H., M.P.H.
Analytic Solutions Network, LLC
Anda K. Kuo, MD
Aramark Refreshment Services, LLC
Aramark Uniform and Career Apparel Group, Inc.
Arizant Healthcare Inc.
Arledge Electronics, Inc.
Artcraft Promotional Concepts
ARUP Laboratories, Inc.
Ascension School
ASPIRA Bilingual Cyber Charter School
ASSA ABLOY Entrance Systems US Inc.
ATG Consultants, LLC
Athena Diagnostics
Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic Stone Center
Atlantic Switch and Generator, LLC
Augusta Healthcare, Inc.
Aviacode, Inc.
Azima Health Services, Inc.
Baratz & Associates, PA
Barclay Water Management, Inc.
Bard Peripheral Vascular, Inc.
Barton & Associates, Inc.
Battell Memorial Institute Pacific Northwest Division
Bayer Healthcare, LLC
BC Solutions LLC
BC Technical, Inc.
Beasley Media Group, Inc. d/b/a WMMR, WMGK, WBEN-FM & WPEN
Beckman Coulter, Inc.
Beekley Corporation
Belfor USA Group Inc.
Belimed, Inc.
Bellevue Strategies, LLC
Best Practice Professionals Inc. d/b/a oneSOURCE Document Management Services
Biochrom US
Biocompatibles, Inc.
BioDlogics, LLC
BioFire Diagnostics, LLC
bioMerieux Inc.
Biomet, Inc.
Bio-Optronics, Inc.
Bio-Rad Laboratories
Biosense Webster, Inc.

BiotronX LLC
BKT Architects, LLC
Blank Rome LLP
Blue Pillar, Inc.
Bondtech Incorporated
Bonel Medical Equipment, Inc.
Borton-Lawson Engineering, Inc.
Boston Scientific Corporation
Brian Communications LLC
Brigham and Women's Physicians Organization
Brightside Academy
Broadcast Music Inc.
Bromedicon, Inc.
Brucker & Morra, PC
Bulldog Orthodontics, LLC
Burns White LLC
Calyx Partners, LLC
Capstar Radio Operating Company d/b/a iHeart Medica, Philadelphia
Cardeza Foundation Hemophilia and Thrombosis Center
Cardinal Health 200, LLC
Cardinal Health 414, LLC
Cardinal Health Solutions, Inc.
CardioAccess, Inc.
CardioNet, Inc.
CareFusion 211, Inc.
CareFusion Solutions, LLC
CarterPierce, LLC
Casa del Carmen
CCJ Physics, LLC
Cenova, Inc.
Center City Film and Video, Inc.
Center for Student Learning Charter School at Pennsbury
Centric Actuarial Solutions, LLC
Cepheid Incorporated
Cerner Corporation
Cetlin Design Group, Inc.
Champion Energy Services, LLC
Change Healthcare Technologies, LLC
Charley's Angels Photography Inc.
CHG Companies, Inc. d/b/a CompHealth
Chubb Hotel & Conference Center
Cincinnati Children's Hospital Medical Center
Cintas Corporation
CIOX Health, LLC
Cisco Systems Capital Corporation
CL Risk Solutions, LLC
Clark Services Group, LLC d/b/a The Degreasers
Coast Quality Pharmacy, LLC d/b/a AnazaoHealth
Cocco Enterprises, Inc.
Cochlear Americas
CohnReznick LLP

Colcom, Inc.
Coleman Nourian Search LLC
College of American Pathologists
Coloplast Corp.
Columbia University Medical Center
Community Behavioral Health
Computer Kids Day Care Center
Concilio
Congresso DeLatinos Unidos, Inc.
CONMED Corporation
Connolly Gallagher LLP
Conrad O'Brien PC
Constellation NewEnergy - Gas Division, LLC
Continuum, LLC
ConvergeOne Systems Integration, Inc.
Corona Partners
Corporate Cost Control, Inc.
Corporate Lamp and Electric Recycling LLC
Council on Accreditation of Nurse Anesthesia Educational Programs
Courtyard Philadelphia Downtown
Covidien Sales LLC d/b/a Given Imaging
Cranel, Inc. d/b/a Versitec
Criterion Laboratories, Inc.
Crothall Healthcare, Inc.
Crowell & Moring LLP
Cushman & Wakefield of Connecticut, Inc.
Cushman & Wakefield of Pennsylvania, LLC
Cushman & Wakefield of Philadelphia, Inc.
CyraCom International Inc.
Dako North America, Inc.
Daniel Burke Photography
David Small
DaVita Healthcare Partners Inc.
De Lage Landen Financial Services, Inc.
De Long Industries Group, Inc. d/b/a Wavetech Industries
Deaf Hearing Communication Centre, Inc.
Delaware Valley Aesthetics d/b/a Rumer Cosmetic Surgery
Delta Dental of Pennsylvania
Devicor Medical Equipment, Inc.
Devicor Medical Products, Inc.
Devil's Alley
DEX Imaging, Inc.
DGA Partners, Inc.
Diagnoss Inc.
Diagnostica Stago, Inc.
Diesel Dialysis, LLC
Digital Innovation, Incorporated
DIRECTV, Inc.
Dixon Hughes Goodman LLP
DJO, LLC
Dolbey-Jamison, Inc.

Dome Insulation, LLC
Draeger Medical, Inc.
Draeger, Inc.
Drexelbrook
Drueding Center
Duff & Phelps, LLC
Dynamic Language Services, LLC
e4 Services, LLC
Eagles Taxi, LLC d/b/a 215 Get a Cab
Eastern Controls Inc.
Eastern Lift Truck Co., Inc.
Eastern Sign Tech, LLC
Eastern Society for Pediatric Research
Echo, Inc.
Eckert Seamans Cherin & Mellott, LLC
Econsult Solutions, Inc.
Education Resources, Inc.
Edwards Lifesciences LLC
EEC Acquisition LLC d/b/a Smart Care Equipment Solutions
Einstein Practice Plan, Inc.
Electronic Ink
Electronic Payment Exchange
Electronic Security Solutions LLC
Elekta Inc.
Elemental Inc.
Elite Office Solutions, Inc.
EMD Millipore Corporation
Emergency Systems Service Company
Employers Health Network, LLC
Emergency Medical Associates
Employment Tax Servicing Corp. d/b/a Emptech
Encore Medical International, Inc.
Energy Products and Service Co., Inc.
Enerwise Global Technologies, Inc. d/b/a CPower
Enovate Medical, LLC
Ensemble RCM LLC d/b/a Ensemble Health Partners
Entercom
ENV Services, Inc.
Environmental and Engineering Solutions, Inc.
Environmental Control Services, Inc.
Ernst & Young LLP
Essential Consulting LLC
Ethan Kentzel
ettain group, Inc.
Eurofins Viracor, Inc.
Eurofins VRL, Inc. d/b/a VRL Eurofins
Everbridge, Inc.
Evoqua Water Technologies, LLC
Evoqua Water Technologies, LLC
Exactech US, Inc.
Fairmount Long Term Care

Fairmount Rowing Association
Field House Philly
Financial Recoveries
FIRM Revenue Cycle Management Services, Inc.
First Philadelphia Charter School for Literacy
First Philadelphia Paradigm, Tacony Academy
FishHeads Aquarium Service LLC
Flex Financial, a divison of Stryker Sales Corporation
FM Cost Containment, LLC
Focus Diagnostics, Inc.
Fonemed, LLC
Foot & Ankle Center of Philadelphia, LLC
Foss Therapy Services, Inc.
Francis Cauffman, Inc.
Franklin Cleaning Equipment & Supply Company
Fresenius Medical Care
Fusaro Brothers, Inc. d/b/a Maxwell Cab Company
Future IT Advisors, LLC
Garda CL Atlantic, Inc.
Garrison Printing Company
Gary Frazier
GBS Corp
GE Healthcare IITS USA Corp.
GE HFS, LLC
GE Medical Systems Information Technologies, Inc.
GE Precision Healthcare LLC
GeBBS Healthcare Solutions, Inc.
General Electric Company, by and through its GE Healthcare division
General Healthcare Resources, LLC
Genova Group, LLC
Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire Protection
Germane & Co., Inc. d/b/a Germane Solutions
Getinge USA Sales, LLC
Getinge USA, Inc.
GlassRatner Advisory & Capital Group, LLC
Global Affiliates, Inc.
Global Healthcare Exchange, LLC
Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program
GTT Americas, LLC
H.C.A.S. of Florida, Inc. d/b/a Call 4 Health / Call 4 Nurse
Haemonetics Corporation
Hahnemann Apothecary Inc.
Hanger Prosthetic and Orthotics, Inc. d/b/a Hanger Clinic
Harmelin and Associates Inc. d/b/a Harmelin Media
Harry J Lawall & Son, Inc.
Hayes Healthcare, LLC
HBO & Recoveries, LLC
Health Sciences Law Group LLC
Healthcare Administrative Partners, LLC
Healthcare Performance Group, Inc.
Healthcare Receivable Specialists, Inc.

Healthshare Exchange of Southeastern Pennsylvania, Inc.
HealthStream, Inc.
HealthTronics Mobile Solutions, L.L.C.
HealthTrust Purchasing Group, L.P.
Health Partners Plans
HemaTechnologies, Inc.
Herman Goldner Co., Inc.
Hewlett-Packard Financial Services Company
Hillmann Consulting, LLC
Hill-Rom Company, Inc.
Hilton Philadelphia City Avenue
Historic Hotel Bethlehem
HMI LLC
Holland Square Group, LLC
Hollis Cobb Associates, Inc.
Hologic, Inc.
Hospice of Philadelphia
Howmedica Osteonics Corp.
HUB Parking Technology USA, Inc.
Huntingdon Valley Eye Care Consultants, Ltd.
Huntington Technology Finance, Inc.
Huron Consulting Services LLC
I. Miller Precision Optical Instruments, Inc.
iContracts, Inc.
IMA Consulting
Immaculata University
Immucor, Inc.
IMPAC Medical Systems, Inc.
IMPACT Services Corporation
Impementation Mangement Assistance, LLC d/b/a Revint Solutions
Independent Hardware, Inc.
Infor (US), Inc.
Informa Software
Ingenious Med, Inc.
Innovative Print & Media Group, Inc.
Innovative Product Achievements, LLC d/b/a IPA, LLC
INO Therapeutics LLC d/b/a Mallinckrodt
Inquicker, LLC
Integra Life Sciences Sales LLC
Integrated Healthcare Solutions, Inc.
Integrated Medical Systems International, Inc.
Integrity Healthcare, LLC
Interactivation Health Networks
Interphase Medical Equipment, Inc.
Intralinks, Inc.
Intuitive Surgical, Inc.
Iodine Software, LLC
Iron Mountain Information Management, LLC
ISS Facility Services, Inc.
ivWatch, LLC
Ivy Hill Cemetery Company

J.W. Carrigan, LLC
Jackson Lewis P.C.
Jay M. Yanoff, EdD
JDI Net Systems
JDR Consulting, LLC
Jefferson Gardens North Philadelphia Head Start
Joe Glass
John B. Stetson Middle School
John Calvitti Company
John Dowdle
JohnGSelf Partners, Inc.
Johnson & Johnson Health Care Systems Inc.
JohnsonLambert LLP
JP Zimmerman PCS LLC
JustRight Surgical, LLC
K&C Strategic Policy Group, LLC d/b/a DeBrunner & Associates
Karl Storz Endoscopy-America, Inc.
Kasscon Building Services, LLC
KCI USA, Inc.
Kenco Kalibration Inc.
Ken-Crest Services
Keystone Academy Charter School
Keystone Quality Transport Company
Kieran McKenna Flooring, Inc.
Kinder Academy
Klenzoid, Inc.
Konica Minolta Healthcare Americas, Inc.
Korn/Ferry International
Laboratory Corporation of America
Laerdal Medical Corporation
Language Services Associates, Inc.
Lantheus Medical Imaging, Inc.
Laser Service Solutions, LLC
Lauletta Birnbaum, LLC
Law Offices of Suzanne N. Pritchard, P.C.
Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises
Leah Coppolino
Leasing Associates of Barrington, Inc.
Legal Clinic for the Disabled, Inc.
Leucadia Pharmaceuticals
Life Image Inc.
LifeLine Software, Inc.
Lighthouse
Limb Technologies, Inc. d/b/a LTI Orthotic Prosthetic Center
Linde LLC
LinkedIn Corporation
Lions Eye Bank of Delaware Valley
Lisa The
Litchfield Cavo LLP
Livanta LLC
Live Message America

Lockton-Dunning Series of Lockton Companies, LLC
LocumTenens.com, LLC
Lori's Gifts, Inc.
LRD Graphics, Inc. t/a Fels Printing
Lumedx Corporation
Lutheran Children and Family Service
Lutheran Settlement House
Lyons Advisors, LLC
M&M Autoclave Cleaning, LLC
Macalino Marketing, Inc.
Magee Rehabilitation Hospital
Maggiano's Little Italy
Major Medical Hospital Services, Inc.
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
Mar Cor Purification, Inc.
Marcum LLP
Marshall Dennehey Warner Coleman & Goggin, P.C.
Mastery at Smedley Charter School
Mayflower Laundry and Textile Services LLC
MCG Health, LLC
MDS Carpeting and Flooring, Inc.
Med One Capital Funding, LLC
Med One Capital Funding, LLC d/b/a IPA One
MED3000 Inc.
Medacist Solutions Group, LLC
MedHub, LLC
MediaLab, Inc.
Medical Doctor Associates, LLC
Medical Excess LLC
Medical Gas Solutions, Inc.
Medical Neurogenetics, LLC
Medical Staffing Solutions, Inc. d/b/a STAT RESOURCES
medInt Holdings, LLC
Medline Industries Holdings, L.P
Medline Industries, Inc.
Medlytix, LLC
Medsentrix, LLC
Med-Tex Services, Inc.
Mednet Healthcare Technologies, Inc.
Medtronic USA Inc.
Mentor Worldwide LLC
Merchants Association Collection Division, Inc.
Mercy Neighborhood Ministries of Philadelphia, Inc.
Meridian Bioscience Corporation
Metropolitan Anesthesia Services, Inc.
MHC Software, LLC
Mindfigure Consulting
Mindray DS USA, Inc.
MiraMed Global Services, Inc.
MJR Technologies, Inc. d/b/a GT Telecom
Moira Brooks

Monterey Medical Solutions, Inc.
Mother of Divine Grace PN
MSW Enterprises Inc. d/b/a Newtown Answeing Service
Muzak LLC d/b/a Mood Media
Nancy West Communications
Nanosonics, Inc.
Nathan Freedman
National Marrow Donor Program
Natus Medical Incorporated
NAVEX Global, Inc.
Neff and Associates, Inc.
Neopost Inc.
Network of Victim Assistance, LLC
Neurosurgical Anesthesia Consulting
New Foundations Charter School
New Innovations, Inc.
New York Blood Center, Inc.
Nexcore Properties PA LLC
Nixon Uniform Service, Inc.
Norris Square Children's Center
Northeast Protection Partners Inc.
Nova Biomedical Corporation
Nova Capital Group, LLC
nThrive Revenue Systems, LLC
nThrive, Inc.
NTT DATA Services, LLC
Nuance Communications, Inc.
Nuclear Medicine Resources, Inc.
Obermayer Rebmann Maxwell & Hippel LLP
Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers
Office of Civic Engagement & Volunteer Services' Foster Grandparent Program
Ohio Children's Hospital Solutions for Patient Safety
Olympus America Inc.
Omnicell, Inc.
Omnigo Software
On Time Ambulance, Inc.
Optum360 Solutions, LLC
Oregon Health & Science University
Ortho-Clinical Diagnostics, Inc.
OrthoPediatrics US Distribution Corporation
OsteoMed, LP
Otech Group LLC
Outcome Health
Pan American Academy Charter School
Pandora Data Systems, Inc.
Paradigm Mechanical, LLC
Park America, Inc.
ParkingSoft, LLC
Parkway Corporation
Patient Pathways, LLC
Patino Landscaping Group, LLC

Paul Rabinowitz Glass Co., Inc.
Paul Tirado
PayTech, Inc.
PCA EmSTAR Holdings, LP d/b/a EmSTAR
Pediatric Rehabilitation Associates, LLC
Penn Environmental & Remediation, Inc.
Pennoni Associates
Pennsylvania Department of Health, Chronic Renal Disease Program
Pennsylvania Oral & Maxillofacial Surgery, Ltd.
Pennsylvania Trauma Systems Foundation
Pentec Health, Inc.
People for People Charter School
People's Capital and Leasing Corp.
Pepper Hamilton LLP
PeriGen, Inc.
Perioperative Services, LLC
PERITUS Advisors
PerkinElmer Genetics, Inc.
Pharmacy OneSource Inc.
Philadelphia Business Journal
Philadelphia Ear, Nose & Throat Associates
Philadelphia Parent Child Center
Philadelphia Urosurgical Associates, PC
Philips Healthcare
Philips Medical Capital, LLC
Philly Star Events
Physician and Tactical Healthcare Services LLC
Pinnacle Healthcare Recovery Partners, Inc.
Pitney Bowes Inc.
Please Touch Museum
PNC Bank, National Association
Poovendran Sanththasivam, MD
Pope John Paul II Regional School
Porter's Family Center
Practising Law Institute
Precision Laser Specialist, Inc.
Precision Sprinkler Services, Inc.
Premier, Inc.
Preschool Project, Woolston
Prescient Logistics, LLC d/b/a RepScrubs
Prescott's Inc.
Press Ganey Associates, Inc.
Prestige Medical Imaging, Inc.
Prestige Perfusion, LLC
Primmer Piper Eggleston & Cramer PC
Priority Express Courier, Inc.
Professional Trauma Services, LLC
Proserv Removal, Inc. d/b/a 1-800-Got-Junk
ProviderTrust, Inc.
Pruett Roof
PTW New York Corporation

Public Health Management Corporation
Puppet Kitchen International, Inc.
Quality Insights Renal Network 4
Quantros, Inc.
Quest Diagnostic Clinical Laboratories Inc.
Quest Diagnostics Infectious Disease, Inc.
Quidel Corporation
R. Smith International, LLC d/b/a Rsource
Rad Source Technologies, Inc.
Radiology Solutions, LLC
Radiometer America Inc.
Randstad Professionals US, LLC d/b/a Tatum
RealMed Corporation
Recognition Advantage, LLC
Red Shield Family Shelter
Reed Smith LLP
Reese's Professional Cleaning Service, LLC
Renal Treatment Centers - Northeast, Inc.
Respiratory Associates, LTD
Reuter Hanney Inc.
Richard N. Best Associates, Inc.
Ricoh USA, Inc.
Risa Eichinger
Rittenhouse Hematology & Oncology
Robert DiNunzio d/b/a Hygenic Building Services
Robinson Kirlew & Associates Attorneys at Law
Romed, Inc. d/b/a Romed Ambulance
S&H Ltd. d/b/a Metropolitan Flag & Banner Co.
S.A. Comunale Co., Inc.
S.R. Wojdak & Associates, LP d/b/a Wojdak Government Relations
SAI Global Compliance, Inc.
ScanSTAT Technologies, LLC
Scientific Apparatus Service, Inc.
Scott Testing Inc.
Scribe Care, Inc.
ScribeAmerica, LLC
SeaSpine Sales LLC
Security and Data Technologies, Inc.
Share Food Program Inc.
Sharonda Brown
SHC Services, Inc. d/b/a Supplemental Healthcare Company
Sherman Engineering Company
Shore Memorial Hospital d/b/a Shore Medical Center
Shriners Hospitals for Children
Sickle Cell Disease Association of Amreica Philadelphia/Delaware Valley Chapter
Siemens Healthcare Diagnostics, Inc.
Siemens Industry, Inc.
Siemens Medical Solutions USA, Inc.
Simkar Corporation
Simon Gratz Mastery Charter School
Singletary Group Inc. d/b/a First Contact HR

SISCO, Inc.
Sky Nurses, LLC
SleepMed Incorporated
Smith & Nephew, Inc.
Smokin' Betty's
SMR Healthcare Management, Inc.
Sodexo Management, Inc.
Solid Waste Services Inc. d/b/a JP Mascaro and Sons
Sorin Group USA, Inc.
SourceHOV Healthcare, Inc.
Southampton Window Cleaning & Janitorial Services, Inc.
Southeast Reimbursement Group, LLC
Southwest Regional PCR, LLC d/b/a PathoGenius Laboratory
SpecialtyCare IOM Services, LLC
SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc.
Spectra Laboratories, Inc.
Spectrum Health Partners, LLC
Spiffy Cloud Inc.
SPIN at Frankford
Spok, Inc.
SportWorx, Inc.
Spreemo, Inc.
St. Bernard PN
St. Christopher's Foundation for Children
St. Christopher's Healthcare, LLC
St. Elizabeth North Philadelphia Headstart
St. Helena School
St. James School
St. Martin de Porres School
Staff Care, Inc.
Standard Register Company, The
Stanford/Sterling Group, LLC
State of the Art Medical Products, Inc.
Stericycle, Inc.
Steris Corporation
Storage Solutions Technology Group, Inc. d/b/a SST Group, Inc.
Strassheim Graphic Design & Press Corp.
Stryker Flex Financial
Stryker Neurovascular
Stryker Sales Corporation
Sun Nuclear Corporation
Sunquest Information Systems, Inc.
Sunrise Support Services
Synergy Orthopedics, LLC
Sysmex America, Inc.
Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting
T. Cruse Design
Tab Service Company
TC Human Capital Solutions, LLC
Teleflex Medical Incorporated
Telehealth Services

Tenet Business Services Corporation
Terumo BCT, Inc.
Thanks for Being Green, LLC d/b/a Magnus Computer Recycling
The Academy of Natural Sciences of Drexel University
The Advisory Board Company
The American National Red Cross, Penn Jersey Region
The Anesthesia Quality Institute
The Bancorp Bank
The Bettinger Company, Inc.
The City of Philadelphia Fire Department
The Coding Network, LLC
The Communication Connection
The Cooper Health System
The Johns Hopkins University
The Leapfrog Group
The Otis Elevator Company
The Phillie Phanatic
The Society of Thoracic Surgeons
The Spectranetics Corporation
The Starlight Starbright Children's Foundation International
The StayWell Company, LLC
The Visiting Nurse Association of Greater Philadelphia
Therapath, LLC
Thomas, Thomas & Hafer LLP
thyssenkrupp Elevator Corporation
Tipton Communications Group, Inc.
Titan Health Management Solutions, Inc.
Toshiba America Medical Systems, Inc.
Total Package Express Inc. d/b/a One Hour Messengers
Total Renal Care, Inc.
Tozour Energy Systems, Inc.
Tractmanager, Inc. d/b/a Meditract
Trans Union LLC
Translate Medical
Translogic Corporation d/b/a Swisslog Healthcare Solutions
Transworld Systems Inc.
Trinity Biotech, Inc.
Trinity Mission Critical, LLC
TriReme Medical LLC
Trisonics, Inc.
UMS Lithotripsy Services of Greater Philadelphia, LLC
UMS MR Fusion Services of Eastern PA, LLC
Universal Digital Resources
Universal Hospital Services, Inc.
Universal Protection Service, LP d/b/a Allied Universal Security Services
University of Kansas Medical Center Research Institute, Inc.
University Pipette Services, Inc.
UPMC Benefit Management Services, Inc. d/b/a WorkPartners
UpToDate, Inc.
Urban Village Brewing Company
Urologic Consultants of Southeastern Pennsylvania

Urologic Surgeons, Inc.
Urology for Children, LLC
US Regional Occupational Health II, PC d/b/a WORKNET
Unique Pharmaceuticals Ltd.
US Security Associates, Inc.
USA-Clean, Inc.
Van Hong Nguyen
Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia
Vapotherm, Inc.
Varian Medical Systems
Veolia Energy Philadelphia, Inc.
Verathon Inc.
Vericom
VIE Healthcare, Inc.
Virtual Imaging, Inc.
Vision Quest National Limited
Visitation School
Vitalant
Vizient, Inc.
VOYCE, Inc.
VP-MA Health Solutions, Inc. d/b/a CDIMD
Vyera Pharmaceuticals, LLC
Warren Technology, Inc.
Watts Restoration Co., Inc.
Watts Restoration Co., Inc.
Wayne Moving and Storage Company
Weatherby Locums, Inc.
Web.com Group, Inc.
Webbcam LLC
Weber Gallagher Simpson Statpleton Fires & Newby, LLC
Welcome America, Inc.
Wells Fargo Commercial Mortgage
Werfen USA LLC
West Health Advocate Solutions, Inc.
West Interactive Services Corporation
West Physics Consulting, LLC
West Unified Communications Services, Inc.
Whitecap Health Advisors, LLC
Wolters Kluwer Clinical Drug Information, Inc.
Women Against Abuse, Inc.
WomenCertified Inc.
Woodstock Family Center - OESS
X-Change Dialysis, Inc.
Xerox Corporation
Yard Truck Specialists, Inc.
Young Achievers Learning Center
Zimmer Biomet CMF & Thoracic, LLC
Zimmer US, Inc.

**Certain Litigation Parties**
1199C, NUHHCE

1526 Lombard Street SNF Operations LLC d/b/a Powerback Rehabilitation
AAHS, LLC
All About Women
Altus Group U.S., Inc.
American Academic Health System, LLC
American Academic Health System, LLC, d/b/a Hahnemann University Hospital
American Academic Health System, LLC, d/b/a St. Christopher's Hospital for Children
Amrom, George, M.D.
Antony, Mary
Atlantic Specialty Insurance Company
Bailey, Paul, M.D.
Barrett, Nathan , Sr.
Beard, Jeffrey
Beck, Charles, as Legal Guardian of Isaiah Beck (an adult)
Bell, Scherise
Benefit Fund for Hospital and Health Care Employees
Bennett-Ryder, Martha, Administratrix of the Estate of Virginia Smith
Boyd, Kenneth
Briggs, Alyssa (minor), by and through her parents Joshua Briggs and LeeAnne Raccagno
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Buggy, Donna, R.N.
Bureau of Labor Law Compliance
Burns, Sarah K., M.D.
Center City Healthcare, LLC
Center City Healthcare, LLC, d/b/a Hahnemann University Hospital
Center City Health Care Associates, P.C.
Childs, Michael
City of Philadelphia
Clark, Maureen, D.O.
Clinical Care Associates of Univ of Penn Health Care System
Combs, Candes
Cooper, April
Cooper, Shontelle, M.D.
Corizon Health, Inc., t/a Prison Health Services, Inc.
Daniels-Iannucci, Lynsey, M.D.
DeValia, Laverne (Executive Director)
Devereaux, Courtney, Administratrix of the Estate of Alise Adams-Allen
Delvadia, Dipak, D.O.
Deveaux, Richard, M.D.
Diaz, Gregory
Drexel College of Medicine
Drexel Medicine
Drexel Neurosciences Institute
Drexel Surgical Associates
Drexel University
Drexel University College of Medicine
Earley, Melissa
Edmondson, Madern
Envision Physician Services North Division, a/k/a EmCare North Division

Felbaum, Daniel, M.D.
Feldman, Cheryl (Executive Director)
Fleming, Althea
Freedman, Joel
Front Street Healthcare Properties, LLC
Future IT Advisors, Inc.
Galvez, Alvaro, M.D.
Global Excel Management, Inc.
Global Neurosciences Institute
Gray, Juanita
Green, Seika Lee
Gruber, Eric, M.D.
Hahnemann Orthopedic Associates, LLC
Hahnemann Orthopedic Associates, P.C.
Hahnemann University Hospital
Halley, Kadyjah
Harrell, Tyron
Hospital of University of Pennsylvania
IHC Administrative Services, Inc.
IHC Health Solutions
Innovative Medical Risk Management, Inc.
Johnson, Robert
Khalili, Marina, M.D.
Lemons, Eric, as Executor of the Estate of Maria Lemons
Leone, Joelle
Lewis, Emma, Individually and as Administratrix of the Estate of Lynn Lewis
Rebecca Maneval, Lisa Rebecca, CRNP
Marcucci, Michael, M.D.
Mastrangelo, John
McFadden, Phyicia
Mercy Health System of Southeastern PA
Morgenstern, Ricardo, M.D.
Murphy, John, M.D.
Nazareth Hospital
Nunez, Alberto, M.D.
PAHH
PAHS, LLC
Packer, Marci
Packer, Steven
Paladin Healthcare
Paladin Healthcare Capital, LLC
Park America, Inc. of PA
Parker, Jason, D.O.
Parkway Corporation
Patel, Sonaly, M.D.
Penn Medicine at Bucks County
Penn Medicine, c/o the Trustees of the University of Pennsylvania Health Care System
Penn Radiology Bucks County
Pennsylvania Association of Staff Nurses and Allied Professionals
Pension Fund for Hospital and Health Care Employees – Philadelphia and Vicinity
Philadelphia Academic Health System, LLC

Philadelphia Academic Medical Associates, LLC
Philadelphia Hand Center, P.C.
Philadelphia Hospital & Health Care Employees – District 1199C Training and Upgrading Fund
Philadelphia Human Rights Commission
Physicians Clinical Network, LLC
Porter-Robinson, Cassandra
Pratta, Steven, PA-C
R.V., a minor, by Kira and David Voelker
Reading Hospital
Reid, Shari, M.D.
Renza-Singhone, Elizabeth, M.D.
Richards, Suzanne
Rivera, Loraine
Rogers, Marquita
Rydal Square
Saechow, Pamela
Schwartz, Roy, M.D.
Schwedhelm, Thomas, M.D.
SD Real Estate Developers, LLC
Shaikh, Mohammad, M.D.
Shields, Corinthia
Sloan, David
Smith, Sharae
SMR Healthcare Management, Inc.
Standard Security Life Insurance Company of New York
Steckler, Robert E., M.D.
Steese-Prisco, Marcella
Stone, Sherry
Taras, John, M.D.
Teichman, Amanda, M.D.
Tenet Business Services Corporation, Inc.
Tenet Healthcare Corporation
Tenet HealthSystem Hahnemann, LLC
Tenet HealthSystem St. Christopher's Hospital for Children, LLC
Thompson, Jennifer, CNM
Tower Health
Tower Health Medical Group
Trinity Health Corp.
Trustees of University of Pennsylvania
U.S. Equal Employment Opportunity Commission
Weinbaum, Paul, M.D.
Williams, Lana
Winn, Michael
Xiao, Gary, M.D.

**<u>Delaware Bankruptcy Judges and Clerk of the Court</u>**
Carey, Kevin J.
Dorsey, John T.
Gross, Kevin
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.
O'Boyle, Una

**<u>U.S. Trustee's Office, District of Delaware</u>**
Attix, Lauren
Buchbinder, David
Casey, Linda
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vara, Andrew
Vinson, Ramona
Weissgerber, Jaclyn
Wynn, Dion

## EXHIBIT 2

### Greenberg Traurig, LLP's Disclosure of Connections
### with Potentially Interested Parties

The following names were compared to Greenberg Traurig's Client Database.  Greenberg Traurig has represented or currently represents those Potentially Interested Parties noted below, including various persons or entities that may be related to or affiliated with the Potentially Interested Persons, in matters unrelated to the Debtor or the Case.

| NON DEBTOR AFFILIATES |
| --- |
| American Academic Health System, LLC |
| **OTHER** |
| Dilworth Paxson LLP |
| Drexel University |
| **UTILITIES** |
| Verizon |
| Verizon Wireless |
| **INSURERS** |
| Admiral Insurance Company |
| Chubb - Federal Insurance Company |
| Premium Assignment Corporation |
| Starr Indemnity & Liability Company |
| **PAYOR** |
| Aetna/Coventry |
| Aetna Better Health |
| BCBS Horizon NJ Health |
| Humana |
| United Health Care |
| **TAXING AGENCIES** |
| City of Philadelphia |
| **CASE PROFESSIONALS** |
| EisnerAmper LLP |

| **BANKS** |
|---|
| Bank of America, N.A. |
| Capital One, N.A. |
| MidCap |
| PNC Bank, N.A. |
| U.S. Bank, N.A. |
| Wells Fargo Bank, N.A |
| **OTHER CREDITORS/CONTRACT PARTIES** |
| ADP, LLC |
| Agilent Technologies, Inc. |
| Barton & Associates, Inc. |
| Beasley Media Group, Inc. d/b/a WMMR, WMGK, WBEN-FM & WPEN |
| Beckman Coulter, Inc. |
| Best Practice Professionals Inc. d/b/a oneSOURCE Document Management Services |
| bioMerieux Inc. |
| Biomet, Inc. |
| Brightside Academy |
| Capstar Radio Operating Company d/b/a iHeart Medica, Philadelphia |
| CardioNet, Inc. |
| Cenova, Inc. |
| Cepheid Incorporated |
| CardioAccess, Inc. |
| Cerner Corporation |
| Cintas Corporation |
| CIOX Health, LLC |
| Cisco Systems Capital Corporation |
| Crowell & Moring LLP |
| Cochlear Americas |
| DaVita Healthcare Partners Inc. |
| DIRECTV, Inc. |
| Dixon Hughes Goodman LLP |

| |
|---|
| Draeger Medical, Inc. |
| Duff & Phelps, LLC |
| Enerwise Global Technologies, Ind., d/b/a/ CPower |
| Ernst & Young LLP |
| ettain group, Inc. |
| Eurofins VRL, Inc. d/b/a VRL Eurofins |
| Fresenius Medical Care |
| Hill-Rom Company, Inc. |
| Hollis Cobb Associates, Inc. |
| Hologic, Inc. |
| Infor (US), Inc. |
| Intralinks, Inc. |
| Intuitive Surgical, Inc. |
| J.W. Carrigan, LLC |
| Laboratory Corporation of America |
| LinkedIn Corporation |
| Litchfield Cavo LLP |
| Medline Industries, Inc. |
| Medtronic USA Inc. |
| Mentor Worldwide LLC |
| Muzak LLC d/b/a Mood Media |
| Nanosonics, Inc. |
| Natus Medical Incorporated |
| Nova Capital Group, LLC |
| Nuance Communications, Inc. |
| Omnigo Software |
| Omnicell, Inc. |
| OsteoMed, LP |
| Pitney Bowes Inc. |
| Practising Law Institute |
| Premier, Inc. |

| |
|---|
| Shriners Hospitals for Children |
| Siemens Healthcare Diagnostics, Inc. |
| Solid Waste Services Inc. d/b/a JP Mascaro and Sons |
| SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc. |
| Stericycle, Inc. |
| Sunquest Information Systems, Inc. |
| The Cooper Health System |
| The Johns Hopkins University |
| The Otis Elevator Company |
| Verathon Inc. |
| Virtual Imaging, Inc. |
| Vizient, Inc. |
| Web.com Group, Inc. |
| **CERTAIN LITIGATION PARTIES** |
| Altus Group U.S., Inc. |
| Tenet Healthcare Corporation |
| **DELAWARE BANKRUPTCY JUDGES AND CLERK OF THE COURT** |
| Dorsey, John T. |