**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | Chapter 11 |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | : | |
| | : | |
| | : | Case No. 19-11466 (KG) |
| Debtor. | : | |

**NOTICE OF REQUEST FOR SERVICE OF**
**PAPERS PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE that the undersigned on behalf of Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund ("Training Fund"), a creditor and party-in-interest herein, demands that all notices in any and all adversary proceedings in this case and all notices mailed to any committee, trustee and/or their authorized agents, who file with the Court or request that all notices be mailed to them be given to and served upon the undersigned at the office address and telephone numbers set forth below:

Training & Upgrading Fund
c/o Susan A. Murray, Esquire
Freedman & Lorry, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA  19103
Phone:  (215) 931-2506
Fax:  (215) 925-7516

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading requests, complaints or demand, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopier, telex, e-mail, or otherwise, which affects the Debtor or the property of the Debtor.

                                      FREEDMAN AND LORRY, P.C.

BY:      /s/ Susan A. Murray
         SUSAN A. MURRAY, ESQUIRE
         1601 Market Street, Suite 1500
         Philadelphia, PA  19103
         (215) 931-2506
         Attorney for Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund

Dated: August 5, 2019

# CERTIFICATE OF SERVICE

I, SUSAN A. MURRAY, ESQUIRE, state under penalty of perjury that I caused a copy of the foregoing Notice of Request Under Fed. R. Bankr. P. 2002 For Notices, Pleadings and Orders to be served via first class mail, postage prepaid on the date and to the addresses below:

>Mark Minuti, Esquire
>Monique B. DiSubatino, Esquire
>Saul Ewing Arnstein & Lehr LLP
>1201 N. Market Street, Suite 2300
>P.O. Box 1266
>Wilmington, DE 19899
>
>Jeffrey C. Hampton, Esquire
>Adam H. Isenberg, Esquire
>Aaron S. Applebaum, Esquire
>Saul Ewing Arnstein & Lehr LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102
>
>Benjamin A. Hackman, Esquire
>Office of the U.S. Trustee
>844 King Street
>Suite 2207
>Wilmington, DE 19801

>>*/s/ Susan A. Murray*
>>SUSAN A. MURRAY, ESQUIRE

Date:  August 5, 2019