UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

CENTER CITY HEALTHCARE, LLC d/b/a
HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]      CASE NO. 19-11466 (KG)

DEBTORS.      CHAPTER 11
(Jointly Administered)

**APPEARANCE OF COUNSEL**

Jones Walker LLP of Jackson, Mississippi enters its appearance as counsel of record for Ensemble RCM, LLC d/b/a Ensemble Health Partners in the above-referenced jointly administered Chapter 11 proceeding. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, we request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth herein.

The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by electronic mail, United States postal service, ECF notification, delivery, telephone, facsimile or otherwise, which affect the Debtors or property of the Debtors.

DATED: August 5, 2019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health Systems, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

{JX385403.1}.1

Respectfully submitted,

ENSEMBLE RCM, LLC d/b/a
ENSEMBLE HEALTH PARTNERS

By Its Attorneys,
JONES WALKER LLP

*/s/ Jeffrey R. Barber*

Jeffrey R. Barber, MS Bar No. 1982
JONES WALKER LLP
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone  (601) 949-4765
Telecopy  (601) 949-4804
Email  jbarber@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof.

DATED:  August 5, 2019.

*/s/ Jeffrey R. Barber*