# EXHIBIT 1

Invoices

 **Temple University Hospital**

Financial Administration

2450 W. Hunting Park Avenue, 2nd Floor
Philadelphia, PA  19129

### Account Summary for Temple University Hospital Residents

**Invoice To:**

Theresa DiBenedetto
Assoc. Coordinator of GME
St. Christopher's Hospital
Erie Avenue and Front Street
Philadelphia, PA 19134-1095

| | |
|---|---|
| **Invoice Date :** | 07/03/19 |
| **Payment Due :** | Upon Receipt |

**A. PRIOR PAYMENT ACTIVITY**

| | |
|---|---:|
| FY18 AS&T for Neurology Resident (incl 3% increase) - Jul 17 to Sep 17 | 7,617.26 |
| Payment          *11/15/17* | (7,617.26) |
| FY18 AS&T for Neurology Resident (incl 3% increase) - Oct 17 to Dec 17 | 7,617.26 |
| Payment          *01/10/18* | (7,617.26) |
| FY18 AS&T for Neurology Resident (incl 3% increase) - Jan 18 to Mar 18 | 7,617.26 |
| Payment          *07/31/18* | (7,617.26) |
| FY18 AS&T for Neurology Resident (incl 3% increase) - Apr 18 to Jun 18 | 7,617.26 |
| Payment          *02/05/19* | (7,617.26) |
| FY19 AS&T for Neurology Resident (incl 3% increase) - Jul 18 to Sep 18 | 7,845.78 |
| Payment          *12/12/18* | (7,845.78) |
| FY19 AS&T for Neurology Resident (incl 3% increase) - Oct 18 to Dec 18 | 7,845.78 |
| FY19 AS&T for Neurology Resident (incl 3% increase) - Jan 19 to Mar 19 | 7,845.78 |

**Total Account Balance Before Current Invoice**                 **15,691.56**

**B.  CURRENT MONTHS ACTIVITY**

FY19 AS&T for Neurology Resident (incl 3% increase) - Apr 19 to Jun 19          **7,845.78**

**C.  OUTSTANDING BALANCE DUE TUH FROM AAHS**                 **23,537.34**

| | |
|---|---|
| Check Payable To: | Temple University Hospital |
| Remit To: | Cashier Office |
| | Room A131 |
| | 3401 N. Broad Street |
| | Philadelphia, PA  19140 |

If there are any questions, please contact Noelle Stuart at (215) 707-2945

 **Temple University Hospital**

Financial Administration

2450 W. Hunting Park Avenue, 2nd Floor
Philadelphia, PA  19129

### *Account Summary for Temple University Hospital Residents*

**Invoice To:**

Theresa DiBenedetto
Assoc. Coordinator of GME
St. Christopher's Hospital
Erie Avenue and Front Street
Philadelphia, PA 19134-1095

| Invoice Date : | 07/18/19 |
| Payment Due : | Upon Receipt |

## A. PRIOR PAYMENT ACTIVITY

| | | |
|---|---|---:|
| Jul-18 | | 81,109.20 |
| Aug-18 | | 73,370.50 |
| Sep-18 | | 81,722.02 |
| Oct-18 | | 91,405.90 |
| Nov-18 | | 100,061.84 |
| Dec-18 | | 80,995.59 |
| Jan-19 | | 67,410.49 |
| Feb-19 | | 78,453.30 |
| Mar-19 | | 76,815.82 |
| Apr-19 | | 82,760.72 |
| May-19 | | 76,837.60 |
| FY19 Payment | *06/04/19* | (125,000.00) |

**Total Account Balance Before Current Invoice**     **765,942.98**

## B.  CURRENT MONTHS ACTIVITY

See attached summary of current June 2019 invoice     **63,773.60**

## C.  OUTSTANDING BALANCE DUE TUH FROM AAHS     829,716.58

**Check Payable To:**     Temple University Hospital
**Remit To:**     Cashier Office
     Room A131
     3401 N. Broad Street
     Philadelphia, PA  19140

If there are any questions, please contact Noelle Stuart at (215) 707-2945