**CERTIFICATE OF SERVICE**

I, Justin R. Alberto, hereby certify that on this 5th day of August 2019, I caused copies of the **Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion** to be served on the parties listed below via first class mail.

Saul Ewing Arnstein & Lehr LLP
Mark Minuti
Monique Bair DiSabatino
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Saul Ewing Arnstein & Lehr LLP
Aaron S. Applebaum
Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)