## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a<br>Hahnemann University Hospital, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. 142, 249, 360** |

## JOINDER OF ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION TO LIMITED OBJECTION OF THE ASSOCIATION OF AMERICAN MEDICAL COLLEGES AND THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES TO THE <u>RESIDENT PROGRAM BID PROCEDURES MOTION</u>

The Accreditation Council for Graduate Medical Education (the "ACGME"), by its undersigned counsel, hereby submits its Joinder to the Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (D.I. 360) (the "Objection") to the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C.(5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain executory Contracts; and (III) Granting Related Relief* (D.I. 142) (the "Sale Motion")[2]:

## JOINDER

1.      The ACGME hereby joins in the Objection and respectfully requests that the Court condition granting relief on the Sale Motion by satisfying the insurance and records retention requirements raised in the Objection.

Dated:    August 5, 2019
           Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Curtis S. Miller*
Curtis S. Miller (No. 4583)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
cmiller@mnat.com

- and –

NEAL, GERBER & EISENBERG LLP
Thomas C. Wolford
Two North LaSalle Street, Suite 1700
Chicago, Illinois  60602
Telephone:  (312) 269-8000
Facsimile:  (312) 269-1747
twolford@nge.com

- and –

DOUGLAS CARLSON LLC
Douglas Carlson
330 N. Wabash, #3300
Chicago, IL  60611
Telephone:  (312) 241-1166
carlson@dougcarlsonlaw.com

*Co-Counsel to Accreditation Council for Graduate Medical Education*

---

[2]      All terms used but not otherwise defined herein, shall have the meanings ascribed to them in the Bidding Procedures Motion.