# CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion** was caused to be made on August 5, 2019, in the manner indicated upon the parties identified below.

| **VIA HAND DELIVERY** | **VIA U.S. FIRST CLASS MAIL** |
|---|---|
| Mark Minuti<br>Monique B. DiSabatino<br>Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br><br>*Proposed Counsel for Debtors and Debtors in Possession*<br><br>Benjamin Hackman<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>*United States Trustee* | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Aaron S. Applebaum<br>Saul Ewing Arnstein & Lehr LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |

Date:  August 5, 2019

*/s/  Curtis S. Miller*
Curtis S. Miller (No. 4583)