IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | |

### THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH'S CONTINUING LIMITED OBJECTION TO THE SALE OF THE RESIDENT PROGRAM ASSETS

The Commonwealth of Pennsylvania Department of Health (the "PA DOH"), by and through undersigned counsel, hereby reaffirms its continuing *Limited Objection to the Sale of the Resident Program*, as follows:

### BACKGROUND

1. On June 30, 2019 (the "Petition Date"), Center City Healthcare, LLC d/b/a Hahnemann University Hospital ("CCH") and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions in the United States Bankruptcy Court for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102

the District of Delaware seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code.

2. On July 9, 2019, the Debtors filed the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief* [Doc. No. 142] (the "Sale Motion").

3. On July 15, 2019, the PA DOH filed a limited objection to the Sale Motion [Doc. No. 185] (the "PA DOH Sale Objection"), a copy of which is attached hereto as Exhibit A.

4. Pursuant to the PA DOH Sale Objection, the PA DOH objected to the Sale Motion on the grounds that, *inter alia*, the Debtors' proposed sale and bidding procedures failed to appropriately take into account state laws and regulations regarding the licensing of hospitals within the Commonwealth of Pennsylvania and the PA DOH's authority and obligations to oversee the same.

## LIMITED OBJECTION

5. The PA DOH incorporates herein by reference the PA DOH Sale Objection.

6. The PA DOH hereby objects to the sale of the Residents Program Assets on the terms set forth in the Sale Motion for all of the reasons stated in the PA DOH Sale Objection.

WHEREFORE, the PA DOH respectfully requests that the Court deny approval of the sale on the terms set forth in the Sale Motion.

| | |
|---|---|
| Dated: August 6, 2019 | By: /s/ Daniel M. Pereira<br>Richard A. Barkasy (#4683)<br>Daniel M. Pereira (#6450)<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 888-4554<br>Facsimile: (302) 888-1696<br>rbarkasy@schnader.com<br>dpereira@schnader.com<br><br>-and-<br><br>David Smith (admitted *pro hac vice*)<br>Nicholas J. LePore, III (admitted *pro hac vice*)<br>Ira Neil Richards (admitted *pro hac vice*)<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>Telephone: (215) 751-2000<br>Facsimile: (215) 751-2205<br>dsmith@schnader.com<br>nlepore@schnader.com<br>irichards@schnader.com<br><br>*Counsel for the Commonwealth of Pennsylvania Department of Health* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, I caused a copy of the foregoing to be sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case.

/s/ Daniel M. Pereira
Daniel M. Pereira, Esq. (#6450)