IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2019 AUG -6  AM 8:59

IN RE:

CENTER CITY HEALTHCARE, LLC, et al.

Debtor.

Chapter 11
Case No.: 19-11466

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Sodexo Management, Inc. aka Sodexo, Inc. & Affiliates ("Sodexo"), a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Sodexo, Inc.
c/o Judy D. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
jdt@jdthompsonlaw.com **[ELECRONIC SERVICE PREFERRED]**

Sodexo respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Sodexo requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

This Notice of Appearance does not give express or implied consent by the undersigned to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted, this 31st day of July, 2019.

By: _____
Judy D. Thompson
NC State Bar No. 15617
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
(828)749-1865
jdt@jdthompsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the parties listed below, as well as others, via Electronic Case Noticing this 31st day of July, 2019 to:

| | |
|---|---|
| Aaron S. Applebaum<br>Saul Ewing Arnstein & Lehr LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | Counsel for the Debtor |
| Benjamin A. Hackman<br>Office of the US Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | Counsel for the Trustee |
| Thomas M. Horan<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801 | Counsel for the Creditor's Committee |
| Omni Management Group, Inc.<br>5955 DeSoto Avenue, Suite 100<br>Woodland Hills, CA 91367 | Claims Agent |

By: _____
Judy D. Thompson