## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 1, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of Counsel Regarding (A) Revised Proposed Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (II) the Designations of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors, Nunc Pro Tunc to the Petition Date, and (B) No Objection to Same [Docket No. 331]**

- **Certification of Counsel Regarding (A) Revised Proposed Order Authorizing (I) Retention and Employment of SSG Advisors, LLC, as Investment Banker to the Debtors, Nunc Pro Tunc to the Petition Date, and (II) a Waiver of Compliance With Certain Requirements of Local Rule 2016-2, and (B) No Objection to Same [Docket No. 332]**

- **Certification of No Objection to Application of Debtors for Order Authorizing Retention and Employment of Omni Management Group as Administrative Agent Nunc Pro Tunc to the Petition Date [Docket No. 333]**

- **Certification of No Objection to Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date [Docket No. 334]**

///

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- **Certification of Counsel Regarding (A) Revised Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, and (B) No Objection to Same [Docket No. 335]**

Dated: August 5, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 5th day of August, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

# EXHIBIT A

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                    Served 8/1/2019

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
LAWRENCE G. MCMICHAEL
LMCMICHAEL@DILWORTHLAW.COM

DILWORTH PAXSON LLP
PETER C. HUGHES
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                                                 Served 8/1/2019

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  84

## EXHIBIT B

**Center City Healthcare, LLC, et al. - U.S. Mail**                                                                                      **Served 8/1/2019**

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN HACKMAN
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 18