**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a,<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Joint Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Stephen C. Hackney of Kirkland & Ellis LLP, to represent Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC, in the above-captioned proceeding.

Dated: August 6, 2019         */s/ Laura Davis Jones*
                              Laura Davis Jones (DE Bar No. 2436)
                              Pachulski Stang Ziehl & Jones LLP
                              919 North Market Street, 17th Floor
                              Wilmington, DE  19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 6, 2019         */s/ Stephen C. Hakcney*
                              Stephen C. Hackney
                              Kirkland & Ellis LLP
                              300 North LaSalle
                              Chicago, IL  60654
                              Telephone: (312) 862-2000
                              Facsimile: (312) 862-2200
                              Email:   stephen.hackney@kirkland.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.