**Exhibit A**

**August 5 Email from M. Minuti to N. Wasdin**

| | |
|---|---|
| **From:** | Minuti, Mark <Mark.Minuti@saul.com> |
| **Sent:** | Monday, August 5, 2019 5:09 PM |
| **To:** | Wasdin, Nick; Pesce, Gregory F.; *ljones@pszjlaw.com |
| **Cc:** | Hampton, Jeffrey C. |
| **Subject:** | [EXT] Center City Healthcare, LLC, et al. |

Nick:

Consistent with our email exchange of last Friday, the purpose of this email is to notify you that the Debtors expect to call Allen Wilen, the Debtors' CRO, and J. Scott Victor, the Debtors' Investment Banker, as witnesses in connection with final approval of debtor-in-possession financing.

As of now, the Debtors may rely upon the following documents for their case in chief:
1. The pre-petition Midcap loan documents;
2. The DIP loan documents, as such documents may be amended;
3. The updated Budget, as such Budget may be further revised and amended;
4. The Budget variance report;
5. Conifer reports reflecting actual post-petition services provided;
6. The Delaware state court litigation complaints against Tenet;
7. The letters from Tenet/Conifer allegedly "terminating" the MSA and TSA;
8. The ASA, TSA and MSA;
9. The Master Leases with HSRE, related subleases and any recognition agreements; and
10. The June 20, 2019 default notices from HSRE.

As made clear in my emails of Friday, the Debtors are continuing to evaluate the objections, and will evaluate the Committee's objection once filed. To the extent the Debtors identify additional witnesses or documents that may be necessary, we will do our best to promptly identify those additional witnesses and documents.

Finally, the Debtors reserve the right to (a) call any witnesses identified or used by any other party; (b) use any documents identified or used by any other party; and (c) call additional witnesses or use additional documents in rebuttal.



**Mark Minuti**
**SAUL EWING ARNSTEIN & LEHR LLP**
Mailing: P.O. Box 1266 | Wilmington, DE 19899-1266
Courier: 1201 North Market Street, Suite 2300 | Wilmington, DE 19801
Tel: 302.421.6840 | Cell: 302.545.4911 | Fax: 302.421.5873
Mark.Minuti@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+