**Exhibit C**

**Deposition Notice of Allen Wilen**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) ) | Case No. 19-11466 (KG) Jointly Administered |
| Debtors. | ) ) ) |  |

**TENET BUSINESS SERVICES CORPORATION'S AND CONIFER REVENUE CYCLE SOLUTIONS, LLC'S NOTICE OF DEPOSITION OF ALLEN WILEN**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, as incorporated through Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") will take the deposition upon oral examination of Allen Wilen of EisnerAmper on August 8, 2019 at 9:30 a.m. Eastern time. The deposition will take place at Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, before a court reporter and will be recorded by stenographic means, and may also be audio recorded or videotaped. The deposition is being taken for discovery, for use at any evidentiary hearing, for use at trial, or for any purposes that are permitted by law or under the rules of this Court.

PLEASE TAKE FURTHER NOTICE that Tenet and Conifer hereby request, pursuant to Federal Rules of Civil Procedure 26 and 34, as incorporated through Rules 7026, 7034 and 9014

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

of the Federal Rules of Bankruptcy Procedure, that the deponent produce the documents requested in Exhibit A hereto by Thursday, August 8, 2019 at 9:30 a.m. Eastern time by electronic mail to Tenet's and Conifer's counsel: Stephen C. Hackney, P.C. (shackney@kirkland.com), Gregory F. Pesce (gregory.pesce@kirkland.com), and Nick Wasdin (nick.wasdin@kirkland.com).

## EXHIBIT A

## REQUEST FOR PRODUCTION OF DOCUMENTS

## INSTRUCTIONS

The following instructions apply to each of the requests for production (the "Requests") set forth herein:

1. You are required to produce responsive Documents as they are kept in the usual course of business, or to organize and label them to correspond with each Request. If any electronically stored information ("ESI") is responsive to the Requests, the ESI must be produced in its native electronic format, with all attachments, all metadata and corresponding load files. As to any ESI that is encrypted or otherwise access-restricted, the ESI must be produced with encryption keys, passwords or other similar information as necessary to make the ESI accessible to the Debtors.

2. If you withhold or redact any responsive Document under a claim of privilege or other protection, provide the Debtors with a privilege log that includes the following information for each Document that is withheld or redacted: (i) the date of the Document, (ii) the type of Document (*e.g.*, letter, memorandum, report, etc.), (iii) the name, address, telephone number, email address and title of each author of the Document, (iv) the name, address, telephone number, email address and title of each recipient (including each to, cc and bcc recipient) of the Document, (v) a description of the subject matter of the Document or redacted portion without disclosing the material that you assert is privileged or protected, and (vi) the specific privilege(s) or protection(s) that you assert as to the Document or redacted portion. The privilege log must be provided to the Debtors with your responses to the Requests.

3. If you object to any part of any Request, you are required to state fully and in writing the grounds for your objection. Notwithstanding any such objection, you are required to comply with and respond in full to any part(s) of the Request to which you do not object.

## REQUESTS FOR PRODUCTION

**Request For Production No. 1:**

All communications with MidCap and/or other lenders regarding the amount to pay Tenet and Conifer under the DIP budget.

**Request For Production No. 2:**

All communications with MidCap and/or other lenders regarding the amount of postpetition financing available to the Debtors.

Dated: August 5, 2019          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: stephen.hackney@kirkland.com
gregory.pesce@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*