**Exhibit E**

**August 6 email from M. Minuti to N. Wasdin**

| | |
|---|---|
| **From:** | Wasdin, Nick |
| **Sent:** | Tuesday, August 6, 2019 12:12 PM |
| **To:** | 'Minuti, Mark'; Hampton, Jeffrey C. |
| **Cc:** | Hackney, Stephen C.; Pesce, Gregory F.; *ljones@pszjlaw.com; thoran@foxrothschild.com; *asherman@sillscummis.com; *BMankovetskiy@sillscummis.com |
| **Subject:** | RE: In re Center City Healthcare, LLC: Deposition Notice |

Thanks, Mark.  Please let us know alternative availability prior to the August 9 hearing by 3pm eastern today.  We reserve all rights, including to seek a continuation of the hearing.

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

nick.wasdin@kirkland.com

**From:** Minuti, Mark <Mark.Minuti@saul.com>
**Sent:** Tuesday, August 6, 2019 12:01 PM
**To:** Wasdin, Nick <nick.wasdin@kirkland.com>; Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>
**Cc:** Hackney, Stephen C. <shackney@kirkland.com>; Pesce, Gregory F. <gregory.pesce@kirkland.com>; *ljones@pszjlaw.com <ljones@pszjlaw.com>; thoran@foxrothschild.com; *asherman@sillscummis.com <asherman@sillscummis.com>; *BMankovetskiy@sillscummis.com <BMankovetskiy@sillscummis.com>
**Subject:** [EXT] RE: In re Center City Healthcare, LLC: Deposition Notice


Nick:

Neither Scott Victor nor Allen Wilen are available for a deposition on Thursday, as that is the date set for an auction of the Debtors' Residents Program Assets and both will be attending the auction.  We are checking to determine whether either have ability to appear for a deposition this week and will be back to you.



**Mark Minuti**
**SAUL EWING ARNSTEIN & LEHR LLP**
Mailing: P.O. Box 1266 | Wilmington, DE 19899-1266
Courier: 1201 North Market Street, Suite 2300 | Wilmington, DE 19801
Tel: 302.421.6840 | Cell: 302.545.4911| Fax: 302.421.5873
Mark.Minuti@saul.com | www.saul.com

**From:** Wasdin, Nick [mailto:nick.wasdin@kirkland.com]
**Sent:** Tuesday, August 06, 2019 12:55 PM

1

**To:** Minuti, Mark; Hampton, Jeffrey C.
**Cc:** Hackney, Stephen C.; Pesce, Gregory F.; *ljones@pszjlaw.com; thoran@foxrothschild.com; *asherman@sillscummis.com; *BMankovetskiy@sillscummis.com
**Subject:** RE: In re Center City Healthcare, LLC: Deposition Notice

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**


Mark,


I'm attaching a notice for J. Scott Victor's deposition in advance of Friday's DIP hearing in the Center City case. The deposition is noticed for 1:00pm on Thursday, August 8 at Kirkland NY. Let me know if you'd like to discuss.

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

nick.wasdin@kirkland.com

---

**From:** Wasdin, Nick
**Sent:** Tuesday, August 6, 2019 7:39 AM
**To:** 'Minuti, Mark' <Mark.Minuti@saul.com>; Hampton, Jeffrey C. <Jeffrey.Hampton@saul.com>
**Cc:** Hackney, Stephen C. <shackney@kirkland.com>; Pesce, Gregory F. <gregory.pesce@kirkland.com>; *ljones@pszjlaw.com <ljones@pszjlaw.com>; 'thoran@foxrothschild.com' <thoran@foxrothschild.com>; *asherman@sillscummis.com <asherman@sillscummis.com>; *BMankovetskiy@sillscummis.com <BMankovetskiy@sillscummis.com>
**Subject:** In re Center City Healthcare, LLC: Deposition Notice

Mark,

I'm attaching a notice for Allen Wilen's deposition in advance of Friday's DIP hearing in the Center City case. The deposition is noticed for 9:30am on Thursday, August 8 at Kirkland NY. Let me know if you'd like to discuss.

Nick

**Nicholas F. Wasdin**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3254  **F** +1 312 862 2000

nick.wasdin@kirkland.com


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+

3