# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
|  | Jointly Administered |
| Debtors. | |
|  | Docket Ref. No. 378 |

## MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING ON MOTION OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC'S MOTION TO ADJOURN THE FINAL DIP HEARING

Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer"), file this motion (the "Motion to Shorten") for entry of an order pursuant to Bankruptcy Rule 9006(c)(1) and Rule 9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), shortening the notice period and scheduling an expedited hearing on the *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Motion to Adjourn the Final DIP Hearing* (the "Motion"), filed concurrently herewith,[2] so that the Court can consider the relief requested in the Motion in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined in this Motion to Shorten shall have the meanings given to such terms in the Motion.

advance of the final DIP hearing.  In support of this Motion to Shorten, Tenet and Conifer respectfully state as follows:

### Relief Requested

1. By this Motion to Shorten, the Tenet and Conifer request, pursuant to Bankruptcy Code section 105(a), Bankruptcy Rule 9006(c)(1), and Local Rule 9006-1(e), that the Court enter an order shortening the notice period, and fixing the date and time, for a telephonic hearing on the Motion on Wednesday, August 7 or Thursday, August 8, 2019, at the Court's convenience (the "Hearing").

### Jurisdiction and Venue

2. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are section 105(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

### Basis for Relief

4. Pursuant to Bankruptcy Rule 9006, the Court may, for cause shown, shorten the otherwise applicable notice period for motion papers.  Fed. R. Bankr. P. 9006(c)(1) ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced").  Similarly, Local Rule 9006-1(e) provides

that the Court may shorten the notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

5. Given the circumstances, a shortened notice period is necessary and appropriate. Indeed, without a shortened hearing, the Motion would be moot given the final DIP hearing would have already occurred. That result would be to every stakeholders' detriment.

6. Currently, the final DIP hearing is set for August 9, 2019. Tenet and Conifer believe that hearing should be adjourned, as more set forth in the Motion, because: (a) the Debtors **refuse to schedule depositions of their two witnesses** at any time prior to the hearing, depriving Tenet and Conifer of information necessary to prosecute their objection to the DIP Motion and (b) the final hearing should not occur until the Court resolves the *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(B)(1) Or, In the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 303] (the "Administrative Claim Motion") filed by Tenet and Conifer, which is scheduled for hearing on Friday, August 16, 2019, because **the requested relief, if granted, would give rise to multiple events of default under the proposed Final Order**.

7. Given the need to adjourn the final DIP hearing, the Motion must be heard in advance of that time. Thus, Tenet and Conifer submit that it is appropriate under the circumstances to shorten notice, as necessary, to consider the relief requested in the Motion in advance of the DIP Hearing.

**Notice**

8.       A copy of the Motion has been provided to (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to MidCap Funding IV Trust; (e) Drexel University d/b/a Drexel University College of Medicine; (f) the Debtors' unions; (g) the Internal Revenue Service; (h) the United States Attorney for the District of Delaware; (i) the United States Department of Justice; (j) the Pennsylvania Attorney General's Office; (k) the Pennsylvania Department of Human Services; (l) the City of Philadelphia; and (m) all applicable federal, state and local taxing and regulatory authorities having jurisdiction over the Assets; and (n) all parties who have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. Tenet and Conifer submit that, under the circumstances, such notice constitutes good and sufficient notice of this Motion and no other or further notice need be given.

**No Prior Request**

9.       No prior request for the relief sought in this Motion to Shorten has been made to this Court or to any other court.

WHEREFORE, Tenet and Conifer respectfully request that the Court enter the Proposed Order and grant such other relief as is just and proper under the circumstances.

Dated: August 6, 2019        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
           tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: stephen.hackney@kirkland.com
           gregory.pesce@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*