# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) Jointly Administered |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 9, 2019 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[2,3]

**MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant To Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 53; filed: 07/01/19]

    Response Deadline: July 19, 2019 at 4:00 p.m.  Extended to August 6, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors (the "**Committee**").

    Responses Received:

    A.  Informal response from ACE American Insurance Company and/or any of its affiliates

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

B. Philadelphia Gas Works' Limited Response [D.I. 183; filed: 07/15/19]

C. Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Objection [D.I. 348; filed: 08/02/19]

D. Limited Objection to Entry of Filing Order filed by HSREP VI Holdings, LLC and its affiliates [D.I. 352; filed: 08/02/19]

E. Objection of the Committee [D.I. 368; filed: 08/06/19]

Related Documents:

A. Declaration of Allen Wilen in Support of First Day Relief [D.I. 2; filed: 07/01/19]

B. Interim Order (I) Authorizing the Debtors to Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Further Hearing, and (IV) Granting Related Relief [D.I. 85; signed and docketed: 07/02/19]

C. Interim Order Under 11 U.S.C. §§ 105, 361, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014; (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and 4001(c) [D.I. 172; docketed: 07/12/19]

D. Notice of Hearing [D.I. 192; filed: 07/15/19]

Status: This matter is going forward.

2. Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [D.I. 142; filed: 07/09/19]

Response Deadline: August 5, 2019 at 4:00 p.m. for approval of the sale to the Stalking Horse Bidder. Extended to August 6, 2019 at 4:00 p.m. for Jefferson/Abington. Objections to the Auction and the sale to a successful bidder may be raised at the hearing.

Responses Received:

A. Temple University Health Systems, Inc.'s Limited Objection to Debtor's Notice of Proposed Assumption and Assignment of Executory Contracts [D.I. 359; filed: 08/05/19]

B. Limited Objection of The Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 360; filed: 08/05/19]

C. Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of The Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 361; filed: 08/05/19]

D. Limited Objection of MidCap Funding IV Trust in Response to Debtors' Motion for Sale of Resident Program Assets [D.I. 362; filed: 08/05/19]

E. Objection of the United States to Debtors' Motion for Entry of Order Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the Terms of the Stalking Horse Bid as Set Forth in the Stalking Horse Sale Agreement [D.I. 363; filed: 08/05/19]

F. Commonwealth of Pennsylvania Department of Health's Continuing Limited Objection to the Sale of the Resident Program Assets [D.I. 364; filed: 08/06/19]

Related Documents:

A. Order (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale [D.I. 249; signed and docketed: 07/19/19]

B. Affidavit of Service of Publication [D.I. 317; filed: 07/30/19]

C. Notice of Extension/Continuance of Bid Deadline, Auction, and Sale Hearing Date [D.I. 346; filed: 08/02/19]

Status: This matter will be going forward.

Dated: August 7, 2019	**SAUL EWING ARNSTEIN & LEHR LLP**

By:	*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*