# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) ) | Case No. 19-11466 (KG) Jointly Administered |
| Debtors. | ) ) ) | **Related Docket No. 378** |

## NOTICE OF TELEPHONIC HEARING SCHEDULED FOR
## AUGUST 7, 2019 AT 1:00 P.M. PREVAILING EASTERN TIME

**Participants should make arrangements for a telephonic appearance through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) as soon as possible.**

PLEASE TAKE NOTICE that on **August 7, 2019, 2019 at 1:00 p.m. prevailing Eastern Time**, the Court shall conduct a telephonic hearing (the "Hearing") in the bankruptcy cases of the above-captioned debtors and debtors in possession (the "Debtors"). During the Hearing, the Court shall consider Tenet Business Services Corporation's and Conifer's Revenue Cycle Solutions, LLC's motion to adjourn the final DIP hearing scheduled for August 9, 2019 at 9:30 a.m. prevailing Eastern Time [Docket No. 378].

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion may be made at the Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Dated:  August 7, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Timothy P. Cairns* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone:    (302) 652-4100 |
| | Facsimile:     (302) 652-4400 |
| | Email:           ljones@pszjlaw.com |
| |                 tcairns@pszjlaw.com |
| | |
| | - and - |
| | |
| | KIRKLAND & ELLIS LLP |
| | Stephen C. Hackney, P.C. (admitted *pro hac vice*) |
| | Gregory F. Pesce (admitted *pro hac vice*) |
| | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone:    (312) 862-2000 |
| | Facsimile:     (312) 862-2200 |
| | Email:           stephen.hackney@kirkland.com |
| |                 gregory.pesce@kirkland.com |
| | |
| | -and- |
| | |
| | KIRKLAND & ELLIS LLP |
| | Nicole L. Greenblatt, P.C. |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:     (212) 446-4900 |
| | Email:           nicole.greenblatt@kirkland.com |
| | |
| | *Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC* |

2