# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 08/07/2019
Calendar Time: 01:00 PM ET

Amended Calendar  Aug 7 2019  9:58AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971619 | Matthew Brooks | (404) 885-2618 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971560 | Stuart M. Brown | (302) 468-5700 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971696 | Timothy P. Cairns | (302) 778-6443 ext. | Pachulski Stang Ziehl & Jones | Creditor, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971657 | Joseph W. Catuzzi | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, Midcap Financial / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971566 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971981 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Richards, Layton & Finger, P.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971647 | Kevin DeLuise | (646) 485-5090 ext. | FTI Consulting | Interested Party, HSRE / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971637 | Mark J. Dorval | (215) 564-8109 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, Midcap Financial / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971677 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | Trustee, Office of the United States Trustee / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971704 | Megan N. Harper | (215) 686-0503 ext. | City of Philadelphia | Creditor, City of Philadelphia / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971756 | Daniel K. Hogan | (302) 584-3244 ext. | Hogan McDaniel | Creditor, Hayes Locums / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9971589 | Thomas M. Horan | (302) 480-9412 ext. | Fox Rothschild LLP | Creditor, Official Committee of Insecure Creditors / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971682 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971693 | Daniel Keenan | (202) 304-2541 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Philadelphia Academic Health System, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971655 | Christopher S. Koenig | (312) 862-2372 ext. | Kirkland & Ellis LLP | Interested Party, Christopher S. Koenig / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971526 | Mark Minuti | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971733 | Domenic Pacitti | (302) 552-5511 ext. | Klehr Harrison Harvey Branzburg LLP | Bankruptcy Counsel, Special Counsel to the Debtors / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971938 | Diana Perez | (212) 326-2163 ext. | O'Melveny & Myers, LLP | Debtor, Center City Health Care, LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9972166 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Tenent & Conifer / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9972054 | Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971649 | Gretchen M. Santamour | (856) 321-2400 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, Midcap Financial / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971594 | Andrew H. Sherman | (973) 643-6982 ext. | Sills Cummis & Gross, P.C. | Creditor, Official Committee of Insecure Creditors / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971673 | Kathryn Stevens | (312) 609-7803 ext. | Vedder Price P.C. | Creditor, MidCap Funding / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9972111 | William Sullivan | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, LabCorp / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9971620 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9972157 | Nick Wasdin | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Tenet Business Services Corp. et al / LIVE |