**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | Case No. 19-11466 (KG) |
| *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Maron Marvel Bradley Anderson & Tardy LLC hereby

enters its appearance in the above-captioned cases as counsel for Coloplast Corp. ("Coloplast")

pursuant to section 1109(b) of title 11 of the United Stated Code (as amended, the "Bankruptcy

Code"), Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as

amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and

requests that all notices given or required to be given, and all papers served or required to be

served, in this case, be given to and served upon the following:

Stephanie A. Fox, Esquire
Maron Marvel Bradley Anderson & Tardy LLC
1201 N. Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Facsimile:  (302) 425-0180
Email:  saf@maronmarvel.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER** notice that the foregoing request includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over Coloplast.  Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive:  (i) the rights of Coloplast to have final orders in non-core matters entered only after *de novo* review by a federal district court judge, (ii) the rights of Coloplast to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the rights of Coloplast to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Coloplast is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  August 7, 2019

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

   */s/ Stephanie A. Fox*
Stephanie A. Fox (DE Bar ID No. 3165)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
Telephone:  (302) 425-5177
Facsimile:  (302) 425-0180
saf@maronmarvel.com
*Counsel for Coloplast Corp.*