U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware 19801
Tel. (302) 573-6491       Fax (302) 573-6497

CHAPTER 11 - 341(a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

| | |
|---|---|
| DEBTORS: | Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* |
| CASE NUMBER: | 19-11466 (KG) |
| DATE PETITION FILED: | June 30-July 1, 2019 |
| TIME OF MEETING: | August 7, 2019, at 2:00 p.m. |
| PLACE OF MEETING: | J. Caleb Boggs Federal Building, Room 3209 |
| ORIGINAL 341(a): | x |
| ADJOURNED 341(a): | |
| DEBTORS' ATTORNEY (APPEARING):<br>FIRM NAME: | Monique DiSabatino<br>Saul Ewing Arnstein & Lehr LLP |
| COUNSEL/CRED/COMM. (APPEARING):<br>FIRM NAME: | Johnna Darby<br>Fox Rothschild LLP |
| WITNESS (NAME & TITLE): | Allen Wilen (Chief Restructuring Officer) |
| SCHEDULES FILED: | DATE:         NO ( x ) |
| WHY HAVE SCHEDULES NOT BEEN FILED: | Extension granted through August 14, 2019 |
| WHEN WILL SCHEDULES BE FILED: | Expected by August 14, 2019 |
| HAS DEBTOR FILED INTERIM REPORTS: | YES ( x )         NO ( ) |
| IF NO, WHY NOT: | N/A |
| WERE QUARTERLY FEES EXPLAINED: | YES ( x )         NO ( ) |

*/s/ Benjamin Hackman*
Benjamin Hackman
Trial Attorney

DATED: August 7, 2019         CONCLUDED ( )         CONTINUED ( x )

MEETING CONTINUED TO OPEN DATE ( x )
MEETING CONTINUED TO SET DATE: