```
 1              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
 2

 3   IN RE:                        . Chapter 11
                                   .
 4   CENTER CITY HEALTHCARE, LLC,  . Case No. 19-11466 (KG)
     d/b/a HAHNEMANN UNIVERSITY    .
 5   HOSPITAL, et al.,             . (Jointly Administered)
                                   .
 6                                 .
                                   . Courtroom No. 3
 7                   Debtors.      . 824 Market Street
                                   . Wilmington, Delaware 19801
 8                                 .
                                   . Wednesday, August 7, 2019
 9   . . . . . . . . . . . . . . . 1:00 P.M.

10             TRANSCRIPT OF TELEPHONIC HEARING
               BEFORE THE HONORABLE KEVIN GROSS
11              UNITED STATES BANKRUPTCY JUDGE

12   APPEARANCES:

13   For the Debtors:          Mark Minuti, Esquire
                               SAUL EWING ARNSTEIN & LEHR, LLP
14                             1201 North Market Street
                               Suite 2300
15                             Wilmington, Delaware 19899

16   Proposed Counsel to the
     Official Committee of
17   Unsecured Creditors:      Andrew H. Sherman, Esquire
                               SILLS CUMMIS & GROSS, P.C.
18                             The Legal Center
                               One Riverfront Plaza
19                             Newark, New Jersey 07102

20   (APPEARANCES CONTINUED)
     ECRO:                     Ginger Mace, ECRO
21
     Transcription Service:    Reliable
22                             1007 N. Orange Street
                               Wilmington, Delaware 19801
23                             Telephone: (302) 654-8080
                               E-Mail:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording:
25   transcript produced by transcription service.
```

1  APPEARANCES (Continued):

2  For Conifer Revenue
   Cycle Solutions, LLC:      Laura Davis Jones, Esquire
3                             PACHULSKI STANG ZIEHL & JONES LLP
                              919 North Market Street
4                             17th Floor
                              Wilmington, Delaware 19801
5
                              -and-
6
                              Gregory F. Pesce, Esquire
7                             KIRKLAND & ELLIS, LLP
                              300 North LaSalle Street
8                             Chicago, Illinois 60654

9  For MidCap Funding IV
   Trust:                     Gretchen Santamour, Esquire
10                            STRADLEY RONON STEVENS & YOUNG, LLP
                              2005 Market Street
11                            Suite 2600
                              Philadelphia, Pennsylvania 19103
12

13 For Harrison Street
   Real Estate, LLC and
14 its affiliates:            Stuart M. Brown, Esquire
                              DLA PIPER LLP (US)
15                            1201 North Market Street
                              Suite 2100
16                            Wilmington, Delaware 19801

17

18

19

20

21

22

23

24

25

1                                   INDEX

2    MOTIONS:                                              PAGE

3    Item No. 1:   Tenet Business Services Corporation and        4
                   Conifer Revenue Cycle Solutions, LLC's
4                  Motion to adjourn the final DIP hearing
                   scheduled for August 9, 2019, at 9:30 a.m.
5                  prevailing Eastern Time [Docket No. 378]

6      Court's ruling                                       7

7    Transcriptionist's Certificate                        13

8                                  –o0o–

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Proceedings commenced at 12:59 p.m.)

2               THE COURT:  Counsel, good afternoon.  Judge Gross

3     on the telephone, and we're all gathered for the Tenet

4     Business Services Corporation and Conifer Revenue Cycle

5     Solutions, LLC's motion to adjourn the final DIP hearing.

6               And I don't know if anyone has anything to report

7     after the filing of the motion that they would like me to

8     hear now.

9               MS. DAVIS JONES:  Laura Davis Jones, of Pachulski

10    Stang Ziehl & Jones, on behalf of Tenet and Conifer.  I

11    believe my co-counsel Greg Pesce is on the line and could

12    maybe give us an update on that.

13              THE COURT:  All right.  Thank you, Ms. Jones.

14              Mr. Pesce, good afternoon.

15              MS. DAVIS JONES:  Maybe not, Your Honor.  Let

16    me -- if the Court will bear with me one moment, let me find

17    out if Mr. Pesce is having problems getting on the phone.

18              THE COURT:  Okay.  That's fine.

19              MR. MINUTI:  Your Honor, this is Mark Minuti for

20    the debtor.  Can you hear me?

21              THE COURT:  Yes, Mr. Minuti.

22              MR. MINUTI:  Your Honor, I can provide -- we can

23    wait for Mr. Pesce, but I can also provide the Court with an

24    update --

25              THE COURT:  Okay.  Why don't --

1          MR. MINUTI:  -- before we get started.

2          THE COURT:  Why don't you, Mr. Minuti?  Because

3    you have a 341 meeting at 2:00 and I'd like to get you all

4    there on time.

5          MR. MINUTI:  Thank you, Your Honor.

6          Again, Mark Minuti, Saul Ewing Arnstein & Lehr, on

7    behalf of the debtors.  Your Honor, the matter that's before

8    you today is a motion to continue the final debtor-in-

9    possession financing hearing, which is currently scheduled

10   for this Friday.

11         We spent some time yesterday and today conferring

12   with our lender, MidCap, as well as the committee, and

13   finally achieved consensus, at least on our side, and

14   contacted Mr. Pesce shortly before this call.

15         We are agreeable to moving, and have the ability

16   to move the hearing, subject to the Court's calendar, to the

17   week of August 18th.  We proposed that to Mr. Pesce on the

18   following conditions:  number one, as the Court, no doubt, is

19   likely aware, Tenet Conifer has filed their own motion to

20   compel payment of administrative claims and/or to seek to

21   terminate their agreements or to lift the stay to terminate

22   their agreements.  We've agreed to move the DIP as long as

23   the two hearings are combined, during week of August 18th,

24   again, assuming Your Honor has time to hear us; and that

25   number two, we've agreed to move it on the condition that the

1  committee, MidCap, Tenet/Conifer, and the debtors all agree

2  to sit down early next week in a room, face-to-face, to see

3  if we can't resolve the issues, at least come to some

4  understanding to resolve the issues going forward.

5          So, that's what we've proposed.  Admittedly, it

6  was fairly late before the call started.  I know Mr. Pesce

7  needed to talk to his client, but I wanted Your Honor to be

8  aware that that's what we proposed and that's what we would

9  be asking of the Court.

10          MS. DAVIS JONES:  And we have found Mr. Pesce,

11  Your Honor, and he is on.  He had trouble getting on

12  CourtCall.

13          THE COURT:  All right.  Mr. --

14          MR. PESCE:  I apologize to everybody.

15          What Mr. Minuti relayed -- Your Honor, Gregory

16  Pesce of Kirkland & Ellis, on behalf of Tenet and Conifer --

17  what Mr. Minuti relayed is correct and subject to Your

18  Honor's availability during the week of August the 19th, and

19  our availability, we'd be willing to do that.

20          THE COURT:  Well, I take it this will be a fairly

21  lengthy hearing.  I presently have you scheduled, I see, for

22  Friday the 23rd at two o'clock, but I also have time on

23  the --

24          MS. DAVIS JONES:  Your Honor, we're actually on

25  your calendar, I think, on the 22nd at 2:00, is what I show.

1          THE COURT:  Oh, I'm sorry.  I'm looking at the

2    wrong time, yes.  Yes, at two o'clock.

3          I have another hearing at two o'clock.

4       (Court and Clerk confer.)

5          THE COURT:  Yes, I have another matter on for the

6    22nd at 2:00 and the 23rd at 2:00.  It's the same case, but

7    I'm looking at Monday the 19th, I have a good bit of time in

8    the afternoon.  We could start, for example, at one o'clock

9    and go the afternoon.

10         Is that enough time?

11         MS. SANTAMOUR:  Your Honor, this is Gretchen

12   Santamour.  If I could just make a few comments?

13         The 19th would be acceptable to MidCap, and I just

14   wanted to say that, you know, we are reluctantly agreeing to

15   the postponement because, you know, MidCap has taken on

16   significant risk.  The DIP motion or the hearing on the final

17   DIP motion has been postponed once before and we would rather

18   see this go forward on Friday, but we are willing to go along

19   with the postponement.

20         You know, as I said, MidCap has taken on a lot of

21   risk and we'd like some finality, eventually, to the DIP

22   order, but we are willing to go forward, especially on the

23   condition that we get together next week.  Because the issues

24   with Tenet have been out there since the very beginning of

25   the case and we've been hoping that there would be some

1  progress made towards resolving those issues and they're

2  critical, I think, to all parties to this case that there's

3  some resolution there.

4            So, with the idea that we will meet sometime next

5  week early in the week, we would be willing to -- MidCap is

6  willing to consent to the postponement to the 19th.

7            THE COURT:  All right.  How does the 19th look to

8  people?

9            MR. PESCE:  Your Honor --

10           MR. SHERMAN:  Your Honor --

11           MR. PESCE:  I'm sorry.

12           MR. SHERMAN:  Your Honor, it's Andrew Sherman, on

13  behalf of the committee.  We'd like to go forward on Friday,

14  obviously, we have a lot of issues, but if peace can break

15  out, Your Honor, we're all in favor of it.  We're happy to

16  sit down with people and discuss the issues.

17           So, from the committee's perspective, Your Honor,

18  the 19th works.

19           THE COURT:  All right.  And I note that the

20  committee also filed a fairly significant objection to the

21  final DIP financing order.

22           MR. SHERMAN:  We did, Your Honor.  We've tried to

23  engage in discussions with MidCap, but obviously Your Honor

24  saw the pleading, so we'll -- at least, maybe we can use the

25  objection as a way to frame the issues and see if the parties

1  can resolve their differences.  So, having that may be a good

2  thing for the parties to work around.

3          THE COURT:  All right.  Mr. Minuti, how do you

4  look on the 19th.

5          MR. MINUTI:  Your Honor, the 19th is acceptable to

6  the debtors.

7          THE COURT:  All right.  And Mr. Pesce, how about

8  you?

9          MR. PESCE:  That works for my clients, as well.

10          THE COURT:  All right.  So, we would then -- we

11  would go forward, let's say at one o'clock on the 19th and

12  we'll have plenty to do that day, of course, and if need be,

13  we can always carry over to the morning of the 20th.

14          MR. BROWN:  Your Honor, Stuart Brown, if I may?

15          THE COURT:  Yes, Mr. Brown?

16          MR. BROWN:  So, we're also, on behalf of the

17  Harrison Street entities, an objecting party to the DIP, and

18  subject to the availability of our witness, we would be

19  amenable to the hearing on the 19th, as well.

20          THE COURT:  Oh, Mr. Brown, forgive me.  I didn't

21  mean to overlook you, and I understand that you will have

22  need for a witness at the hearing, so thank you.

23          MR. BROWN:  Thank you, Your Honor.

24          THE COURT:  Now, who will participate in this

25  meeting next week?

1          MR. MINUTI:  Your Honor, we -- our thought is it

2   will be the debtor, the committee, MidCap, and Tenet and

3   Conifer.  You know, we, frankly, didn't give much thought to

4   whether it would be counsel or parties.  I think parties

5   would be helpful.

6          But, you know, maybe if we can have an opportunity

7   to caucus among ourselves, I think as long as everybody on

8   this call is committed to meeting in good faith and trying to

9   come to a resolution, I think we can figure out what makes

10  the most sense in terms of how to best accomplish that.

11         THE COURT:  All right.  I don't know if Mr. Brown

12  and his client would be at this meeting.

13         Mr. Brown?

14         MR. BROWN:  Your Honor, I think the issues with

15  Tenet grossly dwarf the issues with my client in terms of the

16  adequacy of the DIP budget and I think if they get the terms,

17  we can (indiscernible).  I don't think we need to interfere

18  with the larger issues among the committee and Tenet and the

19  debtors.

20         THE COURT:  Okay.  All right.

21         Now, on Friday, are we still going forward with

22  the sale hearing, Mr. Minuti?

23         MR. MINUTI:  Your Honor, we are presently

24  anticipating going forward with the sale hearing.  Today is

25  the deadline for bids to be submitted with regard to the

1  debtors' residence program assets.

2            There has been a fairly significant amount of

3  activity.  We are expecting to receive a handful of bids --

4  I've heard anywhere from three, maybe four -- so, we do

5  currently anticipate, assuming their qualifying bids that we

6  get today, we do anticipate convening an auction tomorrow,

7  and it's anybody's guess as to how long that will go.

8            In the meantime, you know, we did receive a number

9  of objections and we are reaching out to parties, trying to

10 see what we can do to resolve those and certainly now that

11 there's a hearing, but, obviously, with the DIP being moved,

12 that certainly gives us a little more time to focus on the

13 sale.

14           The only reason I could see, Your Honor, that we

15 would not be in a position to go forward is if we had the

16 fortune of having a robust auction that carries into the next

17 day.  On the one hand, I'm hoping that doesn't happen; on the

18 other than hand, if it happens, it may be a good thing.  So,

19 we will certainly let the Court know as things move forward

20 and develop.

21           THE COURT:  All right.  That's fair.

22           Anything else that we can accomplish on this call?

23           MS. DAVIS JONES:  I don't think so, Your Honor.

24 Your Honor, thank you for prompt response on all of this --

25 this is Laura Davis Jones, I apologize -- thank you for your

1   prompt response.  We know you've had an extremely busy week

2   and we really are grateful that you jumped in on this.

3              THE COURT:  All right.  My pleasure, and if I can

4   be helpful next week in the course of your meeting or

5   meetings, don't hesitate to reach out.

6              MS. DAVIS JONES:  We will.  We appreciate it, Your

7   Honor.

8              MR. MINUTI:  Thank you, Your Honor.

9              THE COURT:  All right.  Everyone --

10             COUNSEL:  Thank you, Your Honor.

11             THE COURT:  -- good afternoon and go to the 341

12  meeting.

13             COUNSEL:  Thank you, Your Honor.

14             THE COURT:  Bye-bye.

15         (Proceedings concluded at 1:09 p.m.)

16

17

18

19

20

21

22

23

24

25

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter to the best of my knowledge and ability.

/s/ William J. Garling                    August 8, 2019

William J. Garling, CET**D-543

Certified Court Transcriptionist

For Reliable