# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtor. | |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Honigman LLP hereby appears in the above-captioned case as counsel for SBJ Group Inc. and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the following attorneys, and that the undersigned be added to the mailing matrix on file with the Clerk of the Court:

> Lawrence A. Lichtman, Esq.
> Honigman LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7590
> Facsimile:  (313) 465-7591
> Email:  llichtman@honigman.com

Please take notice that the foregoing request includes not only the notices and papers

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates L.L.C. (0527), St. Christopher Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

31818939.1

referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email, facsimile or otherwise.

The foregoing request also includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

PLEASE TAKE FURTHER NOTICE THAT, this neither this *Notice of Appearance, Request for Service of Papers and Request To Be Added to Debtors' Matrix* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of SBJ Group Inc., including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which SBJ Group Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until SBJ Group Inc. expressly states otherwise, SBJ Group Inc., does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent, of the parties, cannot enter final orders or judgments consistent with Article III of the

2

31818939.1

United States Constitution.

| | |
|---|---|
| Dated: August 8, 2019 | HONIGMAN LLP |
| | By: /s/ Lawrence A. Lichtman |
| | Lawrence A. Lichtman |
| | *Not Admitted in Delaware* |
| | 2290 First National Building |
| | 660 Woodward Avenue |
| | Detroit, MI  48226-3583 |
| | Telephone:  (313) 465-7590 |
| | Facsimile:  (313) 465-7591 |
| | llichtman@honigman.com |
| | |
| | *Attorneys for SBJ Group Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2019, I caused to be electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

By: /s/ Lawrence A. Lichtman
Lawrence A. Lichtman

31818939.1