**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re:  Docket No. 241** |
| | ) |

**NOTICE OF WITHDRAWAL OF MOTION OF THE DEBTORS FOR THE ENTRY
OF AN ORDER APPROVING (I) AGREEMENT WITH RANDSTAD
PROFESSIONALS US, LLC D/B/A TATUM TO PROVIDE AN INTERIM CHIEF
FINANCIAL OFFICER, AND (II) THE DESIGNATION OF PHIL PORTER AS
INTERIM CHIEF FINANCIAL OFFICER TO THE DEBTORS**

Please be advised that on July 18, 2019, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, by and through their undersigned proposed counsel, filed the *Motion of the Debtors for the Entry of an Order Approving (I) Agreement with Randstad Professionals US, LLC d/b/a Tatum to Provide an Interim Chief Financial Officer, and (II) the Designation of Phil Porter as Interim Chief Financial Officer to the Debtors* (the "**Tatum Retention Motion**") [Docket No. 241].  The Debtors hereby withdraw the Tatum Retention Motion.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: August 8, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

                              By:    */s/ Mark Minuti*
                                     Mark Minuti (DE Bar No. 2659)
                                     Monique B. DiSabatino (DE Bar No. 6027)
                                     1201 N. Market Street, Suite 2300
                                     P.O. Box 1266
                                     Wilmington, DE  19899
                                     Telephone: (302) 421-6800
                                     Fax: (302) 421-5873
                                     mark.minuti@saul.com
                                     monique.disabatino@saul.com

                                         -and-

                                     Jeffrey C. Hampton
                                     Adam H. Isenberg
                                     Aaron S. Applebaum (DE Bar No. 5587)
                                     Centre Square West
                                     1500 Market Street, 38th Floor
                                     Philadelphia, PA 19102
                                     Telephone: (215) 972-7700
                                     Fax: (215) 972-7725
                                     jeffrey.hampton@saul.com
                                     adam.isenberg@saul.com
                                     aaron.applebaum@saul.com

                                     *Proposed Counsel for Debtors and*
                                     *Debtors in Possession*

-2-