## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Jointly Administered |
| *et al.*, | ) |
| Debtors. | ) |

### MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF E. TODD SABLE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of E. Todd Sable, of Honigman LLP to represent the SBJ Group Inc. in these cases.

Dated: August 8, 2019　　　　**POTTER ANDERSON & CORROON LLP**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　*/s/ Jeremy W. Ryan*
　　　　　　　　　　　　　　Jeremy W. Ryan (DE Bar No. 4057)
　　　　　　　　　　　　　　1313 North Market Street, Sixth Floor
　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　Wilmington, DE  19899-0951
　　　　　　　　　　　　　　Telephone:  (302) 984-6000
　　　　　　　　　　　　　　Facsimile:  (302) 658-1192
　　　　　　　　　　　　　　Email: jryan@potteranderson.com

### ORDER FOR PRO HAC VICE ADMISSION OF E. TODD SABLE

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of E. Todd Sable is granted.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Jointly Administered |
| *et al.*,[1] | ) |
| Debtors. | ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bars of Michigan and Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 8, 2019
Detroit, Michigan

*/s/ E. Todd Sable*
E. Todd Sable, Esq.
**HONIGMAN LLP**
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-7549
Email: tsable@honigman.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.