### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (KG) ) Jointly Administered ) |
| Debtors. | ) |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF E. TODD SABLE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of E. Todd Sable, of Honigman LLP to represent the SBJ Group Inc. in these cases.

Dated: August 8, 2019
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com

## ORDER FOR PRO HAC VICE ADMISSION OF E. TODD SABLE

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of E. Todd Sable is granted.

**Dated: August 8th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**