IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Jointly Administered |
| Debtors. | ) |

**MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION OF LAWRENCE A. LICHTMAN**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Lawrence A. Lichtman, of Honigman LLP to represent the SBJ Group Inc. in these cases.

Dated: August 8, 2019
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email: rmcneill@potteranderson.com

**ORDER FOR PRO HAC VICE ADMISSION OF LAWRENCE A. LICHTMAN**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Lawrence A. Lichtman is granted.

Dated: August 8th, 2019
Wilmington, Delaware

**KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE**