**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, R. Stephen McNeill, herby certify that I am not less than 18 years of age and that on this 8th day of August 2019, I caused a true and correct copy of the foregoing *Objection of SBJ Group Inc. to the Proposed Sale of Residents Program Assets and the Conduct of the Auction and Adoption of Other Objections* to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: rmcneill@potteranderson.com

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**SERVICE LIST**

***Via Hand Delivery & E-Mail***
Mark Minuti, Esq.
Monique Bair DiSabatino, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Email: mark.minuti@saul.com
monique.disabatino@saul.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

***Via Hand Delivery & E-Mail***
Justin R. Alberto, Esq.
Sophie E. Macon, Esq.
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: jalberto@bayardlaw.com
smacon@bayardlaw.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
Oscar N. Pinkas, Esq.
Lauren Macksoud, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Email: oscar.pinkas@dentons.com
lauren.macksoud@dentons.com

***Via Hand Delivery & E-Mail***
Curtis S. Miller, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19899-1347
Email: cmiller@mnat.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
Thomas C. Wolford, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
Email: twolford@nge.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
Douglas Carlson
DOUGLAS CARLSON LLC
330 N. Wabash, #3300
Chicago, IL 60611
Email: carlson@dougcarlsonlaw.com

***Via Hand Delivery & E-Mail***
Joelle E. Polesky, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
Email: jpolesky@stradley.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
Gretchen M. Santamour, Esq.
Deborah Reperowitz, Esq.
Mark J. Dorval, Esq.
Joseph W. Catuzzi, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Email: gsantamour@stradley.com
dreperowitz@stradley.com
mdorval@stradley.com
jcatuzzi@stradley.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
Kathryn L. Stevens, Esq.
David L. Kane, Esq.
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
Email: kstevens@vedderprice.com
dkane@vedderprice.com

***Via Hand Delivery & E-Mail***
Richard A. Barkasy, Esq.
Daniel M. Pereira, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 400
Wilmington, DE 19801
Email: rbarkasy@schnader.com
dpereira@schnader.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
David Smith, Esq.
Nicholas J. LePore, III, Esq.
Ira Neil Richards, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Email: dsmith@schnader.com
nlepore@schnader.com
irichards@schnader.com

***Via Hand Delivery & E-Mail***
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

***Via First Class Mail, Postage Pre-Paid & E-mail***
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102,
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

***Via Hand Delivery & E-Mail***
Thomas M. Horan, Esq.
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Email: thoran@foxrothschild.com

***Via Hand Delivery & E-Mail***
Office of the US Attorney - District of Delaware
David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801
Email: usade.ecfbankruptcy@usdoj.gov

***Via First Class Mail, Postage Pre-Paid & E-mail***
Marc S. Sacks, Esq.
US Dept. of Justice – Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875
Email: marcus.s.sacks@usdoj.gov

***Via First Class Mail, Postage Pre-Paid & E-mail***
J. Scott Victor
Teresa Kohl
Craig Warznak
SSG Advisors, LLC
Five Tower Bridge, Suite 420
300 Barr Harbor Drive
West Conshohocken, PA 19428
Email: jsvictor@ssgca.com
tkohl@ssgca.com
cwarznak@ssgca.com

***Via First Class Mail, Postage Pre-Paid & E-mail***
Allen Wilen, Chief Restructuring Officer
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102
Email: allen.wilen@eisneramper.com