IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 2, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 349]**

Dated: August 7, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 7th day of August, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>LAWRENCE G. MCMICHAEL<br>LMCMICHAEL@DILWORTHLAW.COM |
| DILWORTH PAXSON LLP<br>PETER C. HUGHES<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |
| HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |

| | | |
|---|---|---|
| MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM |
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM |
| STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM |

Parties Served: 84

# EXHIBIT B

| | | |
|---|---|---|
| AARGON AGENCY, INC.<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS, NV 89117 | ABBOTT MOLECULAR INC.<br>ATTN: LEGAL DEPT<br>1350 E TOUHY AVE<br>DES PLAINES, IL 60018 | ABBOTT NUTRITION<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 |
| ABIOMED, INC.<br>22 CHERRY HILL<br>DANVERS, MA 01923 | ACCREDO HEALTH GROUP, INC.<br>1640 CENTURY CTR PKWY<br>MEMPHIS, TN 38134 | ADVANCED CE<br>530 HARLAN BLVD, STE HOL506<br>WILMINGTON, DE 19801 |
| ADVANCED STERILIZATION PRODUCTS SERVICES, INC<br>33 TECHNOLOGY DR<br>IRVINE, CA 92618 | ALLIANCE FOR PAIRED DONATION, INC.<br>ATTN: MICHAEL REES, MD<br>3661 BRIARFIELD BLVD, #105<br>MAUMEE, OH 43537 | ALPHA IMAGING, INC.<br>4455 GLENBROOK RD<br>WILLOUGHBY, OH 44094 |
| AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION<br>ATTN: GENERAL COUNSEL<br>2400 N ST NW<br>WASHINGTON, DC 20037 | AMERICAN COLLEGE OF SURGEONS<br>ATTN: CFO<br>633 N SAINT CLAIR ST<br>CHICAGO, IL 60611 | AMERICAN HEART ASSOCIATION, INC.<br>7272 GREENVILLE AVE<br>DALLAS, TX 75231 |
| AMO SALES AND SERVICE, INC.<br>ATTN: CONTRACT COORDINATOR<br>1700 E ST ANDREW PL<br>SANTA ANA, CA 92705 | AVIACODE, INC.<br>257 E 200 S, STE 700<br>SALT LAKE CITY, UT 84111 | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 |
| BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | BARD PERIPHERAL VASCULAR, INC.<br>1415 W THIRD ST<br>TEMPE, AZ 85281 | BIOSENSE WEBSTER, INC.<br>ATTN: GEOFF CARLETON, SENIOR TERRITORY MG<br>25B TECHNOLOGY DR<br>IRVINE, CA 92618 |
| BKT ARCHITECTS, LLC<br>ATTN: BRIAN TRACY, MEMBER<br>120 COTTON ST, 1ST FL<br>PHILADELPHIA, PA 19127 | BORTON-LAWSON ENGINEERING, INC.<br>ATTN: PATRICK J. ENDLER, VP<br>613 BALTIMORE DR, STE 300<br>WILKES-BARRE, PA 18702 | BOSTON SCIENTIFIC CORPORATION<br>ATTN: BUSINESS OPS MGR<br>4100 HAMLINE AVE N<br>ARDEN HILLS, MN 55112 |
| BROADCAST MUSIC INC.<br>ATTN: VP, GENERAL LICENSING DEPT<br>10 MUSIC SQ E<br>NASHVILLE, TN 37203 | CARDINAL HEALTH 200, LLC<br>ATTN: REGION DIR, NE SPECIALTY PRODUCTS SALES<br>7000 CARDINAL PL<br>DUBLIN, OH 43017 | CENOVA, INC.<br>2745 W ALLEGHENY AVE<br>PHILADELPHIA, PA 19132 |
| CHARLEY'S ANGELS PHOTOGRAPHY INC.<br>ATTN: CEO<br>328 E 4TH ST<br>WATERLOO, IA 50703 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 | COLCOM, INC.<br>ATTN: PRESIDENT<br>300 N POTTSTOWN PIKE<br>EXTON, PA 19341 |
| COLOPLAST CORP.<br>1601 W RIVER RD<br>MINNEAPOLIS, MN 55411 | COLUMBIA UNIVERSITY MEDICAL CENTER<br>ATTN: TASHA SMITH, SENIOR IRB SPECIALIST - LIAISO<br>154 HAVEN AVE, 1ST FL<br>NEW YORK, NY 10032 | COMMONWEALTH OF PA, DEPT OF LABOR AND INI<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 |
| COMMUNITY BEHAVIORAL HEALTH<br>ATTN: JOAN ERNEY, JD, CEO<br>801 MARKET ST, SEVENTH FL<br>PHILADELPHIA, PA 19107 | CONMED CORPORATION<br>525 FRENCH RD<br>UTICA, NY 13502 | CORONA PARTNERS<br>ATTN: CHRISTOPHER STROM, FOUNDER<br>3025 MARKET ST, STE 140<br>PHILADELPHIA, PA 19104 |

| | | |
|---|---|---|
| CROTHALL HEALTHCARE, INC.<br>ATTN: LEGAL DEPT<br>1500 LIBERTY RIDGE DR, STE 210<br>WAYNE, PA 19087 | DANIEL BURKE PHOTOGRAPHY<br>ATTN: DANIEL BURKE, OWNER<br>364 NEW CASTLE LANE<br>SWEDESBORO, NJ 08085-1490 | DEX IMAGING, INC.<br>5109 W LEMON ST<br>TAMPA, FL 33609 |
| DIRECTV, INC.<br>PO BOX 25392<br>MIAMI, FL 33152-5392 | DJO, LLC<br>ATTN: VP, FIELD SERVICES, US COMMERCIAL OPS<br>1430 DECISION ST<br>VISTA, CA 92081 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800 |
| E4 SERVICES, LLC<br>ATTN: MIKE BRENSINGER<br>411 GREEN VALLEY RD<br>SINKING SPRING, PA 19608 | EAGLES TAXI, LLC<br>DBA 215 GET A CAB<br>2301 CHURCH ST<br>PHILADELPHIA, PA 19124 | EDWARDS LIFESCIENCES LLC<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 |
| EMPLOYERS HEALTH NETWORK, LLC<br>ATTN: MANAGED CARE DEPT<br>1304 E WOODHURST, STE B<br>SPRINGFIELD, MO 65804 | ENOVATE MEDICAL, LLC<br>1152 PARK AVE<br>MURFREESBORO, TN 37129 | ETTAIN GROUP, INC.<br>ATTN: CONTRACT COMPLIANCE<br>127 W WORTHINGTON AVE, STE 100<br>CHARLOTTE, NC 28203 |
| EXACTECH US, INC.<br>2320 NW 66TH CT<br>GAINESVILLE, FL 32653 | FINANCIAL RECOVERIES<br>200 E PARK DR, STE 100<br>MT. LAUREL, NJ 08054 | FLEX FINANCIAL, A DIVISON OF STRYKER SALES C<br>1901 ROMENCE RD PKWY<br>PORTAGE, MI 49002 |
| FOOT & ANKLE CENTER OF PHILADELPHIA, LLC<br>ATTN: STEVEN BOC, DPM<br>235 N BROAD ST, STE 300<br>PHILADELPHIA, PA 19102 | FUSARO BROTHERS, INC<br>DBA MAXWELL CAB COMPANY<br>ATTN: GEORGE FUSARO, PRES<br>9 W ATHENS AVE<br>ARDMORE, PA 19003 | GARDA CL ATLANTIC, INC.<br>4200 GOVERNOR PRINTZ BLVD<br>WILMINGTON, DE 19802 |
| HAHNEMANN APOTHECARY INC.<br>ATTN: PRESIDENT<br>230 N BROAD ST, MS 544<br>PHILADELPHIA, PA 19102 | HANGER PROSTHETIC AND ORTHOTICS, INC<br>DBA HANGER CLINIC<br>ATTN: AREA CLINICAL MGR<br>605 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 | HEALTHCARE ADMINISTRATIVE PARTNERS, LLC<br>ATTN: PRESIDENT<br>112 CHESLEY DR<br>MEDIA, PA 19063 |
| HEALTHCARE PERFORMANCE GROUP, INC.<br>ATTN: LEGAL DEPT<br>23419 W 215TH ST<br>SPRING HILL, KS 66083 | HILL-ROM COMPANY, INC.<br>ATTN: CONTRACTS DEPT<br>1225 CRESCENT GREEN, STE 300<br>CARY, NC 27518 | HOLOGIC, INC.<br>250 CAMPUS DR<br>MARLBOROUGH, MA 01752 |
| HUB PARKING TECHNOLOGY USA, INC.<br>761 COMMONWEALTH DR<br>WARRENDALE, PA 15086 | HUB PARKING TECHNOLOGY USA, INC.<br>ATTN: JOHN LOVELL, MANAGING DIR & CEO<br>555 KEYSTONE DR<br>WARRENDALE, PA 15086 | IMMACULATA UNIVERSITY<br>ATTN: VICE PRES FOR ACADEMIC AFFAIRS & PROV<br>1145 W KING RD<br>IMMACULATA, PA 19345 |
| INTERACTIVATION HEALTH NETWORKS<br>ATTN: DAVID ROSS, COO<br>331 W 57TH ST, #733<br>NEW YORK, NY 10019 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| ISS FACILITY SERVICES, INC.<br>ATTN: JAMES HAVIARIS, PRES, NE REGION<br>81 DORSA AVE<br>LIVINGSTON, NJ 07039 | IVY HILL CEMETERY COMPANY<br>1201 EON RD<br>PHILADELPHIA, PA 19150 | KCI USA, INC.<br>8023 VANTAGE DR<br>SAN ANTONIO, TX 78230 |

| | | |
|---|---|---|
| KEYSTONE QUALITY TRANSPORT COMPANY<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 | LANTHEUS MEDICAL IMAGING, INC.<br>ATTN: SHELLI JENSEN, MGR, COMMERICAL & GOVT C<br>331 TREBLE COVE RD, BLDG 600-1<br>N. BILLERICA, MA 01862 | LIMB TECHNOLOGIES, INC<br>DBA LTI ORTHOTIC PROSTHETIC CTR<br>ATTN: PRESIDENT<br>2925 VETERANS HWY<br>BRISTOL, PA 19007 |
| LIVANTA LLC<br>ATTN: CHIEF OPERATING OFFICER<br>10810 GUILFORD RD, STE 111<br>ANNAPOLIS JUNCTION, MD 20701 | MACALINO MARKETING, INC.<br>ATTN: PRESIDENT<br>748 N 24TH ST<br>PHILADELPHIA, PA 19130 | MAGEE REHABILITATION HOSPITAL<br>ATTN: PRESIDENT & CEO<br>1513 RACE ST<br>PHILADELPHIA, PA 19103 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MEDINT HOLDINGS, LLC<br>1150 FIRST AVE, STE 450<br>KING OF PRUSSIA, PA 19406 | MEDTRONIC USA INC.<br>8200 CORAL SEA ST NE<br>MOUNDS VIEW, MN 55112 |
| MEDTRONIC USA INC.<br>ATTN: CAPITAL REGL CONTRACT ANALYST<br>826 COAL CREEK CIRCLE<br>LOUISVILLE, CO 80027 | MENTOR WORLDWIDE LLC<br>ATTN: SR. CONTRACTS MGR<br>33 TECHNOLOGY DR<br>IRVINE, CA 92618 | MHC SOFTWARE, LLC<br>ATTN: CATHERIE BEATTIE<br>12000 PORTLAND AVE S, STE 230<br>BURNSVILLE, MN 55337 |
| MIRAMED GLOBAL SERVICES, INC.<br>ATTN: PRESIDENT<br>255 W MICHIGAN AVE<br>JACKSON, MI 49204 | MONTEREY MEDICAL SOLUTIONS, INC.<br>ATTN: PRESIDENT<br>1130 FREMONT BLVD, STE 105-302<br>SEASIDE, CA 93955 | NATIONAL MARROW DONOR PROGRAM<br>500 N 5TH ST<br>MINNEAPOLIS, MN 55401-1206 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NIXON UNIFORM SERVICE, INC.<br>500 CTRPOINT BLVD<br>NEW CASTLE, DE 19720 |
| NORTHEAST PROTECTION PARTNERS INC.<br>4231 W LINCOLN HWY<br>PARKESBURG, PA 19365 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN HACKMAN<br>844 KING ST, STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | OLYMPUS AMERICA INC.<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 | OUTCOME HEALTH<br>156 5TH AVE, STE 604<br>NEW YORK, NY 10010 |
| PAUL TIRADO<br>3548 SANDPIPER LANE<br>MELBOURNE, FL 32935 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 |
| PENNSYLVANIA ORAL & MAXILLOFACIAL SURGERY, L<br>ATTN: SEAN WILD, CEO<br>207 N BROAD ST, 1ST FL<br>PHILADELPHIA, PA 19107 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN:  CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC  20005 |
| UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 | | |

Parties Served: 97