# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 2, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Employment Agreements in Connection with the Closure of Hahnemann University Hospital [Docket No. 351]**

Dated: August 7, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 7th day of August, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                                    Served 8/2/2019

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
LAWRENCE G. MCMICHAEL
LMCMICHAEL@DILWORTHLAW.COM

DILWORTH PAXSON LLP
PETER C. HUGHES
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  84

## **EXHIBIT B**

Center City Healthcare, LLC, et al. - U.S. Mail

AHMAD, MIAN
218 WAYNE AVENUE
LANSDOWNE, PA 19050

AL-MAMOORI, BASSAM
1638 SOUTH STREET, APT. 3
PHILADELPHIA, PA 19146

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BHANDARI, VINEET
1871 CASSELL ROAD
LANSDALE, PA 19446

BIANCO, BRIAN
540 EAGLEBROOK DRIVE
MOORESTOWN, NJ 08057

BRANDT, KATHRYN
3900 CITY AVENUE, W905
PHILADELPHIA, PA 19131

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COMMONWEALTH OF PA, DEPT OF LABOR AND IND
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

COSTIC, JOSEPH
241 AMBERFIELD DRIVE
MOUNT LAUREL, NJ 08054

DEANGELIS, MARIO
1418 PEMBERTON STREET
PHILADELPHIA, PA 19146

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

ENEANYA, DENNIS
1258 SCOBEE DRIVE
LANDSDALE, PA 19446

FAN, WEN-LIN
17 DOGWOOD ROAD
MOORETOWN, NJ 08057

FELDSTEIN, DAVID
225 HOPKINS ROAD
HADDONFIELD, NJ 08033

FEYSSA, EYOB
817 MOUNTAIN TOP DRIVE
COLLEGEVILLE, PA 19426

FLEISHMAN, RACHEL
323 HAMILTON ROAD
MERION STATION, PA 19066

GEORGE, SHELLEY
2343 PENNSYLVANIA AVENUE
PHILADELPHIA, PA 19130

GINGRICH, KEVIN
925 COATES ROAD
MEADOWBROOK, PA 19046

GONZALEZ, MARIO
607 BANK AVENUE
RIVERTON, NJ 08077

GRANT, KINZYA
6901 OLD YORK ROAD, APT. B408
PHILADELPHIA, PA 19126

GREEN, MICHAEL
707 COMMONWEALTH DRIVE
MOORESTOWN, NJ 08057

GREEN, PARMIS
707 COMMONWEALTH DRIVE
MOORESTOWN, NJ 08057

GUY, STEPHEN
346 EAST ROUMFORD ROAD
PHILADELPHIA, PA 19119

HARBHAJAN, CHAWLA
1605 PLYMOUTH ROCK DRIVE
CHERRY HILL, NJ 08003

HARDING, SUSAN
619 EAST PINEVIEW DRIVE
GALLOWAY, NJ 08205

HOFFMAN, CHRISTOPHER
803 JAMESTOWN ROAD
TURNERSVILLE, NJ 08012

HOGAN, DANIKA
106 FIELD BROOK LANE
GIBSONIA, PA 15044

HORROW, JAY
925 HONEYSUCKLE LANE
WYNNEWOOD, PA 19096

IM, MARY
230 INDIAN CREEK ROAD
WYNNEWOOD, PA 19096

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JANKOWSKI, MARCIN
60 UPLAND WAY
HADDONFIELD, NJ 08033

JARRA, HADIJATOU
101 WALTER DRIVE
BATTLEBORO, NC 27809

JOHANSON, NORMAN
10 HAMPDEN AVENUE
NARBERTH, PA 19072

JOSHI, SWOSTI
1513 BRINTON PARK DRIVE
WYNNEWOOD, PA 19096

KALIKIRI, PRAMOOD
23 FAIRHAVEN DRIVE
CHERRY HILL, NJ 08003

KAZMI, KHURAM
121 MONA COURT
CHERRY HILL, NJ 08003

KHALSA, AMRIT
605 ROSEMONT STREET
LA JOLLA, CA 92037

KIM, ANDREW
2 FOXHALL ROAD
NEWTOWN, PA 18940

KOENIGSBERG, ROBERT
119 HARVEST LANE
BROOMALL, PA 19008

KOMARNICKY, LYDIA
19 APPLE ORCHARD ROAD
MORRESTOWN, PA 08057

KRISCH, ROBERT
264 TOMKENN ROAD
WYNNEWOOD, PA 19096

LANGEVIN, PAUL
1 SIGNAL HILL ROAD
CHERRY HILL, NJ 08003

LAUB, GLENN
2 STOUT ROAD
PRINCETON, NJ 08540

LINGARJU, NAGARAJ
38 ALPINE COURT
VOORHEES, NJ 08043

LIU, HENRY
1132 RIVERVIEW LANE
CONSHOHOCKEN, PA 19428

MALAYAMAN, SANINUJ
108 ARCH STREET, APT. 403
PHILADELPHIA, PA 19106

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MCCRACKEN, BRENDAN
405 EAST 2ND STREET
MOORESTOWN, NJ 08057

MILLER, ANTHONY
430 SHADY AVENUE, APT. 12
PITTSBURGH, PA 15206

MUNOZ, SANTIAGO
200 GARDEN PARK BLVD., APT. # 226
CHERRY HILL, NJ 08002

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NUNEZ, ALBERTO
1 MARKET STREET, APT. 455
CAMDEN, NJ 08102

ODENIGBO, VINCENT
303 MELANIE'S WAY
WALLINGFORD, PA 19086

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN HACKMAN
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OKUM, GARY
241 SOUTH 6TH STREET, APT. 1112
PHILADELPHIA, PA 19106

PARRILLO, DOUGLAS
1027 ARCH STREET, UNIT 806
PHILADELPHIA, PA 19107

PATEL, PANKAJ
254 SOUTH 9TH STREET
PHILADELPHIA, PA 19107

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

POTIGAILO, VALERIA
604 SOUTH WASHINGTON SQUARE, # 817
PHILADELPHIA, PA 19107

RASHIDIAN, FARSHAD
900 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

**Center City Healthcare, LLC, et al. - U.S. Mail**                                                           **Served 8/2/2019**

REICH, DAVID
201 NORTH BOWMAN AVENUE
MERION, PA 19066

RIERA, ANDRES
102 WILLOW OAKS LANE
MULLICA HILL, NJ 08062

RUBIN, JONATHAN
371 MAPLEWOOD AVENUE
MERION STATION, PA 19066

RUTH, COREY
961 IDLEWOOD ROAD
GLADWYNE, PA 19035

SANDERS-TARASOV, JAIME
38 COHASSET LANE
CHERRY HILL, NJ 08003

SAYEED, MOHAMMAD
11 STONEY BROOK BLVD.
NEWTOWN SQUARE, PA 19073

SHAH, MITESH
526 PENN AVENUE, APT. 502
PITTSBURGH, PA 15222

SHANG, SHERRY
384 YORK SHIRE ROAD
BRYN MAWR, PA 19010

SPITZER, LAURENCE
477 SOUTH SILVER BELL LANE
LAFAYETTE HILL, PA 19444

STABILE, RICHARD
1025 COATES ROAD
MEADOWBROOK, PA 19046

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

TALUCCI, RAYMOND
C/O PROFESSIONAL TRAUMA SVCS, L.L.C.
12 HESSIAN WAY

TOM, JAMES
151 OAKMONT DRIVE
MOORESTOWN, NJ 08057

TORTELLA, BARTHOLOMEW
5 LAKEVIEW PLACE
NEWTOWN SQUARE, PA 19073

TREACY, ERIN
1111 LOCUST STREET, UNIT 9I
PHILADELPHIA, PA 19107

TREBELEV, ALEXANDER
405 MATTRISSA RIDGE
MEDIA, PA 19063

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

VEKLSER, EKATERINA
115 EAST MONTGOMERY AVENUE, UNIT 103
ARDMORE, PA 19003

XIAO, GARY
384 YORKSHIRE ROAD
BRYN MAWR, PA 19010

ZEBROWER, MARCUS
3 SADDLEHORN DRIVE
CHERRY HILL, NJ 08003

Parties Served: 87