THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (KG) Joint Administration Requested |
| Debtors. | ) ) ) | |

## CERTIFICATE OF SERVICE

      I, Drew S. McGehrin, certify that on August 9, 2019, I caused a true and correct copy of the *Reservation of Rights of the Chubb Companies to the Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* to be served upon the parties set forth on the attached service list by electronic mail and first class mail, postage prepaid, unless otherwise noted.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 9, 2019                    */s/ Drew S. McGehrin*
                                            Drew S. McGehrin, Esq. (DE Bar No. 6508)

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**SERVICE LIST**

**Proposed Counsel to the Debtors**
Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti
1201 North Market Street, Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com

-and-

Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com

**Office of the United States Trustee for the District of Delaware**
Attn: Benjamin A. Hackman, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Benjamin.A.Hackman@usdoj.gov

**Counsel to MidCap Financial Trust**
Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour, Esq.
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com

-and-

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky, Esq.
1000 N. West Street, Suite 1279
Wilmington, DE 19801
jpolesky@stradley.com

**Proposed Counsel to the Committee**
Sills Cummis & Gross P.C.
Attn:   Andrew Sherman
        Boris Mankovetskiy
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

DM3\6011223.1