IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Jointly Administered |
| et al.,[1] | ) |
| Debtors. | ) Re: Docket Nos. 349, 350 and 351 |

**LIMITED OBJECTION OF SBJ GROUP INC. TO (I) FIRST OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (II) SECOND OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) THIRD OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EMPLOYMENT AGREEMENTS IN CONNECTION WITH THE CLOSURE OF HAHNEMANN UNIVERSITY HOSPITAL**

SBJ Group Inc. ("**SBJ**"), by its undersigned counsel, for its limited objection ("**Limited Objection**") to (i) First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 349]; (ii) Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 350]; and (iii) Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Employment Agreements in Connection With the Closure of Hahnemann University Hospital [Docket No. 351] (collectively, the "**Omnibus Rejection Motions**"), states:

1. SBJ is a party in interest in this bankruptcy case by virtue of the fact it has submitted a bid to purchase substantially all the assets of Hahnemann University Hospital ("**HUH**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2.  On August 8, 2019, SBJ filed its Objection of SBJ Group Inc. to the Proposed Sale of Residents Program Assets and the Conduct of the Auction and Adoption of Other Objections ("**SBJ Sale Objection**") [Docket No. 410].

3.  SBJ is also a creditor in the bankruptcy case, as the assignee of a pre-petition claim of E-Z Park Inc.

4.  In pertinent part, the SBJ Sale Objection concerns the SBJ Bid for substantially all of the assets of HUH as a going concern, with the SBJ Bid having been submitted on August 7, 2019 pursuant to the Court-approved bidding procedures.

5.  The hearing on the proposed sale of the so-called Resident Program Assets, including the Court's consideration of the SBJ Sale Objection, has been adjourned to August 19, 2019, at 1:00 p.m. (as the same may be further adjourned or continued, the "**Sale Hearing**").

6.  The Omnibus Rejection Motions each state that the agreements sought to be rejected pursuant thereto pertain to HUH and are sought to be rejected in connection with the Debtors' intended closure of HUH.

7.  Some or all of the unexpired leases and executory contracts that are proposed to be rejected pursuant to the Omnibus Rejection Motions are or may be desirable to have assumed and assigned to SBJ in connection with its potential acquisition of substantially all of the assets of HUH as a going concern.

8.  The extent of the applicability of the various unexpired leases and executory contracts that are the subject of the Omnibus Rejection Motions to SBJ's desire to acquire substantially all of the operating assets of HUH and to operate HUH as a going concern cannot be determined without further time and opportunity for SBJ to conduct necessary due diligence.

9. The outcome of the Sale Hearing, including, without limitation, the Court's consideration of the SBJ Sale Objection, is relevant and significant to the potential assumption or rejection of the unexpired leases and executory contracts that are the subject of the Omnibus Rejection Motions.

10. SBJ objects to the possible rejection of any or all of the unexpired leases and executory contacts that are the subject of the Omnibus Rejection Motions pending the conclusion of the Sale Hearing and the possibility that the Court may deny the present proposed sale of the Resident Program Assets and/or otherwise amend the existing Bidding Procedures such that interested parties, including, without limitation, SBJ, would then have the opportunity to pursue the acquisition of substantially all of the operating assets of HUH as a going concern, including, without limitation, some or all of the unexpired leases and executory contracts that are the subject of the Omnibus Rejection Motions.

11. SBJ and other parties in interest may be severely prejudiced and perhaps irreparably harmed if the Court were to grant some or all of the relief sought in the Omnibus Rejection Motions prior to the Court's consideration of the SBJ Sale Objection and the conclusion of the Sale Hearing.

12. SBJ reserves the right to amend or supplement this Limited Objection.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, SBJ respectfully requests that this Court:

A. Deny, or defer consideration of, any or all of the relief sought in the Omnibus Rejection Motions pending the Court concluding the adjourned Sale Hearing, and specifically including the Court's consideration of the SBJ Sale Objection;

B. Adjourn the hearings on the respective Omnibus Rejection Motions from August 16, 2019 to the date and time of the Sale Hearing; and

C. Otherwise grant such other and further relief as is consistent with this Limited Objection and as may be just and appropriate in the circumstances.

| | |
|---|---|
| Dated: August 9, 2019<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ Jeremy W. Ryan<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>-and-<br><br>**HONIGMAN LLP**<br>E. Todd Sable, Esquire, Esquire<br>Lawrence A. Lichtman, Esquire<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583<br>Telephone: (313) 465-7000<br>Email: tsable@honigman.com<br>       llichtman@honigman.com<br><br>*Attorneys for SBJ Group Inc.* |