## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan, herby certify that I am not less than 18 years of age and that on this 9th day of August 2019, I caused a true and correct copy of the foregoing *Limited Objection of SBJ Group Inc. to (I) First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases; (II) Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases; and (III) Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Employment Agreements in Connection with the Closure of Hahnemann University Hospital* to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

/s/ Jeremy W. Ryan
Jeremy W. Ryan (DE Bar No. 5210)

## SERVICE LIST

*Via Hand Delivery & E-Mail*
Mark Minuti, Esq.
Monique Bair DiSabatino, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Email: mark.minuti@saul.com
monique.disabatino@saul.com

*Via Hand Delivery & E-Mail*
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

*Via Hand Delivery & E-Mail*
Thomas M. Horan, Esq.
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Email: thoran@foxrothschild.com

*Via First Class Mail, Postage Pre-Paid & E-mail*
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Via First Class Mail, Postage Pre-Paid & E-mail*
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com