**<u>Exhibit B</u>**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 303 and ___** |
| | ) |

**ORDER DENYING MOTION OF TENET BUSINESS SERVICES CORPORATION
AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR
ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID
POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(B)(1) OR, IN THE
ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY
TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

Upon the motion (the "**Motion**") of Tenet Business Services Corporation ("**Tenet**") and

Conifer Revenue Cycle Solutions, LLC ("**Conifer**") seeking entry of an order either

(a) compelling the Debtors to pay all unpaid postpetition amounts owing under the transition

services agreement between Debtor Philadelphia Academic Health System ("**PAHS**") and Tenet

(the "**TSA**") and the master services agreement between PAHS and Conifer (the "**MSA**")

pursuant to 11 U.S.C. § 503(b)(1) or, alternatively, (b) lifting the automatic stay to allow for the

termination of the TSA and MSA, to the extent such relief is necessary; and due and proper

notice of the Motion having been given; and it appearing that no other or further notice of the

Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2019; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Debtors' objection to the Motion [D.I. ___] (the "**Objection**") and any arguments made in connection with the Motion and the Objection at the hearing on the Motion; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1.      The Motion is DENIED.

2.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

35745233.1 08/09/2019