**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket Nos. 303, 420, & 421 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN THE
DEBTORS' OBJECTION TO MOTION OF TENET BUSINESS SERVICES
CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR ENTRY
OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID POSTPETITION
AMOUNTS PURSUANT TO 11 U.S.C. § 503(B)(1) OR, IN THE ALTERNATIVE,
(II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT
<u>NECESSARY TO TERMINATE THE TSA AND MSA</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") in the chapter 11

cases of Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated

debtors and debtors in possession (collectively, the "<u>Debtors</u>"), by and through its undersigned

counsel, hereby joins (the "<u>Committee Joinder</u>") in the *Debtors' Objection to Motion of Tenet*

*Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order*

*(I) Compelling Payment of all Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1)*

*or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Terminate the TSA and MSA* [Docket No. 420 & 421] (the "<u>Debtors' Objection</u>") for the reasons set forth in the Debtors' Objection.

The Committee expressly reserves and preserves all rights, claims, arguments, defenses and remedies with respect to the *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of all Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 303] (the "<u>Tenet/Conifer Motion</u>") and to supplement, modify and amend this Committee Joinder, to seek discovery, and to raise additional objections in writing or orally at the hearing on the Tenet/Conifer Motion.

6560409

2

Dated: August 9, 2019
Wilmington, Delaware

Respectfully submitted,

/s/ *Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and –

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*