# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | |

## DECLARATION OF ANDREW H. SHERMAN IN SUPPORT OF APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *ET AL. NUNC PRO TUNC* TO JULY 15, 2019

Andrew H. Sherman makes this declaration (the "Declaration") pursuant to 28 U.S.C. § 1746 in support of the *Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al. Nunc Pro Tunc to July 15, 2019* (the "Application"), and states and declares as follows:

1.      I am an attorney at law and a Member of the law firm Sills Cummis & Gross P.C. ("Sills"), proposed counsel for the Official Committee of Unsecured Creditors (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

"Committee") of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* (the

"Debtors").

2.      Unless otherwise stated in this Declaration, I have personal knowledge of the

facts set forth herein.  To the extent any information disclosed herein requires amendment or

modification upon completion of further review by Sills or as additional information becomes

available, a supplemental affidavit will be submitted to the United States Bankruptcy Court for

the District of Delaware (the "Court") reflecting such amended or modified information.

## QUALIFICATIONS OF SILLS CUMMIS & GROSS P.C.

3.      Sills has significant experience representing creditors in complex bankruptcy

cases, including as committee counsel in health care-related cases throughout the country.

Among other representations, Sills has represented or currently represents creditors' committees

in the bankruptcy cases of *In re Bayonne Medical Center* (Case No. 07-15195 (MBK), Bankr.

D.N.J.); *In re Hudson Healthcare, Inc.* (Case No. 11-33014 (VFP), Bankr. D.N.J.); *In re Christ*

*Hospital* (Case No. 12-12906 (MS), Bankr. D.N.J.); *In re Fairmont General Hospital, Inc., et al.*

(Case No. 13-01054 (PMF), Bankr. N.D.W. Va.); *In re Union Hospital District* (Case No. 14-

03299 (DD), Bankr. D.S.C.); *In re Ultura (LA) Inc., et al.* (Case No. 14-12382 (KG), Bankr. D.

Del.)); *In re SMMC Liquidation Corp. f/k/a Saint Michael's Medical Center, Inc., et al.* (Case

No. 15-24999 (VFP), Bankr. D.N.J.); *In re Progressive Acute Care, LLC, et al.* (Case No. 16-

50740, Bankr. W.D. La.); *In re Gardens Regional Hospital and Medical Center, Inc.* (Case No.

16-17463 (ER), Bankr. C.D. Cal.); *In re CH Liquidation Association f/k/a Coshocton County*

*Memorial Hospital Association* (Case No. 16-51552 (AMK), Bankr. N.D. Ohio); *In re*

*Gainesville Hospital District d/b/a North Texas Medical Center* (Case No. 16-40101 (BTR),

Bankr. E.D. Tex.); *In re Morehead Memorial Hospital* (Case No. 17-10775 (BK), Bankr.

M.D.N.C.); *In re Curae Health, et al.* (Case No. 18-05665 (CMW) Bankr. M.D. Tenn.); *In re Promise Healthcare Group, LLC, et al.* (Case No. 18-12491 (CSS), Bankr. D. Del.); *In re Novum Pharma, LLC* (Case No. 19-10209 (KJC), Bankr. D. Del.); and *In re Astria Health, et al.* (Case No. 19-01189-11 (FLK), Bankr. E.D. Wash.).  Sills has also represented or currently represents debtors in *In re Pascack Valley Hospital Association, Inc.* (Case No. 07-23686 (RG), Bankr. D.N.J.) and *In re Mammoet-Starneth LLC* (Case No. 17-12925 (LSS), Bankr. D. Del.); a secured creditor/plan sponsor in *In re Motor Coach Industries International, Inc., et al.* (08-12136 (BLS), Bankr. D. Del.); and has served as special counsel to the committee in *In re 710 Long Ridge Road Operating Company II, LLC, et al.* (Case No. 13-13653 (DHS), Bankr. D.N.J.) and special counsel to the debtors and committee in *In re Specialty Hospital of Washington, LLC, et al.* (Case No. 14-00279 (SMT), Bankr. D.C.).

## SCOPE OF EMPLOYMENT

4.      The professional services Sills will render include the following:

a.      Provide legal advice regarding the Committee's rights, powers, and duties in these cases.

b.      Prepare all necessary applications, answers, responses, objections, orders, reports, and other legal papers.

c.      Represent the Committee in any and all matters arising in these cases, including any dispute or issue with the Debtors or other third parties.

d.      Assist the Committee in its investigation and analysis of the Debtors, their capital structures, and issues arising in or related to these cases, including but not limited to the review and analysis of all pleadings, claims, and bankruptcy plans that might be filed in these cases, and any negotiations or litigation that may arise out of or in connection with such matters, the Debtors' operations, the Debtors' financial affairs, and any proposed disposition of the Debtors' assets.

e.      Represent the Committee in all aspects of any sale and bankruptcy plan confirmation proceedings.

    f.      Perform any and all other legal services for the Committee that may be necessary or desirable in these cases.

5.      Sills intends to work closely with its proposed co-counsel, Fox Rothschild LLP ("Fox"), to prevent unnecessary or inefficient duplication of services, and intends that Sills and Fox will utilize their respective skills and experience and take all necessary and appropriate steps to avoid any such duplication.

## TERMS OF RETENTION

6.      Sills intends to apply for compensation for professional services rendered in connection with these cases, subject to approval of the Court, and in compliance with sections 330 and 331 of title 11 of the United States Code, applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Delaware, and any orders of the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the firm.

7.      Sills has advised the Committee that, for each month in these cases, Sills's fees (not including expenses) will be limited to the lesser of (i) the amount of Sills's fees at its professionals' standard rates (which currently range from $425-$1,050 for Members, $425-$625 for Of Counsels, $295-$495 for Associates, and $95-$295 for Paralegals) and (ii) the amount of Sills's fees at a blended hourly rate of $625.

8.      The following professionals are expected to have primary responsibility for providing services to the Committee in these cases:

| Professional | Standard Hourly Rate, Before Application of Blended $625 rate |
|---|---|
| Andrew H. Sherman | $795 |
| Boris I. Mankovetskiy | $725 |
| George Hirsch | $710 |

| Lucas F. Hammonds | $575 |
|---|---|
| Rachel E. Brennan | $545 |
| Gregory Kopacz | $525 |

9.      The foregoing rates are set at a level designed to fairly compensate Sills for its

work and to cover fixed and routine overhead expenses.  Sills's hourly rates vary with the

experience and seniority of the individuals assigned, and are subject to periodic adjustments to

reflect economic and other conditions (which adjustments will be reflected in the first Sills fee

application following such adjustments).

10.      It is Sills's policy to charge its clients in all areas of practice for all other expenses

incurred in connection with the client's case.  These expenses include, among other things,

telephone and telecopier toll and other charges, mail and express mail charges, special or hand

delivery charges, document processing, photocopying charges, travel expenses, expenses for

working meals, computerized research, and transcription costs, as well as non-ordinary overhead

expenses such as overtime for secretarial personnel and other staff.  Sills will charge the Debtor's

estate for these expenses in a manner and at rates consistent with charges made generally to the

firm's clients and in compliance with any guidelines promulgated by the Office of the U.S.

Trustee and the Local Rules, subject to approval by the Court.

11.      Sills did not receive any retainer in these cases.

12.      Other than as set forth herein, there is no proposed arrangement to compensate

Sills.  Sills has not shared, nor agreed to share (i) any compensation it has received or may

receive with any other party or person, other than with the Members, Of Counsels, and

Associates of the firm, or (ii) any compensation another person or party has received or may

receive.

## NO ADVERSE INTEREST

13.     Except as disclosed herein, to the best of my knowledge and information, Sills has no connection with the Debtors, their creditors, or any other party-in-interest in these cases, and does not have or represent any other entity having any adverse interest in connection with these cases.

14.     Sills maintains a computer client database (the "Database") containing the names of all of the firm's current and former clients, parties adverse to those clients, and where practicable, known affiliates of and connections to those clients.  The Database is systematically updated in the firm's ordinary course of business and as the firm receives new matters.  In connection with the preparation of this Declaration, I caused checks against the Database to be performed for the list of people and entities identified on Exhibit 1 hereto (collectively, the "Conflicts Check Parties"), which includes the following, among others: (i) the Debtors; (ii) non-debtor affiliates of the Debtors; (iii) equity holders of the Debtors; (iv) the Debtors' professionals; (v) purported secured creditors of the Debtors; (vi) the Committee members; and (vii) certain other potentially interested parties (including the parties identified on the conflicts check list attached to the retention application for the Debtors' attorneys).

15.     Sills has a large and diverse practice, and as a result, the foregoing inquiry revealed the following connections to the Conflicts Check Parties:

        (a)     The following Conflicts Check Parties and/or certain of their affiliates are current Sills clients in a matter or matters unrelated to these chapter 11 cases:

                (1)     Abbott Laboratories, Inc.

                (2)     Abiomed, Inc.

                (3)     Beazley Insurance Company, Inc.

                (4)     Biosense Webster, Inc.

6522302

(5)     Capital One, N.A.[2]

(6)     Chubb – Federal Insurance Company.

(7)     Crothall Healthcare, Inc.

(8)     Hanger Prosthetic and Orthotics, Inc. d/b/a Hanger Clinic.

(9)     Integra Life Sciences Sales LLC.

(10)    The Johns Hopkins University.

(11)    Johnson & Johnson Health Care Systems Inc.

(12)    Manhattan Telecommunications Corporation d/b/a Metropolitan
        Telecommunications a/k/a MetTel.

(13)    Medical Information Technology, Inc.

(14)    Mindray DS USA, Inc.

(15)    Pitney Bowes Inc.

(16)    Terumo BCT, Inc.

(17)    Universal Hospital Services, Inc.

(18)    Verizon.

(19)    Verizon Business.

(20)    Verizon CABS.

(21)    Verizon Wireless.

(22)    Wells Fargo Bank, N.A.

(23)    Wells Fargo Commercial Mortgage.

(b)     In addition, the following Conflicts Check Parties and/or certain of their

affiliates are adverse to current Sills clients in a matter or matters unrelated to these

chapter 11 cases:

(1)     Admiral Insurance Company.

(2)     Allergan USA, Inc.

---

[2] As of the date of this Declaration, Sills has no active matters with Capital One, N.A.

(3)     Amerihealth.

(4)     AT&T Mobility.

(5)     Bayer Healthcare, LLC.

(6)     BCBS Horizon NJ Health.

(7)     Boston Scientific Corporation.

(8)     Cardinal Health 414, LLC.

(9)     Cardinal Health 200, LLC.

(10)    Cardinal Health Solutions, Inc.

(11)    City of Philadelphia.

(12)    CohnReznick LLP.

(13)    Comcast Cablevision.

(14)    David Small[3].

(15)    Dilworth Paxson LLP.

(16)    Duff & Phelps, LLC.

(17)    Ernst & Young LLP.

(18)    Horizon Blue Cross of NJ.

(19)    INO Therpeutics LLC d/b/a Mallinckrodt.

(20)    Internal Revenue Service.

(21)    Korn/Ferry International.

(22)    Medicaid.

(23)    National Fire & Marine Insurance Co.

(24)    Pepper Hamilton LLP.

(25)    PNC Bank, N.A.

(26)    Quest Diagnostic Clinical Laboratories Inc.

---

[3] An individual by the name of David Small is adverse to a current Sills client in a matter or matters unrelated to these bankruptcy cases.  It is not clear whether the David Small identified on Exhibit 1 hereto is the same individual.  However, this potential connection is being disclosed in an abundance of caution.

(27)    Reed Smith LLP.

(28)    United Health Care.

(29)    U.S. Bank, N.A.

(c)    In addition, the following Conflicts Check Parties and/or certain of their affiliates are co-defendants with current Sills clients in a matter or matters unrelated to these chapter 11 cases:

(1)    Allergan USA, Inc.

(2)    Bayer Healthcare, LLC.

(3)    CONMED Corporation.

(4)    INO Therpeutics LLC d/b/a Mallinckrodt.

(5)    Trans Union LLC.

(d)    In addition, Sills has previously represented and/or represents official committees of unsecured creditors of which the following Conflicts Check Parties and/or certain of their affiliates were members:

(1)    Aramark Refreshment Services, LLC.

(2)    Aramark Uniform and Career Apparel Group, Inc.

(3)    BCBS Horizon NJ Health.

(4)    Boston Scientific Corporation.

(5)    Cardinal Health 200, LLC.

(6)    Cardinal Health 414, LLC.

(7)    Cardinal Health Solutions, Inc.

(8)    Crothall Healthcare, Inc.

(9)    District 1199C Service and Maintenance Unit International Brotherhood of Electrical Workers, Local 98.

(10)    Envision Physician Services North Division, a/k/a EmCare North Division.

(11)    Horizon Blue Cross of NJ.

(12)    Independence Blue Cross.

(13)    Independence Blue Cross of PA.

(14)    LocumTenes.com, LLC.

(15)    Medline Industries Holdings, L.P.

(16)    Medline Industries, Inc.

(17)    Medtronic USA Inc.

(18)    National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO.

(19)    Sodexo Management, Inc.

16.     In addition to the foregoing, in anticipation of the potential formation of an official committee of unsecured creditors, Sills spoke with representatives and/or counsel of certain creditors in these cases or their affiliates, including Boston Scientific Corporation; Cardinal Health 200, LLC/Cardinal Health 400, LLC; Conifer Revenue Cycle Solutions, LLC; Crothall Healthcare, Inc.; Medline Industries Holdings, L.P./Medline Industries, Inc.; Medtronic USA Inc.; Pennsylvania Association of Staff Nurses and Allied Professionals; and Sodexo Management, Inc. regarding their interest in serving on a committee and Sills's qualifications to serve as committee counsel in the event of a committee's formation.

17.     In addition, Allen Wilen (the Debtors' proposed chief restructuring officer) of EisnerAmper LLP (proposed provider of interim management services to the Debtors) has served as liquidating trustee and/or financial advisor in matters unrelated to these cases in which Sills was involved, including as Mr. Wilen's counsel in his capacity as liquidating trustee.  Sills does not currently represent Mr. Wilen in any capacity, however EisnerAmper LLP and Mr. Wilen currently serve as financial advisors to a liquidating trustee represented by Sills in a matter unrelated in these cases.  EisnerAmper LLP also performs certain tax and/or advisory services for at least one Sills attorney.

18.     In addition, Paladin-Gardens Management, LLC and Harbor Gardens Capital 1, LLC, entities in which Joel Freedman had a direct or indirect ownership interest, and over which Mr. Freedman exercised direct or indirect control, were adverse to an official committee of unsecured creditors represented by Sills in a matter unrelated to these cases. The disputes between the Freedman entities and the official committee of unsecured creditors (and/or its successor) in that case have been resolved.

19.     In addition, an entity that sought to purchase assets in these cases also purchased, and may purchase, assets in the cases of *Promise Healthcare Grup, LLC*, *et al.* (Case No. 18-12491 (CSS), Bankr. D. Del.), which cases are unrelated to these cases, and in which Sills represents the official committee of unsecured creditors.

20.     If any contested matter, adversary proceeding, other litigation, or other matter arising in the Debtors' chapter 11 cases presents a conflict of interest such that Sills cannot represent the Committee based on the connections identified above, the Committee will be represented by its co-counsel or other counsel with respect to such matter unless the Committee and the other relevant party or parties consent to Sills's representation of the Committee in such matter.

21.     To the best of my knowledge, information, and belief, no attorney at Sills: (i) holds a direct or indirect equity interest in any of the Debtors or has a right to acquire such an interest; (ii) is or has served as an officer, director, or employee of any of the Debtors; (iii) is in control of any of the Debtors or is a relative of a general partner, director, officer, or person in control of any of the Debtors; (iv) is a general or limited partner of a partnership in which any of the Debtors is also a general or limited partner; (v) is a relative of or has any connection with the bankruptcy judge approving the employment of Sills as the Committee's co-counsel that would

render retention and employment improper; or (vi) is connected to the United States Trustee or any employee of that office.

22.     Based on the foregoing, and except as set forth herein, neither I, Sills, nor any Member, Of Counsel, or Associate thereof, insofar as I have been able to ascertain based on the information currently available to me, represents any interest adverse to the Debtors or the Committee in these cases.  To the best of my knowledge, information, and belief, Sills is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

23.     I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness.  Sills will from time to time review its disclosures in these cases, and in the event that additional material connections are discovered, the firm will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

### UNITED STATES TRUSTEE GUIDELINES STATEMENT

24.     Sills's responses to the requests for additional information set forth in section (D)(1) of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "U.S. Trustee Guidelines") are as follows:

(a)     **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Answer**: Yes.  As set forth above, Sills agreed to provide its services to the Committee at a blended hourly rate of $625

(b)     **Question**: Do any of the Sills professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Answer**: No.

(c)     **Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Not applicable.

(d)    **Question**: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Answer**: The Committee has reviewed the budget for the period of the week ending July 12, 2019 through the week ending October 4, 2019, attached as Exhibit 2 to Exhibit 1 to the *Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014; (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and 4001(c)* [D.I. 172], which includes a line item for Committee professional fees. Sills intends to submit a budget and staffing plan consistent with the form identified as Exhibit C to U.S. Trustee Guidelines for approval to the Committee in the normal course of its representation.

## EMPLOYMENT *NUNC PRO TUNC* TO JULY 15, 2019

25.    As set forth in the Application, the Committee was formed and selected Sills as its co-counsel on July 15, 2019. Due to the complex and time-sensitive nature of these chapter 11 cases, there was an immediate need for Sills to perform services for the Committee, and the Committee has sought authorization to retain and employ Sills as soon as reasonably practicable, with Sills's retention effective *nunc pro tunc* to July 15,2 019.

26.    For the foregoing reasons, I believe that Sills is eligible for employment and retention by the Committee pursuant to section 1103 of the Bankruptcy Code.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonably inquiry, the foregoing is true and correct.

Dated: August 9, 2019                          /s/ Andrew H. Sherman
        Newark, New Jersey                      Andrew H. Sherman

## Exhibit 1

**Debtors**
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
St. Christopher's Healthcare, LLC
Center City Healthcare, LLC
HPS of PA, L.L.C.
TPS II of PA, L.L.C.
TPS III of PA, L.L.C.
TPS IV of PA, L.L.L.
SCHC Pediatric Associates, L.L.C.
SCHC Pediatric Anesthesia Associates, L.L.C.
StChris Care at Northeast Pediatrics, L.L.C.
TPS of PA, L.L.C.
St. Christopher's Pediatric Urgent Care Center, L.L.C.
TPS V of PA, L.L.C.

**Non-Debtor Affiliates**
Front Street Healthcare Properties, LLC
Front Street Healthcare Properties II, LLC
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Physicians Clinical Network, LLC
Physician Performance Network of Philadelphia, LLC
MBNF Investments, LLC
American Academic Health System, LLC
Philadelphia Academic Health Holdings, LLC
Philadelpha Academic Risk Retention Group, LLC
HSRE-PAHH I, LLC
PAHH New College MOB, LLC
PAHH Bellet MOB, LLC
PAHH Broad Street MOB, LLC
PAHH Feinstein MOB, LLC
PAHH Wood Street Garage, LLC
PAHH Erie Street Garage, LLC

**Equity Holders**
Philadelphia Academic Health Holdings, LLC
American Academic Health System, LLC
MBNF Investments, LLC
Joel Freedman
Stella Freedman
Barbara S. Kramer, Trustee
Michael Ouzounian Irrevocable Trust
Benjamin Joseph Freedman Irrevocable Trust
Nathan Alexander Freedman Irrevocable Trust

**Other**
Drexel University

6522302

Drexel University College of Medicine
Tenet Business Services Corporation
Conifer Revenue Cycle Solutions, LLC
Harrison Street Real Estate, LLC
Dilworth Paxson LLP

## Unions
District 1199C Service and Maintenance Unit International Brotherhood of Electrical Workers, Local 98
National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO
Pennsylvania Association of Staff Nurses and Allied Professionals

## Utilities
AT&T Mobility
Atlantic City Electric
Champion Energy Services LLC
Comcast Cablevision
Constellation Energy Gas
Constellation NewEnergy Gas
DirectTV LLC
Energy Management Systems Inc.
MCI
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
PECO Energy
Philadelphia Gas Works
South Jersey Gas
SPOK
Veolia Energy Philadelphia Inc.
Verizon
Verizon Business
Verizon CABS
Verizon Wireless
Water Revenue Bureau
West Unified Communications
West Unified Communications SVCS
WTMUA

## Insurers
ACE American Insurance Company
ACE Property & Casualty Insurance Co.
Admiral Insurance Company
Affiliated FM Insurance Co.
Axis Insurance Company
Beazley Insurance Company, Inc.
Chubb - Federal Insurance Company
Doctors Company An Interinsurance Exch.
Illinois Union Insurance Co.
Ironshore Specialty Insurance
Lloyd's of London
Lockton

National Fire & Marine Insurance Co.
National Union Fire Insurance Company of Pittsburgh, PA
Philadelphia Academic Risk Retention Group, LLC
Premium Assignment Corporation
Starr Indemnity & Liability Company
Tokio Marine Specialty Insurance Company
Travelers Casualty and Surety Company of America
Starr Indemnity & Liability Company

**Payors**
Aetna/Coventry
Aetna Better Health
Amerihealth
BCBS Horizon NJ Health
Cigna HealthSpring
Community Behavioral Health
Health Partners Plans
Horizon Blue Cross of NJ
Humana
Independence Blue Cross
Independence Blue Cross of PA
Keystone First
Keystone Mercy
Medicaid
United Health Care

**Taxing Agencies**
Center City District
City of Philadelphia
Internal Revenue Service
Pennsylvania Department of Revenue

**Purported Secured Parties**
Capital One, N.A.
GE HFS, LLC
Med One Capital Funding, LLC
MidCap Funding IV Trust
MidCap Funding H Trust
MidCap Financial Trust
De Landen Financial Services
Olympus America Inc.
U.S. Bank, N.A.

**Case Professionals**
EisnerAmper LLP
Omni Management Group
Saul Ewing Arnstein & Lehr LLP
SSG Advisors, LLC
Klehr Harrison Harvey & Branzburg LLP

**Banks**

Capital One, N.A.
Wells Fargo Bank, N.A.
Bank of America, N.A.
PNC Bank, N.A.

**Other Creditors/Contract Parties**
12st Catering, Inc.
3E Company Environmental, Ecological and Engineering
3M Health Information Systems, Inc.
50 Words, LLC
AA Casa Inc d/b/a PM Associates
Aardvark Pest Control Services, Inc.
Aargon Agency, Inc.
Abbott Laboratories Inc.
Abbott Molecular Inc.
Abbott Nutrition
Abbott Point of Care
Abiomed, Inc.
ABO Haven Early Learning Center
Access Nurse PM, Inc. d/b/a TeamHealth Medical Call Center
Accredo Health Group, Inc.
Accriva Diagnostics, Inc.
Accruent, LLC
ACS Education Services, Inc.
Ad Prima Charter School
ADP, LLC
Advanced Air Service Group
Advanced AV, LLC
Advanced CE
Advanced Door Services, Inc.
Advanced Sterilization Products Services, Inc.
Advanced Technologies Group, Inc.
Adynxx, Inc.
Agilent Technologies, Inc.
Alere Informatics, Inc.
Allergan USA, Inc.
Allergy and Asthma Specialists, PC
Alliance for Paired Donation, Inc.
Alliance HealthCare Services, Inc. d/b/a
Alliance HealthCare Radiology
AllMed Healthcare Management, Inc.
Alpha Imaging, Inc.
Atlantic Diagnostic Laboratories, LLC
Amazing Kidz Academy, LLC
America On Hold
American Academy of Sleep Medicine
American College of Cardiology Foundation
American College of Cardiology Foundation
American College of Radiology
American College of Surgeons

American College of Surgeons for the Pennsylvania National Surgical Quality Improvement
Program Consortium
American Communication Centers d/b/a ACC Solutions
American Dental Association
American Heart Association, Inc.
American Medical Response Mid-Atlantic, Inc.
American Messaging Services, LLC
American Radio and Microwave Corporation
Ameriwater, Inc.
Amit Maity, MD
AMO Sales and Service, Inc.
Amy Leader, Dr.P.H., M.P.H.
Analytic Solutions Network, LLC
Anda K. Kuo, MD
Aramark Refreshment Services, LLC
Aramark Uniform and Career Apparel Group, Inc.
Arizant Healthcare Inc.
Arledge Electronics, Inc.
Artcraft Promotional Concepts
ARUP Laboratories, Inc.
Ascension School
ASPIRA Bilingual Cyber Charter School
ASSA ABLOY Entrance Systems US Inc.
ATG Consultants, LLC
Athena Diagnostics
Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic Stone Center
Atlantic Switch and Generator, LLC
Augusta Healthcare, Inc.
Aviacode, Inc.
Azima Health Services, Inc.
Baratz & Associates, PA
Barclay Water Management, Inc.
Bard Peripheral Vascular, Inc.
Barton & Associates, Inc.
Battell Memorial Institute Pacific Northwest Division
Bayer Healthcare, LLC
BC Solutions LLC
BC Technical, Inc.
Beasley Media Group, Inc. d/b/a WMMR, WMGK, WBEN-FM & WPEN
Beckman Coulter, Inc.
Beekley Corporation
Belfor USA Group Inc.
Belimed, Inc.
Bellevue Strategies, LLC
Best Practice Professionals Inc. d/b/a oneSOURCE Document Management Services
Biochrom US
Biocompatibles, Inc.
BioDlogics, LLC
BioFire Diagnostics, LLC
bioMerieux Inc.
Biomet, Inc.

Bio-Optronics, Inc.
Bio-Rad Laboratories
Biosense Webster, Inc.
BiotronX LLC
BKT Architects, LLC
Blank Rome LLP
Blue Pillar, Inc.
Bondtech Incorporated
Bonel Medical Equipment, Inc.
Borton-Lawson Engineering, Inc.
Boston Scientific Corporation
Brian Communications LLC
Brigham and Women's Physicians Organization
Brightside Academy
Broadcast Music Inc.
Bromedicon, Inc.
Brucker & Morra, PC
Bulldog Orthodontics, LLC
Burns White LLC
Calyx Partners, LLC
Capstar Radio Operating Company d/b/a iHeart Medica, Philadelphia
Cardeza Foundation Hemophilia and Thrombosis Center
Cardinal Health 200, LLC
Cardinal Health 414, LLC
Cardinal Health Solutions, Inc.
CardioAccess, Inc.
CardioNet, Inc.
CareFusion 211, Inc.
CareFusion Solutions, LLC
CarterPierce, LLC
Casa del Carmen
CCJ Physics, LLC
Cenova, Inc.
Center City Film and Video, Inc.
Center for Student Learning Charter School at Pennsbury
Centric Actuarial Solutions, LLC
Cepheid Incorporated
Cerner Corporation
Cetlin Design Group, Inc.
Champion Energy Services, LLC
Change Healthcare Technologies, LLC
Charley's Angels Photography Inc.
CHG Companies, Inc. d/b/a CompHealth
Chubb Hotel & Conference Center
Cincinnati Children's Hospital Medical Center
Cintas Corporation
CIOX Health, LLC
Cisco Systems Capital Corporation
CL Risk Solutions, LLC
Clark Services Group, LLC d/b/a The Degreasers
Coast Quality Pharmacy, LLC d/b/a AnazaoHealth

Cocco Enterprises, Inc.
Cochlear Americas
CohnReznick LLP
Colcom, Inc.
Coleman Nourian Search LLC
College of American Pathologists
Coloplast Corp.
Columbia University Medical Center
Community Behavioral Health
Computer Kids Day Care Center
Concilio
Congresso DeLatinos Unidos, Inc.
CONMED Corporation
Connolly Gallagher LLP
Conrad O'Brien PC
Constellation NewEnergy - Gas Division, LLC
Continuum, LLC
ConvergeOne Systems Integration, Inc.
Corona Partners
Corporate Cost Control, Inc.
Corporate Lamp and Electric Recycling LLC
Council on Accreditation of Nurse Anesthesia Educational Programs
Courtyard Philadelphia Downtown
Covidien Sales LLC d/b/a Given Imaging
Cranel, Inc. d/b/a Versitec
Criterion Laboratories, Inc.
Crothall Healthcare, Inc.
Crowell & Moring LLP
Cushman & Wakefield of Connecticut, Inc.
Cushman & Wakefield of Pennsylvania, LLC
Cushman & Wakefield of Philadelphia, Inc.
CyraCom International Inc.Dako North America, Inc.
Daniel Burke Photography
David Small
DaVita Healthcare Partners Inc.
De Lage Landen Financial Services, Inc.
De Long Industries Group, Inc. d/b/a Wavetech Industries
Deaf Hearing Communication Centre, Inc.
Delaware Valley Aesthetics d/b/a Rumer Cosmetic Surgery
Delta Dental of Pennsylvania
Devicor Medical Equipment, Inc.
Devicor Medical Products, Inc.
Devil's Alley
DEX Imaging, Inc.
DGA Partners, Inc.
Diagnoss Inc.
Diagnostica Stago, Inc.
Diesel Dialysis, LLC
Digital Innovation, Incorporated
DIRECTV, Inc.
Dixon Hughes Goodman LLP

DJO, LLC
Dolbey-Jamison, Inc.
Dome Insulation, LLC
Draeger Medical, Inc.
Draeger, Inc.
Drexelbrook
Drueding Center
Duff & Phelps, LLC
Dynamic Language Services, LLC
e4 Services, LLC
Eagles Taxi, LLC d/b/a 215 Get a Cab
Eastern Controls Inc.
Eastern Lift Truck Co., Inc.
Eastern Sign Tech, LLC
Eastern Society for Pediatric Research
Echo, Inc.
Eckert Seamans Cherin & Mellott, LLC
Econsult Solutions, Inc.
Education Resources, Inc.
Edwards Lifesciences LLC
EEC Acquisition LLC d/b/a Smart Care
Equipment Solutions
Einstein Practice Plan, Inc.
Electronic Ink
Electronic Payment Exchange
Electronic Security Solutions LLC
Elekta Inc.
Elemental Inc.
Elite Office Solutions, Inc.
EMD Millipore Corporation
Emergency Systems Service Company
Employers Health Network, LLC
Emergency Medical Associates
Employment Tax Servicing Corp. d/b/a Emptech
Encore Medical International, Inc.
Energy Products and Service Co., Inc.
Enerwise Global Technologies, Inc. d/b/a CPower
Enovate Medical, LLC
Ensemble RCM LLC d/b/a Ensemble Health Partners
Entercom
ENV Services, Inc.
Environmental and Engineering Solutions, Inc.
Environmental Control Services, Inc.
Ernst & Young LLP
Essential Consulting LLC
Ethan Kentzel
ettain group, Inc.
Eurofins Viracor, Inc.
Eurofins VRL, Inc. d/b/a VRL Eurofins
Everbridge, Inc.
Evoqua Water Technologies, LLC

Evoqua Water Technologies, LLC
Exactech US, Inc.
Fairmount Long Term Care
Fairmount Rowing Association
Field House Philly
Financial Recoveries
FIRM Revenue Cycle Management Services, Inc.
First Philadelphia Charter School for Literacy
First Philadelphia Paradigm, Tacony Academy
FishHeads Aquarium Service LLC
Flex Financial, a division of Stryker Sales Corporation
FM Cost Containment, LLC
Focus Diagnostics, Inc.
Fonemed, LLC
Foot & Ankle Center of Philadelphia, LLC
Foss Therapy Services, Inc.
Francis Cauffman, Inc.
Franklin Cleaning Equipment & Supply Company
Fresenius Medical Care
Fusaro Brothers, Inc. d/b/a Maxwell Cab Company
Future IT Advisors, LLC
Garda CL Atlantic, Inc.
Garrison Printing Company
Gary Frazier
GBS Corp
GE Healthcare IITS USA Corp.
GE HFS, LLC
GE Medical Systems Information Technologies, Inc.
GE Precision Healthcare LLC
GeBBS Healthcare Solutions, Inc.
General Electric Company, by and through its GE Healthcare division
General Healthcare Resources, LLC
Genova Group, LLC
Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire Protection
Germane & Co., Inc. d/b/a Germane Solutions
Getinge USA Sales, LLC
Getinge USA, Inc.
GlassRatner Advisory & Capital Group, LLC
Global Affiliates, Inc.
Global Healthcare Exchange, LLC
Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program
GTT Americas, LLC
H.C.A.S. of Florida, Inc. d/b/a Call 4 Health / Call 4 Nurse
Haemonetics Corporation
Hahnemann Apothecary Inc.
Hanger Prosthetic and Orthotics, Inc. d/b/a Hanger Clinic
Harmelin and Associates Inc. d/b/a Harmelin Media
Harry J Lawall & Son, Inc.
Hayes Healthcare, LLC
HBO & Recoveries, LLC
Health Sciences Law Group LLC

Healthcare Administrative Partners, LLC
Healthcare Performance Group, Inc.
Healthcare Receivable Specialists, Inc.
Healthshare Exchange of Southeastern Pennsylvania, Inc.
HealthStream, Inc.
HealthTronics Mobile Solutions, L.L.C.
HealthTrust Purchasing Group, L.P.
Health Partners Plans
HemaTechnologies, Inc.
Herman Goldner Co., Inc.
Hewlett-Packard Financial Services Company
Hillmann Consulting, LLC
Hill-Rom Company, Inc.
Hilton Philadelphia City Avenue
Historic Hotel Bethlehem
HMI LLC
Holland Square Group, LLC
Hollis Cobb Associates, Inc.
Hologic, Inc.
Hospice of Philadelphia
Howmedica Osteonics Corp.
HUB Parking Technology USA, Inc.
Huntingdon Valley Eye Care Consultants, Ltd.
Huntington Technology Finance, Inc.
Huron Consulting Services LLC
I. Miller Precision Optical Instruments, Inc.
iContracts, Inc.
IMA Consulting
Immaculata University
Immucor, Inc.
IMPAC Medical Systems, Inc.
IMPACT Services Corporation
Implementation Management Assistance, LLC d/b/a Revint Solutions
Independent Hardware, Inc.
Infor (US), Inc.
Informa Software
Ingenious Med, Inc.
Innovative Print & Media Group, Inc.
Innovative Product Achievements, LLC d/b/a IPA, LLC
INO Therapeutics LLC d/b/a Mallinckrodt
Inquicker, LLC
Integra Life Sciences Sales LLC
Beth Rose represets Integra Life Sciences Corporation
Integrated Healthcare Solutions, Inc.
Integrated Medical Systems International, Inc.
Integrity Healthcare, LLC
Interactivation Health Networks
Interphase Medical Equipment, Inc.
Intralinks, Inc.
Intuitive Surgical, Inc.
Iodine Software, LLC

Iron Mountain Information Management, LLC
ISS Facility Services, Inc.
ivWatch, LLC
Ivy Hill Cemetery Company
J.W. Carrigan, LLC
Jackson Lewis P.C.
Jay M. Yanoff, EdD
JDI Net Systems
JDR Consulting, LLC
Jefferson Gardens North Philadelphia Head Start
Joe Glass
John B. Stetson Middle School
John Calvitti Company
John Dowdle
JohnGSelf Partners, Inc.
Johnson & Johnson Health Care Systems Inc.
JohnsonLambert LLP
JP Zimmerman PCS LLC
JustRight Surgical, LLC
K&C Strategic Policy Group, LLC d/b/a DeBrunner & Associates
Karl Storz Endoscopy-America, Inc.
Kasscon Building Services, LLC
KCI USA, Inc.
Kenco Kalibration Inc.
Ken-Crest Services
Keystone Academy Charter School
Keystone Quality Transport Company
Kieran McKenna Flooring, Inc.
Kinder Academy
Klenzoid, Inc.
Konica Minolta Healthcare Americas, Inc.
Korn/Ferry International
Laboratory Corporation of America
Laerdal Medical Corporation
Language Services Associates, Inc.
Lantheus Medical Imaging, Inc.
Laser Service Solutions, LLC
Lauletta Birnbaum, LLC
Law Offices of Suzanne N. Pritchard, P.C.
Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises
Leah Coppolino
Leasing Associates of Barrington, Inc.
Legal Clinic for the Disabled, Inc.
Leucadia Pharmaceuticals
Life Image Inc.
LifeLine Software, Inc.
Lighthouse
Limb Technologies, Inc. d/b/a LTI Orthotic
Prosthetic Center
Linde LLC
LinkedIn Corporation

Lions Eye Bank of Delaware Valley
Lisa The
Litchfield Cavo LLP
Livanta LLC
Live Message America
Lockton-Dunning Series of Lockton Companies, LLC
LocumTenes.com, LLC
Lori's Gifts, Inc.
LRD Graphics, Inc. t/a Fels Printing
Lumedx Corporation
Lutheran Children and Family Service
Lutheran Settlement House
Lyons Advisors, LLC
M&M Autoclave Cleaning, LLC
Macalino Marketing, Inc.
Magee Rehabilitation Hospital
Maggiano's Little Italy
Major Medical Hospital Services, Inc.
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
Mar Cor Purification, Inc.
Marcum LLP
Marshall Dennehey Warner Coleman & Goggin, P.C.
Mastery at Smedley Charter School
Mayflower Laundry and Textile Services LLC
MCG Health, LLC
MDS Carpeting and Flooring, Inc.
Med One Capital Funding, LLC
Med One Capital Funding, LLC d/b/a IPA One
MED3000 Inc.
Medacist Solutions Group, LLC
MedHub, LLC
MediaLab, Inc.
Medical Doctor Associates, LLC
Medical Excess LLC
Medical Gas Solutions, Inc.
Medical Neurogenetics, LLC
Medical Staffing Solutions, Inc. d/b/a STAT RESOURCES
medInt Holdings, LLC
Medline Industries Holdings, L.P.
Medline Industries, Inc.
Medlytix, LLC
Medsentrix, LLC
Med-Tex Services, Inc.
Mednet Healthcare Technologies, Inc.
Medtronic USA Inc.
Mentor Worldwide LLC
Merchants Association Collection Division, Inc.
Mercy Neighborhood Ministries of Philadelphia, Inc.
Meridian Bioscience Corporation
Metropolitan Anesthesia Services, Inc.

MHC Software, LLC
Mindfigure Consulting
Mindray DS USA, Inc.
MiraMed Global Services, Inc.
MJR Technologies, Inc. d/b/a GT Telecom
Moira Brooks
Monterey Medical Solutions, Inc.
Mother of Divine Grace PN
MSW Enterprises Inc. d/b/a Newtown Answering Service
Muzak LLC d/b/a Mood Media
Nancy West Communications
Nanosonics, Inc.
Nathan Freedman
National Marrow Donor Program
Natus Medical Incorporated
NAVEX Global, Inc.
Neff and Associates, Inc.
Neopost Inc.
Network of Victim Assistance, LLC
Neurosurgical Anesthesia Consulting
New Foundations Charter School
New Innovations, Inc.
New York Blood Center, Inc.
Nexcore Properties PA LLC
Nixon Uniform Service, Inc.
Norris Square Children's Center
Northeast Protection Partners Inc.
Nova Biomedical Corporation
Nova Capital Group, LLC
nThrive Revenue Systems, LLC
nThrive, Inc.
NTT DATA Services, LLC
Nuance Communications, Inc.
Nuclear Medicine Resources, Inc.
Obermayer Rebmann Maxwell & Hippel LLP
Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers
Office of Civic Engagement & Volunteer Services' Foster Grandparent Program
Ohio Children's Hospital Solutions for Patient Safety
Olympus America Inc.
Omnicell, Inc.
Omnigo Software
On Time Ambulance, Inc.
Optum360 Solutions, LLC
Oregon Health & Science University
Ortho-Clinical Diagnostics, Inc.
OrthoPediatrics US Distribution Corporation
OsteoMed, LP
Otech Group LLC
Outcome Health
Pan American Academy Charter School
Pandora Data Systems, Inc.

Paradigm Mechanical, LLC
Park America, Inc.
ParkingSoft, LLC
Parkway Corporation
Patient Pathways, LLC
Patino Landscaping Group, LLC
Paul Rabinowitz Glass Co., Inc.
Paul Tirado
PayTech, Inc.
PCA EmSTAR Holdings, LP d/b/a EmSTAR
Pediatric Rehabilitation Associates, LLC
Penn Environmental & Remediation, Inc.
Pennoni Associates
Pennsylvania Department of Health, Chronic
Renal Disease Program
Pennsylvania Oral & Maxillofacial Surgery, Ltd.
Pennsylvania Trauma Systems Foundation
Pentec Health, Inc.
People for People Charter School
People's Capital and Leasing Corp.
Pepper Hamilton LLP
PeriGen, Inc.
Perioperative Services, LLC
PERITUS Advisors
PerkinElmer Genetics, Inc.
Pharmacy OneSource Inc.
Philadelphia Business Journal
Philadelphia Ear, Nose & Throat Associates
Philadelphia Parent Child Center
Philadelphia Urosurgical Associates, PC
Philips Healthcare
Philips Medical Capital, LLC
Philly Star Events
Physician and Tactical Healthcare Services LLC
Pinnacle Healthcare Recovery Partners, Inc.
Pitney Bowes Inc.
Please Touch Museum
PNC Bank, National Association
Poovendran Sanththasivam, MD
Pope John Paul II Regional School
Porter's Family Center
Practising Law Institute
Precision Laser Specialist, Inc.
Precision Sprinkler Services, Inc.
Premier, Inc.
Preschool Project, Woolston
Prescient Logistics, LLC d/b/a RepScrubs
Prescott's Inc.
Press Ganey Associates, Inc.
Prestige Medical Imaging, Inc.
Prestige Perfusion, LLC

Primmer Piper Eggleston & Cramer PC
Priority Express Courier, Inc.
Professional Trauma Services, LLC
Proserv Removal, Inc. d/b/a 1-800-Got-Junk
ProviderTrust, Inc.
Pruett Roof
PTW New York Corporation
Public Health Management Corporation
Puppet Kitchen International, Inc.
Quality Insights Renal Network 4
Quantros, Inc.
Quest Diagnostic Clinical Laboratories Inc.
Quest Diagnostics Infectious Disease, Inc.
Quidel Corporation
R. Smith International, LLC d/b/a Resource
Rad Source Technologies, Inc.
Radiology Solutions, LLC
Radiometer America Inc.
Randstad Professionals US, LLC d/b/a Tatum
RealMed Corporation
Recognition Advantage, LLC
Red Shield Family Shelter
Reed Smith LLP
Reese's Professional Cleaning Service, LLC
Renal Treatment Centers - Northeast, Inc.
Respiratory Associates, LTD
Reuter Hanney Inc.
Richard N. Best Associates, Inc.
Ricoh USA, Inc.
Risa Eichinger
Rittenhouse Hematology & Oncology
Robert DiNunzio d/b/a Hygienic Building Services
Robinson Kirlew & Associates Attorneys at Law
Romed, Inc. d/b/a Romed Ambulance
S&H Ltd. d/b/a Metropolitan Flag & Banner Co.
S.A. Comunale Co., Inc.
S.R. Wojdak & Associates, LP d/b/a Wojdak Government Relations
SAI Global Compliance, Inc.
ScanSTAT Technologies, LLC
Scientific Apparatus Service, Inc.
Scott Testing Inc.
Scribe Care, Inc.
ScribeAmerica, LLC
SeaSpine Sales LLC
Security and Data Technologies, Inc.
Share Food Program Inc.
Sharonda Brown
SHC Services, Inc. d/b/a Supplemental Healthcare Company
Sherman Engineering Company
Shore Memorial Hospital d/b/a Shore Medical Center
Shriners Hospitals for Children

Sickle Cell Disease Association of America, Philadelphia/Delaware Valley Chapter
Siemens Healthcare Diagnostics, Inc.
Siemens Industry, Inc.
Siemens Medical Solutions USA, Inc.
Simkar Corporation
Simon Gratz Mastery Charter School
Singletary Group Inc. d/b/a First Contact HR
SISCO, Inc.
Sky Nurses, LLC
SleepMed Incorporated
Smith & Nephew, Inc.
Smokin' Betty's
SMR Healthcare Management, Inc.
Sodexo Management, Inc.
Solid Waste Services Inc. d/b/a JP Mascaro and Sons
Sorin Group USA, Inc.
SourceHOV Healthcare, Inc.
Southampton Window Cleaning & Janitorial Services, Inc.
Southeast Reimbursement Group, LLC
Southwest Regional PCR, LLC d/b/a PathoGenius Laboratory
SpecialtyCare IOM Services, LLC
SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc.
Spectra Laboratories, Inc.
Spectrum Health Partners, LLC
Spiffy Cloud Inc.
SPIN at Frankford
Spok, Inc.
SportWorx, Inc.
Spreemo, Inc.
St. Bernard PN
St. Christopher's Foundation for Children
St. Christopher's Healthcare, LLC
St. Elizabeth North Philadelphia Headstart
St. Helena School
St. James School
St. Martin de Porres School
Staff Care, Inc.
Standard Register Company, The
Stanford/Sterling Group, LLC
State of the Art Medical Products, Inc.
Stericycle, Inc.
Steris Corporation
Storage Solutions Technology Group, Inc. d/b/a SST Group, Inc.
Strassheim Graphic Design & Press Corp.
Stryker Flex Financial
Stryker Neurovascular
Stryker Sales Corporation
Sun Nuclear Corporation
Sunquest Information Systems, Inc.
Sunrise Support Services
Synergy Orthopedics, LLC

Sysmex America, Inc.
Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting
T. Cruse Design
Tab Service Company
TC Human Capital Solutions, LLC
Teleflex Medical Incorporated
Telehealth Services
Tenet Business Services Corporation
Terumo BCT, Inc.
Thanks for Being Green, LLC d/b/a Magnus Computer Recycling
The Academy of Natural Sciences of Drexel University
The Advisory Board Company
The American National Red Cross, Penn Jersey Region
The Anesthesia Quality Institute
The Bancorp Bank
The Bettinger Company, Inc.
The City of Philadelphia Fire Department
The Coding Network, LLC
The Communication Connection
The Cooper Health System
The Johns Hopkins University
The Leapfrog Group
The Otis Elevator Company
The Phillie Phanatic
The Society of Thoracic Surgeons
The Spectranetics Corporation
The Starlight Starbright Children's Foundation International
The StayWell Company, LLC
The Visiting Nurse Association of Greater Philadelphia
Therapath, LLC
Thomas, Thomas & Hafer LLP
thyssenkrupp Elevator Corporation
Tipton Communications Group, Inc.
Titan Health Management Solutions, Inc.
Toshiba America Medical Systems, Inc.
Total Package Express Inc. d/b/a One Hour Messengers
Total Renal Care, Inc.
Tozour Energy Systems, Inc.
Tractmanager, Inc. d/b/a Meditract
Trans Union LLC
Translate Medical
Translogic Corporation d/b/a Swisslog Healthcare Solutions
Transworld Systems Inc.
Trinity Biotech, Inc.
Trinity Mission Critical, LLC
TriReme Medical LLC
Trisonics, Inc.
UMS Lithotripsy Services of Greater Philadelphia, LLC
UMS MR Fusion Services of Eastern PA, LLC
Universal Digital Resources

Universal Hospital Services, Inc.
Universal Protection Service, LP d/b/a Allied
Universal Security Services
University of Kansas Medical Center Research Institute, Inc.
University Pipette Services, Inc.
UPMC Benefit Management Services, Inc. d/b/a WorkPartners
UpToDate, Inc.
Urban Village Brewing Company
Urologic Consultants of Southeastern Pennsylvania
Urologic Surgeons, Inc.
Urology for Children, LLC
US Regional Occupational Health II, PC d/b/a WORKNET
U.S. Bank, N.A.
Unique Pharmaceuticals Ltd.
US Security Associates, Inc.
USA-Clean, Inc.
Van Hong Nguyen
Vanguard Cleaning Systems, Inc. d/b/a
Vanguard Cleaning Systems of Philadelphia
Vapotherm, Inc.
Varian Medical Systems
Veolia Energy Philadelphia, Inc.
Verathon Inc.
Vericom
VIE Healthcare, Inc.
Virtual Imaging, Inc.
Vision Quest National Limited
Visitation School
Vitalant
Vizient, Inc.
VOYCE, Inc.
VP-MA Health Solutions, Inc. d/b/a CDIMD
Vyera Pharmaceuticals, LLC
Warren Technology, Inc.
Watts Restoration Co., Inc.
Watts Restoration Co., Inc.
Wayne Moving and Storage Company
Weatherby Locums, Inc.
Web.com Group, Inc.
Webbcam LLC
Weber Gallagher Simpson Stapleton Fires & Newby, LLC
Welcome America, Inc.
Wells Fargo Commercial Mortgage
Werfen USA LLC
West Health Advocate Solutions, Inc.
West Interactive Services Corporation
West Physics Consulting, LLC
West Unified Communications Services, Inc.
Whitecap Health Advisors, LLC
Wolters Kluwer Clinical Drug Information, Inc.
Women Against Abuse, Inc.

WomenCertified Inc.
Woodstock Family Center - OESS
X-Change Dialysis, Inc.
Xerox Corporation
Yard Truck Specialists, Inc.
Young Achievers Learning Center
Zimmer Biomet CMF & Thoracic, LLC
Zimmer US, Inc.

**Certain Litigation Parties**
1199C, NUHHCE
1526 Lombard Street SNF Operations LLC d/b/a Powerback Rehabilitation
AAHS, LLC
All About Women
Altus Group U.S., Inc.
American Academic Health System, LLC
American Academic Health System, LLC, d/b/a Hahnemann University Hospital
American Academic Health System, LLC, d/b/a St. Christopher's Hospital for Children
Amrom, George, M.D.
Antony, Mary
Atlantic Specialty Insurance Company
Bailey, Paul, M.D.
Barrett, Nathan, Sr.
Beard, Jeffrey
Beck, Charles, as Legal Guardian of Isaiah Beck (an adult)
Bell, Scherise
Benefit Fund for Hospital and Health Care
Employees
Bennett-Ryder, Martha, Administratrix of the Estate of Virginia Smith
Boyd, Kenneth
Briggs, Alyssa (minor), by and through her parents Joshua Briggs and LeeAnne Raccagno
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Buggy, Donna, R.N.
Bureau of Labor Law Compliance
Burns, Sarah K., M.D.
Center City Healthcare, LLC
Center City Healthcare, LLC, d/b/a Hahnemann University Hospital
Center City Health Care Associates, P.C.
Childs, Michael
City of Philadelphia
Clark, Maureen, D.O.
Clinical Care Associates of Univ of Penn Health
Care System
Combs, Candes
Cooper, April
Cooper, Shontelle, M.D.
Corizon Health, Inc., t/a Prison Health Services, Inc.
Daniels-Iannucci, Lynsey, M.D.
DeValia, Laverne (Executive Director)

Devereaux, Courtney, Administratrix of the
Estate of Alise Adams-Allen
Delvadia, Dipak, D.O.
Deveaux, Richard, M.D.
Diaz, Gregory
Drexel College of Medicine
Drexel Medicine
Drexel Neurosciences Institute
Drexel Surgical Associates
Drexel University
Drexel University College of Medicine
Earley, Melissa
Edmondson, Madern
Envision Physician Services North Division, a/k/a EmCare North Division
Felbaum, Daniel, M.D.
Feldman, Cheryl (Executive Director)
Fleming, Althea
Freedman, Joel
Front Street Healthcare Properties, LLC
Future IT Advisors, Inc.
Galvez, Alvaro, M.D.
Global Excel Management, Inc.
Global Neurosciences Institute
Gray, Juanita
Green, Seika Lee
Gruber, Eric, M.D.
Hahnemann Orthopedic Associates, LLC
Hahnemann Orthopedic Associates, P.C.
Hahnemann University Hospital
Halley, Kadyjah
Harrell, Tyron
Hospital of University of Pennsylvania
IHC Administrative Services, Inc.
IHC Health Solutions
Innovative Medical Risk Management, Inc.
Johnson, Robert
Khalili, Marina, M.D.
Lemons, Eric, as Executor of the Estate of Maria Lemons
Leone, Joelle
Lewis, Emma, Individually and as Administratrix of the Estate of Lynn Lewis
Rebecca Maneval, Lisa Rebecca, CRNP
Marcucci, Michael, M.D.
Mastrangelo, John
McFadden, Phyicia
Mercy Health System of Southeastern PA
Morgenstern, Ricardo, M.D.
Murphy, John, M.D.
Nazareth Hospital
Nunez, Alberto, M.D.
PAHH
PAHS, LLC

Packer, Marci
Packer, Steven
Paladin Healthcare
Paladin Healthcare Capital, LLC
Park America, Inc. of PA
Parker, Jason, D.O.
Parkway Corporation
Patel, Sonaly, M.D.
Penn Medicine at Bucks County
Penn Medicine, c/o the Trustees of the University of Pennsylvania Health Care System
Penn Radiology Bucks County
Pennsylvania Association of Staff Nurses and Allied Professionals
Pension Fund for Hospital and Health Care Employees – Philadelphia and Vicinity
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
Philadelphia Hand Center, P.C.
Philadelphia Hospital & Health Care Employees – District 1199C Training and Upgrading Fund
Philadelphia Human Rights Commission
Physicians Clinical Network, LLC
Porter-Robinson, Cassandra
Pratta, Steven, PA-C
R.V., a minor, by Kira and David Voelker
Reading Hospital
Reid, Shari, M.D.
Renza-Singhone, Elizabeth, M.D.
Richards, Suzanne
Rivera, Loraine
Rogers, Marquita
Rydal Square
Saechow, Pamela
Schwartz, Roy, M.D.
Schwedhelm, Thomas, M.D.
SD Real Estate Developers, LLC
Shaikh, Mohammad, M.D.
Shields, Corinthia
Sloan, David
Smith, Sharae
SMR Healthcare Management, Inc.
Standard Security Life Insurance Company of New York
Steckler, Robert E., M.D.
Steese-Prisco, Marcella
Stone, Sherry
Taras, John, M.D.
Teichman, Amanda, M.D.
Tenet Business Services Corporation, Inc.
Tenet Healthcare Corporation
Tenet HealthSystem Hahnemann, LLC
Tenet HealthSystem St. Christopher's Hospital for Children, LLC
Thompson, Jennifer, CNM
Tower Health
Tower Health Medical Group

Trinity Health Corp.
Trustees of University of Pennsylvania
U.S. Equal Employment Opportunity Commission
Weinbaum, Paul, M.D.
Williams, Lana
Winn, Michael
Xiao, Gary, M.D.

**Delaware Bankruptcy Judges and Clerk of the Court**
Carey, Kevin J.
Dorsey, John T.
Gross, Kevin
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.
O'Boyle, Una

**U.S. Trustee's Office, District of Delaware**
Attix, Lauren
Buchbinder, David
Casey, Linda
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vara, Andrew
Vinson, Ramona
Weissgerber, Jaclyn
Wynn, Dion