# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) Jointly Administered ) |
| Debtors. | ) **Hearing Date: September 4, 2019 at 2:00 p.m. EDT** ) **Objection Deadline: August 28, 2019 at 4:00 p.m. EDT** |

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1103(a) AND BANKRUPTCY RULE 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL EFFECTIVE AS OF JULY 17, 2019

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned jointly administered cases files this application (the "Application") pursuant to section 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authority to employ and retain Fox Rothschild LLP ("Fox") as counsel for the Committee, effective as of July 17, 2019. In support of the Application, the Committee represents as follows:

### BACKGROUND

1. On June 30, 2019, the above-captioned debtors (the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Court for the District of Delaware (the "Court").  No trustee has been appointed, and the Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. On July 15, 2019, the Office of the United States Trustee for the District of Delaware appointed the following seven members to the Committee:  (i) Conifer Revenue Cycle Solutions, LLC; (ii) Medline Industries, Inc.; (iii) Veolia Energy Philadelphia, Inc.; (iv) Medtronic USA, Inc.; (v) Crothall Healthcare, Inc.; (vi) Global Neurosciences Institute, LLC; and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals.

3. On July 17, 2019 (the "Retention Date"), the Committee selected Sills Cummis & Gross P.C. ("Sills") and Fox as its counsel.

## JURISDICTION

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

5. By the Application, the Committee seeks to employ and retain Fox pursuant to Bankruptcy Code section 1103(a) as counsel in connection with its duties and obligations, effective as of July 17, 2019.

## BASIS FOR RELIEF

6. Bankruptcy Code sections 1103(a) provides that the Committee is authorized to employ attorneys with the Court's approval.  *See* 11 U.S.C. § 1103(a).  Under Bankruptcy Code section 1103(b), an attorney employed by a statutory committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with the

bankruptcy case. *See* 11 U.S.C. § 1103(b). To the best of the Committee's knowledge, except as disclosed herein and in the attached declaration of Thomas M. Horan (the "Horan Declaration"), none of Fox's partners, counsel, or associates holds or represents any other entity in connection with the Debtors' cases having an adverse interest.

7. The Committee seeks to retain Fox as counsel because of Fox's extensive general experience and knowledge, and in particular, its recognized expertise in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code, its expertise, experience and knowledge practicing before the Court, its proximity to this Court, and its ability to respond quickly to emergency hearings and other emergency matters in the Court. Further, Fox's appearance before the Court for the applications, motions and other matters in these chapter 11 cases will be efficient and cost effective for the estates. The Committee believes that Fox is both well-qualified and uniquely able to represent them in these cases in a most efficient and timely manner.

8. Fox's services are necessary to enable the Committee to execute faithfully its duties under the Bankruptcy Code. Subject to Court approval, the professional services that Fox will be required to render, shall include (but not be limited to):

    a. providing legal advice with respect to the Committee's powers and duties as appointed under Bankruptcy Code section 1102;

    b. assisting in the investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' businesses, and any other matter relevant to these cases or to the formulation of a plan or plans of reorganization or liquidation;

    c. preparing on behalf of the Committee necessary motions, applications, answers, orders, reports and other legal papers;

       d.      reviewing, analyzing and responding to pleadings filed in these cases and appearing before the Court to present necessary motions, applications and pleadings and to otherwise protect the Committee's interests;

       e.      representing the Committee in hearings and other judicial proceedings;

       f.      advising the Committee of its fiduciary duties and responsibilities;

       g.      advising the Committee and its other professionals on practice and procedure in the Bankruptcy Court for the District of Delaware; and

       h.      performing any and all other legal services in connection with these chapter 11 cases as may reasonably be required.

9.     Fox will work closely with Sills to prevent unnecessary or inefficient duplication of services, and will utilize their respective skills and experience and take all necessary and appropriate steps to avoid any such duplication.

10.    It is necessary that the Committee employ attorneys to render the foregoing professional services. Fox has stated its desire and willingness to act in these cases and render the necessary professional services as the Committee's attorneys.

11.    Subject to this Court's approval and in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Rules"), the Committee requests that Fox be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that Fox incurs, in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

12.    Fox has advised the Committee that Fox's current hourly rates range from $335 to $925 per hour for partners, from $215 to $570 per hour for associates and from $105 to $440 per hour for paraprofessionals. The hourly rates are subject to periodic adjustment to reflect

4

economic and other conditions. The Committee submits that Fox's customary hourly rates in effect from time to time are reasonable.

13. The Firm's current hourly rates for attorneys who are going to lead Fox's work on these cases are as follows:

| Thomas M. Horan – Partner | $610 |
| Johnna M. Darby – Of counsel | $450 |
| Katelyn Crawford – Associate | $340 |

14. The hourly rates set forth above are subject to adjustments, usually on June 1st of each year. Other attorneys and paralegals may from time to time serve the Committee in connection with the matters herein described when appropriate.

15. The hourly rates set forth above are the Firm's normal hourly rates for work of this type. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. In addition, it is the Firm's policy to charge its clients in all areas of practice for certain other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, charges for messenger services, overnight delivery services, photocopying, court fees, travel expenses, working meals, postage, materials for large mailings, computerized legal research facilities, computerized document inventory and control, investigative searches, and other charges customarily invoiced by law firms in addition to fees for legal services.

16. Fox has not received any retainer from the Debtors, the Committee, or any other entity in these cases.

17. The Committee understands that Fox intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and Orders of the Court.

101015098

## **NOTICE**

18. Notice of this Application has been provided to: (i) the Debtors' counsel; (ii) the Office of the United States Trustee for the District of Delaware, and (iii) all parties requesting notices pursuant to Bankruptcy Rule 2002. The Committee submits that no other or further notice need be provided.

WHEREFORE, the Committee requests that the Court enter an order (i) granting the relief sought herein; and (ii) granting such other and further relief as the Court may deem just and proper.

[Signature page follows.]

101015098

Dated: August ___, 2019

                        THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL.

By: _/s/ Tom W. Arnst_____
Conifer Revenue Cycle Solutions, LLC, Chair
By: Tom W. Arnst, Esq.

7

101015098