# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>et al.,[1]<br><br>                    Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11466 (KG)<br>) Jointly Administered<br>)<br>) **Hearing Date: September 4, 2019 at 2:00 p.m. EDT**<br>) **Objection Deadline: August 28, 2019 at 4:00 p.m. EDT** |

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1103(a) AND BANKRUPTCY RULE 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL EFFECTIVE AS OF JULY 17, 2019

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*, and its affiliated Debtors and Debtors in possession have filed the attached **Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel effective as of July 17, 2019** (the "Application").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application, if any, are to be filed on or before **August 28, 2019 at 4:00 p.m. (Prevailing Eastern Time).** At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **September 4, 2019 at 2:00 p.m. (Prevailing Eastern Time)** before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

101015098

2

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 9, 2019

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

101015098