**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Jointly Administered |
| et al.,[1] | ) |
| Debtors. | ) |

**DECLARATION OF THOMAS M. HORAN IN SUPPORT OF**
**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS PURSUANT TO 11 U.S.C. § 1103(a) AND BANKRUPTCY**
**RULE 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN FOX**
**ROTHSCHILD LLP AS COUNSEL**
**EFFECTIVE AS OF JULY 17, 2019**

Thomas M. Horan makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1.      I am a partner at Fox Rothschild LLP ("Fox"), which maintains offices for the

practice of law at, among other locations, 919 North Market Street, Suite 300, Wilmington, DE

19899-2323. I am an attorney at law, duly admitted and in good standing to practice in the State

of Delaware and the United States District Court for the District of Delaware.  I submit this

declaration in support of the application (the "Application")[2] of the Official Committee of

Unsecured Creditors (the "Committee") appointed in the above-captioned bankruptcy cases for

an order approving the employment and retention of Fox as counsel to the Committee, effective

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

as of July 17, 2019, and to provide the disclosures required by Bankruptcy Code section 1103,

Bankruptcy Rule 2014(a), and Local Rule 2014-1.

2.      Unless otherwise stated in this declaration, I have personal knowledge of the facts

set forth herein.  To the extent that any information disclosed herein requires amendment or

modification upon Fox's completion of further analysis or as additional creditor information

becomes available to Fox, a supplemental declaration will be submitted to the Court reflecting

the same.

## FOX'S DISCLOSURES

3.      Insofar as I have been able to ascertain, neither I, nor Fox, nor any partner of Fox,

nor any attorney who is of counsel to Fox, nor any associate thereof, represents any other party

in interest in these chapter 11 cases, or its attorneys or accountants, except as hereinafter set

forth.  Further, Fox has no connection (as such term is used in Bankruptcy Code section 101(14)

and Bankruptcy Rule 2014(a)) with the Debtors, their creditors, and any other party in interest

herein, the Debtors' current respective attorneys or professionals, the United States Trustee, any

person employed in the Office of the United States Trustee, or the Honorable Kevin Gross, the

presiding bankruptcy judge in these cases, nor does Fox hold any adverse interest or represent

any entity having an adverse interest in connection with the Committee or its members except as

disclosed herein.

4.      To the extent set forth on Schedules A and B attached hereto, I, Fox, and certain

of its partners, counsel, and associates may currently represent, or may have previously

represented, and may in the future represent, persons, entities and their affiliates that are

claimants, interest holders, other parties in interest, or professionals of the Debtors (and other

professionals to be retained in these cases).

4

5.    Fox has certain relationships with and has represented, is representing, or will represent certain creditors, other parties in interest, other professionals, and service providers in connection with unrelated matters, but has not represented (except as set forth in Schedules A and B), is not representing, and will not represent any such party in connection with matters relating to these bankruptcy cases.  Schedule C attached hereto is a list of the parties Fox searched in its database of clients and other parties.

6.    Insofar as I have been able to ascertain, except as described herein, the other attorneys of Fox and I have no interest adverse to and no connections to the Committee, the Debtors' estates, their creditors, the United States Trustee, any person employed by the Office of the United States Trustee, the Bankruptcy Judge to whom these cases are assigned, or any other party in interest herein or their respective attorneys and accountants.[1] Although Fox may in the future represent various entities that are creditors of the Debtors or otherwise have an interest in the Debtors in matters wholly unrelated to these bankruptcy cases, Fox will not, while employed by the Committee, represent any other entity having an adverse interest in connection with these cases, absent further disclosure and to the extent that such representation would be permissible under Bankruptcy Code section 1103.

7.    By reason of the foregoing, I believe that Fox is eligible for employment and retention by the Committee pursuant to Bankruptcy Code section 1103(a) and the applicable Bankruptcy Rules.

---

[1] Fox appears in cases involving a substantial number of creditors and parties-in-interest. Fox is reviewing the parties-in-interest in this proceeding and will make every effort to disclose all connections to these parties as they become known to Fox. Although it is not possible to guarantee that each and every connection is disclosed, Fox will file additional and supplemental disclosure statements in the event Fox becomes aware of any additional connections. In addition, it is possible that some creditors or parties-in-interest herein are creditors or parties-in-interest with *de minimis* interest in other cases in which Fox plays a role.

101015098

## FOX'S RATES AND BILLING PRACTICES

8.      Fox intends to apply to the Court for allowance of compensation and

reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code,

the Bankruptcy Rules, the Local Rules, and Orders of this Court.  Listed below are the current

hourly rates that Fox intends to charge the Committee per hour for the legal services of its

professionals:

> a.   Partners: $335 - $925 per hour
>
> b.   Associates: $215 - $570 per hour
>
> c.   Paraprofessionals: $105 - $440 per hour

9.      I shall lead the engagement.  My current hourly rate is $610 per hour.  Other

attorneys and paralegals will render services to the Committee as needed.  The hourly rates set

forth above are subject to periodic adjustments to reflect economic and other conditions.

10.     The hourly rates set forth above are Fox's standard hourly rates for work of this

nature.  These rates are set at a level designed to fairly compensate Fox for the work of its

attorneys and paralegals and to cover fixed and routine overhead expenses.  It is Fox's policy to

charge its clients in all areas of practice for all other expenses incurred in connection with the

client's case.  The expenses charged to clients include, among other things, mail and express

mail charges, special or hand delivery charges, document processing, photocopying, printing and

scanning charges, travel expenses, expenses for "working meals," computerized research, and

transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial

personnel and other staff.  Fox will charge for these expenses in a manner and at rates consistent

with charges made generally to Fox's clients.

11.     Fox will make periodic applications to this Court for interim compensation in

accordance with Bankruptcy Code sections 330 and 331 and any Orders of this Court governing

such matters.

12.     The professional services that Fox will render to the Committee in these chapter

11 cases will include, but shall not be limited to, the following:

a.   providing legal advice with respect to the Committee's powers and
     duties as appointed under Bankruptcy Code section 1102;

b.   assisting in the investigation of the acts, conduct, assets, liabilities and
     financial condition of the Debtors, the operation of the Debtors'
     businesses, and any other matter relevant to this case or to the
     formulation of a plan or plans of reorganization or liquidation;

c.   preparing on behalf of the Committee necessary motions, applications,
     answers, orders, reports and other legal papers;

d.   reviewing, analyzing and responding to pleadings filed in the case and
     appearing before the Court to present necessary motions, applications
     and pleadings and to otherwise protect the Committee's interests;

e.   representing the Committee in hearings and other judicial proceedings;

f.   advising the Committee of its fiduciary duties and responsibilities;

g.   advising the Committee and its other professionals on practice and
     procedure in the Bankruptcy Court for the District of Delaware; and

h.   performing any and all other legal services in connection with these
     chapter 11 cases as may reasonably be required.

101015098

13.     The Committee understands that Fox will make all reasonable efforts to work closely with each professional in order to minimize unnecessary duplication of effort and cost among the various professionals employed in these cases.

14.     To the extent that Fox is assigned by the Committee to perform new matters as requested by the Committee that may be necessary and proper in these proceedings and that are materially different from the above-described services, Fox will file a supplemental declaration in accordance with Bankruptcy Rule 2014.

15.     No promises have been received by Fox or by any partner, counsel, or associate thereof as to payment or compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  Fox has no agreement with any other entity to share with such entity any compensation received by Fox in connection with these chapter 11 cases, other than with the directors, counsel and associates of Fox.

16.     The foregoing constitutes the statement of Fox pursuant to Bankruptcy Code section 1103(a) and Bankruptcy Rule 2014(a).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2019

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)

## Schedule A

**Parties for which Fox Rothschild LLP has an open matter unrelated to these bankruptcy cases, and who are or may be creditors or parties-in-interest or affiliates of creditors or parties-in-interest of the Debtors:**

| Party | Relationship |
|---|---|
| SCHC Pediatric Associates, L.L.C. | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Physicians Clinical Network, LLC | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Drexel University College of Medicine | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Harrison Street Real Estate, LLC | Fox is adverse in a matter unrelated to these bankruptcy cases |
| District 1199C Service and Maintenance Unit | Fox is adverse in a matter unrelated to these bankruptcy cases |
| National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO | Fox is adverse in a matter unrelated to these bankruptcy cases |
| AT&T Mobility | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Atlantic City Electric | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Comcast Cablevision | Fox is adverse in a matter unrelated to these bankruptcy cases |
| PECO Energy | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Philadelphia Gas Works | Fox is adverse in a matter unrelated to these bankruptcy cases |
| South Jersey Gas | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| SPOK | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Verizon | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Verizon Wireless | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| ACE American Insurance Company | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| ACE Property & Casualty Insurance Co. | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Admiral Insurance Company | Fox represents this creditor in a matter unrelated to these bankruptcy cases |

| Axis Insurance Company | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
|---|---|
| Beazley Insurance Company, Inc. | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Chubb - Federal Insurance Company | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Doctors Company An Interinsurance Exch. | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Illinois Union Insurance Co. | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Ironshore Specialty Insurance | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Lloyd's of London | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| National Fire & Marine Insurance Co. | Fox is adverse in a matter unrelated to these bankruptcy cases |
| National Union Fire Insurance Company of Pittsburgh, PA | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Starr Indemnity & Liability Company | Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Tokio Marine Specialty Insurance Company | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Travelers Casualty and Surety Company of America | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Aetna/Coventry | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Aetna Better Health | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| BCBS Horizon NJ Health | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Cigna HealthSpring | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Community Behavioral Health | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Health Partners Plans | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Horizon Blue Cross of NJ | Fox is adverse in a matter unrelated to these bankruptcy cases |

| | |
|---|---|
| Humana | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Independence Blue Cross | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Independence Blue Cross of PA | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Keystone Mercy | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Medicaid | Fox is adverse in a matter unrelated to these bankruptcy cases |
| United Health Care | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| Internal Revenue Service | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Pennsylvania Department of Revenue | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Capital One, N.A. | Fox is adverse in a matter unrelated to these bankruptcy cases |
| GE HFS, LLC | Fox is adverse in a matter unrelated to these bankruptcy cases |
| MidCap Financial Trust | Fox is adverse in a matter unrelated to these bankruptcy cases |
| De Lage Landen Financial Services | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| U.S. Bank, N.A. | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |
| EisnerAmper LLP | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Saul Ewing Arnstein & Lehr LLP | Fox represents this firm in a matter unrelated to these bankruptcy cases |
| SSG Advisors, LLC | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Klehr Harrison Harvey & Branzburg LLP | Fox represents this firm in a matter unrelated to these bankruptcy cases |
| Capital One, N.A. | Fox is adverse in a matter unrelated to these bankruptcy cases |
| Wells Fargo Bank, N.A. | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a matter unrelated to these bankruptcy cases |

| Bank of America, N.A. | Fox is adverse in a matter unrelated to these bankruptcy cases |
| PNC Bank, N.A. | Fox is adverse in a matter unrelated to these bankruptcy cases; Fox represents this creditor in a fiduciary capacity in a matter unrelated to these bankruptcy cases |

## Schedule B

**Former Clients of Fox Rothschild LLP who are or may be creditors or parties-in-interest or affiliates of creditors or parties-in-interest of the Debtors:**

| Party | Relationship |
|---|---|
| Dilworth Paxson LLP | This firm is a former client of Fox in a matter unrelated to these bankruptcy cases |
| International Brotherhood of Electrical Workers, Local 98 | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| AT&T Mobility | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Constellation NewEnergy Gas | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| DirectTV LLC | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Energy Management Systems Inc. | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| MCI | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Philadelphia Gas Works | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Verizon | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Verizon Business | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Verizon Wireless | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| WTMUA | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Doctors Company An Interinsurance Exch. | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Ironshore Specialty Insurance | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Lockton | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Tokio Marine Specialty Insurance Company | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Center City District | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| Capital One, N.A. | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| GE HFS, LLC | This creditor is a former client of Fox in a |

|  | matter unrelated to these bankruptcy cases |
|---|---|
| EisnerAmper LLP | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |
| SSG Advisors, LLC | This creditor is a former client of Fox in a matter unrelated to these bankruptcy cases |

**Schedule C**

**INTERESTED PARTIES**

**Debtors**
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
St. Christopher's Healthcare, LLC
Center City Healthcare, LLC
HPS of PA, L.L.C.
TPS II of PA, L.L.C.
TPS III of PA, L.L.C.
TPS IV of PA, L.L.L.
SCHC Pediatric Associates, L.L.C.
SCHC Pediatric Anesthesia Associates, L.L.C.
StChris Care at Northeast Pediatrics, L.L.C.
TPS of PA, L.L.C.
St. Christopher's Pediatric Urgent Care Center, L.L.C.
TPS V of PA, L.L.C

**Non-Debtor Affiliates**
Front Street Healthcare Properties, LLC
Front Street Healthcare Properties II, LLC
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Physicians Clinical Network, LLC
Physician Performance Network of Philadelphia, LLC
MBNF Investments, LLC
American Academic Health System, LLC
Philadelphia Academic Health Holdings, LLC
Philadelpha Academic Risk Retention Group, LLC
HSRE-PAHH I, LLC
PAHH New College MOB, LLC
PAHH Bellet MOB, LLC
PAHH Broad Street MOB, LLC
PAHH Feinstein MOB, LLC
PAHH Wood Street Garage, LLC
PAHH Erie Street Garage, LLC

**Equity Holders**
Philadelphia Academic Health Holdings, LLC
American Academic Health System, LLC
MBNF Investments, LLC
Joel Freedman
Stella Freedman

Barbara S. Kramer, Trustee
Michael Ouzounian Irrevocable Trust
Benjamin Joseph Freedman Irrevocable Trust
Nathan Alexander Freedman Irrevocable Trust

**Other**
Drexel University
Drexel University College of Medicine
Tenet Business Services Corporation
Conifer Revenue Cycle Solutions, LLC
Harrison Street Real Estate, LLC
Dilworth Paxson LLP

**Unions**
District 1199C Service and Maintenance Unit
International Brotherhood of Electrical Workers, Local 98
National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO,
Pennsylvania Association of Staff Nurses and Allied Professionals

**Utilities**
AT&T Mobility
Atlantic City Electric
Champion Energy Services LLC
Comcast Cablevision
Constellation Energy Gas
Constellation NewEnergy Gas
DirectTV LLC
Energy Management Systems Inc.
MCI
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
PECO Energy
Philadelphia Gas Works
South Jersey Gas
SPOK
Veolia Energy Philadelphia Inc.
Verizon
Verizon Business
Verizon CABS
Verizon Wireless
Water Revenue Bureau
West Unified Communications
West Unified Communications SVCS
WTMUA

**Insurers**
ACE American Insurance Company
ACE Property & Casualty Insurance Co.
Admiral Insurance Company
Affiliated FM Insurance Co.
Axis Insurance Company
Beazley Insurance Company, Inc.

Chubb - Federal Insurance Company
Doctors Company An Interinsurance Exch.
Illinois Union Insurance Co.
Ironshore Specialty Insurance
Lloyd's of London
Lockton
National Fire & Marine Insurance Co.
National Union Fire Insurance Company of Pittsburgh, PA
Philadelphia Academic Risk Retention Group, LLC
Premium Assignment Corporation
Starr Indemnity & Liability Company
Tokio Marine Specialty Insurance Company
Travelers Casualty and Surety Company of America
Starr Indemnity & Liability Company

**Payors**
Aetna/Coventry
Aetna Better Health
Amerihealth
BCBS Horizon NJ Health
Cigna HealthSpring
Community Behavioral Health
Health Partners Plans
Horizon Blue Cross of NJ
Humana
Independence Blue Cross
Independence Blue Cross of PA
Keystone First
Keystone Mercy
Medicaid
United Health Care

**Taxing Agencies**
Center City District
City of Philadelphia
Internal Revenue Service
Pennsylvania Department of Revenue

**Secured Parties**
Capital One, N.A.
GE HFS, LLC
Med One Capital Funding, LLC
MidCap Funding IV Trust
MidCap Funding H Trust
MidCap Financial Trust
De Landen Financial Services
Olympus America Inc.
U.S. Bank, N.A.

**Case Professionals**
EisnerAmper LLP
Omni Management Group
Saul Ewing Arnstein & Lehr LLP
SSG Advisors, LLC
Klehr Harrison Harvey & Branzburg LLP

**Banks**
Capital One, N.A.
Wells Fargo Bank, N.A.
Bank of America, N.A.
PNC Bank, N.A.

**Other Creditors/Contract Parties**
12st Catering, Inc.
3E Company Environmental, Ecological and Engineering
3M Health Information Systems, Inc.
50 Words, LLC
AA Casa Inc d/b/a PM Associates
Aardvark Pest Control Services, Inc.
Aargon Agency, Inc.
Abbott Laboratories Inc.
Abbott Molecular Inc.
Abbott Nutrition
Abbott Point of Care
Abiomed, Inc.
ABO Haven Early Learning Center
Access Nurse PM, Inc. d/b/a TeamHealth Medical Call Center
Accredo Health Group, Inc.
Accriva Diagnostics, Inc.
Accruent, LLC
ACS Education Services, Inc.
Ad Prima Charter School
ADP, LLC
Advanced Air Service Group
Advanced AV, LLC
Advanced CE
Advanced Door Services, Inc.
Advanced Sterilization Products Services, Inc.
Advanced Technologies Group, Inc.
Adynxx, Inc.
Agilent Technologies, Inc.
Alere Informatics, Inc.
Allergan USA, Inc.
Allergy and Asthma Specialists, PC
Alliance for Paired Donation, Inc.
Alliance HealthCare Services, Inc. d/b/a Alliance HealthCare Radiology
AllMed Healthcare Management, Inc.
Alpha Imaging, Inc.
Altlantic Diagnostic Laboratories, LLC

Amazing Kidz Academy, LLC
America On Hold
American Academy of Sleep Medicine
American College of Cardiology Foundation
American College of Cardiology Foundation
American College of Radiology
American College of Surgeons
American College of Surgeons for the Pennsylvania National Surgical Quality Improvement Program Consortium
American Communication Centers d/b/a ACC Solutions
American Dental Association
American Heart Association, Inc.
American Medical Response Mid-Atlantic, Inc.
American Messaging Services, LLC
American Radio and Microwave Corporation
Ameriwater, Inc.
Amit Maity, MD
AMO Sales and Service, Inc.
Amy Leader, Dr.P.H., M.P.H.
Analytic Solutions Network, LLC
Anda K. Kuo, MD
Aramark Refreshment Services, LLC
Aramark Uniform and Career Apparel Group, Inc.
Arizant Healthcare Inc.
Arledge Electronics, Inc.
Artcraft Promotional Concepts
ARUP Laboratories, Inc.
Ascension School
ASPIRA Bilingual Cyber Charter School
ASSA ABLOY Entrance Systems US Inc.
ATG Consultants, LLC
Athena Diagnostics
Atlantic Lithotripsy, LLC d/b/a Mid-Atlantic Stone Center
Atlantic Switch and Generator, LLC
Augusta Healthcare, Inc.
Aviacode, Inc.
Azima Health Services, Inc.
Baratz & Associates, PA
Barclay Water Management, Inc.
Bard Peripheral Vascular, Inc.
Barton & Associates, Inc.
Battell Memorial Institute Pacific Northwest Division
Bayer Healthcare, LLC
BC Solutions LLC
BC Technical, Inc.
Beasley Media Group, Inc. d/b/a WMMR, WMGK, WBEN-FM & WPEN
Beckman Coulter, Inc.
Beekley Corporation
Belfor USA Group Inc.
Belimed, Inc.
Bellevue Strategies, LLC

Best Practice Professionals Inc. d/b/a oneSOURCE Document Management Services
Biochrom US
Biocompatibles, Inc.
BioDlogics, LLC
BioFire Diagnostics, LLC
bioMerieux Inc.
Biomet, Inc.
Bio-Optronics, Inc.
Bio-Rad Laboratories
Biosense Webster, Inc.
BiotronX LLC
BKT Architects, LLC
Blank Rome LLP
Blue Pillar, Inc.
Bondtech Incorporated
Bonel Medical Equipment, Inc.
Borton-Lawson Engineering, Inc.
Boston Scientific Corporation
Brian Communications LLC
Brigham and Women's Physicians Organization
Brightside Academy
Broadcast Music Inc.
Bromedicon, Inc.
Brucker & Morra, PC
Bulldog Orthodontics, LLC
Burns White LLC
Calyx Partners, LLC
Capstar Radio Operating Company d/b/a iHeart Medica, Philadelphia
Cardeza Foundation Hemophilia and Thrombosis Center
Cardinal Health 200, LLC
Cardinal Health 414, LLC
Cardinal Health Solutions, Inc.
CardioAccess, Inc.
CardioNet, Inc.
CareFusion 211, Inc.
CareFusion Solutions, LLC
CarterPierce, LLC
Casa del Carmen
CCJ Physics, LLC
Cenova, Inc.
Center City Film and Video, Inc.
Center for Student Learning Charter School at Pennsbury
Centric Actuarial Solutions, LLC
Cepheid Incorporated
Cerner Corporation
Cetlin Design Group, Inc.
Champion Energy Services, LLC
Change Healthcare Technologies, LLC
Charley's Angels Photography Inc.
CHG Companies, Inc. d/b/a CompHealth
Chubb Hotel & Conference Center

Cincinnati Children's Hospital Medical Center
Cintas Corporation
CIOX Health, LLC
Cisco Systems Capital Corporation
CL Risk Solutions, LLC
Clark Services Group, LLC d/b/a The Degreasers
Coast Quality Pharmacy, LLC d/b/a AnazaoHealth
Cocco Enterprises, Inc.
Cochlear Americas
CohnReznick LLP
Colcom, Inc.
Coleman Nourian Search LLC
College of American Pathologists
Coloplast Corp.
Columbia University Medical Center
Community Behavioral Health
Computer Kids Day Care Center
Concilio
Congresso DeLatinos Unidos, Inc.
CONMED Corporation
Connolly Gallagher LLP
Conrad O'Brien PC
Constellation NewEnergy - Gas Division, LLC
Continuum, LLC
ConvergeOne Systems Integration, Inc.
Corona Partners
Corporate Cost Control, Inc.
Corporate Lamp and Electric Recycling LLC
Council on Accreditation of Nurse Anesthesia Educational Programs
Courtyard Philadelphia Downtown
Covidien Sales LLC d/b/a Given Imaging
Cranel, Inc. d/b/a Versitec
Criterion Laboratories, Inc.
Crothall Healthcare, Inc.
Crowell & Moring LLP
Cushman & Wakefield of Connecticut, Inc.
Cushman & Wakefield of Pennsylvania, LLC
Cushman & Wakefield of Philadelphia, Inc.
CyraCom International Inc.
Dako North America, Inc.
Daniel Burke Photography
David Small
DaVita Healthcare Partners Inc.
De Lage Landen Financial Services, Inc.
De Long Industries Group, Inc. d/b/a Wavetech Industries
Deaf Hearing Communication Centre, Inc.
Delaware Valley Aesthetics d/b/a Rumer Cosmetic Surgery
Delta Dental of Pennsylvania
Devicor Medical Equipment, Inc.
Devicor Medical Products, Inc.
Devil's Alley

DEX Imaging, Inc.
DGA Partners, Inc.
Diagnoss Inc.
Diagnostica Stago, Inc.
Diesel Dialysis, LLC
Digital Innovation, Incorporated
DIRECTV, Inc.
Dixon Hughes Goodman LLP
DJO, LLC
Dolbey-Jamison, Inc.
Dome Insulation, LLC
Draeger Medical, Inc.
Draeger, Inc.
Drexelbrook
Drueding Center
Duff & Phelps LLC
Dynamic Language Services, LLC
e4 Services, LLC
Eagles Taxi, LLC d/b/a 215 Get a Cab
Eastern Controls Inc.
Eastern Lift Truck Co., Inc.
Eastern Sign Tech, LLC
Eastern Society for Pediatric Research
Echo, Inc.
Eckert Seamans Cherin & Mellott, LLC
Econsult Solutions, Inc.
Education Resources, Inc.
Edwards Lifesciences LLC
EEC Acquisition LLC d/b/a Smart Care Equipment Solutions
Einstein Practice Plan, Inc.
Electronic Ink
Electronic Payment Exchange
Electronic Security Solutions LLC
Elekta Inc.
Elemental Inc.
Elite Office Solutions, Inc.
EMD Millipore Corporation
Emergency Systems Service Company
Employers Health Network, LLC
Emergency Medical Associates
Employment Tax Servicing Corp. d/b/a Emptech
Encore Medical International, Inc.
Energy Products and Service Co., Inc.
Enerwise Global Technologies, Inc. d/b/a CPower
Enovate Medical, LLC
Ensemble RCM LLC d/b/a Ensemble Health Partners
Entercom
ENV Services, Inc.
Environmental and Engineering Solutions, Inc.
Environmental Control Services, Inc.
Ernst & Young LLP

Essential Consulting LLC
Ethan Kentzel
ettain group, Inc.
Eurofins Viracor, Inc.
Eurofins VRL, Inc. d/b/a VRL Eurofins
Everbridge, Inc.
Evoqua Water Technologies, LLC
Evoqua Water Technologies, LLC
Exactech US, Inc.
Fairmount Long Term Care
Fairmount Rowing Association
Field House Philly
Financial Recoveries
FIRM Revenue Cycle Management Services, Inc.
First Philadelphia Charter School for Literacy
First Philadelphia Paradigm, Tacony Academy
FishHeads Aquarium Service LLC
Flex Financial, a divison of Stryker Sales Corporation
FM Cost Containment, LLC
Focus Diagnostics, Inc.
Fonemed, LLC
Foot & Ankle Center of Philadelphia, LLC
Foss Therapy Services, Inc.
Francis Cauffman, Inc.
Franklin Cleaning Equipment & Supply Company
Fresenius Medical Care
Fusaro Brothers, Inc. d/b/a Maxwell Cab Company
Future IT Advisors, LLC
Garda CL Atlantic, Inc.
Garrison Printing Company
Gary Frazier
GBS Corp
GE Healthcare IITS USA Corp.
GE HFS, LLC
GE Medical Systems Information Technologies, Inc.
GE Precision Healthcare LLC
GeBBS Healthcare Solutions, Inc.
General Electric Company, by and through its GE Healthcare division
General Healthcare Resources, LLC
Genova Group, LLC
Geo. W. Kistler, Inc. d/b/a Kistler O'Brien Fire Protection
Germane & Co., Inc. d/b/a Germane Solutions
Getinge USA Sales, LLC
Getinge USA, Inc.
GlassRatner Advisory & Capital Group, LLC
Global Affiliates, Inc.
Global Healthcare Exchange, LLC
Greater Delaware Valley Society of Transplant Surgeons d/b/a Gift of Life Donor Program
GTT Americas, LLC
H.C.A.S. of Florida, Inc. d/b/a Call 4 Health / Call 4 Nurse
Haemonetics Corporation

Hahnemann Apothecary Inc.
Hanger Prosthetic and Orthotics, Inc. d/b/a Hanger Clinic
Harmelin and Associates Inc. d/b/a Harmelin Media
Harry J Lawall & Son, Inc.
Hayes Healthcare, LLC
HBO & Recoveries, LLC
Health Sciences Law Group LLC
Healthcare Administrative Partners, LLC
Healthcare Performance Group, Inc.
Healthcare Receivable Specialists, Inc.
Healthshare Exchange of Southeastern Pennsylvania, Inc.
HealthStream, Inc.
HealthTronics Mobile Solutions, L.L.C.
HealthTrust Purchasing Group, L.P.
Health Partners Plans
HemaTechnologies, Inc.
Herman Goldner Co., Inc.
Hewlett-Packard Financial Services Company
Hillmann Consulting, LLC
Hill-Rom Company, Inc.
Hilton Philadelphia City Avenue
Historic Hotel Bethlehem
HMI LLC
Holland Square Group, LLC
Hollis Cobb Associates, Inc.
Hologic, Inc.
Hospice of Philadelphia
Howmedica Osteonics Corp.
HUB Parking Technology USA, Inc.
Huntingdon Valley Eye Care Consultants, Ltd.
Huntington Technology Finance, Inc.
Huron Consulting Services LLC
I. Miller Precision Optical Instruments, Inc.
iContracts, Inc.
IMA Consulting
Immaculata University
Immucor, Inc.
IMPAC Medical Systems, Inc.
IMPACT Services Corporation
Implementation Management Assistance, LLC d/b/a Revint Solutions
Independent Hardware, Inc.
Infor (US), Inc.
Informa Software
Ingenious Med, Inc.
Innovative Print & Media Group, Inc.
Innovative Product Achievements, LLC d/b/a IPA, LLC
INO Therapeutics LLC d/b/a Mallinckrodt
Inquicker, LLC
Integra Life Sciences Sales LLC
Integrated Healthcare Solutions, Inc.
Integrated Medical Systems International, Inc.

Integrity Healthcare, LLC
Interactivation Health Networks
Interphase Medical Equipment, Inc.
Intralinks, Inc.
Intuitive Surgical, Inc.
Iodine Software, LLC
Iron Mountain Information Management, LLC
ISS Facility Services, Inc.
ivWatch, LLC
Ivy Hill Cemetery Company
J.W. Carrigan, LLC
Jackson Lewis P.C.
Jay M. Yanoff, EdD
JDI Net Systems
JDR Consulting, LLC
Jefferson Gardens North Philadelphia Head Start
Joe Glass
John B. Stetson Middle School
John Calvitti Company
John Dowdle
JohnGSelf Partners, Inc.
Johnson & Johnson Health Care Systems Inc.
JohnsonLambert LLP
JP Zimmerman PCS LLC
JustRight Surgical, LLC
K&C Strategic Policy Group, LLC d/b/a DeBrunner & Associates
Karl Storz Endoscopy-America, Inc.
Kasscon Building Services, LLC
KCI USA, Inc.
Kenco Kalibration Inc.
Ken-Crest Services
Keystone Academy Charter School
Keystone Quality Transport Company
Kieran McKenna Flooring, Inc.
Kinder Academy
Klenzoid, Inc.
Konica Minolta Healthcare Americas, Inc.
Korn/Ferry International
Laboratory Corporation of America
Laerdal Medical Corporation
Language Services Associates, Inc.
Lantheus Medical Imaging, Inc.
Laser Service Solutions, LLC
Lauletta Birnbaum, LLC
Law Offices of Suzanne N. Pritchard, P.C.
Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises
Leah Coppolino
Leasing Associates of Barrington, Inc.
Legal Clinic for the Disabled, Inc.
Leucadia Pharmaceuticals
Life Image Inc.

LifeLine Software, Inc.
Lighthouse
Limb Technologies, Inc. d/b/a LTI Orthotic Prosthetic Center
Linde LLC
LinkedIn Corporation
Lions Eye Bank of Delaware Valley
Lisa The
Litchfield Cavo LLP
Livanta LLC
Live Message America
Lockton-Dunning Series of Lockton Companies, LLC
LocumTenens.com, LLC
Lori's Gifts, Inc.
LRD Graphics, Inc. t/a Fels Printing
Lumedx Corporation
Lutheran Children and Family Service
Lutheran Settlement House
Lyons Advisors, LLC
M&M Autoclave Cleaning, LLC
Macalino Marketing, Inc.
Magee Rehabilitation Hospital
Maggiano's Little Italy
Major Medical Hospital Services, Inc.
Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications a/k/a MetTel
Mar Cor Purification, Inc.
Marcum LLP
Marshall Dennehey Warner Coleman & Goggin, P.C.
Mastery at Smedley Charter School
Mayflower Laundry and Textile Services LLC
MCG Health, LLC
MDS Carpeting and Flooring, Inc.
Med One Capital Funding, LLC
Med One Capital Funding, LLC d/b/a IPA One
MED3000 Inc.
Medacist Solutions Group, LLC
MedHub, LLC
MediaLab, Inc.
Medical Doctor Associates, LLC
Medical Excess LLC
Medical Gas Solutions, Inc.
Medical Neurogenetics, LLC
Medical Staffing Solutions, Inc. d/b/a STAT RESOURCES
medInt Holdings, LLC
Medline Industries Holdings, L.P
Medline Industries, Inc.
Medlytix, LLC
Medsentrix, LLC
Med-Tex Services, Inc.
Mednet Healthcare Technologies, Inc.
Medtronic USA Inc.
Mentor Worldwide LLC

Merchants Association Collection Division, Inc.
Mercy Neighborhood Ministries of Philadelphia, Inc.
Meridian Bioscience Corporation
Metropolitan Anesthesia Services, Inc.
MHC Software, LLC
Mindfigure Consulting
Mindray DS USA, Inc.
MiraMed Global Services, Inc.
MJR Technologies, Inc. d/b/a GT Telecom
Moira Brooks
Monterey Medical Solutions, Inc.
Mother of Divine Grace PN
MSW Enterprises Inc. d/b/a Newtown Answering Service
Muzak LLC d/b/a Mood Media
Nancy West Communications
Nanosonics, Inc.
Nathan Freedman
National Marrow Donor Program
Natus Medical Incorporated
NAVEX Global, Inc.
Neff and Associates, Inc.
Neopost Inc.
Network of Victim Assistance, LLC
Neurosurgical Anesthesia Consulting
New Foundations Charter School
New Innovations, Inc.
New York Blood Center, Inc.
Nexcore Properties PA LLC
Nixon Uniform Service, Inc.
Norris Square Children's Center
Northeast Protection Partners Inc.
Nova Biomedical Corporation
Nova Capital Group, LLC
nThrive Revenue Systems, LLC
nThrive, Inc.
NTT DATA Services, LLC
Nuance Communications, Inc.
Nuclear Medicine Resources, Inc.
Obermayer Rebmann Maxwell & Hippel LLP
Occupational Health Centers of the Southwest, P.A. d/b/a Concentra Medical Centers
Office of Civic Engagement & Volunteer Services' Foster Grandparent Program
Ohio Children's Hospital Solutions for Patient Safety
Olympus America Inc.
Omnicell, Inc.
Omnigo Software
On Time Ambulance, Inc.
Optum360 Solutions, LLC
Oregon Health & Science University
Ortho-Clinical Diagnostics, Inc.
OrthoPediatrics US Distribution Corporation
OsteoMed, LP

Otech Group LLC
Outcome Health
Pan American Academy Charter School
Pandora Data Systems, Inc.
Paradigm Mechanical, LLC
Park America, Inc.
ParkingSoft, LLC
Parkway Corporation
Patient Pathways, LLC
Patino Landscaping Group, LLC
Paul Rabinowitz Glass Co., Inc.
Paul Tirado
PayTech, Inc.
PCA EmSTAR Holdings, LP d/b/a EmSTAR
Pediatric Rehabilitation Associates, Inc.
Penn Environmental & Remediation, Inc.
Pennoni Associates
Pennsylvania Department of Health, Chronic Renal Disease Program
Pennsylvania Oral & Maxillofacial Surgery, Ltd.
Pennsylvania Trauma Systems Foundation
Pentec Health, Inc.
People for People Charter School
People's Capital and Leasing Corp.
Pepper Hamilton LLP
PeriGen, Inc.
Perioperative Services, LLC
PERITUS Advisors
PerkinElmer Genetics, Inc.
Pharmacy OneSource Inc.
Philadelphia Business Journal
Philadelphia Ear, Nose & Throat Associates
Philadelphia Parent Child Center
Philadelphia Urosurgical Associates, PC
Philips Healthcare
Philips Medical Capital, LLC
Philly Star Events
Physician and Tactical Healthcare Services LLC
Pinnacle Healthcare Recovery Partners, Inc.
Pitney Bowes Inc.
Please Touch Museum
PNC Bank, National Association
Poovendran Sanththasivam, MD
Pope John Paul II Regional School
Porter's Family Center
Practising Law Institute
Precision Laser Specialist, Inc.
Precision Sprinkler Services, Inc.
Premier, Inc.
Preschool Project, Woolston
Prescient Logistics, LLC d/b/a RepScrubs
Prescott's Inc.

Press Ganey Associates, Inc.
Prestige Medical Imaging, Inc.
Prestige Perfusion, LLC
Primmer Piper Eggleston & Cramer PC
Priority Express Courier, Inc.
Professional Trauma Services, LLC
Proserv Removal, Inc. d/b/a 1-800-Got-Junk
ProviderTrust, Inc.
Pruett Roof
PTW New York Corporation
Public Health Management Corporation
Puppet Kitchen International, Inc.
Quality Insights Renal Network 4
Quantros, Inc.
Quest Diagnostic Clinical Laboratories Inc.
Quest Diagnostics Infectious Disease, Inc.
Quidel Corporation
R. Smith International, LLC d/b/a Resource
Rad Source Technologies, Inc.
Radiology Solutions, LLC
Radiometer America Inc.
Randstad Professionals US, LLC d/b/a Tatum
RealMed Corporation
Recognition Advantage, LLC
Red Shield Family Shelter
Reed Smith LLP
Reese's Professional Cleaning Service, LLC
Renal Treatment Centers - Northeast, Inc.
Respiratory Associates, LTD
Reuter Hanney Inc.
Richard N. Best Associates, Inc.
Ricoh USA, Inc.
Risa Eichinger
Rittenhouse Hematology & Oncology
Robert DiNunzio d/b/a Hygienic Building Services
Robinson Kirlew & Associates Attorneys at Law
Romed, Inc. d/b/a Romed Ambulance
S&H Ltd. d/b/a Metropolitan Flag & Banner Co.
S.A. Comunale Co., Inc.
S.R. Wojdak & Associates, LP d/b/a Wojdak Government Relations
SAI Global Compliance, Inc.
ScanSTAT Technologies, LLC
Scientific Apparatus Service, Inc.
Scott Testing Inc.
Scribe Care, Inc.
ScribeAmerica, LLC
SeaSpine Sales LLC
Security and Data Technologies, Inc.
Share Food Program Inc.
Sharonda Brown
SHC Services, Inc. d/b/a Supplemental Healthcare Company

Sherman Engineering Company
Shore Memorial Hospital d/b/a Shore Medical Center
Shriners Hospitals for Children
Sickle Cell Disease Association of America Philadelphia/Delaware Valley Chapter
Siemens Healthcare Diagnostics, Inc.
Siemens Industry, Inc.
Siemens Medical Solutions USA, Inc.
Simkar Corporation
Simon Gratz Mastery Charter School
Singletary Group Inc. d/b/a First Contact HR
SISCO, Inc.
Sky Nurses, LLC
SleepMed Incorporated
Smith & Nephew, Inc.
Smokin' Betty's
SMR Healthcare Management, Inc.
Sodexo Management, Inc.
Solid Waste Services Inc. d/b/a JP Mascaro and Sons
Sorin Group USA, Inc.
SourceHOV Healthcare, Inc.
Southampton Window Cleaning & Janitorial Services, Inc.
Southeast Reimbursement Group, LLC
Southwest Regional PCR, LLC d/b/a PathoGenius Laboratory
SpecialtyCare IOM Services, LLC
SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc.
Spectra Laboratories, Inc.
Spectrum Health Partners, LLC
Spiffy Cloud Inc.
SPIN at Frankford
Spok, Inc.
SportWorx, Inc.
Spreemo, Inc.
St. Bernard PN
St. Christopher's Foundation for Children
St. Christopher's Healthcare, LLC
St. Elizabeth North Philadelphia Headstart
St. Helena School
St. James School
St. Martin de Porres School
Staff Care, Inc.
Standard Register Company, The
Stanford/Sterling Group, LLC
State of the Art Medical Products, Inc.
Stericycle, Inc.
Steris Corporation
Storage Solutions Technology Group, Inc. d/b/a SST Group, Inc.
Strassheim Graphic Design & Press Corp.
Stryker Flex Financial
Stryker Neurovascular
Stryker Sales Corporation
Sun Nuclear Corporation

Sunquest Information Systems, Inc.
Sunrise Support Services
Synergy Orthopedics, LLC
Sysmex America, Inc.
Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting
T. Cruse Design
Tab Service Company
TC Human Capital Solutions, LLC
Teleflex Medical Incorporated
Telehealth Services
Tenet Business Services Corporation
Terumo BCT, Inc.
Thanks for Being Green, LLC d/b/a Magnus Computer Recycling
The Academy of Natural Sciences of Drexel University
The Advisory Board Company
The American National Red Cross, Penn Jersey Region
The Anesthesia Quality Institute
The Bancorp Bank
The Bettinger Company, Inc.
The City of Philadelphia Fire Department
The Coding Network, LLC
The Communication Connection
The Cooper Health System
The Johns Hopkins University
The Leapfrog Group
The Otis Elevator Company
The Phillie Phanatic
The Society of Thoracic Surgeons
The Spectranetics Corporation
The Starlight Starbright Children's Foundation International
The StayWell Company, LLC
The Visiting Nurse Association of Greater Philadelphia
Therapath, LLC
Thomas, Thomas & Hafer LLP
thyssenkrupp Elevator Corporation
Tipton Communications Group, Inc.
Titan Health Management Solutions, Inc.
Toshiba America Medical Systems, Inc.
Total Package Express Inc. d/b/a One Hour Messengers
Total Renal Care, Inc.
Tozour Energy Systems, Inc.
Tractmanager, Inc. d/b/a Meditract
Trans Union LLC
Translate Medical
Translogic Corporation d/b/a Swisslog Healthcare Solutions
Transworld Systems Inc.
Trinity Biotech, Inc.
Trinity Mission Critical, LLC
TriReme Medical LLC
Trisonics, Inc.
UMS Lithotripsy Services of Greater Philadelphia, LLC

UMS MR Fusion Services of Eastern PA, LLC
Universal Digital Resources
Universal Hospital Services, Inc.
Universal Protection Service, LP d/b/a Allied Universal Security Services
University of Kansas Medical Center Research Institute, Inc.
University Pipette Services, Inc.
UPMC Benefit Management Services, Inc. d/b/a WorkPartners
UpToDate, Inc.
Urban Village Brewing Company
Urologic Consultants of Southeastern Pennsylvania
Urologic Surgeons, Inc.
Urology for Children, LLC
US Regional Occupational Health II, PC d/b/a WORKNET
U.S. Bank, N.A.
Unique Pharmaceuticals Ltd.
US Security Associates, Inc.
USA-Clean, Inc.
Van Hong Nguyen
Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia
Vapotherm, Inc.
Varian Medical Systems
Veolia Energy Philadelphia, Inc.
Verathon Inc.
Vericom
VIE Healthcare, Inc.
Virtual Imaging, Inc.
Vision Quest National Limited
Visitation School
Vitalant
Vizient, Inc.
VOYCE, Inc.
VP-MA Health Solutions, Inc. d/b/a CDIMD
Vyera Pharmaceuticals, LLC
Warren Technology, Inc.
Watts Restoration Co., Inc.
Watts Restoration Co., Inc.
Wayne Moving and Storage Company
Weatherby Locums, Inc.
Web.com Group, Inc.
Webbcam LLC
Weber Gallagher Simpson Stapleton Fires & Newby, LLC
Welcome America, Inc.
Wells Fargo Commercial Mortgage
Werfen USA LLC
West Health Advocate Solutions, Inc.
West Interactive Services Corporation
West Physics Consulting, LLC
West Unified Communications Services, Inc.
Whitecap Health Advisors, LLC
Wolters Kluwer Clinical Drug Information, Inc.
Women Against Abuse, Inc.

WomenCertified Inc.
Woodstock Family Center - OESS
X-Change Dialysis, Inc.
Xerox Corporation
Yard Truck Specialists, Inc.
Young Achievers Learning Center
Zimmer Biomet CMF & Thoracic, LLC
Zimmer US, Inc.

**Certain Litigation Parties**
1199C, NUHHCE
1526 Lombard Street SNF Operations LLC d/b/a Powerback Rehabilitation
AAHS, LLC
All About Women
Altus Group U.S., Inc.
American Academic Health System, LLC
American Academic Health System, LLC, d/b/a Hahnemann University Hospital
American Academic Health System, LLC, d/b/a St. Christopher's Hospital for Children
Amrom, George, M.D.
Antony, Mary
Atlantic Specialty Insurance Company
Bailey, Paul, M.D.
Barrett, Nathan , Sr.
Beard, Jeffrey
Beck, Charles, as Legal Guardian of Isaiah Beck (an adult)
Bell, Scherise
Benefit Fund for Hospital and Health Care Employees
Bennett-Ryder, Martha, Administratrix of the Estate of Virginia Smith
Boyd, Kenneth
Briggs, Alyssa (minor), by and through her parents Joshua Briggs and LeeAnne Raccagno
Broad Street Healthcare Properties, LLC
Broad Street Healthcare Properties II, LLC
Broad Street Healthcare Properties III, LLC
Buggy, Donna, R.N.
Bureau of Labor Law Compliance
Burns, Sarah K., M.D.
Center City Healthcare, LLC
Center City Healthcare, LLC, d/b/a Hahnemann University Hospital
Center City Health Care Associates, P.C.
Childs, Michael
City of Philadelphia
Clark, Maureen, D.O.
Clinical Care Associates of Univ of Penn Health Care System
Combs, Candes
Cooper, April
Cooper, Shontelle, M.D.
Corizon Health, Inc., t/a Prison Health Services, Inc.
Daniels-Iannucci, Lynsey, M.D.
DeValia, Laverne (Executive Director)
Devereaux, Courtney, Administratrix of the Estate of Alise Adams-Allen
Delvadia, Dipak, D.O.

Deveaux, Richard, M.D.
Diaz, Gregory
Drexel College of Medicine
Drexel Medicine
Drexel Neurosciences Institute
Drexel Surgical Associates
Drexel University
Drexel University College of Medicine
Earley, Melissa
Edmondson, Madern
Envision Physician Services North Division, a/k/a EmCare North Division
Felbaum, Daniel, M.D.
Feldman, Cheryl (Executive Director)
Fleming, Althea
Freedman, Joel
Front Street Healthcare Properties, LLC
Future IT Advisors, Inc.
Galvez, Alvaro, M.D.
Global Excel Management, Inc.
Global Neurosciences Institute
Gray, Juanita
Green, Seika Lee
Gruber, Eric, M.D.
Hahnemann Orthopedic Associates, LLC
Hahnemann Orthopedic Associates, P.C.
Hahnemann University Hospital
Halley, Kadyjah
Harrell, Tyron
Hospital of University of Pennsylvania
IHC Administrative Services, Inc.
IHC Health Solutions
Innovative Medical Risk Management, Inc.
Johnson, Robert
Khalili, Marina, M.D.
Lemons, Eric, as Executor of the Estate of Maria Lemons
Leone, Joelle
Lewis, Emma, Individually and as Administratrix of the Estate of Lynn Lewis
Rebecca Maneval, Lisa Rebecca, CRNP
Marcucci, Michael, M.D.
Mastrangelo, John
McFadden, Phyicia
Mercy Health System of Southeastern PA
Morgenstern, Ricardo, M.D.
Murphy, John, M.D.
Nazareth Hospital
Nunez, Alberto, M.D.
PAHH
PAHS, LLC
Packer, Marci
Packer, Steven
Paladin Healthcare

Paladin Healthcare Capital, LLC
Park America, Inc. of PA
Parker, Jason, D.O.
Parkway Corporation
Patel, Sonaly, M.D.
Penn Medicine at Bucks County
Penn Medicine, c/o the Trustees of the University of Pennsylvania Health Care System
Penn Radiology Bucks County
Pennsylvania Association of Staff Nurses and Allied Professionals
Pension Fund for Hospital and Health Care Employees – Philadelphia and Vicinity
Philadelphia Academic Health System, LLC
Philadelphia Academic Medical Associates, LLC
Philadelphia Hand Center, P.C.
Philadelphia Hospital & Health Care Employees – District 1199C Training and Upgrading Fund
Philadelphia Human Rights Commission
Physicians Clinical Network, LLC
Porter-Robinson, Cassandra
Pratta, Steven, PA-C
R.V., a minor, by Kira and David Voelker
Reading Hospital
Reid, Shari, M.D.
Renza-Singhone, Elizabeth, M.D.
Richards, Suzanne
Rivera, Loraine
Rogers, Marquita
Rydal Square
Saechow, Pamela
Schwartz, Roy, M.D.
Schwedhelm, Thomas, M.D.
SD Real Estate Developers, LLC
Shaikh, Mohammad, M.D.
Shields, Corinthia
Sloan, David
Smith, Sharae
SMR Healthcare Management, Inc.
Standard Security Life Insurance Company of New York
Steckler, Robert E., M.D.
Steese-Prisco, Marcella
Stone, Sherry
Taras, John, M.D.
Teichman, Amanda, M.D.
Tenet Business Services Corporation, Inc.
Tenet Healthcare Corporation
Tenet HealthSystem Hahnemann, LLC
Tenet HealthSystem St. Christopher's Hospital for Children, LLC

Thompson, Jennifer, CNM
Tower Health
Tower Health Medical Group
Trinity Health Corp.
Trustees of University of Pennsylvania

101015098

U.S. Equal Employment Opportunity Commission
Weinbaum, Paul, M.D.
Williams, Lana
Winn, Michael
Xiao, Gary, M.D.

**Delaware Bankruptcy Judges and Clerk of the Court**
Carey, Kevin J.
Dorsey, John T.
Gross, Kevin
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.
O'Boyle, Una

**U.S. Trustee's Office, District of Delaware**
Attix, Lauren
Buchbinder, David
Casey, Linda
Dice, Holly
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vara, Andrew
Vinson, Ramona
Weissgerber, Jaclyn
Wynn, Dion