## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CENTER CITY HEALTHCARE, LLC d/b/a | § | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | § | Jointly Administered |
| Et al[1]., | § | |
|     Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that creditor, VIZIENT, INC., by and through its attorneys,

UNDERWOOD PERKINS, P.C., appears in this matter pursuant to Bankruptcy Rules 2002 and

9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices

given or required to be given in this case and all papers served or required to be served in this

case be given to and served upon the attorney as follows:

David L. Campbell, Esq.
Eli D. Pierce, Esq.
Underwood Perkins, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 1900
Dallas, Texas 75240
Telephone: (972) 661-5114
Facsimile: (972) 661-5691
Email: dcampbell@uplawtx.com
Email: epierce@uplawtx.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code sections and rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, order, reply, answer, schedules of assets and liabilities and statement of financial affairs, operating report, plan of reorganization or liquidation, pleading or request filed in connection with the above-referenced case or any proceedings therein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight express, electronic mail, hand deliver, telephone, telegraph, facsimile or otherwise.

DATED: August 12, 2019

Respectfully submitted,

Underwood Perkins, P.C.

By:  /s/ David L. Campbell
     David L. Campbell
     Texas State Bar No. 03698500
     Eli D. Pierce
     Texas State Bar No. 24092972
     Two Lincoln Centre
     5420 LBJ Freeway, Suite 1900
     Dallas, Texas 75240
     Telephone: (972) 661-5114
     Facsimile: (972) 661-5691
     Email: dcampbell@uplawtx.com
     Email: epierce@uplawtx.com

Counsel for Vizient, Inc., Creditor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 12th day of August 2019, a true and correct copy of the foregoing Notice of Appearance and Request for Special Notice was served on the parties accepting service in this case via the Court's ECF system.

/s/ David L. Campbell<br>David L. Campbell