**ThermaSolutions**

August 5, 2019

Clerk of Court
United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

**Re:    Case No.: 19-11466**
**Center City Healthcare, LLC d/b/a Hahnemann University Hospital**

Dear Ms. O'Boyle:

We received notice of the Chapter 11 bankruptcy filing in the above-referenced matter. According to the notice, we will not receive further notices unless we request to be included on the Debtors' notice list. We are requesting to be included in this notice list. Particularly, we are requesting notice of the issuance of all Orders and if and when the proof of claim time is established.

All notices may be sent to:

    ThermaSolutions, Inc.
    c/o Marc A. Al
    Stoel Rives LLP
    33 South 6th Street, Suite 4200
    Minneapolis, MN 55402
    marc.al@stoel.com

Thank you for your attention to this matter.

Very truly yours,

Kristine M. Arey
Operational Manager

cc:    Marc A. Al

103082977.1 0043988-00002

Alaska  California  Idaho
Minnesota  Oregon  Utah  Washington
1889 Buerkle Road • White Bear Lake, MN 55110 • 651-209-3900 • Fax 651-209-3903