**<u>Exhibit A</u>**

**Proposed Order**

DOCS_DE:224946.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| *et al.*,[5] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING THE MOTION *IN LIMINE***
**OF TENET BUSINESS SERVICES CORPORATION**
**AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR**
**ENTRY OF AN ORDER TO EXCLUDE CERTAIN TESTIMONY**
**AT THE AUGUST 9, 2019 DIP HEARING**

Upon the motion *in limine* (the "Motion") of Tenet Business Services Corporation

("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") seeking entry of an order

excluding evidence or argument regarding the Debtors' prepetition lawsuits against Tenet for

alleged violations of the Asset Sale Agreement, dated August 31, 2017 and as amended January

11, 2018 (the "ASA"), to the extent such relief is necessary; and due and proper notice of the

Motion having been given; and it appearing that no other or further notice of the Motion is

required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with

28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States

District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a

---

[5]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- 2 -

core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding

and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and any objections or responses

to the Motion have been resolved or overruled; and after due deliberation and sufficient cause

appearing therefor, IT IS HEREBY ORDERED THAT:

(i)    The Motion is GRANTED as set forth herein.

(ii)   The following evidence shall be excluded at the August 19 hearing: evidence or

argument regarding the Debtors' prepetition lawsuits against Tenet for alleged violations of the

ASA.

(iii)  This Order shall be effective immediately upon entry and any stay or 14-day notice

or waiting period is hereby waived.

(iv)   Tenet and Conifer may take any actions necessary to enforce the terms of this

Order.

(v)    This Court shall retain jurisdiction with respect to all matters arising from or related

to the interpretation and enforcement of this Order.

Wilmington, Delaware
Dated: _____, 2019

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

- 2 -