**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (KG) Jointly Administered |
| Debtors. | ) ) ) | **Related to Docket No. 439** |

**NOTICE OF FILING EXHIBITS REGARDING MOTION *IN LIMINE* OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC TO EXCLUDE FROM THE AUGUST 19 HEARING EVIDENCE OR ARGUMENT REGARDING THE DEBTORS' PREPETITION LAWSUITS AGAINST TENET FOR ALLEGED VIOLATIONS OF THE ASSET SALE AGREEMENT**

On August 13, 2019, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC filed their *Motion in Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude from the August 19 Hearing Evidence or Argument Regarding the Debtors' Prepetition Lawsuits Against Tenet for Alleged Violations of the Asset Sale Agreement* [Docket No. 439]. Exhibits B-D were inadvertently omitted. They are attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: August 14, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C. (*admitted pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Nicholas F. Wasdin (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  stephen.hackney@kirkland.com
gregory.pesce@kirkland.com
nick.wasdin@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*

**Exhibits B -D**

# EXHIBIT B

| | |
|---|---|
| From: | Minuti, Mark |
| To: | Wasdin, Nick; Pesce, Gregory F.; *ljones@pszjlaw.com |
| Cc: | Hampton, Jeffrey C. |
| Subject: | [EXT] Center City Healthcare, LLC, et al. |
| Date: | Monday, August 5, 2019 5:09:04 PM |
| Attachments: | image001.png |

Nick:

Consistent with our email exchange of last Friday, the purpose of this email is to notify you that the Debtors expect to call Allen Wilen, the Debtors' CRO, and J. Scott Victor, the Debtors' Investment Banker, as witnesses in connection with final approval of debtor-in-possession financing.

As of now, the Debtors may rely upon the following documents for their case in chief:
1. The pre-petition Midcap loan documents;
2. The DIP loan documents, as such documents may be amended;
3. The updated Budget, as such Budget may be further revised and amended;
4. The Budget variance report;
5. Conifer reports reflecting actual post-petition services provided;
6. The Delaware state court litigation complaints against Tenet;
7. The letters from Tenet/Conifer allegedly "terminating" the MSA and TSA;
8. The ASA, TSA and MSA;
9. The Master Leases with HSRE, related subleases and any recognition agreements; and
10. The June 20, 2019 default notices from HSRE.

As made clear in my emails of Friday, the Debtors are continuing to evaluate the objections, and will evaluate the Committee's objection once filed. To the extent the Debtors identify additional witnesses or documents that may be necessary, we will do our best to promptly identify those additional witnesses and documents.

Finally, the Debtors reserve the right to (a) call any witnesses identified or used by any other party; (b) use any documents identified or used by any other party; and (c) call additional witnesses or use additional documents in rebuttal.



**Mark Minuti**
**SAUL EWING ARNSTEIN & LEHR LLP**
Mailing: P.O. Box 1266 | Wilmington, DE 19899-1266
Courier: 1201 North Market Street, Suite 2300 | Wilmington, DE 19801
Tel: 302.421.6840 | Cell: 302.545.4911 | Fax: 302.421.5873
Mark.Minuti@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.

# EXHIBIT C

| | |
|---|---|
| **From:** | Minuti, Mark |
| **To:** | Pesce, Gregory F.; Wasdin, Nick |
| **Cc:** | Hampton, Jeffrey C.; Isenberg, Adam H. |
| **Subject:** | [EXT] Center City Healthcare, LLC / Tenet/Conifer |
| **Date:** | Friday, August 9, 2019 4:02:20 PM |
| **Attachments:** | image001.png |

Greg and Nick,

Pursuant to our August 2 email exchange, below is our list of witnesses and exhibits the Debtors may use at the August 19 hearing on Tenet/Conifer's Motion to Compel :

Witnesses:
- Allen Wilen, Chief Restructuring Officer
- Ravi Sharma, former CIO
- J. Scott Victor, SSG Capital

Exhibits:

In addition to the exhibits you identified,
- Declaration of Allen Wilen in support of the Debtors' response to Tenet's and Conifer's motion to compel payment, or, in the alternative, lift stay
- Declaration of Allen Wilen in support of first day motions for relief [D.I. 2];
- The debtors' DIP Budget and DIP Motion
- Letters and notices from the Debtors to Tenet and Conifer regarding disputed invoices, material breach and termination
- Correspondence with Conifer regarding requests for reporting on appeals and denials and related reports
- Information and analysis relating to unpaid denials.
- Hospital census information
- Documents reflecting emergency department usage.

The Debtors reserve the right to (a) call any witnesses identified or used by any other party; (b) use any documents identified or used by any other party; (c) use any documents filed on the bankruptcy docket; (d) use any documents produced in connection with any depositions related to the August 19 hearing; and (d) call additional witnesses or use additional documents in rebuttal.  To the extent the Debtors identify additional witnesses or documents that may be necessary, we will do our best to promptly identify those additional witnesses and documents.

Still trying to firm up a meeting date for early next week.  Will be back to you shortly.



**Mark Minuti**
**SAUL EWING ARNSTEIN & LEHR LLP**
Mailing: P.O. Box 1266 | Wilmington, DE 19899-1266
Courier: 1201 North Market Street, Suite 2300 | Wilmington, DE 19801
Tel: 302.421.6840 | Cell: 302.545.4911| Fax: 302.421.5873
Mark.Minuti@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:

+~~~~~~~~~~~~~~~~~~~~~~~+

This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.

+~~~~~~~~~~~~~~~~~~~~~~~+

# EXHIBIT D

Page 1

1              ALLEN WILEN

2     *** MAY CONTAIN CONFIDENTIAL MATERIAL ***

3                 * * *

4                 DRAFT

5     THIS DRAFT TRANSCRIPT IS AN UNEDITED, UNPROOFREAD,

6     UNCERTIFIED TRANSLATION OF THE PROCEEDINGS FOR

7     ATTORNEYS' INFORMATION ONLY.

8              BECAUSE IT IS UNEDITED, THIS

9     TRANSCRIPT MAY CONTAIN WRITING CONFLICTS,

10    MISSTROKES AND UNTRANSLATED WORDS OR PHRASES

11    WHICH ARE REMEDIED BY THE COURT REPORTER IN

12    EDITING.

13                * * *

14                -  -  -

15         ALLEN WILEN, having first been duly                    09:49

16    sworn according to law, was examined and

17    testified as follows:

18                -  -  -

19              EXAMINATION

20    BY MR. HAYDEN:                                              09:49

21         Q    Good morning, Mr. Wilen.

22         A    Good morning.

23         Q    My name is Kent Hayden.  I'm from

24    the law firm of Kirkland & Ellis, and I

25    represent Tenet and Conifer in this matter.  So             09:49

Page 85

1                ALLEN WILEN

2   financial consequences piece is the rate of

3   first pass/initial denials for 2018 and you note

4   that both of these exceeds significantly the

5   standard industry rates of 12 to two and a                    11:29

6   half percent.

7           Do you know the rate of first pass

8   initial denials more recently so far in 2019?

9       A    No, we haven't done the analysis it

10  was done as of year end.                                       11:30

11          Okay.

12      Q    Do you know what impact if any the

13  change of ownership issues had on the rate of

14  first pass initial denials in 2018?

15      A    No, I do not.                                         11:30

16      Q    All right.  Turning to Tenet

17  disputes in your declaration, there are two

18  listed here and the first is ASA related

19  disputes.

20          And here you call out two disputes,                    11:30

21  the first being related to a networking capital

22  adjustment.  In the amount of approximately

23  $21 million.  And the second relating to

24  5 million of amounts received by Tenet at

25  locations to pay for accounts payable that was                 11:31

1                   ALLEN WILEN

2     never, in fact, paid.

3              Would you agree with me that these

4     two issues are not relevant to the fair market

5     value of Tenet's services understand the TSA?          11:31

6          A    Yes.

7          Q    Is it debtor's position that these

8     liabilities -- these potential liabilities

9     should be offset against the amount owed to

10    Tenet under the TSA?                                   11:31

11             MR. MINUTI:  Objection to form.

12             THE WITNESS:  Potentially, yes.

13    BY MR. HAYDEN:

14         Q    And some of the debtors have

15    actually brought lawsuits against Tenet in             11:32

16    Delaware state court; is that right?

17         A    Yes.

18         Q    Debtors haven't initiated any

19    lawsuits against Conifer; is that right?

20         A    At this time, no.                            11:32

21         Q    All of debtors claims that it has

22    asserted against Tenet are currently

23    outstanding?

24         A    Yes.

25         Q    And the two lawsuits in Delaware             11:32

1                    ALLEN WILEN

2    state court are at the pleadings stage; is that

3    right?

4        A    I don't know exactly where they are.

5    I believe there's a response due to one of them.    11:32

6        Q    There haven't been any rulings on

7    the merits in the lawsuits that debtors have

8    brought against Tenet; is that right?

9        A    Nothing at this time.

10       Q    And no judge has found Tenet or           11:33

11   Conifer liable to debtors in any amount?

12       A    No.

13       Q    You understand that Tenet and

14   Conifer dispute debtor's claims against them in

15   those lawsuits?  Let me rephrase because it's      11:33

16   just Tenet.

17            You understand that Tenet disputes

18   debtor's claims against Tenet in the Delaware

19   state court litigation?

20       A    That's my understanding.                  11:33

21       Q    Let's go back to Exhibit 2 which was

22   the TSA.  And on Page 9 -- that's not the right

23   page number.  Let me catch you up here.

24       Q    Okay.  It's Page 10.  At the top of

25   Page 10 which is part of Section 4.1 on service    11:34

Page 89

1              ALLEN WILEN

2    Page 9 the Paragraph 7.2 Page 9, of the ASA

3    again.

4              We want the MSA.

5              7.2 and the sentence beginning in                11:37

6    this middle of that saying further it raised

7    further neither party shall attempt to offset

8    including but not limited to any statutory

9    rights of offset as permitted by law, any debt,

10   obligation or duty to perform that it owes under   11:37

11   the terms of this agreement against any debt

12   obligation loss or cause of action which that

13   party may hold against an affiliated company of

14   the other party.

15             And so similar question:  You            11:38

16   understand this to meant that PAHS would not

17   have the right to offset amounts payable to

18   Conifer under the MSA as a result of any cause

19   of action it may hold against Conifer or Tenet?

20             MR. MINUTI:  Objection.                  11:38

21             THE WITNESS:  That's what the

22       document seems to say.  Okay.

23   BY MR. HAYDEN:

24       Q     Turning back to your declaration the

25   last item in the bullets now on Page 5 is the      11:38