**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 16, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE</u>[2,3]**

> # THIS HEARING HAS BEEN CANCELLED

**CONTINUED MATTERS:**

1. **[FILED UNDER SEAL]** Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 302; filed: 07/26/19]

    <u>Response Deadline</u>:  August 9, 2019 at 4:00 p.m.

    <u>Responses Received</u>:

    A.   Statement and Reservation of Rights of MidCap Funding IV Trust, acting in its capacity as administrative agent for MidCap Funding IV Trust and MidCap

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

      Financial Trust (successor-by-assignment to MidCap Funding H Trust) [D.I. 417; filed: 08/09/19]

B.     **[FILED UNDER SEAL]** Objection of the Debtors [D.I. 420; filed: 08/09/19]

C.     **[REDACTED]** Objection of the Debtors [D.I. 421; filed: 08/09/19]

D.     Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection [D.I. 423; filed: 08/09/19]

Related Documents:

A.     **[REDACTED]** Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 303; filed: 07/26/19]

B.     Declaration of Michael Maloney in Support of the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 304; filed: 07/26/19)

C.     Declaration of David Dawson in Support of the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 305; filed: 07/26/19]

Status: This matter is continued to August 19, 2019 at 1:00 p.m.

2. First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 349; filed: 08/02/19]

Response Deadline: August 9, 2019 at 4:00 p.m.

Responses Received:

A.     Limited Objection of SBJ Group Inc. [D.I. 416; filed: 08/09/19]

Related Documents: None

Status: This matter is continued to August 19, 2019 at 1:00 p.m.

3. Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 350; filed: 08/02/19]

   Response Deadline:  August 9, 2019 at 4:00 p.m.

   Responses Received:

   A.    Limited Objection of SBJ Group Inc. [D.I. 416; filed: 08/09/19]

   Related Documents:  None

   Status:  This matter is continued to August 19, 2019 at 1:00 p.m.

4. Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Employment Agreements in Connection with the Closure of Hahnemann University Hospital [D.I. 351; filed: 08/02/19]

   Response Deadline:  August 9, 2019 at 4:00 p.m.

   Responses Received:

   A.    Limited Objection of SBJ Group Inc. [D.I. 416; filed: 08/09/19]

   Related Documents:  None

   Status:  This matter is continued to August 19, 2019 at 1:00 p.m.

**WITHDRAWN MATTERS:**

5. Motion of the Debtors for the Entry of an Order Approving (I) Agreement with Randstad Professionals US, LLC d/b/a Tatum to Provide an Interim Chief Financial Officer, and (II) the Designation of Phil Porter as Interim Chief Financial Officer to the Debtors [D.I. 241; filed: 07/18/19]

   Response Deadline:  August 1, 2019 at 4:00 p.m. Extended to August 2, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors (the "**Committee**")

   Responses Received:

   A.    Objection of the Committee [D.I. 345; filed: 08/02/19]

   Related Documents:

   A.    Notice of Withdrawal of Motion [D.I. 403; filed: 08/08/19]

   Status: On August 8, 2019, the Debtors withdrew this motion.

**RESOLVED MATTERS:**

6. Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 227; filed: 07/17/19]

    Response Deadline:  July 31, 2019 at 4:00 p.m.

    Responses Received:

    A.  Informal response from the Office of the United States Trustee (the "**UST**")

    Related Documents:

    A.  Certification of No Objection [D.I. 394; filed: 08/07/19]

    B.  Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 404; signed and docketed: 08/08/19]

    Status: On August 8, 2019, the Court entered an order approving this application.

7. Motion of the Debtors for the Entry of an Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (ii) the Designations of Allen Wilen as Chief Restructuring Offer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 228; filed: 07/17/19]

    Response Deadline:  July 31, 2019 at 4:00 p.m.

    Responses Received:

    A.  Informal response from the UST

    Related Documents:

    A.  Certification of No Counsel Regarding (A) Revised Proposed Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (ii) the Designations of Allen Wilen as Chief Restructuring Offer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors, *Nunc Pro Tunc* to the Petition Date, and (B) No Objection to Same [D.I. 331; filed: 08/01/19]

    B.  Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (ii) the Designations of Allen Wilen as Chief

      Restructuring Offer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 338; signed and docketed: 08/02/19]

      <u>Status</u>: On August 2, 2019, the Court entered an order approving this motion.

8. Application of Debtors for Order Authorizing (1) Retention and Employment of SSG Advisors, LLC, as Investment Banker to the Debtors, *Nunc Pro Tunc* to the Petition Date, and (II) a Waiver of Compliance with Certain Requirements of Local Rule 2016-2 [D.I. 229; filed: 07/17/19]

    <u>Response Deadline</u>:  July 31, 2019 at 4:00 p.m.

    <u>Responses Received</u>:

    A.     Informal response from the UST

    <u>Related Documents</u>:

    A.     Certification of Counsel Regarding (A) Revised Proposed Order Authorizing (1) Retention and Employment of SSG Advisors, LLC, as Investment Banker to the Debtors, *Nunc Pro Tunc* to the Petition Date, and (II) a Waiver of Compliance with Certain Requirements of Local Rule 2016-2, and (B) No Objection to Same [D.I. 332; filed: 08/01/19]

    B.     Order Authorizing (1) Retention and Employment of SSG Advisors, LLC, as Investment Banker to the Debtors, *Nunc Pro Tunc* to the Petition Date, and (II) a Waiver of Compliance with Certain Requirements of Local Rule 2016-2 [D.I. 339; signed and docketed: 08/02/19]

    <u>Status</u>: On August 2, 2019, the Court entered an order approving this application.

9. Application of Debtors for Order Authorizing Retention and Employment of Omni Management Group as Administrative Agent *Nunc Pro Tunc* to the Petition Date [D.I. 232; filed: 07/17/19]

    <u>Response Deadline</u>:  July 31, 2019 at 4:00 p.m.

    <u>Responses Received</u>:

    A.     Informal response from the UST

    <u>Related Documents</u>:

    A.     Certification of No Objection [D.I. 333; filed: 08/01/19]

B.  Order Authorizing Retention and Employment of Omni Management Group as Administrative Agent to the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 337; signed and docketed: 08/02/19]

Status: On August 2, 2019, the Court entered an order approving this application.

10. Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date [D.I. 233; filed: 07/17/19]

    Responses Deadline: July 31, 2019 at 4:00 p.m.

    Response Received: None

    Related Documents:

    A.  Certification of No Objection [D.I. 334; filed: 08/01/19]

    B.  Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date [D.I. 340; signed and docketed: 08/02/19]

    Status: On August 2, 2019, the Court entered an order approving this motion.

11. Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 234; filed: 07/17/19]

    Responses Deadline: July 31, 2019 at 4:00 p.m.

    Responses Received:

    A.  Informal response from the UST

    Related Documents:

    A.  Certification of Counsel Regarding (A) Revised Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, and (B) No Objection to Same [D.I. 335; filed: 08/01/19]

    B.  Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 341; signed and docketed: 08/02/19]

    Status: On August 2, 2019, the Court entered an order approving this motion.

12.     Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date[D.I. 285; filed: 07/25/19]

    Response Deadline:  August 8, 2019 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.     Certification of No Objection [D.I. 432; filed: 08/12/19]

    B.     Order Pursuant to 11 U.S.C. § 327 Authorizing and Employment of Klehr Harrison Harvey Branzburg LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date[D.I. 438; signed and docketed: 08/13/19]

    Status: On August 13, 2019, the Court entered an order approving this application.

13.     Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC (collectively, "**Tenet**") or Entry of an Order Authorizing Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to File Exhibits Under Seal [D.I. 306; filed: 07/26/19]

    Response Deadline:  August 9, 2019 at 4:00 p.m.

    Responses Received:  None

    Related Documents: None

    Status: Tenet will be filing a certification of no objection on this motion.

| | |
|---|---|
| Dated: August 14, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*