## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |  |
| *al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") filed by Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (together, the "**Debtors**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management, under the supervision of the Debtors' chief restructuring officer (the "**CRO**"), and are unaudited.  While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same.[2]  Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Since the acquisition of the hospitals in January 2018, there has been significant turnover in the accounting and finance function.

Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by an authorized representative of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.    <u>**Case**</u>. On June 30, 2019 or July 1, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, the information provided is as of the close of business on June 30, 2019.

2.    <u>**Amendments**</u>. The Debtors reserve the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

3.    <u>**Estimates and Assumptions**</u>. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4.    <u>**Unknown Amounts**</u>. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

5.    <u>**Pre-Petition vs. Post-Petition**</u>. The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information derived from research and investigation conducted during the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.    <u>**GAAP**</u>. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting

principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.     **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtors' property interests.  Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests are reflected in the applicable Schedule.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  Unless otherwise indicated, all asset amounts and claim amounts are listed as of June 30, 2019.  The Debtors reserve the right to amend or adjust the value of each asset or liability as set forth herein.

8.     **Setoff or Recoupment Rights**. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F.

9.     **Co-Obligors**. No claim set forth on the Schedules and Statements of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party.

10.     **Causes of Action**.  The Debtors reserve all of their causes of action.  Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action.  Likewise, the failure to list a cause of action in question 74 of Schedule B or SOFA question 7 shall not be deemed a waiver of any such cause of action.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

11.     **Insiders**. In those circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are the Debtors' (a) directors and (b) employees that are, or were during the relevant period, officers.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

12.     **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  Conversely, inclusion of

certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  The Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

13.     **Fiscal Year**.  The Debtors' fiscal year ends on December 31.

14.     **Currency**.  All amounts are reflected in U.S. dollars.

15.     **Summary of Significant Reporting Policies and Practices**.  The following conventions were adopted by the Debtors in preparation of the Schedules and Statements:

(a)     Fair Market Value; Book Value.  Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records.  Where the current market value of assets is unknown, the Debtors have based their valuation on book values net of depreciation. The Debtors reserve the right to amend or adjust the value of each asset or liability set forth herein.

(b)     Inventories.  Inventories are valued in the Schedules and Statements at the values indicated on the Debtors' books and records.

(c)     Leased Real and Personal Property.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, without limitation, certain equipment, from certain third-party lessors.  The Debtors believe that all such leases are set forth in the Schedules and Statements.  The property subject to the leases is not reflected  in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to all such issues.

(d)     Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

(e)     Payments Made within 90 Days prior to the Petition Date and Payments to Insiders within One Year of Petition Date.     Payments made in the

ordinary course of the Debtors' business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the SOFA question 3.  Payments to insiders within one year of the Petition Date, including transfers within 90 days of the Petition Date, are listed in response to SOFA question 4 and, with certain exceptions, are not separately set forth in response to SOFA question 3.  In preparing their responses to SOFA question 4, and in the interest of full disclosure, the Debtors used an expansive interpretation of the term "insider".  Inclusion or omission of a creditor as an "insider" on the Debtors' response to SOFA question 4 is not determinative as to whether creditor is actually an "insider," as such term is defined in the Bankruptcy Code and the Debtors reserve all of their rights with respect to such characterization.  Moreover, payments are listed in response to SOFA questions 3 and 4 without regard as to whether such payments were made on account of antecedent debt, and the Debtors reserve all of their rights with respect to such issue.

(f)     <u>Statement of Financial Affairs – Payments to Insiders</u>.  Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4.  The Debtors reserve all rights with respect to the characterization of payments listed in response to questions 4 and 30.

(g)     <u>Statement of Financial Affairs – Suits and Administration Proceedings</u>.  Although the Debtors have attempted to list in question 7 all known claimants with pending suits or administrative proceedings, certain actions may have been inadvertently omitted.  The Debtors reserve all of their rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

16.     **Schedule D**. Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court.  No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of a claimant or a waiver of the Debtors' rights to recharacterize or reclassify a claim or contract.

17.     **Schedule E/F**. The Debtors' analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim on Schedule E/F.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated and disputed in the Schedules and Statements.  Some of the potential litigation listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  In addition, workers' compensation claims that are covered in full under the Debtors' insurance policies are not included on Schedule E/F.  Any information contained in Schedule E/F with respect to pending or potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 291] (the "**Wage Order**"), the Debtors were authorized to pay, and did pay, certain pre-petition claims for employee wages and other related obligations.  As such, while the Debtors have listed such pre-petition wage and related employee claims in Schedule E/F, the Debtors have marked such claims as "contingent" and "unliquidated" because they have already been paid in accordance with the Wage Order.

19.     **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using reasonable efforts.  The Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable. The Debtors hereby reserve all rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first

refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. The Debtors reserve all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same vendor or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable or separate contracts. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors also reserve all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. Further, the Debtors reserve all rights to later amend the Schedules and Statements to the extent that additional information regarding the Debtor obligor to an executory contract becomes available.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Any and all of the Debtors' rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

20. **Schedule H**. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

Neither the Debtors, their agents, nor their attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither are they liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not, and

however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

| Debtor Name | **Center City Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11466** |

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

---

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................

$99,430,409.06

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*................................................................................

$99,430,409.06

---

**Part 2:** Summary of Liabilities

---

2. *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$57,456,342.37

3. *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*...............................................

$10,859,953.09

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*..................................

**+** $87,695,477.75

4. **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b

$156,011,773.20

| Debtor Name | **Center City Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **19-11466** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand**                                                                                     Unrestricted cash

3.  **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Well Fargo Bank, N.A. | Commercial DDA | 6039 | $0.00 |
| 3.2 | Well Fargo Bank, N.A. | Commercial DDA | 6070 | $7,843,427.07 |
| 3.3 | Well Fargo Bank, N.A. | Government Deposit Account | 6071 | $0.00 |
| 3.4 | Well Fargo Bank, N.A. | Non-Government Account | 5981 | $0.00 |
| 3.5 | Bank of America | Checking/Depository | 8223 | $0.00 |

4.  **Other cash equivalents**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $7,843,427.07 |
|---|

### Part 2:    Deposits and prepayments

Debtor  Center City Healthcare, LLC                                   Case Number (if known) 19-11466

6. **Does the debtor have any deposits or prepayments?**

  ☐ No. Go to Part 3.

  ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1   See attached Schedule A/B Exhibit 8                                   $2,381,593.99

9. **Total of Part 2**
   Add lines 7 through 8.  Copy the total to line 81.                          | **$2,381,593.99** |

---

**Part 3:**      **Accounts Receivable**

---

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.

  ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | $40,434,832.00 - | $0.00 = | $40,434,832.00 |
| | face amount | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | $26,111,779.00 - | $0.00 = | $26,111,779.00 |
| | face amount | doubtful or uncollectible accounts | |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$66,546,611.00** |

---

**Part 4:**      **Investments**

---

13. **Does the debtor own any investments?**

  ☑ No. Go to Part 5.

  ☐ Yes. Fill in the information below.

Debtor  Center City Healthcare, LLC                                    Case Number (if known) 19-11466

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                    % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

[ _____ ]

| Part 5: | Inventory, excluding agricultural assets |
|---|---|

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. **Raw Materials** | | | | | |
| 20. **Work in progress** | | | | | |
| 21. **Finished goods, including goods held for resale** | | | | | |
| 22. **Other inventory or supplies** | | | | | |
| 22.1  Pharmaceuticals, medical supplies, surgical gloves, surgical supplies, office supplies | N/A | $7,783,767.00 | | Net book value | $7,783,767.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

[ **$7,783,767.00** ]

Debtor  Center City Healthcare, LLC                                    Case Number (if known) 19-11466

24. **Is any of the property listed in Part 5 perishable?**

☑ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|----------------------------------------|------------------------------------|

28. **Crops - either planted of harvested**

29. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

Debtor  Center City Healthcare, LLC                         Case Number (if known) 19-11466

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.   Book Value $ _____   Valuation Method _____   Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No.
    ☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  Center City Healthcare, LLC                                                   Case Number (if known) 19-11466

| | | | |
|---|---|---|---|
| 39.1 | Office Desks, Office Chairs, Filing Cabinets, Bookcases, Appliances, Benches, Couches, Tables | Unknown | N/A | Unknown |

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| 41.1 | Medical equipment, desktop computers, laptop computers, computer keyboards, computer mice, monitors, televison screens, projecting equipment, various cabling, etc. | Unknown | N/A | Unknown |

**42. Collectibles**

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | Various paintings, city maps, photography and other artwork | Unknown | N/A | Unknown |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.

☐ Yes.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

**Part 8:**   **Machinery, equipment, and vehicles**

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

Debtor  Center City Healthcare, LLC                                    Case Number (if known) 19-11466

48.  **Watercraft, trailers, motors, and related accessories**
     Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     50.1    See attached Schedule A/B Exhibit 50                                        $14,875,010.00

51.  **Total of Part 8.**                                                        | $14,875,010.00 |
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No.
     ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

**Part 9:**     **Real property**

54.  **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

     55.1    Please see list of non-residential real property leases
             reflected in Debtor's Schedule G

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

Debtor  Center City Healthcare, LLC                                    Case Number (if known) 19-11466

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No.

    ☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No.

    ☐ Yes.

**Part 10:**     **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 61.1  Hahnemann University Hospital Website https://www.hahnemannhospital.com/SitePages/Home.aspx | Unknown | Unknown | Unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 62.1  See attached Schedule A/B Exhibit 62 | | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

Debtor  Center City Healthcare, LLC                                    Case Number (if known) 19-11466

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____ - _____ =
Total face amount          Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Debtor  Center City Healthcare, LLC                                    Case Number (if known) 19-11466

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

                                                                                      Unknown

      **Nature of claim**              See attached Schedule A/B Exhibit 74

      **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                                      Unknown

      **Nature of claim**              Various potential claims being investigated.

      **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
      Examples: Season tickets, country club membership

78. **Total of Part 11.**
      Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ☑ No.
      ☐ Yes.

Debtor  Center City Healthcare, LLC

Case Number (if known) 19-11466

| Part 12: | Summary |

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$7,843,427.07** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,381,593.99** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$66,546,611.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$7,783,767.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$14,875,010.00** | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | | |

91. **Total.** Add lines 80 through 90 for each column. 91a. | **$99,430,409.06** | **+** | 91b. | **$0.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................................... | **$99,430,409.06**

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Debtor : Center City Healthcare, LLC**
**Case : 19-11466**
**Schedule AB 8 : Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description | Current value |
|---|---|
| Accreditation | $ 92,250.00 |
| Amer College O | $ 14,839.33 |
| Amer Medical Associates | $ 2,005.17 |
| American Association of Blook Bank | $ 4,057.50 |
| American College of Cardiology | $ 13,932.50 |
| American College of Physicians | $ 18,000.00 |
| American College of Radiology | $ 5,016.67 |
| American College of Surgeons | $ 4,333.33 |
| American Heart Association | $ 1,625.00 |
| American Medical Association | $ 34,631.82 |
| ASHP | $ 2,100.00 |
| Beckman Coulter, Inc. | $ 66,155.40 |
| Biomerieux Inc | $ 35,315.20 |
| Boston Software | $ 4,500.00 |
| Broadcast Music Inc. | $ 946.37 |
| Carestream Health Inc | $ 8,750.00 |
| Center City District | $ 122,649.95 |
| Cepheid | $ 2,890.00 |
| Chamber of Commerce | $ 7,142.86 |
| Change Healthcare Technologies, LLC | $ 45,127.37 |
| City of Philadelphia | $ 875,188.56 |
| Clinical Laboratory Mgmt Asso Inc | $ 2,000.00 |
| College of American Pathologist | $ 23,481.11 |
| Commonwealth of Pennsylvania | $ 93,053.75 |
| Convergeone Systems | $ 41,411.62 |
| Corporate Lamp And Electric Recycling LLC | $ 1,750.00 |
| Council On Pod | $ 3,700.00 |
| Daisy Foundation | $ 947.92 |
| Department of Environmental Protection | $ 13,962.50 |
| Digital Innova | $ 583.33 |
| Electronic Security Solutions LLC | $ 44,364.38 |
| Enovate Medical | $ 7,875.00 |
| FL Business Technologies LLC/Corp | $ 1,207.50 |
| Four Rivers Software Inc | $ 11,517.19 |
| Healthline Solutions Inc | $ 3,675.67 |
| Healthshare Exchange of Southeastern Pennsylvania, Inc. | $ 20,151.67 |
| Healthstream Inc | $ 13,429.88 |
| Hologic Inc | $ 19,854.75 |
| Hospital & Healthsystem Assoc | $ 31,550.15 |
| Icontracts Inc | $ 9,667.33 |
| Imalogix | $ 600.00 |

| Description | Current value |
|---|---|
| Konica Minolta | $ 10,085.83 |
| Linkedin | $ 7,603.13 |
| Lumedx Corp | $ 17,487.50 |
| Major Medical Hospital Services, Inc. | $ 5,347.13 |
| Media Lab Inc | $ 14,822.00 |
| Medtronic USA | $ 18,083.08 |
| Misys Healthcare | $ 25,798.33 |
| Nanosonics Inc | $ 2,070.00 |
| New Innovation | $ 715.53 |
| Nuance Communications, Inc. | $ 11,614.77 |
| PA Dept of Health | $ 570.00 |
| PA Dept of Labor & Industry | $ 2,051.95 |
| PA Trauma Systems | $ 31,539.00 |
| Perigen | $ 36,120.00 |
| Philadelphia Parent Child Center | $ 5,000.00 |
| Quantros Inc | $ 3,852.00 |
| Reclass | $ (4,400.70) |
| Regents of University of CA | $ 815.00 |
| Sales Tax Adjustment | $ 256,169.65 |
| Sales Tax Prepayment- State of PA | $ 175,735.17 |
| Scientific Apparatus Service, Inc. | $ 2,883.67 |
| Society Thoracic Surgeons/Inc | $ 2,425.00 |
| Sunquest | $ 33,434.64 |
| Tozour Trane Inc | $ 5,648.38 |
| Trauma Center Assoc of Amer | $ 833.34 |
| Universal Digital Resources | $ 5,408.33 |
| West, William Geoffrey | $ 3,640.50 |
| | |
| **Total** | **$ 2,381,593.99** |
| | |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 50

## OTHER MACHINERY, FIXTURES, AND EQUIPMENT
## (EXCLUDING FARM MACHINERY AND EQUIPMENT)

**Debtor : Center City Healthcare, LLC**
**Case : 19-11466**
**Schedule AB 50 : Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| #3 KNIFE HANDLE | $        10.00 | Fair Value | $        10.00 |
| #3 KNIFE HANDLE LG. ANG. | $        10.00 | Fair Value | $        10.00 |
| #3 KNIFE HANDLE LONG | $       225.00 | Fair Value | $       225.00 |
| #3L SCALPEL | $         5.00 | Fair Value | $         5.00 |
| #61079 LINK ASSET TO CREDIT | $        (5.00) | Fair Value | $        (5.00) |
| #63369 LINK ASSET TO CREDIT | $      (195.00) | Fair Value | $      (195.00) |
| #63528 LINK ASSET TO CREDIT | $      (195.00) | Fair Value | $      (195.00) |
| #63529 LINK ASSET TO CREDIT | $      (305.00) | Fair Value | $      (305.00) |
| #63531 LINK ASSET TO CREDIT | $       (50.00) | Fair Value | $       (50.00) |
| #63532 LINK ASSET TO CREDIT | $       (50.00) | Fair Value | $       (50.00) |
| #63533 LINK ASSET TO CREDIT | $       (50.00) | Fair Value | $       (50.00) |
| #63534 LINK ASSET TO CREDIT | $       (50.00) | Fair Value | $       (50.00) |
| #63535 LINK ASSET TO CREDIT | $       (50.00) | Fair Value | $       (50.00) |
| #63536 LINK ASSET TO CREDIT | $       (50.00) | Fair Value | $       (50.00) |
| #63537 LINK ASSET TO CREDIT | $       (50.00) | Fair Value | $       (50.00) |
| (10) CUBICLE CURTAINS,BEDSPREA | $     4,050.00 | Fair Value | $     4,050.00 |
| (11) OXYGEN FLOW METERS @ $40. | $        45.00 | Fair Value | $        45.00 |
| (12) PIECES OF ARTWORK FOR 17T | $       225.00 | Fair Value | $       225.00 |
| (13) LP12 AC POWER ADAPTER @ $ | $     1,850.00 | Fair Value | $     1,850.00 |
| (13) SMALL RED BIOHAZARD TRASH | $        95.00 | Fair Value | $        95.00 |
| (14) SETH THOMAS CLOCKS @ $39. | $        55.00 | Fair Value | $        55.00 |
| (150)GENESIS CONTAINERS (43978 | $     3,275.00 | Fair Value | $     3,275.00 |
| (17) SHOWER CURTAINS 48* X 76* | $       725.00 | Fair Value | $       725.00 |
| (176) TAG, I.D. AND BASKETS (3 | $        65.00 | Fair Value | $        65.00 |
| (18)CUBICLE CURTAINS FABR. AND | $       900.00 | Fair Value | $       900.00 |
| (2 BXS) KWIII 80 LOCATION CABB | $       900.00 | Fair Value | $       900.00 |
| (2) ADD 256 MB MEMORY TO VL400 | $       225.00 | Fair Value | $       225.00 |
| (2) BANK UNIT ILLUMINATOR 28 X | $        35.00 | Fair Value | $        35.00 |
| (2)ANVIL GRASPER,CLICKLINE 5MM | $     1,250.00 | Fair Value | $     1,250.00 |
| (2)CORD,HI FREQ,W/8MM PLUG 300 | $        80.00 | Fair Value | $        80.00 |
| (2)DEV.,SUBCUTANEOUS FASCIA CL | $       150.00 | Fair Value | $       150.00 |
| (2)NEEDLE HOLDER,KOH MACRO,AXI | $       300.00 | Fair Value | $       300.00 |
| (2)TIER,KNOT,SEMM'F/EXTRACORPO | $        40.00 | Fair Value | $        40.00 |
| (20) CATEGORY 5 ENHANCED CABLE | $       425.00 | Fair Value | $       425.00 |
| (20) CODE ALERT ALARMING BAND | $       200.00 | Fair Value | $       200.00 |
| (25) SUCTION REGULATOR,SURG.ST | $       375.00 | Fair Value | $       375.00 |
| (25) TRAP, VACUUM, DISS HTX BA | $       150.00 | Fair Value | $       150.00 |
| (3) SEAT SOFA VINYL | $       100.00 | Fair Value | $       100.00 |
| (3) SEAT SOFA-VINYL | $       200.00 | Fair Value | $       200.00 |
| (3) STOOL,SHOWERS | $        95.00 | Fair Value | $        95.00 |
| (4) A08 REMOTE SUPPORT SERV'S | $        15.00 | Fair Value | $        15.00 |
| (4) LEG CHAIRS- #022 PEWTER FA | $       150.00 | Fair Value | $       150.00 |
| (4)CLICKLINE DEBAKEY GRASP FOR | $       450.00 | Fair Value | $       450.00 |
| (5) NETWORK CABLE INSTAL'N/(1) | $       150.00 | Fair Value | $       150.00 |
| (60) MORSE WATCHMAN SMART KEYS | $        75.00 | Fair Value | $        75.00 |
| (7) SWIVEL CHAIRS (MIDNIGHT) | $       200.00 | Fair Value | $       200.00 |
| (8) DOLLY W/CASTERS (@ $30.65 | $        70.00 | Fair Value | $        70.00 |
| *S* RETRACTOR | $        25.00 | Fair Value | $        25.00 |
| 1 MB DATALINK CALL STORAGE DEV | $       225.00 | Fair Value | $       225.00 |
| 1 SECTION FILM VIEW ORTHOPEDIC | $        90.00 | Fair Value | $        90.00 |
| 1 SET OF SIDE HOOK CABLE HOLDE | $         5.00 | Fair Value | $         5.00 |
| 1 U KMM CONSOLE WITH TOUCHPAD | $       225.00 | Fair Value | $       225.00 |
| 1* WIDE DEAVER RETRACTOR | $        40.00 | Fair Value | $        40.00 |
| 1.1 CU FT.SANYO MICROWAVE, COL | $        40.00 | Fair Value | $        40.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 1.4 GHZ INTELLIVUE TELE TRX | $ 27,500.00 | Fair Value | $ 27,500.00 |
| 1/4  DRILL WITH JACOBS CHUCK | $ 350.00 | Fair Value | $ 350.00 |
| 1/4O DRILL WITH JACOBS CHUCK | $ 190.00 | Fair Value | $ 190.00 |
| 1:1 HEAD | $ 30.00 | Fair Value | $ 30.00 |
| 10 " LCD TV | $ 125.00 | Fair Value | $ 125.00 |
| 10 WALL MOUNTS EXT ARMS & BRAC | $ 225.00 | Fair Value | $ 225.00 |
| 10" LCD TV | $ 2,500.00 | Fair Value | $ 2,500.00 |
| 10* ALLIS FORCEP | $ 100.00 | Fair Value | $ 100.00 |
| 10* THUMB FCP. | $ 25.00 | Fair Value | $ 25.00 |
| 10* TISSUE FCP. 1X2 TEETH | $ 25.00 | Fair Value | $ 25.00 |
| 10.0MM MINI-ACUTRAK FIXATION S | $ 175.00 | Fair Value | $ 175.00 |
| 10GB LR X2 MODULE | $ 23,650.00 | Fair Value | $ 23,650.00 |
| 10GB LRM SFP MODULE | $ 25,300.00 | Fair Value | $ 25,300.00 |
| 10GBASE LR SFP MODULE | $ 10,750.00 | Fair Value | $ 10,750.00 |
| 10GBASE LR X2 MODULE | $ 10,750.00 | Fair Value | $ 10,750.00 |
| 10GBASE LRM X2MODULE | $ 2,400.00 | Fair Value | $ 2,400.00 |
| 10MM BABCOCK GRASP | $ 45.00 | Fair Value | $ 45.00 |
| 10MM RT. ANGLE DISSECTOR | $ 45.00 | Fair Value | $ 45.00 |
| 10MM-11MM-12MM/125 DEG TI CANN | $ 225.00 | Fair Value | $ 225.00 |
| 10MM-11MM-12MM/130 DEG TI CANN | $ 225.00 | Fair Value | $ 225.00 |
| 10NT VFD REPLACEMENT IN AHU# 1 | $ 2,100.00 | Fair Value | $ 2,100.00 |
| 10P LOCAL BASE LIGHT SOURCE | $ 2,075.00 | Fair Value | $ 2,075.00 |
| 10X WIDEFIELD EYEPIECE | $ 225.00 | Fair Value | $ 225.00 |
| 10X12* GRID CAP -1031LPI-8:1 R | $ 50.00 | Fair Value | $ 50.00 |
| 11.0MM TI HELICAL BLADE 80MM - | $ 405.00 | Fair Value | $ 405.00 |
| 1100W AC CONFIG 1 POWER SUPPLY | $ 29,750.00 | Fair Value | $ 29,750.00 |
| 11MM/130 DEG TI CANN TROCH FIX | $ 1,400.00 | Fair Value | $ 1,400.00 |
| 12 GAL. RED STEEL STEP CAN | $ 15.00 | Fair Value | $ 15.00 |
| 12 PATIENT CAPABILITY SOFTWARE | $ 6,400.00 | Fair Value | $ 6,400.00 |
| 12* DOULBE LEVEL MITER SAW | $ 55.00 | Fair Value | $ 55.00 |
| 12* DRAWER | $ 20.00 | Fair Value | $ 20.00 |
| 12* L.L. | $ 1,150.00 | Fair Value | $ 1,150.00 |
| 12* LASER AIMER/LOCALIZER | $ 375.00 | Fair Value | $ 375.00 |
| 12* X 36* X 72* BOOKCASE | $ 70.00 | Fair Value | $ 70.00 |
| 1200W/1500VA RACK UPS-2U-APC | $ 1,350.00 | Fair Value | $ 1,350.00 |
| 120VT SELF CONTAINED TEMP./HUM | $ 250.00 | Fair Value | $ 250.00 |
| 125 DEGREE SC POTTS SC | $ 130.00 | Fair Value | $ 130.00 |
| 12-LEAD STARTER KIT (AHA) | $ 50.00 | Fair Value | $ 50.00 |
| 12MM DISTRACTOR PINS STERILE | $ 70.00 | Fair Value | $ 70.00 |
| 12MM ENDOSCOPE CANNUAL MOUNT, | $ 200.00 | Fair Value | $ 200.00 |
| 13" OLYMPUS COLOR VIDEO MONITO | $ 675.00 | Fair Value | $ 675.00 |
| 14 MM DISTRACTOR PINS STERILE | $ 70.00 | Fair Value | $ 70.00 |
| 14" BROWN CLOCK | $ 30.00 | Fair Value | $ 30.00 |
| 14" MONITOR PLATFORM FOR WM-60 | $ 50.00 | Fair Value | $ 50.00 |
| 14.75' X 16'H DOOR KIT FOR HUT | $ 10.00 | Fair Value | $ 10.00 |
| 14.75* X 16*H DOOR KIT FOR HUT | $ 40.00 | Fair Value | $ 40.00 |
| 1427 VINE SWITCH UPGRADE | $ 3,925.00 | Fair Value | $ 3,925.00 |
| 14-FUNCTION WATER-RESISTANT FO | $ 350.00 | Fair Value | $ 350.00 |
| 14X17 DECUBITUS GRID | $ 85.00 | Fair Value | $ 85.00 |
| 14X17* GRID CAP 103LPI- 8:1 RA | $ 160.00 | Fair Value | $ 160.00 |
| 15 INCH FLAT PANEL DISPLAY W/C | $ 200.00 | Fair Value | $ 200.00 |
| 15* X 60* 42 1/2*H OPEN HUTCH | $ 70.00 | Fair Value | $ 70.00 |
| 15* X 60* X 42 1/2*H OPEN HUTC | $ 105.00 | Fair Value | $ 105.00 |
| 15* XGA MAIN DISPLAY | $ 500.00 | Fair Value | $ 500.00 |
| 1525L 15-INCH LCD DESKTOP TOUC | $ 1,350.00 | Fair Value | $ 1,350.00 |
| 16 GALLON STEP-ON WASTEGBASKET | $ 150.00 | Fair Value | $ 150.00 |
| 16 MM DISTRACTOR PINS STERILE | $ 70.00 | Fair Value | $ 70.00 |
| 16 PORT 10G W/DFC4 | $ 18,000.00 | Fair Value | $ 18,000.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 16 Port Keyboard/Video/Mouse A | $ 225.00 | Fair Value | $ 225.00 |
| 16:1 REDUCER | $ 40.00 | Fair Value | $ 40.00 |
| 16PORT 10G W/DFC4 | $ 18,000.00 | Fair Value | $ 18,000.00 |
| 17 X 12" STORAGE DRAWER | $ 20.00 | Fair Value | $ 20.00 |
| 17 X 3" STORAGE DRAWER | $ 30.00 | Fair Value | $ 30.00 |
| 17 X 9" STORAGE DRAWER | $ 15.00 | Fair Value | $ 15.00 |
| 17* X 21* X 3.5 MELAMINE PULL- | $ 10.00 | Fair Value | $ 10.00 |
| 17* X 21* X 3.5* MELAMINE PULL | $ 40.00 | Fair Value | $ 40.00 |
| 17*X21*X3.5* MELAMINE PULL-OUT | $ 20.00 | Fair Value | $ 20.00 |
| 17.75* X 16* H DOOR KIT FOR HU | $ 20.00 | Fair Value | $ 20.00 |
| 17FR CYSTO-URETHROSCOPE SHEATH | $ 255.00 | Fair Value | $ 255.00 |
| 17FR SHEATH ONLY FOR 27026UA L | $ 100.00 | Fair Value | $ 100.00 |
| 17TH FL. SOUTH TOWER FURNITURE | $ 5,700.00 | Fair Value | $ 5,700.00 |
| 17TH SOUTH TOWER- CABINET CONF | $ 850.00 | Fair Value | $ 850.00 |
| 17X3" STORAGE DRAWER - HEART T | $ 55.00 | Fair Value | $ 55.00 |
| 18 GAL.STEP-ON WASTEBASKET,RED | $ 250.00 | Fair Value | $ 250.00 |
| 18"FIXED ARM-SWINGAWAY ELAVAT' | $ 225.00 | Fair Value | $ 225.00 |
| 19" F.P. MONITOR | $ 100.00 | Fair Value | $ 100.00 |
| 19" FP MONITOR - REPLACEMNT EE | $ 175.00 | Fair Value | $ 175.00 |
| 19* REMOTE MONITOR W/CABLES AN | $ 425.00 | Fair Value | $ 425.00 |
| 19* X 16* X 28* MOBILE PEDESTA | $ 30.00 | Fair Value | $ 30.00 |
| 19* X 16* X 28*H MOBILE PEDEST | $ 35.00 | Fair Value | $ 35.00 |
| 19-1/4* X 36* X 28-1/2* H 2-DR | $ 90.00 | Fair Value | $ 90.00 |
| 19-1/4* X 36* X 28-1/2*H 2-DRA | $ 90.00 | Fair Value | $ 90.00 |
| 193 KARISMA WALL SAVER RECLINE | $ 400.00 | Fair Value | $ 400.00 |
| 196 KARISMA WALL SAVER RECLINE | $ 400.00 | Fair Value | $ 400.00 |
| 1GB MODULE FOR PE 4400 SERVER | $ 50.00 | Fair Value | $ 50.00 |
| 1MM CURVED KERRISON | $ 225.00 | Fair Value | $ 225.00 |
| 1MM KERRISON VIOLET | $ 65.00 | Fair Value | $ 65.00 |
| 1ST FL LOBBY /WIELAN D SERIES | $ 1,375.00 | Fair Value | $ 1,375.00 |
| 2 BLOOD PRESSURE CUFFS AND 4 E | $ 125.00 | Fair Value | $ 125.00 |
| 2 DELL COMPUTERS | $ 25.00 | Fair Value | $ 25.00 |
| 2 LITH BATTERIS | $ 60.00 | Fair Value | $ 60.00 |
| 2 POCKET W/FILE CHART HOLDER | $ 120.00 | Fair Value | $ 120.00 |
| 2 POLE 240V 150A SQUARE D BREA | $ 20.00 | Fair Value | $ 20.00 |
| 2 SEAT SOFA | $ 175.00 | Fair Value | $ 175.00 |
| 2 SEAT TANDEM W/INTERVENING AR | $ 300.00 | Fair Value | $ 300.00 |
| 2 SEAT W/INTERV ARM | $ 250.00 | Fair Value | $ 250.00 |
| 2 TRAY,LG LAPCARE,/STERI/STGE | $ 125.00 | Fair Value | $ 125.00 |
| 2 ULTRASOUND SYSTEMS FOR UROLO | $ 1,850.00 | Fair Value | $ 1,850.00 |
| 2.0CM LEFT ABS OVIOD CAP WITH | $ 15.00 | Fair Value | $ 15.00 |
| 2.0CM RIGHT ABS OVOID CAP WITH | $ 15.00 | Fair Value | $ 15.00 |
| 2.5CM LETF ABS OVOID CAP WITH | $ 15.00 | Fair Value | $ 15.00 |
| 2.5CM RIGHT ABS OVOID CAP WITH | $ 15.00 | Fair Value | $ 15.00 |
| 20 GB 4 MM INTERNAL DAT DRIVE | $ 125.00 | Fair Value | $ 125.00 |
| 2-0 THHN COPPER (100 FT. @ .63 | $ 5.00 | Fair Value | $ 5.00 |
| 20 X 92 TOP | $ 30.00 | Fair Value | $ 30.00 |
| 20" MONITOR PLATFORM FOR WM-60 | $ 80.00 | Fair Value | $ 80.00 |
| 20" STANDARD HIP CHAIRS | $ 1,200.00 | Fair Value | $ 1,200.00 |
| 20" VGA MONITOR PLATFORM FOR W | $ 50.00 | Fair Value | $ 50.00 |
| 20" ZENITH HEALTHCARE TELEVISI | $ 40.00 | Fair Value | $ 40.00 |
| 20" ZENITH HEALTHCARE TV | $ 35.00 | Fair Value | $ 35.00 |
| 20* X 36* X 29* H 2-DRAWER LAT | $ 35.00 | Fair Value | $ 35.00 |
| 20* X 36* X 29*H 2-DRAWER LATE | $ 35.00 | Fair Value | $ 35.00 |
| 20* X 66* X 29* H CREDENSA W/P | $ 35.00 | Fair Value | $ 35.00 |
| 20*X20*X72*H END CAP FOR WARDR | $ 120.00 | Fair Value | $ 120.00 |
| 2015 WITH 14 INCH MONITOR | $ 250.00 | Fair Value | $ 250.00 |
| 2030 PARAFIN DISPENSOR | $ 675.00 | Fair Value | $ 675.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2030 PARAFIN DISPENSOR/REF ASS | $ (675.00) | Fair Value | $ (675.00) |
| 20X30MM LONGITUDE BLADE | $ 70.00 | Fair Value | $ 70.00 |
| 20X36X37 3/4H 3-DRAW LATER AL | $ 225.00 | Fair Value | $ 225.00 |
| 20X40MM LONGITUDE BLADE GREEN | $ 70.00 | Fair Value | $ 70.00 |
| 20X50MM LONGITUDINAL BLADE RED | $ 70.00 | Fair Value | $ 70.00 |
| 20X60MM LONGITUDINAL BLADE BLU | $ 70.00 | Fair Value | $ 70.00 |
| 20X70MM LONGITUDINAL BLADE GOL | $ 70.00 | Fair Value | $ 70.00 |
| 21.5IN FLAT PANEL DISPLAY | $ 200.00 | Fair Value | $ 200.00 |
| 21FR SACHSE URETHROTOME SHEATH | $ 415.00 | Fair Value | $ 415.00 |
| 22 FR EXTENDED LENGTH CYSTO | $ 175.00 | Fair Value | $ 175.00 |
| 22FR CYSTO-URETHROSCOPE SHEATH | $ 255.00 | Fair Value | $ 255.00 |
| 23KHZ STRAIGHT HANDPIECE | $ 1,325.00 | Fair Value | $ 1,325.00 |
| 23X30 MM DISCECTOMY BLADE VIOL | $ 70.00 | Fair Value | $ 70.00 |
| 23X40MM DISCECTOMY BLADE GREEN | $ 70.00 | Fair Value | $ 70.00 |
| 23X50MM DISECOTOMY BLADE RED | $ 70.00 | Fair Value | $ 70.00 |
| 23X60MM DISECTOMY BLADE BLUE | $ 70.00 | Fair Value | $ 70.00 |
| 23X70MM DISCECTOMY BLADE GOLD | $ 70.00 | Fair Value | $ 70.00 |
| 24 PATIENT MONITORS (32264-322 | $ 6,800.00 | Fair Value | $ 6,800.00 |
| 24 X 30 CM WITH LANEX REGULAR | $ 200.00 | Fair Value | $ 200.00 |
| 24 X 30 END TABLE | $ 100.00 | Fair Value | $ 100.00 |
| 24 X 42 LEFT SINGLE PEDESTAL D | $ 45.00 | Fair Value | $ 45.00 |
| 24* X 42* X 29* H FLUSH BRIDGE | $ 15.00 | Fair Value | $ 15.00 |
| 24* X 48* X 29* H FLUSH BRIDGE | $ 30.00 | Fair Value | $ 30.00 |
| 24.0MM MINI-ACUTRAK FIXATION S | $ 40.00 | Fair Value | $ 40.00 |
| 240 DOWNTOWN TANDEM 1 SEAT | $ 300.00 | Fair Value | $ 300.00 |
| 241 DOWNTOWN TANDEM-1 SEAT | $ 450.00 | Fair Value | $ 450.00 |
| 243 DOWNTOWN TANDEM - 1 SEAT | $ 750.00 | Fair Value | $ 750.00 |
| 247 DOWNTOWN TANDEM - 1 SEAT | $ 300.00 | Fair Value | $ 300.00 |
| 24V- 100W HALOGEN BULB- EACH ( | $ 40.00 | Fair Value | $ 40.00 |
| 24X48 SOLID GALV SHELV | $ 125.00 | Fair Value | $ 125.00 |
| 25 USER SERVER W/EXPANDED STRG | $ 200.00 | Fair Value | $ 200.00 |
| 256MB MODULE FOR A DELL OPTIPL | $ 1,815.00 | Fair Value | $ 1,815.00 |
| 256MB RAM 2X128MB F/POEREDGE 4 | $ 40.00 | Fair Value | $ 40.00 |
| 256MB SDRAM, 100MHZ, 1 SODIMM | $ 200.00 | Fair Value | $ 200.00 |
| 25FR CYSTO-URETHROSCOPE SHEATH | $ 255.00 | Fair Value | $ 255.00 |
| 26" TRAUMA STRETCHER (FTH),COL | $ 475.00 | Fair Value | $ 475.00 |
| 26FR FIXED INNER TUBE W/CER IN | $ 300.00 | Fair Value | $ 300.00 |
| 26FR RESECTOSCOPE SHEATH W/ OB | $ 375.00 | Fair Value | $ 375.00 |
| 26FR SHEATH ONLY FOR 27040SL L | $ 260.00 | Fair Value | $ 260.00 |
| 2800 SERIES VERTICAL FILE- 4 D | $ 30.00 | Fair Value | $ 30.00 |
| 28FR FIXED INNER TUBE W CER IN | $ 300.00 | Fair Value | $ 300.00 |
| 28FR SHEATH ONLY 27040SM LN11 | $ 175.00 | Fair Value | $ 175.00 |
| 28FR SHEATH ONLY FOR 27040SM L | $ 90.00 | Fair Value | $ 90.00 |
| 2950 UTP SWITCH | $ 575.00 | Fair Value | $ 575.00 |
| 2950 UTP/FX SWITCH | $ 250.00 | Fair Value | $ 250.00 |
| 2GB (2X1GB)MEMORY ADDITION FOR | $ 500.00 | Fair Value | $ 500.00 |
| 2MM KERRISON GREEN | $ 65.00 | Fair Value | $ 65.00 |
| 3 COM MHZ 10/100 LAN CARDBUS P | $ 15.00 | Fair Value | $ 15.00 |
| 3 ECG CH./RESPIRATION PARAMETE | $ 6,870.00 | Fair Value | $ 6,870.00 |
| 3 ECG CH/RESPIRATION PARAMETER | $ 650.00 | Fair Value | $ 650.00 |
| 3 SEAT SOFA/GRADE C FABRIC | $ 55.00 | Fair Value | $ 55.00 |
| 3 SEAT W/INTERV ARM | $ 350.00 | Fair Value | $ 350.00 |
| 3* DRAWER | $ 30.00 | Fair Value | $ 30.00 |
| 3.0CM LEFT ABS OVOID CAP WITH | $ 15.00 | Fair Value | $ 15.00 |
| 3.0CM RIGHT ABS OVIOD CAP WITH | $ 15.00 | Fair Value | $ 15.00 |
| 30 MINUTE UNINTERRUPTIBLE POWE | $ 200.00 | Fair Value | $ 200.00 |
| 30 PPM FLATBED FAX MFP | $ 100.00 | Fair Value | $ 100.00 |
| 30 X 60 TABLE | $ 50.00 | Fair Value | $ 50.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 30" CRASH CART,W/FLAP LOCKING | $ 250.00 | Fair Value | $ 250.00 |
| 30* X 60' X 29*H FREE STANDING | $ 25.00 | Fair Value | $ 25.00 |
| 300 W XENON LIGHT SOURCE | $ 450.00 | Fair Value | $ 450.00 |
| 32" HDTV | $ 140.00 | Fair Value | $ 140.00 |
| 32"LG-LCD-HDTV-W;/REM | $ 90.00 | Fair Value | $ 90.00 |
| 33MM BIPOLAR GRASP FORCE | $ 550.00 | Fair Value | $ 550.00 |
| 3400E THERMAL TRANSFER BARCODE | $ 800.00 | Fair Value | $ 800.00 |
| 35 X 43 CM WITH LANEX MEDIUM | $ 160.00 | Fair Value | $ 160.00 |
| 35 X 43 CM WITH LANEX REGULAR | $ 240.00 | Fair Value | $ 240.00 |
| 35X82 MATTRESS W/ RF WELD SEAM | $ 3,600.00 | Fair Value | $ 3,600.00 |
| 36 CHANNEL HEAD END WIRE CONNE | $ 825.00 | Fair Value | $ 825.00 |
| 36 X 72 RACETRACK TABLE TOP | $ 95.00 | Fair Value | $ 95.00 |
| 36" COMMODES W/ARMS | $ 125.00 | Fair Value | $ 125.00 |
| 36" COMODES W/ARMS | $ 250.00 | Fair Value | $ 250.00 |
| 36"WIDE X 8 TIER 4 POST SHELVI | $ 475.00 | Fair Value | $ 475.00 |
| 36KNZ CEM NOSECONE  6/CS | $ 200.00 | Fair Value | $ 200.00 |
| 3COM COURIER V. EVERYTHING 56K | $ 400.00 | Fair Value | $ 400.00 |
| 3COM EVERYTHING 56K MODEM/REQU | $ 35.00 | Fair Value | $ 35.00 |
| 3COM/USR 56K V.90 FAX/MODEM IN | $ 50.00 | Fair Value | $ 50.00 |
| 3D 8.5MM VISION-8.5MM ENDOSCOP | $ 65.00 | Fair Value | $ 65.00 |
| 3D 8.5MM VISION-ENDOSCOPE CANN | $ 300.00 | Fair Value | $ 300.00 |
| 3D TREATMENT PLANNING UPGRADES | $ 1,325.00 | Fair Value | $ 1,325.00 |
| 3D VISION 12MM ENDOSCOPE 30 DE | $ 2,250.00 | Fair Value | $ 2,250.00 |
| 3D VISION-12MM ALIGNMENT TRAGE | $ 125.00 | Fair Value | $ 125.00 |
| 3D VISION-12MM ENDOSCOPE 0 DEG | $ 2,250.00 | Fair Value | $ 2,250.00 |
| 3D VISION-ILLUMINATOR LAMP MOD | $ 100.00 | Fair Value | $ 100.00 |
| 3D VISION-LIGHT GUIDE CABLE | $ 325.00 | Fair Value | $ 325.00 |
| 3DHD VISION SYSTEM-CAMERA HEAD | $ 6,600.00 | Fair Value | $ 6,600.00 |
| 3ECG CH/RESPIRATION MODULE | $ 600.00 | Fair Value | $ 600.00 |
| 3GX745 SM DESKTOP PENTIUM D | $ 375.00 | Fair Value | $ 375.00 |
| 3M CLEAN TRACE MGI LUMINOMETER | $ 250.00 | Fair Value | $ 250.00 |
| 3M DELCLOS UTERINE/VAGINAL APP | $ 350.00 | Fair Value | $ 350.00 |
| 3MM KERRISON RED | $ 65.00 | Fair Value | $ 65.00 |
| 4 BAY EXTENDED RANGE BATTERY C | $ 800.00 | Fair Value | $ 800.00 |
| 4 CHANNEL AMPLIFIER W/ARM- CAB | $ 825.00 | Fair Value | $ 825.00 |
| 4 LAP Apollo Green Lasers | $ 8,900.00 | Fair Value | $ 8,900.00 |
| 4 LEG CHAIR BRAUN SERIES WIELA | $ 720.00 | Fair Value | $ 720.00 |
| 4 LEG SETTEE BRAUB SERIES WIEL | $ 300.00 | Fair Value | $ 300.00 |
| 4 SEAT W/INTERV ARM | $ 225.00 | Fair Value | $ 225.00 |
| 4 TANDEM SEATING W/CORNER TABL | $ 525.00 | Fair Value | $ 525.00 |
| 4 WAVE SEGMENTS | $ 130.00 | Fair Value | $ 130.00 |
| 40 MHZ CPC (1ST CPC) - CARDIAC | $ 280.00 | Fair Value | $ 280.00 |
| 40 MHZ CPC (1ST CPC) - MONITOR | $ 400.00 | Fair Value | $ 400.00 |
| 40 MHZ CPC (MONITOR UPGRAD) FO | $ 400.00 | Fair Value | $ 400.00 |
| 40 MHZ CPC (MONITOR) FOR THE 2 | $ 320.00 | Fair Value | $ 320.00 |
| 40 QUART WASTEGASKET, COLOR: B | $ 85.00 | Fair Value | $ 85.00 |
| 400/450 SERIES TRAM NIBP KIT | $ 15.00 | Fair Value | $ 15.00 |
| 4070 SERIES FAN BACK GUEST (SE | $ 275.00 | Fair Value | $ 275.00 |
| 40GB IDE HARD DRIVE FOR DELL O | $ 40.00 | Fair Value | $ 40.00 |
| 40MHZ CPC PATIENT MONITOR | $ 210.00 | Fair Value | $ 210.00 |
| 42 X 72 TRESTLE TABLE | $ 65.00 | Fair Value | $ 65.00 |
| 4500,FULL, NUM,B/C,EXP MEMORY | $ 750.00 | Fair Value | $ 750.00 |
| 4510R+E CHASSIS WS-X4748-RJ45V | $ 44,000.00 | Fair Value | $ 44,000.00 |
| 453 STOOL-OPNL- PNEU HGT- MID | $ 40.00 | Fair Value | $ 40.00 |
| 4610X WIRELESS PLUS MAINSTREAM | $ 175.00 | Fair Value | $ 175.00 |
| 4-8 WALL MOUNTED APRON RACK | $ 45.00 | Fair Value | $ 45.00 |
| 48 X 30 TABLE W/BLK CAST BASE | $ 15.00 | Fair Value | $ 15.00 |
| 48 X 36 (4) LEG TABLE | $ 35.00 | Fair Value | $ 35.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 4MM KERRISON BLUE | $ 65.00 | Fair Value | $ 65.00 |
| 4MM X 30 DEGREE VAS | $ 500.00 | Fair Value | $ 500.00 |
| 4MM-6MM-8MM-10MM-12MM- 14MM PR | $ 450.00 | Fair Value | $ 450.00 |
| 4TH ARM UPGRADE 8TH FL OR | $ 23,000.00 | Fair Value | $ 23,000.00 |
| 4TH FLR NT RECOVERY- CURTAIN F | $ 750.00 | Fair Value | $ 750.00 |
| 4TH FLR RECOVERY MINOR EQUIPME | $ 50.00 | Fair Value | $ 50.00 |
| 4VI NEEDLE GUIDE HARDWARE STAR | $ 425.00 | Fair Value | $ 425.00 |
| 4VI TRANSDUCER (MP) | $ 11,500.00 | Fair Value | $ 11,500.00 |
| 5  LEAD ECG PATIENT TRUNK CABL | $ 75.00 | Fair Value | $ 75.00 |
| 5 - LEAD STARTER KIT (AHA) | $ 30.00 | Fair Value | $ 30.00 |
| 5 " LOCKING SWIVEL | $ 15.00 | Fair Value | $ 15.00 |
| 5 1/4*MED. GRADE REWRITABLE MA | $ 375.00 | Fair Value | $ 375.00 |
| 5 DRW LAT FILE | $ 1,100.00 | Fair Value | $ 1,100.00 |
| 5 LEAD ECG PATIENT TRUNK CABLE | $ 250.00 | Fair Value | $ 250.00 |
| 5 LEAD ECG PT TRUNK CABLE-AAMI | $ 100.00 | Fair Value | $ 100.00 |
| 5 LEAD ECG TRUNK CABLE | $ 95.00 | Fair Value | $ 95.00 |
| 5 LEAD GRABBER IEC2 | $ 30.00 | Fair Value | $ 30.00 |
| 5 LEADSET GRABBER AAMI ICU | $ 90.00 | Fair Value | $ 90.00 |
| 5 MM KNOT TIER | $ 40.00 | Fair Value | $ 40.00 |
| 5 MM PALPATION PROBE | $ 25.00 | Fair Value | $ 25.00 |
| 5 POCKET LITERATURE RACK WOOD | $ 10.00 | Fair Value | $ 10.00 |
| 5 WIRE ECG LEAD SET | $ 100.00 | Fair Value | $ 100.00 |
| 5 WIRE ECG LEADSET | $ 7,700.00 | Fair Value | $ 7,700.00 |
| 5 WIRE LEADSET- SNAP | $ 40.00 | Fair Value | $ 40.00 |
| 5 WIRE LEADSET/SNAP | $ 175.00 | Fair Value | $ 175.00 |
| 5' X 5' PROJECTION SCREEN | $ 25.00 | Fair Value | $ 25.00 |
| 5/32  DRILL WITH JACOBS CHUCK | $ 350.00 | Fair Value | $ 350.00 |
| 50* LEAD APRON RACK | $ 30.00 | Fair Value | $ 30.00 |
| 5000 SONOC CT UPGRADE 01764T H | $ 2,475.00 | Fair Value | $ 2,475.00 |
| 50MM DIGITAL WRITER | $ 450.00 | Fair Value | $ 450.00 |
| 5-LEAD DIN ADAPTER/USE W/MULTI | $ 5.00 | Fair Value | $ 5.00 |
| 5LEAD ICU ACCESSORIES BUNDLE | $ 130.00 | Fair Value | $ 130.00 |
| 5MM 28CM INSULATED PROBE | $ 70.00 | Fair Value | $ 70.00 |
| 5MM- 32CM PUNCTURE NEEDLE | $ 30.00 | Fair Value | $ 30.00 |
| 5MM ASPIRATION NEEDLE | $ 20.00 | Fair Value | $ 20.00 |
| 5MM BLADE SYSTEM ADAPTER | $ 10.00 | Fair Value | $ 10.00 |
| 5MM CORBIT SPATULA TIP | $ 65.00 | Fair Value | $ 65.00 |
| 5MM INSULATE PROBE TIP | $ 30.00 | Fair Value | $ 30.00 |
| 5MM KERRISON GOLD | $ 65.00 | Fair Value | $ 65.00 |
| 5MM PALPATION PROBE | $ 70.00 | Fair Value | $ 70.00 |
| 5MM TROCAR & CANNULA | $ 200.00 | Fair Value | $ 200.00 |
| 5MM-32CM MYOMA SCREW | $ 45.00 | Fair Value | $ 45.00 |
| 5MM-32CM SUCTION TUBE-PUSH VAL | $ 65.00 | Fair Value | $ 65.00 |
| 6 1/4* ROCHESTER-OCHSNER | $ 20.00 | Fair Value | $ 20.00 |
| 6 3/4* CVD. MAYO SCISSOR | $ 15.00 | Fair Value | $ 15.00 |
| 6 FT. LAMINAR FLOW GLOVEBOX IS | $ 3,600.00 | Fair Value | $ 3,600.00 |
| 6 FT. SITTING HGT BASE STAND | $ 75.00 | Fair Value | $ 75.00 |
| 6 HOOK CATH MANAGER-( COMPONEN | $ 260.00 | Fair Value | $ 260.00 |
| 6 PLUS CARTRIDGE | $ 75.00 | Fair Value | $ 75.00 |
| 6 TANDEM SEATING W/CORNER TABL | $ 700.00 | Fair Value | $ 700.00 |
| 6.9.5 CARDIOLAB COMBOLAB CABLE | $ 1,150.00 | Fair Value | $ 1,150.00 |
| 60" GOKART 3 SHELVESM,1 LOCK 8 | $ 275.00 | Fair Value | $ 275.00 |
| 60" GOKART CART | $ 650.00 | Fair Value | $ 650.00 |
| 600P TREADMILL | $ 325.00 | Fair Value | $ 325.00 |
| 608-614 MHZ FOR CARDIAC MONITO | $ 125.00 | Fair Value | $ 125.00 |
| 6FT CENTRONICS PARALLEL EXT CA | $ 20.00 | Fair Value | $ 20.00 |
| 7* GERALD FCPS | $ 95.00 | Fair Value | $ 95.00 |
| 7* PLATFORM FCP | $ 70.00 | Fair Value | $ 70.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 7.0 REINFORCED ET TUBE | $ 40.00 | Fair Value | $ 40.00 |
| 7.5MHZ FLEXIBLE LAPAROSCOPIC U | $ 1,650.00 | Fair Value | $ 1,650.00 |
| 70 DEGREE SCOPE 9* VIDEO (ENT | $ 250.00 | Fair Value | $ 250.00 |
| 7040 DELL OP MT 15 500GB 8GB | $ 1,425.00 | Fair Value | $ 1,425.00 |
| 750 ROTOR W/TOOL RPLCS CAT# 13 | $ 200.00 | Fair Value | $ 200.00 |
| 7-FT. COMPUTER RACK MODEL 9142 | $ 90.00 | Fair Value | $ 90.00 |
| 8 1/4* HEANEY N.H. | $ 100.00 | Fair Value | $ 100.00 |
| 8 3/4* JORGENSON SCISSOR | $ 60.00 | Fair Value | $ 60.00 |
| 8 ARM MOBILE APRON RACK | $ 45.00 | Fair Value | $ 45.00 |
| 8' CAT 6 CROSSOVER CABLES STAN | $ 40.00 | Fair Value | $ 40.00 |
| 8 OUTLET SWITCHED RACK PDU | $ 55.00 | Fair Value | $ 55.00 |
| 8 X 10 IN WITH LANEX REGULAR S | $ 160.00 | Fair Value | $ 160.00 |
| 8* BABCOCK | $ 100.00 | Fair Value | $ 100.00 |
| 8* STR. ROCHESTER-OCHSNER | $ 30.00 | Fair Value | $ 30.00 |
| 8*JARIT VANGAURD N.H. MAYO-HEG | $ 50.00 | Fair Value | $ 50.00 |
| 8.5MM VISION-ENDOSCOPE STARTER | $ 4,650.00 | Fair Value | $ 4,650.00 |
| 8.6 GB MOD CATH LAB EQUIP | $ 250.00 | Fair Value | $ 250.00 |
| 840 CART | $ 1,750.00 | Fair Value | $ 1,750.00 |
| 840 VENTILATOR | $ 23,800.00 | Fair Value | $ 23,800.00 |
| 840 VENTILATORS | $ 6,600.00 | Fair Value | $ 6,600.00 |
| 8MM BLUNT OBTURATOR | $ 70.00 | Fair Value | $ 70.00 |
| 8MM CANNULA W/OUTLET | $ 350.00 | Fair Value | $ 350.00 |
| 8MM INSTRUMENT CANNULA | $ 475.00 | Fair Value | $ 475.00 |
| 9 1/2* FOERSTER SPONGE FCP. | $ 20.00 | Fair Value | $ 20.00 |
| 9* CVD. MAYO-HARRINGTON SCISSO | $ 25.00 | Fair Value | $ 25.00 |
| 9* DRAWER | $ 20.00 | Fair Value | $ 20.00 |
| 9* MIXTER FCP. | $ 75.00 | Fair Value | $ 75.00 |
| 9010DT WITH 19 MONITOR | $ 3,000.00 | Fair Value | $ 3,000.00 |
| 9020 MINITOWER | $ 425.00 | Fair Value | $ 425.00 |
| 9191 ADAPTER FOR OES FIBERSCOP | $ 65.00 | Fair Value | $ 65.00 |
| 9300 SERIES LATERAL FILE- 2 DR | $ 85.00 | Fair Value | $ 85.00 |
| 9300 SERIES LATERAL FILE- 3 DR | $ 60.00 | Fair Value | $ 60.00 |
| 960,DESKTOP | $ 125.00 | Fair Value | $ 125.00 |
| 9TH FLOOR CARPET | $ 325.00 | Fair Value | $ 325.00 |
| A.T.S. 2000 TOURNIQUET SYSTEM | $ 1,950.00 | Fair Value | $ 1,950.00 |
| A04 FACILITIES INSTALLATION | $ 1,525.00 | Fair Value | $ 1,525.00 |
| A06 6 WAVE CHANNELS FOR PATIEN | $ 2,150.00 | Fair Value | $ 2,150.00 |
| A5 ACCESSORY GAS MODULE | $ 3,000.00 | Fair Value | $ 3,000.00 |
| A5 ANESTHESIA WORKSTATION | $ 14,200.00 | Fair Value | $ 14,200.00 |
| A5 ARTICULATING INTUBATION TRA | $ 300.00 | Fair Value | $ 300.00 |
| A7 ACCESSORY GAS MODULE | $ 29,750.00 | Fair Value | $ 29,750.00 |
| A7 FLEXIBLE BAG ARM | $ 2,450.00 | Fair Value | $ 2,450.00 |
| A7Articulating intubation tray | $ 2,100.00 | Fair Value | $ 2,100.00 |
| ABCO PROD DESK, DR MITRA | $ 85.00 | Fair Value | $ 85.00 |
| ABLATOR SYSTEM RFA | $ 3,125.00 | Fair Value | $ 3,125.00 |
| AC 120 V IS250HG HOSP GR ISO T | $ 100.00 | Fair Value | $ 100.00 |
| AC POWER ADAPTER | $ 355.00 | Fair Value | $ 355.00 |
| AC UNIT WATER COOLED | $ 140.00 | Fair Value | $ 140.00 |
| ACCELEPROT RAS 4 | $ 85.00 | Fair Value | $ 85.00 |
| ACCELERATOR LINEAR | $ 140,000.00 | Fair Value | $ 140,000.00 |
| ACCESSORY SHOULDER HOLDER | $ 200.00 | Fair Value | $ 200.00 |
| ACCULENGTH INST. SET | $ 95.00 | Fair Value | $ 95.00 |
| ACCUMAX SURFACE MATTRESS | $ 8,250.00 | Fair Value | $ 8,250.00 |
| ACCUTORR PLUS -NELLCOR ADULT S | $ 20.00 | Fair Value | $ 20.00 |
| ACCUTORR PLUS W/NELLCOR OXIMAX | $ 1,450.00 | Fair Value | $ 1,450.00 |
| ACCUTORR PLUS-NELLCOR SENSOR C | $ 20.00 | Fair Value | $ 20.00 |
| ACCUTORR PLUS-NELLCOR SP02 CAB | $ 30.00 | Fair Value | $ 30.00 |
| ACCUTORR PLUS-NELLDCOR SENSOR | $ 10.00 | Fair Value | $ 10.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Acist  QT 1 | $ 70.00 | Fair Value | $ 70.00 |
| Acom Jukebox  QT 1 | $ 60.00 | Fair Value | $ 60.00 |
| ACRSP/48 DESK/WRITING | $ 1,120.00 | Fair Value | $ 1,120.00 |
| ACUSON S2000 AUTOMATED BREAST | $ 93,000.00 | Fair Value | $ 93,000.00 |
| ACUSON SEQUOIA SYS | $ 12,300.00 | Fair Value | $ 12,300.00 |
| ADAPTABILITIES 29.5* X 60* X 2 | $ 120.00 | Fair Value | $ 120.00 |
| ADAPTABILITIES 29.5'X60'X29'H | $ 180.00 | Fair Value | $ 180.00 |
| ADAPTABILITIES RANGES 33*X36*X | $ 225.00 | Fair Value | $ 225.00 |
| ADAPTER CABLE | $ 350.00 | Fair Value | $ 350.00 |
| ADAPTER FOR OES | $ 75.00 | Fair Value | $ 75.00 |
| ADAPTER FOR OES FIBERSCOPE | $ 125.00 | Fair Value | $ 125.00 |
| ADAPTER FOR WOLF HYSTEROSCOPE | $ 75.00 | Fair Value | $ 75.00 |
| ADAPTER,TUBE,F/ROUND BUCKET W/ | $ 35.00 | Fair Value | $ 35.00 |
| ADAPTERS,CLINICAL TUBES ( 4 @ | $ 55.00 | Fair Value | $ 55.00 |
| ADAPTOR CAMERA | $ 110.00 | Fair Value | $ 110.00 |
| ADAPTOR MAYFIELD INFINITY XR2 | $ 3,800.00 | Fair Value | $ 3,800.00 |
| ADAPTOR SINGLE-NEEDLE | $ 450.00 | Fair Value | $ 450.00 |
| ADAPTOR,WALL PLT | $ 175.00 | Fair Value | $ 175.00 |
| ADAPTOR,WALL PLT (MTL) | $ 350.00 | Fair Value | $ 350.00 |
| ADD 4 PATIENTS - MONITORING SY | $ 475.00 | Fair Value | $ 475.00 |
| ADD INVA PRESS/TEMP | $ 120.00 | Fair Value | $ 120.00 |
| ADD ON CHAIR (GRAEE 2 FAGRIC) | $ 135.00 | Fair Value | $ 135.00 |
| ADD ON CHAIR GROUP 1 FABRIC MO | $ 50.00 | Fair Value | $ 50.00 |
| ADD RADIO LINK TO BASEMENT ARE | $ 150.00 | Fair Value | $ 150.00 |
| ADD TRACKBALL | $ 10.00 | Fair Value | $ 10.00 |
| ADDITIONS 2/28/99 | $ 5,200.00 | Fair Value | $ 5,200.00 |
| ADDITIONS 3/31/99 | $ 175.00 | Fair Value | $ 175.00 |
| ADDITIONS 4/30/99 | $ (1,315.00) | Fair Value | $ (1,315.00) |
| ADDITIONS 5/31/99 | $ (240.00) | Fair Value | $ (240.00) |
| ADDRESSOGRAPH IMPRINTER | $ 180.00 | Fair Value | $ 180.00 |
| ADDRESSOGRAPH IMPRINTER MODEL | $ 55.00 | Fair Value | $ 55.00 |
| ADDRESSOGRAPH MACHINE MODEL 20 | $ 50.00 | Fair Value | $ 50.00 |
| ADJ HEIGHT ARMCHAIR | $ 30.00 | Fair Value | $ 30.00 |
| ADLT PRESSURE INTERCONNECT CAB | $ 45.00 | Fair Value | $ 45.00 |
| ADOBE PAGE MAKER PLUS V6.5 | $ 45.00 | Fair Value | $ 45.00 |
| ADULT PRESSURE | $ 50.00 | Fair Value | $ 50.00 |
| ADVANCD MULTO MOD OP W/DELL 67 | $ 1,125.00 | Fair Value | $ 1,125.00 |
| ADVANCE WORKSTATION DELL XP | $ 5,625.00 | Fair Value | $ 5,625.00 |
| ADVANTAGE SERIES,19" STRETCHER | $ 5,250.00 | Fair Value | $ 5,250.00 |
| AERATOR FLOOR | $ 125.00 | Fair Value | $ 125.00 |
| AERO DR PORTABLE HQ PRO PACKAG | $ 16,200.00 | Fair Value | $ 16,200.00 |
| AESTIVA ANESTHESIA MACHINES | $ 29,550.00 | Fair Value | $ 29,550.00 |
| AGFA CURIX CASSETTE W/ORTHO 10 | $ 625.00 | Fair Value | $ 625.00 |
| AGFA CURIX CASSETTE W/ORTHO RE | $ 450.00 | Fair Value | $ 450.00 |
| AGFA CURIX CASSETTE W/ORTHOS D | $ 550.00 | Fair Value | $ 550.00 |
| AGGREGOMETER WHOLE BLD W/PC | $ 175.00 | Fair Value | $ 175.00 |
| AGGRESSOR 3.4 FORCEP 15D RIGHT | $ 700.00 | Fair Value | $ 700.00 |
| AGGRESSOR 3.4 FORCEPS 15D LEFT | $ 700.00 | Fair Value | $ 700.00 |
| AGGRESSOR 3.4 FORCEPS 15D UP | $ 700.00 | Fair Value | $ 700.00 |
| AGGRESSOR 3.4 FORCEPS STRAIGHT | $ 875.00 | Fair Value | $ 875.00 |
| AGITATOR PLATELET | $ 100.00 | Fair Value | $ 100.00 |
| AIDA DVD- W/SMARTSCREEN | $ 2,750.00 | Fair Value | $ 2,750.00 |
| AIDA HP INKJET PRINTER KIT,INC | $ 50.00 | Fair Value | $ 50.00 |
| AIR COMPRESSION SYSTEM | $ 255.00 | Fair Value | $ 255.00 |
| AIR COMPRESSOR REPLACEMENT | $ 650.00 | Fair Value | $ 650.00 |
| AIR CONDITIONER | $ 100.00 | Fair Value | $ 100.00 |
| AIR COOLED, S.S., COUNTERTOP I | $ 675.00 | Fair Value | $ 675.00 |
| AIR FLOWMETER | $ 25.00 | Fair Value | $ 25.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| AIR MASK SYS PRESSURE DEMAND | $ 140.00 | Fair Value | $ 140.00 |
| AIR PAL TRANSFER | $ 975.00 | Fair Value | $ 975.00 |
| AIR PULSE STIMULATER | $ 550.00 | Fair Value | $ 550.00 |
| ALARIS 8120 PCA MODULE PUMP | $ 22,500.00 | Fair Value | $ 22,500.00 |
| ALARIS 8300 ETCO2 MODULE PUMP | $ 30,000.00 | Fair Value | $ 30,000.00 |
| ALARIS DOUBLE INFUSION PUMP | $ 650.00 | Fair Value | $ 650.00 |
| ALARIS PUMP MODULE | $ 293,150.00 | Fair Value | $ 293,150.00 |
| ALARIS SINGLE IV PUMPS | $ 200.00 | Fair Value | $ 200.00 |
| ALARM SYS | $ 65.00 | Fair Value | $ 65.00 |
| ALARM SYSTEM | $ 80.00 | Fair Value | $ 80.00 |
| ALARM SYSTEM FIRE | $ 875.00 | Fair Value | $ 875.00 |
| ALARM SYSTEM SECURITY | $ 875.00 | Fair Value | $ 875.00 |
| ALGO 3 NEWBORN HEARING SCREENE | $ 5,110.00 | Fair Value | $ 5,110.00 |
| ALGO 5 | $ 7,200.00 | Fair Value | $ 7,200.00 |
| ALLEN SIMPLE SOCKET SET | $ 120.00 | Fair Value | $ 120.00 |
| ALLEN STIRRUPS PAL | $ 1,200.00 | Fair Value | $ 1,200.00 |
| ALLIS ADAIR TISSUE FCP. | $ 45.00 | Fair Value | $ 45.00 |
| ALLIS FORCEP 6* | $ 85.00 | Fair Value | $ 85.00 |
| ALLIS-WILLAUER FORCEPS (24 QTY | $ 75.00 | Fair Value | $ 75.00 |
| ALLOCATION OF AHERF INDEMNITY | $ (217,285.00) | Fair Value | $ (217,285.00) |
| ALLOCATION TO 70 FAC -WORKFLOW | $ 625.00 | Fair Value | $ 625.00 |
| ALLOY MELTING POT | $ 100.00 | Fair Value | $ 100.00 |
| ALM 4001 | $ 1,125.00 | Fair Value | $ 1,125.00 |
| ALM 4003 PRISM ALIX SINGLE 510 | $ 725.00 | Fair Value | $ 725.00 |
| Aloka Ultrasound Probe (3) | $ 675.00 | Fair Value | $ 675.00 |
| ALOKA ULTRASOUND SYSTEM SSD | $ 2,900.00 | Fair Value | $ 2,900.00 |
| ALUMINUM BINS MARK-COSTELLO 32 | $ 750.00 | Fair Value | $ 750.00 |
| ALUMINUM EMERGENCY CART  W/ACC | $ 750.00 | Fair Value | $ 750.00 |
| AM FAB OVERBED TABLES,BASE FIN | $ 475.00 | Fair Value | $ 475.00 |
| AMEREX WATER MIST FIRE EXTINGU | $ 90.00 | Fair Value | $ 90.00 |
| AMSCO EXAMINER 10 EXAMINATION | $ 175.00 | Fair Value | $ 175.00 |
| ANALOG OUT/SYNC TX00 MOD-6PIN | $ 30.00 | Fair Value | $ 30.00 |
| ANALOG OUTPUT CABLE- UNTERMINA | $ 20.00 | Fair Value | $ 20.00 |
| ANALOG OUTPUT Y CONNECTOR FOR | $ 20.00 | Fair Value | $ 20.00 |
| ANALYZER | $ 650.00 | Fair Value | $ 650.00 |
| ANALYZER A-V PACING SYSTEM | $ 150.00 | Fair Value | $ 150.00 |
| ANALYZER BLOOD GAS | $ 1,750.00 | Fair Value | $ 1,750.00 |
| ANALYZER COAGULATION | $ 2,800.00 | Fair Value | $ 2,800.00 |
| ANALYZER ELECTRONIC OPTICAL RE | $ 525.00 | Fair Value | $ 525.00 |
| ANALYZER HEMATOLOGY | $ 21,800.00 | Fair Value | $ 21,800.00 |
| ANALYZER HEMOSTATIS TEG 5000 | $ 32,800.00 | Fair Value | $ 32,800.00 |
| ANALYZER IMMUNOCYTOMETRY | $ 5,250.00 | Fair Value | $ 5,250.00 |
| ANALYZER INFUSION | $ 150.00 | Fair Value | $ 150.00 |
| ANALYZER MICROBIOLOGY | $ 7,500.00 | Fair Value | $ 7,500.00 |
| ANALYZER O2 | $ 35.00 | Fair Value | $ 35.00 |
| ANALYZER PORTABLE | $ 70.00 | Fair Value | $ 70.00 |
| ANALYZER SAFETY | $ 85.00 | Fair Value | $ 85.00 |
| ANALYZER,CALE 601 | $ 350.00 | Fair Value | $ 350.00 |
| ANALYZER,SIGMA PACE 1000 | $ 450.00 | Fair Value | $ 450.00 |
| ANALYZER.VT PLUS | $ 1,275.00 | Fair Value | $ 1,275.00 |
| ANESTHEISA FRONT PANEL TABLE | $ 80.00 | Fair Value | $ 80.00 |
| ANESTHESIA CARPETING - 9TH FL | $ 475.00 | Fair Value | $ 475.00 |
| ANESTHESIA FRONT PANEL TABLE | $ 75.00 | Fair Value | $ 75.00 |
| ANESTHESIA GAS MODULE | $ 4,200.00 | Fair Value | $ 4,200.00 |
| ANESTHESIA MACHINE | $ 9,075.00 | Fair Value | $ 9,075.00 |
| ANGLED SPONGE STICK | $ 10.00 | Fair Value | $ 10.00 |
| ANGLED VIEW BOX, 2 OVER 2 SUFA | $ 150.00 | Fair Value | $ 150.00 |
| ANGLED VIEW BOX, 3 OVER 3, SUR | $ 225.00 | Fair Value | $ 225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ANTENNA PLATE- CONTROL PLATE- | $ 40.00 | Fair Value | $ 40.00 |
| ANTHRO CART 25 | $ 1,850.00 | Fair Value | $ 1,850.00 |
| ANTHRO I V POLE AND BRACKET | $ 400.00 | Fair Value | $ 400.00 |
| APC HIP RETRACTOR | $ 175.00 | Fair Value | $ 175.00 |
| APC SMART UPS | $ 1,350.00 | Fair Value | $ 1,350.00 |
| APC SMART UPS 2200V RACK MOUNT | $ 300.00 | Fair Value | $ 300.00 |
| APC SMART UPS 3000VA USB | $ 250.00 | Fair Value | $ 250.00 |
| APHERESIS SYSTEM | $ 4,850.00 | Fair Value | $ 4,850.00 |
| APPLE COMPUTER-15.2" POWERBOOK | $ 250.00 | Fair Value | $ 250.00 |
| APPLE POWERMAC G4 TOWER | $ 10.00 | Fair Value | $ 10.00 |
| APPLIER 15DEG UP STD | $ 100.00 | Fair Value | $ 100.00 |
| APPLIER STRAIGHT STD | $ 100.00 | Fair Value | $ 100.00 |
| APRONS | $ 90.00 | Fair Value | $ 90.00 |
| ARCCHECK | $ 30,000.00 | Fair Value | $ 30,000.00 |
| ARM CHAIR GRADE 2 FABRIC PALLA | $ 110.00 | Fair Value | $ 110.00 |
| ARM CHAIR GROUP 1 FABRIC MO.CR | $ 225.00 | Fair Value | $ 225.00 |
| ARM PLATFORM CLG SUSP W/GAS | $ 250.00 | Fair Value | $ 250.00 |
| ARM PLATFORM CLG SUSPENDED | $ 125.00 | Fair Value | $ 125.00 |
| ARM VHM VARIABLE HEIGHT | $ 1,800.00 | Fair Value | $ 1,800.00 |
| ARM,7 PIL /ARM FOR P10 TV | $ 450.00 | Fair Value | $ 450.00 |
| ARMBOARD,PAD EXTRA LONG STRAP | $ 200.00 | Fair Value | $ 200.00 |
| ARMLESS GUEST CHAIR | $ 175.00 | Fair Value | $ 175.00 |
| ARMOIRE 4 DRAWER/ 1 DOOR | $ 50.00 | Fair Value | $ 50.00 |
| ARMSTRONG ANESTHESIA CARTS | $ 420.00 | Fair Value | $ 420.00 |
| ARRAY COIL ISMS VISION 1.5T 4C | $ 3,900.00 | Fair Value | $ 3,900.00 |
| ARROWS3 8440 BLUE | $ 7,800.00 | Fair Value | $ 7,800.00 |
| ARROWS3 8452 WITH SCANNER | $ 325.00 | Fair Value | $ 325.00 |
| ARROWS3 84XX DUAL CHARGER BUND | $ 450.00 | Fair Value | $ 450.00 |
| ArrowS3 8741 Blue Pivot | $ 1,900.00 | Fair Value | $ 1,900.00 |
| ArrowS3 8753 Blue Pivot w Barc | $ 1,040.00 | Fair Value | $ 1,040.00 |
| ArrowS3 87XX Multi Charger Bun | $ 8,925.00 | Fair Value | $ 8,925.00 |
| ArrowS3 Quad Charger Bundle | $ 9,600.00 | Fair Value | $ 9,600.00 |
| ART OF CARE LARGE SEATING | $ 600.00 | Fair Value | $ 600.00 |
| ARTHROCARE CABLE | $ 100.00 | Fair Value | $ 100.00 |
| ARTICULATING KEYBOARD TRAY | $ 60.00 | Fair Value | $ 60.00 |
| ARTICULATINGKEYBOARD TRAY | $ 15.00 | Fair Value | $ 15.00 |
| ARTIS ZEE IMAGING SYSTEM | $ 550,000.00 | Fair Value | $ 550,000.00 |
| ARTWORK | $ 400.00 | Fair Value | $ 400.00 |
| Artwork  QT 10 | $ 60.00 | Fair Value | $ 60.00 |
| ARTWORK FOR RESIDENT'S LOUNGE | $ 65.00 | Fair Value | $ 65.00 |
| ASBESTOS ABATEMENT MONITORING | $ 145.00 | Fair Value | $ 145.00 |
| ASCENDER 500 TRANSPORTER 24" C | $ 1,200.00 | Fair Value | $ 1,200.00 |
| ASI 0625- 16 X 22 MIRRORS | $ 45.00 | Fair Value | $ 45.00 |
| ASPIRATOR | $ 7,100.00 | Fair Value | $ 7,100.00 |
| ASPIRATOR OPTIVAC G180 PORTABL | $ 3,600.00 | Fair Value | $ 3,600.00 |
| ASPIRATOR ULTRASONIC SURGICAL | $ 4,950.00 | Fair Value | $ 4,950.00 |
| ASSEMBLY,CCUFF,SMALL | $ 10.00 | Fair Value | $ 10.00 |
| ASSORTED FURNITURE FOR RM 234- | $ 700.00 | Fair Value | $ 700.00 |
| ASSY  PKG LTV SPRINT PACK | $ 2,400.00 | Fair Value | $ 2,400.00 |
| ASSY FL STD SPRINT PACK MT | $ 300.00 | Fair Value | $ 300.00 |
| ASSY- TOP- DAILY QA CHECK | $ 1,200.00 | Fair Value | $ 1,200.00 |
| ASSY,CUFF,LARGE | $ 15.00 | Fair Value | $ 15.00 |
| ASSY,CUFF,X LARGE | $ 15.00 | Fair Value | $ 15.00 |
| ATR VASCULAR CLIP | $ 500.00 | Fair Value | $ 500.00 |
| ATT AF02 LEGEND 2.44MM STEM | $ 775.00 | Fair Value | $ 775.00 |
| ATT AS08 LEGEND 8CM BIT | $ 500.00 | Fair Value | $ 500.00 |
| ATT AS09 LEGEND 9CM BIT | $ 625.00 | Fair Value | $ 625.00 |
| ATT AS14 LEGEND 14CM BIT | $ 750.00 | Fair Value | $ 750.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ATT AS15 LEGEND 15CM BIT | $ 550.00 | Fair Value | $ 550.00 |
| ATTACHED END TABLE | $ 200.00 | Fair Value | $ 200.00 |
| ATTACHMENT RETRACTOR  F-1 (CLA | $ 825.00 | Fair Value | $ 825.00 |
| ATTACHMENT, U2 STRAIGHT MEDIUM | $ 100.00 | Fair Value | $ 100.00 |
| AUDITORY STIMULATOR OPT.(DOES | $ 200.00 | Fair Value | $ 200.00 |
| AUDLT FINGER SP02 SENSOR | $ 250.00 | Fair Value | $ 250.00 |
| AURORA CHAIR-PLASTIC SEAT AND | $ 145.00 | Fair Value | $ 145.00 |
| AUTOCLAVE COUNTER TOP | $ 130.00 | Fair Value | $ 130.00 |
| AUTOCLAVE COUNTERTOP | $ 130.00 | Fair Value | $ 130.00 |
| AUTOLOADER | $ 275.00 | Fair Value | $ 275.00 |
| AUTOMATIC COFFEE URN | $ 250.00 | Fair Value | $ 250.00 |
| AUTORADIOGRAPHIC CHECK DEVICE | $ 325.00 | Fair Value | $ 325.00 |
| AUVARD VAGINAL SPECULA | $ 130.00 | Fair Value | $ 130.00 |
| AVA 500 TABLE ,MOUNT SYSTEMS | $ 3,500.00 | Fair Value | $ 3,500.00 |
| AVANCE ANESTHESIA MACHINES | $ 74,400.00 | Fair Value | $ 74,400.00 |
| AVANTI J-20 ELUTRIATION SYS | $ 4,225.00 | Fair Value | $ 4,225.00 |
| AVAYA AURA SYSTEM MANAGER SERV | $ 4,175.00 | Fair Value | $ 4,175.00 |
| AVEA STANDARD VENTS | $ 4,850.00 | Fair Value | $ 4,850.00 |
| AVOX METER SYS | $ 750.00 | Fair Value | $ 750.00 |
| Avoximeter  QT 1 | $ 60.00 | Fair Value | $ 60.00 |
| AVOXIMETER 1000E - OXIMETERS | $ 1,950.00 | Fair Value | $ 1,950.00 |
| AXIOM ARTIS DBC DETECTOR SYSTE | $ 140,000.00 | Fair Value | $ 140,000.00 |
| AXIOM ARTIS DFC | $ 27,000.00 | Fair Value | $ 27,000.00 |
| AXIOM ARTIS DTA DETECTOR SYSTE | $ 160,000.00 | Fair Value | $ 160,000.00 |
| AYTINET 2000 POWER HEAD | $ 550.00 | Fair Value | $ 550.00 |
| B1SX | $ 2,000.00 | Fair Value | $ 2,000.00 |
| BABCOCK FCP 6 1/4* | $ 35.00 | Fair Value | $ 35.00 |
| BABY TISCHLER BIOPSY PUNCH FOR | $ 175.00 | Fair Value | $ 175.00 |
| BABYTHERM 8004 SYSTEM | $ 725.00 | Fair Value | $ 725.00 |
| BALANCE ANALYTICAL | $ 130.00 | Fair Value | $ 130.00 |
| BALT COMPUTER PRINTER CART | $ 150.00 | Fair Value | $ 150.00 |
| BAND SAW | $ 35.00 | Fair Value | $ 35.00 |
| BANYYAN STAT KIT 900 | $ 125.00 | Fair Value | $ 125.00 |
| BARACKET, WALL, TELEVISION | $ 45.00 | Fair Value | $ 45.00 |
| BARCO CORONIS DUAL 5 MEGAPIXEL | $ 12,700.00 | Fair Value | $ 12,700.00 |
| BARCO CORONIS FUSION SNGLE 6MG | $ 182,700.00 | Fair Value | $ 182,700.00 |
| BARCO NIO CALIBRATION KIT | $ 300.00 | Fair Value | $ 300.00 |
| BARIATRIC SCALE  W/HEIGHT ROD | $ 250.00 | Fair Value | $ 250.00 |
| BARIMAXX II | $ 2,250.00 | Fair Value | $ 2,250.00 |
| BARRAGUER NEEDLE HOLDER | $ 75.00 | Fair Value | $ 75.00 |
| BARRAQUER BUTTERFLY SCISSORS | $ 65.00 | Fair Value | $ 65.00 |
| BARS PARALLEL | $ 35.00 | Fair Value | $ 35.00 |
| BARTON 1330 CHAIR W/TILT/GEL S | $ 175.00 | Fair Value | $ 175.00 |
| BARTON 1-330 CHAIR W/TILT/SEAT | $ 850.00 | Fair Value | $ 850.00 |
| BARTON I-330 CHAIR W/TILT/GEL | $ 3,300.00 | Fair Value | $ 3,300.00 |
| BASE UNIT  (6 EA @ $65.00 = $ | $ 45.00 | Fair Value | $ 45.00 |
| BASE UNIT COMPUTER PROCESSOR | $ 875.00 | Fair Value | $ 875.00 |
| BASE-STATIC FOUR BASE     RO | $ 250.00 | Fair Value | $ 250.00 |
| BASIC CARRY CASE/ ACCESSORIES | $ 675.00 | Fair Value | $ 675.00 |
| BASKET SET RAIL MOUNTED | $ 525.00 | Fair Value | $ 525.00 |
| BASSINET SS | $ 50.00 | Fair Value | $ 50.00 |
| BASSINET SS 1 DWR | $ 50.00 | Fair Value | $ 50.00 |
| BASSINET WOOD | $ 200.00 | Fair Value | $ 200.00 |
| BATH FREEZING | $ 375.00 | Fair Value | $ 375.00 |
| BATH PARAFIN | $ 30.00 | Fair Value | $ 30.00 |
| BATH WATER | $ 385.00 | Fair Value | $ 385.00 |
| BATH,WATER ANALOG | $ 80.00 | Fair Value | $ 80.00 |
| BATTERY | $ 60.00 | Fair Value | $ 60.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| BATTERY BACKUP KIT | $ 65.00 | Fair Value | $ 65.00 |
| BATTERY CHARGER, 120 VOLT | $ 400.00 | Fair Value | $ 400.00 |
| BATTERY OPERATION | $ 30.00 | Fair Value | $ 30.00 |
| BATTERY POWERED DRILL | $ 3,200.00 | Fair Value | $ 3,200.00 |
| BATTERY STD LIFE PKG | $ 450.00 | Fair Value | $ 450.00 |
| BATTERY VIKON SURG LITHIUM-ION | $ 650.00 | Fair Value | $ 650.00 |
| BATTERY, LO NICD    (QTY = 2 | $ 450.00 | Fair Value | $ 450.00 |
| BATTERY,LP  SLA  (QTY = 24) | $ 425.00 | Fair Value | $ 425.00 |
| BCM 2.5 (FP-1) BASE UNIT- O TR | $ 2,600.00 | Fair Value | $ 2,600.00 |
| BCOM - CCTV & ACCESS CONTROL F | $ 575.00 | Fair Value | $ 575.00 |
| BEAM UPGRADE | $ 2,250.00 | Fair Value | $ 2,250.00 |
| BED | $ 35.00 | Fair Value | $ 35.00 |
| BED BIRTHING | $ 475.00 | Fair Value | $ 475.00 |
| BED BUNK OAK | $ 200.00 | Fair Value | $ 200.00 |
| BED BUNK WOOD | $ 40.00 | Fair Value | $ 40.00 |
| BED ELECTRIC | $ 1,735.00 | Fair Value | $ 1,735.00 |
| BED FRAME W/MATTRESS | $ 20.00 | Fair Value | $ 20.00 |
| BED HANGER MOUNT | $ 50.00 | Fair Value | $ 50.00 |
| BED ICU | $ 3,325.00 | Fair Value | $ 3,325.00 |
| BED MANUAL | $ 105.00 | Fair Value | $ 105.00 |
| BED OAK PSYCH | $ 280.00 | Fair Value | $ 280.00 |
| BED PLATFORM WD | $ 70.00 | Fair Value | $ 70.00 |
| BED SCALE - MODEL 2002 SLINGSC | $ 425.00 | Fair Value | $ 425.00 |
| BED SW BEHABORIAL HEALTH BED | $ 14,000.00 | Fair Value | $ 14,000.00 |
| BED SW BEHAVIORAL HEALTH | $ 4,400.00 | Fair Value | $ 4,400.00 |
| BED SW BEHAVORIAL HEALTH | $ 28,200.00 | Fair Value | $ 28,200.00 |
| BED WITH X-RAY TRAY SIDE WALLS | $ 175.00 | Fair Value | $ 175.00 |
| BED,AFFINITY BIRTHING | $ 5,100.00 | Fair Value | $ 5,100.00 |
| BED,BARIATRIC | $ 5,600.00 | Fair Value | $ 5,600.00 |
| BED,BIRTHING | $ 5,025.00 | Fair Value | $ 5,025.00 |
| BED,SP02RT SYSTEM | $ 23,800.00 | Fair Value | $ 23,800.00 |
| BED,STOW AWAY | $ 70.00 | Fair Value | $ 70.00 |
| BED,TOTAL CARE BED SYS | $ 11,600.00 | Fair Value | $ 11,600.00 |
| BED,TOTAL CARE SYSTEM | $ 73,950.00 | Fair Value | $ 73,950.00 |
| BED,TOTALCARE BARIATRIC PLUS | $ 2,150.00 | Fair Value | $ 2,150.00 |
| BED,VERSACARE | $ 13,300.00 | Fair Value | $ 13,300.00 |
| Beds (32) | $ 4,000.00 | Fair Value | $ 4,000.00 |
| BEDSIDE CABINETS | $ 725.00 | Fair Value | $ 725.00 |
| BEEHIVE HORIZON 40-CHANNEL REC | $ 14,700.00 | Fair Value | $ 14,700.00 |
| BENCH-HANCOCK   ROOM 229 | $ 90.00 | Fair Value | $ 90.00 |
| BEVELER | $ 35.00 | Fair Value | $ 35.00 |
| BEVELOR | $ 35.00 | Fair Value | $ 35.00 |
| BILI LITE | $ 180.00 | Fair Value | $ 180.00 |
| BILICHECK SYS W/WALL MOUNT | $ 550.00 | Fair Value | $ 550.00 |
| BILICHEK NON-INVASIVE BILRUBIN | $ 350.00 | Fair Value | $ 350.00 |
| BILIMETER | $ 35.00 | Fair Value | $ 35.00 |
| BILLROTH TUMOR FORCEP | $ 75.00 | Fair Value | $ 75.00 |
| BIO-HAZARD WASTE CAN | $ 55.00 | Fair Value | $ 55.00 |
| BIOMETRIC ACCESS SYSTEM | $ 2,025.00 | Fair Value | $ 2,025.00 |
| BIOPSY FORCEP/GRASPER (SEMI RI | $ 85.00 | Fair Value | $ 85.00 |
| BIPAP VISION | $ 7,800.00 | Fair Value | $ 7,800.00 |
| BIPOLAR CABLE- 3M LENGTH | $ 60.00 | Fair Value | $ 60.00 |
| BIRCH PLYWOOD 3/4 * X 4' X 8 ' | $ 35.00 | Fair Value | $ 35.00 |
| BIRTHING BEDS | $ 3,350.00 | Fair Value | $ 3,350.00 |
| BISX SOLUTION | $ 2,700.00 | Fair Value | $ 2,700.00 |
| BISX, BIS INTERFACE MODULE | $ 2,100.00 | Fair Value | $ 2,100.00 |
| BK MEDICAL RECTAL ULTRASOUND | $ 200.00 | Fair Value | $ 200.00 |
| BLACK HANDLE | $ 225.00 | Fair Value | $ 225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| BLACK PLASTIC HANGERS | $ 10.00 | Fair Value | $ 10.00 |
| BLACK UNITED BRAND TRASH CANS | $ 75.00 | Fair Value | $ 75.00 |
| BLADDER SCAN BVI 9400 | $ 6,400.00 | Fair Value | $ 6,400.00 |
| BLADDERSCAN | $ 5,500.00 | Fair Value | $ 5,500.00 |
| BLADDERSCAN BV19400 | $ 1,500.00 | Fair Value | $ 1,500.00 |
| BLADDERSCAN BVI 3000 | $ 4,200.00 | Fair Value | $ 4,200.00 |
| BLADDERSCAN BVI3000 | $ 1,150.00 | Fair Value | $ 1,150.00 |
| BLADE,CSTM 10"G/110-5.5 RATCHE | $ 170.00 | Fair Value | $ 170.00 |
| blanket warmer  QT 1 | $ 225.00 | Fair Value | $ 225.00 |
| blanket warmer  QT 2 | $ 225.00 | Fair Value | $ 225.00 |
| BLANKETROL III | $ 1,100.00 | Fair Value | $ 1,100.00 |
| BLANKETROL OO AND ACCESSORES | $ 2,200.00 | Fair Value | $ 2,200.00 |
| BLANKING PANEL KIT (1 EA. IV 2 | $ 15.00 | Fair Value | $ 15.00 |
| BLENDER O2 | $ 305.00 | Fair Value | $ 305.00 |
| BLENDER,HI-LO W/3 HOSES | $ 150.00 | Fair Value | $ 150.00 |
| BLENDER,OXYGEN AIR LOW FLOW | $ 475.00 | Fair Value | $ 475.00 |
| BLOOD GAS ANALYZER | $ 875.00 | Fair Value | $ 875.00 |
| BLOOD PRESSURE CUFFS (WALL MOU | $ 300.00 | Fair Value | $ 300.00 |
| BLOOD REFRIGERATOR | $ 30.00 | Fair Value | $ 30.00 |
| BLOOM STIMULATOR | $ 3,025.00 | Fair Value | $ 3,025.00 |
| BLOOMFIELD 2 STATION, POUR-OVE | $ 35.00 | Fair Value | $ 35.00 |
| BLUE-AVERAGE THYROID SHIELD | $ 5.00 | Fair Value | $ 5.00 |
| BOARD DRY ERASE | $ 70.00 | Fair Value | $ 70.00 |
| BOGEN 8* CEILING SPEAKERS | $ 50.00 | Fair Value | $ 50.00 |
| BOGEN COMMERCIAL AMPLIFIER | $ 150.00 | Fair Value | $ 150.00 |
| BOHLER BRAUN LEG SPLINT | $ 150.00 | Fair Value | $ 150.00 |
| BONE DENSITOMETER | $ 11,000.00 | Fair Value | $ 11,000.00 |
| BOOK,CASE/DR DOMESCK & SHANG | $ 80.00 | Fair Value | $ 80.00 |
| BOOKCASE 15X36X84 | $ 25.00 | Fair Value | $ 25.00 |
| BOOKCASE 15X36X84 W/CABINET | $ 50.00 | Fair Value | $ 50.00 |
| BOOKCASE 36 IN MAHOGANY | $ 25.00 | Fair Value | $ 25.00 |
| BOOKCASE MAHOGANY 14X36X72 | $ 25.00 | Fair Value | $ 25.00 |
| BOOKCASE MAHOGANY 36 IN | $ 25.00 | Fair Value | $ 25.00 |
| BOOKCASE MAHOGANY 36 IN 6 TIER | $ 100.00 | Fair Value | $ 100.00 |
| BOOKCASE OAK 12X36X84 | $ 60.00 | Fair Value | $ 60.00 |
| BOOKCASE OAK 72 IN | $ 25.00 | Fair Value | $ 25.00 |
| BOOKCASE WALNUT 3-36 IN SECTIO | $ 25.00 | Fair Value | $ 25.00 |
| BOOKCASE WOOD 5 SHELVES | $ 25.00 | Fair Value | $ 25.00 |
| BOOKCASE, | $ 60.00 | Fair Value | $ 60.00 |
| BOOKCASE-PARLIMENT SINGLE MAH/ | $ 80.00 | Fair Value | $ 80.00 |
| BOOKER COMBO BOX SYSTEM WITH A | $ 550.00 | Fair Value | $ 550.00 |
| BOTTOM PLATE | $ 35.00 | Fair Value | $ 35.00 |
| BOX UTILITY | $ 595.00 | Fair Value | $ 595.00 |
| BRACHYTHERAPY - HIGH DOSE REMO | $ 8,800.00 | Fair Value | $ 8,800.00 |
| BRACHYTHERAPY CALIBRATION SYST | $ 225.00 | Fair Value | $ 225.00 |
| BRACKET  CENTRIMAG MOTOR (45 D | $ 150.00 | Fair Value | $ 150.00 |
| BRADEN SINGLE SEATER W/LEFT AR | $ 20.00 | Fair Value | $ 20.00 |
| BRADEN SINGLE SEATER W/RIGHT A | $ 25.00 | Fair Value | $ 25.00 |
| BRADEN SINGLE SEATER.FULL UPHO | $ 20.00 | Fair Value | $ 20.00 |
| BRASS SWIVEL TABLE LAMP | $ 160.00 | Fair Value | $ 160.00 |
| BRAUN MODULAR SINGLE SEAT/ MOM | $ 400.00 | Fair Value | $ 400.00 |
| BRAUN TENACULUM SINGLE | $ 45.00 | Fair Value | $ 45.00 |
| BREATHE EASY CARTRIDGE | $ 85.00 | Fair Value | $ 85.00 |
| BREISKY RETR- 150MM X 30MM | $ 15.00 | Fair Value | $ 15.00 |
| BRIDGE,FLUSH 20 X 42 X 29H | $ 20.00 | Fair Value | $ 20.00 |
| BRIGHT SPOT ILLUMINATOR | $ 15.00 | Fair Value | $ 15.00 |
| BRISTOL CHAIR, HALLWAY WAITING | $ 1,430.00 | Fair Value | $ 1,430.00 |
| BRONCH CHARTNOTE INSTALLATION | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| BRONCHOFIBERVIDEOSCOPE, CURVIL | $ 6,400.00 | Fair Value | $ 6,400.00 |
| BRONCHOSCOPE ,EVIS EXERA II HI | $ 2,275.00 | Fair Value | $ 2,275.00 |
| BRONCHOSCOPE EXERA ULTRA THIN | $ 5,100.00 | Fair Value | $ 5,100.00 |
| BRONCHOSCOPE PEDS SLIM W/3.6MM | $ 75.00 | Fair Value | $ 75.00 |
| BRONCHOSCOPE,SLIM W/5.0MM | $ 1,950.00 | Fair Value | $ 1,950.00 |
| BRONCHOSCOPE/ADULT SLIM W/5.0M | $ 70.00 | Fair Value | $ 70.00 |
| BRONSHOSCOPE, THERAPEUTIC VIDE | $ 1,900.00 | Fair Value | $ 1,900.00 |
| BROTHER INTELLISFAX 1270E PLAI | $ 10.00 | Fair Value | $ 10.00 |
| BSS2 120VAC | $ 625.00 | Fair Value | $ 625.00 |
| B-TRON 24VDC W/1 OUTPUT | $ 45.00 | Fair Value | $ 45.00 |
| BUCKET,ROUND 1 X 750 | $ 180.00 | Fair Value | $ 180.00 |
| BUFFER | $ 720.00 | Fair Value | $ 720.00 |
| BUFFER 20 IN | $ 640.00 | Fair Value | $ 640.00 |
| BUFFER 20IN | $ 120.00 | Fair Value | $ 120.00 |
| BUFFER BURNISHER | $ 35.00 | Fair Value | $ 35.00 |
| BUFFER FLOOR | $ 65.00 | Fair Value | $ 65.00 |
| BUILD YOUR OWN *BYO* PRO MEDIA | $ 150.00 | Fair Value | $ 150.00 |
| BUNDLE IPC SYS AND ENDOSCRUB B | $ 12,800.00 | Fair Value | $ 12,800.00 |
| BUNDLE MS MICRORIDER W/INSTR | $ 6,200.00 | Fair Value | $ 6,200.00 |
| BUNDLE NIM RESPONSE 3.0 SYS W/ | $ 4,400.00 | Fair Value | $ 4,400.00 |
| BURR GUARD LONG | $ 40.00 | Fair Value | $ 40.00 |
| BURR GUARD MEDIUM GUARD | $ 30.00 | Fair Value | $ 30.00 |
| BYO PRO MEDIA CABINET (30* WID | $ 150.00 | Fair Value | $ 150.00 |
| C03 150 ALARAM EVENT STORAGE | $ 125.00 | Fair Value | $ 125.00 |
| C06 IBP / T FOR PATIENT MONITO | $ 440.00 | Fair Value | $ 440.00 |
| C50 ADDTRACKBALL | $ 10.00 | Fair Value | $ 10.00 |
| CA ASSY TRAMNET/DEVICE 3.5FT | $ 50.00 | Fair Value | $ 50.00 |
| CABINET | $ 35.00 | Fair Value | $ 35.00 |
| CABINET ACOUSTICAL COVER | $ 25.00 | Fair Value | $ 25.00 |
| CABINET AV WALNUT 42X42 | $ 70.00 | Fair Value | $ 70.00 |
| CABINET BEDSIDE | $ 200.00 | Fair Value | $ 200.00 |
| CABINET CATHETER | $ 1,855.00 | Fair Value | $ 1,855.00 |
| CABINET COM EQ 28X28X84 | $ 70.00 | Fair Value | $ 70.00 |
| CABINET FALMMABLE 45 GALLON | $ 35.00 | Fair Value | $ 35.00 |
| CABINET FLAMMABLE STRG-LARGE | $ 60.00 | Fair Value | $ 60.00 |
| CABINET NETWORK | $ 925.00 | Fair Value | $ 925.00 |
| CABINET ROLLING FRONT | $ 90.00 | Fair Value | $ 90.00 |
| CABINET STERILE DRYER FLOOR | $ 15.00 | Fair Value | $ 15.00 |
| CABINET STL 5 TIER DATA STG | $ 35.00 | Fair Value | $ 35.00 |
| CABINET STORAGE | $ 280.00 | Fair Value | $ 280.00 |
| CABINET TREATMENT STD | $ 375.00 | Fair Value | $ 375.00 |
| CABINET WARMING SINGLE COMPART | $ 1,400.00 | Fair Value | $ 1,400.00 |
| CABINET, WARMING LARGE | $ 1,750.00 | Fair Value | $ 1,750.00 |
| CABINET,24" DIGITAL WARMING | $ 900.00 | Fair Value | $ 900.00 |
| CABINET,60G 2DR, MANUAL | $ 175.00 | Fair Value | $ 175.00 |
| CABINET,BEDSIDE "NATURAL MAPLE | $ 300.00 | Fair Value | $ 300.00 |
| CABINET,BEDSIDE WRIGLEY    CO | $ 2,500.00 | Fair Value | $ 2,500.00 |
| CABINET,STORAGE /LATERAL FILE | $ 190.00 | Fair Value | $ 190.00 |
| CABINET,WAR | $ 850.00 | Fair Value | $ 850.00 |
| CABINET,WARMING | $ 1,350.00 | Fair Value | $ 1,350.00 |
| CABINET,WARMING DIGITAL 24" AM | $ 900.00 | Fair Value | $ 900.00 |
| CABINET,WARMING SINGLE | $ 500.00 | Fair Value | $ 500.00 |
| CABINET-BEDSIDE | $ 640.00 | Fair Value | $ 640.00 |
| cabinets  QT 13 | $ 125.00 | Fair Value | $ 125.00 |
| CABINET-STORAGE 2 DOOR (3 @ 34 | $ 150.00 | Fair Value | $ 150.00 |
| CABLE DROP BLANKET ORDER | $ 1,200.00 | Fair Value | $ 1,200.00 |
| CABLE DROPS FOR NUCLEAR MEDICI | $ 70.00 | Fair Value | $ 70.00 |
| CABLE FIBER LIGHT 2.5MM BUNDLE | $ 120.00 | Fair Value | $ 120.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CABLE FOR SCSI 3 TO SCSI 2 INT | $ 10.00 | Fair Value | $ 10.00 |
| CABLE PHILIPS M1204A/M1205A/V2 | $ 3,250.00 | Fair Value | $ 3,250.00 |
| CABLE PULLS  230 N BROAD ST 2N | $ 625.00 | Fair Value | $ 625.00 |
| CABLE, VIDEO (4 EA $255.20) | $ 125.00 | Fair Value | $ 125.00 |
| CABLE,MNC-1 ADAPTER  SP02   ( | $ 250.00 | Fair Value | $ 250.00 |
| CABLE,PT LNC4  (QTY 47) | $ 600.00 | Fair Value | $ 600.00 |
| CABLE,PWR ADAPTER EXT  (QTY = | $ 70.00 | Fair Value | $ 70.00 |
| CABLE,USB INTERFACE | $ 15.00 | Fair Value | $ 15.00 |
| CABLES- CONNECTORS AND WIRING | $ 35.00 | Fair Value | $ 35.00 |
| CABLING/ HUH INVISION PROJECT/ | $ 2,725.00 | Fair Value | $ 2,725.00 |
| CADDY,DESIGNALINE W/BUMPERS | $ 90.00 | Fair Value | $ 90.00 |
| CADIERE FORCEPS | $ 475.00 | Fair Value | $ 475.00 |
| CALIBRATED UTERINE SOUND | $ 10.00 | Fair Value | $ 10.00 |
| CALIBRATOR DOSE | $ 1,500.00 | Fair Value | $ 1,500.00 |
| CALLXPRESS VOICE MAIL SYSTEM | $ 3,000.00 | Fair Value | $ 3,000.00 |
| CAM DOME,PWR SUPPLY,MTR,ETC | $ 325.00 | Fair Value | $ 325.00 |
| CAMERA AND ACCESSORIES | $ 125.00 | Fair Value | $ 125.00 |
| CAMERA DIGITAL ENDOSCOPIC | $ 1,125.00 | Fair Value | $ 1,125.00 |
| CAMERA GAMMA | $ 10,400.00 | Fair Value | $ 10,400.00 |
| CAMERA GAMMA W/AQUISITION STAT | $ 35,500.00 | Fair Value | $ 35,500.00 |
| CAMERA HEAD | $ 1,600.00 | Fair Value | $ 1,600.00 |
| CAMERA HEAD ANGLED TYPE | $ 275.00 | Fair Value | $ 275.00 |
| CAMERA HEAD,H.D. VISERA PRO | $ 7,000.00 | Fair Value | $ 7,000.00 |
| CAMERA HEAD,VISERA PRO HIGH DE | $ 3,350.00 | Fair Value | $ 3,350.00 |
| CAMERA SURGICAL | $ 7,600.00 | Fair Value | $ 7,600.00 |
| CAMERA SURGICAL MEDILIVE | $ 650.00 | Fair Value | $ 650.00 |
| CAMERA SYSTEM,HEADLIGHT | $ 825.00 | Fair Value | $ 825.00 |
| CAMERA ULTRA LT BUILT IN B5 X | $ 650.00 | Fair Value | $ 650.00 |
| CAMERA VIDEO | $ 1,675.00 | Fair Value | $ 1,675.00 |
| CAMERA VIDEO & ADAPTER | $ 400.00 | Fair Value | $ 400.00 |
| CAMERA VIDEO TRICAM SL NTSC | $ 1,200.00 | Fair Value | $ 1,200.00 |
| CAMERA VISERA PRO HI DEF AUTOC | $ 12,000.00 | Fair Value | $ 12,000.00 |
| CAMERA,AMER DYNM COLOR MINIDOM | $ 125.00 | Fair Value | $ 125.00 |
| CAMERA,E.CAM TM SIG SERIES DUA | $ 25,050.00 | Fair Value | $ 25,050.00 |
| CANN.LUM- DB- CRVD L/P | $ 15.00 | Fair Value | $ 15.00 |
| CANON CXD1-701C | $ 222,000.00 | Fair Value | $ 222,000.00 |
| CAPITALIZE MED TEX INV 011270 | $ 1,550.00 | Fair Value | $ 1,550.00 |
| CapLease - GE AW SERVER | $ 14,600.00 | Fair Value | $ 14,600.00 |
| CapLease - GE CT750 HD 2000 TA | $ 475.00 | Fair Value | $ 475.00 |
| CapLease - GE Discovery CT750 | $ 150,000.00 | Fair Value | $ 150,000.00 |
| CapLease - GE GSI VIEWER | $ 2,000.00 | Fair Value | $ 2,000.00 |
| CAPS,SEALING | $ 30.00 | Fair Value | $ 30.00 |
| CAPTAINS CHAIR PACKAGE | $ 550.00 | Fair Value | $ 550.00 |
| CAPTAIN'S CHAIR PACKAGE | $ 525.00 | Fair Value | $ 525.00 |
| CAR 700 SERIES PREVAC/GRAVITY | $ 6,450.00 | Fair Value | $ 6,450.00 |
| CARB-BITE HASLEY N.H. 5* (12 Q | $ 55.00 | Fair Value | $ 55.00 |
| CARB-BITE MAYO HEGAR N.H. 8*(2 | $ 100.00 | Fair Value | $ 100.00 |
| CARB-BITE MAYO HEGAR N.H. 9*(1 | $ 90.00 | Fair Value | $ 90.00 |
| CARB-EDGE MAYO SCISSORS CURV(6 | $ 45.00 | Fair Value | $ 45.00 |
| CARB-EDGE MAYO SCISSORS STR (6 | $ 40.00 | Fair Value | $ 40.00 |
| CARB-EDGE METZ SCISSORS (5 QTY | $ 40.00 | Fair Value | $ 40.00 |
| CARD CARE CENTER ADM OFFICE | $ 150.00 | Fair Value | $ 150.00 |
| CARD,GRAPHICS | $ 30.00 | Fair Value | $ 30.00 |
| CARDIAC BOARD | $ 10.00 | Fair Value | $ 10.00 |
| CARDIAC BOARD W/BRKTS PER | $ 450.00 | Fair Value | $ 450.00 |
| CARDIAC BOLSTER PAD | $ 120.00 | Fair Value | $ 120.00 |
| CARDIAC CATH LAB REPLACEMENT/ | $ 140,000.00 | Fair Value | $ 140,000.00 |
| CARDIAC OUTPUT BATH PROBE | $ 20.00 | Fair Value | $ 20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CARDIAC OUTPUT CA 8FT TRAM | $ 45.00 | Fair Value | $ 45.00 |
| CARDIAC OUTPUT MAIN CABLE 12 F | $ 25.00 | Fair Value | $ 25.00 |
| CARDIAC OUTPUT MODULE | $ 250.00 | Fair Value | $ 250.00 |
| CARDIAC OUTPUT PARAMETER MODUL | $ 3,000.00 | Fair Value | $ 3,000.00 |
| CARDIAC SYS-CARDIAC OUTPUT CEN | $ 14,200.00 | Fair Value | $ 14,200.00 |
| CARDIAC SYSTEM CS100 W/ STORAG | $ 40,250.00 | Fair Value | $ 40,250.00 |
| CARDIO V6 71 STRESS ACQUISTION | $ 8,000.00 | Fair Value | $ 8,000.00 |
| CARDIOLAB IT NO TRAM | $ 1,800.00 | Fair Value | $ 1,800.00 |
| CAREASSIST BED W/ OVERBED TABL | $ 4,000.00 | Fair Value | $ 4,000.00 |
| CARE-E-VAC 3 PORTABLE ASPIRATO | $ 665.00 | Fair Value | $ 665.00 |
| CARE-EVAC 3 PORTABLE SUCTION U | $ 225.00 | Fair Value | $ 225.00 |
| CAROLINA BARIATRIC CHAIR | $ 450.00 | Fair Value | $ 450.00 |
| CARPET FOR 522 BOBST TWO(2) OF | $ 250.00 | Fair Value | $ 250.00 |
| CARPET FOR ENDOSCOPY/COLOR= | $ 325.00 | Fair Value | $ 325.00 |
| CARPET FOR OCCUPATIONAL HEALTH | $ 95.00 | Fair Value | $ 95.00 |
| CARPET INSTALLATION 1ST FL SO | $ 1,375.00 | Fair Value | $ 1,375.00 |
| CARPET RENOVATION PROJ/E.R./1S | $ 80.00 | Fair Value | $ 80.00 |
| CARRIAGE 700 SERIES PREVAC/GRA | $ 4,050.00 | Fair Value | $ 4,050.00 |
| CARSTENS ROTO CADDY - PATIENT | $ 200.00 | Fair Value | $ 200.00 |
| CART | $ 835.00 | Fair Value | $ 835.00 |
| CART ANESTHESIA | $ 95.00 | Fair Value | $ 95.00 |
| CART BLOCK | $ 60.00 | Fair Value | $ 60.00 |
| CART BODY, SR 24 DBL-WDE,PARTL | $ 275.00 | Fair Value | $ 275.00 |
| CART BV1 3000 ROLLING | $ 300.00 | Fair Value | $ 300.00 |
| CART CABINET CATHETER | $ 90.00 | Fair Value | $ 90.00 |
| CART C-LOCKER | $ 2,080.00 | Fair Value | $ 2,080.00 |
| CART CRASH | $ 4,520.00 | Fair Value | $ 4,520.00 |
| CART CRASH 5 DWR | $ 25.00 | Fair Value | $ 25.00 |
| CART EKG | $ 100.00 | Fair Value | $ 100.00 |
| CART EMERGENCY | $ 685.00 | Fair Value | $ 685.00 |
| CART ENDOSCOPIC | $ 4,200.00 | Fair Value | $ 4,200.00 |
| CART- EQUIPMENT FOR ASIP #120 | $ 45.00 | Fair Value | $ 45.00 |
| CART EXCHANGE 20X48 5 TIER SS | $ 35.00 | Fair Value | $ 35.00 |
| CART EXCHANGE 20X54 4 TIER SS | $ 70.00 | Fair Value | $ 70.00 |
| CART EXCHANGE 20X60 5 TIER SS | $ 35.00 | Fair Value | $ 35.00 |
| CART EXCHANGE MOD54X28X72 | $ 1,680.00 | Fair Value | $ 1,680.00 |
| CART EXCHANGE SS 20X54 4 TIER | $ 35.00 | Fair Value | $ 35.00 |
| CART EXCHANGE SS 20X60 6 TIER | $ 35.00 | Fair Value | $ 35.00 |
| CART F/ BLADDER SCANNER | $ 400.00 | Fair Value | $ 400.00 |
| CART FORMICATOP | $ 475.00 | Fair Value | $ 475.00 |
| CART ISOLATION | $ 1,910.00 | Fair Value | $ 1,910.00 |
| CART L | $ 1,735.00 | Fair Value | $ 1,735.00 |
| CART L&D MONITOR | $ 1,400.00 | Fair Value | $ 1,400.00 |
| CART L&D MONITOR WOOD | $ 200.00 | Fair Value | $ 200.00 |
| CART MAID | $ 600.00 | Fair Value | $ 600.00 |
| CART MAIDS | $ 1,575.00 | Fair Value | $ 1,575.00 |
| CART MED | $ 30.00 | Fair Value | $ 30.00 |
| CART MED STEEL 20X20X72 I | $ 35.00 | Fair Value | $ 35.00 |
| CART MEDICATION | $ 6,975.00 | Fair Value | $ 6,975.00 |
| CART MODULAR (DBL SIZE) | $ 80.00 | Fair Value | $ 80.00 |
| CART MONITOR | $ 1,005.00 | Fair Value | $ 1,005.00 |
| CART MONITOR WD | $ 25.00 | Fair Value | $ 25.00 |
| CART OAK MONITOR | $ 65.00 | Fair Value | $ 65.00 |
| CART PLASTIC 2 DOOR | $ 40.00 | Fair Value | $ 40.00 |
| CART RECORD TRANSPORT STL | $ 45.00 | Fair Value | $ 45.00 |
| CART RED 3 DWR | $ 30.00 | Fair Value | $ 30.00 |
| CART ROLLING    W/TRAINING PAC | $ 225.00 | Fair Value | $ 225.00 |
| CART SS 3 DWR | $ 55.00 | Fair Value | $ 55.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CART SS 4 DWR | $ 110.00 | Fair Value | $ 110.00 |
| CART SS 60 IN | $ 80.00 | Fair Value | $ 80.00 |
| CART SS MOBILE | $ 340.00 | Fair Value | $ 340.00 |
| CART STL 60 IN | $ 2,560.00 | Fair Value | $ 2,560.00 |
| CART STL WIRE 60 IN | $ 40.00 | Fair Value | $ 40.00 |
| CART STL X-RAY FILM TRANSPORT | $ 40.00 | Fair Value | $ 40.00 |
| CART SUPPLY | $ 3,080.00 | Fair Value | $ 3,080.00 |
| CART SUPPLY 60X24 IN | $ 280.00 | Fair Value | $ 280.00 |
| CART SUPPLY C-LOCKER | $ 35.00 | Fair Value | $ 35.00 |
| CART SUPPLY PED CART 10 DWR | $ 15.00 | Fair Value | $ 15.00 |
| CART SUPPLY TRANSPLANT CART | $ 25.00 | Fair Value | $ 25.00 |
| CART SUPPLY WOOD L&D | $ 265.00 | Fair Value | $ 265.00 |
| CART SYS STL WIRE 60 IN 3 MOVE | $ 40.00 | Fair Value | $ 40.00 |
| CART SYSTEM W/ACCESSORY SHELF | $ 250.00 | Fair Value | $ 250.00 |
| CART TILT 1-1/2 CY | $ 35.00 | Fair Value | $ 35.00 |
| CART TILT 2 CY | $ 280.00 | Fair Value | $ 280.00 |
| CART TILT TRASH 2 CY | $ 140.00 | Fair Value | $ 140.00 |
| CART TRANSPORT C-LOCKER | $ 50.00 | Fair Value | $ 50.00 |
| CART TRASH BIG | $ 210.00 | Fair Value | $ 210.00 |
| CART TRAY 20 CAP | $ 2,300.00 | Fair Value | $ 2,300.00 |
| CART TRAY 20 CAP SS | $ 100.00 | Fair Value | $ 100.00 |
| CART TRAY COOLING | $ 70.00 | Fair Value | $ 70.00 |
| CART UTILITY | $ 615.00 | Fair Value | $ 615.00 |
| CART UTILITY 2 DOOR | $ 130.00 | Fair Value | $ 130.00 |
| CART UTILITY S/S | $ 150.00 | Fair Value | $ 150.00 |
| CART VIDEO 5 FT ENCLOSED | $ 175.00 | Fair Value | $ 175.00 |
| CART WD 3 DWR MONITOR | $ 25.00 | Fair Value | $ 25.00 |
| CART WD MONITOR 3 DWR | $ 25.00 | Fair Value | $ 25.00 |
| CART WIRE S/S 6 SHELVES | $ 225.00 | Fair Value | $ 225.00 |
| CART WIRE S/S 7 SHELVES | $ 125.00 | Fair Value | $ 125.00 |
| CART YELLOW 3 DWR | $ 20.00 | Fair Value | $ 20.00 |
| CART, FOUR SHELF  INCL IV POLE | $ 175.00 | Fair Value | $ 175.00 |
| CART, MOUNTING | $ 250.00 | Fair Value | $ 250.00 |
| CART,600 SERIES MEDICINE (WITN | $ 500.00 | Fair Value | $ 500.00 |
| CART,ALUM EMERGENCY "RED" W/AC | $ 250.00 | Fair Value | $ 250.00 |
| CART,ALUM EMERGENCY CART | $ 550.00 | Fair Value | $ 550.00 |
| CART,CASSETTE | $ 320.00 | Fair Value | $ 320.00 |
| CART,CODE IN SANDSTONE  W/DRWR | $ 200.00 | Fair Value | $ 200.00 |
| CART,COMPRSSR MT W/1 HR BPS | $ 2,025.00 | Fair Value | $ 2,025.00 |
| CART,CRASH HARMONY 24 & BREAK | $ 175.00 | Fair Value | $ 175.00 |
| CART,DUAL TIER | $ 500.00 | Fair Value | $ 500.00 |
| CART,EMERGENCY ALUM(CLR=RED)W/ | $ 750.00 | Fair Value | $ 750.00 |
| CART,EMERGENCY W/ACCESSORIES | $ 275.00 | Fair Value | $ 275.00 |
| CART,FOR HARMONIC GENERATOR 30 | $ 125.00 | Fair Value | $ 125.00 |
| CART,FOR MONSOON   W/DRAWER W/ | $ 250.00 | Fair Value | $ 250.00 |
| CART,HARMONY 21 WHITE | $ 200.00 | Fair Value | $ 200.00 |
| CART,HARMONY 24 | $ 300.00 | Fair Value | $ 300.00 |
| CART,HARMONY 27 , WHITE , W/EL | $ 1,200.00 | Fair Value | $ 1,200.00 |
| CART,MED | $ 325.00 | Fair Value | $ 325.00 |
| CART,MEDICINE 600 SERIES (COLO | $ 525.00 | Fair Value | $ 525.00 |
| CART,METAL | $ 20.00 | Fair Value | $ 20.00 |
| CART,MOBILE | $ 55.00 | Fair Value | $ 55.00 |
| CART,ROLLING BVI | $ 60.00 | Fair Value | $ 60.00 |
| CART,SS MOBILE WEIGHING CRADLE | $ 350.00 | Fair Value | $ 350.00 |
| CART,STERRAD SYS | $ 150.00 | Fair Value | $ 150.00 |
| CART,UNIVERSAL | $ 90.00 | Fair Value | $ 90.00 |
| CART,VIDEO PROCEDURE EVIS EXER | $ 1,125.00 | Fair Value | $ 1,125.00 |
| CART,VIDEO STD 120 VAC | $ 375.00 | Fair Value | $ 375.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CART.MEDICINE | $ 600.00 | Fair Value | $ 600.00 |
| CART-L | $ 125.00 | Fair Value | $ 125.00 |
| CART-L MODULAR | $ 275.00 | Fair Value | $ 275.00 |
| CARTO 3 115V CART | $ 1,975.00 | Fair Value | $ 1,975.00 |
| CARTO 3 PATIENT INFERFACE UNIT | $ 225.00 | Fair Value | $ 225.00 |
| CARTO 3 SYSTEM | $ 17,800.00 | Fair Value | $ 17,800.00 |
| CARTO WORKSTATION CART | $ 650.00 | Fair Value | $ 650.00 |
| CARTS HARMONY 21 WHITE W/ DRAW | $ 1,350.00 | Fair Value | $ 1,350.00 |
| CART-STANDARD | $ 675.00 | Fair Value | $ 675.00 |
| CART-SUSP | $ 345.00 | Fair Value | $ 345.00 |
| CART-VERSA | $ 200.00 | Fair Value | $ 200.00 |
| CART-WIRE CHROME | $ 30.00 | Fair Value | $ 30.00 |
| CASE V67 GENERIC ATO MDEL | $ 8,700.00 | Fair Value | $ 8,700.00 |
| CASE,BASIC CARRY    (QTY 17) | $ 400.00 | Fair Value | $ 400.00 |
| CASE,CARRY | $ 60.00 | Fair Value | $ 60.00 |
| CASE,CORE STERILE-MEDIUM | $ 60.00 | Fair Value | $ 60.00 |
| CASE,TECNO DISPLAY-MAIN LOBBY | $ 200.00 | Fair Value | $ 200.00 |
| CASPAR STER DISTR PIN- DISP | $ 1,375.00 | Fair Value | $ 1,375.00 |
| CASPAR STER. DISTR. PIN DISP | $ 1,100.00 | Fair Value | $ 1,100.00 |
| CASSETTE / FILM CART | $ 80.00 | Fair Value | $ 80.00 |
| CASSETTE CART | $ 90.00 | Fair Value | $ 90.00 |
| CAST SAW | $ 125.00 | Fair Value | $ 125.00 |
| CASTRO-VIEJO NEEDLE HOLDER | $ 125.00 | Fair Value | $ 125.00 |
| CAT 5E WHITE PATCH CABLE 7 FOO | $ 10.00 | Fair Value | $ 10.00 |
| CAT6500 6000W AC POWER SUPPLY | $ 5,600.00 | Fair Value | $ 5,600.00 |
| Catalyst 3750 4810/100/1000T + | $ 825.00 | Fair Value | $ 825.00 |
| CATALYST 4500 600W POWERSUPPLY | $ 11,250.00 | Fair Value | $ 11,250.00 |
| CATALYST 4500E 48PORT UPOE | $ 75,750.00 | Fair Value | $ 75,750.00 |
| Catalyst 6500 48-port 10/100/1 | $ 500.00 | Fair Value | $ 500.00 |
| Catalyst 6500 Compact Flash | $ 300.00 | Fair Value | $ 300.00 |
| CATEGORY 5-RJ45 PATCH CABLE- W | $ 115.00 | Fair Value | $ 115.00 |
| CATH DIC REC UPHAH 990 UPGRADE | $ 3,000.00 | Fair Value | $ 3,000.00 |
| CATHCOR/QUOTE #10097400 | $ 11,500.00 | Fair Value | $ 11,500.00 |
| CATHETER DEFLECTING MECHANISM | $ 100.00 | Fair Value | $ 100.00 |
| CATHETER INSERTION KIT | $ 325.00 | Fair Value | $ 325.00 |
| CATHR DFLCTNG MCHN W/RCHT | $ 300.00 | Fair Value | $ 300.00 |
| CBL ECG 5 LEAD SNAPS AAMI TELE | $ 2,800.00 | Fair Value | $ 2,800.00 |
| CBLS,CUFFS,ADAPTER | $ 150.00 | Fair Value | $ 150.00 |
| CBNT-SFTCR BDS F/RMS 206-207-2 | $ 450.00 | Fair Value | $ 450.00 |
| CD HOLDER-8 DRAWER 56 * (PAGE | $ 150.00 | Fair Value | $ 150.00 |
| CEILING MOUNT FOR 19* MONITOR | $ 25.00 | Fair Value | $ 25.00 |
| CEILING MOUNT KIT FOR PRX OR A | $ 320.00 | Fair Value | $ 320.00 |
| CEILING MOUNT SURGICAL LIGHT W | $ 1,700.00 | Fair Value | $ 1,700.00 |
| CEILING MOUNT, SURG LIGHT | $ 2,400.00 | Fair Value | $ 2,400.00 |
| CEILING MTD.,SURG LIGHT | $ 2,200.00 | Fair Value | $ 2,200.00 |
| CELL SEPARATOR MAGNETIC | $ 1,575.00 | Fair Value | $ 1,575.00 |
| CENOVA W/IMAGE CKR CAD SERVER | $ 6,400.00 | Fair Value | $ 6,400.00 |
| CENTRICITY 3.0 DELL PACS DATAB | $ 800.00 | Fair Value | $ 800.00 |
| CENTRICITY 3.1 IMAGE MGT SYSTE | $ 500.00 | Fair Value | $ 500.00 |
| CENTRICITY 3RD DISPLAY- 20" NE | $ 1,000.00 | Fair Value | $ 1,000.00 |
| CENTRICITY ENTERPRISE ARCHIVE | $ 750.00 | Fair Value | $ 750.00 |
| CENTRICITY PACS 3.1 DAS SERVER | $ 2,125.00 | Fair Value | $ 2,125.00 |
| CENTRICITY PACS DUAL DISPLAY W | $ 1,725.00 | Fair Value | $ 1,725.00 |
| CENTRICITY PACS EQUIP RACK | $ 600.00 | Fair Value | $ 600.00 |
| CENTRICITY PACS SINGLE WORKSTA | $ 1,425.00 | Fair Value | $ 1,425.00 |
| CENTRICITY SERVICE PORTAL SERV | $ 500.00 | Fair Value | $ 500.00 |
| CENTRICITY WEB SERVER | $ 500.00 | Fair Value | $ 500.00 |
| CENTRICITY WORKSTATION | $ 14,250.00 | Fair Value | $ 14,250.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CENTRIFUGE | $ 3,470.00 | Fair Value | $ 3,470.00 |
| CENTRIFUGE ACC ADAPTER (QTY OF | $ 50.00 | Fair Value | $ 50.00 |
| CENTRIFUGE FISHER ACCUSPIN W/R | $ 825.00 | Fair Value | $ 825.00 |
| CENTRIFUGE REFRIGERATED | $ 1,100.00 | Fair Value | $ 1,100.00 |
| CENTRIFUGE REFRIGERATED FLOOR | $ 400.00 | Fair Value | $ 400.00 |
| CENTRIFUGE STAT COAG BRSHLS MD | $ 1,100.00 | Fair Value | $ 1,100.00 |
| CENTRIFUGE, MICROHEMATOCRIT HE | $ 225.00 | Fair Value | $ 225.00 |
| CENTRIFUGE,BENCHTOP W/ACCESSOR | $ 1,000.00 | Fair Value | $ 1,000.00 |
| CENTRIFUGE,FISHER ACUSPIN W/AC | $ 800.00 | Fair Value | $ 800.00 |
| CENTRIFUGE,MTS ID 24 PLACE | $ 375.00 | Fair Value | $ 375.00 |
| CENTRIMAG NSP VAD | $ 9,100.00 | Fair Value | $ 9,100.00 |
| CF-Q180L OLYMPUS EVIS EXERA II | $ 9,750.00 | Fair Value | $ 9,750.00 |
| CHAIR | $ 40.00 | Fair Value | $ 40.00 |
| CHAIR - MOMENTUM CRYTON FUSION | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR BARTON 1-400 CHAIR | $ 4,500.00 | Fair Value | $ 4,500.00 |
| CHAIR BARTON 1-700 | $ 2,850.00 | Fair Value | $ 2,850.00 |
| CHAIR BLOOD DRAW | $ 25.00 | Fair Value | $ 25.00 |
| CHAIR BLOOD DRAW W/TABLE | $ 25.00 | Fair Value | $ 25.00 |
| CHAIR BLOOD DRAWING | $ 560.00 | Fair Value | $ 560.00 |
| CHAIR DENTAL W/DENTAL UNIT | $ 300.00 | Fair Value | $ 300.00 |
| CHAIR DENTAL W/LIGHT/DENTAL UN | $ 300.00 | Fair Value | $ 300.00 |
| CHAIR EENT HYDRAULIC | $ 105.00 | Fair Value | $ 105.00 |
| CHAIR EXEC LEATHER | $ 40.00 | Fair Value | $ 40.00 |
| CHAIR EXEC SWL ARM | $ 40.00 | Fair Value | $ 40.00 |
| CHAIR EXTRA WIDE W/SIDE CABINE | $ 700.00 | Fair Value | $ 700.00 |
| CHAIR GERI | $ 40.00 | Fair Value | $ 40.00 |
| CHAIR GERIATRIC | $ 295.00 | Fair Value | $ 295.00 |
| CHAIR -GUEST W/ARMS  ROOM 239 | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR HB PT GUEST | $ 6,125.00 | Fair Value | $ 6,125.00 |
| CHAIR LG. WIRE LAND / EXTRA | $ 100.00 | Fair Value | $ 100.00 |
| CHAIR LOUNGE FAB UPH | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR LOUNGE WING BACK WD FAB | $ 180.00 | Fair Value | $ 180.00 |
| CHAIR PATIENT RECLINER OAK & V | $ 320.00 | Fair Value | $ 320.00 |
| CHAIR PATIENT RECLINER OAK/VIN | $ 40.00 | Fair Value | $ 40.00 |
| CHAIR PHYSICIAN | $ 25.00 | Fair Value | $ 25.00 |
| CHAIR PHYSICIANS | $ 50.00 | Fair Value | $ 50.00 |
| CHAIR RECLINER | $ 3,735.00 | Fair Value | $ 3,735.00 |
| CHAIR RECLINER WD VINYL | $ 280.00 | Fair Value | $ 280.00 |
| CHAIR RECOVERY | $ 445.00 | Fair Value | $ 445.00 |
| CHAIR REHAB | $ 160.00 | Fair Value | $ 160.00 |
| CHAIR RELCINER | $ 40.00 | Fair Value | $ 40.00 |
| CHAIR STRETCHER | $ 200.00 | Fair Value | $ 200.00 |
| CHAIR SW ARM LEATHER | $ 80.00 | Fair Value | $ 80.00 |
| CHAIR TRANSPORT | $ 2,995.00 | Fair Value | $ 2,995.00 |
| CHAIR VINYL UPH RECLINER | $ 90.00 | Fair Value | $ 90.00 |
| CHAIR W/ARMS | $ 300.00 | Fair Value | $ 300.00 |
| CHAIR W/O ARMS | $ 180.00 | Fair Value | $ 180.00 |
| CHAIR WD BOX FAB UPH | $ 90.00 | Fair Value | $ 90.00 |
| CHAIR WD BOX SEAT FAB UPH | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR WD FAB UPH | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR, CRITERION HIGH BACK NO | $ 50.00 | Fair Value | $ 50.00 |
| CHAIR, RECLINER, HOSPITAL | $ 150.00 | Fair Value | $ 150.00 |
| CHAIR, W/ARMS HIGH BACK LESTER | $ 125.00 | Fair Value | $ 125.00 |
| CHAIR,ALL SEATING 24/7 TASL | $ 210.00 | Fair Value | $ 210.00 |
| CHAIR,ASPEKT | $ 2,100.00 | Fair Value | $ 2,100.00 |
| CHAIR,CREW,BLK UPHL (QTE 10467 | $ 120.00 | Fair Value | $ 120.00 |
| CHAIR,FORMA STACK NO ARMS,SLED | $ 120.00 | Fair Value | $ 120.00 |
| CHAIR,FULL POWER | $ 950.00 | Fair Value | $ 950.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CHAIR,GUEST CONFERENCE, ARMLES | $ 330.00 | Fair Value | $ 330.00 |
| CHAIR,GUEST STKG(14 SETS/2/SET | $ 400.00 | Fair Value | $ 400.00 |
| CHAIR,HIGH BACK | $ 650.00 | Fair Value | $ 650.00 |
| CHAIR,HIGH BACK MULTI TILT TAS | $ 150.00 | Fair Value | $ 150.00 |
| CHAIR,HIGH BACK TASK | $ 375.00 | Fair Value | $ 375.00 |
| CHAIR,HIGH BACK,CRITERION,NO A | $ 200.00 | Fair Value | $ 200.00 |
| CHAIR,KI PERTH POC LOW BACK GU | $ 2,200.00 | Fair Value | $ 2,200.00 |
| CHAIR,KI STRIVE BEAM 4 IN A RO | $ 400.00 | Fair Value | $ 400.00 |
| CHAIR,LAZY BOY | $ 280.00 | Fair Value | $ 280.00 |
| CHAIR,LEAP ADJ,UPHOLSTERED "BL | $ 75.00 | Fair Value | $ 75.00 |
| CHAIR,LESRO WESTON SIDE GRA | $ 225.00 | Fair Value | $ 225.00 |
| CHAIR,LOUNGE,GEOMET ENVY,FAIRF | $ 700.00 | Fair Value | $ 700.00 |
| CHAIR,LUMEX RECLINER | $ 600.00 | Fair Value | $ 600.00 |
| CHAIR,RECLINER TRANSFER STRETC | $ 1,300.00 | Fair Value | $ 1,300.00 |
| CHAIR,SD F/OFF,FNSH,7 MC MED C | $ 120.00 | Fair Value | $ 120.00 |
| CHAIR,SIDE   ALL FABRIC | $ 180.00 | Fair Value | $ 180.00 |
| CHAIR,SIDE  ROOM # 304 | $ 80.00 | Fair Value | $ 80.00 |
| CHAIR,SIDE ALL FABRIC | $ 180.00 | Fair Value | $ 180.00 |
| CHAIR,SIENTO,HIGH BACK | $ 175.00 | Fair Value | $ 175.00 |
| CHAIR,SOURCE PLASTIX | $ 105.00 | Fair Value | $ 105.00 |
| CHAIR,SOURCE TIER | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR,STACK PVC ST /BK | $ 65.00 | Fair Value | $ 65.00 |
| CHAIR,STACK SOURCE | $ 300.00 | Fair Value | $ 300.00 |
| CHAIR,STEELCASE ,HIGHBACKASPEK | $ 1,375.00 | Fair Value | $ 1,375.00 |
| CHAIR,STRETCHER | $ 5,175.00 | Fair Value | $ 5,175.00 |
| CHAIR,STRETCHER  MODEL 5051 | $ 1,050.00 | Fair Value | $ 1,050.00 |
| CHAIR,TASK | $ 70.00 | Fair Value | $ 70.00 |
| CHAIR,TASK  ROOM 368 | $ 40.00 | Fair Value | $ 40.00 |
| CHAIR,TASK  ROOM 383 | $ 210.00 | Fair Value | $ 210.00 |
| CHAIR,TASK /DR DOMESCK & SHANG | $ 140.00 | Fair Value | $ 140.00 |
| CHAIR,TASK FULL FUNCT W/ADJ T | $ 70.00 | Fair Value | $ 70.00 |
| CHAIR,TASK PRESTO | $ 420.00 | Fair Value | $ 420.00 |
| CHAIR,TASK W/ADJ CHAIR AND ARM | $ 225.00 | Fair Value | $ 225.00 |
| CHAIR,TASK,FL FUNC/ W/ADJ T AR | $ 160.00 | Fair Value | $ 160.00 |
| CHAIR,THINK,ARMS UPH,BLK ONYX | $ 840.00 | Fair Value | $ 840.00 |
| CHAIR,TITAN HIGH BACK TILTER | $ 135.00 | Fair Value | $ 135.00 |
| CHAIR,WIELAND  VISITOR(20 EA @ | $ 675.00 | Fair Value | $ 675.00 |
| CHAIR,WIELAND (10 EA @ $488=$4 | $ 650.00 | Fair Value | $ 650.00 |
| CHAIR,WIELAND CURIE-OPEN ARM P | $ 2,820.00 | Fair Value | $ 2,820.00 |
| CHAIR,WIELAND HORIZON 4 LEG VI | $ 3,290.00 | Fair Value | $ 3,290.00 |
| CHAIR.ARC ROOM 224 | $ 130.00 | Fair Value | $ 130.00 |
| CHAIR-GUEST SOURCE | $ 500.00 | Fair Value | $ 500.00 |
| CHAIR-GUEST WIELAND | $ 1,120.00 | Fair Value | $ 1,120.00 |
| CHAIR-IMPACT ENTERPRISE    RO | $ 15.00 | Fair Value | $ 15.00 |
| CHAIR-JACK, FULL BACK  (3 @ 24 | $ 100.00 | Fair Value | $ 100.00 |
| CHAIR-KI VERSA SLED BASE GROUP | $ 320.00 | Fair Value | $ 320.00 |
| CHAIR-PAOLI COMMANDER GUEST GR | $ 125.00 | Fair Value | $ 125.00 |
| CHAIR-PATIENT | $ 225.00 | Fair Value | $ 225.00 |
| CHAIRS | $ 2,725.00 | Fair Value | $ 2,725.00 |
| Chairs  QT 30 | $ 225.00 | Fair Value | $ 225.00 |
| CHAIR-SIDE WIELAND #010 EDGEWA | $ 825.00 | Fair Value | $ 825.00 |
| CHAIR-SIDE WIELAND COM MAHARAM | $ 825.00 | Fair Value | $ 825.00 |
| CHAIR-SOURCE | $ 695.00 | Fair Value | $ 695.00 |
| CHAIR-VIA GR 3 | $ 80.00 | Fair Value | $ 80.00 |
| CHAIR-VIA GR S | $ 360.00 | Fair Value | $ 360.00 |
| CHAIR-VISITOR | $ 15.00 | Fair Value | $ 15.00 |
| CHAIR-VOA GR 3 | $ 1,320.00 | Fair Value | $ 1,320.00 |
| CHAIR-W/ARMS | $ 175.00 | Fair Value | $ 175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CHARGING STATION VIKON SURGICA | $ 350.00 | Fair Value | $ 350.00 |
| CHART RACK 3 TIER 10 CHART EA | $ 55.00 | Fair Value | $ 55.00 |
| CHART RACK 3 TIERI 10 CHART EA | $ 50.00 | Fair Value | $ 50.00 |
| CHART RACK CIRCULAR | $ 200.00 | Fair Value | $ 200.00 |
| CHART RACK MOBILE 20 POSITION | $ 105.00 | Fair Value | $ 105.00 |
| CHART RACK MOBILE 30 POSITION | $ 110.00 | Fair Value | $ 110.00 |
| CHECK PROTECTOR | $ 25.00 | Fair Value | $ 25.00 |
| CHEM PACK FENCE/DUPPLY ROOM DO | $ 975.00 | Fair Value | $ 975.00 |
| CHIEF 1CLPTM3B03 UNIVERSAL TIL | $ 20.00 | Fair Value | $ 20.00 |
| CHOU POSTERS- *APPLE*-LEMON*- | $ 45.00 | Fair Value | $ 45.00 |
| CHRS-3 FBR-PER QTE/RM 206&207- | $ 585.00 | Fair Value | $ 585.00 |
| CIRCULAR CHART RECORDER | $ 125.00 | Fair Value | $ 125.00 |
| CISCO 2960 24 PORT GIG SWITCH | $ 21,300.00 | Fair Value | $ 21,300.00 |
| CISCO 2960 24 PORT POE SWITCH | $ 13,800.00 | Fair Value | $ 13,800.00 |
| CISCO 3750 12 POR ALL SFP HD S | $ 30,400.00 | Fair Value | $ 30,400.00 |
| Cisco CAT6000-VS-S2T | $ 2,250.00 | Fair Value | $ 2,250.00 |
| CISCO CATALYST 3850 10GE NTWRK | $ 22,400.00 | Fair Value | $ 22,400.00 |
| CISCO CATALYST3850 48PORT UPOE | $ 280,450.00 | Fair Value | $ 280,450.00 |
| CLAB II PLUS 96 CHANNEK ELECTR | $ 3,650.00 | Fair Value | $ 3,650.00 |
| CLAB NT TO IT UPGRADES | $ 12,800.00 | Fair Value | $ 12,800.00 |
| CLAMP MAYFIELD INFINITY XR2 SK | $ 11,100.00 | Fair Value | $ 11,100.00 |
| CLAMP,280 MM GERMAN LIVER | $ 500.00 | Fair Value | $ 500.00 |
| CLAMP,MAYFIELD SKULL | $ 425.00 | Fair Value | $ 425.00 |
| CLAMP,RELIANCE BULLDOG | $ 400.00 | Fair Value | $ 400.00 |
| CLASS DOOR FOR BLANKET WARMER | $ 25.00 | Fair Value | $ 25.00 |
| CLASSIC BEDSIDE CABINETS | $ 4,120.00 | Fair Value | $ 4,120.00 |
| CLASSIC II DUAL HEAD STETHOSCO | $ 90.00 | Fair Value | $ 90.00 |
| CLEANER ULTRASONIC | $ 1,350.00 | Fair Value | $ 1,350.00 |
| CLEAR LASER GOGGLES | $ 115.00 | Fair Value | $ 115.00 |
| CLEAR LASER SPECTACLES | $ 275.00 | Fair Value | $ 275.00 |
| CLICK 24HRS CHAIRS, FABRIC SOS | $ 350.00 | Fair Value | $ 350.00 |
| CLICK LINE BABCOCK GRASP FRCP | $ 150.00 | Fair Value | $ 150.00 |
| CLICKLINE BLAKESLEY BIOPSY | $ 175.00 | Fair Value | $ 175.00 |
| CLICKLINE BOWEL GRASPER INCL:3 | $ 110.00 | Fair Value | $ 110.00 |
| CLICKLINE BOWEL GRASPER KIT | $ 765.00 | Fair Value | $ 765.00 |
| CLICKLINE BOWEL GRASPERS | $ 90.00 | Fair Value | $ 90.00 |
| CLICKLINE CONUS DISSECTING GRA | $ 100.00 | Fair Value | $ 100.00 |
| CLICKLINE DISECTION FORCEP | $ 375.00 | Fair Value | $ 375.00 |
| CLICKLINE KELLY GRASP FORCEPS | $ 650.00 | Fair Value | $ 650.00 |
| CLICKLINE MANHER GRASPERS | $ 175.00 | Fair Value | $ 175.00 |
| CLICKLINE METZENBAUM | $ 375.00 | Fair Value | $ 375.00 |
| CLICKLINE WAVY GRASPING FORCEP | $ 765.00 | Fair Value | $ 765.00 |
| CLIENT PC HW | $ 2,800.00 | Fair Value | $ 2,800.00 |
| CLINICAL CONFIG. & IMPL. | $ 1,200.00 | Fair Value | $ 1,200.00 |
| CLINICAL CONFIG.& IMPL. SERVIC | $ 675.00 | Fair Value | $ 675.00 |
| CLINICAL CONFIG/M1106C HANDHEL | $ 850.00 | Fair Value | $ 850.00 |
| CLINICAL CONSULTING FOR CARDIA | $ 2,125.00 | Fair Value | $ 2,125.00 |
| CLINICAL CONSULTING FOR MONITO | $ 550.00 | Fair Value | $ 550.00 |
| CLIP,NK-3900 | $ 50.00 | Fair Value | $ 50.00 |
| CLJ ESOPH. OVAL 12X18X35 | $ 80.00 | Fair Value | $ 80.00 |
| CLJ ESOPHSCOPE 8X12X50 | $ 85.00 | Fair Value | $ 85.00 |
| CLOCK KRONOS 4500 W/CHARGER KI | $ 11,200.00 | Fair Value | $ 11,200.00 |
| CLOCK TIME | $ 90.00 | Fair Value | $ 90.00 |
| C-LOCKER | $ 3,770.00 | Fair Value | $ 3,770.00 |
| CLOSED CIRCUIT TV SURVEILLANCE | $ 375.00 | Fair Value | $ 375.00 |
| CLOSURE PLUS CATHETER/INTRAVAS | $ 375.00 | Fair Value | $ 375.00 |
| CLOSURE PLUS PROCEDURE PACK | $ 40.00 | Fair Value | $ 40.00 |
| CLOWARD LARGE SURGICAL SADDLE | $ 175.00 | Fair Value | $ 175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CLOWARD SURGICAL SADDLE | $ 150.00 | Fair Value | $ 150.00 |
| C-MOUNT HEAD 24MM | $ 750.00 | Fair Value | $ 750.00 |
| CMPL BREATHE ESY 10 BTYL RBR H | $ 390.00 | Fair Value | $ 390.00 |
| CMS HARDWARE UPGRADE KIT | $ 1,320.00 | Fair Value | $ 1,320.00 |
| CMTR GYN X RAY CATHETER SET FO | $ 225.00 | Fair Value | $ 225.00 |
| CNTRS,STEP ON ,12 GL,BG | $ 75.00 | Fair Value | $ 75.00 |
| CO & CO2 CALIBRATION KIT | $ 65.00 | Fair Value | $ 65.00 |
| COAGULATION   BIPOLAR HI FR CO | $ 725.00 | Fair Value | $ 725.00 |
| COAGULATOR ARGON BEAM | $ 2,250.00 | Fair Value | $ 2,250.00 |
| COAGULATOR WALL MOUNT | $ 35.00 | Fair Value | $ 35.00 |
| COAGULATOR WALL MOUNTED | $ 35.00 | Fair Value | $ 35.00 |
| COAT RACK | $ 10.00 | Fair Value | $ 10.00 |
| COBB SPINAL ELEVATORS 1/2* 12M | $ 80.00 | Fair Value | $ 80.00 |
| COBRA GRASPER | $ 525.00 | Fair Value | $ 525.00 |
| CODE CART W/5 STORAGE DRAWERS | $ 200.00 | Fair Value | $ 200.00 |
| CODE CART W/ENTRY FLAP DOOR-5" | $ 150.00 | Fair Value | $ 150.00 |
| Codman MALIS BIPOLAR | $ 375.00 | Fair Value | $ 375.00 |
| COFFEE TABLE | $ 25.00 | Fair Value | $ 25.00 |
| COHEN CANNULA | $ 40.00 | Fair Value | $ 40.00 |
| COLLET,PIN | $ 85.00 | Fair Value | $ 85.00 |
| COLLETT PIN | $ 2,100.00 | Fair Value | $ 2,100.00 |
| COLOR CONTROL PANEL | $ 250.00 | Fair Value | $ 250.00 |
| COLOR DISP CONTR. BOARD | $ 160.00 | Fair Value | $ 160.00 |
| COMBINED CYSTO/RESECTION LN30 | $ 80.00 | Fair Value | $ 80.00 |
| COMBINED GI/PULMONARY-NETWORK- | $ 1,500.00 | Fair Value | $ 1,500.00 |
| COMINATION FSD ROUND & MINI OV | $ 400.00 | Fair Value | $ 400.00 |
| COMMUNCATION CABLE 100' | $ 15.00 | Fair Value | $ 15.00 |
| COMMUNICATIONS CABLE 25' | $ 10.00 | Fair Value | $ 10.00 |
| COMPANION SERIES GUEST/CONF.CH | $ 250.00 | Fair Value | $ 250.00 |
| COMPAQ 9122 RACK KIT, 22U | $ 425.00 | Fair Value | $ 425.00 |
| COMPARATOR | $ 175.00 | Fair Value | $ 175.00 |
| COMPRESSOR | $ 4,285.00 | Fair Value | $ 4,285.00 |
| COMPRESSOR AIR | $ 465.00 | Fair Value | $ 465.00 |
| COMPRESSOR DRY AIR | $ 700.00 | Fair Value | $ 700.00 |
| COMPRESSOR MOBILE | $ 35.00 | Fair Value | $ 35.00 |
| COMPRESSOR MODEL 840 | $ 700.00 | Fair Value | $ 700.00 |
| COMPRESSOR PORTABLE AIR | $ 170.00 | Fair Value | $ 170.00 |
| COMPRESSOR,806 | $ 2,475.00 | Fair Value | $ 2,475.00 |
| COMPUTER | $ 7,640.00 | Fair Value | $ 7,640.00 |
| COMPUTER  QT 5 | $ 70.00 | Fair Value | $ 70.00 |
| COMPUTER ,VIGILANCE II UPGRADE | $ 18,525.00 | Fair Value | $ 18,525.00 |
| COMPUTER CENTRAL STATION | $ 2,325.00 | Fair Value | $ 2,325.00 |
| COMPUTER DESKS FOR RESIDENT'S | $ 80.00 | Fair Value | $ 80.00 |
| COMPUTER HARDWARE (W/21" PHILL | $ 350.00 | Fair Value | $ 350.00 |
| COMPUTER IMAGING | $ 225.00 | Fair Value | $ 225.00 |
| COMPUTER LAPTOP | $ 40.00 | Fair Value | $ 40.00 |
| COMPUTER PERSONAL DESKTOP | $ 12,060.00 | Fair Value | $ 12,060.00 |
| COMPUTER PERSONAL DESKTOP CS | $ 15.00 | Fair Value | $ 15.00 |
| COMPUTER PERSONAL LAPTOP | $ 35.00 | Fair Value | $ 35.00 |
| COMPUTER POWER PC | $ 35.00 | Fair Value | $ 35.00 |
| COMPUTER SERVER | $ 35.00 | Fair Value | $ 35.00 |
| COMPUTER SHELF | $ 65.00 | Fair Value | $ 65.00 |
| COMPUTER W/CD ROM | $ 35.00 | Fair Value | $ 35.00 |
| COMPUTER W/ENCRYPTED HARD DRIV | $ 225.00 | Fair Value | $ 225.00 |
| COMPUTER WORKSTATION | $ 125.00 | Fair Value | $ 125.00 |
| CONDITIONER AIR | $ 50.00 | Fair Value | $ 50.00 |
| CONFERENCE ROOM TABLE W/ T-LEG | $ 45.00 | Fair Value | $ 45.00 |
| Conference TDS Pack | $ 625.00 | Fair Value | $ 625.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CONMED SYSTEM 7550 | $ 2,200.00 | Fair Value | $ 2,200.00 |
| CONNECTION PLATE CT/MR | $ 45.00 | Fair Value | $ 45.00 |
| CONNECTOR  (3 @ $42.00 = $126. | $ 25.00 | Fair Value | $ 25.00 |
| CONNECTORS KITS | $ 1,050.00 | Fair Value | $ 1,050.00 |
| CONSOLE  PRIMARY 2ND GENERATIO | $ 15,300.00 | Fair Value | $ 15,300.00 |
| CONSOLE CORE | $ 1,950.00 | Fair Value | $ 1,950.00 |
| CONSOLE W/TOUCHPAD KEYBOARD AN | $ 100.00 | Fair Value | $ 100.00 |
| CONSOLE,1 U RACK | $ 150.00 | Fair Value | $ 150.00 |
| CONSOLE,1I 19" FLDNG RCKMNT LC | $ 150.00 | Fair Value | $ 150.00 |
| CONSOLE,AQUADEX FLEXFLOW | $ 3,850.00 | Fair Value | $ 3,850.00 |
| CONSOLE,SECURITY DISPTACH | $ 1,825.00 | Fair Value | $ 1,825.00 |
| CONSTELLATION LXT | $ 14,200.00 | Fair Value | $ 14,200.00 |
| CONSTRUCTION F/CAPTARIS SYS | $ 625.00 | Fair Value | $ 625.00 |
| CONSTRUCTION- GENERAL - GENERA | $ 17,200.00 | Fair Value | $ 17,200.00 |
| CONSTRUCTION- GENERAL - OFF SI | $ 2,450.00 | Fair Value | $ 2,450.00 |
| CONSTRUCTION- GENERAL - ON SIT | $ 8,750.00 | Fair Value | $ 8,750.00 |
| CONSTRUCTION- MECHANICAL - AIR | $ 8,000.00 | Fair Value | $ 8,000.00 |
| CONSUMABLE KIT FOR DUPLEX 4099 | $ 360.00 | Fair Value | $ 360.00 |
| CONSUMABLE KIT FOR SCANNER | $ 85.00 | Fair Value | $ 85.00 |
| CONTAINER SYSTEM | $ 675.00 | Fair Value | $ 675.00 |
| CONTERTOP ICE DISPENSER W/INTE | $ 425.00 | Fair Value | $ 425.00 |
| CONTINUOUS FLOW SHEATH | $ 90.00 | Fair Value | $ 90.00 |
| CONTROL PANEL HVAC - INSTALLAT | $ 1,650.00 | Fair Value | $ 1,650.00 |
| CONTROL PANEL UPGRADE | $ 775.00 | Fair Value | $ 775.00 |
| CONTROL PNEUMATIC SYSTEM | $ 750.00 | Fair Value | $ 750.00 |
| CONTROL UNIT | $ 15.00 | Fair Value | $ 15.00 |
| CONTROLLER BARCI NXRT-2400 LOW | $ 65.00 | Fair Value | $ 65.00 |
| CONTROLLER SURGICAL | $ 800.00 | Fair Value | $ 800.00 |
| CONTROLLER TELEMETRY | $ 450.00 | Fair Value | $ 450.00 |
| CONTROLLERS COMPUTER | $ 150.00 | Fair Value | $ 150.00 |
| CONTROLLERS EXTENDED VIDEO | $ 4,275.00 | Fair Value | $ 4,275.00 |
| COOKER HOT DOG STAR | $ 40.00 | Fair Value | $ 40.00 |
| COOLER HEATER | $ 1,450.00 | Fair Value | $ 1,450.00 |
| Copiers  QT 2 | $ 10.00 | Fair Value | $ 10.00 |
| CORBETT SPATULA TIP | $ 125.00 | Fair Value | $ 125.00 |
| CORD  (3 @ $ 147.00) | $ 50.00 | Fair Value | $ 50.00 |
| CORD,MONOPOLAR  (3 @ 165.00) | $ 55.00 | Fair Value | $ 55.00 |
| CORDLESS DRIVER 3 | $ 3,300.00 | Fair Value | $ 3,300.00 |
| CORDS | $ 65.00 | Fair Value | $ 65.00 |
| CORE SWITCH | $ 200.00 | Fair Value | $ 200.00 |
| CORK & MELAMINE BRD W/SOLID OA | $ 5.00 | Fair Value | $ 5.00 |
| CORK BOARDS | $ 200.00 | Fair Value | $ 200.00 |
| CORK BULLETIN BOARD W/SOLID OA | $ 1,170.00 | Fair Value | $ 1,170.00 |
| CORKBOARD, PROFILE 5, BLACK | $ 95.00 | Fair Value | $ 95.00 |
| CORNEAL SCISSORS LEFT | $ 60.00 | Fair Value | $ 60.00 |
| CORNEAL SCISSORS RT. | $ 60.00 | Fair Value | $ 60.00 |
| CORNICE  FOR LESLIES OFFICE | $ 35.00 | Fair Value | $ 35.00 |
| CORNICE FOR 2 NEW WINDOWS (LEF | $ 50.00 | Fair Value | $ 50.00 |
| CORNICE FOR KAREN'S OFFICE | $ 15.00 | Fair Value | $ 15.00 |
| CORNICE FOR NEW LARGE WINDOW | $ 20.00 | Fair Value | $ 20.00 |
| CORNICES FOR PRIVATE ROOMS | $ 245.00 | Fair Value | $ 245.00 |
| CORONADO BARIATRIC CHAIR (GRAD | $ 200.00 | Fair Value | $ 200.00 |
| CORONADO BARIATRIC CHAIR GRP. | $ 90.00 | Fair Value | $ 90.00 |
| COUCH | $ 250.00 | Fair Value | $ 250.00 |
| COUGH ASSIT AUTO AND MANUAL TI | $ 375.00 | Fair Value | $ 375.00 |
| Coulter Analyzer | $ 1,325.00 | Fair Value | $ 1,325.00 |
| COUNTER BACK 20 FT SS W/SINK | $ 300.00 | Fair Value | $ 300.00 |
| COUNTER BACK 54 IN SS W/SINK | $ 100.00 | Fair Value | $ 100.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| COUNTER DIRTY DISH W/ DISPOSAL | $ 875.00 | Fair Value | $ 875.00 |
| COUNTER HOT FOOD SERVING SS 6 | $ 80.00 | Fair Value | $ 80.00 |
| COUNTER SS 2 BASIN SINK 3 FAUC | $ 150.00 | Fair Value | $ 150.00 |
| COUNTER SS W/DBLE BASIN SINK 3 | $ 150.00 | Fair Value | $ 150.00 |
| COUNTER TO ICE MACHINE | $ 625.00 | Fair Value | $ 625.00 |
| COUNTERTOP ICE DISPENSER W/INT | $ 575.00 | Fair Value | $ 575.00 |
| COVE BASE 125 X 4 LIGHT BEIGE | $ 200.00 | Fair Value | $ 200.00 |
| COVER FOR LINEN EXCHANGE CART | $ 20.00 | Fair Value | $ 20.00 |
| COVERSLIPPING MACHINE | $ 350.00 | Fair Value | $ 350.00 |
| CP150 PORTABLE RADIO WITH ANTE | $ 245.00 | Fair Value | $ 245.00 |
| CPM MACHINE | $ 1,675.00 | Fair Value | $ 1,675.00 |
| CPM2PLUS UNIVERSAL PRESSURE ME | $ 125.00 | Fair Value | $ 125.00 |
| CPU IMAGING REVIEW STATION | $ 5,300.00 | Fair Value | $ 5,300.00 |
| CPU ISTAT ANALYZER | $ 1,025.00 | Fair Value | $ 1,025.00 |
| CPU TO KVM CABLE (12FL.) | $ 20.00 | Fair Value | $ 20.00 |
| CRADLE,4 SIDED | $ 25.00 | Fair Value | $ 25.00 |
| CREDENZA | $ 425.00 | Fair Value | $ 425.00 |
| CREDENZA 48 IN STL | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA 48 IN W/OH SHELVES | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA 60 IN | $ 90.00 | Fair Value | $ 90.00 |
| CREDENZA 60 IN OAK | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA 72 IN MAHOGANY | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA 72 IN OAK | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA 72 IN STL & LAM | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA EXECUTIVE WOOD | $ 200.00 | Fair Value | $ 200.00 |
| CREDENZA METAL | $ 90.00 | Fair Value | $ 90.00 |
| CREDENZA MTL 5 DWR | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA OAK 72 IN | $ 90.00 | Fair Value | $ 90.00 |
| CREDENZA OAK LAM 66 | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA OAK W/4 DWR LAT FILE | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA STL W/8 LEGAL FILE CA | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA WD 4 DWR | $ 150.00 | Fair Value | $ 150.00 |
| CREDENZA WD 60 IN | $ 30.00 | Fair Value | $ 30.00 |
| CREDENZA WOOD | $ 105.00 | Fair Value | $ 105.00 |
| CREDENZA WOOD EXECUTIVE W/OVER | $ 75.00 | Fair Value | $ 75.00 |
| CREDENZA WOOD WITH BOOKCASE | $ 225.00 | Fair Value | $ 225.00 |
| CREDENZA,KNEESPACE | $ 100.00 | Fair Value | $ 100.00 |
| CREDENZA,KNEESPACE 24DX72XW | $ 75.00 | Fair Value | $ 75.00 |
| CREDENZA,NATURAL WALNUT (QTE 1 | $ 300.00 | Fair Value | $ 300.00 |
| CREDIT FOR ASSET # 57009 | $ (30.00) | Fair Value | $ (30.00) |
| CREDIT FR 9/06 PJ | $ (820.00) | Fair Value | $ (820.00) |
| CREDIT IS RELATED TO ASSET #55 | $ (95.00) | Fair Value | $ (95.00) |
| CREDIT LINK TO A#54531 | $ (125.00) | Fair Value | $ (125.00) |
| CREDIT REPACEMENT (DISPENSOR # | $ 750.00 | Fair Value | $ 750.00 |
| CREMATOCRIT PLUS CENTRIFUGE | $ 275.00 | Fair Value | $ 275.00 |
| CREST SONIC WITH MILK BATH | $ 450.00 | Fair Value | $ 450.00 |
| CRIB SS MOBILE | $ 60.00 | Fair Value | $ 60.00 |
| CRILE FORCEPS CVD 5 1/2* | $ 50.00 | Fair Value | $ 50.00 |
| CRILE FORCEPTS STR. 5 1/2* | $ 35.00 | Fair Value | $ 35.00 |
| CRILE-WOOD N.H. 6* | $ 30.00 | Fair Value | $ 30.00 |
| CRILE-WOOD N.H. 8* | $ 40.00 | Fair Value | $ 40.00 |
| CROSSHAIR TARGET KIT | $ 125.00 | Fair Value | $ 125.00 |
| CRT COLOR DISPKLAY CONTROLLER | $ 220.00 | Fair Value | $ 220.00 |
| CRT COLOR DISPLAY CONTROLLER B | $ 20.00 | Fair Value | $ 20.00 |
| CRT MONO DISPLAY CONTROLLER BO | $ 480.00 | Fair Value | $ 480.00 |
| CRYOCONSOLE CCT.2 | $ 9,200.00 | Fair Value | $ 9,200.00 |
| CRYOSTAT | $ 2,625.00 | Fair Value | $ 2,625.00 |
| CRYOSTAT HM550 P PACKAGE | $ 2,750.00 | Fair Value | $ 2,750.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CRYOSTORAGE SYSTEM | $ 1,300.00 | Fair Value | $ 1,300.00 |
| CS1000 APPLICATION COTS SERVER | $ 750.00 | Fair Value | $ 750.00 |
| CT ADAPTION KIT W/HEADREST | $ 500.00 | Fair Value | $ 500.00 |
| CT BED INSERT | $ 350.00 | Fair Value | $ 350.00 |
| CT CLAMPING PLATE - SITE SPECI | $ 325.00 | Fair Value | $ 325.00 |
| CT INDICATOR/LOCAL EQUIP. KIT | $ 300.00 | Fair Value | $ 300.00 |
| CT SCANNER | $ 160,000.00 | Fair Value | $ 160,000.00 |
| CTMR APPLICATOR CLAMP AND BASE | $ 525.00 | Fair Value | $ 525.00 |
| CTMR GYN TRANSFER TUBE SET FOR | $ 65.00 | Fair Value | $ 65.00 |
| CTMR RING APPLICATOR | $ 4,175.00 | Fair Value | $ 4,175.00 |
| CTMR VAGINAL APPLICATOR PACKAG | $ 950.00 | Fair Value | $ 950.00 |
| CTRACH SYSTEMS | $ 375.00 | Fair Value | $ 375.00 |
| C-TRAK SENTINEL NODE BIOPSY MA | $ 2,200.00 | Fair Value | $ 2,200.00 |
| CUBICLE 2 POSITION | $ 65.00 | Fair Value | $ 65.00 |
| CUBICLE CURTAINS FOR ACUTE DIA | $ 650.00 | Fair Value | $ 650.00 |
| CUBICLE,TRACK & SHOWER CURTAIN | $ 1,750.00 | Fair Value | $ 1,750.00 |
| CUFF- ADULT- 23-33CM | $ 10.00 | Fair Value | $ 10.00 |
| CUFF WEIGHTS WITH RACK | $ 25.00 | Fair Value | $ 25.00 |
| CUFF,BP WELCH ALLYN | $ 40.00 | Fair Value | $ 40.00 |
| CUFFLINK,BP ANALYZER MODEL CUF | $ 650.00 | Fair Value | $ 650.00 |
| CURBELL UNIV. REG. 3103-NC.8' | $ 40.00 | Fair Value | $ 40.00 |
| CURTAIN,BERNER AIR CURTIAN,MAX | $ 350.00 | Fair Value | $ 350.00 |
| CURTAINS,CUBICLE W/TRACK AND C | $ 2,000.00 | Fair Value | $ 2,000.00 |
| CURVED BASE - LAMINATED | $ 30.00 | Fair Value | $ 30.00 |
| CUSA EXCEL ULTRASONIC ASPORATO | $ (150.00) | Fair Value | $ (150.00) |
| CUSTOM 20 X 9 TOP (QUOTE A1180 | $ 30.00 | Fair Value | $ 30.00 |
| CUSTOM FRAMED ARTWORK | $ 200.00 | Fair Value | $ 200.00 |
| CUSTOM TRAILORSURGE/RCS | $ 2,275.00 | Fair Value | $ 2,275.00 |
| CUTTER SYTROFOAM | $ 100.00 | Fair Value | $ 100.00 |
| CUTTER,CAST ELECTRIC | $ 95.00 | Fair Value | $ 95.00 |
| CUTTER,CAST,STRYKER | $ 400.00 | Fair Value | $ 400.00 |
| CUTTER-FIBERWIRE | $ 135.00 | Fair Value | $ 135.00 |
| CUVETTES, (100 PER/BX) - CARDI | $ 35.00 | Fair Value | $ 35.00 |
| CV-160 VIDEO PROCESSOR W/MICRO | $ 2,125.00 | Fair Value | $ 2,125.00 |
| CVD. METZ SCISSOR 9* | $ 45.00 | Fair Value | $ 45.00 |
| CVD.METZ.SCISSOR 7* | $ 25.00 | Fair Value | $ 25.00 |
| CX STD ROLL STAND W/AUX BATTER | $ 400.00 | Fair Value | $ 400.00 |
| CYLINDER TABLE SQUARE EDGE MA | $ 50.00 | Fair Value | $ 50.00 |
| CYPRESS-CARDIO VASCULAR SYSTEM | $ 175.00 | Fair Value | $ 175.00 |
| CYSTOSCOEP,FLEX VIDEO | $ 1,700.00 | Fair Value | $ 1,700.00 |
| CYSTO-URETHOSCP W/27026BO OBTR | $ 180.00 | Fair Value | $ 180.00 |
| CYSTOURETHROSCOPE SH W/STD OBT | $ 125.00 | Fair Value | $ 125.00 |
| CYSTOURETHROSCOPE VISUAL OBTUR | $ 85.00 | Fair Value | $ 85.00 |
| CYSTOURETHROSCOPEN SHORT BRIDG | $ 45.00 | Fair Value | $ 45.00 |
| CYSTO-URETHROSCP SHTH W/27026C | $ 270.00 | Fair Value | $ 270.00 |
| CYSTO-URETHRSCP SHTH W/27026AO | $ 270.00 | Fair Value | $ 270.00 |
| CYSTO-URETHRSCP SHTH W/27026UO | $ 240.00 | Fair Value | $ 240.00 |
| CYTO SPIN 4 | $ 950.00 | Fair Value | $ 950.00 |
| DA VINCI SI BLUE FIBER CABLE K | $ 275.00 | Fair Value | $ 275.00 |
| DA VINCI SURGICAL SYSTEM: SI F | $ 200,000.00 | Fair Value | $ 200,000.00 |
| DAILY QA3 | $ 925.00 | Fair Value | $ 925.00 |
| DANCE FOLDING CHAIR,ARMS,NO CA | $ 70.00 | Fair Value | $ 70.00 |
| DATA & VOICE LINE,VIDEO CABLES | $ 400.00 | Fair Value | $ 400.00 |
| DATA AGENT FOR WINDOWS SERVER | $ 270.00 | Fair Value | $ 270.00 |
| DATA CBL LNS F/SECURITY REGIST | $ 450.00 | Fair Value | $ 450.00 |
| DATA RECORDER 2 KIT | $ 950.00 | Fair Value | $ 950.00 |
| DBL STORAGE CABINET | $ 60.00 | Fair Value | $ 60.00 |
| DBLWD MOBILE BASE WORKSTATION | $ 10.00 | Fair Value | $ 10.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DE MAYO KNEE POSITIONER W/ACCE | $ 5,500.00 | Fair Value | $ 5,500.00 |
| DE MAYO STERILIZATION CASE KIT | $ 2,400.00 | Fair Value | $ 2,400.00 |
| DEAVER RETRACTOR 1 X14* | $ 20.00 | Fair Value | $ 20.00 |
| DEBAKEY VASC. TISS FORCEPS (12 | $ 135.00 | Fair Value | $ 135.00 |
| DEBAKEY VASCULAR FORCEP | $ 35.00 | Fair Value | $ 35.00 |
| DEEP RICHARDSONS | $ 35.00 | Fair Value | $ 35.00 |
| DEFIB LP12 W/TRADE-IN | $ 8,750.00 | Fair Value | $ 8,750.00 |
| DEFIB,LP12 W/ETCO2 W/TRADE-IN | $ 1,525.00 | Fair Value | $ 1,525.00 |
| DEFIB,LP12 W/IP W/O TRADE-IN | $ 5,200.00 | Fair Value | $ 5,200.00 |
| DEFIB,LP12 W/O TRADE-IN | $ 6,500.00 | Fair Value | $ 6,500.00 |
| DEFIBRILLATOR | $ 3,750.00 | Fair Value | $ 3,750.00 |
| DEFIBRILLATOR CHARGE | $ 10.00 | Fair Value | $ 10.00 |
| DEFIBRILLATOR, ZOLL MED PLUS P | $ 600.00 | Fair Value | $ 600.00 |
| DEFIBRILLATOR/MONITOR-CONFIG 1 | $ 875.00 | Fair Value | $ 875.00 |
| DEFIBRILLATOR/TRANSCUTANEOUS P | $ 525.00 | Fair Value | $ 525.00 |
| DE-INSTALL /RE-INSTALL CENTRAL | $ 600.00 | Fair Value | $ 600.00 |
| DEINSTALL AND STORAGE OF AXIOM | $ 2,525.00 | Fair Value | $ 2,525.00 |
| Delaware Valley X-Ray | $ (45.00) | Fair Value | $ (45.00) |
| Dell 10GBASE-LRM X2 Module | $ 1,400.00 | Fair Value | $ 1,400.00 |
| Dell 10GBASE-SR X2 Module | $ 5,850.00 | Fair Value | $ 5,850.00 |
| DELL 1100 LASER PRINTER | $ 15.00 | Fair Value | $ 15.00 |
| DELL 1409X PROJECTOR W/ 2 YR W | $ 100.00 | Fair Value | $ 100.00 |
| Dell 16 Port 10G with DFC4 | $ 7,250.00 | Fair Value | $ 7,250.00 |
| DELL 24 HDD EXTERNAL RAID | $ 35,000.00 | Fair Value | $ 35,000.00 |
| DELL 3200 PROJECTOR | $ 225.00 | Fair Value | $ 225.00 |
| DELL 3200MP PROJECTOR | $ 200.00 | Fair Value | $ 200.00 |
| DELL 9020 MINITOWER | $ 400.00 | Fair Value | $ 400.00 |
| DELL 980 MINITOWER | $ 125.00 | Fair Value | $ 125.00 |
| DELL A425 SPEAKERS FOR DELL OP | $ 35.00 | Fair Value | $ 35.00 |
| Dell C6k 48-port 10/100/100 | $ 8,750.00 | Fair Value | $ 8,750.00 |
| Dell Cat 6500 Sup 2T with 2 | $ 6,400.00 | Fair Value | $ 6,400.00 |
| DELL DUAL 2 MEGAPIXEL COLOR 24 | $ 550.00 | Fair Value | $ 550.00 |
| DELL FAS3220 HA SYSTEM W 60 | $ 24,000.00 | Fair Value | $ 24,000.00 |
| DELL LATITUDE 7202 LAPTOP | $ 2,700.00 | Fair Value | $ 2,700.00 |
| DELL LATITUDE 7370 | $ 2,250.00 | Fair Value | $ 2,250.00 |
| DELL LATITUDE E6420 | $ 5,625.00 | Fair Value | $ 5,625.00 |
| DELL LATITUDE E6520 | $ 175.00 | Fair Value | $ 175.00 |
| DELL MODEL 2 SERVER | $ 79,000.00 | Fair Value | $ 79,000.00 |
| DELL NOTEBOOK D630 | $ 150.00 | Fair Value | $ 150.00 |
| DELL NOTEBOOK E5500 | $ 125.00 | Fair Value | $ 125.00 |
| DELL OPTI 755 DESKTOP | $ 1,105.00 | Fair Value | $ 1,105.00 |
| DELL OPTIPLEX 7040 | $ 475.00 | Fair Value | $ 475.00 |
| DELL PC OPTIPLEX 745 MINITOWER | $ 300.00 | Fair Value | $ 300.00 |
| Dell PE4220 Rack, Doors, SiDES | $ 525.00 | Fair Value | $ 525.00 |
| Dell PowerEdge KVM 4322DS 32PO | $ 650.00 | Fair Value | $ 650.00 |
| DELL POWEREDGE R510 | $ 3,875.00 | Fair Value | $ 3,875.00 |
| DELL POWEREDGE R720 | $ 38,600.00 | Fair Value | $ 38,600.00 |
| DELL PRECISION T1650 WORKSTATI | $ 450.00 | Fair Value | $ 450.00 |
| DELL PRINTERS WINDOWS SVT | $ 55.00 | Fair Value | $ 55.00 |
| DELL PRO 1914S W/STAND | $ 45.00 | Fair Value | $ 45.00 |
| DELL RACK SERVER | $ 1,025.00 | Fair Value | $ 1,025.00 |
| DELL SINGLE 2 COLOR 24INCH CLR | $ 6,300.00 | Fair Value | $ 6,300.00 |
| DELL SINGLE 2 MEGAPIXEL 24INCH | $ 550.00 | Fair Value | $ 550.00 |
| DELL ULTRASHARP FLAT PANEL MON | $ 55.00 | Fair Value | $ 55.00 |
| Dell UPS,Rack,3750W,4U,OL,208v | $ 950.00 | Fair Value | $ 950.00 |
| Dell UPS,Rack,Tower,2700W,3u | $ 700.00 | Fair Value | $ 700.00 |
| Dell USA REFUND - LASER JET PR | $ (30.00) | Fair Value | $ (30.00) |
| DELL WOORKGROUP LASER PRINTER | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DELL WORKGROUP LASER PRINTER M | $ 150.00 | Fair Value | $ 150.00 |
| DELL WORKGROUP LASER PRINTER S | $ 60.00 | Fair Value | $ 60.00 |
| DELL WORKGROUP LASER PRINTER W | $ 980.00 | Fair Value | $ 980.00 |
| DELL WORKSTATION | $ 55,900.00 | Fair Value | $ 55,900.00 |
| DELL WYSE D90D7 WITH 4 FLASH A | $ 525.00 | Fair Value | $ 525.00 |
| DELUXE PNEUMATIC STOOLS | $ 105.00 | Fair Value | $ 105.00 |
| DEMISTIFIER | $ 65.00 | Fair Value | $ 65.00 |
| DEMO EQP F/12 NT NICU/MICROSTR | $ 1,800.00 | Fair Value | $ 1,800.00 |
| DEMO STRETCHERS.RADIOLOGICAL | $ 425.00 | Fair Value | $ 425.00 |
| DENSITOMETER | $ 210.00 | Fair Value | $ 210.00 |
| DENTASCAN OPTION FOR LINUX CT | $ 1,225.00 | Fair Value | $ 1,225.00 |
| DESICCATOR | $ 85.00 | Fair Value | $ 85.00 |
| DESK 30X60 SP W/RETURN | $ 150.00 | Fair Value | $ 150.00 |
| DESK 30X60 SP W/RETURN & EXT | $ 60.00 | Fair Value | $ 60.00 |
| DESK CABINETS OH MTL LAM 4 DWR | $ 30.00 | Fair Value | $ 30.00 |
| DESK COMPUTER MAHOGANY | $ 30.00 | Fair Value | $ 30.00 |
| DESK DBL PEDESTAL | $ 500.00 | Fair Value | $ 500.00 |
| DESK DOUBLE PEDESTAL METAL | $ 725.00 | Fair Value | $ 725.00 |
| DESK DOUBLE PEDESTAL METAL AND | $ 30.00 | Fair Value | $ 30.00 |
| DESK DOUBLE PEDESTAL WOOD | $ 2,465.00 | Fair Value | $ 2,465.00 |
| DESK DOUBLE PEDESTAL WOOD W/OV | $ 90.00 | Fair Value | $ 90.00 |
| DESK DP 5 DR MTL LAM | $ 120.00 | Fair Value | $ 120.00 |
| DESK DP 5 DWR | $ 60.00 | Fair Value | $ 60.00 |
| DESK DP 5 DWR SHELF OH MTL LAM | $ 30.00 | Fair Value | $ 30.00 |
| DESK DP MTL 5 DWR | $ 30.00 | Fair Value | $ 30.00 |
| DESK DP MTL LAM 5 DWR | $ 450.00 | Fair Value | $ 450.00 |
| DESK DP W/PARTITION MTL LAM 4 | $ 60.00 | Fair Value | $ 60.00 |
| DESK DP W/PARTITION MTL LAM 5 | $ 30.00 | Fair Value | $ 30.00 |
| DESK DP WD 5 DWR | $ 240.00 | Fair Value | $ 240.00 |
| DESK DP WD 6 DWR | $ 30.00 | Fair Value | $ 30.00 |
| DESK EXECUTIVE L-SHAPED W/OVER | $ 350.00 | Fair Value | $ 350.00 |
| DESK EXECUTIVE U-SHAPED W/CABI | $ 175.00 | Fair Value | $ 175.00 |
| DESK EXECUTIVE U-SHAPED W/OVER | $ 1,050.00 | Fair Value | $ 1,050.00 |
| DESK EXECUTIVE WOOD | $ 460.00 | Fair Value | $ 460.00 |
| DESK LAM 30X60 DP | $ 60.00 | Fair Value | $ 60.00 |
| DESK MAHOGANY 30X72 IN DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK MAHOGANY 36X84 DP | $ 60.00 | Fair Value | $ 60.00 |
| DESK MAHOGANY DP 36X84 | $ 30.00 | Fair Value | $ 30.00 |
| DESK METAL U-SHAPED | $ 60.00 | Fair Value | $ 60.00 |
| DESK OAK 24X96 DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK 30X60 DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK 30X60 SP | $ 90.00 | Fair Value | $ 90.00 |
| DESK OAK 30X60 SP W/RETURN | $ 300.00 | Fair Value | $ 300.00 |
| DESK OAK 30X66 DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK 30X66 SP W/RETURN | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK 30X72 SP | $ 60.00 | Fair Value | $ 60.00 |
| DESK OAK 30X72 SP W/RETURN | $ 60.00 | Fair Value | $ 60.00 |
| DESK OAK 36X72 DP | $ 210.00 | Fair Value | $ 210.00 |
| DESK OAK 36X72 IN | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK 36X72 SP W/RETURN | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK 36X84 DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK LAM 30X60 DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK LAM 30X66 DP | $ 60.00 | Fair Value | $ 60.00 |
| DESK OAK LAM 30X66 SP W/RETURN | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK ODD SHAPE | $ 30.00 | Fair Value | $ 30.00 |
| DESK OAK SP 30X60 W/RETURN | $ 30.00 | Fair Value | $ 30.00 |
| DESK SINGLE PEDESTAL WOOD | $ 225.00 | Fair Value | $ 225.00 |
| DESK SP 2 DWR CAB OH MTL LAM | $ 30.00 | Fair Value | $ 30.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DESK SP 30X60 W/RETURN | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP 30X60 W/RETURN MODULAR | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP MTL LAM 2 DWR | $ 60.00 | Fair Value | $ 60.00 |
| DESK SP MTL LAM 3 DWR | $ 300.00 | Fair Value | $ 300.00 |
| DESK SP MTL LAM 5 DWR | $ 60.00 | Fair Value | $ 60.00 |
| DESK SP MTL LAMINATE | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP W/RETURN 2 DWR 1 DR MT | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP W/RETURN 2 DWR MTL | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP W/RETURN 3 DWR 1 DR | $ 90.00 | Fair Value | $ 90.00 |
| DESK SP W/RETURN 3 DWR 1 DR MT | $ 210.00 | Fair Value | $ 210.00 |
| DESK SP W/RETURN 5 DWR 1 DR | $ 120.00 | Fair Value | $ 120.00 |
| DESK SP W/RETURN 5 DWR MTL LAM | $ 60.00 | Fair Value | $ 60.00 |
| DESK SP W/RETURN CAB OH MTL | $ 40.00 | Fair Value | $ 40.00 |
| DESK SP W/RETURN CABINET OH 4 | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP W/RETURN MTL 2 DWR | $ 60.00 | Fair Value | $ 60.00 |
| DESK SP W/RETURN MTL 5 DWR | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP W/RETURN MTL LAM 4 DWR | $ 90.00 | Fair Value | $ 90.00 |
| DESK SP WD | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP WD 2 DWR | $ 30.00 | Fair Value | $ 30.00 |
| DESK SP WD VINYL 3 DWR | $ 60.00 | Fair Value | $ 60.00 |
| DESK STL 30X60 SP W/RETURN | $ 210.00 | Fair Value | $ 210.00 |
| DESK STL 36X72 DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK STL MOD 30X60 SP W/RETURN | $ 60.00 | Fair Value | $ 60.00 |
| DESK STL MODULAR 30X60 DP | $ 150.00 | Fair Value | $ 150.00 |
| DESK STL MODULAR 30X60 SP W/RE | $ 30.00 | Fair Value | $ 30.00 |
| DESK STL MODULAR U-SHAPE | $ 60.00 | Fair Value | $ 60.00 |
| DESK STUDENT 30X60 2 POSITION | $ 90.00 | Fair Value | $ 90.00 |
| DESK SYSTEM U-SHAPED OAK | $ 30.00 | Fair Value | $ 30.00 |
| DESK UNIT CHERRY/SOFT BLACK W/ | $ 650.00 | Fair Value | $ 650.00 |
| DESK U-SHAPED METAL W/OVERHEAD | $ 30.00 | Fair Value | $ 30.00 |
| DESK U-SHAPED WOOD W/OVERHEAD | $ 175.00 | Fair Value | $ 175.00 |
| DESK WD 3 DWR | $ 30.00 | Fair Value | $ 30.00 |
| DESK WD 30X60 SP W/RETURN | $ 30.00 | Fair Value | $ 30.00 |
| DESK WD 36X66 DP | $ 30.00 | Fair Value | $ 30.00 |
| DESK WD 4 DWR | $ 60.00 | Fair Value | $ 60.00 |
| DESK WITH RETURN METAL | $ 1,520.00 | Fair Value | $ 1,520.00 |
| DESK WITH RETURN METAL AND OVE | $ 260.00 | Fair Value | $ 260.00 |
| DESK WITH RETURN METAL FORMICA | $ 30.00 | Fair Value | $ 30.00 |
| DESK WITH RETURN WOOD | $ 1,425.00 | Fair Value | $ 1,425.00 |
| DESK, CANDEX | $ 400.00 | Fair Value | $ 400.00 |
| DESK, LESTER COMTEMP  36 X 71 | $ 190.00 | Fair Value | $ 190.00 |
| DESK, SNG PED FOR BILLING OFFI | $ 390.00 | Fair Value | $ 390.00 |
| DESK,60X30 BOX | $ 95.00 | Fair Value | $ 95.00 |
| DESK,66" ,W/HUTCH FOR MICHELE; | $ 125.00 | Fair Value | $ 125.00 |
| DESK,66X30 | $ 175.00 | Fair Value | $ 175.00 |
| DESK,ADAPTABILITY 29.5X60X29H | $ 120.00 | Fair Value | $ 120.00 |
| DESK,BOX/BOX/FILE/FILE FINISH | $ 95.00 | Fair Value | $ 95.00 |
| DESK,CONF | $ 100.00 | Fair Value | $ 100.00 |
| DESK,CONF ,4 DWR | $ 150.00 | Fair Value | $ 150.00 |
| DESK,CONFERENCE  , 4 DRAWER ,M | $ 135.00 | Fair Value | $ 135.00 |
| DESK,CREDENZA,BRIDGE,PEDESTAL, | $ 350.00 | Fair Value | $ 350.00 |
| DESK,DBL PED 72 X 36 | $ 90.00 | Fair Value | $ 90.00 |
| DESK,LFT RTN | $ 60.00 | Fair Value | $ 60.00 |
| DESK,PED FOR JEFF'S OFFICE | $ 80.00 | Fair Value | $ 80.00 |
| DESK,ROOM 304 KAZMI | $ 170.00 | Fair Value | $ 170.00 |
| DESK,SNGL PEDESTAL | $ 60.00 | Fair Value | $ 60.00 |
| DESK-PED ADAPT    ROOM 225 | $ 55.00 | Fair Value | $ 55.00 |
| DESKTOP 960 | $ 3,200.00 | Fair Value | $ 3,200.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DESKTOP 960 W/ACESSORIES | $ 175.00 | Fair Value | $ 175.00 |
| DESKTOP ACQ W/IP STREAMING PTZ | $ 7,600.00 | Fair Value | $ 7,600.00 |
| DESKTOP MICROSAVER SEC SYS & C | $ 30.00 | Fair Value | $ 30.00 |
| DESKTOP MICROSAVER SECURITY | $ 60.00 | Fair Value | $ 60.00 |
| DESKTOP MICROSAVER SECURITY SY | $ 250.00 | Fair Value | $ 250.00 |
| DESKTOP ON TROLLEY CART   W/M | $ 525.00 | Fair Value | $ 525.00 |
| DESKTOP OPTI 755 STD W/ FLAT P | $ 100.00 | Fair Value | $ 100.00 |
| DESKTOP STD SMALL OPTI 755  W/ | $ 200.00 | Fair Value | $ 200.00 |
| DESKTOP, OPTI 755 STD , W/O MN | $ 1,050.00 | Fair Value | $ 1,050.00 |
| DESKTOP, OPTIPLEX GX 520 W/ FL | $ 3,400.00 | Fair Value | $ 3,400.00 |
| DESKTOP, STD OPTI 960 | $ 100.00 | Fair Value | $ 100.00 |
| DESKTOP,OPT 960 | $ 3,250.00 | Fair Value | $ 3,250.00 |
| DESKTOP,OPTI 755 | $ 275.00 | Fair Value | $ 275.00 |
| DESKTOP,OPTI 755  W/PRGM  MGMT | $ 675.00 | Fair Value | $ 675.00 |
| DESKTOP,OPTI 755 STANDARD | $ 75.00 | Fair Value | $ 75.00 |
| DESKTOP,OPTI 755 STDW/PROG MGM | $ 275.00 | Fair Value | $ 275.00 |
| DESKTOP,OPTI 755 W/ACCESSORIES | $ 160.00 | Fair Value | $ 160.00 |
| DESKTOP,OPTIPLEX | $ 360.00 | Fair Value | $ 360.00 |
| DESKTOP,OPTIPLEX 745 SMALL W/V | $ 200.00 | Fair Value | $ 200.00 |
| DESKTOP,PENTIUM GX 520 W/RADEO | $ 2,160.00 | Fair Value | $ 2,160.00 |
| DESKTOP,SM STD 755 W/2(19) MON | $ 250.00 | Fair Value | $ 250.00 |
| DESKTOP,STANDARD OPTI 960 | $ 500.00 | Fair Value | $ 500.00 |
| DESKTOP,STANDARD SMALL  OPTI 7 | $ 100.00 | Fair Value | $ 100.00 |
| DESKTOP,STD OPTI 960 | $ 2,300.00 | Fair Value | $ 2,300.00 |
| DESKTOP,STD OPTI960 | $ 2,000.00 | Fair Value | $ 2,000.00 |
| DESKTOP,STD SMALL OPT 755 | $ 200.00 | Fair Value | $ 200.00 |
| DESKTOP,STD SMALL OPTI 755 | $ 375.00 | Fair Value | $ 375.00 |
| DEVICE PORTRAIT HEAD AND DEVIC | $ 700.00 | Fair Value | $ 700.00 |
| DIAGNOSTIC,OTOSCOPE SET | $ 75.00 | Fair Value | $ 75.00 |
| DIANGOSTIC SET W/CO-AXIAL OPGH | $ 35.00 | Fair Value | $ 35.00 |
| DICTATING MACHINE | $ 1,130.00 | Fair Value | $ 1,130.00 |
| DICTATION HANDSET | $ 700.00 | Fair Value | $ 700.00 |
| DICTATOR | $ 225.00 | Fair Value | $ 225.00 |
| DIGITAL ARCHIVE KIT/JAZ DRIVE | $ 275.00 | Fair Value | $ 275.00 |
| DIGITAL CAMERA,ACCESSORIES | $ 60.00 | Fair Value | $ 60.00 |
| DIGITAL CONTROL UNIT FOR ENDOS | $ 800.00 | Fair Value | $ 800.00 |
| DIGITAL SCALE - HEART TRANSPLA | $ 225.00 | Fair Value | $ 225.00 |
| DIGITAL STEROTACTIC BREAST BIO | $ 85.00 | Fair Value | $ 85.00 |
| DIGITRAX HEMATRAX LABEL VALIDA | $ 275.00 | Fair Value | $ 275.00 |
| DINAMAP PROCARE 400 | $ 600.00 | Fair Value | $ 600.00 |
| DISCOVERY W - BONE DENSITOMETE | $ 7,000.00 | Fair Value | $ 7,000.00 |
| DISHWASHER COMMERCIAL | $ 1,300.00 | Fair Value | $ 1,300.00 |
| DISINFECTOR TD 100 AUTO TEE PR | $ 3,575.00 | Fair Value | $ 3,575.00 |
| DISK SURFACE TEMP PROBE WITH F | $ 25.00 | Fair Value | $ 25.00 |
| DISP CVRS STANDATD PNL 50/PK | $ 2,250.00 | Fair Value | $ 2,250.00 |
| DISPENSER,ICE AND WATER  , SYM | $ 625.00 | Fair Value | $ 625.00 |
| DISPENSER,ICE AND WATER & WATE | $ 400.00 | Fair Value | $ 400.00 |
| DISPENSER,ICE AND WATER SYMPHO | $ 625.00 | Fair Value | $ 625.00 |
| DISPENSER,ICE AND WATER,SYMPHO | $ 4,025.00 | Fair Value | $ 4,025.00 |
| DISPENSER,SYMPHONEY ICE & WATE | $ 650.00 | Fair Value | $ 650.00 |
| DISPENSER,SYMPHONY ICE AND WAT | $ 700.00 | Fair Value | $ 700.00 |
| DISPLAY BARCO MDRC-2120 20  2M | $ 150.00 | Fair Value | $ 150.00 |
| DISPLAY CONTROLLER FOR DIAGNOS | $ 9,900.00 | Fair Value | $ 9,900.00 |
| DISPLAY ELO 19   TOUCH GRAY | $ 21,600.00 | Fair Value | $ 21,600.00 |
| DISPLAY- MULTISCAN- COLOR 17* | $ 35.00 | Fair Value | $ 35.00 |
| DISPLAY,LARGE FLAT PANEL | $ 900.00 | Fair Value | $ 900.00 |
| DISPLAY,LG FLAT PANEL | $ 1,400.00 | Fair Value | $ 1,400.00 |
| DISPLY,NDS 26" RADIANCE W/STAN | $ 1,350.00 | Fair Value | $ 1,350.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DISPOSAL STATION W/SS TABLE | $ 85.00 | Fair Value | $ 85.00 |
| DISPOSAL UNIT, SHARPS, WALL MO | $ 60.00 | Fair Value | $ 60.00 |
| DISPOSAL/INSTALL VERAFLOW ISOL | $ 350.00 | Fair Value | $ 350.00 |
| DISTRACTOR CASE | $ 15.00 | Fair Value | $ 15.00 |
| DIVIDER-DESK INVINCIBLE VISTA | $ 145.00 | Fair Value | $ 145.00 |
| DL TILT SCOPE W/PRISM IMAGE SY | $ 1,075.00 | Fair Value | $ 1,075.00 |
| DL360P68 SERVER CS 1000 | $ 4,150.00 | Fair Value | $ 4,150.00 |
| DOCUMENT SCANNER  FUJITSU FI-7 | $ 2,550.00 | Fair Value | $ 2,550.00 |
| DOLPHIN NOSE DISSECTOR | $ 100.00 | Fair Value | $ 100.00 |
| DOLPHIN UNIT | $ 1,150.00 | Fair Value | $ 1,150.00 |
| DOMESTIC 18 CU.FT. REFRIGERATO | $ 75.00 | Fair Value | $ 75.00 |
| DOOR DARK ROOM | $ 100.00 | Fair Value | $ 100.00 |
| DOPLOC LOCKING DEVICE STAND | $ 15.00 | Fair Value | $ 15.00 |
| DOPPLER | $ 1,800.00 | Fair Value | $ 1,800.00 |
| doppler  QT 1 | $ 35.00 | Fair Value | $ 35.00 |
| DOPPLER 811B SERIES | $ 120.00 | Fair Value | $ 120.00 |
| DOPPLER BOX | $ 55.00 | Fair Value | $ 55.00 |
| DOPPLER NON DIRECTIONAL W/ PEN | $ 2,240.00 | Fair Value | $ 2,240.00 |
| DOPPLER NON DRCTNL W/8.0 MHZ 3 | $ 1,800.00 | Fair Value | $ 1,800.00 |
| DOPPLER OB | $ 65.00 | Fair Value | $ 65.00 |
| DOPPLER ULTRASONIC | $ 300.00 | Fair Value | $ 300.00 |
| DOPPLER W/STAND | $ 70.00 | Fair Value | $ 70.00 |
| DOPPLER,NON DIRECTIONAL | $ 960.00 | Fair Value | $ 960.00 |
| DOPPLER,NON DRCTNL W/NOMINAL 9 | $ 65.00 | Fair Value | $ 65.00 |
| DOPPLER,NON-DRECTINL MDL 811-B | $ 140.00 | Fair Value | $ 140.00 |
| DOPPLERS,NON DIRECTIONAL 9MGZ | $ 350.00 | Fair Value | $ 350.00 |
| DOPPLERS.NON DIRECTIONAL , 9MG | $ 350.00 | Fair Value | $ 350.00 |
| DOPPLER-ULTRASONIC FLOW DETECT | $ 85.00 | Fair Value | $ 85.00 |
| DORADO TRANSMITTER | $ 105.00 | Fair Value | $ 105.00 |
| DOR-VAL BENCH (286 STAFF LOUNG | $ 75.00 | Fair Value | $ 75.00 |
| DOSE DISPENSING HOOD FOR STD L | $ 625.00 | Fair Value | $ 625.00 |
| DOSIMETER | $ 35.00 | Fair Value | $ 35.00 |
| DOSIMETRY DIODE | $ 170.00 | Fair Value | $ 170.00 |
| DOSIMETRY SOFTWARE W/SCANNER | $ 1,250.00 | Fair Value | $ 1,250.00 |
| DOUBLE OCCUPANCY- 1 POSTER PER | $ 600.00 | Fair Value | $ 600.00 |
| DOUBLE OCCUPANCY-2 POSTERS PER | $ 2,725.00 | Fair Value | $ 2,725.00 |
| DOUBLE PEDESTAL DESK W/LOCK | $ 60.00 | Fair Value | $ 60.00 |
| DOUBLE-SIDED TABLE SCATTER SHI | $ 80.00 | Fair Value | $ 80.00 |
| DOWNLOADER/RECHARGER- SINGLE- | $ 120.00 | Fair Value | $ 120.00 |
| DR DOMESCK & SHANG/DESK | $ 170.00 | Fair Value | $ 170.00 |
| DR SPEARS OFFICE,DESK | $ 100.00 | Fair Value | $ 100.00 |
| DRAGAR VENTS (5) | $ 5,500.00 | Fair Value | $ 5,500.00 |
| DRAPERIES(18) AS SPEC ON QTE 0 | $ 525.00 | Fair Value | $ 525.00 |
| DRAWER 3* | $ 60.00 | Fair Value | $ 60.00 |
| DRAWER 5  STORAGE SPACE | $ 4,650.00 | Fair Value | $ 4,650.00 |
| DRAWER 6* | $ 85.00 | Fair Value | $ 85.00 |
| DRAWER 9* | $ 65.00 | Fair Value | $ 65.00 |
| DRAWER DEEP FOR 25  MONSOON JE | $ 400.00 | Fair Value | $ 400.00 |
| DRAWER DIVIDER | $ 550.00 | Fair Value | $ 550.00 |
| DRAWER-KEYBOARD FULLY ARTICULA | $ 175.00 | Fair Value | $ 175.00 |
| DRESSING NOOK-RITTER COLOR =GR | $ 250.00 | Fair Value | $ 250.00 |
| DRILL PRESS | $ 25.00 | Fair Value | $ 25.00 |
| DRILL SYNTHES | $ 2,100.00 | Fair Value | $ 2,100.00 |
| DRILL,5/32 W/JACOB CHUCK | $ 85.00 | Fair Value | $ 85.00 |
| DRILL,BONE | $ 150.00 | Fair Value | $ 150.00 |
| DRILL,CORE IMPACTION | $ 500.00 | Fair Value | $ 500.00 |
| DRILL,MICRO | $ 325.00 | Fair Value | $ 325.00 |
| DRILL,MICRO MEDIUM STRAIGHT/AT | $ 85.00 | Fair Value | $ 85.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DRILL,SYNTHES | $ 90.00 | Fair Value | $ 90.00 |
| DRILL,UNIVERSAL | $ 650.00 | Fair Value | $ 650.00 |
| DRIVE STORAGES & MODEM | $ 950.00 | Fair Value | $ 950.00 |
| DRIVER CORE UNIVERSAL | $ 2,100.00 | Fair Value | $ 2,100.00 |
| DRIVER,CORE UNIVERSAL | $ 625.00 | Fair Value | $ 625.00 |
| DRX ASCEND SYSTEM 65W THREE PH | $ 110,000.00 | Fair Value | $ 110,000.00 |
| DRY ERASE BOARD 4' X 6'...COLO | $ 50.00 | Fair Value | $ 50.00 |
| DRYER | $ 15.00 | Fair Value | $ 15.00 |
| DRYER,SPEED QUEEN, COMMERCIAL | $ 65.00 | Fair Value | $ 65.00 |
| DRYER-MAYTAG COMMERCIAL 75 LB | $ 300.00 | Fair Value | $ 300.00 |
| DRYVIEW 5700 LASER IMAGER | $ 2,475.00 | Fair Value | $ 2,475.00 |
| DSD-20 1LT WITH LEAK TESTER VM | $ 3,375.00 | Fair Value | $ 3,375.00 |
| DSKTP,OPTI 755 STD W/MONITORS, | $ 2,900.00 | Fair Value | $ 2,900.00 |
| DSP HIGH CAPACITY MODULE | $ 4,050.00 | Fair Value | $ 4,050.00 |
| DSTRCTR, ANKLE, GUHL, NON-INVS | $ 125.00 | Fair Value | $ 125.00 |
| DUAL BULB HOLDER FOR PRX 6000 | $ 15.00 | Fair Value | $ 15.00 |
| DUAL CHAMBER DIAL DRIVEN- PULS | $ 3,500.00 | Fair Value | $ 3,500.00 |
| DUAL CHAMBER TEMP PACEMAKER | $ 1,000.00 | Fair Value | $ 1,000.00 |
| DUAL CORE XEON PROCESSOR 5130 | $ 1,950.00 | Fair Value | $ 1,950.00 |
| DUAL DIMMER CONTROL FO PRX SER | $ 180.00 | Fair Value | $ 180.00 |
| DUAL DIMMER CONTROLLER FOR LIG | $ 200.00 | Fair Value | $ 200.00 |
| DUAL DISPLAY | $ 175.00 | Fair Value | $ 175.00 |
| DUAL DISPLAY CAPABILITY | $ 175.00 | Fair Value | $ 175.00 |
| DUAL DISPLAY CAPABLTY - CARDIA | $ 175.00 | Fair Value | $ 175.00 |
| DUAL DRIVER W/ACCESSORIES | $ 5,700.00 | Fair Value | $ 5,700.00 |
| DUKANE CENTRAL EQUIPMENT CABIN | $ 2,225.00 | Fair Value | $ 2,225.00 |
| DUPLEX COLOR SCANNER / FI-4120 | $ 375.00 | Fair Value | $ 375.00 |
| DURA-CUF ADULT ASSORTMENT PACK | $ 225.00 | Fair Value | $ 225.00 |
| DURASENSOR DS100A ADULT | $ 40.00 | Fair Value | $ 40.00 |
| DVR | $ 875.00 | Fair Value | $ 875.00 |
| DVR,16 CHANNEL,TOSHIBA | $ 1,100.00 | Fair Value | $ 1,100.00 |
| DVR,4U | $ 550.00 | Fair Value | $ 550.00 |
| DVR,4U 16CH 240 FPS 250GB | $ 575.00 | Fair Value | $ 575.00 |
| Dymo Label Writer  QT 1 | $ 10.00 | Fair Value | $ 10.00 |
| DYNACLAD ENTERPRISE SOLUTION | $ 5,100.00 | Fair Value | $ 5,100.00 |
| E CAM VARIABLE ANGLE SYSTEM | $ 3,625.00 | Fair Value | $ 3,625.00 |
| E.CAM TM SIGNATURE DUAL DETECT | $ 26,100.00 | Fair Value | $ 26,100.00 |
| E15 CABLE MANAGEMENT | $ 225.00 | Fair Value | $ 225.00 |
| E20 MULTI-MEASUREMENT SERVER M | $ 225.00 | Fair Value | $ 225.00 |
| E67 PLUS CARTRIDGE | $ 90.00 | Fair Value | $ 90.00 |
| E9000 HIGH SPEED DRILL | $ 800.00 | Fair Value | $ 800.00 |
| EASI VERSION OF TELEMETRY TRAN | $ 150.00 | Fair Value | $ 150.00 |
| ECG CP100 12 LEAD MULTICHANNEL | $ 275.00 | Fair Value | $ 275.00 |
| ECG,OCR 100 PC BASED RESTING | $ 300.00 | Fair Value | $ 300.00 |
| Eclipse Calculation Workstatio | $ 22,000.00 | Fair Value | $ 22,000.00 |
| ECOMET 4000 GRINDER/POLISHER | $ 650.00 | Fair Value | $ 650.00 |
| EDNA TOWEL FORCEP | $ 20.00 | Fair Value | $ 20.00 |
| EDOSCOPY MONITOR UPGRADES | $ 250.00 | Fair Value | $ 250.00 |
| EEG | $ 1,750.00 | Fair Value | $ 1,750.00 |
| EEG DESKTOP UPGRADE W STARTECH | $ 1,575.00 | Fair Value | $ 1,575.00 |
| EEG MACHINE | $ 3,825.00 | Fair Value | $ 3,825.00 |
| EEG MONITORING UNIT,VIKING SEL | $ 3,150.00 | Fair Value | $ 3,150.00 |
| EEG SYSTEM | $ 1,950.00 | Fair Value | $ 1,950.00 |
| EEG/SLEEP TROLLEY W/DT COMPUTE | $ 975.00 | Fair Value | $ 975.00 |
| EEG32U | $ 775.00 | Fair Value | $ 775.00 |
| EEG32U HEADBOX | $ 2,850.00 | Fair Value | $ 2,850.00 |
| EIGHT CHANNEL POLYGRAF ID ANOR | $ 2,600.00 | Fair Value | $ 2,600.00 |
| EKG MACHINE | $ 4,050.00 | Fair Value | $ 4,050.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| EKG,MAC 1200 INTERPRETIVE | $ 325.00 | Fair Value | $ 325.00 |
| ELECTRIC HEATED AIR CURTAIN | $ 900.00 | Fair Value | $ 900.00 |
| ELECTRICAL CONDUITS INSTALL AT | $ 100.00 | Fair Value | $ 100.00 |
| ELECTROMETER DIGITAL | $ 250.00 | Fair Value | $ 250.00 |
| ELECTROMETER DUAL CHAN | $ 60.00 | Fair Value | $ 60.00 |
| ELECTROMETER DUAL CHANNEL | $ 60.00 | Fair Value | $ 60.00 |
| ELECTRONIC INVERTOR AND MOTORO | $ 2,150.00 | Fair Value | $ 2,150.00 |
| ELECTRONIC STIMULATOR | $ 45.00 | Fair Value | $ 45.00 |
| ELECTROSURGICAL ANALYZER QA-ES | $ 625.00 | Fair Value | $ 625.00 |
| ELECTROSURGICAL BIPOLAR UNIT | $ 2,650.00 | Fair Value | $ 2,650.00 |
| ELECTROSURGICAL SYSTEM | $ 125.00 | Fair Value | $ 125.00 |
| ELECTROSURGICAL UNIT | $ 5,405.00 | Fair Value | $ 5,405.00 |
| ELECTROSURGICAL UNIT 5000 SYST | $ 19,500.00 | Fair Value | $ 19,500.00 |
| ELECTROSURGICAL UNIT SYSTEM | $ 2,350.00 | Fair Value | $ 2,350.00 |
| ELEVATOR.TISSUE | $ 50.00 | Fair Value | $ 50.00 |
| ELITE 2 RAIL CLAMP | $ 2,350.00 | Fair Value | $ 2,350.00 |
| ELITE 200 DIGITAL DISPLAY W/AL | $ 95.00 | Fair Value | $ 95.00 |
| EMBEDDING CENTER | $ 1,525.00 | Fair Value | $ 1,525.00 |
| emergencty carts  QT 1 | $ 90.00 | Fair Value | $ 90.00 |
| emergencty carts  QT 2 | $ 90.00 | Fair Value | $ 90.00 |
| EMERGENCY ROOM EQUIPT | $ 425.00 | Fair Value | $ 425.00 |
| EMET TRACKING 3 UNIT KIT | $ 2,675.00 | Fair Value | $ 2,675.00 |
| EMG MACHINE | $ 1,225.00 | Fair Value | $ 1,225.00 |
| ENCLOSURE | $ 5.00 | Fair Value | $ 5.00 |
| ENCORE 204/EL: NEO/ADULT ECG/N | $ 725.00 | Fair Value | $ 725.00 |
| ENCORE 204/EL:NEO/ADULT ECG/NI | $ 725.00 | Fair Value | $ 725.00 |
| ENCORE SURGICAL PACK | $ 12,500.00 | Fair Value | $ 12,500.00 |
| END TABLE,LESRO SHEFFIELD | $ 30.00 | Fair Value | $ 30.00 |
| END TABLES | $ 365.00 | Fair Value | $ 365.00 |
| ENDO LAPRA-TY ABS CLP APP | $ 100.00 | Fair Value | $ 100.00 |
| ENDO WORKS REGIS./DICTATION WO | $ 550.00 | Fair Value | $ 550.00 |
| ENDO/SELF RISING 5 MM NEEDLE H | $ 150.00 | Fair Value | $ 150.00 |
| ENDOLAV ENDOSCOPIC LAVAGE PUMP | $ 285.00 | Fair Value | $ 285.00 |
| ENDOSCOPE- HYSTEROSCOPE- 2.7MM | $ 700.00 | Fair Value | $ 700.00 |
| ENDOSCOPES (19VARIOUS SCOPES) | $ 6,700.00 | Fair Value | $ 6,700.00 |
| ENGRAVER COMPUTERIZED | $ 375.00 | Fair Value | $ 375.00 |
| ENHANCED LEGACY PHACO HANDPIEC | $ 20.00 | Fair Value | $ 20.00 |
| ENOVATE  TENET CART BUNDLE | $ 5,025.00 | Fair Value | $ 5,025.00 |
| ENSITE SYSTEM | $ 24,000.00 | Fair Value | $ 24,000.00 |
| ENT CABINET | $ 80.00 | Fair Value | $ 80.00 |
| ENTERPRISE ARM CHAIR | $ 20.00 | Fair Value | $ 20.00 |
| ENTERPRISE ARM CHAIR IMPACT & | $ 50.00 | Fair Value | $ 50.00 |
| ENTERPRISE ARM CHAIR. IMPACT & | $ 40.00 | Fair Value | $ 40.00 |
| ENTERPRISE LOW BACK TILTER IMP | $ 95.00 | Fair Value | $ 95.00 |
| ENTERPRISE MED BACK SYNCHRO PN | $ 60.00 | Fair Value | $ 60.00 |
| ENTERPRISE MEDIUM BACK | $ 30.00 | Fair Value | $ 30.00 |
| ENTERPRISE MEDIUM BACK MULTI-F | $ 150.00 | Fair Value | $ 150.00 |
| ENTHERMICS BLANKET WARMING CAB | $ 1,250.00 | Fair Value | $ 1,250.00 |
| EPIC MV ACMI LIGHT CABLE | $ 20.00 | Fair Value | $ 20.00 |
| EPIC MV SEMI-FLEXIBLE KIT | $ 150.00 | Fair Value | $ 150.00 |
| EPORT REPLICATOR | $ 20.00 | Fair Value | $ 20.00 |
| EPS UPGRADE CONTROLLER SYSTEM | $ 550.00 | Fair Value | $ 550.00 |
| EPSON PRINTER | $ 35.00 | Fair Value | $ 35.00 |
| EPSON PRINTER INTERFACE CABLE | $ 5.00 | Fair Value | $ 5.00 |
| EPSON STYLUS COLOR 8 INKJET PR | $ 25.00 | Fair Value | $ 25.00 |
| EQUIP & FURN- EQUIPMENT - COST | $ 6,975.00 | Fair Value | $ 6,975.00 |
| EQUIP & FURN- EQUIPMENT - FREI | $ 1,825.00 | Fair Value | $ 1,825.00 |
| EQUIP & FURN- EQUIPMENT - RENA | $ 4,475.00 | Fair Value | $ 4,475.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| EQUIP & FURN- EXTERIOR SIGNAGE | $ 11,120.00 | Fair Value | $ 11,120.00 |
| EQUIP & FURN- FURNITURE - COST | $ 475.00 | Fair Value | $ 475.00 |
| EQUIP & FURN- FURNITURE - FREI | $ 2,350.00 | Fair Value | $ 2,350.00 |
| EQUIP & FURN- INFORMATION SYST | $ 225.00 | Fair Value | $ 225.00 |
| EQUIP & FURN- INTERIOR DESIGN | $ 13,410.00 | Fair Value | $ 13,410.00 |
| EQUIP & FURN- TELECOMMUNICATIO | $ 3,975.00 | Fair Value | $ 3,975.00 |
| EQUIPMENT COST IS | $ 7,800.00 | Fair Value | $ 7,800.00 |
| ERGOMETER | $ 215.00 | Fair Value | $ 215.00 |
| ERGOMETER AEROBIC | $ 55.00 | Fair Value | $ 55.00 |
| ERGOMETER ARM | $ 30.00 | Fair Value | $ 30.00 |
| ERGOMETER BICYCLE | $ 35.00 | Fair Value | $ 35.00 |
| ESA609-US ELEC SAFETY ANALYZER | $ 650.00 | Fair Value | $ 650.00 |
| ESCALADE 18DX48W CONSOLE TABLE | $ 350.00 | Fair Value | $ 350.00 |
| ESCALADE, 18D X 48W, CONSOLE T | $ 70.00 | Fair Value | $ 70.00 |
| E-SERIES PACK | $ 20.00 | Fair Value | $ 20.00 |
| ESOPHAGEAL APPLICATOR SET- 6MM | $ 250.00 | Fair Value | $ 250.00 |
| E-TABLE,NATURAL WALNUT (QUOTE | $ 875.00 | Fair Value | $ 875.00 |
| ETHERILITE,DIGI 32 PORT | $ 350.00 | Fair Value | $ 350.00 |
| ETHERNET 10/100 T NETWORK SWIT | $ 65.00 | Fair Value | $ 65.00 |
| EU-COATED COVER VELCRO | $ 15.00 | Fair Value | $ 15.00 |
| EVIS EXERA VIDEO PROCESSOR W/M | $ 1,925.00 | Fair Value | $ 1,925.00 |
| EVITA NEOFLOW KITS | $ 1,375.00 | Fair Value | $ 1,375.00 |
| EXAM ROOM,STOOLS | $ 220.00 | Fair Value | $ 220.00 |
| EXAM SHEATH | $ 60.00 | Fair Value | $ 60.00 |
| EXAM STOOL WITH BACK | $ 125.00 | Fair Value | $ 125.00 |
| EXAM TABLES,CLINTON W/BACK RES | $ 525.00 | Fair Value | $ 525.00 |
| EXERA VIDEO BRONCHOSCOPE W/5.2 | $ 2,150.00 | Fair Value | $ 2,150.00 |
| EXPRESS SEW HANDLE | $ 200.00 | Fair Value | $ 200.00 |
| EXPRESSWRITER MICROCASSETTE DE | $ 315.00 | Fair Value | $ 315.00 |
| EXTERNAL 4 0 TB RAID DELL | $ 6,075.00 | Fair Value | $ 6,075.00 |
| EXTERNAL RAID ARRAY (ADD'TL 20 | $ 1,475.00 | Fair Value | $ 1,475.00 |
| EXTRA DELIVERY CHG-INSTALLATIO | $ 20.00 | Fair Value | $ 20.00 |
| EXTRA SIDE DEAVER | $ 40.00 | Fair Value | $ 40.00 |
| EYE SAFETY FILTER (ESF) FOR 53 | $ 95.00 | Fair Value | $ 95.00 |
| E-Z LIFT SYS | $ 1,200.00 | Fair Value | $ 1,200.00 |
| EZ PRECISION INFILTRATION PUMP | $ 300.00 | Fair Value | $ 300.00 |
| F1-6130 CLR DUPLEX | $ 100.00 | Fair Value | $ 100.00 |
| FAB. & INSTALL. OF COM CUBICLE | $ 125.00 | Fair Value | $ 125.00 |
| FABRICATION & INSTALLATION OF | $ 200.00 | Fair Value | $ 200.00 |
| FAC 855  FUJITSU FI 4220C2 FLA | $ 125.00 | Fair Value | $ 125.00 |
| FAC 855  OPTIPLEX GX520 W/MONI | $ 100.00 | Fair Value | $ 100.00 |
| FAC 855 CHARTLINC SE HARDWARE | $ 1,100.00 | Fair Value | $ 1,100.00 |
| FAC 855 DELL OPTIPLEX 745 DESK | $ 5,700.00 | Fair Value | $ 5,700.00 |
| FAC 855 EASY ID WRISTBANDS | $ 100.00 | Fair Value | $ 100.00 |
| FAC 855- FUGITSU FI-5220C SCAN | $ 125.00 | Fair Value | $ 125.00 |
| FAC 855 FUJITSU FI-5220C2 ADF | $ 125.00 | Fair Value | $ 125.00 |
| FAC 855 HP 4250DTN PRINTER (2 | $ 10,325.00 | Fair Value | $ 10,325.00 |
| FAC 855 IEI 8 4IN FANLESS PANE | $ 16,500.00 | Fair Value | $ 16,500.00 |
| FAC 855 KRONOS CLOCK AND BATTE | $ 300.00 | Fair Value | $ 300.00 |
| FAC 855 OPTIPLEX GX520 W/MONIT | $ 2,400.00 | Fair Value | $ 2,400.00 |
| FAC 855 RACK, RAPID RAIL, 1U, | $ 10.00 | Fair Value | $ 10.00 |
| FAC 855-ELO 1715L TFT FLAT 17" | $ 1,080.00 | Fair Value | $ 1,080.00 |
| FAC 855-ERGOTRON SV LCD CART N | $ 1,500.00 | Fair Value | $ 1,500.00 |
| FAC 855-FUJITSU FI-6130 CLR DU | $ 100.00 | Fair Value | $ 100.00 |
| FAC 855-MOTION C5 U7500+DOCKIN | $ 1,500.00 | Fair Value | $ 1,500.00 |
| FAC 855-OPTIPLEX 960 E8400/3.0 | $ 2,565.00 | Fair Value | $ 2,565.00 |
| FAC 855-SONY BRAVIA 46KDL46W41 | $ 150.00 | Fair Value | $ 150.00 |
| FAC 855-ULTRASHARP 1708FP BLK | $ 35.00 | Fair Value | $ 35.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC855 19IN RACK MOUNT LCD CON | $ 175.00 | Fair Value | $ 175.00 |
| FAC855 3015DN PRINTER | $ 100.00 | Fair Value | $ 100.00 |
| FAC855 42IN LED LCD TV SUPERSI | $ 250.00 | Fair Value | $ 250.00 |
| FAC855 4500 FULL MUN B/C EXP M | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC855 4TH FL INTERMEDIATE DIS | $ 7,400.00 | Fair Value | $ 7,400.00 |
| FAC855 AIR CT5508 100 K9 CISCO | $ 5,050.00 | Fair Value | $ 5,050.00 |
| FAC855 AIR LAP1142N A K9 802.1 | $ 65.00 | Fair Value | $ 65.00 |
| FAC855 AIR PWRINJ4 POWER INJEC | $ 175.00 | Fair Value | $ 175.00 |
| FAC855 APC SMART UPS 1500VA LC | $ 480.00 | Fair Value | $ 480.00 |
| FAC855 APC SMART UPS 1500VA/BA | $ 9,350.00 | Fair Value | $ 9,350.00 |
| FAC855 APC SMART UPS 6000VA 28 | $ 7,875.00 | Fair Value | $ 7,875.00 |
| FAC855 APC SMART UPS SRT6KRMXL | $ 5,450.00 | Fair Value | $ 5,450.00 |
| FAC855 APOLLO GOLD | $ 275.00 | Fair Value | $ 275.00 |
| FAC855 ARRA WIRELESS ACCESS NE | $ 140,000.00 | Fair Value | $ 140,000.00 |
| FAC855 BATTERY CHARGER KIT 450 | $ 260.00 | Fair Value | $ 260.00 |
| FAC855 CANON IMAGEFORMULA DR-C | $ 7,200.00 | Fair Value | $ 7,200.00 |
| FAC855 CATALYST 3750 | $ 1,175.00 | Fair Value | $ 1,175.00 |
| FAC855 CATALYST 3K-X 10G NETWO | $ 450.00 | Fair Value | $ 450.00 |
| FAC855 CENTRICITY 3.2 IMAGE MA | $ 3,650.00 | Fair Value | $ 3,650.00 |
| FAC855 CENTRICITY WORKSTATION | $ 5,800.00 | Fair Value | $ 5,800.00 |
| FAC855 CISCO 1100W AC POWER SU | $ 2,100.00 | Fair Value | $ 2,100.00 |
| FAC855 CISCO 2911 K9 CISCO 291 | $ 7,200.00 | Fair Value | $ 7,200.00 |
| FAC855 CISCO 3750X 48-PORT SWI | $ 2,650.00 | Fair Value | $ 2,650.00 |
| FAC855 CISCO 4 PORT EXPANSION | $ 700.00 | Fair Value | $ 700.00 |
| FAC855 CISCO 5520 CONTROLLER W | $ 14,700.00 | Fair Value | $ 14,700.00 |
| FAC855 CISCO AIR LAP 1142 WIRE | $ 70.00 | Fair Value | $ 70.00 |
| FAC855 CISCO AIR WIRELESS ACCE | $ 10,800.00 | Fair Value | $ 10,800.00 |
| FAC855 CISCO AIRONET WIRELESS | $ 550.00 | Fair Value | $ 550.00 |
| FAC855 CISCO CATALYST 3560CX S | $ 1,375.00 | Fair Value | $ 1,375.00 |
| FAC855 CISCO CATALYST 3850 48F | $ 19,075.00 | Fair Value | $ 19,075.00 |
| FAC855 CISCO CATALYST 6500 24 | $ 2,150.00 | Fair Value | $ 2,150.00 |
| FAC855 CISCO POWER SUPPLY 700 | $ 250.00 | Fair Value | $ 250.00 |
| FAC855 CISCO SECONDARY POWER S | $ 300.00 | Fair Value | $ 300.00 |
| FAC855 CISCO TRANSCEIVER MODUL | $ 1,330.00 | Fair Value | $ 1,330.00 |
| FAC855 COMMUNICATION CLOSET | $ 8,100.00 | Fair Value | $ 8,100.00 |
| FAC855 COMPUTING F5T TABLET | $ 6,475.00 | Fair Value | $ 6,475.00 |
| FAC855 D90D7 THIN CLIENT WIRED | $ 2,250.00 | Fair Value | $ 2,250.00 |
| FAC855 DATA NETWORK CABLING IN | $ 120,000.00 | Fair Value | $ 120,000.00 |
| FAC855 DECSERVER 716 PORTS EXT | $ 400.00 | Fair Value | $ 400.00 |
| FAC855 DELL 19 MONITOR - E1913 | $ 3,950.00 | Fair Value | $ 3,950.00 |
| FAC855 DELL 19IN WIDE MONITOR | $ 450.00 | Fair Value | $ 450.00 |
| FAC855 DELL 19INCH WIDE MONITO | $ 3,660.00 | Fair Value | $ 3,660.00 |
| FAC855 DELL 22IN MONITOR P2214 | $ 200.00 | Fair Value | $ 200.00 |
| FAC855 DELL 22IN MONITORS | $ 3,250.00 | Fair Value | $ 3,250.00 |
| FAC855 DELL 22INCH MONITOR | $ 50.00 | Fair Value | $ 50.00 |
| FAC855 DELL 4220 42U RACK W/DO | $ 1,050.00 | Fair Value | $ 1,050.00 |
| FAC855 DELL 5330DN WORKGROUP L | $ 250.00 | Fair Value | $ 250.00 |
| FAC855 DELL B1265DNF PRINTER | $ 100.00 | Fair Value | $ 100.00 |
| FAC855 DELL E1911 FLAT PANEL M | $ 7,610.00 | Fair Value | $ 7,610.00 |
| FAC855 DELL MDF CAMERA | $ 2,600.00 | Fair Value | $ 2,600.00 |
| FAC855 DELL POWERVAULT TAPE LI | $ 700.00 | Fair Value | $ 700.00 |
| FAC855 DELL UPS RACK 1920W 2U | $ 125.00 | Fair Value | $ 125.00 |
| FAC855 DELL VENUE 11 PRO (7140 | $ 6,050.00 | Fair Value | $ 6,050.00 |
| FAC855 DIGI RAPIDPORT 4-FAX MO | $ 200.00 | Fair Value | $ 200.00 |
| FAC855 DOCKING STATION | $ 350.00 | Fair Value | $ 350.00 |
| FAC855 E997 WORKSTATION | $ 450.00 | Fair Value | $ 450.00 |
| FAC855 ENOVATE - TENET CART BU | $ 18,250.00 | Fair Value | $ 18,250.00 |
| FAC855 ENOVATE-TENET CART BUND | $ 386,125.00 | Fair Value | $ 386,125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC855 EPAD INK USB WITH DRIVE | $ 745.00 | Fair Value | $ 745.00 |
| FAC855 F6130 CLR DPLX SCANNER | $ 400.00 | Fair Value | $ 400.00 |
| FAC855 FASTPAK EXP 256/64S NAR | $ 24,000.00 | Fair Value | $ 24,000.00 |
| FAC855 FASTPAK EXP NARROW PACK | $ 3,825.00 | Fair Value | $ 3,825.00 |
| FAC855 FI6130 CL DPLX SCANNER | $ 100.00 | Fair Value | $ 100.00 |
| FAC855 FI6130 CL DPLX SHTFED S | $ 2,900.00 | Fair Value | $ 2,900.00 |
| FAC855 FI6130 CLR DPLX | $ 100.00 | Fair Value | $ 100.00 |
| FAC855 FI6130 CLR DPLX SCANNER | $ 500.00 | Fair Value | $ 500.00 |
| FAC855 FI6130 CLR DUPLX SCANNE | $ 700.00 | Fair Value | $ 700.00 |
| FAC855 FRIDEAN PCPROX HID USB | $ 2,150.00 | Fair Value | $ 2,150.00 |
| FAC855 Fujitsu 7160Scanner | $ 5,000.00 | Fair Value | $ 5,000.00 |
| FAC855 FUJITSU FI-6110 SCANNER | $ 250.00 | Fair Value | $ 250.00 |
| FAC855 FUJITSU LIFEBOOK T901 | $ 9,775.00 | Fair Value | $ 9,775.00 |
| FAC855 HONEYWELL XENON 1900 2D | $ 15,675.00 | Fair Value | $ 15,675.00 |
| FAC855 HONEYWELL XENON 1902 CO | $ 9,660.00 | Fair Value | $ 9,660.00 |
| FAC855 HP LASERJET ENTERPRISE | $ 2,100.00 | Fair Value | $ 2,100.00 |
| FAC855 HPG DELL PE R230 SERVER | $ 2,850.00 | Fair Value | $ 2,850.00 |
| FAC855 IEI 8 4IN FANLESS PANEL | $ 66,000.00 | Fair Value | $ 66,000.00 |
| FAC855 IEI 8.4IN FANLESS PANEL | $ 5,600.00 | Fair Value | $ 5,600.00 |
| FAC855 IEI FANLESS PANEL PC | $ 13,175.00 | Fair Value | $ 13,175.00 |
| FAC855 IRIDIUM 9555 SATELITE P | $ 300.00 | Fair Value | $ 300.00 |
| FAC855 LA550N IMPACT PRINTER I | $ 350.00 | Fair Value | $ 350.00 |
| FAC855 LATITUDE E6420 | $ 1,075.00 | Fair Value | $ 1,075.00 |
| FAC855 LATITUDE E6420 LAPTOP | $ 300.00 | Fair Value | $ 300.00 |
| FAC855 LATITUDE E6530 LAPTOP | $ 30,150.00 | Fair Value | $ 30,150.00 |
| FAC855 Latitude E7440 | $ 2,500.00 | Fair Value | $ 2,500.00 |
| FAC855 Latitude E7470 I7 256 G | $ 1,550.00 | Fair Value | $ 1,550.00 |
| FAC855 LINK TO A#51981 UPS INS | $ 1,325.00 | Fair Value | $ 1,325.00 |
| FAC855 LINK TO A#51982 UPS INS | $ 1,325.00 | Fair Value | $ 1,325.00 |
| FAC855 LINK TO A#51983 UPS INS | $ 1,325.00 | Fair Value | $ 1,325.00 |
| FAC855 LINK TO A#51984 UPS INS | $ 1,325.00 | Fair Value | $ 1,325.00 |
| FAC855 LINK TO A#51985 UPS INS | $ 1,325.00 | Fair Value | $ 1,325.00 |
| FAC855 LINK TO A#51986 UPS INS | $ 1,325.00 | Fair Value | $ 1,325.00 |
| FAC855 LINK TO A#80214 ADD'L L | $ 200.00 | Fair Value | $ 200.00 |
| FAC855 LINK TO A#80215 ADD'L L | $ 200.00 | Fair Value | $ 200.00 |
| FAC855 MEDIAWRITER D100 | $ 6,100.00 | Fair Value | $ 6,100.00 |
| FAC855 NETAPP DISK SHELF 24X2 | $ 41,000.00 | Fair Value | $ 41,000.00 |
| FAC855 NURSE CALL EQUIP 16TH F | $ 30,200.00 | Fair Value | $ 30,200.00 |
| FAC855 NURSE CALL SYSTEM - 15T | $ 82,000.00 | Fair Value | $ 82,000.00 |
| FAC855 OPTIPLEX 3020M MICRO WI | $ 3,450.00 | Fair Value | $ 3,450.00 |
| FAC855 OPTIPLEX 7040 AIO I5 50 | $ 7,250.00 | Fair Value | $ 7,250.00 |
| FAC855 OPTIPLEX 7040 MT I5 500 | $ 9,775.00 | Fair Value | $ 9,775.00 |
| FAC855 OPTIPLEX 7040SFF i5 500 | $ 92,000.00 | Fair Value | $ 92,000.00 |
| FAC855 OPTIPLEX 790 USFF | $ 40,750.00 | Fair Value | $ 40,750.00 |
| FAC855 OPTIPLEX 9010 DESKTOP | $ 14,400.00 | Fair Value | $ 14,400.00 |
| FAC855 OPTIPLEX 9020 | $ 4,875.00 | Fair Value | $ 4,875.00 |
| FAC855 Optiplex 9020 Mini Towe | $ 9,200.00 | Fair Value | $ 9,200.00 |
| FAC855 OPTIPLEX 9020 SFF BTX | $ 800.00 | Fair Value | $ 800.00 |
| FAC855 Optiplex 9020 Sm Form | $ 19,500.00 | Fair Value | $ 19,500.00 |
| FAC855 Optiplex 9020 Ultra Sma | $ 8,000.00 | Fair Value | $ 8,000.00 |
| FAC855 OPTIPLEX 990 DESKTOP | $ 3,400.00 | Fair Value | $ 3,400.00 |
| FAC855 OPTIPLEX 990 DESKTOP CO | $ 100.00 | Fair Value | $ 100.00 |
| FAC855 OPTIPLEX 990 DT | $ 4,775.00 | Fair Value | $ 4,775.00 |
| FAC855 OPTIPLEX 990 DT DESKTOP | $ 3,500.00 | Fair Value | $ 3,500.00 |
| FAC855 OPTIPLEX 990 SFF | $ 200.00 | Fair Value | $ 200.00 |
| FAC855 OPTIPLEX 990DT DESKTOP | $ 800.00 | Fair Value | $ 800.00 |
| FAC855 P190S 19 IN FLAT PANEL | $ 95.00 | Fair Value | $ 95.00 |
| FAC855 P190S 19 INCH FLAT MONI | $ 20.00 | Fair Value | $ 20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC855 P190S 19 INCH FLAT PANE | $ 355.00 | Fair Value | $ 355.00 |
| FAC855 P190S 19IN FLAT PANEL M | $ 1,320.00 | Fair Value | $ 1,320.00 |
| FAC855 P190S 19IN PANEL MONITO | $ 40.00 | Fair Value | $ 40.00 |
| FAC855 P3015DN PRINTER | $ 1,125.00 | Fair Value | $ 1,125.00 |
| FAC855 P4015TN PRINTER | $ 2,800.00 | Fair Value | $ 2,800.00 |
| FAC855 PE R710 CHASSIS SERVER | $ 3,350.00 | Fair Value | $ 3,350.00 |
| FAC855 POWEREDGE 310 SERVER | $ 2,600.00 | Fair Value | $ 2,600.00 |
| FAC855 POWEREDGE R620 | $ 2,925.00 | Fair Value | $ 2,925.00 |
| FAC855 POWEREDGE R720 | $ 2,450.00 | Fair Value | $ 2,450.00 |
| FAC855 POWEREDGE REMOTE CONSOL | $ 950.00 | Fair Value | $ 950.00 |
| FAC855 POWERMIC II NON SCANNER | $ 1,875.00 | Fair Value | $ 1,875.00 |
| FAC855 PRECISION WORKSTATION T | $ 17,925.00 | Fair Value | $ 17,925.00 |
| FAC855 PRINTER ZM400 203DPI DT | $ 450.00 | Fair Value | $ 450.00 |
| FAC855 PROFESSIONAL P190S 19IN | $ 225.00 | Fair Value | $ 225.00 |
| FAC855 RFIDEAS PCPROX HID USB | $ 12,275.00 | Fair Value | $ 12,275.00 |
| FAC855 RFIDEAS READER | $ 1,400.00 | Fair Value | $ 1,400.00 |
| FAC855 SLU BUNDLE E997 WALL ST | $ 4,875.00 | Fair Value | $ 4,875.00 |
| FAC855 SMART UPS 5000VA 208V O | $ 2,800.00 | Fair Value | $ 2,800.00 |
| FAC855 STERILIZER/WASHER | $ 4,625.00 | Fair Value | $ 4,625.00 |
| FAC855 THERMAL TRANSFER AUXILI | $ 1,025.00 | Fair Value | $ 1,025.00 |
| FAC855 TRANSCEIVER MODULE SFP- | $ 400.00 | Fair Value | $ 400.00 |
| FAC855 TRANSCEIVER MODULE X2-1 | $ 600.00 | Fair Value | $ 600.00 |
| FAC855 TREADMILL TMX428 220V | $ 4,825.00 | Fair Value | $ 4,825.00 |
| FAC855 TRIPPLITE SMART22000 UP | $ 100.00 | Fair Value | $ 100.00 |
| FAC855 UPS FOR SERVER ROOM DAT | $ 83,000.00 | Fair Value | $ 83,000.00 |
| FAC855 VERSACARE WITH AIR PKG, | $ 9,000.00 | Fair Value | $ 9,000.00 |
| FAC855 WORKSTATION SURGE SUPPR | $ 200.00 | Fair Value | $ 200.00 |
| FAC855 WOW CART BUNDLE B | $ 114,850.00 | Fair Value | $ 114,850.00 |
| FAC855 WS C3750V2 48PS S CATAL | $ 3,850.00 | Fair Value | $ 3,850.00 |
| FAC855 WYSE D907 WIRLESS THIN | $ 6,600.00 | Fair Value | $ 6,600.00 |
| FAC855 WYSE D90D7 | $ 7,875.00 | Fair Value | $ 7,875.00 |
| FAC855 WYSE D90D7 2GB | $ 34,200.00 | Fair Value | $ 34,200.00 |
| FAC855 WYSE D90D7 2GB WITH WIF | $ 2,800.00 | Fair Value | $ 2,800.00 |
| FAC855 WYSE Dev Mgr 4.8 ENT | $ 500.00 | Fair Value | $ 500.00 |
| FAC855 XSCRIBE 5 STRESS EXERCI | $ 5,500.00 | Fair Value | $ 5,500.00 |
| FAC855 XSCRIBE INTERFACE ONSIT | $ 1,225.00 | Fair Value | $ 1,225.00 |
| FAC855 XSCRIBE5 STRESS EXERCIS | $ 16,200.00 | Fair Value | $ 16,200.00 |
| FAC855 ZEBRA ZM400 BARCODE PRI | $ 1,500.00 | Fair Value | $ 1,500.00 |
| FAC855 ZM400 203 DPI DT TT ETH | $ 675.00 | Fair Value | $ 675.00 |
| FAC855 ZM400 203 DPI DT/TT ETH | $ 3,150.00 | Fair Value | $ 3,150.00 |
| FAC855Optiplex 9020 Small form | $ 68,000.00 | Fair Value | $ 68,000.00 |
| FACILITIES IMPLEMENTATION | $ 225.00 | Fair Value | $ 225.00 |
| FACILITIES IMPLEMENTATION SOLU | $ 8,200.00 | Fair Value | $ 8,200.00 |
| FACSIMILE (FAX) MACHINE | $ 825.00 | Fair Value | $ 825.00 |
| FACSTATION PPC ACQ UPGRADE | $ 1,000.00 | Fair Value | $ 1,000.00 |
| FACTORY INSTALL 6* 7DY CHART R | $ 150.00 | Fair Value | $ 150.00 |
| FAST 02 MMS | $ 1,050.00 | Fair Value | $ 1,050.00 |
| FAST CLAMP SYSTEM | $ 325.00 | Fair Value | $ 325.00 |
| FAST CLAMP TABLE & INST CLAMP | $ 350.00 | Fair Value | $ 350.00 |
| FAX | $ 520.00 | Fair Value | $ 520.00 |
| FAX MACHINE | $ 50.00 | Fair Value | $ 50.00 |
| FC1E3 NETWORK STATION COMPUTER | $ 525.00 | Fair Value | $ 525.00 |
| FCPS,FLEX GRASOING | $ 195.00 | Fair Value | $ 195.00 |
| FEE COMPUTER(W/FEEDISPLAY) | $ 750.00 | Fair Value | $ 750.00 |
| FENESTRATED BIPOLAR FORCEPS | $ 650.00 | Fair Value | $ 650.00 |
| FETAL,MONITOR CART | $ 1,000.00 | Fair Value | $ 1,000.00 |
| FI-4120C  DUPLEX COLOR SCANNER | $ 95.00 | Fair Value | $ 95.00 |
| FI-4120C DUPLEX COLOR SCANNER | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FI-5120C COLOR DUPLEX WORKGROU | $ 360.00 | Fair Value | $ 360.00 |
| FIBER INSTALLATION | $ 150.00 | Fair Value | $ 150.00 |
| FIBEROPTIC *STUBBY* HANDLE | $ 40.00 | Fair Value | $ 40.00 |
| FIBEROPTIC LARYN HABDLES | $ 95.00 | Fair Value | $ 95.00 |
| FILE CABINET LATERAL MTL 6 DWR | $ 40.00 | Fair Value | $ 40.00 |
| FILE CABINET MAGNETIC TAPE STG | $ 20.00 | Fair Value | $ 20.00 |
| FILE CARD 8 SPLIT 4X6 DWR | $ 260.00 | Fair Value | $ 260.00 |
| FILE CARD 8 SPLIT 5X8 DWRS | $ 20.00 | Fair Value | $ 20.00 |
| FILE DATA PROCESSING | $ 20.00 | Fair Value | $ 20.00 |
| FILE DATA PROCESSING 6 TIER | $ 20.00 | Fair Value | $ 20.00 |
| FILE DATA PROCESSING TAPE STG | $ 20.00 | Fair Value | $ 20.00 |
| FILE LATERAL 36 IN 5 DWR | $ 80.00 | Fair Value | $ 80.00 |
| FILE LATERAL 36 IN 7 DWR | $ 100.00 | Fair Value | $ 100.00 |
| FILE LATERAL 4 DRAWERS WOOD | $ 20.00 | Fair Value | $ 20.00 |
| FILE LATERAL 4 DWR 36 IN OAK | $ 20.00 | Fair Value | $ 20.00 |
| FILE LATERAL 4 DWR 42 IN | $ 60.00 | Fair Value | $ 60.00 |
| FILE LATERAL 42 IN6 DWR | $ 20.00 | Fair Value | $ 20.00 |
| FILE LATERAL 5 DRAWERS | $ 2,960.00 | Fair Value | $ 2,960.00 |
| FILE LATERAL 6 DRAWERS | $ 100.00 | Fair Value | $ 100.00 |
| FILE LATERAL WALNUT 36 IN 2 DW | $ 20.00 | Fair Value | $ 20.00 |
| FILE MAHOGANY 4 DWR LATERAL 36 | $ 20.00 | Fair Value | $ 20.00 |
| FILE MICROFILM STORAGE | $ 40.00 | Fair Value | $ 40.00 |
| FILE ROTATABLE 3 SECTION | $ 20.00 | Fair Value | $ 20.00 |
| FILE SHELF CT TAPE STGE | $ 80.00 | Fair Value | $ 80.00 |
| FILE STL 4 DWR LATERAL 36 IN | $ 60.00 | Fair Value | $ 60.00 |
| FILE STL 5 DWR 30 IN | $ 40.00 | Fair Value | $ 40.00 |
| FILE STL 5 DWR LATERAL | $ 120.00 | Fair Value | $ 120.00 |
| FILE STL 5 DWR LATERAL 30 IN | $ 60.00 | Fair Value | $ 60.00 |
| FILE STL 5 DWR LATERAL 36 IN | $ 1,100.00 | Fair Value | $ 1,100.00 |
| FILE STL 6 DWR CARD | $ 20.00 | Fair Value | $ 20.00 |
| FILE STL 6 DWR CARD OVERSIZED | $ 20.00 | Fair Value | $ 20.00 |
| FILE STL 6 DWR LATERAL 36 IN | $ 220.00 | Fair Value | $ 220.00 |
| FILE STL 8 DWR CARD | $ 20.00 | Fair Value | $ 20.00 |
| FILE STL CABINET MAGNETIC TAPE | $ 160.00 | Fair Value | $ 160.00 |
| FILE STL CARD 7 DWR | $ 20.00 | Fair Value | $ 20.00 |
| FILE STL FIRE 4 DWR LATERAL | $ 20.00 | Fair Value | $ 20.00 |
| FILE STORAGE 8 MOVEABLE UNITS | $ 425.00 | Fair Value | $ 425.00 |
| FILE,2 DWR LATERAL | $ 95.00 | Fair Value | $ 95.00 |
| FILE,4 DRWR LATERAL | $ 65.00 | Fair Value | $ 65.00 |
| FILE,5 DR LAT W/LOCK FINISH TB | $ 1,050.00 | Fair Value | $ 1,050.00 |
| FILE,LATERAL | $ 90.00 | Fair Value | $ 90.00 |
| FILE,MEDIA STORAGE | $ 500.00 | Fair Value | $ 500.00 |
| FILING SYSTEM 8 MOBILE 5 STATI | $ 250.00 | Fair Value | $ 250.00 |
| FILING SYSTEM ROTATABLE 1 TIER | $ 225.00 | Fair Value | $ 225.00 |
| FILM CART W/LOCKABLE DOORS | $ 150.00 | Fair Value | $ 150.00 |
| FILMVIEW, MAMMO FILM | $ 75.00 | Fair Value | $ 75.00 |
| FILTER FOR ICE MAKER | $ 20.00 | Fair Value | $ 20.00 |
| FILTER WITH EXTRA CARTRIDGE | $ 25.00 | Fair Value | $ 25.00 |
| FINAL BILLING F/NURSE CALL SYS | $ 700.00 | Fair Value | $ 700.00 |
| FIRE ALARM NRT AND E-PROM UPGR | $ 9,100.00 | Fair Value | $ 9,100.00 |
| FIRST TREATMENT SUPPORT | $ 275.00 | Fair Value | $ 275.00 |
| FL-4120C2 CLR 25PPM/501PM 200D | $ 190.00 | Fair Value | $ 190.00 |
| FLAT PANEL,DELL ULTRASHARP 190 | $ 600.00 | Fair Value | $ 600.00 |
| FLATBED SCANNER | $ 125.00 | Fair Value | $ 125.00 |
| FLEX TUBE EXTENSIONS | $ 10.00 | Fair Value | $ 10.00 |
| FLEXIBLE LAPAROSCOPIC PROBE | $ 2,850.00 | Fair Value | $ 2,850.00 |
| FLEXIBLE MODULE SERVER | $ 1,250.00 | Fair Value | $ 1,250.00 |
| FLEXIBLE MODULE SERVER (862461 | $ 1,625.00 | Fair Value | $ 1,625.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FLEXON STACKING ARMLESS SIDE C | $ 100.00 | Fair Value | $ 100.00 |
| FLIPPER,WALL MT W/TK BRD & TAS | $ 90.00 | Fair Value | $ 90.00 |
| FLIPPER,WALL MTD W/TCK BRD & T | $ 80.00 | Fair Value | $ 80.00 |
| FLIPPER/WALL MT | $ 90.00 | Fair Value | $ 90.00 |
| FLOOR MACHINE | $ 385.00 | Fair Value | $ 385.00 |
| FLOOR STAND | $ 360.00 | Fair Value | $ 360.00 |
| FLOPPY DISK DRIVE 3.5 | $ 45.00 | Fair Value | $ 45.00 |
| FLOWMETER | $ 175.00 | Fair Value | $ 175.00 |
| FLOWMTR- OX- 15L- COMP- CHEMET | $ 5.00 | Fair Value | $ 5.00 |
| FLUID MANAGEMENT SYSTEM  FMS 2 | $ 2,175.00 | Fair Value | $ 2,175.00 |
| FLUID WARMING CABINET | $ 450.00 | Fair Value | $ 450.00 |
| FLUKE THERMAL IMAGER TI125 | $ 575.00 | Fair Value | $ 575.00 |
| FLURO BAN EYEWARE - | $ 175.00 | Fair Value | $ 175.00 |
| FNL NEOBLUE PHOTOTHERAPY LIGHT | $ 19,500.00 | Fair Value | $ 19,500.00 |
| FONT DISKETTE- HP SSI MICR SEC | $ 60.00 | Fair Value | $ 60.00 |
| FOOT | $ 20.00 | Fair Value | $ 20.00 |
| FOOT HUGGER FOAM BOOT PADS | $ 90.00 | Fair Value | $ 90.00 |
| FOOT SWITCH AND CABLES | $ 60.00 | Fair Value | $ 60.00 |
| FOOTBOARD LOWBED BHD VERSION | $ 400.00 | Fair Value | $ 400.00 |
| FOOTBOARD.BEDFORD | $ 65.00 | Fair Value | $ 65.00 |
| FOOTPEDAL PM700 MR7 PNEMAUTICS | $ 3,225.00 | Fair Value | $ 3,225.00 |
| FOOTSTOOL- STEEL W/BLK RUBBER | $ 10.00 | Fair Value | $ 10.00 |
| FOOTSTOOLS W/HANDRAIL | $ 90.00 | Fair Value | $ 90.00 |
| FOOTSWITCH | $ 15.00 | Fair Value | $ 15.00 |
| FOOTSWITCH - 4 N MONITORING SY | $ 25.00 | Fair Value | $ 25.00 |
| FOOTSWITCH OPTION WITH BRACKET | $ 20.00 | Fair Value | $ 20.00 |
| FOOTSWITCH,BIPOLAR | $ 15.00 | Fair Value | $ 15.00 |
| FOOTSWITCH,MONOPOLAR | $ 40.00 | Fair Value | $ 40.00 |
| FOOTSWITCH,TBS BI-DIRECTIONAL | $ 80.00 | Fair Value | $ 80.00 |
| FORCEP,DENNIS MICRO | $ 375.00 | Fair Value | $ 375.00 |
| FORCEPS SET WORMALD SUCT BPLR | $ 425.00 | Fair Value | $ 425.00 |
| FORCEPS,ATRAUMATIC FENESTRATED | $ 300.00 | Fair Value | $ 300.00 |
| FORCEPS,DEBAKEY TISSUE WIDE | $ 150.00 | Fair Value | $ 150.00 |
| FORCEPS,FENESTRATED GRSPR DISS | $ 100.00 | Fair Value | $ 100.00 |
| FORCEPS,FLEX BIOPSY | $ 195.00 | Fair Value | $ 195.00 |
| FORCETRAID ENERGY PLATFORM | $ 2,600.00 | Fair Value | $ 2,600.00 |
| FORCETRIAD ENERGY PLATFORM | $ 2,675.00 | Fair Value | $ 2,675.00 |
| FRAGMENTATION HANDPIECE | $ 30.00 | Fair Value | $ 30.00 |
| FRAME  MAXI MOVE STRETCH | $ 700.00 | Fair Value | $ 700.00 |
| FRAME,RADIOLUCENT WILSON SYSTE | $ 775.00 | Fair Value | $ 775.00 |
| Framework Agent Server | $ 21,400.00 | Fair Value | $ 21,400.00 |
| FRAMING & INSTALLING (2) NEW S | $ 450.00 | Fair Value | $ 450.00 |
| FREESTANDING LITERATURE RACK,B | $ 125.00 | Fair Value | $ 125.00 |
| FREEZER 1 DR FLOOR | $ 250.00 | Fair Value | $ 250.00 |
| FREEZER 2 DOOR | $ 1,075.00 | Fair Value | $ 1,075.00 |
| FREEZER FLOOR | $ 250.00 | Fair Value | $ 250.00 |
| FREEZER HPF125  HORIZION SERIE | $ 3,400.00 | Fair Value | $ 3,400.00 |
| FREEZER HPF125 HORIZON SERIES | $ 7,500.00 | Fair Value | $ 7,500.00 |
| FREEZER PLASMA | $ 100.00 | Fair Value | $ 100.00 |
| FREEZER ULTRA LOW | $ 3,700.00 | Fair Value | $ 3,700.00 |
| FREEZER,ISOTEMP GP 20.6CF | $ 175.00 | Fair Value | $ 175.00 |
| FREEZER,MVE 1520 ,CANISTERS 7 | $ 3,050.00 | Fair Value | $ 3,050.00 |
| FREIGHT CHARGES - LINK TO ASSE | $ 5.00 | Fair Value | $ 5.00 |
| FREIGHT FOR ARCHITECTURAL BRAS | $ 1,825.00 | Fair Value | $ 1,825.00 |
| FREQUENCER | $ 1,575.00 | Fair Value | $ 1,575.00 |
| FRIDGE 50CF LAB GLASS DOORS | $ 2,325.00 | Fair Value | $ 2,325.00 |
| FRIGIDAIRE REFRIGERATOR 18 CU | $ 65.00 | Fair Value | $ 65.00 |
| FRYER DOUBLE BASKET 2 BINS | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FRZR/ULT1386-9D/DING&DENT S/N# | $ 425.00 | Fair Value | $ 425.00 |
| FUKUSHIMA MINI APPLIER | $ 1,550.00 | Fair Value | $ 1,550.00 |
| FUKUSHIMA STANDARD APPLIER | $ 1,550.00 | Fair Value | $ 1,550.00 |
| FULL SIZE BOTTOM 8* | $ 95.00 | Fair Value | $ 95.00 |
| FULLY ARTICULATING KYBRD DRWR | $ 195.00 | Fair Value | $ 195.00 |
| FURN F/CARD WAITING RM 8TH FL | $ 125.00 | Fair Value | $ 125.00 |
| FURN. FOR PHSE#4 ADD. INSTALL | $ 325.00 | Fair Value | $ 325.00 |
| FURN'D (2) FX MODULES & (2) 3- | $ 750.00 | Fair Value | $ 750.00 |
| FURNISH & INSTALL SUPER HEATER | $ 7,000.00 | Fair Value | $ 7,000.00 |
| FURNISHINGS FOR PHASE 4 -  ER | $ 3,875.00 | Fair Value | $ 3,875.00 |
| FURNISHINGS; CHAIRS & TABLES | $ 3,050.00 | Fair Value | $ 3,050.00 |
| FURNITURE FOR 21 CCU LOBBY | $ 1,750.00 | Fair Value | $ 1,750.00 |
| FURNITURE FOR E.R. WAITING ARE | $ 3,425.00 | Fair Value | $ 3,425.00 |
| FURNITURE FOR OFFICE,NURSING S | $ 1,375.00 | Fair Value | $ 1,375.00 |
| FURNITURE MODULAR WORKSTATION | $ 560.00 | Fair Value | $ 560.00 |
| FUSION ENT NAVIGATION SYSTEM | $ 10,500.00 | Fair Value | $ 10,500.00 |
| G5/OSX UPGRD PPC FOR CALIBUR/L | $ 1,125.00 | Fair Value | $ 1,125.00 |
| GANGING STACK CHAIR, UPHOL BAC | $ 80.00 | Fair Value | $ 80.00 |
| GASTROSCOPE,EVIS EXERA THERAPE | $ 2,425.00 | Fair Value | $ 2,425.00 |
| GBIC AND SFP F/SWITCHES AND RO | $ 8,200.00 | Fair Value | $ 8,200.00 |
| GBIC SFP F/SWITCHES & ROUTERS | $ 4,000.00 | Fair Value | $ 4,000.00 |
| GCX STANDARD STAND | $ 200.00 | Fair Value | $ 200.00 |
| GE 20 inch Flat Panel Monitor | $ 6,900.00 | Fair Value | $ 6,900.00 |
| GE 20inch LCD Flat Panel Monit | $ 9,800.00 | Fair Value | $ 9,800.00 |
| GE AMX 4 FMRT MOBILE XRAY UNIT | $ 5,900.00 | Fair Value | $ 5,900.00 |
| GE Black n White Laser Printer | $ 1,725.00 | Fair Value | $ 1,725.00 |
| GE CardioLab English Keyboard | $ 1,350.00 | Fair Value | $ 1,350.00 |
| GE CLab II Plus 96 Channel AMP | $ 44,600.00 | Fair Value | $ 44,600.00 |
| GE English 60Hz PDM Module | $ 17,400.00 | Fair Value | $ 17,400.00 |
| GE Integrated Electronics Box | $ 10,200.00 | Fair Value | $ 10,200.00 |
| GE MacLab Eng Language Keyboar | $ 575.00 | Fair Value | $ 575.00 |
| GE MacLab Service Pre Intstall | $ 575.00 | Fair Value | $ 575.00 |
| GE MLCL PDM Nellcor AHA Cable | $ 2,550.00 | Fair Value | $ 2,550.00 |
| GE NOVA 2000 LAB SCANNER FR GR | $ 2,850.00 | Fair Value | $ 2,850.00 |
| GE PACS ARM LEASE BUYOUT EQIPM | $ 4,550.00 | Fair Value | $ 4,550.00 |
| GE PACS ARM LEASE BUYOUT EQUIP | $ 2,275.00 | Fair Value | $ 2,275.00 |
| GE SFP, LC connector SX TRANSC | $ 225.00 | Fair Value | $ 225.00 |
| GE STRESS SYSTEM | $ 825.00 | Fair Value | $ 825.00 |
| GE Upgrade MLCL Server TO 6.9. | $ 17,800.00 | Fair Value | $ 17,800.00 |
| GEMINI HEADLIGHT SYSTEM | $ 1,100.00 | Fair Value | $ 1,100.00 |
| GEMINI HEADLIGHT SYSTEM W/CABL | $ 900.00 | Fair Value | $ 900.00 |
| GENERAL & INTENSIVE CARE | $ 60.00 | Fair Value | $ 60.00 |
| GENERATOR BIPOLAR | $ 375.00 | Fair Value | $ 375.00 |
| GENERATOR CART | $ 435.00 | Fair Value | $ 435.00 |
| GENERATOR CMC IRRIG MOD FT PED | $ 39,200.00 | Fair Value | $ 39,200.00 |
| GENERATOR HARMONIC | $ 1,300.00 | Fair Value | $ 1,300.00 |
| GENERATOR R/F ABLATION | $ 1,300.00 | Fair Value | $ 1,300.00 |
| GENERATOR WITH ACCESSORIES | $ 2,225.00 | Fair Value | $ 2,225.00 |
| GENERATOR,FOOT SWITCH | $ 50.00 | Fair Value | $ 50.00 |
| GENERATOR,FORCE FX-C | $ 850.00 | Fair Value | $ 850.00 |
| GENERATOR,G400 W/9 PIN INPUT | $ 3,175.00 | Fair Value | $ 3,175.00 |
| GENEXPERT XVI 16 TESTING SITE | $ 15,600.00 | Fair Value | $ 15,600.00 |
| GERI CHAIR | $ 160.00 | Fair Value | $ 160.00 |
| GERI TRAY | $ 30.00 | Fair Value | $ 30.00 |
| GERIATRIC CHAIR | $ 90.00 | Fair Value | $ 90.00 |
| GERTIE MARX SPINAL NEEDLE | $ 40.00 | Fair Value | $ 40.00 |
| GIF-Q180 OLYMPUS EVIS EXERA II | $ 8,325.00 | Fair Value | $ 8,325.00 |
| GIRAFFE INCUBATOR PROMO M10619 | $ 37,400.00 | Fair Value | $ 37,400.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| GIRAFFE OMNIBED INFANT INCUBAT | $ 25,000.00 | Fair Value | $ 25,000.00 |
| GIRAFFE OMNIBED W/SERVO HUMIDI | $ 7,150.00 | Fair Value | $ 7,150.00 |
| GIRAFFE OMNIBEDS | $ 19,250.00 | Fair Value | $ 19,250.00 |
| GIVEN RAPID WORKSTATION | $ 1,675.00 | Fair Value | $ 1,675.00 |
| GLASS FOR CLOSED BULLETIN BOAR | $ 250.00 | Fair Value | $ 250.00 |
| GLIDESCOPE COLBALT SYSTEM | $ 1,050.00 | Fair Value | $ 1,050.00 |
| GLIDESCOPE COLBALT SYSTEM (SIN | $ 1,100.00 | Fair Value | $ 1,100.00 |
| GLIDESCOPE TITANIUM SYS W/ACCE | $ 8,200.00 | Fair Value | $ 8,200.00 |
| GLOBAL PRAIRIE LEATHER SOFA | $ 300.00 | Fair Value | $ 300.00 |
| GLOBE TROTTER NEONATAL TRANSPO | $ 4,225.00 | Fair Value | $ 4,225.00 |
| GLOVE BOX | $ 175.00 | Fair Value | $ 175.00 |
| GLOVEBOX,GERFREE LAMINAR FLOW | $ 3,475.00 | Fair Value | $ 3,475.00 |
| GO-VIDEO DVD PLAYER | $ 10.00 | Fair Value | $ 10.00 |
| GRAEFE EYE DRESSING FORCEPS | $ 35.00 | Fair Value | $ 35.00 |
| GRAHAM-FIELD/E & J WHEELCHAIR | $ 980.00 | Fair Value | $ 980.00 |
| GRAPHIC ROOM/DUTY STATIONS | $ 5,800.00 | Fair Value | $ 5,800.00 |
| GRAPTOR (GRASPING RETRACT) | $ 300.00 | Fair Value | $ 300.00 |
| GRAVES VAG SPEC. SMALL | $ 475.00 | Fair Value | $ 475.00 |
| GRID CAPS 14" X 17"(8:1 RATIO, | $ 80.00 | Fair Value | $ 80.00 |
| GS TITANIUM SU PREMIUM CART W/ | $ 6,900.00 | Fair Value | $ 6,900.00 |
| GS TITANIUM SU/PREMIUM CART | $ 9,100.00 | Fair Value | $ 9,100.00 |
| G-SERIES FREE STANDING PEDESTA | $ 30.00 | Fair Value | $ 30.00 |
| G-SERIES MOBILE PEDESTAL 23* D | $ 60.00 | Fair Value | $ 60.00 |
| GUEST CHAIR WITH ARMS | $ 425.00 | Fair Value | $ 425.00 |
| GUEST/CONF. CHAIR | $ 1,275.00 | Fair Value | $ 1,275.00 |
| GUEST/CONF.CHAIR | $ 425.00 | Fair Value | $ 425.00 |
| GUIDE,LIGHT | $ 130.00 | Fair Value | $ 130.00 |
| GX150 GR.SM.DESKTOP WITHINTEL | $ 125.00 | Fair Value | $ 125.00 |
| GX745 SMALL DESKTOP PENTIUM D | $ 875.00 | Fair Value | $ 875.00 |
| GX745 SMALL DSKTP PENTIUM D | $ 80.00 | Fair Value | $ 80.00 |
| GX745 SMALLDESKTOP | $ 500.00 | Fair Value | $ 500.00 |
| H1028B INSTALLATION SITE SERV. | $ 2,225.00 | Fair Value | $ 2,225.00 |
| H1028B INSTALLATION SITE SERVI | $ 1,100.00 | Fair Value | $ 1,100.00 |
| HALF INSERT LEFT ARM LIMBA CHA | $ 550.00 | Fair Value | $ 550.00 |
| HALOGEN EXAM ROOM LIGHT | $ 260.00 | Fair Value | $ 260.00 |
| HAMPER W/FOOTPEDAL OPERATED LI | $ 20.00 | Fair Value | $ 20.00 |
| HAMPER,18" W/FOOT PEDAL | $ 30.00 | Fair Value | $ 30.00 |
| HAND | $ 10.00 | Fair Value | $ 10.00 |
| HAND PIECE,BLUE | $ 510.00 | Fair Value | $ 510.00 |
| HAND PIECE,GREY | $ 1,500.00 | Fair Value | $ 1,500.00 |
| HANDIMAT 2 ROLL GRINDER W/ CHU | $ 275.00 | Fair Value | $ 275.00 |
| HANDLES,INTERNAL PADDLES (QTY | $ 525.00 | Fair Value | $ 525.00 |
| HANDS ON WALL HUNG TOY | $ 40.00 | Fair Value | $ 40.00 |
| HANDSFREE ICE ACTUATOR & WATER | $ 25.00 | Fair Value | $ 25.00 |
| HARD- 1841 bundle w/WIC-1DSU-T | $ 150.00 | Fair Value | $ 150.00 |
| HARD- 32 to 64MB Cisco 1800 Co | $ 125.00 | Fair Value | $ 125.00 |
| HARD- Catalyst 2960 48 10/100 | $ 175.00 | Fair Value | $ 175.00 |
| HARD POLLY SHELL BACK CHAIR | $ 270.00 | Fair Value | $ 270.00 |
| HARD POLLY SHELL BACK CHAIR BL | $ 30.00 | Fair Value | $ 30.00 |
| HARD_1.0 WS-C3750X-48PF-S | $ 2,400.00 | Fair Value | $ 2,400.00 |
| HARD_13.0 C3KX-NM-10G= | $ 425.00 | Fair Value | $ 425.00 |
| HARD_2.0 C3KX-PWR-1100WAC= | $ 250.00 | Fair Value | $ 250.00 |
| HARD-4G DAE FIELD INSTALL P/N | $ 2,325.00 | Fair Value | $ 2,325.00 |
| HARD-Catalyst 3750 48 10/100/1 | $ 5,700.00 | Fair Value | $ 5,700.00 |
| HARD-Catalyst 3750 4810/100/10 | $ 925.00 | Fair Value | $ 925.00 |
| HARD-Catalyst 6500 24-port Gig | $ 1,400.00 | Fair Value | $ 1,400.00 |
| HARD-Catalyst 6500 48-port 10/ | $ 1,425.00 | Fair Value | $ 1,425.00 |
| HARD-GE SFP, LC connector SX t | $ 550.00 | Fair Value | $ 550.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| HARD-GE SFP,LC connector LX/LH | $ 200.00 | Fair Value | $ 200.00 |
| HARD-PRO 1000PT 10 100 1000BTX | $ 30.00 | Fair Value | $ 30.00 |
| Hardware Upgrade z600-z600-004 | $ 31,800.00 | Fair Value | $ 31,800.00 |
| HARDWARE, PROCEDURE ROOM WORKS | $ 1,800.00 | Fair Value | $ 1,800.00 |
| HARDWARE,REGISTRATION/DICTATIO | $ 150.00 | Fair Value | $ 150.00 |
| HARDY SELLA PUNCH 1MM | $ 35.00 | Fair Value | $ 35.00 |
| HARMONIC SCALPEL HAND PIECE | $ 500.00 | Fair Value | $ 500.00 |
| HARMONIC SCAPEL HAND PIECE | $ 170.00 | Fair Value | $ 170.00 |
| HAT & COAT RACK | $ 30.00 | Fair Value | $ 30.00 |
| HAUSMANN STEP STOOL WITH HANDL | $ 80.00 | Fair Value | $ 80.00 |
| HDI 1500 STANDARD CORE | $ 10,500.00 | Fair Value | $ 10,500.00 |
| HDR SKIN APPLICATOR SET | $ 1,525.00 | Fair Value | $ 1,525.00 |
| HDTV & TUNER, LG 42". WL MTS F | $ 150.00 | Fair Value | $ 150.00 |
| HDTV,22" W.S. W/WALL MOUNT AND | $ 180.00 | Fair Value | $ 180.00 |
| HEADBOARD-BEDFORD | $ 50.00 | Fair Value | $ 50.00 |
| HEADLIGHT  VIKON SURGICAL CENT | $ 2,200.00 | Fair Value | $ 2,200.00 |
| HEADLIGHT LED ONLY | $ 3,600.00 | Fair Value | $ 3,600.00 |
| HEANEY CURETTE | $ 25.00 | Fair Value | $ 25.00 |
| HEANEY REZEK HYSTERECTOMY FORC | $ 275.00 | Fair Value | $ 275.00 |
| HEANEY-BALLENTINE CVD | $ 500.00 | Fair Value | $ 500.00 |
| HEANEY-BALLENTINE STR | $ 250.00 | Fair Value | $ 250.00 |
| HEART LUNG , SORIN S5 | $ 27,600.00 | Fair Value | $ 27,600.00 |
| HEART LUNG MACHINE | $ 6,525.00 | Fair Value | $ 6,525.00 |
| HEART MODEL | $ 10,800.00 | Fair Value | $ 10,800.00 |
| HEAT AND HUMIDIFICATION DEVICE | $ 450.00 | Fair Value | $ 450.00 |
| HEAT PROBE UNIT | $ 350.00 | Fair Value | $ 350.00 |
| HEATER COOLER | $ 600.00 | Fair Value | $ 600.00 |
| HEATER PROBE UNIT WITH WATER C | $ 30.00 | Fair Value | $ 30.00 |
| HEAVY DUTY GLASS & PLASTIC CUT | $ 25.00 | Fair Value | $ 25.00 |
| HEIGHT INCREASE KIT | $ 125.00 | Fair Value | $ 125.00 |
| HELIX HYDRO-JET UNIT | $ 10,900.00 | Fair Value | $ 10,900.00 |
| HELLEN ZARIN- *FAR HORIZON X* | $ 175.00 | Fair Value | $ 175.00 |
| HEMASTAT,CENT | $ 250.00 | Fair Value | $ 250.00 |
| HEMODYNAMIC MEASUREMENT | $ 1,500.00 | Fair Value | $ 1,500.00 |
| HEMODYNAMIC MEASUREMENT SERVER | $ 1,950.00 | Fair Value | $ 1,950.00 |
| HEMSCHOFF SLEEPERS - LIVER TRA | $ 425.00 | Fair Value | $ 425.00 |
| HERCULES OPERATING ROOM TABLE | $ 3,800.00 | Fair Value | $ 3,800.00 |
| HIGH BACK CHAIR W/ADJ ARMS | $ 810.00 | Fair Value | $ 810.00 |
| HIGH DENSITY MANAGED SWITCH | $ 300.00 | Fair Value | $ 300.00 |
| HIGH END OUTPUT C910N- A3 (115 | $ 550.00 | Fair Value | $ 550.00 |
| HIGH SPEED FAX MACHINE | $ 375.00 | Fair Value | $ 375.00 |
| HILL ROM P8005 STRETCHERS | $ 1,800.00 | Fair Value | $ 1,800.00 |
| HIP CHAIR | $ 90.00 | Fair Value | $ 90.00 |
| HM SYS MONITOR II | $ 1,075.00 | Fair Value | $ 1,075.00 |
| HM SYSTEM MONITOR | $ 1,050.00 | Fair Value | $ 1,050.00 |
| HOLDER,JACOBSEN | $ 600.00 | Fair Value | $ 600.00 |
| HOLDER,LAP NEEDLE | $ 160.00 | Fair Value | $ 160.00 |
| HOLDER,NEEDLE MACRO W.ERGONOMI | $ 500.00 | Fair Value | $ 500.00 |
| HOLINGER BRONCH 8X40 | $ 70.00 | Fair Value | $ 70.00 |
| HOLINGER BRONCH 9X40 | $ 75.00 | Fair Value | $ 75.00 |
| HOOD FUME LAB | $ 1,125.00 | Fair Value | $ 1,125.00 |
| HOOD STERIGARD  603A | $ 3,000.00 | Fair Value | $ 3,000.00 |
| HOOK SCISSORS | $ 175.00 | Fair Value | $ 175.00 |
| HOPKINS 110TELESCOPE, AUTOCLAV | $ 5,600.00 | Fair Value | $ 5,600.00 |
| HOPKINS II 12 DEG TELESCOPE LN | $ 325.00 | Fair Value | $ 325.00 |
| HOPKINS II 30 DEG TELESCOP LN | $ 225.00 | Fair Value | $ 225.00 |
| HOPKINS II 30 DEG TELESCOP LN | $ 100.00 | Fair Value | $ 100.00 |
| HOPKINS II 70 DEG TELESCOP LN2 | $ 225.00 | Fair Value | $ 225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| HOPKINS II 70 DEG TELESCOPE LN | $ 100.00 | Fair Value | $ 100.00 |
| HOPKINS TELESCOPE 3.5MM X 36.5 | $ 925.00 | Fair Value | $ 925.00 |
| HOSE PC710 MR7 REGULATOR PNEUM | $ 300.00 | Fair Value | $ 300.00 |
| HOSE,UNIV | $ 50.00 | Fair Value | $ 50.00 |
| HOT SHEARS | $ 1,550.00 | Fair Value | $ 1,550.00 |
| HP 15* MONITOR | $ 20.00 | Fair Value | $ 20.00 |
| HP 7400 SERIES AUTO DOCUMENTR | $ 15.00 | Fair Value | $ 15.00 |
| HP DESKJET BLACK & WHITE & COL | $ 55.00 | Fair Value | $ 55.00 |
| HP JET DIRECT 175X-EXT PSVR | $ 80.00 | Fair Value | $ 80.00 |
| HP LASER JET PRINTER - ENDOSCO | $ 325.00 | Fair Value | $ 325.00 |
| HP LASERJET 4350DTN PRINTER | $ 225.00 | Fair Value | $ 225.00 |
| HP LJ P4015X | $ 175.00 | Fair Value | $ 175.00 |
| HP Probook 4530s | $ 180.00 | Fair Value | $ 180.00 |
| HP SCANJET 5200CX1 COLOR SCANN | $ 40.00 | Fair Value | $ 40.00 |
| HP SCANJET 5300CXI SCANNER | $ 15.00 | Fair Value | $ 15.00 |
| HP Viridia Transport Monitors | $ 1,500.00 | Fair Value | $ 1,500.00 |
| HP/AGILENT/PHILLIPS VIRIDA 24 | $ 950.00 | Fair Value | $ 950.00 |
| HPG LATITUDE COMPUTER | $ 875.00 | Fair Value | $ 875.00 |
| HQ BARCO 19  MONITOR | $ 22,000.00 | Fair Value | $ 22,000.00 |
| HUB MULTI-PURPOSE 4FT CABLE | $ 75.00 | Fair Value | $ 75.00 |
| HUDSON/MODIFIED TRINKLE REAMER | $ 250.00 | Fair Value | $ 250.00 |
| HUGS INFANT PROTECTION SYSTEN | $ 22,600.00 | Fair Value | $ 22,600.00 |
| HUSH-SLUSH MACHINE ORS-1075HS | $ 9,100.00 | Fair Value | $ 9,100.00 |
| HUTCH FOR DESK | $ 70.00 | Fair Value | $ 70.00 |
| HUTCH FOR DESK IN BILLING OFFI | $ 125.00 | Fair Value | $ 125.00 |
| HUTCH FOR SECRETARY | $ 80.00 | Fair Value | $ 80.00 |
| HUTCH, OPEN WITH CLOSED BACK | $ 45.00 | Fair Value | $ 45.00 |
| HUTCH-W/CLOSED BACK ROOM 225 | $ 30.00 | Fair Value | $ 30.00 |
| HYDRAULIC CAPILLARY INFUSION S | $ 175.00 | Fair Value | $ 175.00 |
| HYDRAULIC COVERED CADAVER STRE | $ 14,800.00 | Fair Value | $ 14,800.00 |
| HYDRAULIC SURGEON'S STOOL (SLA | $ 275.00 | Fair Value | $ 275.00 |
| HYDROCOLLATOR | $ 100.00 | Fair Value | $ 100.00 |
| HY-F-V ENDOEYE FLEXIBLE VIDEOH | $ 1,425.00 | Fair Value | $ 1,425.00 |
| HYPER/HYPOTHERMIA MACHINE | $ 1,375.00 | Fair Value | $ 1,375.00 |
| HYPERBARIC CHAMBER | $ 14,050.00 | Fair Value | $ 14,050.00 |
| HYPERBARIC CHAMBER RENOVATION | $ 2,450.00 | Fair Value | $ 2,450.00 |
| HYPERCLEAN SYSTEM | $ 885.00 | Fair Value | $ 885.00 |
| HYPOTHERMIA MACHINE | $ 350.00 | Fair Value | $ 350.00 |
| HYPOTHERMIA UNIT | $ 225.00 | Fair Value | $ 225.00 |
| HYSTEROSCOPE 4.0 MM 30 DEGREE | $ 325.00 | Fair Value | $ 325.00 |
| I E ULTRASOUND | $ 14,200.00 | Fair Value | $ 14,200.00 |
| I.V. POLE-GRAHAM-FIELD /E & J | $ 205.00 | Fair Value | $ 205.00 |
| I/A BODY EYE TRAY | $ 130.00 | Fair Value | $ 130.00 |
| I9.V. POLE-PEDIGO | $ 225.00 | Fair Value | $ 225.00 |
| IABP.CS300 WITH INTELLISENSE | $ 196,000.00 | Fair Value | $ 196,000.00 |
| IBM PORT REPLICATOR F/THINKPAD | $ 30.00 | Fair Value | $ 30.00 |
| IBM TRACKPOINT IV 104-KEY BLAC | $ 15.00 | Fair Value | $ 15.00 |
| ICAD 2ND LOOK SYSTEM: MODEL 20 | $ 4,875.00 | Fair Value | $ 4,875.00 |
| ICC 300 ELECTROSURGICAL UNIT | $ 850.00 | Fair Value | $ 850.00 |
| ICE MACHINE | $ 7,225.00 | Fair Value | $ 7,225.00 |
| ICE MACHINE BIN | $ 325.00 | Fair Value | $ 325.00 |
| ICE MACHINE COUNTERTOP | $ 1,000.00 | Fair Value | $ 1,000.00 |
| ICE MAKER 1 DR COUNTER TOP | $ 25.00 | Fair Value | $ 25.00 |
| Icemachine  QT 1 | $ 35.00 | Fair Value | $ 35.00 |
| ICU CARE MONITOR FOR SERVER | $ 1,000.00 | Fair Value | $ 1,000.00 |
| IE 33 ULTRADSOUND SYS | $ 14,300.00 | Fair Value | $ 14,300.00 |
| IK8046 SUBSTITUTE FOR SAMSUNG | $ 80.00 | Fair Value | $ 80.00 |
| ILCO COMBO LOCK | $ 345.00 | Fair Value | $ 345.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| illuminator  QT 1 | $ 10.00 | Fair Value | $ 10.00 |
| ILLUMINATOR 2 TIER 4 PANEL EA | $ 70.00 | Fair Value | $ 70.00 |
| ILLUMINATOR 3 OVER 3 | $ 1,020.00 | Fair Value | $ 1,020.00 |
| ILLUMINATOR 3 OVER 3 MOBILE | $ 50.00 | Fair Value | $ 50.00 |
| ILLUMINATOR 3 PANEL | $ 25.00 | Fair Value | $ 25.00 |
| ILLUMINATOR 3/3 | $ 250.00 | Fair Value | $ 250.00 |
| ILLUMINATOR 4 FILM | $ 35.00 | Fair Value | $ 35.00 |
| ILLUMINATOR 4 FILM W/PORT STAN | $ 35.00 | Fair Value | $ 35.00 |
| ILLUMINATOR 4 OVER 4 | $ 550.00 | Fair Value | $ 550.00 |
| ILLUMINATOR 4 PANEL | $ 420.00 | Fair Value | $ 420.00 |
| ILLUMINATOR 4/4 | $ 1,190.00 | Fair Value | $ 1,190.00 |
| ILLUMINATOR 8 BANK | $ 70.00 | Fair Value | $ 70.00 |
| ILLUMINATOR FOUR BANK | $ 2,440.00 | Fair Value | $ 2,440.00 |
| ILLUMINATOR MOTORIZED | $ 85.00 | Fair Value | $ 85.00 |
| ILLUMINATOR REVOLVING | $ 6,900.00 | Fair Value | $ 6,900.00 |
| ILLUMINATOR SIX BANK | $ 575.00 | Fair Value | $ 575.00 |
| ILLUMINATOR ULTRAVIOLET | $ 15.00 | Fair Value | $ 15.00 |
| ILLUMINATOR VEIN W/CHARGING CR | $ 4,025.00 | Fair Value | $ 4,025.00 |
| IMAGE 1 S3 THREE-CHIP CAMERA H | $ 5,300.00 | Fair Value | $ 5,300.00 |
| IMAGE INTENSIFIER | $ 3,950.00 | Fair Value | $ 3,950.00 |
| IMAGER LASER | $ 4,275.00 | Fair Value | $ 4,275.00 |
| IMAGING EQUIPMENT | $ 800.00 | Fair Value | $ 800.00 |
| IMAGING SYSTEM IVUS | $ 12,000.00 | Fair Value | $ 12,000.00 |
| IMAGING TALBE SYSTEM | $ 7,100.00 | Fair Value | $ 7,100.00 |
| IMMUNOCHEMISTRY SYSTEM | $ 5,700.00 | Fair Value | $ 5,700.00 |
| IMPAIRMENT CREDIT | $ (679,035.00) | Fair Value | $ (679,035.00) |
| IMPAIRMENT CREDIT 12-2003 | $ (40,620.00) | Fair Value | $ (40,620.00) |
| IMPAIRMENT CREDIT RESTART DEPR | $ (2,603,460.00) | Fair Value | $ (2,603,460.00) |
| IMPRESS TASK CHAIRS | $ 425.00 | Fair Value | $ 425.00 |
| IMPRINTER PATIENT CARD | $ 225.00 | Fair Value | $ 225.00 |
| INCUBATOR | $ 505.00 | Fair Value | $ 505.00 |
| INCUBATOR COUNTER | $ 25.00 | Fair Value | $ 25.00 |
| INCUBATOR COUNTERTOP | $ 10.00 | Fair Value | $ 10.00 |
| INCUBATOR DIG TEMP 120AC-GRAVI | $ 55.00 | Fair Value | $ 55.00 |
| INCUBATOR LAB | $ 80.00 | Fair Value | $ 80.00 |
| INCUBATOR PLATETET | $ 100.00 | Fair Value | $ 100.00 |
| INCUBATOR, TRANSPORT | $ 1,800.00 | Fair Value | $ 1,800.00 |
| INDEX 2XLF SIMULATOR | $ 400.00 | Fair Value | $ 400.00 |
| INFANT TRANSPORTER SYSTEM | $ 2,000.00 | Fair Value | $ 2,000.00 |
| INFINITY NETWORK DROP | $ 80.00 | Fair Value | $ 80.00 |
| INFORM METERS | $ 600.00 | Fair Value | $ 600.00 |
| INFRARED HANDSFREE ICE ACTUATO | $ 90.00 | Fair Value | $ 90.00 |
| INHALATION THERAPY CART | $ 65.00 | Fair Value | $ 65.00 |
| INITIAL CASE OF BIS SENSOR | $ 125.00 | Fair Value | $ 125.00 |
| INJECTATE BATH PROBE 7010/TXXX | $ 40.00 | Fair Value | $ 40.00 |
| INJECTION SYS,CMS,AS1ST | $ 2,500.00 | Fair Value | $ 2,500.00 |
| INJECTOR ANGIO | $ 6,400.00 | Fair Value | $ 6,400.00 |
| INJECTOR MARK 7 ATERION  TABLE | $ 15,800.00 | Fair Value | $ 15,800.00 |
| INJECTOR SPECIALS ROOM | $ 525.00 | Fair Value | $ 525.00 |
| In-Room 20 Monitor with Mounti | $ 8,900.00 | Fair Value | $ 8,900.00 |
| In-Room Monitor Cable Kit | $ 8,900.00 | Fair Value | $ 8,900.00 |
| INSERT-'SAWAHLE' - LAPERSCOPIC | $ 120.00 | Fair Value | $ 120.00 |
| INSTALL DATA & VOICE LINES FOR | $ 325.00 | Fair Value | $ 325.00 |
| INSTALL NEW HEAT PUMP 5 TON IN | $ 2,425.00 | Fair Value | $ 2,425.00 |
| INSTALLATION AND REMOVAL-INC. | $ 350.00 | Fair Value | $ 350.00 |
| INSTALLATION MICRO SELECTION - | $ 500.00 | Fair Value | $ 500.00 |
| INSTALLATION SITE SERVICES | $ 1,200.00 | Fair Value | $ 1,200.00 |
| INSTALLATION-INC. A SITE WALK- | $ 250.00 | Fair Value | $ 250.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| INSTALLING THE PICKER GEN.RADI | $ 350.00 | Fair Value | $ 350.00 |
| INSTANT HOT WATER DISPENSER | $ 100.00 | Fair Value | $ 100.00 |
| INSTRUMENT | $ 10.00 | Fair Value | $ 10.00 |
| INSTRUMENT CART | $ 125.00 | Fair Value | $ 125.00 |
| INSTRUMENT INTERFACE VIA SQ IN | $ 850.00 | Fair Value | $ 850.00 |
| INSTRUMENT TABLE 48*X24*X34* | $ 270.00 | Fair Value | $ 270.00 |
| INSTRUMENT TABLE 48'X20 'X34 ' | $ 95.00 | Fair Value | $ 95.00 |
| INSTRUMENT TABLE-20*X16*X34* | $ 100.00 | Fair Value | $ 100.00 |
| INSTRUMENT/SCOPE | $ 325.00 | Fair Value | $ 325.00 |
| INSTRUMNT CORD PK & SP GENERAT | $ 100.00 | Fair Value | $ 100.00 |
| INSUFLATOR | $ 1,050.00 | Fair Value | $ 1,050.00 |
| INTEGRATED DICOM 3.0 INTERFACE | $ 625.00 | Fair Value | $ 625.00 |
| INTEGRATED ELECTRONICS BOX | $ 700.00 | Fair Value | $ 700.00 |
| INTEGRATED RECORDER | $ 200.00 | Fair Value | $ 200.00 |
| INTEGRIS HM2000 IMAGING SYSTEM | $ 14,600.00 | Fair Value | $ 14,600.00 |
| INTEL PENTIUM 4 PROCESSOR | $ 625.00 | Fair Value | $ 625.00 |
| INTEL PENTIUM 4 PROCESSOR / OP | $ 1,000.00 | Fair Value | $ 1,000.00 |
| INTEL PENTIUM 4 PROCESSOR 2.80 | $ 325.00 | Fair Value | $ 325.00 |
| INTEL PENTIUM 4 PROCESSOR 540 | $ 300.00 | Fair Value | $ 300.00 |
| INTEL PENTIUM 4 PROCESSOR 640/ | $ 300.00 | Fair Value | $ 300.00 |
| INTEL PENTIUM PROCESSOR 640 | $ 100.00 | Fair Value | $ 100.00 |
| INTEL PENTIUM PROCESSOR 640 W/ | $ 80.00 | Fair Value | $ 80.00 |
| INTEL XEON PROCESSOR 3.00GHZ,2 | $ 275.00 | Fair Value | $ 275.00 |
| INTEL XEON PROCESSOR/3.2GHZ/2M | $ 525.00 | Fair Value | $ 525.00 |
| INTELLIVUE 1.4 GHZ REMOTE ANTE | $ 4,025.00 | Fair Value | $ 4,025.00 |
| INTELLIVUE 1.4 GZ TELE TRX W/L | $ 3,250.00 | Fair Value | $ 3,250.00 |
| INTELLIVUE ACCESS POINT / M484 | $ 1,500.00 | Fair Value | $ 1,500.00 |
| INTELLIVUE CL CHARGING STATION | $ 10,675.00 | Fair Value | $ 10,675.00 |
| IntelliVue G5 Gas Module | $ 6,100.00 | Fair Value | $ 6,100.00 |
| INTELLIVUE MP TOUCH SCREEN | $ 900.00 | Fair Value | $ 900.00 |
| INTELLIVUE MP2 | $ 550.00 | Fair Value | $ 550.00 |
| INTELLIVUE MP30 | $ 11,575.00 | Fair Value | $ 11,575.00 |
| IntelliVue MP5 | $ 57,225.00 | Fair Value | $ 57,225.00 |
| INTELLIVUE MP70 | $ 18,000.00 | Fair Value | $ 18,000.00 |
| INTELLIVUE MULTI | $ 950.00 | Fair Value | $ 950.00 |
| IntelliVue Multi Measurement S | $ 8,350.00 | Fair Value | $ 8,350.00 |
| INTELLIVUE MULTI MEASUREMENT W | $ 550.00 | Fair Value | $ 550.00 |
| INTELLIVUE MULTI MEASUREMENTS | $ 550.00 | Fair Value | $ 550.00 |
| INTELLIVUE MULTI/MSRMT SRVR | $ 3,800.00 | Fair Value | $ 3,800.00 |
| INTELLIVUE MULTI/MSRMT SRVR/A0 | $ 400.00 | Fair Value | $ 400.00 |
| INTELLIVUE MULTI-MEASUREMENT S | $ 6,050.00 | Fair Value | $ 6,050.00 |
| INTELLIVUE MX800 PATIENT MONIT | $ 15,050.00 | Fair Value | $ 15,050.00 |
| INTELLIVUE NULTI MEASUREMENT S | $ 3,300.00 | Fair Value | $ 3,300.00 |
| INTELLIVUE SMART HOPPING APC | $ 9,100.00 | Fair Value | $ 9,100.00 |
| INTELLIVUE SMART HOPPING SYNC | $ 9,150.00 | Fair Value | $ 9,150.00 |
| INTELLIVUE SMART-HOPPING 1.4 G | $ 11,550.00 | Fair Value | $ 11,550.00 |
| INTELLLIVUE INFORMATIION CENTE | $ 83,000.00 | Fair Value | $ 83,000.00 |
| INTER FACE ADRENALINE 1700 SCS | $ 400.00 | Fair Value | $ 400.00 |
| INTERCOMS | $ 440.00 | Fair Value | $ 440.00 |
| INTER-SDN GATEWAY | $ 2,100.00 | Fair Value | $ 2,100.00 |
| INTERSTITIAL RING CT/MR APPLIC | $ 5,100.00 | Fair Value | $ 5,100.00 |
| INTUBATION TRACHEAL LF-GP | $ 775.00 | Fair Value | $ 775.00 |
| INVASIVE BLOOD PRESSURE | $ 650.00 | Fair Value | $ 650.00 |
| INVASIVE BLOOD PRESSURE MODULE | $ 1,100.00 | Fair Value | $ 1,100.00 |
| INVASIVE PRESSURE MODULES | $ 120.00 | Fair Value | $ 120.00 |
| INVINCIBLE 48X30 TABLE STONE B | $ 25.00 | Fair Value | $ 25.00 |
| INVINCIBLE 62X20* CUPBOARD W/S | $ 85.00 | Fair Value | $ 85.00 |
| INVINCIBLE VISTA 2000 WORK TAB | $ 225.00 | Fair Value | $ 225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| INW NETWORKING | $ 7,425.00 | Fair Value | $ 7,425.00 |
| IP SURVELIANCE NETWORK | $ 6,400.00 | Fair Value | $ 6,400.00 |
| IPC XPER INFORMATION MANAGEMEN | $ 60,000.00 | Fair Value | $ 60,000.00 |
| IPPS CARBON FIBER OVERLAY; SIE | $ 950.00 | Fair Value | $ 950.00 |
| IRRIGATOR STAND AND EXAM STOOL | $ 85.00 | Fair Value | $ 85.00 |
| ISLAND W/FULL END PANEL & POST | $ 95.00 | Fair Value | $ 95.00 |
| ISLAND,D 30 X 72 | $ 40.00 | Fair Value | $ 40.00 |
| ISOCENTRIC MOUNTING FIXTURE | $ 375.00 | Fair Value | $ 375.00 |
| Isoflurane Vaporizors | $ 3,250.00 | Fair Value | $ 3,250.00 |
| ISOLATOR,VERSAFLW 4 FT AIRFLOW | $ 4,875.00 | Fair Value | $ 4,875.00 |
| ISOLETTE | $ 3,100.00 | Fair Value | $ 3,100.00 |
| ISOMET 1000 | $ 550.00 | Fair Value | $ 550.00 |
| ISOTEMP REFRIGERATOR | $ 800.00 | Fair Value | $ 800.00 |
| IV POLE ASSEMBLY TELESCOPIC | $ 150.00 | Fair Value | $ 150.00 |
| IV POLE WITH 5 CASTERS ADN 4 H | $ 160.00 | Fair Value | $ 160.00 |
| JACKSON LARYN STD | $ 95.00 | Fair Value | $ 95.00 |
| JACKSON SPINAL TOP W/ACP | $ 3,675.00 | Fair Value | $ 3,675.00 |
| JACOBS TENACULUM | $ 40.00 | Fair Value | $ 40.00 |
| JACOBS UTERINE FCP. | $ 35.00 | Fair Value | $ 35.00 |
| JACOBSEN MICRO NH | $ 85.00 | Fair Value | $ 85.00 |
| JETDIRECT 170X EXTERNAL PRINT | $ 325.00 | Fair Value | $ 325.00 |
| JEWETT BLOOD REFRIGERATOR | $ 65.00 | Fair Value | $ 65.00 |
| JIM DINE POSTER-*RANCHO WOODCU | $ 95.00 | Fair Value | $ 95.00 |
| JOHNSONITE RUBBER COVE BASE 12 | $ 200.00 | Fair Value | $ 200.00 |
| K03 CO INJECTATE KIT FOR PATIE | $ 100.00 | Fair Value | $ 100.00 |
| K10 3/5 - LEAD PATIENT CABLE | $ 125.00 | Fair Value | $ 125.00 |
| K10 3/5-LEASD PATIENT CABLE SE | $ 25.00 | Fair Value | $ 25.00 |
| K14 3 LEAD NEONATAL CABLE - US | $ 35.00 | Fair Value | $ 35.00 |
| K30 DISPOSE NEONATAL NIBP CUFF | $ 275.00 | Fair Value | $ 275.00 |
| K96 2 M SP02 EXTENSION CABLE | $ 205.00 | Fair Value | $ 205.00 |
| K99 SP02 ADAPTER CABLE F. ADUL | $ 30.00 | Fair Value | $ 30.00 |
| KAY ELEMETRICS | $ 6,800.00 | Fair Value | $ 6,800.00 |
| KERRISON INSTRUMENT- 1MM | $ 170.00 | Fair Value | $ 170.00 |
| KERRISON INSTRUMENT- 2MM | $ 170.00 | Fair Value | $ 170.00 |
| KERRISON INSTRUMENT- 3MM | $ 170.00 | Fair Value | $ 170.00 |
| KERRISON INSTRUMENT- 4MM | $ 170.00 | Fair Value | $ 170.00 |
| KERRISON INSTRUMENT- 5MM | $ 235.00 | Fair Value | $ 235.00 |
| KETTLE TILT LARGE | $ 550.00 | Fair Value | $ 550.00 |
| KETTLES STEAM 2 10 GAL W/STAND | $ 225.00 | Fair Value | $ 225.00 |
| KEVORKIAN YOUNG CURETTE | $ 20.00 | Fair Value | $ 20.00 |
| KEYBOARD DRAWER | $ 15.00 | Fair Value | $ 15.00 |
| KINETDX CWS DIGITAL SYS W/4.0 | $ 780.00 | Fair Value | $ 780.00 |
| KIT CMAG 24 F RETURN CANNULA | $ 1,250.00 | Fair Value | $ 1,250.00 |
| KIT CMAG 34 F DRAINAGE CANNULA | $ 1,250.00 | Fair Value | $ 1,250.00 |
| KIT FORCEP DUVAL GRASP CLICKLI | $ 125.00 | Fair Value | $ 125.00 |
| KIT FURNITURE MUS 5000 | $ 125.00 | Fair Value | $ 125.00 |
| KIT INSTALL ANALOG  CONVERTER | $ 6,100.00 | Fair Value | $ 6,100.00 |
| KIT MAG MONITOR | $ 3,375.00 | Fair Value | $ 3,375.00 |
| KIT NBP ADLT STARTER-T400-800 | $ 65.00 | Fair Value | $ 65.00 |
| KIT SAM FIELD CAL HALOCARBN 23 | $ 25.00 | Fair Value | $ 25.00 |
| KIT, 2D BAR CODE SCANNER W/ MO | $ 100.00 | Fair Value | $ 100.00 |
| KIT, I.V. & HOSES | $ 20.00 | Fair Value | $ 20.00 |
| KIT,2D BARCODE SCANNER,SPOT LX | $ 1,040.00 | Fair Value | $ 1,040.00 |
| KIT,BABCOCK GRASP FORCEPS CLIC | $ 80.00 | Fair Value | $ 80.00 |
| KIT,BOWEL GRASPER FORCEPS CLIC | $ 160.00 | Fair Value | $ 160.00 |
| KIT,BOWEL GRASPER W/METAL HAND | $ 160.00 | Fair Value | $ 160.00 |
| KIT,CALIBRATION | $ 55.00 | Fair Value | $ 55.00 |
| KIT,CEILING MOUNT | $ 300.00 | Fair Value | $ 300.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| KIT,CEILING MOUNT FOR PROJECTO | $ 25.00 | Fair Value | $ 25.00 |
| KIT,DISSECTING LONG KELLY CLIC | $ 160.00 | Fair Value | $ 160.00 |
| KIT,DISSECTOR RIGHT ANGLE,CLIC | $ 90.00 | Fair Value | $ 90.00 |
| KIT,DOOR FOR HUTCHES 17.75 X 1 | $ 15.00 | Fair Value | $ 15.00 |
| KIT,FORCEPS DBL SPN CLICKLINE | $ 160.00 | Fair Value | $ 160.00 |
| KIT,RIGHT ANGLE DISSECTING FRC | $ 160.00 | Fair Value | $ 160.00 |
| KIT,SCISSORS METZENBAUM  CLICK | $ 80.00 | Fair Value | $ 80.00 |
| KIT,WAVY GRASPING FORCEPS CLIC | $ 80.00 | Fair Value | $ 80.00 |
| KIT-BREATHING BAG EXTENSION | $ 65.00 | Fair Value | $ 65.00 |
| KIT-FOR DOOR FOR HUTCHES | $ 275.00 | Fair Value | $ 275.00 |
| KLEPPINGER CORD | $ 40.00 | Fair Value | $ 40.00 |
| KNAPE & VOGT KEYBOARD | $ 75.00 | Fair Value | $ 75.00 |
| KNEE | $ 80.00 | Fair Value | $ 80.00 |
| KODAK DRY VIEW 8900 LASER IMAG | $ 12,600.00 | Fair Value | $ 12,600.00 |
| KOGAN ENDOCERVICAL SPECULUM | $ 140.00 | Fair Value | $ 140.00 |
| KOGAN ENDOCLAV SPEC | $ 175.00 | Fair Value | $ 175.00 |
| KOH MACRO NEEDLE HOLDER W/AXIA | $ 250.00 | Fair Value | $ 250.00 |
| KOHL COLPOTOMIZER SET | $ 65.00 | Fair Value | $ 65.00 |
| KONICA IMAGEPILOT CR SIGMA 45 | $ 11,700.00 | Fair Value | $ 11,700.00 |
| KUGLER HOOK | $ 85.00 | Fair Value | $ 85.00 |
| KVM SWITCH (8 PORTS ) | $ 80.00 | Fair Value | $ 80.00 |
| KVUE COUCHTOP FRAMS,EXTENSIONS | $ 8,600.00 | Fair Value | $ 8,600.00 |
| KVUE STRADIVARIUS SBRT SYSTEM | $ 2,775.00 | Fair Value | $ 2,775.00 |
| KYBRD,CARDIOLAB ENG LANG W/DED | $ 160.00 | Fair Value | $ 160.00 |
| L7-4 SCAN HEAD | $ 2,000.00 | Fair Value | $ 2,000.00 |
| LAARSCOPE UPGRADE | $ 3,500.00 | Fair Value | $ 3,500.00 |
| LAARSCOPIC UPGRADE | $ 2,625.00 | Fair Value | $ 2,625.00 |
| LAB AIR COMPRESSORS | $ 6,200.00 | Fair Value | $ 6,200.00 |
| LABOR/MATERIAL TO INSTALL NUCL | $ 575.00 | Fair Value | $ 575.00 |
| LAHEY THYROID TENACULUMS | $ 55.00 | Fair Value | $ 55.00 |
| LAMP SLIT | $ 875.00 | Fair Value | $ 875.00 |
| LAMP,BURTON | $ 75.00 | Fair Value | $ 75.00 |
| LAMP,MAGNIFYING  532851 | $ 160.00 | Fair Value | $ 160.00 |
| LAN/WAN CONNECTIVITY SWITCH- A | $ 3,100.00 | Fair Value | $ 3,100.00 |
| LAPAROSCOPIC MORECLLATOR DEVIC | $ 250.00 | Fair Value | $ 250.00 |
| LAPAROSCOPY SYS | $ 12,800.00 | Fair Value | $ 12,800.00 |
| LAPARSCOPIC SUTURE SCOPES | $ 100.00 | Fair Value | $ 100.00 |
| LAPTOP DELL E6530 | $ 475.00 | Fair Value | $ 475.00 |
| LAPTOP DELL E6530 LATITUDE | $ 950.00 | Fair Value | $ 950.00 |
| LAPTOP PC E6530 | $ 3,400.00 | Fair Value | $ 3,400.00 |
| LAPTOP,LATITUDE  D 630 | $ 125.00 | Fair Value | $ 125.00 |
| LAPTOP,LATITUDE E6510 | $ 300.00 | Fair Value | $ 300.00 |
| LARGE CARDIAC BOARD | $ 40.00 | Fair Value | $ 40.00 |
| LARGE DISTRACTOR SET | $ 400.00 | Fair Value | $ 400.00 |
| LARGE FLAT PANEL DISP | $ 140.00 | Fair Value | $ 140.00 |
| LARGE FLAT PANEL DISPLAY | $ 2,375.00 | Fair Value | $ 2,375.00 |
| LARGE FLAT PANEL DISPLAY (8624 | $ 200.00 | Fair Value | $ 200.00 |
| LARGE RICHARDSONS | $ 80.00 | Fair Value | $ 80.00 |
| LARYNGOSCOPE | $ 350.00 | Fair Value | $ 350.00 |
| LARYNGOSCOPE MCL124 | $ 325.00 | Fair Value | $ 325.00 |
| LARYNGOSCOPE MCL125 | $ 325.00 | Fair Value | $ 325.00 |
| LASER DISC PLAYER | $ 20.00 | Fair Value | $ 20.00 |
| LASER EXCIMER | $ 3,250.00 | Fair Value | $ 3,250.00 |
| Laser Imager  QT 1 | $ 125.00 | Fair Value | $ 125.00 |
| LASER IMAGER UPGRADE | $ 1,475.00 | Fair Value | $ 1,475.00 |
| LASER IMAGING | $ 10,675.00 | Fair Value | $ 10,675.00 |
| LASER JET 8150DN NETWORK PRINT | $ 325.00 | Fair Value | $ 325.00 |
| LASER PRINTER 1815DN | $ 65.00 | Fair Value | $ 65.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LASER SURGICAL | $ 40,700.00 | Fair Value | $ 40,700.00 |
| LASER SURGICAL YAG | $ 8,300.00 | Fair Value | $ 8,300.00 |
| LASER SYSTE,EXCIMER , CVX-300 | $ 12,500.00 | Fair Value | $ 12,500.00 |
| LASERJET 4200 NETWORK LASER PR | $ 150.00 | Fair Value | $ 150.00 |
| LASERJET HP COLOR PRO MFP M477 | $ 400.00 | Fair Value | $ 400.00 |
| LATERAL FILE 20X30 | $ 130.00 | Fair Value | $ 130.00 |
| LATERAL FILE CABINET-19 1/4 X | $ 60.00 | Fair Value | $ 60.00 |
| LATERAL FILE TOP- 36* WIDE | $ 10.00 | Fair Value | $ 10.00 |
| LATERAL FILE-4 DRAWER | $ 95.00 | Fair Value | $ 95.00 |
| LATITUDE D520 DESKTOPS W/ ACCE | $ 500.00 | Fair Value | $ 500.00 |
| LATITUDE D520 SYSTEM | $ 125.00 | Fair Value | $ 125.00 |
| LATITUDE D600, PENTIUM M 725 ( | $ 200.00 | Fair Value | $ 200.00 |
| LATITUDE D600:INTL PENTIUM M P | $ 250.00 | Fair Value | $ 250.00 |
| LATITUDE D620: INTEL CORE DUO | $ 150.00 | Fair Value | $ 150.00 |
| LATITUDE D-SERIES PACK | $ 60.00 | Fair Value | $ 60.00 |
| LATITUDE E6400 | $ 600.00 | Fair Value | $ 600.00 |
| LATITUDE E6510 | $ 975.00 | Fair Value | $ 975.00 |
| LATITUDE E6520 | $ 1,475.00 | Fair Value | $ 1,475.00 |
| LATITUDE E6530 | $ 450.00 | Fair Value | $ 450.00 |
| LATITUDEE6420 | $ 4,725.00 | Fair Value | $ 4,725.00 |
| LAUREN KNODE-*BECKONING*-21 X | $ 125.00 | Fair Value | $ 125.00 |
| LCD COLOR MONITOR 19 INCH | $ 90.00 | Fair Value | $ 90.00 |
| LCD HQ COLOR MONITOR 19 INCH | $ 1,375.00 | Fair Value | $ 1,375.00 |
| LCD,32 " | $ 100.00 | Fair Value | $ 100.00 |
| LCD,LG 32" W/MOUNT HARDWARE | $ 85.00 | Fair Value | $ 85.00 |
| LCD,LG COMML GR 32" W/WALL MOU | $ 85.00 | Fair Value | $ 85.00 |
| LDWR MLTLK 5L-AHA-GRAB-51-INDV | $ 20.00 | Fair Value | $ 20.00 |
| LEAD SET SNAP- AAMI | $ 50.00 | Fair Value | $ 50.00 |
| LECTURN- STANDING DESK UNIT | $ 90.00 | Fair Value | $ 90.00 |
| LED GOGGLES WITH 15 FOOT CABLE | $ 90.00 | Fair Value | $ 90.00 |
| LED HEADLIGHT ONLY | $ 14,400.00 | Fair Value | $ 14,400.00 |
| LEGEND FOOTED ATTACHMENT 2.4MM | $ 120.00 | Fair Value | $ 120.00 |
| LEGEND HIGH SPEED PNEUMATIC SY | $ 750.00 | Fair Value | $ 750.00 |
| LEGEND PERFORATOR DRIVER - 100 | $ 800.00 | Fair Value | $ 800.00 |
| LEGEND STRAIGHT ATTACHMENT 14C | $ 130.00 | Fair Value | $ 130.00 |
| LEGEND STRAIGHT ATTACHMENT 21C | $ 150.00 | Fair Value | $ 150.00 |
| LEGEND STRAIGHT ATTACHMENT 9CM | $ 120.00 | Fair Value | $ 120.00 |
| LEGENDX1RTC HCAPPKG | $ 750.00 | Fair Value | $ 750.00 |
| LEGHOLDER,UNIVERSAL | $ 200.00 | Fair Value | $ 200.00 |
| LEICA ATC-2000 ADVANCED LAB MI | $ 250.00 | Fair Value | $ 250.00 |
| LG CAP ADV CO2 INC 29 CU FT & | $ 1,150.00 | Fair Value | $ 1,150.00 |
| LG NEEDLE DRIVER Q | $ 2,125.00 | Fair Value | $ 2,125.00 |
| LG SUTURECUT NEEDLE DRIVER | $ 575.00 | Fair Value | $ 575.00 |
| LG. ALLIS FORCEP 7 1/2* | $ 70.00 | Fair Value | $ 70.00 |
| LGLCD 42  LG 1080P EZSIGN DIG | $ 70.00 | Fair Value | $ 70.00 |
| LIFECARE PCA PUMPS | $ 10,800.00 | Fair Value | $ 10,800.00 |
| LIFEPAK 12 BIPHASIC DEFIBRILLA | $ 1,025.00 | Fair Value | $ 1,025.00 |
| LIFEPAK 12 DEFIB/MONITOR | $ 2,050.00 | Fair Value | $ 2,050.00 |
| LIFEPAK 12 DEFRIB PADDLES | $ 45.00 | Fair Value | $ 45.00 |
| LIFEPAK 20 DEFIBRILLATOR/MONIT | $ 1,800.00 | Fair Value | $ 1,800.00 |
| LIFEPAK 20 DOCKING STATION | $ 10.00 | Fair Value | $ 10.00 |
| LIFEPAK SLA BATTERY | $ 125.00 | Fair Value | $ 125.00 |
| LIFEPAK SLA BATTERY(RECHARGEAB | $ 60.00 | Fair Value | $ 60.00 |
| LIFEPAK SP DEFIBRILLATOR/MONIT | $ 1,050.00 | Fair Value | $ 1,050.00 |
| LIFT PALLET | $ 60.00 | Fair Value | $ 60.00 |
| LIFT PALLET ELEC WALK ALONG | $ 225.00 | Fair Value | $ 225.00 |
| LIFT PALLET ELEC WALK ALONG 40 | $ 225.00 | Fair Value | $ 225.00 |
| LIFT PALLET ELECTRIC WALK ALON | $ 225.00 | Fair Value | $ 225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LIFT PATIENT | $ 410.00 | Fair Value | $ 410.00 |
| LIGHT COOL REFLECTOR | $ 25.00 | Fair Value | $ 25.00 |
| LIGHT EXAM | $ 560.00 | Fair Value | $ 560.00 |
| LIGHT EXAM CEILING MOUNTED | $ 2,515.00 | Fair Value | $ 2,515.00 |
| LIGHT EXAM CLG MT | $ 105.00 | Fair Value | $ 105.00 |
| LIGHT EXAM PORTABLE | $ 135.00 | Fair Value | $ 135.00 |
| LIGHT GUIDE 7MM X 3  AUTOCLAVE | $ 65.00 | Fair Value | $ 65.00 |
| LIGHT GUIDE CABLE- 3.5MM-PLUG | $ 25.00 | Fair Value | $ 25.00 |
| LIGHT O.R. DOUBLE | $ 22,900.00 | Fair Value | $ 22,900.00 |
| LIGHT O.R. SINGLE | $ 3,725.00 | Fair Value | $ 3,725.00 |
| LIGHT OR CEILING | $ 475.00 | Fair Value | $ 475.00 |
| LIGHT OR DUAL HEAD | $ 1,600.00 | Fair Value | $ 1,600.00 |
| LIGHT OR DUAL RM 2 | $ 750.00 | Fair Value | $ 750.00 |
| LIGHT OR DUAL RM 3 | $ 1,600.00 | Fair Value | $ 1,600.00 |
| LIGHT OR DUAL RM 5 | $ 750.00 | Fair Value | $ 750.00 |
| LIGHT OR DUAL RM 8 | $ 1,600.00 | Fair Value | $ 1,600.00 |
| LIGHT OR PORTABLE | $ 10.00 | Fair Value | $ 10.00 |
| LIGHT SHELF ELECTRONIC BALLAST | $ 100.00 | Fair Value | $ 100.00 |
| LIGHT SOURCE | $ 3,080.00 | Fair Value | $ 3,080.00 |
| LIGHT SOURCE LUXTEC 300 WATT | $ 500.00 | Fair Value | $ 500.00 |
| LIGHT SOURCE XENON | $ 775.00 | Fair Value | $ 775.00 |
| LIGHT SOURCE, XENON ,VISERA PR | $ 1,725.00 | Fair Value | $ 1,725.00 |
| LIGHT SUPPLY COLD | $ 125.00 | Fair Value | $ 125.00 |
| LIGHT SURGICAL MOBILE | $ 70.00 | Fair Value | $ 70.00 |
| LIGHT,LED SURGICAL | $ 5,950.00 | Fair Value | $ 5,950.00 |
| LIGHT,PENDANT  SPI INDUST | $ 195.00 | Fair Value | $ 195.00 |
| LIGHT,SUGERY RITTER | $ 525.00 | Fair Value | $ 525.00 |
| LIGHTS 9 POD FOR SAME DAY SURG | $ 11,475.00 | Fair Value | $ 11,475.00 |
| LIGHTS 9POD FR L & D | $ 7,700.00 | Fair Value | $ 7,700.00 |
| LIGHTS GALAXY  4 POD CEILING F | $ 1,450.00 | Fair Value | $ 1,450.00 |
| LIGHTS,ALM OR  6401 | $ 8,600.00 | Fair Value | $ 8,600.00 |
| LIGHTSPEED 16 CT SCANNNER WITH | $ 97,000.00 | Fair Value | $ 97,000.00 |
| LINAC UPGRADE | $ 50,500.00 | Fair Value | $ 50,500.00 |
| LINAC UPGRADE- LINEAR ACCELERA | $ 5,500.00 | Fair Value | $ 5,500.00 |
| LINE#3 LST @ $21-375.00 S/B =$ | $ 25.00 | Fair Value | $ 25.00 |
| LINEAR ACCELERATOR | $ 39,400.00 | Fair Value | $ 39,400.00 |
| LINEN HAMPER | $ 150.00 | Fair Value | $ 150.00 |
| LINK # 67977 -  SALES TAX REFU | $ (470.00) | Fair Value | $ (470.00) |
| LINK #56429 TO CREDIT | $ (330.00) | Fair Value | $ (330.00) |
| LINK #61567-CREDIT ASSET | $ (320.00) | Fair Value | $ (320.00) |
| LINK #63353-CREDIT EKG MACH | $ (10.00) | Fair Value | $ (10.00) |
| LINK #64525 TO HRSA GRANT | $ (125.00) | Fair Value | $ (125.00) |
| LINK #64669 TRADE-IN COMPRESSO | $ 20.00 | Fair Value | $ 20.00 |
| LINK #64670 TRADE-IN COMPRESSO | $ 20.00 | Fair Value | $ 20.00 |
| LINK #64764 TO HRSA GRANT | $ (390.00) | Fair Value | $ (390.00) |
| LINK #64767 TO HRSA GRANT | $ (390.00) | Fair Value | $ (390.00) |
| LINK #64770 TRADE-IN VENTILATO | $ 125.00 | Fair Value | $ 125.00 |
| LINK #64771 TRADE-IN VENTILATO | $ 125.00 | Fair Value | $ 125.00 |
| LINK #64772 TRADE-IN VENTILATO | $ 125.00 | Fair Value | $ 125.00 |
| LINK #64773 TRADE-IN VENTILATO | $ 125.00 | Fair Value | $ 125.00 |
| LINK #64774 TRADE-IN VENTILATO | $ 125.00 | Fair Value | $ 125.00 |
| LINK #64775 TRADE-IN VENTILATO | $ 125.00 | Fair Value | $ 125.00 |
| LINK #64872 TO HRSA GRANT | $ (50.00) | Fair Value | $ (50.00) |
| LINK #65131 INSTALLATION TO AS | $ 100.00 | Fair Value | $ 100.00 |
| LINK #65855 TO HRSA GRANT | $ (55.00) | Fair Value | $ (55.00) |
| LINK #65856 TO HRSA GRANT | $ (55.00) | Fair Value | $ (55.00) |
| LINK #65857 TO HRSA GRANT | $ (55.00) | Fair Value | $ (55.00) |
| LINK #65858 TO HRSA GRANT | $ (55.00) | Fair Value | $ (55.00) |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK #65859 TO HRSA GRANT | $ (95.00) | Fair Value | $ (95.00) |
| LINK #65860 TO HRSA GRANT | $ (935.00) | Fair Value | $ (935.00) |
| LINK #65861 TO HRSA GRANT | $ (305.00) | Fair Value | $ (305.00) |
| LINK #65862 TO HRSA GRANT | $ (305.00) | Fair Value | $ (305.00) |
| LINK #65908 TO HRSA GRANT | $ (455.00) | Fair Value | $ (455.00) |
| LINK #65909 TO HRSA GRANT | $ (620.00) | Fair Value | $ (620.00) |
| LINK #65916 TO HRSA GRANT | $ (455.00) | Fair Value | $ (455.00) |
| LINK #65917 TO HRSA GRANT | $ (455.00) | Fair Value | $ (455.00) |
| LINK #65918 TO HRSA GRANT | $ (455.00) | Fair Value | $ (455.00) |
| LINK #65919 TO HRSA GRANT | $ (455.00) | Fair Value | $ (455.00) |
| LINK #66143 TO HRSA GRANT | $ (345.00) | Fair Value | $ (345.00) |
| LINK #66144 TO HRSA GRANT | $ (145.00) | Fair Value | $ (145.00) |
| LINK #66166 TO HRSA GRANT | $ (785.00) | Fair Value | $ (785.00) |
| LINK #66240 TO HRSA GRANT | $ (505.00) | Fair Value | $ (505.00) |
| LINK #66257 TO ORTHO GRANT | $ (140.00) | Fair Value | $ (140.00) |
| LINK #66258 TO ORTHO GRANT | $ (140.00) | Fair Value | $ (140.00) |
| LINK #66259 TO ORTHO GRANT | $ (140.00) | Fair Value | $ (140.00) |
| LINK #66278 TO HRSA GRANT | $ (195.00) | Fair Value | $ (195.00) |
| LINK #66279 TO HRSA GRANT | $ (405.00) | Fair Value | $ (405.00) |
| LINK #66349 TO HUD ENERGY GRAN | $ (7,090.00) | Fair Value | $ (7,090.00) |
| LINK #66350 TO HUD ENERGY GRAN | $ (295.00) | Fair Value | $ (295.00) |
| LINK #66351 TO HUD ENERGY GRAN | $ (7,975.00) | Fair Value | $ (7,975.00) |
| LINK #66352 TO HUD ENERGY GRAN | $ (2,135.00) | Fair Value | $ (2,135.00) |
| LINK #66370 TO HRSA GRANT | $ (85.00) | Fair Value | $ (85.00) |
| LINK #66371 TO HRSA GRANT | $ (200.00) | Fair Value | $ (200.00) |
| LINK #66372 TO HRSA GRANT | $ (200.00) | Fair Value | $ (200.00) |
| LINK #66379 TO HUD ENERGY GRAN | $ (9,745.00) | Fair Value | $ (9,745.00) |
| LINK #66587 CATH LAB UNIT | $ 3,900.00 | Fair Value | $ 3,900.00 |
| LINK #67252 TO CREDIT SALES TA | $ (45.00) | Fair Value | $ (45.00) |
| LINK #67372 TO CREDIT SALES TA | $ (45.00) | Fair Value | $ (45.00) |
| LINK #67389 TO CREDIT SALES TA | $ (45.00) | Fair Value | $ (45.00) |
| LINK #67404 TO CREDIT SALES TA | $ (5.00) | Fair Value | $ (5.00) |
| LINK #67464 TO HRSA GRANT | $ (195.00) | Fair Value | $ (195.00) |
| LINK #67465 TO HRSA GRANT | $ (195.00) | Fair Value | $ (195.00) |
| LINK #67466 TO HRSA GRANT | $ (195.00) | Fair Value | $ (195.00) |
| LINK #67467 TO HRSA GRANT | $ (195.00) | Fair Value | $ (195.00) |
| LINK #67468 TO HRSA GRANT | $ (195.00) | Fair Value | $ (195.00) |
| LINK #67979- SALES TAX REFUND | $ (45.00) | Fair Value | $ (45.00) |
| LINK #67980 - SALES TAX REFUND | $ (45.00) | Fair Value | $ (45.00) |
| Link #69749 Credit Memo | $ (10.00) | Fair Value | $ (10.00) |
| Link #69750 Credit Memo | $ (10.00) | Fair Value | $ (10.00) |
| Link #69751 Credit Memo | $ (10.00) | Fair Value | $ (10.00) |
| Link #75191 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75192 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75193 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75194 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75195 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75196 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75197 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75198 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75199 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75200 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75201 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75202 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75203 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75204 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75205 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75206 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Link #75207 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75208 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75209 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75210 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75211 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75212 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75213 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75214 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75215 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75216 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75217 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75377 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75378 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75379 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75380 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75381 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75382 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75383 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75384 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75385 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75386 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75387 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75388 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75389 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75390 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75391 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75392 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75393 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75394 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75395 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75396 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75397 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75398 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75399 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75400 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75401 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75402 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75403 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75404 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75405 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| Link #75406 TRADE IN CREDIT | $ (20.00) | Fair Value | $ (20.00) |
| LINK ASSET # 65204 SALES TAX | $ 8,100.00 | Fair Value | $ 8,100.00 |
| LINK ASSET #71327- CABLE & CNT | $ 55.00 | Fair Value | $ 55.00 |
| LINK ASSET 76639 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76640 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76641 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76642 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76643 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76644 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76645 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76646 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76647 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76648 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76649 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76650 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76651 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET 76652 ST & FR | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET# 59515 TO GRANT | $ (1,250.00) | Fair Value | $ (1,250.00) |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK ASSET# 64607 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64608 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64609 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64610 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64611 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64612 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64613 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64614 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64615 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 64616 CREDIT MEMO | $ (55.00) | Fair Value | $ (55.00) |
| LINK ASSET# 65983 TO GRANT | $ (5,925.00) | Fair Value | $ (5,925.00) |
| LINK ASSET# 71326- CABLE & CNT | $ 55.00 | Fair Value | $ 55.00 |
| LINK ASSET# 71328- CABLE & CNT | $ 55.00 | Fair Value | $ 55.00 |
| LINK ASSET# 71335-CABLE & CNTR | $ 55.00 | Fair Value | $ 55.00 |
| LINK ASSET# 76678 ST | $ 15.00 | Fair Value | $ 15.00 |
| LINK ASSET#67246- REFUND CHECK | $ (80.00) | Fair Value | $ (80.00) |
| LINK ASSET#67365- REFUND CHECK | $ (1,240.00) | Fair Value | $ (1,240.00) |
| LINK ASSET#70229- CONF & IMP S | $ 200.00 | Fair Value | $ 200.00 |
| LINK ASSET#70230- CONF & IMP S | $ 200.00 | Fair Value | $ 200.00 |
| LINK ASSET#70231- CONF & IMP S | $ 200.00 | Fair Value | $ 200.00 |
| LINK ASSET#70232- CONF & IMP S | $ 200.00 | Fair Value | $ 200.00 |
| LINK ASSET#70714- SALES TAX OM | $ 850.00 | Fair Value | $ 850.00 |
| LINK ASSET#76677 ST | $ 300.00 | Fair Value | $ 300.00 |
| LINK ASSET#76679 ST | $ 20.00 | Fair Value | $ 20.00 |
| LINK ASSET#77648 DEBIT MEMO # | $ (35.00) | Fair Value | $ (35.00) |
| LINK TO #68185-ST | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO #68186-ST | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO 68187-ST | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO A# 76859 001 REMAINING | $ 28,000.00 | Fair Value | $ 28,000.00 |
| LINK TO A#79959 INSTALLATION C | $ 750.00 | Fair Value | $ 750.00 |
| LINK TO A#79960 INSTALLATION C | $ 750.00 | Fair Value | $ 750.00 |
| LINK TO A#79961 INSTALLATION C | $ 475.00 | Fair Value | $ 475.00 |
| LINK TO A#79962 INSTALLATION C | $ 475.00 | Fair Value | $ 475.00 |
| LINK TO A#79963 INSTALLATION C | $ 10,500.00 | Fair Value | $ 10,500.00 |
| LINK TO A#80878 SALES TAX | $ 70.00 | Fair Value | $ 70.00 |
| LINK TO A#80879 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#80880 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#80881 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#80882 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#80883 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#80884 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#80885 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#80886 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#80887 SALES TAX | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO A#80888 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80889 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80890 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80891 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80892 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80893 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80894 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80895 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80896 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80897 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#80898 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#80902 SALES TAX | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#80903 SALES TAX | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO A#80904 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81015 SALES TAX | $ 2,450.00 | Fair Value | $ 2,450.00 |
| LINK TO A#81016 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81017 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81018 SALES TAX | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#81019 SALES TAX | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#81020 SALES TAX | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#81021 SALES TAX | $ 775.00 | Fair Value | $ 775.00 |
| LINK TO A#81022 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81023 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81024 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81025 SALES TAX | $ 1,075.00 | Fair Value | $ 1,075.00 |
| LINK TO A#81026 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81027 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81028 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81029 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81030 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81031 SALES TAX | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#81032 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81033 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81034 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81035 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81036 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81037 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81038 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81039 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81040 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81041 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81042 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81043 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81044 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81045 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81046 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81047 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81048 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81049 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81050 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81051 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81052 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81053 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81054 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81055 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81056 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81057 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81058 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81059 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81060 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81061 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81062 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81063 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81064 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81065 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81066 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81067 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81068 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81069 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81070 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81071 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81072 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81073 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81074 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81075 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81076 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81077 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81078 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81079 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81080 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81081 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81082 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81083 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81084 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81085 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81086 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81087 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81088 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81089 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81090 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81091 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81092 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81093 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81094 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81095 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81096 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81097 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81098 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81099 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81100 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81101 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81102 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81103 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81104 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81105 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81106 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81107 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81108 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81109 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81110 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81111 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81112 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81113 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81114 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81115 SALES TAX | $ 750.00 | Fair Value | $ 750.00 |
| LINK TO A#81116 SALES TAX | $ 750.00 | Fair Value | $ 750.00 |
| LINK TO A#81117 SALES TAX | $ 750.00 | Fair Value | $ 750.00 |
| LINK TO A#81118 SALES TAX | $ 750.00 | Fair Value | $ 750.00 |
| LINK TO A#81119 SALES TAX | $ 750.00 | Fair Value | $ 750.00 |
| LINK TO A#81120 SALES TAX | $ 70.00 | Fair Value | $ 70.00 |
| LINK TO A#81121 SALES TAX | $ 70.00 | Fair Value | $ 70.00 |
| LINK TO A#81122 SALES TAX | $ 70.00 | Fair Value | $ 70.00 |
| LINK TO A#81123 SALES TAX | $ 70.00 | Fair Value | $ 70.00 |
| LINK TO A#81124 SALES TAX | $ 70.00 | Fair Value | $ 70.00 |
| LINK TO A#81125 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81126 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81127 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81128 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81129 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81130 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81131 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81132 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81133 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81134 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81135 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81136 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81137 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81138 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81139 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81140 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81141 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81142 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81143 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81144 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81145 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81146 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81147 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81148 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81149 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81150 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81151 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81152 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81153 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81154 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81155 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81156 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81157 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81158 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81159 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81160 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81161 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81162 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81163 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81164 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81165 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81166 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81167 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81168 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81169 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81170 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81171 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81172 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81173 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81174 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81175 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81176 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81177 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81178 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81179 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81180 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81181 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81182 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81183 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81184 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81185 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81186 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81187 SALES TAX | $ 175.00 | Fair Value | $ 175.00 |
| LINK TO A#81188 SALES TAX | $ 175.00 | Fair Value | $ 175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81189 SALES TAX | $ 95.00 | Fair Value | $ 95.00 |
| LINK TO A#81190 SALES TAX | $ 95.00 | Fair Value | $ 95.00 |
| LINK TO A#81191 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81192 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO A#81193 SALES TAX | $ 300.00 | Fair Value | $ 300.00 |
| LINK TO A#81194 SALEX TAX | $ 300.00 | Fair Value | $ 300.00 |
| LINK TO A#81195 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81196 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81197 SALES TAX | $ 800.00 | Fair Value | $ 800.00 |
| LINK TO A#81198 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81199 SALES TAX | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A#81200 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#81201 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#81202 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#81203 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#81204 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO A#81337 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81338 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81339 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81340 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81341 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81342 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81343 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81344 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81345 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81346 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81347 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81348 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81349 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81350 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81351 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81352 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81353 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81354 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81355 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81356 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81357 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81358 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81359 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81360 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81361 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81362 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81363 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81364 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81365 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81366 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81367 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81368 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81369 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81370 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81371 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81372 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81373 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81374 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81375 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81376 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81377 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81378 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81379 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81380 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81381 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81382 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81383 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81384 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81385 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81386 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81387 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81388 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81389 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81390 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81391 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81392 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81393 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81394 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81395 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81396 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81397 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81398 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81399 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81400 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81401 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81402 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81403 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81404 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81405 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81406 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81407 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81408 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81409 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81410 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81411 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81412 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81413 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81414 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81415 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81416 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81417 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81418 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81419 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81420 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81421 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81422 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81423 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81424 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81425 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81426 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81427 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81428 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81429 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81430 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81431 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81432 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81433 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81434 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81435 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81436 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81437 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81438 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81439 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81440 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81441 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81442 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81443 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81444 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81445 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81446 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81447 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81448 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81449 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81450 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81451 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81452 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81453 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81454 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81455 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81456 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81457 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81458 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81459 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81460 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81461 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81462 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81463 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81464 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81465 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81466 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81467 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81468 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81469 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81470 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81471 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81472 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81473 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81474 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81475 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81476 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81477 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81478 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81479 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81480 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81481 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81482 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81483 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81484 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81485 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81486 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81487 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81488 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81489 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81490 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81491 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81492 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81493 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81494 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81495 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81496 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81497 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81498 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81499 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81500 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81501 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81502 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81503 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81504 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81505 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81506 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81507 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81508 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81509 SALES TAX | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A#81510 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81511 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81512 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81513 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81514 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81515 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81516 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81517 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81518 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81519 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81520 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81521 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81522 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81523 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81524 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81525 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81526 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81527 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81528 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81529 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81530 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81531 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81532 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81533 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81534 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81535 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81536 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81537 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81538 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81539 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81540 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81541 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81542 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81543 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81544 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81545 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81546 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81547 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81548 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81549 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81550 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81551 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81552 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81553 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81554 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81555 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81556 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81557 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81558 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81559 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81560 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81561 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81562 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81563 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81564 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81565 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#81566 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81567 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO A#81568 SALES TAX | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A#81569 SALES TAX | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A#81570 SALES TAX | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A#81571 SALES TAX | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A#81807 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81808 SALES TAX | $ 3,525.00 | Fair Value | $ 3,525.00 |
| LINK TO A#81809 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81810 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81811 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81812 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81813 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81814 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81815 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81816 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81817 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81818 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81819 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81820 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81821 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81822 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81823 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81824 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81825 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81826 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81827 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81828 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81829 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81830 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81831 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81832 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81833 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81834 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81835 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81836 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81837 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81838 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81839 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81840 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81841 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81842 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81843 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81844 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81845 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81846 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81847 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81848 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81849 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81850 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81851 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81852 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81853 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81854 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81855 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81856 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81857 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81858 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81859 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81860 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81861 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81862 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81863 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81864 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81865 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81866 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81867 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81868 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81869 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81870 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81871 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81872 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81873 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81874 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81875 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81876 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81877 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81878 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81879 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81880 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81881 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81882 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81883 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81884 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81885 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81886 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81887 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81888 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81889 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81890 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81891 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81892 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81893 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81894 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81895 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81896 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81897 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81898 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81899 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81900 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81901 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81902 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81903 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81904 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81905 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81906 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81907 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81908 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81909 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81910 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81911 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81912 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81913 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81914 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81915 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81916 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81917 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81918 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81919 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81920 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81921 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81922 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81923 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81924 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81925 SALES TAX | $ 45.00 | Fair Value | $ 45.00 |
| LINK TO A#81926 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81927 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81928 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81929 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81930 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81931 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81932 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81933 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81934 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81935 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81936 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81937 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81938 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81939 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81940 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81941 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81942 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81943 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81944 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81945 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81946 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81947 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81948 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81949 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81950 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81951 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#81952 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81953 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81954 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81955 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81956 SALES TAX | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#81957 SALES TAX | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#81958 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81959 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81960 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81961 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#81962 SALES TAX | $ 275.00 | Fair Value | $ 275.00 |
| LINK TO A#81963 SALES TAX | $ 275.00 | Fair Value | $ 275.00 |
| LINK TO A#81964 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81965 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81966 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81967 SALES TAX | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO A#81968 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81969 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81970 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81971 SALES TAX | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO A#81972 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81973 SALES TAX | $ 325.00 | Fair Value | $ 325.00 |
| LINK TO A#81974 SALES TAX | $ 2,250.00 | Fair Value | $ 2,250.00 |
| LINK TO A#81975 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81976 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81977 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81978 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81979 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81980 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81981 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81982 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO A#81983 SALES TAX | $ 450.00 | Fair Value | $ 450.00 |
| LINK TO A#81984 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO A#81985 SALES TAX | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO A#81986 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81987 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO A#81988 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81989 SALES TAX | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A#81990 SALES TAX | $ 1,175.00 | Fair Value | $ 1,175.00 |
| LINK TO A#81991 SALES TAX | $ 500.00 | Fair Value | $ 500.00 |
| LINK TO A#81992 SALES TAX | $ 500.00 | Fair Value | $ 500.00 |
| LINK TO A#81993 SALES TAX | $ 500.00 | Fair Value | $ 500.00 |
| LINK TO A#81994 SALES TAX | $ 500.00 | Fair Value | $ 500.00 |
| LINK TO A#81995 SALES TAX | $ 775.00 | Fair Value | $ 775.00 |
| LINK TO A#81996 SALES TAX | $ 175.00 | Fair Value | $ 175.00 |
| LINK TO A#81997 SALES TAX | $ 175.00 | Fair Value | $ 175.00 |
| LINK TO A#81998 SALES TAX | $ 175.00 | Fair Value | $ 175.00 |
| LINK TO A#81999 SALES TAX | $ 175.00 | Fair Value | $ 175.00 |
| LINK TO A#82000 SALES TAX | $ 95.00 | Fair Value | $ 95.00 |
| LINK TO A#82001 SALES TAX | $ 95.00 | Fair Value | $ 95.00 |
| LINK TO A#82002 SALES TAX | $ 95.00 | Fair Value | $ 95.00 |
| LINK TO A#82003 SALES TAX | $ 95.00 | Fair Value | $ 95.00 |
| LINK TO A#82004 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#82005 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#82006 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#82007 SALES TAX | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A#82008 SALES TAX | $ 7,800.00 | Fair Value | $ 7,800.00 |
| LINK TO A#82009 SALES TAX | $ 7,800.00 | Fair Value | $ 7,800.00 |
| LINK TO A#82010 SALES TAX | $ 7,800.00 | Fair Value | $ 7,800.00 |
| LINK TO A#82011 SALES TAX | $ 7,800.00 | Fair Value | $ 7,800.00 |
| LINK TO A#82012 SALES TAX | $ 7,800.00 | Fair Value | $ 7,800.00 |
| LINK TO A#82013 SALES TAX | $ 7,800.00 | Fair Value | $ 7,800.00 |
| LINK TO A#82014 SALES TAX | $ 975.00 | Fair Value | $ 975.00 |
| LINK TO A#82015 SALES TAX | $ 975.00 | Fair Value | $ 975.00 |
| LINK TO A#82016 SALES TAX | $ 975.00 | Fair Value | $ 975.00 |
| LINK TO A#82017 SALES TAX | $ 300.00 | Fair Value | $ 300.00 |
| LINK TO A#82018 SALES TAX | $ 300.00 | Fair Value | $ 300.00 |
| LINK TO A#82019 SALES TAX | $ 300.00 | Fair Value | $ 300.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#82020 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82021 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82022 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82023 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82024 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82025 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82026 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82027 SALES TAX | $ 90.00 | Fair Value | $ 90.00 |
| LINK TO A#82028 SALES TAX | $ 85.00 | Fair Value | $ 85.00 |
| LINK TO A#82029 SALES TAX | $ 85.00 | Fair Value | $ 85.00 |
| LINK TO A#82030 SALES TAX | $ 85.00 | Fair Value | $ 85.00 |
| LINK TO A#82031 SALES TAX | $ 85.00 | Fair Value | $ 85.00 |
| LINK TO A#82032 SALES TAX | $ 85.00 | Fair Value | $ 85.00 |
| LINK TO A#82033 SALES TAX | $ 85.00 | Fair Value | $ 85.00 |
| LINK TO A#82034 SALES TAX | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO A#82035 SALES TAX | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO A#82036 SALES TAX | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO A#82037 SALES TAX | $ 60.00 | Fair Value | $ 60.00 |
| LINK TO A#82038 SALES TAX | $ 60.00 | Fair Value | $ 60.00 |
| LINK TO A#82039 SALES TAX | $ 525.00 | Fair Value | $ 525.00 |
| LINK TO A#82040 SALES TAX | $ 525.00 | Fair Value | $ 525.00 |
| LINK TO A#82041 SALES TAX | $ 525.00 | Fair Value | $ 525.00 |
| LINK TO A#82042 SALES TAX | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO A#82043 SALES TAX | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO A#82044 SALES TAX | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO A#82045 SALES TAX | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A#82046 SALES TAX | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A#82047 SALES TAX | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A#82048 SALES TAX | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO A#82049 SALES TAX | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO A#82050 SALES TAX | $ 2,250.00 | Fair Value | $ 2,250.00 |
| LINK TO A#82051 SALES TAX | $ 1,750.00 | Fair Value | $ 1,750.00 |
| LINK TO A#82052 SALES TAX | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO A#82053 SALES TAX | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO A#82054 SALES TAX | $ 1,525.00 | Fair Value | $ 1,525.00 |
| LINK TO A#82055 SALES TAX | $ 300.00 | Fair Value | $ 300.00 |
| LINK TO A#82056 SALES TAX | $ 300.00 | Fair Value | $ 300.00 |
| LINK TO A#82057 SALES TAX | $ 300.00 | Fair Value | $ 300.00 |
| LINK TO A#82531 TRUEBEAM COMMI | $ 40,000.00 | Fair Value | $ 40,000.00 |
| LINK TO A#82896 SALES TAX & FR | $ 3,475.00 | Fair Value | $ 3,475.00 |
| LINK TO A#82897 SALES TAX & FR | $ 3,475.00 | Fair Value | $ 3,475.00 |
| LINK TO A#82898 SALES TAX & FR | $ 3,475.00 | Fair Value | $ 3,475.00 |
| LINK TO A#82899 SALES TAX & FR | $ 3,475.00 | Fair Value | $ 3,475.00 |
| LINK TO A#82900 SALES TAX & FR | $ 3,475.00 | Fair Value | $ 3,475.00 |
| LINK TO A#82901 SALES TAX & FR | $ 3,475.00 | Fair Value | $ 3,475.00 |
| LINK TO A#82902 SALES TAX & FR | $ 60.00 | Fair Value | $ 60.00 |
| LINK TO A#82903 SALES TAX & FR | $ 60.00 | Fair Value | $ 60.00 |
| LINK TO A#82904 SALES TAX & FR | $ 60.00 | Fair Value | $ 60.00 |
| LINK TO A#82951 SALES TAX | $ 1,350.00 | Fair Value | $ 1,350.00 |
| LINK TO A#82952 SALES TAX | $ 1,350.00 | Fair Value | $ 1,350.00 |
| LINK TO A#82953 SALES TAX | $ 1,350.00 | Fair Value | $ 1,350.00 |
| LINK TO A#82954 SALES TAX | $ 1,350.00 | Fair Value | $ 1,350.00 |
| LINK TO A#82955 SALES TAX | $ 1,350.00 | Fair Value | $ 1,350.00 |
| LINK TO A#82956 SALES TAX | $ 3,075.00 | Fair Value | $ 3,075.00 |
| LINK TO A#82957 SALES TAX | $ 375.00 | Fair Value | $ 375.00 |
| LINK TO A#82958 SALES TAX | $ 375.00 | Fair Value | $ 375.00 |
| LINK TO A#82959 SALES TAX | $ 375.00 | Fair Value | $ 375.00 |
| LINK TO A#82960 SALES TAX | $ 375.00 | Fair Value | $ 375.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO A#82961 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82962 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82963 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82964 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82965 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82966 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82967 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82968 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82969 SALES TAX | $       375.00 | Fair Value | $       375.00 |
| LINK TO A#82970 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82971 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82972 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82973 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82974 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82975 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82976 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82977 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82978 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82979 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82980 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82981 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82982 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82983 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82984 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82985 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82986 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82987 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82988 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A#82989 SALES TAX | $        95.00 | Fair Value | $        95.00 |
| LINK TO A77164 - ADDL COST | $    10,000.00 | Fair Value | $    10,000.00 |
| LINK TO ASSET # 69644 - VENDOR | $    (5,850.00) | Fair Value | $    (5,850.00) |
| LINK TO ASSET # 71060 CABLE FO | $        45.00 | Fair Value | $        45.00 |
| LINK TO ASSET # 71245 INSTALLA | $     2,900.00 | Fair Value | $     2,900.00 |
| LINK TO ASSET # 71246 INSTALLA | $     2,900.00 | Fair Value | $     2,900.00 |
| LINK TO ASSET #64809 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64810 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64811 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64812 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64813 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64814 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64815 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64816 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64817 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64818 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64819 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64820 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64821 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64822 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64823 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64824 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64825 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64826 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64827 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64828 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64829 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64830 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64831 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |
| LINK TO ASSET #64832 CR MEMO D | $        (60.00) | Fair Value | $        (60.00) |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #64833 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64834 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64835 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64836 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64837 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64838 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64839 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64840 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64841 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #64842 CR MEMO D | $ (60.00) | Fair Value | $ (60.00) |
| LINK TO ASSET #65485 CR MEMO R | $ (210.00) | Fair Value | $ (210.00) |
| LINK TO ASSET #68772 - EMERGEN | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET NO. 60296 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET# 68910-EEG32U HE | $ (25.00) | Fair Value | $ (25.00) |
| LINK TO ASSET# 76859 REMAINING | $ 28,000.00 | Fair Value | $ 28,000.00 |
| LINK TO ASSET#61469 | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET#61553 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61554 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61555 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61556 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61557 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61558 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61559 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61560 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61561 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61562 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61563 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61564 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#61565 | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET#67984-CREDIT MEM | $ (90.00) | Fair Value | $ (90.00) |
| LINK TO ASSET#68773 - EMERGENC | $ 5.00 | Fair Value | $ 5.00 |
| LINK# 66165 TO NICU GRANT | $ (2,500.00) | Fair Value | $ (2,500.00) |
| LITERATURE ORGANIZER-SAFCO 72 | $ 200.00 | Fair Value | $ 200.00 |
| LITHOTRIPTER | $ 900.00 | Fair Value | $ 900.00 |
| LITHOTRIPTER ULTRASONIC | $ 350.00 | Fair Value | $ 350.00 |
| LITOLIER GLASS LENSE ONLY FOR | $ 150.00 | Fair Value | $ 150.00 |
| LIVESCAN WORKSTATION  & TRAVEL | $ 1,150.00 | Fair Value | $ 1,150.00 |
| LMA FASTRACH MULTIPACK | $ 400.00 | Fair Value | $ 400.00 |
| LNK TO # 67778 - 70% OMEGA E-V | $ 31,000.00 | Fair Value | $ 31,000.00 |
| LOCKABLE STEEL DOORS /  DELIVE | $ 425.00 | Fair Value | $ 425.00 |
| LOCKING *J* BRACKET | $ 140.00 | Fair Value | $ 140.00 |
| LOCKING SMALL FRAGMENT IMPLANT | $ 5,700.00 | Fair Value | $ 5,700.00 |
| LOGI P5 DEMO | $ 3,325.00 | Fair Value | $ 3,325.00 |
| LOGIQ 9 BREAKTHRU 2007QTE P6-C | $ 31,200.00 | Fair Value | $ 31,200.00 |
| LOGIQ P5 GOLD SEAL PREM BT09 P | $ 4,075.00 | Fair Value | $ 4,075.00 |
| LOOP FLEX COIL, SMALL # SYMPHO | $ 300.00 | Fair Value | $ 300.00 |
| LORNA TOWEL CLAMP | $ 1,475.00 | Fair Value | $ 1,475.00 |
| LOT CONTROL CABLE- COAXIAL CAB | $ 400.00 | Fair Value | $ 400.00 |
| LOUNGE CHAIR | $ 1,625.00 | Fair Value | $ 1,625.00 |
| LOUNGE CHAIR- VINYL | $ 65.00 | Fair Value | $ 65.00 |
| LOUNGE CHAIRS | $ 725.00 | Fair Value | $ 725.00 |
| LOUNGE CHAIR-VINYL | $ 150.00 | Fair Value | $ 150.00 |
| LOUNGE FURNITURE-PRE ADMISSION | $ 1,450.00 | Fair Value | $ 1,450.00 |
| LOUNGE TABLE | $ 1,715.00 | Fair Value | $ 1,715.00 |
| LOVESEAT   ADRIATRIC VINYL/MED | $ 400.00 | Fair Value | $ 400.00 |
| LOVESEAT FAB UPH OAK FRAME | $ 30.00 | Fair Value | $ 30.00 |
| LOVESEAT FABRIC UPHOL | $ 30.00 | Fair Value | $ 30.00 |
| LOVESEAT NAUGAHYDE | $ 120.00 | Fair Value | $ 120.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LOVESEAT OAK & FABRIC | $ 30.00 | Fair Value | $ 30.00 |
| LOVESEAT VINYL UP | $ 60.00 | Fair Value | $ 60.00 |
| LOVESEAT VINYL UPH | $ 30.00 | Fair Value | $ 30.00 |
| LOVESEAT,FAIRFIELD FABRIC AVAN | $ 125.00 | Fair Value | $ 125.00 |
| LOVESEATS AND LOUNGE CHAIRS | $ 2,175.00 | Fair Value | $ 2,175.00 |
| LOW ENERGY SURVEY METER | $ 425.00 | Fair Value | $ 425.00 |
| LOWER LOFT CASTER BED | $ 60.00 | Fair Value | $ 60.00 |
| LOWERATOR TRAY | $ 245.00 | Fair Value | $ 245.00 |
| LP 12 DEFIB/MONITORS | $ 3,800.00 | Fair Value | $ 3,800.00 |
| LP12 DEFIB/MON,ADAPTIV | $ 875.00 | Fair Value | $ 875.00 |
| LP12 DEFIBRILLATOR/MONITOR UNI | $ 11,200.00 | Fair Value | $ 11,200.00 |
| LP20 DEFIB W/O TADE IN | $ 9,450.00 | Fair Value | $ 9,450.00 |
| LP20 DEFIB W/TRADE-IN | $ 38,000.00 | Fair Value | $ 38,000.00 |
| LP20 STANDARD DETACHABLE HARD | $ 70.00 | Fair Value | $ 70.00 |
| LS4000 UNDECODED SCANNER | $ 250.00 | Fair Value | $ 250.00 |
| LTC OVERBED TABLE (OBT FRAME) | $ 450.00 | Fair Value | $ 450.00 |
| LTC. OVERBED TABLES | $ 1,940.00 | Fair Value | $ 1,940.00 |
| LTM GRAPHICS MONITORS/LAP TOP | $ 700.00 | Fair Value | $ 700.00 |
| LUCASEY-CEILING FLANGE | $ 5.00 | Fair Value | $ 5.00 |
| LUCASEY-NL HOOK BRACKET | $ 5.00 | Fair Value | $ 5.00 |
| LUMENCATH APPLICATOR SET 6F- 1 | $ 325.00 | Fair Value | $ 325.00 |
| LUTEX 300 WATT XENON LIGHT SOU | $ 475.00 | Fair Value | $ 475.00 |
| LUXO CLASSIC MED SERIES W/WL B | $ 60.00 | Fair Value | $ 60.00 |
| LUXOR 30* OAK GRAIN CABINET- L | $ 35.00 | Fair Value | $ 35.00 |
| LUXTEC 300 WATT XENON LIGHT SO | $ 950.00 | Fair Value | $ 950.00 |
| Luxtec Head Lamps | $ 1,500.00 | Fair Value | $ 1,500.00 |
| M Series Stretcher | $ 500.00 | Fair Value | $ 500.00 |
| M SERIES STRETCHERS | $ 1,800.00 | Fair Value | $ 1,800.00 |
| M SERIES W/5TH WHEEL MOBILITY | $ 500.00 | Fair Value | $ 500.00 |
| M2600B TELEMETRY MAINFRAME/REC | $ 8,400.00 | Fair Value | $ 8,400.00 |
| M2601B TELEMETRY TRANSMITTER | $ 7,200.00 | Fair Value | $ 7,200.00 |
| M2610AU VIRIDIA TELEMETRY SYST | $ 600.00 | Fair Value | $ 600.00 |
| M2613A UHF ANTENNA SYSTEM | $ 600.00 | Fair Value | $ 600.00 |
| M2616A EXR. FREQUENCY CONVERTE | $ 150.00 | Fair Value | $ 150.00 |
| M2616A EXT. FREQUENCY CONVERTE | $ 150.00 | Fair Value | $ 150.00 |
| M2617A ANTENNA SYSTEM ACCESSOR | $ 120.00 | Fair Value | $ 120.00 |
| M2636C PHILIPS TELEMON C | $ 275.00 | Fair Value | $ 275.00 |
| M3151 INFORMATION CENTER | $ 9,200.00 | Fair Value | $ 9,200.00 |
| M3151 INFORMATION CTR | $ 3,400.00 | Fair Value | $ 3,400.00 |
| M3151 PT INFO CENTER | $ 7,200.00 | Fair Value | $ 7,200.00 |
| M3151 UPGRADE  REL N.O | $ 475.00 | Fair Value | $ 475.00 |
| M3154 LARGE DATABASE SERVER | $ 2,275.00 | Fair Value | $ 2,275.00 |
| M3154 RELEASE G. 0 UPGRADE | $ 750.00 | Fair Value | $ 750.00 |
| M3154 RELEASE K.O UPGRADE | $ 1,400.00 | Fair Value | $ 1,400.00 |
| M3155 INFORMATION CENTER NETWO | $ 12,200.00 | Fair Value | $ 12,200.00 |
| M3155 RELEASE K.O UPGRADE | $ 300.00 | Fair Value | $ 300.00 |
| M3155 TELEMETRY SYSTEM | $ 3,275.00 | Fair Value | $ 3,275.00 |
| M3155 UPGR REL N.O | $ 750.00 | Fair Value | $ 750.00 |
| M3155 UPGRADE | $ 800.00 | Fair Value | $ 800.00 |
| M3155 UPGRADE REL N.O   8TH F | $ 900.00 | Fair Value | $ 900.00 |
| M3159 PHILIPS INFO CTR PRINTER | $ 250.00 | Fair Value | $ 250.00 |
| M3159A PHILIPS CTR PRINTERS | $ 1,275.00 | Fair Value | $ 1,275.00 |
| M3159A PHILIPS INFORMATION CTR | $ 325.00 | Fair Value | $ 325.00 |
| M3176B INFORMATION CENTER RECO | $ 325.00 | Fair Value | $ 325.00 |
| M3176C INFO CENTER USB RECORDE | $ 2,050.00 | Fair Value | $ 2,050.00 |
| M3176C INFO CTR | $ 1,500.00 | Fair Value | $ 1,500.00 |
| M3176C INFORMATION CENTER | $ 100.00 | Fair Value | $ 100.00 |
| M3176C INFORMATION CENTER USB | $ 8,200.00 | Fair Value | $ 8,200.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| M3176C INFORMATION CENTER W/UP | $ 1,550.00 | Fair Value | $ 1,550.00 |
| M3-GOLD AUTOCLAVABLE DIRECT TE | $ 350.00 | Fair Value | $ 350.00 |
| M3-GOLD AUTOCLAVABLE FOROBLIQU | $ 350.00 | Fair Value | $ 350.00 |
| M3-GOLD AUTOCLAVABLE LATERAL | $ 350.00 | Fair Value | $ 350.00 |
| M4841A PATIENT WORN DEVICE | $ 16,800.00 | Fair Value | $ 16,800.00 |
| M4841A PATIENT WORN DEVICE D01 | $ 4,875.00 | Fair Value | $ 4,875.00 |
| M4842A INTELLIVUE ACCESS POINT | $ 3,100.00 | Fair Value | $ 3,100.00 |
| M4844A PHILIPS SYNC UNIT K01 W | $ 175.00 | Fair Value | $ 175.00 |
| M4844A PHILIPS SYSNC UNIT | $ 200.00 | Fair Value | $ 200.00 |
| MAC 3500/MAC/5500 SYSTEM TROLL | $ 1,840.00 | Fair Value | $ 1,840.00 |
| MAC 5000 ECG SYSTEM,COLOR DISP | $ 1,100.00 | Fair Value | $ 1,100.00 |
| MAC 5000 SYS W/COLOR DISPLAY | $ 900.00 | Fair Value | $ 900.00 |
| MAC 5000 SYSTEM CART | $ 200.00 | Fair Value | $ 200.00 |
| MAC 5500 | $ 3,525.00 | Fair Value | $ 3,525.00 |
| MAC 5500 HD WITH CAMHD AND COL | $ 25,650.00 | Fair Value | $ 25,650.00 |
| MAC3500/MAC5500 SYS TROLLEY | $ 500.00 | Fair Value | $ 500.00 |
| MAC55 MONO STD PART # MAC55-BA | $ 27,025.00 | Fair Value | $ 27,025.00 |
| MAC5500 MONO STD ENG NA AHA NA | $ 5,600.00 | Fair Value | $ 5,600.00 |
| MAC-LAB 60 X 36 TABLE WITH (2) | $ 225.00 | Fair Value | $ 225.00 |
| MAC-LAB SYSTEM EX LAN OPTION | $ 75.00 | Fair Value | $ 75.00 |
| MAGAZINE RACK W/ TABLES | $ 60.00 | Fair Value | $ 60.00 |
| MAGNETIC PLAY TABLE | $ 45.00 | Fair Value | $ 45.00 |
| MAGNETOM SYMPHONY | $ 4,925.00 | Fair Value | $ 4,925.00 |
| MAGNETOM SYMPHONYSYNGO | $ 140,000.00 | Fair Value | $ 140,000.00 |
| MAIN APPLICATION SERVER DELL T | $ 1,425.00 | Fair Value | $ 1,425.00 |
| MAIN HOSPITAL SWITCH UPGRADE | $ 16,175.00 | Fair Value | $ 16,175.00 |
| MAINSTREAM C02 BUNDLE FOR MONI | $ 1,950.00 | Fair Value | $ 1,950.00 |
| MAKER SIGN | $ 400.00 | Fair Value | $ 400.00 |
| MALAGA ARMLESS DRAFTING STOOL | $ 125.00 | Fair Value | $ 125.00 |
| MALAGA DRAFTING STOOL | $ 115.00 | Fair Value | $ 115.00 |
| MAMMO RX CARBON FIBER BREAST S | $ 1,050.00 | Fair Value | $ 1,050.00 |
| MAMMO UNITS PREPARATION | $ 125.00 | Fair Value | $ 125.00 |
| MAMMOTOME  HAND HELD SYSTEM | $ 1,925.00 | Fair Value | $ 1,925.00 |
| MAMMOTOME STEREOTACTIC (ST) SY | $ 2,000.00 | Fair Value | $ 2,000.00 |
| MAMOTONE MR HOLSTER,CNTRL MDL, | $ 1,525.00 | Fair Value | $ 1,525.00 |
| MANNIQUIN BLOOD PRESSURE | $ 40.00 | Fair Value | $ 40.00 |
| MANNIQUIN IV TRAINING | $ 160.00 | Fair Value | $ 160.00 |
| MANNIQUIN PETER PICK | $ 25.00 | Fair Value | $ 25.00 |
| MAPCHECK 1MRT | $ 3,000.00 | Fair Value | $ 3,000.00 |
| MAPPING SYSTEM CARDIO ELECTRO- | $ 1,050.00 | Fair Value | $ 1,050.00 |
| MARK 7 ARTERION PEDESTAL  SYST | $ 3,800.00 | Fair Value | $ 3,800.00 |
| MARSHALL SER.26 GAL.WASTE RECE | $ 90.00 | Fair Value | $ 90.00 |
| MARYLAND BIPOLAR FORCEPS | $ 1,300.00 | Fair Value | $ 1,300.00 |
| MARYLAND DISSECTING FORCEP | $ 625.00 | Fair Value | $ 625.00 |
| MARYLAND DISSELTOR | $ 100.00 | Fair Value | $ 100.00 |
| MASTER BUILT-IN COMINATION LOC | $ 90.00 | Fair Value | $ 90.00 |
| MATTED STANDARD RECLINER | $ 665.00 | Fair Value | $ 665.00 |
| MATTRESS  BEHAVORIAL HEALTH 35 | $ 1,800.00 | Fair Value | $ 1,800.00 |
| MATTRESS BEHABORIAL HEALTH 35 | $ 600.00 | Fair Value | $ 600.00 |
| MATTRESS FOR TABLETOP, WIDE | $ 175.00 | Fair Value | $ 175.00 |
| MATTRESS TOTAL CARE | $ 16,075.00 | Fair Value | $ 16,075.00 |
| MATTRESS. ACCUMAX ELASTIMAX | $ 1,500.00 | Fair Value | $ 1,500.00 |
| MATTRESS-THERAPEUTIC | $ 70.00 | Fair Value | $ 70.00 |
| MAVICA FD73 DIGITAL CAMERA MVC | $ 40.00 | Fair Value | $ 40.00 |
| MAXI MOVE WITH SCALE LOW WEIGH | $ 5,400.00 | Fair Value | $ 5,400.00 |
| MAXIFLOAT LFP PRESSURE REDUCTI | $ 200.00 | Fair Value | $ 200.00 |
| MAXQ-2460 (MST PAK) SECURITY C | $ 125.00 | Fair Value | $ 125.00 |
| MAXVENTURI W MAX 250E SENSOR | $ 250.00 | Fair Value | $ 250.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| MAYFIELD INFINITY XR2 BASE UNI | $ 15,700.00 | Fair Value | $ 15,700.00 |
| MAYFIELD ULTRA BASE UNIT W/ADA | $ 425.00 | Fair Value | $ 425.00 |
| MAYO SCISSOR CVD | $ 15.00 | Fair Value | $ 15.00 |
| MAYO STAND | $ 450.00 | Fair Value | $ 450.00 |
| MAYO TRAY | $ 60.00 | Fair Value | $ 60.00 |
| MAYO-HEGAR N.H. 6* | $ 25.00 | Fair Value | $ 25.00 |
| MCKESSON RADSTATION DIAGNOSTIC | $ 40,150.00 | Fair Value | $ 40,150.00 |
| MCLANE-TUCKER OB FORCEPS | $ 80.00 | Fair Value | $ 80.00 |
| MCQUAY WSHP UNITS | $ 250.00 | Fair Value | $ 250.00 |
| MED ASSISTANT 3 STATIONS/PER Q | $ 2,400.00 | Fair Value | $ 2,400.00 |
| MED CART WITH CASTERS | $ 125.00 | Fair Value | $ 125.00 |
| MED.SYS.SERVER.01-49 | $ 1,725.00 | Fair Value | $ 1,725.00 |
| MEDFUSION 3500 SYRINGE PUMPS | $ 2,000.00 | Fair Value | $ 2,000.00 |
| MEDICAPTURE UNIT | $ 400.00 | Fair Value | $ 400.00 |
| MEDICATION DRAWER | $ 700.00 | Fair Value | $ 700.00 |
| MEDIUM DISPLAY | $ 20.00 | Fair Value | $ 20.00 |
| MEDIUM FLAT PANEL DISPLAY | $ 690.00 | Fair Value | $ 690.00 |
| MEDIUM FLAT PANEL DISPLAY MONI | $ 750.00 | Fair Value | $ 750.00 |
| MEDIUM FLAT PANEL MONITOR DISP | $ 950.00 | Fair Value | $ 950.00 |
| MEDIUM PELVIC FORCEPS 250 MM | $ 65.00 | Fair Value | $ 65.00 |
| MEDIUM RICHARDSON | $ 40.00 | Fair Value | $ 40.00 |
| MEDIVAC DESK SET- MOTOROLA 2 W | $ 100.00 | Fair Value | $ 100.00 |
| MEDLINE EMERGENCY CRASH CARTS | $ 150.00 | Fair Value | $ 150.00 |
| MEEKER FORCEPS RT ANGLE (12 QT | $ 100.00 | Fair Value | $ 100.00 |
| MELTER,ALLOY 1.5 GALLONS | $ 125.00 | Fair Value | $ 125.00 |
| MERIDIAN SETS (TELEPHONE)- BLA | $ 500.00 | Fair Value | $ 500.00 |
| METAL BOOKCASE W/6 SHALVES | $ 15.00 | Fair Value | $ 15.00 |
| METAL UTILITY TABLE, 18 D X 72 | $ 175.00 | Fair Value | $ 175.00 |
| METASCOPE UPGRADE & PREV. MAIN | $ 350.00 | Fair Value | $ 350.00 |
| METER AND ACCESSORIES | $ 140.00 | Fair Value | $ 140.00 |
| METER PH | $ 35.00 | Fair Value | $ 35.00 |
| METER RADIATION SAFETY | $ 35.00 | Fair Value | $ 35.00 |
| METER,SURVEY W/ACCESSORIES | $ 125.00 | Fair Value | $ 125.00 |
| METRO LINEN CART | $ 200.00 | Fair Value | $ 200.00 |
| METRO LINEN CART WITH COVER | $ 200.00 | Fair Value | $ 200.00 |
| METRO MAX *Q* GRID SHELF | $ 25.00 | Fair Value | $ 25.00 |
| METRO SUPPLY, LINEN CART WITH | $ 325.00 | Fair Value | $ 325.00 |
| METROMAX Q GRID SHELF | $ 30.00 | Fair Value | $ 30.00 |
| MICRO 100 DRILL W/O HOSE | $ 275.00 | Fair Value | $ 275.00 |
| MICRO 100 SAGITTAL SAW W/O | $ 300.00 | Fair Value | $ 300.00 |
| MICRO 100 WIREDRIVER W/O HOSE | $ 300.00 | Fair Value | $ 300.00 |
| MICROBLENDER,W/WTR BAG KIT & " | $ 125.00 | Fair Value | $ 125.00 |
| MICROCENTRIFUGE | $ 600.00 | Fair Value | $ 600.00 |
| MICROCON MAP - 800MUV | $ 750.00 | Fair Value | $ 750.00 |
| MICROFICHE READER | $ 15.00 | Fair Value | $ 15.00 |
| MICROLARYNGOSCOPE | $ 2,500.00 | Fair Value | $ 2,500.00 |
| MICROLINE 320 TURBO DEC ANSI D | $ 935.00 | Fair Value | $ 935.00 |
| Microm Microtomes | $ 175.00 | Fair Value | $ 175.00 |
| MICRO-OSMOMETER | $ 475.00 | Fair Value | $ 475.00 |
| MICROPHONE, USB, SCANNER, POWE | $ 400.00 | Fair Value | $ 400.00 |
| MICROPLATE AUTOREADER | $ 30.00 | Fair Value | $ 30.00 |
| MICROSCISSORS,CVD HORIZONTAL | $ 225.00 | Fair Value | $ 225.00 |
| MICROSCISSORS,ILLIM TITANIUM K | $ 300.00 | Fair Value | $ 300.00 |
| MICROSCOPE | $ 730.00 | Fair Value | $ 730.00 |
| MICROSCOPE BINOC | $ 95.00 | Fair Value | $ 95.00 |
| MICROSCOPE EXAM | $ 175.00 | Fair Value | $ 175.00 |
| MICROSCOPE LABORATORY | $ 5,980.00 | Fair Value | $ 5,980.00 |
| MICROSCOPE LABORATORY 2 HEAD | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| MICROSCOPE LABORATORY DOUBLE H | $ 100.00 | Fair Value | $ 100.00 |
| MICROSCOPE LABORATORY W/CAMERA | $ 525.00 | Fair Value | $ 525.00 |
| MICROSCOPE LUMERA T SURGICAL P | $ 19,300.00 | Fair Value | $ 19,300.00 |
| MICROSCOPE OPERATING | $ 41,725.00 | Fair Value | $ 41,725.00 |
| MICROSCOPE,LEICA DM100 | $ 1,650.00 | Fair Value | $ 1,650.00 |
| MICROSMAXX 3.4.3 SONOSITE | $ 2,550.00 | Fair Value | $ 2,550.00 |
| MICROSTREAM CO2 EXTENSION | $ 4,950.00 | Fair Value | $ 4,950.00 |
| MICROTOME | $ 3,000.00 | Fair Value | $ 3,000.00 |
| MICROWAVE . SHARP | $ 30.00 | Fair Value | $ 30.00 |
| MIDAS REX CLASSIC SWIVEL CONVE | $ 2,550.00 | Fair Value | $ 2,550.00 |
| Midisrex Series Drill Set | $ 825.00 | Fair Value | $ 825.00 |
| MIDMARK EXAM TABLE W/STANDARD | $ 1,875.00 | Fair Value | $ 1,875.00 |
| MIDMARK HI LO POWER EXAM TABLE | $ 700.00 | Fair Value | $ 700.00 |
| MIDMARK IV POLE | $ 375.00 | Fair Value | $ 375.00 |
| MIDMARK UNIVERSAL PROCEDURE ST | $ 1,275.00 | Fair Value | $ 1,275.00 |
| MILLENIUM 18" DIA CONFERENCE T | $ 140.00 | Fair Value | $ 140.00 |
| MILLENIUM 60 X 30 BULLET DESK | $ 150.00 | Fair Value | $ 150.00 |
| MILLENIUM 71 X 24 CREDENZA - E | $ 250.00 | Fair Value | $ 250.00 |
| MILLENIUM 96L X 42W CONFERENCE | $ 200.00 | Fair Value | $ 200.00 |
| MINI DOPPLER - CHEST ELEVATION | $ 10.00 | Fair Value | $ 10.00 |
| MINI DOPPLER - PATIENT SHIFTER | $ 30.00 | Fair Value | $ 30.00 |
| MINI DOPPLER - TOBBOGGAN ARM L | $ 10.00 | Fair Value | $ 10.00 |
| MINI DOPPLEX W/8MHZ PROBE | $ 245.00 | Fair Value | $ 245.00 |
| MINI LOADER DAYLIGHT SYSTEM | $ 3,425.00 | Fair Value | $ 3,425.00 |
| MINI LOADER MIN-R MOUNTING STA | $ 250.00 | Fair Value | $ 250.00 |
| MINI LOADER READY KIT | $ 30.00 | Fair Value | $ 30.00 |
| MINIOWER DELL 9020 | $ 31,875.00 | Fair Value | $ 31,875.00 |
| MINITOWER 9020 ANS VLA OFFICE | $ 500.00 | Fair Value | $ 500.00 |
| MINITOWER OPTIPLEX 9020 | $ 1,350.00 | Fair Value | $ 1,350.00 |
| MINTITOWER OPTIPLEX 9020 | $ 450.00 | Fair Value | $ 450.00 |
| MISC HARDWARE | $ 30.00 | Fair Value | $ 30.00 |
| MISC. CABLE- CONNECTORS- SPLIT | $ 30.00 | Fair Value | $ 30.00 |
| MISC. HARDWARE FOR WALL MOUNTE | $ 250.00 | Fair Value | $ 250.00 |
| MITER SAW WORK STATION | $ 30.00 | Fair Value | $ 30.00 |
| MITRAL VALVE NAVIGATOR Q-APP | $ 6,700.00 | Fair Value | $ 6,700.00 |
| ML320 TURBO-D DOT MATRIX PRINT | $ 1,040.00 | Fair Value | $ 1,040.00 |
| ML-LS4000I UNDECODED SCANNER W | $ 125.00 | Fair Value | $ 125.00 |
| MNPLR COAGULATING BALL ELECTRO | $ 45.00 | Fair Value | $ 45.00 |
| MNTR,DYNAMAP PROCARE 400 W/RL | $ 300.00 | Fair Value | $ 300.00 |
| MOBIL BYO PRO MEDIA CABINET (3 | $ 175.00 | Fair Value | $ 175.00 |
| MOBILE BP MACHINE | $ 15.00 | Fair Value | $ 15.00 |
| MOBILE CHART CADDY | $ 60.00 | Fair Value | $ 60.00 |
| MOBILE MODULAR CART LAMINATE G | $ 200.00 | Fair Value | $ 200.00 |
| MOBILE SCATTER SHIELD | $ 80.00 | Fair Value | $ 80.00 |
| MOBILE SPHYGMOMANOMETER | $ 10.00 | Fair Value | $ 10.00 |
| MOBILE STAND GLIDE SCOPE SYSTE | $ 1,025.00 | Fair Value | $ 1,025.00 |
| MOBILE WIRE SHELVING | $ 100.00 | Fair Value | $ 100.00 |
| MOBILEEDGE-ESSENTIAL V-LOAD CA | $ 5.00 | Fair Value | $ 5.00 |
| MODEM OPTION KIT | $ 20.00 | Fair Value | $ 20.00 |
| MODEM SYSTEM | $ 25.00 | Fair Value | $ 25.00 |
| MODULAR MAC TROLLEY ASSSY FULL | $ 1,800.00 | Fair Value | $ 1,800.00 |
| MODULAR UNIT 60* X 72* | $ 600.00 | Fair Value | $ 600.00 |
| MODULAR WORKSTATION FOR BUSINE | $ 975.00 | Fair Value | $ 975.00 |
| MODULE 256MS F/DELL OPTIPLEX G | $ 110.00 | Fair Value | $ 110.00 |
| MODULE INTELLIVUE G5 GAS | $ 3,950.00 | Fair Value | $ 3,950.00 |
| MODULE THERMAL ARRAY RECORDER | $ 700.00 | Fair Value | $ 700.00 |
| MODULE, INTELLIVUE G5 GAS MODU | $ 4,500.00 | Fair Value | $ 4,500.00 |
| MODULE,POWER NORTH AM | $ 725.00 | Fair Value | $ 725.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| MOHAWK CARPET RENOVATION PROJE | $ 60.00 | Fair Value | $ 60.00 |
| MONET POSTER- *SUNLIGHT UNDER | $ 60.00 | Fair Value | $ 60.00 |
| MONITOR | $ 415.00 | Fair Value | $ 415.00 |
| MONITOR  CORO 259CX SERIES FET | $ 74,200.00 | Fair Value | $ 74,200.00 |
| MONITOR & ACCESS | $ 70.00 | Fair Value | $ 70.00 |
| MONITOR 17 IN COLOR | $ 25.00 | Fair Value | $ 25.00 |
| MONITOR 24 IN FP | $ 550.00 | Fair Value | $ 550.00 |
| MONITOR- 29* COLOR | $ 350.00 | Fair Value | $ 350.00 |
| MONITOR 30070FP | $ 125.00 | Fair Value | $ 125.00 |
| MONITOR AIRWAY PASSAGE | $ 20.00 | Fair Value | $ 20.00 |
| MONITOR ARM | $ 65.00 | Fair Value | $ 65.00 |
| MONITOR BRAIN | $ 10,100.00 | Fair Value | $ 10,100.00 |
| MONITOR CENTRAL STATION | $ 25,640.00 | Fair Value | $ 25,640.00 |
| MONITOR CENTRAL STATION W/STRI | $ 2,450.00 | Fair Value | $ 2,450.00 |
| MONITOR CPAP | $ 45.00 | Fair Value | $ 45.00 |
| MONITOR DELL 22 P2213 | $ 2,405.00 | Fair Value | $ 2,405.00 |
| MONITOR DELL P2416 LED | $ 250.00 | Fair Value | $ 250.00 |
| MONITOR FETAL HEART | $ 1,850.00 | Fair Value | $ 1,850.00 |
| MONITOR FLAT PANEL | $ 310.00 | Fair Value | $ 310.00 |
| MONITOR HEART | $ 3,875.00 | Fair Value | $ 3,875.00 |
| MONITOR INTELLIVUE MP5 | $ 29,500.00 | Fair Value | $ 29,500.00 |
| MONITOR INTELLIVUE MX800 | $ 8,400.00 | Fair Value | $ 8,400.00 |
| MONITOR INTELLIVUE MX800 PATIE | $ 8,100.00 | Fair Value | $ 8,100.00 |
| MONITOR MODULAR | $ 750.00 | Fair Value | $ 750.00 |
| MONITOR O2 | $ 40.00 | Fair Value | $ 40.00 |
| MONITOR OXYGEN | $ 140.00 | Fair Value | $ 140.00 |
| MONITOR P/C 21* | $ 750.00 | Fair Value | $ 750.00 |
| MONITOR PATIENT | $ 115,425.00 | Fair Value | $ 115,425.00 |
| MONITOR REFURBIS PHILIPS MP30 | $ 18,000.00 | Fair Value | $ 18,000.00 |
| MONITOR SCREEN TFT XGA W/ ACCE | $ 14,400.00 | Fair Value | $ 14,400.00 |
| MONITOR SENTEC T-COM V-2 | $ 2,300.00 | Fair Value | $ 2,300.00 |
| MONITOR SURESIGNS VM1 SPO2 | $ 4,200.00 | Fair Value | $ 4,200.00 |
| MONITOR SURESIGNS VS4 | $ 43,800.00 | Fair Value | $ 43,800.00 |
| MONITOR SURESIGNS VS4 STNDS CU | $ 18,000.00 | Fair Value | $ 18,000.00 |
| MONITOR SW UPGRADE | $ 10.00 | Fair Value | $ 10.00 |
| MONITOR UPGRADE | $ 150.00 | Fair Value | $ 150.00 |
| MONITOR UPGRADE IMPLEMENTATION | $ 150.00 | Fair Value | $ 150.00 |
| MONITOR UPGRADES | $ 225.00 | Fair Value | $ 225.00 |
| MONITOR VIDEO | $ 3,660.00 | Fair Value | $ 3,660.00 |
| MONITOR VIDEO 8 IN | $ 15.00 | Fair Value | $ 15.00 |
| MONITOR VIDEO COLOR | $ 40.00 | Fair Value | $ 40.00 |
| MONITOR VITAL SIGNS | $ 15,725.00 | Fair Value | $ 15,725.00 |
| MONITOR XPLORE TECH | $ 8,950.00 | Fair Value | $ 8,950.00 |
| MONITOR, AMBULATORY BLOOD PRES | $ 250.00 | Fair Value | $ 250.00 |
| MONITOR, C 1 PT W/SPO2 | $ 1,125.00 | Fair Value | $ 1,125.00 |
| Monitor, Dell FLT Pnl Black | $ 180.00 | Fair Value | $ 180.00 |
| MONITOR, INTELLIVUE MX800 | $ 9,300.00 | Fair Value | $ 9,300.00 |
| MONITOR, PATIENT ,PROPAQ,WELSH | $ 350.00 | Fair Value | $ 350.00 |
| MONITOR, PATIENT,PROPAQ WELSH | $ 250.00 | Fair Value | $ 250.00 |
| MONITOR,1708 FLAT PANEL | $ 25.00 | Fair Value | $ 25.00 |
| MONITOR,1708 FLAT PANEL & W/HG | $ 40.00 | Fair Value | $ 40.00 |
| MONITOR,19 " COLOR | $ 110.00 | Fair Value | $ 110.00 |
| MONITOR,19" COLOR | $ 120.00 | Fair Value | $ 120.00 |
| MONITOR,19" FLAT PANEL | $ 20.00 | Fair Value | $ 20.00 |
| MONITOR,19" FLT PNL P190S  3 Y | $ 20.00 | Fair Value | $ 20.00 |
| MONITOR,24" WIDESCREEN BLACK F | $ 180.00 | Fair Value | $ 180.00 |
| MONITOR,32 H" DEF LCD NDS | $ 575.00 | Fair Value | $ 575.00 |
| MONITOR,CAMINO ADVANCED WITH I | $ 1,925.00 | Fair Value | $ 1,925.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| MONITOR,CAPNOCHECK | $ 100.00 | Fair Value | $ 100.00 |
| MONITOR,CAPNOGRAPH,CAPNOCHECK | $ 1,300.00 | Fair Value | $ 1,300.00 |
| MONITOR,DELL PROF 9221 21.5" W | $ 25.00 | Fair Value | $ 25.00 |
| MONITOR,DIGITAL 1908 FLT PANEL | $ 300.00 | Fair Value | $ 300.00 |
| MONITOR,DINAMAP PROCARE 400 | $ 6,300.00 | Fair Value | $ 6,300.00 |
| MONITOR,E196FP 19" FLAT PANEL | $ 200.00 | Fair Value | $ 200.00 |
| MONITOR,E248WFP 24' WIDESCREEN | $ 100.00 | Fair Value | $ 100.00 |
| MONITOR,ENCORE 204 EL | $ 725.00 | Fair Value | $ 725.00 |
| MONITOR,INTELLIVUE MP2 | $ 1,575.00 | Fair Value | $ 1,575.00 |
| MONITOR,INTELLIVUE MP70 | $ 8,500.00 | Fair Value | $ 8,500.00 |
| MONITOR,MULTI-PARAMETER,DOMEST | $ 2,300.00 | Fair Value | $ 2,300.00 |
| MONITOR,NEC MULTISYNC MONCHR 2 | $ 400.00 | Fair Value | $ 400.00 |
| MONITOR,PATIENT,PROPAQ WELSH A | $ 450.00 | Fair Value | $ 450.00 |
| MONITOR,PROF P190S 19 " FP 3 Y | $ 80.00 | Fair Value | $ 80.00 |
| MONITOR,PS320 KIT FOR PHILIPS | $ 400.00 | Fair Value | $ 400.00 |
| MONITOR,PULSE OOX | $ 2,250.00 | Fair Value | $ 2,250.00 |
| MONITOR,REFERENCE 18 " MONOCHR | $ 2,300.00 | Fair Value | $ 2,300.00 |
| MONITOR,RJ-45 CAT5A BL PTCH CB | $ 50.00 | Fair Value | $ 50.00 |
| MONITOR,SPOTLXI NIBP NELLCOR S | $ 3,250.00 | Fair Value | $ 3,250.00 |
| MONITOR,ST24-10 24" FULL HD WI | $ 60.00 | Fair Value | $ 60.00 |
| MONITOR,SURESIGNS VM 4  W/ACCE | $ 4,750.00 | Fair Value | $ 4,750.00 |
| MONITOR,SURESIGNS VM 4 PT  W/ | $ 450.00 | Fair Value | $ 450.00 |
| MONITOR,SURESIGNS VS3 NB, SPO2 | $ 600.00 | Fair Value | $ 600.00 |
| MONITOR,SURESIGNS VS3 NBP SP02 | $ 1,500.00 | Fair Value | $ 1,500.00 |
| MONITOR,U S 2407WFP-HC WSCRN F | $ 65.00 | Fair Value | $ 65.00 |
| MONITOR,ULTRA SHARP 24" | $ 110.00 | Fair Value | $ 110.00 |
| MONITOR,ULTRASHARP 1907FB 19 " | $ 25.00 | Fair Value | $ 25.00 |
| MONITOR,VIGILANCE II CCO/SVO2 | $ 1,325.00 | Fair Value | $ 1,325.00 |
| MONITOR,VITAL SIGN/534559 | $ 525.00 | Fair Value | $ 525.00 |
| MONITOR,VITAL SIGNS LXI W/ W/N | $ 175.00 | Fair Value | $ 175.00 |
| MONITOR. POET IQ 2 | $ 2,550.00 | Fair Value | $ 2,550.00 |
| MONITOR. SPOTLXI NIBP NELLCOR | $ 250.00 | Fair Value | $ 250.00 |
| MONITOR/ORGANIZER SHELF LOW TY | $ 30.00 | Fair Value | $ 30.00 |
| MONITORING SYS | $ 12,200.00 | Fair Value | $ 12,200.00 |
| MONSOON II WITH 9 IN COLOR TOC | $ 41,000.00 | Fair Value | $ 41,000.00 |
| MORELAND REVISION INST.SET | $ 1,600.00 | Fair Value | $ 1,600.00 |
| Motion View Kit for C-series | $ 8,900.00 | Fair Value | $ 8,900.00 |
| MOTOR CENTRIMAG  US | $ 3,175.00 | Fair Value | $ 3,175.00 |
| MOTOR PM700 MR7 PNEMAUTICS | $ 40,500.00 | Fair Value | $ 40,500.00 |
| MOUNT- RAC SIDE- N2C | $ 55.00 | Fair Value | $ 55.00 |
| MOUNTED ACCESSORIES:SCALE,ETC | $ 325.00 | Fair Value | $ 325.00 |
| MOUNTING CART | $ 100.00 | Fair Value | $ 100.00 |
| MOUNTING KITS | $ 3,150.00 | Fair Value | $ 3,150.00 |
| MOUNTING KITS FOR VENTILATORS | $ 25.00 | Fair Value | $ 25.00 |
| MOUNTING SUPPLIES AND ACCESSOR | $ 600.00 | Fair Value | $ 600.00 |
| MOVABLE WHEEL STAND | $ 100.00 | Fair Value | $ 100.00 |
| MP #3 COMPUTER ASSISTED DOSIME | $ 8,900.00 | Fair Value | $ 8,900.00 |
| MP30 INTELLIVUE | $ 31,200.00 | Fair Value | $ 31,200.00 |
| MR ADAPTION KIT | $ 1,400.00 | Fair Value | $ 1,400.00 |
| MRI,TITAN X HIGH FIELD SYSTEM | $ 190,000.00 | Fair Value | $ 190,000.00 |
| MS 200 RX MAN 6 DRAWER | $ 3,150.00 | Fair Value | $ 3,150.00 |
| MT CLG GENERIC 19/20/21IN DSPL | $ 75.00 | Fair Value | $ 75.00 |
| MT WL W/WC GEN 19/20/21IN DISP | $ 25.00 | Fair Value | $ 25.00 |
| MTS DISPENSER 0.5ML | $ 70.00 | Fair Value | $ 70.00 |
| MTS WORKING TABLE | $ 50.00 | Fair Value | $ 50.00 |
| MULTI FUNCTION FAX MACHINE (FA | $ 100.00 | Fair Value | $ 100.00 |
| MULTICARE PLATINUM-STEREOTACTI | $ 15,600.00 | Fair Value | $ 15,600.00 |
| MULTIFUNCTION LASER PRINTER | $ 55.00 | Fair Value | $ 55.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| MULTIMED 5 POD ECG/SP02/TEMP 2 | $ 40.00 | Fair Value | $ 40.00 |
| MULTISYNC LCD 1960NXI - FACSAC | $ 250.00 | Fair Value | $ 250.00 |
| MUSE V7 MBLLNK MOD CRTS PART#M | $ 2,375.00 | Fair Value | $ 2,375.00 |
| MUTILATOR | $ 175.00 | Fair Value | $ 175.00 |
| MUX | $ 320.00 | Fair Value | $ 320.00 |
| MX40 LITHIUM-ION BATTERY PG3 | $ 14,250.00 | Fair Value | $ 14,250.00 |
| MX40 SMART HOPPING | $ 91,000.00 | Fair Value | $ 91,000.00 |
| MYOMA SCREW 5 X 32 CM | $ 20.00 | Fair Value | $ 20.00 |
| N-600X PULSE OXIMETER | $ 650.00 | Fair Value | $ 650.00 |
| NANCY 241 SERIES ARM CHAIR | $ 450.00 | Fair Value | $ 450.00 |
| NARROW DEAVERS | $ 20.00 | Fair Value | $ 20.00 |
| NAS BackupTO 3TB | $ 350.00 | Fair Value | $ 350.00 |
| NASH 1253 COMPRESSOR "UPGRADE | $ 10,300.00 | Fair Value | $ 10,300.00 |
| NATIONAL DRUM LAMINATE TABLE 2 | $ 80.00 | Fair Value | $ 80.00 |
| NATIONAL MEDALIST MIDBACK GRAD | $ 125.00 | Fair Value | $ 125.00 |
| NAVIGATION ADAPTER FOR SUGITA | $ 200.00 | Fair Value | $ 200.00 |
| NBP CUFF ADULT SIZE | $ 5.00 | Fair Value | $ 5.00 |
| NBP CUFF TBE 3.0M/10FT | $ 5.00 | Fair Value | $ 5.00 |
| NEEDLE HOLDER 21CM | $ 60.00 | Fair Value | $ 60.00 |
| NEEDLE,INJECTION WITH LUER LOC | $ 125.00 | Fair Value | $ 125.00 |
| NELLCOR ADULT FINGER PROBE TX5 | $ 40.00 | Fair Value | $ 40.00 |
| NELLCOR INTERMEDICATE CABLE TX | $ 25.00 | Fair Value | $ 25.00 |
| NELLCOR PULSE OX INTERFACE CBL | $ 40.00 | Fair Value | $ 40.00 |
| NELLCOR,SURETEMP SPOTLXI NIBP | $ 750.00 | Fair Value | $ 750.00 |
| NEO BLUE LED PHOTOTHERAPY LIGH | $ 475.00 | Fair Value | $ 475.00 |
| NEOBLUE BLANKET  SMALL | $ 1,250.00 | Fair Value | $ 1,250.00 |
| NEOBLUE BLANKET LARGE | $ 650.00 | Fair Value | $ 650.00 |
| NEOBLUE MINI 110V | $ 3,100.00 | Fair Value | $ 3,100.00 |
| NETSCOUT AIRCHECK G2 WIRELESS | $ 1,900.00 | Fair Value | $ 1,900.00 |
| NETWORK ATTACHED STORAGE NL-SA | $ 19,200.00 | Fair Value | $ 19,200.00 |
| NETWORK CABLING FOR VOICE REC | $ 200.00 | Fair Value | $ 200.00 |
| NETWORK SERVER IMAGE MANAGER S | $ 1,025.00 | Fair Value | $ 1,025.00 |
| NETWORK SERVER TOWER HARDWARE | $ 1,275.00 | Fair Value | $ 1,275.00 |
| NETWORK SWITCH 8 PORT | $ 90.00 | Fair Value | $ 90.00 |
| NETWSORK CABLE INSTALL./RM'S # | $ 150.00 | Fair Value | $ 150.00 |
| NEURO CONVEX PROBE | $ 1,050.00 | Fair Value | $ 1,050.00 |
| NEW SECURITY PODIUM FOR NHT LO | $ 500.00 | Fair Value | $ 500.00 |
| NHT COOLING TOWER GEAR & VFDS | $ 7,900.00 | Fair Value | $ 7,900.00 |
| NIBP START-UP KIT - LG CUFF | $ 45.00 | Fair Value | $ 45.00 |
| NIBP START-UP KIT- ADULT CUFF | $ 35.00 | Fair Value | $ 35.00 |
| NIBP START-UP KIT- LARGE CUFF | $ 110.00 | Fair Value | $ 110.00 |
| NIHONKODEN NEUROFAX EEG | $ 750.00 | Fair Value | $ 750.00 |
| NON DIRECTIONAL DOPLER/SPEAKER | $ 230.00 | Fair Value | $ 230.00 |
| NON DIRECTIONAL DOPPLERS | $ 130.00 | Fair Value | $ 130.00 |
| NOTEBOOK   E6400 | $ 150.00 | Fair Value | $ 150.00 |
| NOTEBOOK DELUXE MOBILE COMPUTI | $ 450.00 | Fair Value | $ 450.00 |
| NOTEBOOK MICROSAVER SECURITY S | $ 45.00 | Fair Value | $ 45.00 |
| NOTEBOOK,LATITUDE D360 STD | $ 300.00 | Fair Value | $ 300.00 |
| NOTEBOOK,STANDARD E6400 | $ 150.00 | Fair Value | $ 150.00 |
| NOTEBOOK,ULTRA LIGHT E4300 | $ 200.00 | Fair Value | $ 200.00 |
| NP CONNECTION HOSE- 3.7M | $ 20.00 | Fair Value | $ 20.00 |
| NTWRK CBL/VOICE LINES F/NURSE | $ 80.00 | Fair Value | $ 80.00 |
| NUCLEAR CAMERA | $ 600.00 | Fair Value | $ 600.00 |
| NURSE CALL E D DEPARTMENT REPL | $ 7,500.00 | Fair Value | $ 7,500.00 |
| NURSE CALL SYS UPGRADE | $ 4,525.00 | Fair Value | $ 4,525.00 |
| NURSE CALL SYS/FOR 16TH FL NT | $ 5,600.00 | Fair Value | $ 5,600.00 |
| NURSE CALL SYS/FOR 19TH FL NT | $ 5,100.00 | Fair Value | $ 5,100.00 |
| NURSE CALL SYSTEM | $ 42,175.00 | Fair Value | $ 42,175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| NURSE CALL SYSTEM 4TH FL NT | $ 2,600.00 | Fair Value | $ 2,600.00 |
| NURSE CALL SYSTEM REPLACEMENT | $ 1,150.00 | Fair Value | $ 1,150.00 |
| NURSE CALL SYSTEM UPGRADES | $ 12,400.00 | Fair Value | $ 12,400.00 |
| NURSE CALL SYSTEM-STAND ALONE | $ 1,050.00 | Fair Value | $ 1,050.00 |
| NURSE SYSTEM UPGRADE | $ 5,000.00 | Fair Value | $ 5,000.00 |
| O2 FLOWMETER | $ 25.00 | Fair Value | $ 25.00 |
| OBSTETRICAL DOPPLER 2.20 MHZ F | $ 375.00 | Fair Value | $ 375.00 |
| OBTURATOR  (3 @ $90.00) | $ 30.00 | Fair Value | $ 30.00 |
| OBTURATOR DEFLECTING   (3 @ $4 | $ 150.00 | Fair Value | $ 150.00 |
| OBTURATOR DEFLECTING (3 EA $43 | $ 150.00 | Fair Value | $ 150.00 |
| OBTV CLIENT | $ 3,925.00 | Fair Value | $ 3,925.00 |
| OCCASIONAL CHAIRS | $ 125.00 | Fair Value | $ 125.00 |
| OEC 9800 C-Arm 2002 | $ 12,400.00 | Fair Value | $ 12,400.00 |
| OEC 9900 ELITE DIGITAL MOGILE | $ 16,600.00 | Fair Value | $ 16,600.00 |
| OES XENON LIGHT SOURCE (300W) | $ 4,550.00 | Fair Value | $ 4,550.00 |
| OFFICE EQUIP & FURN, INCL MIRR | $ 85.00 | Fair Value | $ 85.00 |
| OFFICE FURNITURE | $ 90.00 | Fair Value | $ 90.00 |
| OFFICE FURNITURE F/BOBST CONFE | $ 2,025.00 | Fair Value | $ 2,025.00 |
| OFFICE SPECIALTY MEDIA STORAGE | $ 575.00 | Fair Value | $ 575.00 |
| OFFICE XP ENTERPRISE WIN32 ENG | $ 85.00 | Fair Value | $ 85.00 |
| OILER | $ 25.00 | Fair Value | $ 25.00 |
| OLYMPUS COLOR VIDEO MONITOR, H | $ 275.00 | Fair Value | $ 275.00 |
| OMEGA OMI CS 50 E-VIEW SYSTEM | $ 13,000.00 | Fair Value | $ 13,000.00 |
| OMNI TEMP INDICATORS | $ 30.00 | Fair Value | $ 30.00 |
| OPEN BOOK CASE WITH BOTTOM DOO | $ 85.00 | Fair Value | $ 85.00 |
| OPEN HUTCH W/1 FIXED SHELF | $ 70.00 | Fair Value | $ 70.00 |
| OPERATIONAL CHAIR(RHAPSODY) | $ 65.00 | Fair Value | $ 65.00 |
| OPHTHALMOSCOPE  192554 | $ 125.00 | Fair Value | $ 125.00 |
| OPHTHALMOSCOPE, HALOGEN | $ 70.00 | Fair Value | $ 70.00 |
| OPMI 1FC ON S100 FLOORSTAND | $ 2,250.00 | Fair Value | $ 2,250.00 |
| OPMI NEURO/NC-4 MOUTH SWITCH | $ 275.00 | Fair Value | $ 275.00 |
| OPSCAN (OMR/IMAGE) | $ 825.00 | Fair Value | $ 825.00 |
| OPTHALMOSCOPE / OTESCOPE W/CHG | $ 55.00 | Fair Value | $ 55.00 |
| OPTI 360 DESKTOP | $ 550.00 | Fair Value | $ 550.00 |
| OPTI 755 | $ 200.00 | Fair Value | $ 200.00 |
| OPTI 755 DESKTOP | $ 250.00 | Fair Value | $ 250.00 |
| OPTI 755 DESKTOP W/ COLOR LASE | $ 150.00 | Fair Value | $ 150.00 |
| OPTI 755 STANDARD DESKTOP & AC | $ 75.00 | Fair Value | $ 75.00 |
| OPTI 755 STD DESKTOP | $ 100.00 | Fair Value | $ 100.00 |
| OPTI 755 STD DESKTOP W/ MONOCH | $ 150.00 | Fair Value | $ 150.00 |
| OPTI 960 DESKTOP | $ 1,800.00 | Fair Value | $ 1,800.00 |
| OPTI 960 STD DESKTOP | $ 800.00 | Fair Value | $ 800.00 |
| OPTI DESKTOP 960 | $ 125.00 | Fair Value | $ 125.00 |
| OPTI755 STD DESKTOP | $ 750.00 | Fair Value | $ 750.00 |
| OPTICAL CARTRIDGE CONVERSION T | $ 200.00 | Fair Value | $ 200.00 |
| OPTICAL MODULE,CBL,STD,ADPTR P | $ 200.00 | Fair Value | $ 200.00 |
| OPTION A10 | $ 100.00 | Fair Value | $ 100.00 |
| OPTION KO4 | $ 60.00 | Fair Value | $ 60.00 |
| OPTIPLES 990 DT (REPLACES THE | $ 4,000.00 | Fair Value | $ 4,000.00 |
| OPTIPLEX 380 PC | $ 50.00 | Fair Value | $ 50.00 |
| OPTIPLEX 7040 DELL | $ 425.00 | Fair Value | $ 425.00 |
| OPTIPLEX 745 DESKTOP | $ 500.00 | Fair Value | $ 500.00 |
| OPTIPLEX 745 MINITOWER | $ 150.00 | Fair Value | $ 150.00 |
| OPTIPLEX 745 PENTIUM DESKTOP | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX 745 W/VIST AND 1GB AN | $ 750.00 | Fair Value | $ 750.00 |
| OPTIPLEX 9010 DESKTOP | $ 600.00 | Fair Value | $ 600.00 |
| OPTIPLEX 9020 SMALL FORM FACTO | $ 2,700.00 | Fair Value | $ 2,700.00 |
| OPTIPLEX 960 DESKTOP | $ 6,080.00 | Fair Value | $ 6,080.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| OPTIPLEX 960 DESKTOP W/OPTIONS | $ 950.00 | Fair Value | $ 950.00 |
| OPTIPLEX 960 MINITOWER | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX 990 DESKTOP | $ 8,600.00 | Fair Value | $ 8,600.00 |
| OPTIPLEX 990 DESKTOP DT | $ 500.00 | Fair Value | $ 500.00 |
| OPTIPLEX 990 DT | $ 1,050.00 | Fair Value | $ 1,050.00 |
| OPTIPLEX 990 MINITOWER | $ 500.00 | Fair Value | $ 500.00 |
| OPTIPLEX ENERGY SMART DESKTOP | $ 80.00 | Fair Value | $ 80.00 |
| OPTIPLEX GX260D-2.26GHZ- P4-53 | $ 300.00 | Fair Value | $ 300.00 |
| OPTIPLEX GX260D-2.26GHZ-P4 533 | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX GX280 P/C SM.FORM FAC | $ 750.00 | Fair Value | $ 750.00 |
| OPTIPLEX GX280 PC, INTEL PENTI | $ 90.00 | Fair Value | $ 90.00 |
| OPTIPLEX GX280 PC/SM.DESKTOP P | $ 95.00 | Fair Value | $ 95.00 |
| OPTIPLEX GX280 SDT, PENTIUM 4 | $ 750.00 | Fair Value | $ 750.00 |
| OPTIPLEX GX280 SDT,INTEL PRNTI | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX GX280 SDT/W/INT PENTI | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX GX280,DESKTOP PENTIUM | $ 75.00 | Fair Value | $ 75.00 |
| OPTIPLEX GX280PC/SMALL FORM FA | $ 1,200.00 | Fair Value | $ 1,200.00 |
| OPTIPLEX GX520 | $ 855.00 | Fair Value | $ 855.00 |
| OPTIPLEX GX520 DESKTOP | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX GX520 DESKTOP, PENTIU | $ 125.00 | Fair Value | $ 125.00 |
| OPTIPLEX GX520 DT / INTEL PENT | $ 150.00 | Fair Value | $ 150.00 |
| OPTIPLEX GX520 DT / PENTIUM 4 | $ 595.00 | Fair Value | $ 595.00 |
| OPTIPLEX GX520 DT /PENTIUM 4 P | $ 300.00 | Fair Value | $ 300.00 |
| OPTIPLEX GX520 DT PENTIUM 4 PR | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX GX520 DT W/BROADCOM/P | $ 400.00 | Fair Value | $ 400.00 |
| OPTIPLEX GX520 DT W/INT BROADC | $ 750.00 | Fair Value | $ 750.00 |
| OPTIPLEX GX520 MT PENTIUM D PR | $ 125.00 | Fair Value | $ 125.00 |
| OPTIPLEX SX270,2.80GHZ,PENTIUM | $ 400.00 | Fair Value | $ 400.00 |
| OR LAMP | $ 350.00 | Fair Value | $ 350.00 |
| ORDER # 10198 ARTWORK | $ 375.00 | Fair Value | $ 375.00 |
| ORDER # 10397 ARTWORK | $ 325.00 | Fair Value | $ 325.00 |
| ORGANIZER TWO SHALLOW SWIVEL T | $ 35.00 | Fair Value | $ 35.00 |
| ORGANIZERS | $ 525.00 | Fair Value | $ 525.00 |
| ORGANIZER-SLOT (12)  MULTI SOR | $ 350.00 | Fair Value | $ 350.00 |
| ORIGINAL DESIGN & ASSEMBLAGE O | $ 550.00 | Fair Value | $ 550.00 |
| ORTHOPEDIC CART | $ 625.00 | Fair Value | $ 625.00 |
| ORTHOPEDIC EQUIPMENT CART | $ 625.00 | Fair Value | $ 625.00 |
| OSCILLATOR 3100A W/BLENDER KIT | $ 13,100.00 | Fair Value | $ 13,100.00 |
| OSCILLATOR,3100A | $ 3,025.00 | Fair Value | $ 3,025.00 |
| OSMOMETER ADVANCED MODEL 3320 | $ 3,525.00 | Fair Value | $ 3,525.00 |
| OTOSCOPE 14641 | $ 80.00 | Fair Value | $ 80.00 |
| OTOSCOPE,W SPECULA | $ 200.00 | Fair Value | $ 200.00 |
| OUTER SHEATH TUBE | $ 1,325.00 | Fair Value | $ 1,325.00 |
| OVEN | $ 25.00 | Fair Value | $ 25.00 |
| OVEN LAB COUNTERTOP | $ 25.00 | Fair Value | $ 25.00 |
| OVEN STACKING - DOUBLE | $ 325.00 | Fair Value | $ 325.00 |
| OVERSIZE POSTER MATTED & FRAME | $ 250.00 | Fair Value | $ 250.00 |
| OVERSIZE POSTERS MATTED/FRAMED | $ 250.00 | Fair Value | $ 250.00 |
| OXIMETER | $ 65.00 | Fair Value | $ 65.00 |
| OXIMETER PULSE | $ 620.00 | Fair Value | $ 620.00 |
| OXIMETER,PULSE | $ 300.00 | Fair Value | $ 300.00 |
| OXYGEN TANK BRACKET | $ 315.00 | Fair Value | $ 315.00 |
| OXYGEN TANK BRACKET - HEART TR | $ 10.00 | Fair Value | $ 10.00 |
| PAC STORAGE SERVER NX4 BASE | $ 18,200.00 | Fair Value | $ 18,200.00 |
| PACEMAKER | $ 275.00 | Fair Value | $ 275.00 |
| PACEMAKER DUAL CHAMBER | $ 1,000.00 | Fair Value | $ 1,000.00 |
| PACEMAKER,DUAL CHAMBER TEMPORA | $ 22,800.00 | Fair Value | $ 22,800.00 |
| PACEMAKER,SINGLE CHAMBER TEMPO | $ 825.00 | Fair Value | $ 825.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| pacemakers  QT 2 | $ 40.00 | Fair Value | $ 40.00 |
| PACS LINK PRINT CONNECTION (NA | $ 150.00 | Fair Value | $ 150.00 |
| PACS STORAGE | $ 5,000.00 | Fair Value | $ 5,000.00 |
| PACS WORKSTATION | $ 5,400.00 | Fair Value | $ 5,400.00 |
| PAD OR TABLE 5 PC SET | $ 900.00 | Fair Value | $ 900.00 |
| PADDLEBOARD QUAD SDI | $ 2,000.00 | Fair Value | $ 2,000.00 |
| PADDLES,INTERNAL 1.0 | $ 20.00 | Fair Value | $ 20.00 |
| PADDLES,INTERNAL 2.5  (QTY 9) | $ 175.00 | Fair Value | $ 175.00 |
| PADDLES,LP20 HARD ADULT STD | $ 2,000.00 | Fair Value | $ 2,000.00 |
| PADDLES.LP12 HARD (QTY 17) | $ 800.00 | Fair Value | $ 800.00 |
| PAIN MANAGEMENT TABLE (PMT 800 | $ 2,975.00 | Fair Value | $ 2,975.00 |
| PAINT MASTERPIECE LL W/BASE (5 | $ 275.00 | Fair Value | $ 275.00 |
| PAINT MIXER | $ 15.00 | Fair Value | $ 15.00 |
| PAINTING LOBBY 5X8 LAKE SCENE | $ 125.00 | Fair Value | $ 125.00 |
| PAIR OF VIRTUAL LOAD BALANCING | $ 28,000.00 | Fair Value | $ 28,000.00 |
| PAMPHLET RACK | $ 15.00 | Fair Value | $ 15.00 |
| PANASONIC COMMERCIAL VCR | $ 30.00 | Fair Value | $ 30.00 |
| PANASONIC MICROWAVE/F/STAFF ON | $ 15.00 | Fair Value | $ 15.00 |
| PANEL SAW | $ 200.00 | Fair Value | $ 200.00 |
| PANELED FOOTBOARD | $ 80.00 | Fair Value | $ 80.00 |
| PANELED HEADBOARD | $ 80.00 | Fair Value | $ 80.00 |
| PARALLEL PLATE MILLING FOR 30X | $ 70.00 | Fair Value | $ 70.00 |
| PARKING OFFICE EQUIPMENT | $ 475.00 | Fair Value | $ 475.00 |
| PASSIVE FERGUSON SUCTION | $ 90.00 | Fair Value | $ 90.00 |
| PASSIVE PLANNER PROBE | $ 80.00 | Fair Value | $ 80.00 |
| PASSPORT PERSONAL ALARM | $ 250.00 | Fair Value | $ 250.00 |
| PASSPORT WALL MOUNT KIT | $ 250.00 | Fair Value | $ 250.00 |
| PASSPORT-NELLCOR ADULT SPO2 DU | $ 95.00 | Fair Value | $ 95.00 |
| PATIENT CHAIR (ROCKRECL 999 58 | $ 4,800.00 | Fair Value | $ 4,800.00 |
| PATIENT EQUIPMENT | $ 65.00 | Fair Value | $ 65.00 |
| PAV + OPTION PACKAGE | $ 2,025.00 | Fair Value | $ 2,025.00 |
| PAV OPTION PKG KIT | $ 16,425.00 | Fair Value | $ 16,425.00 |
| PAY ON FOOT STATION SYSTEM | $ 11,400.00 | Fair Value | $ 11,400.00 |
| PB980 PED TO ADULT DC COMPRESS | $ 160,000.00 | Fair Value | $ 160,000.00 |
| PC ANYWHERE 11 HOST AND REMOTE | $ 15.00 | Fair Value | $ 15.00 |
| PC ML6010 CONTROL MODULE LTO-5 | $ 2,525.00 | Fair Value | $ 2,525.00 |
| PC,BUDGET DESKTOP OPTI 360 | $ 50.00 | Fair Value | $ 50.00 |
| PC,NOTEBOOK W/MONITOR AND ACCE | $ 200.00 | Fair Value | $ 200.00 |
| PCA PUMPS | $ 95.00 | Fair Value | $ 95.00 |
| PCANYWHERE HOST AND REMOTE 10. | $ 25.00 | Fair Value | $ 25.00 |
| PCF-Q180AL OLYMPUS EVIS EXERA | $ 6,650.00 | Fair Value | $ 6,650.00 |
| PCI ADAPTER - REPLACEMNT EEG | $ 225.00 | Fair Value | $ 225.00 |
| PDI 10.4" HEALTHCARE LCD AC/DC | $ 1,100.00 | Fair Value | $ 1,100.00 |
| PDI 13* WIRED REMOTE SET | $ 520.00 | Fair Value | $ 520.00 |
| PDI 13* WIRED REMOTE SET TELEV | $ 760.00 | Fair Value | $ 760.00 |
| PDI TV W/SUPPORT ARM AND WALL | $ 1,000.00 | Fair Value | $ 1,000.00 |
| PDI-STANDARD WALL BRACKET | $ 5.00 | Fair Value | $ 5.00 |
| PDM Base Station w Rail Pole | $ 3,900.00 | Fair Value | $ 3,900.00 |
| PE4210 Rack, 42U Frame, Front | $ 325.00 | Fair Value | $ 325.00 |
| PED LEFT FLUSH PANEL | $ 35.00 | Fair Value | $ 35.00 |
| PEDERSON VAG SPEC. SMALL | $ 70.00 | Fair Value | $ 70.00 |
| PEDERSON X-NARROW VAC. SPECULU | $ 55.00 | Fair Value | $ 55.00 |
| PEDESTAL | $ 160.00 | Fair Value | $ 160.00 |
| PEDESTAL - FILE | $ 105.00 | Fair Value | $ 105.00 |
| PEDESTAL FILE DRAWER (3 @ 362. | $ 150.00 | Fair Value | $ 150.00 |
| PEDESTAL FILE DRAWER (4 @ 362. | $ 200.00 | Fair Value | $ 200.00 |
| PEDESTAL-FILE | $ 35.00 | Fair Value | $ 35.00 |
| PEDESTAL-FILE INVINICIBLE VIST | $ 20.00 | Fair Value | $ 20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PEDESTAL-FILE-BOX INVINICIBLE | $ 20.00 | Fair Value | $ 20.00 |
| PEDIATRIC/ADULT EARCLIPSP02SEN | $ 125.00 | Fair Value | $ 125.00 |
| PEERLES ARTICULATING WALL NOUN | $ 15.00 | Fair Value | $ 15.00 |
| PEERLESS ADJUSTABLE VCR MOUNT | $ 50.00 | Fair Value | $ 50.00 |
| PEERLESS LOCKING WALL MOUNT FO | $ 50.00 | Fair Value | $ 50.00 |
| PEERLESS WALL MOUNT FOR 13* TV | $ 5.00 | Fair Value | $ 5.00 |
| PEERLESS WALL MOUNT FOR 20* TV | $ 5.00 | Fair Value | $ 5.00 |
| PELVIC INSTRUMENT SET | $ 425.00 | Fair Value | $ 425.00 |
| PELVIC REDUCTION INSTRUMENT SE | $ 60.00 | Fair Value | $ 60.00 |
| PENTIUM 640 | $ 80.00 | Fair Value | $ 80.00 |
| PERIARTICULAR REDUCTION FORCEP | $ 175.00 | Fair Value | $ 175.00 |
| PERIGEN PROJECT CABLING FOR 16 | $ 2,600.00 | Fair Value | $ 2,600.00 |
| PERM. CAUTERY HOOK | $ 450.00 | Fair Value | $ 450.00 |
| PERSONAL PROTECTIVE EQUIPMENT | $ 925.00 | Fair Value | $ 925.00 |
| PERSYST CPA CONT MONITOR PACK | $ 1,100.00 | Fair Value | $ 1,100.00 |
| PET/CT SCANNER DICOM IMAGING | $ 750.00 | Fair Value | $ 750.00 |
| PETERSON VAGINAL RETRACTOR | $ 15.00 | Fair Value | $ 15.00 |
| PETIT POINT MIXTER FORCEPS (12 | $ 60.00 | Fair Value | $ 60.00 |
| PH METER | $ 50.00 | Fair Value | $ 50.00 |
| PHACO-EMULSIFIER | $ 2,750.00 | Fair Value | $ 2,750.00 |
| PHANTOM  SM WATER W/115 VAC MO | $ 450.00 | Fair Value | $ 450.00 |
| PHANTOM,TOP LEVEL | $ 5,400.00 | Fair Value | $ 5,400.00 |
| PHARMACY CARTFILL STATION | $ 825.00 | Fair Value | $ 825.00 |
| PHILIPS / HP M3001A OPTION A01 | $ 1,650.00 | Fair Value | $ 1,650.00 |
| Philips 19inch LCD HQ Display | $ 4,400.00 | Fair Value | $ 4,400.00 |
| Philips 22inch LCD Display | $ 1,000.00 | Fair Value | $ 1,000.00 |
| PHILIPS ACCESS POINT CONTROLLE | $ 875.00 | Fair Value | $ 875.00 |
| Philips Allura XPER FD20 BiPLA | $ 260,000.00 | Fair Value | $ 260,000.00 |
| PHILIPS BV PULSERA C-ARM | $ 9,100.00 | Fair Value | $ 9,100.00 |
| Philips FFR Measurement Volcan | $ 8,700.00 | Fair Value | $ 8,700.00 |
| PHILIPS IE33 ULTRASOUND | $ 12,600.00 | Fair Value | $ 12,600.00 |
| PHILIPS INFO CTR ACCESSORIES/A | $ 125.00 | Fair Value | $ 125.00 |
| PHILIPS NET COMPONENTS(M3185A) | $ 200.00 | Fair Value | $ 200.00 |
| PHILIPS RAD ROOM WITH BUCKY | $ 33,000.00 | Fair Value | $ 33,000.00 |
| Philips Side Stream CTC02 | $ 22,400.00 | Fair Value | $ 22,400.00 |
| PHILIPS TELEMON | $ 225.00 | Fair Value | $ 225.00 |
| Philips Xper Flex Cardio 2010 | $ 13,100.00 | Fair Value | $ 13,100.00 |
| Philips Xper IM Workspace | $ 8,200.00 | Fair Value | $ 8,200.00 |
| PHILIPS YSNC UNIT (M4844A)/W K | $ 175.00 | Fair Value | $ 175.00 |
| PHILLIPS 42 42PFL5704D F7 LCD | $ 200.00 | Fair Value | $ 200.00 |
| PHOTIC STIMULATOR - REPLACEMNT | $ 325.00 | Fair Value | $ 325.00 |
| PHOTOPHERESIS SYSTEM | $ 3,875.00 | Fair Value | $ 3,875.00 |
| PHOTOTHERAPY | $ 150.00 | Fair Value | $ 150.00 |
| PHYSICIAN SCALE | $ 95.00 | Fair Value | $ 95.00 |
| physiologic monitor  QT 1 | $ 560.00 | Fair Value | $ 560.00 |
| PIANO UPRIGHT | $ 85.00 | Fair Value | $ 85.00 |
| PIIC IX HARDWARE | $ 24,900.00 | Fair Value | $ 24,900.00 |
| PIIC IX HARDWARE H31  SERVER | $ 10,300.00 | Fair Value | $ 10,300.00 |
| PIIC IX HARDWARE PC WITH RAID | $ 2,600.00 | Fair Value | $ 2,600.00 |
| PILL CAM ESO 10-PAK | $ 425.00 | Fair Value | $ 425.00 |
| PILL CAM SB 10-PAK | $ 425.00 | Fair Value | $ 425.00 |
| PIN COLLET | $ 660.00 | Fair Value | $ 660.00 |
| PIPE THREADER | $ 70.00 | Fair Value | $ 70.00 |
| PIPETTE SL1000XLS PLUS ONE RAC | $ 400.00 | Fair Value | $ 400.00 |
| PIPETTE SL-100XLS PLUS ONE RAC | $ 775.00 | Fair Value | $ 775.00 |
| PK DISSECTING FORCEPS | $ 700.00 | Fair Value | $ 700.00 |
| PLACENTA FORCEP | $ 65.00 | Fair Value | $ 65.00 |
| PLAN FILE 5 DWR STL | $ 70.00 | Fair Value | $ 70.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PLANTER WALL | $ 310.00 | Fair Value | $ 310.00 |
| PLASTIC STERILIZATIN CASE | $ 170.00 | Fair Value | $ 170.00 |
| PLASTIC STERILIZATION CASE | $ 100.00 | Fair Value | $ 100.00 |
| PLASTIC TROCAR AND CANNULA 5.5 | $ 400.00 | Fair Value | $ 400.00 |
| PLATELET AGGREGATION PROFILER | $ 70.00 | Fair Value | $ 70.00 |
| PLATFORM BED | $ 1,710.00 | Fair Value | $ 1,710.00 |
| PLATFORM FORCEPS | $ 25.00 | Fair Value | $ 25.00 |
| PLATO DICOM 3 IMAGE AND SC IMA | $ 425.00 | Fair Value | $ 425.00 |
| PLATO HIGH PERFORMANCE PLATFOR | $ 1,475.00 | Fair Value | $ 1,475.00 |
| PLIANCE X/R SYSTEM | $ 5,900.00 | Fair Value | $ 5,900.00 |
| POCKET WALL FILE CHART HOLDER | $ 150.00 | Fair Value | $ 150.00 |
| POD 6 SEAT MED. SEAT MID.PIVOT | $ 280.00 | Fair Value | $ 280.00 |
| POD SZ.6 MED.SEAT MED.BACK ADJ | $ 80.00 | Fair Value | $ 80.00 |
| PODIUM LECTURNS | $ 1,000.00 | Fair Value | $ 1,000.00 |
| POLE MOUNT | $ 100.00 | Fair Value | $ 100.00 |
| POLYP FORCEP | $ 40.00 | Fair Value | $ 40.00 |
| POMERANT RECIEVE/DELIVERY CHAR | $ 480.00 | Fair Value | $ 480.00 |
| portable suction  QT 1 | $ 25.00 | Fair Value | $ 25.00 |
| PORTABLE XRAY SYSTEM | $ 9,700.00 | Fair Value | $ 9,700.00 |
| POSITIONER,HUG=-U-VAC W/SHOULD | $ 475.00 | Fair Value | $ 475.00 |
| POTTS SCISSORS QTY | $ 475.00 | Fair Value | $ 475.00 |
| POWER CONDITIONER | $ 35.00 | Fair Value | $ 35.00 |
| POWER EDGE 1950 111 | $ 650.00 | Fair Value | $ 650.00 |
| POWER EDGE 2950 III | $ 625.00 | Fair Value | $ 625.00 |
| POWER EDGE R710 | $ 1,850.00 | Fair Value | $ 1,850.00 |
| POWER PACK VIKON SURGICAL BELT | $ 400.00 | Fair Value | $ 400.00 |
| POWER SUPPLY - UNINTERRUPTIBLE | $ 440.00 | Fair Value | $ 440.00 |
| POWER SUPPLY CRYO | $ 575.00 | Fair Value | $ 575.00 |
| POWER SUPPLY UNINTERRUPTIBLE | $ 70.00 | Fair Value | $ 70.00 |
| POWER SUPPLY,DUAL SELF CONTAIN | $ 900.00 | Fair Value | $ 900.00 |
| POWER VAULT 112T,1U,DDS4.20/40 | $ 350.00 | Fair Value | $ 350.00 |
| POWEREDGE 1750,2.4GHZ/512K CAC | $ 600.00 | Fair Value | $ 600.00 |
| POWEREDGE 2650, 2.8 GHZ/512K C | $ 425.00 | Fair Value | $ 425.00 |
| POWEREDGE 2650, 2.8GHZ/512K CA | $ 550.00 | Fair Value | $ 550.00 |
| POWEREDGE 2950 | $ 725.00 | Fair Value | $ 725.00 |
| POWEREDGE 2950 SMART 2950 III | $ 700.00 | Fair Value | $ 700.00 |
| POWEREDGE ENERGY SMART 2950 II | $ 800.00 | Fair Value | $ 800.00 |
| POWEREDGE KVM 2161AD | $ 250.00 | Fair Value | $ 250.00 |
| POWEREDGE RACK 4220 WIDE | $ 575.00 | Fair Value | $ 575.00 |
| POWERMIC USB W/SCANNER ( INCLU | $ 600.00 | Fair Value | $ 600.00 |
| POWERPRO 1/4 JACOBS CHUCK ATTA | $ 150.00 | Fair Value | $ 150.00 |
| POWERPRO BATTERY STANDARD SMAL | $ 160.00 | Fair Value | $ 160.00 |
| POWERPRO STERILIZATION TRAY | $ 160.00 | Fair Value | $ 160.00 |
| POWERSCRIBE RACK MOUNTED W/S W | $ 750.00 | Fair Value | $ 750.00 |
| POWERSCRIBE VOICE DELIVERY DIC | $ 2,250.00 | Fair Value | $ 2,250.00 |
| PRE-ASSEMBLED X-RAY SHELVING | $ 270.00 | Fair Value | $ 270.00 |
| PRECISION FLOWMETER | $ 300.00 | Fair Value | $ 300.00 |
| PRECISION SUCTION REGULATOR,SU | $ 850.00 | Fair Value | $ 850.00 |
| PRECISION T5500 WORKSTATION | $ 525.00 | Fair Value | $ 525.00 |
| PRECISION WALL PLATE CLOCK | $ 50.00 | Fair Value | $ 50.00 |
| PREMIUM MNT 1 (DATA AGENT FOR | $ 60.00 | Fair Value | $ 60.00 |
| PRESSURE GAUGE & WALL MOUNTING | $ 35.00 | Fair Value | $ 35.00 |
| PRESSURIZED UR ION CHAMBER SUR | $ 225.00 | Fair Value | $ 225.00 |
| PRIMALARM REMOTE ALARM WITH AC | $ 400.00 | Fair Value | $ 400.00 |
| PRIMAPAK II BATTERY BACK UP | $ 325.00 | Fair Value | $ 325.00 |
| PRINTER | $ 5,365.00 | Fair Value | $ 5,365.00 |
| Printer  QT 3 | $ 40.00 | Fair Value | $ 40.00 |
| PRINTER A5 LASER | $ 400.00 | Fair Value | $ 400.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PRINTER COLOR | $ 25.00 | Fair Value | $ 25.00 |
| PRINTER COLOR LASER DELL C3765 | $ 250.00 | Fair Value | $ 250.00 |
| PRINTER COLOR VIDEO | $ 2,325.00 | Fair Value | $ 2,325.00 |
| PRINTER DELL C3760DN COLOR LAS | $ 550.00 | Fair Value | $ 550.00 |
| PRINTER DELL MONO MULTIFUNCTIO | $ 175.00 | Fair Value | $ 175.00 |
| PRINTER HP  LASERJET P3015X | $ 375.00 | Fair Value | $ 375.00 |
| PRINTER HP M553DN | $ 600.00 | Fair Value | $ 600.00 |
| PRINTER LASER | $ 11,570.00 | Fair Value | $ 11,570.00 |
| PRINTER LASER COLOR | $ 250.00 | Fair Value | $ 250.00 |
| PRINTER LASER JET NETWORK IIC | $ 2,150.00 | Fair Value | $ 2,150.00 |
| PRINTER LINE | $ 1,140.00 | Fair Value | $ 1,140.00 |
| PRINTER PC | $ 110.00 | Fair Value | $ 110.00 |
| PRINTER PERSONAL | $ 30.00 | Fair Value | $ 30.00 |
| PRINTER THERMAL | $ 225.00 | Fair Value | $ 225.00 |
| PRINTER VERIFYNOW | $ 900.00 | Fair Value | $ 900.00 |
| PRINTER VIDEO COLOR | $ 2,650.00 | Fair Value | $ 2,650.00 |
| PRINTER VIDEO GRAPHICS | $ 125.00 | Fair Value | $ 125.00 |
| PRINTER W/CRT | $ 40.00 | Fair Value | $ 40.00 |
| PRINTER WIDE CARRIA | $ 40.00 | Fair Value | $ 40.00 |
| PRINTER, DELL 2135CN MULTIFUNC | $ 75.00 | Fair Value | $ 75.00 |
| PRINTER, HP 4015 TN LASER | $ 200.00 | Fair Value | $ 200.00 |
| PRINTER, HP 4250DTN | $ 2,275.00 | Fair Value | $ 2,275.00 |
| PRINTER, HP P3015DN LASERJET | $ 125.00 | Fair Value | $ 125.00 |
| PRINTER,2135 MULTIFUNCTION COL | $ 180.00 | Fair Value | $ 180.00 |
| PRINTER,AGFA AXYS LSR W/MAMMO | $ 3,250.00 | Fair Value | $ 3,250.00 |
| PRINTER,BLACK AND WHITE | $ 20.00 | Fair Value | $ 20.00 |
| PRINTER,CLR LSR 3110 W/2 YR NX | $ 70.00 | Fair Value | $ 70.00 |
| PRINTER,COLOR LASER | $ 40.00 | Fair Value | $ 40.00 |
| PRINTER,COLOR LASER  1320C | $ 35.00 | Fair Value | $ 35.00 |
| PRINTER,DEL SOL DIRECT | $ 255.00 | Fair Value | $ 255.00 |
| PRINTER,DELL 5330 DN WORKGROUP | $ 95.00 | Fair Value | $ 95.00 |
| PRINTER,DIGITAL | $ 1,425.00 | Fair Value | $ 1,425.00 |
| PRINTER,H P  LJ4250 | $ 100.00 | Fair Value | $ 100.00 |
| PRINTER,HP COLOR LASER JET  CM | $ 60.00 | Fair Value | $ 60.00 |
| PRINTER,HP LASER KET P4015TN | $ 175.00 | Fair Value | $ 175.00 |
| PRINTER,HP LASERJET P4515X | $ 225.00 | Fair Value | $ 225.00 |
| PRINTER,HP LJ | $ 150.00 | Fair Value | $ 150.00 |
| PRINTER,HP LJ 4350N | $ 175.00 | Fair Value | $ 175.00 |
| PRINTER,HP-4700DN COLOR LASER | $ 450.00 | Fair Value | $ 450.00 |
| PRINTER,HPLASER JET 4250 | $ 85.00 | Fair Value | $ 85.00 |
| PRINTER,INTERMEC PM41 | $ 350.00 | Fair Value | $ 350.00 |
| PRINTER,LASER 235DN MULTIFUNCT | $ 55.00 | Fair Value | $ 55.00 |
| PRINTER,LASER COLOR | $ 100.00 | Fair Value | $ 100.00 |
| PRINTER,LASER JET 9050 DN | $ 375.00 | Fair Value | $ 375.00 |
| PRINTER,LASER MODEL 5310N | $ 125.00 | Fair Value | $ 125.00 |
| PRINTER,LASER,COLOR 5110CN | $ 150.00 | Fair Value | $ 150.00 |
| PRINTER,LH 9050N | $ 350.00 | Fair Value | $ 350.00 |
| PRINTER,LJ P4015TN | $ 300.00 | Fair Value | $ 300.00 |
| PRINTER,MULITUNCTION LASER 181 | $ 65.00 | Fair Value | $ 65.00 |
| PRINTER,MULTIFUNCTION LSR 1815 | $ 65.00 | Fair Value | $ 65.00 |
| PRINTER,OLYMPUS COLOR DEMO | $ 1,800.00 | Fair Value | $ 1,800.00 |
| PRINTER,SONY COLOR VIDEO | $ 175.00 | Fair Value | $ 175.00 |
| PRINTER,SONY UP 55MD COLOR VIE | $ 675.00 | Fair Value | $ 675.00 |
| PRINTER,WORKGROUP LASER MONOCH | $ 200.00 | Fair Value | $ 200.00 |
| PRINTER,WORKGROUP M5200 | $ 80.00 | Fair Value | $ 80.00 |
| PRINTER,ZEBRA | $ 825.00 | Fair Value | $ 825.00 |
| PRINTER,ZM400 | $ 1,050.00 | Fair Value | $ 1,050.00 |
| PRINTER,ZM400 DIRECT THERMAL P | $ 225.00 | Fair Value | $ 225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PRINTER-BAR CODE | $ 575.00 | Fair Value | $ 575.00 |
| PRINTS,FRAMES & MATTING | $ 350.00 | Fair Value | $ 350.00 |
| PRISM SYSTEM W/IDL BALANCE O-M | $ 1,525.00 | Fair Value | $ 1,525.00 |
| PRISMA SYSTEM | $ 4,400.00 | Fair Value | $ 4,400.00 |
| PRIVACY CUBICLE CURTAINS | $ 125.00 | Fair Value | $ 125.00 |
| PRO SERIES IEEE 1284 PARALLEL | $ 30.00 | Fair Value | $ 30.00 |
| PROBE,NEURO CONVEX | $ 1,300.00 | Fair Value | $ 1,300.00 |
| PROBE,NOMINAL 9.0 MHZ,ADULT FL | $ 80.00 | Fair Value | $ 80.00 |
| PROBE,RIGID LAPARASCOPIC | $ 1,525.00 | Fair Value | $ 1,525.00 |
| PROBES (9.0 MHZ FREQUENCY) (16 | $ 200.00 | Fair Value | $ 200.00 |
| PROCESSOR BLOOD CELL | $ 200.00 | Fair Value | $ 200.00 |
| PROCESSOR FILM DENTAL | $ 35.00 | Fair Value | $ 35.00 |
| PROCESSOR SLIDE PREP | $ 4,700.00 | Fair Value | $ 4,700.00 |
| PROCESSOR TISSUE | $ 3,875.00 | Fair Value | $ 3,875.00 |
| PROCESSOR X-RAY FILM | $ 20,300.00 | Fair Value | $ 20,300.00 |
| PROCESSOR X-RAY MAMMO-COUNTER | $ 1,400.00 | Fair Value | $ 1,400.00 |
| PROCESSOR,640 INTELL PENTIUM 4 | $ 300.00 | Fair Value | $ 300.00 |
| PROCESSOR,INTEL PENTIUM  640 | $ 125.00 | Fair Value | $ 125.00 |
| PROF SERV FOR WATER INFILTRATI | $ 150.00 | Fair Value | $ 150.00 |
| PROF SERV- LEAD A/E FIRM - CON | $ 70.00 | Fair Value | $ 70.00 |
| PROFESSIONAL ARCHITECTURAL/ENG | $ 2,500.00 | Fair Value | $ 2,500.00 |
| PROFILE GUEST CHAIR | $ 800.00 | Fair Value | $ 800.00 |
| PROFILE HIGH BACK TASK CHAIR | $ 180.00 | Fair Value | $ 180.00 |
| PROFILE TASK CHAIR | $ 550.00 | Fair Value | $ 550.00 |
| PROFILE TASK CHAIR` | $ 30.00 | Fair Value | $ 30.00 |
| PROFILER2 | $ 2,125.00 | Fair Value | $ 2,125.00 |
| PROGRAM MANAGEMENT SERVICES | $ 5.00 | Fair Value | $ 5.00 |
| PROGRAM TONE NETWORK SAFETY DE | $ 55.00 | Fair Value | $ 55.00 |
| PROGRASP FORCEPS | $ 800.00 | Fair Value | $ 800.00 |
| PROJECT MANAGEMENT QUOTATION F | $ 2,825.00 | Fair Value | $ 2,825.00 |
| PROJECT MGMT IMPLEMENATIONS SO | $ 100.00 | Fair Value | $ 100.00 |
| PROJECT O CHART | $ 150.00 | Fair Value | $ 150.00 |
| PROJECTOR | $ 50.00 | Fair Value | $ 50.00 |
| PROJECTOR CHART EYE | $ 15.00 | Fair Value | $ 15.00 |
| PROJECTOR CINE FILM | $ 650.00 | Fair Value | $ 650.00 |
| PROJECTOR LCD | $ 450.00 | Fair Value | $ 450.00 |
| PROJECTOR SLIDE | $ 75.00 | Fair Value | $ 75.00 |
| PROJECTOR W/MT POLE AND PLATES | $ 550.00 | Fair Value | $ 550.00 |
| PROJECTOR, DELL 1409X | $ 125.00 | Fair Value | $ 125.00 |
| PROJECTOR,1800MP MULTIMEDIA | $ 125.00 | Fair Value | $ 125.00 |
| PROJECTOR,2400MP MULTIMEDIA | $ 125.00 | Fair Value | $ 125.00 |
| PROJECTOR,DELL 1209SDLP | $ 180.00 | Fair Value | $ 180.00 |
| PROJECTOR,DELL 2300MP | $ 125.00 | Fair Value | $ 125.00 |
| PROJECTOR-MULTI MEDIA  DP6155 | $ 325.00 | Fair Value | $ 325.00 |
| PRONTO 7 SPOT CHECK DEVICES W/ | $ 1,450.00 | Fair Value | $ 1,450.00 |
| PROPAQ CS 3 LEAD ELECTROCARDIO | $ 1,250.00 | Fair Value | $ 1,250.00 |
| PROPAQ MONITOR | $ 65.00 | Fair Value | $ 65.00 |
| PROPAQ MTR | $ 4,625.00 | Fair Value | $ 4,625.00 |
| PROPAQ SPO2 MONITOR | $ 11,050.00 | Fair Value | $ 11,050.00 |
| PROSIM 8 VITAL SIGN STIMULATOR | $ 850.00 | Fair Value | $ 850.00 |
| PROSIM SPOTLIGHT SPO2 TESTER | $ 2,925.00 | Fair Value | $ 2,925.00 |
| PROSIM4 = SPOT = PROSIM3 BUNDL | $ 3,700.00 | Fair Value | $ 3,700.00 |
| PROSIM4 ACCESSORY KIT | $ 825.00 | Fair Value | $ 825.00 |
| PROSTATE PROGUIDE PKG PROMO IN | $ 3,800.00 | Fair Value | $ 3,800.00 |
| PROVIDE AND INSTALL WORKSTATIO | $ 675.00 | Fair Value | $ 675.00 |
| PROVIDE/INSTALL REFRIGERATED D | $ 1,575.00 | Fair Value | $ 1,575.00 |
| PROXIMITY WORKSTATION (NATURAL | $ 750.00 | Fair Value | $ 750.00 |
| P'SCRIBE W/TELCO WIN2000 P4 CO | $ 175.00 | Fair Value | $ 175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PSI-TEC ASPIRATOR WITHOUT PNEU | $ 475.00 | Fair Value | $ 475.00 |
| PT MONITOR | $ 1,800.00 | Fair Value | $ 1,800.00 |
| PULMONARY FUNCTION SYSTEM & AC | $ 7,700.00 | Fair Value | $ 7,700.00 |
| PULSE OXIMETER N-600X | $ 1,300.00 | Fair Value | $ 1,300.00 |
| PULSE OXIMETRY | $ 200.00 | Fair Value | $ 200.00 |
| PULSE OXIMETRY/PLETH MODULE | $ 6,525.00 | Fair Value | $ 6,525.00 |
| PULSE OXIMETRY/PLETHYSMOGRAPHY | $ 1,325.00 | Fair Value | $ 1,325.00 |
| PUMP BREAST | $ 150.00 | Fair Value | $ 150.00 |
| PUMP CENTRIMAG BLOOD | $ 8,700.00 | Fair Value | $ 8,700.00 |
| PUMP HK SURGICAL ELEC TUMESCEN | $ 875.00 | Fair Value | $ 875.00 |
| PUMP HYSTEROSCOPY | $ 900.00 | Fair Value | $ 900.00 |
| PUMP INFUSION | $ 6,445.00 | Fair Value | $ 6,445.00 |
| PUMP INTRA-AORTIC BALLOON | $ 11,700.00 | Fair Value | $ 11,700.00 |
| PUMP PCA | $ 1,905.00 | Fair Value | $ 1,905.00 |
| PUMP POST OP | $ 160.00 | Fair Value | $ 160.00 |
| PUMP SAPPHIRE EPIDURAL | $ 21,700.00 | Fair Value | $ 21,700.00 |
| PUMP SUCTION PORTABLE | $ 55.00 | Fair Value | $ 55.00 |
| PUMP SUCTION URO | $ 475.00 | Fair Value | $ 475.00 |
| PUMP SYRINGE | $ 170.00 | Fair Value | $ 170.00 |
| PUMP VC-10  115 V | $ 900.00 | Fair Value | $ 900.00 |
| PUMP,MEDFUSION 3500 SYRINGE | $ 2,750.00 | Fair Value | $ 2,750.00 |
| PUMP,VC10 | $ 700.00 | Fair Value | $ 700.00 |
| PUMPS,MEDFUSION 3500 | $ 13,300.00 | Fair Value | $ 13,300.00 |
| PUR SUPPORT/PAD FOR CT TABLE | $ 200.00 | Fair Value | $ 200.00 |
| PURIFER AIR | $ 1,830.00 | Fair Value | $ 1,830.00 |
| PURIFIER AIR HEPA | $ 100.00 | Fair Value | $ 100.00 |
| PUSH HANDLE IV POLE | $ 1,500.00 | Fair Value | $ 1,500.00 |
| PUSHER-TWO HOLE KNOT | $ 45.00 | Fair Value | $ 45.00 |
| QDX 6000 VIDEO CONFERENCING SY | $ 325.00 | Fair Value | $ 325.00 |
| QUAD CABLES FOR 2ND FLR COMMAN | $ 65.00 | Fair Value | $ 65.00 |
| QUAD CORE XEON E5450 PROCESSOR | $ 1,925.00 | Fair Value | $ 1,925.00 |
| QUAD CORE XEON X5450 PROCESSOR | $ 775.00 | Fair Value | $ 775.00 |
| QUARK EXPRESS V4.0 WIN32 CD | $ 70.00 | Fair Value | $ 70.00 |
| QUICKSTOP HINGED ARM 2 | $ 6,900.00 | Fair Value | $ 6,900.00 |
| QURETEMP 678 | $ 10.00 | Fair Value | $ 10.00 |
| R&F ROOM REPLACEMENT | $ 9,000.00 | Fair Value | $ 9,000.00 |
| R620 SERVER SESSION MANAGER | $ 3,675.00 | Fair Value | $ 3,675.00 |
| RACHET HANDLE | $ 125.00 | Fair Value | $ 125.00 |
| RACK APRON X-RAY SHIELDS | $ 95.00 | Fair Value | $ 95.00 |
| RACK COMPUTER EQ OPEN | $ 50.00 | Fair Value | $ 50.00 |
| RACK CONSOLE | $ 2,200.00 | Fair Value | $ 2,200.00 |
| RACK MOUNT MONITOR W/INTEGRATE | $ 225.00 | Fair Value | $ 225.00 |
| RACKS | $ 150.00 | Fair Value | $ 150.00 |
| RAD ONCO SEATING | $ 500.00 | Fair Value | $ 500.00 |
| RAD STATION- PACS ADMIN | $ 3,650.00 | Fair Value | $ 3,650.00 |
| RADEON X1600 PRO 512 MB GRAPHI | $ 400.00 | Fair Value | $ 400.00 |
| RADIANCE 19" FLAT PANEL DISPLA | $ 1,300.00 | Fair Value | $ 1,300.00 |
| RADIANCE DISPLAY W/MULTIMODALI | $ 2,400.00 | Fair Value | $ 2,400.00 |
| RADIATION EQUIPMENT | $ 72,000.00 | Fair Value | $ 72,000.00 |
| RADIO HAND HELD | $ 525.00 | Fair Value | $ 525.00 |
| RADIOGRAPHIC SY, FL MT RAD PRO | $ 21,000.00 | Fair Value | $ 21,000.00 |
| RADIOGRAPHIC TOP FOR 6700B | $ 95.00 | Fair Value | $ 95.00 |
| RADIOLOGY REFIT FURN/ROOM 368/ | $ 80.00 | Fair Value | $ 80.00 |
| RADIOLOGY VIRTUAL APPL SERVER | $ 3,675.00 | Fair Value | $ 3,675.00 |
| RADIOLUCENT HEAD FRAME W/ACCES | $ 3,325.00 | Fair Value | $ 3,325.00 |
| RADIOMETER, NEOBLUE LED | $ 225.00 | Fair Value | $ 225.00 |
| RADIOTRANSLUCENT LEADWIRE SET. | $ 20.00 | Fair Value | $ 20.00 |
| RAIL CLAMP | $ 20.00 | Fair Value | $ 20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| RANDALL STONE FORCEP | $ 35.00 | Fair Value | $ 35.00 |
| RANGE OF MOTION SYSTEM | $ 525.00 | Fair Value | $ 525.00 |
| -RAY CATHETER SET- USA-GYN | $ 100.00 | Fair Value | $ 100.00 |
| RCA 25* TV/VCR COMBO- 6-HEAD | $ 30.00 | Fair Value | $ 30.00 |
| RCA 27* TV/VCR/DVD COMBINATION | $ 70.00 | Fair Value | $ 70.00 |
| RCA 4-HEAD VCR | $ 55.00 | Fair Value | $ 55.00 |
| RCPTCL,18G RBRMID,RD | $ 125.00 | Fair Value | $ 125.00 |
| RCS MODEM CONNECTION KIT | $ 20.00 | Fair Value | $ 20.00 |
| READER  PROXIMITY USB BLK HID | $ 7,500.00 | Fair Value | $ 7,500.00 |
| REAR CABLE COVER | $ 25.00 | Fair Value | $ 25.00 |
| REBUILD / UPGRADE TO WASHER ST | $ 6,000.00 | Fair Value | $ 6,000.00 |
| RECEIVER TELEMETRY | $ 13,650.00 | Fair Value | $ 13,650.00 |
| RECEPTACEL BEIGE 23G  /2 EACH | $ 20.00 | Fair Value | $ 20.00 |
| RECEPTACLE | $ 60.00 | Fair Value | $ 60.00 |
| RECEPTACLE , RED 23 GALLON | $ 125.00 | Fair Value | $ 125.00 |
| RECEPTACLE,GRY TRM DV GRY STN | $ 180.00 | Fair Value | $ 180.00 |
| RECEPTACLE,WASTE 28 GALLONS ,C | $ 65.00 | Fair Value | $ 65.00 |
| RECESSED VIEW BOX & KIT | $ 50.00 | Fair Value | $ 50.00 |
| RECLINER  / BLUE REIGE | $ 400.00 | Fair Value | $ 400.00 |
| RECLINER BARIATIC | $ 1,250.00 | Fair Value | $ 1,250.00 |
| RECLINER MOBILE ROCKER | $ 1,500.00 | Fair Value | $ 1,500.00 |
| RECLINER,FLEXSTEEL | $ 300.00 | Fair Value | $ 300.00 |
| RECLINER,RECOVER | $ 225.00 | Fair Value | $ 225.00 |
| RECLINER,SERENITY,BLUE RIDGE C | $ 450.00 | Fair Value | $ 450.00 |
| RECLINER,TREATMENT ,NAVY BLUE | $ 300.00 | Fair Value | $ 300.00 |
| RECLINER-LAZY BOY  ROOM 224 | $ 300.00 | Fair Value | $ 300.00 |
| RECLINERS,SYMMETRY PLUS | $ 525.00 | Fair Value | $ 525.00 |
| RECONDITIONED LIFE PAK 10P W/M | $ 450.00 | Fair Value | $ 450.00 |
| RECONDITIONED PHYSIO CONTROL L | $ 300.00 | Fair Value | $ 300.00 |
| RECONSTRUCTION JIG 65CM WIDTH | $ 350.00 | Fair Value | $ 350.00 |
| RECORDER CHART | $ 1,650.00 | Fair Value | $ 1,650.00 |
| RECORDER CHART DUAL | $ 150.00 | Fair Value | $ 150.00 |
| RECORDER M3176C INFORMATION CE | $ 1,600.00 | Fair Value | $ 1,600.00 |
| RECORDER R50-N | $ 30.00 | Fair Value | $ 30.00 |
| RECORDER RACK | $ 300.00 | Fair Value | $ 300.00 |
| RECORDER STRIP CHART | $ 300.00 | Fair Value | $ 300.00 |
| RECORDER, DVD SONY,DEMO | $ 700.00 | Fair Value | $ 700.00 |
| RECORDER,7 DAY SINGLE PEN | $ 150.00 | Fair Value | $ 150.00 |
| RECTAL & ORAL PROBE KIT FOR TH | $ 175.00 | Fair Value | $ 175.00 |
| RECTANGULAR TABLE | $ 350.00 | Fair Value | $ 350.00 |
| RECTANGULAR TABLE- LAMINATE TO | $ 20.00 | Fair Value | $ 20.00 |
| RECTANGULAR TABLE WOOD | $ 30.00 | Fair Value | $ 30.00 |
| RECTANGULAR TBL WOOD | $ 25.00 | Fair Value | $ 25.00 |
| REFRIGERATOR | $ 60.00 | Fair Value | $ 60.00 |
| REFRIGERATOR - IMMUNOLOGY LAB | $ 200.00 | Fair Value | $ 200.00 |
| Refrigerator  QT 3 | $ 25.00 | Fair Value | $ 25.00 |
| REFRIGERATOR 1 DOOR | $ 1,260.00 | Fair Value | $ 1,260.00 |
| REFRIGERATOR 1 DOOR GLASS | $ 100.00 | Fair Value | $ 100.00 |
| REFRIGERATOR 14 CF | $ 50.00 | Fair Value | $ 50.00 |
| REFRIGERATOR 15 CF | $ 65.00 | Fair Value | $ 65.00 |
| REFRIGERATOR 15CF | $ 15.00 | Fair Value | $ 15.00 |
| REFRIGERATOR 16 CF | $ 15.00 | Fair Value | $ 15.00 |
| REFRIGERATOR 16CF | $ 45.00 | Fair Value | $ 45.00 |
| REFRIGERATOR 2 DOOR | $ 100.00 | Fair Value | $ 100.00 |
| REFRIGERATOR 2 DOOR GLASS | $ 2,050.00 | Fair Value | $ 2,050.00 |
| REFRIGERATOR 3 DOOR GLASS | $ 125.00 | Fair Value | $ 125.00 |
| REFRIGERATOR 55.0  W/GLASS DOO | $ 1,075.00 | Fair Value | $ 1,075.00 |
| REFRIGERATOR BLOOD BANK | $ 1,075.00 | Fair Value | $ 1,075.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| REFRIGERATOR COMPACT | $ 1,010.00 | Fair Value | $ 1,010.00 |
| REFRIGERATOR DOMESTIC | $ 550.00 | Fair Value | $ 550.00 |
| REFRIGERATOR IB 256 | $ 9,200.00 | Fair Value | $ 9,200.00 |
| REFRIGERATOR LAB | $ 1,350.00 | Fair Value | $ 1,350.00 |
| REFRIGERATOR UNDERCOUNTER | $ 1,470.00 | Fair Value | $ 1,470.00 |
| REFRIGERATOR WALK IN | $ 225.00 | Fair Value | $ 225.00 |
| REFRIGERATOR WALK-IN | $ 150.00 | Fair Value | $ 150.00 |
| REFRIGERATOR, 18 CUBIC FT | $ 140.00 | Fair Value | $ 140.00 |
| REFRIGERATOR,18.2 CU FT,GE | $ 60.00 | Fair Value | $ 60.00 |
| REFRIGERATOR,34 X 20 X 21 | $ 40.00 | Fair Value | $ 40.00 |
| REFRIGERATOR,GE 21CU FT | $ 285.00 | Fair Value | $ 285.00 |
| REFRIGERATOR,SUMMIT | $ 90.00 | Fair Value | $ 90.00 |
| REFRIGERATOR,UNDERCOUNTER,SUMM | $ 110.00 | Fair Value | $ 110.00 |
| REFRIGERATOR/FREEZER 18 CU FT. | $ 45.00 | Fair Value | $ 45.00 |
| REFRIGERATOR/FREEZER DOMESTIC | $ 1,610.00 | Fair Value | $ 1,610.00 |
| REFRIGERATORS FOR 4TH FLR RECO | $ 150.00 | Fair Value | $ 150.00 |
| Refund - LINK TO ASSET 61251 | $ (10.00) | Fair Value | $ (10.00) |
| Refund - LINK TO ASSET 61254 | $ (10.00) | Fair Value | $ (10.00) |
| Refund - LINK TO ASSET 61256 | $ (10.00) | Fair Value | $ (10.00) |
| Refund - LINK TO ASSET 61265 | $ (10.00) | Fair Value | $ (10.00) |
| REFURBISH GE AMX IV MOBILE X-R | $ 725.00 | Fair Value | $ 725.00 |
| REGULATOR | $ 300.00 | Fair Value | $ 300.00 |
| RELOCATION OF AXIOM MULTISTAR | $ 4,225.00 | Fair Value | $ 4,225.00 |
| REMORGIDA GRASPER | $ 100.00 | Fair Value | $ 100.00 |
| REMOTE ENCODER (REFURBISHED) | $ 1,000.00 | Fair Value | $ 1,000.00 |
| REMOTE KEYPAD | $ 300.00 | Fair Value | $ 300.00 |
| REMOTE KEYPAD - MONITOR UPGRAD | $ 25.00 | Fair Value | $ 25.00 |
| REMOTE KEYPAD FOR MONITOR | $ 455.00 | Fair Value | $ 455.00 |
| REMOTE MANAGER - MED | $ 550.00 | Fair Value | $ 550.00 |
| REMOTE MANAGER - MED /INSTALLA | $ 275.00 | Fair Value | $ 275.00 |
| REMOTE SPEED POINT | $ 650.00 | Fair Value | $ 650.00 |
| REMOTE/RECORDER CABLE SET | $ - | Fair Value | $ - |
| RENAISSANCE 26 POWER-WASH | $ 1,400.00 | Fair Value | $ 1,400.00 |
| RENOVATION 205 NORTH BROAD ST/ | $ 1,800.00 | Fair Value | $ 1,800.00 |
| REPAIR MED GAS ALARM PANEL & L | $ 150.00 | Fair Value | $ 150.00 |
| REPAIR/REPLACE 4 TRICAM CAMERA | $ 2,350.00 | Fair Value | $ 2,350.00 |
| REPLACE & INSTALL CARPET FOR R | $ 225.00 | Fair Value | $ 225.00 |
| REPLACE 2400 SQ FT OF CARPET- | $ 1,700.00 | Fair Value | $ 1,700.00 |
| REPLACE REUSABLE SHEATH | $ 10.00 | Fair Value | $ 10.00 |
| REPLACEMENT PRIMARY FILTER CAR | $ 5.00 | Fair Value | $ 5.00 |
| REPLACEMENT TONER | $ 55.00 | Fair Value | $ 55.00 |
| REPLACEMENT TRANSMITTER | $ 1,375.00 | Fair Value | $ 1,375.00 |
| REPLACEM'T SEMI-AUTOMATIC GAS | $ 100.00 | Fair Value | $ 100.00 |
| RESECTION INSTRUMENT STERILIZA | $ 100.00 | Fair Value | $ 100.00 |
| RESECTOSCOPE HYSTEROSCOPIC BRI | $ 45.00 | Fair Value | $ 45.00 |
| RESECTOSCOPE ROTATING OUTER SH | $ 150.00 | Fair Value | $ 150.00 |
| RESECTOSCOPE SHEATH | $ 450.00 | Fair Value | $ 450.00 |
| RESECTOSCOPE WORKING ELEMENT | $ 150.00 | Fair Value | $ 150.00 |
| RESESCTOSCOPE SHEATH | $ 450.00 | Fair Value | $ 450.00 |
| RESIDENT'S LOUNGE FURNITURE | $ 600.00 | Fair Value | $ 600.00 |
| RESPIRATION & SWALLOW PACKAGE | $ 250.00 | Fair Value | $ 250.00 |
| RESPIRATOR | $ 200.00 | Fair Value | $ 200.00 |
| RESPIRATOR,MARK 7A | $ 700.00 | Fair Value | $ 700.00 |
| RESUSCI ANNE ACTRONIC | $ 70.00 | Fair Value | $ 70.00 |
| RESUSCI ANNE LITTLE | $ 45.00 | Fair Value | $ 45.00 |
| RESUSCI BABY | $ 350.00 | Fair Value | $ 350.00 |
| RESUSCI BABY MANIKIN | $ 250.00 | Fair Value | $ 250.00 |
| RESUSCI FULL-BODY | $ 200.00 | Fair Value | $ 200.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| RESUSCI JUNIOR | $ 130.00 | Fair Value | $ 130.00 |
| RESUSCI TORSO | $ 610.00 | Fair Value | $ 610.00 |
| RESUSCI-ANNE ADULT MANIKINS | $ 750.00 | Fair Value | $ 750.00 |
| RESUSCITAIRE | $ 5,850.00 | Fair Value | $ 5,850.00 |
| RESUSCITATOR E/ACCESSORIES | $ 3,300.00 | Fair Value | $ 3,300.00 |
| RETRACTOR | $ 250.00 | Fair Value | $ 250.00 |
| RETRACTOR BLADE HANDLE | $ 125.00 | Fair Value | $ 125.00 |
| RETRACTOR BREISKY- 150MM X 35M | $ 60.00 | Fair Value | $ 60.00 |
| RETRACTOR, 80MM ANG TRIANGULAR | $ 175.00 | Fair Value | $ 175.00 |
| RETRACTOR,CLEANVECHAL FAVALORO | $ 250.00 | Fair Value | $ 250.00 |
| RETRACTOR,HYDRA 22" IRON METER | $ 1,050.00 | Fair Value | $ 1,050.00 |
| REUSABLE 5 MM NEEDLE HOLDER | $ 140.00 | Fair Value | $ 140.00 |
| REUSABLE ACCESSOIRIES FOR DA V | $ 1,675.00 | Fair Value | $ 1,675.00 |
| REUSABLE NIBP COMFORT CUFF | $ 65.00 | Fair Value | $ 65.00 |
| REUSABLE NIBP COMFORT CUFF ASS | $ 400.00 | Fair Value | $ 400.00 |
| REVIEW/MONITORING DESKTOP | $ 1,050.00 | Fair Value | $ 1,050.00 |
| REVOLUTION MOBILE XRAY SYSTEM | $ 552,000.00 | Fair Value | $ 552,000.00 |
| REWORK STAINLESS & TROUGH FOR | $ 450.00 | Fair Value | $ 450.00 |
| RF GENERATOR - VNUS RFG PLUS | $ 2,575.00 | Fair Value | $ 2,575.00 |
| RF-IVD 2 W/ADAPTER  LESS T/I D | $ 750.00 | Fair Value | $ 750.00 |
| RHEOLYTIC THROMBECTOMY SYSTEM | $ 6,500.00 | Fair Value | $ 6,500.00 |
| RIBBON RETRACTOR MALL 17MM | $ 200.00 | Fair Value | $ 200.00 |
| RIGID ULTRASOUND RECTAL PROBE | $ 900.00 | Fair Value | $ 900.00 |
| RKVM SWITCH 4 PORT | $ 750.00 | Fair Value | $ 750.00 |
| RL-150 RHINOLARYNOGOSCOPE & SO | $ 800.00 | Fair Value | $ 800.00 |
| RMAV EQIPMENT ROOM UPS | $ 3,800.00 | Fair Value | $ 3,800.00 |
| RMOMATCS MATTRESS | $ 40.00 | Fair Value | $ 40.00 |
| RMVL & RE-INSTALLL CAGE WASHER | $ 1,125.00 | Fair Value | $ 1,125.00 |
| ROCHESTER PEAN 6 1/4* CURV (18 | $ 20.00 | Fair Value | $ 20.00 |
| ROCHESTER PEAN 6 1/4* STR.(12 | $ 15.00 | Fair Value | $ 15.00 |
| ROCHESTER-EEAN FCP. 6 1/4* | $ 55.00 | Fair Value | $ 55.00 |
| ROCHESTER-PEAN FCP. 8* | $ 45.00 | Fair Value | $ 45.00 |
| ROCKER-TRADITIONAL .CUSHION SE | $ 360.00 | Fair Value | $ 360.00 |
| ROCKER-TRADITIONAL PERINATAL | $ 1,080.00 | Fair Value | $ 1,080.00 |
| ROLL STAND AND MOUNTING PLATE | $ 350.00 | Fair Value | $ 350.00 |
| ROLL STAND FOR M1205A OR M1275 | $ 90.00 | Fair Value | $ 90.00 |
| ROLL STD F/M1205A OR M12575A I | $ 720.00 | Fair Value | $ 720.00 |
| ROLLSTAND | $ 125.00 | Fair Value | $ 125.00 |
| ROLLSTAND  SURESIGN W/MTG PLT | $ 600.00 | Fair Value | $ 600.00 |
| ROLLSTAND SURESIGN WITH MOUNTI | $ 3,600.00 | Fair Value | $ 3,600.00 |
| ROLLSTAND,SURESIGNS VS2 W/MTG | $ 25.00 | Fair Value | $ 25.00 |
| RONDO CHAIR | $ 60.00 | Fair Value | $ 60.00 |
| ROOMATES COLLECTION BUNK BEDS | $ 90.00 | Fair Value | $ 90.00 |
| ROT C/F RESECTOSCOPE INNER SHE | $ 175.00 | Fair Value | $ 175.00 |
| ROTATABLE CURVED SUCTION | $ 250.00 | Fair Value | $ 250.00 |
| ROTATING ADAPTER FOR OPTICS | $ 170.00 | Fair Value | $ 170.00 |
| ROTATING C/F OBTURATOR (43956/ | $ 70.00 | Fair Value | $ 70.00 |
| ROTATING CONT.FLOW RESECTOSCOP | $ 70.00 | Fair Value | $ 70.00 |
| ROTATING RESECTOSCOPE KIT CONT | $ 3,100.00 | Fair Value | $ 3,100.00 |
| ROTATION CONT.FLOW RESECTOSCOP | $ 190.00 | Fair Value | $ 190.00 |
| ROTATOR PLATELET | $ 650.00 | Fair Value | $ 650.00 |
| ROTOBLATOR CONSOLE | $ 975.00 | Fair Value | $ 975.00 |
| ROUND END TABLE | $ 875.00 | Fair Value | $ 875.00 |
| ROUND FOOTPEDAL F/GENERATOR | $ 750.00 | Fair Value | $ 750.00 |
| RUBBERMAID TRASH CANS (OUTDOOR | $ 100.00 | Fair Value | $ 100.00 |
| RULER,MOHR SUTURE 3-60MM,30CM | $ 200.00 | Fair Value | $ 200.00 |
| S/5 ADVANCE ANESTHESIA MACHINE | $ 5,800.00 | Fair Value | $ 5,800.00 |
| SA02 ADAPTER CABLE | $ 75.00 | Fair Value | $ 75.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SA02 ADAPTER CABLE FOR NELLCOR | $ 10.00 | Fair Value | $ 10.00 |
| SAFE FLOOR | $ 30.00 | Fair Value | $ 30.00 |
| SAGITTAL SAW | $ 650.00 | Fair Value | $ 650.00 |
| SAMSUN 50" PLASMA DISPLAY | $ 625.00 | Fair Value | $ 625.00 |
| SAMSUNG SEK-1000/ZA | $ 150.00 | Fair Value | $ 150.00 |
| SAMSUNG SERIES 5 46  LED TV | $ 170.00 | Fair Value | $ 170.00 |
| SAN AIR POST MOUNTED AIR DRYER | $ 375.00 | Fair Value | $ 375.00 |
| SAND BLASTER | $ 40.00 | Fair Value | $ 40.00 |
| SANYO PLC-XU30 LCD PROJECTOR | $ 350.00 | Fair Value | $ 350.00 |
| SATELLITE 8-SLOT MODULE RACK | $ 1,020.00 | Fair Value | $ 1,020.00 |
| SATOW R-DEAN FORCEPS (24 QTY.@ | $ 55.00 | Fair Value | $ 55.00 |
| SAW 8 IN MM | $ 15.00 | Fair Value | $ 15.00 |
| SAW BAND FOR CONTOUR CUTTING | $ 40.00 | Fair Value | $ 40.00 |
| SAW MICRO OSCILLATING | $ 1,975.00 | Fair Value | $ 1,975.00 |
| SAW MICRO RECIPROCATING | $ 1,975.00 | Fair Value | $ 1,975.00 |
| SAW MICRO SAGITAL | $ 1,975.00 | Fair Value | $ 1,975.00 |
| SAW POWER HACK | $ 35.00 | Fair Value | $ 35.00 |
| SAW,MICRO OSCILLATING | $ 450.00 | Fair Value | $ 450.00 |
| SAW,MICRO RECIPROCATING | $ 425.00 | Fair Value | $ 425.00 |
| SAW,MICRO SAGITTAL | $ 425.00 | Fair Value | $ 425.00 |
| SBC2000 AC POWER SUPPLY | $ 450.00 | Fair Value | $ 450.00 |
| SBC2000 BASE SYSTEM | $ 8,600.00 | Fair Value | $ 8,600.00 |
| SCALE | $ 170.00 | Fair Value | $ 170.00 |
| SCALE DIAPER | $ 35.00 | Fair Value | $ 35.00 |
| SCALE DIGITAL | $ 465.00 | Fair Value | $ 465.00 |
| SCALE PED / INFANT MODEL 4802D | $ 1,100.00 | Fair Value | $ 1,100.00 |
| SCALE- PHYSICIAN- W/HGT ROD- H | $ 35.00 | Fair Value | $ 35.00 |
| SCALE PLATFORM | $ 30.00 | Fair Value | $ 30.00 |
| SCALE POSTAGE | $ 50.00 | Fair Value | $ 50.00 |
| SCALE SIT DOWN | $ 50.00 | Fair Value | $ 50.00 |
| SCALE SLING | $ 250.00 | Fair Value | $ 250.00 |
| SCALE STAND ON | $ 1,020.00 | Fair Value | $ 1,020.00 |
| SCALE STAND ON PORTABLE | $ 5,325.00 | Fair Value | $ 5,325.00 |
| SCALE STAND ON-BARIATRIC MOBIL | $ 10,000.00 | Fair Value | $ 10,000.00 |
| SCALE WHEELCHAIR | $ 275.00 | Fair Value | $ 275.00 |
| SCALE, PED / INFANT | $ 225.00 | Fair Value | $ 225.00 |
| SCALE,BARIATRIC STAND-ON W/HEI | $ 400.00 | Fair Value | $ 400.00 |
| SCALE,BARIATRIC,STAND ON W/HAN | $ 400.00 | Fair Value | $ 400.00 |
| SCALE,DUAL STOW-A-WEIGH | $ 700.00 | Fair Value | $ 700.00 |
| SCALE,PEDIATRIC/INFANT  MODEL | $ 1,125.00 | Fair Value | $ 1,125.00 |
| SCALES,BARIATRIC STND ON MDL 5 | $ 4,000.00 | Fair Value | $ 4,000.00 |
| SCALPEL HARMONIC | $ 3,250.00 | Fair Value | $ 3,250.00 |
| SCANNER | $ 225.00 | Fair Value | $ 225.00 |
| SCANNER BAR CODE | $ 175.00 | Fair Value | $ 175.00 |
| SCANNER CT | $ 76,000.00 | Fair Value | $ 76,000.00 |
| SCANNER F1-6130 | $ 100.00 | Fair Value | $ 100.00 |
| SCANNER FI-6130 SHEET FED | $ 200.00 | Fair Value | $ 200.00 |
| SCANNER FI-6130Z SHEET FED | $ 900.00 | Fair Value | $ 900.00 |
| Scanner Honeywell Xenon with A | $ 375.00 | Fair Value | $ 375.00 |
| SCANNER- SCANPARTNER 15PPM | $ 75.00 | Fair Value | $ 75.00 |
| SCANNER ULTRASOUND | $ 6,500.00 | Fair Value | $ 6,500.00 |
| SCANNER WIRELESS BARCODE  MODE | $ 375.00 | Fair Value | $ 375.00 |
| SCANNER, COLOR DUPLEX WORKGROU | $ 90.00 | Fair Value | $ 90.00 |
| SCANNER, FI-6130 SHEET-FEED | $ 200.00 | Fair Value | $ 200.00 |
| SCANNER, FUJITSU 6130 | $ 300.00 | Fair Value | $ 300.00 |
| SCANNER,BLADDERSCAN BVI-3000 | $ 900.00 | Fair Value | $ 900.00 |
| SCANNER,BLOOD BANK | $ 30.00 | Fair Value | $ 30.00 |
| SCANNER,CLR DUPLEX FA-6770A | $ 975.00 | Fair Value | $ 975.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SCANNER,COLOR DUPLEX  F15900C | $ 4,650.00 | Fair Value | $ 4,650.00 |
| SCANNER,COLOR DUPLEX WORKGROUP | $ 970.00 | Fair Value | $ 970.00 |
| SCANNER,KIT 2D BARCODE SPOT LX | $ 240.00 | Fair Value | $ 240.00 |
| SCANNER,METROLOGIC | $ 260.00 | Fair Value | $ 260.00 |
| SCANNER,SHEET FEED FE6130Z | $ 1,000.00 | Fair Value | $ 1,000.00 |
| SCANNER. FR-6130Z SHEET FED SC | $ 625.00 | Fair Value | $ 625.00 |
| SCANPARTNER | $ 180.00 | Fair Value | $ 180.00 |
| SCANPARTNER FL-4120C2 ADF-SHTF | $ 180.00 | Fair Value | $ 180.00 |
| SCATTER SHIELD (DOUBLE SIDED T | $ 75.00 | Fair Value | $ 75.00 |
| SCHLEIN ULTRA SHOULDER POSITIO | $ 900.00 | Fair Value | $ 900.00 |
| SCHMEIDT EXAM INST TB & VSL | $ 210.00 | Fair Value | $ 210.00 |
| SCHMIDT FORCEPS CLOSED RING-12 | $ 30.00 | Fair Value | $ 30.00 |
| SCHMIEDT EXAM INSRT TB | $ 210.00 | Fair Value | $ 210.00 |
| SCHMIEDT EXAMINATION INSERT TU | $ 300.00 | Fair Value | $ 300.00 |
| SCHNIDT TONSIL FCP. | $ 40.00 | Fair Value | $ 40.00 |
| SCHOOL FURNITURE BASIC | $ 30.00 | Fair Value | $ 30.00 |
| SCHROEDER UTERINE DOUBLE | $ 45.00 | Fair Value | $ 45.00 |
| SCISSORS,FLX | $ 195.00 | Fair Value | $ 195.00 |
| SCOPE 30 DEGREE SCHOELY | $ 1,625.00 | Fair Value | $ 1,625.00 |
| SCOPE GASTROSCOPE | $ 5,300.00 | Fair Value | $ 5,300.00 |
| SCOPE O DEGREE SCHOELY | $ 1,625.00 | Fair Value | $ 1,625.00 |
| SCOPE,4MM 30 DEGREE EYECUP QUI | $ 225.00 | Fair Value | $ 225.00 |
| SCOPE,LEVITON FPS | $ 225.00 | Fair Value | $ 225.00 |
| SCOPE,QUICKLATCH 30 DEGREE EYE | $ 750.00 | Fair Value | $ 750.00 |
| SCOPES AND INSTRUMENTS /INVOIC | $ 2,850.00 | Fair Value | $ 2,850.00 |
| SCOTT SANDELL- *LENGTH OF THE | $ 200.00 | Fair Value | $ 200.00 |
| SCREWDRIVER | $ 35.00 | Fair Value | $ 35.00 |
| SCRUBBER FLOOR | $ 585.00 | Fair Value | $ 585.00 |
| SCUBA SET | $ 120.00 | Fair Value | $ 120.00 |
| SCUSON SEQUOIA SYSTEM TO INCLU | $ 18,125.00 | Fair Value | $ 18,125.00 |
| SEALER DIELECTRIC | $ 25.00 | Fair Value | $ 25.00 |
| SEALER HEAT | $ 100.00 | Fair Value | $ 100.00 |
| SEALER,TUBE MINI | $ 450.00 | Fair Value | $ 450.00 |
| SEAT BEAM-UNION SERIES- 2 SEAT | $ 35.00 | Fair Value | $ 35.00 |
| SEAT,CURIE SERIES LOVE | $ 665.00 | Fair Value | $ 665.00 |
| SEAT,CURRIE SERIES SINGLE | $ 240.00 | Fair Value | $ 240.00 |
| SEATING UNIT 2 POSITION W/2 TB | $ 30.00 | Fair Value | $ 30.00 |
| SEATING UNIT 3 PLACE | $ 25.00 | Fair Value | $ 25.00 |
| SEATING UNIT 3 POSITION VINYL | $ 50.00 | Fair Value | $ 50.00 |
| SEATING UNIT 3 SEAT 1 TABLE WD | $ 25.00 | Fair Value | $ 25.00 |
| SEATING UNIT 4 PLACE | $ 35.00 | Fair Value | $ 35.00 |
| SEATING UNIT 4 POSITION | $ 105.00 | Fair Value | $ 105.00 |
| SEATING UNIT 4 SEAT | $ 35.00 | Fair Value | $ 35.00 |
| SEATING UNIT 4 SEAT 1 TABLE WD | $ 90.00 | Fair Value | $ 90.00 |
| SEATING UNIT 5 SEAT 1 TABLE WD | $ 50.00 | Fair Value | $ 50.00 |
| SEATING UNIT 6 POSITION | $ 50.00 | Fair Value | $ 50.00 |
| SEATING UNIT 7 SEAT 2 TABLE WD | $ 80.00 | Fair Value | $ 80.00 |
| SEATING UNIT VINYL & PVC TUBE | $ 145.00 | Fair Value | $ 145.00 |
| SEATING UNIT VINYL UPH 2 POS | $ 15.00 | Fair Value | $ 15.00 |
| SEATING,24/7  CHAIR W/O ARMS | $ 330.00 | Fair Value | $ 330.00 |
| SEATING,CHAIR DSK | $ 65.00 | Fair Value | $ 65.00 |
| SEATING,CHAIR,DSK | $ 65.00 | Fair Value | $ 65.00 |
| SEAT-UNION SERIES 3 SEAT BEAM | $ 100.00 | Fair Value | $ 100.00 |
| SECOND RM INSTALLATION KIT/LAB | $ 300.00 | Fair Value | $ 300.00 |
| SECRETARY,TRSANSPT,SCHEDULER | $ 190.00 | Fair Value | $ 190.00 |
| SECURITY HEAD ASSEMBLY W/ BATT | $ 200.00 | Fair Value | $ 200.00 |
| SECURITY SYS MONITORING | $ 225.00 | Fair Value | $ 225.00 |
| SELECTRO 24KHZ HANDPIECE W/ULT | $ 1,025.00 | Fair Value | $ 1,025.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SELENIA DIMENSIONS 2D SYSTEM | $ 54,000.00 | Fair Value | $ 54,000.00 |
| SELF-RETAINING RETR- 3/4- BLUN | $ 475.00 | Fair Value | $ 475.00 |
| SENSITOMETER | $ 90.00 | Fair Value | $ 90.00 |
| SENSORMCO2 MAINSTREAM    MS-1 | $ 1,225.00 | Fair Value | $ 1,225.00 |
| SEQUOIA C-512 CARDIO VASCULAR | $ 14,200.00 | Fair Value | $ 14,200.00 |
| SERIAL CONVERSION BOX | $ 10.00 | Fair Value | $ 10.00 |
| SERIES 56 RECLINER | $ 1,575.00 | Fair Value | $ 1,575.00 |
| SERIES 59 RECLINER | $ 525.00 | Fair Value | $ 525.00 |
| SEROSPIN PACKAGE INCL: EBA21 C | $ 250.00 | Fair Value | $ 250.00 |
| SERVER | $ 1,525.00 | Fair Value | $ 1,525.00 |
| SERVER CENTRAL MONITOR | $ 6,500.00 | Fair Value | $ 6,500.00 |
| SERVER FOR 15TH NT AND 19TH NT | $ 1,050.00 | Fair Value | $ 1,050.00 |
| SERVER HEMODYNAMIC MEASUREMENT | $ 250.00 | Fair Value | $ 250.00 |
| SERVER IMAGE VIEWING | $ 19,100.00 | Fair Value | $ 19,100.00 |
| SERVER INTELLIVUE MULTI  MEASU | $ 2,200.00 | Fair Value | $ 2,200.00 |
| SERVER INTELLIVUE MUTI MEASURE | $ 15,750.00 | Fair Value | $ 15,750.00 |
| SERVER TELEMETRY | $ 7,100.00 | Fair Value | $ 7,100.00 |
| SERVER TERMINAL | $ 95.00 | Fair Value | $ 95.00 |
| SERVER, INTELLIVUE MULTI MEASU | $ 1,675.00 | Fair Value | $ 1,675.00 |
| SERVER, INTELLIVUE MUTIO MEASU | $ 5,025.00 | Fair Value | $ 5,025.00 |
| SERVER,DUAL COR XEON PROCESSOR | $ 600.00 | Fair Value | $ 600.00 |
| SERVER,FLEXIBLE MODULE | $ 2,500.00 | Fair Value | $ 2,500.00 |
| SERVER,HEMODYNAMIC MEASUREMENT | $ 4,000.00 | Fair Value | $ 4,000.00 |
| SERVER,INTELLIVUE MULTI  SYSTE | $ 32,175.00 | Fair Value | $ 32,175.00 |
| SERVING/INSTRUMENT TRAY | $ 85.00 | Fair Value | $ 85.00 |
| SETEE,SOURCE STAXX | $ 100.00 | Fair Value | $ 100.00 |
| SETTEE 2 SEAT | $ 1,750.00 | Fair Value | $ 1,750.00 |
| SETTEE 2 SEAT LEATHER | $ 140.00 | Fair Value | $ 140.00 |
| SETTEE 2 SEAT MAHOG & FAB | $ 140.00 | Fair Value | $ 140.00 |
| SETTEE 2 SEAT WITH 2 TABLES | $ 250.00 | Fair Value | $ 250.00 |
| SETTEE 3 SEAT | $ 6,900.00 | Fair Value | $ 6,900.00 |
| SETTEE 3 SEAT 1 TABLE WOOD | $ 250.00 | Fair Value | $ 250.00 |
| SETTEE 3 SEAT LEATHER | $ 250.00 | Fair Value | $ 250.00 |
| SETTEE 3 SEAT METAL | $ 200.00 | Fair Value | $ 200.00 |
| SETTEE 3 SEAT WOOD | $ 1,500.00 | Fair Value | $ 1,500.00 |
| SETTEE 4 SEAT | $ 600.00 | Fair Value | $ 600.00 |
| SETTEE 4 SEAT METAL | $ 200.00 | Fair Value | $ 200.00 |
| SETTEE 4 SEAT WOOD | $ 750.00 | Fair Value | $ 750.00 |
| SETTEE 5 SEAT | $ 150.00 | Fair Value | $ 150.00 |
| SETTEE 5 SEAT 1 TABLE WOOD | $ 725.00 | Fair Value | $ 725.00 |
| SETTEE 5 SEAT WOOD | $ 150.00 | Fair Value | $ 150.00 |
| SETTEE 6 SEAT | $ 200.00 | Fair Value | $ 200.00 |
| SETTEE VINYL 4 PVC TUBE 6 ST | $ 50.00 | Fair Value | $ 50.00 |
| SETTEE VINYL PVC TUBE 3 ST | $ 75.00 | Fair Value | $ 75.00 |
| SETTEE VINYL PVC TUBE 6 ST | $ 100.00 | Fair Value | $ 100.00 |
| SETTEE, TWO SNGL W/SETTEE ATTA | $ 225.00 | Fair Value | $ 225.00 |
| SETTEE,3 SNGL W/SET ATT /WAITI | $ 275.00 | Fair Value | $ 275.00 |
| SETTEE,SINGLE W/SETTEE ATTACHE | $ 175.00 | Fair Value | $ 175.00 |
| SETTEE,SOURCE STAXX BARIATRIC | $ 50.00 | Fair Value | $ 50.00 |
| SETTEE-WHITEHALL | $ 130.00 | Fair Value | $ 130.00 |
| SETTES | $ 1,350.00 | Fair Value | $ 1,350.00 |
| SEWER SNAKE | $ 175.00 | Fair Value | $ 175.00 |
| SHARP CURETTES (SET OF 6) | $ 125.00 | Fair Value | $ 125.00 |
| SHARP METZ SCISSOR 9* | $ 35.00 | Fair Value | $ 35.00 |
| SHARP MICROWAVE OVEN | $ 40.00 | Fair Value | $ 40.00 |
| SHARPENER | $ 35.00 | Fair Value | $ 35.00 |
| SHEATH/OBTURATOR | $ 1,175.00 | Fair Value | $ 1,175.00 |
| SHELF - STERILIZER ACCESSORY | $ 30.00 | Fair Value | $ 30.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SHELF ARM W/GAS OUTLETS | $ 375.00 | Fair Value | $ 375.00 |
| SHELF FOR CRT | $ 10.00 | Fair Value | $ 10.00 |
| SHELF RACK | $ 60.00 | Fair Value | $ 60.00 |
| SHELF RACKS 36* IN LENGTH | $ 20.00 | Fair Value | $ 20.00 |
| SHELF STORAGE CABINET | $ 200.00 | Fair Value | $ 200.00 |
| SHELF SYS MOVEABLE MANUAL 4 36 | $ 300.00 | Fair Value | $ 300.00 |
| SHELF-EXTRA ADJUSTABLE | $ 105.00 | Fair Value | $ 105.00 |
| SHELL REMOVAL SET SMALL | $ 2,175.00 | Fair Value | $ 2,175.00 |
| SHELLDESK RECT 20X36 | $ 50.00 | Fair Value | $ 50.00 |
| SHELLDESK RECT 20X96 | $ 55.00 | Fair Value | $ 55.00 |
| SHELLDESK RECT 24X54 | $ 150.00 | Fair Value | $ 150.00 |
| SHELLDESK RECT 24X72 | $ 75.00 | Fair Value | $ 75.00 |
| SHELVING RECORD 50 2 FACED 36 | $ 1,225.00 | Fair Value | $ 1,225.00 |
| SHELVING SYSTEM METAL ROTATABL | $ 225.00 | Fair Value | $ 225.00 |
| SHELVING W/4 PULL OUT REF DRAW | $ 500.00 | Fair Value | $ 500.00 |
| SHERLOCK TIP LOCATION SYS | $ 225.00 | Fair Value | $ 225.00 |
| SHIELD LEAD | $ 165.00 | Fair Value | $ 165.00 |
| SHIELD X-RAY | $ 165.00 | Fair Value | $ 165.00 |
| SHIELD X-RAY 42X72 HALF LUCITE | $ 165.00 | Fair Value | $ 165.00 |
| SHIELDED 3-LEAD SET- SNAPS-SAF | $ 5.00 | Fair Value | $ 5.00 |
| SHIELDED 5-LEAD SET | $ 5,660.00 | Fair Value | $ 5,660.00 |
| SHIKANI OPTICAL STYLET  W/CAR | $ 275.00 | Fair Value | $ 275.00 |
| SHIPPING & HANDLING | $ 10.00 | Fair Value | $ 10.00 |
| SHIPPING TAX ON PARAFIN DISP. | $ 5.00 | Fair Value | $ 5.00 |
| SHOULDER POSITIONER FOR 3 OR | $ 475.00 | Fair Value | $ 475.00 |
| SHOWER CHAIR H.D. 5* CASTERS | $ 40.00 | Fair Value | $ 40.00 |
| SHREDDER PAPER LARGE | $ 65.00 | Fair Value | $ 65.00 |
| SIDE ARM CHAIRS (BLUESTONE) | $ 95.00 | Fair Value | $ 95.00 |
| SIDE CHAIR | $ 95.00 | Fair Value | $ 95.00 |
| SIDE CHAIR W/ARMS | $ 580.00 | Fair Value | $ 580.00 |
| SIDE CHAIRS | $ 125.00 | Fair Value | $ 125.00 |
| SIDE STACKERS- VINYL | $ 160.00 | Fair Value | $ 160.00 |
| SIDE STACKERS-VINYL | $ 120.00 | Fair Value | $ 120.00 |
| SIDE, ARMLESS CHAIRS | $ 150.00 | Fair Value | $ 150.00 |
| SIDEWALL PANEL KIT | $ 15.00 | Fair Value | $ 15.00 |
| SIEMENS HARDWARE FOR CATH LAB | $ 75.00 | Fair Value | $ 75.00 |
| SIEMENS MEDICAL SYS INV# 90228 | $ 850.00 | Fair Value | $ 850.00 |
| SIEMENS PRIMUS LINEAR ACCELERA | $ 45,100.00 | Fair Value | $ 45,100.00 |
| SIERRA WOOD TABLE LAMP W/TRILA | $ 240.00 | Fair Value | $ 240.00 |
| SILVER HANDLE | $ 90.00 | Fair Value | $ 90.00 |
| SIMPLEX L1000 W/BEST KEY OVERR | $ 85.00 | Fair Value | $ 85.00 |
| SIMS VAGINAL RETRACTOR | $ 35.00 | Fair Value | $ 35.00 |
| SIMULATOR | $ 250.00 | Fair Value | $ 250.00 |
| SIMULATOR,LIGHTSPEED RT 16 SYS | $ 84,900.00 | Fair Value | $ 84,900.00 |
| SIMULATOR,PROBE T1500 | $ 60.00 | Fair Value | $ 60.00 |
| SIMULATOR,PROSIM SPOT,SPOT2 | $ 400.00 | Fair Value | $ 400.00 |
| SINGLE BULB HOLDER FOR PRX 400 | $ 10.00 | Fair Value | $ 10.00 |
| SINGLE CHAMBER TEMP PACEMAKER | $ 350.00 | Fair Value | $ 350.00 |
| SINGLE CHANNEL PULSE PACEMAKER | $ 350.00 | Fair Value | $ 350.00 |
| SINGLE DIMMER CONTROL FOR PRX | $ 120.00 | Fair Value | $ 120.00 |
| SINGLE OCCUPANCY- 1 POSTER PER | $ 400.00 | Fair Value | $ 400.00 |
| SINGLE PEDESTAL DESK | $ 45.00 | Fair Value | $ 45.00 |
| SINGLE PIECE EYE ADAPTER 1.0X | $ 125.00 | Fair Value | $ 125.00 |
| SINGLE TOOTH TENACULUM | $ 65.00 | Fair Value | $ 65.00 |
| SINGLE VIEW BOX | $ 120.00 | Fair Value | $ 120.00 |
| SINK S/S W CONVEYOR | $ 150.00 | Fair Value | $ 150.00 |
| SINK SCRUB S/S | $ 325.00 | Fair Value | $ 325.00 |
| SINK STATION | $ 100.00 | Fair Value | $ 100.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SIRIUS PID DETECTOR W/TEST SYS | $ 525.00 | Fair Value | $ 525.00 |
| SITE RITE IV SYSTEM W/9.0 $ 7. | $ 1,625.00 | Fair Value | $ 1,625.00 |
| SITE RITE ULTRASOUND SYSTEM | $ 3,250.00 | Fair Value | $ 3,250.00 |
| SITE RITE V ULTRSOUND SYSTEM | $ 1,800.00 | Fair Value | $ 1,800.00 |
| SITE RITE VI | $ 3,300.00 | Fair Value | $ 3,300.00 |
| SITE RITE VI ONE PROBE ULTRASO | $ 1,575.00 | Fair Value | $ 1,575.00 |
| SITE-RITE 6 ONE PROBE ULTRASOU | $ 9,625.00 | Fair Value | $ 9,625.00 |
| SIX ANTENNA SYSTEM | $ 525.00 | Fair Value | $ 525.00 |
| SIX DRAWER, 30"ELECTRONIC LOCK | $ 1,800.00 | Fair Value | $ 1,800.00 |
| SKELETON | $ 100.00 | Fair Value | $ 100.00 |
| SKYE WEB BACK PLAT  (JOE'S OF | $ 75.00 | Fair Value | $ 75.00 |
| SKYR WEB BACK W/HEADREST ROOM | $ 160.00 | Fair Value | $ 160.00 |
| SLED BASE SIDE CHAIR | $ 480.00 | Fair Value | $ 480.00 |
| SLEEVE FOR 305542 EYEPIECE | $ 5.00 | Fair Value | $ 5.00 |
| SLICER MEAT | $ 80.00 | Fair Value | $ 80.00 |
| SLINGSCALE | $ 4,250.00 | Fair Value | $ 4,250.00 |
| SLIT LAMP | $ 225.00 | Fair Value | $ 225.00 |
| SLUMBER CHAIR (FULLY UPHOLSTER | $ 250.00 | Fair Value | $ 250.00 |
| SLUSH MACHINE | $ 2,425.00 | Fair Value | $ 2,425.00 |
| SM CLIP APPLIER | $ 500.00 | Fair Value | $ 500.00 |
| SMART BOARD X885 W/UX60 PROJ & | $ 625.00 | Fair Value | $ 625.00 |
| SMART UPS 2200 VA USB AND SERI | $ 250.00 | Fair Value | $ 250.00 |
| SMART UPS 3000VA US & SERIAL/W | $ 325.00 | Fair Value | $ 325.00 |
| SMART UPS X 30000VA RT 127V LC | $ 1,200.00 | Fair Value | $ 1,200.00 |
| SMART VAC SMOKE EVACUATION SYS | $ 750.00 | Fair Value | $ 750.00 |
| SMARTCART- F/VIDEO | $ 350.00 | Fair Value | $ 350.00 |
| SMARTKART FOR VIDEO WITH MONIT | $ 325.00 | Fair Value | $ 325.00 |
| SMARTLIFE LARGE BATTERY | $ 870.00 | Fair Value | $ 870.00 |
| SMART-UPS RM 3000VA RACKMOUNT | $ 150.00 | Fair Value | $ 150.00 |
| SMOKE FILTRATION SYSTEM | $ 125.00 | Fair Value | $ 125.00 |
| SMS 1.5T SYMPHONY | $ 5,100.00 | Fair Value | $ 5,100.00 |
| SNGL ARMCHAIR | $ 70.00 | Fair Value | $ 70.00 |
| SO1 INTELLIVUE ECG SYSTEM | $ 28,000.00 | Fair Value | $ 28,000.00 |
| SO1 INTELLIVUE TRX ECG W/ACCES | $ 14,100.00 | Fair Value | $ 14,100.00 |
| SOFA | $ 25.00 | Fair Value | $ 25.00 |
| SOFA 2 SEAT | $ 45.00 | Fair Value | $ 45.00 |
| SOFA 3 SEAT | $ 600.00 | Fair Value | $ 600.00 |
| SOFA 3 SEAT FABRIC | $ 25.00 | Fair Value | $ 25.00 |
| SOFA BED | $ 25.00 | Fair Value | $ 25.00 |
| SOFA FAB UPH | $ 50.00 | Fair Value | $ 50.00 |
| SOFA FAB UPH OAK FRAME | $ 25.00 | Fair Value | $ 25.00 |
| SOFA LEATHER 3 SEAT | $ 25.00 | Fair Value | $ 25.00 |
| SOFA LEATHER 3 SEATER | $ 25.00 | Fair Value | $ 25.00 |
| SOFA NAUGAHYDE | $ 25.00 | Fair Value | $ 25.00 |
| SOFA OAK & VINYL 3 SEAT | $ 25.00 | Fair Value | $ 25.00 |
| SOFA TABLE | $ 55.00 | Fair Value | $ 55.00 |
| SOFA VINYL UPH | $ 50.00 | Fair Value | $ 50.00 |
| SOFAS 3 SEAT FAB UPH | $ 50.00 | Fair Value | $ 50.00 |
| SOFT CARE PAD SET | $ 350.00 | Fair Value | $ 350.00 |
| SOFT CASE FOR PROJECTOR | $ 10.00 | Fair Value | $ 10.00 |
| SOLACE -  CUBICLE CURTAIN FABR | $ 925.00 | Fair Value | $ 925.00 |
| SOLAR 8000 WITH 7020 SOFTWARE | $ 90.00 | Fair Value | $ 90.00 |
| SOLARIS 8 OPERATING SYSTEM UPG | $ 1,750.00 | Fair Value | $ 1,750.00 |
| SOLID GALV SHELF | $ 300.00 | Fair Value | $ 300.00 |
| SONIC CLEANER SINGLE | $ 300.00 | Fair Value | $ 300.00 |
| SONOGRAPHER WORKSTATION | $ 9,400.00 | Fair Value | $ 9,400.00 |
| SONORA SIDE CHAIR MOMENTUM ARI | $ 360.00 | Fair Value | $ 360.00 |
| SONORA SIDE CHAIR: FAB. MAHARE | $ 300.00 | Fair Value | $ 300.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SONOSITE EDGE L14000 | $ 19,200.00 | Fair Value | $ 19,200.00 |
| SONOSITE EDGE ULTRASOUND SYSTE | $ 14,300.00 | Fair Value | $ 14,300.00 |
| SONOSITE TITAN HIGH RES.ULTRAS | $ 3,675.00 | Fair Value | $ 3,675.00 |
| SONY 14" COLOR MONITOR | $ 45.00 | Fair Value | $ 45.00 |
| SONY 19" VIDEO MONITOR | $ 150.00 | Fair Value | $ 150.00 |
| SONY 6X/4X/4X EXT. USB CD-RW | $ 30.00 | Fair Value | $ 30.00 |
| SONY B/W PRINTER 897UPD FLEX F | $ 375.00 | Fair Value | $ 375.00 |
| SONY CABLE FOR DXC-C33 CAMERA | $ 85.00 | Fair Value | $ 85.00 |
| SONY S-4P S-VIDEO CONNECTING C | $ 5.00 | Fair Value | $ 5.00 |
| SOUND SYSTEM | $ 575.00 | Fair Value | $ 575.00 |
| SOURCE (0.9MM X 4.5MM)- 10 CI | $ 4,050.00 | Fair Value | $ 4,050.00 |
| SOURCE POSITION SIMULATOR | $ 150.00 | Fair Value | $ 150.00 |
| SOURCE SEATING CHAIRS,STAXXCLA | $ 775.00 | Fair Value | $ 775.00 |
| SOURCE,LIGHT 300 WARR UNIVERSA | $ 400.00 | Fair Value | $ 400.00 |
| SOURCE,LIGHT 300 WATT XENON | $ 725.00 | Fair Value | $ 725.00 |
| SOURCE,LIGHT EVIS EXERA II HIG | $ 1,150.00 | Fair Value | $ 1,150.00 |
| SP02 8-PIN D-SUB ADAPTER | $ 150.00 | Fair Value | $ 150.00 |
| SP02 SENSOR EXT. CABLE | $ 20.00 | Fair Value | $ 20.00 |
| SPATULA SOFT 6MM. 4MM 2MM TAPE | $ 300.00 | Fair Value | $ 300.00 |
| SPECIMEN HOLDER-BARREL 1-1/4X6 | $ 60.00 | Fair Value | $ 60.00 |
| SPECTRANETICS EXCIMER LASER SY | $ 12,700.00 | Fair Value | $ 12,700.00 |
| SPHYGMOMANOTER, ANEROID | $ 45.00 | Fair Value | $ 45.00 |
| SPHYGOMAMOMETER ANERIOD WALL M | $ 35.00 | Fair Value | $ 35.00 |
| SPINAL NEEDLE | $ 55.00 | Fair Value | $ 55.00 |
| SPINE | $ 30.00 | Fair Value | $ 30.00 |
| SPINE STAND | $ 10.00 | Fair Value | $ 10.00 |
| SPLINT- BRADY/THOMPSON RADIOLU | $ 95.00 | Fair Value | $ 95.00 |
| SPO2 CABLE ADAPTER (4 @ 145.60 | $ 70.00 | Fair Value | $ 70.00 |
| SPO2RT ACCESSORIES | $ 1,025.00 | Fair Value | $ 1,025.00 |
| SPOTCHECK POS SYSTEM | $ 70.00 | Fair Value | $ 70.00 |
| SPOTCHECK POS TERMINAL | $ 110.00 | Fair Value | $ 110.00 |
| SPR CONTROL UNIT | $ 1,625.00 | Fair Value | $ 1,625.00 |
| SPR+ CONTROL UNIE (DEMO UNITS) | $ 750.00 | Fair Value | $ 750.00 |
| SPRAYER-PAINT TILTON HVLP TS-5 | $ 125.00 | Fair Value | $ 125.00 |
| SPYGLASS DIRECT VISUALIZATION | $ 1,725.00 | Fair Value | $ 1,725.00 |
| SQUARE COFFEE TABLE | $ 450.00 | Fair Value | $ 450.00 |
| SQUARE TABLE 24D X 24W X 20H | $ 75.00 | Fair Value | $ 75.00 |
| SQUARE TOP ,LANTRY OAK ,BLACK | $ 70.00 | Fair Value | $ 70.00 |
| SR6 STANDARD STAND | $ 1,250.00 | Fair Value | $ 1,250.00 |
| ST | $ 5.00 | Fair Value | $ 5.00 |
| STABILIZER FEET, 9000 | $ 10.00 | Fair Value | $ 10.00 |
| STAINER SLIDE | $ 2,200.00 | Fair Value | $ 2,200.00 |
| STAIR EXERCISE UNIT PORT WD 5 | $ 25.00 | Fair Value | $ 25.00 |
| STAIRS PT WOOD | $ 65.00 | Fair Value | $ 65.00 |
| STAIRWAY 3 TREAD | $ 25.00 | Fair Value | $ 25.00 |
| STAND  FOR MONITOR | $ 75.00 | Fair Value | $ 75.00 |
| STAND ALONE END TABLE | $ 45.00 | Fair Value | $ 45.00 |
| STAND COMPUTER MAHOGANY | $ 40.00 | Fair Value | $ 40.00 |
| STAND FLOOR LTV | $ 1,500.00 | Fair Value | $ 1,500.00 |
| STAND INST 36 IN 4 DWR | $ 25.00 | Fair Value | $ 25.00 |
| STAND OMNI TRANSPORT | $ 1,550.00 | Fair Value | $ 1,550.00 |
| STAND OPTHALMALOGY EQ | $ 125.00 | Fair Value | $ 125.00 |
| STAND POLE ROLLING W/BASKET | $ 55.00 | Fair Value | $ 55.00 |
| STAND, IV, TWO HOOK, FIVE LEG | $ 125.00 | Fair Value | $ 125.00 |
| STAND,CRT MONITOR  F/DELL LATI | $ 10.00 | Fair Value | $ 10.00 |
| STAND,GCX STD ROLL  W/BATTERY | $ 450.00 | Fair Value | $ 450.00 |
| STAND,MAYO | $ 120.00 | Fair Value | $ 120.00 |
| STAND,MOBILE | $ 60.00 | Fair Value | $ 60.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| STAND,MOBILE W/BASKET | $ 360.00 | Fair Value | $ 360.00 |
| STAND,PRINTER W/WHEELS | $ 175.00 | Fair Value | $ 175.00 |
| STAND,STELLA ASSIST ELECTRIC L | $ 325.00 | Fair Value | $ 325.00 |
| STAND/MOBILE W/BASKET | $ 90.00 | Fair Value | $ 90.00 |
| STANDARD CRILE FORCEPS 5 1/2 C | $ 50.00 | Fair Value | $ 50.00 |
| STANDARD DESK TELEPHONE | $ 85.00 | Fair Value | $ 85.00 |
| STANDARD DESKTOP 960 | $ 200.00 | Fair Value | $ 200.00 |
| STANDARD FOOTSWITCH - 4 N MONI | $ 85.00 | Fair Value | $ 85.00 |
| STANDARD HARD PADDLES - LP12 | $ 165.00 | Fair Value | $ 165.00 |
| STANDARD HARD PADDLES-LP12 | $ 95.00 | Fair Value | $ 95.00 |
| STANDARD OSCHNER FORCEPS (24 Q | $ 55.00 | Fair Value | $ 55.00 |
| STAND-ON SCALE COMPLETE WITH H | $ 300.00 | Fair Value | $ 300.00 |
| START 4 INSTRUMENT PACKAGE | $ 550.00 | Fair Value | $ 550.00 |
| STATION , INTERCOM BASE | $ 100.00 | Fair Value | $ 100.00 |
| STATION, FACILITY MGMT W/ PC & | $ 1,450.00 | Fair Value | $ 1,450.00 |
| STATION, PAY MINI(W/2 NOTE BIL | $ 8,450.00 | Fair Value | $ 8,450.00 |
| STATION,ENTRANCE | $ 4,200.00 | Fair Value | $ 4,200.00 |
| STAXX CHAIR | $ 280.00 | Fair Value | $ 280.00 |
| STD DESKTOP 960 | $ 190.00 | Fair Value | $ 190.00 |
| STEALTH INSERT | $ 50.00 | Fair Value | $ 50.00 |
| STEAMER | $ 775.00 | Fair Value | $ 775.00 |
| STEAMER 3 COMPT | $ 175.00 | Fair Value | $ 175.00 |
| STEEL BUCKET | $ 10.00 | Fair Value | $ 10.00 |
| steel Tables  QT 4 | $ 50.00 | Fair Value | $ 50.00 |
| STEERED FOR SMALL VESSELS - BR | $ 1,075.00 | Fair Value | $ 1,075.00 |
| STEERED LINEAR FOR SMALL VESSE | $ 1,575.00 | Fair Value | $ 1,575.00 |
| STEERED LINEAR PROBE | $ 775.00 | Fair Value | $ 775.00 |
| STEIBER RIB GRIP KIT | $ 2,150.00 | Fair Value | $ 2,150.00 |
| STELLANT & SPECTRIS INJECTOR S | $ 9,300.00 | Fair Value | $ 9,300.00 |
| STELLANT DUAL FLOW | $ 350.00 | Fair Value | $ 350.00 |
| STEREO OBSERVATION TUBE | $ 475.00 | Fair Value | $ 475.00 |
| STEREOTACTIC HARDWARE UPGRADE | $ 3,500.00 | Fair Value | $ 3,500.00 |
| STERILIZATIOBN TRAY | $ 50.00 | Fair Value | $ 50.00 |
| STERILIZATION TRAY FOR ARC AND | $ 70.00 | Fair Value | $ 70.00 |
| STERILIZATION TRAY,KEYMED AUTO | $ 125.00 | Fair Value | $ 125.00 |
| STERILIZER 733HC-E | $ 54,000.00 | Fair Value | $ 54,000.00 |
| STERILIZER GAS | $ 200.00 | Fair Value | $ 200.00 |
| STERILIZER HYDROGEN PEROXIDE | $ 15,050.00 | Fair Value | $ 15,050.00 |
| STERILIZER VACAMATIC | $ 30,000.00 | Fair Value | $ 30,000.00 |
| STERILIZER, M11 ULTRACLAVE AUT | $ 300.00 | Fair Value | $ 300.00 |
| STERILIZER,M11 ULTRACLAVE AUTO | $ 800.00 | Fair Value | $ 800.00 |
| STERILIZER/WASHER | $ 3,925.00 | Fair Value | $ 3,925.00 |
| STERLIZATION,STERRAD NX SYSTEM | $ 5,100.00 | Fair Value | $ 5,100.00 |
| STERNAL SAW | $ 350.00 | Fair Value | $ 350.00 |
| STERRAD ENDOSCOPE INSTRUMENT T | $ 100.00 | Fair Value | $ 100.00 |
| STERRAD INSTRUMENT TRAY SYSTEM | $ 180.00 | Fair Value | $ 180.00 |
| STERRAD INSTRUMENT TRAY WITH L | $ 160.00 | Fair Value | $ 160.00 |
| STERRAD PROCEDURE TRAY (12 X 8 | $ 180.00 | Fair Value | $ 180.00 |
| STEVEN TENOTOMY SCISSORS | $ 15.00 | Fair Value | $ 15.00 |
| STIMULATOR FACIAL NERVE | $ 40.00 | Fair Value | $ 40.00 |
| STIMULATOR LED PHOTIC | $ 1,425.00 | Fair Value | $ 1,425.00 |
| STIMULATOR VISUAL | $ 275.00 | Fair Value | $ 275.00 |
| STIMULATOR,NERVE   HNS-12 | $ 90.00 | Fair Value | $ 90.00 |
| STIMULATOR,PROSIM 4 VITAL SIGN | $ 625.00 | Fair Value | $ 625.00 |
| STIRRUPS W/LIFT ASSIST | $ 1,975.00 | Fair Value | $ 1,975.00 |
| STIRRUPS,POWER LIFT (SET) | $ 1,200.00 | Fair Value | $ 1,200.00 |
| STIRRUPS.PADDED THIGH /CALF | $ 225.00 | Fair Value | $ 225.00 |
| STOOL - EXAM | $ 80.00 | Fair Value | $ 80.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| STOOL (MIDNIGHT) | $ 60.00 | Fair Value | $ 60.00 |
| STOOL PHYSICIANS | $ 20.00 | Fair Value | $ 20.00 |
| STOOL, FOOT W/HANDLE, CHROME | $ 100.00 | Fair Value | $ 100.00 |
| STOOL,PNEUMATIC EXAM  407126 | $ 80.00 | Fair Value | $ 80.00 |
| STOOL,PRESTO W/ADJ ARMS,FABRIC | $ 110.00 | Fair Value | $ 110.00 |
| STOOL,STEP W/HANDRAILS | $ 30.00 | Fair Value | $ 30.00 |
| STOOL-MEDICAL   ROOM 218 | $ 25.00 | Fair Value | $ 25.00 |
| STORAGE BINS | $ 100.00 | Fair Value | $ 100.00 |
| STORAGE CABINET | $ 350.00 | Fair Value | $ 350.00 |
| STORAGE COMPARTMENT-LG SWIVL T | $ 25.00 | Fair Value | $ 25.00 |
| STORAGE DRAWER (LARGE) | $ 15.00 | Fair Value | $ 15.00 |
| STRECHERS,30" 5TH WHEEL | $ 1,050.00 | Fair Value | $ 1,050.00 |
| STRESS TEST SYSTEM | $ 1,875.00 | Fair Value | $ 1,875.00 |
| STRETCH,TRAUMA | $ 1,100.00 | Fair Value | $ 1,100.00 |
| STRETCHER | $ 1,275.00 | Fair Value | $ 1,275.00 |
| STRETCHER CHAIR | $ 650.00 | Fair Value | $ 650.00 |
| STRETCHER HYDRAULIC | $ 13,625.00 | Fair Value | $ 13,625.00 |
| STRETCHER OB/GYN  P8050 | $ 3,325.00 | Fair Value | $ 3,325.00 |
| STRETCHER PRIME WITH 5TH WHEEL | $ 4,750.00 | Fair Value | $ 4,750.00 |
| STRETCHER PROCEDURAL P98000 | $ 3,375.00 | Fair Value | $ 3,375.00 |
| STRETCHER TRAUMA P8040 | $ 900.00 | Fair Value | $ 900.00 |
| STRETCHER WHEELED | $ 900.00 | Fair Value | $ 900.00 |
| STRETCHER WHEELED AUTOPSY | $ 45.00 | Fair Value | $ 45.00 |
| STRETCHER, ADVANTAGE 1001 | $ 650.00 | Fair Value | $ 650.00 |
| STRETCHER, TRANSPORT | $ 325.00 | Fair Value | $ 325.00 |
| STRETCHER,26" 5TH WHEEL | $ 525.00 | Fair Value | $ 525.00 |
| STRETCHER,30" QTY OF 10 PLS SE | $ 3,250.00 | Fair Value | $ 3,250.00 |
| STRETCHER,5TH WHEEL MBILITY SO | $ 2,600.00 | Fair Value | $ 2,600.00 |
| STRETCHER,5TH WHEEL MOBILITY S | $ 4,200.00 | Fair Value | $ 4,200.00 |
| STRETCHER,GENDRON BARIATRIC TR | $ 500.00 | Fair Value | $ 500.00 |
| STRETCHER,GYNNIE OB/GYN TRIAL | $ 475.00 | Fair Value | $ 475.00 |
| STRETCHER,M SERIES | $ 500.00 | Fair Value | $ 500.00 |
| STRETCHER,M SERIES 5TH WHEEL | $ 375.00 | Fair Value | $ 375.00 |
| STRETCHER.TRANSPORT P8005 | $ 1,700.00 | Fair Value | $ 1,700.00 |
| Stretchers  QT 1 | $ 665.00 | Fair Value | $ 665.00 |
| STRETCHERS TRANSPORT P8005 | $ 4,575.00 | Fair Value | $ 4,575.00 |
| STRETCHERS,5TH WHEEL PATIENT | $ 2,625.00 | Fair Value | $ 2,625.00 |
| STRETCHERS,GYNNIE OB/GYN | $ 1,150.00 | Fair Value | $ 1,150.00 |
| STRETCHERS,TRANSPORT | $ 3,200.00 | Fair Value | $ 3,200.00 |
| STRYKER BIG WHEEL 1001 | $ 13,000.00 | Fair Value | $ 13,000.00 |
| STULBERG HIP POSITIONER | $ 200.00 | Fair Value | $ 200.00 |
| STYLEX TASK CHAIR | $ 80.00 | Fair Value | $ 80.00 |
| SUCT. REGULATORS, SURGERY | $ 225.00 | Fair Value | $ 225.00 |
| SUCTION REG. SURGERY- CHEM QC- | $ 30.00 | Fair Value | $ 30.00 |
| SUCTION REGULATOR | $ 50.00 | Fair Value | $ 50.00 |
| SUCTION REGULATOR HI-VAC- CHEM | $ 475.00 | Fair Value | $ 475.00 |
| SUCTION UNIT,PORTABLE GOMCO | $ 260.00 | Fair Value | $ 260.00 |
| SUMMIT REFRIGERATOR W/S STEEL | $ 80.00 | Fair Value | $ 80.00 |
| SUMMIT UNDER COUNTER REFRIGERA | $ 30.00 | Fair Value | $ 30.00 |
| SUMMIT-REFRIGERATOR WITH FACTO | $ 40.00 | Fair Value | $ 40.00 |
| SUPER ADJUST SHELF CHROM | $ 200.00 | Fair Value | $ 200.00 |
| SUPERCUT MAYO SCISSORS (6 QTY. | $ 55.00 | Fair Value | $ 55.00 |
| SUPERLUX 300 WATT XENON ILLUM | $ 825.00 | Fair Value | $ 825.00 |
| SUPPLY AND INSTALL A SK26 KAES | $ 2,000.00 | Fair Value | $ 2,000.00 |
| SUPPLY CART-ALUMINUM LOCKING C | $ 750.00 | Fair Value | $ 750.00 |
| SUPPORT ARM | $ 15.00 | Fair Value | $ 15.00 |
| SUPPORT ARM FOR Z13* TV | $ 2,100.00 | Fair Value | $ 2,100.00 |
| SUPPORT ARMS | $ 100.00 | Fair Value | $ 100.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SUPPRESSION SYSTEM | $ 1,825.00 | Fair Value | $ 1,825.00 |
| SURE SIGNS VS3 MONITOR | $ 7,000.00 | Fair Value | $ 7,000.00 |
| SURESIGNS  VS3 NBP  SP02 TEMP | $ 5,200.00 | Fair Value | $ 5,200.00 |
| SURESIGNS  VS3 NBP SP02 TEMP W | $ 650.00 | Fair Value | $ 650.00 |
| SURESIGNS VS3 | $ 4,500.00 | Fair Value | $ 4,500.00 |
| SURESIGNS VS3 NBP | $ 1,375.00 | Fair Value | $ 1,375.00 |
| SURETEMP 678 | $ 2,795.00 | Fair Value | $ 2,795.00 |
| SURGICAL EQUPT -  USA ELITE AL | $ 85.00 | Fair Value | $ 85.00 |
| SURVEY METER | $ 35.00 | Fair Value | $ 35.00 |
| SUST. REG. INT/CONT.DISSFHT XD | $ 575.00 | Fair Value | $ 575.00 |
| SUTURE HOOK HANDLE | $ 1,725.00 | Fair Value | $ 1,725.00 |
| S-VIDEO OPTION | $ 500.00 | Fair Value | $ 500.00 |
| SWING SZ.7 MED.SEAT HIGH BACK | $ 135.00 | Fair Value | $ 135.00 |
| SWITCH MODULAR - 2 SWITCHES 18 | $ 2,050.00 | Fair Value | $ 2,050.00 |
| SWIVEL CHAIRS | $ 70.00 | Fair Value | $ 70.00 |
| SWIVEL MONITOR ARM FOR VIDEO C | $ 100.00 | Fair Value | $ 100.00 |
| SWIVEL STOOL, ADJUSTABLE FOOT | $ 160.00 | Fair Value | $ 160.00 |
| SYNC CBLE-TRAM3 Y ADAPTER | $ 65.00 | Fair Value | $ 65.00 |
| SYNC CBL-TRAM TO DATASCOPE 95 | $ 100.00 | Fair Value | $ 100.00 |
| SYNTHES AO SMALL DRILL | $ 350.00 | Fair Value | $ 350.00 |
| SYNTHES CHUCK | $ 190.00 | Fair Value | $ 190.00 |
| SYS 7 RECCIP SAW | $ 725.00 | Fair Value | $ 725.00 |
| SYS 7 SAF SAW | $ 725.00 | Fair Value | $ 725.00 |
| SYS, TY LID & MAT, GUHL ANKLE | $ 65.00 | Fair Value | $ 65.00 |
| SYSTEM  7 DUAL TRIGGER ROTARY | $ 750.00 | Fair Value | $ 750.00 |
| SYSTEM 5 DUAL TRIGGER ROTARY H | $ 1,450.00 | Fair Value | $ 1,450.00 |
| SYSTEM 5 RECIPROCATING SAW | $ 1,350.00 | Fair Value | $ 1,350.00 |
| SYSTEM 5 SAGITTAL SAW | $ 1,350.00 | Fair Value | $ 1,350.00 |
| SYSTEM 5000 | $ 6,700.00 | Fair Value | $ 6,700.00 |
| SYSTEM 6 SMALL BATTERY | $ 425.00 | Fair Value | $ 425.00 |
| SYSTEM 7 DUAL TRIGGER ROTARY | $ 4,250.00 | Fair Value | $ 4,250.00 |
| SYSTEM 7 REFIP SAW | $ 4,500.00 | Fair Value | $ 4,500.00 |
| SYSTEM 7 SAG SAW | $ 4,500.00 | Fair Value | $ 4,500.00 |
| SYSTEM CART SUPPLY | $ 775.00 | Fair Value | $ 775.00 |
| SYSTEM CRYOSURGICAL | $ 225.00 | Fair Value | $ 225.00 |
| SYSTEM IMAGE VIEWING | $ 19,100.00 | Fair Value | $ 19,100.00 |
| SYSTEM SECURITY/SURVEILLANCE | $ 125.00 | Fair Value | $ 125.00 |
| SYSTEM,COMDIAL FX11 PHONE | $ 3,875.00 | Fair Value | $ 3,875.00 |
| SZAC-DIF/REF Y2K UPGRADE | $ 2,950.00 | Fair Value | $ 2,950.00 |
| T.V. SECURITY CART (MED. OAK) | $ 80.00 | Fair Value | $ 80.00 |
| T2100 ATO MODEL | $ 2,250.00 | Fair Value | $ 2,250.00 |
| TABLE #1 WITH END PANELS & TAB | $ 80.00 | Fair Value | $ 80.00 |
| TABLE #2 WITH END PANELS KM & | $ 80.00 | Fair Value | $ 80.00 |
| TABLE AUTOPSY | $ 375.00 | Fair Value | $ 375.00 |
| TABLE BAKERS S/S | $ 220.00 | Fair Value | $ 220.00 |
| TABLE BAKERS S/S W SHELF | $ 85.00 | Fair Value | $ 85.00 |
| TABLE BASE BLACK QTE 104677) | $ 40.00 | Fair Value | $ 40.00 |
| TABLE BASE EXAM  530066 | $ 900.00 | Fair Value | $ 900.00 |
| TABLE BELMONT END EXEC CHRRRY | $ 300.00 | Fair Value | $ 300.00 |
| TABLE BELMONT SOFA  EXEC CHERR | $ 375.00 | Fair Value | $ 375.00 |
| TABLE CARDIOLOGY | $ 250.00 | Fair Value | $ 250.00 |
| TABLE COMPUTER WORKSTATION | $ 80.00 | Fair Value | $ 80.00 |
| TABLE CONF 30X60 OVAL MAHOGANY | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF BOAT 36X144 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF LAM 72X42 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF LAM BOAT 38X120 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF LAMINATE BOAT 42X12 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF MAHOGANY 36X60 BOAT | $ 30.00 | Fair Value | $ 30.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TABLE CONF MAHOGANY 36X72 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF OAK 42 IN OCTAGON | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF WALNUT & LAM 48X86 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF WALNUT BOAT 2X6 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONF WD 3X8 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONFERENCE METAL | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONFERENCE OAK 48 IN | $ 30.00 | Fair Value | $ 30.00 |
| TABLE CONFERENCE WOOD | $ 240.00 | Fair Value | $ 240.00 |
| TABLE CUBE OAK LAM 36X36X36 | $ 35.00 | Fair Value | $ 35.00 |
| TABLE EXAM | $ 1,270.00 | Fair Value | $ 1,270.00 |
| TABLE EXAM CABINET BASE | $ 2,875.00 | Fair Value | $ 2,875.00 |
| TABLE EXAM ELECTRIC | $ 100.00 | Fair Value | $ 100.00 |
| TABLE EXAM STL CABINET BASE | $ 150.00 | Fair Value | $ 150.00 |
| TABLE EXAM STL CABT BASE | $ 125.00 | Fair Value | $ 125.00 |
| TABLE GROSSING | $ 4,725.00 | Fair Value | $ 4,725.00 |
| TABLE JACKSON | $ 8,600.00 | Fair Value | $ 8,600.00 |
| TABLE MAHOGANY 30X60 | $ 25.00 | Fair Value | $ 25.00 |
| TABLE MAHOGANY 36 IN DIA | $ 250.00 | Fair Value | $ 250.00 |
| TABLE MAT THERAPY ELECTRIC | $ 200.00 | Fair Value | $ 200.00 |
| TABLE MIDMARK EXAM W/TOP UPHOL | $ 725.00 | Fair Value | $ 725.00 |
| TABLE OPERATING | $ 51,650.00 | Fair Value | $ 51,650.00 |
| TABLE POSTAGE 30X72 | $ 150.00 | Fair Value | $ 150.00 |
| TABLE PREP S/S | $ 110.00 | Fair Value | $ 110.00 |
| TABLE PREP S/S W/ SINK | $ 250.00 | Fair Value | $ 250.00 |
| TABLE RADIOLUCENT HAND W/PAD A | $ 3,375.00 | Fair Value | $ 3,375.00 |
| TABLE- RESIN TOP | $ 105.00 | Fair Value | $ 105.00 |
| TABLE SS 24X48 W/SHELF ATTACH | $ 125.00 | Fair Value | $ 125.00 |
| TABLE SS 24X72 | $ 45.00 | Fair Value | $ 45.00 |
| TABLE SS 30X60 W/SHELF ATTACH | $ 360.00 | Fair Value | $ 360.00 |
| TABLE SS 4X10 | $ 85.00 | Fair Value | $ 85.00 |
| TABLE STANDING | $ 50.00 | Fair Value | $ 50.00 |
| TABLE STEAM 2 WELLS | $ 70.00 | Fair Value | $ 70.00 |
| TABLE STEAM W/ SINK | $ 70.00 | Fair Value | $ 70.00 |
| TABLE STEAM/CONVEYOR TRAY | $ 775.00 | Fair Value | $ 775.00 |
| TABLE STRADDLE | $ 65.00 | Fair Value | $ 65.00 |
| TABLE TOP & BASE- 42* DIA MAH/ | $ 75.00 | Fair Value | $ 75.00 |
| TABLE TOP DIGITIZING (110V) | $ 450.00 | Fair Value | $ 450.00 |
| TABLE TOP, NATURAL WALNUT (QTE | $ 30.00 | Fair Value | $ 30.00 |
| TABLE TREATMENT | $ 40.00 | Fair Value | $ 40.00 |
| TABLE TREATMENT WD VINYL | $ 20.00 | Fair Value | $ 20.00 |
| TABLE W SINK AND COFFEE DRAIN | $ 250.00 | Fair Value | $ 250.00 |
| TABLE WD 4X8 W/LIGHT TABLE BLT | $ 35.00 | Fair Value | $ 35.00 |
| TABLE WOOD 30X66 W/LIGHT TABLE | $ 40.00 | Fair Value | $ 40.00 |
| TABLE WORK | $ 150.00 | Fair Value | $ 150.00 |
| TABLE WORK OAK 3X5 HI LOW | $ 40.00 | Fair Value | $ 40.00 |
| TABLE WORK OAK HI LOW 42X60 | $ 40.00 | Fair Value | $ 40.00 |
| TABLE WORK S/S | $ 180.00 | Fair Value | $ 180.00 |
| TABLE, EXAM, BASE | $ 125.00 | Fair Value | $ 125.00 |
| TABLE, RACETRACK 2 PIECE  120 | $ 180.00 | Fair Value | $ 180.00 |
| TABLE, SOFA 72 X 18 MAHOGANY F | $ 65.00 | Fair Value | $ 65.00 |
| TABLE, ULTRASCAN | $ 1,350.00 | Fair Value | $ 1,350.00 |
| TABLE,36X36 SQUARE W/BASE  F/M | $ 30.00 | Fair Value | $ 30.00 |
| TABLE,4085,SURGICAL,GENERAL | $ 9,350.00 | Fair Value | $ 9,350.00 |
| TABLE,BEDSIDE,PSYCHE COLOR(QUA | $ 2,820.00 | Fair Value | $ 2,820.00 |
| TABLE,CABINET W/SHELF 27" WIDE | $ 170.00 | Fair Value | $ 170.00 |
| TABLE,CONNECTABLE 24 X 72 | $ 35.00 | Fair Value | $ 35.00 |
| TABLE,END | $ 15.00 | Fair Value | $ 15.00 |
| TABLE,EXAM | $ 975.00 | Fair Value | $ 975.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TABLE,EXAM  MID MARK | $ 285.00 | Fair Value | $ 285.00 |
| TABLE,EXAM VINYL LAMINATE | $ 200.00 | Fair Value | $ 200.00 |
| TABLE,GINKGO,BILOBA | $ 400.00 | Fair Value | $ 400.00 |
| TABLE,LANTRY OAK 48" ROUND | $ 40.00 | Fair Value | $ 40.00 |
| TABLE,MIDMARK,BASE ,PROCEDURE | $ 1,050.00 | Fair Value | $ 1,050.00 |
| TABLE,OVERBED "FUSION MAPLE" | $ 300.00 | Fair Value | $ 300.00 |
| TABLE,OVERBED (COLOR=QUARTERED | $ 1,175.00 | Fair Value | $ 1,175.00 |
| TABLE,OVERBED,HARDROCK MAPLE W | $ 300.00 | Fair Value | $ 300.00 |
| TABLE,ROUND W/BASE | $ 75.00 | Fair Value | $ 75.00 |
| TABLE,SIDE | $ 65.00 | Fair Value | $ 65.00 |
| TABLE,TABLE TOP AND UPGRADE AN | $ 14,600.00 | Fair Value | $ 14,600.00 |
| TABLE,TOP UPHOLSTERY F/204/222 | $ 90.00 | Fair Value | $ 90.00 |
| TABLE-CLUB  ROOM 201 | $ 100.00 | Fair Value | $ 100.00 |
| TABLE-COFFEE WIELAND | $ 105.00 | Fair Value | $ 105.00 |
| TABLE-END WIELAND | $ 285.00 | Fair Value | $ 285.00 |
| TABLE-FIXED HT PRIM | $ 280.00 | Fair Value | $ 280.00 |
| TABLE-FREE STANDING 30X60  ROO | $ 25.00 | Fair Value | $ 25.00 |
| TABLE-INSTRUMENT S S 48X20X34 | $ 200.00 | Fair Value | $ 200.00 |
| TABLEMEXAM BASE DRAWER | $ 525.00 | Fair Value | $ 525.00 |
| TABLE-OVERBED | $ 515.00 | Fair Value | $ 515.00 |
| TABLE-OVERBED NEMSCHOF | $ 4,795.00 | Fair Value | $ 4,795.00 |
| TABLE-PARLIMENT COMPUTER WORK | $ 80.00 | Fair Value | $ 80.00 |
| TABLE-ROUND 42* LAMINATE | $ 70.00 | Fair Value | $ 70.00 |
| TABLES & CHAIRS | $ 450.00 | Fair Value | $ 450.00 |
| TABLES,END | $ 195.00 | Fair Value | $ 195.00 |
| TABLES,OVERBED | $ 160.00 | Fair Value | $ 160.00 |
| TABLES,SIDE | $ 250.00 | Fair Value | $ 250.00 |
| TABLES-WOOD GOOD | $ 25.00 | Fair Value | $ 25.00 |
| TABLETOP CARBON | $ 2,450.00 | Fair Value | $ 2,450.00 |
| TABLETOP, WIDE | $ 700.00 | Fair Value | $ 700.00 |
| TABLE-WOOD GOODS | $ 20.00 | Fair Value | $ 20.00 |
| TACKBOARD 54X17 | $ 50.00 | Fair Value | $ 50.00 |
| TACKBOARD 72W (4 @ 174) | $ 90.00 | Fair Value | $ 90.00 |
| TACKBOARD FOR USE ON A72HOCB | $ 10.00 | Fair Value | $ 10.00 |
| TAMIRI ARMCHAIR. SCULPTED BACK | $ 50.00 | Fair Value | $ 50.00 |
| TAMIRI HIGHBACK CHAIR W/TILT W | $ 40.00 | Fair Value | $ 40.00 |
| TANDEM SUPPORT BRACKET | $ 35.00 | Fair Value | $ 35.00 |
| TAPERED RETRACTOR TITANIUM 42C | $ 7,575.00 | Fair Value | $ 7,575.00 |
| TAPERED RETRACTOR TITANIUM37CM | $ 4,750.00 | Fair Value | $ 4,750.00 |
| TASK, SWIVEL CHAIR | $ 250.00 | Fair Value | $ 250.00 |
| TAX FOR SEQUOIA C-512 VASCULAR | $ 175.00 | Fair Value | $ 175.00 |
| TBL, 84 X102, F/CONFERENCE ROO | $ 250.00 | Fair Value | $ 250.00 |
| TC MAYO SCISSORS STR 6 3/4* | $ 425.00 | Fair Value | $ 425.00 |
| TEE PROBE | $ 2,350.00 | Fair Value | $ 2,350.00 |
| TEKNION HARRINGTON MID BACK SW | $ 270.00 | Fair Value | $ 270.00 |
| TELECOMMUNICATION / DATA CABEL | $ 2,825.00 | Fair Value | $ 2,825.00 |
| TELEMETRY EXTENSION DEVICE | $ 300.00 | Fair Value | $ 300.00 |
| TELEMETRY IMPLEMENTATION | $ 1,025.00 | Fair Value | $ 1,025.00 |
| TELEMETRY TRANSMITTER | $ 170.00 | Fair Value | $ 170.00 |
| TELEMETRY TRANSMITTERS (46) | $ 4,000.00 | Fair Value | $ 4,000.00 |
| TELEMETRY UPGRADE REFURBISHED | $ 2,250.00 | Fair Value | $ 2,250.00 |
| TELEPHONE SYSTEM FOR NEW OFFIC | $ 525.00 | Fair Value | $ 525.00 |
| TELESCOPE BRDG W/2 CRVD INSTR | $ 195.00 | Fair Value | $ 195.00 |
| TELESCOPE BRIDGE W/ INSTRUMENT | $ 90.00 | Fair Value | $ 90.00 |
| TELESCOPE BRIDGE W/ ONE CHANNE | $ 150.00 | Fair Value | $ 150.00 |
| TELESCOPE LOTTA HOPKINS | $ 6,300.00 | Fair Value | $ 6,300.00 |
| TELESCOPE TRUEVIEW II | $ 2,300.00 | Fair Value | $ 2,300.00 |
| TELESCOPE, HOPKINS II FOR.-OBL | $ 900.00 | Fair Value | $ 900.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TELESCOPE,HOPKINS | $ 2,150.00 | Fair Value | $ 2,150.00 |
| TELESCOPE,HOPKINS 12 DEGREE | $ 1,275.00 | Fair Value | $ 1,275.00 |
| TELESCOPE,HOPKINS II 30 DGR (4 | $ 1,575.00 | Fair Value | $ 1,575.00 |
| TELESCOPE,HOPKINS II 30"W/ENLA | $ 1,200.00 | Fair Value | $ 1,200.00 |
| TELESCOPE,HOPKINS II 70 DGR | $ 1,700.00 | Fair Value | $ 1,700.00 |
| TELESCOPE,HOPKINS II O DEGREE | $ 675.00 | Fair Value | $ 675.00 |
| TELEVISION COLOR | $ 25.00 | Fair Value | $ 25.00 |
| TELEVISION,PDI PERSONA 9" | $ 1,080.00 | Fair Value | $ 1,080.00 |
| TELEVISION.SHARP-25* | $ 30.00 | Fair Value | $ 30.00 |
| TELSCP BRDG W/1 LCKBL INSTR CH | $ 150.00 | Fair Value | $ 150.00 |
| TEMCO-OVERBED TABLE | $ 70.00 | Fair Value | $ 70.00 |
| TEMP CHECK | $ 100.00 | Fair Value | $ 100.00 |
| TEMP,SURESIGNS VS2 NBP,SPO2 | $ 250.00 | Fair Value | $ 250.00 |
| TEMPERATURE PARAMETER | $ 220.00 | Fair Value | $ 220.00 |
| TEMPERATURE PARAMETER MODULE | $ 90.00 | Fair Value | $ 90.00 |
| TEMPERATURE PARAMETER MODULE ( | $ 90.00 | Fair Value | $ 90.00 |
| TENACULUM FORCEPS | $ 525.00 | Fair Value | $ 525.00 |
| TENETCARE RADIOLOGY EQUIPMENT | $ 1,375.00 | Fair Value | $ 1,375.00 |
| TENSABARRIER POST & RECEPT KIT | $ 680.00 | Fair Value | $ 680.00 |
| TERMINAL | $ 4,205.00 | Fair Value | $ 4,205.00 |
| TERMINAL CRT | $ 75.00 | Fair Value | $ 75.00 |
| TESTER LINK RUNNER AT2000 | $ 1,375.00 | Fair Value | $ 1,375.00 |
| TESTER NETSCOUT AIRCHECK WIFI | $ 1,650.00 | Fair Value | $ 1,650.00 |
| T-FRAME,LEMOLE PILLING #2 | $ 130.00 | Fair Value | $ 130.00 |
| THAWER DH8 PLASMA 8 BAG CAPACI | $ 8,750.00 | Fair Value | $ 8,750.00 |
| THAWER PLASMA | $ 450.00 | Fair Value | $ 450.00 |
| THC-TX WYSE | $ 825.00 | Fair Value | $ 825.00 |
| THE SYTEM 5000 ESU | $ 6,150.00 | Fair Value | $ 6,150.00 |
| Thermal Array Recorder Module | $ 1,650.00 | Fair Value | $ 1,650.00 |
| THERMAL PRINTER - CARDIAC CATH | $ 125.00 | Fair Value | $ 125.00 |
| THERMO CARD SYS | $ 3,875.00 | Fair Value | $ 3,875.00 |
| THERMOFLATOR | $ 3,300.00 | Fair Value | $ 3,300.00 |
| THERMOMETER | $ 325.00 | Fair Value | $ 325.00 |
| THERMOMETER,SURE TEMP | $ 250.00 | Fair Value | $ 250.00 |
| THERMOSCAN PRO 3000- EJECTOR & | $ 15.00 | Fair Value | $ 15.00 |
| THERMOSCAN PRO-1 PROBE COVERS- | $ 10.00 | Fair Value | $ 10.00 |
| THINKPAD EXECUTIVE LEATHER BLA | $ 10.00 | Fair Value | $ 10.00 |
| THOMPSON BARIATRIC RETRACTOR S | $ 2,250.00 | Fair Value | $ 2,250.00 |
| THREE ANTENNA SYSTEM | $ 85.00 | Fair Value | $ 85.00 |
| THYROID UPTAKE UNIT | $ 45.00 | Fair Value | $ 45.00 |
| TICHLER CERV. BX PUNCH FOCEPS | $ 325.00 | Fair Value | $ 325.00 |
| TIER II PACS LINK 3RD PARTY DI | $ 300.00 | Fair Value | $ 300.00 |
| TII LONG APPLIER STRAIGHT 90MM | $ 1,500.00 | Fair Value | $ 1,500.00 |
| TII LONG REMOVER STRAIGHT 90MM | $ 1,500.00 | Fair Value | $ 1,500.00 |
| TII MINI APPLIER 90MM | $ 4,800.00 | Fair Value | $ 4,800.00 |
| TII MINI REMOVER 90MM | $ 2,000.00 | Fair Value | $ 2,000.00 |
| TII ORGANIZATIONAL TRAY COMPLE | $ 1,800.00 | Fair Value | $ 1,800.00 |
| TII STANDARD APPLIER 90MM | $ 4,800.00 | Fair Value | $ 4,800.00 |
| TII STANDARD REMOVER 90MM | $ 2,000.00 | Fair Value | $ 2,000.00 |
| TILTER .ENTERPRISE MED ACK  R | $ 25.00 | Fair Value | $ 25.00 |
| TILTER MED BACK MULT PURP  RO | $ 75.00 | Fair Value | $ 75.00 |
| TILTER-ENTERPRISE MED BACK MUL | $ 50.00 | Fair Value | $ 50.00 |
| TILTER-MED BK MULTI FUNCT  ROO | $ 50.00 | Fair Value | $ 50.00 |
| TIME CLOCK | $ 175.00 | Fair Value | $ 175.00 |
| TIME STAMP | $ 25.00 | Fair Value | $ 25.00 |
| TIP-300 TUBAL INSERT PHONES (3 | $ 70.00 | Fair Value | $ 70.00 |
| TIPMASTER PIPETTOR | $ 80.00 | Fair Value | $ 80.00 |
| TISCHLER BIOPSY PUNCH FORCEPS | $ 225.00 | Fair Value | $ 225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TISSUE EMBEDDING STATION | $ 960.00 | Fair Value | $ 960.00 |
| TISSUE FORCEPS (12 QTY.@ $15.8 | $ 25.00 | Fair Value | $ 25.00 |
| TISSUE FORCEPS (12 QTY.@ $5.10 | $ 5.00 | Fair Value | $ 5.00 |
| TITAN HIGH BACK TILTER CHIAR | $ 70.00 | Fair Value | $ 70.00 |
| TITAN HIGH BACK TILTER W/DETAI | $ 30.00 | Fair Value | $ 30.00 |
| TITAN MOBILE DCKING SYS(MDS),V | $ 425.00 | Fair Value | $ 425.00 |
| TONO-PEN XL TONOMETER | $ 2,900.00 | Fair Value | $ 2,900.00 |
| TONO-PEN XL TONOMETER W/ADDITI | $ 350.00 | Fair Value | $ 350.00 |
| TOPEL ENDOSCOPIC CYST ASPIRATO | $ 170.00 | Fair Value | $ 170.00 |
| TOP-FOR DESK | $ 80.00 | Fair Value | $ 80.00 |
| TOSHIBA DVS/VCR COMBO NO TUNER | $ 60.00 | Fair Value | $ 60.00 |
| TOTAL BODY IRRADIATION PLATE | $ 100.00 | Fair Value | $ 100.00 |
| TOTAL CARE MATTRESS | $ 14,350.00 | Fair Value | $ 14,350.00 |
| TOURNIQUET AUTOMATIC | $ 475.00 | Fair Value | $ 475.00 |
| TOURNIQUETS | $ 5,000.00 | Fair Value | $ 5,000.00 |
| TRACER WHEELCHAIR-24* X 18* W | $ 260.00 | Fair Value | $ 260.00 |
| TRACK 7 /17 8CM CHANNEL F/GE/ | $ 330.00 | Fair Value | $ 330.00 |
| TRAM 450A SL MODULE | $ 75.00 | Fair Value | $ 75.00 |
| TRAM-RAC4 | $ 550.00 | Fair Value | $ 550.00 |
| TRANSCEIVER MODULS | $ 225.00 | Fair Value | $ 225.00 |
| TRANSCRIBER | $ 25.00 | Fair Value | $ 25.00 |
| TRANSCUTANEOUS SYSTEM | $ 2,275.00 | Fair Value | $ 2,275.00 |
| TRANSDUCER | $ 2,575.00 | Fair Value | $ 2,575.00 |
| TRANSDUCER  X7-21 | $ 24,000.00 | Fair Value | $ 24,000.00 |
| TRANSDUCER ANORECTAL | $ 3,425.00 | Fair Value | $ 3,425.00 |
| TRANSDUCER D2CWC | $ 500.00 | Fair Value | $ 500.00 |
| TRANSDUCER REFURBISHED BK 8811 | $ 4,525.00 | Fair Value | $ 4,525.00 |
| TRANSFER RECLINER CHAIRS (BURG | $ 325.00 | Fair Value | $ 325.00 |
| TRANSFER TUBE FOR 6F FLEXIBLES | $ 25.00 | Fair Value | $ 25.00 |
| TRANSFER TUBE FOR NEEDLES | $ 15.00 | Fair Value | $ 15.00 |
| TRANSFORMER 37.5KVA | $ 80.00 | Fair Value | $ 80.00 |
| TRANSFORMER ISOLATION | $ 375.00 | Fair Value | $ 375.00 |
| TRANSFORMER WALL UNIT | $ 80.00 | Fair Value | $ 80.00 |
| TRANSFORMER, WALL UNIT 767 W/H | $ 125.00 | Fair Value | $ 125.00 |
| TRANSMITTER ONLY FOR MONITOR | $ 800.00 | Fair Value | $ 800.00 |
| TRANSPORT INCUBATOR -VALUE GAM | $ 700.00 | Fair Value | $ 700.00 |
| Transtector Power Cond., Dual | $ 8,900.00 | Fair Value | $ 8,900.00 |
| TRAP, VACUUM, DISSHTXBARB (55 | $ 325.00 | Fair Value | $ 325.00 |
| TRASH RECEPTACLES, FINISH: SOF | $ 255.00 | Fair Value | $ 255.00 |
| TRAVEL/EXPENSES (PORTAL TO PRO | $ 1,375.00 | Fair Value | $ 1,375.00 |
| TRAY FOR 4MM CYSTOSCOPE | $ 525.00 | Fair Value | $ 525.00 |
| TRAY FOR LAPROSCOPE | $ 125.00 | Fair Value | $ 125.00 |
| TRAY- INST 10 X 10 X 3.5* | $ 450.00 | Fair Value | $ 450.00 |
| TRAY SLIDING LAPTOP OR L/R MOU | $ 1,320.00 | Fair Value | $ 1,320.00 |
| tray tables  QT 5 | $ 60.00 | Fair Value | $ 60.00 |
| TRAY,MICRO STERILIZATION | $ 25.00 | Fair Value | $ 25.00 |
| TRAY-INST 10 X 21 X 1.5* | $ 80.00 | Fair Value | $ 80.00 |
| TRAY-INSTRUMENT 12 X 8 X 2 | $ 140.00 | Fair Value | $ 140.00 |
| TRAY-MAT 254 X 216-(10X10) | $ 150.00 | Fair Value | $ 150.00 |
| TRAY-MAT 279 X 191(12X8) | $ 120.00 | Fair Value | $ 120.00 |
| TRAY-MAT 521 X 216 (1021) | $ 50.00 | Fair Value | $ 50.00 |
| TRAY-OPERATIVE LAPAROSCOPE | $ 45.00 | Fair Value | $ 45.00 |
| TRAY-UNIVERSAL SCOPE | $ 150.00 | Fair Value | $ 150.00 |
| TREADMILL STRESS TEST | $ 475.00 | Fair Value | $ 475.00 |
| TREATMENT PLANNING SYSTEM | $ 7,900.00 | Fair Value | $ 7,900.00 |
| Trendway 36' Wode Fove Drawer | $ 1,750.00 | Fair Value | $ 1,750.00 |
| TRENDWAY LIVE SIDE CHAIR | $ 325.00 | Fair Value | $ 325.00 |
| TRENDWAY WORKSTATIONS @ $3075/ | $ 1,900.00 | Fair Value | $ 1,900.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TREX HD EEG AMPLIFIER | $ 1,625.00 | Fair Value | $ 1,625.00 |
| TRILOGY STEREOTACTIC SYSTEM HW | $ 1,080,000.00 | Fair Value | $ 1,080,000.00 |
| TRIPP LIFE SMARTPRO SMART 1000 | $ 85.00 | Fair Value | $ 85.00 |
| TRISCOPE | $ 725.00 | Fair Value | $ 725.00 |
| TROLLEY CART VIDEO UPGRADE | $ 350.00 | Fair Value | $ 350.00 |
| TROLLEY FOR EVITA INFINITY V50 | $ 3,000.00 | Fair Value | $ 3,000.00 |
| TROLLEY MAC SYSTEM | $ 130.00 | Fair Value | $ 130.00 |
| TROLLEY,FLEXIBLE HEIGHT US FAI | $ 200.00 | Fair Value | $ 200.00 |
| TRUCK LINEN | $ 540.00 | Fair Value | $ 540.00 |
| TRUCK SUPPLY | $ 755.00 | Fair Value | $ 755.00 |
| TRUCK TILT STANDARD 1-1/2 CU Y | $ 1,225.00 | Fair Value | $ 1,225.00 |
| TRUCK YALE PALLET | $ 625.00 | Fair Value | $ 625.00 |
| TRUCK,TILT 1 1/2 YDS | $ 150.00 | Fair Value | $ 150.00 |
| TRUCK,TILT 1CU YARD | $ 375.00 | Fair Value | $ 375.00 |
| TRUCK,TILT RUBBERMAID | $ 750.00 | Fair Value | $ 750.00 |
| TRUCK-TILT RUBBERMAID | $ 425.00 | Fair Value | $ 425.00 |
| TRUEVIEW II TELESCOPE AUTOCLAV | $ 2,950.00 | Fair Value | $ 2,950.00 |
| TUBE COMPRESSION OPTION | $ 990.00 | Fair Value | $ 990.00 |
| TUBE SEALER | $ 35.00 | Fair Value | $ 35.00 |
| TUFFSAT PULSE OXIMETER WITH SE | $ 160.00 | Fair Value | $ 160.00 |
| TV 32 IN COLOR | $ 25.00 | Fair Value | $ 25.00 |
| TV 8 IN | $ 125.00 | Fair Value | $ 125.00 |
| TV 8 IN WALL ATTACHED | $ 2,150.00 | Fair Value | $ 2,150.00 |
| TV 9 IN W/WALL ARM | $ 200.00 | Fair Value | $ 200.00 |
| TV 9 INCN W/WALL ARM | $ 75.00 | Fair Value | $ 75.00 |
| TV STAND | $ 35.00 | Fair Value | $ 35.00 |
| TV VCR 20 IN | $ 25.00 | Fair Value | $ 25.00 |
| TV VCR 20 IN COLOR | $ 50.00 | Fair Value | $ 50.00 |
| TV W/ARM 9 IN COLOR | $ 6,025.00 | Fair Value | $ 6,025.00 |
| TV W/SUPPORT ARM | $ 50.00 | Fair Value | $ 50.00 |
| TV, 26 " LCD-HDTV W/ DVD PLAYE | $ 75.00 | Fair Value | $ 75.00 |
| TV,22" HOSPITAL GRADE HDTV BY | $ 3,780.00 | Fair Value | $ 3,780.00 |
| TV,22" LG-LCD HOSPITAL GRADE | $ 700.00 | Fair Value | $ 700.00 |
| TV,32" LCD/CVD COMBO | $ 85.00 | Fair Value | $ 85.00 |
| TV,32" LG,LCD COMMERCIAL, | $ 130.00 | Fair Value | $ 130.00 |
| TV,32" LG-LCD-HDTV | $ 200.00 | Fair Value | $ 200.00 |
| TV,42" LG,LCD COMMERICAL WITH | $ 95.00 | Fair Value | $ 95.00 |
| TV,LCD,AC/DC 10.4" HEALTHCCARE | $ 55.00 | Fair Value | $ 55.00 |
| TV,PANASONIC 42" LCD HDTV | $ 195.00 | Fair Value | $ 195.00 |
| TV,PDI-P10LCDTV-HOSP UL ARM/TV | $ 1,620.00 | Fair Value | $ 1,620.00 |
| TV,WESTINGHOUSE 18" LCD | $ 50.00 | Fair Value | $ 50.00 |
| TV.26" LG-LCD-COMM,GR,HDTV | $ 70.00 | Fair Value | $ 70.00 |
| tvS  QT 10 | $ 70.00 | Fair Value | $ 70.00 |
| TWENTY FOUR HOUR WALL CLOCK | $ 45.00 | Fair Value | $ 45.00 |
| TWIN BED MATTRESS-FIRM | $ 1,200.00 | Fair Value | $ 1,200.00 |
| TWIN BOX | $ 45.00 | Fair Value | $ 45.00 |
| TWIN MATTRESS | $ 45.00 | Fair Value | $ 45.00 |
| TWIST DRILL | $ 20.00 | Fair Value | $ 20.00 |
| TWO-TIER LOCKER (3 WIDE) 6 DOO | $ 200.00 | Fair Value | $ 200.00 |
| TYPEWRITER | $ 75.00 | Fair Value | $ 75.00 |
| TYPEWRITER ELECTRONIC | $ 30.00 | Fair Value | $ 30.00 |
| UDS-10 DEVICE SERVER | $ 75.00 | Fair Value | $ 75.00 |
| UDS-10 DEVICE SERVER 1-DB25 SE | $ 45.00 | Fair Value | $ 45.00 |
| UELUXE PNEUMATIC STOOLS | $ 30.00 | Fair Value | $ 30.00 |
| UHF ANTENNA SYSTEM | $ 350.00 | Fair Value | $ 350.00 |
| UHF TWO-ANTENNA SYSTEM | $ 60.00 | Fair Value | $ 60.00 |
| UL HG 100W POWER SUPPLY | $ 150.00 | Fair Value | $ 150.00 |
| ULTRA 1704FPV 17-INCH FLAT PAN | $ 450.00 | Fair Value | $ 450.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ULTRA LITE PLUS ANCILLARY SYST | $ 250.00 | Fair Value | $ 250.00 |
| ULTRA SHARP 1703FP 17" FLAT PA | $ 100.00 | Fair Value | $ 100.00 |
| ULTRA SHARP 1703FP 17-INCH FLA | $ 1,000.00 | Fair Value | $ 1,000.00 |
| ULTRA SHARP 1703FP FLAT PANEL | $ 55.00 | Fair Value | $ 55.00 |
| ULTRABOOK XPS 14 | $ 1,800.00 | Fair Value | $ 1,800.00 |
| ULTRABOOK/XPS 14 | $ 5,400.00 | Fair Value | $ 5,400.00 |
| ULTRALITE PLUS ANCILLARY SYSTE | $ 625.00 | Fair Value | $ 625.00 |
| ULTRASHARP 1703FP 17-INCH FLAT | $ 450.00 | Fair Value | $ 450.00 |
| ULTRASHARP 2001 FP 20.1" FLAT | $ 95.00 | Fair Value | $ 95.00 |
| ULTRASHARP FLAT PANEL MONITOR | $ 60.00 | Fair Value | $ 60.00 |
| ULTRASOUND DIAGNOSTIC | $ 127,050.00 | Fair Value | $ 127,050.00 |
| ULTRASOUND SYSTEM FLEX FOCUS 5 | $ 8,200.00 | Fair Value | $ 8,200.00 |
| ULTRASOUND SYSTEM IU22 | $ 32,000.00 | Fair Value | $ 32,000.00 |
| ULTRASOUND TRANSDUCER 5MHZ- 12 | $ 1,375.00 | Fair Value | $ 1,375.00 |
| UMBILICAL CABLE | $ 200.00 | Fair Value | $ 200.00 |
| UNCOATED COVER VELCRO | $ 30.00 | Fair Value | $ 30.00 |
| UNCOATED MARINER BLUE COVER | $ 10.00 | Fair Value | $ 10.00 |
| UNCRATE/MOVE REFRIGERATOR TO S | $ 30.00 | Fair Value | $ 30.00 |
| UNINTERRUPTABLE POWER SUPPLY | $ 175.00 | Fair Value | $ 175.00 |
| UNINTERRUPTABLE POWER SUPPLY ( | $ 40.00 | Fair Value | $ 40.00 |
| UNISTRUST INSTALL PROJECT/CT S | $ 275.00 | Fair Value | $ 275.00 |
| UNIT BLOOD PRESSURE WALL MOUNT | $ 305.00 | Fair Value | $ 305.00 |
| UNITED CHAIR BRYLEE SERIES MGM | $ 175.00 | Fair Value | $ 175.00 |
| UNITED CHAIR BRYLEE SERIES SID | $ 775.00 | Fair Value | $ 775.00 |
| UNIVERSAL ACTIVE ADAPTER - 4 N | $ 20.00 | Fair Value | $ 20.00 |
| UNIVERSAL BATTERY CHARGER | $ 650.00 | Fair Value | $ 650.00 |
| UNIVERSAL CART (UC8009) | $ 500.00 | Fair Value | $ 500.00 |
| UNIVERSAL CART -4 N MONITORING | $ 175.00 | Fair Value | $ 175.00 |
| UNIVERSAL DRILL | $ 500.00 | Fair Value | $ 500.00 |
| UNIVERSAL NBP PARAMETER MODULE | $ 8,690.00 | Fair Value | $ 8,690.00 |
| UNIVERSAL NEDDLE GUIDE | $ 125.00 | Fair Value | $ 125.00 |
| UNIVERSAL RING RETRACTOR | $ 9,150.00 | Fair Value | $ 9,150.00 |
| UNIVERSAL SCISSOR | $ 25.00 | Fair Value | $ 25.00 |
| UNSHIELDED HEADPHONES (TDH-39- | $ 40.00 | Fair Value | $ 40.00 |
| UPGRADE 205 N. BROAD ST | $ 225.00 | Fair Value | $ 225.00 |
| UPGRADE 4GM HARD DRIVE SYS UPG | $ 2,475.00 | Fair Value | $ 2,475.00 |
| UPGRADE A/C NEW COLLEGE BLDG | $ 9,600.00 | Fair Value | $ 9,600.00 |
| UPGRADE CARIO CATH LAB EQUIPT | $ 6,600.00 | Fair Value | $ 6,600.00 |
| UPGRADE CENOVA F/CUSTOMERS W/S | $ 6,100.00 | Fair Value | $ 6,100.00 |
| UPGRADE DIMENSIONS TO LATEST A | $ 8,300.00 | Fair Value | $ 8,300.00 |
| UPGRADE EXISTING LIGHTING SYST | $ 2,200.00 | Fair Value | $ 2,200.00 |
| UPGRADE EXISTING PINNACLE 3 SE | $ 2,675.00 | Fair Value | $ 2,675.00 |
| UPGRADE F/SEQUOIA SER.# 56407 | $ 2,950.00 | Fair Value | $ 2,950.00 |
| UPGRADE FOR 205 N BROAD ST | $ 100.00 | Fair Value | $ 100.00 |
| UPGRADE KIT FMI SDM UPGRADE FR | $ 89,000.00 | Fair Value | $ 89,000.00 |
| UPGRADE MUI 8 CHN PVB BLOTRANS | $ 275.00 | Fair Value | $ 275.00 |
| UPGRADE PROS | $ 15,250.00 | Fair Value | $ 15,250.00 |
| UPGRADES TO SONOS FUSION IMAGI | $ 19,100.00 | Fair Value | $ 19,100.00 |
| UPHOLSTER KIT SOFT PEARL | $ 100.00 | Fair Value | $ 100.00 |
| UPLOAD CABLE MKLLL TO POLYGRAM | $ 35.00 | Fair Value | $ 35.00 |
| UPRIGHT REFRIGERATOR, COLOR: W | $ 170.00 | Fair Value | $ 170.00 |
| UPS BACKUP 500 | $ 15.00 | Fair Value | $ 15.00 |
| UPTWN SNGL ARM CHAIR | $ 210.00 | Fair Value | $ 210.00 |
| URETEROSCOPE,URF-P3 FLEXIBLE | $ 850.00 | Fair Value | $ 850.00 |
| URETERPSCOPE, FLEX-X FLEXIBLE | $ 1,400.00 | Fair Value | $ 1,400.00 |
| US TRANSDUCER | $ 180.00 | Fair Value | $ 180.00 |
| USA ELITE OPTICAL TEARING CUP | $ 100.00 | Fair Value | $ 100.00 |
| USB KIT | $ 2,750.00 | Fair Value | $ 2,750.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| USED HAAG-STREIT 870 APPLANATI | $ 100.00 | Fair Value | $ 100.00 |
| USED SARNS/TERUMO DELPHIN CENT | $ 500.00 | Fair Value | $ 500.00 |
| USED TOPCON AIT-15 ELECTRIC IN | $ 60.00 | Fair Value | $ 60.00 |
| UTERINE DRESSING FORCEP | $ 25.00 | Fair Value | $ 25.00 |
| UTILITY CART | $ 25.00 | Fair Value | $ 25.00 |
| UTRATA FORCEPS | $ 150.00 | Fair Value | $ 150.00 |
| V.6.9.5 GE CLIENT WORKSTATION | $ 10,200.00 | Fair Value | $ 10,200.00 |
| V5M TRANSDUCER (SHIELDED) & LE | $ 2,625.00 | Fair Value | $ 2,625.00 |
| V7 UPGRADE/ SERVER | $ 9,300.00 | Fair Value | $ 9,300.00 |
| VACUUM | $ 30.00 | Fair Value | $ 30.00 |
| VACUUM EXTRACTOR | $ 40.00 | Fair Value | $ 40.00 |
| VACUUM PUMP SYSTEM NCB | $ 8,700.00 | Fair Value | $ 8,700.00 |
| VACUUM WET DRY | $ 165.00 | Fair Value | $ 165.00 |
| VACUUM WET DRY 3 HOP | $ 40.00 | Fair Value | $ 40.00 |
| VACUUM WET DRY TIP/POUR | $ 15.00 | Fair Value | $ 15.00 |
| VACUUM, PORT CAST CUTTER/SAW | $ 100.00 | Fair Value | $ 100.00 |
| VACUUM,CAST W HOSE & MOBILE ST | $ 500.00 | Fair Value | $ 500.00 |
| VALENECES AND CORNICES F/PT RO | $ 400.00 | Fair Value | $ 400.00 |
| VALUE PODS AND PATIENT ACCESSO | $ 200.00 | Fair Value | $ 200.00 |
| VALVE KNOT PUSHER | $ 150.00 | Fair Value | $ 150.00 |
| VALVE NEEDLE HOLDER CURVED TC | $ 300.00 | Fair Value | $ 300.00 |
| VALVE SCISSORS 45 DEGREE | $ 150.00 | Fair Value | $ 150.00 |
| VANCAILLE GRASPING FORCEP | $ 225.00 | Fair Value | $ 225.00 |
| VANCAILLE OVIDUCT FORCEP | $ 225.00 | Fair Value | $ 225.00 |
| VANCILLE GRASPER FCP | $ 50.00 | Fair Value | $ 50.00 |
| VANCILLE OVADUCT GRASPER | $ 50.00 | Fair Value | $ 50.00 |
| VARISEED IMAGE CAPTURE CARD | $ 100.00 | Fair Value | $ 100.00 |
| VASOGUARD P84 W/VLINK TIM DICO | $ 3,575.00 | Fair Value | $ 3,575.00 |
| VC-10 PUMP  115V | $ 750.00 | Fair Value | $ 750.00 |
| VCR | $ 35.00 | Fair Value | $ 35.00 |
| VE DISPLAY MODULE | $ 275.00 | Fair Value | $ 275.00 |
| VEH DTCTR LPS( NEW ITEM QTY=2 | $ 85.00 | Fair Value | $ 85.00 |
| VELOMETER | $ 35.00 | Fair Value | $ 35.00 |
| VENTILATIOR | $ 1,050.00 | Fair Value | $ 1,050.00 |
| VENTILATOR | $ 24,450.00 | Fair Value | $ 24,450.00 |
| VENTILATOR INFANT | $ 125.00 | Fair Value | $ 125.00 |
| VENTILATOR OSCILLATOR | $ 2,775.00 | Fair Value | $ 2,775.00 |
| VENTILATOR SUPPORT SYSTEM | $ 1,900.00 | Fair Value | $ 1,900.00 |
| VENTILATOR W/ ACCESSORIES | $ 19,800.00 | Fair Value | $ 19,800.00 |
| VENTILATOR W/VOLUME-PRESSURE C | $ 1,050.00 | Fair Value | $ 1,050.00 |
| VENTILATOR, RE VEL PTV | $ 3,650.00 | Fair Value | $ 3,650.00 |
| VENTILATOR,EMERGENCY PREPAREDN | $ 550.00 | Fair Value | $ 550.00 |
| VENTILATOR,LIFE PULSE H.F  W/X | $ 3,575.00 | Fair Value | $ 3,575.00 |
| VENTILATOR,MASS CAUALITY | $ 1,125.00 | Fair Value | $ 1,125.00 |
| VENTILATOR,PNEUTON MODEL A | $ 550.00 | Fair Value | $ 550.00 |
| VENTILATOR,V60,UNIVERSAL STD,P | $ 12,500.00 | Fair Value | $ 12,500.00 |
| VENTILATOR/LTV 1200 SYS | $ 33,600.00 | Fair Value | $ 33,600.00 |
| VERGENCE VAULT MODEL 1850 - IN | $ 700.00 | Fair Value | $ 700.00 |
| VERGENCE VAULT MODEL 1850 INV2 | $ 700.00 | Fair Value | $ 700.00 |
| VERIFYNOW SYSTEM | $ 6,300.00 | Fair Value | $ 6,300.00 |
| VERSACARE | $ 179,450.00 | Fair Value | $ 179,450.00 |
| VERSACARE (BED CONTROLS ONLY) | $ 500.00 | Fair Value | $ 500.00 |
| VERSACARE PACKAGE | $ 20,250.00 | Fair Value | $ 20,250.00 |
| VERSACARE PACKAGE BEDS | $ 22,500.00 | Fair Value | $ 22,500.00 |
| VERSACART W/PROOF-OF-ENTRY FLA | $ 120.00 | Fair Value | $ 120.00 |
| VERTEX (16) CHANNEL PROTABLE R | $ 540.00 | Fair Value | $ 540.00 |
| VERTEX KEY BLANKS/KEYWAY SEC C | $ 15.00 | Fair Value | $ 15.00 |
| VERTEX KEYBLANKS /KEYWAY SEC C | $ 25.00 | Fair Value | $ 25.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| VERTIFLEX ENGOTWIST DOUBLE PRI | $ 100.00 | Fair Value | $ 100.00 |
| VESSEL LIQUID HANDLING EQ CART | $ 20.00 | Fair Value | $ 20.00 |
| VEST SYSTEM P205CAP CONTROL UN | $ 1,200.00 | Fair Value | $ 1,200.00 |
| VEST/SKIRT APRON | $ 350.00 | Fair Value | $ 350.00 |
| VFOXPRO PRO 6.0 WIN32 ENGLISH | $ 35.00 | Fair Value | $ 35.00 |
| VIDAR DISGNOSTIC PRO ADVANTAGE | $ 2,225.00 | Fair Value | $ 2,225.00 |
| VIDEO CASSETTE RECORDER (VCR) | $ 640.00 | Fair Value | $ 640.00 |
| VIDEO COLONOSCOPE ULTRA -SLIMM | $ 6,150.00 | Fair Value | $ 6,150.00 |
| VIDEO GASTROSCOPE W/DUAL LIGHT | $ 6,250.00 | Fair Value | $ 6,250.00 |
| VIDEO IMAGING UPGRADE | $ 3,625.00 | Fair Value | $ 3,625.00 |
| VIDEO LENS AND C MOUNT | $ 200.00 | Fair Value | $ 200.00 |
| VIDEO PROCEDURE CART | $ 500.00 | Fair Value | $ 500.00 |
| VIDEO PROCEDURE CART - ENDOSCO | $ 375.00 | Fair Value | $ 375.00 |
| VIDEO SYSTEM | $ 775.00 | Fair Value | $ 775.00 |
| VIDEO SYSTEM,EVIS EXERA | $ 2,100.00 | Fair Value | $ 2,100.00 |
| VIDEO SYSTEM,SURGICAL ,VISERA | $ 3,225.00 | Fair Value | $ 3,225.00 |
| VIDEOSCOPE,DEFLECTABLE ENDOEYE | $ 1,125.00 | Fair Value | $ 1,125.00 |
| VIEW BOX - 2 PANEL - CLEAR 3 | $ 160.00 | Fair Value | $ 160.00 |
| VIKING EDX DESKTOP BASE SYSTEM | $ 5,400.00 | Fair Value | $ 5,400.00 |
| VIRDIA 24C W/ECG/RESP-NBF-SPO2 | $ 14,600.00 | Fair Value | $ 14,600.00 |
| VIRIDIA 26/24 COMPONENT MONITO | $ 2,650.00 | Fair Value | $ 2,650.00 |
| VIRIDIA CART | $ 250.00 | Fair Value | $ 250.00 |
| VIRIDIA CMS 24/26 COMPONENT MO | $ 12,600.00 | Fair Value | $ 12,600.00 |
| VIRIDIA CMS HARDWARE UPGRADE | $ 1,080.00 | Fair Value | $ 1,080.00 |
| VIRIDIA COMPONENT MONITORING S | $ 4,000.00 | Fair Value | $ 4,000.00 |
| VIRIDIA TRANSMITTER | $ 1,000.00 | Fair Value | $ 1,000.00 |
| VIRIDIA TRANSMITTER K04 5 WIRE | $ 80.00 | Fair Value | $ 80.00 |
| VIRIDIA UHF TELEMETRY SYSTEM | $ 800.00 | Fair Value | $ 800.00 |
| VIRTUAL WATER BUIL UP | $ 45.00 | Fair Value | $ 45.00 |
| VISION TEK RADEON DS 7750 DUAL | $ 100.00 | Fair Value | $ 100.00 |
| VISITOR CHAIR (D 999 801 STL Y | $ 1,050.00 | Fair Value | $ 1,050.00 |
| VISITOR CHAIRS (AHM ADMIRAL HO | $ 400.00 | Fair Value | $ 400.00 |
| VISUAL ASSESSMENT SCREEN | $ 25.00 | Fair Value | $ 25.00 |
| VISUAL URETHROTOME VISUAL OBTU | $ 40.00 | Fair Value | $ 40.00 |
| VITEK II ANALYZER & READER | $ 175.00 | Fair Value | $ 175.00 |
| VIVID E9 BT 11 T CARDIOVASCULA | $ 18,900.00 | Fair Value | $ 18,900.00 |
| VIVID E9 BT11 T CARDIOVASCULAR | $ 18,900.00 | Fair Value | $ 18,900.00 |
| VOICE RECOGNITION DICTATION SY | $ 9,700.00 | Fair Value | $ 9,700.00 |
| VRS LARYNGEAL SCPS/INSTRUMENTS | $ 1,250.00 | Fair Value | $ 1,250.00 |
| VTR | $ 70.00 | Fair Value | $ 70.00 |
| W/A WALL MOUNTED ANERIOD MANOM | $ 135.00 | Fair Value | $ 135.00 |
| W/A WALL MOUNTED TRANSFORMER | $ 1,500.00 | Fair Value | $ 1,500.00 |
| W/A WALL MOUNTED TRANSFORMER W | $ 300.00 | Fair Value | $ 300.00 |
| WAITING AREA FOR RAD ONCO/SEAT | $ 700.00 | Fair Value | $ 700.00 |
| WALKER,PNEUMATIC EVA | $ 150.00 | Fair Value | $ 150.00 |
| WALKERS | $ 90.00 | Fair Value | $ 90.00 |
| WALL  MOUNTED ACCESSORY  STRIP | $ 90.00 | Fair Value | $ 90.00 |
| WALL MOUNT (QUANTITY OF 10) | $ 325.00 | Fair Value | $ 325.00 |
| WALL MOUNT ASSEMBLY- PASSPORT | $ 25.00 | Fair Value | $ 25.00 |
| WALL MOUNT ASSEMBLY/ADDITION | $ 55.00 | Fair Value | $ 55.00 |
| WALL MOUNTED ANEROID MANOMETER | $ 475.00 | Fair Value | $ 475.00 |
| WALL MOUNTED CONFERENCE TABLE | $ 85.00 | Fair Value | $ 85.00 |
| WALL MOUNTED SPHYGMOMANOMETERS | $ 125.00 | Fair Value | $ 125.00 |
| WALL PLAQUE AND CUSTOM SIGNS I | $ 375.00 | Fair Value | $ 375.00 |
| WALL UNIT TRANSFORMER FOR OPTH | $ 250.00 | Fair Value | $ 250.00 |
| WALLAROO-CABINET COLOR-ALMOND, | $ 900.00 | Fair Value | $ 900.00 |
| WALLSAVER SHAIR W/CASTERS | $ 1,750.00 | Fair Value | $ 1,750.00 |
| WARMER BLANKET | $ 700.00 | Fair Value | $ 700.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| WARMER FLUID | $ 200.00 | Fair Value | $ 200.00 |
| WARMER GIRAFEE BEDDED | $ 1,650.00 | Fair Value | $ 1,650.00 |
| WARMER GIRAFEE BEDDED WARMERS | $ 27,300.00 | Fair Value | $ 27,300.00 |
| WARMER PATIENT | $ 250.00 | Fair Value | $ 250.00 |
| WARMER, CONTRAST MEDIA | $ 150.00 | Fair Value | $ 150.00 |
| WARMER,ASTO THERM BLOOD. MANUA | $ 1,050.00 | Fair Value | $ 1,050.00 |
| WARMER,BLANKET | $ 800.00 | Fair Value | $ 800.00 |
| WARMER,RESUSCITAIRE RADIANT W/ | $ 1,900.00 | Fair Value | $ 1,900.00 |
| WARMING CABINET | $ 475.00 | Fair Value | $ 475.00 |
| WASHER BED PAN | $ 100.00 | Fair Value | $ 100.00 |
| WASHER BIOTEK ELX50 PLATE | $ 3,600.00 | Fair Value | $ 3,600.00 |
| WASHER CART | $ 1,750.00 | Fair Value | $ 1,750.00 |
| WASHER COMMERCIAL | $ 675.00 | Fair Value | $ 675.00 |
| WASHER DRYER STACK UNIT | $ 25.00 | Fair Value | $ 25.00 |
| WASHER,MDT CASTLE(USED) INCL I | $ 1,325.00 | Fair Value | $ 1,325.00 |
| WASHER,SPEED QUEEN COMMERCIAL | $ 75.00 | Fair Value | $ 75.00 |
| WASHER,WD250 W/ACCESORIES | $ 7,900.00 | Fair Value | $ 7,900.00 |
| WAST CAN,OPEN TOP | $ 70.00 | Fair Value | $ 70.00 |
| WASTE CAN ( BEIGE ) | $ 55.00 | Fair Value | $ 55.00 |
| WASTE CAN ( GRAY ) | $ 5.00 | Fair Value | $ 5.00 |
| WASTE CAN ( RED ) | $ 90.00 | Fair Value | $ 90.00 |
| WASTE CAN( BEIGE ) | $ 45.00 | Fair Value | $ 45.00 |
| WASTE CART FOR OR | $ 150.00 | Fair Value | $ 150.00 |
| WASTE CART FOR OR | $ 150.00 | Fair Value | $ 150.00 |
| WASTE EXTRACTION SYSTEM | $ 1,775.00 | Fair Value | $ 1,775.00 |
| WASTEBASKET, COLOR: BEIGE | $ 125.00 | Fair Value | $ 125.00 |
| WASTEBASKET,BEIGE 40 QT (38 EA | $ 125.00 | Fair Value | $ 125.00 |
| WATCHDOG UPS | $ 60.00 | Fair Value | $ 60.00 |
| WATER FILTER SYSTEM | $ 20.00 | Fair Value | $ 20.00 |
| WATER FILTER SYSTEM INCLUDING | $ 25.00 | Fair Value | $ 25.00 |
| WATER MIST/CO2 EXTINGUISHER UN | $ 100.00 | Fair Value | $ 100.00 |
| WATER PHANTOM | $ 350.00 | Fair Value | $ 350.00 |
| WATERLOO MEDICATION CART | $ 325.00 | Fair Value | $ 325.00 |
| WAUGH DELICATE TISSUE FORCEP 1 | $ 10.00 | Fair Value | $ 10.00 |
| WEB TELERADIOLOGY SERVER | $ 1,350.00 | Fair Value | $ 1,350.00 |
| WHEELCHAIR | $ 700.00 | Fair Value | $ 700.00 |
| wheelchair  QT 1 | $ 10.00 | Fair Value | $ 10.00 |
| WHEELCHAIR BARIATRIC 30   W/A | $ 825.00 | Fair Value | $ 825.00 |
| WHEELCHAIR COMPLETE 18* H.D. | $ 225.00 | Fair Value | $ 225.00 |
| WHEELCHAIR EXTRA WIDE | $ 100.00 | Fair Value | $ 100.00 |
| WHEELCHAIR MDS80620D | $ 20.00 | Fair Value | $ 20.00 |
| WHEELCHAIR SHUTTLE BARIATRIC 2 | $ 1,050.00 | Fair Value | $ 1,050.00 |
| WHEELCHAIR XW 22* BURGANDY | $ 35.00 | Fair Value | $ 35.00 |
| WHEELCHAIR,BARIATRIC 30" | $ 750.00 | Fair Value | $ 750.00 |
| WHEELCHAIR,EXCEL | $ 220.00 | Fair Value | $ 220.00 |
| WHEELCHAIR,RECLINER EXCEL 22" | $ 90.00 | Fair Value | $ 90.00 |
| WHEELCHAIRS,24 " | $ 100.00 | Fair Value | $ 100.00 |
| WHEELCHAIRS,RECLINING | $ 1,600.00 | Fair Value | $ 1,600.00 |
| WHEELCHAIRS.20" | $ 200.00 | Fair Value | $ 200.00 |
| WHTE HALL-3 SEAT SOFA-GRADE 1 | $ 95.00 | Fair Value | $ 95.00 |
| WIDE DEAVER RETRACTOR | $ 25.00 | Fair Value | $ 25.00 |
| WIELAND SEAT & BACK | $ 625.00 | Fair Value | $ 625.00 |
| WILSONART 5' X 12' | $ 45.00 | Fair Value | $ 45.00 |
| WIRE CHROME SHELVING | $ 100.00 | Fair Value | $ 100.00 |
| WIRE COLLET | $ 400.00 | Fair Value | $ 400.00 |
| WIREDRIVER | $ 400.00 | Fair Value | $ 400.00 |
| WIRELESS BINOCULAR INDIRECT OP | $ 475.00 | Fair Value | $ 475.00 |
| WIRELESS MOBILE DR PANEL HOLDE | $ 1,800.00 | Fair Value | $ 1,800.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| WIRING FOR 1010 ARH ST | $ 800.00 | Fair Value | $ 800.00 |
| WMTS UPGRADE (TOTAL INVOICE NE | $ 24,000.00 | Fair Value | $ 24,000.00 |
| WOLF BLUNT TIP SUCTION | $ 30.00 | Fair Value | $ 30.00 |
| WOLF ILLUMINATOR, 1 OVER 1,REC | $ 195.00 | Fair Value | $ 195.00 |
| WOOD VENEER CYLNDR TBL | $ 360.00 | Fair Value | $ 360.00 |
| WORK STATION INSTALLATION | $ 900.00 | Fair Value | $ 900.00 |
| WORK STATION- PNEU. | $ 280.00 | Fair Value | $ 280.00 |
| WORK SURFACE SQ   ROOM 219 | $ 15.00 | Fair Value | $ 15.00 |
| WORKING ELEMENT | $ 600.00 | Fair Value | $ 600.00 |
| WORKING ELEMENT W/ SPRING ACTI | $ 425.00 | Fair Value | $ 425.00 |
| WORKING ELEMENT W/SPRING ACTIO | $ 550.00 | Fair Value | $ 550.00 |
| WORKSPACE 24 HOUR CHAIR #154 W | $ 560.00 | Fair Value | $ 560.00 |
| WORKSTATION 9 POSITION | $ 550.00 | Fair Value | $ 550.00 |
| WORKSTATION A7 ANESTHESIA | $ 105,700.00 | Fair Value | $ 105,700.00 |
| WORKSTATION DELL PRECISION T76 | $ 1,500.00 | Fair Value | $ 1,500.00 |
| WORKSTATION EVITA INFINITY V50 | $ 174,000.00 | Fair Value | $ 174,000.00 |
| WORKSTATION FOR PHARMACY DEPT | $ 300.00 | Fair Value | $ 300.00 |
| WORKSTATION MODULAR L-SHAPED | $ 240.00 | Fair Value | $ 240.00 |
| WORKSTATION MODULAR U-SHAPED | $ 100.00 | Fair Value | $ 100.00 |
| WORKSTATION SURGE SUPPRESSOR | $ 125.00 | Fair Value | $ 125.00 |
| WORKSTATION W/ IMAGE DISPLAYS | $ 7,500.00 | Fair Value | $ 7,500.00 |
| WORKSTATION,DELL PRECISION T74 | $ 425.00 | Fair Value | $ 425.00 |
| WORKSTATIONS ,VISTA FURNITURE | $ 1,625.00 | Fair Value | $ 1,625.00 |
| WORKSTATIONS,48" W/BUIT IN REF | $ 425.00 | Fair Value | $ 425.00 |
| WSP WIRELESS DICOM OPTION | $ 225.00 | Fair Value | $ 225.00 |
| WSTBSKT,14QT,RBRMD,BG | $ 10.00 | Fair Value | $ 10.00 |
| WSX4748 UPOE+E UPGRADE | $ 4,000.00 | Fair Value | $ 4,000.00 |
| WYLIE HYPOGASTRIC | $ 30.00 | Fair Value | $ 30.00 |
| WYSE 5010 THIN CLIENT | $ 24,375.00 | Fair Value | $ 24,375.00 |
| WYSE Z90SW | $ 875.00 | Fair Value | $ 875.00 |
| X5-1 TRANSDUCER COMPACT | $ 15,100.00 | Fair Value | $ 15,100.00 |
| XCELERA R2 EXTENSION | $ 450.00 | Fair Value | $ 450.00 |
| XCELERA/ENCONCERT/INTURIS SUIT | $ 38,000.00 | Fair Value | $ 38,000.00 |
| XPRESS CASSETTE PLATE 8X10 | $ 100.00 | Fair Value | $ 100.00 |
| XR29 CPMSOLE UPGRADE KIT | $ 40,000.00 | Fair Value | $ 40,000.00 |
| X-RAY CARDIAC CATH | $ 114,400.00 | Fair Value | $ 114,400.00 |
| X-RAY CARDIAC CATH DOUBLE TABL | $ 35,000.00 | Fair Value | $ 35,000.00 |
| X-RAY CATHERIZATION | $ 83,000.00 | Fair Value | $ 83,000.00 |
| X-RAY FLIM STORAGE CABINETS (3 | $ 270.00 | Fair Value | $ 270.00 |
| X-RAY FLOURO C-ARM | $ 120,000.00 | Fair Value | $ 120,000.00 |
| X-RAY FLUOROSCOPY C-ARM | $ 38,200.00 | Fair Value | $ 38,200.00 |
| X-RAY FLUOROSCOPY C-ARM MOBILE | $ 3,050.00 | Fair Value | $ 3,050.00 |
| X-RAY MAMMOGRAPHY | $ 15,800.00 | Fair Value | $ 15,800.00 |
| X-RAY MOBILE | $ 7,500.00 | Fair Value | $ 7,500.00 |
| X-RAY MOBILE C-ARM | $ 31,900.00 | Fair Value | $ 31,900.00 |
| X-RAY RADIO/FLUORO | $ 26,900.00 | Fair Value | $ 26,900.00 |
| X-RAY RADIOGRAPHIC | $ 15,875.00 | Fair Value | $ 15,875.00 |
| X-RAY SMALL BODY PARTS | $ 85.00 | Fair Value | $ 85.00 |
| X-RAY SPECIAL PROCEDURE | $ 100,000.00 | Fair Value | $ 100,000.00 |
| X-RAY TUBE COOLING FAN ASSEMBL | $ 450.00 | Fair Value | $ 450.00 |
| X-TRACT LAPAROSCOPIC MORCELLAT | $ 350.00 | Fair Value | $ 350.00 |
| YELLOFIN REUSEABLE CLAMSHELL P | $ 80.00 | Fair Value | $ 80.00 |
| YUNESSI- *POETIC MOODS*- 35 X | $ 150.00 | Fair Value | $ 150.00 |
| 'Z' HYSTER CLAMP ANG 9 1/2*(12 | $ 175.00 | Fair Value | $ 175.00 |
| 'Z' HYSTER CLAMP 14* ANG (12 Q | $ 200.00 | Fair Value | $ 200.00 |
| 'Z' HYSTER CLAMP 14* SLTLY CUR | $ 200.00 | Fair Value | $ 200.00 |
| 'Z' HYSTER CLAMP 14* ST  (12 Q | $ 200.00 | Fair Value | $ 200.00 |
| 'Z' HYSTER CLAMP ANG 12* (12 Q | $ 175.00 | Fair Value | $ 175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 'Z' HYSTER CLAMP SLIGHTLY CURV | $ 175.00 | Fair Value | $ 175.00 |
| 'Z' HYSTER CLAMP STR 12* | $ 250.00 | Fair Value | $ 250.00 |
| ZENITH 13" TV, WIRED FOR REMOT | $ 300.00 | Fair Value | $ 300.00 |
| ZENITH HEALTHCARE TELEVISION | $ 5,900.00 | Fair Value | $ 5,900.00 |
| ZENITH HEALTHCARE TV | $ 770.00 | Fair Value | $ 770.00 |
| ZENITH TV WITH REMOTE | $ 30.00 | Fair Value | $ 30.00 |
| ZMS-124 CARL ZEISS SURGICAL MI | $ 7,500.00 | Fair Value | $ 7,500.00 |
| ZOLL AED PLUS | $ 350.00 | Fair Value | $ 350.00 |
| ZOLL DEFIBRILLATOR W/BIPHASIC | $ 2,400.00 | Fair Value | $ 2,400.00 |
| | | | |
| **Total** | | | $ **14,875,010.00** |

**Note: Values obtained from the Duff & Phelps Appraisal Report as of January 12, 2018.**

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 62

## LICENSES, FRANCHISE, AND ROYALTIES

**Debtor :  Center City Healthcare, LLC**
**Case :  19-11466**
**Schedule AB 62 :  Licenses, franchises, and royalties**

| General description | License/Permit Number | Issuing Agency | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| Hospital License | 081701 | Pennsylvania Department of Health | Unknown | Unknown | Unknown |
| Federalwide Assurance for the Protection of Human Subjects | FWA00011413 | U.S. Department of Health and Human Services | Unknown | Unknown | Unknown |
| Establishment Registration and Listing for Human Cells, Tissues, and Cellular and Tissue-Based Products (HCT/Ps) | 0002570864 | U.S. Department of Health and Human Services, Food and Drug Administration | Unknown | Unknown | Unknown |
| Participant ID | 208378 | American College of Cardiology Foundation | Unknown | Unknown | Unknown |
| Controlled Substance Registration Certificate – Hospital/Clinic | FH7295769 | U.S. Department of Health and Human Services, Drug Enforcement Administration | Unknown | Unknown | Unknown |
| Mammography System | 115246 | U.S. Department of Health and Human Services, Food and Drug Administration | Unknown | Unknown | Unknown |
| Certificate of Registration Radiation Producing Machines & Medical Accelerator License | AC10-05973 | Pennsylvania Department of Environmental Protection | Unknown | Unknown | Unknown |
| Radioactive Materials License | 1616SNM | Pennsylvania Department of Environmental Protection | Unknown | Unknown | Unknown |
| Laboratory License | 00239A | Pennsylvania Department of Health | Unknown | Unknown | Unknown |
| Psychiatric Unit Certificate | 910270 | Pennsylvania Department of Human Services, Office of Mental Health and Substance Abuse Services | Unknown | Unknown | Unknown |
| Pharmacy License | HP418082L | Pennsylvania Department of State Bureau of Professional and Occupational Affairs | Unknown | Unknown | Unknown |
| The Joint Commission Accreditation | 252452 | The Joint Commission | Unknown | Unknown | Unknown |

| General description | License/Permit Number | Issuing Agency | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| Certificate of Accreditation - Cellular Therapy Activity: HPC - collection/process/store/distribute Transfusion Activities | N/A | AABB | Unknown | Unknown | Unknown |
| Histocompatibility Laboratory Accreditation | 01-2-PA-08-1 | The American Society for Histocompatibility and Immunogenetics (ASHI) | Unknown | Unknown | Unknown |
| Laboratory Accreditation | 1318601 | College of American Pathologists | Unknown | Unknown | Unknown |
| Computed Tomography Services (CTAP) | 04368-03 04368-02 04368-01 | American College of Radiology | Unknown | Unknown | Unknown |
| Mass and Calcification Core-Needle Biopsy (SBBAP) | 00992-01 | American College of Radiology | Unknown | Unknown | Unknown |
| Magnetic Resonance Imaging Services (MRAP) | 01361-02 01361-03 | American College of Radiology | Unknown | Unknown | Unknown |
| Breast MR Imaging Services (BMRAP) | 00775-01 | American College of Radiology | Unknown | Unknown | Unknown |
| Nuclear Medicine Accreditation (NMAP) | 01865-01 01865-02 | American College of Radiology | Unknown | Unknown | Unknown |
| Breast Ultrasound Imaging Services (BUAP) | 01482 | American College of Radiology | Unknown | Unknown | Unknown |
| Certificate of Compliance | 280263 215762VCT 215762LS16 | Medical Imaging and Technology Alliance | Unknown | Unknown | Unknown |
| Clinical Laboratory Improvement Amendments (CLIA) Certificate of Accreditation | 39D0198114 | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services | Unknown | Unknown | Unknown |
| Federal Employer Identification Number (FEIN) | 82-2813341 | U.S. Department of Treasury, Internal Revenue Service | Unknown | Unknown | Unknown |
| Blood Establishment Registration and Product Listing | 2570864 | U.S. Department of Health and Human Services, Food and Drug Administration | Unknown | Unknown | Unknown |

| General description | License/Permit Number | Issuing Agency | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| Fictitious Name | Hahnemann University Hospital Entity #: 2842269 | Pennsylvania Department of State, Bureau of Corporations and Charitable Organizations | Unknown | Unknown | Unknown |
| Pennsylvania Medicaid Enrollment | 100756393 | Pennsylvania Department of Human Services, Medical Assistance | Unknown | Unknown | Unknown |
| Arizona Medicaid Enrollment | 977671 | Arizona Health Care Cost Containment System | Unknown | Unknown | Unknown |
| Colorado Medicaid Enrollment | 37220080 | Colorado Department of Health Care Policy and Financing | Unknown | Unknown | Unknown |
| Delaware Medicaid Enrollment | 1023033792 | Delaware Health and Social Services | Unknown | Unknown | Unknown |
| Maryland Medicaid Enrollment | 765124400 | Maryland Department of Health | Unknown | Unknown | Unknown |
| New York Medicaid Enrollment | 01999655 | New York State Department of Health | Unknown | Unknown | Unknown |
| New Jersey Medicaid Enrollment | 8029300 | New Jersey Department of Human Services | Unknown | Unknown | Unknown |
| Ohio Medicaid Enrollment | 0316250 | Ohio Department of Medicaid | Unknown | Unknown | Unknown |
| National Provider Identifier (NPI)  – Psychiatric Hospital | 1437662384 (General Acute Care Hospital)   1467967943 (Psychiatric Hospital) | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services | Unknown | Unknown | Unknown |
| Medicare Provider Number – General | 39-0290 | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services | Unknown | Unknown | Unknown |
| Commercial Activity License | 3702 | City of Philadelphia, Department of Licenses & Inspections | Unknown | Unknown | Unknown |
| Natural Minor Operating Permit | 0P18-000010 | City of Philadelphia Department of Public Health Air Management Services | Unknown | Unknown | Unknown |
| Storage Tank Registration/Permit Cerificate | 340177 | Commonwealth of PA - Department of Environmental Protection Bureau of Environmental Cleanup and Brownfields | Unknown | Unknown | Unknown |

| General description | License/Permit Number | Issuing Agency | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| Certification of Standby/Emergency Electrical System | n/a | City of Philadelphia Dept. of Licenses and Inspection Commercial and Industrial Fire Unit | Unknown | Unknown | Unknown |
| Certificate of Boiler or Pressure Vessel Operation | File # 62304 | Commonwealth of PA Dept. of Labor and Industry | Unknown | Unknown | Unknown |
| Certificate of Boiler or  Pressure Vessel Operation | File #82528 | Commonwealth of PA Dept. of Labor and Industry | Unknown | Unknown | Unknown |
| Certificate of Boiler or Certificate of Boiler or Pressure Vessel Operation | File #82528 | Commonwealth of PA Dept. of Labor and Industry | Unknown | Unknown | Unknown |
| Elevator Certificate of Operation | Building code 48403<br><br>Bobst Building - 1 elevator Permit #s – 200309376 | Commonwealth of PA Dept. of Labor and Industry Bureau of Occupational and Industrial Safety Elevator Division | Unknown | Unknown | Unknown |
| Elevator Certificate of Operation | Building code 41568<br><br>Wood St. Garage - 2 elevators - Permit #s: 199333995 & 199333996 | Commonwealth of PA Dept. of Labor and Industry Bureau of Occupational and Industrial Safety Elevator Division | Unknown | Unknown | Unknown |
| Elevator Certificate of Operation | Building code 13960<br><br>Bellet Bldg - 4 elevators - Permit #s - 199232835 / 199232836 / 199232837 / 199232838 | Commonwealth of PA Dept. of Labor and Industry Bureau of Occupational and Industrial Safety Elevator Division | Unknown | Unknown | Unknown |
| Elevator/Escalator Certificates of Operation | Building code 14692 | Commonwealth of PA Dept. of Labor and Industry Bureau of Occupational and Industrial Safety Elevator Division | Unknown | Unknown | Unknown |
| Heliport License | # 1146 | Pennsylvania Department of Transportation, Bureau of Aviation | Unknown | Unknown | Unknown |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 74

## CAUSES OF ACTION AGAINST THIRD PARTIES

**Schedule AB 74 : Causes of action against third parties**

| Nature of Claim | Current value |
|---|---|
| The Debtor may maintain rights to assert causes of action against third parties, including causes of action relating to any litigation or proceedings reflected in response to question 7 of the Debtor's Statement of Financial Affairs. | Unknown |

| Debtor Name | **Center City Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11466** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1**

Creditor's name
**MIDCAP FUNDING IV TRUST**

Creditor's mailing address
**7255 WOODMONT AVE, STE 200**
**BETHESDA, MD 20814**

Creditor's email address, if known

Date debt was incurred  1/11/2018

Last four digits of
account number

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
SUBSTANTIALLY ALL DEBTOR'S ASSETS

Describe the lien
Revolving and term loans

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☐ Contingent

☒ Unliquidated

☐ Disputed

$57,456,342.37    Unknown

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$57,456,342.37

| Debtor Name | Center City Healthcare, LLC |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11466** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part**If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | | | |

| **2.1** | Priority creditor's name and mailing address<br>AAKASH PATEL<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | Total claim: **$1,118.20** | Priority amount: **$1,118.20** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES AND OTHER COMPENSATION | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      ) | | | |

| **2.2** | Priority creditor's name and mailing address<br>AANCHAL CHHANTYAL<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$559.00** | **$559.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES AND OTHER COMPENSATION | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      ) | | | |

| **2.3** | Priority creditor's name and mailing address<br>AARON DINCHER<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$3,064.55** | **$3,064.55** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES AND OTHER COMPENSATION | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      ) | | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.4**   Priority creditor's name and mailing address
AARON LEE
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,477.42        $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5**   Priority creditor's name and mailing address
AARON MAGGIO
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,805.52        $2,805.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6**   Priority creditor's name and mailing address
AARON PALMQUIST
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,236.40        $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7**   Priority creditor's name and mailing address
AARYA RAJALAKSHMI
ADDRESS REDACTED

As of the petition filing date, the claim is:        $3,570.54        $3,570.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.8** Priority creditor's name and mailing address
ABBAS RAZA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,868.29**    Priority amount **$2,868.29**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9** Priority creditor's name and mailing address
ABDUL COLE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$209.12**    Priority amount **$209.12**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10** Priority creditor's name and mailing address
ABENA APRAKU
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$4,074.77**    Priority amount **$4,074.77**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11** Priority creditor's name and mailing address
ABIGAIL COPELLA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,300.50**    Priority amount **$2,300.50**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|--|--|--|--|

**2.12** Priority creditor's name and mailing address
**ABIGAIL GILLIGAN**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:    **$5,860.05**    **$5,860.05**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.13** Priority creditor's name and mailing address
**ABIOSEH KAMARA**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:    **$5,043.00**    **$5,043.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.14** Priority creditor's name and mailing address
**ADAM BOURKADI**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:    **$3,192.78**    **$3,192.78**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.15** Priority creditor's name and mailing address
**ADAM CRONRATH**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:    **$3,932.77**    **$3,932.77**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.16** Priority creditor's name and mailing address
ADAM SAGOT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42    **Priority amount** $2,477.42

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.17** Priority creditor's name and mailing address
ADAM WEAVER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,752.60    **Priority amount** $3,752.60

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.18** Priority creditor's name and mailing address
ADAM ZWISLEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,521.09    **Priority amount** $2,521.09

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.19** Priority creditor's name and mailing address
ADDIE SPAIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,440.24    **Priority amount** $4,440.24

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.20**  Priority creditor's name and mailing address
ADEBOLA AWOLESI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,370.54          $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.21**  Priority creditor's name and mailing address
ADELE FALA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,017.84          $3,017.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.22**  Priority creditor's name and mailing address
ADELE MIKESELL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,160.28          $2,160.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.23**  Priority creditor's name and mailing address
ADELE WEISS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,009.63          $4,009.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |

**2.24** Priority creditor's name and mailing address
ADIB RUSHDAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,795.50    $2,795.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.25** Priority creditor's name and mailing address
ADITHYA JOOLUKUNTLA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,049.69    $4,049.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.26** Priority creditor's name and mailing address
ADITYA PAWAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,049.69    $4,049.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.27** Priority creditor's name and mailing address
ADRIAN LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,566.32    $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                         Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.28**  Priority creditor's name and mailing address
ADRIANA BRODSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,921.25**     **$3,921.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.29**  Priority creditor's name and mailing address
ADRIENNE KENNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,232.65**     **$4,232.65**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.30**  Priority creditor's name and mailing address
AFOLAKE BABATUNDE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$10,011.25**     **$10,011.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.31**  Priority creditor's name and mailing address
AFZAL SHEIKH
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,370.54**     **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4          )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.32**  Priority creditor's name and mailing address
AHKIEME MCCLENDON
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $2,364.49                     $2,364.49

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.33**  Priority creditor's name and mailing address
AHMAD ALSIBAI
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $4,195.99                     $4,195.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.34**  Priority creditor's name and mailing address
AHMED MOSTAFA
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $2,405.28                     $2,405.28

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.35**  Priority creditor's name and mailing address
AHMED SAFA
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $4,378.31                     $4,378.31

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
|---|---|---|---|

| **Part 1:** | Additional Page | | | |
|---|---|---|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.36** Priority creditor's name and mailing address
AHREUM KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:         $793.54         $793.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.37** Priority creditor's name and mailing address
AILA BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:         $4,496.68         $4,496.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.38** Priority creditor's name and mailing address
AIMAN BANDALI
ADDRESS REDACTED

As of the petition filing date, the claim is:         $5,376.00         $5,376.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.39** Priority creditor's name and mailing address
AIPHUONG LE
ADDRESS REDACTED

As of the petition filing date, the claim is:         $1,016.25         $1,016.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

Debtor Name     **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.40** | **Priority creditor's name and mailing address**
AISHA MCMULLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,480.00**          **$2,480.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.41** | **Priority creditor's name and mailing address**
AJAY KOHLI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,219.74**          **$4,219.74**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.42** | **Priority creditor's name and mailing address**
AKANKSHA BHARDWAJ
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,118.20**          **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.43** | **Priority creditor's name and mailing address**
AKHILA ANCILY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,252.02**          **$3,252.02**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.44** Priority creditor's name and mailing address
AKOSUA NUAMAH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $563.75     $563.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.45** Priority creditor's name and mailing address
ALAN DOUGHERTY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,565.26     $2,565.26
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.46** Priority creditor's name and mailing address
ALAN PORTNOY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $456.00     $456.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.47** Priority creditor's name and mailing address
ALBERT CHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,118.20     $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.48** Priority creditor's name and mailing address
ALBERT COLLINS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,104.32**   Priority amount **$2,104.32**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.49** Priority creditor's name and mailing address
ALBERT PURNELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,949.00**   Priority amount **$1,949.00**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.50** Priority creditor's name and mailing address
ALBERTO NUNEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$13,650.00**   Priority amount **$13,650.00**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.51** Priority creditor's name and mailing address
ALCYNTHIA COWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$13,650.00**   Priority amount **$13,650.00**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.52** Priority creditor's name and mailing address
ALDA QIRICI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,685.12     $2,685.12

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.53** Priority creditor's name and mailing address
ALEJANDRO CONTRERAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,118.20     $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.54** Priority creditor's name and mailing address
ALEX JULIAN MERCADO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,236.40     $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.55** Priority creditor's name and mailing address
ALEXANDER CUBBERLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$3,425.50     $3,425.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.56** Priority creditor's name and mailing address
ALEXANDER HO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,221.91**   Priority amount **$2,221.91**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.57** Priority creditor's name and mailing address
ALEXANDER KUC
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,300.50**   Priority amount **$2,300.50**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.58** Priority creditor's name and mailing address
ALEXANDER TREBELEV
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$13,650.00**   Priority amount **$13,650.00**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.59** Priority creditor's name and mailing address
ALEXANDRA COLSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$910.05**   Priority amount **$910.05**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page | | |
|---|---|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.60** | **Priority creditor's name and mailing address**
ALEXANDRA FINDLEY
ADDRESS REDACTED

**Total claim** $3,645.65  **Priority amount** $3,645.65

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.61** | **Priority creditor's name and mailing address**
ALEXANDRA KORCHAGIN
ADDRESS REDACTED

**Total claim** $4,163.53  **Priority amount** $4,163.53

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.62** | **Priority creditor's name and mailing address**
ALEXANDRA OBANDO
ADDRESS REDACTED

**Total claim** $2,306.26  **Priority amount** $2,306.26

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.63** | **Priority creditor's name and mailing address**
ALEXANDRA ROWAN
ADDRESS REDACTED

**Total claim** $4,378.31  **Priority amount** $4,378.31

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.64** Priority creditor's name and mailing address
ALEXANDRA SCHMIDT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.65** Priority creditor's name and mailing address
ALEXANDRA SCIARRA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,350.34    $8,350.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.66** Priority creditor's name and mailing address
ALEXANDRIA RUEDA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.67** Priority creditor's name and mailing address
ALEXANDRIA WORRELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,173.54    $4,173.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.68**  **Priority creditor's name and mailing address**
ALEXIS CRAMER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $5,053.44          $5,053.44
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.69**  **Priority creditor's name and mailing address**
ALEXIS GILBERT-GRUNDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,370.73          $1,370.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.70**  **Priority creditor's name and mailing address**
ALEXIS GUNZELMAN GREENE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,905.53          $2,905.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.71**  **Priority creditor's name and mailing address**
ALEXIS OTT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $6,557.73          $6,557.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.72** Priority creditor's name and mailing address
ALEXIS RIOS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,219.84          $2,219.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.73** Priority creditor's name and mailing address
ALEYAMMA VALSAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $7,969.81          $7,969.81
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.74** Priority creditor's name and mailing address
ALFRED OCHLAK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,759.98          $10,759.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.75** Priority creditor's name and mailing address
ALI HAYDAR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.76** Priority creditor's name and mailing address
ALICIA CARTER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,554.40   Priority amount: $3,554.40

---

**2.77** Priority creditor's name and mailing address
ALICIA MILANESE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,147.59   Priority amount: $4,147.59

---

**2.78** Priority creditor's name and mailing address
ALICIA RUSSELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,952.91   Priority amount: $1,952.91

---

**2.79** Priority creditor's name and mailing address
ALISA HECK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $5,318.66   Priority amount: $5,318.66

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.80**   **Priority creditor's name and mailing address**
ALISA TURNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,392.48          $2,392.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.81**   **Priority creditor's name and mailing address**
ALISAN DONNELLY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,819.59          $2,819.59
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.82**   **Priority creditor's name and mailing address**
ALISHA MACK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $987.02          $987.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.83**   **Priority creditor's name and mailing address**
ALISON LESNIAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $3,151.72          $3,151.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.84** Priority creditor's name and mailing address
ALISON NEFF
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $15.44   Priority amount $15.44

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.85** Priority creditor's name and mailing address
ALISON NELSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $5,854.51   Priority amount $5,854.51

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.86** Priority creditor's name and mailing address
ALISSA CHRISTENSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $5,510.52   Priority amount $5,510.52

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.87** Priority creditor's name and mailing address
ALIYAH WRIGHT
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $3,492.41   Priority amount $3,492.41

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.88** **Priority creditor's name and mailing address**
ALLEN PHAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.89** **Priority creditor's name and mailing address**
ALLISON REINBOTH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,856.74    **Priority amount** $2,856.74

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.90** **Priority creditor's name and mailing address**
ALLISON THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,288.50    **Priority amount** $5,288.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.91** **Priority creditor's name and mailing address**
ALLYSON CAROLINA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,763.82    **Priority amount** $2,763.82

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|

**2.92** Priority creditor's name and mailing address
ALVARO GALVEZ LIMA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,472.33     $3,472.33

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.93** Priority creditor's name and mailing address
ALYONA FLORA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $489.50     $489.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.94** Priority creditor's name and mailing address
ALYSE HRYNCZYSZYN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,679.69     $6,679.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.95** Priority creditor's name and mailing address
ALYSON ELDON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,576.92     $5,576.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.96** Priority creditor's name and mailing address
ALYSSA HEAVENER
ADDRESS REDACTED

As of the petition filing date, the claim is:            $3,817.67            $3,817.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.97** Priority creditor's name and mailing address
ALYSSA HOOVER
ADDRESS REDACTED

As of the petition filing date, the claim is:            $8,987.39            $8,987.39
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.98** Priority creditor's name and mailing address
ALYSSA SALERNO
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,817.95            $2,817.95
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.99** Priority creditor's name and mailing address
AMANDA BARTH
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,007.37            $2,007.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.100**  **Priority creditor's name and mailing address**
AMANDA BRENSINGER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,015.08    $3,015.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.101**  **Priority creditor's name and mailing address**
AMANDA CORRELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,899.30    $1,899.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.102**  **Priority creditor's name and mailing address**
AMANDA DONOVAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $369.00    $369.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.103**  **Priority creditor's name and mailing address**
AMANDA GLATZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,613.26    $4,613.26
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.104** Priority creditor's name and mailing address
AMANDA IRVINE
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $3,172.69    **Priority amount** $3,172.69

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.105** Priority creditor's name and mailing address
AMANDA JANKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $6,399.31    **Priority amount** $6,399.31

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.106** Priority creditor's name and mailing address
AMANDA KARASINSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $4,378.31    **Priority amount** $4,378.31

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.107** Priority creditor's name and mailing address
AMANDA LESHER
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $3,315.55    **Priority amount** $3,315.55

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.108** Priority creditor's name and mailing address
AMANDA MEREDITH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.109** Priority creditor's name and mailing address
AMAR GANS-LYNCH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,280.79    $1,280.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.110** Priority creditor's name and mailing address
AMAR KANERIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,441.66    $2,441.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.111** Priority creditor's name and mailing address
AMBER ADAIR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,262.00    $2,262.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

**Part 1:**　　Additional Page

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.112**  Priority creditor's name and mailing address
AMBER DEPASQUALE
ADDRESS REDACTED

As of the petition filing date, the claim is:　　　　　　　$1,009.87　　　$1,009.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.113**  Priority creditor's name and mailing address
AMBER MCCARTHY
ADDRESS REDACTED

As of the petition filing date, the claim is:　　　　　　　$452.42　　　$452.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.114**  Priority creditor's name and mailing address
AMBREEN MOHAMED
ADDRESS REDACTED

As of the petition filing date, the claim is:　　　　　　　$2,743.80　　　$2,743.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.115**  Priority creditor's name and mailing address
AMECCA WHITESIDE
ADDRESS REDACTED

As of the petition filing date, the claim is:　　　　　　　$305.89　　　$305.89
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.116** Priority creditor's name and mailing address
AMEDEO RUFINO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,918.76          $6,918.76

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.117** Priority creditor's name and mailing address
AMEENA WARRINGTON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,550.47          $1,550.47

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.118** Priority creditor's name and mailing address
AMIEE KOSLOSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,190.67          $4,190.67

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.119** Priority creditor's name and mailing address
AMIN RABIEI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,300.50          $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name     **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.120** **Priority creditor's name and mailing address**
AMINAH HARGROVE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $1,535.55          $1,535.55

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.121** **Priority creditor's name and mailing address**
AMIR ABDULHAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $1,118.20          $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.122** **Priority creditor's name and mailing address**
AMMAR HUMAYUN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,236.40          $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.123** **Priority creditor's name and mailing address**
AMRIT KHALSA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | **Total claim** | **Priority amount** |
|--|--|--|--|--|

**2.124**  **Priority creditor's name and mailing address**
AMY CAMPBELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,582.11    **Priority amount** $1,582.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.125**  **Priority creditor's name and mailing address**
AMY FICARRA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,830.31    **Priority amount** $2,830.31

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.126**  **Priority creditor's name and mailing address**
AMY FONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.127**  **Priority creditor's name and mailing address**
AMY GIFFORD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,481.74    **Priority amount** $4,481.74

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |

|  | **Total claim** | **Priority amount** |

---

**2.128** Priority creditor's name and mailing address
AMY GWYNN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,216.40**     **$4,216.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.129** Priority creditor's name and mailing address
AMY SCHOLL
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,300.50**     **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.130** Priority creditor's name and mailing address
AMY SICINSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$897.90**     **$897.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.131** Priority creditor's name and mailing address
AMY VU
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,506.90**     **$4,506.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| | | |
|---|---|---|
| | **Total claim** | **Priority amount** |

**Part 1:**    Additional Page

---

**2.132**  **Priority creditor's name and mailing address**
ANA CORONADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,300.50**    **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.133**  **Priority creditor's name and mailing address**
ANA VAZQUEZ-VEGAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$4,599.43**    **$4,599.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.134**  **Priority creditor's name and mailing address**
ANALIZA JUSOY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$5,979.98**    **$5,979.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.135**  **Priority creditor's name and mailing address**
ANAM FATMA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,300.50**    **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|

**2.136**  Priority creditor's name and mailing address
ANDRE BOSTON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$3,875.00**    Priority amount **$3,875.00**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.137**  Priority creditor's name and mailing address
ANDRE BOURGOYNE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$512.50**    Priority amount **$512.50**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.138**  Priority creditor's name and mailing address
ANDREA ANGELINA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,273.64**    Priority amount **$2,273.64**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.139**  Priority creditor's name and mailing address
ANDREA LULE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$8,653.85**    Priority amount **$8,653.85**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name  **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.140**  **Priority creditor's name and mailing address**
ANDREA MOKRZYCKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $9,562.43   $9,562.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.141**  **Priority creditor's name and mailing address**
ANDREA MOORE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $3,373.02   $3,373.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.142**  **Priority creditor's name and mailing address**
ANDREA SILVER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $1,070.10   $1,070.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.143**  **Priority creditor's name and mailing address**
ANDREA SLAWINSKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $4,442.43   $4,442.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
| --- | --- | --- | --- |

**Part 1:** Additional Page

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.144** Priority creditor's name and mailing address
ANDREA TREADVANCE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,577.75     $1,577.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.145** Priority creditor's name and mailing address
ANDREA WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,678.38     $3,678.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.146** Priority creditor's name and mailing address
ANDRES RIERA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.147** Priority creditor's name and mailing address
ANDREW CHAPEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,550.50     $3,550.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.148**  **Priority creditor's name and mailing address**
ANDREW COCCIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $280.94    **Priority amount** $280.94

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.149**  **Priority creditor's name and mailing address**
ANDREW DELANEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,782.15    **Priority amount** $5,782.15

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.150**  **Priority creditor's name and mailing address**
ANDREW GOMELLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.151**  **Priority creditor's name and mailing address**
ANDREW KEIBEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,566.32    **Priority amount** $2,566.32

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.152**   **Priority creditor's name and mailing address**
ANDREW KIM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $13,650.00                     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.153**   **Priority creditor's name and mailing address**
ANDREW KIM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $2,300.50                      $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.154**   **Priority creditor's name and mailing address**
ANDREW LEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $4,049.69                      $4,049.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.155**   **Priority creditor's name and mailing address**
ANDREW QUINN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $4,049.68                      $4,049.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.156** Priority creditor's name and mailing address
ANDREW SHIRE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$8,404.60**          **$8,404.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.157** Priority creditor's name and mailing address
ANDREW TRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,118.20**          **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.158** Priority creditor's name and mailing address
ANDRIA ZIMMERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,206.81**          **$3,206.81**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.159** Priority creditor's name and mailing address
ANDY GOBERDHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,566.32**          **$2,566.32**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.160** Priority creditor's name and mailing address
ANEESH GUPTA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,049.69          $4,049.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.161** Priority creditor's name and mailing address
ANGEL BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,374.24          $2,374.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.162** Priority creditor's name and mailing address
ANGEL MASSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,688.20          $2,688.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.163** Priority creditor's name and mailing address
ANGELA BIANCA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,362.89          $4,362.89
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |

---

**2.164** **Priority creditor's name and mailing address**
ANGELA CARTER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,692.80**          **$1,692.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.165** **Priority creditor's name and mailing address**
ANGELA DAMBROSIO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,423.66**          **$1,423.66**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.166** **Priority creditor's name and mailing address**
ANGELA FISCHUK
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,006.68**          **$3,006.68**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.167** **Priority creditor's name and mailing address**
ANGELA GAILLIARD
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,962.64**          **$2,962.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**        Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.168** Priority creditor's name and mailing address
ANGELA GEATHERS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,021.28          $2,021.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.169** Priority creditor's name and mailing address
ANGELA LAWSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,943.43          $1,943.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.170** Priority creditor's name and mailing address
ANGELA LONG
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $6,632.91          $6,632.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.171** Priority creditor's name and mailing address
ANGELA QUINN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,803.78          $2,803.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.172** **Priority creditor's name and mailing address**
ANGELA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,935.38          $10,935.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.173** **Priority creditor's name and mailing address**
ANGELA STEVENS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,763.08          $1,763.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.174** **Priority creditor's name and mailing address**
ANGELA THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,199.14          $4,199.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.175** **Priority creditor's name and mailing address**
ANGELA WILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,109.67          $2,109.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.176** Priority creditor's name and mailing address
ANGELICA BRADY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $876.96          $876.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.177** Priority creditor's name and mailing address
ANGELICA COSICO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,149.79          $2,149.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.178** Priority creditor's name and mailing address
ANH PHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,557.65          $2,557.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.179** Priority creditor's name and mailing address
ANH TRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,049.69          $4,049.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.180** **Priority creditor's name and mailing address**
ANIKA ROSS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40   **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.181** **Priority creditor's name and mailing address**
ANIKKA ROUNBEHLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,178.38   **Priority amount** $4,178.38

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.182** **Priority creditor's name and mailing address**
ANITA BENDESKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,410.20   **Priority amount** $1,410.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.183** **Priority creditor's name and mailing address**
ANITA FEI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,899.28   **Priority amount** $3,899.28

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.184**  **Priority creditor's name and mailing address**
ANJELA ROSADO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,931.84**          **$2,931.84**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.185**  **Priority creditor's name and mailing address**
ANN DILULLO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$6,284.25**          **$6,284.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.186**  **Priority creditor's name and mailing address**
ANN FITZSIMMONS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$7,551.11**          **$7,551.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.187**  **Priority creditor's name and mailing address**
ANN GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,763.80**          **$3,763.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          47 of 889

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.188** | **Priority creditor's name and mailing address**
ANNA COX
ADDRESS REDACTED

| | **As of the petition filing date, the claim is:** | **$6,330.48** | **$6,330.48** |

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.189** | **Priority creditor's name and mailing address**
ANNA CUBBAGE
ADDRESS REDACTED

| | **As of the petition filing date, the claim is:** | **$1,150.73** | **$1,150.73** |

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.190** | **Priority creditor's name and mailing address**
ANNA GOMENYUK
ADDRESS REDACTED

| | **As of the petition filing date, the claim is:** | **$4,217.32** | **$4,217.32** |

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.191** | **Priority creditor's name and mailing address**
ANNA KOOKOOLIS
ADDRESS REDACTED

| | **As of the petition filing date, the claim is:** | **$2,236.40** | **$2,236.40** |

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.192**  **Priority creditor's name and mailing address**
ANNA MARO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $3,899.28       $3,899.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.193**  **Priority creditor's name and mailing address**
ANNE AUGUSTYN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $7,866.96       $7,866.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.194**  **Priority creditor's name and mailing address**
ANNE BORJA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $2,370.54       $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.195**  **Priority creditor's name and mailing address**
ANNE MARIE PIERCE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $3,076.92       $3,076.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.196**  **Priority creditor's name and mailing address**
ANNE MISIURA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,566.32    **Priority amount** $2,566.32

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.197**  **Priority creditor's name and mailing address**
ANNETTE PRICE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,305.77    **Priority amount** $2,305.77

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.198**  **Priority creditor's name and mailing address**
ANNIE ASHOK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,680.96    **Priority amount** $3,680.96

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.199**  **Priority creditor's name and mailing address**
ANNIE WONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,335.63    **Priority amount** $2,335.63

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Part 1:** | **Additional Page**

---

**2.200** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,018.88** | **$1,018.88**
ANNMARIE DUCCILLI
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.201** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,989.88** | **$1,989.88**
ANOUCHKA CARMIL
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.202** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,370.54** | **$2,370.54**
ANRAN WANG
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.203** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,300.50** | **$2,300.50**
ANSA ANDERSON
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.204** Priority creditor's name and mailing address
ANTHONY BIANCHI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,477.42     $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.205** Priority creditor's name and mailing address
ANTHONY BONIELLO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,219.74     $4,219.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.206** Priority creditor's name and mailing address
ANTHONY CIFALDI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $11,334.78     $11,334.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.207** Priority creditor's name and mailing address
ANTHONY ERRICO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,236.40     $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.208** Priority creditor's name and mailing address
ANTHONY HOPKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,032.52    $2,032.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.209** Priority creditor's name and mailing address
ANTHONY MARZULLO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,962.06    $4,962.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.210** Priority creditor's name and mailing address
ANTHONY PERNO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,153.85    $11,153.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.211** Priority creditor's name and mailing address
ANTHONY PRIMAVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,782.41    $5,782.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.212** Priority creditor's name and mailing address
ANTHONY RAJKUMAR
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.213** Priority creditor's name and mailing address
ANTHONY UPCHURCH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,564.25   **Priority amount** $2,564.25

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.214** Priority creditor's name and mailing address
ANTOINE HALL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,108.91   **Priority amount** $3,108.91

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.215** Priority creditor's name and mailing address
ANTOINETTE JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $546.34   **Priority amount** $546.34

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.216** Priority creditor's name and mailing address
ANTONIA KARFAKIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,328.43     $2,328.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.217** Priority creditor's name and mailing address
APRIL COOPER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,045.41     $2,045.41

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.218** Priority creditor's name and mailing address
APRIL DESANTIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,634.14     $4,634.14

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.219** Priority creditor's name and mailing address
APRIL RHEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,069.83     $3,069.83

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.220**  **Priority creditor's name and mailing address**
APRIL TRENGE
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$9,352.23**    **$9,352.23**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.221**  **Priority creditor's name and mailing address**
AQUEELAH JACKSON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,931.78**    **$1,931.78**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.222**  **Priority creditor's name and mailing address**
ARCHANA BALAKRISHNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,118.20**    **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.223**  **Priority creditor's name and mailing address**
ARCHIE MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,006.52**    **$3,006.52**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.224**  Priority creditor's name and mailing address
AREEBA SAIF
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim **$2,236.40**  Priority amount **$2,236.40**

---

**2.225**  Priority creditor's name and mailing address
ARIEL SLAVIN
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim **$2,370.54**  Priority amount **$2,370.54**

---

**2.226**  Priority creditor's name and mailing address
ARIF RASHID
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim **$2,370.54**  Priority amount **$2,370.54**

---

**2.227**  Priority creditor's name and mailing address
ARLENE BRACAMONTE
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim **$6,725.61**  Priority amount **$6,725.61**

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.228**  **Priority creditor's name and mailing address**
ARMEANA HILL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,900.20**          **$1,900.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.229**  **Priority creditor's name and mailing address**
ARTEMIS CALIVAS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,577.73**          **$2,577.73**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.230**  **Priority creditor's name and mailing address**
ARTHUR KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,118.20**          **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.231**  **Priority creditor's name and mailing address**
ARTHUR OMONDI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,477.42**          **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.232**  **Priority creditor's name and mailing address**
ASFAW DESTA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,013.47    $1,013.47

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.233**  **Priority creditor's name and mailing address**
ASHA KAPADIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,283.50    $1,283.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.234**  **Priority creditor's name and mailing address**
ASHLEIGH SPICER-HENDERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,117.38    $1,117.38

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.235**  **Priority creditor's name and mailing address**
ASHLEY BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,056.00    $1,056.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:** Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.236** Priority creditor's name and mailing address
ASHLEY EASTERLING
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,531.45    **Priority amount** $7,531.45

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.237** Priority creditor's name and mailing address
ASHLEY JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,667.24    **Priority amount** $6,667.24

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.238** Priority creditor's name and mailing address
ASHLEY LENTINI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,773.80    **Priority amount** $3,773.80

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.239** Priority creditor's name and mailing address
ASHLEY LOMBARDI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,982.26    **Priority amount** $2,982.26

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.240**  **Priority creditor's name and mailing address**
ASHLEY MARCIANO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,004.33    **Priority amount** $2,004.33

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.241**  **Priority creditor's name and mailing address**
ASHLEY MERZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,081.66    **Priority amount** $6,081.66

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.242**  **Priority creditor's name and mailing address**
ASHLEY MISTRETTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,301.65    **Priority amount** $7,301.65

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.243**  **Priority creditor's name and mailing address**
ASHLEY PADULA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $725.76    **Priority amount** $725.76

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.244** Priority creditor's name and mailing address
ASHLEY RUSSO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,923.81    $3,923.81

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.245** Priority creditor's name and mailing address
ASHLEY THATCHER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $573.88    $573.88

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.246** Priority creditor's name and mailing address
ASHLEY WHITE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,193.49    $1,193.49

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.247** Priority creditor's name and mailing address
ASHLEY WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,935.55    $1,935.55

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.248** Priority creditor's name and mailing address
ASHTON CHEVALIER
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,193.49**  **$3,193.49**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.249** Priority creditor's name and mailing address
ATUL BALI
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,300.50**  **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.250** Priority creditor's name and mailing address
AUBREY COOK
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,746.58**  **$2,746.58**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.251** Priority creditor's name and mailing address
AUBREY SENTMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,190.96**  **$3,190.96**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.252** **Priority creditor's name and mailing address**
AURORA ENCARNADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,242.11    $4,242.11

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.253** **Priority creditor's name and mailing address**
AVA ANDERSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,958.96    $1,958.96

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.254** **Priority creditor's name and mailing address**
AVANI YENAMANDRA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,461.54    $4,461.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.255** **Priority creditor's name and mailing address**
AVINASH VERNEKAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1: Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.256** Priority creditor's name and mailing address
AYESHA FOGLE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,744.71**    **$1,744.71**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.257** Priority creditor's name and mailing address
AYUSH SOOD
ADDRESS REDACTED

As of the petition filing date, the claim is: **$622.09**    **$622.09**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.258** Priority creditor's name and mailing address
B'NIA CALVERT
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,096.02**    **$2,096.02**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.259** Priority creditor's name and mailing address
BABU VARKEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,952.92**    **$4,952.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                                     Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.260**  **Priority creditor's name and mailing address**
BAHAR ADELI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.261**  **Priority creditor's name and mailing address**
BALAJI SRINIVAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.262**  **Priority creditor's name and mailing address**
BARBARA BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,069.68    $3,069.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.263**  **Priority creditor's name and mailing address**
BARBARA ENGLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,200.28    $3,200.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.264** **Priority creditor's name and mailing address**
BARBARA FRY-ARRIGHY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,557.92          **Priority amount** $7,557.92

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.265** **Priority creditor's name and mailing address**
BARBARA MACDONALD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,990.66          **Priority amount** $1,990.66

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.266** **Priority creditor's name and mailing address**
BARBARA MANNINO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00          **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.267** **Priority creditor's name and mailing address**
BARBARA MAURER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,035.98          **Priority amount** $3,035.98

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.268** **Priority creditor's name and mailing address**
BARBARA STEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,710.25    **Priority amount** $2,710.25

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.269** **Priority creditor's name and mailing address**
BARBARA STEVENS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,739.57    **Priority amount** $1,739.57

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.270** **Priority creditor's name and mailing address**
BARBARA WILLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,284.46    **Priority amount** $2,284.46

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.271** **Priority creditor's name and mailing address**
BARRETT THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,566.32    **Priority amount** $2,566.32

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.272** Priority creditor's name and mailing address
BARTHOLOMEW TORTELLA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,925.00**    **$9,925.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.273** Priority creditor's name and mailing address
BARTOSZ KAWALEC
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,738.00**    **$5,738.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.274** Priority creditor's name and mailing address
BASANT NASSAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,715.66**    **$3,715.66**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.275** Priority creditor's name and mailing address
BASIL SHAHIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,118.20**    **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.276** Priority creditor's name and mailing address
BELAL NOUREDDINE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,418.70**          **$3,418.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.277** Priority creditor's name and mailing address
BELINDA JEYARAJ
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,236.40**          **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.278** Priority creditor's name and mailing address
BENJAMIN IGA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,899.72**          **$1,899.72**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.279** Priority creditor's name and mailing address
BENJAMIN ROSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,236.40**          **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.280**  **Priority creditor's name and mailing address**
BENJAMIN SYKES
ADDRESS REDACTED

**Total claim** $8,834.86  **Priority amount** $8,834.86

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.281**  **Priority creditor's name and mailing address**
BERDINA CORNISH
ADDRESS REDACTED

**Total claim** $1,418.27  **Priority amount** $1,418.27

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.282**  **Priority creditor's name and mailing address**
BERNADETTE MORAN
ADDRESS REDACTED

**Total claim** $4,602.02  **Priority amount** $4,602.02

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.283**  **Priority creditor's name and mailing address**
BERNADETTE SHEEHAN
ADDRESS REDACTED

**Total claim** $3,121.28  **Priority amount** $3,121.28

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.284**

Priority creditor's name and mailing address
BERNADETTE TORIO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $270.00  **Priority amount** $270.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.285**

Priority creditor's name and mailing address
BERNARD BROOKS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,078.67  **Priority amount** $2,078.67

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.286**

Priority creditor's name and mailing address
BERNARD BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,258.83  **Priority amount** $2,258.83

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.287**

Priority creditor's name and mailing address
BERZERIE ANDREWS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,562.10  **Priority amount** $1,562.10

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.288** **Priority creditor's name and mailing address**
BETH SHAW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,538.48          $3,538.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.289** **Priority creditor's name and mailing address**
BETH SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $8,886.13          $8,886.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.290** **Priority creditor's name and mailing address**
BETTY COLQUITT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $5,206.50          $5,206.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.291** **Priority creditor's name and mailing address**
BETTY LANE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,029.90          $2,029.90
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.292** | **Priority creditor's name and mailing address**
BETTY PERKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,967.35            $3,967.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.293** | **Priority creditor's name and mailing address**
BEVERLY DUNNING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,725.69            $1,725.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.294** | **Priority creditor's name and mailing address**
BEVERLY ELDRIDGE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $8,398.37            $8,398.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.295** | **Priority creditor's name and mailing address**
BIANCA DAVIES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,458.40            $3,458.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.296** Priority creditor's name and mailing address
BIANCHI TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,525.12   **Priority amount** $3,525.12

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.297** Priority creditor's name and mailing address
BILL ZHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40   **Priority amount** $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.298** Priority creditor's name and mailing address
BILLY ZHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40   **Priority amount** $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.299** Priority creditor's name and mailing address
BINU SHAJIMON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,353.95   **Priority amount** $8,353.95

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.300**  Priority creditor's name and mailing address
BISHMAL EDWARDS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,455.41**        **$1,455.41**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.301**  Priority creditor's name and mailing address
BOBEN KURIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,362.95**        **$2,362.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.302**  Priority creditor's name and mailing address
BOGDAN RASHEVSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$7,856.79**        **$7,856.79**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.303**  Priority creditor's name and mailing address
BOTROS SHENODA
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,300.50**        **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1: Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.304** Priority creditor's name and mailing address
BRAD ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$266.11**   Priority amount: **$266.11**

---

**2.305** Priority creditor's name and mailing address
BRADLEY NEWTON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$3,526.59**   Priority amount: **$3,526.59**

---

**2.306** Priority creditor's name and mailing address
BRANDEE NEIDERHOFER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$4,980.81**   Priority amount: **$4,980.81**

---

**2.307** Priority creditor's name and mailing address
BRANDON JACKSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$1,966.17**   Priority amount: **$1,966.17**

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.308**  **Priority creditor's name and mailing address**
BRANDON SHALLOP
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,378.31    $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.309**  **Priority creditor's name and mailing address**
BRANDON WOLFELD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.310**  **Priority creditor's name and mailing address**
BRANDY STRALO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,268.75    $6,268.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.311**  **Priority creditor's name and mailing address**
BRENDA BRONKA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,132.01    $3,132.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.312** **Priority creditor's name and mailing address**
BRENDA DISTASIO
ADDRESS REDACTED

**Total claim** $2,748.78    **Priority amount** $2,748.78

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.313** **Priority creditor's name and mailing address**
BRENDA SANDERS
ADDRESS REDACTED

**Total claim** $1,991.20    **Priority amount** $1,991.20

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.314** **Priority creditor's name and mailing address**
BRENDAN CARTY
ADDRESS REDACTED

**Total claim** $3,823.11    **Priority amount** $3,823.11

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.315** **Priority creditor's name and mailing address**
BRENDAN MCCRACKEN
ADDRESS REDACTED

**Total claim** $13,650.00    **Priority amount** $13,650.00

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.316** Priority creditor's name and mailing address
BRENDAN MULLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20   **Priority amount** $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.317** Priority creditor's name and mailing address
BRETT CAMPBELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,300.50   **Priority amount** $2,300.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.318** Priority creditor's name and mailing address
BRIAN BIANCO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.319** Priority creditor's name and mailing address
BRIAN CROCITTO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $11,923.08   **Priority amount** $11,923.08

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| | **Part 1:** | **Additional Page** |
|---|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.320** | **Priority creditor's name and mailing address**
BRIAN EMERY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $7,288.63   **Priority amount** $7,288.63

---

**2.321** | **Priority creditor's name and mailing address**
BRIAN GILLESPIE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $1,118.20   **Priority amount** $1,118.20

---

**2.322** | **Priority creditor's name and mailing address**
BRIAN HALL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $4,356.60   **Priority amount** $4,356.60

---

**2.323** | **Priority creditor's name and mailing address**
BRIAN LIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $2,576.56   **Priority amount** $2,576.56

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.324** | **Priority creditor's name and mailing address**
BRIAN MCCARTHY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $12,642.08    Priority amount: $12,642.08

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.325** | **Priority creditor's name and mailing address**
BRIAN MCGREEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,899.28    Priority amount: $3,899.28

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.326** | **Priority creditor's name and mailing address**
BRIAN SANTISO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,307.69    Priority amount: $2,307.69

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.327** | **Priority creditor's name and mailing address**
BRIAN SPRANDIO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,477.42    Priority amount: $2,477.42

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.328** | **Priority creditor's name and mailing address**
BRIAN WHALEN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$4,427.62**   **$4,427.62**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.329** | **Priority creditor's name and mailing address**
BRIANA AUSTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$4,898.48**   **$4,898.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.330** | **Priority creditor's name and mailing address**
BRIANA DONCHEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,827.51**   **$1,827.51**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.331** | **Priority creditor's name and mailing address**
BRIANA HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,625.00**   **$1,625.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.332** Priority creditor's name and mailing address
BRIANA LEBOLD
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,813.32   $1,813.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.333** Priority creditor's name and mailing address
BRIANA PLY
ADDRESS REDACTED

As of the petition filing date, the claim is:   $3,899.28   $3,899.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.334** Priority creditor's name and mailing address
BRIDGETTE BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:   $4,134.74   $4,134.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.335** Priority creditor's name and mailing address
BRIENNE DEFINIS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $6,010.25   $6,010.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

Debtor Name    **Center City Healthcare, LLC**                           Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|----------------|---------------------|

**2.336**    **Priority creditor's name and mailing address**                 **As of the petition filing date, the claim is:**    $2,838.48    $2,838.48
BRITNEY YOCUM
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.337**    **Priority creditor's name and mailing address**                 **As of the petition filing date, the claim is:**    $1,706.75    $1,706.75
BRITTANI CAPONEGRO
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.338**    **Priority creditor's name and mailing address**                 **As of the petition filing date, the claim is:**    $3,346.10    $3,346.10
BRITTANY BOYLE
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.339**    **Priority creditor's name and mailing address**                 **As of the petition filing date, the claim is:**    $1,118.20    $1,118.20
BRITTANY CORSO
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.340**  **Priority creditor's name and mailing address**
BRITTANY DONOVAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $735.47          $735.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.341**  **Priority creditor's name and mailing address**
BRITTANY FINKEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $4,156.33         $4,156.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.342**  **Priority creditor's name and mailing address**
BRITTANY HUGHES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $9,802.67         $9,802.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.343**  **Priority creditor's name and mailing address**
BRITTANY IVY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $2,216.64         $2,216.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name   **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.344** **Priority creditor's name and mailing address**
BRITTANY KAEWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,907.14   $2,907.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.345** **Priority creditor's name and mailing address**
BRITTANY KIESSLING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,257.73   $2,257.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.346** **Priority creditor's name and mailing address**
BRITTANY LEGENSKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $4,328.13   $4,328.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.347** **Priority creditor's name and mailing address**
BRITTANY NOGALES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $6,960.85   $6,960.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.348** Priority creditor's name and mailing address
BRITTANY REAVES
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,570.87    Priority amount: $1,570.87

---

**2.349** Priority creditor's name and mailing address
BRITTNEY JACKSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,246.96    Priority amount: $3,246.96

---

**2.350** Priority creditor's name and mailing address
BRITTNY GOODELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,171.80    Priority amount: $4,171.80

---

**2.351** Priority creditor's name and mailing address
BRONIA AGRESS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $5,151.09    Priority amount: $5,151.09

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.352** Priority creditor's name and mailing address
BROOKE WILSMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $5,600.78    Priority amount $5,600.78

---

**2.353** Priority creditor's name and mailing address
BRUCE PHIPPS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $7,500.00    Priority amount $7,500.00

---

**2.354** Priority creditor's name and mailing address
BRYAN ANTROM
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $2,258.91    Priority amount $2,258.91

---

**2.355** Priority creditor's name and mailing address
BRYAN EDWARDS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $2,857.77    Priority amount $2,857.77

Debtor Name   **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.356** Priority creditor's name and mailing address
BRYAN SHENKMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **Total claim** $5,978.48  **Priority amount** $5,978.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.357** Priority creditor's name and mailing address
BRYN COTTETA
ADDRESS REDACTED

As of the petition filing date, the claim is:  $5,261.24  $5,261.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.358** Priority creditor's name and mailing address
BUSRA KARADEMIR
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,118.20  $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.359** Priority creditor's name and mailing address
BUTCH ERIBAL
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,705.68  $1,705.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.360** | **Priority creditor's name and mailing address**
CAITLIN DOUGHERTY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,654.04  **Priority amount** $4,654.04

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.361** | **Priority creditor's name and mailing address**
CAITLIN LADLEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $826.00  **Priority amount** $826.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.362** | **Priority creditor's name and mailing address**
CAITLIN LOGAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20  **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.363** | **Priority creditor's name and mailing address**
CAITLIN VANCE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,457.76  **Priority amount** $1,457.76

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.364** Priority creditor's name and mailing address
CAITLYN KEAL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$8,387.24**          **$8,387.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4         )

---

**2.365** Priority creditor's name and mailing address
CAITLYN LABELLA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,049.68**          **$4,049.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4         )

---

**2.366** Priority creditor's name and mailing address
CAITLYN MULLNER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,714.45**          **$3,714.45**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4         )

---

**2.367** Priority creditor's name and mailing address
CALEB MCENTIRE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,236.40**          **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4         )

---

Debtor Name **Center City Healthcare, LLC**

Case number (if known): **19-11466**

## Part 1:   Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.368** **Priority creditor's name and mailing address**
CAMERON STRONG
ADDRESS REDACTED

As of the petition filing date, the claim is: **$598.40** **$598.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.369** **Priority creditor's name and mailing address**
CAMERON THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$13.53** **$13.53**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.370** **Priority creditor's name and mailing address**
CAMICA STATEN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$8,094.45** **$8,094.45**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.371** **Priority creditor's name and mailing address**
CAMILLE MCCALLISTER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,118.20** **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **Center City Healthcare, LLC**
Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.372** Priority creditor's name and mailing address
CARISSA JEANNETTE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,118.20**   **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.373** Priority creditor's name and mailing address
CARLENE ELLIOTT
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,078.81**   **$5,078.81**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.374** Priority creditor's name and mailing address
CARLENE GRAY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.375** Priority creditor's name and mailing address
CARLOS ILLINGWORTH
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,477.42**   **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |

**2.376** Priority creditor's name and mailing address
CARMEN RUBI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,474.97     $3,474.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.377** Priority creditor's name and mailing address
CARMEN TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,596.38     $6,596.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.378** Priority creditor's name and mailing address
CAROL ANN WELSH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,801.35     $1,801.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.379** Priority creditor's name and mailing address
CAROL BOYLAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,361.54     $3,361.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.380**  **Priority creditor's name and mailing address**
CAROLINE ARSENAULT
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,414.93          $3,414.93
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.381**  **Priority creditor's name and mailing address**
CAROLINE TYSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,367.78          $5,367.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.382**  **Priority creditor's name and mailing address**
CAROLYN ANDERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $11,590.21          $11,590.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.383**  **Priority creditor's name and mailing address**
CAROLYN EDWARDS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $209.12          $209.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.384** Priority creditor's name and mailing address
CAROLYN HESTON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $5,783.84     Priority amount: $5,783.84

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.385** Priority creditor's name and mailing address
CAROLYNN RAINEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $6,444.81     Priority amount: $6,444.81

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.386** Priority creditor's name and mailing address
CARRIE MAK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00     Priority amount: $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.387** Priority creditor's name and mailing address
CASEYLYNN ROSSI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $636.53     Priority amount: $636.53

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.388** Priority creditor's name and mailing address
CASSANDRA MCDONALD
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,971.29     $10,971.29
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.389** Priority creditor's name and mailing address
CASSANDRA VARRECCHIONE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,521.92     $2,521.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.390** Priority creditor's name and mailing address
CASSANDRA WARTMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,927.21     $5,927.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.391** Priority creditor's name and mailing address
CASSIRE JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,874.15     $2,874.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                   Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.392** **Priority creditor's name and mailing address**
CASSY LE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $3,449.03   $3,449.03
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.393** **Priority creditor's name and mailing address**
CATHERINE BOYLAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,236.40   $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.394** **Priority creditor's name and mailing address**
CATHERINE FRYE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,684.66   $2,684.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.395** **Priority creditor's name and mailing address**
CATHERINE JOSAPHOUITCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $1,948.01   $1,948.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.396** | **Priority creditor's name and mailing address**
CATHERINE KRAUSZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | **$3,467.18** | **$3,467.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.397** | **Priority creditor's name and mailing address**
CATHERINE RYAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | **$6,794.84** | **$6,794.84**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.398** | **Priority creditor's name and mailing address**
CATHERINE SPEAKMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | **$1,620.00** | **$1,620.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.399** | **Priority creditor's name and mailing address**
CATHERINE STEVENS
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | **$13,650.00** | **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.400** | **Priority creditor's name and mailing address**
CATHERINE WEIR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   Total claim **$753.00**   Priority amount **$753.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.401** | **Priority creditor's name and mailing address**
CATHLEEN SCOTT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   Total claim **$7,663.37**   Priority amount **$7,663.37**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.402** | **Priority creditor's name and mailing address**
CAYLA SALMON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   Total claim **$3,315.87**   Priority amount **$3,315.87**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.403** | **Priority creditor's name and mailing address**
CECILIA NGUYEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   Total claim **$2,236.40**   Priority amount **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.404** **Priority creditor's name and mailing address**
CELENA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,611.81    $1,611.81

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.405** **Priority creditor's name and mailing address**
CELINA CHOI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $404.30    $404.30

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.406** **Priority creditor's name and mailing address**
CHANTELL TRAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,515.64    $3,515.64

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.407** **Priority creditor's name and mailing address**
CHARDE SWINTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $887.22    $887.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.408** Priority creditor's name and mailing address
CHARITY MCDANIELS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,853.25     $2,853.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.409** Priority creditor's name and mailing address
CHARLENE CROPPER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,160.91     $4,160.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.410** Priority creditor's name and mailing address
CHARLES FINCH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,771.44     $5,771.44

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.411** Priority creditor's name and mailing address
CHARLES KASPERITIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,993.07     $6,993.07

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.412** Priority creditor's name and mailing address
CHARLES LONG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.413** Priority creditor's name and mailing address
CHARLES SCHAFER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.414** Priority creditor's name and mailing address
CHARLES WISNIEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,566.32    $2,566.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.415** Priority creditor's name and mailing address
CHARLVETTA FISCHER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,767.69    $1,767.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.416** Priority creditor's name and mailing address
CHARYA CHEY-JOHNSTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,375.51    $3,375.51

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.417** Priority creditor's name and mailing address
CHATHULA KUMARASINGHE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.418** Priority creditor's name and mailing address
CHAU VU
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,550.50    $3,550.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.419** Priority creditor's name and mailing address
CHAVONNE BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,197.86    $1,197.86

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.420** | **Priority creditor's name and mailing address**
CHELSEA COHEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $1,079.20   $1,079.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.421** | **Priority creditor's name and mailing address**
CHELSEA DENNING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $787.50   $787.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.422** | **Priority creditor's name and mailing address**
CHELSEA NGONGANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $4,333.15   $4,333.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.423** | **Priority creditor's name and mailing address**
CHENPANG SOONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,566.32   $2,566.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.424**  Priority creditor's name and mailing address
CHERESHA SAMUELS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$5,688.94**          **$5,688.94**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.425**  Priority creditor's name and mailing address
CHERYL GRIFFITH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$7,297.12**          **$7,297.12**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.426**  Priority creditor's name and mailing address
CHERYL KREVOLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$11,258.80**          **$11,258.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.427**  Priority creditor's name and mailing address
CHERYL MILEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$7,023.56**          **$7,023.56**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                   Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |

**2.428**  Priority creditor's name and mailing address
CHERYL NEVINS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,660.03          $1,660.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.429**  Priority creditor's name and mailing address
CHERYL NOEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,975.54          $4,975.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.430**  Priority creditor's name and mailing address
CHERYL ROBERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,216.37          $5,216.37

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.431**  Priority creditor's name and mailing address
CHERYL WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,262.74          $6,262.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.432** Priority creditor's name and mailing address
CHIDUZIE MADUBATA
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $13,650.00
**Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.433** Priority creditor's name and mailing address
CHIJINDU EMENARI
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $3,769.89
**Priority amount** $3,769.89

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.434** Priority creditor's name and mailing address
CHONA LEYES
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $3,296.19
**Priority amount** $3,296.19

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.435** Priority creditor's name and mailing address
CHRISTA BONINFANTE
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $9,360.61
**Priority amount** $9,360.61

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.436** | **Priority creditor's name and mailing address**
CHRISTA MCGROGAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,890.78   **Priority amount** $3,890.78

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.437** | **Priority creditor's name and mailing address**
CHRISTI GILL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20   **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.438** | **Priority creditor's name and mailing address**
CHRISTIAN KOEGEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,370.54   **Priority amount** $2,370.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.439** | **Priority creditor's name and mailing address**
CHRISTIE DIVETERANO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,986.38   **Priority amount** $4,986.38

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.440** **Priority creditor's name and mailing address**
CHRISTINA CONTESSA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,196.55**    **$3,196.55**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.441** **Priority creditor's name and mailing address**
CHRISTINA DEMUNZIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,093.45**    **$9,093.45**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.442** **Priority creditor's name and mailing address**
CHRISTINA GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,315.32**    **$2,315.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.443** **Priority creditor's name and mailing address**
CHRISTINA GILL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,719.45**    **$5,719.45**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.444** **Priority creditor's name and mailing address**
CHRISTINA MACEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,227.27    $5,227.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.445** **Priority creditor's name and mailing address**
CHRISTINA MARRERO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,477.20    $4,477.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.446** **Priority creditor's name and mailing address**
CHRISTINA MEJIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.447** **Priority creditor's name and mailing address**
CHRISTINA MERCOGLIANO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                                      Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.448**  **Priority creditor's name and mailing address**
CHRISTINA MILETTO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,053.23          $2,053.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.449**  **Priority creditor's name and mailing address**
CHRISTINA OLENIK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $5,155.54          $5,155.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.450**  **Priority creditor's name and mailing address**
CHRISTINE BURKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,907.30          $2,907.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.451**  **Priority creditor's name and mailing address**
CHRISTINE CANNON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

| **Part 1:** | Additional Page | | | | |
| --- | --- | --- | --- | --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.452** Priority creditor's name and mailing address
CHRISTINE FINK
ADDRESS REDACTED

As of the petition filing date, the claim is: **$10,446.89**  **$10,446.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.453** Priority creditor's name and mailing address
CHRISTINE HAMILTON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,385.34**  **$2,385.34**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.454** Priority creditor's name and mailing address
CHRISTINE HEINZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$661.51**  **$661.51**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.455** Priority creditor's name and mailing address
CHRISTINE HNATKOWSKY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$147.60**  **$147.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.456** Priority creditor's name and mailing address
CHRISTINE ILIK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,929.30    $9,929.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.457** Priority creditor's name and mailing address
CHRISTINE LAUX
ADDRESS REDACTED

As of the petition filing date, the claim is:    $270.00    $270.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.458** Priority creditor's name and mailing address
CHRISTINE LE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $492.38    $492.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.459** Priority creditor's name and mailing address
CHRISTINE MISHALKO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,577.67    $4,577.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |

**2.460** Priority creditor's name and mailing address
CHRISTINE MOSS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,356.40**          **$4,356.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.461** Priority creditor's name and mailing address
CHRISTINE SHURILLA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$5,952.87**          **$5,952.87**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.462** Priority creditor's name and mailing address
CHRISTINE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,923.08**          **$3,923.08**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.463** Priority creditor's name and mailing address
CHRISTINE STAG
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,476.26**          **$3,476.26**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.464** **Priority creditor's name and mailing address**
CHRISTOPHER ADKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,999.97**    **$2,999.97**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.465** **Priority creditor's name and mailing address**
CHRISTOPHER AGHEDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$12,973.64**    **$12,973.64**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.466** **Priority creditor's name and mailing address**
CHRISTOPHER BODDEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,118.20**    **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.467** **Priority creditor's name and mailing address**
CHRISTOPHER BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,566.32**    **$2,566.32**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.468** | **Priority creditor's name and mailing address** | | **$1,118.20** | **$1,118.20** |
|---|---|---|---|---|

CHRISTOPHER CADMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| **2.469** | **Priority creditor's name and mailing address** | | **$2,661.12** | **$2,661.12** |
|---|---|---|---|---|

CHRISTOPHER CARROLL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| **2.470** | **Priority creditor's name and mailing address** | | **$2,237.49** | **$2,237.49** |
|---|---|---|---|---|

CHRISTOPHER FINCH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| **2.471** | **Priority creditor's name and mailing address** | | **$9,862.70** | **$9,862.70** |
|---|---|---|---|---|

CHRISTOPHER HEARN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.472**

**Priority creditor's name and mailing address**
CHRISTOPHER LYERLY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.473**

**Priority creditor's name and mailing address**
CHRISTOPHER MAHROUS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,118.20**    **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.474**

**Priority creditor's name and mailing address**
CHRISTOPHER MCDONNELL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$8,710.58**    **$8,710.58**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.475**

**Priority creditor's name and mailing address**
CHRISTOPHER MCLAUGHLIN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,352.00**    **$2,352.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1:    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.476**  **Priority creditor's name and mailing address**
CHRISTOPHER MONACELLI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $4,273.77        Priority amount: $4,273.77

---

**2.477**  **Priority creditor's name and mailing address**
CHRISTOPHER OSOWSKI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $4,424.67        Priority amount: $4,424.67

---

**2.478**  **Priority creditor's name and mailing address**
CHRISTOPHER RUSSELL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $4,522.48        Priority amount: $4,522.48

---

**2.479**  **Priority creditor's name and mailing address**
CHRISTOPHER SMITH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $1,564.16        Priority amount: $1,564.16

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.480** Priority creditor's name and mailing address
CHRISTOPHER SORRENTINO
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,379.18 $3,379.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.481** Priority creditor's name and mailing address
CHRISTOPHER SQUIRES
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,879.72 $4,879.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.482** Priority creditor's name and mailing address
CHRISTOPHER STOUT
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,236.40 $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.483** Priority creditor's name and mailing address
CHRISTOPHER WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,661.70 $3,661.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.484** | **Priority creditor's name and mailing address**
CHRISTY CHRISTOPHERSEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,626.07 — Priority amount: $2,626.07

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.485** | **Priority creditor's name and mailing address**
CHRISTY GARNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,706.76 — Priority amount: $1,706.76

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.486** | **Priority creditor's name and mailing address**
CHRISTY JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,236.40 — Priority amount: $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.487** | **Priority creditor's name and mailing address**
CHRYSTIE GORMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $535.10 — Priority amount: $535.10

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.488**  **Priority creditor's name and mailing address**
CHUKWUNWEIKE NWOSU
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,378.31          $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.489**  **Priority creditor's name and mailing address**
CHUN TANG
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,095.78          $3,095.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.490**  **Priority creditor's name and mailing address**
CIARA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $866.09          $866.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.491**  **Priority creditor's name and mailing address**
CINDY JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,494.75          $2,494.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| | | **Total claim** | **Priority amount** |

**2.492** Priority creditor's name and mailing address
CINDY SANDLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,247.70    $5,247.70

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.493** Priority creditor's name and mailing address
CINTHIA SILVERSTEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $540.00    $540.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.494** Priority creditor's name and mailing address
CISLAH SCOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,706.26    $1,706.26

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.495** Priority creditor's name and mailing address
CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

As of the petition filing date, the claim is:    $531,754.14    **UNKNOWN**

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES/FEES/ASSESSMENTS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8      )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.496** | **Priority creditor's name and mailing address**
CLAIRE BOGAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40        **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.497** | **Priority creditor's name and mailing address**
CLAIRE UMOGBAI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00        **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.498** | **Priority creditor's name and mailing address**
CLARE BYRNE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,266.19        **Priority amount** $13,266.19

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.499** | **Priority creditor's name and mailing address**
CLARE CARROLL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,848.36        **Priority amount** $7,848.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

**2.500** | **Priority creditor's name and mailing address**
CLARE GROBELNY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,203.20                    $3,203.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.501** | **Priority creditor's name and mailing address**
CLARENCE JONES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,652.34                    $2,652.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.502** | **Priority creditor's name and mailing address**
CLAUDETTE DAVIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $984.00                    $984.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.503** | **Priority creditor's name and mailing address**
CLAUDETTE WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,660.39                    $3,660.39
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                           Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |

**2.504** **Priority creditor's name and mailing address**
CLAUDIA AYRES-BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$7,726.45**          **$7,726.45**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.505** **Priority creditor's name and mailing address**
CLAUDY GAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,118.20**          **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.506** **Priority creditor's name and mailing address**
CLELLAND CHATMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,566.32**          **$2,566.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.507** **Priority creditor's name and mailing address**
CLIFFORD GOODRICH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,477.42**          **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.508** Priority creditor's name and mailing address
CLOYD SEMENTELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,400.00          $1,400.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.509** Priority creditor's name and mailing address
COLBY SANDONE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,936.43          $2,936.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.510** Priority creditor's name and mailing address
COLIN KANACH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,219.74          $4,219.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.511** Priority creditor's name and mailing address
COLLEEN ASH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,321.92          $5,321.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.512** Priority creditor's name and mailing address
COLLEEN CHIU
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,917.21   **Priority amount** $4,917.21

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.513** Priority creditor's name and mailing address
COLLEEN COSTELLO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,823.64   **Priority amount** $1,823.64

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.514** Priority creditor's name and mailing address
COLLEEN FERAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,200.00   **Priority amount** $1,200.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.515** Priority creditor's name and mailing address
COLLEEN MACDONALD
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $11,311.00   **Priority amount** $11,311.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.516** Priority creditor's name and mailing address
COLLEEN MAURER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,339.83    $5,339.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.517** Priority creditor's name and mailing address
COLLEEN MITCHELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,273.67    $4,273.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.518** Priority creditor's name and mailing address
COLLEEN NOFI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.519** Priority creditor's name and mailing address
COLLEEN OLIVERI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,379.25    $7,379.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | **Total claim** | **Priority amount** |

**2.520**  Priority creditor's name and mailing address
COLLEEN STANCAVAGE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$8,689.27**     **$8,689.27**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.521**  Priority creditor's name and mailing address
COLLEEN SWEARINGEN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,418.41**     **$4,418.41**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.522**  Priority creditor's name and mailing address
COLLEEN TABASCO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$496.66**     **$496.66**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.523**  Priority creditor's name and mailing address
COLLIN KELLAR
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
|  | | | **UNKNOWN** |

**2.524** **Priority creditor's name and mailing address**
COMMONWEALTH OF PA
PUBLIC HEALTH & HUMAN SERVICES
ACCT CONTROL/COMPTROLLER OFFICE
P.O. BOX 2675
HARRISBURG, PA 17105-2675

**As of the petition filing date, the claim is:**    $44,544.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES/FEES/ASSESSMENTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.525** **Priority creditor's name and mailing address**
CONCETTA PASQUARELLO-DOWNEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,549.00    $4,549.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.526** **Priority creditor's name and mailing address**
CONCHETTA SMALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $144.00    $144.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.527** **Priority creditor's name and mailing address**
CONNIE CHANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,405.28    $2,405.28

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.528**  **Priority creditor's name and mailing address**
CONNIE CHEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $7,665.16                     $7,665.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.529**  **Priority creditor's name and mailing address**
CONSTANCE MALONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $5,120.96                     $5,120.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.530**  **Priority creditor's name and mailing address**
CORALIE MONTES-KING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $3,952.84                     $3,952.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.531**  **Priority creditor's name and mailing address**
COREY JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $1,118.20                     $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|--|--|--|--|

**2.532** Priority creditor's name and mailing address
COREY RUTH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.533** Priority creditor's name and mailing address
CORTNIE CARLHEIM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,814.63    $5,814.63

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.534** Priority creditor's name and mailing address
CORY FEGLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,206.66    $2,206.66

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.535** Priority creditor's name and mailing address
COURTNEY ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $571.20    $571.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.536** | Priority creditor's name and mailing address
COURTNEY BRESLER-NOWAK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,658.21    **Priority amount** $3,658.21

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.537** | Priority creditor's name and mailing address
COURTNEY ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $493.11    **Priority amount** $493.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.538** | Priority creditor's name and mailing address
CRAIG MCCLELLAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $308.00    **Priority amount** $308.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.539** | Priority creditor's name and mailing address
CRYSTAL COLON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,139.78    **Priority amount** $1,139.78

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1: Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.540** Priority creditor's name and mailing address
CRYSTAL WATSON
ADDRESS REDACTED

As of the petition filing date, the claim is:  $236.80  $236.80

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.541** Priority creditor's name and mailing address
CYNTHIA ALESSIO
ADDRESS REDACTED

As of the petition filing date, the claim is:  $4,049.69  $4,049.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.542** Priority creditor's name and mailing address
CYNTHIA COTHERY
ADDRESS REDACTED

As of the petition filing date, the claim is:  $9,081.15  $9,081.15

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.543** Priority creditor's name and mailing address
CYNTHIA FITZPATRICK
ADDRESS REDACTED

As of the petition filing date, the claim is:  $8,012.60  $8,012.60

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.544**  **Priority creditor's name and mailing address**
CYNTHIA KEARSE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,477.42**    Priority amount: **$2,477.42**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.545**  **Priority creditor's name and mailing address**
CYNTHIA MARINO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$13,650.00**    Priority amount: **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.546**  **Priority creditor's name and mailing address**
CYNTHIA MOY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,679.63**    Priority amount: **$5,679.63**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.547**  **Priority creditor's name and mailing address**
CYNTHIA ONOREVOLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,468.80**    Priority amount: **$1,468.80**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.548** Priority creditor's name and mailing address
CYNTHIA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,842.00     $1,842.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.549** Priority creditor's name and mailing address
DAMAN SINGH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,370.54     $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.550** Priority creditor's name and mailing address
DANA KEDDIE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,728.77     $5,728.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.551** Priority creditor's name and mailing address
DANA SMOLENSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,719.37     $7,719.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.552** Priority creditor's name and mailing address
DANA WHITE
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: **$2,469.84**    Priority amount: **$2,469.84**

---

**2.553** Priority creditor's name and mailing address
DANE SCANTLING
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: **$4,326.52**    Priority amount: **$4,326.52**

---

**2.554** Priority creditor's name and mailing address
DANEEN DISPIRITO
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: **$5,090.69**    Priority amount: **$5,090.69**

---

**2.555** Priority creditor's name and mailing address
DANIEL BENDER
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: **$4,378.31**    Priority amount: **$4,378.31**

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.556** | **Priority creditor's name and mailing address**
DANIEL DATILLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Total claim** $4,195.16     **Priority amount** $4,195.16

---

**2.557** | **Priority creditor's name and mailing address**
DANIEL DILEO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Total claim** $2,370.54     **Priority amount** $2,370.54

---

**2.558** | **Priority creditor's name and mailing address**
DANIEL EDWARDS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Total claim** $4,212.86     **Priority amount** $4,212.86

---

**2.559** | **Priority creditor's name and mailing address**
DANIEL EGERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Total claim** $1,118.20     **Priority amount** $1,118.20

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.560**  **Priority creditor's name and mailing address**
DANIEL ESPINA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $1,118.20           $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.561**  **Priority creditor's name and mailing address**
DANIEL EVANS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $7,405.14           $7,405.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.562**  **Priority creditor's name and mailing address**
DANIEL HIRSCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $2,566.32           $2,566.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.563**  **Priority creditor's name and mailing address**
DANIEL KYUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $4,159.29           $4,159.29
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.564** Priority creditor's name and mailing address
DANIEL MALONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,236.40      $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.565** Priority creditor's name and mailing address
DANIEL MAYERNICK
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,615.38      $4,615.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.566** Priority creditor's name and mailing address
DANIEL MCGOVERN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,631.85      $2,631.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.567** Priority creditor's name and mailing address
DANIEL MCKNIGHT
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,597.07      $2,597.07
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |

**2.568** **Priority creditor's name and mailing address**
DANIEL MCWILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,483.98     $1,483.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.569** **Priority creditor's name and mailing address**
DANIEL NAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,709.80     $6,709.80

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.570** **Priority creditor's name and mailing address**
DANIEL NOON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $584.14     $584.14

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.571** **Priority creditor's name and mailing address**
DANIEL PARK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,965.09     $5,965.09

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.572** Priority creditor's name and mailing address
DANIEL RODRIGUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,236.40**    Priority amount: **$2,236.40**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.573** Priority creditor's name and mailing address
DANIEL SACHER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,370.54**    Priority amount: **$2,370.54**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.574** Priority creditor's name and mailing address
DANIEL WITKIEWICZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,300.50**    Priority amount: **$2,300.50**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.575** Priority creditor's name and mailing address
DANIELA KROEGER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,331.29**    Priority amount: **$3,331.29**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.576** **Priority creditor's name and mailing address**
DANIELLA SARACINO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,185.04        **Priority amount** $3,185.04

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.577** **Priority creditor's name and mailing address**
DANIELLE APADULA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,111.30        **Priority amount** $4,111.30

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.578** **Priority creditor's name and mailing address**
DANIELLE BEKEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,185.11        **Priority amount** $6,185.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.579** **Priority creditor's name and mailing address**
DANIELLE DICARLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,381.50        **Priority amount** $5,381.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.580**

Priority creditor's name and mailing address
DANIELLE GALLEGOS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$2,477.42**    Priority amount: **$2,477.42**

---

**2.581**

Priority creditor's name and mailing address
DANIELLE KITTS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$4,007.05**    Priority amount: **$4,007.05**

---

**2.582**

Priority creditor's name and mailing address
DANIELLE KUHN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$1,817.42**    Priority amount: **$1,817.42**

---

**2.583**

Priority creditor's name and mailing address
DANIELLE LEONE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$1,912.68**    Priority amount: **$1,912.68**

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.584** | **Priority creditor's name and mailing address**
DANIELLE LYONS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,549.85   **Priority amount** $2,549.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.585** | **Priority creditor's name and mailing address**
DANIELLE MARTIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,311.33   **Priority amount** $2,311.33

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.586** | **Priority creditor's name and mailing address**
DANIELLE MELISIOTISCCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20   **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.587** | **Priority creditor's name and mailing address**
DANIELLE NIGRO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,168.39   **Priority amount** $3,168.39

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.588** | **Priority creditor's name and mailing address**
DANIELLE NOORLANDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,337.36     **Priority amount** $7,337.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.589** | **Priority creditor's name and mailing address**
DANIELLE PILARTE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20     **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.590** | **Priority creditor's name and mailing address**
DANIELLE REGAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,589.79     **Priority amount** $6,589.79

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.591** | **Priority creditor's name and mailing address**
DANIELLE ROONEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,247.51     **Priority amount** $4,247.51

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.592** | **Priority creditor's name and mailing address**
DANIELLE SOLL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,933.11      **Priority amount** $1,933.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.593** | **Priority creditor's name and mailing address**
DANIELLE VEGA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,373.73      **Priority amount** $2,373.73

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.594** | **Priority creditor's name and mailing address**
DANIELLE WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,891.46      **Priority amount** $2,891.46

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.595** | **Priority creditor's name and mailing address**
DANIIL GEKHMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,899.28      **Priority amount** $3,899.28

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.596** | **Priority creditor's name and mailing address**
DANILO COSICO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $1,894.03            $1,894.03
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.597** | **Priority creditor's name and mailing address**
DANISHA GOLDEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $2,307.69            $2,307.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.598** | **Priority creditor's name and mailing address**
DANY HANNA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $4,219.74            $4,219.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.599** | **Priority creditor's name and mailing address**
DARBY SMALE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $7,715.78            $7,715.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.600** **Priority creditor's name and mailing address**
DARCIA WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,684.90          $1,684.90

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.601** **Priority creditor's name and mailing address**
DARLENE HALL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $172.74          $172.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.602** **Priority creditor's name and mailing address**
DARLENE HUGHES
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,475.92          $1,475.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.603** **Priority creditor's name and mailing address**
DARLENE MOBLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,945.70          $1,945.70

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.604** Priority creditor's name and mailing address
DARLENE PRATT
ADDRESS REDACTED

As of the petition filing date, the claim is:          $743.99          $743.99
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.605** Priority creditor's name and mailing address
DARRYL MACK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.606** Priority creditor's name and mailing address
DARSHAK THOSANI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.607** Priority creditor's name and mailing address
DARSHAN LAL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,566.32          $2,566.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.608** | **Priority creditor's name and mailing address**
DARWIN CABANILLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,673.08    **Priority amount** $3,673.08

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.609** | **Priority creditor's name and mailing address**
DAVID BRADSHAW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,755.16    **Priority amount** $5,755.16

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.610** | **Priority creditor's name and mailing address**
DAVID BREWINGTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,892.30    **Priority amount** $1,892.30

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.611** | **Priority creditor's name and mailing address**
DAVID BULMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,131.60    **Priority amount** $1,131.60

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.612** Priority creditor's name and mailing address
DAVID CARSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,975.43**    **$2,975.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.613** Priority creditor's name and mailing address
DAVID CLEMONS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.614** Priority creditor's name and mailing address
DAVID CYMERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,036.80**    **$1,036.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.615** Priority creditor's name and mailing address
DAVID FELDSTEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,220.04**    **$5,220.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.616** Priority creditor's name and mailing address
DAVID GASALBERTI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,706.61**    **$2,706.61**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.617** Priority creditor's name and mailing address
DAVID GIBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.618** Priority creditor's name and mailing address
DAVID KOPYLOV
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,049.68**    **$4,049.68**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.619** Priority creditor's name and mailing address
DAVID REICH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.620** Priority creditor's name and mailing address
DAWN ANDONIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,784.34     $6,784.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.621** Priority creditor's name and mailing address
DAWN BAYNES
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,914.63     $4,914.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.622** Priority creditor's name and mailing address
DAWN HEIDERSCHEIDT
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,608.00     $1,608.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.623** Priority creditor's name and mailing address
DAWN HORVATH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,132.00     $2,132.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.624** | **Priority creditor's name and mailing address**
DAWN WARNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$501.84**    Priority amount **$501.84**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.625** | **Priority creditor's name and mailing address**
DEAN HENDRICKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$1,984.24**    Priority amount **$1,984.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.626** | **Priority creditor's name and mailing address**
DEANNA FENNEKOHL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$4,807.70**    Priority amount **$4,807.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.627** | **Priority creditor's name and mailing address**
DEATRICE GARY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$1,639.90**    Priority amount **$1,639.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.628** | **Priority creditor's name and mailing address**
DEBORAH ADAMONIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$11,027.26**    **$11,027.26**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.629** | **Priority creditor's name and mailing address**
DEBORAH ALBEE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,427.67**    **$4,427.67**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.630** | **Priority creditor's name and mailing address**
DEBORAH DAVIS-GAYLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,098.92**    **$4,098.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.631** | **Priority creditor's name and mailing address**
DEBORAH DUMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,826.35**    **$1,826.35**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.632** **Priority creditor's name and mailing address**
DEBORAH JANKAITIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,322.40    $7,322.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.633** **Priority creditor's name and mailing address**
DEBORAH MARTHERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,349.36    $5,349.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.634** **Priority creditor's name and mailing address**
DEBRA GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,716.75    $3,716.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.635** **Priority creditor's name and mailing address**
DEBRA REYNOLDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,305.79    $5,305.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.636** Priority creditor's name and mailing address
DEEPA PATEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.637** Priority creditor's name and mailing address
DEEPA RAMACHANDRAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,570.61    $1,570.61
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.638** Priority creditor's name and mailing address
DEIRDRE DULAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,899.28    $3,899.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.639** Priority creditor's name and mailing address
DELANEY JENKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,891.57    $2,891.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.640** Priority creditor's name and mailing address
DELMY ALVARENGA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$3,092.67**    **$3,092.67**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.641** Priority creditor's name and mailing address
DELORES RHODES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,775.36**    **$2,775.36**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.642** Priority creditor's name and mailing address
DELORIS TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$4,533.44**    **$4,533.44**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.643** Priority creditor's name and mailing address
DELSHERA ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$321.13**    **$321.13**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.644** Priority creditor's name and mailing address
DEMETA GASKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,073.61    **Priority amount** $4,073.61

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.645** Priority creditor's name and mailing address
DENISE GLINKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,135.77    **Priority amount** $2,135.77

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.646** Priority creditor's name and mailing address
DENISE HENNESSY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,822.55    **Priority amount** $7,822.55

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.647** Priority creditor's name and mailing address
DENISE HOGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,229.74    **Priority amount** $1,229.74

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.648** Priority creditor's name and mailing address
DENISE JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,600.85    $1,600.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.649** Priority creditor's name and mailing address
DENISE MCBRIDE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,855.44    $1,855.44
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.650** Priority creditor's name and mailing address
DENISE MCCOLL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,992.58    $3,992.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.651** Priority creditor's name and mailing address
DENISE MULLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,445.36    $4,445.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.652** **Priority creditor's name and mailing address**
DENISE NELINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,506.19**   Priority amount: **$4,506.19**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.653** **Priority creditor's name and mailing address**
DENISE ODONNELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,830.73**   Priority amount: **$4,830.73**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.654** **Priority creditor's name and mailing address**
DENISE ROZARTO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,423.05**   Priority amount: **$4,423.05**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.655** **Priority creditor's name and mailing address**
DENISSE DE JESUS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,751.73**   Priority amount: **$2,751.73**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.656** **Priority creditor's name and mailing address**
DENNIS DAY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,182.11**    Priority amount **$2,182.11**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.657** **Priority creditor's name and mailing address**
DENNIS ENEANYA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$4,340.76**    Priority amount **$4,340.76**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.658** **Priority creditor's name and mailing address**
DENNIS GALLAGHER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$13,650.00**    Priority amount **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.659** **Priority creditor's name and mailing address**
DEREK MALONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,236.40**    Priority amount **$2,236.40**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.660** | **Priority creditor's name and mailing address**
DEREK MOORE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20     **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.661** | **Priority creditor's name and mailing address**
DESIREE BENCKERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,918.91     **Priority amount** $4,918.91

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.662** | **Priority creditor's name and mailing address**
DESIREE MORASCO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $12,628.36     **Priority amount** $12,628.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.663** | **Priority creditor's name and mailing address**
DESIREE REAVIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,997.66     **Priority amount** $6,997.66

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.664** Priority creditor's name and mailing address
DESTINY STRACCIONE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,767.07**          **$1,767.07**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

**2.665** Priority creditor's name and mailing address
DESTINY SUMMERS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$507.84**          **$507.84**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

**2.666** Priority creditor's name and mailing address
DEVANSHU VERMA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,477.42**          **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

**2.667** Priority creditor's name and mailing address
DEVI RASTOGI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,659.97**          **$3,659.97**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.668** Priority creditor's name and mailing address
DEVINDER SINGH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,566.32   **Priority amount** $2,566.32

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.669** Priority creditor's name and mailing address
DEXTER JACOB
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,743.80   **Priority amount** $2,743.80

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.670** Priority creditor's name and mailing address
DHRUVAN PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,472.33   **Priority amount** $3,472.33

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.671** Priority creditor's name and mailing address
DIAMOND QUICK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,308.13   **Priority amount** $2,308.13

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.672** **Priority creditor's name and mailing address**
DIANA BLACK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $6,686.60   $6,686.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.673** **Priority creditor's name and mailing address**
DIANA LOPEZ GARCIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,477.42   $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.674** **Priority creditor's name and mailing address**
DIANE DINTINO-STEIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $6,832.51   $6,832.51
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.675** **Priority creditor's name and mailing address**
DIANE FALCONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $6,310.70   $6,310.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.676** | **Priority creditor's name and mailing address**
DIANE KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$5,882.83**              **$5,882.83**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.677** | **Priority creditor's name and mailing address**
DIANE SNIPAS
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$8,646.43**              **$8,646.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.678** | **Priority creditor's name and mailing address**
DIANE WYSOCKI
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$13,650.00**              **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.679** | **Priority creditor's name and mailing address**
DIANNA COFFIELD
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$2,135.28**              **$2,135.28**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

**Part 1:** **Additional Page**

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.680**   Priority creditor's name and mailing address
DIEGO URDANETA
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,300.50**   **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.681**   Priority creditor's name and mailing address
DIMAL SHAH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,370.54**   **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.682**   Priority creditor's name and mailing address
DION POITIER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,586.48**   **$1,586.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.683**   Priority creditor's name and mailing address
DIONA SIMMONS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,565.36**   **$1,565.36**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.684** | **Priority creditor's name and mailing address**
DIONE WHITE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,772.87    **Priority amount** $1,772.87

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.685** | **Priority creditor's name and mailing address**
DIPTI PATEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,496.92    **Priority amount** $6,496.92

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.686** | **Priority creditor's name and mailing address**
DIVINA ADDUN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,235.45    **Priority amount** $2,235.45

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.687** | **Priority creditor's name and mailing address**
DIVINAGRACE NAVA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,246.54    **Priority amount** $9,246.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | **Total claim** | **Priority amount** |
|--|--|--|--|--|

**2.688** | **Priority creditor's name and mailing address**
DIVYA RAMESH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$4,204.71**   **$4,204.71**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.689** | **Priority creditor's name and mailing address**
DOMENIC CARUSO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$6,588.95**   **$6,588.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.690** | **Priority creditor's name and mailing address**
DOMINIC FUNARO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$13,555.09**   **$13,555.09**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.691** | **Priority creditor's name and mailing address**
DOMINIQUE BOWE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$2,773.76**   **$2,773.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.692** Priority creditor's name and mailing address
DONALD DUONG
ADDRESS REDACTED

As of the petition filing date, the claim is: **$591.19**  **$591.19**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.693** Priority creditor's name and mailing address
DONALD GOUDREAU
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,535.42**  **$1,535.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.694** Priority creditor's name and mailing address
DONNA GOLDNER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,174.19**  **$3,174.19**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.695** Priority creditor's name and mailing address
DONNA HOFFMAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$12,661.54**  **$12,661.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.696**   Priority creditor's name and mailing address
DONNA KARWOSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,592.25             $3,592.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.697**   Priority creditor's name and mailing address
DONNA LEE ADAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,039.43             $2,039.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.698**   Priority creditor's name and mailing address
DONNA LOWE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,049.46             $2,049.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.699**   Priority creditor's name and mailing address
DONNA MYERS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,825.62             $2,825.62
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name  **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | **Total claim** | **Priority amount** |

**2.700** Priority creditor's name and mailing address
DONNA NORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$7,757.96**          **$7,757.96**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.701** Priority creditor's name and mailing address
DONNA RUSSELL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,031.55**          **$2,031.55**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.702** Priority creditor's name and mailing address
DONNA TOBIN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$9,541.68**          **$9,541.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.703** Priority creditor's name and mailing address
DONNA ZAGACKI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,195.78**          **$3,195.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.704** | **Priority creditor's name and mailing address**
DORIANNE SULLIVAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,503.64    **Priority amount** $5,503.64

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.705** | **Priority creditor's name and mailing address**
DORIS LITTLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,958.98    **Priority amount** $1,958.98

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.706** | **Priority creditor's name and mailing address**
DOROTHY KING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,247.74    **Priority amount** $2,247.74

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.707** | **Priority creditor's name and mailing address**
DOROTHY KNIGHT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,880.46    **Priority amount** $7,880.46

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.708**   **Priority creditor's name and mailing address**
DOROTHY RINES
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,315.09          $4,315.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.709**   **Priority creditor's name and mailing address**
DOUGLAS PARRILLO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.710**   **Priority creditor's name and mailing address**
DOV ROSENBAUM
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,300.50          $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.711**   **Priority creditor's name and mailing address**
DREW CLINEFELTER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,798.37          $4,798.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.712** Priority creditor's name and mailing address
DREW LOCKSTEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,424.00   **Priority amount** $7,424.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.713** Priority creditor's name and mailing address
DRITAN DYLGJERI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,471.14   **Priority amount** $3,471.14

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.714** Priority creditor's name and mailing address
DULCINE DINSMORE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.715** Priority creditor's name and mailing address
DWAYNE HOWARD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,030.26   **Priority amount** $2,030.26

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.716** | **Priority creditor's name and mailing address**
DYLAN TOOLAJIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $6,286.00   $6,286.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.717** | **Priority creditor's name and mailing address**
EARL TAYLOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $1,257.28   $1,257.28

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.718** | **Priority creditor's name and mailing address**
EBEN LARRABEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,007.61   $2,007.61

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.719** | **Priority creditor's name and mailing address**
EBONY BRYANT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $1,518.79   $1,518.79

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.720**  Priority creditor's name and mailing address
EBONY JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,596.12**        **$1,596.12**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.721**  Priority creditor's name and mailing address
EBONY SHANNON
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,744.72**        **$1,744.72**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.722**  Priority creditor's name and mailing address
EBONY TOWNSEND
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,634.88**        **$1,634.88**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.723**  Priority creditor's name and mailing address
EDIESTHER FERNANDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,528.90**        **$2,528.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.724**  **Priority creditor's name and mailing address**
EDNA ENG
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$9,291.38**                    **$9,291.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.725**  **Priority creditor's name and mailing address**
EDUARD KOMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$4,674.85**                    **$4,674.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.726**  **Priority creditor's name and mailing address**
EDWARD CIMORELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,088.54**                    **$3,088.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.727**  **Priority creditor's name and mailing address**
EDWARD DENNISON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$544.04**                    **$544.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.728** Priority creditor's name and mailing address
EDWARD FAZENDIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,566.32     $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.729** Priority creditor's name and mailing address
EDWARD SADDLER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $11,426.03     $11,426.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.730** Priority creditor's name and mailing address
EDWARD SOCKOL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,307.69     $2,307.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.731** Priority creditor's name and mailing address
EDWIN NEWTON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,370.54     $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.732** | **Priority creditor's name and mailing address**
EDWINA SNELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,723.98          **Priority amount** $3,723.98

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.733** | **Priority creditor's name and mailing address**
EILEEN DWYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,383.11          **Priority amount** $5,383.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.734** | **Priority creditor's name and mailing address**
EILEEN MCAVOY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,814.36          **Priority amount** $6,814.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.735** | **Priority creditor's name and mailing address**
EKAMJEET RANDHAWA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,370.54          **Priority amount** $2,370.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**     Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.736**  Priority creditor's name and mailing address
EKATERINA VEKSLER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.737**  Priority creditor's name and mailing address
ELAHE BORDBAR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,300.50          $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.738**  Priority creditor's name and mailing address
ELAINE BIENIAKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,268.67          $3,268.67

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.739**  Priority creditor's name and mailing address
ELAINE CONN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,993.75          $6,993.75

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4          )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.740** | **Priority creditor's name and mailing address**
ELAINE FISCHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,812.70          **Priority amount** $3,812.70

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.741** | **Priority creditor's name and mailing address**
ELENA KATSIKIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,026.77          **Priority amount** $5,026.77

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.742** | **Priority creditor's name and mailing address**
ELICIA MOURANI-YARISH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,152.41          **Priority amount** $9,152.41

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.743** | **Priority creditor's name and mailing address**
ELISA BAILEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,378.21          **Priority amount** $5,378.21

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.744** **Priority creditor's name and mailing address**
ELISABETH CALHOUN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,300.50**    **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.745** **Priority creditor's name and mailing address**
ELISIA ORTIZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,906.80**    **$2,906.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.746** **Priority creditor's name and mailing address**
ELIZABETH ARCHUT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,012.10**    **$2,012.10**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.747** **Priority creditor's name and mailing address**
ELIZABETH BASCIANO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,000.00**    **$2,000.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.748** Priority creditor's name and mailing address
ELIZABETH DURSO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,701.40    $3,701.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.749** Priority creditor's name and mailing address
ELIZABETH EBUENG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.750** Priority creditor's name and mailing address
ELIZABETH FARLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,488.00    $5,488.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.751** Priority creditor's name and mailing address
ELIZABETH GLEESON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,378.31    $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.752** | **Priority creditor's name and mailing address** | | $580.80 | $580.80

ELIZABETH GRIFFIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.753** | **Priority creditor's name and mailing address** | | $7,079.60 | $7,079.60

ELIZABETH OKAFOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.754** | **Priority creditor's name and mailing address** | | $2,062.96 | $2,062.96

ELIZABETH RIOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.755** | **Priority creditor's name and mailing address** | | $4,200.64 | $4,200.64

ELIZABETH SMOLYN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.756**  Priority creditor's name and mailing address
ELIZABETH TECZA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$4,150.00**       **$4,150.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.757**  Priority creditor's name and mailing address
ELIZABETH TROPEA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,101.26**       **$2,101.26**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.758**  Priority creditor's name and mailing address
ELIZABETH USEDOM
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,236.40**       **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.759**  Priority creditor's name and mailing address
ELIZABETH VARUGHESE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,236.40**       **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | | | **Total claim** | **Priority amount** |

**2.760** Priority creditor's name and mailing address
ELLEN LY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $393.90                    $393.90
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.761** Priority creditor's name and mailing address
ELLEN WOLF
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00                 $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.762** Priority creditor's name and mailing address
ELLEN ZHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $454.98                    $454.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.763** Priority creditor's name and mailing address
ELSIE HAFFLY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,233.38                  $5,233.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.764** | Priority creditor's name and mailing address
ELY ZARATE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

Total claim: **$2,692.32**    Priority amount: **$2,692.32**

---

**2.765** | Priority creditor's name and mailing address
ELZBIETA KOPIJEWSKA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

Total claim: **$5,562.65**    Priority amount: **$5,562.65**

---

**2.766** | Priority creditor's name and mailing address
ELZBIETA KOWALSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

Total claim: **$8,935.56**    Priority amount: **$8,935.56**

---

**2.767** | Priority creditor's name and mailing address
EMILIA KALMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

Total claim: **$5,440.74**    Priority amount: **$5,440.74**

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.768** Priority creditor's name and mailing address
EMILIA KAMARA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,535.55** **$1,535.55**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.769** Priority creditor's name and mailing address
EMILY ASHER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,336.61** **$2,336.61**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.770** Priority creditor's name and mailing address
EMILY CHELSO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,787.16** **$6,787.16**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.771** Priority creditor's name and mailing address
EMILY DANIEL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$13,650.00** **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.772** **Priority creditor's name and mailing address**
EMILY GOEPFRICH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,976.91    $5,976.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.773** **Priority creditor's name and mailing address**
EMILY GORES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $9,561.31    $9,561.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.774** **Priority creditor's name and mailing address**
EMILY GREEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $377.00    $377.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.775** **Priority creditor's name and mailing address**
EMILY HOUWEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,223.59    $3,223.59
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.776** | **Priority creditor's name and mailing address**
EMILY KARLSSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,143.00                    $2,143.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.777** | **Priority creditor's name and mailing address**
EMILY WHICKER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,236.40                    $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.778** | **Priority creditor's name and mailing address**
EMMA VRANCIK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,696.70                    $2,696.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.779** | **Priority creditor's name and mailing address**
EMMANUELLA LAROSE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,791.89                    $1,791.89
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.780**  **Priority creditor's name and mailing address**
EMUEJEVOKE CHUBA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.781**  **Priority creditor's name and mailing address**
ERIC FILIPPO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.782**  **Priority creditor's name and mailing address**
ERIC GOMEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $4,011.41          $4,011.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.783**  **Priority creditor's name and mailing address**
ERIC HAMSCHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,459.76          $2,459.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.784** | **Priority creditor's name and mailing address**
ERIC HASBUN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.785** | **Priority creditor's name and mailing address**
ERIC NESMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,839.78    $1,839.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.786** | **Priority creditor's name and mailing address**
ERIC PETERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,165.91    $5,165.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.787** | **Priority creditor's name and mailing address**
ERIC PHILLIPS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,744.94    $3,744.94
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

|  | **Total claim** | **Priority amount** |

**2.788** Priority creditor's name and mailing address
ERICA NAPERKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,338.07   **Priority amount** $6,338.07

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.789** Priority creditor's name and mailing address
ERICA POLANECZKY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,237.50   **Priority amount** $1,237.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.790** Priority creditor's name and mailing address
ERICA RODGERS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,179.63   **Priority amount** $5,179.63

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.791** Priority creditor's name and mailing address
ERICA WEITZNER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42   **Priority amount** $2,477.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | **Total claim** | **Priority amount** |

**2.792**  **Priority creditor's name and mailing address**
ERIK BATTILANA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,300.50**    **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.793**  **Priority creditor's name and mailing address**
ERIK HARRIMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,585.65**    **$2,585.65**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.794**  **Priority creditor's name and mailing address**
ERIKA CORREA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,370.54**    **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.795**  **Priority creditor's name and mailing address**
ERIKA DUENAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,857.49**    **$6,857.49**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.796** Priority creditor's name and mailing address
ERIN DIXON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,684.74    $2,684.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.797** Priority creditor's name and mailing address
ERIN FORSTER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $746.69    $746.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.798** Priority creditor's name and mailing address
ERIN GIETL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $803.03    $803.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.799** Priority creditor's name and mailing address
ERIN HASSEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.800** Priority creditor's name and mailing address
ERIN MARKHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,200.00**     **$2,200.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.801** Priority creditor's name and mailing address
ERIN MORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$404.02**     **$404.02**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.802** Priority creditor's name and mailing address
ERIN STALLINGS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,076.29**     **$5,076.29**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.803** Priority creditor's name and mailing address
ERIN TREACY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.804** Priority creditor's name and mailing address
ERIN TUTTLE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,425.50    **Priority amount** $3,425.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.805** Priority creditor's name and mailing address
ERIN WIXTED
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,733.61    **Priority amount** $6,733.61

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.806** Priority creditor's name and mailing address
ERKANDA IKONOMI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,491.58    **Priority amount** $2,491.58

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.807** Priority creditor's name and mailing address
ERROL OLIVEROS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $519.80    **Priority amount** $519.80

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.808** Priority creditor's name and mailing address
ESPERANZA GUERRERO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,241.42          $3,241.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.809** Priority creditor's name and mailing address
ESTORIA BOWSER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,634.78          $1,634.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.810** Priority creditor's name and mailing address
ESTRELLA OBLENA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,049.58          $1,049.58

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.811** Priority creditor's name and mailing address
EVAN BOGUSZEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,946.11          $3,946.11

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.812** Priority creditor's name and mailing address
EVAN O'DONNELL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,915.63     $2,915.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.813** Priority creditor's name and mailing address
EVAN ROSA-ROSEBERRY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,488.00     $1,488.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.814** Priority creditor's name and mailing address
EVANGELINE PASSAWE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,338.43     $2,338.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.815** Priority creditor's name and mailing address
EVELYN DOBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,935.89     $5,935.89
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.816** Priority creditor's name and mailing address
EVELYN ROSA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,094.29**  Priority amount: **$2,094.29**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.817** Priority creditor's name and mailing address
EVELYN ROSCOE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,763.40**  Priority amount: **$1,763.40**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.818** Priority creditor's name and mailing address
EVERETT BROKAW
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,236.40**  Priority amount: **$2,236.40**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.819** Priority creditor's name and mailing address
EVERTON BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,761.42**  Priority amount: **$4,761.42**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.820**  Priority creditor's name and mailing address
EZINNE IHENACHOR
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,236.40**           **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.821**  Priority creditor's name and mailing address
FAITH MICHIE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$4,041.65**           **$4,041.65**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.822**  Priority creditor's name and mailing address
FAITH THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,088.99**           **$3,088.99**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.823**  Priority creditor's name and mailing address
FAIZA SIDDIQUI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,236.40**           **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.824**

Priority creditor's name and mailing address
FAN GONG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,840.07    $3,840.07

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.825**

Priority creditor's name and mailing address
FARAH MAHMUD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,692.31    $7,692.31

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.826**

Priority creditor's name and mailing address
FARHAN KHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,298.92    $2,298.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.827**

Priority creditor's name and mailing address
FARHAN MUNSHI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,908.43    $2,908.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**     Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|--|--|

**2.828** | **Priority creditor's name and mailing address**
FATJON MADANI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,539.29     **Priority amount** $3,539.29

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.829** | **Priority creditor's name and mailing address**
FEEAH STEWART
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,861.85     **Priority amount** $2,861.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.830** | **Priority creditor's name and mailing address**
FELICIA BANDOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $232.00     **Priority amount** $232.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.831** | **Priority creditor's name and mailing address**
FELICIA DEVINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,846.30     **Priority amount** $2,846.30

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.832**  **Priority creditor's name and mailing address**
FELICIA GARNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,653.85    $3,653.85

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.833**  **Priority creditor's name and mailing address**
FELICIA RODRIGUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,596.67    $1,596.67

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.834**  **Priority creditor's name and mailing address**
FERN DEVINE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,739.08    $4,739.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.835**  **Priority creditor's name and mailing address**
FERNANDO RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $773.49    $773.49

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:** Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.836** Priority creditor's name and mailing address
FIONA CHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$5,744.90**   **$5,744.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.837** Priority creditor's name and mailing address
FIORELLA VICENTY-LATORRE
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,236.40**   **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.838** Priority creditor's name and mailing address
FIREHIWOT ACHAMYELEH
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,566.32**   **$2,566.32**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.839** Priority creditor's name and mailing address
FNU ARCHANA GUNDIGIVENKATESH
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,300.50**   **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.840** | **Priority creditor's name and mailing address**
FNU NIDHI SHANKAR KIKKERI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.841** | **Priority creditor's name and mailing address**
FOTINI DEBONERA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,931.85    $3,931.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.842** | **Priority creditor's name and mailing address**
FRANCES BOSTON REICHEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,255.91    $4,255.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.843** | **Priority creditor's name and mailing address**
FRANCIS OKAFOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,848.97    $5,848.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.844** Priority creditor's name and mailing address
FRANCISCO TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,682.96**    **$2,682.96**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.845** Priority creditor's name and mailing address
FRANK MARINARO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,857.52**    **$2,857.52**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.846** Priority creditor's name and mailing address
FRANK PARKS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,174.40**    **$4,174.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.847** Priority creditor's name and mailing address
FRED SASSE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,857.78**    **$2,857.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.848** Priority creditor's name and mailing address
FREDERICK GILPIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$2,530.91**  Priority amount **$2,530.91**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.849** Priority creditor's name and mailing address
FREDERICK POLLI
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$12,654.56**  Priority amount **$12,654.56**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.850** Priority creditor's name and mailing address
FREDERICK SKILTON
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$2,236.40**  Priority amount **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.851** Priority creditor's name and mailing address
FUNMILOLA MODUPE
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$12,468.81**  Priority amount **$12,468.81**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.852** Priority creditor's name and mailing address
GABRIELA ACEVEDO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,312.96     $3,312.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.853** Priority creditor's name and mailing address
GABRIELLE CORDISIO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,749.74     $1,749.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.854** Priority creditor's name and mailing address
GABRIELLE SCHULTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,223.68     $1,223.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.855** Priority creditor's name and mailing address
GAIL BLINSTRUB
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,749.24     $7,749.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name **Center City Healthcare, LLC**

Case number (if known): **19-11466**

## Part 1: Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.856** Priority creditor's name and mailing address
GAIL WEBER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,042.08   **Priority amount** $4,042.08

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.857** Priority creditor's name and mailing address
GALINA SINTSOVA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13.31   **Priority amount** $13.31

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.858** Priority creditor's name and mailing address
GARROD MCFADDEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,440.08   **Priority amount** $9,440.08

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.859** Priority creditor's name and mailing address
GARY BRYANT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.860** Priority creditor's name and mailing address
GARY EARLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,398.43**    **$2,398.43**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.861** Priority creditor's name and mailing address
GARY OKUM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.862** Priority creditor's name and mailing address
GARY SELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,118.43**    **$3,118.43**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.863** Priority creditor's name and mailing address
GARY XIAO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.864** Priority creditor's name and mailing address
GEORGE MCMILLAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $559.00    $559.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.865** Priority creditor's name and mailing address
GEORGE NORTH JR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,769.48    $5,769.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.866** Priority creditor's name and mailing address
GEORGE VIVACQUA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,442.41    $10,442.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.867** Priority creditor's name and mailing address
GEORGE WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,079.23    $1,079.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.868** Priority creditor's name and mailing address
GEORGINA HUNT-SELBY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $852.02    $852.02

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.869** Priority creditor's name and mailing address
GERALD GERNER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,895.84    $3,895.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.870** Priority creditor's name and mailing address
GERALD JOYCE JR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,880.35    $3,880.35

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.871** Priority creditor's name and mailing address
GERALYN EVERETT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,966.43    $7,966.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            218 of 889

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.872** Priority creditor's name and mailing address
GERARD MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,999.06**  **$4,999.06**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.873** Priority creditor's name and mailing address
GIANCARLO SICANGCO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$312.00**  **$312.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.874** Priority creditor's name and mailing address
GILBERT BORRERO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$264.50**  **$264.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.875** Priority creditor's name and mailing address
GILBERT ESSILFIE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,791.14**  **$4,791.14**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.876** | **Priority creditor's name and mailing address**
GINA BEVENOUR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,100.50**     Priority amount: **$2,100.50**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.877** | **Priority creditor's name and mailing address**
GINA HURNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,300.50**     Priority amount: **$2,300.50**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.878** | **Priority creditor's name and mailing address**
GINA MANLEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,708.82**     Priority amount: **$2,708.82**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.879** | **Priority creditor's name and mailing address**
GINA PINSKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,225.31**     Priority amount: **$5,225.31**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.880** Priority creditor's name and mailing address
GINA SMYTH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,027.29          $1,027.29
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.881** Priority creditor's name and mailing address
GINNY MARMOLEJOS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,566.32          $2,566.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.882** Priority creditor's name and mailing address
GLENN LAUB
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.883** Priority creditor's name and mailing address
GLORIA GRASSINGER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,748.97          $1,748.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name     **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

**Part 1:**     Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.884** | Priority creditor's name and mailing address
GLORIA SUAREZ DURAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,477.42**     **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.885** | Priority creditor's name and mailing address
GLORIA VALLE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,435.58**     **$3,435.58**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.886** | Priority creditor's name and mailing address
GRACE UZOCHUKWU
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,727.98**     **$4,727.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.887** | Priority creditor's name and mailing address
GRANT HUBBARD
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,236.40**     **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.888** Priority creditor's name and mailing address
GREGORY BOYD JR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,810.68**    **$1,810.68**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.889** Priority creditor's name and mailing address
GREGORY BURKMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,800.84**    **$2,800.84**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.890** Priority creditor's name and mailing address
GREGORY CASTRO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$610.57**    **$610.57**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.891** Priority creditor's name and mailing address
GREGORY HOPPE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,840.89**    **$1,840.89**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

| | | **Total claim** | **Priority amount** |

**2.892** Priority creditor's name and mailing address
GREGORY MALAT
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,532.99**    **$3,532.99**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.893** Priority creditor's name and mailing address
GREGORY MASLAK
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,370.54**    **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.894** Priority creditor's name and mailing address
GREGORY MINUTILLO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.895** Priority creditor's name and mailing address
GREGORY PENNEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,379.42**    **$3,379.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name  **Center City Healthcare, LLC**

Case number (if known): **19-11466**

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.896**

**Priority creditor's name and mailing address**
GREGORY PENNEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,667.00**   Priority amount **$2,667.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.897**

**Priority creditor's name and mailing address**
GREGORY RICCARDI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$381.87**   Priority amount **$381.87**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.898**

**Priority creditor's name and mailing address**
GREGORY SHANNON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$13,650.00**   Priority amount **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.899**

**Priority creditor's name and mailing address**
GREGORY STAGLIANO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$13,650.00**   Priority amount **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.900**  **Priority creditor's name and mailing address**
GREGORY STEINBERG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,899.28    **Priority amount** $3,899.28

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.901**  **Priority creditor's name and mailing address**
GRETCHEN VANOSTEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,375.09    **Priority amount** $2,375.09

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.902**  **Priority creditor's name and mailing address**
GUANJUN XIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,219.74    **Priority amount** $4,219.74

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.903**  **Priority creditor's name and mailing address**
GUNNAR SNYDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,401.98    **Priority amount** $3,401.98

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1: Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.904** Priority creditor's name and mailing address
GURSHARAN SAMRA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,236.40**     **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.905** Priority creditor's name and mailing address
GURVARINDER SANDHU
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$6,489.07**     **$6,489.07**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.906** Priority creditor's name and mailing address
GUY HAIRSTON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,240.00**     **$2,240.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.907** Priority creditor's name and mailing address
GWENDOLYN BLAKE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.908** Priority creditor's name and mailing address
GWENDOLYN HEAD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,049.47    $3,049.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.909** Priority creditor's name and mailing address
HADIJATOU JARRA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,846.15    $8,846.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.910** Priority creditor's name and mailing address
HAIG MINASSIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.911** Priority creditor's name and mailing address
HALEY CLARKSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,426.88    $8,426.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.912**  Priority creditor's name and mailing address
HALEY KLOSE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,180.80          $1,180.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.913**  Priority creditor's name and mailing address
HALEY KRAMER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $546.94          $546.94
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.914**  Priority creditor's name and mailing address
HALEY MORK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,579.16          $6,579.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.915**  Priority creditor's name and mailing address
HAMZA ASHMILA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.916** Priority creditor's name and mailing address
HANNA ROMBERGER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,241.13          $3,241.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.917** Priority creditor's name and mailing address
HANNAH CURRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $259.63          $259.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.918** Priority creditor's name and mailing address
HANNAH DINSMORE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,283.82          $4,283.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.919** Priority creditor's name and mailing address
HANNAH JENKINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,475.28          $2,475.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.920** | **Priority creditor's name and mailing address**
HANNAH MURPHY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,207.77    **Priority amount** $5,207.77

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.921** | **Priority creditor's name and mailing address**
HANQIAO ZHENG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,931.85    **Priority amount** $3,931.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.922** | **Priority creditor's name and mailing address**
HASSAN PAKNEZHAD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,663.88    **Priority amount** $2,663.88

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.923** | **Priority creditor's name and mailing address**
HAYFORD BAIDOO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $789.25    **Priority amount** $789.25

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| Part 1: | Additional Page |

|  | Total claim | Priority amount |

**2.924** Priority creditor's name and mailing address
HAYKANUSH ZAKARYAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,236.40**   **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.925** Priority creditor's name and mailing address
HAYLEY BRAYTON BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$10,062.42**   **$10,062.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.926** Priority creditor's name and mailing address
HEATHER CONNOLLY
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,781.59**   **$3,781.59**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.927** Priority creditor's name and mailing address
HEATHER COOK
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,151.89**   **$3,151.89**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.928** | **Priority creditor's name and mailing address**
HEATHER HARTMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,370.54**        **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.929** | **Priority creditor's name and mailing address**
HEATHER NOA
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$147.60**        **$147.60**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.930** | **Priority creditor's name and mailing address**
HEIDI HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$387.78**        **$387.78**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.931** | **Priority creditor's name and mailing address**
HELEN DIMOPOULOS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$13,650.00**        **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.932** Priority creditor's name and mailing address
HELEN ESPIRITU
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,180.69    $6,180.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.933** Priority creditor's name and mailing address
HELEN MAGEE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,557.96    $2,557.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.934** Priority creditor's name and mailing address
HELEN RUGGIANO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $450.00    $450.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.935** Priority creditor's name and mailing address
HELEN SUAREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,488.76    $6,488.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.936** Priority creditor's name and mailing address
HELENA LOZADA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,135.97          $3,135.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.937** Priority creditor's name and mailing address
HELENA WHITE
ADDRESS REDACTED

As of the petition filing date, the claim is:                   $12,117.63          $12,117.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.938** Priority creditor's name and mailing address
HELGA REDMOND
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,625.37          $5,625.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.939** Priority creditor's name and mailing address
HEMN QADER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,370.54          $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

## Part 1:    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.940** **Priority creditor's name and mailing address**
HENRY DUGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,423.53    $3,423.53

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.941** **Priority creditor's name and mailing address**
HENRY LIU
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.942** **Priority creditor's name and mailing address**
HILARY DAVENPORT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.943** **Priority creditor's name and mailing address**
HILARY SUSSKIND
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                                   Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.944**   **Priority creditor's name and mailing address**
HOA HUYNH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$5,076.53**   **$5,076.53**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.945**   **Priority creditor's name and mailing address**
HOA PHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$5,417.83**   **$5,417.83**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.946**   **Priority creditor's name and mailing address**
HOLLY CASHIN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$611.00**   **$611.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.947**   **Priority creditor's name and mailing address**
HONGLIAN QIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$299.20**   **$299.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.948** | **Priority creditor's name and mailing address**
HOVAN TACHDJIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,141.56**          **$3,141.56**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.949** | **Priority creditor's name and mailing address**
HOWARD BROOKS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,915.62**          **$2,915.62**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.950** | **Priority creditor's name and mailing address**
HRISI GUEORGUIEVA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,118.20**          **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.951** | **Priority creditor's name and mailing address**
HUAN CHOU
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,219.74**          **$4,219.74**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**   Case number (if known): **19-11466**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|

**2.952** Priority creditor's name and mailing address
HUE TRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$757.35**   **$757.35**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.953** Priority creditor's name and mailing address
HUGO LARA-MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,236.40**   **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.954** Priority creditor's name and mailing address
HUNG TRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$633.60**   **$633.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.955** Priority creditor's name and mailing address
HYACINTH NORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,477.42**   **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.956**  Priority creditor's name and mailing address
HYEONJIN LEE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,236.40**    **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.957**  Priority creditor's name and mailing address
IAN ODIGIE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,300.50**    **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.958**  Priority creditor's name and mailing address
IAN PETERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,409.64**    **$4,409.64**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.959**  Priority creditor's name and mailing address
IAN SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,250.18**    **$7,250.18**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**        Case number (if known): **19-11466**

| **Part 1:** | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.960**  Priority creditor's name and mailing address
IASHIA PALMER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,829.46**    **$1,829.46**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.961**  Priority creditor's name and mailing address
IDEAN AMIRJAZIL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,566.32**    **$2,566.32**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.962**  Priority creditor's name and mailing address
IFEANYICHUKWU ONWE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,370.54**    **$2,370.54**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.963**  Priority creditor's name and mailing address
IGOR SHUSTERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,049.69**    **$4,049.69**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

Debtor Name   **Center City Healthcare, LLC**   Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.964** Priority creditor's name and mailing address
IJA MCDANIEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,844.89**
Priority amount: **$3,844.89**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.965** Priority creditor's name and mailing address
IKIA SHAVERS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,786.74**
Priority amount: **$2,786.74**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.966** Priority creditor's name and mailing address
ILYA ZHUPLATOV
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,118.20**
Priority amount: **$1,118.20**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.967** Priority creditor's name and mailing address
IMARA QUILLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,445.74**
Priority amount: **$1,445.74**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1:    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.968** Priority creditor's name and mailing address
INDERJIT SINGH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,370.54    **Priority amount** $2,370.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.969** Priority creditor's name and mailing address
IRUM KHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,766.45    **Priority amount** $3,766.45

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.970** Priority creditor's name and mailing address
IVAN SANCHEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42    **Priority amount** $2,477.42

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.971** Priority creditor's name and mailing address
IVONNE MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20    **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

---

**2.972**  Priority creditor's name and mailing address
IVOR LUKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$3,879.52**  **$3,879.52**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.973**  Priority creditor's name and mailing address
IVY EVANS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$3,406.70**  **$3,406.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.974**  Priority creditor's name and mailing address
JABBAR MCCLARY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$2,043.44**  **$2,043.44**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.975**  Priority creditor's name and mailing address
JACKELINE VERAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$7,352.15**  **$7,352.15**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | Total claim | Priority amount |

**2.976** Priority creditor's name and mailing address
JACKIE FANE
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,049.69      $4,049.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.977** Priority creditor's name and mailing address
JACKLYN MIRANDA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $3,975.02      $3,975.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.978** Priority creditor's name and mailing address
JACKSON HUNT
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,300.50      $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.979** Priority creditor's name and mailing address
JACLYN MUNOZ
ADDRESS REDACTED

As of the petition filing date, the claim is:      $3,931.85      $3,931.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                                      Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.980** **Priority creditor's name and mailing address**
JACOB SACCHETTI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $2,076.92                $2,076.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.981** **Priority creditor's name and mailing address**
JACOB SAKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $1,118.20                $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.982** **Priority creditor's name and mailing address**
JACQUELINE ANDERSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $2,835.77                $2,835.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.983** **Priority creditor's name and mailing address**
JACQUELINE DAVIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $1,817.52                $1,817.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.984** Priority creditor's name and mailing address
JACQUELINE KAUFMANN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,408.30**    **$2,408.30**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.985** Priority creditor's name and mailing address
JACQUELINE KEENAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$315.00**    **$315.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.986** Priority creditor's name and mailing address
JACQUELINE LATRONICA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,380.04**    **$7,380.04**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.987** Priority creditor's name and mailing address
JACQUELINE OSBORNE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,493.25**    **$2,493.25**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.988**  Priority creditor's name and mailing address
JACQUELINE VERESS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,895.55          $1,895.55

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.989**  Priority creditor's name and mailing address
JACQUELINE ZIZWAREK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,353.30          $2,353.30

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.990**  Priority creditor's name and mailing address
JADE PURCELL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,075.84          $1,075.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.991**  Priority creditor's name and mailing address
JAGPREET GREWAL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,370.54          $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.992** Priority creditor's name and mailing address
JAILEEN MARTINEZ PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,717.97     $1,717.97

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.993** Priority creditor's name and mailing address
JAIME SANDERS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00     $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.994** Priority creditor's name and mailing address
JAIME SLIGH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,167.70     $1,167.70

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.995** Priority creditor's name and mailing address
JAKUB HALICKI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,118.20     $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1:    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.996** | **Priority creditor's name and mailing address**
JAMAEL HOOSAIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,333.15**    **$4,333.15**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.997** | **Priority creditor's name and mailing address**
JAMAL SCHOOLFIELD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$153.20**    **$153.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.998** | **Priority creditor's name and mailing address**
JAMES BARNABY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$870.18**    **$870.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.999** | **Priority creditor's name and mailing address**
JAMES CIRONE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,118.20**    **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1000**  Priority creditor's name and mailing address
JAMES ESPIRITU
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,999.23  **Priority amount** $4,999.23

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1001**  Priority creditor's name and mailing address
JAMES FERGUS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,038.06  **Priority amount** $3,038.06

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1002**  Priority creditor's name and mailing address
JAMES MALLON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,295.83  **Priority amount** $2,295.83

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1003**  Priority creditor's name and mailing address
JAMES MCKEON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,291.53  **Priority amount** $8,291.53

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1004** **Priority creditor's name and mailing address**
JAMES MONTGOMERY
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,566.32            $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1005** **Priority creditor's name and mailing address**
JAMES ROSSI
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,370.54            $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1006** **Priority creditor's name and mailing address**
JAMES STENARD
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,300.50            $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1007** **Priority creditor's name and mailing address**
JAMES TIEF
ADDRESS REDACTED

As of the petition filing date, the claim is:            $4,054.59            $4,054.59

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.1008** | **Priority creditor's name and mailing address**
JAMES TOM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: **$13,650.00**   Priority amount: **$13,650.00**

---

**2.1009** | **Priority creditor's name and mailing address**
JAMIE BUMGARDNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: **$5,224.98**   Priority amount: **$5,224.98**

---

**2.1010** | **Priority creditor's name and mailing address**
JAMIE KARASIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: **$1,118.20**   Priority amount: **$1,118.20**

---

**2.1011** | **Priority creditor's name and mailing address**
JAMIE OLIVER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: **$6,520.37**   Priority amount: **$6,520.37**

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1012** Priority creditor's name and mailing address
JAMIE SALIB
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,529.16    **Priority amount** $6,529.16

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1013** Priority creditor's name and mailing address
JAMIE WELTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,733.95    **Priority amount** $4,733.95

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1014** Priority creditor's name and mailing address
JAMIE WRIGHT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,728.86    **Priority amount** $7,728.86

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1015** Priority creditor's name and mailing address
JAMILA SANDERS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,209.66    **Priority amount** $2,209.66

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1016** Priority creditor's name and mailing address
JAN CRAIG
ADDRESS REDACTED

As of the petition filing date, the claim is:  $4,936.06  $4,936.06

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1017** Priority creditor's name and mailing address
JANA CALLAGHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $3,779.17  $3,779.17

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1018** Priority creditor's name and mailing address
JANAE STORY
ADDRESS REDACTED

As of the petition filing date, the claim is:  $200.00  $200.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1019** Priority creditor's name and mailing address
JANE BRYERS
ADDRESS REDACTED

As of the petition filing date, the claim is:  $10,665.18  $10,665.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1020** Priority creditor's name and mailing address
JANE OATES
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$8,533.57**        **$8,533.57**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1021** Priority creditor's name and mailing address
JANE SENNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$13,650.00**        **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1022** Priority creditor's name and mailing address
JANE SNYDER
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$7,799.89**        **$7,799.89**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1023** Priority creditor's name and mailing address
JANE TROIANI
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$3,101.07**        **$3,101.07**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1024**  Priority creditor's name and mailing address
JANE WIELER
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1025**  Priority creditor's name and mailing address
JANELLE KENNEDY PARKER
ADDRESS REDACTED

As of the petition filing date, the claim is:  $5,511.67    $5,511.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1026**  Priority creditor's name and mailing address
JANENE WARD
ADDRESS REDACTED

As of the petition filing date, the claim is:  $3,657.46    $3,657.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1027**  Priority creditor's name and mailing address
JANET DIRIENZO
ADDRESS REDACTED

As of the petition filing date, the claim is:  $6,641.78    $6,641.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
|---|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1028** Priority creditor's name and mailing address
JANET LOVELY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,779.31  **Priority amount** $6,779.31

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1029** Priority creditor's name and mailing address
JANET SOKOL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $11,789.24  **Priority amount** $11,789.24

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1030** Priority creditor's name and mailing address
JANET WALSH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,115.34  **Priority amount** $7,115.34

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1031** Priority creditor's name and mailing address
JANICE GABEL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,889.00  **Priority amount** $1,889.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1032** | Priority creditor's name and mailing address
JANICE URGO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,478.62**    **$7,478.62**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1033** | Priority creditor's name and mailing address
JANIELLE BRYAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,245.21**    **$1,245.21**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1034** | Priority creditor's name and mailing address
JANINE MCCALL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,633.66**    **$2,633.66**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1035** | Priority creditor's name and mailing address
JANIS COOPER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,904.26**    **$1,904.26**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.1036** Priority creditor's name and mailing address
JANISE DAMIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,904.70**    **$6,904.70**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1037** Priority creditor's name and mailing address
JANNA YACOVETTI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,203.38**    **$3,203.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1038** Priority creditor's name and mailing address
JANUARY FIELDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,960.10**    **$2,960.10**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1039** Priority creditor's name and mailing address
JANUARY STASUL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,352.33**    **$5,352.33**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1040** **Priority creditor's name and mailing address**
JARYD FRANKEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20    **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1041** **Priority creditor's name and mailing address**
JASHEN PATHEJA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,623.42    **Priority amount** $3,623.42

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1042** **Priority creditor's name and mailing address**
JASLEEN KAHLON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1043** **Priority creditor's name and mailing address**
JASMERE THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,218.11    **Priority amount** $2,218.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| | |
|---|---|
| Debtor Name | **Center City Healthcare, LLC** |

Case number (if known): **19-11466**

**Part 1:**　Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.1044** Priority creditor's name and mailing address
JASMINE KING
ADDRESS REDACTED

As of the petition filing date, the claim is:　$527.59　$527.59
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1045** Priority creditor's name and mailing address
JASMINE LEE
ADDRESS REDACTED

As of the petition filing date, the claim is:　$137.35　$137.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1046** Priority creditor's name and mailing address
JASMINE LIU
ADDRESS REDACTED

As of the petition filing date, the claim is:　$3,883.25　$3,883.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1047** Priority creditor's name and mailing address
JASMINE MCDOWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:　$2,236.40　$2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.1048** **Priority creditor's name and mailing address**
JASMINE PEREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $1,087.91     $1,087.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1049** **Priority creditor's name and mailing address**
JASMINE SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $2,298.87     $2,298.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1050** **Priority creditor's name and mailing address**
JASMINE WHITE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $216.00     $216.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1051** **Priority creditor's name and mailing address**
JASON AUGUSTYN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $8,269.23     $8,269.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1052** Priority creditor's name and mailing address
JASON LEVY
ADDRESS REDACTED

As of the petition filing date, the claim is:  $4,120.80  $4,120.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1053** Priority creditor's name and mailing address
JASON MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:  $3,632.83  $3,632.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1054** Priority creditor's name and mailing address
JAVIER PIRAINO
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,236.40  $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1055** Priority creditor's name and mailing address
JAY HORROW
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,710.00  $1,710.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1056**    Priority creditor's name and mailing address
JAYA DESSUS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $438.48    Priority amount: $438.48

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1057**    Priority creditor's name and mailing address
JAYMIN MODI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,108.60    Priority amount: $3,108.60

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1058**    Priority creditor's name and mailing address
JAZMIN LIPSCOMB
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,624.99    Priority amount: $1,624.99

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1059**    Priority creditor's name and mailing address
JAZMYN TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,086.45    Priority amount: $3,086.45

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1060** | Priority creditor's name and mailing address
JEAN ANGLADE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,948.11**        **$2,948.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1061** | Priority creditor's name and mailing address
JEAN TZOUMAKIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,352.64**        **$4,352.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1062** | Priority creditor's name and mailing address
JEANETTE RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,548.08**        **$3,548.08**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1063** | Priority creditor's name and mailing address
JEANINE GASTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,559.03**        **$1,559.03**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

| | | **Total claim** | **Priority amount** |

---

**2.1064** Priority creditor's name and mailing address
JEANINE WELCH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,293.20     $4,293.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1065** Priority creditor's name and mailing address
JEANNA DISANTIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,486.28     $1,486.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1066** Priority creditor's name and mailing address
JEANNE BANNON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,311.51     $3,311.51
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1067** Priority creditor's name and mailing address
JEANNEE BIRCH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,942.56     $3,942.56
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**    Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1068**  Priority creditor's name and mailing address
JEENA JOSEPH
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$13,650.00**           **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1069**  Priority creditor's name and mailing address
JEENA NAIR
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$720.75**           **$720.75**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1070**  Priority creditor's name and mailing address
JEFFERY DONATELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$1,118.20**           **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1071**  Priority creditor's name and mailing address
JEFFERY VAN SCHENK BRILL
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$3,187.68**           **$3,187.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.1072** Priority creditor's name and mailing address
JEFFREY BROOKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

$3,945.07          $3,945.07

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1073** Priority creditor's name and mailing address
JEFFREY HENSTENBURG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,236.40          $2,236.40

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1074** Priority creditor's name and mailing address
JEFFREY HIPKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,498.69          $2,498.69

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1075** Priority creditor's name and mailing address
JEFFREY LAHRMANN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,477.42          $2,477.42

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1076** Priority creditor's name and mailing address
JEFFREY SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,118.20        $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1077** Priority creditor's name and mailing address
JEFFREY WOJCIECHOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,796.85        $1,796.85

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1078** Priority creditor's name and mailing address
JEHOSHAPHAT REICH
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,118.20        $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1079** Priority creditor's name and mailing address
JEN-TAY HOLMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,846.84        $1,846.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name   **Center City Healthcare, LLC**   Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1080** Priority creditor's name and mailing address
JENCY MATHEW
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$8,541.04**   **$8,541.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1081** Priority creditor's name and mailing address
JENNA BLOSS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$6,433.34**   **$6,433.34**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1082** Priority creditor's name and mailing address
JENNA KEEN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,418.50**   **$3,418.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1083** Priority creditor's name and mailing address
JENNA MANZIONE
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$6,215.69**   **$6,215.69**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                           Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | **Total claim** | **Priority amount** |

**2.1084** Priority creditor's name and mailing address
JENNA MECHALAS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,289.97**     **$5,289.97**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1085** Priority creditor's name and mailing address
JENNA MIHURSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$10,242.11**     **$10,242.11**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1086** Priority creditor's name and mailing address
JENNA MOWINSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,772.50**     **$2,772.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1087** Priority creditor's name and mailing address
JENNA PAPALE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,848.79**     **$4,848.79**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1088** Priority creditor's name and mailing address
JENNA WALSH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,628.31**    **$3,628.31**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1089** Priority creditor's name and mailing address
JENNIFER BRENNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,899.99**    **$3,899.99**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1090** Priority creditor's name and mailing address
JENNIFER BREWIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,933.76**    **$1,933.76**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1091** Priority creditor's name and mailing address
JENNIFER BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$756.01**    **$756.01**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1092** Priority creditor's name and mailing address
JENNIFER CALLAHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:            $924.38            $924.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1093** Priority creditor's name and mailing address
JENNIFER CARTER
ADDRESS REDACTED

As of the petition filing date, the claim is:            $4,798.12            $4,798.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1094** Priority creditor's name and mailing address
JENNIFER CHAPOKAS
ADDRESS REDACTED

As of the petition filing date, the claim is:            $6,240.17            $6,240.17
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1095** Priority creditor's name and mailing address
JENNIFER CHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:            $208.00            $208.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1096** Priority creditor's name and mailing address
JENNIFER CUMMINGS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $481.25          $481.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1097** Priority creditor's name and mailing address
JENNIFER DONNELLY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,792.14         $1,792.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1098** Priority creditor's name and mailing address
JENNIFER FENDO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,496.00         $2,496.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1099** Priority creditor's name and mailing address
JENNIFER JACOBS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,160.88         $3,160.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1100** Priority creditor's name and mailing address
JENNIFER KUNKEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $10,633.02      Priority amount: $10,633.02

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1101** Priority creditor's name and mailing address
JENNIFER LAYDEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $6,235.01      Priority amount: $6,235.01

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1102** Priority creditor's name and mailing address
JENNIFER LLOYD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00      Priority amount: $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1103** Priority creditor's name and mailing address
JENNIFER MACARTNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $6,720.53      Priority amount: $6,720.53

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

| **Part 1:** | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1104** Priority creditor's name and mailing address
JENNIFER MATTSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,477.42                $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

**2.1105** Priority creditor's name and mailing address
JENNIFER MEASE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $8,707.31                $8,707.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

**2.1106** Priority creditor's name and mailing address
JENNIFER NGUYEN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,971.03                $4,971.03
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

**2.1107** Priority creditor's name and mailing address
JENNIFER PERNA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,514.33                $4,514.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1108** Priority creditor's name and mailing address
JENNIFER QUINN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,254.38**     **$2,254.38**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1109** Priority creditor's name and mailing address
JENNIFER ROYAL
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,268.28**     **$2,268.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1110** Priority creditor's name and mailing address
JENNIFER SCHWARTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,049.68**     **$4,049.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1111** Priority creditor's name and mailing address
JENNIFER SELLERS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,576.06**     **$5,576.06**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1112**  **Priority creditor's name and mailing address**
JENNIFER SPENCER
ADDRESS REDACTED

As of the petition filing date, the claim is:       $7,262.25       $7,262.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1113**  **Priority creditor's name and mailing address**
JENY GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:       $1,494.30       $1,494.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1114**  **Priority creditor's name and mailing address**
JEREMY SCHWARTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:       $5,878.46       $5,878.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1115**  **Priority creditor's name and mailing address**
JERIESHA RAWLS
ADDRESS REDACTED

As of the petition filing date, the claim is:       $1,900.89       $1,900.89
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1116**  Priority creditor's name and mailing address
JERRY JOMI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,233.50          $2,233.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1117**  Priority creditor's name and mailing address
JESSE HOPKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,506.43          $5,506.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1118**  Priority creditor's name and mailing address
JESSICA CARR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $8,051.29          $8,051.29

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1119**  Priority creditor's name and mailing address
JESSICA DIIENNO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,784.98          $1,784.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1120** **Priority creditor's name and mailing address**
JESSICA FAZENDIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,566.32**    **$2,566.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1121** **Priority creditor's name and mailing address**
JESSICA KINEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$3,870.30**    **$3,870.30**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1122** **Priority creditor's name and mailing address**
JESSICA LAUB
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1123** **Priority creditor's name and mailing address**
JESSICA NOYES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$1,491.25**    **$1,491.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1124**   **Priority creditor's name and mailing address**
JESSICA OLADEINDE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1125**   **Priority creditor's name and mailing address**
JESSICA OLSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1126**   **Priority creditor's name and mailing address**
JESSICA ROSADO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,993.77          $2,993.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1127**   **Priority creditor's name and mailing address**
JESSICA ROSS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,858.25          $1,858.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1128**  **Priority creditor's name and mailing address**
JESSICA TOLBERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,300.50          $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1129**  **Priority creditor's name and mailing address**
JESSICA WANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $3,931.85          $3,931.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1130**  **Priority creditor's name and mailing address**
JESSICA WASHINGTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $10,465.08          $10,465.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1131**  **Priority creditor's name and mailing address**
JESSICA WHITE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $5,713.45          $5,713.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.1132** Priority creditor's name and mailing address
JESSIE MCCLAY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,618.80**    Priority amount: **$1,618.80**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1133** Priority creditor's name and mailing address
JESSY ANG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$9,333.65**    Priority amount: **$9,333.65**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1134** Priority creditor's name and mailing address
JEWEL HICKS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,717.59**    Priority amount: **$2,717.59**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1135** Priority creditor's name and mailing address
JIGAR PANCHAL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,370.54**    Priority amount: **$2,370.54**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1136** | Priority creditor's name and mailing address
JIGNA PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$6,675.50**          **$6,675.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1137** | Priority creditor's name and mailing address
JILL BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,334.50**          **$3,334.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1138** | Priority creditor's name and mailing address
JILL CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$840.00**          **$840.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1139** | Priority creditor's name and mailing address
JILL MURRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,363.43**          **$3,363.43**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1140**    Priority creditor's name and mailing address
JILLIAN HICKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,029.60    $5,029.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1141**    Priority creditor's name and mailing address
JILLIAN LIWACZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $522.74    $522.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1142**    Priority creditor's name and mailing address
JISHA MATHEW
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,523.36    $1,523.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1143**    Priority creditor's name and mailing address
JO-ANN DORIVAL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,477.78    $2,477.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1144**    Priority creditor's name and mailing address
JOANN LUCAS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$9,814.63**     **$9,814.63**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1145**    Priority creditor's name and mailing address
JOANNE ANG
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,759.35**     **$3,759.35**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1146**    Priority creditor's name and mailing address
JOANNE BRAUCKMANN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1147**    Priority creditor's name and mailing address
JOANNE MORRISON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,641.78**     **$2,641.78**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

---

**2.1148**   **Priority creditor's name and mailing address**
JOCELYN TROMBETTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,695.89    **Priority amount** $4,695.89

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1149**   **Priority creditor's name and mailing address**
JOEL ALCID
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,155.06    **Priority amount** $3,155.06

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1150**   **Priority creditor's name and mailing address**
JOELLE DYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,105.31    **Priority amount** $5,105.31

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1151**   **Priority creditor's name and mailing address**
JOELLE LEONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,555.49    **Priority amount** $7,555.49

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| **Part 1:** | Additional Page |

|  | **Total claim** | **Priority amount** |

**2.1152** | Priority creditor's name and mailing address
JOHANN MATHEW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $2,300.50          $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.1153** | Priority creditor's name and mailing address
JOHN BERLIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $2,236.40          $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.1154** | Priority creditor's name and mailing address
JOHN CAULFIELD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $2,799.31          $2,799.31

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.1155** | Priority creditor's name and mailing address
JOHN CHIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1156**  Priority creditor's name and mailing address
JOHN DINOME
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,615.38    $13,615.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1157**  Priority creditor's name and mailing address
JOHN EASTLACK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,341.36    $5,341.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1158**  Priority creditor's name and mailing address
JOHN MACDONALD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1159**  Priority creditor's name and mailing address
JOHN MCGOVERN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,864.72    $9,864.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:** Additional Page

| | | **Total claim** | **Priority amount** |

---

**2.1160** Priority creditor's name and mailing address
JOHN MCKEON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20   **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1161** Priority creditor's name and mailing address
JOHN MORADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,903.14   **Priority amount** $1,903.14

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1162** Priority creditor's name and mailing address
JOHN PARLIAROS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,874.19   **Priority amount** $4,874.19

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1163** Priority creditor's name and mailing address
JOHN POTTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1164**  Priority creditor's name and mailing address
JOHN WILLIAMSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,300.50**    **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1165**  Priority creditor's name and mailing address
JOHN WOYTANOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,370.54**    **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1166**  Priority creditor's name and mailing address
JOHN YOUNG
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,909.11**    **$3,909.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1167**  Priority creditor's name and mailing address
JOHNETTA CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,094.94**    **$1,094.94**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1168**  Priority creditor's name and mailing address
JONATHAN FRIEDMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,370.54      $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1169**  Priority creditor's name and mailing address
JONATHAN GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,925.69      $1,925.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1170**  Priority creditor's name and mailing address
JONATHAN HENRY
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,500.49      $1,500.49
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1171**  Priority creditor's name and mailing address
JONATHAN IOANITESCU
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,236.40      $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1172** **Priority creditor's name and mailing address**
JONATHAN PORTER
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,675.09        $2,675.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1173** **Priority creditor's name and mailing address**
JONATHAN ROSA
ADDRESS REDACTED

As of the petition filing date, the claim is:        $256.00        $256.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1174** **Priority creditor's name and mailing address**
JONATHAN RUBIN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $11,751.92        $11,751.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1175** **Priority creditor's name and mailing address**
JORDAN LIANG
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,300.50        $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1176** | **Priority creditor's name and mailing address**
JORDANN-MISHAL DUNCAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Total claim: **$2,236.40**     Priority amount: **$2,236.40**

---

**2.1177** | **Priority creditor's name and mailing address**
JOSE BARANDIARAN CORNEJO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Total claim: **$2,370.54**     Priority amount: **$2,370.54**

---

**2.1178** | **Priority creditor's name and mailing address**
JOSEPH BANNO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Total claim: **$2,236.40**     Priority amount: **$2,236.40**

---

**2.1179** | **Priority creditor's name and mailing address**
JOSEPH BERG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Total claim: **$3,257.49**     Priority amount: **$3,257.49**

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.1180** Priority creditor's name and mailing address
JOSEPH BERGER
ADDRESS REDACTED

Total claim $12,749.84 — Priority amount $12,749.84

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1181** Priority creditor's name and mailing address
JOSEPH COSTIC
ADDRESS REDACTED

Total claim $13,650.00 — Priority amount $13,650.00

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1182** Priority creditor's name and mailing address
JOSEPH DANTES
ADDRESS REDACTED

Total claim $114.40 — Priority amount $114.40

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1183** Priority creditor's name and mailing address
JOSEPH DOYLE
ADDRESS REDACTED

Total claim $2,077.54 — Priority amount $2,077.54

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1184**  Priority creditor's name and mailing address
JOSEPH FOOTE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,474.38**          **$1,474.38**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1185**  Priority creditor's name and mailing address
JOSEPH GARDNER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,391.99**          **$2,391.99**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1186**  Priority creditor's name and mailing address
JOSEPH GLASS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$5,192.31**          **$5,192.31**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1187**  Priority creditor's name and mailing address
JOSEPH HAAS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,309.53**          **$3,309.53**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.1188**  Priority creditor's name and mailing address
JOSEPH HELLMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,791.14          $4,791.14

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1189**  Priority creditor's name and mailing address
JOSEPH HUNT
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,115.10          $4,115.10

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1190**  Priority creditor's name and mailing address
JOSEPH IPPOLITO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,730.46          $6,730.46

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1191**  Priority creditor's name and mailing address
JOSEPH LAFFERTY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1192** | **Priority creditor's name and mailing address**
JOSEPH LANCI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $5,819.27    $5,819.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1193** | **Priority creditor's name and mailing address**
JOSEPH LI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $4,313.37    $4,313.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1194** | **Priority creditor's name and mailing address**
JOSEPH MERMELSTEIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $2,477.42    $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1195** | **Priority creditor's name and mailing address**
JOSEPH SHELINSKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $3,397.16    $3,397.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1196**  **Priority creditor's name and mailing address**
JOSEPH SWEENEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,572.83**
Priority amount **$2,572.83**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1197**  **Priority creditor's name and mailing address**
JOSEPHINE CORPUZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$11,051.57**
Priority amount **$11,051.57**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1198**  **Priority creditor's name and mailing address**
JOSEPHINE RODRIGUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$4,627.09**
Priority amount **$4,627.09**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1199**  **Priority creditor's name and mailing address**
JOSETTE PEREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,071.80**
Priority amount **$2,071.80**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1200** **Priority creditor's name and mailing address**
JOSHUA GOTTFRIED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,300.50**    **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1201** **Priority creditor's name and mailing address**
JOSHUA JACOBS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,113.93**    **$2,113.93**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1202** **Priority creditor's name and mailing address**
JOSHUA USANI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,300.50**    **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1203** **Priority creditor's name and mailing address**
JOVANNA LINNEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,300.50**    **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**   Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1204**  Priority creditor's name and mailing address
JOY FATUNBI
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,118.20**        **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1205**  Priority creditor's name and mailing address
JOY HUBBARD
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,702.24**        **$2,702.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1206**  Priority creditor's name and mailing address
JOYCE KAMARAUSKAS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$13,650.00**        **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1207**  Priority creditor's name and mailing address
JOYCE NIMO-BOAMPONG
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,236.40**        **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Part 1:**    **Additional Page**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1208**    Priority creditor's name and mailing address
JUAN GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,370.54    **Priority amount** $2,370.54

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1209**    Priority creditor's name and mailing address
JUAN ROSA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,968.16    $1,968.16

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1210**    Priority creditor's name and mailing address
JUDE EDIAE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,800.84    $2,800.84

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1211**    Priority creditor's name and mailing address
JUDEE CZYZEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$4,259.96    $4,259.96

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                                Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1212** Priority creditor's name and mailing address
JUDITH DIPERRI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$7,441.53**          **$7,441.53**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1213** Priority creditor's name and mailing address
JUDITH GOLDIN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$483.84**          **$483.84**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1214** Priority creditor's name and mailing address
JUDITH HARDING
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$7,520.92**          **$7,520.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1215** Priority creditor's name and mailing address
JUDITH SAZON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,945.95**          **$2,945.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1216** Priority creditor's name and mailing address
JUDY BRANDT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$3,389.54**    **$3,389.54**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1217** Priority creditor's name and mailing address
JUDY OWENS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,300.50**    **$2,300.50**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1218** Priority creditor's name and mailing address
JUDY SCHNEIDER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$6,615.25**    **$6,615.25**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1219** Priority creditor's name and mailing address
JUGENA NDRIO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$8,300.57**    **$8,300.57**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.1220** **Priority creditor's name and mailing address**
JULIA ANGEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,566.32**    **$2,566.32**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1221** **Priority creditor's name and mailing address**
JULIA CHILDERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$3,901.78**    **$3,901.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1222** **Priority creditor's name and mailing address**
JULIA FILOMENO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,988.76**    **$2,988.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1223** **Priority creditor's name and mailing address**
JULIA GUZZI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$4,672.64**    **$4,672.64**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1: Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1224** Priority creditor's name and mailing address
JULIA HUNTLEY-JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $12,357.40    Priority amount: $12,357.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1225** Priority creditor's name and mailing address
JULIA KAKAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $4,868.32    Priority amount: $4,868.32

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1226** Priority creditor's name and mailing address
JULIA MACCARONE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,045.59    Priority amount: $1,045.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1227** Priority creditor's name and mailing address
JULIA MOON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,118.20    Priority amount: $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                   Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1228**  **Priority creditor's name and mailing address**
JULIA SCHIFF
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,236.40   $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1229**  **Priority creditor's name and mailing address**
JULIA SPROSS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $335.50   $335.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1230**  **Priority creditor's name and mailing address**
JULIA STEINAWAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $7,383.57   $7,383.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1231**  **Priority creditor's name and mailing address**
JULIA VU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $883.50   $883.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1232** Priority creditor's name and mailing address
JULIA WUSTNER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$7,976.63**   Priority amount: **$7,976.63**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1233** Priority creditor's name and mailing address
JULIAN ARTUNDUAGA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,931.85**   Priority amount: **$3,931.85**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1234** Priority creditor's name and mailing address
JULIAN BANKS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,062.41**   Priority amount: **$2,062.41**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1235** Priority creditor's name and mailing address
JULIANA COLLINS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,334.92**   Priority amount: **$4,334.92**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.1236** | **Priority creditor's name and mailing address**
JULIE ADHYA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,118.20
Priority amount: $1,118.20

---

**2.1237** | **Priority creditor's name and mailing address**
JULIE NICHOLLS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $9,490.89
Priority amount: $9,490.89

---

**2.1238** | **Priority creditor's name and mailing address**
JULIE PITCHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,124.10
Priority amount: $2,124.10

---

**2.1239** | **Priority creditor's name and mailing address**
JUNAD CHOWDHURY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,477.42
Priority amount: $2,477.42

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1240** Priority creditor's name and mailing address
JUSTIN BIXLER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $8,466.83          $8,466.83

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1241** Priority creditor's name and mailing address
JUSTIN GUINTO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $363.00          $363.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1242** Priority creditor's name and mailing address
JUSTIN JUNUS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1243** Priority creditor's name and mailing address
JUSTIN LANNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,408.39          $3,408.39

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1244** Priority creditor's name and mailing address
JUSTIN SCRUGGS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,920.18   **Priority amount** $1,920.18

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1245** Priority creditor's name and mailing address
JUSTINE CARTER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,461.24   **Priority amount** $2,461.24

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1246** Priority creditor's name and mailing address
JUSTYCE HOLLAND-BENNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,112.04   **Priority amount** $1,112.04

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1247** Priority creditor's name and mailing address
JUSUFU GOTTOR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,512.55   **Priority amount** $6,512.55

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.1248**   Priority creditor's name and mailing address
KA'DEIDRA WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,524.22          $3,524.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1249**   Priority creditor's name and mailing address
KAITLIN BARTELLE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1250**   Priority creditor's name and mailing address
KAITLINN GOODE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,373.54          $2,373.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1251**   Priority creditor's name and mailing address
KAITLYN COADY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,642.08          $4,642.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1252** Priority creditor's name and mailing address
KAITLYN MCCARTHY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,857.68    $2,857.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1253** Priority creditor's name and mailing address
KAITLYN MCLAUGHLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,337.18    $3,337.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1254** Priority creditor's name and mailing address
KAITLYN REID
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,739.71    $3,739.71
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1255** Priority creditor's name and mailing address
KAITLYN RUTHERFORD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,513.28    $2,513.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |

**2.1256** Priority creditor's name and mailing address
KALIYAH SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,848.87    $1,848.87

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1257** Priority creditor's name and mailing address
KAMARIA BAXTER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,805.61    $5,805.61

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1258** Priority creditor's name and mailing address
KAMESHA PAYNE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,494.10    $1,494.10

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1259** Priority creditor's name and mailing address
KAMRAN RAHMATNEJAD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1260** Priority creditor's name and mailing address
KAMRY EVERETT-WEST
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,626.16   **Priority amount** $2,626.16

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1261** Priority creditor's name and mailing address
KANDIA MALONE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,000.56   **Priority amount** $2,000.56

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1262** Priority creditor's name and mailing address
KANDISE NORCONE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $641.05   **Priority amount** $641.05

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1263** Priority creditor's name and mailing address
KANEISHA GOODE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,048.33   **Priority amount** $1,048.33

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

**Part 1:** Additional Page

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1264** Priority creditor's name and mailing address
KANOKWAN SEELEANG
ADDRESS REDACTED

As of the petition filing date, the claim is:       $13,650.00       $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1265** Priority creditor's name and mailing address
KARA KOSIOROWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:       $4,705.99       $4,705.99
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1266** Priority creditor's name and mailing address
KAREEM HOSNY
ADDRESS REDACTED

As of the petition filing date, the claim is:       $2,300.50       $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1267** Priority creditor's name and mailing address
KAREEM JETER
ADDRESS REDACTED

As of the petition filing date, the claim is:       $5,653.60       $5,653.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1268** **Priority creditor's name and mailing address**
KAREN ADDEO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$8,876.78**          **$8,876.78**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1269** **Priority creditor's name and mailing address**
KAREN CAVALLI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$10,769.23**          **$10,769.23**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1270** **Priority creditor's name and mailing address**
KAREN DE MEIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$879.62**          **$879.62**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1271** **Priority creditor's name and mailing address**
KAREN LE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$548.50**          **$548.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1272** | **Priority creditor's name and mailing address**
KAREN NEWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,706.49    **Priority amount** $7,706.49

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1273** | **Priority creditor's name and mailing address**
KAREN SCOTT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,015.11    **Priority amount** $2,015.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1274** | **Priority creditor's name and mailing address**
KAREN SEMBELLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,600.40    **Priority amount** $4,600.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1275** | **Priority creditor's name and mailing address**
KAREN VOGT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,104.16    **Priority amount** $2,104.16

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**  Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1276**  Priority creditor's name and mailing address
KAREN WACHTER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,908.30        **Priority amount** $6,908.30

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1277**  Priority creditor's name and mailing address
KAREN WHARTON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00        **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1278**  Priority creditor's name and mailing address
KAREN WICKER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,762.69        **Priority amount** $2,762.69

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1279**  Priority creditor's name and mailing address
KAREN ZEBROWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,712.14        **Priority amount** $2,712.14

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1280** Priority creditor's name and mailing address
KARIMA ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $810.59    Priority amount $810.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1281** Priority creditor's name and mailing address
KARIN HUHN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $664.20    Priority amount $664.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1282** Priority creditor's name and mailing address
KARINE SAHAKYAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $2,370.54    Priority amount $2,370.54

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1283** Priority creditor's name and mailing address
KARISSA BRUSCA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $3,199.45    Priority amount $3,199.45

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.1284**    **Priority creditor's name and mailing address**
KARLA BEDEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6,923.54    $6,923.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1285**    **Priority creditor's name and mailing address**
KARLA VAZQUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,870.53    $1,870.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1286**    **Priority creditor's name and mailing address**
KASIE FREEMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,670.36    $2,670.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1287**    **Priority creditor's name and mailing address**
KASRA KERAMATIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| | | | |
|---|---|---|---|
| **Part 1:** | **Additional Page** | | |

| | Total claim | Priority amount |
|---|---|---|

**2.1288** Priority creditor's name and mailing address
KATARZYNA BRZEZINSKA
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$2,300.50**     Priority amount **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1289** Priority creditor's name and mailing address
KATARZYNA LIWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$2,370.54**     Priority amount **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1290** Priority creditor's name and mailing address
KATELYN LOUGHLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$4,019.96**     Priority amount **$4,019.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1291** Priority creditor's name and mailing address
KATHERINE ALLATT
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$942.31**     Priority amount **$942.31**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.1292** Priority creditor's name and mailing address
KATHERINE BUCKLESS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,321.16    $3,321.16

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1293** Priority creditor's name and mailing address
KATHERINE FILEMYR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $725.76    $725.76

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1294** Priority creditor's name and mailing address
KATHERINE SAVAGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,659.97    $3,659.97

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1295** Priority creditor's name and mailing address
KATHERINE TSAVARIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1296**   Priority creditor's name and mailing address
KATHLEEN ADAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1297**   Priority creditor's name and mailing address
KATHLEEN BRADY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,159.19          $3,159.19

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1298**   Priority creditor's name and mailing address
KATHLEEN BUTLER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,639.91          $4,639.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1299**   Priority creditor's name and mailing address
KATHLEEN FINNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,796.78          $2,796.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                           Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1300** Priority creditor's name and mailing address
KATHLEEN MAGURN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,621.51**          **$2,621.51**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1301** Priority creditor's name and mailing address
KATHLEEN MAHALIK
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,314.39**          **$4,314.39**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1302** Priority creditor's name and mailing address
KATHLEEN MALONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$5,525.39**          **$5,525.39**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1303** Priority creditor's name and mailing address
KATHLEEN SAUER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$6,862.95**          **$6,862.95**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1304**  **Priority creditor's name and mailing address**
KATHRYN BARKSBY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,720.00    $2,720.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1305**  **Priority creditor's name and mailing address**
KATHRYN BRANDT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,477.42    $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1306**  **Priority creditor's name and mailing address**
KATHRYN SCULLY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $698.64    $698.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1307**  **Priority creditor's name and mailing address**
KATHY BOSTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,820.12    $9,820.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1308** Priority creditor's name and mailing address
KATIE DOBIAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,304.35    **Priority amount** $6,304.35

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1309** Priority creditor's name and mailing address
KATIE GILLESPIE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,302.55    **Priority amount** $3,302.55

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1310** Priority creditor's name and mailing address
KATLYNN WAHL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,243.74    **Priority amount** $7,243.74

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1311** Priority creditor's name and mailing address
KATRINA MOSES-PALMER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,810.47    **Priority amount** $2,810.47

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1312** | Priority creditor's name and mailing address
KAY KARALIS
ADDRESS REDACTED

As of the petition filing date, the claim is:       $1,476.00      $1,476.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1313** | Priority creditor's name and mailing address
KAYLA OLIVERIO
ADDRESS REDACTED

As of the petition filing date, the claim is:       $1,529.74      $1,529.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1314** | Priority creditor's name and mailing address
KAYLENE WONGSAM
ADDRESS REDACTED

As of the petition filing date, the claim is:       $2,186.23      $2,186.23

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1315** | Priority creditor's name and mailing address
KEERTHANA KESAVARAPU
ADDRESS REDACTED

As of the petition filing date, the claim is:       $4,219.74      $4,219.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1316** | Priority creditor's name and mailing address
KEIA JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,283.89    **Priority amount** $2,283.89

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1317** | Priority creditor's name and mailing address
KEIA LANE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,542.44    **Priority amount** $2,542.44

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1318** | Priority creditor's name and mailing address
KEINO JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1319** | Priority creditor's name and mailing address
KEISHA ENGLISH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,341.00    **Priority amount** $2,341.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1320**   **Priority creditor's name and mailing address**
KEISHA JOSEPHS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,153.85    **Priority amount** $4,153.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1321**   **Priority creditor's name and mailing address**
KEISHA THOMPSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,663.44    **Priority amount** $1,663.44

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1322**   **Priority creditor's name and mailing address**
KEITH DILALLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,464.68    **Priority amount** $3,464.68

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1323**   **Priority creditor's name and mailing address**
KELLI SHAW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,375.01    **Priority amount** $2,375.01

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1324**  Priority creditor's name and mailing address
KELLIE LOCKWOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,495.79**  **$3,495.79**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1325**  Priority creditor's name and mailing address
KELLY ALVEN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,987.50**  **$2,987.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1326**  Priority creditor's name and mailing address
KELLY COLEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$4,304.34**  **$4,304.34**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1327**  Priority creditor's name and mailing address
KELLY DOXZON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$6,213.11**  **$6,213.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1328** Priority creditor's name and mailing address
KELLY HATCH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,804.42   **Priority amount** $3,804.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1329** Priority creditor's name and mailing address
KELLY HERTZOG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,315.19   **Priority amount** $4,315.19

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1330** Priority creditor's name and mailing address
KELLY LINSKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1331** Priority creditor's name and mailing address
KELLY LURZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40   **Priority amount** $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name      **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | Total claim | Priority amount |

**2.1332** Priority creditor's name and mailing address
KELLY MERGARD
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,055.98**          **$3,055.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1333** Priority creditor's name and mailing address
KELLY MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$689.61**          **$689.61**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1334** Priority creditor's name and mailing address
KELLY PURCELL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,236.40**          **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1335** Priority creditor's name and mailing address
KELLY SCHWENDERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$7,910.13**          **$7,910.13**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

| **Part 1:** | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1336** **Priority creditor's name and mailing address**
KELLY TRAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $5,314.59    **Priority amount** $5,314.59

---

**2.1337** **Priority creditor's name and mailing address**
KELSEY EVANS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $3,037.59    **Priority amount** $3,037.59

---

**2.1338** **Priority creditor's name and mailing address**
KELSEY WARD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $2,236.40    **Priority amount** $2,236.40

---

**2.1339** **Priority creditor's name and mailing address**
KENNARD HARRIS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $3,471.35    **Priority amount** $3,471.35

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.1340** Priority creditor's name and mailing address
KENNETH GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $926.51   **Priority amount** $926.51

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1341** Priority creditor's name and mailing address
KENNETH POWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $3,370.45   **Priority amount** $3,370.45

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1342** Priority creditor's name and mailing address
KENNETH ROGERS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $465.30   **Priority amount** $465.30

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1343** Priority creditor's name and mailing address
KENNITHA BURNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $2,672.16   **Priority amount** $2,672.16

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1344** Priority creditor's name and mailing address
KERRI-ANN LATCHMANSINGH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,370.54   $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1345** Priority creditor's name and mailing address
KERRY DEE TURPIN-WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $262.50   $262.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1346** Priority creditor's name and mailing address
KERRY SANDERSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $4,843.11   $4,843.11
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1347** Priority creditor's name and mailing address
KERRYLYNN PLUMLEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $6,216.08   $6,216.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

---

**2.1348** Priority creditor's name and mailing address
KERSHA WALTERS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $3,219.44    **Priority amount** $3,219.44

---

**2.1349** Priority creditor's name and mailing address
KESHAV KOORAGAYALA
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $1,118.20    **Priority amount** $1,118.20

---

**2.1350** Priority creditor's name and mailing address
KEVIN BRANCH
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $2,477.42    **Priority amount** $2,477.42

---

**2.1351** Priority creditor's name and mailing address
KEVIN BREE
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $3,897.00    **Priority amount** $3,897.00

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1352** Priority creditor's name and mailing address
KEVIN DANG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,744.50    $1,744.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1353** Priority creditor's name and mailing address
KEVIN DESROCHERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,516.89    $7,516.89

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1354** Priority creditor's name and mailing address
KEVIN GINGRICH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1355** Priority creditor's name and mailing address
KEVIN GU
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,762.63    $3,762.63

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.1356** | Priority creditor's name and mailing address
KEVIN HICKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1357** | Priority creditor's name and mailing address
KEVIN HOU
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,477.42**    **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1358** | Priority creditor's name and mailing address
KEVIN JUNUS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1359** | Priority creditor's name and mailing address
KEVIN KAMMEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,049.69**    **$4,049.69**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1360**  **Priority creditor's name and mailing address**
KEVIN RUSSO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $4,049.69     $4,049.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1361**  **Priority creditor's name and mailing address**
KEVIN SMALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $1,972.64     $1,972.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1362**  **Priority creditor's name and mailing address**
KEYNA BAYLOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $1,625.00     $1,625.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1363**  **Priority creditor's name and mailing address**
KHAYREE MCELROY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $140.80     $140.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1364** **Priority creditor's name and mailing address**
KHINE SHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,899.28    $3,899.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1365** **Priority creditor's name and mailing address**
KHURAM KAZMI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1366** **Priority creditor's name and mailing address**
KIARA WATSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,335.32    $1,335.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1367** **Priority creditor's name and mailing address**
KIERSTIN POWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,133.96    $5,133.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1368** Priority creditor's name and mailing address
KIHONG KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,055.12**    **$3,055.12**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1369** Priority creditor's name and mailing address
KIM BENEFIELD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,643.66**    **$8,643.66**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1370** Priority creditor's name and mailing address
KIM CARRUTH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,480.07**    **$2,480.07**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1371** Priority creditor's name and mailing address
KIM NGUYEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$175.50**    **$175.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1372** Priority creditor's name and mailing address
KIM SCALES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$6,176.97**    Priority amount: **$6,176.97**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1373** Priority creditor's name and mailing address
KIMBERLEY NOWAK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,098.00**    Priority amount: **$2,098.00**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1374** Priority creditor's name and mailing address
KIMBERLI BRAWNER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,939.20**    Priority amount: **$3,939.20**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1375** Priority creditor's name and mailing address
KIMBERLY BURKE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,945.48**    Priority amount: **$1,945.48**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.1376** Priority creditor's name and mailing address
KIMBERLY CAROBINE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,727.36    $7,727.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1377** Priority creditor's name and mailing address
KIMBERLY CORCORAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1378** Priority creditor's name and mailing address
KIMBERLY CUNEO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,477.47    $6,477.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1379** Priority creditor's name and mailing address
KIMBERLY FINKLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,615.20    $1,615.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**            Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1380** Priority creditor's name and mailing address
KIMBERLY HUMMEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$6,923.08**        **$6,923.08**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1381** Priority creditor's name and mailing address
KIMBERLY MARINO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$290.00**        **$290.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1382** Priority creditor's name and mailing address
KIMBERLY ROCCIA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,604.74**        **$3,604.74**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1383** Priority creditor's name and mailing address
KIMBERLY ROSSI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,728.26**        **$4,728.26**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.1384**  Priority creditor's name and mailing address
KIMBERLY SCHNUR
ADDRESS REDACTED

As of the petition filing date, the claim is:        $4,141.53        $4,141.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1385**  Priority creditor's name and mailing address
KIMBERLY UHLL
ADDRESS REDACTED

As of the petition filing date, the claim is:        $6,235.82        $6,235.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1386**  Priority creditor's name and mailing address
KINNARIBEN PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:        $5,362.24        $5,362.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1387**  Priority creditor's name and mailing address
KINZYA GRANT
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,743.80        $2,743.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1388**  Priority creditor's name and mailing address
KIOTA EARLE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,658.27**                    **$2,658.27**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1389**  Priority creditor's name and mailing address
KIRA PRENDERGAST
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$12,251.84**                    **$12,251.84**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1390**  Priority creditor's name and mailing address
KIRAN JOHAL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,236.40**                    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1391**  Priority creditor's name and mailing address
KIRBY SANTORE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,522.60**                    **$2,522.60**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1392**  **Priority creditor's name and mailing address**
KIRSTEN CANAVAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,603.49    $7,603.49

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1393**  **Priority creditor's name and mailing address**
KIRSTEN FILL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1394**  **Priority creditor's name and mailing address**
KIRSTIE JONIEC
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,265.47    $6,265.47

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1395**  **Priority creditor's name and mailing address**
KISHA WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,160.00    $2,160.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

|  | Total claim | Priority amount |

**2.1396** Priority creditor's name and mailing address
KITOURA ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,444.66    $1,444.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1397** Priority creditor's name and mailing address
KLIAHAH THOMPKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1398** Priority creditor's name and mailing address
KOHTAROH TAKAMURA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,049.68    $4,049.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1399** Priority creditor's name and mailing address
KRISHI PEDDADA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,049.69    $4,049.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1400** | **Priority creditor's name and mailing address**
KRISHNA KANDREGULA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   **$2,300.50**   **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1401** | **Priority creditor's name and mailing address**
KRISTA VANARTSDALEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   **$2,648.35**   **$2,648.35**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1402** | **Priority creditor's name and mailing address**
KRISTEN DIGIOVANNI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   **$4,143.10**   **$4,143.10**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1403** | **Priority creditor's name and mailing address**
KRISTEN GALANTI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   **$3,951.20**   **$3,951.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

**2.1404** **Priority creditor's name and mailing address**
KRISTEN MCKENZIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$2,985.80**     **$2,985.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1405** **Priority creditor's name and mailing address**
KRISTEN MIGNONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$3,388.00**     **$3,388.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1406** **Priority creditor's name and mailing address**
KRISTEN RATNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$2,370.54**     **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1407** **Priority creditor's name and mailing address**
KRISTIN CITARA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$2,344.80**     **$2,344.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1408** Priority creditor's name and mailing address
KRISTIN HARRINGTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,021.61**    **$6,021.61**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1409** Priority creditor's name and mailing address
KRISTIN KNORR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,130.59**    **$7,130.59**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1410** Priority creditor's name and mailing address
KRISTINA ESTILOW
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,721.85**    **$5,721.85**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1411** Priority creditor's name and mailing address
KRISTINA MOZZONE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,813.54**    **$1,813.54**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

---

**Part 1:**    Additional Page

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1412**   Priority creditor's name and mailing address
KRISTINA TATASCIORE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,940.08    $1,940.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1413**   Priority creditor's name and mailing address
KRISTINE FLAUSINO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,112.44    $4,112.44
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1414**   Priority creditor's name and mailing address
KRISTINE GOODELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,118.67    $3,118.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1415**   Priority creditor's name and mailing address
KRISTY ADGALANE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,981.33    $5,981.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1416** Priority creditor's name and mailing address
KRYSTAL WANG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,917.24    **Priority amount** $2,917.24

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1417** Priority creditor's name and mailing address
KWABENA NIMARKO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,400.00    **Priority amount** $4,400.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1418** Priority creditor's name and mailing address
KYLE HAMBRIGHT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,258.93    **Priority amount** $1,258.93

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1419** Priority creditor's name and mailing address
KYLE KREVOLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,544.97    **Priority amount** $4,544.97

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1420** **Priority creditor's name and mailing address**
KYLE NAIMOLI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,778.86    $2,778.86
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1421** **Priority creditor's name and mailing address**
KYLE POTRZUSKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,548.32    $2,548.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1422** **Priority creditor's name and mailing address**
KYRIAKI MATSOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $7,897.06    $7,897.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1423** **Priority creditor's name and mailing address**
L'ASHIA REMBERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,301.64    $2,301.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1424**  **Priority creditor's name and mailing address**
LAI HUYNH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$9,556.64**   **$9,556.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1425**  **Priority creditor's name and mailing address**
LAKEMA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,495.03**   **$1,495.03**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1426**  **Priority creditor's name and mailing address**
LAKEYSHA WOODS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,870.52**   **$1,870.52**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1427**  **Priority creditor's name and mailing address**
LAKISHA LUCAS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,596.32**   **$2,596.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1428**  Priority creditor's name and mailing address
LAMYI MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $570.39    Priority amount: $570.39

---

**2.1429**  Priority creditor's name and mailing address
LANCE FARLOW
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $864.79    Priority amount: $864.79

---

**2.1430**  Priority creditor's name and mailing address
LANCE WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $1,113.50    Priority amount: $1,113.50

---

**2.1431**  Priority creditor's name and mailing address
LANEE GOMEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $1,160.94    Priority amount: $1,160.94

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1432** Priority creditor's name and mailing address
LASHONDA ROBERTSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $620.93          $620.93
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1433** Priority creditor's name and mailing address
LATANYA SMALLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,089.00          $1,089.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1434** Priority creditor's name and mailing address
LATANYA WADE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,421.00          $1,421.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1435** Priority creditor's name and mailing address
LATESHA PATTERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,822.75          $1,822.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**
Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1436** Priority creditor's name and mailing address
LAURA BONNEAU
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$4,291.01**   Priority amount **$4,291.01**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1437** Priority creditor's name and mailing address
LAURA BOWEN
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$6,055.07**   Priority amount **$6,055.07**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1438** Priority creditor's name and mailing address
LAURA DUDEK
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$3,175.17**   Priority amount **$3,175.17**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1439** Priority creditor's name and mailing address
LAURA GIBBS
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$2,714.56**   Priority amount **$2,714.56**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**　　Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1440** Priority creditor's name and mailing address
LAURA HALE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$7,237.47**  **$7,237.47**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1441** Priority creditor's name and mailing address
LAURA JONES
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,533.00**  **$4,533.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1442** Priority creditor's name and mailing address
LAURA KUHLMEIER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,763.81**  **$5,763.81**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1443** Priority creditor's name and mailing address
LAURA LAYTON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,242.28**  **$6,242.28**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1444** Priority creditor's name and mailing address
LAURA OSBORNE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$111.85**    **$111.85**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1445** Priority creditor's name and mailing address
LAURA ST. JOHN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,486.42**    **$4,486.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1446** Priority creditor's name and mailing address
LAUREN ALI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,680.00**    **$3,680.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1447** Priority creditor's name and mailing address
LAUREN BURTNICK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,976.50**    **$2,976.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1448** | **Priority creditor's name and mailing address**
LAUREN DENNISON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        **$4,507.52**        **$4,507.52**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1449** | **Priority creditor's name and mailing address**
LAUREN DONAHUE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        **$2,487.62**        **$2,487.62**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1450** | **Priority creditor's name and mailing address**
LAUREN ELSESSER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        **$5,350.28**        **$5,350.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1451** | **Priority creditor's name and mailing address**
LAUREN FALA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        **$5,172.32**        **$5,172.32**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1452** | **Priority creditor's name and mailing address**
LAUREN GRECO
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,800.41**    **$5,800.41**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1453** | **Priority creditor's name and mailing address**
LAUREN HUNTER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,370.54**    **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1454** | **Priority creditor's name and mailing address**
LAUREN JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,559.18**    **$3,559.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1455** | **Priority creditor's name and mailing address**
LAUREN MCFADDEN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,088.47**    **$3,088.47**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| | | Total claim | Priority amount |
|---|---|---|---|

---

**Part 1:**    Additional Page

---

**2.1456**

**Priority creditor's name and mailing address**
LAUREN PAULHUS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,038.23    **Priority amount** $3,038.23

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1457**

**Priority creditor's name and mailing address**
LAUREN SCHMALZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,300.50    **Priority amount** $2,300.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1458**

**Priority creditor's name and mailing address**
LAUREN SIMOLIKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,332.24    **Priority amount** $4,332.24

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1459**

**Priority creditor's name and mailing address**
LAUREN SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,504.79    **Priority amount** $2,504.79

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1460**  Priority creditor's name and mailing address
LAUREN VILLARE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,321.14    $6,321.14

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1461**  Priority creditor's name and mailing address
LAUREN WARSHAW
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1462**  Priority creditor's name and mailing address
LAURENCE SPITZER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,684.62    $12,684.62

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1463**  Priority creditor's name and mailing address
LAURIANNE HAYNES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|-----------------|---------------------|

**2.1464** Priority creditor's name and mailing address
LAURIE DURKIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,486.88     $2,486.88

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1465** Priority creditor's name and mailing address
LAURIE PICCIRILLI-YUSKO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,774.40     $1,774.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1466** Priority creditor's name and mailing address
LAURYN FLETCHER-YOUNG
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,403.48     $4,403.48

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1467** Priority creditor's name and mailing address
LAWRENCE CHIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $9,017.78     $9,017.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1468** | **Priority creditor's name and mailing address**
LAYONDA GALLOWAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,775.05

**Priority amount** $1,775.05

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1469** | **Priority creditor's name and mailing address**
LE FERRIA THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,887.26

**Priority amount** $1,887.26

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1470** | **Priority creditor's name and mailing address**
LEAH SIVELS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $783.60

**Priority amount** $783.60

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1471** | **Priority creditor's name and mailing address**
LEEANNE CIOFFI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,927.00

**Priority amount** $1,927.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1472** **Priority creditor's name and mailing address**
LEON SAUNDERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,199.95          $2,199.95
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1473** **Priority creditor's name and mailing address**
LEONEL ESTOFAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,477.42          $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1474** **Priority creditor's name and mailing address**
LESLEON JONES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $7,218.09          $7,218.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1475** **Priority creditor's name and mailing address**
LESLIE GALLAGHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,516.02          $1,516.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.1476** **Priority creditor's name and mailing address**
LESLIE NEWMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,212.52    $7,212.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1477** **Priority creditor's name and mailing address**
LESLIE TANCINI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,306.19    $5,306.19
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1478** **Priority creditor's name and mailing address**
LESLIE WOOD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,289.43    $8,289.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1479** **Priority creditor's name and mailing address**
LEVAUN RIVERA JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $838.45    $838.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1480** Priority creditor's name and mailing address
LEXIE LOU VALDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $270.00          $270.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1481** Priority creditor's name and mailing address
LI-HUI ZHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,899.28          $3,899.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1482** Priority creditor's name and mailing address
LIAM MALLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $228.84          $228.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1483** Priority creditor's name and mailing address
LIANG HUANG
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1484** Priority creditor's name and mailing address
LIJU MATHEW
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.1485** Priority creditor's name and mailing address
LILLIAN WARE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,861.41    Priority amount: $1,861.41

---

**2.1486** Priority creditor's name and mailing address
LILY KOSMINSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,236.40    Priority amount: $2,236.40

---

**2.1487** Priority creditor's name and mailing address
LILY PAYVANDI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,659.97    Priority amount: $3,659.97

Debtor Name     **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1488**  **Priority creditor's name and mailing address**
LINDA AMENDT
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$4,525.81**      **$4,525.81**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1489**  **Priority creditor's name and mailing address**
LINDA CELIA
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$7,450.05**      **$7,450.05**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1490**  **Priority creditor's name and mailing address**
LINDA FAUST
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$4,521.00**      **$4,521.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1491**  **Priority creditor's name and mailing address**
LINDA GREY
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$6,724.02**      **$6,724.02**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1492** Priority creditor's name and mailing address
LINDA MCLEESTER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,744.82    $4,744.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1493** Priority creditor's name and mailing address
LINDA MEAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,599.81    $4,599.81

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1494** Priority creditor's name and mailing address
LINDA PANG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,906.38    $12,906.38

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1495** Priority creditor's name and mailing address
LINDA PAUL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,606.58    $8,606.58

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1496** Priority creditor's name and mailing address
LINDA RAMSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,259.03    $9,259.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1497** Priority creditor's name and mailing address
LINDSAY BACHALIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,418.28    $13,418.28

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1498** Priority creditor's name and mailing address
LINDSAY BIRCKHEAD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,265.73    $5,265.73

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1499** Priority creditor's name and mailing address
LINDSAY BOWLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,912.03    $7,912.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1500** Priority creditor's name and mailing address
LINDSAY FREMONT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $3,070.85   Priority amount $3,070.85

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1501** Priority creditor's name and mailing address
LINDSAY LAZARUS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $3,116.22   Priority amount $3,116.22

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1502** Priority creditor's name and mailing address
LINDSAY REICHARD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $247.00   Priority amount $247.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1503** Priority creditor's name and mailing address
LINDSEY ABBOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $2,094.00   Priority amount $2,094.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1504** | **Priority creditor's name and mailing address**
LINDSEY AMBROGI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$5,663.39**    **$5,663.39**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1505** | **Priority creditor's name and mailing address**
LINDSEY HARVILLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,477.42**    **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1506** | **Priority creditor's name and mailing address**
LINDSEY MEDOIT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$3,213.84**    **$3,213.84**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1507** | **Priority creditor's name and mailing address**
LINDSEY SEMPRINI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,370.54**    **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1508** Priority creditor's name and mailing address
LISA ANTONELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:         $4,107.69         $4,107.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1509** Priority creditor's name and mailing address
LISA BARRETT
ADDRESS REDACTED

As of the petition filing date, the claim is:         $1,118.20         $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1510** Priority creditor's name and mailing address
LISA CARRERAS
ADDRESS REDACTED

As of the petition filing date, the claim is:         $1,619.88         $1,619.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1511** Priority creditor's name and mailing address
LISA FERGUSON
ADDRESS REDACTED

As of the petition filing date, the claim is:         $2,169.52         $2,169.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.1512**  Priority creditor's name and mailing address
LISA FOWLER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,427.72          $2,427.72

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1513**  Priority creditor's name and mailing address
LISA GONZALES
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,133.71         $13,133.71

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1514**  Priority creditor's name and mailing address
LISA LLEWELLYN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,991.58          $4,991.58

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1515**  Priority creditor's name and mailing address
LISA MISHON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,293.70          $4,293.70

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1516**  **Priority creditor's name and mailing address**
LISA MORETTI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,028.13    $5,028.13

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1517**  **Priority creditor's name and mailing address**
LISA MYERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,796.75    $6,796.75

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1518**  **Priority creditor's name and mailing address**
LISA SIMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $567.73    $567.73

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1519**  **Priority creditor's name and mailing address**
LISANDRA TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,202.30    $2,202.30

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1520** | **Priority creditor's name and mailing address**
LIZANN SCOTT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim $3,008.13    Priority amount $3,008.13

---

**2.1521** | **Priority creditor's name and mailing address**
LOC NGUYEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim $3,079.17    Priority amount $3,079.17

---

**2.1522** | **Priority creditor's name and mailing address**
LOIS CRAMER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim $1,927.54    Priority amount $1,927.54

---

**2.1523** | **Priority creditor's name and mailing address**
LOIS PORRECA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim $9,415.23    Priority amount $9,415.23

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1524**   Priority creditor's name and mailing address
LOREN MCHUGH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $678.04    Priority amount $678.04

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1525**   Priority creditor's name and mailing address
LORI HALLAHAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $6,379.59    Priority amount $6,379.59

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1526**   Priority creditor's name and mailing address
LORI JENKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $3,760.00    Priority amount $3,760.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1527**   Priority creditor's name and mailing address
LORI PLITT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $4,306.09    Priority amount $4,306.09

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.1528** Priority creditor's name and mailing address
LORI SALVATI
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:                    $1,599.00          $1,599.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**2.1529** Priority creditor's name and mailing address
LORRAINE ALEXANDER
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:                    $2,306.28          $2,306.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**2.1530** Priority creditor's name and mailing address
LORRAINE ISLER
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:                    $11,805.71         $11,805.71
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**2.1531** Priority creditor's name and mailing address
LOUIS CHAI
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:                    $4,089.76          $4,089.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1532** Priority creditor's name and mailing address
LOUISE PRUSIENSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,317.55          $6,317.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1533** Priority creditor's name and mailing address
LUCIA HA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $643.50          $643.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1534** Priority creditor's name and mailing address
LUIS GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,479.43          $2,479.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1535** Priority creditor's name and mailing address
LUIS RODRIGUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,987.80          $1,987.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1536** Priority creditor's name and mailing address
LUKE MILES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1537** Priority creditor's name and mailing address
LUKE SWASZEK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1538** Priority creditor's name and mailing address
LUSTRA STONE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,954.28    $3,954.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1539** Priority creditor's name and mailing address
LUTHER EVANSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $255.00    $255.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1540** Priority creditor's name and mailing address
LUZ COLON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $873.00          $873.00
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1541** Priority creditor's name and mailing address
LYDIA CHOUANE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,381.00          $3,381.00
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1542** Priority creditor's name and mailing address
LYDIA KOMARNICKY-KOCHER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $8,653.68          $8,653.68
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1543** Priority creditor's name and mailing address
LYNN MACKOVICK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,566.32          $2,566.32
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1544**  Priority creditor's name and mailing address
LYNNSEY NULL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $710.64    **Priority amount** $710.64

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1545**  Priority creditor's name and mailing address
LYNSEY DANIELS-IANNUCCI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $10,560.00    **Priority amount** $10,560.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1546**  Priority creditor's name and mailing address
LYNWOOD ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,040.27    **Priority amount** $7,040.27

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1547**  Priority creditor's name and mailing address
MACKENZIE SCHAFFER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,997.14    **Priority amount** $2,997.14

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |

**2.1548** Priority creditor's name and mailing address
MADEIA JACOBS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,475.62    $1,475.62

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1549** Priority creditor's name and mailing address
MADELINE CARRERAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,605.43    $3,605.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1550** Priority creditor's name and mailing address
MADELINE REGANIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1551** Priority creditor's name and mailing address
MADIHA BROOKS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,215.03    $3,215.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1552** Priority creditor's name and mailing address
MADISON CRUTCHER
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$3,827.65**  Priority amount **$3,827.65**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1553** Priority creditor's name and mailing address
MAIA ROSSER
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$4,416.64**  Priority amount **$4,416.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1554** Priority creditor's name and mailing address
MAJOR KING
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$2,063.18**  Priority amount **$2,063.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1555** Priority creditor's name and mailing address
MALEKE BLACK
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim **$5,088.10**  Priority amount **$5,088.10**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     389 of 889

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1556** | **Priority creditor's name and mailing address**
MALIHA AHMED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,370.54   Priority amount: $2,370.54

---

**2.1557** | **Priority creditor's name and mailing address**
MANILA SINGH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,236.40   Priority amount: $2,236.40

---

**2.1558** | **Priority creditor's name and mailing address**
MANJEET SANDHU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,975.36   Priority amount: $3,975.36

---

**2.1559** | **Priority creditor's name and mailing address**
MARC DICAMILLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,811.86   Priority amount: $4,811.86

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1560** Priority creditor's name and mailing address
MARC KATZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,982.68      $3,982.68

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1561** Priority creditor's name and mailing address
MARC KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,566.32      $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1562** Priority creditor's name and mailing address
MARC MCSHANE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $429.00      $429.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1563** Priority creditor's name and mailing address
MARCELINA ANGUD
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,551.91      $5,551.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1564** | **Priority creditor's name and mailing address**
MARCI POLITE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,750.29**    **$6,750.29**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1565** | **Priority creditor's name and mailing address**
MARCIE CLAUSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,577.33**    **$2,577.33**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1566** | **Priority creditor's name and mailing address**
MARCIN JANKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1567** | **Priority creditor's name and mailing address**
MARCITA WALTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$280.00**    **$280.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1568** Priority creditor's name and mailing address
MARCKENLEY ISAAC
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,118.20     $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1569** Priority creditor's name and mailing address
MARCUS PEETS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,397.08     $1,397.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1570** Priority creditor's name and mailing address
MARCUS ZEBROWER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1571** Priority creditor's name and mailing address
MARGARET ABEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $466.32     $466.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1572**   Priority creditor's name and mailing address
MARGARET CLARKE
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$4,051.90**      **$4,051.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1573**   Priority creditor's name and mailing address
MARGARET DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$5,479.41**      **$5,479.41**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1574**   Priority creditor's name and mailing address
MARGARET DILLON
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$2,127.99**      **$2,127.99**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1575**   Priority creditor's name and mailing address
MARGARET FORD
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$5,668.34**      **$5,668.34**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1576** Priority creditor's name and mailing address
MARGARET KRISH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,118.00    $7,118.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1577** Priority creditor's name and mailing address
MARGARET LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,020.02    $2,020.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1578** Priority creditor's name and mailing address
MARGARET MILBURN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,877.88    $5,877.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1579** Priority creditor's name and mailing address
MARGARET PURDY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,600.84    $11,600.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

|  | Total claim | Priority amount |

**2.1580** Priority creditor's name and mailing address
MARGARET STEFFLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,013.40    $10,013.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1581** Priority creditor's name and mailing address
MARGARET WAWRZYNIAK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,442.56    $1,442.56
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1582** Priority creditor's name and mailing address
MARGARET WEITZEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,122.55    $3,122.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1583** Priority creditor's name and mailing address
MARGARETTE MOLINA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,901.71    $1,901.71
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                        Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1584**    Priority creditor's name and mailing address
MARIA ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,780.20          $1,780.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1585**    Priority creditor's name and mailing address
MARIA CARMEN STABLE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,687.95          $2,687.95

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1586**    Priority creditor's name and mailing address
MARIA DIEMIDIO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $539.17          $539.17

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1587**    Priority creditor's name and mailing address
MARIA GEE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,773.47          $1,773.47

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1588** **Priority creditor's name and mailing address**
MARIA GIORNO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,928.78     $4,928.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1589** **Priority creditor's name and mailing address**
MARIA GIRLIE COSICO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $8,050.24     $8,050.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1590** **Priority creditor's name and mailing address**
MARIA GUTIERREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,755.51     $3,755.51

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1591** **Priority creditor's name and mailing address**
MARIA IOAKIMIDIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,576.83     $1,576.83

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1592** Priority creditor's name and mailing address
MARIA MATTHEWS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,077.96    $1,077.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1593** Priority creditor's name and mailing address
MARIA PASTORE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,703.37    $6,703.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1594** Priority creditor's name and mailing address
MARIA PATRICIA MARTINEZ LEHMANN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1595** Priority creditor's name and mailing address
MARIA RADONA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,302.98    $4,302.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

---

**2.1596** **Priority creditor's name and mailing address**
MARIAMA DUKULY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,535.56**          **$1,535.56**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1597** **Priority creditor's name and mailing address**
MARIAMA NDANEMAH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,736.94**          **$4,736.94**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1598** **Priority creditor's name and mailing address**
MARIAN KHALILI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$5,483.83**          **$5,483.83**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1599** **Priority creditor's name and mailing address**
MARIANNE PANTISANO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,712.37**          **$4,712.37**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                  Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1600** Priority creditor's name and mailing address
MARIANNE WATKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $4,732.87    $4,732.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1601** Priority creditor's name and mailing address
MARICEL DE LA CRUZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $3,774.29    $3,774.29
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1602** Priority creditor's name and mailing address
MARIE BLANCHARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $2,952.63    $2,952.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1603** Priority creditor's name and mailing address
MARIE JOSEPH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $1,639.91    $1,639.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1604** Priority creditor's name and mailing address
MARILYN RIOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $994.96    $994.96

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1605** Priority creditor's name and mailing address
MARIO CANTANDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,600.34    $6,600.34

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1606** Priority creditor's name and mailing address
MARIO DEANGELIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1607** Priority creditor's name and mailing address
MARIO GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1608** Priority creditor's name and mailing address
MARISA HUTCHEON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,402.12**          **$4,402.12**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1609** Priority creditor's name and mailing address
MARISA REDDING
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,826.92**          **$2,826.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1610** Priority creditor's name and mailing address
MARISSA MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$6,423.35**          **$6,423.35**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1611** Priority creditor's name and mailing address
MARISSA RABIK
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,966.24**          **$2,966.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name      **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1612** Priority creditor's name and mailing address
MARISSA TON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,876.65          $2,876.65

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1613** Priority creditor's name and mailing address
MARITZA MORALES
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,744.89          $2,744.89

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1614** Priority creditor's name and mailing address
MARITZA MYSTAL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,938.76          $2,938.76

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1615** Priority creditor's name and mailing address
MARITZA RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,039.72          $2,039.72

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |

**2.1616** Priority creditor's name and mailing address
MARIUS SAKAJ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,915.60**    **$1,915.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1617** Priority creditor's name and mailing address
MARIYA VENGRENYUK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,049.68**    **$4,049.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1618** Priority creditor's name and mailing address
MARK BURAKIEWICZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,742.94**    **$5,742.94**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1619** Priority creditor's name and mailing address
MARK BUTLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,877.78**    **$1,877.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1620** | **Priority creditor's name and mailing address**
MARK FIGGIE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1621** | **Priority creditor's name and mailing address**
MARK MADDOX
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,566.32    $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1622** | **Priority creditor's name and mailing address**
MARK RAMZY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1623** | **Priority creditor's name and mailing address**
MARK VANDERLAND
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1624** Priority creditor's name and mailing address
MARK WISEMAN
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $2,370.54    Priority amount: $2,370.54

---

**2.1625** Priority creditor's name and mailing address
MARKIS SPANN
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $1,316.79    Priority amount: $1,316.79

---

**2.1626** Priority creditor's name and mailing address
MARLAYNE IZZI
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $3,791.26    Priority amount: $3,791.26

---

**2.1627** Priority creditor's name and mailing address
MARLENE PIERRE-LOUIS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $3,873.40    Priority amount: $3,873.40

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | Total claim | Priority amount |
|---|---|---|

**2.1628** Priority creditor's name and mailing address
MARQUIA PRATT
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$997.00**   **$997.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1629** Priority creditor's name and mailing address
MARTA RACZEK
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$506.74**   **$506.74**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1630** Priority creditor's name and mailing address
MARTIN GRIFFIS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,503.09**   **$3,503.09**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1631** Priority creditor's name and mailing address
MARTINA RISECH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,370.54**   **$2,370.54**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1632** Priority creditor's name and mailing address
MARTYNA WEGRZYN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,620.58    $2,620.58

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1633** Priority creditor's name and mailing address
MARVA WINROW
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,528.26    $6,528.26

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1634** Priority creditor's name and mailing address
MARY ANN DE ROCA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,088.32    $11,088.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1635** Priority creditor's name and mailing address
MARY BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,328.24    $1,328.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1636** | Priority creditor's name and mailing address
MARY BECKHAM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$174.72**      **$174.72**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1637** | Priority creditor's name and mailing address
MARY CHUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$7,138.34**      **$7,138.34**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1638** | Priority creditor's name and mailing address
MARY DEHAVEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,236.40**      **$2,236.40**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1639** | Priority creditor's name and mailing address
MARY DOUGHERTY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$8,653.85**      **$8,653.85**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.1640** **Priority creditor's name and mailing address**
MARY ELLEN NOVAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$7,441.64**    Priority amount **$7,441.64**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1641** **Priority creditor's name and mailing address**
MARY ELLEN PEMPKOWSKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$7,266.03**    Priority amount **$7,266.03**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1642** **Priority creditor's name and mailing address**
MARY GRANT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$9,052.97**    Priority amount **$9,052.97**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1643** **Priority creditor's name and mailing address**
MARY IM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$13,650.00**    Priority amount **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1644** **Priority creditor's name and mailing address**
MARY KUFORIJI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,782.04**        **$3,782.04**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1645** **Priority creditor's name and mailing address**
MARY LOU YANCEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,254.00**        **$1,254.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1646** **Priority creditor's name and mailing address**
MARY LYONS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,427.40**        **$7,427.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1647** **Priority creditor's name and mailing address**
MARY MCMONAGLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,344.32**        **$8,344.32**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

## Part 1:    Additional Page

**2.1648** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$3,928.73** | **$3,928.73**

MARY ROBERTSON
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1649** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$9,025.35** | **$9,025.35**

MARY TUNNEY
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1650** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$6,916.88** | **$6,916.88**

MARYANN FORD
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1651** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$7,640.86** | **$7,640.86**

MARYANNE BERA
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1652** Priority creditor's name and mailing address
MARYANNE BRENNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,198.34            $4,198.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1653** Priority creditor's name and mailing address
MARYKATE DECROSTA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,982.76            $1,982.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1654** Priority creditor's name and mailing address
MARYKATE WRIGHT
ADDRESS REDACTED

As of the petition filing date, the claim is:      $5,049.10            $5,049.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1655** Priority creditor's name and mailing address
MARYLOU ROSS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,254.60            $1,254.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1656** | Priority creditor's name and mailing address
MASHAL MALIK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,076.92    $3,076.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1657** | Priority creditor's name and mailing address
MATAN ARNON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1658** | Priority creditor's name and mailing address
MATHEW MATHAI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $615.00    $615.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1659** | Priority creditor's name and mailing address
MATTHEW ABRISHAMIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1660** Priority creditor's name and mailing address
MATTHEW ALICE
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$8,794.73**         **$8,794.73**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1661** Priority creditor's name and mailing address
MATTHEW CARLINO
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$4,548.64**         **$4,548.64**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1662** Priority creditor's name and mailing address
MATTHEW CIRILLO
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$3,015.00**         **$3,015.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1663** Priority creditor's name and mailing address
MATTHEW EMEIGH-MCBRIDE
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$2,755.42**         **$2,755.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1664** | **Priority creditor's name and mailing address**
MATTHEW FELDMAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,328.40**    **$1,328.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1665** | **Priority creditor's name and mailing address**
MATTHEW LEGG
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,300.50**    **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1666** | **Priority creditor's name and mailing address**
MATTHEW OGNIBENE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,049.30**    **$4,049.30**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1667** | **Priority creditor's name and mailing address**
MATTHEW PARKER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,370.54**    **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1668** Priority creditor's name and mailing address
MATTHEW PLUMLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,857.99     Priority amount: $2,857.99

---

**2.1669** Priority creditor's name and mailing address
MATTHEW PONTELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,472.33     Priority amount: $3,472.33

---

**2.1670** Priority creditor's name and mailing address
MATTHEW RICHARDS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,477.42     Priority amount: $2,477.42

---

**2.1671** Priority creditor's name and mailing address
MATTHEW ST. MARIE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,118.20     Priority amount: $1,118.20

Debtor Name    **Center City Healthcare, LLC**                                      Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.1672**  **Priority creditor's name and mailing address**
MATTHIAS WAGMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,291.12        $4,291.12

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1673**  **Priority creditor's name and mailing address**
MAURA COLETTI
ADDRESS REDACTED

As of the petition filing date, the claim is:      $6,505.32        $6,505.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1674**  **Priority creditor's name and mailing address**
MAUREEN CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,370.54        $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1675**  **Priority creditor's name and mailing address**
MAUREEN MULLER
ADDRESS REDACTED

As of the petition filing date, the claim is:      $8,517.09        $8,517.09

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1676** Priority creditor's name and mailing address
MAUREEN ODONNELL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,304.24**        **$2,304.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1677** Priority creditor's name and mailing address
MAUREEN ROSS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$6,206.71**        **$6,206.71**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1678** Priority creditor's name and mailing address
MAUREEN WAWERU
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,931.85**        **$3,931.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1679** Priority creditor's name and mailing address
MAURICE MAPP II
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,838.14**        **$1,838.14**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1: Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1680** Priority creditor's name and mailing address
MAURICE NORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,536.51      **Priority amount** $2,536.51

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1681** Priority creditor's name and mailing address
MAUVAREEN BEVERLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $10,384.62      **Priority amount** $10,384.62

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1682** Priority creditor's name and mailing address
MAVIS THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,417.79      **Priority amount** $2,417.79

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1683** Priority creditor's name and mailing address
MAX HALLETT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,300.50      **Priority amount** $2,300.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1684** Priority creditor's name and mailing address
MAXIMILLIAN SMITHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,236.40
Priority amount: $2,236.40

---

**2.1685** Priority creditor's name and mailing address
MAXINE GIBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,508.27
Priority amount: $4,508.27

---

**2.1686** Priority creditor's name and mailing address
MCKENSIE WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,118.20
Priority amount: $1,118.20

---

**2.1687** Priority creditor's name and mailing address
MEEJIN AHN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,566.32
Priority amount: $2,566.32

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1688** Priority creditor's name and mailing address
MEET PARIKH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,370.54     $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1689** Priority creditor's name and mailing address
MEEYOUNG CHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:     $267.30     $267.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1690** Priority creditor's name and mailing address
MEGAN DEDOUSIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,598.94     $3,598.94
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1691** Priority creditor's name and mailing address
MEGAN DELLINGER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $620.00     $620.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1692** Priority creditor's name and mailing address
MEGAN ECKELMEYER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,957.63**   **$4,957.63**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1693** Priority creditor's name and mailing address
MEGAN ELLENA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,292.78**   **$3,292.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1694** Priority creditor's name and mailing address
MEGAN GILL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$11,474.97**   **$11,474.97**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1695** Priority creditor's name and mailing address
MEGAN HALLINAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$558.62**   **$558.62**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                              Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1696** Priority creditor's name and mailing address
MEGAN MURPHY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:    **$1,076.38**    **$1,076.38**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.1697** Priority creditor's name and mailing address
MEGAN WALCOFF
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:    **$6,125.05**    **$6,125.05**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.1698** Priority creditor's name and mailing address
MEGAN-SASHA DECAIRES
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:    **$1,700.73**    **$1,700.73**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.1699** Priority creditor's name and mailing address
MEGHA SHAH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:    **$7,260.00**    **$7,260.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**     Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1700**  Priority creditor's name and mailing address
MEGHAN DESAI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,760.18**     **$2,760.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1701**  Priority creditor's name and mailing address
MEGHAN HEALY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,557.79**     **$1,557.79**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1702**  Priority creditor's name and mailing address
MEGHAN MORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,992.06**     **$2,992.06**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1703**  Priority creditor's name and mailing address
MEGHAN STOKLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,759.18**     **$5,759.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**     Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

---

**2.1704**   Priority creditor's name and mailing address
MEGHAN WILLSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,544.00**     **$1,544.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1705**   Priority creditor's name and mailing address
MEGHANN FLEMMING
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,429.57**     **$4,429.57**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1706**   Priority creditor's name and mailing address
MEHARI TEDLA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,224.54**     **$5,224.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1707**   Priority creditor's name and mailing address
MEKHA DENNY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$6,358.71**     **$6,358.71**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1708** Priority creditor's name and mailing address
MELANIE GRIMES
ADDRESS REDACTED

As of the petition filing date, the claim is: **$375.00** | **$375.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1709** Priority creditor's name and mailing address
MELANIE HURWITZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,233.00** | **$2,233.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1710** Priority creditor's name and mailing address
MELINDA BALDI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,440.74** | **$4,440.74**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1711** Priority creditor's name and mailing address
MELINDA GOODKIN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,683.00** | **$2,683.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                         Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1712** Priority creditor's name and mailing address
MELISSA ALFIERI
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$5,000.00**                **$5,000.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1713** Priority creditor's name and mailing address
MELISSA ARCE
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$664.20**                **$664.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1714** Priority creditor's name and mailing address
MELISSA AULT
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$1,349.20**                **$1,349.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1715** Priority creditor's name and mailing address
MELISSA CARROLL
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$3,271.10**                **$3,271.10**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.1716** Priority creditor's name and mailing address
MELISSA COLEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,171.40**    **$5,171.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1717** Priority creditor's name and mailing address
MELISSA EARLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,297.68**    **$1,297.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1718** Priority creditor's name and mailing address
MELISSA GABEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,753.60**    **$2,753.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1719** Priority creditor's name and mailing address
MELISSA GINDHART
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,902.33**    **$2,902.33**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1720** Priority creditor's name and mailing address
MELISSA GUNDERSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1721** Priority creditor's name and mailing address
MELISSA KOPYTKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,168.55    $3,168.55

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1722** Priority creditor's name and mailing address
MELISSA MANKIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6,398.25    $6,398.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1723** Priority creditor's name and mailing address
MELISSA MCKEARY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,721.56    $5,721.56

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.1724** Priority creditor's name and mailing address
MELISSA ONEILL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,503.89  **Priority amount** $2,503.89

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1725** Priority creditor's name and mailing address
MELISSA PACK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,744.47  **Priority amount** $2,744.47

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1726** Priority creditor's name and mailing address
MELISSA PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,307.86  **Priority amount** $2,307.86

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1727** Priority creditor's name and mailing address
MELISSA STCYR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,432.63  **Priority amount** $1,432.63

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.1728**    Priority creditor's name and mailing address
MELISSA TIYOUH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,566.32    $2,566.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1729**    Priority creditor's name and mailing address
MELISSA WARNER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,415.69    $3,415.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1730**    Priority creditor's name and mailing address
MELISSA YURKANIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,931.85    $3,931.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1731**    Priority creditor's name and mailing address
MELODY SAFARZADEH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.1732** Priority creditor's name and mailing address
MELVIN THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,458.44**    **$3,458.44**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1733** Priority creditor's name and mailing address
MELVIN WAGSTAFF
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,346.74**    **$7,346.74**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1734** Priority creditor's name and mailing address
MENISSAH BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,712.97**    **$3,712.97**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1735** Priority creditor's name and mailing address
MERCEDES RILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$472.50**    **$472.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1736**  Priority creditor's name and mailing address
MERCY MATHEW
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,327.92**    **$1,327.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1737**  Priority creditor's name and mailing address
MEREBAI ESTIFANOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,374.00**    **$1,374.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1738**  Priority creditor's name and mailing address
MERLYN ABRAHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,300.50**    **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1739**  Priority creditor's name and mailing address
MIA BIANCHI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,532.32**    **$9,532.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.1740** Priority creditor's name and mailing address
MIAN AHMAD
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$13,650.00**   **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1741** Priority creditor's name and mailing address
MICHAEL AMBROSE
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,118.20**   **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1742** Priority creditor's name and mailing address
MICHAEL ARUSTAMYAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,236.40**   **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1743** Priority creditor's name and mailing address
MICHAEL BERGER
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,236.40**   **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

Debtor Name    **Center City Healthcare, LLC**                                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1744**  Priority creditor's name and mailing address

MICHAEL BOURNE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1745**  Priority creditor's name and mailing address

MICHAEL BRADLEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,268.22    $3,268.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1746**  Priority creditor's name and mailing address

MICHAEL BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $174.80    $174.80

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.1747**  Priority creditor's name and mailing address

MICHAEL CAPUANO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,872.82    $2,872.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1748** Priority creditor's name and mailing address
MICHAEL CARROZZA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,835.07    $4,835.07
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1749** Priority creditor's name and mailing address
MICHAEL CIPOLLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,484.85    $2,484.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1750** Priority creditor's name and mailing address
MICHAEL CORNAGLIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,988.91    $3,988.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1751** Priority creditor's name and mailing address
MICHAEL COVENEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $10,892.52    $10,892.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1752** Priority creditor's name and mailing address
MICHAEL DIFELICIANTONIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,994.23**    **$1,994.23**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1753** Priority creditor's name and mailing address
MICHAEL DIGALBO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,774.50**    **$2,774.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1754** Priority creditor's name and mailing address
MICHAEL EUGENE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,665.25**    **$1,665.25**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1755** Priority creditor's name and mailing address
MICHAEL FORD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,606.63**    **$5,606.63**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1756** | **Priority creditor's name and mailing address**

MICHAEL GILLETTE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,750.20    **Priority amount** $2,750.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1757** | **Priority creditor's name and mailing address**

MICHAEL GREEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1758** | **Priority creditor's name and mailing address**

MICHAEL HARENZA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,315.90    **Priority amount** $6,315.90

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1759** | **Priority creditor's name and mailing address**

MICHAEL HARTMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,159.39    **Priority amount** $8,159.39

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1760** Priority creditor's name and mailing address

MICHAEL HAUK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1761** Priority creditor's name and mailing address

MICHAEL JOBES
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,000.56    **Priority amount** $4,000.56

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1762** Priority creditor's name and mailing address

MICHAEL JOHL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42    **Priority amount** $2,477.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1763** Priority creditor's name and mailing address

MICHAEL KRITSELIS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20    **Priority amount** $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:** Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1764** Priority creditor's name and mailing address
MICHAEL LEIFER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,122.88**   **$5,122.88**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1765** Priority creditor's name and mailing address
MICHAEL MCDERMOTT
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,337.51**   **$4,337.51**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1766** Priority creditor's name and mailing address
MICHAEL MEGHPARA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,118.20**   **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1767** Priority creditor's name and mailing address
MICHAEL MULVAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,985.86**   **$2,985.86**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1768**  **Priority creditor's name and mailing address**
MICHAEL MURPHY
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — Total claim **$2,064.15** — Priority amount **$2,064.15**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.1769**  **Priority creditor's name and mailing address**
MICHAEL MURRAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — Total claim **$4,536.90** — Priority amount **$4,536.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.1770**  **Priority creditor's name and mailing address**
MICHAEL NZEOGU
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — Total claim **$2,477.42** — Priority amount **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.1771**  **Priority creditor's name and mailing address**
MICHAEL PELEKANOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — Total claim **$2,300.50** — Priority amount **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1772**  Priority creditor's name and mailing address
MICHAEL RECLA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,657.88    **Priority amount** $5,657.88

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1773**  Priority creditor's name and mailing address
MICHAEL SINKO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,283.94    **Priority amount** $2,283.94

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1774**  Priority creditor's name and mailing address
MICHAEL SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,726.57    **Priority amount** $1,726.57

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1775**  Priority creditor's name and mailing address
MICHAEL STEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,907.30    **Priority amount** $2,907.30

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

## Part 1:   Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.1776**  Priority creditor's name and mailing address
MICHAEL TORRE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,049.68**     **$4,049.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1777**  Priority creditor's name and mailing address
MICHAEL VAN LEER
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,096.77**     **$3,096.77**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1778**  Priority creditor's name and mailing address
MICHAEL WEINAND
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,411.20**     **$3,411.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1779**  Priority creditor's name and mailing address
MICHAEL WINN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$6,962.34**     **$6,962.34**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
|---|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1780** Priority creditor's name and mailing address
MICHAEL ZIMBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim** $1,118.20    **Priority amount** $1,118.20

---

**2.1781** Priority creditor's name and mailing address
MICHAEL ZUZU
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim** $2,579.38    **Priority amount** $2,579.38

---

**2.1782** Priority creditor's name and mailing address
MICHEAL WULIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim** $4,755.92    **Priority amount** $4,755.92

---

**2.1783** Priority creditor's name and mailing address
MICHELE BROSMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim** $2,053.68    **Priority amount** $2,053.68

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1784**  Priority creditor's name and mailing address
MICHELE CARONIA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,236.40**     **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1785**  Priority creditor's name and mailing address
MICHELE CELIA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,407.70**     **$4,407.70**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1786**  Priority creditor's name and mailing address
MICHELE FOULDS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$241.71**     **$241.71**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1787**  Priority creditor's name and mailing address
MICHELE LALLY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,241.76**     **$4,241.76**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1788** | **Priority creditor's name and mailing address**
MICHELE MCKENNA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $666.00    **Priority amount** $666.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1789** | **Priority creditor's name and mailing address**
MICHELE RONAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,835.77    **Priority amount** $4,835.77

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1790** | **Priority creditor's name and mailing address**
MICHELE TRONOSKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,227.13    **Priority amount** $3,227.13

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1791** | **Priority creditor's name and mailing address**
MICHELE VAN HAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,652.62    **Priority amount** $3,652.62

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1792** Priority creditor's name and mailing address
MICHELLE ADAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$8,633.04**   **$8,633.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1793** Priority creditor's name and mailing address
MICHELLE BERARDI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$8,838.90**   **$8,838.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1794** Priority creditor's name and mailing address
MICHELLE BRASLAVSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,236.40**   **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1795** Priority creditor's name and mailing address
MICHELLE BUADO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,550.04**   **$3,550.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1796** | **Priority creditor's name and mailing address**
MICHELLE CASIELLO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,522.08**    **$5,522.08**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1797** | **Priority creditor's name and mailing address**
MICHELLE DOUGHTY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$85.79**    **$85.79**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1798** | **Priority creditor's name and mailing address**
MICHELLE DUNKLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,038.46**    **$4,038.46**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1799** | **Priority creditor's name and mailing address**
MICHELLE DUNTZEE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,287.29**    **$8,287.29**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1800** Priority creditor's name and mailing address
MICHELLE GARNER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,048.65    $3,048.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1801** Priority creditor's name and mailing address
MICHELLE GILLESPIE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,502.24    $5,502.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1802** Priority creditor's name and mailing address
MICHELLE GUTH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,120.79    $3,120.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1803** Priority creditor's name and mailing address
MICHELLE HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,217.81    $6,217.81
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.1804** Priority creditor's name and mailing address
MICHELLE HOWARD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,409.47**    **$3,409.47**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1805** Priority creditor's name and mailing address
MICHELLE IPPOLITO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,142.17**    **$3,142.17**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1806** Priority creditor's name and mailing address
MICHELLE LONG
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,323.49**    **$2,323.49**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1807** Priority creditor's name and mailing address
MICHELLE LOZADA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name  **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1808**  Priority creditor's name and mailing address
MICHELLE NAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:        $13,650.00        $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1809**  Priority creditor's name and mailing address
MICHELLE PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:        $6,022.24        $6,022.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1810**  Priority creditor's name and mailing address
MICHELLE PETROVIA
ADDRESS REDACTED

As of the petition filing date, the claim is:        $8,960.47        $8,960.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1811**  Priority creditor's name and mailing address
MICHELLE SANDERS
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,634.88        $1,634.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1812**  Priority creditor's name and mailing address
MICHELLE WHEELING
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,425.46**        **$1,425.46**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1813**  Priority creditor's name and mailing address
MICHELLE ZOCH
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$520.36**        **$520.36**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1814**  Priority creditor's name and mailing address
MICKIE BOWERS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,164.28**        **$2,164.28**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1815**  Priority creditor's name and mailing address
MIHAELA NEGREANU
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$9,606.33**        **$9,606.33**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1816** Priority creditor's name and mailing address
MIKAL HICKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,743.80          **Priority amount** $2,743.80

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1817** Priority creditor's name and mailing address
MIKE KHIEU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,370.54          **Priority amount** $2,370.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1818** Priority creditor's name and mailing address
MILLICENT MORRIS-MCMULLEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,408.97          **Priority amount** $3,408.97

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1819** Priority creditor's name and mailing address
MINA SALIB
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40          **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1820** **Priority creditor's name and mailing address**
MINTU ALEXANDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,629.68   $1,629.68

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1821** **Priority creditor's name and mailing address**
MIRIAM HOGAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$10,961.54   $10,961.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1822** **Priority creditor's name and mailing address**
MITESH SHAH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00   $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1823** **Priority creditor's name and mailing address**
MOHAMAD GAFEER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,236.40   $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1824** | **Priority creditor's name and mailing address**
MOHAMMAD ABUMOUNSHAR
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,326.13     $3,326.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1825** | **Priority creditor's name and mailing address**
MOHAMMAD SAYEED
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,366.76     $5,366.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1826** | **Priority creditor's name and mailing address**
MOHAMMED MUNTASER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,118.20     $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1827** | **Priority creditor's name and mailing address**
MOJDEH TAGHIZADEH KHAMESI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,370.54     $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1828**  Priority creditor's name and mailing address
MOJISOLA POPOOLA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20    **Priority amount** $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1829**  Priority creditor's name and mailing address
MOLLY KMETZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,045.64    **Priority amount** $5,045.64

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1830**  Priority creditor's name and mailing address
MOLLY PANDOLA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,313.12    **Priority amount** $3,313.12

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1831**  Priority creditor's name and mailing address
MOLLY WEINBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1832**  Priority creditor's name and mailing address
MONGI MAHJOUB
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,067.09**    **$4,067.09**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1833**  Priority creditor's name and mailing address
MONICA DE JESUS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,814.60**    **$2,814.60**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1834**  Priority creditor's name and mailing address
MONICA FEENY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,329.73**    **$5,329.73**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1835**  Priority creditor's name and mailing address
MONICA LAMBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,998.38**    **$6,998.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1836** | **Priority creditor's name and mailing address**
MONICA MILLER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$3,223.10**    Priority amount: **$3,223.10**

---

**2.1837** | **Priority creditor's name and mailing address**
MONICA SIMMS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$2,059.52**    Priority amount: **$2,059.52**

---

**2.1838** | **Priority creditor's name and mailing address**
MONICA SMITH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$3,206.39**    Priority amount: **$3,206.39**

---

**2.1839** | **Priority creditor's name and mailing address**
MONIQUE JONES
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$1,520.65**    Priority amount: **$1,520.65**

---

Debtor Name    **Center City Healthcare, LLC**              Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1840** Priority creditor's name and mailing address
MONIQUE SCOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,347.08**     **$1,347.08**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1841** Priority creditor's name and mailing address
MUHAMMAD AHMAD
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,370.54**     **$2,370.54**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1842** Priority creditor's name and mailing address
MUHAMMAD FAROOQ
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,236.40**     **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1843** Priority creditor's name and mailing address
MUHAMMAD HANIF
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,300.50**     **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1844**    **Priority creditor's name and mailing address**
MUHAMMAD JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,831.93    $1,831.93
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1845**    **Priority creditor's name and mailing address**
MUHAMMAD KHALID
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,616.34    $4,616.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1846**    **Priority creditor's name and mailing address**
MUHAMMED ERSHAD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,477.42    $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1847**    **Priority creditor's name and mailing address**
MUI HOANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $270.00    $270.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1848** Priority creditor's name and mailing address
MUSTAFA ZAHMAK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,175.90**    **$2,175.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1849** Priority creditor's name and mailing address
MUTHUKUMARU THIAGARAJAH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,663.07**    **$4,663.07**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1850** Priority creditor's name and mailing address
NABIL ZEINEDDINE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,566.32**    **$2,566.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1851** Priority creditor's name and mailing address
NABILA MENADLI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,322.13**    **$3,322.13**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1852** Priority creditor's name and mailing address
NADEZHDA LUSHINA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,300.50**          **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1853** Priority creditor's name and mailing address
NADIA NOCERA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,477.42**          **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1854** Priority creditor's name and mailing address
NADINE VANGELDER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$445.50**          **$445.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1855** Priority creditor's name and mailing address
NAE'EMAH CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$590.40**          **$590.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |

|  | | **Total claim** | **Priority amount** |

**2.1856** Priority creditor's name and mailing address
NAEEM MURRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,113.14
Priority amount: $2,113.14

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1857** Priority creditor's name and mailing address
NAGA KOTHAPALLI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,236.40
Priority amount: $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1858** Priority creditor's name and mailing address
NAGARAJ LINGARAJU
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $11,033.71
Priority amount: $11,033.71

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1859** Priority creditor's name and mailing address
NAIMA THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,909.69
Priority amount: $1,909.69

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1860** Priority creditor's name and mailing address
NAINESH TAILOR
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20   **Priority amount** $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1861** Priority creditor's name and mailing address
NAIYA PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,040.65   **Priority amount** $6,040.65

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1862** Priority creditor's name and mailing address
NAJA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $568.88   **Priority amount** $568.88

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1863** Priority creditor's name and mailing address
NAMYR VELEZ-OLIVERAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,219.74   **Priority amount** $4,219.74

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1864** Priority creditor's name and mailing address
NANAK CHUGH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,477.42**   **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1865** Priority creditor's name and mailing address
NANCY BANDINI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,113.73**   **$2,113.73**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1866** Priority creditor's name and mailing address
NANCY DENNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$4,096.54**   **$4,096.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1867** Priority creditor's name and mailing address
NANCY ESPOSITO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,815.00**   **$1,815.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1868** | **Priority creditor's name and mailing address**
NANCY FONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1869** | **Priority creditor's name and mailing address**
NANCY JOYCE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $1,984.98     $1,984.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1870** | **Priority creditor's name and mailing address**
NANCY KRSNAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $5,083.18     $5,083.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1871** | **Priority creditor's name and mailing address**
NANCY LICHTENSTEIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $1,979.02     $1,979.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- | --- |

**2.1872** Priority creditor's name and mailing address
NANCY MARONE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $7,372.11    **Priority amount:** $7,372.11

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1873** Priority creditor's name and mailing address
NANCY MUSOKE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $1,118.20    **Priority amount:** $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1874** Priority creditor's name and mailing address
NANCY PIPINO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $3,228.75    **Priority amount:** $3,228.75

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1875** Priority creditor's name and mailing address
NANCY RILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $4,125.66    **Priority amount:** $4,125.66

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1876**  Priority creditor's name and mailing address
NANCY SWARTLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,319.24**    **$3,319.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1877**  Priority creditor's name and mailing address
NANCY VANEK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,570.14**    **$3,570.14**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1878**  Priority creditor's name and mailing address
NANCYANNE BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,066.60**    **$2,066.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1879**  Priority creditor's name and mailing address
NANENA NASTRI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$499.84**    **$499.84**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1880**    **Priority creditor's name and mailing address**
NAOMI SONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,788.34            $1,788.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1881**    **Priority creditor's name and mailing address**
NASSOUH MOURABET
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,819.88            $1,819.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1882**    **Priority creditor's name and mailing address**
NATALIA BRIDY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $8,569.00            $8,569.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1883**    **Priority creditor's name and mailing address**
NATALIA ELTABAA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,192.21            $2,192.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.1884** Priority creditor's name and mailing address
NATALIA PLOTSKAYA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42  **Priority amount** $2,477.42

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1885** Priority creditor's name and mailing address
NATALIE MANDEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40  **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1886** Priority creditor's name and mailing address
NATALIE RESPOND
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,343.44  **Priority amount** $8,343.44

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1887** Priority creditor's name and mailing address
NATALIE SAFFOS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,913.72  **Priority amount** $4,913.72

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1888** Priority creditor's name and mailing address
NATALIE TENORE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,067.19          $3,067.19
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1889** Priority creditor's name and mailing address
NATALIE TERRANOVA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,116.00          $5,116.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1890** Priority creditor's name and mailing address
NATALIYA LAZARUS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,036.56          $6,036.56
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1891** Priority creditor's name and mailing address
NATASHA MEHTA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,743.80          $2,743.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:** Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1892** Priority creditor's name and mailing address
NATASHA WARREN
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $1,452.83    Priority amount: $1,452.83

---

**2.1893** Priority creditor's name and mailing address
NATHALIE VAN DER RIJST
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $2,300.50    Priority amount: $2,300.50

---

**2.1894** Priority creditor's name and mailing address
NATHAN BURVAINIS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $6,337.46    Priority amount: $6,337.46

---

**2.1895** Priority creditor's name and mailing address
NAVEEN SOOKNANAN
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $1,118.20    Priority amount: $1,118.20

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 1:    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1896** **Priority creditor's name and mailing address**
NEAL PATEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $4,651.01    Priority amount: $4,651.01

---

**2.1897** **Priority creditor's name and mailing address**
NEAL STEPHENS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $1,669.82    Priority amount: $1,669.82

---

**2.1898** **Priority creditor's name and mailing address**
NEEL GUPTA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $2,370.54    Priority amount: $2,370.54

---

**2.1899** **Priority creditor's name and mailing address**
NEEL PATEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $2,477.42    Priority amount: $2,477.42

---

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1900**  Priority creditor's name and mailing address
NEELABH MAHESHWARI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,300.50**    **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1901**  Priority creditor's name and mailing address
NEENA PASSI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,378.31**    **$4,378.31**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1902**  Priority creditor's name and mailing address
NEFIA DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$920.99**    **$920.99**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1903**  Priority creditor's name and mailing address
NEFTHALIE CAMILLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$528.00**    **$528.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1904**  Priority creditor's name and mailing address
NEHA RANA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,651.00**    **$4,651.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1905**  Priority creditor's name and mailing address
NEIL AGARWAL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,477.42**    **$2,477.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1906**  Priority creditor's name and mailing address
NEIL SHAH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1907**  Priority creditor's name and mailing address
NELIA ESTRADA-TOLOSA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$252.00**    **$252.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1908** Priority creditor's name and mailing address
NEREIDA TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,554.14**   **$3,554.14**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1909** Priority creditor's name and mailing address
NERISSA BAPTISTE
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,370.54**   **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1910** Priority creditor's name and mailing address
NGHI TU
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,748.34**   **$2,748.34**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1911** Priority creditor's name and mailing address
NGOC THAI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$375.00**   **$375.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1912** Priority creditor's name and mailing address
NICHOLAS BRUNETTI
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$6,200.91**      **$6,200.91**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1913** Priority creditor's name and mailing address
NICHOLAS HINDS
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$3,696.15**      **$3,696.15**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1914** Priority creditor's name and mailing address
NICHOLAS LUTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$6,589.85**      **$6,589.85**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1915** Priority creditor's name and mailing address
NICHOLAS MAXWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$2,054.85**      **$2,054.85**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1916** Priority creditor's name and mailing address
NICHOLAS MITCHELL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,092.00    **Priority amount** $4,092.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1917** Priority creditor's name and mailing address
NICHOLAS SANTIAGO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $12,584.28    **Priority amount** $12,584.28

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1918** Priority creditor's name and mailing address
NICHOLAS SERNIAK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,929.38    **Priority amount** $3,929.38

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1919** Priority creditor's name and mailing address
NICHOLE CROWLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,737.73    **Priority amount** $7,737.73

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1920** Priority creditor's name and mailing address
NICHOLE MINCER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,233.75     $2,233.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1921** Priority creditor's name and mailing address
NICHOLE ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,919.58     $1,919.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1922** Priority creditor's name and mailing address
NICOLAS NAGLE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,761.91     $2,761.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1923** Priority creditor's name and mailing address
NICOLE ATHANASIADIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,056.10     $6,056.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1924** Priority creditor's name and mailing address
NICOLE BALLOS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,895.22   **Priority amount** $3,895.22

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1925** Priority creditor's name and mailing address
NICOLE BERTOLDI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,002.96   **Priority amount** $8,002.96

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1926** Priority creditor's name and mailing address
NICOLE CONFALONE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,599.77   **Priority amount** $3,599.77

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1927** Priority creditor's name and mailing address
NICOLE DIGGS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,528.61   **Priority amount** $3,528.61

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1928** Priority creditor's name and mailing address
NICOLE DIIENNO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,118.20      $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1929** Priority creditor's name and mailing address
NICOLE DIXON
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,654.19      $1,654.19

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1930** Priority creditor's name and mailing address
NICOLE DOUGHERTY
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,528.21      $2,528.21

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1931** Priority creditor's name and mailing address
NICOLE FRANZEN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $6,320.95      $6,320.95

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1932** Priority creditor's name and mailing address
NICOLE GORDON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$1,431.56** **$1,431.56**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1933** Priority creditor's name and mailing address
NICOLE HARTMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$3,335.02** **$3,335.02**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1934** Priority creditor's name and mailing address
NICOLE LUCAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$3,899.28** **$3,899.28**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1935** Priority creditor's name and mailing address
NICOLE MERENA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$5,577.29** **$5,577.29**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1936**  Priority creditor's name and mailing address
NICOLE MILLS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,566.32    $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1937**  Priority creditor's name and mailing address
NICOLE PUMARIEGA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,477.42    $2,477.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1938**  Priority creditor's name and mailing address
NICOLE SCHOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,108.50    $9,108.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1939**  Priority creditor's name and mailing address
NICOLE STOWMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,920.00    $1,920.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          485 of 889

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1940** Priority creditor's name and mailing address
NICOLE WHALEN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,969.99**    **$4,969.99**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1941** Priority creditor's name and mailing address
NICOLE WHITE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,824.03**    **$2,824.03**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1942** Priority creditor's name and mailing address
NICOLE WILLIAMS-STEVENS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,198.84**    **$3,198.84**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1943** Priority creditor's name and mailing address
NICOLE ZEBROWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,540.78**    **$5,540.78**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1944** Priority creditor's name and mailing address
NICOLETTE ROVET
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,609.93    $2,609.93
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1945** Priority creditor's name and mailing address
NIEMA DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,872.22    $4,872.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1946** Priority creditor's name and mailing address
NIHAAL KARNIK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,632.83    $3,632.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1947** Priority creditor's name and mailing address
NIJA DEL BUONO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,194.64    $7,194.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1948**  **Priority creditor's name and mailing address**
NIJAH GARCIA
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,795.57**        **$2,795.57**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1949**  **Priority creditor's name and mailing address**
NIKETA PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,531.85**        **$1,531.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1950**  **Priority creditor's name and mailing address**
NIKITA NAYYAR
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,300.50**        **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1951**  **Priority creditor's name and mailing address**
NIKOLE CZAPP
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,300.50**        **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |

**2.1952** | **Priority creditor's name and mailing address**
NILSA LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,558.72    $1,558.72

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1953** | **Priority creditor's name and mailing address**
NIMALI WEERASOORIYA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1954** | **Priority creditor's name and mailing address**
NIVEDITHA THANGARAJ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,212.86    $4,212.86

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1955** | **Priority creditor's name and mailing address**
NNAEMEKA ONYEKABA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,477.42    $2,477.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1956** **Priority creditor's name and mailing address**
NOAH GEHMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $11,379.76    Priority amount: $11,379.76

---

**2.1957** **Priority creditor's name and mailing address**
NOELLE OKON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $10,348.36    Priority amount: $10,348.36

---

**2.1958** **Priority creditor's name and mailing address**
NOELLE SINNAMON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,817.42    Priority amount: $1,817.42

---

**2.1959** **Priority creditor's name and mailing address**
NOEMI PIMENTEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $5,952.46    Priority amount: $5,952.46

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1960**  Priority creditor's name and mailing address
NONA CHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,287.46**     **$5,287.46**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1961**  Priority creditor's name and mailing address
NORMAN BACH
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$7,392.74**     **$7,392.74**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1962**  Priority creditor's name and mailing address
NORMAN JOHANSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1963**  Priority creditor's name and mailing address
NORMAN PETERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,087.15**     **$2,087.15**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1964** Priority creditor's name and mailing address
NYDIA THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $533.71     $533.71

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1965** Priority creditor's name and mailing address
ODELL HELEM
ADDRESS REDACTED

As of the petition filing date, the claim is:     $256.10     $256.10

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1966** Priority creditor's name and mailing address
OLABISI MARINHO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $12,076.03     $12,076.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1967** Priority creditor's name and mailing address
OLAWUNMI AJELERO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,239.60     $2,239.60

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1968** Priority creditor's name and mailing address
OLENA FLIS
ADDRESS REDACTED

As of the petition filing date, the claim is:  $11,373.78    $11,373.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1969** Priority creditor's name and mailing address
OLIVIA BLAZEK
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,236.40    $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1970** Priority creditor's name and mailing address
OLIVIA HURWITZ
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,683.70    $2,683.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1971** Priority creditor's name and mailing address
OLIVIA PETTY
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,594.64    $2,594.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1972** Priority creditor's name and mailing address
OLUBUKUNOLA OSINOWO
ADDRESS REDACTED

As of the petition filing date, the claim is: $9,706.19  $9,706.19

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1973** Priority creditor's name and mailing address
OLUFUNMILAYO BAMITEKO
ADDRESS REDACTED

As of the petition filing date, the claim is: $6,036.98  $6,036.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1974** Priority creditor's name and mailing address
OMAR SHERIFF
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,540.72  $2,540.72

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1975** Priority creditor's name and mailing address
OMOLARA LAWAL
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,118.20  $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1976** Priority creditor's name and mailing address
OMONIYI MODUPE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,775.54      $3,775.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1977** Priority creditor's name and mailing address
ONYECHI MEGAFU
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,427.42      $3,427.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1978** Priority creditor's name and mailing address
OSAMA MUFTI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,118.20      $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1979** Priority creditor's name and mailing address
OSCAR IRIZARRY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,586.39      $4,586.39
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1980** | **Priority creditor's name and mailing address**
OSHEEN ABRAMIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $4,378.31                    $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1981** | **Priority creditor's name and mailing address**
OSHIOKE ESIVUE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,370.54                    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1982** | **Priority creditor's name and mailing address**
OWEN GLATTS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,803.84                    $3,803.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1983** | **Priority creditor's name and mailing address**
PAIGE LONGO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $4,436.37                    $4,436.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                                   Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1984** Priority creditor's name and mailing address
PAIGE WEATHERBEE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,293.37    $4,293.37

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1985** Priority creditor's name and mailing address
PALLAVI KUMAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1986** Priority creditor's name and mailing address
PAMELA CAVANAUGH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,901.15    $8,901.15

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1987** Priority creditor's name and mailing address
PAMELA DUNUAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,021.46    $6,021.46

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.1988**  Priority creditor's name and mailing address
PAMELA KUBIAK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$4,576.27**  Priority amount: **$4,576.27**

---

**2.1989**  Priority creditor's name and mailing address
PAMELA RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$12,687.86**  Priority amount: **$12,687.86**

---

**2.1990**  Priority creditor's name and mailing address
PAMELA STEPHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$3,521.53**  Priority amount: **$3,521.53**

---

**2.1991**  Priority creditor's name and mailing address
PARIJA SHAREDALAL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$2,370.54**  Priority amount: **$2,370.54**

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1992** Priority creditor's name and mailing address
PARMIS GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1993** Priority creditor's name and mailing address
PARTH JAVIA
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,118.20**   **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1994** Priority creditor's name and mailing address
PARTH PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,907.30**   **$2,907.30**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1995** Priority creditor's name and mailing address
PATRICIA CALLAHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$9,578.18**   **$9,578.18**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | Total claim | Priority amount |

**2.1996**  Priority creditor's name and mailing address
PATRICIA MAYER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,675.74**    **$2,675.74**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1997**  Priority creditor's name and mailing address
PATRICIA MCCLARY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,046.38**    **$2,046.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1998**  Priority creditor's name and mailing address
PATRICIA MURPHY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,451.63**    **$8,451.63**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1999**  Priority creditor's name and mailing address
PATRICIA MYERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,627.18**    **$5,627.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.2000** Priority creditor's name and mailing address
PATRICIA PATTON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,096.60   **Priority amount** $2,096.60

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2001** Priority creditor's name and mailing address
PATRICIA TORREY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,861.59   **Priority amount** $8,861.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2002** Priority creditor's name and mailing address
PATRICIA WHITCOMBE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,584.34   **Priority amount** $2,584.34

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2003** Priority creditor's name and mailing address
PATRICIA WILLIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,603.10   **Priority amount** $6,603.10

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.2004**  Priority creditor's name and mailing address
PATRICK CURRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $676.00    $676.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2005**  Priority creditor's name and mailing address
PATRICK KELLY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,206.34    $5,206.34

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2006**  Priority creditor's name and mailing address
PATRICK MAITINO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,262.35    $3,262.35

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2007**  Priority creditor's name and mailing address
PATRICK MCGINNIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $234.60    $234.60

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.2008** Priority creditor's name and mailing address
PATRICK OLSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,477.42**    **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2009** Priority creditor's name and mailing address
PATRICK WANG
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,378.31**    **$4,378.31**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2010** Priority creditor's name and mailing address
PATRICK WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,620.37**    **$1,620.37**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2011** Priority creditor's name and mailing address
PATRISHA LOGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$270.00**    **$270.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2012** | **Priority creditor's name and mailing address**
PAUL BAILEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$4,001.27**    **$4,001.27**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2013** | **Priority creditor's name and mailing address**
PAUL BARTLESON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,236.40**    **$2,236.40**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2014** | **Priority creditor's name and mailing address**
PAUL JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$569.78**    **$569.78**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2015** | **Priority creditor's name and mailing address**
PAUL PFENDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$4,122.84**    **$4,122.84**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2016** | Priority creditor's name and mailing address
PAULA NYBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,912.64**                    **$2,912.64**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2017** | Priority creditor's name and mailing address
PAULETTE DAWKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,494.25**                    **$1,494.25**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2018** | Priority creditor's name and mailing address
PAULETTE DREHER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,899.28**                    **$3,899.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2019** | Priority creditor's name and mailing address
PAULISA WARD
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,477.42**                    **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.2020**  Priority creditor's name and mailing address
PAVAN NATARAJ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2021**  Priority creditor's name and mailing address
PAVANDIP VIRDI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,300.50          $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2022**  Priority creditor's name and mailing address
PAYGE BARYCHEWSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,037.24          $4,037.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2023**  Priority creditor's name and mailing address
PEAR MOK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,048.22          $3,048.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2024**  **Priority creditor's name and mailing address**
PETER BARRON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $3,824.45          $3,824.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.2025**  **Priority creditor's name and mailing address**
PETER COGNETTI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.2026**  **Priority creditor's name and mailing address**
PETER SACCI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,783.61          $2,783.61
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.2027**  **Priority creditor's name and mailing address**
PETER STEMPNIEWICZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $3,915.48          $3,915.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2028**  **Priority creditor's name and mailing address**
PETER SULLIVAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,694.01**          **$2,694.01**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2029**  **Priority creditor's name and mailing address**
PETTINA WALTON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$558.00**          **$558.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2030**  **Priority creditor's name and mailing address**
PHIL ELLINGSWORTH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$426.96**          **$426.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2031**  **Priority creditor's name and mailing address**
PHILANDA ATKINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,432.88**          **$2,432.88**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.2032**  **Priority creditor's name and mailing address**
PHILIP IRVING
ADDRESS REDACTED

**Total claim** $1,785.70    **Priority amount** $1,785.70

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2033**  **Priority creditor's name and mailing address**
PHILIP PETRUCELLI
ADDRESS REDACTED

**Total claim** $3,931.85    **Priority amount** $3,931.85

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2034**  **Priority creditor's name and mailing address**
PHILIPOS POLYCHRONAKIS
ADDRESS REDACTED

**Total claim** $3,757.84    **Priority amount** $3,757.84

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2035**  **Priority creditor's name and mailing address**
PHILLIP ARELLANO
ADDRESS REDACTED

**Total claim** $3,764.30    **Priority amount** $3,764.30

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| | | |
|---|---|---|
| **Part 1:** | **Additional Page** | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2036** Priority creditor's name and mailing address
PHILLIP CARVER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,300.50**
Priority amount **$2,300.50**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2037** Priority creditor's name and mailing address
PHILMORE CRAIGG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,916.13**
Priority amount **$1,916.13**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2038** Priority creditor's name and mailing address
PHUTHY NOP
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$11,783.45**
Priority amount **$11,783.45**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2039** Priority creditor's name and mailing address
PHYLLIS JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,272.57**
Priority amount **$2,272.57**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2040** Priority creditor's name and mailing address
PIER CICERELLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $272.00    $272.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2041** Priority creditor's name and mailing address
PINALKUMAR PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,958.37    $4,958.37

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2042** Priority creditor's name and mailing address
PING HUANG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2043** Priority creditor's name and mailing address
PRABHJOT GREWAL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2044** Priority creditor's name and mailing address
PRAMOOD KALIKIRI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2045** Priority creditor's name and mailing address
PRANEETH BARATAM
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,469.92     $4,469.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2046** Priority creditor's name and mailing address
PRANJAL PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,236.40     $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2047** Priority creditor's name and mailing address
PRASAD JOSHI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,219.74     $4,219.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2048** | **Priority creditor's name and mailing address**
PRASHANTH IYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$3,096.77**    Priority amount **$3,096.77**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2049** | **Priority creditor's name and mailing address**
PRENTICE MCLEAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,140.12**    Priority amount **$2,140.12**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2050** | **Priority creditor's name and mailing address**
PREYA PATEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,118.20**    Priority amount **$1,118.20**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2051** | **Priority creditor's name and mailing address**
PRIJU VARGHESE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,236.40**    Priority amount **$2,236.40**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2052** Priority creditor's name and mailing address
PRIYA DHAGAT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,445.03**    **$4,445.03**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2053** Priority creditor's name and mailing address
PRIYA JOHAL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,300.50**    **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2054** Priority creditor's name and mailing address
PRIYA KALAPARAMBATH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,397.75**    **$8,397.75**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2055** Priority creditor's name and mailing address
PRIYADARSHEE PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,236.40**    **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2056** | **Priority creditor's name and mailing address**
QIANA MARTIN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$569.52** **$569.52**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2057** | **Priority creditor's name and mailing address**
QINGWU KONG
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,931.85** **$3,931.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2058** | **Priority creditor's name and mailing address**
QUENETTA COOPER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,925.32** **$1,925.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2059** | **Priority creditor's name and mailing address**
QUINN LE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$945.75** **$945.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.2060**   Priority creditor's name and mailing address
RABIA QURESHI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,118.20**   **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2061**   Priority creditor's name and mailing address
RACHAEL MANGINI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,810.88**   **$2,810.88**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2062**   Priority creditor's name and mailing address
RACHAEL MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,438.53**   **$2,438.53**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2063**   Priority creditor's name and mailing address
RACHEL ABRAMCZYK
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,239.60**   **$2,239.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2064**   Priority creditor's name and mailing address
RACHEL BETESH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$10,897.80**   **$10,897.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2065**   Priority creditor's name and mailing address
RACHEL HIGGINS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,688.56**   **$3,688.56**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2066**   Priority creditor's name and mailing address
RACHEL SHIN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,118.20**   **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2067**   Priority creditor's name and mailing address
RACHEL STROM
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$950.00**   **$950.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.2068** | **Priority creditor's name and mailing address**
RACHEL VILLARCEAU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $2,785.67     **Priority amount** $2,785.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2069** | **Priority creditor's name and mailing address**
RACHNA CHAWLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $3,931.85     **Priority amount** $3,931.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2070** | **Priority creditor's name and mailing address**
RADHA PATEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $2,300.50     **Priority amount** $2,300.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2071** | **Priority creditor's name and mailing address**
RAGHDA BCHECH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Total claim** $1,118.20     **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.2072** | **Priority creditor's name and mailing address**
RAHMERE VAUGHN-WILSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,218.00          $1,218.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2073** | **Priority creditor's name and mailing address**
RAJAT JOSHI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,118.20          $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2074** | **Priority creditor's name and mailing address**
RAJAT SINGH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,477.42          $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2075** | **Priority creditor's name and mailing address**
RALPH CIPRIANO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,891.88          $2,891.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2076** Priority creditor's name and mailing address
RALPH OUTTINS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,036.23**    **$2,036.23**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2077** Priority creditor's name and mailing address
RALUCA MCCALLUM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,300.50**    **$2,300.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2078** Priority creditor's name and mailing address
RALUCHUKWU ATTAH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,118.20**    **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2079** Priority creditor's name and mailing address
RAMIESHA HOPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,182.43**    **$2,182.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2080** | Priority creditor's name and mailing address
RAMON LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,887.85    **Priority amount** $2,887.85

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2081** | Priority creditor's name and mailing address
RAMYA SETHURAM
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,219.74    **Priority amount** $4,219.74

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2082** | Priority creditor's name and mailing address
RANA ELMEKADEM
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $315.25    **Priority amount** $315.25

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2083** | Priority creditor's name and mailing address
RANDA DAFALLA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20    **Priority amount** $1,118.20

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2084** Priority creditor's name and mailing address
RANDLE PARKER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,769.23**    **$5,769.23**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )
[✓] No
[ ] Yes

---

**2.2085** Priority creditor's name and mailing address
RANDOL HOOPER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,477.42**    **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )
[✓] No
[ ] Yes

---

**2.2086** Priority creditor's name and mailing address
RANDY GIANG
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$791.50**    **$791.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )
[✓] No
[ ] Yes

---

**2.2087** Priority creditor's name and mailing address
RAQUEL JETER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,230.86**    **$3,230.86**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )
[✓] No
[ ] Yes

---

Debtor Name     **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

---

**2.2088**  **Priority creditor's name and mailing address**
RASHA WAHEED
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2089**  **Priority creditor's name and mailing address**
RASHEE PRINCE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $967.00          $967.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2090**  **Priority creditor's name and mailing address**
RASHEENA LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,849.31          $1,849.31

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2091**  **Priority creditor's name and mailing address**
RASHIDA CONYERS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $190.69          $190.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2092** Priority creditor's name and mailing address
RATASHA CUYLER
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,867.04 $1,867.04

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2093** Priority creditor's name and mailing address
RAYEED ISLAM
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,300.50 $2,300.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2094** Priority creditor's name and mailing address
RAYHAN TARIQ
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,370.54 $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2095** Priority creditor's name and mailing address
RAYMOND JANOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,566.32 $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.2096** Priority creditor's name and mailing address
REBECCA CARDONICK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,278.72     $2,278.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2097** Priority creditor's name and mailing address
REBECCA CRAWFORD
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,273.30     $1,273.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2098** Priority creditor's name and mailing address
REBECCA DAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,988.19     $10,988.19
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2099** Priority creditor's name and mailing address
REBECCA HOPPE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,300.50     $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2100** Priority creditor's name and mailing address
REBECCA MONTGOMERY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,481.19** **$6,481.19**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2101** Priority creditor's name and mailing address
REBECCA PLATOFF
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,934.48** **$2,934.48**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2102** Priority creditor's name and mailing address
REBECCA SCHWARTZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,535.47** **$5,535.47**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2103** Priority creditor's name and mailing address
REBECCA WEXLER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,893.96** **$2,893.96**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.2104** Priority creditor's name and mailing address
REEM TAHA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,378.31    $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2105** Priority creditor's name and mailing address
REGINA EISENBERGER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,484.82    $3,484.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2106** Priority creditor's name and mailing address
REGINA FRANKLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,724.58    $2,724.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2107** Priority creditor's name and mailing address
REGINA GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,099.16    $4,099.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2108**   Priority creditor's name and mailing address
REGINA MENDOZA
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

**Total claim** $602.10   **Priority amount** $602.10

---

**2.2109**   Priority creditor's name and mailing address
REGINA PHILIP
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

**Total claim** $4,676.60   **Priority amount** $4,676.60

---

**2.2110**   Priority creditor's name and mailing address
REGINALD JOHNSON
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

**Total claim** $4,238.79   **Priority amount** $4,238.79

---

**2.2111**   Priority creditor's name and mailing address
REHAN NOOR
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

**Total claim** $2,018.75   **Priority amount** $2,018.75

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2112**  Priority creditor's name and mailing address
REINA PURI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $559.00  **Priority amount** $559.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2113**  Priority creditor's name and mailing address
RENEE CLARKSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,094.91  **Priority amount** $4,094.91

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2114**  Priority creditor's name and mailing address
RENEE GIORGETTI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,620.54  **Priority amount** $2,620.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2115**  Priority creditor's name and mailing address
RENEE HATCHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,575.71  **Priority amount** $3,575.71

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.2116** **Priority creditor's name and mailing address**
RENEE HESSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,103.04**          **$3,103.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2117** **Priority creditor's name and mailing address**
RENEE MCELHAUGH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,681.25**          **$3,681.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2118** **Priority creditor's name and mailing address**
RENEE MOUZON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,946.67**          **$2,946.67**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2119** **Priority creditor's name and mailing address**
RENO JAMES
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,635.17**          **$1,635.17**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page | | |
|---|---|---|---|

|  |  | **Total claim** | **Priority amount** |

**2.2120** Priority creditor's name and mailing address
REVATHI THIRUMARAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                 $7,283.65                 $7,283.65

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2121** Priority creditor's name and mailing address
RHEA REYES
ADDRESS REDACTED

As of the petition filing date, the claim is:                 $1,067.68                 $1,067.68

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2122** Priority creditor's name and mailing address
RHIA DASGUPTA
ADDRESS REDACTED

As of the petition filing date, the claim is:                 $1,118.20                 $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2123** Priority creditor's name and mailing address
RHIANNON VANVOORHIS
ADDRESS REDACTED

As of the petition filing date, the claim is:                 $4,446.01                 $4,446.01

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.2124** Priority creditor's name and mailing address
RHODORA ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,243.27    $8,243.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2125** Priority creditor's name and mailing address
RHONDA FIELDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,303.96    $1,303.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2126** Priority creditor's name and mailing address
RHONDA LEWIS-JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,500.14    $1,500.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2127** Priority creditor's name and mailing address
RIANA DIPIETRANTONIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $303.52    $303.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**   Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2128** | **Priority creditor's name and mailing address**
RICHARD BURNS
ADDRESS REDACTED

**Total claim** $937.00   **Priority amount** $937.00

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2129** | **Priority creditor's name and mailing address**
RICHARD CAMPBELL
ADDRESS REDACTED

**Total claim** $2,140.50   **Priority amount** $2,140.50

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2130** | **Priority creditor's name and mailing address**
RICHARD CARMONA
ADDRESS REDACTED

**Total claim** $2,236.40   **Priority amount** $2,236.40

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2131** | **Priority creditor's name and mailing address**
RICHARD MANNING
ADDRESS REDACTED

**Total claim** $1,975.73   **Priority amount** $1,975.73

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2132** Priority creditor's name and mailing address
RICHARD STABILE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00  **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2133** Priority creditor's name and mailing address
RICHARD WEITZELL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,008.80  **Priority amount** $5,008.80

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2134** Priority creditor's name and mailing address
RIDA SHAH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42  **Priority amount** $2,477.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2135** Priority creditor's name and mailing address
RIKEN KUMAR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,300.50  **Priority amount** $2,300.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.2136**  **Priority creditor's name and mailing address**
RISA EICHINGER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,444.86   **Priority amount** $2,444.86

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2137**  **Priority creditor's name and mailing address**
RIZWAN KHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40   **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2138**  **Priority creditor's name and mailing address**
ROA ALQABBANI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,361.40   **Priority amount** $2,361.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2139**  **Priority creditor's name and mailing address**
ROBERT CLARKE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,085.58   **Priority amount** $3,085.58

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2140** Priority creditor's name and mailing address
ROBERT DELVECCHIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,976.09    $4,976.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2141** Priority creditor's name and mailing address
ROBERT FLEYSHMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,378.31    $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2142** Priority creditor's name and mailing address
ROBERT JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,714.78    $1,714.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2143** Priority creditor's name and mailing address
ROBERT KOENIGSBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                                   Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2144** Priority creditor's name and mailing address

ROBERT KREIDER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,161.84    $2,161.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2145** Priority creditor's name and mailing address

ROBERT KUCEJKO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2146** Priority creditor's name and mailing address

ROBERT LYMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2147** Priority creditor's name and mailing address

ROBERT MCSWEENEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |

**2.2148**  Priority creditor's name and mailing address
ROBERT MULHOLLAND
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,798.03          $1,798.03
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.2149**  Priority creditor's name and mailing address
ROBERT PRENDERGAST
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $8,438.14          $8,438.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.2150**  Priority creditor's name and mailing address
ROBERT WEISS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,899.28          $3,899.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.2151**  Priority creditor's name and mailing address
ROBERTO VELASCO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $9,918.85          $9,918.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4       )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2152**  **Priority creditor's name and mailing address**
ROBIN GASKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,671.12    **Priority amount** $2,671.12

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2153**  **Priority creditor's name and mailing address**
ROCCO DIPPOLITO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,641.36    **Priority amount** $2,641.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2154**  **Priority creditor's name and mailing address**
ROCHAELL MCNEIL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,354.82    **Priority amount** $2,354.82

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2155**  **Priority creditor's name and mailing address**
ROCHELLE PAYNE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,930.37    **Priority amount** $2,930.37

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2156** Priority creditor's name and mailing address
ROCK HWANG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2157** Priority creditor's name and mailing address
ROCK LOUIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,618.91    $1,618.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2158** Priority creditor's name and mailing address
RODERICK ROCHESTER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,962.70    $1,962.70

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2159** Priority creditor's name and mailing address
ROGELIO NORIEGA GARCIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $610.00    $610.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2160** Priority creditor's name and mailing address
ROGER TALLEY III
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,774.54    **Priority amount** $1,774.54

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2161** Priority creditor's name and mailing address
ROHIN SAROYA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,370.54    **Priority amount** $2,370.54

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2162** Priority creditor's name and mailing address
ROISIN FOX
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,709.97    **Priority amount** $1,709.97

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2163** Priority creditor's name and mailing address
ROMAN PROSNIAK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42    **Priority amount** $2,477.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.2164** Priority creditor's name and mailing address
RONALD BELONIA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2165** Priority creditor's name and mailing address
RONALD BEVILACQUA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,317.01          $5,317.01

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2166** Priority creditor's name and mailing address
RONALD COLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,890.82          $1,890.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2167** Priority creditor's name and mailing address
RONALD LOKAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,379.52          $2,379.52

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**    Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2168**   **Priority creditor's name and mailing address**
RONALD SNOW
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,876.06**    Priority amount **$1,876.06**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2169**   **Priority creditor's name and mailing address**
RONALD TUCK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,853.41**    Priority amount **$2,853.41**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2170**   **Priority creditor's name and mailing address**
RONG JI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$12,450.36**    Priority amount **$12,450.36**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2171**   **Priority creditor's name and mailing address**
RONGYING LI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,236.40**    Priority amount **$2,236.40**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2172** Priority creditor's name and mailing address
RORY LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,908.02     $1,908.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2173** Priority creditor's name and mailing address
RORY THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,126.13     $1,126.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2174** Priority creditor's name and mailing address
ROSALYN HUF
ADDRESS REDACTED

As of the petition filing date, the claim is:     $8,580.52     $8,580.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2175** Priority creditor's name and mailing address
ROSE JOANSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,770.26     $5,770.26
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2176** **Priority creditor's name and mailing address**
ROSE MCCORMACK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $885.41    **Priority amount** $885.41

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2177** **Priority creditor's name and mailing address**
ROSE SYKES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $778.70    **Priority amount** $778.70

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2178** **Priority creditor's name and mailing address**
ROSEANN MCCARRIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,619.76    **Priority amount** $6,619.76

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2179** **Priority creditor's name and mailing address**
ROSEMARY DE LA CRUZ VILLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,300.50    **Priority amount** $2,300.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                 Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.2180** Priority creditor's name and mailing address
ROSEMARY PFENDER
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$6,154.74**     **$6,154.74**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2181** Priority creditor's name and mailing address
ROSITA GALLARDO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$9,240.48**     **$9,240.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2182** Priority creditor's name and mailing address
ROSMELD CASTILLO GUZMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,236.40**     **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2183** Priority creditor's name and mailing address
ROXANNA POURMIRZAIE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,236.40**     **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2184** Priority creditor's name and mailing address
ROY WAKNIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2185** Priority creditor's name and mailing address
ROYA BINA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $223.64    $223.64

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2186** Priority creditor's name and mailing address
RUTH MCKNIGHT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,550.94    $1,550.94

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2187** Priority creditor's name and mailing address
RUTH MEDLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,475.88    $2,475.88

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.2188** **Priority creditor's name and mailing address**
RUTH SNYDER
ADDRESS REDACTED

As of the petition filing date, the claim is: $10,075.38    $10,075.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2189** **Priority creditor's name and mailing address**
RUTH TOMLINSON
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,730.76    $4,730.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2190** **Priority creditor's name and mailing address**
RYAN ANDRISZAK
ADDRESS REDACTED

As of the petition filing date, the claim is: $6,339.91    $6,339.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2191** **Priority creditor's name and mailing address**
RYAN CHMIOLA
ADDRESS REDACTED

As of the petition filing date, the claim is: $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.2192** | **Priority creditor's name and mailing address**
RYAN DUFFY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,969.56    **Priority amount** $5,969.56

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2193** | **Priority creditor's name and mailing address**
RYAN GUINUP
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,001.83    **Priority amount** $2,001.83

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2194** | **Priority creditor's name and mailing address**
RYAN MULHOLLAND
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $255.75    **Priority amount** $255.75

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2195** | **Priority creditor's name and mailing address**
RYAN RICHARDS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,940.23    **Priority amount** $3,940.23

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2196** Priority creditor's name and mailing address
RYAN SERDENES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20   **Priority amount** $1,118.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2197** Priority creditor's name and mailing address
RYAN SPIARDI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,140.93   **Priority amount** $3,140.93

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2198** Priority creditor's name and mailing address
SABARINA RAMANATHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42   **Priority amount** $2,477.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2199** Priority creditor's name and mailing address
SABRINA RAHEEM
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,542.55   **Priority amount** $6,542.55

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.2200**  Priority creditor's name and mailing address
SADEYAH KING
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,400.00    $1,400.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2201**  Priority creditor's name and mailing address
SADIA MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,343.33    $1,343.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2202**  Priority creditor's name and mailing address
SADONNA MAJOR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $659.53    $659.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2203**  Priority creditor's name and mailing address
SAEEDA BASKERVILLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,811.36    $1,811.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2204** Priority creditor's name and mailing address
SAEMA TAHIR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,743.80**    **$2,743.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2205** Priority creditor's name and mailing address
SAFFA AHMAD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2206** Priority creditor's name and mailing address
SAFIYA LYNCH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$470.02**    **$470.02**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2207** Priority creditor's name and mailing address
SAGINE CORIOLAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,318.30**    **$3,318.30**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2208** | Priority creditor's name and mailing address
SAHAR SHEIKHBAHAEI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,370.54    **Priority amount** $2,370.54

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2209** | Priority creditor's name and mailing address
SAHIL BANKA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2210** | Priority creditor's name and mailing address
SAHIL PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,800.17    **Priority amount** $3,800.17

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2211** | Priority creditor's name and mailing address
SAJEEB ADHIKARY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42    **Priority amount** $2,477.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2212** Priority creditor's name and mailing address
SAJID CHARIWALA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $165.16     $165.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2213** Priority creditor's name and mailing address
SAKUNTALA THIAGARAJAH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $226.47     $226.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2214** Priority creditor's name and mailing address
SALA SADAPS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,963.87     $3,963.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2215** Priority creditor's name and mailing address
SALEEMA BROOKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,745.27     $6,745.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2216** **Priority creditor's name and mailing address**
SALIHAH WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,688.93    **Priority amount** $1,688.93

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2217** **Priority creditor's name and mailing address**
SALLY DAWOOD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,725.16    $2,725.16

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2218** **Priority creditor's name and mailing address**
SALLY SEAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,722.00    $1,722.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2219** **Priority creditor's name and mailing address**
SAMANA SHAIKH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$3,899.28    $3,899.28

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2220**  **Priority creditor's name and mailing address**
SAMANTHA ASCHENDORF
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,643.60**    **$1,643.60**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2221**  **Priority creditor's name and mailing address**
SAMANTHA BACH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,213.65**    **$9,213.65**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2222**  **Priority creditor's name and mailing address**
SAMANTHA GROSS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,384.62**    **$5,384.62**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2223**  **Priority creditor's name and mailing address**
SAMANTHA HARASZTI HARMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,118.20**    **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **Center City Healthcare, LLC**

Case number (if known): **19-11466**

## Part 1: Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2224** Priority creditor's name and mailing address
SAMANTHA KRUGLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,035.74    $11,035.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2225** Priority creditor's name and mailing address
SAMANTHA LEONARDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,473.43    $3,473.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2226** Priority creditor's name and mailing address
SAMANTHA LUGO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $251.74    $251.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2227** Priority creditor's name and mailing address
SAMANTHA STERN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,058.03    $4,058.03
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | Total claim | Priority amount |
|---|---|---|

**2.2228**   Priority creditor's name and mailing address
SAMANTHA WIRSCH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $9,748.41            $9,748.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2229**   Priority creditor's name and mailing address
SAMARA RUTENBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,477.42            $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2230**   Priority creditor's name and mailing address
SAMNANG NOP
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,795.82            $3,795.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2231**   Priority creditor's name and mailing address
SAMUEL KOLMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,477.42            $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2232** Priority creditor's name and mailing address
SAMUEL KRASS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,415.48**    **$2,415.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2233** Priority creditor's name and mailing address
SAMUEL TALERICO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,170.04**    **$5,170.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2234** Priority creditor's name and mailing address
SAMY CHETTAT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,118.20**    **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2235** Priority creditor's name and mailing address
SAMYRA WEBB
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,909.14**    **$3,909.14**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2236** Priority creditor's name and mailing address
SANDRA ERBY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,739.18    **Priority amount** $4,739.18

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2237** Priority creditor's name and mailing address
SANDRA MATEU
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,373.38    **Priority amount** $4,373.38

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2238** Priority creditor's name and mailing address
SANDRA PIERRE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,764.79    **Priority amount** $7,764.79

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2239** Priority creditor's name and mailing address
SANDRA VASTA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,667.14    **Priority amount** $3,667.14

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    560 of 889

Debtor Name   **Center City Healthcare, LLC**                              Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2240**  Priority creditor's name and mailing address
SANDRA YNOA
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,292.00        $2,292.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2241**  Priority creditor's name and mailing address
SANEL MISCIC
ADDRESS REDACTED

As of the petition filing date, the claim is:        $3,136.83        $3,136.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2242**  Priority creditor's name and mailing address
SANINUJ MALAYAMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $13,650.00        $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2243**  Priority creditor's name and mailing address
SANJU GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:        $4,378.31        $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.2244** Priority creditor's name and mailing address
SANSKRUTI PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,650.46   Priority amount: $2,650.46

---

**2.2245** Priority creditor's name and mailing address
SANTIAGO MUNOZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $13,650.00   Priority amount: $13,650.00

---

**2.2246** Priority creditor's name and mailing address
SARA ANN WARD
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $9,257.75   Priority amount: $9,257.75

---

**2.2247** Priority creditor's name and mailing address
SARA DYSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,680.98   Priority amount: $2,680.98

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2248** Priority creditor's name and mailing address
SARA MARCHELLO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,125.00                    $1,125.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.2249** Priority creditor's name and mailing address
SARA MEYERS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,573.35                    $2,573.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.2250** Priority creditor's name and mailing address
SARA PORTER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,848.38                    $1,848.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.2251** Priority creditor's name and mailing address
SARA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,978.89                    $2,978.89
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2252**  Priority creditor's name and mailing address
SARAH AKERS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

$1,761.30    $1,761.30

---

**2.2253**  Priority creditor's name and mailing address
SARAH BARBIN
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

$4,444.47    $4,444.47

---

**2.2254**  Priority creditor's name and mailing address
SARAH BATSCHELET
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

$6,308.05    $6,308.05

---

**2.2255**  Priority creditor's name and mailing address
SARAH BERTSCH
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

$2,828.28    $2,828.28

---

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|

**2.2256** Priority creditor's name and mailing address
SARAH BJORK
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,118.20**     **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2257** Priority creditor's name and mailing address
SARAH CANUSO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,585.68**     **$2,585.68**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2258** Priority creditor's name and mailing address
SARAH CONTRUCCI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,370.54**     **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2259** Priority creditor's name and mailing address
SARAH DELGROSSO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,852.54**     **$1,852.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2260** Priority creditor's name and mailing address
SARAH GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,514.15** **$3,514.15**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2261** Priority creditor's name and mailing address
SARAH KIM
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,330.56** **$1,330.56**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2262** Priority creditor's name and mailing address
SARAH MALIK
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,236.40** **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2263** Priority creditor's name and mailing address
SARAH MCCLENATHAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,441.05** **$3,441.05**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                                Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2264** | **Priority creditor's name and mailing address**
SARAH SHUMSKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**              $1,817.64          $1,817.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.2265** | **Priority creditor's name and mailing address**
SARBJIT KAUR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**              $60.00             $60.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.2266** | **Priority creditor's name and mailing address**
SARITA METZGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**              $2,300.50          $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.2267** | **Priority creditor's name and mailing address**
SARTHI DALAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**              $2,896.12          $2,896.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2268** Priority creditor's name and mailing address
SASHA VAZQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,699.03** **$4,699.03**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2269** Priority creditor's name and mailing address
SATISH MISHRA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,236.40** **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2270** Priority creditor's name and mailing address
SAYANIKA KAUR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,378.31** **$4,378.31**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2271** Priority creditor's name and mailing address
SCARLET COLA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,039.06** **$3,039.06**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | **Total claim** | **Priority amount** |

---

**2.2272** Priority creditor's name and mailing address
SCOTT ANDERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,515.29    $2,515.29

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2273** Priority creditor's name and mailing address
SCOTT ARMSTRONG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,817.36    $2,817.36

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2274** Priority creditor's name and mailing address
SCOTT COLEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,219.74    $4,219.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2275** Priority creditor's name and mailing address
SCOTT STEVEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,566.32    $2,566.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2276** | **Priority creditor's name and mailing address**
SEAN BAHADORI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,200.00   **Priority amount** $2,200.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2277** | **Priority creditor's name and mailing address**
SEAN CRUMBOCK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $10,897.08   **Priority amount** $10,897.08

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2278** | **Priority creditor's name and mailing address**
SEAN DE BOER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,300.50   **Priority amount** $2,300.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2279** | **Priority creditor's name and mailing address**
SEASON HALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,855.37   **Priority amount** $3,855.37

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2280**  Priority creditor's name and mailing address
SEBASTIAN JOFRE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,049.68**    **$4,049.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2281**  Priority creditor's name and mailing address
SEBRINA ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,127.26**    **$4,127.26**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2282**  Priority creditor's name and mailing address
SEJAL PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,581.37**    **$3,581.37**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2283**  Priority creditor's name and mailing address
SELINA GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,441.94**    **$3,441.94**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                        Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2284**  **Priority creditor's name and mailing address**
SELVIN JACOB
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,300.50**          **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2285**  **Priority creditor's name and mailing address**
SELYN MCCOY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,470.81**          **$2,470.81**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2286**  **Priority creditor's name and mailing address**
SEN SEN LIU
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,101.89**          **$3,101.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2287**  **Priority creditor's name and mailing address**
SERAY KOROMA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,219.68**          **$3,219.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.2288**  Priority creditor's name and mailing address
SERENA ALTSCHULER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,996.65**    **$1,996.65**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2289**  Priority creditor's name and mailing address
SERGUEI CASTANEDA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,951.27**    **$2,951.27**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2290**  Priority creditor's name and mailing address
SHABINA DALAL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,211.53**    **$6,211.53**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2291**  Priority creditor's name and mailing address
SHACOY WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,294.58**    **$2,294.58**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**              Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.2292** Priority creditor's name and mailing address
SHAINA VENEZIA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,137.50              $4,137.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2293** Priority creditor's name and mailing address
SHAIVI PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,118.20              $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2294** Priority creditor's name and mailing address
SHAKEEMA BROOKS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $842.45              $842.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2295** Priority creditor's name and mailing address
SHAKELAH AHMADY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,969.39              $1,969.39
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2296**  Priority creditor's name and mailing address
SHAKEYA CLAY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,463.75**    **$1,463.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2297**  Priority creditor's name and mailing address
SHALEAH JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,280.48**    **$2,280.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2298**  Priority creditor's name and mailing address
SHANE POUGH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,595.18**    **$1,595.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2299**  Priority creditor's name and mailing address
SHANICA JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$12,800.18**    **$12,800.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**                  Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.2300** Priority creditor's name and mailing address
SHANICKA NORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,122.96     $2,122.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2301** Priority creditor's name and mailing address
SHANIEL FENNER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,932.84     $1,932.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2302** Priority creditor's name and mailing address
SHANITA VANN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $421.88     $421.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2303** Priority creditor's name and mailing address
SHANNA HOBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,447.51     $7,447.51
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2304** Priority creditor's name and mailing address
SHANNON BUSSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,545.14**     **$3,545.14**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.2305** Priority creditor's name and mailing address
SHANNON MCNELIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,861.92**     **$1,861.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.2306** Priority creditor's name and mailing address
SHANNON NEILAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$380.55**     **$380.55**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.2307** Priority creditor's name and mailing address
SHANNON SOWDEN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,747.50**     **$2,747.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4       )

---

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2308** Priority creditor's name and mailing address
SHAOXIONG ZHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:   $8,250.00   $8,250.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2309** Priority creditor's name and mailing address
SHAPLINE SENESTANT
ADDRESS REDACTED

As of the petition filing date, the claim is:   $5,600.73   $5,600.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2310** Priority creditor's name and mailing address
SHARDAE HARVEY
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,441.24   $1,441.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2311** Priority creditor's name and mailing address
SHAREN MORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $5,398.57   $5,398.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2312** Priority creditor's name and mailing address
SHARMAN FULTON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,263.47** **$2,263.47**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2313** Priority creditor's name and mailing address
SHARMILA BISARIA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,571.85** **$2,571.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2314** Priority creditor's name and mailing address
SHARNEICE HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,600.65** **$1,600.65**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2315** Priority creditor's name and mailing address
SHARON FULLERTON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$13,650.00** **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2316** Priority creditor's name and mailing address

SHARON MCKANT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,681.67**    **$2,681.67**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2317** Priority creditor's name and mailing address

SHARON MINDEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2318** Priority creditor's name and mailing address

SHARON TERREN-ORR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,174.19**    **$2,174.19**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2319** Priority creditor's name and mailing address

SHAUN HAGER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,975.98**    **$3,975.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2320** **Priority creditor's name and mailing address**
SHAUN HANSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,743.80**    Priority amount **$2,743.80**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2321** **Priority creditor's name and mailing address**
SHAUNA PENNEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$3,494.09**    Priority amount **$3,494.09**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2322** **Priority creditor's name and mailing address**
SHAWANDA STINNETT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,666.21**    Priority amount **$2,666.21**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2323** **Priority creditor's name and mailing address**
SHAWN AHMAD CHAUSTRE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,118.20**    Priority amount **$1,118.20**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2324** **Priority creditor's name and mailing address**
SHAWN CONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $762.60                $762.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2325** **Priority creditor's name and mailing address**
SHAWN DAVID
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $2,453.64                $2,453.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2326** **Priority creditor's name and mailing address**
SHAWN MATTSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $4,219.74                $4,219.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2327** **Priority creditor's name and mailing address**
SHAWN MCDONALD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $2,790.44                $2,790.44
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2328** Priority creditor's name and mailing address
SHAWNISE SAUNDERS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,532.86     $5,532.86
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2329** Priority creditor's name and mailing address
SHAYANA HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $955.71     $955.71
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2330** Priority creditor's name and mailing address
SHAYMAA ASHI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,370.54     $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2331** Priority creditor's name and mailing address
SHAYNA MOONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,435.88     $1,435.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2332** Priority creditor's name and mailing address
SHEENA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $730.80    $730.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2333** Priority creditor's name and mailing address
SHEILA FINLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,098.69    $2,098.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2334** Priority creditor's name and mailing address
SHEILA SCOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,494.88    $1,494.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2335** Priority creditor's name and mailing address
SHEILIAH FRENCH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,851.21    $1,851.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2336**   Priority creditor's name and mailing address
SHELDON PINK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$12,516.00**    **$12,516.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2337**   Priority creditor's name and mailing address
SHELLEY CO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,049.69**    **$4,049.69**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2338**   Priority creditor's name and mailing address
SHELLEY GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2339**   Priority creditor's name and mailing address
SHELMAR BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,146.22**    **$6,146.22**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2340** Priority creditor's name and mailing address
SHENETHA ATES
ADDRESS REDACTED

Total claim: **$6,634.87**  Priority amount: **$6,634.87**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2341** Priority creditor's name and mailing address
SHEREE JACKSON
ADDRESS REDACTED

Total claim: **$9,277.78**  Priority amount: **$9,277.78**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2342** Priority creditor's name and mailing address
SHERINE MARTIN
ADDRESS REDACTED

Total claim: **$2,789.09**  Priority amount: **$2,789.09**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2343** Priority creditor's name and mailing address
SHERRIE JERMYN
ADDRESS REDACTED

Total claim: **$3,690.39**  Priority amount: **$3,690.39**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | **Total claim** | **Priority amount** |

**2.2344** Priority creditor's name and mailing address
SHERRY SHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.2345** Priority creditor's name and mailing address
SHIKHA TALWAR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.2346** Priority creditor's name and mailing address
SHIKISHA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,182.12          $3,182.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.2347** Priority creditor's name and mailing address
SHILPA CHOUHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,370.54          $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2348**  **Priority creditor's name and mailing address**
SHIVANI PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.2349**  **Priority creditor's name and mailing address**
SHRADDHA BABARIYA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,219.74          $4,219.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.2350**  **Priority creditor's name and mailing address**
SHREENA SHAH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.2351**  **Priority creditor's name and mailing address**
SHWETA YEMUL GOLHAR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,477.42          $2,477.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.2352**  **Priority creditor's name and mailing address**
SIDDIQUE AKBAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2353**  **Priority creditor's name and mailing address**
SIJUN KIM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,833.06    **Priority amount** $3,833.06

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2354**  **Priority creditor's name and mailing address**
SIMONE LIVERPOOL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,049.69    **Priority amount** $4,049.69

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2355**  **Priority creditor's name and mailing address**
SINA YAQUB
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,544.79    **Priority amount** $2,544.79

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2356** | **Priority creditor's name and mailing address**
SIRISHA THUMMALAPENTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2357** | **Priority creditor's name and mailing address**
SNEHA SHAH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2358** | **Priority creditor's name and mailing address**
SOFIUL NOMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2359** | **Priority creditor's name and mailing address**
SOKOL SERJANI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $569.69    $569.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2360** **Priority creditor's name and mailing address**
SONALI BILIGIRI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,219.74**    Priority amount: **$4,219.74**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2361** **Priority creditor's name and mailing address**
SONDRA MENDELSOHN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,950.34**    Priority amount: **$3,950.34**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2362** **Priority creditor's name and mailing address**
SONIA DALAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,899.28**    Priority amount: **$3,899.28**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2363** **Priority creditor's name and mailing address**
SONIA MEJIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,711.76**    Priority amount: **$5,711.76**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2364**  **Priority creditor's name and mailing address**
SONUBEN PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,236.40        $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2365**  **Priority creditor's name and mailing address**
SOPHIA CHERIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $8,376.97        $8,376.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2366**  **Priority creditor's name and mailing address**
SOPHIE MCPOLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,404.00        $2,404.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2367**  **Priority creditor's name and mailing address**
SOSKIA PINEDA
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,435.50        $1,435.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

|  | | **Total claim** | **Priority amount** |

**2.2368** Priority creditor's name and mailing address
SPIKE RAUDENBUSH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$7,106.07**   Priority amount **$7,106.07**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2369** Priority creditor's name and mailing address
SRAELSON SAINT FORT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,639.91**   Priority amount **$1,639.91**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2370** Priority creditor's name and mailing address
SRIKANT PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$4,049.69**   Priority amount **$4,049.69**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2371** Priority creditor's name and mailing address
SRINIVAS SUNKARA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,370.54**   Priority amount **$2,370.54**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2372** Priority creditor's name and mailing address
STACEY CHANDLER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,419.62     **Priority amount** $8,419.62

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2373** Priority creditor's name and mailing address
STACEY YEAGER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,570.34     **Priority amount** $2,570.34

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2374** Priority creditor's name and mailing address
STACY BALDWIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,191.44     **Priority amount** $2,191.44

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2375** Priority creditor's name and mailing address
STAN NAYDIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,969.74     **Priority amount** $7,969.74

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.2376** | **Priority creditor's name and mailing address**
STANLEY HUGHES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$4,440.12**          **$4,440.12**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2377** | **Priority creditor's name and mailing address**
STARLENE MARTIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,056.21**          **$2,056.21**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2378** | **Priority creditor's name and mailing address**
STEFAN MARKOVIC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$1,118.20**          **$1,118.20**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2379** | **Priority creditor's name and mailing address**
STEFANIE BUSCHMANN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**$6,398.98**          **$6,398.98**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name  **Center City Healthcare, LLC**     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.2380** Priority creditor's name and mailing address
STEPHANIE BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:       $6,409.39       $6,409.39
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2381** Priority creditor's name and mailing address
STEPHANIE DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:       $1,982.22       $1,982.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2382** Priority creditor's name and mailing address
STEPHANIE FISHWICK
ADDRESS REDACTED

As of the petition filing date, the claim is:       $8,976.48       $8,976.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2383** Priority creditor's name and mailing address
STEPHANIE JAMES
ADDRESS REDACTED

As of the petition filing date, the claim is:       $1,512.00       $1,512.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2384** Priority creditor's name and mailing address
STEPHANIE LINDER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,073.60**    **$2,073.60**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2385** Priority creditor's name and mailing address
STEPHANIE MARONSKI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$297.50**    **$297.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2386** Priority creditor's name and mailing address
STEPHANIE MCLEAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,737.91**    **$3,737.91**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2387** Priority creditor's name and mailing address
STEPHANIE PACIUS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,190.12**    **$3,190.12**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2388** **Priority creditor's name and mailing address**
STEPHANIE PUCCIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$3,342.84**   Priority amount: **$3,342.84**

---

**2.2389** **Priority creditor's name and mailing address**
STEPHANIE SERRATORE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$2,572.30**   Priority amount: **$2,572.30**

---

**2.2390** **Priority creditor's name and mailing address**
STEPHANIE TELLO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$2,023.19**   Priority amount: **$2,023.19**

---

**2.2391** **Priority creditor's name and mailing address**
STEPHANIE TZARNAS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$1,118.20**   Priority amount: **$1,118.20**

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2392**  **Priority creditor's name and mailing address**
STEPHANIE URSOMARSO
ADDRESS REDACTED

As of the petition filing date, the claim is: $5,802.66   $5,802.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2393**  **Priority creditor's name and mailing address**
STEPHEN GAZAK
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,236.40   $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2394**  **Priority creditor's name and mailing address**
STEPHEN GUY
ADDRESS REDACTED

As of the petition filing date, the claim is: $7,720.42   $7,720.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2395**  **Priority creditor's name and mailing address**
STEPHEN PRIEST
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,236.40   $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- | --- |

**2.2396**    **Priority creditor's name and mailing address**
STEPHEN RAJAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,062.11**    **$3,062.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2397**    **Priority creditor's name and mailing address**
STEPHEN VOIT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,650.01**    **$9,650.01**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2398**    **Priority creditor's name and mailing address**
STEVE DE MUNZIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,672.00**    **$5,672.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2399**    **Priority creditor's name and mailing address**
STEVE SHECKELTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,793.27**    **$1,793.27**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |

**2.2400**    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $2,236.40    $2,236.40
STEVEN CHOW
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2401**    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $4,984.31    $4,984.31
STEVEN HAASIS
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2402**    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $4,250.67    $4,250.67
STEVEN HOFFMAN
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2403**    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $3,808.33    $3,808.33
STEVEN MCCORD
ADDRESS REDACTED
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | Additional Page |

|  | **Total claim** | **Priority amount** |

---

**2.2404**  Priority creditor's name and mailing address
STEVEN MONOGHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,195.27   $2,195.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2405**  Priority creditor's name and mailing address
STEVEN MORRISSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:  $11,768.93   $11,768.93
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2406**  Priority creditor's name and mailing address
STEVEN POWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,923.52   $1,923.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2407**  Priority creditor's name and mailing address
STEVEN STANFORD
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,063.48   $2,063.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.2408** | **Priority creditor's name and mailing address**
STEVEN YURCHENKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $611.16                    $611.16

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2409** | **Priority creditor's name and mailing address**
STEWART DAVID
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,248.72                    $2,248.72

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2410** | **Priority creditor's name and mailing address**
SUANNE HORSEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,958.97                    $1,958.97

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2411** | **Priority creditor's name and mailing address**
SUKHDEEP SINGH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $4,219.74                    $4,219.74

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.2412** Priority creditor's name and mailing address
SULEMAN ILYAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$1,118.20**      **$1,118.20**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2413** Priority creditor's name and mailing address
SUMEDHA SINGH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,236.40**      **$2,236.40**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2414** Priority creditor's name and mailing address
SURAJ RAJASIMHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$1,780.78**      **$1,780.78**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2415** Priority creditor's name and mailing address
SUSAN BAKER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$7,108.22**      **$7,108.22**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2416** | **Priority creditor's name and mailing address**
SUSAN BOWES-WIRSCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,304.85    **Priority amount** $9,304.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2417** | **Priority creditor's name and mailing address**
SUSAN BRODY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,547.71    **Priority amount** $5,547.71

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2418** | **Priority creditor's name and mailing address**
SUSAN CUNNINGHAM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,555.55    **Priority amount** $6,555.55

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2419** | **Priority creditor's name and mailing address**
SUSAN GAZZARA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,022.08    **Priority amount** $4,022.08

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**              Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2420** Priority creditor's name and mailing address
SUSAN HARDING
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2421** Priority creditor's name and mailing address
SUSAN JANKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,389.35     $6,389.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2422** Priority creditor's name and mailing address
SUSAN JOYCE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,943.26     $3,943.26
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2423** Priority creditor's name and mailing address
SUSAN LOUGHERY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,008.45     $4,008.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2424** | **Priority creditor's name and mailing address**
SUSAN MCCAULEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,973.56   **Priority amount** $1,973.56

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2425** | **Priority creditor's name and mailing address**
SUSAN MCKAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,041.76   **Priority amount** $3,041.76

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2426** | **Priority creditor's name and mailing address**
SUSAN NEWTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $10,943.47   **Priority amount** $10,943.47

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2427** | **Priority creditor's name and mailing address**
SUSAN PAUL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,245.65   **Priority amount** $1,245.65

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Part 1:**   Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.2428** Priority creditor's name and mailing address
SUSAN SCHMELTZER
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$6,469.06**     **$6,469.06**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2429** Priority creditor's name and mailing address
SUSAN ZIBINSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$7,761.41**     **$7,761.41**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2430** Priority creditor's name and mailing address
SUSANNA RULLO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$506.96**     **$506.96**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2431** Priority creditor's name and mailing address
SUSANNE ALFONSO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$6,952.44**     **$6,952.44**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2432** Priority creditor's name and mailing address
SUZANNE BICKINGS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $3,225.61   $3,225.61

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2433** Priority creditor's name and mailing address
SUZETTE BARNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:   $5,189.27   $5,189.27

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2434** Priority creditor's name and mailing address
SWATI MALHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,370.54   $2,370.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2435** Priority creditor's name and mailing address
SYBRIA SHAAHID
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,183.11   $1,183.11

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                                     Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2436** Priority creditor's name and mailing address
SYEDA WASTI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,477.42**    **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2437** Priority creditor's name and mailing address
TAHAAMIN SHOKUHFAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,118.20**    **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2438** Priority creditor's name and mailing address
TAHIRA JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,011.58**    **$6,011.58**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2439** Priority creditor's name and mailing address
TAHMID RAHMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,477.42**    **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2440** Priority creditor's name and mailing address
TAHREA HARVEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,435.64**     **$2,435.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2441** Priority creditor's name and mailing address
TAKERIA FORD
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,869.92**     **$2,869.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2442** Priority creditor's name and mailing address
TAKESHA HEDGMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$10,449.44**     **$10,449.44**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2443** Priority creditor's name and mailing address
TAL BEN AMI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,047.64**     **$4,047.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2444**   Priority creditor's name and mailing address
TALIA GOTTESMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$7,869.46**          **$7,869.46**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.2445**   Priority creditor's name and mailing address
TALON DEEMER
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$618.82**          **$618.82**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.2446**   Priority creditor's name and mailing address
TAMARA THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,639.90**          **$1,639.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.2447**   Priority creditor's name and mailing address
TAMIKA ABNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,278.76**          **$1,278.76**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2448**  Priority creditor's name and mailing address
TAMIKA LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,084.70**   **$1,084.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2449**  Priority creditor's name and mailing address
TAMISHA HARDEE
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$4,816.86**   **$4,816.86**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2450**  Priority creditor's name and mailing address
TAMMY HARRIS-WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,782.35**   **$1,782.35**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2451**  Priority creditor's name and mailing address
TANEISHA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,782.79**   **$2,782.79**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.2452** Priority creditor's name and mailing address
TANGANYIKA WEBB
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$2,451.38**    Priority amount **$2,451.38**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2453** Priority creditor's name and mailing address
TANIA CIOLKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$5,554.09**    Priority amount **$5,554.09**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2454** Priority creditor's name and mailing address
TANISHA KEITT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$1,668.33**    Priority amount **$1,668.33**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2455** Priority creditor's name and mailing address
TANNIKA HARRIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$1,878.75**    Priority amount **$1,878.75**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                      Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2456**  **Priority creditor's name and mailing address**
TANVISHA MODY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,049.68**   Priority amount: **$4,049.68**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2457**  **Priority creditor's name and mailing address**
TANYA ALLAWH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,899.28**   Priority amount: **$3,899.28**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2458**  **Priority creditor's name and mailing address**
TANYA HARMON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,024.49**   Priority amount: **$4,024.49**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2459**  **Priority creditor's name and mailing address**
TANYA NELSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,181.99**   Priority amount: **$2,181.99**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                       Case number (if known): **19-11466**

**Part 1:** **Additional Page**

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2460** Priority creditor's name and mailing address
TAQUILLA LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$4,854.46**       **$4,854.46**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2461** Priority creditor's name and mailing address
TARA CHIDSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$5,509.18**       **$5,509.18**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2462** Priority creditor's name and mailing address
TARA GALLAGHER
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$335.00**       **$335.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2463** Priority creditor's name and mailing address
TARA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$13,650.00**       **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2464**  **Priority creditor's name and mailing address**
TARIG ELRAIYAH
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$2,236.40**                **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.2465**  **Priority creditor's name and mailing address**
TASHNIA TAHSIN
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$2,300.50**                **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.2466**  **Priority creditor's name and mailing address**
TAWANDA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$2,331.38**                **$2,331.38**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.2467**  **Priority creditor's name and mailing address**
TAYLOR BOLLI
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$2,623.92**                **$2,623.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2468** | **Priority creditor's name and mailing address**
TAYLOR STANDIFORD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,236.40   $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2469** | **Priority creditor's name and mailing address**
TAYLOR WASSERLEBEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,588.98   $2,588.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2470** | **Priority creditor's name and mailing address**
TELVIN MANNAT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $312.00   $312.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2471** | **Priority creditor's name and mailing address**
TERAHN BURTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $1,990.82   $1,990.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2472** Priority creditor's name and mailing address
TERESA CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,184.17   **Priority amount** $7,184.17

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2473** Priority creditor's name and mailing address
TERESA STOKES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,165.94   **Priority amount** $1,165.94

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2474** Priority creditor's name and mailing address
TERESE METZGER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2475** Priority creditor's name and mailing address
TERRANCE TOWNS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,675.38   **Priority amount** $1,675.38

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2476** Priority creditor's name and mailing address
TERRELL PARLIN
ADDRESS REDACTED

As of the petition filing date, the claim is: $6,780.57     $6,780.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2477** Priority creditor's name and mailing address
TERRESA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,855.35     $2,855.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2478** Priority creditor's name and mailing address
TERRY VU
ADDRESS REDACTED

As of the petition filing date, the claim is: $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2479** Priority creditor's name and mailing address
TESS CROUSS
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,378.31     $4,378.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2480** Priority creditor's name and mailing address
THALES DENARDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $572.00    $572.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2481** Priority creditor's name and mailing address
THANH HINH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,881.27    $1,881.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2482** Priority creditor's name and mailing address
THANHTHO NGUYEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,806.00    $2,806.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2483** Priority creditor's name and mailing address
THAO-LY PEKAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,939.85    $11,939.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

## Part 1:    Additional Page

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.2484**  **Priority creditor's name and mailing address**
THELMA BIZZELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,831.32      **Priority amount** $3,831.32

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2485**  **Priority creditor's name and mailing address**
THERESA BERGEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,915.86      **Priority amount** $1,915.86

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2486**  **Priority creditor's name and mailing address**
THERESA COUCHARA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $150.00      **Priority amount** $150.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2487**  **Priority creditor's name and mailing address**
THERESA JINSELLI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,303.92      **Priority amount** $1,303.92

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2488** Priority creditor's name and mailing address
THERESA WASHINGTON
ADDRESS REDACTED

As of the petition filing date, the claim is:
$1,371.55     $1,371.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2489** Priority creditor's name and mailing address
THIVIYANATH SELLATHURAI
ADDRESS REDACTED

As of the petition filing date, the claim is:
$2,370.54     $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2490** Priority creditor's name and mailing address
THOMAS ADEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
$782.08     $782.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2491** Priority creditor's name and mailing address
THOMAS BEMIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
$3,565.78     $3,565.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|-----------------|---------------------|

**2.2492** Priority creditor's name and mailing address
THOMAS CALLAHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,453.58**    **$6,453.58**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2493** Priority creditor's name and mailing address
THOMAS CHU
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,477.42**    **$2,477.42**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2494** Priority creditor's name and mailing address
THOMAS CORNWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,912.50**    **$1,912.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2495** Priority creditor's name and mailing address
THOMAS FULTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,946.51**    **$4,946.51**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**              Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2496**  Priority creditor's name and mailing address
THOMAS GALLO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $7,309.22          $7,309.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.2497**  Priority creditor's name and mailing address
THOMAS GIANNOTTI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,538.59          $2,538.59

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.2498**  Priority creditor's name and mailing address
THOMAS GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $8,501.39          $8,501.39

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.2499**  Priority creditor's name and mailing address
THOMAS HALL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $12,293.00          $12,293.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2500** Priority creditor's name and mailing address
THOMAS HEISER
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$380.82**    Priority amount **$380.82**

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2501** Priority creditor's name and mailing address
THOMAS MAGGIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$2,858.74**    Priority amount **$2,858.74**

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2502** Priority creditor's name and mailing address
THOMAS MAZZA
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$4,331.66**    Priority amount **$4,331.66**

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2503** Priority creditor's name and mailing address
THOMAS PEARCE
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$3,104.39**    Priority amount **$3,104.39**

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2504** | Priority creditor's name and mailing address
THOMAS SIBERT
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,300.50** **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2505** | Priority creditor's name and mailing address
THOMAS WILCZYNSKI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,370.54** **$2,370.54**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2506** | Priority creditor's name and mailing address
THOMPSON BOYD
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,964.04** **$2,964.04**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2507** | Priority creditor's name and mailing address
THU NGUYEN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,901.40** **$3,901.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2508** Priority creditor's name and mailing address
THUBA DOAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,192.04**   **$1,192.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2509** Priority creditor's name and mailing address
THUY NGUYEN
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$5,446.47**   **$5,446.47**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2510** Priority creditor's name and mailing address
TIAN SOLOMON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,485.61**   **$1,485.61**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2511** Priority creditor's name and mailing address
TIANA ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$8,389.90**   **$8,389.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2512** Priority creditor's name and mailing address
TIFFANY BIAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $960.75    $960.75

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2513** Priority creditor's name and mailing address
TIFFANY CHIARAVALLOTI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,263.21    $4,263.21

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2514** Priority creditor's name and mailing address
TIFFANY CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,102.99    $3,102.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2515** Priority creditor's name and mailing address
TIFFANY LEE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $550.78    $550.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2516** Priority creditor's name and mailing address
TIFFANY MATHIAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,370.54    Priority amount: $2,370.54

---

**2.2517** Priority creditor's name and mailing address
TIKNECA MOODY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $6,213.19    Priority amount: $6,213.19

---

**2.2518** Priority creditor's name and mailing address
TILAHUN AKELE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,520.80    Priority amount: $2,520.80

---

**2.2519** Priority creditor's name and mailing address
TIM MARUSKA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?

[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $5,000.00    Priority amount: $5,000.00

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.2520** Priority creditor's name and mailing address
TIMOTHY HARRISON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $488.64    $488.64

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2521** Priority creditor's name and mailing address
TIMOTHY MACKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,143.90    $2,143.90

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2522** Priority creditor's name and mailing address
TINA DIROSATO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,835.75    $5,835.75

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2523** Priority creditor's name and mailing address
TINA REDFERN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,519.57    $6,519.57

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name      **Center City Healthcare, LLC**                   Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2524**   **Priority creditor's name and mailing address**
TING LIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                   **$6,117.90**          **$6,117.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2525**   **Priority creditor's name and mailing address**
TITUS CHU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                   **$3,899.28**          **$3,899.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2526**   **Priority creditor's name and mailing address**
TIZITA MENGESHA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                   **$8,263.48**          **$8,263.48**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2527**   **Priority creditor's name and mailing address**
TOAN TRAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                   **$725.75**           **$725.75**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.2528**  **Priority creditor's name and mailing address**
TODD RHODES-THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,988.80          $4,988.80

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

[✓] No
[ ] Yes

---

**2.2529**  **Priority creditor's name and mailing address**
TORIANNA JOHNSON-MONTS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,535.42          $2,535.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

[✓] No
[ ] Yes

---

**2.2530**  **Priority creditor's name and mailing address**
TRACEY CHRISTENSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,554.51          $3,554.51

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

[✓] No
[ ] Yes

---

**2.2531**  **Priority creditor's name and mailing address**
TRACEY SCHONELY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

[✓] No
[ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- | --- |

**2.2532** **Priority creditor's name and mailing address**
TRACY CANELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,204.76**    **$4,204.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2533** **Priority creditor's name and mailing address**
TRACY HOWARD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,307.70**    **$3,307.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2534** **Priority creditor's name and mailing address**
TRAN HUYNH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$270.00**    **$270.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2535** **Priority creditor's name and mailing address**
TRANG VU
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$295.80**    **$295.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2536** Priority creditor's name and mailing address
TRAVIS DICHOSO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,300.50**     **$2,300.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2537** Priority creditor's name and mailing address
TRINA BAKER
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,915.18**     **$1,915.18**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2538** Priority creditor's name and mailing address
TROY REHRIG
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$9,596.72**     **$9,596.72**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2539** Priority creditor's name and mailing address
TULSI PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,118.20**     **$1,118.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                                   Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2540** **Priority creditor's name and mailing address**
TYANA HASKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $1,656.16      $1,656.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2541** **Priority creditor's name and mailing address**
TYNIESHA DUNN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $801.38      $801.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2542** **Priority creditor's name and mailing address**
TYRA CALLANDS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $1,913.02      $1,913.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2543** **Priority creditor's name and mailing address**
UCHECHUKWU OGBUAWA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $2,300.50      $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2544**

**Priority creditor's name and mailing address**
UGOCHUKWU EJIOCHI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,459.68    **Priority amount** $2,459.68

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2545**

**Priority creditor's name and mailing address**
ULYANA KULISH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,118.20    **Priority amount** $1,118.20

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2546**

**Priority creditor's name and mailing address**
USAMA IQBAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40    **Priority amount** $2,236.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2547**

**Priority creditor's name and mailing address**
UTSAV HANSPAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42    **Priority amount** $2,477.42

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2548**  Priority creditor's name and mailing address
VAIDEHI MUJUMDAR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2549**  Priority creditor's name and mailing address
VAISHALI PUROHIT
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,400.00          $2,400.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2550**  Priority creditor's name and mailing address
VALARIE BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,770.66          $3,770.66

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2551**  Priority creditor's name and mailing address
VALEDA YONG
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.2552** | Priority creditor's name and mailing address
VALENTINE KOURGIAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,114.46   **Priority amount** $8,114.46

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2553** | Priority creditor's name and mailing address
VALERIA POTIGAILO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2554** | Priority creditor's name and mailing address
VALERIE FREW
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,884.62   **Priority amount** $2,884.62

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2555** | Priority creditor's name and mailing address
VALERIE MOBLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $404.25   **Priority amount** $404.25

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                              Case number (if known): **19-11466**

| **Part 1:** | Additional Page |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2556** **Priority creditor's name and mailing address**
VANESSA BROWNE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.2557** **Priority creditor's name and mailing address**
VANESSA DEGEORGES
ADDRESS REDACTED

As of the petition filing date, the claim is:          $410.96          $410.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.2558** **Priority creditor's name and mailing address**
VANESSA MARKS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,233.22          $1,233.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.2559** **Priority creditor's name and mailing address**
VANESSA PAYNE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,888.63          $3,888.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.2560** Priority creditor's name and mailing address
VENDHAN RAMANUJAM
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,477.42  **Priority amount** $2,477.42

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2561** Priority creditor's name and mailing address
VENKAT KAVURI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,566.32  **Priority amount** $2,566.32

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2562** Priority creditor's name and mailing address
VERONICA BERRY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,387.98  **Priority amount** $3,387.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2563** Priority creditor's name and mailing address
VERONICA DATO-ON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,223.94  **Priority amount** $4,223.94

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2564** Priority creditor's name and mailing address
VERONICA LANGHORNE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,318.54          $3,318.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2565** Priority creditor's name and mailing address
VERONICA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,182.38          $1,182.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2566** Priority creditor's name and mailing address
VICKIE WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,534.63          $1,534.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2567** Priority creditor's name and mailing address
VICTOR MEDALLA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,751.70          $2,751.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2568**  Priority creditor's name and mailing address
VICTOR WILKERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$8,386.21**         **$8,386.21**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number                                          **Is the claim subject to offset?**
[✓] No
Specify Code subsection of PRIORITY unsecured    [ ] Yes
**claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.2569**  Priority creditor's name and mailing address
VICTORIA BALBI
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$5,764.53**         **$5,764.53**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number                                          **Is the claim subject to offset?**
[✓] No
Specify Code subsection of PRIORITY unsecured    [ ] Yes
**claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.2570**  Priority creditor's name and mailing address
VICTORIA BRESLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$2,374.66**         **$2,374.66**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number                                          **Is the claim subject to offset?**
[✓] No
Specify Code subsection of PRIORITY unsecured    [ ] Yes
**claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.2571**  Priority creditor's name and mailing address
VICTORIA CHOMIUK
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$3,530.41**         **$3,530.41**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number                                          **Is the claim subject to offset?**
[✓] No
Specify Code subsection of PRIORITY unsecured    [ ] Yes
**claim:** 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.2572** Priority creditor's name and mailing address
VICTORIA CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $615.00    $615.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2573** Priority creditor's name and mailing address
VICTORIA EVANS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,411.16    $1,411.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2574** Priority creditor's name and mailing address
VICTORIA JIMENEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,600.96    $1,600.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2575** Priority creditor's name and mailing address
VICTORIA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,207.80    $2,207.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2576** Priority creditor's name and mailing address
VICTORIA KALAWUR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,236.40**    **$2,236.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2577** Priority creditor's name and mailing address
VICTORIA MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,112.91**    **$1,112.91**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2578** Priority creditor's name and mailing address
VICTORIA PHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,632.83**    **$3,632.83**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2579** Priority creditor's name and mailing address
VICTORIA ROYDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,689.53**    **$3,689.53**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
|---|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2580**  Priority creditor's name and mailing address
VICTORIA TUNACAO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $3,215.79      $3,215.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2581**  Priority creditor's name and mailing address
VIKRAM KUMAR
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,000.00      $2,000.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2582**  Priority creditor's name and mailing address
VIKTORIYA MAKAROVA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,460.00      $2,460.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2583**  Priority creditor's name and mailing address
VINCENT CARUSO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,498.68      $2,498.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | Center City Healthcare, LLC | | Case number (if known): **19-11466** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.2584** Priority creditor's name and mailing address
VINCENT MISEO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40  **Priority amount** $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2585** Priority creditor's name and mailing address
VINCENT ODENIGBO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00  **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2586** Priority creditor's name and mailing address
VINCENT RIBAUDO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,036.87  **Priority amount** $3,036.87

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2587** Priority creditor's name and mailing address
VINITA MATHEW
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,880.06  **Priority amount** $7,880.06

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.2588**    **Priority creditor's name and mailing address**
VIOLA BROWN
ADDRESS REDACTED

**Total claim** $1,715.00    **Priority amount** $1,715.00

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2589**    **Priority creditor's name and mailing address**
VIOLETA VAHIDI
ADDRESS REDACTED

**Total claim** $6,693.10    **Priority amount** $6,693.10

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2590**    **Priority creditor's name and mailing address**
VIRAT PATEL
ADDRESS REDACTED

**Total claim** $4,049.69    **Priority amount** $4,049.69

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2591**    **Priority creditor's name and mailing address**
VIRGINIA HALL
ADDRESS REDACTED

**Total claim** $6,319.60    **Priority amount** $6,319.60

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2592** | Priority creditor's name and mailing address
VIRGINIA HODGE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,682.78          $3,682.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2593** | Priority creditor's name and mailing address
VISHAL PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,378.31          $4,378.31

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2594** | Priority creditor's name and mailing address
VISHAL PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,811.99          $1,811.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2595** | Priority creditor's name and mailing address
VITTORIO TERRIGNO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,118.20          $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2596** Priority creditor's name and mailing address
VIVEK JOSEPH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,566.32   **Priority amount** $2,566.32

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2597** Priority creditor's name and mailing address
VLADIMIR JOSEPH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,236.40   **Priority amount** $2,236.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2598** Priority creditor's name and mailing address
VOLICIA FRASER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,743.21   **Priority amount** $2,743.21

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2599** Priority creditor's name and mailing address
WALTER DELOATCH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,827.78   **Priority amount** $1,827.78

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.2600** **Priority creditor's name and mailing address**
WAQAS ALI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2601** **Priority creditor's name and mailing address**
WAYNE LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,186.00    $3,186.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2602** **Priority creditor's name and mailing address**
WELLINGTON LAURENCIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,099.45    $9,099.45

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2603** **Priority creditor's name and mailing address**
WENDY GALLO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,087.92    $5,087.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2604**  Priority creditor's name and mailing address
WENLIN FAN
ADDRESS REDACTED

As of the petition filing date, the claim is:         $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2605**  Priority creditor's name and mailing address
WEONPO YARL
ADDRESS REDACTED

As of the petition filing date, the claim is:         $3,430.27          $3,430.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2606**  Priority creditor's name and mailing address
WHITNEY PAYNE
ADDRESS REDACTED

As of the petition filing date, the claim is:         $2,185.86          $2,185.86
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.2607**  Priority creditor's name and mailing address
WILLIAM BOYER
ADDRESS REDACTED

As of the petition filing date, the claim is:         $9,615.38          $9,615.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.2608** Priority creditor's name and mailing address
WILLIAM BUCHER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $864.00          $864.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2609** Priority creditor's name and mailing address
WILLIAM CARSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,022.77          $2,022.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2610** Priority creditor's name and mailing address
WILLIAM COFFEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,236.40          $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2611** Priority creditor's name and mailing address
WILLIAM HAGANS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,617.49          $2,617.49
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.2612**  Priority creditor's name and mailing address
WILLIAM KIRBY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,953.80    $10,953.80

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2613**  Priority creditor's name and mailing address
WILLIAM MORANO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,477.42    $2,477.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2614**  Priority creditor's name and mailing address
WILLIAM PETRAHL III
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,085.52    $2,085.52

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2615**  Priority creditor's name and mailing address
WILLIAM PRESTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |

**2.2616** Priority creditor's name and mailing address
WILLIAM RYAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,370.54    $2,370.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2617** Priority creditor's name and mailing address
WILLIAM SHIFTY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,111.25    $8,111.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2618** Priority creditor's name and mailing address
WILLIAM SIERRAALTA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,118.20    $1,118.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2619** Priority creditor's name and mailing address
WILLIAM STATEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,207.15    $3,207.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**     Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2620**  **Priority creditor's name and mailing address**
WILLIAM SUDER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,008.38    $2,008.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2621**  **Priority creditor's name and mailing address**
WILLIAM WHITMIRE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2622**  **Priority creditor's name and mailing address**
WILLIE MARTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,624.74    $2,624.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2623**  **Priority creditor's name and mailing address**
WILLIS KO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2624** Priority creditor's name and mailing address
XIBEI JIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,491.58    $2,491.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2625** Priority creditor's name and mailing address
YAMAIRA ALICEA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,934.87    $3,934.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2626** Priority creditor's name and mailing address
YAN XIANG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,300.50    $2,300.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2627** Priority creditor's name and mailing address
YANA RONIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,306.58    $4,306.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2628** Priority creditor's name and mailing address
YAOBIN LIU
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,931.85    $3,931.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2629** Priority creditor's name and mailing address
YATTIA MARTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,132.20    $4,132.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2630** Priority creditor's name and mailing address
YEHUDA KERBEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,659.97    $3,659.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2631** Priority creditor's name and mailing address
YELENA WILLINGHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,310.00    $2,310.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Center City Healthcare, LLC**                                              Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.2632** Priority creditor's name and mailing address
YESENIA CORTEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $186.00    Priority amount $186.00

---

**2.2633** Priority creditor's name and mailing address
YIJUN YANG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $4,049.69    Priority amount $4,049.69

---

**2.2634** Priority creditor's name and mailing address
YILMARIE MERCADO-VARGAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $1,118.20    Priority amount $1,118.20

---

**2.2635** Priority creditor's name and mailing address
YING HUANG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim $12,083.08    Priority amount $12,083.08

---

Debtor Name     **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2636**  Priority creditor's name and mailing address
YKISME WILBURN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,915.46**          **$2,915.46**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2637**  Priority creditor's name and mailing address
YOLANDA DUNMORE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,169.52**          **$2,169.52**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2638**  Priority creditor's name and mailing address
YOLANDA HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$778.03**          **$778.03**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.2639**  Priority creditor's name and mailing address
YOLANDA MCGILL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,527.80**          **$1,527.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2640** Priority creditor's name and mailing address
YOLANDA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,359.94  **Priority amount** $2,359.94

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2641** Priority creditor's name and mailing address
YOLANDE TYLER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,148.19  **Priority amount** $2,148.19

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2642** Priority creditor's name and mailing address
YOON CHO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,102.14  **Priority amount** $3,102.14

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2643** Priority creditor's name and mailing address
YOUCK JEN SIU NAVARRO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,300.50  **Priority amount** $2,300.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2644** **Priority creditor's name and mailing address**
YVETTE SMALLS
ADDRESS REDACTED

As of the petition filing date, the claim is:                      **$1,735.66**          **$1,735.66**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2645** **Priority creditor's name and mailing address**
YVETTE WATKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:                      **$4,382.47**          **$4,382.47**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2646** **Priority creditor's name and mailing address**
YVONNE BARCINAL
ADDRESS REDACTED

As of the petition filing date, the claim is:                      **$10,307.22**          **$10,307.22**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2647** **Priority creditor's name and mailing address**
ZACCHAEUS SHAVERS
ADDRESS REDACTED

As of the petition filing date, the claim is:                      **$1,696.12**          **$1,696.12**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2648** | **Priority creditor's name and mailing address**
ZACHARY ATHING
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,236.40**    **$2,236.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2649** | **Priority creditor's name and mailing address**
ZACHARY KARA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$943.66**    **$943.66**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2650** | **Priority creditor's name and mailing address**
ZACHARY KILGORE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,987.86**    **$4,987.86**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2651** | **Priority creditor's name and mailing address**
ZACHARY POLMOUNTER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$8,121.13**    **$8,121.13**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2652** Priority creditor's name and mailing address
ZACHARY RAFFERTY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,876.44**          **$2,876.44**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

**2.2653** Priority creditor's name and mailing address
ZACHARY SNOW
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,118.20**          **$1,118.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

**2.2654** Priority creditor's name and mailing address
ZACHARY TRISEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,370.54**          **$2,370.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

**2.2655** Priority creditor's name and mailing address
ZACHARY WEINTRAUB
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,651.00**          **$4,651.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.2656**  **Priority creditor's name and mailing address**
ZAINAB RAZA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,236.40    $2,236.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2657**  **Priority creditor's name and mailing address**
ZARATU ABUBAKAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2658**  **Priority creditor's name and mailing address**
ZEENA GARNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,602.66    $2,602.66

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2659**  **Priority creditor's name and mailing address**
ZENA WISE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,049.89    $7,049.89

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2660** | **Priority creditor's name and mailing address**
ZHENG LIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$2,554.37**  Priority amount **$2,554.37**

---

**2.2661** | **Priority creditor's name and mailing address**
ZIEARA SINGLETON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$1,793.42**  Priority amount **$1,793.42**

---

**2.2662** | **Priority creditor's name and mailing address**
ZIERA HIGH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$1,802.87**  Priority amount **$1,802.87**

---

**2.2663** | **Priority creditor's name and mailing address**
ZUNAIRA NAEEM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$1,118.20**  Priority amount **$1,118.20**

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

1199C, NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES
C/O O'DONOGHUE & O'DONOGHUE
ATTN: LANCE GEREN
CONSTITUTION PL, STE 515
325 CHESTNUT ST
PHILADELPHIA, PA 19106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
CLAIM RELATING TO EMPLOYEE SIMRAK

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

AADCO INC
P.O. BOX 410
RANDOLPH, VT 05060

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $728.90

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

AARDVARK PEST MGMT INC
2921 CONCORD RD
ASTON, PA 19014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $11,116.91

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

ABBOTT DIAGNOS
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $28,484.52

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

|  |  | Amount of claim |
|---|---|---|

**3.5** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$87,866.53**

ABBOTT LABORATORIES INC
22400 NETWORK PL
CHICAGO, IL 60673-1224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$2,907.00**

ABBOTT MEDICAL
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$400.00**

ABBOTT NUTRITION
75 REMITTANCE DR, STE 1310
CHICAGO, IL 60675-1310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$22,550.00**

ABBOTT VASCULAR INC
75 REMITTANCE DR, STE 1138
CHICAGO, IL 60675-1138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.9**  **Nonpriority creditor's name and mailing address**

ABBVIE INC
1 N WAUKEGAN RD NORTH
CHICAGO, IL 60064

**As of the petition filing date, the claim is:**                $430.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**

ABBVIE US LLC
62671 COLLECTION CTR DR
CHICAGO, IL 60693-0626

**As of the petition filing date, the claim is:**                $430.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**  **Nonpriority creditor's name and mailing address**

ABIOMED CARDIOVASCULAR INC
P.O. BOX 6214
BOSTON, MA 02212-6214

**As of the petition filing date, the claim is:**                $56,349.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**  **Nonpriority creditor's name and mailing address**

ACCREDITATION COUNCIL FOR
75 REMITTANCE DR, STE 3222
CHICAGO, IL 60675-3222

**As of the petition filing date, the claim is:**                $184,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.13** | **Nonpriority creditor's name and mailing address**
ACCU CHART HEALTHCARE SYSTEMS INC
1305 REMINGTON RD, STE 1
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:** ........ $1,439.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
ACCURATE SURGICAL & SCIENTIFIC
300 SHAMES DR
WESTBURY, NY 11590

**As of the petition filing date, the claim is:** ........ $4,819.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
ACE MEDICAL LLC
818 ELLISON AVE
CINCINNATI, OH 45226

**As of the petition filing date, the claim is:** ........ $74.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
ACKERS HARDWARE INC
400 HUNTINGDON PIKE
ROCKLEDGE, PA 19046

**As of the petition filing date, the claim is:** ........ $32,904.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.17**

**Nonpriority creditor's name and mailing address**
ACRA CUT INC
989 MAIN ST
ACTON, MA 01720

$1,123.79

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**
ACTION PRODUCTS INC
954 SWEENEY DR
HAGERSTOWN, MD 21740

$542.30

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
ACTIVE MEDICAL INC
2200 B HUMMINGBIRD LN
HARRISBURG, PA 17112

$1,027.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
ADP, LLC
ATTN: LEGAL DEPARTMENT
5800 WINDWARD PARKWAY
ALPHARETTA, GA 30005

$244,511.02

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known) **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.21**    **Nonpriority creditor's name and mailing address**

ADVANCE MEDICAL DESIGNS INC
1241 ATLANTA INDUSTRIAL DR
MARIETTA, GA 30066

**As of the petition filing date, the claim is:**    $16,166.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**    **Nonpriority creditor's name and mailing address**

ADVANCED AIR SVC GROUP INC
45A MILTON DR
ASTON, PA 19014

**As of the petition filing date, the claim is:**    $756.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**    **Nonpriority creditor's name and mailing address**

ADVANCED DOOR
P.O. BOX 641666
PITTSBURGH, PA 15264-1666

**As of the petition filing date, the claim is:**    $10,655.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**    **Nonpriority creditor's name and mailing address**

ADVANCED DOOR SVC INC
P.O. BOX 861
LANSDALE, PA 19446

**As of the petition filing date, the claim is:**    $654.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    Center City Healthcare, LLC                                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

| | Amount of claim |

**3.25**  **Nonpriority creditor's name and mailing address**                                                            $74,875.40
ADVANCED MEDICAL OPTICS SALES &
P.O. BOX 74007099
CHICAGO, IL 60674-7099

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**  **Nonpriority creditor's name and mailing address**                                                            $390.00
ADVANCED MEDICAL PARTNERS INC
P.O. BOX 95333
GRAPEVINE, TX 76099-9732

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**  **Nonpriority creditor's name and mailing address**                                                            $645.19
AESCULAP IMPLANT SYSTEMS
P.O. BOX 780391
PHILADELPHIA, PA 19178-0391

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**  **Nonpriority creditor's name and mailing address**                                                            $32,476.79
AESCULAP INC
P.O. BOX 780426
PHILADELPHIA, PA 19178-0426

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.29**  **Nonpriority creditor's name and mailing address**

AESCULAP INSTR
3773 CORPORATE PARKWAY
CENTER VALLEY, PA 18034

**As of the petition filing date, the claim is:**        **$8,965.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**

AGGREKO LLC CORP
P.O. BOX 972562
DALLAS, TX 75397-2562

**As of the petition filing date, the claim is:**        **$3,932.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**

AGILITI HEALTH INC
P.O. BOX 851313
MINNEAPOLIS, MN 55485-1313

**As of the petition filing date, the claim is:**        **$29,906.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32**  **Nonpriority creditor's name and mailing address**

AIRGAS INC
P.O. BOX 802576
CHICAGO, IL 60680-2576

**As of the petition filing date, the claim is:**        **$31,942.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.33**

**Nonpriority creditor's name and mailing address**
AIRGAS INC/802576
P.O. BOX 802576
CHICAGO, IL 60680-2576

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,342.58

---

**3.34**

**Nonpriority creditor's name and mailing address**
AIRGAS MEDICAL
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,055.90

---

**3.35**

**Nonpriority creditor's name and mailing address**
AIRS APPLIANCES INC
1115 CHESTNUT ST
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,807.00

---

**3.36**

**Nonpriority creditor's name and mailing address**
ALBERT EINSTEIN HEALTHCARE NETWORK
5501 OLD YORK RD
ATTN: GENERAL ACCOUNTING 2ND FLR
PHILADELPHIA, PA 19141

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.37** **Nonpriority creditor's name and mailing address**
ALBERT EINSTEIN MEDICAL CENTER
5501 OLD YORK RD
ATTN: GENERAL ACCOUNTING 2ND FLR
PHILADELPHIA, PA 19141

**As of the petition filing date, the claim is:**    $45,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
ALBERTO NUNEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $16,386.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
ALCON LAB INC
P.O. BOX 677775
DALLAS, TX 75267-7775

**As of the petition filing date, the claim is:**    $108,335.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
ALCON LABORATORIES INC/USE 1745
ALCON SURGICAL LAB
P.O. BOX 951260
DALLAS, TX 75395-1260

**As of the petition filing date, the claim is:**    $27,017.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.41** **Nonpriority creditor's name and mailing address**
ALCYNTHIA COWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $13,791.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**
ALERE NORTH AMERICA INC
P.O. BOX 846153
BOSTON, MA 02284-6153

**As of the petition filing date, the claim is:**                    $2,050.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
ALEXANDER TREBELEV
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $16,840.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
ALIMED INC
ACCOUNTS RECEIVABLE
P.O. BOX 206417
DALLAS, TX 75320

**As of the petition filing date, the claim is:**                    $5,839.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    Center City Healthcare, LLC                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.45**

**Nonpriority creditor's name and mailing address**
ALIMED INC/206417
ACCOUNTS RECEIVABLE
P.O. BOX 206417
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,653.65

**3.46**

**Nonpriority creditor's name and mailing address**
ALL PARTS MEDICAL LLC
62654 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$430.00

**3.47**

**Nonpriority creditor's name and mailing address**
ALL TEK LABELING SYSTEM
364 SHARROTTS RD
STATEN ISLAND, NY 10309

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,489.75

**3.48**

**Nonpriority creditor's name and mailing address**
ALLEN MEDICAL SYSTEMS
100 DISCOVERY WAY
ACTON, MA 01720-3948

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,855.88

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.49**  **Nonpriority creditor's name and mailing address**

ALLERGAN USA INC
12975 COLLECTIONS CTR DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $32,914.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**  **Nonpriority creditor's name and mailing address**

ALLIANCE HEALTHCARE SERVICES, INC. D/B/A ALLIANCE HEALTHCARE RADIOLOGY
ATTN: CONTRACTS ADMINISTRATION DEPARTMENT
18201 VON KARMAN, STE 600
IRVINE, CA 92612

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $97,650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**  **Nonpriority creditor's name and mailing address**

ALLIANCE HEALTHCARE SVCS INC
P.O. BOX 96485
CHICAGO, IL 60693-6485

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $27,025.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52**  **Nonpriority creditor's name and mailing address**

ALPHA SENSORS INC
17151 GILLETTE AVE
IRVINE, CA 92614-5602

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $337.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.53** **Nonpriority creditor's name and mailing address**
ALPHA SOURCE INC
P.O. BOX 809203
CHICAGO, IL 60680-9201

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$5,179.13

**3.54** **Nonpriority creditor's name and mailing address**
ALPHA TECHNICS
125 S TREMONT ST
OCEANSIDE, CA 92054

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$320.00

**3.55** **Nonpriority creditor's name and mailing address**
AM SYSTEMS INC/850
P.O. BOX 850
CARLSBURG, WA 98324

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$69.50

**3.56** **Nonpriority creditor's name and mailing address**
AMBU INC
P.O. BOX 347818
PITTSBURGH, PA 15251-4818

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$189.80

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.57** **Nonpriority creditor's name and mailing address**

AMER COLLEGE OF RADIOLOGY
ACCREDIATION PROGRAM
1891 PRESTON WHITE DR
RESTON, VA 20191-4397

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**

AMER COLLEGE OF SURGEONS CORP
DEPT 10368
P.O. BOX 87618
CHICAGO, IL 60680-0618

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $37,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**

AMER MEDICAL ASSOC
P.O. BOX 74008935
CHICAGO, IL 60674-8935

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,409.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**

AMER MESSAGING SERVICES LLC
P.O. BOX 5749
CAROL STREAM, IL 60197-5749

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $31,891.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.61**

**Nonpriority creditor's name and mailing address**
AMER SOCIETY OF ANESTHESIOLOGY
1061 AMERICAN LN
FINANCE DEPT
SCHAUMBURG, IL 60173

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$58.00

**3.62**

**Nonpriority creditor's name and mailing address**
AMERICAN ACADEMIC HEALTH SYSTEM
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,791,030.44

**3.63**

**Nonpriority creditor's name and mailing address**
AMERICAN RED CROSS
ATTN: TARA SMALLS
430 17TH ST NW
WASHINGTON, DC 20006

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$121,930.39

**3.64**

**Nonpriority creditor's name and mailing address**
AMERIPARK INC
1640 POWERS FERRY RD, BLDG 5, STE 200
MARIETTA, GA 30067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$220,023.54

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.65**  **Nonpriority creditor's name and mailing address**
AMES COLOR FILES CORP
24923 NETWORK PL
CHICAGO, IL 60673-1249

As of the petition filing date, the claim is:    $77.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**  **Nonpriority creditor's name and mailing address**
AMO - ADVANCED
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

As of the petition filing date, the claim is:    $4,590.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.67**  **Nonpriority creditor's name and mailing address**
AMRIT KHALSA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,734.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**  **Nonpriority creditor's name and mailing address**
ANAEROBE SYSTEMS
15906 CONCORD CIR
MORGAN HILL, CA 95037-5451

As of the petition filing date, the claim is:    $593.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.69** **Nonpriority creditor's name and mailing address**
ANALOGIC CORP
P.O. BOX 32026
NEW YORK, NY 10087-2016

As of the petition filing date, the claim is:    $126.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
ANDRES RIERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
ANDREW KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,249.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
ANESTHESIA SVCS & PRODS
354 WATERWAY RD
OXFORD, PA 19363

As of the petition filing date, the claim is:    $290.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.73** **Nonpriority creditor's name and mailing address**
ANGIO DYNAMICS INC
P.O. BOX 1549
ALBANY, NY 12201-1549

**As of the petition filing date, the claim is:**           $23,892.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74** **Nonpriority creditor's name and mailing address**
ANRO INC.
P.O. BOX 7894
LANCASTER, PA 17604

**As of the petition filing date, the claim is:**           $1,173.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
ANTHONY RAJKUMAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $907.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
APEX OVERHEAD DOOR CO INC
725 COUNTRY LINE RD
HUNTINGDON VALLEY, PA 19006

**As of the petition filing date, the claim is:**           $495.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.77**

**Nonpriority creditor's name and mailing address**
APOLLO ENDOSURGERY INC
32663 COLLECTION CTR DR
CHICAGO, IL 60693-0326

As of the petition filing date, the claim is:    $4,984.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78**

**Nonpriority creditor's name and mailing address**
APPLIED MEDICAL TECHNOLOGY INC
8006 KATHERINE BLVD
BRECKSVILLE, OH 44141

As of the petition filing date, the claim is:    $4,482.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79**

**Nonpriority creditor's name and mailing address**
ARAMARK UNIFORM & CAREER APPAREL
22512 NETWORK PL
CHICAGO, IL 60673-1225

As of the petition filing date, the claim is:    $13,878.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80**

**Nonpriority creditor's name and mailing address**
ARGON MEDICAL DEVICES INC
P.O. BOX 677482
DALLAS, TX 75267-7482

As of the petition filing date, the claim is:    $8,430.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.81**

**Nonpriority creditor's name and mailing address**
ARJOHUNTLEIGH INC
P.O. BOX 640799
PITTSBURGH, PA 15264-0799

**As of the petition filing date, the claim is:**                                              $5,960.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**
ARLEDGE ELECTRONICS INC
668 ALLOWAY-WOODSTOWN RD
PILESGROVE, NJ 08098

**As of the petition filing date, the claim is:**                                              $1,595.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**
ARMSTRONG MEDICAL INDUSTRIES INC
P.O. BOX 700
LINCOLNSHIRE, IL 60069-0700

**As of the petition filing date, the claim is:**                                              $120.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84**

**Nonpriority creditor's name and mailing address**
AROSURGICAL INSTRUMENTS
P.O. BOX 8265
NEWPORT BEACH, CA 92658-8268

**As of the petition filing date, the claim is:**                                              $1,892.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.85** **Nonpriority creditor's name and mailing address**

ARROW INTERNATIONAL
P.O. BOX 60519
CHARLOTTE, NC 28260-0519

As of the petition filing date, the claim is:                $171,019.11

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

ARTCRAFT PROMOTIONAL CONCEPTS INC
HEALTH PROMOTIONS NOW
1270 GLEN AVE
MOORESTOWN, NJ 08057

As of the petition filing date, the claim is:                $6,729.96

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**

ARTHREX INC
P.O. BOX 403511
ATLANTA, GA 30384-3511

As of the petition filing date, the claim is:                $9,906.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

ARTHREX INC/403511/REMIT ALL
P.O. BOX 403511
ATLANTA, GA 30384-3511

As of the petition filing date, the claim is:                $14,518.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.89**

**Nonpriority creditor's name and mailing address**
ARTISAN MEDICAL
617 STOKES RD, STE 4-306
MEDFORD, NJ 08055

**As of the petition filing date, the claim is:**   $5,013.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.90**

**Nonpriority creditor's name and mailing address**
ASAHI INTECC USA INC
3002 DOW AVE, STE 212
TUSTIN, CA 92780

**As of the petition filing date, the claim is:**   $3,672.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.91**

**Nonpriority creditor's name and mailing address**
ASHLAND SPECIALTY INGREDIENTS
P.O. BOX 116022
ATLANTA, GA 30368-6022

**As of the petition filing date, the claim is:**   $1,437.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.92**

**Nonpriority creditor's name and mailing address**
ASPEN SURGICAL PRODUCTS INC
3998 RELIABLE PKWY
CHICAGO, IL 60686-0039

**As of the petition filing date, the claim is:**   $1,510.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

| | Amount of claim |
|---|---|

**3.93** **Nonpriority creditor's name and mailing address**
ASSA ABLOY ENTRANCE SYSTEMS
P.O. BOX 827375
PHILADELPHIA, PA 19182-7375

**As of the petition filing date, the claim is:**                    $21,570.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**
AT&T
ATTN: EQUIPMENT ACCOUNTING
651 GATEWAY BLVD, STE 1500
SO SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**                    $23,129.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**
ATG CONSULTANTS, LLC
ATTN: ANTHONY GUALTIERI, OWNER
101 WENDEE WAY
SEWELL, NJ 08080

**As of the petition filing date, the claim is:**                    $11,025.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**
ATHENA DIAGNOSTICS INC
P.O. BOX 844281
BOSTON, MA 02284-4281

**As of the petition filing date, the claim is:**                    $1,155.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

| | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**
ATLANTIC BIOLOGICALS CORP
ABC LOCKBOX
P.O. BOX 533014
ATLANTA, GA 30353-3014

As of the petition filing date, the claim is:    $48,756.79
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.98** | **Nonpriority creditor's name and mailing address**
ATLANTIC DIAGNOSTIC LABORATORIES, LLC
ATTN: AARON DOMENICO, COO
3520 PROGRESS DR, STE C
BENSALEM, PA 19020

As of the petition filing date, the claim is:    $62,651.75
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.99** | **Nonpriority creditor's name and mailing address**
ATLANTIC SWITCH & GENERATOR LLC
4108 SYLON BLVD
HAINESPORT, NJ 08036

As of the petition filing date, the claim is:    $14,523.39
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.100** | **Nonpriority creditor's name and mailing address**
ATOS MEDICAL INC
DEPT CH 17589
PALATINE, IL 60055-7589

As of the petition filing date, the claim is:    $1,314.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known) 19-11466 |
|---|---|---|

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.101** | **Nonpriority creditor's name and mailing address** | | **$6,175.00**

ATRICURE INC
DEPT CH 19447
PALATINE, IL 60055-9447

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | | **$9,711.48**

AVANOS MEDICAL SALES LLC
P.O. BOX 732583
DALLAS, TX 75373-2583

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | | **$5,940.00**

AVELLA OF HOUSTON LLC
ACCOUNTING DEPT
9265 KIRBY DR
HOUSTON, TX 77054

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | | **$1,085.00**

AVOTEC INC
603 NW BUCK HENDRY WAY
STUART, FL 34994

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.105** | **Nonpriority creditor's name and mailing address**
AXOGEN INC
DEPT 3830
P.O. BOX 123830
DALLAS, TX 75312-3730

**As of the petition filing date, the claim is:**           $5,078.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**
BABY FRIENDLY USA INC
125 WOLF RD, STE 402
ALBANY, NY 12205

**As of the petition filing date, the claim is:**           $3,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**
BACTERIN INC
DEPT CH 16872
PALATINE, IL 60055-6872

**As of the petition filing date, the claim is:**           $6,218.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**
BARBARA MANNINO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $14,179.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.109** Nonpriority creditor's name and mailing address
BARCLAY WATER MANAGEMENT
55 CHAPEL ST
NEWTON, MA 02458

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$10,492.56

---

**3.110** Nonpriority creditor's name and mailing address
BARD DAVOL
100 CROSSINGS BLVD
WARWICK, RI 02886

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$50,314.50

---

**3.111** Nonpriority creditor's name and mailing address
BARD MEDICAL D
8195 INDUSTRIAL BOULEVARD
COVINGTON, GA 30014

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$12,570.00

---

**3.112** Nonpriority creditor's name and mailing address
BARD PERIPHERA
P.O. BOX 1740
TEMPE, AZ 85280-1740

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$10,150.66

---

Debtor Name    Center City Healthcare, LLC                          Case number (if known): **19-11466**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.113**  **Nonpriority creditor's name and mailing address**
BARD, C R INC
P.O. BOX 75767
CHARLOTTE, NC 28275

**As of the petition filing date, the claim is:**      $226,880.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**  **Nonpriority creditor's name and mailing address**
BAUSCH AND LOMB INC/USE 675632
4395 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**      $3,080.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**  **Nonpriority creditor's name and mailing address**
BAXTER HEALTHCARE CORP
P.O. BOX 33037
NEWARK, NJ 07188-0037

**As of the petition filing date, the claim is:**      $36,908.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116**  **Nonpriority creditor's name and mailing address**
BAY MEDICAL INC
2710 NORTHRIDGE DR NW, STE B
WALKER, MI 49544

**As of the petition filing date, the claim is:**      $1,240.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.117** Nonpriority creditor's name and mailing address

BAYER CORP
P.O. BOX 360172
PITTSBURGH, PA 15251-6172

As of the petition filing date, the claim is:    $40,948.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118** Nonpriority creditor's name and mailing address

BAYLIS MEDICAL CO INC
5959 TRANS-CANADA HWY
ST LAURENT, QC H4T 1A1
CANADA

As of the petition filing date, the claim is:    $2,278.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119** Nonpriority creditor's name and mailing address

BEAVER-VISITEC INTERNATIONAL INC
P.O. BOX 842837
BOSTON, MA 02284-2837

As of the petition filing date, the claim is:    $11,022.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120** Nonpriority creditor's name and mailing address

BECKMAN COULTER INC
250 SOUTH KRAEMER BLVD
BREA, CA 92821

As of the petition filing date, the claim is:    $321,902.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.121** **Nonpriority creditor's name and mailing address**
BECTON, DICKINSON & CO
P.O. BOX 28983
NEW YORK, NY 10087-8983

**As of the petition filing date, the claim is:**    $854.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.122** **Nonpriority creditor's name and mailing address**
BEEKLEY CORP
ONE PRESTIGE LN
BRISTOL, CT 06010

**As of the petition filing date, the claim is:**    $4,505.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123** **Nonpriority creditor's name and mailing address**
BELFOR USA GROUP INC
185 OAKLAND AVE, STE 150
BIRMINGHAM, MI 48009-3433

**As of the petition filing date, the claim is:**    $11,654.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124** **Nonpriority creditor's name and mailing address**
BELIMED INC
P.O. BOX 100370
ATLANTA, GA 30384-0370

**As of the petition filing date, the claim is:**    $5,146.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.125** **Nonpriority creditor's name and mailing address**

BELKOFF, LAURENCE MD
523 EDGEWOOD DR
LAFAYETTE HILL, PA 19444

**As of the petition filing date, the claim is:**                    $4,950.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**

BENEFIT FUND FOR HOSPITAL AND
HEALTH CARE EMPLOYEES
AND LAVERNE DEVALIA, EXECUTIVE DIRECTOR
1319 LOCUST ST, 3RD FL
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        LITIGATION
                                            BREACH OF CONTRACT; ERISA VIOLATIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** **Nonpriority creditor's name and mailing address**

BILLOWS ELECTRIC SUPPLY CO INC
P.O. BOX 536092
PITTSBURGH, PA 15253-5902

**As of the petition filing date, the claim is:**                    $17,592.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

BIO RAD LABORATORIES INC
P.O. BOX 849740
LOS ANGELES, CA 90084-9740

**As of the petition filing date, the claim is:**                    $27,599.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.129**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $275.60
BIO RAD/SANOFI
1000 ALFRED NOBEL DR
HERCULES, CA 94547
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.130**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $14,481.00
BIOACCESS INC
4000 HUDSON ST
BALTIMORE, MD 21224
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.131**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $113,801.47
BIOCARE
P.O. BOX 840179
DALLAS, TX 75284-0179
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.132**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $132,000.00
BIOCOMPATIBLES INC
FIVE TOWER BRIDGE
300 BARR HARBOR DR, STE 800
WEST CONSHOHOCKEN, PA 19428
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.133** **Nonpriority creditor's name and mailing address**
BIOCOMPATIBLES, INC.
ATTN: LEGAL DEPARTMENT
300 CONSHOHOCKEN STATE RD, STE 380
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:    $82,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.134** **Nonpriority creditor's name and mailing address**
BIOCOMPOSITES INC
P.O. BOX 538618
ATLANTA, GA 30353-8618

As of the petition filing date, the claim is:    $22,315.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.135** **Nonpriority creditor's name and mailing address**
BIOMEDICAL SERVICES LLC
1545 COMMISSIONERS RD
MULLICA HILL, NJ 08062

As of the petition filing date, the claim is:    $24,817.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.136** **Nonpriority creditor's name and mailing address**
BIOMERIEUX INC
P.O. BOX 500308
ST LOUIS, MO 63150-0308

As of the petition filing date, the claim is:    $221,660.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.137** **Nonpriority creditor's name and mailing address**
BIOMET MICROFIXATION INC
75 REMITTANCE DR, STE 3071
CHICAGO, IL 60675-3071

As of the petition filing date, the claim is:    $55,152.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**
BIONIX
P.O. BOX 935
TOLEDO, OH 43697-0935

As of the petition filing date, the claim is:    $425.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**
BIONOSTICS INC
7 JACKSON RD
DEVENS, MA 01434-4026

As of the petition filing date, the claim is:    $1,969.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**
BIOPOOL US INC
P.O. BOX 1059
JAMESTOWN, NY 14702-1059

As of the petition filing date, the claim is:    $6,715.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

| | Amount of claim |
|---|---|

**3.141** | Nonpriority creditor's name and mailing address
BIOSEAL
167 W ORANGETHORPE AVE
PLACENTIA, CA 92870-6922

As of the petition filing date, the claim is:                    $2,618.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address
BIOSENSE WEBSTER INC
P.O. BOX 406663
ATLANTA, GA 30384-6663

As of the petition filing date, the claim is:                    $83,272.02
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address
BIOTRONIK INC
P.O. BOX 205421
DALLAS, TX 75320-5421

As of the petition filing date, the claim is:                    $114,102.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address
BOC, STEVEN F
334 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033

As of the petition filing date, the claim is:                    $4,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**         Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.145**  **Nonpriority creditor's name and mailing address**
BONE FOAM INC
20175 COUNTY RD 50
CORCORAN, MN 55340

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $1,373.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.146**  **Nonpriority creditor's name and mailing address**
BONESUPPORT IN
60 WILLIAM ST
WELLESLEY, MA 02481

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $3,268.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.147**  **Nonpriority creditor's name and mailing address**
BORTON LAWSON ENGINEERING INC
3897 ADLER PL
BETHLEHEM, PA 18017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $141,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.148**  **Nonpriority creditor's name and mailing address**
BOSTON MEDICAL PRODUCTS
70 CHESTNUT ST
SHREWSBURY, MA 01545

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $951.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                      **Amount of claim**

**3.149**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$886,416.64**
BOSTON SCIENTIFIC CORP
ATTN: BUSINESS OPERATIONS MANAGER                          ☐ Contingent
4100 HAMLINE AVE NORTH                                     ☐ Unliquidated
ARDEN HILLS, MN 55112                                      ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                        TRADE PAYABLE

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

**3.150**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$3,733.40**
BRAUN, B INTERVENTIONAL SYS INC
P.O. BOX 780412                                           ☐ Contingent
PHILADELPHIA, PA 19178-0412                               ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                        TRADE PAYABLE

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

**3.151**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$559.35**
BRAUN, B MEDICAL INC
P.O. BOX 780433                                           ☐ Contingent
PHILADELPHIA, PA 19178-0433                               ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                        TRADE PAYABLE

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

**3.152**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$9,946.64**
BRENDAN MCCRACKEN
ADDRESS REDACTED                                          ☐ Contingent
                                                          ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                        WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.153**  **Nonpriority creditor's name and mailing address**

BRIAN BIANCO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $28,486.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154**  **Nonpriority creditor's name and mailing address**

BRIDGE TO LIFE LTD
128 SUBER RD, STE A
COLUMBIA, SC 29210

**As of the petition filing date, the claim is:**    $2,450.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155**  **Nonpriority creditor's name and mailing address**

BRIGGS CORP
4900 UNIVERSITY AVE, STE 200
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**    $8,566.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156**  **Nonpriority creditor's name and mailing address**

BROADCAST MUSIC INC
P.O. BOX 630893
CINCINNATI, OH 45263-0893

**As of the petition filing date, the claim is:**    $3,749.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.157** | **Nonpriority creditor's name and mailing address**
BROMEDICON
P.O. BOX 733960
DALLAS, TX 75373-3960

As of the petition filing date, the claim is:                    **$96,969.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.158** | **Nonpriority creditor's name and mailing address**
BROMEDICON, INC.
ATTN: CHIEF MEDICAL OFFICER
201 FLORAL VALE BLVD
YARDLEY, PA 19067

As of the petition filing date, the claim is:                    **$44,773.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.159** | **Nonpriority creditor's name and mailing address**
BROUDY PRECISION EQUIPMENT CO
NINE UNION HILL RD
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:                    **$14.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.160** | **Nonpriority creditor's name and mailing address**
BSC INC
200 FIFTH AVE, STE 3020
WALTHAM, MA 02451

As of the petition filing date, the claim is:                    **$3,601.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.161**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $96.00
BSC SUPPLY
200 5TH AVE, STE 3020
WALTHAM, MA 02451
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.162**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,221.00
BURKE, DANIEL R
364 NEW CASTLE LN
SWEDESBORO, NJ 08085
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.163**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $144.18
BURLINGTON MEDICAL LLC
P.O. BOX 71130
CHARLOTTE, NC 28272-1130
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.164**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $3,900.00
C2 THERAPEUTICS INC
303 CONVENTION WAY, STE 1
REDWOOD CITY, CA 94063
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.165** Nonpriority creditor's name and mailing address    $1,000.00
CALKIN, JACK ASSOC INC
829 TEMPLE AVE
BURLINGTON, NJ 08016

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number    Is the claim subject to offset?
☑ No
☐ Yes

**3.166** Nonpriority creditor's name and mailing address    $17,944.00
CAMBER SPINE TECHNOLOGIES
401 YANKEE CT
NEWTOWN SQUARE, PA 19073

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number    Is the claim subject to offset?
☑ No
☐ Yes

**3.167** Nonpriority creditor's name and mailing address    $57,056.98
CANON MEDICAL SYSTEMS USA INC
P.O. BOX 775220
CHICAGO, IL 60677

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number    Is the claim subject to offset?
☑ No
☐ Yes

**3.168** Nonpriority creditor's name and mailing address    $13,056.00
CANTATA HEALTH LLC
DEPT 3875
P.O. BOX 123875
DALLAS, TX 75312-3875

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number    Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.169** Nonpriority creditor's name and mailing address

CAPITOL MEDICAL INC
5341 JAYCEE AVE
HARRISBURG, PA 17112

As of the petition filing date, the claim is:          $5,323.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address

CARDINAL HEALTH
ATTN: REGION DIRECTOR
NORTHEAST SPECIALTY PRODUCTS SALES
7000 CARDINAL PL
DUBLIN, OH 43017

As of the petition filing date, the claim is:          $221,481.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address

CARDIOLOGY CONSULTANTS OF
HAHNEMANN
207 NO BROAD ST 3RD FL
PHILADELPHIA, PA 19107-1500

As of the petition filing date, the claim is:          $32,397.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.172** Nonpriority creditor's name and mailing address

CARE WISE MEDICAL PRODS CORP
P.O. BOX 1655
MORGAN HILL, CA 95038

As of the petition filing date, the claim is:          $250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

---

**3.173** | **Nonpriority creditor's name and mailing address**
CAREFUSION INC
23578 NETWORK PL
CHICAGO, IL 60673-1235

As of the petition filing date, the claim is:    $91,323.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address**
CARESTREAM HEALTH INC
DEPT CH 19286
PALATINE, IL 60055-9286

As of the petition filing date, the claim is:    $11,313.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**
CARLENE GRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,808.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**
CARNEGIE SURGICAL LLC
118 DEY ST
HIGHTSTOWN, NJ 08520

As of the petition filing date, the claim is:    $876.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.177**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,076.72
CARRIE MAK
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.178**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $811.48
CARSTENS INC
P.O. BOX 99110
CHICAGO, IL 60693
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.179**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $6,385.75
CATHERINE STEVENS
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.180**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $73,286.91
CCJ PHYSICS LLC
1823 FT WASHINGTON AVE
MAPLE GLEN, PA 19002
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.181** | **Nonpriority creditor's name and mailing address**

CDW GOVERNMENT
75 REMITTANCE DR, STE 1515
CHICAGO, IL 60675-1515

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $42,882.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.182** | **Nonpriority creditor's name and mailing address**

CENOVA INC
P.O. BOX 449
LAFAYETTE HILL, PA 19444

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $68,350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.183** | **Nonpriority creditor's name and mailing address**

CENTRAL ADMIXTURE PHARMACY SVCS
P.O. BOX 780404
PHILADELPHIA, PA 19178-0404

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $235,217.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.184** | **Nonpriority creditor's name and mailing address**

CENTURION MEDICAL PRODUCTS CORP
P.O. BOX 842816
BOSTON, MA 02284-2816

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,623.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.185** **Nonpriority creditor's name and mailing address**

CEPHEID INC
P.O. BOX 204399
DALLAS, TX 75320-4399

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,673.11

---

**3.186** **Nonpriority creditor's name and mailing address**

CERNER CORP
ATTN: IAN WILSON
2800 ROCKCREEK PKWY
KANSAS CITY, MO 64117

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☐ No
☑ Yes

$414,065.12

---

**3.187** **Nonpriority creditor's name and mailing address**

CETLIN DESIGN GROUP INC
2801 W CHESTER PIKE
BROOMALL, PA 19008

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,194.40

---

**3.188** **Nonpriority creditor's name and mailing address**

CHAMPION ENERGY SERVICES, LLC
ATTN: NICOLE HASSLER
1500 RANKIN RD, STE 200
HOUSTON, TX 77073

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,164,635.25

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.189** Nonpriority creditor's name and mailing address

CHANGE HEALTHCARE LLC
22423 NETWORK PL
CHICAGO, IL 60673-1224

As of the petition filing date, the claim is:                                           $218,782.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.190** Nonpriority creditor's name and mailing address

CHANNING BETE CO INC
P.O. BOX 3538
SO DEERFIELD, MA 01373-0200

As of the petition filing date, the claim is:                                           $349.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.191** Nonpriority creditor's name and mailing address

CHIDUZIE MADUBATA
ADDRESS REDACTED

As of the petition filing date, the claim is:                                           $2,225.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.192** Nonpriority creditor's name and mailing address

CHRISTINE CANNON
ADDRESS REDACTED

As of the petition filing date, the claim is:                                           $4,941.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.193** **Nonpriority creditor's name and mailing address**
CINTAS CORP #36
P.O. BOX 630803
LOC 287
CINCINNATI, OH 45263-0803

As of the petition filing date, the claim is:     $15,200.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**
CIOX HEALTH LLC
P.O. BOX 409669
ATLANTA, GA 30384

As of the petition filing date, the claim is:     $7,655.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**
CISCO SYSTEMS CAPITAL CORPORATION
170 WEST TASMAN DR
MAILSTOP SJC13/3
SAN JOSE, CA 95134

As of the petition filing date, the claim is:     $101,777.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**
CIVCO MEDICAL INSTRUMENTS CO INC
P.O. BOX 933598
ATLANTA, GA 31193-3598

As of the petition filing date, the claim is:     $2,204.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

---

**3.197**

**Nonpriority creditor's name and mailing address**
CLAIRE UMOGBAI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,077.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198**

**Nonpriority creditor's name and mailing address**
CLINICAL & LABORATORY STANDARDS
950 W VALLEY RD, STE 2500
WAYNE, PA 19087-1898

**As of the petition filing date, the claim is:**                    $8,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199**

**Nonpriority creditor's name and mailing address**
CLINICAL INNOVATIONS
2840 MOMENTUM PL
CHICAGO, IL 60689-5327

**As of the petition filing date, the claim is:**                    $3,661.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**
CMS COMMUNICATIONS INC
P.O. BOX 790372
ST LOUIS, MO 63179-0379

**As of the petition filing date, the claim is:**                    $1,159.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.201** **Nonpriority creditor's name and mailing address**
COCHLEAR CORP
P.O. BOX 910811
DENVER, CO 80291-0811

**As of the petition filing date, the claim is:**          $4,330.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.202** **Nonpriority creditor's name and mailing address**
CODING STRATEGIES INC
LOST MOUNTAIN PROFESSIONAL CTR
5041 DALLAS HWY, STE 606
POWDER SPRINGS, GA 30127

**As of the petition filing date, the claim is:**          $594.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** **Nonpriority creditor's name and mailing address**
COLCOM INC
300 N POTTSTOWN PIKE, STE 290
EXTON, PA 19341

**As of the petition filing date, the claim is:**          $4,138.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**
COLLEGE OF AMER PATH
P.O. BOX 71698
CHICAGO, IL 60694-1698

**As of the petition filing date, the claim is:**          $4,987.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.205**

**Nonpriority creditor's name and mailing address**
COLLIN KELLAR
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,811.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.206**

**Nonpriority creditor's name and mailing address**
COLONIAL ELECTRIC SUPPLY CO INC
P.O. BOX 414564
BOSTON, MA 02241-4564

As of the petition filing date, the claim is:                    $23,622.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.207**

**Nonpriority creditor's name and mailing address**
COLOPLAST CORP
DEPT CH 19024
PALATINE, IL 60055-9024

As of the petition filing date, the claim is:                    $332,585.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**
COMMERCIAL SALES & SVCS INC
4387 W GROVE DR
ADDISON, TX 75001

As of the petition filing date, the claim is:                    $613.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    Center City Healthcare, LLC                         Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.209**   **Nonpriority creditor's name and mailing address**

COMMONWEALTH OF PA
PUBLIC HEALTH & HUMAN SERVICES
ACCT CONTROL/COMPTROLLER OFFICE
P.O. BOX 2675
HARRISBURG, PA 17105-2675

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $44,544.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210**   **Nonpriority creditor's name and mailing address**

COMPREHENSIVE ANESTHESIA SAFE
P.O. BOX 263
CHILDS, MD 21916

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $12,851.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211**   **Nonpriority creditor's name and mailing address**

COMUNALE, SA CO INC
P.O. BOX 150
BARBERTON, OH 44203-1050

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $36,548.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212**   **Nonpriority creditor's name and mailing address**

CON MED CORP
CHURCH ST STATION
P.O. BOX 6814
NEW YORK, NY 10249-6814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $8,656.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    Center City Healthcare, LLC                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.213** | **Nonpriority creditor's name and mailing address**
CONE INSTRUMENTS LLC
P.O. BOX 11407
DEPT 2465
BIRMINGHAM, AL 35246-2465

**As of the petition filing date, the claim is:**                          $400.37
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**
CONIFER PATIENT COMMUNICATIONS
ATTN: PETRA WILLEY
140 FOUNTAIN PKWY, STE 500
ST PETERSBURG, FL 33716

**As of the petition filing date, the claim is:**                     $13,987,570.84
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**
CONMED LINVATEC CORP
P.O. BOX 301231
DALLAS, TX 75303-1231

**As of the petition filing date, the claim is:**                        $35,537.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address**
CONMED LINVATEC CORP/301231
P.O. BOX 301231
DALLAS, TX 75303-1231

**As of the petition filing date, the claim is:**                          $219.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.217** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $84.20

CONSTELLATION NEW ENERGY INC
14217 COLLECTIONS DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,395.00

CONVENTUS ORTHOPAEDICS INC
10200 73RD AVE N, STE 122
MAPLE GROVE, MN 55369

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $49,712.60

CONVERGEONE INC
NW 5806
P.O. BOX 1450
MINNEAPOLIS, MN 55485-5806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.220** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $162,123.71

COOK MEDICAL INC
22988 NETWORK PL
CHICAGO, IL 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.221**

**Nonpriority creditor's name and mailing address**
COONEY BROTHERS INC
1850 NO GRAVERS RD
PLYMOUTH MTG, PA 19462

As of the petition filing date, the claim is:                    $93.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.222**

**Nonpriority creditor's name and mailing address**
COOPER SURGICAL INC
P.O. BOX 712280
CINCINNATI, OH 45271-2280

As of the petition filing date, the claim is:                  $7,159.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.223**

**Nonpriority creditor's name and mailing address**
COREY RUTH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $279.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.224**

**Nonpriority creditor's name and mailing address**
CORINTHIA SHIELDS
C/O FODERA & LONG, PC
ATTN: LEN FODERA, ALISON LONG
1500 WALNUT ST
PHILADELPHIA, PA 19102

As of the petition filing date, the claim is:                  UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.225** **Nonpriority creditor's name and mailing address**

CORNEAGEN
P.O. BOX 101659
PASADENA, CA 91189

As of the petition filing date, the claim is: $415.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**

CORPORATE FACILITIES INC
2129 CHESTNUT ST
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is: $10,884.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.227** **Nonpriority creditor's name and mailing address**

CORPORATE LAMP & ELECTRONIC
500 NO WALNUT RD
KENNETT SQUARE, PA 19348

As of the petition filing date, the claim is: $5,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**

COUNCIL ON PODIATRIC
MEDICAL EDUCATION
9312 OLD GEORGETOWN RD
BETHESDA, MD 20814-1621

As of the petition filing date, the claim is: $3,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    Center City Healthcare, LLC          Case number (if known): **19-11466**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

|  | Amount of claim |
|---|---|

**3.229**

**Nonpriority creditor's name and mailing address**
COURTNEY DEVEREAUX
C/O MESSA & ASSOCIATES
ATTN: JOSEPH L. MESSA, MEGHAN M. KWAK
123 S 22ND ST
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:            **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**
COVIDIEN LP
P.O. BOX 120823
DALLAS, TX 75312-0823

As of the petition filing date, the claim is:            **$21,470.17**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**
COVIDIEN SALES LLC
32043 COLLECTION CTR DR
CHICAGO, IL 60693-0320

As of the petition filing date, the claim is:            **$1,018.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.232**

**Nonpriority creditor's name and mailing address**
CRITERION LABORATORIES INC
3370 PROGRESS DR, STE J
BENSALEM, PA 19120

As of the petition filing date, the claim is:            **$2,184.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    Center City Healthcare, LLC    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.233**

**Nonpriority creditor's name and mailing address**
CROTHALL HEALTHCARE INC
ATTN: DENNIS CZAPLICKI
13028 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$2,423,027.61

---

**3.234**

**Nonpriority creditor's name and mailing address**
CS MEDICAL LLC
2179 E LYON STATION RD
CREEDMOOR, NC 27522

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,039.50

---

**3.235**

**Nonpriority creditor's name and mailing address**
CURBELL MEDICAL PRODUCTS INC
62882 COLLECTION CTR DR
CHICAGO, IL 60693-0628

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,705.70

---

**3.236**

**Nonpriority creditor's name and mailing address**
CYGNUS MEDICAL CORP
965 WEST MAIN ST
BRANFORD, CT 06405

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,460.00

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

| | |
|---|---|
| **3.237** | |

**Nonpriority creditor's name and mailing address**
CYNTHIA MARINO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$471.56

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238**

**Nonpriority creditor's name and mailing address**
D&S ENVIRONMENTAL INC
P.O. BOX 20286
PHILADELPHIA, PA 19137

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,168.10

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239**

**Nonpriority creditor's name and mailing address**
DARRYL MACK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,820.37

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240**

**Nonpriority creditor's name and mailing address**
DATA INNOVATIONS LLC
P.O. BOX 101978
ATLANTA, GA 30392-1978

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$810.00

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.241** | **Nonpriority creditor's name and mailing address**
DATAWATCH CORP
4 CROSBY DR
BEDFORD, MA 01730

**As of the petition filing date, the claim is:**    $6,890.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address**
DATEX OHMEDA INC
P.O. BOX 641936
PITTSBURGH, PA 15264-1936

**As of the petition filing date, the claim is:**    $9,984.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address**
DAVID GIBSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,053.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address**
DAVID REICH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $13,405.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.245** | **Nonpriority creditor's name and mailing address**

DAVOL, INC
100 CROSSINGS BLVD
WARWICK, RI 02886

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,330.00

**3.246** | **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$78,517.10

**3.247** | **Nonpriority creditor's name and mailing address**

DE LONG INDUSTRIES GRP INC
P.O. BOX 74836
SAN CLEMENTE, CA 92673

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,362.20

**3.248** | **Nonpriority creditor's name and mailing address**

DEAF HEARING COMMUNICATION
630 FAIRVIEW RD, STE 100
SWARTHMORE, PA 19081-2335

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,969.87

Debtor Name      **Center City Healthcare, LLC**          Case number (if known): **19-11466**

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

|  |  |
|---|---|
|  | **Amount of claim** |

---

**3.249**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:          $973.37

DELL COMPUTER
ONE DELL WAY
ROUND ROCK, TX 78682

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:          $957.53

DELL MARKETING LP
C/O DELL USA LP
P.O. BOX 643561
PITTSBURGH, PA 15264-3561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:          $2,774.86

DENNIS GALLAGHER
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.252**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:          $7,350.00

DEPT OF ENVIRONMENTAL PROTECT
P.O. BOX 8455
HARRISBURG, PA 17105-8455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known) **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.253** **Nonpriority creditor's name and mailing address**
DEPUY MITEK INC/ALL REMIT
C/O J&J HCS
P.O. BOX 406663
ATLANTA, GA 30384-6663

As of the petition filing date, the claim is:    $10,853.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.254** **Nonpriority creditor's name and mailing address**
DEPUY ORTHOPED
5905 COLLECTION CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $8,181.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.255** **Nonpriority creditor's name and mailing address**
DEPUY SPINE
A JOHNSON & JOHNSON CO
5972 COLLECTION CTR DR
LOCKBOX 12
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $73,715.54
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.256** **Nonpriority creditor's name and mailing address**
DEPUY SYNTHES SALES
CUSTOMER RECEIVABLES MANAGEMENT
ATTN: PATTY PAGET
HIGHWAY 22 N
SOMERVILLE, NJ 08876-1051

As of the petition filing date, the claim is:    $1,076,490.13
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $32,443.80
DEVICOR MEDICAL PRODUCTS INC
33075 COLLECTION CTR DR
CHICAGO, IL 60693-0330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $173,260.55
DEX IMAGING INC
5109 W LEMON ST
TAMPA, FL 33609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,502.05
DIANE WYSOCKI
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $70.05
DIGI TRAX CORP
650 HEATHROW DR
LINCOLNSHIRE, IL 60069-4025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.261** Nonpriority creditor's name and mailing address

DIRECTV LLC
P.O. BOX 5006
CAROL STREAM, IL 60197-5006

As of the petition filing date, the claim is:    $7,239.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.262** Nonpriority creditor's name and mailing address

DISTRICT 1199C BENEFIT FUND
FOR HOSPITAL AND HEALTHCARE EMPLOYEES
PHILADELPHIA AND VICINITY
1319 LOCUST ST, 3RD FL
PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:    UNKNOWN

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
BENEFIT FUND OBLIGATIONS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.263** Nonpriority creditor's name and mailing address

DISTRICT 1199C LEGAL FUND
HAHNEMANN
1319 LOCUST ST
PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:    $11,686.41

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.264** Nonpriority creditor's name and mailing address

DIVERSE DBA O NEILLS CATERING
3499 ST RD
BENSALEM, PA 19102

As of the petition filing date, the claim is:    $2,480.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.265** | **Nonpriority creditor's name and mailing address**

DOORCHECK, JAMES INC
9027 TORRESDALE AVE
PHILADELPHIA, PA 19136

As of the petition filing date, the claim is:    $1,148.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

DOORS & MOR SOLUTIONS
1137 CARPENTER ST
MAIN BRANCH
PHILADELPHIA, PA 19147

As of the petition filing date, the claim is:    $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address**

DORNIER MEDTECH AMERICA INC
26828 NETWORK PL
CHICAGO, IL 60673-1268

As of the petition filing date, the claim is:    $758.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address**

DOUGLAS PARRILLO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,001.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.269** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,429.76
DRAEGER MEDICAL INC
P.O. BOX 13369
NEWARK, NJ 07101-3362
  □ Contingent
  □ Unliquidated
  □ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
  ☑ No
  □ Yes

**3.270** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $13,116,121.30
DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO
3201 ARCH ST, STE 420
PHILADELPHIA, PA 19104
  □ Contingent
  □ Unliquidated
  ☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
  □ No
  ☑ Yes

**3.271** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $13,196.21
DUFF CO
P.O. BOX 618
NORRISTOWN, PA 19401
  □ Contingent
  □ Unliquidated
  □ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
  ☑ No
  □ Yes

**3.272** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,178.64
DUFF PLUMBING SUPPLY/USE V#398444
P.O. BOX 618
NORRISTOWN, PA 19401
  □ Contingent
  □ Unliquidated
  □ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
  ☑ No
  □ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.273** | **Nonpriority creditor's name and mailing address**

DULCINE DINSMORE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,356.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address**

DUTCH OPHTHALMIC USA CORP
10 CONTINENTAL DR BLDG 1
EXETER, NH 03833

As of the petition filing date, the claim is:    $1,191.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address**

EAGLES TAXI LLC
2301 CHURCH ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:    $12,927.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address**

EASTERN REGIONAL MED CTR INC
1331 E WYOMING AVE
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:    $7,484.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.277** | Nonpriority creditor's name and mailing address
EASTERN SIGN TECH CORP
112 CONNECTICUT DR
BURLINGTON, NJ 08016

As of the petition filing date, the claim is:    $6,480.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.278** | Nonpriority creditor's name and mailing address
ECOLAB INC
P.O. BOX 32027
NEW YORK, NY 10087-2027

As of the petition filing date, the claim is:    $3,288.73
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.279** | Nonpriority creditor's name and mailing address
EDWARDS LIFESCIENCES
P.O. BOX 978722
DALLAS, TX 75397-8722

As of the petition filing date, the claim is:    $28,256.92
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.280** | Nonpriority creditor's name and mailing address
EEC ACQUISTION LLC
P.O. BOX 74008980
CHICAGO, IL 60674-8980

As of the petition filing date, the claim is:    $11,928.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.281**  **Nonpriority creditor's name and mailing address**
EKATERINA VEKSLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     **$7,500.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.282**  **Nonpriority creditor's name and mailing address**
ELECTRONIC SECURITY SOLUTIONS LLC
5115 CAMPUS DR
PLYMOUTH MEETING, PA 19462

**As of the petition filing date, the claim is:**                     **$70,251.86**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.283**  **Nonpriority creditor's name and mailing address**
ELEKTA INC
P.O. BOX 404199
ATLANTA, GA 30384-4199

**As of the petition filing date, the claim is:**                     **$77,044.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.284**  **Nonpriority creditor's name and mailing address**
ELLEN WOLF
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     **$3,381.72**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.285** Nonpriority creditor's name and mailing address

EMD MILLIPORE CORP
25760 NETWORK PL
CHICAGO, IL 60673-1258

As of the petition filing date, the claim is:    $676.20

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.286** Nonpriority creditor's name and mailing address

EMILY DANIEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $825.95

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.287** Nonpriority creditor's name and mailing address

EMKAT SOLUTIONS INC
10300 10TH AVE N
PLYMOUTH, MN 55441

As of the petition filing date, the claim is:    $30,741.21

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address

EMLAB P&K LLC
DEPT LA 22359
PASADENA, CA 91185

As of the petition filing date, the claim is:    $75.56

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.289** **Nonpriority creditor's name and mailing address**

EMMA LEWIS
C/O ROSS FELLER CASEY, LLP
ATTN: ROBERT ROSS, KEVIN HARDEN, JR.
1650 MARKET ST, 34TH FL
PHILADEPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

ENOVATE MEDICAL
P.O. BOX 638807
CINCINNATI, OH 45263-8807

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          **$22,835.54**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

ENSEMBLE RCM LLC
ATTN: JOHN ERICKSON
13620 REESE BLVD, STE 200
HUNTERSVILLE, NC 28078

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          **$774,800.00**

[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.292** **Nonpriority creditor's name and mailing address**

ENV SERVICES INC
C/O MUNICIPAL AUTHORITY SO, HEIDELBERG
P.O. BOX 37836
BALTIMORE, MD 21297-7836

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          **$8,333.17**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.293** | **Nonpriority creditor's name and mailing address**
EQUIPMENT MARKERTERS
100 MELROSE AVE
CHERRY HILL, NJ 08000-3699

**As of the petition filing date, the claim is:** $33.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.294** | **Nonpriority creditor's name and mailing address**
ERBE USA INC
2225 NORTHWEST PKWY
MARIETTA, GA 30067

**As of the petition filing date, the claim is:** $2,189.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.295** | **Nonpriority creditor's name and mailing address**
ERIC FILIPPO
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $3,871.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.296** | **Nonpriority creditor's name and mailing address**
ERIC LEMONS
C/O CHRISTOPHER CULLETON, ESQ.
547 E WASHINGTON AVE
NEWTOWN, PA 18940

**As of the petition filing date, the claim is:** UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.297**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $16,730.76
ERIN TREACY
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.298**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $17,000.00
ESSENTIAL CONSULTING LLC
6401 ROLLING MEADOW CT
SAN JOSE, CA 95135
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.299**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $6,100.00
ETEX CORP
675 MASSACHUSETTS AVE 12TH FL
CAMBRIDGE, MA 02139
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.300**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,118.01
ETHICON ENDO SURGERY INC/OH
A JOHNSON & JOHNSON CO
4545 CREEK RD MAIL LOC 86
CINCINNATI, OH 45242-2839
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                          Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.301** | **Nonpriority creditor's name and mailing address**

EWT HOLDINGS III CORP
28563 NETWORK PL
CHICAGO, IL 60673-1285

**As of the petition filing date, the claim is:**                          $11,691.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address**

EXACT DIAGNOSTICS LLC
3400 CAMP BOWIE BLVD CBH-214
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**                          $5,108.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

EXACTECH INC
P.O. BOX 674141
DALLAS, TX 75267-4141

**As of the petition filing date, the claim is:**                          $323,513.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

EXTEM PREP SYSTEMS INC
VARIOUS CUSTOMER NUMBERS
LOCKBOX 427
JAMISON, PA 18929-0427

**As of the petition filing date, the claim is:**                          $1,558.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

### 3.305

**Nonpriority creditor's name and mailing address**
EZ PARK INC
111 CHESTNUT ST
PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**                    $21,267.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.306

**Nonpriority creditor's name and mailing address**
FAGRON COMPOUNDING SERVICES
8710 E 34TH ST N
WICHITA, KS 67226

**As of the petition filing date, the claim is:**                    $14,064.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.307

**Nonpriority creditor's name and mailing address**
FBM HOLDINGS LLC
P.O. BOX 5094
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**                    $543.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.308

**Nonpriority creditor's name and mailing address**
FEDEX CORP
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**                    $19,226.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.309** Nonpriority creditor's name and mailing address

FENWAL INC
26762 NETWORK PL
CHICAGO, IL 60673-1267

As of the petition filing date, the claim is:    $2,687.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.310** Nonpriority creditor's name and mailing address

FETACESSORIES INC
530 SO HENDERSON RD, STE D
KING OF PRUSSIA, PA 19406

As of the petition filing date, the claim is:    $2,261.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.311** Nonpriority creditor's name and mailing address

FFF ENTERPRISES INC
P.O. BOX 840150
LOS ANGELES, CA 90084-0150

As of the petition filing date, the claim is:    $4,015.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.312** Nonpriority creditor's name and mailing address

FIRST CALL PARTS INC
IMAGING INC/BRMI)
1351 SOUTHSIDE DR
SALEM, VA 24153

As of the petition filing date, the claim is:    $2,812.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**              Case number (if known) **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.313** **Nonpriority creditor's name and mailing address**

FIRST-CALL MEDICAL INC
28 ANDOVER ST, STE 200
ANDOVER, MA 01810

**As of the petition filing date, the claim is:**                                    $250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                             TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☑ No
                                             ☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

FISCHER MEDICAL TECHNOLOGIES INC
3990 YOUNGFIELD ST
WHEAT RIDGE, CO 80033

**As of the petition filing date, the claim is:**                                    $7,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                             TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☑ No
                                             ☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**

FISHER HEALTHCARE
P.O. BOX 404705
ATLANTA, GA 30384-4705

**As of the petition filing date, the claim is:**                                    $25,714.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                             TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☑ No
                                             ☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC CO/876272/PA
DEPT 876272
P.O. BOX 360153
PITTSBURGH, PA 15250-6153

**As of the petition filing date, the claim is:**                                    $13,777.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                                             TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☑ No
                                             ☐ Yes

---

Debtor Name      **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,487.45

FL BUSINESS TECHNOLOGIES LLC
P.O. BOX 940718
MAITLAND, FL 32794-0718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,421.72

FLUIDICS INC
9815 ROOSEVELT BLVD, STE A
PHILADELPHIA, PA 19114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,000.00

FOCAL THERAPEUTICS INC
30 ENTERPRISE, STE 220
ALISO VIEJO, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $813.25

FOLLETT CORP
P.O. BOX 782806
PHILADELPHIA, PA 19178-2806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**                    TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.321** | **Nonpriority creditor's name and mailing address**

FORTEC MEDICAL INC
P.O. BOX 951147
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**    $10,684.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.322** | **Nonpriority creditor's name and mailing address**

FOSS THERAPY SERVICES INC
5938 SATSUMA AVE
NO HOLLYWOOD, CA 91601

**As of the petition filing date, the claim is:**    $4,100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.323** | **Nonpriority creditor's name and mailing address**

FOUR RIVERS SOFTWARE SYSTEMS INC
DEPT 3636
P.O. BOX 123636
DALLAS, TX 75312-3636

**As of the petition filing date, the claim is:**    $36,855.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.324** | **Nonpriority creditor's name and mailing address**

FOX MEDICAL EQUIPMENT INC
1075 THOMAS BUSCH MEMORIAL HWY
PENNSAUKEN, NJ 08110

**As of the petition filing date, the claim is:**    $165.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.325** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,338.95

FREEDOM MEDICAL
P.O. BOX 822704
PHILADELPHIA, PA 19182-2704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,220.00

FREUDENBERG MEDICAL LLC
INHEALTH TECHNOLOGIES
23686 NETWORK PL
CHICAGO, IL 60673-1236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,600.32

FRIED BROTHERS INC
467 NO 7TH ST
PHILADELPHIA, PA 19123-3996

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,527.60

FUJIFILM SONOSITE INC
774332
4332 SOLUTIONS CTR
CHICAGO, IL 60677-4003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.329**   **Nonpriority creditor's name and mailing address**

FUJIREBIO DIAGNOSTICS INC
LOCKBOX 8507
P.O. BOX 8500
PHILADELPHIA, PA 19178-8507

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,364.29

---

**3.330**   **Nonpriority creditor's name and mailing address**

GARDA CL SOUTHWEST INC
LOCKBOX 233209
3209 MOMENTUM PL
CHICAGO, IL 60689-5332

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,313.80

---

**3.331**   **Nonpriority creditor's name and mailing address**

GARY BRYANT
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,503.85

---

**3.332**   **Nonpriority creditor's name and mailing address**

GARY OKUM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$521.35

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known) **19-11466** |
|---|---|---|

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.333** Nonpriority creditor's name and mailing address
GARY XIAO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $8,461.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.334** Nonpriority creditor's name and mailing address
GBS COMPUTER SOLUTIONS
P.O. BOX 2340
CANTON, OH 44720-0340

As of the petition filing date, the claim is:                    $17,534.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.335** Nonpriority creditor's name and mailing address
GE HEALTHCARE
P.O. BOX 640200
PITTSBURGH, PA 15264-0200

As of the petition filing date, the claim is:                    $131,894.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.336** Nonpriority creditor's name and mailing address
GE HEALTHCARE IITS USA CORP
2984 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                    $62,652.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.337**

**Nonpriority creditor's name and mailing address**
GE MEDICAL SYSTEMS INC
5517 COLLECTIONS CTR DR
ATTN: ACCOUNTS RECEIVABLE
CHICAGO, IL 60693

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$31,281.97

---

**3.338**

**Nonpriority creditor's name and mailing address**
GENERAL ATOMICS
P.O. BOX 392165
PITTSBURGH, PA 15251-9165

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$7,568.64

---

**3.339**

**Nonpriority creditor's name and mailing address**
GENERAL ELECTRIC CO
DBA GE HEALTHCARE
ATTN: ARUSHI CHANDRAN
9900 INNOVATION DR
WAUWATOSA, WI 53226-4856

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$180,441.86

---

**3.340**

**Nonpriority creditor's name and mailing address**
GENERAL HEALTHCARE RESOURCES INC
2250 HICKORY RD, STE 240
PLYMOUTH MEETING, PA 19462

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$510,604.15

---

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.341** | **Nonpriority creditor's name and mailing address**

GENERAL HOSPITAL SUPPLY CORP
2844 GRAY FOX RD
MONROE, NC 28110

**As of the petition filing date, the claim is:**    $2,076.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address**

GENZYME CORP
A SANOFI CO
62665 COLLECTIONS CTR DR
CHICAGO, IL 60693-0626

**As of the petition filing date, the claim is:**    $2,981.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**

GERMFREE LABORATORIES INC
4 SUNSHINE BLVD
ORMOND BEACH, FL 32174

**As of the petition filing date, the claim is:**    $769.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**

GETINGE USA SALES LLC
P.O. BOX 775436
CHICAGO, IL 60677-5436

**As of the petition filing date, the claim is:**    $155,383.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.345** | **Nonpriority creditor's name and mailing address**

GHR CONSULTING SERVICES INC
P.O. BOX 447
MONTGOMERYVILLE, PA 18936

**As of the petition filing date, the claim is:**                    $350.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**

GI SUPPLY
P.O. BOX 45730
BALTIMORE, MD 21297-5730

**As of the petition filing date, the claim is:**                    $1,921.34
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.347** | **Nonpriority creditor's name and mailing address**

GIVEN IMAGING INC
P.O. BOX 932928
ATLANTA, GA 31193-2928

**As of the petition filing date, the claim is:**                    $37,256.44
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**

GLAUKOS CORP
P.O. BOX 741074
LOS ANGELES, CA 90074-1074

**As of the petition filing date, the claim is:**                    $11,528.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.349** Nonpriority creditor's name and mailing address

GLENN LAUB
ADDRESS REDACTED

As of the petition filing date, the claim is:          $20,660.76

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.350** Nonpriority creditor's name and mailing address

GLOBAL EQUIPMENT CO
29833 NETWORK PL
CHICAGO, IL 60673-1298

As of the petition filing date, the claim is:          $12,674.07

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.351** Nonpriority creditor's name and mailing address

GLOBAL EXCEL MANAGEMENT, INC.
AND IHC HEALTH SOLUTIONS
C/O QUARLES & BRADY, LLP
ATTN: EMILY FEINSTEIN, ESQ.
33 EAST MAIN ST, STE 900
MADISON, WI 53703

As of the petition filing date, the claim is:          UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
LITIGATION
COLLECTIONS ACTION ON BEHALF OF HAHNEMANN

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.352** Nonpriority creditor's name and mailing address

GLOBAL NEUROSCIENCES INSTITUTE
ATTN: DONALD J DAMICO
3100 PRINCETON PK, BLDG 3, STE D
LAWRENCEVILLE, NJ 08648

As of the petition filing date, the claim is:          $384,270.10

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name      **Center City Healthcare, LLC**                Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.353**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      $29,126.00
GLOBUS MEDICAL INC
P.O. BOX 203329              ☐ Contingent
DALLAS, TX 75320-3329           ☐ Unliquidated
                    ☐ Disputed
                    **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
                    ☑ No
                    ☐ Yes

**3.354**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      $28,471.00
GORE, WL & ASSOC INC
MEDICAL PRODUCTS DIV           ☐ Contingent
P.O. BOX 751331             ☐ Unliquidated
CHARLOTTE, NC 28275           ☐ Disputed
                    **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
                    ☑ No
                    ☐ Yes

**3.355**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      $4,000.51
GRACE MEDICAL INC
P.O. BOX 5178              ☐ Contingent
MEMPHIS, TN 38101            ☐ Unliquidated
                    ☐ Disputed
                    **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
                    ☑ No
                    ☐ Yes

**3.356**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      $1,050.00
GRAHAM MEDICAL TECHNOLOGIES CORP
16137 LEONE DR             ☐ Contingent
MACOMB, MI 48042            ☐ Unliquidated
                    ☐ Disputed
                    **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
                    ☑ No
                    ☐ Yes

Debtor Name     **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.357**

**Nonpriority creditor's name and mailing address**
GRANGER GENETICS
ATTN: ACCOUNTS RECEIVABLE
601 BIOTECH DR, STE 301
N CHESTERFIELD, VA 23235

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,001.64

---

**3.358**

**Nonpriority creditor's name and mailing address**
GRAVOTECH INC
P.O. BOX 934020
ATLANTA, GA 31193-4020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,836.78

---

**3.359**

**Nonpriority creditor's name and mailing address**
GRAYBAR ELECTRIC CO INC
P.O. BOX 414396
BOSTON, MA 02241-4396

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,018.99

---

**3.360**

**Nonpriority creditor's name and mailing address**
GREATER DELAWARE VALLEY SOCIETY OF TRANSPLANT SURGEONS
DBA GIFT OF LIFE DONOR PROGRAM
ATTN: STACY CRAMER
401 N 3RD ST
PHILADELPHIA, PA 19123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$581,450.00

---

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $773.08 |

**3.361** Nonpriority creditor's name and mailing address
GREGORY SHANNON
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$773.08

---

**3.362** Nonpriority creditor's name and mailing address
GREGORY STAGLIANO
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,838.43

---

**3.363** Nonpriority creditor's name and mailing address
GT SECURITY SYSTEMS LLC
6211 KELLERS CHURCH RD
PIPERSVILLE, PA 18947

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,750.00

---

**3.364** Nonpriority creditor's name and mailing address
GT TELECOM
4213
1040 S MILWAUKEE AVE  205
WHEELING, IL 60090

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,525.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          757 of 889

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

Amount of claim

**3.365** | **Nonpriority creditor's name and mailing address**
GTT COMMUNICATIONS INC
DBA GTT AMERICAS LLC
P.O. BOX 842630
DALLAS, TX 75284-2630

**As of the petition filing date, the claim is:**    $5,260.24
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.366** | **Nonpriority creditor's name and mailing address**
GUNDERSEN LUTHERAN MEDICAL FOUNDA
ATTN: JEAN HENDERSON AVS 003
1900 S AVE
LA CROSSE, WI 54601

**As of the petition filing date, the claim is:**    $659.80
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.367** | **Nonpriority creditor's name and mailing address**
GWENDOLYN BLAKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $865.63
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.368** | **Nonpriority creditor's name and mailing address**
GWYNEDD MERCY COLLEGE
1325 SUMNEYTOWN PK
P.O. BOX 901
GWYNEDD VALLEY, PA 19437

**As of the petition filing date, the claim is:**    $100.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.369** | **Nonpriority creditor's name and mailing address**

GYNEX CORP
P.O. BOX 3189
REDMOND, WA 98073

**As of the petition filing date, the claim is:**                    $179.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address**

H&H SYSTEM INC, THE
760 BEECHNUT DR
PITTSBURGH, PA 15205

**As of the petition filing date, the claim is:**                    $982.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address**

HAAB, F C CO INC
1700 SCHUYLKILL AVE
PHILADELPHIA, PA 19145

**As of the petition filing date, the claim is:**                    $1,954.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address**

HAEMONETICS CORP
400 WOOD RD
BRAINTREE, MA 02184

**As of the petition filing date, the claim is:**                    $19,908.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.373**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.98 |
|---|---|---|

HAHNEMANN APOTHECARY INC
230 NO BROAD ST,MS 544
PHILADELPHIA, PA 19102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.374**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.58 |
|---|---|---|

HALL, WILLIAM H CO INC
100 MELROSE AVE
CHERRY HILL, NJ 08003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.375**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.20 |
|---|---|---|

HALYARD HEALTH INC
P.O. BOX 732583
DALLAS, TX 75373-2583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.376**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,954.64 |
|---|---|---|

HANGER CLINIC
P.O. BOX 650846
DALLAS, TX 75265-0846

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.377** Nonpriority creditor's name and mailing address

HARDY DIAGNOSTICS
P.O. BOX 645264
CINCINNATI, OH 45264-5264

$1,396.94

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** Nonpriority creditor's name and mailing address

HARMELIN & ASSOC INC
525 RIGHTERS FERRY RD
BALA CYNWYD, PA 19004

$5,075.28

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** Nonpriority creditor's name and mailing address

HARVARD CARDIOVASCULAR INC
362 SPRAGUE RD
NARBERTH, PA 19072

$4,859.00

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** Nonpriority creditor's name and mailing address

HAVELS INC
3726 LONSDALE AVE
CINCINNATI, OH 45227

$438.00

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.381** Nonpriority creditor's name and mailing address

HEALTHCARE LOGISTICS INC
P.O. BOX 400
CIRCLEVILLE, OH 43113

As of the petition filing date, the claim is:    $2,511.89

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.382** Nonpriority creditor's name and mailing address

HEALTHLINE SOLUTIONS INC
1601 N GLENDALE DR, STE 106
RICHARDSON, TX 75071

As of the petition filing date, the claim is:    $7,351.33

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** Nonpriority creditor's name and mailing address

HEALTHMARK INDUSTRIES CO INC
DEPT 7058
P.O. BOX 30516
LANSING, MI 48909-8016

As of the petition filing date, the claim is:    $7,496.93

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** Nonpriority creditor's name and mailing address

HEALTHTRONICS UROLOGY SVCS LLC
P.O. BOX 95333
GRAPEVINE, TX 76099

As of the petition filing date, the claim is:    $8,465.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.385** **Nonpriority creditor's name and mailing address**
HELEN DIMOPOULOS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,022.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386** **Nonpriority creditor's name and mailing address**
HELMER INC
ATTN: ACCOUNTS RECEIVABLE
28689 NETWORK PL
CHICAGO, IL 60673-1286

As of the petition filing date, the claim is:                    $314.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.387** **Nonpriority creditor's name and mailing address**
HELMER LABS INC
P.O. BOX 1937 DEPT 30
INDIANAPOLIS, IN 46206

As of the petition filing date, the claim is:                    $285.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**
HEMOSTATIX MEDICAL TECHNOLOGIES
C/O BRADFORD W BEALE
8400 WOLF LAKE DR 109
BARTLETT, TN 38133

As of the petition filing date, the claim is:                    $26.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.389** Nonpriority creditor's name and mailing address
HENRY LIU
ADDRESS REDACTED

As of the petition filing date, the claim is:          $12,251.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

**3.390** Nonpriority creditor's name and mailing address
HEWLETT PACKARD FINAN SVCS CORP
P.O. BOX 402582
ATLANTA, GA 30384-2582

As of the petition filing date, the claim is:          $35,885.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

**3.391** Nonpriority creditor's name and mailing address
HILL-ROM CO INC
P.O. BOX 643592
PITTSBURGH, PA 15264-3592

As of the petition filing date, the claim is:          $48,769.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

**3.392** Nonpriority creditor's name and mailing address
HOLOGIC INC
24506 NETWORK PL
CHICAGO, IL 60673-1245

As of the petition filing date, the claim is:          $75,295.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name      **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.393** Nonpriority creditor's name and mailing address

HOSPITAL & HEALTHSYSTEM ASSOC
30 NORTH THIRD ST, STE 600
HARRISBURG, PA 17101

As of the petition filing date, the claim is:      $112,405.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address

HOWMEDICA OSTEONICS CORP
P.O. BOX 93213
CHICAGO, IL 60673-3213

As of the petition filing date, the claim is:      $199,249.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395** Nonpriority creditor's name and mailing address

HUNT JM ASSOCIATES INC
P.O. BOX 537
22 E KING ST
MALVERN, PA 19355

As of the petition filing date, the claim is:      $6,525.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396** Nonpriority creditor's name and mailing address

ICONTRACTS INC
1011 US ROUTE 22 WEST 104
BRIDGEWATER, NJ 08807

As of the petition filing date, the claim is:      $14,501.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

|  | | Amount of claim |
|---|---|---|

**3.397** | **Nonpriority creditor's name and mailing address**
ICU MEDICAL SALES INC
P.O. BOX 848908
LOS ANGELES, CA 90084-8908

**As of the petition filing date, the claim is:**    $8,818.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address**
IDENTISYS INC
P.O. BOX 1086
MINNETONKA, MN 55345-0086

**As of the petition filing date, the claim is:**    $5,550.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**
IKARIA INC
P.O. BOX 642509
PITTSBURGH, PA 15264-2509

**As of the petition filing date, the claim is:**    $4,700.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**
IMALOGIX
1150 1ST AVE
KING OF PRUSSIA, PA 19406

**As of the petition filing date, the claim is:**    $1,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.401** **Nonpriority creditor's name and mailing address**
IMMACULATA UNIVERSITY
1145 KING RD
IMMACULATA, PA 19345

As of the petition filing date, the claim is:    $25.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.402** **Nonpriority creditor's name and mailing address**
IMMUCOR INC
P.O. BOX 117018
ATLANTA, GA 30368-7018

As of the petition filing date, the claim is:    $78,165.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.403** **Nonpriority creditor's name and mailing address**
IMPLEMENTATION MANAGEMENT ASSIST
6 HILLMAN DR, STE 100
CHADDS FORD, PA 19317

As of the petition filing date, the claim is:    $72,786.13
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.404** **Nonpriority creditor's name and mailing address**
INDEPENDENT MEDICAL EXPERT
DBA IMEDECS
2060 DETWILER RD, STE 100
HARLEYSVILLE, PA 19438

As of the petition filing date, the claim is:    $19,161.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.405** **Nonpriority creditor's name and mailing address**
INJOY PRODUCTIONS INC
7107 LA VISTA PL
LONGMONT, CO 80503

As of the petition filing date, the claim is:    $817.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406** **Nonpriority creditor's name and mailing address**
INNOVATIVE MEDICAL SPECIALTIES
6165 MONROE AVE
ELDERSBURG, MD 21784

As of the petition filing date, the claim is:    $835.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.407** **Nonpriority creditor's name and mailing address**
INNOVATIVE STERILIZATION
7625 PARAGON RD, STE A
DAYTON, OH 45459

As of the petition filing date, the claim is:    $2,605.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408** **Nonpriority creditor's name and mailing address**
INO THERAPEUTICS LLC
DBA MALLINCKRODT PHARMACEUTICALS
ATTN: BROOKE MITCH
1425 US ROUTE 206
BEDMINSTER, NJ 07921

As of the petition filing date, the claim is:    $96,768.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.409** **Nonpriority creditor's name and mailing address**
INSTRUMENTATION LABORATORY INC
P.O. BOX 347934
PITTSBURGH, PA 15251-4934

As of the petition filing date, the claim is:    $43,542.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.410** **Nonpriority creditor's name and mailing address**
INTEGRA LIFESCIENCES CORP
DBA INTEGRA NEUROSCIENCES
P.O. BOX 404129
ATLANTA, GA 30384-4129

As of the petition filing date, the claim is:    $176,313.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.411** **Nonpriority creditor's name and mailing address**
INTEGRA PAIN MANAGEMENT CORP
P.O. BOX 100416
ATLANTA, GA 30384-0416

As of the petition filing date, the claim is:    $2,620.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.412** **Nonpriority creditor's name and mailing address**
INTELLICOM SYSTEMS INC
7112 AIRPORT HWY
PENNSAUKEN, NJ 08109

As of the petition filing date, the claim is:    $12,509.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.413**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $260.08
INTERNATIONAL COUNCIL COMMONALITY
P.O. BOX 11309                                                    ☐ Contingent
SAN BERNARDINO, CA 92423-1309                                    ☐ Unliquidated
                                                                 ☐ Disputed
                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              TRADE PAYABLE

**Last 4 digits of account number**                              **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

**3.414**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,015.50
INTERNATIONAL MEDICAL & DENTAL
P.O. BOX 510                                                     ☐ Contingent
HUNTSVILLE, UT 84317-0510                                        ☐ Unliquidated
                                                                 ☐ Disputed
                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              TRADE PAYABLE

**Last 4 digits of account number**                              **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

**3.415**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $12,873.39
INTERSECT ENT
1555 ADAMS DR                                                    ☐ Contingent
MENLO PARK, CA 94025-1439                                        ☐ Unliquidated
                                                                 ☐ Disputed
                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              TRADE PAYABLE

**Last 4 digits of account number**                              **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

**3.416**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $227,703.10
INTUITIVE SURGICAL INC
DEPT 33629                                                       ☐ Contingent
P.O. BOX 39000                                                   ☐ Unliquidated
SAN FRANCISCO, CA 94139                                          ☐ Disputed
                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              TRADE PAYABLE

**Last 4 digits of account number**                              **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.417**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $6,588.88
INVUITY INC
DEPT CH 19705
PALATINE, IL 60055-9705
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.418**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $49,739.25
IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
1101 ENTERPRISE DR
ROYERSFORD, PA 19468
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.419**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $22,090.00
ISO AID LLC
DEPT 9770
P.O. BOX 850001
ORLANDO, FL 32885-9770
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.420**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $326.95
IVY BIOMEDICAL SYSTEMS INC
P.O. BOX 200150
PITTSBURGH, PA 15251-0150
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    Center City Healthcare, LLC    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.421** | **Nonpriority creditor's name and mailing address**
IVY HILL CEMETERY CORP
P.O. BOX 27307
PHILADELPHIA, PA 19150

**As of the petition filing date, the claim is:** $350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address**
IZI MEDICAL PRODS CORP
P.O. BOX 83270
CHICAGO, IL 60691

**As of the petition filing date, the claim is:** $435.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address**
JACKSON IMMUNORESEARCH LAB INC
872 W BALTIMORE PIKE
WEST GROVE, PA 19390

**As of the petition filing date, the claim is:** $1,497.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address**
JAIME SANDERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $2,868.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Center City Healthcare, LLC**        Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.425** | **Nonpriority creditor's name and mailing address**
JAMES TOM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $8,061.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address**
JANE SENNETT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $648.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address**
JDR CONSULTING LLC
3175 TROON DR
CENTER VALLEY, PA 18034

**As of the petition filing date, the claim is:**        $16,666.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address**
JEENA JOSEPH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $11,719.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.429** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $3,056.74

JENNIFER LLOYD
ADDRESS REDACTED

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.430** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $50,000.00

JESSE CHRISTOPHER
303 INTERNATIONAL CIRCLE, STE 190
HUNT VALLEY, MD 21030

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.431** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $874.80

JIMS ENTERPRISES INC
2235 HARTRANFT ST
PHILADELPHIA, PA 19145

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.432** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $5,228.11

JOANNE BRAUCKMANN
ADDRESS REDACTED

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name     **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.433** | **Nonpriority creditor's name and mailing address**

JODEE INC
3100 N 29TH AVE
HOLLYWOOD, FL 33020

**As of the petition filing date, the claim is:**         $670.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address**

JOELLE LEONE AND MICHAEL WINN
C/O STEPHAN ZOURAS, LLP
ATTN: D. COHEN, J. ZOURAS, R. STEPHAN
604 SPRUCE ST
PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**         UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
LABOR/EMPLOYMENT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address**

JOHN CHIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**         $4,083.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address**

JOHN DINOME
ADDRESS REDACTED

**As of the petition filing date, the claim is:**         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.437**

**Nonpriority creditor's name and mailing address**
JOHN POTTER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,394.01

---

**3.438**

**Nonpriority creditor's name and mailing address**
JOHNSON & JOHNSON HEALTH
LOCKBOX 12
5972 COLLECTION CTR DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$176,200.10

---

**3.439**

**Nonpriority creditor's name and mailing address**
JOHNSON CONTROLS
P.O. BOX 730068
DALLAS, TX 75373-0068

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,456.10

---

**3.440**

**Nonpriority creditor's name and mailing address**
JOINT COMMISSION ON ACCREDITATION
SURVEY FEES
P.O. BOX 92775
CHICAGO, IL 60675-2775

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,235.00

---

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.441**

**Nonpriority creditor's name and mailing address**

JOSEPH COSTIC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $2,580.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.442**

**Nonpriority creditor's name and mailing address**

JOSTENS INC
21336 NETWORK PL
CHICAGO, IL 60673-1213

**As of the petition filing date, the claim is:**                     $79.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443**

**Nonpriority creditor's name and mailing address**

JOYCE KAMARAUSKAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $7,361.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444**

**Nonpriority creditor's name and mailing address**

JRT ASSOCIATES
5 NEPPERHAN AVE, STE 2B
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**                     $101.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.445**  **Nonpriority creditor's name and mailing address**

JUANITA GRAY
C/O MESSA & ASSOC.
ATTN: IRENE MCLAFFERTY, ESQ.
123 S 22ND ST
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**           **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY ACTION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.446**  **Nonpriority creditor's name and mailing address**

JW DRAPERIES INC
19407 NEWLANE PL
BRADENTON, FL 34202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**           **$20,148.76**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.447**  **Nonpriority creditor's name and mailing address**

KAITLIN BARTELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**           **$18,729.83**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.448**  **Nonpriority creditor's name and mailing address**

KAMCO BUILDING SUPPLY CORP
1100 TOWNSHIP LINE RD
CHESTER, PA 19013

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**           **$1,795.44**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.449** | **Nonpriority creditor's name and mailing address**
KANELL JEWELERS INCORPORATED
124 1/2 S EIGHT ST
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**    $700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**
KANO LABORATORIES INC
P.O. BOX 110098
NASHVILLE, TN 37222-0098

**As of the petition filing date, the claim is:**    $161.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**
KANOKWAN SEELEANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,848.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address**
KAREN WHARTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,713.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.453**

**Nonpriority creditor's name and mailing address**
KATENA PRODUCTS INC
4 STEWART COURT
DENVILLE, NJ 07834

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,174.18

**3.454**

**Nonpriority creditor's name and mailing address**
KCI USA INC
P.O. BOX 301557
DALLAS, TX 75303-1557

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$288,579.38

**3.455**

**Nonpriority creditor's name and mailing address**
KEATON MEDICAL LLC
4157 MOUNTAIN RD 223
PASADENA, MD 21122

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$147.00

**3.456**

**Nonpriority creditor's name and mailing address**
KEINO JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,885.12

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

                                        **Amount of claim**

---

**3.457**    **Nonpriority creditor's name and mailing address**
KELLY LINSKEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      **$7,852.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.458**    **Nonpriority creditor's name and mailing address**
KERALINK INTERNATIONAL
5520 RESEARCH PARK DR, STE 400
BALTIMORE, MD 21228

**As of the petition filing date, the claim is:**      **$3,460.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.459**    **Nonpriority creditor's name and mailing address**
KERMA MEDICAL PRODUCTS INC
215 SUBURBAN DR
SUFFOLK, VA 23434-4000

**As of the petition filing date, the claim is:**      **$7,529.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.460**    **Nonpriority creditor's name and mailing address**
KEVIN GINGRICH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      **$886.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name     **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.461**  **Nonpriority creditor's name and mailing address**
KEVIN HICKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:                $3,108.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.462**  **Nonpriority creditor's name and mailing address**
KEY SURGICAL INC
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 74809
CHICAGO, IL 60694-4809

As of the petition filing date, the claim is:                $6,335.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463**  **Nonpriority creditor's name and mailing address**
KEYSTONE QUALITY TRANSPORT INC
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

As of the petition filing date, the claim is:                $54,988.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464**  **Nonpriority creditor's name and mailing address**
KHURAM KAZMI
ADDRESS REDACTED

As of the petition filing date, the claim is:                $9,001.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.465**

**Nonpriority creditor's name and mailing address**
KIMBERLY CORCORAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Is the claim subject to offset?
☑ No
☐ Yes

$599.92

**3.466**

**Nonpriority creditor's name and mailing address**
KING, GEORGE BIO-MEDICAL
11771 W 112TH ST
OVERLAND PARK, KS 66210-2782

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,288.39

**3.467**

**Nonpriority creditor's name and mailing address**
KIRWAN SURGICAL PRODUCTS
180 ENTERPRISE DR
MARSHFIELD, MA 02050

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$3,238.17

**3.468**

**Nonpriority creditor's name and mailing address**
KISTLER, GEORGE W INC
PROTECTION
2210 CITY LINE RD
BETHELEM, PA 18017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,975.17

| Debtor Name | Center City Healthcare, LLC | Case number (if known) **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.469**

**Nonpriority creditor's name and mailing address**
KLARITY MEDICAL PRODUCTS LLC
1987 COFFMAN RD
NEWARK, OH 43055

As of the petition filing date, the claim is:                    $270.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.470**

**Nonpriority creditor's name and mailing address**
KLIAHAH THOMPKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,555.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.471**

**Nonpriority creditor's name and mailing address**
KLS MARTIN LP
P.O. BOX 204322
DALLAS, TX 75320-4322

As of the petition filing date, the claim is:                    $99,871.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.472**

**Nonpriority creditor's name and mailing address**
KOL BIO MEDICAL INSTRUMENTS INC
P.O. BOX 221374
CHANTILLY, VA 20153

As of the petition filing date, the claim is:                    $1,293.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known) **19-11466** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.473** Nonpriority creditor's name and mailing address
KONICA MINOLTA HEALTHCARE
DEPT 2272
P.O. BOX 122272
DALLAS, TX 75312-2272

As of the petition filing date, the claim is:     $17,290.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.474** Nonpriority creditor's name and mailing address
LAB SAFETY CORP
P.O. BOX 245
CUMBERLAND, WI 54829

As of the petition filing date, the claim is:     $2,051.19
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.475** Nonpriority creditor's name and mailing address
LABCORP
P.O. BOX 65891
CHARLOTTE, NC 28265-0891

As of the petition filing date, the claim is:     $237,227.25
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.476** Nonpriority creditor's name and mailing address
LABLOGIC SYSTEMS INC
1040 E BRANDON BLVD
BRANDON, FL 33511

As of the petition filing date, the claim is:     $2,928.25
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.477** **Nonpriority creditor's name and mailing address**
LABORIE MEDICAL TECHNOLOGIES
400 AVE D, STE 10
WILLISTON, VT 05495

As of the petition filing date, the claim is: $0.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.478** **Nonpriority creditor's name and mailing address**
LAND MOBILE CORP
651 MONTGOMERY AVE
JENKINTOWN, PA 19046

As of the petition filing date, the claim is: $781.75
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.479** **Nonpriority creditor's name and mailing address**
LANGUAGE SERVICES ASSOCIATES INC
P.O. BOX 829752
PHILADELPHIA, PA 19182-9752

As of the petition filing date, the claim is: $5,150.19
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.480** **Nonpriority creditor's name and mailing address**
LANTHEUS MEDICAL IMAGING INC
P.O. BOX 101236
ATLANTA, GA 30392-1236

As of the petition filing date, the claim is: $42,696.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.481** **Nonpriority creditor's name and mailing address**

LASALLE UNIV-SCHOOL OF NURSING
1900 W OLNEY AVE
PHILADELPHIA, PA 19141

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.482** **Nonpriority creditor's name and mailing address**

LAURENCE SPITZER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.483** **Nonpriority creditor's name and mailing address**

LEE MEDICAL LTD
30 VREELAND DR, STE 8
SKILLMAN, NJ 08558

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,559.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.484** **Nonpriority creditor's name and mailing address**

LEICA MICROSYSTEMS INC
14008 COLLECTIONS CTR DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $609.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.485** | **Nonpriority creditor's name and mailing address**

LEMAITRE VASCULAR INC
P.O. BOX 978979
DALLAS, TX 75397-8979

**As of the petition filing date, the claim is:**    $6,413.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address**

LIBERTY DOOR SYSTEMS LLC
1650 SUCKLE HWY
PENNSAUKEN, NJ 08110

**As of the petition filing date, the claim is:**    $27,493.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address**

LIBERTY ELEVAOR EXPERTS LLC
113 BARKSDALE PROFESSIONAL CTR
NEWARK, DE 19711

**As of the petition filing date, the claim is:**    $7,389.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address**

LIFECELL CORP/301582
P.O. BOX 301582
DALLAS, TX 75303-1582

**As of the petition filing date, the claim is:**    $24,938.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          788 of 889

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.489**  **Nonpriority creditor's name and mailing address**
LIJU MATHEW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $6,261.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.490**  **Nonpriority creditor's name and mailing address**
LIMB TECHNOLOGIES INC
2925 VETERANS HWY
BRISTOL, PA 19007

**As of the petition filing date, the claim is:**                                    $13,249.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.491**  **Nonpriority creditor's name and mailing address**
LINDI PRODUCTS LLC
200 BARR HARBOR DR, STE 400
CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**                                    $678.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.492**  **Nonpriority creditor's name and mailing address**
LIOFILCHEM, INC.
465 WAVERLY OAKS RD, STE 317
WALTHAM, MA 02452

**As of the petition filing date, the claim is:**                                    $255.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.493**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $16,900.00
LIONS EYE BANK OF DE
401 NO THIRD ST, STE 305            ☐ Contingent
PHILADELPHIA, PA 19123-4101            ☐ Unliquidated
                ☐ Disputed
                **Basis for the claim:**
**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
                ☑ No
                ☐ Yes

**3.494**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $195.00
LITHOTRIPTERS INC
P.O. BOX 95333                ☐ Contingent
GRAPEVINE, TX 76099            ☐ Unliquidated
                ☐ Disputed
                **Basis for the claim:**
**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
                ☑ No
                ☐ Yes

**3.495**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $14,875.00
LIVANOVA USA INC
P.O. BOX 419261                ☐ Contingent
BOSTON, MA 02241-9261            ☐ Unliquidated
                ☒ Disputed
                **Basis for the claim:**
**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
                ☑ No
                ☐ Yes

**3.496**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $997,578.96
LOCKTON COMPANIES LLC
DEPT LA 23878                ☐ Contingent
PASADENA, CA 91185-3878            ☐ Unliquidated
                ☐ Disputed
                **Basis for the claim:**
**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**            **Is the claim subject to offset?**
                ☑ No
                ☐ Yes

Debtor Name    Center City Healthcare, LLC    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.497** **Nonpriority creditor's name and mailing address**
LOGIC MEDICAL LLC
154 COOPER RD, STE 603
W BERLIN, NJ 08091

**As of the petition filing date, the claim is:**    $107.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.498** **Nonpriority creditor's name and mailing address**
LONGEVITI
303 INTERNATIONAL CIRCLE, STE 190
HUNT VALLEY, MD 21030

**As of the petition filing date, the claim is:**    $5,785.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.499** **Nonpriority creditor's name and mailing address**
LORANN OILS INC
4518 AURELIUS RD
LANSING, MI 48910

**As of the petition filing date, the claim is:**    $29.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.500** **Nonpriority creditor's name and mailing address**
LUMINAUD INC
8688 TYLER BLVD
MENTOR, OH 44060

**As of the petition filing date, the claim is:**    $1,362.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.501**

**Nonpriority creditor's name and mailing address**
LUMINEX CORP
P.O. BOX 844222
DALLAS, TX 75284-4222

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,060.80**

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.502**

**Nonpriority creditor's name and mailing address**
MA EYE & EAR INFIRMARY
243 CHARLES ST
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,000.00**

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.503**

**Nonpriority creditor's name and mailing address**
MAJOR MEDICAL HOSPITAL SVC
ACCTS RECEIVABLE
150 COOPER RD, STE G20
W BERLIN, NJ 08091

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,415.88**

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.504**

**Nonpriority creditor's name and mailing address**
MAMMOTOME
300 E BUSINESS WAY FIFTH FL
CINCINNATI, OH 45241

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,914.73**

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

---

**3.505** | **Nonpriority creditor's name and mailing address**

MANFREDI, WILLIAM J
906 SPRUCE ST APT 9
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**                    $200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address**

MARCELLA STEESE-PRISCO
C/O DEFINO LAW ASSOCIATES, PC
ATTN: BENJAMIN SIMMONS, ESQ
2541 S BROAD ST
PHILADELPHIA, PA 19148

**As of the petition filing date, the claim is:**                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
GENERAL LIABILITY CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address**

MARCI AND STEVEN PACKER
C/O MESSA & ASSOCIATES
ATTN: JOSEPH MESSA, JUSTIN GROEN
123 S 22ND ST
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**                    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY ACTION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address**

MARCIN JANKOWSKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $6,470.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.509**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $13,758.07
MARCUS ZEBROWER
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.510**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $12,025.00
MARIO DEANGELIS
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.511**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $14,694.24
MARIO GONZALEZ
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.512**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $5,168.25
MARKETLAB INC
DEPT 2506
P.O. BOX 11407
BIRMINGHAM, AL 35246-2506
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    794 of 889

Debtor Name     **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.513**  **Nonpriority creditor's name and mailing address**

MARTHA BENNETT-RYDER
C/O CLEARFIELD & KOFSKY
ATTN: LEONARD P. HABERMAN, ESQ.
ONE PENN CTR AT SUBURBAN STATION
1617 JFK BLVD, STE 355
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**UNKNOWN**

---

**3.514**  **Nonpriority creditor's name and mailing address**

MARY IM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**$5,890.55**

---

**3.515**  **Nonpriority creditor's name and mailing address**

MASIMO AMERICAS INC
28932 NETWORK PL
CHICAGO, IL 60673-1289

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**$593.60**

---

**3.516**  **Nonpriority creditor's name and mailing address**

MAYFLOWER LAUNDRY & TEXTILE SER
1350 BRASS MILL RD
BELCAMP, MD 21017-1211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**$418,044.84**

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.517** **Nonpriority creditor's name and mailing address**
MAYO COLLABORATIVE SVCS INC
P.O. BOX 9146
MINNEAPOLIS, MN 55480-9146

**As of the petition filing date, the claim is:**    $2,315.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.518** **Nonpriority creditor's name and mailing address**
MCCONNELL ORTHOPEDIC MFG CO
P.O. BOX 8306
GREENVILLE, TX 75404

**As of the petition filing date, the claim is:**    $2,285.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.519** **Nonpriority creditor's name and mailing address**
MCKESSON MEDICAL SURGICAL
12748 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $1,844.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.520** **Nonpriority creditor's name and mailing address**
MCKESSON PLASMA & BIOLOGICS LLC
16578 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $97,302.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                      Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.521**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        $2,906.43
ME STANDARDS CO LLC
221 US RTE 1
CUMBERLAND FORESIDE, ME 04110
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
  ☑ No
  ☐ Yes

**3.522**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        $159,700.00
MED EL CORP
2511 OLD CORNWALLIS RD, STE 100
DURHAM, NC 27713
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
  ☑ No
  ☐ Yes

**3.523**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        $1,176.50
MED LABEL INC
P.O. BOX 721
FLANDERS, NJ 07836
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
  ☑ No
  ☐ Yes

**3.524**  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        $61,511.05
MED TEX SERVICES INC
P.O. BOX 240
PENNS PARK, PA 18943
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
  ☑ No
  ☐ Yes

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            797 of 889

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.525** | Nonpriority creditor's name and mailing address
MEDARTIS INC
224 VALLEY CREEK BLVD, STE 100
EXTON, PA 19341

As of the petition filing date, the claim is:    $2,424.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address
MEDCOMP, INC.
1499 DELP DR
HARLEYSVILLE, PA 19438

As of the petition filing date, the claim is:    $1,260.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address
MEDELA INC
38789 EAGLE WAY
CHICAGO, IL 60678-1387

As of the petition filing date, the claim is:    $79.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.528** | Nonpriority creditor's name and mailing address
MEDI DOSE INC
VARIOUS CUSTOMER NUMBERS
LOCKBOX 238
JAMISON, PA 18929-0238

As of the petition filing date, the claim is:    $3,379.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.529**  **Nonpriority creditor's name and mailing address**

MEDIALAB INC
242 CULVER ST, STE 300
LAWRENCEVILLE, GA 30046

As of the petition filing date, the claim is:                    $9,508.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.530**  **Nonpriority creditor's name and mailing address**

MEDICAL COMPONENTS INC
1499 DELP DR
HARLEYSVILLE, PA 19438

As of the petition filing date, the claim is:                    $45,460.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.531**  **Nonpriority creditor's name and mailing address**

MEDICAL DATA INFORMATION SVCS INC
417 CAREDEAN DR BLDG E
HORSHAM, PA 19044

As of the petition filing date, the claim is:                    $1,912.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.532**  **Nonpriority creditor's name and mailing address**

MEDICAL PROCEDURES INC
2223 EASTERN AVE
BALTIMORE, MD 21231

As of the petition filing date, the claim is:                    $575.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.533**

**Nonpriority creditor's name and mailing address**
MEDICAL STAFFING SOLUTIONS INC
4499 OLD WILLIAM PENN HWY
MURRYVILLE, PA 15668-1923

As of the petition filing date, the claim is:    $325.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.534**

**Nonpriority creditor's name and mailing address**
MEDINT HOLDINGS LLC
PARKVIEW TOWER
1150 FIRST AVE, STE 450
KING OF PRUSSIA, PA 19406

As of the petition filing date, the claim is:    $1,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.535**

**Nonpriority creditor's name and mailing address**
MEDIVATORS
NW 9841
P.O. BOX 1450
MINNEAPOLIS, MN 55485

As of the petition filing date, the claim is:    $24,055.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.536**

**Nonpriority creditor's name and mailing address**
MEDLINE INDUSTRIES INC
ATTN: RON BARRETT
THREE LAKES DR
NORTHFIELD, IL 60093

As of the petition filing date, the claim is:    $2,876,520.82

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    800 of 889

Debtor Name    **Center City Healthcare, LLC**    Case number (if known) **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.537**

**Nonpriority creditor's name and mailing address**
MEDRAD INC/360172
P.O. BOX 360172
PITTSBURGH, PA 15251-6172

**As of the petition filing date, the claim is:**    $253.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538**

**Nonpriority creditor's name and mailing address**
MEDSERVICE REPAIR INC
1234 ALLANSON RD
MUNDELEIN, IL 60060-3808

**As of the petition filing date, the claim is:**    $581.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539**

**Nonpriority creditor's name and mailing address**
MEDTEC
CIVCO RADIOTHERAPY
P.O. BOX 933532
ATLANTA, GA 31193-3532

**As of the petition filing date, the claim is:**    $75.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540**

**Nonpriority creditor's name and mailing address**
MEDTEK DEVICES INC
29298 NETWORK PL
CHICAGO, IL 60673-1292

**As of the petition filing date, the claim is:**    $310.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    Center City Healthcare, LLC                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.541** | **Nonpriority creditor's name and mailing address**
MEDTRONIC USA INC.
ATTN: BRIAN CASTELEIN CBA
4642 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $1,228,076.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.542** | **Nonpriority creditor's name and mailing address**
MEMORIES UNLIMITED INC
9511 JOHNSON POINT LOOP NE
OLYMPIA, WA 98516

**As of the petition filing date, the claim is:**    $1,257.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.543** | **Nonpriority creditor's name and mailing address**
MENTOR AESTHETICS PROD/SAN RAMON
SAN RAMON
DBA MENTOR
15600 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $78,630.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.544** | **Nonpriority creditor's name and mailing address**
MENTOR WORLDWIDE LLC
15600 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $291,233.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Center City Healthcare, LLC**                   Case number (if known) **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.545** **Nonpriority creditor's name and mailing address**

MERIDIAN BIOSCIENCE CORP
P.O. BOX 630224
CINCINNATI, OH 45263-0224

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                   $3,750.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.546** **Nonpriority creditor's name and mailing address**

MERIT MEDICAL SYSTEMS INC
4450 W BULL VALLEY RD
MCHENRY, IL 60050

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                   $70,015.46
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.547** **Nonpriority creditor's name and mailing address**

MERRY X RAY CHEMICAL CORP
4909 MURPHY CANYON RD, STE 120
SAN DIEGO, CA 92123

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                   $4,257.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.548** **Nonpriority creditor's name and mailing address**

MERZ NORTH AMERICA
P.O. BOX 912073
DENVER, CO 80291

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                   $4,375.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.549**

**Nonpriority creditor's name and mailing address**
METROPOLITAN CONTRACT CARPETS INC
625 E CHAPEL AVE
CHERRY HILL, NJ 08034

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$568.00

---

**3.550**

**Nonpriority creditor's name and mailing address**
METTEL
P.O. BOX 9660
MANCHESTER, NH 03108-9660

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,137.51

---

**3.551**

**Nonpriority creditor's name and mailing address**
MIAN AHMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$415.38

---

**3.552**

**Nonpriority creditor's name and mailing address**
MICHAEL GREEN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,870.20

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.553** **Nonpriority creditor's name and mailing address**
MICHAELS, ROBERT & ASSOC
8 CHESTNUT DR
RICHBORO, PA 18954

**As of the petition filing date, the claim is:** $8,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.554** **Nonpriority creditor's name and mailing address**
MICHELLE LOZADA
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $15,165.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.555** **Nonpriority creditor's name and mailing address**
MICHELLE NAYLOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $2,254.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.556** **Nonpriority creditor's name and mailing address**
MICROAIRE SURGICAL INSTR
LOCK BOX 96565
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** $534.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.557**

**Nonpriority creditor's name and mailing address**
MICROAIRE SURGICAL INSTR/96565
LOCK BOX 96565
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $65.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558**

**Nonpriority creditor's name and mailing address**
MICROPORT CRM USA INC
5677 AIRLINE RD
ARLINGTON, TN 38002

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $6,295.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559**

**Nonpriority creditor's name and mailing address**
MICROSURGICAL TECHNOLOGY CORP
P.O. BOX 2679
REDMOND, WA 98073

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $3,574.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560**

**Nonpriority creditor's name and mailing address**
MICROTEK MEDICAL INC
FILE 4033P
P.O. BOX 911633
DALLAS, TX 75391-1633

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $14,735.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

---

**3.561** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,453.00
MICROVENTION
BANK OF AMER LOCKBOX SVCS
LOCKBOX 841775
1950 NO STEMMONS FWY, STE 5010
DALLAS, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,383.04
MILLENNIUM SURGICAL CORP
P.O. BOX 775385
CHICAGO, IL 60677-5385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $143,901.00
MIMEDX GRP INC
1775 WEST OAK COMMONS CT NE
MARIETTA, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,699.35
MINDRAY DS USA INC
24312 NETWORK PL
CHICAGO, IL 60673-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.565** **Nonpriority creditor's name and mailing address**
MIRA INC
414 QUAKER HWY
UXBRIDGE, MA 01569

**As of the petition filing date, the claim is:**    $557.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.566** **Nonpriority creditor's name and mailing address**
MIRION TECHNOLOGIES INC
P.O. BOX 101301
PASADENA, CA 91189-0005

**As of the petition filing date, the claim is:**    $3,693.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.567** **Nonpriority creditor's name and mailing address**
MISYS HEALTHCARE SYS
P.O. BOX 75214
CHARLOTTE, NC 28275-0214

**As of the petition filing date, the claim is:**    $66,869.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.568** **Nonpriority creditor's name and mailing address**
MITESH SHAH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $9,842.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    Center City Healthcare, LLC                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.569**    **Nonpriority creditor's name and mailing address**

MIZUHO AMERICA INC
30057 AHERN AVE
UNION CITY, CA 94587

**As of the petition filing date, the claim is:**    $5,027.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.570**    **Nonpriority creditor's name and mailing address**

MIZUHO ORTHOPEDIC SYSTEMS INC
DEPT CH 16977
PALATINE, IL 60055-6977

**As of the petition filing date, the claim is:**    $3,366.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571**    **Nonpriority creditor's name and mailing address**

MJR TECHNOLOGIES INC
6211 KELLERS CHURCH RD
PIPERSVILLE, PA 18947

**As of the petition filing date, the claim is:**    $3,490.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.572**    **Nonpriority creditor's name and mailing address**

MOBIUS THERAPEUTICS LLC
1000 EXECUTIVE PKWY, STE 224
ST LOUIS, MO 63141

**As of the petition filing date, the claim is:**    $3,263.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.573**

**Nonpriority creditor's name and mailing address**
MOLNLYCKE HEALTH CARE US LLC
DEPT 3248
P.O. BOX 123248
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,212.84

---

**3.574**

**Nonpriority creditor's name and mailing address**
MONTEREY MEDICAL SOLUTIONS INC
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955-5705

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,987.02

---

**3.575**

**Nonpriority creditor's name and mailing address**
MOOD MEDIA NORTH AMERICA
DBA MOOD MEDIA
P.O. BOX 602777
CHARLOTTE, NC 28260-2777

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$296.44

---

**3.576**

**Nonpriority creditor's name and mailing address**
MORE DIRECT INC
P.O. BOX 536464
PITTSBURGH, PA 15253-5906

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$900.37

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.577**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $700.00
MORSE WATCHMANS INC
2 MORSE RD
OXFORD, CT 06478
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.578**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $86,093.79
MUSCULOSKELETAL TRANSPLANT FNDTN
P.O. BOX 415911
BOSTON, MA 02241
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.579**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $4,335.10
MVAP MEDICAL SUPPLIES INC
1415 LAWRENCE DR, STE A
NEWBURY PARK, CA 91320
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.580**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $200.00
NAGORSKY, MATTHEW J MD
315 GATCOMBE LN
BRYN MAWR, PA 19010
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.581**   **Nonpriority creditor's name and mailing address**

NANCY FONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $11,238.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.582**   **Nonpriority creditor's name and mailing address**

NANOSONICS INC
DEPT CH 10899
PALATINE, IL 60055-0899

**As of the petition filing date, the claim is:**    $9,780.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.583**   **Nonpriority creditor's name and mailing address**

NATIONAL BUSINESS FURNITURE LLC
770 S 70TH ST
MILWAUKEE, WI 53214

**As of the petition filing date, the claim is:**    $15,037.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.584**   **Nonpriority creditor's name and mailing address**

NATIONAL ENERGY CONTROL CTR
312 DARBY RD
HAVERTOWN, PA 19083-4679

**As of the petition filing date, the claim is:**    $18,906.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

|  |  | Amount of claim |
|--|--|--|

**3.585**   **Nonpriority creditor's name and mailing address**

NATIONAL KIDNEY FOUNDATION
OF THE DELAWARE VALLEY
THE BOURSE
111 SO INDEPENDENCE MALL EAST
PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**    **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.586**   **Nonpriority creditor's name and mailing address**

NATIONAL RESIDENT MATCHING INC
2121 K ST NW, STE 1000
WASHINGTON, DC 20037

**As of the petition filing date, the claim is:**    **$11,093.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.587**   **Nonpriority creditor's name and mailing address**

NATIONAL TRAINING & UPGRADING
HAHNEMANN
FUND FOR HOSP/HLTHCARE EMPL DIST
1319 LOCUST ST, DIST 1199C
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**    **$28,690.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.588**   **Nonpriority creditor's name and mailing address**

NATL UNION FOR HOSP HEALTH
HAHNEMANN
DISTRICT 1199C
9-15 ALLING ST 4TH FL
NEWARK, NJ 07102-4301

**As of the petition filing date, the claim is:**    **$20,083.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.589** **Nonpriority creditor's name and mailing address**
NATUS MEDICAL INC
P.O. BOX 3604
CAROL STEAM, IL 60132-3604

As of the petition filing date, the claim is:        $47,892.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.590** **Nonpriority creditor's name and mailing address**
NEOTRACT INC
P.O. BOX 207380
DALLAS, TX 75320-7380

As of the petition filing date, the claim is:        $32,175.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.591** **Nonpriority creditor's name and mailing address**
NEPHRON STERILE COMPOUNDING CTR
4500 12TH ST EXTENSION
WEST COLUMBIA, SC 29172

As of the petition filing date, the claim is:        $32,977.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.592** **Nonpriority creditor's name and mailing address**
NESTLE WATERS NORTH AMER
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

As of the petition filing date, the claim is:        $11,151.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.593**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$56.95**
NETWORK SERVICES CO INC
29060 NETWORK PL
CHICAGO, IL 60673-1290
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.594**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$2,051.81**
NEW INNOVATIONS INC
3540 FOREST LAKE DR
UNIONTOWN, OH 44685
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.595**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$2,800.00**
NEW WORLD MEDICAL INC
10763 EDISON COURT
RANCHO CUCAMONGA, CA 91730-5448
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.596**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$5,673.00**
NEW YORK BLOOD CENTER, INC.
ATTN: GENERAL COUNSEL
310 EAST 67TH ST
NEW YORK, NY 10065
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.597**

**Nonpriority creditor's name and mailing address**
NEWS WATCH
1407 BETHLEHEM PIKE
FLOURTOWN, PA 19031

**As of the petition filing date, the claim is:**                    $60.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.598**

**Nonpriority creditor's name and mailing address**
NG, SHIU-LUN GARY R PH MBA
430 N ITHAN AVE
BRYN MAWR, PA 19010

**As of the petition filing date, the claim is:**                    $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.599**

**Nonpriority creditor's name and mailing address**
NORMAN JOHANSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $15,914.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.600**

**Nonpriority creditor's name and mailing address**
NORTH AMER MAGNETICS CORP
1515 N TOWN EAST BLVD, STE 138
P.O. BOX 428
MESQUITE, TX 75150

**As of the petition filing date, the claim is:**                    $787.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

|  |  | Amount of claim |
|---|---|---|

**3.601**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$3,794.83**

NORTHEAST PROTECTION PARTNERS INC
4231 W LINCOLN HWY 6
PARKESBURG, PA 19365-1780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.602**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$34,594.80**

NOVA BIOMEDICAL INC
P.O. BOX 983115
BOSTON, MA 02298-3115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.603**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$1,285.00**

NOVAMED
4 WESTCHESTER PLAZA
ELMSFORD, NY 10523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.604**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$617,362.50**

NTHRIVE INC
ATTN: KAY ENNIS
200 NORTH POINT CTR E, STE 600
ALPHARETTA, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.605**

**Nonpriority creditor's name and mailing address**
NUANCE COMMUNICATIONS INC
P.O. BOX 7247 6924
PHILADELPHIA, PA 19170-6924

**As of the petition filing date, the claim is:**                    $24,268.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.606**

**Nonpriority creditor's name and mailing address**
NUVASIVE INC
P.O. BOX 741902
ATLANTA, GA 30384-1902

**As of the petition filing date, the claim is:**                    $403,805.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.607**

**Nonpriority creditor's name and mailing address**
NY BLOOD CENTER
P.O. BOX 419137
BOSTON, MA 02241-9137

**As of the petition filing date, the claim is:**                    $24,632.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.608**

**Nonpriority creditor's name and mailing address**
OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A.
DBA CONCENTRA MEDICAL CTRS
ATTN: CANDICE HENSON
5080 SPECTRUM DR, 1200W
ADDISON, TX 75001

**As of the petition filing date, the claim is:**                    $407,502.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.609**  **Nonpriority creditor's name and mailing address**
OCULUS SURGICAL INC
562 NW MERCANTILE PL, STE 104
PT SAINT LUCIE, FL 34986

As of the petition filing date, the claim is:    $11,337.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
                                                    TRADE PAYABLE

**Last 4 digits of account number**                **Is the claim subject to offset?**
☑ No
☐ Yes

**3.610**  **Nonpriority creditor's name and mailing address**
OLYMPUS AMERICA INC
ATTN: ERIC VAUTRIN
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034-0610

As of the petition filing date, the claim is:    $589,680.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
                                                    TRADE PAYABLE

**Last 4 digits of account number**                **Is the claim subject to offset?**
☑ No
☐ Yes

**3.611**  **Nonpriority creditor's name and mailing address**
ONE LAMBDA INC
P.O. BOX 844749
DALLAS, TX 75284-4749

As of the petition filing date, the claim is:    $178,680.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
                                                    TRADE PAYABLE

**Last 4 digits of account number**                **Is the claim subject to offset?**
☑ No
☐ Yes

**3.612**  **Nonpriority creditor's name and mailing address**
OPTO-SYSTEMS INC
P.O. BOX 1187
120 TERRY DR
NEWTOWN, PA 18940-1988

As of the petition filing date, the claim is:    $747.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
                                                    TRADE PAYABLE

**Last 4 digits of account number**                **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Center City Healthcare, LLC**   Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.613**   **Nonpriority creditor's name and mailing address**
OPTUM360 LLC
P.O. BOX 88050
CHICAGO, IL 60680-1050

As of the petition filing date, the claim is:                        $1,507.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            Basis for the claim:
                                              TRADE PAYABLE

**Last 4 digits of account number**            Is the claim subject to offset?
                                              ☑ No
                                              ☐ Yes

---

**3.614**   **Nonpriority creditor's name and mailing address**
OPTUMINSIGHT
ATTN: NICK GULLAND
11000 OPTUM CIR
EDEN PRAIRIE, MN 55344

As of the petition filing date, the claim is:                      $395,733.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            Basis for the claim:
                                              TRADE PAYABLE

**Last 4 digits of account number**            Is the claim subject to offset?
                                              ☑ No
                                              ☐ Yes

---

**3.615**   **Nonpriority creditor's name and mailing address**
ORGANOGENESIS INC
DEPT 2542
P.O. BOX 122542
DALLAS, TX 75312-2542

As of the petition filing date, the claim is:                       $26,329.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            Basis for the claim:
                                              TRADE PAYABLE

**Last 4 digits of account number**            Is the claim subject to offset?
                                              ☑ No
                                              ☐ Yes

---

**3.616**   **Nonpriority creditor's name and mailing address**
OTICON MEDICAL LLC
580 HOWARD AVE
SOMERSET, NJ 08873

As of the petition filing date, the claim is:                      $250,377.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            Basis for the claim:
                                              TRADE PAYABLE

**Last 4 digits of account number**            Is the claim subject to offset?
                                              ☑ No
                                              ☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**        Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.617**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $77,365.41
OTIS ELEVATOR CO
P.O. BOX 13716
NEWARK, NJ 07188-0716
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.618**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $2,018.94
OVESCO ENDOSCOPY USA INC
120 QUADA DR
CARY, NC 27513
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.619**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $400.00
PA DEPT OF HEALTH
BUREAU OF LABORATORIES
DIV OF LAB IMPROVEMENT
P.O. BOX 500
EXTON, PA 19341-0500
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.620**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $2,345.08
PA DEPT OF LABOR & INDUSTRY
P.O. BOX 68572
HARRISBURG, PA 17106-8572
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.621** **Nonpriority creditor's name and mailing address**
PACESETTER INC
15900 VALLEY VIEW COURT
SYLMAR, CA 91342

**As of the petition filing date, the claim is:**   $415.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.622** **Nonpriority creditor's name and mailing address**
PAIN CARE PROFESSIONALS INC
P.O. BOX 237
WYNNEWOOD, PA 19096

**As of the petition filing date, the claim is:**   $154.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.623** **Nonpriority creditor's name and mailing address**
PARADIGM MECHANICAL LLC
805 W 5TH ST, STE 11
LANSDALE, PA 19446

**As of the petition filing date, the claim is:**   $2,879.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.624** **Nonpriority creditor's name and mailing address**
PARAGARD DIRECT
12601 COLLECTION CTR DR
CHICAGO, IL 60693-0126

**As of the petition filing date, the claim is:**   $6,265.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known) **19-11466** |
|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.625** | **Nonpriority creditor's name and mailing address**
PARK AMERICA INC
1 BALA AVE, STE 500
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**                    $86,625.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address**
PARK AMERICA, INC. OF PA
1 BALA AVE, STE 500
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
LITIGATION

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.627** | **Nonpriority creditor's name and mailing address**
PARKS MEDICAL ELECTRONICS SALES
6000 SO EASTERN, STE 10-B
LAS VEGAS, NV 89119

**As of the petition filing date, the claim is:**                    $2,036.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.628** | **Nonpriority creditor's name and mailing address**
PARKWAY CORP
150 N BROAD ST
PHILADELPHIA, PA 19102-1424

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
LITIGATION
COMMERCIAL DISPUTE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

---

**3.629**  **Nonpriority creditor's name and mailing address**

PARKWAY CORP
150 N BROAD ST
PHILADELPHIA, PA 19102-1424

**As of the petition filing date, the claim is:**                                    $310,956.50

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.630**  **Nonpriority creditor's name and mailing address**

PARMIS GREEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $262.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.631**  **Nonpriority creditor's name and mailing address**

PARTSSOURCE LLC
777 LENA DR
P.O. BOX 645186
AURORA, OH 44202

**As of the petition filing date, the claim is:**                                    $30,821.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.632**  **Nonpriority creditor's name and mailing address**

PASNAP PAC
POLITICAL ACTION FUND
1 FAYETTE ST, STE 475
CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**                                    $938.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.633** **Nonpriority creditor's name and mailing address**

PATINO, ARMANDO
75 SHELTER LN
LEVITTOWN, PA 19055

**As of the petition filing date, the claim is:**    $21,131.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.634** **Nonpriority creditor's name and mailing address**

PATTERSON DENTAL CO
P.O. BOX 732865
DALLAS, TX 75397-2865

**As of the petition filing date, the claim is:**    $1,105.40

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.635** **Nonpriority creditor's name and mailing address**

PAUL TIRADO
3548 SANDPIPER LANE
MELBOURNE, FL 32935

**As of the petition filing date, the claim is:**    $4,166.66

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.636** **Nonpriority creditor's name and mailing address**

PDC HEALTHCARE
27770 ENTERTAINMENT DR 200
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**    $970.67

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.637**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $42.18
PDC INC.
901 NORTHPOINT PKWY 110
WEST PALM BEACH, FL 33407
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.638**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $137,976.75
PECO ENERGY
2301 MARKET ST
PHILADELPHIA, PA 19103
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.639**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $700.00
PEMCO INC
5663 BRECKSVILLE RD
INDEPENDENCE, OH 44131-1593
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.640**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $10,739.72
PENN JERSEY PAPER
P.O. BOX 820974
PHILADELPHIA, PA 19182-0974
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.641**

**Nonpriority creditor's name and mailing address**
PENN POWER SY
8330 STATE RD
PHILADELPHIA, PA 19136

As of the petition filing date, the claim is:            $1,547.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.642**

**Nonpriority creditor's name and mailing address**
PENN POWER SYSTEMS INC
PENN DETROIT DIESEL ALLISON INC
8330 STATE RD
PHILADELPHIA, PA 19136

As of the petition filing date, the claim is:            $4,223.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.643**

**Nonpriority creditor's name and mailing address**
PENNSYLVANIA ASSOCIATION OF STAFF NURSES
AND ALLIED PROFESSIONALS
1 FAYETTE ST, STE 475
CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:            UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
LABOR DISPUTE (RELATING TO 401(K) MATCH)

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.644**

**Nonpriority creditor's name and mailing address**
PENNSYLVANIA ASSOCIATION OF STAFF NURSES
AND ALLIED PROFESSIONALS
1 FAYETTE ST, STE 475
CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:            UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
LABOR DISPUTE (RELATING TO 15% DIFFERENTIAL)

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.645**

**Nonpriority creditor's name and mailing address**
PENNSYLVANIA ASSOCIATION OF STAFF NURSES
AND ALLIED PROFESSIONALS
C/O LISA LESHINKSI, ESQ.
1 FAYETTE ST, STE 475
CONSHOHOCKEN, PA 19428

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
LABOR DISPUTE (RELATING YVETTE WATKINS)

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.646**

**Nonpriority creditor's name and mailing address**
PENNSYLVANIA ASSOCIATION OF STAFF NURSES
AND ALLIED PROFESSIONALS
1 FAYETTE ST, STE 475
CONSHOHOCKEN, PA 19428

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
NLRB CLAIM RE: IMPROPER TRANSFER OF RNS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.647**

**Nonpriority creditor's name and mailing address**
PENNSYLVANIA ASSOCIATION OF STAFF NURSES
AND ALLIED PROFESSIONALS
C/O LISA LESHINKSI, ESQ.
1 FAYETTE ST, STE 475
CONSHOHOCKEN, PA 19428

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
NLRB CHARGE RE: VALIDITY OF FTP AGREEMENTS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.648**

**Nonpriority creditor's name and mailing address**
PENTAX OF AMERICA INC
INNOVATION CTR, STE 1
303 CONVENTION WAY
REDWOOD CITY, CA 94063

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $520.03

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.649**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $88,345.00
PENUMBRA INC
P.O. BOX 101836                                         ☐ Contingent
PASADENA, CA 91189-1836                                 ☐ Unliquidated
                                                        ☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.650**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $28,021.76
PERKIN ELMER GENETICS INC
P.O. BOX 405819                                         ☐ Contingent
ATLANTA, GA 30384-5819                                  ☐ Unliquidated
                                                        ☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.651**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $190.00
PHAGEINBULE CO
P.O. BOX 11                                             ☐ Contingent
BRIDGEWATER, VT 05034                                   ☐ Unliquidated
                                                        ☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.652**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $11,117.58
PHARMACY ONESOURCE INC
62417 COLLECTIONS CTR DR                                ☐ Contingent
CHICAGO, IL 60693-0624                                  ☐ Unliquidated
                                                        ☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
                                                        TRADE PAYABLE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

Debtor Name    **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.653** | **Nonpriority creditor's name and mailing address**
PHARMEDIUM SVCS LLC
29104 NETWORK PL
CHICAGO, IL 60673-1291

**As of the petition filing date, the claim is:**      $1,692.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

**3.654** | **Nonpriority creditor's name and mailing address**
PHILADELPHIA BALL & ROLLER
P.O. BOX 37015
PHILADELPHIA, PA 19122-0715

**As of the petition filing date, the claim is:**      $3,967.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

**3.655** | **Nonpriority creditor's name and mailing address**
PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

**As of the petition filing date, the claim is:**      $226,920.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

**3.656** | **Nonpriority creditor's name and mailing address**
PHILADELPHIA GAS WORKS
P.O. BOX 11700
NEWARK, NJ 07101-4700

**As of the petition filing date, the claim is:**      $379.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.657** **Nonpriority creditor's name and mailing address**

PHILADELPHIA UROSURGICAL ASSOC PC
207 N BROAD ST 4TH FL
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:** $25,298.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.658** **Nonpriority creditor's name and mailing address**

PHILIPS ELECTRONICS NO AME
MED SYS/PHILIPS ULTRASOUND/INVIVO
P.O. BOX 100355
ATLANTA, GA 30384-0355

**As of the petition filing date, the claim is:** $120,871.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.659** **Nonpriority creditor's name and mailing address**

PHILIPS HEALTHCARE
P.O. BOX 403831
ATLANTA, GA 30384-3831

**As of the petition filing date, the claim is:** $7,721.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.660** **Nonpriority creditor's name and mailing address**

PHILIPS MEDICAL SYSTEM INC
P.O. BOX 847182
DALLAS, TX 75284-7182

**As of the petition filing date, the claim is:** $22,293.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.661** **Nonpriority creditor's name and mailing address**
PHYICIA MCFADDEN
3300 HENRY AVE, APT 301
PHILADELPHIA, PA 19129

**As of the petition filing date, the claim is:**    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
PENNSYLVANIA WAGE PAYMENT AND COLLECTION LAW

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.662** **Nonpriority creditor's name and mailing address**
PHYSICIANS RECORD CO INC/BERWYN
3000 SO RIDGELAND AVE
BERWYN, IL 60402-0724

**As of the petition filing date, the claim is:**    $794.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.663** **Nonpriority creditor's name and mailing address**
PHYSIO CONTROL CORP
12100 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $3,193.05
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.664** **Nonpriority creditor's name and mailing address**
PITNEY BOWES INC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

**As of the petition filing date, the claim is:**    $758.12
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.665**

**Nonpriority creditor's name and mailing address**

PMT CORP
P.O. BOX 610
CHANHASSEN, MN 55317

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,149.84

---

**3.666**

**Nonpriority creditor's name and mailing address**

POWER SYSTEMS SPECIALISTS INC
P.O. BOX 1216
103 RTE 6
MILFORD, PA 18337

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,796.24

---

**3.667**

**Nonpriority creditor's name and mailing address**

PPG ARCHITECTURAL FINISHES
P.O. BOX 536864
ATLANTA, GA 30353-6864

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,604.93

---

**3.668**

**Nonpriority creditor's name and mailing address**

PRAMOOD KALIKIRI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,059.08

Debtor Name      **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.669** | **Nonpriority creditor's name and mailing address**

PRECISION BIOLOGICALS
140 EILEEN STUBBS AVE
DARTMOUTH, NS B3B 0A9
CANADA

**As of the petition filing date, the claim is:**                     $339.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.670** | **Nonpriority creditor's name and mailing address**

PRECISION DYNAMICS CORP
P.O. BOX 71549
CHICAGO, IL 60694-1995

**As of the petition filing date, the claim is:**                     $5,216.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.671** | **Nonpriority creditor's name and mailing address**

PRECISION LASER SPECIALIST INC
DEPT 4924
CAROL STREAM, IL 60122-4924

**As of the petition filing date, the claim is:**                     $1,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.672** | **Nonpriority creditor's name and mailing address**

PRESCOTTS INC
18940 MICROSCOPE WAY
MONUMENT, CO 80132

**As of the petition filing date, the claim is:**                     $4,428.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known) **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.673** **Nonpriority creditor's name and mailing address**

PRIME GROUP REMEDIATION INC
P.O. BOX 6
BENSALEM, PA 19020

**As of the petition filing date, the claim is:**                    $15,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.674** **Nonpriority creditor's name and mailing address**

PRIORITY HEALTHCARE DISTRIB INC
P.O. BOX 978510
DALLAS, TX 75397-8510

**As of the petition filing date, the claim is:**                    $436.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.675** **Nonpriority creditor's name and mailing address**

PROFESSIONAL TRAUMA SVCS
12 HESSIAN WAY
CHERRY HILL, NJ 08003

**As of the petition filing date, the claim is:**                    $3,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.676** **Nonpriority creditor's name and mailing address**

PSEA HEALTHCARE
PA ASSOC OF STAFF NURSES & ALLIED PROFESSIONALS
1 FAYETTE ST, STE 475
CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**                    $459,721.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                  Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.677**  **Nonpriority creditor's name and mailing address**

PUBLIC HEALTH MANAGEMENT CORP
CENTRE SQUARE EAST
1500 MARKET ST
PHILADELPHIA, PA 19102

**As of the petition filing date, the claim is:**                  $27,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.678**  **Nonpriority creditor's name and mailing address**

PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

**As of the petition filing date, the claim is:**                  $5,158.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.679**  **Nonpriority creditor's name and mailing address**

QIAGEN INC
P.O. BOX 5132
CAROL STREAM, IL 60197-5132

**As of the petition filing date, the claim is:**                  $4,395.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.680**  **Nonpriority creditor's name and mailing address**

QUESET MEDICAL CORP
P.O. BOX 1287
BROCKTON, MA 02303

**As of the petition filing date, the claim is:**                  $78.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
| --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

|  | **Amount of claim** |
| --- | --- |

**3.681** **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS
900 BUSINESS CTR DR
HORSHAM, PA 19044

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**$90,520.74**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.682** **Nonpriority creditor's name and mailing address**

QUVA PHARMA INC
ATTN: ACCOUNTING DEPT
1075 W PARK ONE DR, STE 100
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**$9,815.70**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.683** **Nonpriority creditor's name and mailing address**

RAD SOURCE TECHNOLOGIES INC
4907 GOLDEN PARKWAY, STE 400
BULFORD, GA 30518

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**$64,385.76**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.684** **Nonpriority creditor's name and mailing address**

RADIATION ONCOLOGIST PA
P.O. BOX 4460
WILMINGTON, DE 19807-4460

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**$15,000.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.685**

**Nonpriority creditor's name and mailing address**
RADIOLOGY SOLUTIONS
P.O. BOX 127
GIBBSBORO, NJ 08026

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,276.69

**3.686**

**Nonpriority creditor's name and mailing address**
RADIOMETER AMERICA INC.
250 S KRAEMER BLVD
BREA, CA 92821

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$73,821.46

**3.687**

**Nonpriority creditor's name and mailing address**
RADSOURCE IMAGING TECHNOLOGIES
8121 NW 97TH TERR
KANSAS CITY, MO 64153

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$186,608.70

**3.688**

**Nonpriority creditor's name and mailing address**
RECRUITIQ STAFFING LLC
2250 HICKORY RD, STE 240
PLYMOUTH MEETING, PA 19462

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,400.00

Debtor Name    Center City Healthcare, LLC                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.689**  **Nonpriority creditor's name and mailing address**

REGENTS OF UNIV CA
DBA UCLA IMMUNOGENETICS CTR
924 WESTWOOD BLVD, STE 450
LOS ANGELES, CA 90095-7209

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $1,630.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.690**  **Nonpriority creditor's name and mailing address**

REMEL INC
P.O. BOX 96299
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $67,203.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.691**  **Nonpriority creditor's name and mailing address**

RENAL TREATMENT CENTERS SE LP - DAVITA
ATTN: CLENN FROST
2476 EAST SWEDESFORD RD, STE 150
MALVERN, PA 19355

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $1,450,492.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.692**  **Nonpriority creditor's name and mailing address**

REPROCESSING PRODUCTS CORP
P.O. BOX 41154
PLYMOUTH, MN 55441

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $205.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.693** | **Nonpriority creditor's name and mailing address**
RHYTHMLINK INTERNATIONAL LCC CORP
P.O. BOX 2045
COLUMBIA, SC 29202-2045

**As of the petition filing date, the claim is:**                $25,382.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.694** | **Nonpriority creditor's name and mailing address**
RICCIARDI BROTHERS OLD CITY INC
2041 OREGON AVE
PHILADELPHIA, PA 19145

**As of the petition filing date, the claim is:**                $29.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.695** | **Nonpriority creditor's name and mailing address**
RICHARD ALLAN SCIENTIFIC CO
DBA THERMO FISHER SCIENTIFIC
98194 COLLECTIONS CTR DR
CHICAGO, IL 60693-8194

**As of the petition filing date, the claim is:**                $235.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.696** | **Nonpriority creditor's name and mailing address**
RICHARD STABILE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $8,561.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.697**  **Nonpriority creditor's name and mailing address**

RNA MEDICAL 002/USE V608755
7 JACKSON RD
DEVENS, MA 01434-4026

**As of the petition filing date, the claim is:**    $488.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.698**  **Nonpriority creditor's name and mailing address**

ROBERT GANTER CONTRACTORS INC
595 E PUMPING STATION RD
QUAKERTOWN, PA 18951

**As of the petition filing date, the claim is:**    $19,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.699**  **Nonpriority creditor's name and mailing address**

ROBERT JOHNSON
C/O VAN DER VEEN, O'NEILL, HARTSHORN & LEVIN
ATTN: M. T. VAN DER VEEN, R. COBLE
1219 SPRUCE ST
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**    UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.700**  **Nonpriority creditor's name and mailing address**

ROBERT KOENIGSBERG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $9,556.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.701**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$104,236.20**
ROCHE DIAGNOSTICS CORP
MAIL CODE 5508
P.O. BOX 71209
CHARLOTTE, NC 28272-1209
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

**3.702**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$1,510.30**
ROMED INC
2860 HEDLEY ST, STE 101
PHILADELPHIA, PA 19137-1919
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

**3.703**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$6,258.64**
RONALD BELONIA
ADDRESS REDACTED
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

**3.704**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$7,570.47**
RUHOF CORP, THE
393 SAGAMORE AVE
MINEOLA, NY 11501-1919
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
    ☑ No
    ☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

---

**3.705**

**Nonpriority creditor's name and mailing address**
RUMSEY ELECTRIC CO
P.O. BOX 824429
PHILADELPHIA, PA 19182-4429

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $87.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.706**

**Nonpriority creditor's name and mailing address**
RUTGERS THE STATE UNIVERSITY
326 PENN ST,RM 006
CAMDEN, NJ 08102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.707**

**Nonpriority creditor's name and mailing address**
RUTGERS UNIVERSITY
CAREER CTR
326 PENN ST ROM 006
CAMDEN, NJ 08102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.708**

**Nonpriority creditor's name and mailing address**
RYAN CHMIOLA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,444.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.709** Nonpriority creditor's name and mailing address

RYDER LABORATORY INC
559 DEER PARK AVE
HUNTINGTON STATION, NY 11746

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,088.00

---

**3.710** Nonpriority creditor's name and mailing address

S&S WORLDWIDE INC
ACCOUNTS RECEIVABLE
P.O. BOX 210
HARTFORD, CT 06141-0210

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.92

---

**3.711** Nonpriority creditor's name and mailing address

SAGE PRODUCTS INC
2785 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,260.08

---

**3.712** Nonpriority creditor's name and mailing address

SAHIL BANKA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,706.56

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.713** Nonpriority creditor's name and mailing address
SANINUJ MALAYAMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $10,734.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.714** Nonpriority creditor's name and mailing address
SANTIAGO MUNOZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $12,280.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.715** Nonpriority creditor's name and mailing address
SCA PHARMACEUTICALS
P.O. BOX 896546
CHARLOTTE, NC 28289-6546

As of the petition filing date, the claim is:                    $1,690.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.716** Nonpriority creditor's name and mailing address
SCANLAN INTERNATIONAL
ONE SCANLAN PLAZA
ST PAUL, MN 55107

As of the petition filing date, the claim is:                    $3,507.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Center City Healthcare, LLC**                     Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.717** | **Nonpriority creditor's name and mailing address**
SCANMED LLC
9840 SO 140TH ST, STE 8
OMAHA, NE 68138

**As of the petition filing date, the claim is:**                **$5,470.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.718** | **Nonpriority creditor's name and mailing address**
SCHUYLKILL MED CENTER SO
420 SO JACKSON ST
POTTSVILLE, PA 17901

**As of the petition filing date, the claim is:**                **$2,489.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.719** | **Nonpriority creditor's name and mailing address**
SCIENTIFIC APPARATUS SVC INC
P.O. BOX 420
HAINESPORT, NJ 08036

**As of the petition filing date, the claim is:**                **$4,481.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.720** | **Nonpriority creditor's name and mailing address**
SCOTT TESTING INC
245 WHITEHEAD RD
HAMILTON, NJ 08619

**As of the petition filing date, the claim is:**                **$43,984.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.721**  **Nonpriority creditor's name and mailing address**

SEASPINE SALES LLC
P.O. BOX 207146
DALLAS, TX 75320-7146

As of the petition filing date, the claim is:                $138,131.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.722**  **Nonpriority creditor's name and mailing address**

SEIKA LEE GREEN
C/O PATBERG LAW FIRM
ATTN: CYNTHIA O'DONNELL, ESQ.
1034 PERALTA ST
PITTSBURGH, PA 15212

As of the petition filing date, the claim is:                UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.723**  **Nonpriority creditor's name and mailing address**

SERACARE LIFE SCIENCES CORP
P.O. BOX 417605
BOSTON, MA 02241-7605

As of the petition filing date, the claim is:                $8,064.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.724**  **Nonpriority creditor's name and mailing address**

SHAEFFERS, WM AJ SONS INC
ELECTRICAL CONTRACTORS
169 BORO LINE RD
KING OF PRUSSIA, PA 19406

As of the petition filing date, the claim is:                $5,961.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.725**    **Nonpriority creditor's name and mailing address**
SHAMROCK SCIENTIFIC SPECIALTY INC
34 DAVIS DR
BELLWOOD, IL 60104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,387.23

**3.726**    **Nonpriority creditor's name and mailing address**
SHARN INC
DEPT 2459
P.O. BOX 11407
BIRMINGHAM, AL 35246-2459

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,626.37

**3.727**    **Nonpriority creditor's name and mailing address**
SHARON FULLERTON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,131.13

**3.728**    **Nonpriority creditor's name and mailing address**
SHARON MINDEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$494.02

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.729** Nonpriority creditor's name and mailing address
SHELLEY GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $310.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.730** Nonpriority creditor's name and mailing address
SHERRY SHANG
ADDRESS REDACTED

As of the petition filing date, the claim is:     $12,021.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.731** Nonpriority creditor's name and mailing address
SHERRY STONE
C/O EDELSTEIN MARTIN & NELSON, LLP
ATTN: PETER K. JANCZYK, ESQ.
123 SOUTH BROAD ST, STE 1820
PHILADELPHIA, PA 19109

As of the petition filing date, the claim is:     **UNKNOWN**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.732** Nonpriority creditor's name and mailing address
SHERWIN WILLIAMS
827 SPRING GARDEN ST
PHILADELPHIA, PA 19123-2604

As of the petition filing date, the claim is:     $23,733.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.733**

**Nonpriority creditor's name and mailing address**
SHIRAZIE, RAZA
10502 HICKORY GLEN DR
COLUMBIA, MD 21044

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,225.00

**3.734**

**Nonpriority creditor's name and mailing address**
SHRED IT US JV LLC
28883 NETWORK PL
CHICAGO, IL 60673-1288

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,693.29

**3.735**

**Nonpriority creditor's name and mailing address**
SIEMENS INDUSTRY INC
C/O CITIBANK
P.O. BOX 2134
CAROL STREAM, IL 60132-2134

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$196.20

**3.736**

**Nonpriority creditor's name and mailing address**
SIEMENS MEDICAL SOLUTIONS USA, INC.
40 LIBERTY BLVD
MALVERN, PA 19355

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$88,895.07

Debtor Name     Center City Healthcare, LLC                    Case number (if known) **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

---

**3.737**

**Nonpriority creditor's name and mailing address**
SIGMA ALDRICH INC
P.O. BOX 535182
ATLANTA, GA 30353-5182

**As of the petition filing date, the claim is:**                    $3,069.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.738**

**Nonpriority creditor's name and mailing address**
SMITH & NEPHEW
ATTN: PETER J BUTERA
150 MINUTEMAN RD
ANDOVER, MA 01810

**As of the petition filing date, the claim is:**                    $410,786.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.739**

**Nonpriority creditor's name and mailing address**
SMITHS MEDICAL
6000 NATHAN LANE N
MINNEAPOLIS, MN 55442

**As of the petition filing date, the claim is:**                    $390.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.740**

**Nonpriority creditor's name and mailing address**
SMITHS MEDICAL ASD INC
P.O. BOX 7247-7784
PHILADELPHIA, PA 19170-7784

**As of the petition filing date, the claim is:**                    $6,014.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.741**

**Nonpriority creditor's name and mailing address**

SOCIETY THORACIC SURGEONS
NATIONAL DATABASE
P.O. BOX 809265
CHICAGO, IL 60680-9265

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,850.00

---

**3.742**

**Nonpriority creditor's name and mailing address**

SODEXO INC
ATTN: CATHERINE TABAKA, CEO HEALTHCARE
600 CITY PARKWAY WEST, STE 610
ORANGE, CA 92868

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$778,801.25

---

**3.743**

**Nonpriority creditor's name and mailing address**

SOLID WASTE SERVICES INC.
D/B/A JP MASCARO AND SONS
ATTN: JOSEPH MASCARO
2650 AUDUBON RD
AUDUBON, PA 19403

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$118,769.98

---

**3.744**

**Nonpriority creditor's name and mailing address**

SOURCEHOV HEALTHCARE INC
ATTN: PRESIDENT
100 EXECUTIVE CTR DR, STE 101
COLUMBIA, SC 29210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$308,193.05

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.745** **Nonpriority creditor's name and mailing address**
SOUTHAMPTON WINDOW CLEANING
& JANITORIAL SVC INC
P.O. BOX 542
SOUTHAMPTON, PA 18966

**As of the petition filing date, the claim is:**    $1,731.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.746** **Nonpriority creditor's name and mailing address**
SOVEREIGN MEDICAL INC
620 H VALLEY FORGE RD
HILLSBOROUGH, NC 27278

**As of the petition filing date, the claim is:**    $938.72
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.747** **Nonpriority creditor's name and mailing address**
SPECIALTY CARE IOM SVCS LLC
DEPT 1614
P.O. BOX 11407
BIRMINGHAM, AL 35246-1614

**As of the petition filing date, the claim is:**    $7,978.34
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.748** **Nonpriority creditor's name and mailing address**
SPECIALTY SURGICAL INSTRUMENT
1123 NO US HWY 93
VICTOR, MT 59875

**As of the petition filing date, the claim is:**    $667.98
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known) **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.749** Nonpriority creditor's name and mailing address
SPECIALTY SURGICAL PRODUCTS INC
ATTN: GENERAL COUNSEL
3 MARYLAND FARMS, STE 200
BRENTWOOD, TN 37027

As of the petition filing date, the claim is:            $353,490.28
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.750** Nonpriority creditor's name and mailing address
SPECIALTYCARE CARDIOVASCULAR
DEPT 1614
P.O. BOX 11407
BIRMINGHAM, AL 35246-4565

As of the petition filing date, the claim is:            $114,085.42
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.751** Nonpriority creditor's name and mailing address
SPECTRANETICS CORP
DEPT CH 19038
PALATINE, IL 60055-9038

As of the petition filing date, the claim is:            $74,390.74
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.752** Nonpriority creditor's name and mailing address
SPINALGRAFT TECHNOLOGIES LLC
4642 COLLECTION CTR DR
CHICAGO, IL 60693-0046

As of the petition filing date, the claim is:            $28,644.64
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known) **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.753**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $13,973.00
SPORTWORX INC
4040 BEECH OVERLOOK WAY
BUFORD, GA 30518-5912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.754**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $129.19
SST GROUP INC
309 LAURELWOOD RD, STE 20
SANTA CLARA, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.755**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $43,976.85
ST JUDE MEDICAL SC INC
22400 NETWORK PL
CHICAGO, IL 60673-1224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.756**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $540.00
ST. JUDE MEDIC
C/O ABBOTT LABORATORIES
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.757** | **Nonpriority creditor's name and mailing address**
STAPLES
P.O. BOX 70242
PHILADELPHIA, PA 19176-0245

As of the petition filing date, the claim is:    $131,523.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.758** | **Nonpriority creditor's name and mailing address**
STAR MEDICAL EQUIPMENT LLC
P.O. BOX 742
PLYMOUTH MEETING, PA 19462

As of the petition filing date, the claim is:    $695.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.759** | **Nonpriority creditor's name and mailing address**
STATE INDUSTRIAL PRODUCTS
P.O. BOX 844284
BOSTON, MA 02284-4284

As of the petition filing date, the claim is:    $926.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.760** | **Nonpriority creditor's name and mailing address**
STATE OF THE ART MED PRODUCTS INC
41 CANFIELD RD
CEDAR GROVE, NJ 07009-6144

As of the petition filing date, the claim is:    $1,097.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.761**

**Nonpriority creditor's name and mailing address**
STERICYCLE INC
28161 N KEITH DR
LAKE FOREST, IL 60045

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$148,823.74

---

**3.762**

**Nonpriority creditor's name and mailing address**
STERILMED INC
62792 COLLECTIONS CTR DR
CHICAGO, IL 60693-0627

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$53,863.93

---

**3.763**

**Nonpriority creditor's name and mailing address**
STERIS CORP
P.O. BOX 644063
PITTSBURGH, PA 15264-4063

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$79,883.45

---

**3.764**

**Nonpriority creditor's name and mailing address**
STERIS INSTRUMENT MANAGEMENT
P.O. BOX 531809
ATLANTA, GA 30353-1809

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$45,619.67

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.765**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $61,895.38
STORZ, KARL ENDOSCOPY AMER INC
FILE 53514
LOS ANGELES, CA 90074-3514
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.766**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $28,426.44
STRASSHEIM GRAPHIC DESIGN &
1500 SPRING GARDEN ST, STE 225
PHILADELPHIA, PA 19130
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.767**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $422.00
STRECK LABORATORIES
P.O. BOX 45625
OMAHA, NE 68145-0625
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.768**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $69,668.98
STRYKER
21912 NETWORK PL
CHICAGO, IL 60673-1912
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.769** **Nonpriority creditor's name and mailing address**
STRYKER MEDICAL CORP
MEDICAL DIVISION
C/O STRYKER SALES CORP
P.O. BOX 93308
CHICAGO, IL 60673-3308

As of the petition filing date, the claim is:      $1,746.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.770** **Nonpriority creditor's name and mailing address**
STRYKER NEUROV
47900 BAYSIDE PARKWAY
FREMONT, CA 94538-6516

As of the petition filing date, the claim is:      $27,878.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.771** **Nonpriority creditor's name and mailing address**
STRYKER SALES CORP
3800 E CENTRE AVE
PORTAGE, MI 49002

As of the petition filing date, the claim is:      $241,141.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.772** **Nonpriority creditor's name and mailing address**
STRYKER SURGIC
4100 EAST MILHAM AVE
KALAMAZOO, MI 49001

As of the petition filing date, the claim is:      $4,235.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    Center City Healthcare, LLC                     Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.773**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $13,463.00
SUN NUCLEAR CORPORATION
3275 SUNTREE BLVD                        ☐ Contingent
MELBOURNE, FL 32940                      ☐ Unliquidated
                                         ☐ Disputed
                                         **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

**3.774**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $85,287.60
SUPPLEMENTAL HEALTH CARE SVCS LTD
P.O. BOX 677896                          ☐ Contingent
DALLAS, TX 75267-7896                    ☐ Unliquidated
                                         ☐ Disputed
                                         **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

**3.775**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $1,129.07
SURGICAL CONCEPTS II CORP
4919 WARRENSVILLE CTR RD                 ☐ Contingent
CLEVELAND, OH 44128                      ☐ Unliquidated
                                         ☐ Disputed
                                         **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

**3.776**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $3,569.42
SURGICAL ONE INC
23030 E INDUSTRIAL DR                    ☐ Contingent
SAINT CLAIR SHORES, MI 48080-1177        ☐ Unliquidated
                                         ☐ Disputed
                                         **Basis for the claim:**
**Date or dates debt was incurred**         TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

Debtor Name   **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.777**

**Nonpriority creditor's name and mailing address**
SUSAN HARDING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**         $4,728.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.778**

**Nonpriority creditor's name and mailing address**
SUTURE EXPRESS INC
P.O. BOX 842806
KANSAS CITY, MO 64184-2806

**As of the petition filing date, the claim is:**         $13,738.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.779**

**Nonpriority creditor's name and mailing address**
SYNERGY GLASS & DOOR SERVICE LLC
1116 MACDADE BLVD UNIT G
COLLINGDALE, PA 19023

**As of the petition filing date, the claim is:**         $966.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.780**

**Nonpriority creditor's name and mailing address**
SYNOVIS MICRO COS ALLIANCE INC
P.O. BOX 890092
CHARLOTTE, NC 28289-0092

**As of the petition filing date, the claim is:**         $17,983.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known) **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.781** | **Nonpriority creditor's name and mailing address**
SYSTEMATCH TECHNICAL MGMT SVC
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

**As of the petition filing date, the claim is:** $52,959.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.782** | **Nonpriority creditor's name and mailing address**
TARA SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $2,461.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address**
TAWANA MCKEITHER, INDIVIDUALLY AND
ADMINISTRATRIX OF ESTATE OF DEBORAH MCKEITHER

**As of the petition filing date, the claim is:** UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address**
TAYLOR CORP
STANDARD REGISTER
P.O. BOX 91047
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** $35,763.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.785** Nonpriority creditor's name and mailing address
TELA BIO
1 GREAT VALLEY PKWY 24
MALVERN, PA 19355

As of the petition filing date, the claim is:                $9,072.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.786** Nonpriority creditor's name and mailing address
TELEFLEX MEDICAL
P.O. BOX 601608
CHARLOTTE, NC 28260-1608

As of the petition filing date, the claim is:                $30,313.26
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.787** Nonpriority creditor's name and mailing address
TENET BUSINESS SERVICES CORPORATION, INC.
C/O POTTER ANDERSON & CORROON LLP
ATTN: JOHN A. SENSING
1313 N MARKET ST, HERCULES PLZ, 6TH FL
P.O. BOX 951
WILMINGTON, DE 19801

As of the petition filing date, the claim is:                UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
LITIGATION
COMMERCIAL DISPUTE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

**3.788** Nonpriority creditor's name and mailing address
TENET HEALTHSYSTEM MEDICAL INC
ATTN: MICHAEL MALONEY
1445 ROSS AVE, STE 1400
DALLAS, TX 75202

As of the petition filing date, the claim is:                $10,719,013.55
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.789** | **Nonpriority creditor's name and mailing address**
TERESE METZGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,257.76

---

**3.790** | **Nonpriority creditor's name and mailing address**
TERRY VU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,182.30

---

**3.791** | **Nonpriority creditor's name and mailing address**
TERUMO BCT INC
FORMERLY CARIDIAN BCT INC
DEPT 7087
CAROL STREAM, IL 60122-7087

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$779.60

---

**3.792** | **Nonpriority creditor's name and mailing address**
TERUMO MEDICAL CORP
P.O. BOX 281285
ATLANTA, GA 30384-1285

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,524.64

---

Debtor Name      **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.793** | **Nonpriority creditor's name and mailing address**

THANKS FOR BEING GREEN LLC
205 PARK PL
AUDUBON, NJ 08106

**As of the petition filing date, the claim is:**          $980.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.794** | **Nonpriority creditor's name and mailing address**

THD AMERICA INC
1731 SE ORALABOR RD
ANKENY, IA 50021-9412

**As of the petition filing date, the claim is:**          $5,495.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.795** | **Nonpriority creditor's name and mailing address**

THERATEST LABORATORIES INC
1120 N DUPAGE AVE
LOMBARD, IL 60148

**As of the petition filing date, the claim is:**          $3,372.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.796** | **Nonpriority creditor's name and mailing address**

THERMASOLUTIONS INC
1889 BUERKLE RD
WHITE BEAR LAKE, MN 55110

**As of the petition filing date, the claim is:**          $14,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.797** | **Nonpriority creditor's name and mailing address**
THORATEC CORP/REMIT
15556 COLLECTION CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** $25,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.798** | **Nonpriority creditor's name and mailing address**
THREE RIVERS MOTHERS MILK BANK
3127 PENN AVE
PITTSBURG, PA 15201

**As of the petition filing date, the claim is:** $5,866.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.799** | **Nonpriority creditor's name and mailing address**
THYSSENKRUPP ELEVATOR CORP
2801 NETWORK BLVD, STE 700
FRISCO, TX 75034

**As of the petition filing date, the claim is:** $199,420.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.800** | **Nonpriority creditor's name and mailing address**
TIRADO, PAUL J
3548 SANDPIPER LN
MELBOURNE, FL 32935

**As of the petition filing date, the claim is:** $8,333.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name  **Center City Healthcare, LLC**  Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.801** **Nonpriority creditor's name and mailing address**
TISSUE REGENIX WOUND CARE INC
P.O. BOX 841379
DALLAS, TX 75284

As of the petition filing date, the claim is:  $11,019.75
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**  **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.802** **Nonpriority creditor's name and mailing address**
TORNIER INC
P.O. BOX 4631
HOUSTON, TX 77210-4631

As of the petition filing date, the claim is:  $9,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**  **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.803** **Nonpriority creditor's name and mailing address**
TOTAL PACKAGE EXPRESS INC
P.O. BOX 426
FOLCROFT, PA 19032

As of the petition filing date, the claim is:  $22,299.51
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**  **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.804** **Nonpriority creditor's name and mailing address**
TOZOUR ENERGY
3606 HORIZON DR
KING OF PRUSSIA, PA 19406

As of the petition filing date, the claim is:  $135,674.12
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**  **Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                      **Amount of claim**

**3.805**

**Nonpriority creditor's name and mailing address**
TRACEY SCHONELY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,977.87

---

**3.806**

**Nonpriority creditor's name and mailing address**
TRACY, BRIAN
120 COTTON ST 1ST FL
PHILADELPHIA, PA 19127

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,200.00

---

**3.807**

**Nonpriority creditor's name and mailing address**
TRANSCAT
P.O. BOX 62827
BALTIMORE, MD 21204-2827

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,803.92

---

**3.808**

**Nonpriority creditor's name and mailing address**
TRANSLOGIC CORP
11325 MAIN ST
BROOMFIELD, CO 80020

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,696.92

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.809** **Nonpriority creditor's name and mailing address**

TRAUMA CENTER ASSOC OF AMER
108 GATEWAY BLVD, STE 103
MOORESVILLE, NC 28117

**As of the petition filing date, the claim is:**    $1,666.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.810** **Nonpriority creditor's name and mailing address**

TREACE MEDICAL CONCEPTS INC
203 FORT WADE RD, STE 150
PONTE VERDA BEACH, FL 32081

**As of the petition filing date, the claim is:**    $3,995.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.811** **Nonpriority creditor's name and mailing address**

TRI ANIM HEALTH SVCS INC
25197 NETWORK PL
CHICAGO, IL 60673-1251

**As of the petition filing date, the claim is:**    $31,538.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.812** **Nonpriority creditor's name and mailing address**

TRI STATE OPHTHALMICS
10 SEALS DR
MONROE, NY 10950-3949

**As of the petition filing date, the claim is:**    $624.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.813** | **Nonpriority creditor's name and mailing address**

TRISONICS INC
3535 WALNUT ST
HARRISBURG, PA 17109

As of the petition filing date, the claim is:    $11,788.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address**

TVR COMMUNICATIONS
1979 MARCUS AVE, STE 226
LAKE SUCCESS, NY 11042-1002

As of the petition filing date, the claim is:    $2,064.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address**

TYPENEX MEDICAL CORP
303 E WACKER DR  1030
CHICAGO, IL 60601

As of the petition filing date, the claim is:    $2,960.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address**

TZ MEDICAL INC
17750 SW UPPER BOONES
FERRY RD, STE 150
PORTLAND, OR 97224

As of the petition filing date, the claim is:    $518.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.817** | **Nonpriority creditor's name and mailing address**
ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741

As of the petition filing date, the claim is:    $4,013.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address**
ULRICH MEDICAL USA INC
29579 NETWORK PL
CHICAGO, IL 60673-1295

As of the petition filing date, the claim is:    $12,824.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address**
UMS LITHOTRIPSY SERVICES OF GREATER PHILADELPHIA, LLC
1700 WEST PARK DR, STE 410
WESTBOROUGH, MA 01581

As of the petition filing date, the claim is:    $70,398.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address**
UMS LITHOTRIPSY SVC OF GREATER
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

As of the petition filing date, the claim is:    $44,484.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.821**

**Nonpriority creditor's name and mailing address**
UMS MR FUSION SERVICES OF EASTERN
1700 WEST PARK DR, STE 410
WESTBOROUGH, MA 01581

As of the petition filing date, the claim is:      $13,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.822**

**Nonpriority creditor's name and mailing address**
UNION SURGICAL CORP
P.O. BOX 1129
8 ATKINSON DR
DOYLESTOWN, PA 18901

As of the petition filing date, the claim is:      $1,320.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.823**

**Nonpriority creditor's name and mailing address**
UNITED NETWORK FOR ORGAN SHARING
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 2484
RICHMOND, VA 23218-2484

As of the petition filing date, the claim is:      $36,034.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.824**

**Nonpriority creditor's name and mailing address**
UNIV OF TX MD ANDERSON
RADIATION DOSIMETRY SVCS
P.O. BOX 4390
HOUSTON, TX 77210-4390

As of the petition filing date, the claim is:      $2,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.825** **Nonpriority creditor's name and mailing address**
UNIVERSAL DIGITAL RESOURCES
12166 OLD BIG BEND RD, STE 300
ST LOUIS, MO 63122-6836

As of the petition filing date, the claim is: $17,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.826** **Nonpriority creditor's name and mailing address**
UNIVERSAL HOSPITAL SVCS INC
P.O. BOX 851313
MINNEAPOLIS, MN 55485-1315

As of the petition filing date, the claim is: $15,852.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.827** **Nonpriority creditor's name and mailing address**
UNIVERSAL MEDICAL INC
P.O. BOX 467
NORWOOD, MA 02062-0467

As of the petition filing date, the claim is: $278.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.828** **Nonpriority creditor's name and mailing address**
UNIVERSAL MOTORS DISTRIBUTORS
3215 SPRING GARDEN ST
PHILADELPHIA, PA 19104-2598

As of the petition filing date, the claim is: $11,339.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.829**    **Nonpriority creditor's name and mailing address**

UNIVERSAL PROTECTION SVS LP
ATTN: AL SANTOSUSSO
1551 NORTH TUSTIN AVE, STE 650
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**    $1,046,068.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.830**    **Nonpriority creditor's name and mailing address**

UNIVERSITY PIPETTE SERVICE INC
1498 M REISTERSTOWN RD, STE 355
BALTIMORE, MD 21208-3842

**As of the petition filing date, the claim is:**    $3,600.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.831**    **Nonpriority creditor's name and mailing address**

URESIL LLC
5418 W TOUHY AVE
SKOKIE, IL 60077

**As of the petition filing date, the claim is:**    $2,786.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.832**    **Nonpriority creditor's name and mailing address**

US REG OCCUPATIONAL HEALTH II
P.O. BOX 827918
PHILADELPHIA, PA 19182-7918

**As of the petition filing date, the claim is:**    $1,900.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.833** | **Nonpriority creditor's name and mailing address**
US SECURITY ASSOC INC
ATTN: JOSEPH LO BIANCO, NORTH GROUP PRESIDENT
261 OLD YORK RD, STE 711
JENKINTOWN, PA 19046

**As of the petition filing date, the claim is:**    $618,349.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.834** | **Nonpriority creditor's name and mailing address**
USOC BIO-MEDIC
14 HUGHES ST, STE
IRVINE, CA 92618

**As of the petition filing date, the claim is:**    $14,070.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address**
USOC MEDICAL
20 MORGAN
IRVINE, CA 92618

**As of the petition filing date, the claim is:**    $23,715.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address**
UT MEDICAL PRODUCTS INC
7043 SO 300 WEST
MIDVALE, UT 84047

**As of the petition filing date, the claim is:**    $654.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.837** **Nonpriority creditor's name and mailing address**
VALEANT PHARMACEUTICALS INTL
NORTH AMERICA LLC
4395 COLLECTION CTR DR
CHICAGO, IL 60693-0043

As of the petition filing date, the claim is: $407.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.838** **Nonpriority creditor's name and mailing address**
VALERIA POTIGAILO
ADDRESS REDACTED

As of the petition filing date, the claim is: $9,317.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.839** **Nonpriority creditor's name and mailing address**
VALITEQ/LAB SA
1725 INDUSTRIAL AVE
CUMBERLAND, WI 54829

As of the petition filing date, the claim is: $506.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.840** **Nonpriority creditor's name and mailing address**
VAPOTHERM INC
P.O. BOX 74008627
CHICAGO, IL 60674-7400

As of the petition filing date, the claim is: $6,421.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.841**   Nonpriority creditor's name and mailing address
VASCULAR SOLUTIONS INC
P.O. BOX 1178
MAPLE GROVE, MN 55311

As of the petition filing date, the claim is:    $3,230.13
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.842**   Nonpriority creditor's name and mailing address
VECTOR SURGICAL LLC
20975 SWENSON DR, STE 430
WAUKESHA, WI 53186

As of the petition filing date, the claim is:    $1,463.52
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.843**   Nonpriority creditor's name and mailing address
VEOLIA ENERGY PHILADELPHIA INC
ATTN: TRICIA MARTS
2600 CHRISTIAN ST
PHILADELPHIA, PA 19146

As of the petition filing date, the claim is:    $2,827,173.55
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.844**   Nonpriority creditor's name and mailing address
VERATHON INC
P.O. BOX 935117
ATLANTA, GA 31193-5117

As of the petition filing date, the claim is:    $13,195.46
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.845** **Nonpriority creditor's name and mailing address**

VERIZON
P.O. BOX 15124
ALBANY, NY 12212

As of the petition filing date, the claim is:          $5,184.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.846** **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

As of the petition filing date, the claim is:          $880.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.847** **Nonpriority creditor's name and mailing address**

VILEX INC
111 MOFFITT ST
MCMINNVILLE, TN 37110

As of the petition filing date, the claim is:          $0.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.848** **Nonpriority creditor's name and mailing address**

VINCENT ODENIGBO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $14,284.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          878 of 889

Debtor Name    Center City Healthcare, LLC                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.849**  **Nonpriority creditor's name and mailing address**
VIRACOR DIAGNOSTIC LABS LLC
P.O. BOX 877770
KANSAS CITY, MO 64187-7770

As of the petition filing date, the claim is:                    $4,725.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.850**  **Nonpriority creditor's name and mailing address**
VISITING NURSES ASSOC OF GREATER
FALLS CTR
3300 HENRY AVE, STE 500
PHILADELPHIA, PA 19129-1121

As of the petition filing date, the claim is:                    $68,177.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.851**  **Nonpriority creditor's name and mailing address**
VIZIENT, INC.
ATTN: LEGAL DEPARTMENT
290 EAST JOHN CARPENTER FREEWAY, 7TH FL
IRVING, TX 75062-2710

As of the petition filing date, the claim is:                    $139,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.852**  **Nonpriority creditor's name and mailing address**
VOLCANO CORP
24250 NETWORK PL
CHICAGO, IL 60673-1242

As of the petition filing date, the claim is:                    $696.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.853** **Nonpriority creditor's name and mailing address**
VYAIRE MEDICAL
26125 NORTH RIVERWOODS BLVD
METTAWA, IL 60045

As of the petition filing date, the claim is:    $1,544.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.854** **Nonpriority creditor's name and mailing address**
VYAIRE MEDICAL INC
29429 NETWORK PL
CHICAGO, IL 60673-1294

As of the petition filing date, the claim is:    $19,909.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.855** **Nonpriority creditor's name and mailing address**
VYGON CORP
P.O. BOX 787426
PHILADELPHIA, PA 19178-7426

As of the petition filing date, the claim is:    $1,262.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.856** **Nonpriority creditor's name and mailing address**
W W GRAINGER INC
DEPT 860641950
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

As of the petition filing date, the claim is:    $22,221.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.857**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $5,375.99
WACO
26661 NETWORK PL
CHICAGO, IL 60673-1266
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.858**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $183,664.14
WATER REVENUE BUREAU
HAHNEMANN
1401 JFK BLVD
PHILADELPHIA, PA 19102-1663
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.859**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $1,221.00
WAYNE TRANSPORTATION INC
ATTN: ACCOUNTS RECEIVABLE
400 GRIFFIN MORGAN LN
PENNSAUKEN, NJ 08110
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.860**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $16,762.89
WEATHERBY LOCUMS INC
6451 NORTH FEDERAL HIGHWAY, STE 800
FORT LAUDERDALE, FL 33308
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.861** **Nonpriority creditor's name and mailing address**
WEB COM INC
12808 GRAN BAY PKWY WEST
JACKSONVILLE, FL 32258

As of the petition filing date, the claim is:    $12,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.862** **Nonpriority creditor's name and mailing address**
WELCH ALLYN INC
P.O. BOX 73040
CHICAGO, IL 60673-7040

As of the petition filing date, the claim is:    $3,462.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.863** **Nonpriority creditor's name and mailing address**
WELLS FARGO BANK
123 S BROAD ST FL 1
PHILADELPHIA, PA 19109

As of the petition filing date, the claim is:    $39,851.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.864** **Nonpriority creditor's name and mailing address**
WENLIN FAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,836.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      Center City Healthcare, LLC                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

                                                                                    **Amount of claim**

**3.865**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $5,489.44
WERFEN USA LLS
180 HARTWELL RD                                             ☐ Contingent
BEDFORD, MA 01730                                          ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                        TRADE PAYABLE

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

**3.866**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $1,047.95
WEST BRANCH MEDICAL LLC
811 LINCOLN DR                                             ☐ Contingent
BROOKHAVEN, PA 19015                                       ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                        TRADE PAYABLE

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

**3.867**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $3,664.31
WEST INTERACTIVE SVCS CORP
P.O. BOX 74007064                                          ☐ Contingent
CHICAGO, IL 60674-7064                                     ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                        TRADE PAYABLE

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

**3.868**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $3,574.96
WEST LUMBER & BUILDING SUPPLY
7315 MARSHALL RD                                           ☐ Contingent
UPPER DARBY, PA 19082                                      ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                        TRADE PAYABLE

**Last 4 digits of account number**                        **Is the claim subject to offset?**
                                                           ☑ No
                                                           ☐ Yes

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.869** | **Nonpriority creditor's name and mailing address**
WEST UNIFIED COMMUNICATIONS SERVICES, INC.
ATTN: LEGAL DEPARTMENT
8420 W BRYN MAWR AVENUE, STE 1100
CHICAGO, IL 60631

**As of the petition filing date, the claim is:**    $7,626.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address**
WEST UNIFIED COMMUNICATIONS SVCS
P.O. BOX 281866
ATLANTA, GA 30384-1866

**As of the petition filing date, the claim is:**    $4,001.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address**
WEST, WILLIAM GEOFFREY
3825 PACES WALK SE, STE 250
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**    $37,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.872** | **Nonpriority creditor's name and mailing address**
WESTERN INDUSTRIES NORTH LLC INC
3310 W CHESTER PK
NEWTOWN SQUARE, PA 19073

**As of the petition filing date, the claim is:**    $914.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    884 of 889

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.873** | **Nonpriority creditor's name and mailing address**

WIDENER UNIV
ONE UNIVERSITY PL
CHESTER, PA 19013

**As of the petition filing date, the claim is:**                    $150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.874** | **Nonpriority creditor's name and mailing address**

WILSON OPHTHALMIC CORP
P.O. BOX 676101
DALLAS, TX 75267-6101

**As of the petition filing date, the claim is:**                    $57.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.875** | **Nonpriority creditor's name and mailing address**

WRIGHT MEDICAL TECHNOLOGY INC
P.O. BOX 503482
ST LOUIS, MO 63150-3482

**As of the petition filing date, the claim is:**                    $51,176.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.876** | **Nonpriority creditor's name and mailing address**

XODUS MEDICAL INC
WESTMORELAND BUSINESS PARK
702 PROMINENCE DR
NEW KENSINGTON, PA 15068

**As of the petition filing date, the claim is:**                    $364.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Center City Healthcare, LLC**                Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.877** Nonpriority creditor's name and mailing address

ZARATU ABUBAKAR
ADDRESS REDACTED

As of the petition filing date, the claim is:                $977.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.878** Nonpriority creditor's name and mailing address

ZEISS, CARL INC/MICRO
MIRCO SERVICE
P.O. BOX 5943 GPO
NEW YORK, NY 10087-5943

As of the petition filing date, the claim is:                $875.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.879** Nonpriority creditor's name and mailing address

ZEISS, CARL MEDITEC INC
P.O. BOX 100372
PASADENA, CA 91189-0372

As of the petition filing date, the claim is:                $709.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.880** Nonpriority creditor's name and mailing address

ZEUS SCIENTIFIC
P.O. BOX 38
RARITAN, NJ 08869

As of the petition filing date, the claim is:                $3,949.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.881** **Nonpriority creditor's name and mailing address**

ZHEALTH PUBLISHING LLC INC
330 FRANKLIN RD, STE 135A 232
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**    $329.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.882** **Nonpriority creditor's name and mailing address**

ZIMMER BIOMET
345 EAST MAIN ST
WARSAW, IN 46580

**As of the petition filing date, the claim is:**    $96,973.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.883** **Nonpriority creditor's name and mailing address**

ZIMMER US
14235 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $165,973.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.884** **Nonpriority creditor's name and mailing address**

ZIMMER,INC
1800 WEST CTR ST
P.O. BOX 708
WARSAW, IN 46580

**As of the petition filing date, the claim is:**    $41,069.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.885** | **Nonpriority creditor's name and mailing address**

ZUTRON MEDICAL LLC CORP
17501 W 98TH ST, 40-27
LENEXA, KS 66217

**As of the petition filing date, the claim is:**                    $1,012.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Center City Healthcare, LLC**                                          Case number (if known): **19-11466**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                      $10,859,953.09

**5b. Total claims from Part 2**                                      $87,695,477.75

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c                                                   $98,555,430.83

| Debtor Name | **Center City Healthcare, LLC** |
| --- | --- |
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11466** |

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
| --- | --- | --- | --- |
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | 58TH STREET PRESBYTERIAN HOME, THE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | AA CASA INC<br>DBA PM ASSOCIATES<br>714 BETHLEHEM PIKE, STE 302<br>LOWER GWYNEDD, PA 19002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PEST CONTROL SERVICES | AARDVARK PEST CONTROL SERVICES, INC.<br>ATTN: PRESIDENT<br>2921 CONCORD RD<br>ASTON, PA 19014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT | ABBOTT LABORATORIES INC.<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR INFANT FORMULA | ABBOTT NUTRITION<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | ABINGTON MEMORIAL HOSPITAL<br>ATTN: CHIEF EXEC OFFICER<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | ABINGTON MEMORIAL HOSPITAL<br>ATTN: ASSOCIATE GENERAL COUNSEL<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | ABINGTON MEMORIAL HOSPITAL<br>ATTN: MARGARET M. GOLDIRCK, PRESIDENT<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE GME AFFILIATION AGREEMENT | ABINGTON MEMORIAL HOSPITAL<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | ABINGTON SURGI-CENTER<br>ATTN: PHILOMENA GLOWKE<br>2701 BLAIR MILL RD<br>WILLOW GROVE, PA 19090 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SERVICES AGREEMENT | ABIOMED, INC.<br>22 CHERRY HILL<br>DANVERS, MA 01923 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHARMACEUTICAL PRODUCTS | ACCREDO HEALTH GROUP, INC.<br>1640 CENTURY CENTER PKWY<br>MEMPHIS, TN 38134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | HEMOCHRON OWNERSHIP AGREEMENT | ACCRIVA DIAGNOSTICS, INC.<br>ATTN: PRESIDENT AND CEO<br>6260 SEQUENCE DR<br>SAN DIEGO, CA 92121 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ADONI HEALTH INSTITUTE<br>630 CHURCHMAN'S RD<br>NEWARK, DE  19702 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ADVANCED AIR SERVICE GROUP<br>ATTN: JOSEPH BURKE, PRESIDENT<br>45 MILTON DR<br>ASTON, PA 19014 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT | ADVANCED DOOR SERVICES, INC.<br>ATTN: GENERAL MANAGER<br>777 SCHWAB RD, STE A<br>HATFIELD, PA 19440 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SERVICES AGREEMENT | ADVANCED STERILIZATION PRODUCTS SERVICES, INC.<br>33 TECHNOLOGY DR<br>IRVINE, CA 92618 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | AI DUPONT HOSP FOR CHILDREN (THE NEMOURS FOUNDATION)<br>ATTN: STEVEN SELBST, MD<br>1600 ROCKLAND RD<br>WILMINGTON, DE 19803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | AI DUPONT HOSP FOR CHILDREN (THE NEMOURS FOUNDATION)<br>ATTN: STEVEN SELBST, MD<br>1600 ROCKLAND RD<br>WILMINGTON, DE 19803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | AI DUPONT HOSPITAL FOR CHILDREN<br>ATTN: DIANE HOCHSTUHL<br>1600 ROCKLAND RD<br>WILMINGTON, DE 19803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | AI DUPONT HOSPITAL FOR CHILDREN<br>OFFICE OF CONTRACTS ADMIN<br>THE NEMOURS FOUNDATION<br>10140 CENTURION PKWY N<br>JACKSONVILLE, FL 32256 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT SALE AGREEMENT | AIRGAS USA, LLC<br>259 N RADNOR-CHESTER RD, STE 100<br>RADNOR, PA 19087 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ALABAMA COLLEGE OF OSTEOPATHIC MEDICINE<br>445 HEALTH SCIENCES BLVD<br>DOTHAN, AL 36303 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | ALBERT EINSTEIN MED CTR ATTN: DOUGLAS MCGEE, DO 5501 OLD YORK RD PHILADELPHIA, PA 19141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AGREEMENT** | ALERE INFORMATICS, INC. ATTN: COUNSEL 2000 HOLIDAY DR CHARLOTTESVILLE, VA 22901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **DIRECTORSHIP AGREEMENT** | ALEXANDER TREBELEV, M.D. 405 MATTRISSA RIDGE MEDIA, PA 19063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | ALL STATE CAREER SCHOOL 50 W POWHATTAN AVE ESSINGTON, PA 19029 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | **COOPERATIVE AGREEMENT FOR KIDNEY PAIRED DONATION SERVICES** | ALLIANCE FOR PAIRED DONATION, INC. ATTN: MICHAEL REES, MD 3661 BRIARFIELD BLVD, #105 MAUMEE, OH 43537 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | ALPHA IMAGING, INC. 4455 GLENBROOK RD WILLOUGHBY, OH 44094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

▌ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | AMERICAN ACADEMY OF SLEEP MEDICINE ATTN: ASSISTANT DIR OF ACCREDITATION 2510 NORTH FRONTAGE RD DARIEN, IL 60561-1511 |
| | State the term remaining List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL PARTICIPANT MASTER AGREEMENT | AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION ATTN: GENERAL COUNSEL 2400 N ST NW WASHINGTON, DC 20037 |
| | State the term remaining List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | NRDR AGREEMENT | AMERICAN COLLEGE OF RADIOLOGY ATTN: EXEC VP FOR QUALITY AND SAFETY 1891 PRESTON WHITE DR RESTON, VA 20191 |
| | State the term remaining List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BARIATRIC SURGERY ACCREDITATION | AMERICAN COLLEGE OF SURGEONS ATTN: GAY VINCENT 633 NORTH SAINT CLAIR ST CHICAGO, IL 60611 |
| | State the term remaining List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL PARTICIPATION AGREEMENT | AMERICAN COLLEGE OF SURGEONS ATTN: GAY VINCENT 633 NORTH SAINT CLAIR ST CHICAGO, IL 60611 |
| | State the term remaining List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL PARTICIPATION AGREEMENT | AMERICAN COLLEGE OF SURGEONS ATTN: CFO 633 NORTH SAINT CLAIR ST CHICAGO, IL 60611 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PARTICIPATION | AMERICAN HEART ASSOCIATION, INC.<br>7272 GREENVILLE AVE<br>DALLAS, TX 75231 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | AMERICAN RADIO AND MICROWAVE CORPORATION<br>813 GRAVEL PIKE<br>COLLEGEVILLE, PA 19426 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.<br>ATTN: LEGAL DEPT<br>P.O. BOX 232290<br>CENTREVILLE, VA 20120 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT | AMIT MAITY, MD<br>308 COUNTRYVIEW DR<br>BRYN MAWR, PA 19010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RENTAL OF PHACO DEVICE | AMO SALES AND SERVICE, INC.<br>ATTN: CONTRACT COORDINATOR<br>1700 E ST ANDREW PL<br>SANTA ANA, CA 92705 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | ASN DATA USE AGREEMENT | ANALYTIC SOLUTIONS NETWORK, LLC<br>ATTN: ANTHONY GUIDI, CIO<br>302 DOVE COURT, STE 2B<br>FOREST HILL, MD 21050 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ARAMARK UNIFORM AND CAREER APPAREL GROUP, INC.<br>1178 MARLKRESS RD<br>CHERRY HILL, NJ 08003 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ARCADIA UNIVERSITY<br>450 S EASTON RD<br>GLENSIDE, PA 19038 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | ARIA HEALTH<br>KNIGHTS AND RED LION RDS<br>PHILADELPHIA, PA 19114 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | ARIA HEALTH (JEFFERSON HEALTH NE)<br>DBA JEFFERSON HEALTH - NORTHEAST<br>ATTN: PRESIDENT<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | ARIA-Jefferson Health Northeast (Bucks: 380 N Oxford Valley Rd, Langhorne, PA 19047) and Aria-Jefferson Health (Torresdale: 10800 Knights Rd, Philadelphia, PA 19114)<br>DBA Jefferson Health - Northeast<br>Attn: President<br>10800 Knights Rd<br>Philadelphia, PA 19114 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP PROGRAM AGREEMENT | ARIZANT HEALTHCARE INC.<br>3M CENTER<br>BUILDING 275-4E-01<br>ST. PAUL, MN 55144 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **ARTCRAFT PROMOTIONAL CONCEPTS**<br>**ATTN: PRESIDENT AND CEO**<br>**1270 GLEN AVE**<br>**MOORESTOWN, NJ 08057** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **ARTHUR HUPPERT, MD**<br>**231 N BROAD ST, 1ST FL, STE 1**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | **PRO-ACTIVE GOLD AGREEMENT** | **ASSA ABLOY ENTRANCE SYSTEMS US INC.**<br>**1900 AIRPORT RD**<br>**MONROE, NC 28110** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR MAINTENANCE SERVICES ON RADIOLOGY EQUIPMENT** | **ATG CONSULTANTS, LLC**<br>**ATTN: ANTHONY GUALTIERI, OWNER**<br>**101 WENDEE WAY**<br>**SEWELL, NJ 08080** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR LABORATORY TESTING SERVICES** | **ATLANTIC DIAGNOSTIC LABORATORIES, LLC**<br>**ATTN: AARON DOMENICO, COO**<br>**3520 PROGRESS DR, STE C**<br>**BENSALEM, PA 19020** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **ATLANTIC SWITCH AND GENERATOR, LLC**<br>**4108 SYLON BLVD**<br>**HAINESPORT, NJ 08036** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

---

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **ATLANTICARE REGN'L MED CTR**<br>**ATTN: MARIOUISE VENDITT, MD**<br>**1925 PACIFIC AVE**<br>**ATLANTIC CITY, NJ 08401** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | **STATEMENT OF WORK NO. 1** | **AVIACODE, INC.**<br>**257 E 200 S, STE 700**<br>**SALT LAKE CITY, UT 84111** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **BALDASSANO DERMATOPATHOLOGY, INC.**<br>**ATTN: MARISA BALDASSANO**<br>**828 CREEKVIEW DR**<br>**BLUE BELL, PA 19422** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **BAPTIST HEALTH SYSTEM SCHOOL OF HEALTH PROFESSIONS**<br>**8400 DATAPOINT DR**<br>**SAN ANTONIO, TX 78229-3234** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ICE MACHINE CLEANING SERVICES** | **BARCLAY WATER MANAGEMENT, INC.**<br>**55 CHAPEL ST, STE 400**<br>**NEWTON, MA 02458** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR WATER TREATMENT SERVICES** | **BARCLAY WATER MANAGEMENT, INC.**<br>**55 CHAPEL ST, STE 400**<br>**NEWTON, MA 02458** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AMENDMENT | BARD PERIPHERAL VASCULAR, INC.<br>1415 WEST 3RD ST<br>TEMPE, AZ 85281 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BARRY UNIVERSITY, INC.<br>11300 N E 2ND AVE<br>MIAMI SHORES, FL 33161 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NUMBER: 447470 | BATTELL MEMORIAL INSTITUTE PACIFIC NORTHWEST DIVISION<br>ATTN: RANDY DYKES, CONTRACT SPECIALIST<br>BATTELL BLVD<br>K6-49<br>RICHLAND, WA 99352 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BAYER HEALTHCARE, LLC<br>ONE BAYER DR<br>INDIANOLA, PA 15051 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BAYER HEALTHCARE, LLC<br>ONE BAYER DR<br>INDIANOLA, PA 15051 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE | BEAN BAG CAFÉ<br>ATTN: DARREN GRAVES (CEO/PRES)<br>919 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | BEAN BAG CAFÉ INC ATTN: DARREN GRAVES (CEO/PRES) 919 ASTON MARTIN DR LINDENWOLD, NJ 08021 |
| | State the term remaining List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | BEAN BAG CAFÉ, INC 919 ASTON MARTIN DR LINDENWOLD, NJ 08021 |
| | State the term remaining List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT | BECKMAN COULTER, INC. 250 SOUTH KRAEMER BLVD BREA, CA 92821 |
| | State the term remaining List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BELFOR USA GROUP INC. 444 NORTH 3RD ST, STE 103 PHILADELPHIA, PA 19123 |
| | State the term remaining List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | ON DEMAND SERVICE PROPOSAL | BELIMED, INC. 1535 HOBBY ST CHARLESTON, SC 29405 |
| | State the term remaining List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | BIO-MEDICAL APPLICATIONS OF PA INC ATTN: BRYAN MELLO, ASSIST TREASURER RESERVOIR WOODS 920 WINTER ST WALTHAM, MA 02451-1457 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT | BIO-MEDICAL APPLICATIONS OF PA, INC<br>DBA FMC DIALYSIS SERVICES<br>AKA FRESENIUS MED CARE HAHNEMANN UNI HOSPITAL<br>RESERVOIR WOODS<br>920 WINTER ST<br>WALTHAM, MA 02451 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUBLEASE | BIO-MEDICAL ASSPLICATIONS OF PA (FRESENIUS)<br>ATTN: BRYAN MELLO, ASSIST TREASURER<br>RESERVOIR WOODS<br>920 WINTER ST<br>WALTHAM, MA 02451-1457 |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR MAINTENANCE SERVICE | BIOMERIEUX INC.<br>100 RODOLPHE ST<br>DURHAM, NC 27712 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR LEASE OF LABORATORY EQUIPMENT | BIOMERIEUX INC.<br>100 RODOLPHE ST<br>DURHAM, NC 27712 |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICING AGREEMENT | BIOMERIEUX INC.<br>100 RODOLPHE ST<br>DURHAM, NC 27712 |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GEENIUS SYSTEM REAGENT RENTAL PLAN | BIO-RAD LABORATORIES<br>ATTN: CONTRACT ADMIN<br>4000 ALFRED NOBEL DR<br>HERCULES, CA 94547 |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | BIOSENSE WEBSTER, INC.<br>ATTN: GEOFF CARLETON, SENIOR TERRITORY MANAGER<br>25B TECHNOLOGY DR<br>IRVINE, CA 92618 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DESIGN & CONSULTING SERVICES | BKT ARCHITECTS, LLC<br>ATTN: BRIAN TRACY, MEMBER<br>120 COTTON ST, 1ST FL<br>PHILADELPHIA, PA 19127 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BONDTECH INCORPORATED<br>1278 HWY 461<br>SOMERSET, KY 42503 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ENGINEERING & DESIGN SERVICES | BORTON-LAWSON ENGINEERING, INC.<br>ATTN: PATRICK J. ENDLER, VP<br>613 BALTIMORE DR, STE 300<br>WILKES-BARRE, PA 18702 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | BOSTON SCIENTIFIC CORPORATION<br>ATTN: BUSINESS OPERATIONS MANAGER<br>4100 HAMLINE AVE N<br>ARDEN HILLS, MN 55112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BRANDMAN UNIVERSITY, MUSCO SCHOOL OF NURSING AND HEALTH PROFESSIONS<br>16355 LAGUNA CANYON RD<br>IRVINE, CA 92618 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE | BROAD STREET HC<br>ATTN: JOEL FREEDMAN & GEN CNSL<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE | BROAD STREET HC<br>ATTN: JOEL FREEDMAN & GEN CNSL<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | BROAD STREET HEALTHCARE PROPERTIES LLC<br>ATTN: JOEL FREEDMAN & GEN CNSL<br>BROAD ST HEALTH CARE PROPERTIES LLC<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MONITORING SERVICES | BROMEDICON, INC.<br>ATTN: CHIEF MEDICAL OFFICER<br>201 FLORAL VALE BLVD<br>YARDLEY, PA 19067 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | BRYN MAWR COLLEGE (STUDENT HEALTH CENTER)<br>ATTN: KARI FAZIO<br>101 N MERION AVE<br>BRYN MAWR, PA 19010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | BRYN MAWR REHABILITATION HOSPITAL<br>130 S BRYN MAWR AVE<br>BRYN MAWR, PA 19010 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CALIFORNIA SCHOOL OF PODIATRIC MEDICINE AT SAMUEL MERRITT UNIVERSITY<br>450 30TH ST, STE 2802<br>OAKLAND, CA 94609 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CALIFORNIA STATE UNIVERSITY OF NORTHRIDGE<br>DEPARTMENT OF COMMUNICATION DISORDERS AND SCIENCES<br>18111 NORDHOFF ST<br>NORTHRIDGE, CA 91330 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | CARDIAC CARE CENTER<br>BROAD & VINE ST, 2ND FL BOBST BLDG<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | CARDIOLOGY CONSULTANTS OF PHILADELPHIA<br>ATTN: MARK VICTOR, MD<br>1703 S BROAD ST, STE 300<br>PHILADELPHIA, PA 19148 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | CARDIOLOGY CONSULTANTS OF PHILADELPHIA<br>ATTN: MARK VICTOR, MD<br>1703 S BROAD ST, STE 300<br>PHILADELPHIA, PA 19148 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | CARDIOLOGY CONSULTANTS OF PHILADELPHIA PC<br>ATTN: MARK VICTOR, MD<br>207 N BROAD ST, 3RD FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS HOSPITAL BASED AGREEMENTS | CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC 225 N BROAD ST PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE SERVICES | CAREFUSION 211, INC. 22745 SAVL RANCH PKWY YORBA LINDA, CA 92887 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHYSICS SERVICES FOR RADIATION ONCOLOGY | CCJ PHYSICS, LLC ATTN: CHRISTOPHER HAND, PHD 1823 FT WASHINGTON AVE AMBLER, PA 19002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SNOW & ICE REMOVAL SERVICES | CENOVA, INC. 2745 W ALLEGHENY AVE PHILADELPHIA, PA 19132 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | CENTER FOR UROGYNECOLOGY & PELVIC SURGERY (CHRISTIANA CARE) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CEPHEID INCORPORATED<br>904 CARIBBEAN DR<br>SUNNYVALE, CA 94089 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CETLIN DESIGN GROUP, INC.<br>ATTN: PRESIDENT<br>2801 WEST CHESTER PIKE<br>BROOMALL, PA 19008 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CHAMBERLAIN COLLEGE OF NURSING<br>3005 HIGHLAND PKWY<br>DOWNERS GROVE, IL 60515-5799 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CHARLEY'S ANGELS PHOTOGRAPHY INC.<br>ATTN: CEO<br>328 E 4TH ST<br>WATERLOO, IA 50703 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CHATHAM UNIVERSITY<br>1 WOODLAND RD<br>PITTSBURGH, PA 15232 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE GME AFFILIATION AGREEMENT | CHESTNUT HILL HOSPITAL<br>8835 GERMANTOWN AVE<br>PHILADELPHIA, PA 19118 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | CHILDREN'S CRISIS TREATMENT CTR (REIMBURSE) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | CHILDREN'S HOSP OF PHILA (CHOP) ATTN: STEPHEN LUDWIG, MD OFFICE OF MEDICAL STAFF AFFAIRS 34TH ST & CIVIC CENTER BLVD PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | CHILDREN'S HOSP OF PHILA (CHOP) ATTN: STEPHEN LUDWIG, MD OFFICE OF MEDICAL STAFF AFFAIRS 34TH ST & CIVIC CENTER BLVD PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | CHRISTIANA CARE HEALTH SYSTEM (CHRISTIANA HOSP) ATTN: NEIL B JASSANI, MBA, FACEP 4755 OGLETOWN-STANTON RD NEWARK, DE 19718 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT | CINTAS CORPORATION ATTN: GENERAL MANAGER 4800 W JEFFERSON ST PHILADELPHIA, PA 19131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SERVICES | CIOX HEALTH, LLC ATTN: LEGAL DEPT 925 NORTH POINT PKWY, STE 350 ALPHARETTA, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE NO. 054-000 | CISCO SYSTEMS CAPITAL CORPORATION<br>170 WEST TASMAN DR<br>MAILSTOP SJC13/3<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE NO. 053-000 | CISCO SYSTEMS CAPITAL CORPORATION<br>170 WEST TASMAN DR<br>MAILSTOP SJC13/3<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | CITY OF PHILA (MEDICAL EXAMINER'S OFFICE)<br>ATTN: HEALTH COMMISSIONER<br>OFFICE OF THE MEDICAL EXAMINER<br>321 SOUTH UNIVERSITY AVE, 1ST FL<br>PHILADELPHIA, PA 19104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | CLINICAL NEPHROLOGY ASSOCIATES<br>235 N BROAD ST, STE 100<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | COAST QUALITY PHARMACY, LLC<br>DBA ANAZAOHEALTH<br>5710 HOOVER BLVD<br>TAMPA, FL 33634 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | COLCOM, INC.<br>ATTN: PRESIDENT<br>300 N POTTSTOWN PIKE<br>EXTON, PA 19341 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COLLEGE OF PODIATRIC MEDICINE AT ROSALAND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE ATTN: DR WILLIAM M. SCHOLL 3333 GREEN BAY RD NORTH CHICAGO, IL 60064 |
| | State the term remaining List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COLLEGE OF SCIENCE, HEALTH, AND THE LIBERAL ARTS OF PHILADELPHIA UNIVERSITY 4201 HENRY AVENUE PHILADELPHIA, PA 19144 |
| | State the term remaining List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | COLOPLAST CORP. 1601 WEST RIVER RD MINNEAPOLIS, MN 55411 |
| | State the term remaining List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | IRB AUTHORIZATION AGREEMENT | COLUMBIA UNIVERSITY MEDICAL CENTER ATTN: TASHA SMITH, SENIOR IRB SPECIALIST - LIAISON 154 HAVEN AVE, 1ST FL NEW YORK, NY 10032 |
| | State the term remaining List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | COMCAST CABLE COMMUNICATIONS MGMT LLC 3220 TILLMAN DR, STE 400 BENSALEM, PA 19020 |
| | State the term remaining List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | COMMUNITY BEHAVIOR HEALTH ATTN: CHIEF EXECUTIVE OFFICER 801 MARKET ST, 7TH FL PHILADELPHIA, PA 19107 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

██████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | PROVIDER AGREEMENT | COMMUNITY BEHAVIORAL HEALTH ATTN: JOAN ERNEY, JD, CEO 801 MARKET ST SEVENTH FL PHILADELPHIA, PA 19107 |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COMMUNITY COLLEGE OF PHILADELPHIA 901 SOUTH MEDIA LINE RD MEDIA, PA 19063-1094 |
| | State the term remaining List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | COMMUNITY EDUCATION CENTER 918 N BROAD ST PHILADELPHIA, PA 19130 |
| | State the term remaining List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | COMMUNITY TREATMENT TEAM ATTN: CARRIE F. WILLIAMS 520 DELAWARE AVE, 4TH FL PHILADELPHIA, PA 19123 |
| | State the term remaining List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | CONMED CORPORATION 525 FRENCH RD UTICA, NY 13502 |
| | State the term remaining List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CORPORATE LAMP AND ELECTRIC RECYCLING LLC 500 N WALNUT RD KENNETT SQUARE, PA 19348 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | | Case number (if known): **19-11466** |
|---|---|---|---|

▰ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | **BUSINESS ASSOCIATE AGREEMENT** | **COUNCIL ON ACCREDITATION OF NURSE ANESTHESIA EDU PRGMS**<br>**222 S PROSPECT AVE**<br>**PARK RIDGE, IL 60068-4001** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **CRANEL, INC.**<br>**DBA VERSITEC**<br>**8999 GEMINI PKWY**<br>**COLUMBUS, OH 43240** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **CRITERION LABORATORIES, INC.**<br>**ATTN: KAREN JONES, DIR BUSINESS ADMIN**<br>**3370 PROGRESS DR, STE J**<br>**BENSALEM, PA 19020** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR PATIENT TRANSPORTATION SERVICES** | **CROTHALL HEALTHCARE, INC.**<br>**ATTN: LEGAL DEPT**<br>**1500 LIBERTY RIDGE DR, STE 210**<br>**WAYNE, PA 19087** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **CROZER-CHESTER MED CTR (PROSPECT CCMC)**<br>**ATTN: SHARIF OMAR/ RICHARD IMBIMBO**<br>**ONE MEDICAL CENTER BLVD**<br>**UPLAND, PA 19013** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **CROZER-CHESTER MED CTR (PROSPECT CCMC)**<br>**ATTN: SHARIF OMAR/ RICHARD IMBIMBO**<br>**ONE MEDICAL CENTER BLVD**<br>**UPLAND, PA 19013** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENTS** | **CROZER-CHESTER MEDICAL CENTER** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **CTCA (CANCER TREATMENT CENTER OF AMERICA - EASTERN REG'L MED CTR)** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **DANIEL BURKE PHOTOGRAPHY**<br>**ATTN: DANIEL BURKE, OWNER**<br>**364 NEW CASTLE LANE**<br>**SWEDESBORO, NJ 08085-1490** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **DARLENE FOETH, MD** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **DEAF HEARING COMMUNICATION CENTRE, INC.**<br>**ATTN: NEIL MCDEVITT, EXEC DIR**<br>**630 FAIRVIEW RD, STE 100**<br>**SWARTHMORE, PA 19081** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **DEBORAH HEART & LUNG CENTER**<br>**ATTN: JOSEPH CHIRICHELLA/ SUSAN BONFIELD**<br>**200 TRENTON RD**<br>**BROWNS MILLS, NJ 08015** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | DELAWARE VALLEY AESTHETICS DBA RUMER COSMETIC SURGERY ATTN: KATHY RUMER, DO 105 ARDMORE AVE ARDMORE, PA 19003 |
| | State the term remaining List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DERAJ MEDICAL CAREER TRAINING, INC 3437 CARPENTER ST PHILADELPHIA, PA 19146 |
| | State the term remaining List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | DERMATOLOGIC SURGERY ASSOCIATES, PC |
| | State the term remaining List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | DERMATOLOGIC SURGICENTER 1200 LOCUST ST PHILADELPHIA, PA 19107 |
| | State the term remaining List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DES MOINES UNIVERSITY 3200 GRAND AVE DES MOINES, IA 50312 |
| | State the term remaining List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DES MOINES UNIVERSITY COLLEGE OF PODIATRIC MEDICINE AND SURGERY OF DES MOINES IA |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | TRIAL EVALUATION AGREEMENT | DEVICOR MEDICAL EQUIPMENT, INC.<br>ATTN: RICH JENKINS, SR OR SPECIALIST - NE REGION<br>300 E-BUSINESS WAY<br>FIFTH FL<br>CINCINNATI, OH 45241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | DEVICOR MEDICAL PRODUCTS, INC.<br>300 E-BUSINESS WAY<br>FIFTH FL<br>CINCINNATI, OH 45241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DEVRY UNIVERSITY<br>1200 EAST DIEHL RD<br>NAPERSVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MANAGED PRINT SERVICES | DEX IMAGING, INC.<br>5109 W LEMON ST<br>TAMPA, FL 33609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EQUIPMENT, MAINTENANCE & SERVICES | DEX IMAGING, INC.<br>5109 W LEMON ST<br>TAMPA, FL 33609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | DIALYSIS CLINIC, INC (DCI)<br>ATTN: BILL WOOD<br>1633 CHURCH ST, STE 500<br>NASHVILLE, TN 37203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENTS** | **DIALYSIS CLINIC, INC.**<br>**1633 CHURCH ST, STE 500**<br>**NASHVILLE, TN 37203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENTS** | **DIALYSIS UNIT OF CENTER CITY PHILADELPHIA, THE**<br>**230 N BROAD ST, 12TH FL**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENTS** | **DIALYSIS UNIT OF WEST PHILADELPHIA, LLC, THE**<br>**4800 BROWN ST, STE 201**<br>**PHILADELPHIA, PA 19139** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR CLEANING OF FUEL TANKS** | **DIESEL DIALYSIS, LLC**<br>**ATTN: BRIAN HARTLEY**<br>**P.O. BOX 2274**<br>**CINNAMINSON, NJ 08077** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | **LODGING & INSTITUTIONS SMATV VIEWING AGREEMENT** | **DIRECTV, INC.**<br>**P.O. BOX 25392**<br>**MIAMI, FL 33152-5392** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **DISTRICT 119C TRAINING & UPGRADING FUND**<br>**100 S BROAD ST, 10TH FL**<br>**PHILADELPHIA, PA 19110** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | DOME INSULATION, LLC<br>ATTN: LESLIE BAKER, OWNER<br>229 COLUMBIA AVE<br>PITMAN, NJ 08071 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT & TERMS OF USE | DRAEGER MEDICAL, INC.<br>3135 QUARRY RD<br>TELFORD, PA 18969 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | DREXEL UNI FOR ITS COLLEGE OF MEDICINE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | DREXEL UNI FOR ITS COLLEGE OF MEDICINE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS<br>HOSPITAL BASED AGREEMENTS | DREXEL UNIVERSITY<br>OFFICE OF THE GENERAL COUNSEL<br>RE: TRAUMA CALL COVERAGE<br>245 N 15TH ST<br>MS 627<br>PHILADELPHIA, PA 19102-1192 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS<br>HOSPITAL BASED AGREEMENTS | DREXEL UNIVERSITY<br>RE: STEMI CALL COVERAGE<br>245 N 15TH ST<br>MS 400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | DREXEL UNIVERSITY RE: SEXUAL ASSAULT NURSE EXAMINER ATTN: CHAIR, DEPT OF EMCY MED 245 N 15TH ST MS 1011 PHILADELPHIA, PA 19102-1192 |
| | State the term remaining List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | DREXEL UNIVERSITY RE: HEPATITIS C VIRUS LAB TESTING AGREEMENT 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | DREXEL UNIVERSITY RE: COVERAGE OF DREXELS ANATOMIC & MOLECULAR PATH LAB SVCS 245 N BROAD ST PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS | DREXEL UNIVERSITY ATTN: JOHN A. FRY, PRESIDENT 3141 CHESTNUT ST PHILADELPHIA, PA 19104 |
| | State the term remaining List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | DREXEL UNIVERSITY ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | DREXEL UNIVERSITY ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name  **Center City Healthcare, LLC**

Case number (if known): **19-11466**

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | LABORATORY SERVICES AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL SERVICES AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY<br>ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS<br>HOSPITAL BASED AGREEMENTS | DREXEL UNIVERSITY (ER COVERAGE AGREEMENT)<br>ATTN: DEAN OF THE SCHOOL OF MED<br>PHILADELPHIA HEALTH & EDUCATION CORP<br>245 N 15TH ST<br>MS 400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>RE: SLEEP STUDIES SERVICES<br>245 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>OFFICE OF THE GENERAL COUNSEL<br>RE: BARIATRIC SURGERY CLINIC SVCS AGREEMENT<br>245 N 15TH ST<br>MS 627<br>PHILADELPHIA, PA 19102-1192 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>RE: PCCP - HIV TESTING<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name     **Center City Healthcare, LLC**                                     Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>245 N 15TH ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>245 N 15TH ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: ELIZABETH RENZA-STINGONE, MD<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: SHARA EPSTEIN, MD<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: KARTHIK RAMAKRISHNA, MD<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**■ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: DU WEI, MD 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: ELIZABETH GANCHER, MD 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: MICHAEL SHERMAN, MD 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: DANIEL GUILFOIL, MD 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: CHERYL HANAU, M.D. 245 N BROAD ST PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | INSTITUTIONAL REVIEW BOARD SERVICES AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: VP FINANCE 3201 ARCH ST, STE 100 PHILADELPHIA, PA 19104 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: DEAN AND PRESIDENT 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | SPECIALTY CARE CENTER NETWORK PROVIDER AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY COLLEGE OF NURSING AND HEALTH PROFESSIONS 245 N 15TH ST, MS 501 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 NORTH 15TH ST MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CLINICAL ROTATIONS | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: CHAIR, DEPT OF MEDICINE 245 N 15TH ST, MS 1011 PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | LABORATORY SERVICES AGREEMENT | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RESIDENCY TEACHING | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: DEPT OF SURGERY 245 N 15TH ST, MS 413 PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE AGREEMENT FOR CLINICAL PATHOLOGY DEPARTMENT COVERAGE | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE ANATOMIC PATHOLOGY SERVICES AGREEMENT | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | SLEEP STUDY SERVICES AGREEMENT | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: DANIEL SCHIDLOW, MD 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFFAIRS 245 N 15TH ST, MS400 PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EMERGENCY DEPARTMENT COVERAGE | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE ATTN: DANIEL SCHIDLOW, MD 245 N 15TH ST, 19TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CAB TRANSPORTATION SERVICES | EAGLES TAXI, LLC DBA 215 GET A CAB 2301 CHURCH ST PHILADELPHIA, PA 19124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EASTERN CONTROLS INC. ATTN: GARY LEE, GENERAL MANAGER 3866 PROVIDENCE RD EDGEMONT, PA 19028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EASTERN LIFT TRUCK CO, INC. 549 E LINWOOD AVE MAPLE SHADE, NJ 08052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | EASTERN REGIONAL MEDICAL CENTER (CTCA) 1331 E WYOMING AVE PHILADELPHIA, PA 19124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EASTERN SIGN TECH, LLC 112 CONNECTICUT DR BURLINGTON, NJ 08016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                                   Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | EASTERN UNIVERSITY |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | EDWARDS LIFESCIENCES LLC<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | EDWARDS LIFESCIENCES LLC<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT FOR HEART VALVES | EDWARDS LIFESCIENCES LLC<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EDWARDS LIFESCIENCES, LLC<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EEC ACQUISITION LLC<br>DBA SMART CARE EQUIPMENT SOLUTIONS<br>370 WABASHA ST N<br>ST. PAUL, MN 55102 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR FIRE ALARM INSPECTION, TESTING, & MONITORING | ELECTRONIC SECURITY SOLUTIONS LLC<br>ATTN: JEFFREY MITCHELL, OWNER<br>5115 CAMPUS DR<br>PLYMOUTH MEETING, PA 19462 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | ELEKTA INC.<br>400 PERIMETER CENTER TERRACE, STE 50<br>ATLANTA, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ELIZABETHTOWN COLLEGE<br>ONE ALPHA DR<br>ELIZABETHTOWN, PA 17022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REBATE PROGRAM | ENERWISE GLOBAL TECHNOLOGIES, INC.<br>DBA CPOWER<br>ATTN: LEGAL DEPT<br>111 MARKET PL, STE 201<br>BALTIMORE, MD 21202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | ON-SITE SERVICE STATEMENT OF WORK | ENOVATE MEDICAL, LLC<br>1152 PARK AVE<br>MURFREESBORO, TN 37129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TESTING & CERTIFICATION | ENV SERVICES, INC.<br>2880 BERGEY RD, STE K<br>HATFIELD, PA 19440 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TESTING & CERTIFICATION | ENV SERVICES, INC.<br>2880 BERGEY RD, STE K<br>HATFIELD, PA 19440 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TESTING & CERTIFICATION | ENV SERVICES, INC.<br>2880 BERGEY RD, STE K<br>HATFIELD, PA 19440 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CAFETERIA HOOD CLEANING | ENVIRONMENTAL CONTROL SERVICES, INC.<br>ATTN: PRESIDENT<br>1232 W BALTIMORE PIKE<br>MEDIA, PA 19063 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LABORATORY SERVICES | EUROFINS VIRACOR, INC.<br>1001 NW TECHNOLOGY DR<br>LEES SUMMIT, MO 64086 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REFERENCE LABORATORY SERVICES | EUROFINS VRL, INC.<br>DBA VRL EUROFINS<br>ATTN: KEVIN BARFIELD, PRESIDENT<br>6665 S KENTON ST, STE 205<br>CENTENNIAL, CO 80111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EVOQUA WATER TECHNOLOGIES, LLC<br>258 DUNKSFERRY RD<br>BENSALEM, PA 19020 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| ██ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR PRICING & CONSIGNMENT** | **EXACTECH US, INC.**<br>**2320 NW 66TH COURT**<br>**GAINESVILLE, FL 32653** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR FINANCING LEASE** | **FLEX FINANCIAL, A DIVISON OF STRYKER SALES CORPORATION**<br>**1901 ROMENCE RD PKWY**<br>**PORTAGE, MI 49002** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES AGREEMENT** | **FM COST CONTAINMENT, LLC**<br>**85 OLD EAGLE SCHOOL RD**<br>**WAYNE, PA 19087** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | **SHARED MARKETING AGREEMENT** | **FOOT & ANKLE CENTER OF PHILADELPHIA, LLC**<br>**ATTN: STEVEN BOC, DPM**<br>**235 NORTH BROAD ST, STE 300**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **FOOT & ANKLE CENTER OF PHILADELPHIA, LLC (DR. BOC)**<br>**ATTN: STEVEN F BOC, DPM**<br>**235 N BROAD ST, STE 300**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **FOSS THERAPY SERVICES, INC.**<br>**ATTN: PRESIDENT**<br>**5938 SATSUMA AVE**<br>**NORTH HOLLYWOOD, CA 91601** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | FRIENDS BEHAVIORAL HEALTH SYSTEM ATTN: MICHAEL W MCDONALD, JR 4641 ROOSEVELT BLVD PHILADELPHIA, PA 19124 |
| | State the term remaining List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE GME AFFILIATION AGREEMENT | FRIENDS BEHAVIORAL HEALTH SYSTEM 4641 E ROOSEVELT BLVD PHILADELPHIA, PA 19124 |
| | State the term remaining List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PATIENT TRANSPORTATION SERVICES | FUSARO BROTHERS, INC. DBA MAXWELL CAB COMPANY ATTN: GEORGE FUSARO, PRESIDENT 9 WEST ATHENS AVE ARDMORE, PA 19003 |
| | State the term remaining List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ARMORED CAR SERVICES | GARDA CL ATLANTIC, INC. 4200 GOVERNOR PRINTZ BLVD WILMINGTON, DE 19802 |
| | State the term remaining List the contract number of any government contract | | |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | ON-DEMAND QUOTE | GE PRECISION HEALTHCARE LLC 3000 N GRANDVIEW BLVD WAUKESHA, WI 53188 |
| | State the term remaining List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | ON-DEMAND QUOTE | GE PRECISION HEALTHCARE LLC 3000 N GRANDVIEW BLVD WAUKESHA, WI 53188 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | **GEO. W. KISTLER, INC.**<br>**DBA KISTLER O'BRIEN FIRE PROTECTION**<br>**2210 CITY LINE RD**<br>**BETHLEHEM, PA 18017** |
| | **SERVICES AGREEMENT** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | **GEORGE SABU, MD**<br>**13106 BUSTLETON AVE**<br>**PHILADELPHIA, PA 19116** |
| | **SERVICES AGREEMENTS**<br>**HOSPITAL BASED AGREEMENTS** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | **GETINGE USA SALES, LLC**<br>**45 BARBOUR POND DR**<br>**WAYNE, NJ 07470** |
| | **PURCHASE AGREEMENT** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | **GETINGE USA SALES, LLC**<br>**45 BARBOUR POND DR**<br>**WAYNE, NJ 07470** |
| | **PURCHASE AGREEMENT** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | **GETINGE USA, INC.**<br>**1777 EAST HENRIETTA RD**<br>**ROCHESTER, NY 14623** |
| | **SERVICES AGREEMENT** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | **GETINGE USA, INC.**<br>**1777 EAST HENRIETTA RD**<br>**ROCHESTER, NY 14623** |
| | **SERVICES AGREEMENT** | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor Name    **Center City Healthcare, LLC**                                   Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENTS** | **GLENN P GOODHART, DDS**<br>**1137 COVENTRY RD**<br>**CHELTENHAM, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **GLOBAL NEUROSCIENCES INST**<br>**ATTN: EROL VEZENDAROGLU, MD**<br>**219 N BROAD ST, 7TH FL**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENTS**<br>**HOSPITAL BASED AGREEMENTS** | **GLOBAL NEUROSCIENCES INSTITUTE, LLC**<br>**219 N BROAD ST, 7TH FL**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | **DIRECTORSHIP AGREEMENT** | **GLOBAL NEUROSCIENCES INSTITUTE, LLC**<br>**ATTN: EROL VEZNEDAROGLU, MD**<br>**404 S FRONT ST**<br>**PHILADELPHIA, PA 19147** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **GLOUCESTER COUNTY COLLEGE**<br>**1400 TANYARD RD**<br>**SEWELL, NJ 08080** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **GRAND CANYON UNIVERSITY**<br>**3300 W CAMELBACK RD**<br>**PHOENIX, AZ 85017** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | GRAND VIEW HOSPITAL<br>DBA GRAND VIEW HEALTH<br>700 LAWN AVE<br>SELLERSVILLE, PA 18960 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | GWYNEDD MERCY UNIVERSITY, SCHOOL OF NURSING AND HEALTH PROFESSIONS<br>ATTN: FRANCIS M. MAGUIRE<br>1325 SUMNEYTOWN PIKE<br>GWYNEDD, PA 19437 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | GWYNEDD-MERCY COLLEGE, RADIATION THERAPY PROGRAM<br>1325 SUMNEYTOWN PIKE<br>GWYNEDD, PA 19437 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HAEMONETICS CORPORATION<br>ATTN: PAUL CABANA, VP, NO AM SVCS AND SUPP<br>400 WOOD RD<br>BRAINTREE, MA 02184 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE | HAHNEMANN APOTHECARY<br>ATTN: PRESIDENT<br>230 NORTH BROAD ST<br>MS 544<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | HAHNEMANN APOTHECARY INC<br>ATTN: MICHAEL LEVIN, PRES<br>210 DAISY LANE<br>WYNNEWOOD, PA 19096 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HAHNEMANN APOTHECARY INC.<br>ATTN: PRESIDENT<br>230 NORTH BROAD ST<br>MS 544<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | HAHNEMANN APOTHECARY, INC<br>230 N BROAD ST<br>MS 544<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT LEASE (LEASE NOT AVAILABLE) | HAHNEMANN UNIVERSITY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HAMPTON UNIVERSITY<br>100 CEMETERY RD<br>HAMPTON, VA 23668 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HANGER PROSTHETIC AND ORTHOTICS, INC.<br>DBA HANGER CLINIC<br>ATTN: AREA CLINICAL MANAGER<br>605 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | HANGER PROSTHETICS AND ORTHOTICS, INC<br>DBA HANGER CLINIC<br>1504 DUNHILL CT<br>MOUNT PLEASANT, SC 29466 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HARCUM COLLEGE<br>750 MONTGOMERY AVE<br>BRYN MAWR, PA 19010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HARMELIN AND ASSOCIATES INC.<br>DBA HARMELIN MEDIA<br>ATTN: MARY MEDER, PRESIDENT<br>525 RIGHTERS FERRY RD<br>BALA CYNWYD, PA 19004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HARRIS SCHOOL OF BUSINESS<br>1 MALL DR, STE 700<br>CHERRY HILL, NJ 08002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS<br>HOSPITAL BASED AGREEMENTS | HARVARD CARDIOVASCULAR, INC.<br>5735 RIDGE AVE, STE 101<br>PHILADELPHIA, PA 19128 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SERVICES & CONSUMABLES | HEALTHTRONICS MOBILE SOLUTIONS, L.L.C.<br>9825 SPECTRUM DR<br>BUILDING 3<br>AUSTIN, TX 78717 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS<br>HOSPITAL BASED AGREEMENTS | HEART CARE CONSULTANTS<br>5600 CHESTNUT ST<br>PHILADELPHIA, PA 19139 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LEASE OF PRINTERS | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY ATTN: DIR OF OPERATIONS, AMERICAS 200 CONNELL DR, STE 5000 BERKELEY HEIGHTS, NJ 07922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LEASE OF PRINTERS | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY ATTN: DIR OF OPERATIONS, AMERICAS 200 CONNELL DR, STE 5000 BERKELEY HEIGHTS, NJ 07922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE AND FINANCING AGREEMENT NO. 4728088086 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY ATTN: DIRECTOR OF OPERATIONS, AMERICAS 200 CONNELL DR, STE 5000 BERKELEY HEIGHTS, NJ 07922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MOLD & ASBESTOS SURVEY | HILLMANN CONSULTING, LLC ATTN: GERALANNE MAGLIONE 304 HARPER DR, STE 207 MOORESTOWN, NJ 08057 |
| | State the term remaining List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE & LICENSE MASTER AGREEMENT | HILL-ROM COMPANY, INC. ATTN: CONTRACTS DEPT 1225 CRESCENT GREEN, STE 300 CARY, NC 27518 |
| | State the term remaining List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE SERVICE | HOLOGIC, INC. 250 CAMPUS DR MARLBOROUGH, MA 01752 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HOLY FAMILY UNIVERSITY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | HORSHAM FOOT & ANKLE ATTN: RAMON C LOPEZ, DPM 499 HORSHAM RD HORSHAM, PA 09044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | INPATIENT HOSPICE SERVICES AGREEMENT | HOSPICE OF PHILADELPHIA ATTN: PRESIDENT 3300 HENRY AVE, STE 500 PHILADELPHIA, PA 19129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | AGMT FOR PATIENT TRANSFER & FINANCIAL RESPONSIBILITY FOR POST-ACUTE CARE SERVICES | HOSPITAL ADVENTIST VALLE DE ANGELES ATTN: CHIEF EXECUTIVE OFFICER VALLE DE ANGELES, F.M. HONDURAS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HUB PARKING TECHNOLOGY USA, INC. ATTN: JOHN LOVELL, MANAGING DIR AND CEO 555 KEYSTONE DR WARRENDALE, PA 15086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | ROP SCREENING COVERAGE AGREEMENT | HUNTINGDON VALLEY EYE CARE CONSULTANTS, LTD. ATTN: HAROLD KOLLER, MD 1650 HUNTINGDON PIKE, STE 150 MEADOWBROOK, PA 19046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | HUP - UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM ATTN: JEFFREY S BERNS, MD/ ILENE ROSEN, MD JORDAN MEDICAL EDUCATION CENTER 3400 CIVIC CTR BLVD, 6TH FL, S PAVILION EXPANSION PHILADELPHIA, PA 19104 |
| | State the term remaining List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | HUP - UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM ATTN: JEFFREY S BERNS, MD/ ILENE ROSEN, MD JORDAN MEDICAL EDUCATION CENTER 3400 CIVIC CTR BLVD, 6TH FL, S PAVILION EXPANSION PHILADELPHIA, PA 19104 |
| | State the term remaining List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HUSSON UNIVERSITY 1 COLLEGE CIRCLE BANGOR, ME 04401 |
| | State the term remaining List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | IMMACULATA UNIVERSITY ATTN: VP FOR ACADEMIC AFFAIRS AND PROVOST 1145 W KING RD IMMACULATA, PA 19345 |
| | State the term remaining List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | IMMACULATTA UNIVERSITY 1145 KING RD IMMACULATA, PA 19345 |
| | State the term remaining List the contract number of any government contract | | |
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT | IMMUCOR, INC. 3130 GATEWAY DR NORCROSS, GA 30071 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | INDEPENDENCE UNIVERSITY<br>4021 S 700 E, STE 400<br>SALT LAKE CITY, UT 84107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | INFORMA SOFTWARE<br>2300 MAITLAND CENTER PKWY, STE 220<br>MAITLAND, FL 32751 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR INHALATION DRUG & SERVICES | INO THERAPEUTICS LLC<br>DBA MALLINCKRODT<br>ATTN: CRITICAL CARE CONTRACT ADMIN<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | INSTITUTE FOR DERMATOPATHOLOGY<br>ATTN: DAVID PYC<br>3805 W CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | TRIAL EVALUATION AGREEMENT | INTEGRA LIFE SCIENCES SALES LLC<br>311 ENTERPRISE DR<br>PLAINSBORO, NJ 08536 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | CHANNEL, SUBSCRIPTION & LICENSE AGREEMENT | INTERACTIVATION HEALTH NETWORKS<br>ATTN: DAVID ROSS, COO<br>331 W 57TH ST, #733<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

█████    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT | IODINE SOFTWARE, LLC<br>ATTN: CONTRACTS MANAGER<br>6850 AUSTIN CENTER BLVD<br>AUSTIN, TX 78731 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ISS FACILITY SERVICES, INC.<br>ATTN: JAMES HAVIARIS, PRESIDENT, NE REGION<br>81 DORSA AVE<br>LIVINGSTON, NJ 07039 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CREMATION SERVICES | IVY HILL CEMETERY COMPANY<br>1201 EASTON RD<br>PHILADELPHIA, PA 19150 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | JDR CONSULTING, LLC<br>ATTN: CEO/PRINCIPAL<br>3175 TROON DR<br>CENTER VALLEY, PA 18034 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | JOHN CALVITTI COMPANY<br>ATTN: RICHARD CALVITTI, PRESIDENT<br>3200 SCOTTS LANE<br>PHILADELPHIA, PA 19129-1527 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RECRUITER FOR CHIEF MEDICAL OFFICER | JOHNGSELF PARTNERS, INC.<br>ATTN: JOHN G. SELF, PRESIDENT<br>3131 MCKINNEY AVE, STE 600<br>DALLAS, TX 75204 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT PLACEMENT AGREEMENT | KCI USA, INC.<br>8023 VANTAGE DR<br>SAN ANTONIO, TX 78230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | KEYSTONE QUALITY TRANSPORT<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | KEYSTONE QUALITY TRANSPORT<br>ATTN: NEIL BRADY, VP OF BUS DEVT<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR AMBULANCE SERVICES | KEYSTONE QUALITY TRANSPORT COMPANY<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | KONICA MINOLTA LIFECYCLE & CUSTOMER SATISFACTION AGREEMENT | KONICA MINOLTA HEALTHCARE AMERICAS, INC.<br>411 NEWARK POMPTON TURNPIKE<br>WAYNE, NJ 07470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | L.W. BRADY MD AND ASSOCIATES PC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                                    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** |
| | | **LAKE ERIE COLLEGE**<br>**391 W WASHINGTON ST**<br>**PAINESVILLE, OH 44077** |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** |
| | | **LANGUAGE SERVICES ASSOCIATES, INC.**<br>**455 BUSINESS CENTER DR, STE 100**<br>**HORSHAM, PA 19044** |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | **PRICING AGREEMENT** |
| | | **LANTHEUS MEDICAL IMAGING, INC.**<br>**ATTN: SHELLI JENSEN**<br>**331 TREBLE COVE RD**<br>**BUILDING 600-1**<br>**N. BILLERICA, MA 01862** |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** |
| | | **LASALLE UNIVERSITY** |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** |
| | | **LASALLE UNIVERSITY** |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** |
| | | **LE BOEUF HOLDINGS, INC.**<br>**DBA JIM'S ENTERPRISES**<br>**2235 HARTRANFT ST**<br>**PHILADELPHIA, PA 19145** |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LEGAL CLINIC SERVICES | LEGAL CLINIC FOR THE DISABLED, INC. ATTN: LINDA PEYTON, EXEC DIR 1513 RACE ST PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | LENOIR COMMUNITY COLLEGE |
| | State the term remaining List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | LIFELINE SOFTWARE, INC. 2407 PEMBERTON PL AUSTIN, TX 78703 |
| | State the term remaining List the contract number of any government contract | | |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | ORTHOTIC & PROSTHETIC SERVICES AGREEMENT | LIMB TECHNOLOGIES, INC. DBA LTI ORTHOTIC PROSTHETIC CENTER ATTN: PRESIDENT 2925 VETERANS HWY BRISTOL, PA 19007 |
| | State the term remaining List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | LINCOLN MEMORIAL UNIVERSITY, DEBUSK COLLEGE OF OSTEOPATHIC MEDICINE 6965 CUMBERLAND GAP PKWY HARROGATE, TN 37752 |
| | State the term remaining List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | LINCOLN TECHNICAL INSTITUTE 3600 MARKET ST PHILADELPHIA, PA 19104 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR QUALITY IMPROVEMENT REVIEW** |
| | | **LIVANTA LLC**<br>**ATTN: CHIEF OPERATING OFFICER**<br>**10810 GUILFORD RD, STE 111**<br>**ANNAPOLIS JUNCTION, MD 20701** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** |
| | | **LOGAN CONSULTANTS**<br>**1341 N DELAWARE AVE, STE 302A**<br>**PHILADELPHIA, PA 19125** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** |
| | | **LOYOLA UNIVERSITY MARYLAND, INC.**<br>**8890 MCGRAW RD**<br>**COLUMBIA, MD 21045** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENTS** |
| | | **LTI ORTHOTIC PROSTHETIC CENTER**<br>**2925 VETERANS HWY**<br>**BRISTOL, PA 19007** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** |
| | | **LYONS-CHVALA NEPHROLOGY ASSOC**<br>**730 N BROAD ST, STE 101**<br>**WOODBURY, NJ 08096** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** |
| | | **MACALINO MARKETING, INC.**<br>**ATTN: PRESIDENT**<br>**748 NORTH 24TH ST**<br>**PHILADELPHIA, PA 19130** |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENTS** | **MAGEE REHABILITATION CENTER**<br>**1513 RACE ST**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | **LABORATORY SERVICES AGREEMENT** | **MAGEE REHABILITATION HOSPITAL**<br>**ATTN: PRESIDENT & CEO**<br>**1513 RACE ST**<br>**PHILADELPHIA, PA 19103** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **MAIN LINE FERTILITY CENTER, INC**<br>**MICHAEL GLASSNER, MD**<br>**825 OLD LANCASTER RD, STE 170**<br>**BRYN MAWR, PA 190010** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **MAJOR MEDICAL HOSPITAL SERVICES, INC.**<br>**ATTN: PRESIDENT**<br>**150 COOPER RD**<br>**WEST BERLIN, NJ 08091** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **MARYVILLE UNIVERSITY OF ST. LOUIS**<br>**650 MARYVILLE UNIVERSITY DR**<br>**ST. LOUIS, MO 63141** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR LAUNDRY & LINEN SERVICES** | **MAYFLOWER LAUNDRY AND TEXTILE SERVICES LLC**<br>**2601 W LEXINGTON ST**<br>**BALTIMORE, MD 21223** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | MCG HEALTH, LLC<br>ATTN: CONTRACTS DEPT<br>901 5TH AVE, STE 2000<br>SEATTLE, WA 98164 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MCP/HU - MASTERS OF MEDICAL SCIENCES |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MDS CARPETING AND FLOORING, INC.<br>455 PENN ST<br>YEADON, PA 19050 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR FINANCING LEASE | MED ONE CAPITAL FUNDING, LLC<br>10712 SOUTH 1300 EAST<br>SANDY, UT 84094 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | MEDICAL HEIGHTS ASSOCIATES LLC<br>P.O. BOX 342<br>HADDONFIELD, NJ 08033 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING SERVICES AGREEMENT | MEDICAL STAFFING SOLUTIONS, INC.<br>DBA STAT RESOURCES<br>4499 OLD WILLIAM PENN HWY<br>MURRYSVILLE, PA 15668 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MEDINT HOLDINGS, LLC<br>1150 1ST AVE, STE 450<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MED-TEX SERVICES, INC.<br>6940 STATE RD<br>PHILADELPHIA, PA 19135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MEDTRONIC USA INC.<br>8200 CORAL SEA ST NE<br>MOUNDS VIEW, MN 55112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT FOR BREAST IMPLANTS | MENTOR WORLDWIDE LLC<br>ATTN: SR. CONTRACTS MANAGER<br>33 TECHNOLOGY DR<br>IRVINE, CA 92618 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | MENTOR WORLDWIDE LLC<br>ATTN: SR. CONTRACTS MANAGER<br>33 TECHNOLOGY DR<br>IRVINE, CA 92618 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | MERAKEY INNOVATIVE CARE AND EDUCATION SOLUTIONS (FNA NORTHWESTERN HUMAN SERVICES "NHS PHILADELPHIA")<br>ATTN: PRESIDENT<br>906 BETHLEHEM PIKE<br>ERDENHEIM, PA 19038 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name     **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | MERCY CATHOLIC MED CTR (TRINITY) ATTN: JOSE MISSRI, MD ONE E ELM ST, STE 100 CONSHOHOCKEN, PA 19428 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | MERIDIAN BIOSCIENCE CORPORATION 3471 RIVER HILLS DR CINCINNATI, OH 45244 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | ANESTHESIA PROVIDER PROCUREMENT AGREEMENT | METROPOLITAN ANESTHESIA SERVICES, INC. ATTN: CEO 246 WHEATSHEAF LANE LANGHORNE, PA 19047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | METROPOLITAN NEPHROLOGY ASSOCIATES 235 NORTH BROAD ST, STE 100 PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MIAMI UNIVERSITY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MICHIGAN STATE UNIVERSITY COLLEGE OF OSTEOPATHIC MEDICINE 965 FEE RD, RM C110 EAST LANSING, MI 48824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

<table>
<tr><td colspan="3">■    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
<tr><td colspan="3">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
</table>

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.354** | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MIDWESTERN UNIVERSITY<br>ATTN: AUDRA STEPHENS<br>555 31ST STREET, HHH - SUITE 305<br>DOWNERS GROVE, IL 60515 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.355** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MJR TECHNOLOGIES, INC.<br>DBA GT TELECOM<br>ATTN: PRESIDENT<br>6211 KELLERS CHURCH RD<br>PIPERSVILLE, PA 18947 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.356** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | MONTEREY MEDICAL SOLUTIONS, INC.<br>ATTN: PRESIDENT<br>1130 FREMONT BLVD, STE 105-302<br>SEASIDE, CA 93955 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.357** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NANCY WEST COMMUNICATIONS<br>ATTN: NANCY WEST, PRINCIPAL<br>1108 SHAW DR<br>FORT WASHINGTON, PA 19034-1727 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.358** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NANOSONICS, INC.<br>ATTN: SENIOR VP - NORTH AMERICA<br>11793 TECHNOLOGY LANE<br>FISHERS, IN 46038 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.359** | State what the contract or lease is for and the nature of the debtor's interest | TRANSPLANT CENTER PARTICIPATION AGREEMENT | NATIONAL MARROW DONOR PROGRAM<br>500 N 5TH ST<br>MINNEAPOLIS, MN 55401-1206 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | APHERESIS CENTER PARTICIPATION AGREEMENT | NATIONAL MARROW DONOR PROGRAM<br>500 N 5TH ST<br>MINNEAPOLIS, MN 55401-1206 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | COLLECTION CENTER PARTICIPATION AGREEMENT | NATIONAL MARROW DONOR PROGRAM<br>500 N 5TH ST<br>MINNEAPOLIS, MN 55401-1206 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | RELATED DONOR SERVICES AGREEMENT | NATIONAL MARROW DONOR PROGRAM<br>500 N 5TH ST<br>MINNEAPOLIS, MN 55401-1206 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | UNION AGREEMENT | NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | NAZARETH HOSPITAL<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | NEURO-OPHTHALMOLOGIC ASSOC (SAVINO & SERGOTT)<br>ATTN: ROBERT SERGOTT, MD<br>840 WALNUT ST, STE 930<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | **FIRST AMENDMENT LEASE (LEASE NOT AVAILABLE)** | **NEW CINGULAR WIRELESS PCS DBA CINGULAR WIRELESS ATTN: REAL ESTATE CONTRACTS 2013 HAHNEMANN HOSPITAL 6100 ATLANTIC BLVD NORCROSS, GA 30071** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **NEW CINGULAR WIRELESS PCS LLC DBA CINGULAR WIRELESS ATTN: REAL ESTATE CONTRACTS 2013 HAHNEMANN HOSPITAL 6100 ATLANTIC BLVD NORCROSS, GA 30071** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **NEW CINGULAR WIRELESS PCS LLC DBA CINGULAR WIRELESS ATTN: REAL ESTATE CONTRACTS 2013 HAHNEMANN HOSPITAL 6100 ATLANTIC BLVD NORCROSS, GA 30071** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **NEW YORK COLLEGE OF PODIATRIC MEDICINE 53 E 124TH ST NEW YORK, NY 10035** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR LINEN & LAUNDRY RENTAL & PROCESSING** | **NIXON UNIFORM SERVICE, INC. 500 CENTERPOINT BLVD NEW CASTLE, DE 19720** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENTS** | **NORTH PHILADELPHIA HEALTH SYSTEM (GIRARD MEDICAL CENTER) 1524 W GIRARD AVE PHILADELPHIA, PA 19130** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT | NORTHEAST PROTECTION PARTNERS INC.<br>4231 WEST LINCOLN HWY<br>PARKESBURG, PA 19365 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | COMMITMENT AGREEMENT | NOVA BIOMEDICAL CORPORATION<br>200 PROSPECT ST<br>WALTHAM, MA 02454 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR OUTSOURCED CLERICAL SERVICES | NTHRIVE, INC.<br>ATTN: LEGAL/CONTRACTING<br>200 NORTH POINT CENTER EAST, STE 600<br>ALPHARETTA, GA 30022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RADIOLOGY REPORTS SOFTWARE | NUANCE COMMUNICATIONS, INC.<br>1 WAYSIDE RD<br>BURLINGTON, MA 01803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE FOR SOFTWARE | NUANCE COMMUNICATIONS, INC.<br>1 WAYSIDE RD<br>BURLINGTON, MA 01803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NUCLEAR MEDICINE RESOURCES, INC.<br>ATTN: ANTHONY GUALTIERI, OWNER<br>101 WENDEE WAY<br>SEWELL, NJ 08080 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SERVICES AGREEMENT** | **OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A.**<br>**DBA CONCENTRA MEDICAL CENTERS**<br>**ATTN: PRESIDENT**<br>**5080 SPECTRUM DR, STE 1200W**<br>**ADDISON, TX 75001** |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STUDENT AFFILIATION AGREEMENT** | **OHIO UNIVERSITY HERITAGE COLLEGE OF OSTEOPATHIC MEDICINE**<br>**1 OHIO UNIVERSITY**<br>**ATHENS, OH 45701** |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **AGREEMENT FOR EQUIPMENT LEASE (MONTH TO MONTH)** | **OLYMPUS AMERICA INC.**<br>**3500 CORPORATE PKWY**<br>**CENTER VALLEY, PA 18034** |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **AGREEMENT FOR EQUIPMENT LEASE (MONTH TO MONTH)** | **OLYMPUS AMERICA INC.**<br>**3500 CORPORATE PKWY**<br>**CENTER VALLEY, PA 18034** |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **AGREEMENT FOR EQUIPMENT LEASE** | **OLYMPUS AMERICA INC.**<br>**3500 CORPORATE PKWY**<br>**CENTER VALLEY, PA 18034** |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SERVICE & MAINTENANCE AGREEMENT** | **OLYMPUS AMERICA INC.**<br>**3500 CORPORATE PKWY**<br>**CENTER VALLEY, PA 18034** |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER LEASE AGREEMENT 009132** | **OLYMPUS AMERICA INC.**<br>**3500 CORPORATE PKWY**<br>**CENTER VALLEY, PA 18034** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | **PROGRAM MEMBERSHIP AGREEMENT** | **OREGON HEALTH & SCIENCE UNIVERSITY**<br>**ATTN: SUZANNE SIMMONS, DEPT ADMINISTRATOR**<br>**SJH 4129**<br>**3181 SW SAM JACKSON PARK RD**<br>**PORTLAND, OR 97239** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENTS**<br>**HOSPITAL BASED AGREEMENTS** | **PA ORAL & MAXILLOFACIAL SURGERY, LTD**<br>**207 N BROAD ST, 1ST FL**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIENCES, COLLEGE OF OSTEOPATHIC MEDICINE**<br>**200 UNIVERSITY PKWY**<br>**YAKIMA, WA 98901** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **PAIN CARE PROFESSIONALS**<br>**P.O. BOX 237**<br>**WYNNEWOOD, PA 19096** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **PAIN CARE PROFESSIONALS**<br>**P.O. BOX 237**<br>**WYNNEWOOD, PA 19096** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | **SUBLEASE** | **PAIN CARE PROFESSIONALS**<br>**P.O. BOX 237**<br>**WYNNEWOOD, PA 19096** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PAIN CARE PROFESSIONALS, INC (DR. WES PROKOP)**<br>**ATTN: WES PROKOP, MD**<br>**15 PRESIDENTIAL BLVD, STE 100**<br>**BALA CYNWYD, PA 19004** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PAIN CARE, PC (LINWOOD, NJ)**<br>**ATTN: JEFFREY PETERSOHN, MD**<br>**199 NEW RD, STE 62-63**<br>**LINWOOD, NJ 08221** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **PARADIGM MECHANICAL, LLC**<br>**702-A HIGHLAND RD**<br>**LANSDALE, PA 19446** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **PARK AMERICA INC**<br>**ONE BALA AVE, STE 500**<br>**BALA CYNWYD, PA 19004** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR HOSPITAL LEASES PARKING SPACES** | **PARKWAY CORPORATION**<br>**ATTN: PAUL IERUBINO, SVP & COO**<br>**150 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | PARKWAY CORPORATION<br>150 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | PARKWAY CORPORATION<br>150 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PATHWAYS PHILADELPHIA<br>E PATRICK ST, STE 1<br>FREDERICK, MD 21701 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | ACUTE DIALYSIS SERVICES AGREEMENT | PATIENT PATHWAYS, LLC<br>ATTN: ANDREW KIM, VP<br>2000 16TH ST<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | PATINO LANDSCAPING GROUP, LLC<br>ATTN: ARMANDO PATINO, PRESIDENT<br>75 SHELTER LANE<br>LEVITTOWN, PA 19055 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | PAUL RABINOWITZ GLASS CO, INC.<br>ATTN: MARK RABINOWITZ, PRESIDENT<br>1401 NORTH AMERICAN ST<br>PHILADELPHIA, PA 19122 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**    Case number (if known): **19-11466**

| ▮ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **PAUL TIRADO**<br>**3548 SANDPIPER LANE**<br>**MELBOURNE, FL 32935** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PCOM (PHILADELPHIA COLLEGE OSTEOPATHIC MEDICINE)**<br>**ATTN: KENNETH VEIT, DO**<br>**4190 CITY AVE**<br>**PHILADELPHIA, PA 19131** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PELVIC AND SEXUAL HEALTH INSTITUTE DBA PHILADELPHIA UROSURGICAL ASSOCIATES**<br>**ATTN: KRISTENE WHITMORE, MD**<br>**207 N BROAD ST, 4TH FL**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | **COLLECTIVE BARGAINING AGREEMENT** | **PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS**<br>**1 FAYETTE ST, STE 475**<br>**CONSHOHOCKEN, PA 19428** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PENNSYLVANIA HOSP OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM**<br>**ATTN: THERESA M LARIVEE, MBA/DOMINIC MARCHIANO, MD**<br>**800 SPRUCE ST**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR RESIDENCY TEACHING** | **PENNSYLVANIA ORAL & MAXILLOFACIAL SURGERY, LTD**<br>**ATTN: CHIEF EXECUTIVE OFFICER**<br>**207 N BROAD ST**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | ON-CALL AGREEMENT | PENNSYLVANIA ORAL & MAXILLOFACILAL SURGERY, LTD. ATTN: SEAN WILD, CEO 207 NORTH BROAD ST, 1ST FL PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PARTICIPATION | PENNSYLVANIA TRAUMA SYSTEMS FOUNDATION ATTN: JULIET ALTENBURG, EXEC DIR 3907 HARTZDALE DR, STE 702 CAMP HILL, PA 17011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SPECIALTY INFUSION SERVICES | PENTEC HEALTH, INC. ATTN: CHERYL MCMULLEN 50 APPLIED CARD WAY, STE 1020 GLEN MILLS, PA 19342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE & SUPPORT AGREEMENT | PERIGEN, INC. ATTN: CHIEF FINANCIAL OFFICER 100 REGENCY FOREST DR, STE 200 CARY, NC 27518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SCREENING SERVICES | PERKINELMER GENETICS, INC. ATTN: GENERAL COUNSEL 940 WINTER ST WATHAM, MA 02451 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PENN MANDATED NEWBORN SCREENING | PERKINELMER GENETICS, INC. 250 INDUSTRY DR, STE 400 PITTSBURGH, PA 15275 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PHEC-AMBULATORY ROTATIONS OUTSIDE OF HUH W/DUCOM FACULTY (CROSS-REF:  DUCOM MASTER AMBULATORY SITE AGREEMENT & PHEC MASTER AFFILIATION AGREEMENT)** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **PHILADELPHIA COLLEGE OF MEDICINE 4170 CITY AVE PHILADELPHIA, PA 19131** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE DEAN'S STE, 4170 CITY AVE PHILADELPHIA, PA 19131** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PHILADELPHIA EAR NOSE AND THROAT ASSOC (DR SATALOFF) ATTN: ROBERT T SATALOFF, MD 219 N BROAD ST, 10TH FL PHILADELPHIA, PA 19107** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | **SHARED MARKETING AGREEMENT** | **PHILADELPHIA EAR, NOSE & THROAT ASSOCIATES ATTN: ROBERT SATALOFF, MD 219 N BROAD ST, 10TH FL PHILADELPHIA, PA 19107** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PHILADELPHIA GASTROENTEROLOGY GROUP ATTN: LARRY BOROWSKY, MD 525 JAMESTOWN AVE, STE 101 PHILADELPHIA, PA 19128** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | PHILADELPHIA HAND TO SHOULDER CENTER |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE | PHILADELPHIA HEALTH & EDUCATION CORP |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | PHILADELPHIA HEALTH & EDUCATION CORPORATION DBA DREXEL UNIVERSITY COLLEGE OF MEDICINE 245 N 15TH ST PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA HEALTH & EDUCATION CORPORATION VICE PRESIDENT, PHILADELPHIA HEALTH & EDUCATION CORPORATION C/O DREXEL UNIV 3141 CHESTNUT ST PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA HEALTH & EDUCATION CORPORATION PRESIDENT, PHILADELPHIA HEALTH & EDUCATION CORPORATION C/O DREXEL UNIV 3141 CHESTNUT ST PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA HEALTH & EDUCATION CORPORATION DEAN, SCHOOL OF MEDICINE MCP HAHNEMANN UNIVERSITY, 19TH FL NEW COLLEGE BUILDING PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA HEALTH & EDUCATION CORPORATION D/B/A DREXEL UNIVERSITY COLLEGE OF NURSING AND HEALTH PROFESSIONS 203 N BROAD ST PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA HEALTH & EDUCATION CORPORATION D/B/A DREXEL UNIVERSITY COLLEGE OF NURSING AND HEALTH PROFESSIONS 203 N BROAD ST PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | PHILADELPHIA UROLOGY ASSOC ATTN: BRUCE SLOANE, MD 1216 ARCH ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | PHILADELPHIA UROSURGICAL ASSOC PC 207 N BROAD ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | PHILADELPHIA UROSURGICAL ASSOC PC 208 N BROAD ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION LEASE | PHILADELPHIA UROSURGICAL ASSOCIATES ATTN: KRISTENE WHITMORE, MD 207 N BROAD ST, 4TH FL PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

▪ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.432** | State what the contract or lease is for and the nature of the debtor's interest | **DIRECTORSHIP AGREEMENT** | **PHILADELPHIA UROSURGICAL ASSOCIATES, PC**<br>**ATTN: KRISTENE WHITMORE, MD**<br>**207 N BROAD ST, 4TH FL**<br>**PHILADELPHIA, PA 19147** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.433** | State what the contract or lease is for and the nature of the debtor's interest | **ON-DEMAND QUOTE** | **PHILIPS HEALTHCARE**<br>**22100 BOTHELL EVERETT HWY**<br>**BOTHELL, WA 98021** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.434** | State what the contract or lease is for and the nature of the debtor's interest | **ON-DEMAND QUOTE** | **PHILIPS HEALTHCARE**<br>**22100 BOTHELL EVERETT HWY**<br>**BOTHELL, WA 98021** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.435** | State what the contract or lease is for and the nature of the debtor's interest | **ON-DEMAND QUOTE** | **PHILIPS HEALTHCARE**<br>**22100 BOTHELL EVERETT HWY**<br>**BOTHELL, WA 98021** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.436** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **PITNEY BOWES INC.**<br>**3001 SUMMER ST**<br>**STAMFORD, CT 06926** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.437** | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **PLANNED PARENTHOOD (LOCUST STREET HEALTH CENTER)**<br>**ATTN: LEE A TRIPP, MD**<br>**LOCUST ST SURGICAL CENTER**<br>**1144 LOCUST ST**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name     **Center City Healthcare, LLC**

Case number (if known): **19-11466**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LICENSE AGREEMENT | PNC BANK, NATIONAL ASSOCIATION ATTN: VP 1600 MARKET ST F2-F070-08-3 PHILADELPHIA, PA 19013 |
| | State the term remaining List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT | POOVENDRAN SANTHTHASIVAM, MD 23 JOY ST SAYRE, PA 18840 |
| | State the term remaining List the contract number of any government contract | | |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | PRECISION LASER SPECIALIST, INC. 712 TELSER RD LAKE ZURICH, IL 60047 |
| | State the term remaining List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | PRESCOTT'S INC. 18940 MICROSCOPE WAY MONUMENT, CO 80132 |
| | State the term remaining List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | PRESTIGE MEDICAL IMAGING, INC. ATTN: GENERAL MANAGER 525 ROUTE 73 NORTH, STE 104 MARLTON, NJ 08053 |
| | State the term remaining List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | PRIME HEALTHCARE SERVICES DBA LOWER BUCKS HOSPITAL 2100 W GIRARD AVE PHILADELPHIA, PA 19130 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PRIME HEALTHCARE SERVICES - ROXBOROUGH, LLC<br>5800 RIDGE AVE<br>PHILADELPHIA, PA 19128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE GME AFFILIATION AGREEMENT | PRIME HEALTHCARE SERVICES ROXBOROUGH, LLC<br>DBA ROXBOROUGH MEMORIAL HOSPITAL<br>5800 RIDGE AVE<br>PHILADELPHIA, PA 19128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE FOR LINEAR ARRAY SYSTEM | PTW NEW YORK CORPORATION<br>ATTN: MARK SZCZEPANSKI, SR MGR, TECH SVC<br>140 58TH ST<br>BROOKLYN, NY 11220 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | PUBLIC HEALTH MANAGEMENT CORPORATION<br>1500 MARKET ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | MEDICAL RESPITE PROFESSIONAL SERVICES AGREEMENT | PUBLIC HEALTH MANAGEMENT CORPORATION<br>260 SOUTH BROAD ST, 18TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | QUALITY INSIGHTS RENAL NETWORK 4<br>ATTN: EXEC DIR<br>630 FREEDOM BUSINESS CENTER, STE 116<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | QUALITY VASCULAR ACCESS SERVICES DBA QUALITY VASCULAR ACCESS SERVICES 8100 OLD YORK RD, YORKTOWN PLAZA ELKINS PARK, PA 19027 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | SOFIA PLACEMENT AGREEMENT | QUIDEL CORPORATION 12544 HIGH BLUFF DR, STE 200 SAN DIEGO, CA 92130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT & WARRANTY | RAD SOURCE TECHNOLOGIES, INC. 4907 GOLDEN PKWY BUFORD, GA 30518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | RADIATION ONCOLOGISTS, PA ATTN: JON STRASSER, MD 161 WILMINGTON-WEST CHESTER PIKE CHADDS FORD, PA 19317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE SERVICES | RADIOLOGY SOLUTIONS, LLC ATTN: JAMES O'CONNELL, CO-OWNER 166 PEREGRINE DR VOORHEES, NJ 08043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | RANDALL THOMAS, LLC 6002 N 10TH ST PHILADELPHIA, PA 19141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                              Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICARE GME AFFILIATION AGREEMENT** | **READING HOSPITAL**<br>**420 S FIFTH AVE**<br>**WEST READING, PA 19611** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **REGENTS OF THE UNIVERSITY OF NEW MEXICO, FOR THE HEALTH SCIENCES CENTER**<br>**ATTN: CRITICAL COORDINATOR**<br>**2700 YALE BLVD S E, STE 100**<br>**ALBUQUERQUE, NM 87106** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **REGIS UNIVERSITY**<br>**3333 REGIS BLVD**<br>**DENVER, CO 80221** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | **ACUTE DIALYSIS SERVICES AGREEMENT** | **RENAL TREATMENT CENTERS - NORTHEAST, INC.**<br>**ATTN: CLENN FROST, DIVISION VP**<br>**1172 SOUTH BROAD ST**<br>**PHILADELPHIA, PA 19146** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **RESPIRATORY ASSOCIATES LTD**<br>**1001 CITY AVE**<br>**WYNNEWOOD, PA 19096-3902** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **RESPIRATORY ASSOCIATES LTD**<br>**1001 CITY AVE**<br>**WYNNEWOOD, PA 19096-3902** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.462** | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN PARTICIPATION AGREEMENT | RESPIRATORY ASSOCIATES, LTD ATTN: ROBERT PROMISLOFF, MD 1001 CITY LINE AVE, STE WB 113 WYNNEWOOD, PA 19096 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.463** | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | RHEUMATIC DISEASE ASSOC, LTD ATTN: CHARLES PRITCHARD, MD 240 MARYLAND AVE, STE 40 WILLOW GROVE, PA 19090 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.464** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | RICHARD N. BEST ASSOCIATES, INC. 15 TRAIL RD LEVITTOWN, PA 19056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.465** | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | RITTENHOUSE EYE ASSOC, PC ATTN: WALTER P HARRIS, JR, MD 2000 HAMILTON ST, STE 306 PHILADELPHIA, PA 19130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.466** | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | RITTENHOUSE HEMATOLOGY & ONCOLOGY ATTN: RENE RUBIN, MD 207 N BROAD ST, 6TH FL PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.467** | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | RITTENHOUSE HEMATOLOGY ONCOLOGY (RENEE RUBIN, MD) ATTN: RENE RUBIN, MD 207 N BROAD ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | RITTENHOUSE HEMATOLOGY/ONCOLOGY<br>ATTN: RENE RUBIN, MD<br>207 N BROAD ST, 6TH FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | AMBULANCE SERVICES AGREEMENT | ROMED, INC.<br>DBA ROMED AMBULANCE<br>ATTN: PRESIDENT<br>2860 HEDLEY ST, STE 101<br>PHILADELPHIA, PA 19137-1919 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | ROSWELL PARK COMPREHENSIVE CANCER CTR (PROVIDER)<br>ATTN: VICTOR A FILAMA<br>ELM & CARLTON STS<br>BUFFALO, NY 14263 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ROWEN COLLEGE AT BURLINGTON COUNTY<br>601 PEMBERTON BROWN BILLS RD<br>PEMBERTON, NJ 08068 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY<br>ATTN: ASSOCIATE DEAN OF GRADUATE PROGRAMS<br>215 NORTH 3RD STREET<br>CAMDEN, NJ 08102-1405 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | RYDAL SQUARE LP<br>C/O BET INVESTMENTS INC<br>ATTN: MICHAEL P MARKMAN, PRES/GREGORY F GAMBEL JR, GEN COUNSEL<br>200 WITMER RD, STE 200<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** |
| | | **RYDAL SQUARE LP**<br>**RE: (LANDLORD)** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** |
| | | **RYDAL SQUARE LP**<br>**RE: (LANDLORD)** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** |
| | | **RYDAL SQUARE LP**<br>**RE: (LANDLORD)** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** |
| | | **RYDAL SQUARE LP**<br>**RE: (LANDLORD)** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** |
| | | **S&H LTD.**<br>**DBA METROPOLITAN FLAG & BANNER CO.**<br>**ATTN: PRESIDENT**<br>**2037 E WILLARD ST**<br>**PHILADELPHIA, PA 19134** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** |
| | | **S.A. COMUNALE CO, INC.**<br>**603 RYAN AVE**<br>**WESTVILLE, NJ 08093** |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.480** | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **SAINT CHRISTOPHER'S HOSPIAL (SHARED ROTATION AGREEMENT)** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.481** | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **SAINT CHRISTOPHER'S HOSPITAL** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.482** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SAINT FRANCIS UNIVERSITY**<br>**P.O. BOX 600**<br>**LORETTO, PA 15940** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.483** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SANFORD-BROWN INSTITUTE**<br>**3600 HORIZON BLVD, STE GL1**<br>**TREVOSE, PA 19053** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.484** | State what the contract or lease is for and the nature of the debtor's interest | **DIRECTORSHIP AGREEMENT** | **SCHC PEDIATRIC ASSOCIATES, LLC**<br>**ATTN: MARTIN HERMAN, MD.**<br>**160 E ERIE AVE**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.485** | State what the contract or lease is for and the nature of the debtor's interest | **VARIOUS** | **SCHC PEDIATRIC ASSOCIATES, LLC**<br>**160 E ERIE AVE**<br>**PHILADELPHIA, PA 19134** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | |
|---|---|---|
| | | Case number (if known): **19-11466** |

<table>
<tr><td style="background:black"></td><td colspan="2"><b>Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.486** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **SCHC PEDIATRIC ASSOCIATES, LLC**<br>**160 E ERIE AVE**<br>**PHILADELPHIA, PA 19134** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.487** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **SCHC PEDIATRIC ASSOCIATES, LLC**<br>**160 E ERIE AVE**<br>**PHILADELPHIA, PA 19134** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.488** | State what the contract or lease is for and the nature of the debtor's interest | **PROGRAM DIRECTOR AGREEMENT** | **SCHC PEDIATRIC ASSOCIATES, LLC**<br>**160 E ERIE AVE**<br>**PHILADELPHIA, PA 19134** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.489** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR NEONATOLOGY DEPARTMENT COVERAGE** | **SCHC PEDIATRIC ASSOCIATES, LLC**<br>**160 E ERIE AVE**<br>**PHILADELPHIA, PA 19134** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.490** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR MAINTENANCE SERVICES** | **SCIENTIFIC APPARATUS SERVICE, INC.**<br>**ATTN: PRESIDENT**<br>**2100 PARK AVE W**<br>**HAINESPORT, NJ 08036** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.491** | State what the contract or lease is for and the nature of the debtor's interest | **VARIOUS INVOICES** | **SCOTT TESTING INC.**<br>**245 WHITEHEAD RD**<br>**HAMILTON, NJ 08619** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**          Case number (if known): **19-11466**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT | SEASPINE SALES LLC<br>ATTN: GLENN BOWMAN, VP OF SALES<br>985 OLD EAGLE SCHOOL RD, STE 507<br>WAYNE, PA 19087 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE & SERVICES | SIEMENS INDUSTRY, INC.<br>1450 UNION MEETING RD<br>BLUE BELL, PA 19422 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | TRIAL EVALUATION AGREEMENT | SIEMENS MEDICAL SOLUTIONS USA, INC.<br>40 LIBERTY BLVD<br>MALVERN, PA 19355 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL #1-G72OIY | SIEMENS MEDICAL SOLUTIONS USA, INC.<br>40 LIBERTY BLVD<br>MALVERN, PA 19355 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TRANSPORT OF A PATIENT | SKY NURSES, LLC<br>ATTN: JOHN NACCARELLI<br>6530 WEST ROGERS CIR, STE 31<br>BOCA RATON, FL 33487 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT | SMITH & NEPHEW, INC.<br>ATTN: CONTRACTS DEPT<br>150 MINUTEMEN RD<br>ANDOVER, MA 01810 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | | Case number (if known): **19-11466** |
|---|---|---|---|

<table>
<tr><td colspan="3">███   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.498** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | SODEXO MANAGEMENT, INC.<br>1020 STONY HILL RD, STE 225<br>YARDLEY, PA 19067 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.499** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR CAFETERIA & PATIENT FOOD SERVICES** | SODEXO MANAGEMENT, INC.<br>ATTN: CATHERINE TABAKA, CEO, HEALTHCARE<br>600 CITY PKWY WEST, STE 610<br>ORANGE, CA 92868 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.500** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | SOLID WASTE SERVICES INC.<br>DBA JP MASCARO AND SONS<br>ATTN: JOSEPH MASCARO<br>2650 AUDUBON RD<br>AUDUBON, PA 19403 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.501** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR OUTSOURCED CODING & CONSULTING SERVICES** | SOURCEHOV HEALTHCARE, INC.<br>ATTN: PRESIDENT<br>100 EXEC CENTER DR, STE 101<br>COLUMBIA, SC 29210 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.502** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | SOUTHAMPTON WINDOW CLEANING & JANITORIAL SERVICES, INC.<br>726 PENNSYLVANIA AVE<br>SOUTHAMPTON, PA 18966 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.503** | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT AGREEMENT** | SOUTHEAST REIMBURSEMENT GROUP, LLC<br>ATTN: KIM HAMPTON, PRINCIPAL<br>335 PKWY 575, STE 110<br>WOODSTOCK, GA 30188 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIAGNOSTIC SERVICES AGREEMENT | SOUTHWEST REGIONAL PCR, LLC<br>DBA PATHOGENIUS LABORATORY<br>ATTN: CEO<br>4321 MARSHA SHARP FWY, STE 2<br>LUBBOCK, TX 79407 |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER CLINICAL SERVICES AGREEMENT | SPECIALTY CARE, INC.<br>ATTN: GENERAL COUNSEL<br>3 MARYLAND FARMS, STE 200<br>BRENTWOOD, TN 37027 |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT FOR PERFUSION SERVICES | SPECIALTYCARE CARDIOVASCULAR RESOURCES, INC.<br>ATTN: GENERAL COUNSEL<br>3 MARYLAND FARMS, STE 200<br>BRENTWOOD, TN 37027 |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR MAINTENANCE SERVICES | SPECIALTYCARE, INC, AS AGENT FOR SPECIALTYCARE CARDIOVASCULAR RESOURCES, INC.<br>ATTN: GENERAL COUNSEL<br>3 MARYLAND FARMS, STE 200<br>BRENTWOOD, TN 37027 |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAINTENANCE & SUPPORT AGREEMENT | SPOK, INC.<br>6850 VERSAR CENTER, STE 420<br>SPRINGFIELD, VA 22151 |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | SPRING ARBOR UNIVERSITY<br>106 E MAIN ST<br>SPRING ARBOR, MI 49283 |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.510** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.511** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.512** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.513** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.514** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.515** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Center City Healthcare, LLC | Case number (if known): **19-11466** |

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | LEASED EMPLOYEES SERVICES AGREEMENT | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | MEDICAL COMMAND CONTINGENCY AGREEMENT | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | ST. MARY'S MEDICAL CENTER<br>LANGHORNE-NEWTOWN RD<br>LANGHORNE, PA 19047 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT RENEWAL | STERIS CORPORATION<br>ATTN: SERVICE CONTRACTS ADMIN DEPT<br>5960 HEISLEY RD<br>MENTOR, OH 44060 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | STEWARD EASTON HOSPITAL<br>ATTN: JEFFREY SNYDER<br>250 SOUTH 21ST ST<br>EASTON, PA 18042 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | STORAGE SOLUTIONS TECHNOLOGY GROUP, INC.<br>DBA SST GROUP, INC.<br>ATTN: BOB RILAND, DIR<br>309 LAURELWOOD RD, #20<br>SANTA CLARA, CA 95054 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

<table>
<tr><td colspan="3">■    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **STRASSHEIM GRAPHIC DESIGN & PRESS CORP.**<br>**ATTN: PRESIDENT**<br>**1500 SPRING GARDEN ST, STE 225**<br>**PHILADELPHIA, PA 19130** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | **CONSIGNMENT AMENDMENT** | **STRYKER NEUROVASCULAR**<br>**2825 AIRVIEW BLVD**<br>**KALAMAZOO, MI 49002** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT USAGE AGREEMENT** | **STRYKER SALES CORPORATION**<br>**3800 E CENTRE AVE**<br>**PORTAGE, MI 49002** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR MAINTENANCE FOR EQUIPMENT** | **SUN NUCLEAR CORPORATION**<br>**3275 SUNTREE BLVD**<br>**MELBOURNE, FL 32940** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE MAINTENANCE AGREEMENT FOR LABORATORY** | **SUNQUEST INFORMATION SYSTEMS, INC.**<br>**3300 E SUNRISE DR**<br>**TUCSON, AZ 85718** |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR INTERPRETATION SERVICES** | **SYSTEMATECH TECHNICAL MANAGEMENT SERVICES, INC.**<br>**DBA INDEMAND INTERPRETING**<br>**555 ANDOVER PARK WEST, STE 201**<br>**TUKWILA, WA 98188** |
|  | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **TEMPLE UNIV HOSP ATTN: PRESIDENT AND CEO 3401 N BROAD ST PHILADELPHIA, PA 19140** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **TEMPLE UNIVERSITY** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **TEMPLE UNIVERSITY - OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENTS** | **TEMPLE UNIVERSITY HOSPITAL 3401 N BROAD ST PHILADELPHIA, PA 19140** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICARE GME AFFILIATION AGREEMENT** | **TEMPLE UNIVERSITY HOSPITAL, INC. 3401 N BROAD ST PHILADELPHIA, PA 19140** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICARE GME AFFILIATION AGREEMENT** | **TEMPLE UNIVERSITY HOSPITAL, INC. 3401 N BROAD ST PHILADELPHIA, PA 19140** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | TEMPLE UNIVERSITY SCHOOL OF HEALTH INFORMATION MANAGEMENT |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | TENET HEALTHSYSTEM ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN, D/B/A ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN ERIE AVE AT FRONT ST PHILADELPHIA, PA 19134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | TENET HEALTHSYSTEM ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN, LLC 160 E ERIE AVE PHILADELPHIA, PA 19134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT TENANT LEASES | TENET HS HAHNEMANN, LLC 160 E ERIE AVE PHILADELPHIA, PA 19134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE OF LABORATORY EQUIPMENT | TERUMO BCT, INC. 10811 WEST COLLINS AVE LAKEWOOD, CO 80215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | THANKS FOR BEING GREEN, LLC DBA MAGNUS COMPUTER RECYCLING 205 PARK PL AUDUBON, NJ 08106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THERAPEUTIC APHERESIS SERVICES | THE AMERICAN NATIONAL RED CROSS, PENN JERSEY REGION ATTN: SENIOR DIR SALES AND MARKETING 700 SPRING GARDEN ST PHILADELPHIA, PA 19123 |
| | State the term remaining List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | THE AMERICAN ONCOLOGIC HOSPITAL (DBA HOSPITAL OF THE FOX CHASE CANCER CENTER) ATTN: J. ROBERT BECK TEMPLE UNIVERSITY HOSPITAL 3401 N BROAD ST PHILADELPHIA, PA 19140 |
| | State the term remaining List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | PROVIDER AGREEMENT | THE CITY OF PHILADELPHIA FIRE DEPARTMENT ATTN: AYANNA GARNETT 240 SPRING GARDEN ST PHILADELPHIA, PA 19123 |
| | State the term remaining List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | THE COOPER HEALTH SYSTEM ATTN: ANTHONY MAZZARELLI, MD ONE COOPER PLAZA CAMDEN, NJ 08103 |
| | State the term remaining List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE | THE DIALYSIS UNIT OF CENTER CITY PHILA, LLC 230 N BROAD ST, 12TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THE DIALYSIS UNIT OF CENTER CITY PHILADELPHIA, LLC 230 N BROAD ST, 12TH FL PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name     **Center City Healthcare, LLC**

Case number (if known): **19-11466**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **THE DIALYSIS UNIT OF CTR CITY PHILADELPHIA LLC** C/O AMERICAN RENAL ASSOCIATES LLC ATTN: JOSEPH CARLUCCI, MGR 500 CUMMINGS CTR, STE 6550 BEVERLY, MA 01915 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **THE EYE INSTITUTE OF PENNSYLVANIA COLLEGE OF OPTOMETRY AT SALUS UNIVERSITY** ATTN: PRESIDENT 1200 W GODFREY AVE PHILADELPHIA, PA 19141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | **DIRECTORSHIP AGREEMENT** | **THE FOOT & ANKLE CENTER OF PHILADELPHIA, LLC** ATTN: STEPHEN BOC, DPM 235 N BROAD ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ELEVATOR REPAIR & MAINTENANCE** | **THE OTIS ELEVATOR COMPANY** 30 TWOSOME DR, STE 4 MOORESTOWN, NJ 08057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **THE PHILADELPIA HAND CENTER, PC** ATTN: MANAGING PARTNER 700 S HENDERSON RD THE MARION BUILDING, STE 200 KING OF PRUSSIA, PA 19406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **THE RENFREW CTR OF PENNSYLVANIA, LLC** ATTN: CHIEF FINANCIAL OFFICER 475 SPRING LANE PHILADELPHIA, PA 19128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | PREMIUM SERVICE AGREEMENT | THE SPECTRANETICS CORPORATION<br>9965 FEDERAL DR<br>COLORADO SPRINGS, CO 80921 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br>OWNER & OPERATOR OF THE UNIV OF PENN HEALTH SYSTEM & ITS SUBSIDIARIES<br>ATTN: GARRY L. SCHEIB, UPHS CHIEF OPERATING OFFICER, AND HUP EXEC DIR<br>STE 120, 1ST FL SILVERSTEIN BLDG<br>HILADELPHIA, PA 19104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br>OWNER & OPERATOR OF THE UNIV OF PENN HEALTH SYSTEM & ITS SUBSIDIARIES<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>UNIVERSITY OF PENNSYLVANIA, 133 S 36TH ST, STE 300,<br>PHILADELPHIA, PA 19104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br>OWNER & OPERATOR OF THE UNIV OF PENN HEALTH SYSTEM & ITS SUBSIDIARIES<br>ATTN: SENIOR COUNSEL, HEALTH SYSTEM DIVISON<br>UNIVERSITY OF PENNSYLVANIA, 133 S 36TH ST, STE 300,<br>PHILADELPHIA, PA 19104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | THE VISITING NURSE ASSOC OF GREATER PHILADELPHIA<br>RE: HOSPICE SERVICES<br>3300 HENRY AVE, 5TH FL<br>PHILADELPHIA, PA 19127 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS | THE VISITING NURSE ASSOC OF GREATER PHILADELPHIA<br>RE: PALLIATIVE CARE SERVICES<br>ATTN: PRESIDENT<br>FALLS CENTER<br>3300 HENRY AVE, STE 500<br>PHILADELPHIA, PA 19129 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

▄▄▄▄ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | THE VISITING NURSE ASSOCIATION OF GREATER PHILADELPHIA ATTN: LINDA MCIVER 3300 HENRY AVE, 5TH FL PHILADELPHIA, PA 19127 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | PALLIATIVE CARE SERVICES AGREEMENT | THE VISITING NURSE ASSOCIATION OF GREATER PHILADELPHIA ATTN: PRESIDENT 3300 HENRY AVE, STE 500 PHILADELPHIA, PA 19129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | THERAPATH, LLC ATTN: DIR OF OPERATIONS 545 W 85TH ST, 7TH FL NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | THOMAS JEFFERSON UNIVERSITY 1020 WALNUT ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | THOMAS JEFFERSON UNIVERSITY C/O DEPT OF RADIOLOGIC SERVICES 901 WALNUT ST, STE 709 PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | THOMAS JEFFERSON UNIVERSITY HOSPITAL ATTN: CEO 111 S 11TH ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | THOMAS JEFFERSON UNIVERSITY JEFFERSON COLLEGE OF NURSING<br>901 WALNUT ST, 8TH FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PREPARATION & SUBMISSION OF MAGNET APP | TIPTON COMMUNICATIONS GROUP, INC.<br>ATTN: LEGAL DEPT<br>323 E MAIN ST<br>NEWARK, DE 19711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | TOTAL RENAL CARE, INC, A CALIFORNIA CORP/ DVA HEALTHCARE OF PENNSYLVANIA, INC, A PENNSYLVANIA CORP (DAVITA, HEALTHCARE PARTNERS, INC.)<br>ATTN: PRESIDENT<br>2476 SWEDESFORD RD<br>MALVERN, PA 19255 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENTS | TOTAL RENAL CARE, INC.<br>5200 VIRGINIA WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | STAT LABORATORY SERVICES AGREEMENT | TOTAL RENAL CARE, INC.<br>ATTN: FACILITY ADMINISTRATOR<br>449 N BROAD ST<br>PHILADELPHIA, PA 19123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | GME AFFILIATION AGREEMENT | TOWER HEALTH<br>ATTN: CLINT MATTHEWS<br>420 S FIFTH AVE<br>WEST READING, PA 19611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE & SERVICES FOR CHILLERS | TOZOUR ENERGY SYSTEMS, INC.<br>ATTN: CFO<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REPAIR SERVICES | TOZOUR ENERGY SYSTEMS, INC.<br>ATTN: CFO<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | TPS IV OF PA, LLC<br>D/B/A HAHNEMANN MULTI-SPECIALTY SERVICES<br>ATTN: DAVID REICH, MD<br>230 N BROAD ST, MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | TPS IV OF PA, LLC<br>ATTN: SAHIL BANKA, MD<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | TPS IV OF PA, LLC<br>D/B/A HAHNEMANN MULTI-SPECIALTY SERVICES<br>ATTN: DAVID REICH, M.D.<br>1500 MARKET ST, STE 2400<br>WEST TOWER<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | TPS IV OF PA, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | TRAUMA ON-CALL COVERAGE AGREEMENT | TPS IV OF PA, LLC<br>DBA HAHNEMANN MULTI-SPECIALTY SERVICES<br>ATTN: SENIOR DIR OF OPERATIONS<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | TPS OF PA LLC |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE | TPS OF PA LLC |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE | TPS OF PA LLC |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE | TPS OF PA LLC |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENTS<br>HOSPITAL BASED AGREEMENTS | TPS OF PA, LLC<br>RE: TRAUMA ON-ALL COVERAGE<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENTS** | **TPS OF PA, LLC**<br>**RE: RADIATION ONCOLOGY AGREEMENT**<br>**207 N BROAD ST, 5TH FL**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR DEPT COVERAGE** | **TPS OF PA, LLC**<br>**ATTN: SENIOR DIR OF OPERATIONS**<br>**207 N BROAD ST, 5TH FL**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | **SHARED MARKETING AGREEMENT** | **TPS OF PA, LLC**<br>**ATTN: SENIOR DIR OF OPERATIONS**<br>**207 N BROAD ST, 5TH FL**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | **CLINICAL ROTATION AGREEMENT** | **TRANSLATIONAL NEUROSCIENCE, LLC**<br>**ATTN: ROBERT JOSIASSEN**<br>**180 BARREN HILL RD**<br>**CONSHOHOCKEN, PA 19428** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **TRANSLOGIC CORPORATION**<br>**DBA SWISSLOG HEALTHCARE SOLUTIONS**<br>**10825 EAST 47TH AVE**<br>**DENVER, CO 80239** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT RENTAL AGREEMENT** | **TRINITY BIOTECH, INC.**<br>**2823 GIRTS RD**<br>**JAMESTOWN, NY 14701** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
| --- | --- | --- | --- |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | TRISONICS, INC.<br>3535 WALNUT ST<br>HARRISBURG, PA 17109 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | TRISONICS, INC.<br>3535 WALNUT ST<br>HARRISBURG, PA 17109 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE GME AFFILIATION AGREEMENT | TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA AS THE OWNER AND OPERATOR OF THE HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA<br>801 SPRUCE ST<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE | U.S. REGIONAL OCCUPATIONAL HEALTH (WORKNET)<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE | U.S. REGIONAL OCCUPATIONAL HEALTH (WORKNET)<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | U.S. REGIONAL OCCUPATIONAL HEALTH II, PC DBA WORKNET OCCUPATIONAL MEDICINE<br>RE: 1427 RACE<br>230 N BROAD ST, RM 131<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

█ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **U.S. REGIONAL OCCUPATIONAL HEALTH II, PC DBA WORKNET OCCUPATIONAL MEDICINE RE: 222-236 N BROAD ST 230 N BROAD ST, RM 131 PHILADELPHIA, PA 19102** |
| | State the term remaining List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENTS** | **U.S. REGIONAL OCCUPATIONAL HEALTH II, PC DBA WORKNET 230 N BROAD ST, RM 131 PHILADELPHIA, PA 19102** |
| | State the term remaining List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **U.S. REGIONAL OCCUPATIONAL HEALTH II, PC DBA WORKNET OCCUPATIONAL MEDICINE RE: (TENANT)** |
| | State the term remaining List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **U.S. REGIONAL OCCUPATIONAL HEALTH II, PC DBA WORKNET OCCUPATIONAL MEDICINE RE: (TENANT)** |
| | State the term remaining List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENTS** | **UMS LITHOTRIPSY SERVICES OF GREATER PHILADELPHIA, LLC 1700 WEST PARK DR, STE 410 WESTBOROUGH, MA 01581** |
| | State the term remaining List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | **LITHOTRIPSY SERVICES AGREEMENT** | **UMS LITHOTRIPSY SERVICES OF GREATER PHILADELPHIA, LLC 1700 WEST PARK DR, STE 410 WESTBOROUGH, MA 01581** |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

<table>
<tr><td colspan="3">⬛ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.600** | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE & SUPPORT AGREEMENT** | **UMS MR FUSION SERVICES OF EASTERN PA, LLC**<br>**1700 WEST PARK DR, STE 410**<br>**WESTBOROUGH, MA 01581** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.601** | State what the contract or lease is for and the nature of the debtor's interest | **QUOTE # UDRHUH042915-V2-SMA** | **UNIVERSAL DIGITAL RESOURCES**<br>**1333 HIGHLAND RD, STE E**<br>**MACEDONIA, OH 44056** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.602** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **UNIVERSAL HOSPITAL SERVICES, INC.**<br>**ATTN: SENIOR VP**<br>**6625 WEST 78TH ST, STE 300**<br>**MINNEAPOLIS, MN 55439** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.603** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **UNIVERSITY OF DELAWARE**<br>**C/O MEDICAL TECHNOLOGY**<br>**ATTN:  LESLIE ALLSHOUSE**<br>**305 E WILLARD HALL**<br>**NEWARK, DE 19716** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.604** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **UNIVERSITY OF DELAWARE**<br>**220 HULLIHEN HALL**<br>**NEWARK, DE 19716** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.605** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **UNIVERSITY OF DELAWARE**<br>**220 HULLIHEN HALL**<br>**NEWARK, DE 19716** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

<span style="background:black;color:white">     </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF NEW ENGLAND COLLEGE OF OSTEOPATHIC MEDICINE<br>11 HILLS BEACH RD<br>BIDDEFORD, ME 04005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER - TEXAS COLLEGE OF OSTEOPATHIC MEDICINE<br>3500 CAMP BOWIE BLVD<br>FORT WORTH, TX 76107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PENNSYLVANIA<br>3701 LOCUST WALK<br>PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PENNSYLVANIA<br>418 CURIE BLVD<br>PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PHOENIX<br>1625 W FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF SCRANTON<br>800 LINDEN ST<br>SCRANTON, PA 18510 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                    Case number (if known): **19-11466**

**▊ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **UNIVERSITY OF SCRANTON, THE**<br>**ATTN: MARGARET KOEHLER**<br>**800 LINDEN ST**<br>**SCRANTON, PA 18510** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **UNIVERSITY OF THE ARTS, THE**<br>**320 S BROAD ST**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **UNIVERSITY OF THE SCIENCES IN PHILADELPHIA**<br>**600 S 43RD ST**<br>**PHILADELPHIA, PA 19104** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **UNIVERSITY OF THE SCIENCES IN PHILADELPHIA**<br>**600 S 43RD ST**<br>**PHILADELPHIA, PA 19104** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **UNIVERSITY PIPETTE SERVICES, INC.**<br>**ATTN: PRESIDENT**<br>**1498-M REISTERSTOWN RD, #355**<br>**BALTIMORE, MD 21208-3842** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | **DIRECTORSHIP AGREEMENT** | **UROLOGIC CONSULTANTS OF SOUTHEASTERN PENNSYLVANIA**<br>**ATTN: FRANCIS SCHANNE, MD**<br>**231 N BROAD ST**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | UROLOGIC CONSULTANTS OF SOUTHEASTERN PENNSYLVANIA<br>ATTN: LAURENCE BELKOFF, D.O.<br>1 PRESIDENTIAL BLVD, STE 100<br>BALA CYNWYD, PA 19004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | UROLOGIC CONSULTANTS OF SOUTHEASTERN PENNSYLVANIA<br>ATTN: LAURENCE BELKOFF, DO, MANAGING PTNR<br>1 PRESIDENTIAL BLVD<br>BALA CYNWYD, PA 19004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | UROLOGIC CONSULTANTS OF SOUTHEASTERN PENNSYLVANIA, LLP<br>ATTN: LAURENCE BELKOFF, DO<br>216 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | UROLOGIC SURGEONS, INC.<br>ATTN: PRESIDENT<br>525 JAMESTOWN ST, STE 108<br>PHILADELPHIA, PA 19128 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | UROLOGY CONSULTANTS OF SE PENNSYLVANIA<br>7604 CENTRAL AVE, #104<br>PHILADELPHIA, PA 19111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | UROLOGY CONSULTANTS OF SE PENNSYLVANIA<br>7604 CENTRAL AVE, #104<br>PHILADELPHIA, PA 19111 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **UROLOGY CONSULTANTS OF SOUTHEASTERN PA**<br>**ATTN: LAURENCE BELKOFF, D.O.**<br>**1 PRESIDENTIAL BLVD, STE 100**<br>**BALA CYNWYD, PA 19004** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | **FIRST AMEND LEASE** | **UROLOGY CONSULTANTS OF SOUTHEASTERN PA**<br>**ATTN: LAURENCE BELKOFF, D.O.**<br>**1 PRESIDENTIAL BLVD, STE 100**<br>**BALA CYNWYD, PA 19004** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR EMPLOYMENT HEALTH SCREENINGS** | **US REGIONAL OCCUPATIONAL HEALTH II, PC**<br>**DBA WORKNET**<br>**ATTN: VP OF OPERATIONS**<br>**1800 BYBERRY RD, STE 705**<br>**HUNTINGTON VALLEY, PA 19006** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **US REGIONAL OCCUPATIONAL HEALTH II, PC**<br>**DBA WORKNET**<br>**ATTN: VP OF OPERATIONS**<br>**1800 BYBERRY RD, STE 705**<br>**HUNTINGTON VALLEY, PA 19006** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR MAINTENANCE & REPAIRS** | **USA-CLEAN, INC.**<br>**2803 N 22ND ST**<br>**DECATUR, IL 62526** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | **MAINTENANCE AGREEMENT** | **VARIAN MEDICAL SYSTEMS**<br>**2250 NEWMARKET PKWY, STE 120**<br>**MARIETTA, GA 30067** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SERVICES AGREEMENT** | **VERATHON INC.**<br>ATTN: LIBERTY KNIGHT, SR CONTRACT ANALYST<br>20001 NORTH CREEK PKWY<br>BOTHELL, WA 98011 |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CLINICAL ROTATION AGREEMENT** | **VETERANS HOSPITAL -WILKES-BARRE VA**<br>ATTN: CHRISTOPHER T CLARKE, PHD/ DR NABEELA MIAN<br>111 EAST END BLVD<br>WILKES-BARRE, PA 18711 |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STUDENT AFFILIATION AGREEMENT** | **VILLANOVA UNIVERSITY COLLEGE OF NURSING**<br>DRISCOLL HALL, 800 LANCASTER AVE<br>VILLANOVA, PA 19085 |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **TRANSFER AGREEMENTS** | **VINCERA SURGERY CENTER**<br>1200 CONSTITUTION AVE, STE 110<br>PHILADELPHIA, PA 19112 |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CLINICAL ROTATION AGREEMENT** | **VIRTUA MEMORIAL HOSPITAL BURLINGTON COUNTY, INC .**<br>VIRTUA HEALTH, INC<br>ATTN: MARY CAMPAGNOLO, MD<br>401 ROUTE 73 N, STE 120<br>MARLTON, NJ 08053 |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **AGREEMENT FOR THERAPEUTIC APHERESIS SERVICES** | **VITALANT**<br>ATTN: EVP, GENERAL COUNSEL<br>6210 E OAK ST<br>SCOTTSDALE, AZ 85257 |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | VITAS INNOVATIVE HOSPICE<br>VITAS HEALTH CORP DBA VITAS INNOVATIVE HOSPICE<br>ATTN: DEBRA VERMETTE, MD<br>1787 SENTRY PKWY WEST<br>BLUE BELL, PA 19422 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WALDEN UNIVERSITY<br>100 WASHINGTON AVE S, STE 900<br>MINNEAPOLIS, MN 55401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | WALLACE & NILAN PHYSICAL THERAPY AND FITNESS, LLC (FNA WALLACE & GLICK)<br>ATTN: DREW WALLACE, PT<br>1600 BETHLEHEM PIKE<br>FLOURTOWN, PA 19031 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MARKETING SERVICES | WEB.COM GROUP, INC.<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL 32258 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RADIATION SAFETY OFFICER SERVICES | WEST PHYSICS CONSULTING, LLC<br>ATTN: W GEOFFREY WEST, PRESIDENT<br>3825 PACES WALK, STE 250<br>ATLANTA, GA 30339 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EQUIPMENT PHYSICS TESTING SERVICES | WEST PHYSICS CONSULTING, LLC<br>ATTN: W GEOFFREY WEST, PRESIDENT<br>3825 PACES WALK, STE 250<br>ATLANTA, GA 30339 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**

Case number (if known): **19-11466**

### ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WEST VIRGINIA SCHOOL OF OSTEOPATHIC MEDICINE<br>400 LEE ST N<br>LEWISBURG, WA 24901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WESTERN UNIVERSITY OF HEALTH SCIENCES, COLLEGE OF OSTEOPATHIC MEDICINE OF THE PACIFIC<br>309 E SECOND ST<br>POMONA, CA 91766 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WESTERN UNIVERSITY OF HEALTH SCIENCES, COLLEGE OF PODIATRIC MEDICINE<br>309 E SECOND ST<br>POMONA, CA 91766 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WIDNER UNIVERSITY<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WIDNER UNIVERSITY - SCHOOL OF NURSING<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WILKES UNIVERSITY SCHOOL OF NURSING<br>84 W S ST<br>WILKES BARRE, PA 18766 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Center City Healthcare, LLC**                                     Case number (if known): **19-11466**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WILLIAM CAREY UNIVERSITY COLLEGE OF OSTEOPATHIC MEDICINE<br>498 TUSCAN AVE, WCU 207<br>HATTIESBURG, MS 39401 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | WILLS EYE SURGERY CENTER AT PHILADELPHIA STADIUM CAMPUS<br>ATTN: ANDREW BERARDI<br>3340 S BROAD ST<br>PHILADELPHIA, PA 19140 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WILMINGTON UNIVERSITY, INC.<br>320 N DUPONT HWY<br>NEW CASTLE, DE 19720 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL ROTATION AGREEMENT | WOODS SERVICES<br>ATTN: SCOTT SPREAT<br>40 MARTIN GROSS RD<br>PHILADELPHIA, PA 19047 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT FOR SKULL PLATES | ZIMMER BIOMET CMF & THORACIC, LLC<br>ATTN: KELLEY KOMULA, VP, ENTERPRISE SOLUTIONS<br>1520 TRADEPORT DR<br>JACKSONVILLE, FL 32218 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Center City Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11466** |

Check if this is an amended filing ☐

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 | **BROAD STREET HEALTHCARE PROPERTIES II, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | **BROAD STREET HEALTHCARE PROPERTIES III, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | **BROAD STREET HEALTHCARE PROPERTIES, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | **HPS OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | **PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☒ D<br>☐ E/F<br>☐ G |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.6 **PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC** | **1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102** | Boston Scientific Corporation | ☐ D<br>☐ E/F<br>☑ G |
| 2.7 **PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC** | **1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 **PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC** | **1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 **PHYSICIAN PERFORMANCE NETWORK OF PHILADELPHIA** | **C/O CT CORPORATION SYSTEM 1445 ROSS AVE, STE 1400 DALLAS, TX 75202** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 **PHYSICIANS CLINICAL NETWORK, LLC** | **C/O COGENCY GLOBAL INC. 850 NEW BURTON RD, STE 201 DOVER, DE 19904** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 **SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Arcadia University | ☐ D<br>☐ E/F<br>☑ G |
| 2.13 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Dex Imaging, Inc. | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.14 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Drexel University | ☐ D ☐ E/F ☑ G |
| 2.15 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Holy Family University | ☐ D ☐ E/F ☑ G |
| 2.16 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | LaSalle University | ☐ D ☐ E/F ☑ G |
| 2.17 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Legal Clinic For The Disabled, Inc. | ☐ D ☐ E/F ☑ G |
| 2.18 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.19 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Philadelphia College of Osteopathic Medicine | ☐ D ☐ E/F ☑ G |
| 2.20 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Schc Pediatric Associates, LLC | ☐ D ☐ E/F ☑ G |
| 2.21 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Temple University | ☐ D ☐ E/F ☑ G |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.22 ST CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.23 ST CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Schc Pediatric Associates, LLC | ☐ D ☐ E/F ☑ G |
| 2.24 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Aa Casa Inc | ☐ D ☐ E/F ☑ G |
| 2.25 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Abbott Nutrition | ☐ D ☐ E/F ☑ G |
| 2.26 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Alere Informatics, Inc. | ☐ D ☐ E/F ☑ G |
| 2.27 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | American Registry for Internet Numbers, Ltd. | ☐ D ☐ E/F ☑ G |
| 2.28 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Analytic Solutions Network, Llc | ☐ D ☐ E/F ☑ G |
| 2.29 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Arcadia University | ☐ D ☐ E/F ☑ G |

| Debtor Name | **Center City Healthcare, LLC** | | Case number (if known): **19-11466** |

---

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.30 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Arizant Healthcare Inc. | ☐ D ☐ E/F ☑ G |
| 2.31 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Arthur Huppert, MD | ☐ D ☐ E/F ☑ G |
| 2.32 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Atlantic Diagnostic Laboratories, Llc | ☐ D ☐ E/F ☑ G |
| 2.33 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Beckman Coulter, Inc. | ☐ D ☐ E/F ☑ G |
| 2.34 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Bondtech Incorporated | ☐ D ☐ E/F ☑ G |
| 2.35 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Chamberlain College of Nursing | ☐ D ☐ E/F ☑ G |
| 2.36 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Cintas Corporation | ☐ D ☐ E/F ☑ G |
| 2.37 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Community College of Philadelphia | ☐ D ☐ E/F ☑ G |

| Debtor Name | **Center City Healthcare, LLC** | | Case number (if known): **19-11466** |
| --- | --- | --- | --- |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.38 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Conmed Corporation | ☐ D<br>☐ E/F<br>☑ G |
| 2.39 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Council On Accreditation Of Nurse Anesthesia Edu Prgms | ☐ D<br>☐ E/F<br>☑ G |
| 2.40 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Crozer-Chester Medical Center | ☐ D<br>☐ E/F<br>☑ G |
| 2.41 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Dex Imaging, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.42 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Drexel University | ☐ D<br>☐ E/F<br>☑ G |
| 2.43 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Edwards Lifesciences Llc | ☐ D<br>☐ E/F<br>☑ G |
| 2.44 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Eurofins Viracor, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.45 ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Fm Cost Containment, Llc | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **Center City Healthcare, LLC** | | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.46 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Global Neurosciences Institute, LLC | ☐ D ☐ E/F ☑ G |
| 2.47 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Grand Canyon University | ☐ D ☐ E/F ☑ G |
| 2.48 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Harcum College | ☐ D ☐ E/F ☑ G |
| 2.49 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Harris School of Business | ☐ D ☐ E/F ☑ G |
| 2.50 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Holy Family University | ☐ D ☐ E/F ☑ G |
| 2.51 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Ino Therapeutics Llc | ☐ D ☐ E/F ☑ G |
| 2.52 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Keystone Quality Transport Company | ☐ D ☐ E/F ☑ G |
| 2.53 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | LaSalle University | ☐ D ☐ E/F ☑ G |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.54 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Limb Technologies, Inc. | ☐ D ☐ E/F ☑ G |
| 2.55 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Logan Consultants | ☐ D ☐ E/F ☑ G |
| 2.56 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Mayflower Laundry And Textile Services Llc | ☐ D ☐ E/F ☑ G |
| 2.57 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Med One Capital Funding, Llc | ☐ D ☐ E/F ☑ G |
| 2.58 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.59 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Monterey Medical Solutions, Inc. | ☐ D ☐ E/F ☑ G |
| 2.60 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Nuance Communications, Inc. | ☐ D ☐ E/F ☑ G |
| 2.61 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Pennsylvania Trauma Systems Foundation | ☐ D ☐ E/F ☑ G |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

| ■ | **Additional Page(s) if Debtor has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.62 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Perkinelmer Genetics, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.63 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Philadelphia College of Osteopathic Medicine | ☐ D<br>☐ E/F<br>☑ G |
| 2.64 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Rydal Square LP | ☐ D<br>☐ E/F<br>☑ G |
| 2.65 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Schc Pediatric Associates, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.66 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Sodexo Management, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.67 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Solid Waste Services Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.68 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Southeast Reimbursement Group, Llc | ☐ D<br>☐ E/F<br>☑ G |
| 2.69 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Stryker Sales Corporation | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

## Additional Page(s) if Debtor has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**

Name · Mailing Address

**Column 2: Creditor**

Name · *Check all schedules that apply*

| | Codebtor | Address | Creditor | Schedules |
|---|---|---|---|---|
| 2.70 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Systematech Technical Management Services, Inc. | ☐ D ☐ E/F ☑ G |
| 2.71 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Temple University | ☐ D ☐ E/F ☑ G |
| 2.72 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | The City Of Philadelphia Fire Department | ☐ D ☐ E/F ☑ G |
| 2.73 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | The Otis Elevator Company | ☐ D ☐ E/F ☑ G |
| 2.74 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Thomas Jefferson University | ☐ D ☐ E/F ☑ G |
| 2.75 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | University of Delaware | ☐ D ☐ E/F ☑ G |
| 2.76 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | University of Pennsylvania | ☐ D ☐ E/F ☑ G |
| 2.77 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | University of the Sciences in Philadelphia | ☐ D ☐ E/F ☑ G |

| Debtor Name | **Center City Healthcare, LLC** | Case number (if known): **19-11466** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.78 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Us Regional Occupational Health II, Pc | ☐ D ☐ E/F ☑ G |
| 2.79 | ST. CHRISTOPHER'S HEALTHCARE, LLC | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Walden University | ☐ D ☐ E/F ☑ G |
| 2.80 | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Arcadia University | ☐ D ☐ E/F ☑ G |
| 2.81 | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Dex Imaging, Inc. | ☐ D ☐ E/F ☑ G |
| 2.82 | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.83 | TPS II OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Drexel University | ☐ D ☐ E/F ☑ G |
| 2.84 | TPS II OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.85 | TPS III OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Center City Healthcare, LLC** | | Case number (if known): **19-11466** |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.86 | **TPS III OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | Schc Pediatric Associates, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.87 | **TPS IV OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | Alpha Imaging, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.88 | **TPS IV OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.89 | **TPS IV OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | Nixon Uniform Service, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.90 | **TPS IV OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | St. Christopher's Healthcare | ☐ D<br>☐ E/F<br>☑ G |
| 2.91 | **TPS OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.92 | **TPS OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | Nixon Uniform Service, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.93 | **TPS OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | Philadelphia Urosurgical Assoc PC | ☐ D<br>☐ E/F<br>☑ G |

Debtor Name    **Center City Healthcare, LLC**                Case number (if known): **19-11466**

▉ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                                **Column 2: Creditor**

Name                Mailing Address                        Name                        *Check all schedules that apply*

| 2.94 | **TPS OF PA, L.L.C.** | **230 NORTH BROAD ST**<br>**PHILADELPHIA, PA 19102** | Pitney Bowes Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.95 | **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE**<br>**PHILADELPHIA, PA 19134** | Arcadia University | ☐ D<br>☐ E/F<br>☑ G |
| 2.96 | **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE**<br>**PHILADELPHIA, PA 19134** | Dex Imaging, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.97 | **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE**<br>**PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Debtor Name** | Center City Healthcare, LLC |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:** 19-11466 | |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets- Real and Personal Property*    (Official Form 206 A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)

- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)

- ☑ *Schedule H: Codebtors*    (Official Form 206 H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)

- ☐ *Amended Schedule*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*    (Official Form 204)

- ☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Center City Healthcare, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1147 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  8/13/2019
MM / DD / YYYY

Signature  *Allen Wilen*

Allen Wilen
Printed Name

Chief Restructuring Officer
Title