**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY, AND DISCLAIMER REGARDING**
**DEBTORS' SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") filed by Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (together, the "**Debtors**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management, under the supervision of the Debtors' chief restructuring officer (the "**CRO**"), and are unaudited.   While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same.[2]  Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Since the acquisition of the hospitals in January 2018, there has been significant turnover in the accounting and finance function.

Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements.  In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by an authorized representative of the Debtors.  In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.     **Case**. On June 30, 2019 or July 1, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, the information provided is as of the close of business on June 30, 2019.

2.     **Amendments**. The Debtors reserve the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

3.     **Estimates and Assumptions**. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.

4.     **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time.  In such cases, the amounts are listed as "Unknown."  Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

5.     **Pre-Petition vs. Post-Petition**. The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information derived from research and investigation conducted during the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.     **GAAP**. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting

2

principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.     **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtors' property interests.  Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests are reflected in the applicable Schedule.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  Unless otherwise indicated, all asset amounts and claim amounts are listed as of June 30, 2019.  The Debtors reserve the right to amend or adjust the value of each asset or liability as set forth herein.

8.     **Setoff or Recoupment Rights**. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F.

9.     **Co-Obligors**. No claim set forth on the Schedules and Statements of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party.

10.     **Causes of Action**.  The Debtors reserve all of their causes of action.  Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action.  Likewise, the failure to list a cause of action in question 74 of Schedule B or SOFA question 7 shall not be deemed a waiver of any such cause of action.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

11.     **Insiders**. In those circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are the Debtors' (a) directors and (b) employees that are, or were during the relevant period, officers.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

12.     **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  Conversely, inclusion of

35683554.2 08/13/2019

certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  The Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

13.     **Fiscal Year**.  The Debtors' fiscal year ends on December 31.

14.     **Currency**.  All amounts are reflected in U.S. dollars.

15.     **Summary of Significant Reporting Policies and Practices**.  The following conventions were adopted by the Debtors in preparation of the Schedules and Statements:

(a)     Fair Market Value; Book Value.  Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records.  Where the current market value of assets is unknown, the Debtors have based their valuation on book values net of depreciation. The Debtors reserve the right to amend or adjust the value of each asset or liability set forth herein.

(b)     Inventories.  Inventories are valued in the Schedules and Statements at the values indicated on the Debtors' books and records.

(c)     Leased Real and Personal Property.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, without limitation, certain equipment, from certain third-party lessors.  The Debtors believe that all such leases are set forth in the Schedules and Statements.  The property subject to the leases is not reflected  in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to all such issues.

(d)     Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

(e)     Payments Made within 90 Days prior to the Petition Date and Payments to Insiders within One Year of Petition Date.     Payments made in the

ordinary course of the Debtors' business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the SOFA question 3. Payments to insiders within one year of the Petition Date, including transfers within 90 days of the Petition Date, are listed in response to SOFA question 4 and, with certain exceptions, are not separately set forth in response to SOFA question 3. In preparing their responses to SOFA question 4, and in the interest of full disclosure, the Debtors used an expansive interpretation of the term "insider". Inclusion or omission of a creditor as an "insider" on the Debtors' response to SOFA question 4 is not determinative as to whether creditor is actually an "insider," as such term is defined in the Bankruptcy Code and the Debtors reserve all of their rights with respect to such characterization. Moreover, payments are listed in response to SOFA questions 3 and 4 without regard as to whether such payments were made on account of antecedent debt, and the Debtors reserve all of their rights with respect to such issue.

(f)     <u>Statement of Financial Affairs – Payments to Insiders</u>. Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4. The Debtors reserve all rights with respect to the characterization of payments listed in response to questions 4 and 30.

(g)     <u>Statement of Financial Affairs – Suits and Administration Proceedings</u>. Although the Debtors have attempted to list in question 7 all known claimants with pending suits or administrative proceedings, certain actions may have been inadvertently omitted. The Debtors reserve all of their rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

16.     **<u>Schedule D</u>**. Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of a claimant or a waiver of the Debtors' rights to recharacterize or reclassify a claim or contract.

17.     **Schedule E/F**. The Debtors' analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim on Schedule E/F.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated and disputed in the Schedules and Statements.  Some of the potential litigation listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  In addition, workers' compensation claims that are covered in full under the Debtors' insurance policies are not included on Schedule E/F.  Any information contained in Schedule E/F with respect to pending or potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 291] (the "**Wage Order**"), the Debtors were authorized to pay, and did pay, certain pre-petition claims for employee wages and other related obligations.  As such, while the Debtors have listed such pre-petition wage and related employee claims in Schedule E/F, the Debtors have marked such claims as "contingent" and "unliquidated" because they have already been paid in accordance with the Wage Order.

19.     **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using reasonable efforts.  The Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable. The Debtors hereby reserve all rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first

refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. The Debtors reserve all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same vendor or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable or separate contracts. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors also reserve all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. Further, the Debtors reserve all rights to later amend the Schedules and Statements to the extent that additional information regarding the Debtor obligor to an executory contract becomes available.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Any and all of the Debtors' rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

20. **Schedule H**. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

Neither the Debtors, their agents, nor their attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither are they liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not, and

however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

<table>
<tr><td>Debtor Name</td><td><strong>Philadelphia Academic Health System, LLC</strong></td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the  District of Delaware</strong></td></tr>
<tr><td>Case number (if known):</td><td><strong>19-11467</strong></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206Sum</u>
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................... $0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................. $6,907,670.58

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................... $6,907,670.58

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D........................... $57,456,342.37

3.  *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*............................................................. $0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. + $13,311,191.05

4.  **Total liabilities** .................................................................................................................
Lines 2 + 3a + 3b    $70,767,533.42

| Debtor Name | **Philadelphia Academic Health System, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11467** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.    **Cash on hand**

Restricted & Unrestricted cash

3.    **Checking, savings, money market, or financial brokerage accounts**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1    Wells Fargo Bank, N.A. | Commercial DDA | 4834 | $20,628.43 |
| 3.2    Wells Fargo Bank, N.A. | Commercial DDA | 6063 | $1,519,857.05 |
| 3.3    Wells Fargo Bank, N.A. | Commercial DDA | 6021 | $3,172,477.40 |
| 3.4    Wells Fargo Bank, N.A. | Commercial DDA | 6030 | $820,335.79 |
| 3.5    Wells Fargo Bank, N.A. | Commercial DDA | 6048 | $50,000.00 |
| 3.6    Wells Fargo Bank, N.A. | Commercial DDA | 5202 | $470,433.23 |

4.    **Other cash equivalents**

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $6,053,731.90 |
|---|

### Part 2:        Deposits and prepayments

Debtor  Philadelphia Academic Health System, LLC                    Case Number (if known) 19-11467

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1 | Altus Group | $2,500.00 |
| 8.2 | Bio-Optronics | $22,467.50 |
| 8.3 | Echo Inc | $39,022.75 |
| 8.4 | Essential Cons | $11,250.00 |
| 8.5 | Everbridge | $2,940.15 |
| 8.6 | Everbridge Inc | $13,904.61 |
| 8.7 | Healthstream | $53,950.00 |
| 8.8 | Healthstrem | $124,674.20 |
| 8.9 | Ingenious Med, Inc. | $23,085.00 |
| 8.10 | Intralinks Inc | $6,012.90 |
| 8.11 | Lockton | $50,000.00 |
| 8.12 | Navex Global | $21,562.50 |
| 8.13 | NG 1500 Market St | $105,420.48 |
| 8.14 | Quantros | $87,481.92 |
| 8.15 | Sector Financial | $250,000.00 |
| 8.16 | Staywell | $39,666.67 |

9. **Total of Part 2**
Add lines 7 through 8.  Copy the total to line 81.

$853,938.68

**Part 3:**       **Accounts Receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Debtor  Philadelphia Academic Health System, LLC                    Case Number (if known) 19-11467

|  |  | Current value of debtor's interest |
|---|---|---|

**11.  Accounts receivable**

11a. 90 days old or less: _____ - _____ = 
                    face amount            doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = 
                 face amount            doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

<br>

**Part 4:**      **Investments**

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds of publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                      % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.  Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

<br>

**Part 5:**      **Inventory, excluding agricultural assets**

**18.  Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor  Philadelphia Academic Health System, LLC                    Case Number (if known) 19-11467

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| 22.1  Office Supplies | N/A | | Net book value | Unknown |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No.
    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No.
    ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

**Part 6:**        Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor  Philadelphia Academic Health System, LLC          Case Number (if known) 19-11467

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.     Book Value $ _____     Valuation Method _____     Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

Debtor  Philadelphia Academic Health System, LLC                    Case Number (if known) 19-11467

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Office Desks, Office Chairs, Filing Cabinets, Bookcases, Appliances, Benches, Couches, Tables | Unknown | N/A | Unknown |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Medical equipment, desktop computers, laptop computers, computer keyboards, computer mice, monitors, televison screens, projecting equipment, various cabling, etc. | Unknown | N/A | Unknown |
| **42. Collectibles** | | | |

42. **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1  Various paintings, city maps, photography and other artwork | Unknown | N/A | Unknown |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.

☐ Yes.

Debtor  Philadelphia Academic Health System, LLC                    Case Number (if known) 19-11467

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor  Philadelphia Academic Health System, LLC                    Case Number (if known) 19-11467

☐ No.

☐ Yes.

**Part 9:**        **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1    Please see list of non-residential real property leases
        reflected in Debtor's Schedule G

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 10:**       **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

Debtor  Philadelphia Academic Health System, LLC          Case Number (if known) 19-11467

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

☐ No.
☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

Debtor  Philadelphia Academic Health System, LLC                    Case Number (if known) 19-11467

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

_____  -  _____  =
Total face amount      Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Unknown

**Nature of claim**          See attached Schedule A/B Exhibit 74

**Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
Examples: Season tickets, country club membership

78.  **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

_____

Debtor  Philadelphia Academic Health System, LLC                              Case Number (if known) 19-11467

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 12: | Summary |

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | **$6,053,731.90** | |
| 81.  **Deposits and prepayments.**  *Copy line 9, Part 2.* | **$853,938.68** | |
| 82.  **Accounts receivable.**  *Copy line 12, Part 3.* | | |
| 83.  **Investments.**  *Copy line 17, Part 4.* | | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | | |
| 85.  **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | | |
| 87.  **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | | |
| 88.  **Real Property.**  *Copy line 56, Part 9.* | | |
| 89.  **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | | |
| 90.  **All other assets.**  *Copy line 78, Part 11.* | | |

91.  **Total.**  Add lines 80 through 90 for each column.        91a.   **$6,907,670.58**   **+**  91b.   **$0.00**

92.  **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92.................................................................................   **$6,907,670.58**

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 74

CAUSES OF ACTION AGAINST THIRD PARTIES

**Schedule AB 74 : Causes of action against third parties**

| Nature of Claim | Current value |
|---|---|
| The Debtor may maintain rights to assert causes of action against third parties, including causes of action relating to any litigation or proceedings reflected in response to question 7 of the Debtor's Statement of Financial Affairs. | Unknown |

| Debtor Name | **Philadelphia Academic Health System, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):        **19-11467**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **MIDCAP FUNDING IV TRUST** | SUBSTANTIALLY ALL DEBTOR'S ASSETS | **$57,456,342.37** | Unknown |

**Creditor's mailing address**

**7255 WOODMONT AVE, STE 200**
**BETHESDA, MD 20814**

**Describe the lien**

Revolving and term loans

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred** 1/11/2018

**Last four digits of**
**account number**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same**
**property?**

☒ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent

☒ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional**
**Page, if any.**

$57,456,342.37

| Debtor Name | **Philadelphia Academic Health System, LLC** |
|---|---|

**United States Bankruptcy Court for the District of Delaware**

Case number (if known): **19-11467**

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

**Schedule E/F - Creditors Who Have Claims Unsecured Claims**                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a) (          )

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1**

**Nonpriority creditor's name and mailing address**
3M
2807 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$399,930.52

**3.2**

**Nonpriority creditor's name and mailing address**
50 WORDS LLC
1915 WAYNE DR
NORRISTOWN, PA 19403

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,125.00

**3.3**

**Nonpriority creditor's name and mailing address**
ADP INC
P.O. BOX 842875
BOSTON, MA 02284-2875

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$173,443.25

**3.4**

**Nonpriority creditor's name and mailing address**
ADVISORY BOARD CO, THE
P.O. BOX 79461
BALTIMORE, MD 21279-0461

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$85,550.00

Debtor Name   **Philadelphia Academic Health System, LLC**   Case number (if known): **19-11467**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.5** | **Nonpriority creditor's name and mailing address**
AMER MEDICAL ASSOC
P.O. BOX 74008935
CHICAGO, IL 60674-8935

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$69,263.64

---

**3.6** | **Nonpriority creditor's name and mailing address**
AMER REGISTRY FOR INTERNET
P.O. BOX 232290
CENTREVILLE, VA 20120

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.7** | **Nonpriority creditor's name and mailing address**
APRIL COOPER
C/O HALMON BANKS, ESQ.
100 N 18TH ST, STE 1910
PHILADELPHIA, PA 19103-2707

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**UNKNOWN**

---

**3.8** | **Nonpriority creditor's name and mailing address**
ARAMARK FOOD & SUPPORT SVCS CORP
1351 METROPOLITAN AVE
WEST DEPTFORD, NJ 08066

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,861.27

---

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.9**  **Nonpriority creditor's name and mailing address**

AVIACODE INC
DEPT CH 19787
PALATINE, IL 60055-9787

**As of the petition filing date, the claim is:**                    $19,710.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**

BARATZ & ASSOCIATES PA
7 EVES DR, STE 100
MARLTON, NJ 08053

**As of the petition filing date, the claim is:**                    $6,814.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**  **Nonpriority creditor's name and mailing address**

BELLEVUE STRATEGIES LLC
200 S BROAD ST, STE 410
PHILADELPHIA, PA 19102

**As of the petition filing date, the claim is:**                    $10,421.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**  **Nonpriority creditor's name and mailing address**

BUREAU OF WORKERS COMPENSATION
P.O. BOX 15698
COLUMBUS, OH 43515-0698

**As of the petition filing date, the claim is:**                    $307.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.13**  **Nonpriority creditor's name and mailing address**
BURKE, DANIEL R
364 NEW CASTLE LN
SWEDESBORO, NJ 08085

As of the petition filing date, the claim is:    $2,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.14**  **Nonpriority creditor's name and mailing address**
CENTER SQUARE VENTURES II LLC
P.O. BOX 780830
PHILADELPHIA, PA 19178-0830

As of the petition filing date, the claim is:    $44,006.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**  **Nonpriority creditor's name and mailing address**
CERNER CORP
ATTN: IAN WILSON
2800 ROCKCREEK PKWY
KANSAS CITY, MO 64117

As of the petition filing date, the claim is:    $3,786,672.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☐ No
☑ Yes

**3.16**  **Nonpriority creditor's name and mailing address**
CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $45,490.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.17**

**Nonpriority creditor's name and mailing address**
CONIFER PATIENT COMMUNICATIONS
ATTN: PETRA WILLEY
140 FOUNTAIN PKWY, STE 500
ST PETERSBURG, FL 33716

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☐ No
☒ Yes

$18,085.10

---

**3.18**

**Nonpriority creditor's name and mailing address**
CROWELL & MORING LLP
1001 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2595

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$30,222.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
CUSHMAN & WAKEFIELD OF CT INC
107 ELM ST
STAMFORD, CT 06902

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$9,250.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
CVS PHARMACY
P.O. BOX 848001
DALLAS, TX 75207

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$2,713.18

---

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.21**

**Nonpriority creditor's name and mailing address**
DIXON HUGHES GOODMAN LLP
P.O. BOX 602828
CHARLOTTE, NC 28260-2828

**As of the petition filing date, the claim is:**    $25,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
DREXEL UNIVERSITY
C/O STEVE COZEN, FRED JACOBY
ONE LIBERTY PL
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
INJUNCTION TO PROHIBIT HUH'S CLOSURE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
DUFF & PHELPS CORPORATION
12595 COLLECTION CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $70,865.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
ECHO INC
P.O. BOX 1171130
ATLANTA, GA 30368-7113

**As of the petition filing date, the claim is:**    $1,240.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.25**

**Nonpriority creditor's name and mailing address**
ENSEMBLE RCM LLC
ATTN: JOHN ERICKSON
13620 REESE BLVD, STE 200
HUNTERSVILLE, NC 28078

As of the petition filing date, the claim is:        $1,451,983.18
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**
ERNST & YOUNG LLP
C/O ERNST & YOUNG US LLP
ATTN: AMY DORFMEISTER
PITTSBURG NATL BANK 640382
1 PPG PL, 2100
PITTSBURGH, PA 15264

As of the petition filing date, the claim is:        $439,189.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**
ESSENTIAL CONSULTING LLC
6401 ROLLING MEADOW CT
SAN JOSE, CA 95135

As of the petition filing date, the claim is:        $15,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**
ETTAIN GROUP INC
P.O. BOX 60070
CHARLOTTE, NC 28260-0070

As of the petition filing date, the claim is:        $200,620.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.29**

**Nonpriority creditor's name and mailing address**
FUTURE IT ADVISORS, INC.
C/O GRIESING LAW, LLC
ATTN: EDWARD FISHER, FRANCINE GRIESING
1880 JFK BLVD, STE 1800
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
COMMERCIAL DISPUTE CONCERNING IT SERVICES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

UNKNOWN

**3.30**

**Nonpriority creditor's name and mailing address**
GENOVA GROUP LLC
7 GREAT OAKS DR
GLEN MILLS, PA 19342

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$23,625.00

**3.31**

**Nonpriority creditor's name and mailing address**
GERMAIN & CO
10552 SUCCESS LN, STE A
DAYTON, OH 45458

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$10,000.00

**3.32**

**Nonpriority creditor's name and mailing address**
GLASS, JOSEPH
2123 ORCHARD CREEK DR
TOLEDO, OH 43615

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$12,900.00

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.33** Nonpriority creditor's name and mailing address
GREGORY DIAZ
C/O LAW OFFICES OF MICHAEL ETKIN & ASSOC
ATTN: JENNIFER ETKIN, ESQ.
4961 OXFORD AVE
PHILADELPHIA, PA 19124

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Is the claim subject to offset?**
[X] No
[ ] Yes

UNKNOWN

---

**3.34** Nonpriority creditor's name and mailing address
HEALTH SCIENCES LAW GROUP LLC
7670 NORTH PORT WASHINGTON RD
MILWAUKEE, WI 53217

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[X] No
[ ] Yes

$19,845.00

---

**3.35** Nonpriority creditor's name and mailing address
HEALTHCARE PERFORMANCE GROUP INC
P.O. BOX 588
SPRING HILLS, KS 66083

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[X] No
[ ] Yes

$96,442.66

---

**3.36** Nonpriority creditor's name and mailing address
HEALTHSHARE EXCHANGE OF SO PA
1801 MARKET ST, STE 750
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[X] No
[ ] Yes

$72,545.00

---

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Part 2:**     List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.37**   **Nonpriority creditor's name and mailing address**

HEALTHSTREAM INC
P.O. BOX 102817
ATLANTA, GA 30368-2817

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$225,753.30

---

**3.38**   **Nonpriority creditor's name and mailing address**

HOLLAND SQUARE GROUP LLC
200 BRICKSTONE SQ, STE 503
ANDOVER, MA 01810

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$538,436.50

---

**3.39**   **Nonpriority creditor's name and mailing address**

INFOR
NW7418
P.O. BOX 1450
MINNEAPOLIS, MN 55485-7418

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$216,605.04

---

**3.40**   **Nonpriority creditor's name and mailing address**

INTRALINKS INC
10017
685 3RD AVE, FL 9
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,215.48

---

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.41** Nonpriority creditor's name and mailing address
IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

As of the petition filing date, the claim is:                                                                                                $837.83
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.42** Nonpriority creditor's name and mailing address
IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
1101 ENTERPRISE DR
ROYERSFORD, PA 19468

As of the petition filing date, the claim is:                                                                                            $4,189.15
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.43** Nonpriority creditor's name and mailing address
JOHN MASTRANGELO
C/O POND LEHOCKY
ATTN: DAVID STERN, ESQ.
ONE COMMERCE SQ
2005 MARKET ST, 18TH FL
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:                                                                                            UNKNOWN
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.44** Nonpriority creditor's name and mailing address
JONES LANG LASALLE AMERICAS INC
33832 TREASURY CTR
CHICAGO, IL 60694-3800

As of the petition filing date, the claim is:                                                                                          $11,025.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.45**

**Nonpriority creditor's name and mailing address**
K&C STRATEGIC POLICY GROUP LLC
21351 GENTRY DR, STE 210
STERLING, VA 20166

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,170.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
KENNETH BOYD
C/O BISHOP DORFMAN KROUPA & BISHOP PC
ATTN: WILLIAM BISHOP, ESQ.
1617 JFK BLVD, STE 1290
PHILADELPHIA, PA 19103-1811

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.47**

**Nonpriority creditor's name and mailing address**
LAW OFFICES OF SUZANNE N
319 W FRONT ST
MEDIA, PA 19063

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,239.56

---

**3.48**

**Nonpriority creditor's name and mailing address**
LOCKTON COMPANIES LLC
DEPT LA 23878
PASADENA, CA 91185-3878

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$227,427.00

---

Debtor Name   **Philadelphia Academic Health System, LLC**   Case number (if known): **19-11467**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.49**  **Nonpriority creditor's name and mailing address**
MARQUITA ROGERS
C/O POND LEHOCKY
ATTN: ALEXIS HANDRICH
ONE COMMERCE SQ
2005 MARKET ST, 18TH FL
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.50**  **Nonpriority creditor's name and mailing address**
MARY ANTONY
C/O FREEDMAN AND LORRY, PC
ATTN: PAUL HIMMEL, ESQ.
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103-2327

**As of the petition filing date, the claim is:**   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.51**  **Nonpriority creditor's name and mailing address**
MELISSA EARLEY
C/O CHRISTOPHER C CARA
ONE COMMERCE SQ
2005 MARKET ST, 18TH FL
PHILADELPHIA, PA 19103-7042

**As of the petition filing date, the claim is:**   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.52**  **Nonpriority creditor's name and mailing address**
METTEL
P.O. BOX 9660
MANCHESTER, NH 03108-9660

**As of the petition filing date, the claim is:**   $3,408.73
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.53** | **Nonpriority creditor's name and mailing address**
MHC SOFTWARE INC
2000 PORTLAND AVE SOUTH, STE 230
BURNSVILLE, MN 55337

**As of the petition filing date, the claim is:**                    $12,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
MISYS HEALTHCARE SYS
P.O. BOX 75214
CHARLOTTE, NC 28275-0214

**As of the petition filing date, the claim is:**                    $2,376.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**
MJR TECHNOLOGIES INC
6211 KELLERS CHURCH RD
PIPERSVILLE, PA 18947

**As of the petition filing date, the claim is:**                    $2,703.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**
MM USA HOLDINGS INC
P.O. BOX 90477
CHICAGO, IL 60696-0477

**As of the petition filing date, the claim is:**                    $68,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Philadelphia Academic Health System, LLC**

Case number (if known): **19-11467**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.57**

**Nonpriority creditor's name and mailing address**
NEFF ASSOCIATES INC
13 S 3RD ST, 4TH FL
PHILADELPHIA, PA 19106

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$5,637.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
NTHRIVE INC
ATTN: KAY ENNIS
200 NORTH POINT CTR E, STE 600
ALPHARETTA, GA 30022

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$138,769.16

---

**3.59**

**Nonpriority creditor's name and mailing address**
NTT DATA SERVICES LLC
ATTN: SUBBARAO PUSHADAPU
7950 LEGACY DR, STE 900
PLANO, TX 75024

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

$2,976,070.29

---

**3.60**

**Nonpriority creditor's name and mailing address**
ONX USA LLC
4842 SOLUTION CTR
CHICAGO, IL 60677-4008

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$1,080.00

---

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.61** **Nonpriority creditor's name and mailing address**
OPTUM/ADVISORY BOARD
DEPT CH 10335
PALATINE, IL 60055-0335

As of the petition filing date, the claim is:                                    $109,009.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**
PALADIN HEALTHCARE
222 N PACIFIC COAST HIGHWAY, STE 900
EL SEGUNDO, CA 90245

As of the petition filing date, the claim is:                                    $550,000.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**
PAM SEACHOW
C/O BELL & BELL, LLP
ATTN: JENNIFER BELL, CHRISTOPHER MACEY
1617 JFK BLVD, STE 1254
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:                                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
EMPLOYMENT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**
PENN ENVIRONMENTAL & REMEDIATION
400 OLD DUBLIN PK
DOYLESTOWN, PA 18901

As of the petition filing date, the claim is:                                    $55,069.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Philadelphia Academic Health System, LLC**                    Case number (if known): **19-11467**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.65** | **Nonpriority creditor's name and mailing address**
PENNONI ASSOCIATES INC
P.O. BOX 827328
PHILADELPHIA, PA 19182-7328

**As of the petition filing date, the claim is:**                    $22,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.66** | **Nonpriority creditor's name and mailing address**
PERIGEN INC
P.O. BOX 200893
PITTSBURGH, PA 15251-0893

**As of the petition filing date, the claim is:**                    $36,120.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.67** | **Nonpriority creditor's name and mailing address**
PREMIER HEALTHCARE SOLUTIONS
ATTN: KELLEY MASKERI
5882 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**                    $194,622.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.68** | **Nonpriority creditor's name and mailing address**
SCHERISE BELL
C/O POND LEHOCKY
ATTN: ALEXIS HANDRICH
ONE COMMERCE SQ
2005 MARKET ST, 18TH FL
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.69** **Nonpriority creditor's name and mailing address**
SESSER, MEREDITH J
16030 VENTURA BLVD, STE 320
ENCINO, CA 91436

**As of the petition filing date, the claim is:**                      $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
SHARAE SMITH
620 ROCKLEDGE AVE
ROCKLEDGE, PA 19046

**As of the petition filing date, the claim is:**                      UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
LITIGATION
WORKERS' COMPENSATION

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
SMR HEALTHCARE MANAGEMENT INC
4525 DEAN MARTIN DR UNIT 2308
LAS VEGAS, NV 89103

**As of the petition filing date, the claim is:**                      $239,250.34
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
TENET BUSINESS SERVICES CORPORATION, INC.
C/O POTTER ANDERSON & CORROON LLP
ATTN: JOHN A. SENSING
1313 N MARKET ST, HERCULES PLZ, 6TH FL
P.O. BOX 951
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**                      UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
LITIGATION
COMMERCIAL DISPUTE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☐ No
☑ Yes

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.73**

**Nonpriority creditor's name and mailing address**

TRANSAMERICA
P.O. BOX 20781
LEHIGH VALLEY, PA 18002-0781

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$17,511.00

---

**3.74**

**Nonpriority creditor's name and mailing address**

TYRON HARRELL
C/O MARTIN LLC
ATTN: MATTHEW WILSON, ESQ.
1818 MARKET ST, FL 35
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LITIGATION
WORKERS' COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNKNOWN

---

**3.75**

**Nonpriority creditor's name and mailing address**

VP-MA HEALTH SOLUTIONS
JAMES S KENNEDY MD CCS
110 FRANCES KING DR
SMYRNA, TN 37167-5352

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$175,119.21

---

**3.76**

**Nonpriority creditor's name and mailing address**

WATTS RESTORATION CO INC
1704 BUSTLETON PIKE
FEASTERVILLE, PA 19053

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$223,915.50

---

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.77**    **Nonpriority creditor's name and mailing address**

WEST HEALTH ADVOCATE SOLUTIONS
P.O. BOX 561509
DENVER, CO 80256-1509

**As of the petition filing date, the claim is:**     $19,160.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor Name    **Philadelphia Academic Health System, LLC**                    Case number (if known): **19-11467**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                        $0.00

**5b. Total claims from Part 2**                                                $13,311,191.05

**5c. Total claims of Parts 1 and 2**
    Lines 5a + 5b = 5c                                                        $13,311,191.05

| Debtor Name | **Philadelphia Academic Health System, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11467** |

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | 3M HEALTH INFORMATION SYSTEMS, INC. ATTN: LEGAL 575 WEST MURRAY BLVD MURRAY, UT 84123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | 50 WORDS, LLC ATTN: LINDA MCDONOUGH 1915 WAYNE DR WEST NORRITON, PA 19403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | AARGON AGENCY, INC. 8668 SPRING MOUNTAIN RD LAS VEGAS, NV 89117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | ACCRUENT, LLC 11500 ALTERRA PKWY, STE 110 AUSTIN, TX 78758 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL, BENEFITS, & TALENT MGT SOLUTIONS | ADP, LLC ATTN: LEGAL DEPT 5800 WINDWARD PKWY ALPHARETTA, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | APPLICATION SERVICE PROVIDER HOSTING & SUPPORT AGREEMENT | ADVANCED TECHNOLOGIES GROUP, INC. 377 EAST BUTTERFIELD RD, STE 900 LOMBARD, IL 60148 |
| | State the term remaining List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EXTERNAL PEER REVIEW SERVICES | ALLMED HEALTHCARE MANAGEMENT, INC. ATTN: CEO 11 SW 5TH AVE, STE 1400 PORTLAND, OR 97204 |
| | State the term remaining List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER AGREEMENT | AMERICAN MESSAGING SERVICES, LLC ATTN: CONTRACT SUPPORT GROUP 1720 LAKEPOINTE DR, STE 100 LEWISVILLE, TX 75057 |
| | State the term remaining List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | AUGUSTA HEALTHCARE, INC. ATTN: STEPHEN F. RIGO, PRESIDENT 255 GOLFVIEW RD ARDMORE, PA 19003 |
| | State the term remaining List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHYSICIAN CODING AUDITS | AVIACODE, INC. 257 E 200 S, STE 700 SALT LAKE CITY, UT 84111 |
| | State the term remaining List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | BARATZ & ASSOCIATES, PA ATTN: CLIFF SIMMONS, CPA, CVA 7 EVES DR, STE 100 MARLTON, NJ 08053 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONVERSION OF BLOOD BANK DATA TO CERNER | BC SOLUTIONS LLC<br>16815 S DESERT FOOTHILLS PKWY<br>STE 130<br>PHOENIX, AZ 85048 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | BEEKLEY CORPORATION<br>1 PRESTIGE LANE<br>BRISTOL, CT 06010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR GOVERNMENT RELATIONS SERVICES | BELLEVUE STRATEGIES, LLC<br>ATTN: PRESIDENT<br>200 SOUTH BROAD ST, STE 410<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | BIOCOMPATIBLES, INC.<br>ATTN: LEGAL DEPT<br>300 CONSHOHOCKEN STATE RD, STE 380<br>WEST CONSHOHOCKEN, PA 19428 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SOFTWARE FOR CLINICAL TRIALS | BIO-OPTRONICS, INC.<br>ATTN: PRESIDENT<br>1890 WINTON RD S, STE 190<br>ROCHESTER, NY 14618 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | BLANK ROME LLP<br>ATTN: CHRISTOPHER A. LEWIS<br>130 NORTH 18TH ST<br>ONE LOGAN SQUARE<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **PRICING AGREEMENT** | **BOSTON SCIENTIFIC CORPORATION**<br>**ATTN: BUSINESS OPERATIONS MANAGER**<br>**4100 HAMLINE AVE N**<br>**ARDEN HILLS, MN 55112** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AGREEMENT** | **BROADCAST MUSIC INC.**<br>**ATTN: VP, GENERAL LICENSING DEPT**<br>**10 MUSIC SQUARE E**<br>**NASHVILLE, TN 37203** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **BRUCKER & MORRA, PC**<br>**ATTN: MEREDITH J. SESSER**<br>**10866 WILSHIRE BLVD, 10TH FL**<br>**LOS ANGELES, CA 90024** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **BURNS WHITE LLC**<br>**ATTN: KIRSTEN B. HARE**<br>**1001 CONSHOHOCKEN STATE RD, STE 515**<br>**WEST CONSHOHOCKEN, PA 19428** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR INTERIM CMIO SERVICES** | **CALYX PARTNERS, LLC**<br>**ATTN: DAVID K. BUTLER, MD**<br>**2795 EAST BIDWELL ST, STE 100**<br>**FOLSOM, CA 95630** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR RENTAL OF FEEDING PUMPS** | **CARDINAL HEALTH 200, LLC**<br>**ATTN: REGION DIR, NE SPECIALTY PRODUCTS SALES**<br>**7000 CARDINAL PL**<br>**DUBLIN, OH 43017** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SOFTWARE MGT SYSTEM | CAREFUSION SOLUTIONS, LLC<br>3750 TORREY VIEW COURT<br>SAN DIEGO, CA 92130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RECRUITING SERVICES | CARTERPIERCE, LLC<br>ATTN: JILL PIERCE<br>244 MADISON AVE, STE 1510<br>NEW YORK, NY 10016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR WORK ORDERS & SCHEDULES FOR SOFTWARE & SERVICES | CERNER CORPORATION<br>ATTN: PRESIDENT<br>2800 ROCKCREEK PKWY<br>KANSAS CITY, MO 64117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ENERGY UTILITY FOR THE FACILITIES | CHAMPION ENERGY SERVICES, LLC<br>1500 RANKIN RD, STE 200<br>HOUSTON, TX 77073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT SUPPLEMENT TO LICENSE AGREEMENT | CHANGE HEALTHCARE TECHNOLOGIES, LLC<br>ATTN: GENERAL COUNSEL<br>5995 WINDWARD PKWY<br>ALPHARETTA, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHYSICIAN COVERAGE | CHG COMPANIES, INC.<br>DBA COMPHEALTH<br>7259 SOUTH BINGHAM JUNCTION BLVD<br>MIDVALE, UT 84047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | RISK MGT CONSULTING SERVICES AGREEMENT | CL RISK SOLUTIONS, LLC<br>ATTN: CHRISTINE LOCH, PRESIDENT<br>3370 N HAYDEN RD, #123-556<br>SCOTTSDALE, AZ 85251 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | COHNREZNICK LLP<br>ATTN: KIMBERLY BRANDLEY, CPA, PARTNER<br>23 CHRISTOPHER WAY<br>EATONTOWN, NJ 07724 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | COLEMAN NOURIAN SEARCH LLC<br>ATTN: ROBERT B. NOURIAN, MANAGING PRINCIPAL<br>TWO PENN CENTER, STE 430<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | COMPHEALTH<br>CHG COMPANIES, INC<br>7259 S BINGHAM JUNCTION BLVD<br>MIDVALE, UT 84047 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REGISTRATION & REVENUE CYCLE SERVICES | CONIFER REVENUE CYCLE SOLUTIONS, LLC<br>ATTN: PRESIDENT<br>3560 DALLAS PKWY<br>FRISCO, TX 75034 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | CONIFER REVENUE CYCLE SOLUTIONS, LLC<br>ATTN: PRESIDENT<br>3560 DALLAS PKWY<br>FRISCO, TX 75034 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

| ▮ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | **EXHIBIT B-2 STATEMENT OF WORK** | **CONIFER REVENUE CYCLE SOLUTIONS, LLC**<br>**ATTN: PRESIDENT**<br>**3560 DALLAS PKWY**<br>**FRISCO, TX 75034** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **CONNOLLY GALLAGHER LLP**<br>**ATTN: RYAN P. NEWELL**<br>**1201 NORTH MARKET ST, 20TH FL**<br>**WILMINGTON, DE 19801** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **CONRAD O'BRIEN PC**<br>**ATTN: KEVIN DOOLEY KENT**<br>**1500 MARKET ST, STE 3900, WEST TOWER**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER ORDER AGREEMENT** | **CONVERGEONE SYSTEMS INTEGRATION, INC.**<br>**ATTN: CONTRACT ADMIN**<br>**1820 PRESTON PARK BLVD, STE 2800**<br>**PLANO, TX 75093** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR CONSULTING SERVICES** | **CORONA PARTNERS**<br>**ATTN: CHRISTOPHER STROM, FOUNDER**<br>**3025 MARKET ST, STE 140**<br>**PHILADELPHIA, PA 19104** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR UNEMPLOYMENT COMPENSATION MGT SERVICES** | **CORPORATE COST CONTROL, INC.**<br>**50 NASHUA RD**<br>**LONDONDERRY, NH 03053** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ENVIRONMENTAL SERVICES | CROTHALL HEALTHCARE, INC.<br>ATTN: LEGAL DEPT<br>1500 LIBERTY RIDGE DR, STE 210<br>WAYNE, PA 19087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | CROWELL & MORING LLP<br>ATTN: CLAUD V.S. ELEY<br>1001 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 2004-2595 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ASSESSMENT OF MARKET RENT | CUSHMAN & WAKEFIELD OF PHILADELPHIA, INC.<br>1650 MARKET ST, 33RD FL<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE CONSULTING SERVICES AGREEMENT | DAVID SMALL<br>ATTN: DAVID SMALL<br>12415 BRENTLEYWOOD LANE<br>HOUSTON, TX 77070 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DENTAL BENEFIT PLAN | DELTA DENTAL OF PENNSYLVANIA<br>ONE DELTA DR<br>MECHANICSBURG, PA 17055-6999 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PROPOSAL | DIAGNOSS INC.<br>ATTN: LEGAL DEPT<br>2560 BANCROFT WAY<br>BERKELEY, CA 94704 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | **SOW AGREEMENT** | **DIXON HUGHES GOODMAN LLP**<br>**ATTN: DAVID HALL, PARTNER**<br>**4350 CONGRESS ST, STE 900**<br>**CHARLOTTE, NC 28209** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | **SOW AGREEMENT** | **DIXON HUGHES GOODMAN LLP**<br>**ATTN: DAVID HALL, PARTNER**<br>**4350 CONGRESS ST, STE 900**<br>**CHARLOTTE, NC 28209** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | **RESTATED RESEARCH MANAGEMENT SERVICES AGREEMENT** | **DREXEL UNIVERSITY COLLEGE OF MEDICINE**<br>**ATTN: DEAN**<br>**245 N 15TH ST, MS400**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | **AMENDED AND RESTATED ACADEMIC AFFILIATION AGREEMENT** | **DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE**<br>**ATTN: PRESIDENT**<br>**3141 CHESTNUT ST**<br>**PHILADELPHIA, PA 19104** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLEMENTAL ACADEMIC AFFILIATION AGREEMENT - PEDIATRIC MEDICINE** | **DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE**<br>**ATTN: DEAN**<br>**245 N 15TH ST, 19TH FL**<br>**PHILADELPHIA, PA 19102** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | **ESTIMATION AGREEMENT** | **DUFF & PHELPS, LLC**<br>**ATTN: MANAGING DIR**<br>**411 EAST WISCONSIN AVE, STE 1900**<br>**MILWAUKEE, WI 53202** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR IT CONSULTANTS** | **E4 SERVICES, LLC**<br>**ATTN: MIKE BRENSINGER**<br>**411 GREEN VALLEY RD**<br>**SINKING SPRING, PA 19608** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR CREDENTIALING & LICENSING APPS** | **ECHO, INC.**<br>**ATTN: LEGAL DEPT**<br>**209 10TH AVE S, STE 450**<br>**NASHVILLE, TN 37203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **ECHO, INC.**<br>**ATTN: LEGAL DEPT**<br>**209 10TH AVE S, STE 450**<br>**NASHVILLE, TN 37203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM ORD-0555530** | **ECHO, INC.**<br>**ATTN: LEGAL DEPT**<br>**209 10TH AVE S, STE 450**<br>**NASHVILLE, TN 37203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM ORD-0559699** | **ECHO, INC.**<br>**ATTN: LEGAL DEPT**<br>**209 10TH AVE S, STE 450**<br>**NASHVILLE, TN 37203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM ORD-0574520** | **ECHO, INC.**<br>**ATTN: LEGAL DEPT**<br>**209 10TH AVE S, STE 450**<br>**NASHVILLE, TN 37203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

### ▉ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM ORD-0576228 | ECHO, INC.<br>ATTN: LEGAL DEPT<br>209 10TH AVE S, STE 450<br>NASHVILLE, TN 37203 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>ATTN: MICHAEL D. JONES<br>50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ASSISTANCE WITH RACP FILING | ECONSULT SOLUTIONS, INC.<br>ATTN: PRESIDENT<br>1435 WALNUT ST, 4TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | EISNERAMPER LLP<br>ATTN: LEGAL DEPT<br>1 LANDMARK SQUARE, 6TH FL, STE 618<br>STAMFORD, CT 06901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | SOWS AGREEMENT | EISNERAMPER LLP<br>ATTN: LEGAL DEPT<br>750 3RD AVE<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT | EISNERAMPER LLP<br>ATTN: LEGAL DEPT<br>750 THIRD AVE<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | EISNERAMPER LLP<br>ATTN: LEGAL DEPT<br>750 THIRD AVE<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | EISNERAMPER LLP<br>ATTN: LEGAL DEPT<br>750 THIRD AVE<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | EPX MERCHANT AGREEMENT | ELECTRONIC PAYMENT EXCHANGE<br>1201 N MARKET ST, STE 701<br>WILMINGTON, DE 19801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EMPLOYMENT TAX CONSULTING SERVICES | EMPLOYMENT TAX SERVICING CORP<br>DBA EMPTECH<br>2377 CENSHAW BLVD, STE 200<br>TORRANCE, CA 90501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | SOWS AGREEMENT | ENSEMBLE RCM LLC<br>DBA ENSEMBLE HEALTH PARTNERS<br>ATTN: JUDSON IVY, CEO<br>13620 REESE BLVD, STE 200<br>HUNTERSVILLE, NC 28078 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | ESSENTIAL CONSULTING LLC<br>6401 ROLLING MEADOW COURT<br>SAN JOSE, CA 95135 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR IT CONSULTANTS | ETTAIN GROUP, INC.<br>ATTN: CONTRACT COMPLIANCE<br>127 W WORTHINGTON AVE, STE 100<br>CHARLOTTE, NC 28203 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SERVICES FOR MASS NOTIFICATIONS | EVERBRIDGE, INC.<br>ATTN: LEGAL DEPT<br>25 CORPORATE DR<br>BURLINGTON, MA 01803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE # Q-08937 | EVERBRIDGE, INC.<br>ATTN: LEGAL DEPARTMENT<br>25 CORPORATE DR<br>BURLINGTON, MA 01803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DENIED ACCOUNT REVIEW & GAP ANALYSIS SERVICE | FIRM REVENUE CYCLE MANAGEMENT SERVICES, INC.<br>ATTN: NANCY MOMCILOVIC, PRESIDENT<br>5590 SOUTH FORT APACHE RD<br>LAS VEGAS, NV 89148 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DESIGN WORK FOR RACP FILING | FRANCIS CAUFFMAN, INC.<br>ATTN: PRINCIPAL, HEALTHCARE<br>2000 MARKET ST, STE 600<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR FACILITIES CONDITION ASSESSMENT | FRANCIS CAUFFMAN, INC.<br>ATTN: ARAN A. MCCARTHY, PRINCIPAL IN CHARGE<br>2000 MARKET ST, STE 600<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR IT CONSULTANTS | FUTURE IT ADVISORS, LLC<br>ATTN: LEGAL DEPT<br>3610 RED OAK DR<br>MONTGOMERY, TX 77316 |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT FOR MARKETING SERVICES | GARY FRAZIER<br>2357 CEDAR AVE<br>LONG BEACH, CA 90806 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR WORK ORDERS | GEBBS HEALTHCARE SOLUTIONS, INC.<br>ATTN: CEO<br>600 CORPORATE POINTE, STE 1250<br>CULVER CITY, CA 90230 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | GEBBS HEALTHCARE SOLUTIONS, INC.<br>ATTN: CEO<br>600 CORPORATE POINTE, STE 1250<br>CULVER CITY, CA 90230 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR TEMPORARY & CONTRACT STAFFING PROVIDER | GENERAL HEALTHCARE RESOURCES, LLC<br>ATTN: LAURA MAGNER, COO<br>2250 HICKORY RD, STE 240<br>PLYMOUTH MEETING, PA 19462 |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR TEMPORARY & CONTRACT STAFFING PROVIDER | GENERAL HEALTHCARE RESOURCES, LLC<br>ATTN: LAURA MAGNER, COO<br>2250 HICKORY RD, STE 240<br>PLYMOUTH MEETING, PA 19462 |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EVALUATION OF FINANCES | GERMANE & CO, INC. DBA GERMANE SOLUTIONS ATTN: LEGAL DEPT 10552 SUCCESS LANE, STE A-2 DAYTON, OH 45458 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR HIGH LEVEL GME ASSESSMENT | GERMANE & CO, INC. DBA GERMANE SOLUTIONS ATTN: LEGAL DEPT 10552 SUCCESS LANE, STE A-2 DAYTON, OH 45458 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER AGREEMENT | GLASSRATNER ADVISORY & CAPITAL GROUP, LLC ATTN: CAROL FOX 200 EAST BROWARD BLVD, STE 1010 FORT LAUDERDALE, FL 33301 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ACCESS TO GYM MEMBERSHIPS | GLOBAL AFFILIATES, INC. ATTN: ANTHONY FRICK 1880 JFK BLVD, STE 1910 PHILADELPHIA, PA 19103 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ELECTRONIC DATA EXCHANGE | GLOBAL HEALTHCARE EXCHANGE, LLC ATTN: CUSTOMER CONTRACTS 1315 W CENTURY DR, STE 100 LOUISVILLE, CO 80027 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | GTT AMERICAS, LLC ATTN: GENERAL COUNSEL 7900 TYSONS ONE PL, STE 1450 MCLEAN, VA 22102 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | HAYES HEALTHCARE<br>6700 N ANDREWS AVE, STE 600<br>FORT LAUDERDALE, FL 33309 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN LOCUM TENENS COVERAGE AGREEMENT | HAYES HEALTHCARE, LLC<br>6700 NORTH ANDREWS AVE, STE 600<br>FORT LAUDERDALE, FL 33309 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR COLLECTIONS SERVICES | HBO & RECOVERIES, LLC<br>ATTN: KENNETH WHEELER<br>415 W 16 ST<br>UPLAND, CA 91784 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | HEALTH SCIENCES LAW GROUP LLC<br>ATTN: ROBYN SHAPIRO<br>7670 N PORT WASHINGTON RD, STE 201<br>FOX POINT, WI 53217 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR IT CONSULTANTS | HEALTHCARE PERFORMANCE GROUP, INC.<br>ATTN: LEGAL DEPT<br>23419 WEST 215TH ST<br>SPRING HILL, KS 66083 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | HEALTHCARE RECEIVABLE SPECIALISTS, INC.<br>ATTN: CLIENT DEVELOPMENT<br>10 N INDEPENDENCE MALL W, STE 5NW<br>PHILADELPHIA, PA 19106 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name     **Philadelphia Academic Health System, LLC**                          Case number (if known): **19-11467**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ONLINE TRAINING FOR EMPLOYEES** | **HEALTHSTREAM, INC. ATTN: LEGAL DEPT 209 10TH AVE S, STE 450 NASHVILLE, TN 37203** |
| | State the term remaining List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **HEALTHSTREAM, INC. ATTN: LEGAL DEPT 209 10TH AVE S, STE 450 NASHVILLE, TN 37203** |
| | State the term remaining List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER NUMBER ORD-0560031** | **HEALTHSTREAM, INC. ATTN: LEGAL DEPT 209 10TH AVE S, STE 450 NASHVILLE, TN 37203** |
| | State the term remaining List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER NUMBER ORD-0575567** | **HEALTHSTREAM, INC. ATTN: LEGAL DEPT 209 10TH AVE S, STE 450 NASHVILLE, TN 37203** |
| | State the term remaining List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER NUMBER ORD-0602617** | **HEALTHSTREAM, INC. ATTN: LEGAL DEPT 209 10TH AVE S, STE 450 NASHVILLE, TN 37203** |
| | State the term remaining List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER NUMBER ORD-0602493** | **HEALTHSTREAM, INC. ATTN: LEGAL DEPT 209 10TH AVE S, STE 450 NASHVILLE, TN 37203** |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**              Case number (if known): **19-11467**

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | ORDER NUMBER ORD-0614509 |
| | | HEALTHSTREAM, INC. ATTN: LEGAL DEPT 209 10TH AVE S, STE 450 NASHVILLE, TN 37203 |
| | State the term remaining List the contract number of any government contract | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | TRANSITION AGREEMENT |
| | | HEALTHTRUST PURCHASING GROUP, L.P. ATTN: CHIEF LEGAL OFFICER 1100 CHARLOTTE AVE, STE 1100 NASHVILLE, TN 37203 |
| | State the term remaining List the contract number of any government contract | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHYSICIAN CODING AUDITS |
| | | HMI LLC ATTN: CLIENT SERVICES MANAGER 214 OVERLOOK CIR, STE 253 BRENTWOOD, TN 37027 |
| | State the term remaining List the contract number of any government contract | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR IT CONSULTANTS |
| | | HOLLAND SQUARE GROUP, LLC 302 INNOVATION DR, STE 120 FRANKLIN, TN 37067 |
| | State the term remaining List the contract number of any government contract | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR COLLECTIONS SERVICES |
| | | HOLLIS COBB ASSOCIATES, INC. ATTN: GREG HOCUTT 3175 SATELLITE BLVD BUILDING 600, STE 400 DULUTH, GA 30096 |
| | State the term remaining List the contract number of any government contract | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | SYSTEM PRODUCT PRICING AGREEMENT |
| | | HOWMEDICA OSTEONICS CORP. 325 CORPORATE DR MAHWAH, NJ 07430 |
| | State the term remaining List the contract number of any government contract | |

Debtor Name    **Philadelphia Academic Health System, LLC**

Case number (if known): **19-11467**

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
| --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | HURON CONSULTING SERVICES LLC<br>ATTN: JONATHAN SAYLORS, MANAGING DIR<br>550 W VAN BUREN ST<br>CHICAGO, IL 60607 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | SOWS AGREEMENT | IMPEMENTATION MANGEMENT ASSISTANCE, LLC<br>DBA REVINT SOLUTIONS<br>ATTN: CEO<br>6 HILLMAN DR, STE 100<br>CHADDS FORD, PA 19317 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | IMPEMENTATION MANGEMENT ASSISTANCE, LLC<br>DBA REVINT SOLUTIONS<br>ATTN: CEO<br>6 HILLMAN DR, STE 100<br>CHADDS FORD, PA 19317 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR WORK ORDER FOR IMPLEMENTATION | INFOR (US), INC.<br>ATTN: GREGORY M GIANGIORDANO<br>641 AVE OF THE AMERICAS<br>NEW YORK, NY 10011 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SUBSCRIPTION LICENSE & SERVICES AGREEMENT | INFOR (US), INC.<br>ATTN: GREGORY M GIANGIORDANO<br>641 AVE OF THE AMERICAS<br>NEW YORK, NY 10011 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICES AGREEMENT | INFOR (US), INC.<br>ATTN: GREGORY M GIANGIORDANO<br>641 AVE OF THE AMERICAS<br>NEW YORK, NY 10011 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**                    Case number (if known): **19-11467**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | FIXED FEE SERVICES WORK ORDER | INFOR (US), INC. ATTN: GREGORY M GIANGIORDANO 641 AVE OF THE AMERICAS NEW YORK, NY 10011 |
| | State the term remaining List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | SAAS ORDER FORM | INFOR (US), INC. ATTN: GREGORY M GIANGIORDANO 641 AVE OF THE AMERICAS NEW YORK, NY 10011 |
| | State the term remaining List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | INGENIOUS MED, INC. ATTN: GEO 400 GALLERIA PKWY, STE 1600 ATLANTA, GA 30339 |
| | State the term remaining List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | INGENIOUS MED, INC. ATTN: CEO 400 GALLERIA PKWY, STE 1600 ATLANTA, GA 30339 |
| | State the term remaining List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #1 | INGENIOUS MED, INC. ATTN: CEO 400 GALLERIA PKWY, STE 1600 ATLANTA, GA 30339 |
| | State the term remaining List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHYSICIAN RECRUITING & SEARCH SERVICES | INTEGRITY HEALTHCARE, LLC 9785 SOUTH MAROON CIR, STE G102 ENGLEWOOD, CO 80112 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DATA ROOM | INTRALINKS, INC. ATTN: GENERAL COUNSEL 685 3RD AVE, 9TH FL NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER | INTRALINKS, INC. ATTN: GENERAL COUNSEL 685 THIRD AVE, 9TH FL NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RECORDS MGT | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC 1101 ENTERPRISE DR ROYERSFORD, PA 19468 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | JACKSON LEWIS P.C. ATTN: EILEEN K. KEEFE 1601 CHERRY ST, STE 1350 PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | JAY M. YANOFF, EDD 1608 SQUIRE DR MAPLE GLEN, PA 19002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | JDI NET SYSTEMS ATTN: IVAN LEE, OWNER 4000 PIMLICO DR PLEASANTON, CA 94588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

## ◼ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**CONSULTING SERVICES AGREEMENT**<br><br>State the term remaining<br>List the contract number of any government contract | **JOHN DOWDLE**<br>**9772 POWDER HALL RD**<br>**PERRY HALL, MD 21128** |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**PRICING AGREEMENT**<br><br>State the term remaining<br>List the contract number of any government contract | **JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.**<br>**ATTN: MANAGER, CONTRACT ADMIN STRATEGIC ACCTS**<br>**HIGHWAY 22 N**<br>**SOMERVILLE, NJ 08876-1051** |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**AGREEMENT FOR CONSULTING SERVICES**<br><br>State the term remaining<br>List the contract number of any government contract | **JP ZIMMERMAN PCS LLC**<br>**37 STREAM BANK DR**<br>**FREEHOLD, NJ 07728** |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**AGREEMENT FOR GOVERNMENT RELATIONS & CONSULTING SERVICES**<br><br>State the term remaining<br>List the contract number of any government contract | **K&C STRATEGIC POLICY GROUP, LLC**<br>**DBA DEBRUNNER & ASSOCIATES**<br>**ATTN: ELLEN KUGLER, MGING PTNR, FED AFFAIRS**<br>**112 WALNUT ST**<br>**HARRISBURG, PA 17101** |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**ENGAGEMENT LETTER**<br><br>State the term remaining<br>List the contract number of any government contract | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>**ATTN: GREGORY GOSFIELD**<br>**1835 MARKET ST**<br>**PHILADELPHIA, PA 19103** |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**ENGAGEMENT LETTER**<br><br>State the term remaining<br>List the contract number of any government contract | **LAULETTA BIRNBAUM, LLC**<br>**ATTN: LLOYD C. BIRNBAUM, ESQ.**<br>**591 MANUTA BLVD, STE 200**<br>**SEWELL, NJ 08080** |

Debtor Name    **Philadelphia Academic Health System, LLC**        Case number (if known): **19-11467**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER (UNSIGNED BY PAHS) | LAW OFFICES OF SUZANNE N. PRITCHARD, P.C.<br>ATTN: SUZANNE N PRITCHARD, ESQ.<br>319 WEST FRONT ST<br>MEDIA, PA 19063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | LITCHFIELD CAVO LLP<br>ATTN: ANDREW S KESSLER<br>1515 MARKET ST, STE 1220<br>PHILADELPHIA, PA 19102-1903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BENEFITS ADMIN SERVICES | LOCKTON-DUNNING SERIES OF LOCKTON COMPANIES, LLC<br>2100 ROSS AVE, STE 1200<br>DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | LOCUMTENENS<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT & ADDENDUM | LOCUMTENENS.COM, LLC<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHONE SERVICES | MANHATTAN TELECOMMUNICATIONS CORPORATION<br>DBA METROPOLITAN TELECOMMUNICATIONS<br>AKA METTEL<br>55 WATER ST, 32ND FL<br>NEW YORK, NY 10041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **MARCUM LLP**<br>**ATTN: DAVID H. GLUSMAN**<br>**1600 MARKET ST, 32ND FL**<br>**PHILADELPHIA, PA 19103** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **MARSHALL DENNEHEY WARNER COLEMAN @ GOGGIN, P.C.**<br>**ATTN: RAPHAEL M. DURAN**<br>**2000 MARKET ST, STE 2300**<br>**PHILADELPHIA, PA 19103** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER AGREEMENT FOR LAUNDRY PROCESSING AND RENTAL SERVICES** | **MAYFLOWER LAUNDRY AND TEXTILE SERVICES LLC**<br>**2601 W LEXINGTON ST**<br>**BALTIMORE, MD 21223** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR COMPLIANCE & EDUCATION MATERIALS** | **MEDIALAB, INC.**<br>**242 SOUTH CULVER ST, STE 300**<br>**LAWRENCEVILLE, GA 30046** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | **MEDICAL DOCTOR ASSOCIATES**<br>**4775 PEACHTREE INDUSTRIAL BLVD, STE 300**<br>**BERKELEY LAKE, GA 30092** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR SUPPLIES PURCHASING PROGRAM** | **MEDLINE INDUSTRIES HOLDINGS, L.P**<br>**ATTN: LEGAL DEPT**<br>**THREE LAKES DR**<br>**NORTHFIELD, IL 60093** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

▬ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR INSURANCE/PAYER IDENTIFICATION SERVICES | MEDLYTIX, LLC<br>ATTN: CEO<br>675 MANSELL RD, STE 100<br>ROSWELL, GA 30076 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | MEDTRONIC USA, INC.<br>8200 CORAL SEA ST NE<br>MOUNDS VIEW, MN 55112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | MHC SOFTWARE, LLC<br>ATTN: CATHERIE BEATTIE<br>12000 PORTLAND AVE S, STE 230<br>BURNSVILLE, MN 55337 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | MINDFIGURE CONSULTING<br>ATTN: CHRISTOPHER OCHNER<br>1200 WEST AVE, #1226<br>MIAMI BEACH, FL 33139 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT | NATHAN FREEDMAN<br>2100 LOCUST ST<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR HOTLINE & INCIDENT MGT | NAVEX GLOBAL, INC.<br>ATTN: CHIEF SERVICES OFFICER<br>550 MEADOWS RD, STE 500<br>LAKE OSWEGO, OR 97035 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM 314646 | NAVEX GLOBAL, INC.<br>ATTN: CHIEF SERVICES OFFICER<br>550 MEADOWS RD, STE 500<br>LAKE OSWEGO, OR 97035 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MARKETING & PR SERVICES | NEFF AND ASSOCIATES, INC.<br>ATTN: PRESIDENT<br>15 S 3RD ST, 4TH FL<br>PHILADELPHIA, PA 19106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR BLOOD SUPPLIES | NEW YORK BLOOD CENTER, INC.<br>ATTN: GENERAL COUNSEL<br>310 EAST 67TH ST<br>NEW YORK, NY 10065 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PROJECT MANAGER | NEXCORE PROPERTIES PA LLC<br>ATTN: DEBORAH WEDDERBURN<br>1621 18TH ST, STE 250<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONTRACT MGT & MODELING | NTHRIVE REVENUE SYSTEMS, LLC<br>ATTN: LEGAL/CONTRACTING<br>200 NORTH POINT CENTER EAST, STE 600<br>ALPHARETTA, GA 30022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT | NTHRIVE REVENUE SYSTEMS, LLC<br>ATTN: LEGAL/CONTRACTING<br>200 N POINT CENTER E, STE 600<br>ALPHARETTA, GA 30022 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | SOWS AGREEMENT | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 WEST PLANO PKWY<br>PLANO, TX 75075 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #1 | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 W PLANO PKWY<br>PLANO, TX 75075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #2 | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 W PLANO PKWY<br>PLANO, TX 75075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #3 | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 W PLANO PKWY<br>PLANO, TX 75075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #4 | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 W PLANO PKWY<br>PLANO, TX 75075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #5 | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 W PLANO PKWY<br>PLANO, TX 75075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
|---|---|---|

| ███ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #7 | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 W PLANO PKWY<br>PLANO, TX 75075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK #8 | NTT DATA SERVICES, LLC<br>ATTN: PRESIDENT, HCLS<br>2300 W PLANO PKWY<br>PLANO, TX 75075 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TRANSCRIPTION SERVICES | NUANCE COMMUNICATIONS, INC.<br>1 WAYSIDE RD<br>BURLINGTON, MA 01803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>ATTN: GARY SAMMS<br>1500 MARKET ST, STE 3400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | OPTUM360 SOLUTIONS, LLC<br>ATTN: GENERAL COUNSEL<br>11000 OPTUM CIR<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AND LICENSE AGREEMENT | OPTUM360 SOLUTIONS, LLC<br>ATTN: GENERAL COUNSEL<br>11000 OPTUM CIRCLE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PAYROLL CONSULTING SERVICES | PAYTECH, INC.<br>7979 E TUFTS AVE, STE 1000<br>DENVER, CO 80237 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ASSISTANCE WITH RACP FILING | PENNONI ASSOCIATES<br>ATTN: JOSEPH RADAY, PE, CME<br>1900 MARKET ST, STE 300<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | PEPPER HAMILTON LLP<br>ATTN: KATHRYN P. NORDICK<br>3000 TWO LOGAN SQUARE<br>18TH AND ARCH STS<br>PHILADELPHIA, PA 19103-2799 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT FOR IT ADVISORY SERVICES | PERITUS ADVISORS<br>ATTN: CHIEF EXEC OFFICER<br>22431 ANTONIO PKWY, STE B160-675<br>RANCHO SANTA MARGARITA, CA 92688 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | PHARMACY ONESOURCE INC.<br>ATTN: CONTRACT MANAGEMENT<br>525 JUNCTION RD, STE 5000<br>MADISON, WI 53717 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR COLLECTIONS SERVICES | PINNACLE HEALTHCARE RECOVERY PARTNERS, INC.<br>ATTN: PRESIDENT<br>196A FAIRVIEW RD<br>WOODLYN, PA 19094 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR REGISTRY ACCESS & INFECTION CONTROL SOFTWARE** | PREMIER, INC. ATTN: LEGAL DEPT 13034 BALLANTYNE CORPORATE PL CHARLOTTE, NC 28277 |
| | State the term remaining List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR PLACEMENT/RENTAL OF VENDING MACHINES** | PRESCIENT LOGISTICS, LLC DBA REPSCRUBS ATTN: CUSTOMER CARE 576 MONROE RD, STE 1304 SANFORD, FL 32771 |
| | State the term remaining List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | **SOWS AGREEMENT** | PRESS GANEY ASSOCIATES, INC. ATTN: CONTRACTS DEPT 404 COLUMBIA PL SOUTH BEND, IN 46601 |
| | State the term remaining List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE & EXCLUSION MONITORING SERVICES AGREEMENT** | PROVIDERTRUST, INC. ATTN: MICHAEL ROSEN, ESQ. 2300 CHARLOTTE AVE, STE 104 NASHVILLE, TN 37203 |
| | State the term remaining List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING SERVICES AGREEMENT** | PRUETT ROOF 644 VININGS ESTATES DR MABLETON, GA 30126 |
| | State the term remaining List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE LICENSE & MAINTENANCE AGREEMENT** | QUANTROS, INC. ATTN: GENERAL COUNSEL 220 NORTH MAIN ST, STE 300 GREENVILLE, SC 29601 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

<table>
<tr><td colspan="2">█ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REFERENCE LAB SERVICES | QUEST DIAGNOSTIC CLINICAL LABORATORIES INC.<br>ATTN: LEGAL DEPT<br>500 PLAZA DR<br>SECAUCUS, NJ 07094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.181** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THIRD-PARTY REVENUE RECOVERY & RELATED SERVICES | R. SMITH INTERNATIONAL, LLC<br>DBA RSOURCE<br>ATTN: GENERAL COUNSEL<br>433 PLAZA REAL, STE 345<br>BOCA RATON, FL 33432 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.182** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ELIGIBILITY VERIFICATION & REVENUE CYCLE SERVICES | REALMED CORPORATION<br>ATTN: LEGAL DEPT<br>10752 DEERWOOD PARK BLVD S, STE 1100<br>JACKSONVILLE, FL 32256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.183** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | REED SMITH LLP<br>ATTN: JAMES M. NEUDECKER<br>101 2ND ST, STE 1800<br>SAN FRANCISCO, CA 94105-3659 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.184** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | ROBINSON KIRLEW & ASSOCIATES ATTORNEYS AT LAW<br>ATTN: MYRTLE ROBINSON KIRLEW<br>7731 BELLE POINT DR<br>GREENBELT, MD 20770 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.185** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR GOVERNMENT RELATIONS & CONSULTING SERVICES | S.R. WOJDAK & ASSOCIATES, LP<br>DBA WOJDAK GOVERNMENT RELATIONS<br>ATTN: TOM FLYNN<br>200 SOUTH BROAD ST, STE 850<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | SAI GLOBAL COMPLIANCE, INC.<br>ATTN: GENERAL COUNSEL<br>309 WAVERLEY OAKS RD<br>WALTHAM, MA 02452 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER ORDER | SAI GLOBAL COMPLIANCE, INC.<br>ATTN: GENERAL COUNSEL<br>309 WAVERLEY OAKS RD<br>WALTHAM, MA 02452 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | SAUL EWING ARNSTEIN & LEHR LLP<br>ATTN: JEFFREY C. HAMPTON<br>1201 NORTH MARKET ST, STE 2300<br>WILMINGTON, DE 19801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SERVICES | SCANSTAT TECHNOLOGIES, LLC<br>ATTN: PRESIDENT<br>288 S MAIN ST, STE 600<br>ALPHARETTA, GA 30004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SCRIBE SERVICES | SCRIBE CARE, INC.<br>ATTN: RAZA SHIRAZIE<br>10502 HICKORY GLEN DR<br>COLUMBIA, MD 21044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT | SHARONDA BROWN<br>1921 8TH ST NW, UNIT 304<br>WASHINGTON, DC 20001 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name     **Philadelphia Academic Health System, LLC**          Case number (if known): **19-11467**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TEMPORARY & CONTRACT STAFFING PROVIDER | SHC SERVICES, INC.<br>DBA SUPPLEMENTAL HEALTHCARE COMPANY<br>1640 W REDSTONE CENTER DR, STE 200<br>PARK CITY, UT 84098 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | SMR HEALTHCARE MANAGEMENT, INC.<br>ATTN: SUZANNE RICHARDS, CHIEF EXEC OFFICER<br>4525 DEAN MARTIN DR, #2308<br>LAS VEGAS, NV 89103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE CONSULTING SERVICES AGREEMENT | SPECTRUM HEALTH PARTNERS, LLC<br>ATTN: KEN DORAN, PRESIDENT<br>341 COOL SPRINGS BLVD, STE 305<br>FRANKLIN, TN 37027 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT | STANFORD/STERLING GROUP, LLC<br>ATTN: J. STANFORD PARKER, CEO<br>P.O. BOX 25146<br>HONOLULU, HI 96825 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR WASTE REMOVAL | STERICYCLE, INC.<br>28161 N KEITH DR<br>LAKE FOREST, IL 60045 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | STERICYCLE, INC.<br>28161 N KEITH DR<br>LAKE FOREST, IL 60045 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | STERICYCLE, INC.<br>28161 N KEITH DR<br>LAKE FOREST, IL 60045 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | STERICYCLE, INC.<br>28161 N KEITH DR<br>LAKE FOREST, IL 60045 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | HUMAN RESOURCES CONSULTING SERVICES AGREEMENT | TC HUMAN CAPITAL SOLUTIONS, LLC<br>ATTN: THERESA ANGELONE<br>716 IRON POST RD<br>MOORESTOWN, NJ 08057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | TRANSITION SERVICES AGREEMENT | TENET BUSINESS SERVICES CORPORATION<br>ATTN: STEVEN SCHAEFER<br>1445 ROSS AVE, STE 1400<br>DALLAS, TX 75202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT, ASSUMPTION, AMENDMENT LEASE | TENET HEALTHSYSTEM PHILADELPHIA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | MEMBERSHIP AGREEMENT | THE ADVISORY BOARD COMPANY<br>2445 M ST NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name  **Philadelphia Academic Health System, LLC**                Case number (if known): **19-11467**

<table>
<tr><td colspan="3">■   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.204** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR BLOOD SUPPLIES** | **THE AMERICAN NATIONAL RED CROSS, PENN JERSEY REGION**<br>**ATTN: SENIOR DIR SALES AND MARKETING**<br>**700 SPRING GARDEN ST**<br>**PHILADELPHIA, PA 19123** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.205** | State what the contract or lease is for and the nature of the debtor's interest | **EPX MERCHANT AGREEMENT** | **THE BANCORP BANK**<br>**405 SILVERSIDE RD, STE 105**<br>**WILMINGTON, DE 19809** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.206** | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE AGREEMENT** | **THE STAYWELL COMPANY, LLC**<br>**ATTN: SW SALES SERVICES**<br>**800 TOWNSHIP LINE RD**<br>**YARDLEY, PA 19067** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.207** | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **THOMAS, THOMAS & HAFER LLP**<br>**ATTN: JOSHUA J. BOVENDER**<br>**305 NORTH FRONT ST**<br>**HARRISBURG, PA 17101** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.208** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ELEVATOR REPAIR & MAINTENANCE** | **THYSSENKRUPP ELEVATOR CORPORATION**<br>**ATTN: NATIONAL ACCOUNTS DEPT**<br>**114 TOWNPARK DR NW, STE 300**<br>**KENNESAW, GA 30144** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ZERO BALANCE AUDIT & RECOVERY** | **TITAN HEALTH MANAGEMENT SOLUTIONS, INC.**<br>**ATTN: THOMAS HOEHNER**<br>**2500 N PANTANO RD, STE 200**<br>**TUCSON, AZ 85715** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK 1A | TITAN HEALTH MANAGEMENT SOLUTIONS, INC.<br>ATTN: THOMAS HOEHNER<br>2500 N PANTANO RD, STE 200<br>TUCSON, AZ 85715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONTRACT MGT SYSTEM | TRACTMANAGER, INC.<br>DBA MEDITRACT<br>736 MARKET ST, STE 1100<br>CHATTANOOGA, TN 37402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | TRANS UNION LLC<br>ATTN: HEALTHCARE LEGAL<br>555 WEST ADAMS ST<br>CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | TRANSWORLD SYSTEMS INC.<br>ATTN: VP, CORPORATE LEGAL<br>500 VIRGINIA DR, STE 514<br>FORT WASHINGTON, PA 19034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SECURITY SERVICES | UNIVERSAL PROTECTION SERVICE, LP<br>DBA ALLIED UNIVERSAL SECURITY SERVICES<br>ATTN: REGIONAL VP<br>161 WASHINGTON ST, STE 600<br>CONSOHOCKEN, PA 19428 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ADMIN OF ABSENCE & LEAVE FOR EMPLOYEES | UPMC BENEFIT MANAGEMENT SERVICES, INC.<br>DBA WORKPARTNERS<br>ATTN: LINDA CROUSHORE<br>600 GRANT ST, 8TH FL<br>PITTSBURGH, PA 15219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Philadelphia Academic Health System, LLC**    Case number (if known): **19-11467**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY/PATROL SERVICE AGREEMENT | US SECURITY ASSOCIATES, INC. ATTN: JOSEPH LO BIANCO, NORTH GRP PRES 261 OLD YORK RD, STE 711 JENKINTOWN, PA 19046 |
| | State the term remaining List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | VAPOTHERM, INC. 100 DOMAIN DR EXETER, NH 03833 |
| | State the term remaining List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | VIE HEALTHCARE, INC. 2111 ROUTE 34 WALL TOWNSHIP, NJ 07719 |
| | State the term remaining List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | SOWS AGREEMENT | VIZIENT, INC. ATTN: LEGAL DEPT 290 EAST JOHN CARPENTER FWY, 7TH FL IRVING, TX 75062-2710 |
| | State the term remaining List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | VIZIENT, INC. ATTN: LEGAL DEPARTMENT 290 E JOHN CARPENTER FWY, 7TH FL IRVING, TX 75062-2710 |
| | State the term remaining List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | VIZIENT COMMITTED PROGRAM PARTICIPATION ADDENDUM | VIZIENT, INC. ATTN: LEGAL DEPARTMENT 290 E JOHN CARPENTER FWY, 7TH FL IRVING, TX 75062-2710 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | Philadelphia Academic Health System, LLC | Case number (if known): **19-11467** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | JOINDER AGREEMENT - MID-ATLANTIC PURCHASING COALITION - PHARMACY | VIZIENT, INC. ATTN: LEGAL DEPARTMENT 290 E JOHN CARPENTER FWY, 7TH FL IRVING, TX 75062-2710 |
| | State the term remaining List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PILOT TEST | VOYCE, INC. 12555 ORANGE DR, STE 100A DAVIE, FL 33330 |
| | State the term remaining List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONSULTING SERVICES | VP-MA HEALTH SOLUTIONS, INC. DBA CDIMD ATTN: PRESIDENT 110 FRANCES KING DR, STE A-2 SMYRNA, TN 37167 |
| | State the term remaining List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | WEATHERBY 6451 N FEDERAL HWY, STE 800 FORT LAUDERDALE, FL 33308 |
| | State the term remaining List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PHYSICIAN LOCUM TENENS COVERAGE | WEATHERBY LOCUMS, INC. 6451 NORTH FEDERAL HWY, STE 800 FORT LAUDERDALE, FL 33308 |
| | State the term remaining List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | WEBER GALLAGHER SIMPSON STATPLETON FIRES & NEWBY, LLC ATTN: KENNETH D. POWELL, JR 2000 MARKET ST, STE 1300 PHILADELPHIA, PA 19103 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.228** | State what the contract or lease is for and the nature of the debtor's interest | **SPONSORSHIP AGREEMENT** | **WELCOME AMERICA, INC.**<br>**ATTN: JEFF GUARACINO, PRESIDENT AND CEO**<br>**1650 MARKET ST, STE 2800**<br>**PHILADELPHIA, PA 19103** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.229** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR HEALTH ADVOCATE SERVICES FOR EMPLOYEES** | **WEST HEALTH ADVOCATE SOLUTIONS, INC.**<br>**ATTN: KATHARINE N BEGLEY**<br>**3043 WALTON RD**<br>**PLYMOUTH MEETING, PA 19462** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.230** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR CONFERENCE CALL LINES** | **WEST UNIFIED COMMUNICATIONS SERVICES, INC.**<br>**ATTN: LEGAL DEPT**<br>**8420 W BRYN MAWR AVE, STE 1100**<br>**CHICAGO, IL 60631** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.231** | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTING AGREEMENT** | **WHITECAP HEALTH ADVISORS, LLC**<br>**ATTN: FARZAN BHARUCHA**<br>**860 JOHNSON FERRY RD, STE 140**<br>**ATLANTA, GA 30342** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Philadelphia Academic Health System, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11467** |

Check if this is an
amended filing ☐

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 **BROAD STREET HEALTHCARE PROPERTIES II, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **BROAD STREET HEALTHCARE PROPERTIES III, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **BROAD STREET HEALTHCARE PROPERTIES, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Boston Scientific Corporation | ☐ D<br>☐ E/F<br>☑ G |
| 2.5 **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |

| Debtor Name | **Philadelphia Academic Health System, LLC** | | Case number (if known): **19-11467** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.6  HPS OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.7  PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC | 222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.8  PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC | 1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.9  PHYSICIAN PERFORMANCE NETWORK OF PHILADELPHIA | C/O CT CORPORATION SYSTEM 1445 ROSS AVE, STE 1400 DALLAS, TX 75202 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.10  PHYSICIANS CLINICAL NETWORK, LLC | C/O COGENCY GLOBAL INC. 850 NEW BURTON RD, STE 201 DOVER, DE 19904 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.11  SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.12  SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.13  ST CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.14 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | HMI LLC | ☐ D ☐ E/F ☑ G |
| 2.15 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.16 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Pharmacy Onesource Inc. | ☐ D ☐ E/F ☑ G |
| 2.17 **STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C.** | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.18 **TPS II OF PA, L.L.C.** | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.19 **TPS III OF PA, L.L.C.** | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.20 **TPS IV OF PA, L.L.C.** | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.21 **TPS OF PA, L.L.C.** | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |

| Debtor Name | **Philadelphia Academic Health System, LLC** | Case number (if known): **19-11467** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.22 **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE**<br>**PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Debtor Name** | Philadelphia Academic Health System, LLC |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:** 19-11467 | |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*    (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)

☑ *Schedule H: Codebtors*    (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
    (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Philadelphia Academic Health System, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 89 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  8/13/2019          Signature  *Allen Wilen*
                 MM / DD / YYYY

                                                    Allen Wilen
                                          Printed Name

                                                    Chief Restructuring Officer
                                          Title