## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |  |
| *al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
## METHODOLOGY, AND DISCLAIMER REGARDING
## DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") filed by Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (together, the "**Debtors**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management, under the supervision of the Debtors' chief restructuring officer (the "**CRO**"), and are unaudited.  While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same.[2]  Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Since the acquisition of the hospitals in January 2018, there has been significant turnover in the accounting and finance function.

Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by an authorized representative of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.    **Case**. On June 30, 2019 or July 1, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, the information provided is as of the close of business on June 30, 2019.

2.    **Amendments**. The Debtors reserve the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

3.    **Estimates and Assumptions**. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4.    **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

5.    **Pre-Petition vs. Post-Petition**. The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information derived from research and investigation conducted during the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.    **GAAP**. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting

principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.    **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests are reflected in the applicable Schedule. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. Unless otherwise indicated, all asset amounts and claim amounts are listed as of June 30, 2019. The Debtors reserve the right to amend or adjust the value of each asset or liability as set forth herein.

8.    **Setoff or Recoupment Rights**. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F.

9.    **Co-Obligors**. No claim set forth on the Schedules and Statements of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party.

10.    **Causes of Action**. The Debtors reserve all of their causes of action. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action. Likewise, the failure to list a cause of action in question 74 of Schedule B or SOFA question 7 shall not be deemed a waiver of any such cause of action. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

11.    **Insiders**. In those circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are the Debtors' (a) directors and (b) employees that are, or were during the relevant period, officers. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

12.    **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. Conversely, inclusion of

35683554.2 08/13/2019

certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  The Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

13.     **Fiscal Year**.  The Debtors' fiscal year ends on December 31.

14.     **Currency**.  All amounts are reflected in U.S. dollars.

15.     **Summary of Significant Reporting Policies and Practices**.  The following conventions were adopted by the Debtors in preparation of the Schedules and Statements:

     (a)     Fair Market Value; Book Value.  Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records.  Where the current market value of assets is unknown, the Debtors have based their valuation on book values net of depreciation. The Debtors reserve the right to amend or adjust the value of each asset or liability set forth herein.

     (b)     Inventories.  Inventories are valued in the Schedules and Statements at the values indicated on the Debtors' books and records.

     (c)     Leased Real and Personal Property.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, without limitation, certain equipment, from certain third-party lessors.  The Debtors believe that all such leases are set forth in the Schedules and Statements.  The property subject to the leases is not reflected  in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to all such issues.

     (d)     Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

     (e)     Payments Made within 90 Days prior to the Petition Date and Payments to Insiders within One Year of Petition Date.     Payments made in the

ordinary course of the Debtors' business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the SOFA question 3. Payments to insiders within one year of the Petition Date, including transfers within 90 days of the Petition Date, are listed in response to SOFA question 4 and, with certain exceptions, are not separately set forth in response to SOFA question 3. In preparing their responses to SOFA question 4, and in the interest of full disclosure, the Debtors used an expansive interpretation of the term "insider". Inclusion or omission of a creditor as an "insider" on the Debtors' response to SOFA question 4 is not determinative as to whether creditor is actually an "insider," as such term is defined in the Bankruptcy Code and the Debtors reserve all of their rights with respect to such characterization. Moreover, payments are listed in response to SOFA questions 3 and 4 without regard as to whether such payments were made on account of antecedent debt, and the Debtors reserve all of their rights with respect to such issue.

(f)     <u>Statement of Financial Affairs – Payments to Insiders</u>. Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4. The Debtors reserve all rights with respect to the characterization of payments listed in response to questions 4 and 30.

(g)     <u>Statement of Financial Affairs – Suits and Administration Proceedings</u>. Although the Debtors have attempted to list in question 7 all known claimants with pending suits or administrative proceedings, certain actions may have been inadvertently omitted. The Debtors reserve all of their rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

16.     **<u>Schedule D</u>**. Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of a claimant or a waiver of the Debtors' rights to recharacterize or reclassify a claim or contract.

17.    **Schedule E/F**. The Debtors' analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim on Schedule E/F.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated and disputed in the Schedules and Statements.  Some of the potential litigation listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  In addition, workers' compensation claims that are covered in full under the Debtors' insurance policies are not included on Schedule E/F.  Any information contained in Schedule E/F with respect to pending or potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 291] (the "**Wage Order**"), the Debtors were authorized to pay, and did pay, certain pre-petition claims for employee wages and other related obligations.  As such, while the Debtors have listed such pre-petition wage and related employee claims in Schedule E/F, the Debtors have marked such claims as "contingent" and "unliquidated" because they have already been paid in accordance with the Wage Order.

19.    **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using reasonable efforts.  The Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable. The Debtors hereby reserve all rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first

6

refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  The Debtors reserve all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same vendor or provider may appear multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable or separate contracts.  Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors also reserve all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.  Further, the Debtors reserve all rights to later amend the Schedules and Statements to the extent that additional information regarding the Debtor obligor to an executory contract becomes available.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Any and all of the Debtors' rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

20. **Schedule H**. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtors reserve all rights to amend the Schedules to the extent  that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

Neither the Debtors, their agents, nor their attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither are they liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not, and

however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

35683554.2 08/13/2019

| Debtor Name | **St. Christopher's Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11468** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................    $0.00

1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................    $74,343,320.79

1c. **Total of all property:**
   Copyline 92 from *Schedule A/B*....................................................................................................    $74,343,320.79

---

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................    $57,456,342.37

3.    *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

   3a. **Total of amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from the line 5a of *Schedule E/F*...............................................    $10,084,754.37

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................    **+** $14,580,681.78

4.    **Total liabilities** ................................................................................................................................    $82,121,778.52
      Lines 2 + 3a + 3b

| Debtor Name | **St. Christopher's Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11468** |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2. **Cash on hand**

Unrestricted cash

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Wells Fargo Bank, N.A. | Government Deposit Account | 6097 | $0.00 |
| 3.2 | Wells Fargo Bank, N.A. | Non-Government Account | 6005 | $0.00 |
| 3.3 | Bank of America | Checking/Depository | 8317 | $0.00 |
| 3.4 | Wells Fargo Bank, N.A. | Commercial DDA | 6054 | $0.00 |
| 3.5 | Wells Fargo Bank, N.A. | Commercial DDA | 6096 | $6,755,899.29 |

4. **Other cash equivalents**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$6,755,899.29

| **Part 2:** | **Deposits and prepayments** |
|---|---|

Debtor  St. Christopher's Healthcare, LLC                              Case Number (if known) 19-11468

6.    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

                                                                                          **Current value of
                                                                                          debtor's interest**

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment
      8.1    See attached Schedule A/B Exhibit 8                                               $932,573.50

9.    **Total of Part 2**                                                                   | **$932,573.50** |
      Add lines 7 through 8.  Copy the total to line 81.

| **Part 3:** | **Accounts Receivable** |

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                                                                          **Current value of
                                                                                          debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:         $28,227,442.00  -            $0.00   =              $28,227,442.00
                                        face amount        doubtful or uncollectible accounts
      11b. Over 90 days old:            $11,994,919.00  -            $0.00   =              $11,994,919.00
                                        face amount        doubtful or uncollectible accounts

12.   **Total of Part 3**                                                                   | **$40,222,361.00** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor  St. Christopher's Healthcare, LLC                    Case Number (if known) 19-11468

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                              % of ownership: |  |  |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |  |  |
| 17. | **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. |  |  |

| Part 5: | Inventory, excluding agricultural assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** |  |  |  |  |
| 20. **Work in progress** |  |  |  |  |
| 21. **Finished goods, including goods held for resale** |  |  |  |  |
| 22. **Other inventory or supplies** |  |  |  |  |
| 22.1   Pharmaceuticals, medical supplies, surgical gloves, surgical supplies, office supplies | N/A | $5,479,432.00 | Net book value | $5,479,432.00 |

| 23. | **Total of Part 5**<br>Add lines 19 through 22. Copy the total to line 84. | **$5,479,432.00** |
|---|---|---|

Debtor  St. Christopher's Healthcare, LLC                    Case Number (if known) 19-11468

24. **Is any of the property listed in Part 5 perishable?**

☑ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals** <br> Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** <br> (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

Debtor  St. Christopher's Healthcare, LLC                                    Case Number (if known) 19-11468

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No.
    ☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  St. Christopher's Healthcare, LLC                                    Case Number (if known) 19-11468

| 39.1 | Office Desks, Office Chairs, Filing Cabinets, Bookcases, Appliances, Benches, Couches, Tables | Unknown | N/A | Unknown |

**40.   Office fixtures**

**41.   Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 | Medical equipment, desktop computers, laptop computers, computer keyboards, computer mice, monitors, televison screens, projecting equipment, various cabling, etc. | Unknown | N/A | Unknown |

**42.   Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | Various paintings, city maps, photography and other artwork | Unknown | N/A | Unknown |

**43.   Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.

☐ Yes.

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:        Machinery, equipment, and vehicles**

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

| 47.1 | 2004 Freighliner M2 1FVACWDC24HN54459 | Unknown | Unknown | Unknown |

Debtor  St. Christopher's Healthcare, LLC                          Case Number (if known) 19-11468

| | | | | |
|---|---|---|---|---|
| 47.2 | 2001 Ford Truck<br>1FT2F17201NA34348 | Unknown | Unknown | Unknown |
| 47.3 | 2001 Ford E250<br>1FTNE24L91HA85172 | Unknown | Unknown | Unknown |
| 47.4 | 2016 International Truck<br>1HTMKSTN6GH293366 | Unknown | Unknown | Unknown |
| 47.5 | 2005 Chevy Van<br>1GCFG15X751106464 | Unknown | Unknown | Unknown |

48. **Watercraft, trailers, motors, and related accessories**
      Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   50.1    See attached Schedule A/B Exhibit 50                                  $20,953,055.00

51. **Total of Part 8.**                                                    | $20,953,055.00 |
      Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

      ☑ No.
      ☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ☑ No.
      ☐ Yes.

**Part 9:**        **Real property**

54. **Does the debtor own or lease any real property?**

      ☐ No. Go to Part 10.
      ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor  St. Christopher's Healthcare, LLC                    Case Number (if known) 19-11468

55.1    Please see list of non-residential real property leases
         reflected in Debtor's Schedule G

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No.
     ☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1 | Name & Logo Design Federal Registration No. 3098118 | Unknown | Unknown | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 61.1 | St. Christopher's Hospital Website https://www.stchristophershospital.com/SitePages/Home.aspx | Unknown | Unknown | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |

Debtor  St. Christopher's Healthcare, LLC                    Case Number (if known) 19-11468

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

     ☑ No.
     ☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No.
     ☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 11: | All other assets |
|----------|------------------|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

Debtor  St. Christopher's Healthcare, LLC                                    Case Number (if known) 19-11468

|  | - |  | = |
|---|---|---|---|
| Total face amount | | Doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Unknown

   **Nature of claim**          See attached Schedule A/B Exhibit 74

   **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim**

   **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
   Examples: Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No.

   ☐ Yes.

Debtor  St. Christopher's Healthcare, LLC                                    Case Number (if known) 19-11468

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.**    *Copy line 5, Part 1.* | $6,755,899.29 | |
| 81. | **Deposits and prepayments.**    *Copy line 9, Part 2.* | $932,573.50 | |
| 82. | **Accounts receivable.**    *Copy line 12, Part 3.* | $40,222,361.00 | |
| 83. | **Investments.**    *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**    *Copy line 23, Part 5.* | $5,479,432.00 | |
| 85. | **Farming and fishing-related assets.**    *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.**    *Copy line 51, Part 8.* | $20,953,055.00 | |
| 88. | **Real Property.**    *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**    *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**    *Copy line 78, Part 11.* | | |
| 91. | **Total.**  Add lines 80 through 90 for each column.    91a. | $74,343,320.79  **+**  91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.**    Lines 91a + 91b = 92................................................................................... | | $74,343,320.79 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Debtor : St. Christopher's Healthcare, LLC**
**Case : 19-11468**
**Schedule AB 8 : Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description | Current value |
|---|---:|
| Aa Casa Inc / Pm Associates | $ 140.00 |
| Aabb | $ 1,617.50 |
| Abbott Lab | $ 337.83 |
| Accu-Chart Plus Healthcare | $ 66.67 |
| Acgme | $ 30,200.00 |
| Agilent Technologies, Inc. | $ 4,458.24 |
| Alcom Printing | $ 7,500.00 |
| Alere Informatics | $ 18,247.68 |
| Amer Acad Of Pediatrics | $ 11,119.25 |
| Amer Dental Assoc | $ 1,002.50 |
| American Board Of Pediatrics | $ 6,715.00 |
| American Burn Association | $ 3,350.00 |
| American Medical Association | $ 31.00 |
| American Trauma Society | $ 729.17 |
| Apple Drugs Parking | $ (210.00) |
| Asure Software | $ 5,025.24 |
| Bc Technical Inc | $ 2,821.50 |
| Beckman Coulter | $ 6,885.00 |
| Best Practice Professionals | $ 2,041.67 |
| Blue Pillar | $ 2,430.00 |
| Blue Pillar, Inc. | $ 10,692.00 |
| Boston Scientific Corporation | $ 261.25 |
| Cepheid Inc | $ 2,059.20 |
| Change Healthcare | $ 8,086.44 |
| Childrens Hosp Of Phila | $ 1,550.00 |
| Children'S Hospital Association | $ 4,950.00 |
| Children'S Hospitals Neonatal Consortium | $ 19,250.00 |
| City Of Philadelphia | $ 222,709.08 |
| Clia Laboratory Program | $ 1,093.50 |
| Clinical & Laboratory Standards | $ 2,333.33 |
| College Of American Pathologists | $ 21,358.52 |
| Commonwealth Of Pa | $ 741.48 |
| Commonwealth Of Pa/Dept Environ | $ 8,587.50 |
| Commonwealth Of Pa/State Board Of Medicine | $ 2,491.00 |
| Competitive Edge Software Inc | $ 851.67 |
| Convergeone | $ 53,299.97 |
| Cs Medical | $ 2,770.83 |
| Diagnostica Stago Inc | $ 9,636.00 |
| Digital Innovation Inc | $ 1,687.50 |
| Ebsco Industries Inc | $ 13,215.36 |
| Elso/Univ Of Michigan | $ 725.00 |

| Description | Current value |
|---|---|
| Emergency Systems Service | $ 6,262.09 |
| Enovate Medical | $ 6,303.65 |
| Env Insurance | $ 12,040.71 |
| Experian Health Inc | $ 83.33 |
| Four Rivers Software Systems | $ 4,606.88 |
| Freedom Specialty Svc Inc | $ 1,593.75 |
| Gart, Rachel Relocation Bonus | $ 2,291.67 |
| Gbs Corp | $ 7,250.10 |
| Hap | $ 23,948.07 |
| Healthshare Exchange Of So Pa | $ 10,075.42 |
| Healthstream | $ 1,887.36 |
| Healthstream Inc | $ 11,893.85 |
| Hematechnologies Inc | $ 533.33 |
| Herman Goldner | $ 1,233.24 |
| Icontracts Inc | $ 7,665.00 |
| Iradimed Corp | $ 3,923.35 |
| Jrcert | $ 1,050.00 |
| Laerdal Medical | $ 905.45 |
| Liberty Elevator | $ 508.00 |
| Life Image Inc | $ 12,750.00 |
| Linkedin Corp | $ 8,071.13 |
| M&M Autoclave Cleaning, Llc | $ 415.82 |
| Medactionplan.Com Llc | $ 3,575.00 |
| Medialab, Inc. | $ 5,099.29 |
| Medint Holdings Llc | $ 5,000.00 |
| Misys Healthcare Sys | $ 13,931.10 |
| Nachri | $ 9,200.00 |
| New Innovations | $ 4,340.00 |
| Nj Dental Association | $ 639.50 |
| Nuance Communications Inc | $ 3,518.88 |
| Nursing Of Children Network | $ 1,500.00 |
| Ohio Children'S Hospitals Solutions For Patient Safety | $ 12,500.00 |
| Omnicell Inc | $ 7,298.47 |
| P.M. Associate | $ 350.00 |
| Pa Dept Of Health/Bureau Of Lab | $ 970.00 |
| Pa Medical Society | $ 1,100.00 |
| Pa State Nurses Association | $ 583.33 |
| Pa Trauma Systems Foundation Inc | $ 21,704.50 |
| Peco Energy | $ 20,833.42 |
| Philips | $ 17,854.32 |
| Precision Sprinkler Services | $ 4,347.62 |
| Press Ganey Assoc Inc | $ 5,538.34 |
| Print & Mail Communications Llc | $ 9,000.00 |
| Qa Benchmark, Llc | $ 1,458.33 |
| Red Hawk Fire & Security Llc | $ 5,701.50 |
| Register Tapes Unlimited Dba Cartvertising | $ 5,050.00 |
| Rydal Square Lp- Cam Charges | $ 998.78 |

| Description | Current value |
|---|---|
| Rydal Square, Lp - Radiology | $ 3,715.98 |
| Rydal Square, Lp - Therapies | $ 14,288.50 |
| Scientific Apparatus Svc Inc | $ 1,544.00 |
| Scientific Software Solutions | $ 5,032.50 |
| Sd Real Estate - Parking Lot | $ 18,548.38 |
| Siemens Industry, Inc. | $ 31,660.00 |
| Sisco | $ 5,850.00 |
| Smiths Medical | $ 1,575.33 |
| Society Thoracic Surgeons/Inc | $ 2,625.00 |
| Sodexo Parking | $ (140.00) |
| Spok | $ 17,895.32 |
| Surgical Council On Resident Education (Score) | $ 675.00 |
| Sysmex Corp | $ 21,396.60 |
| T2 Systems Inc. | $ (1,902.62) |
| Trauma Center Association Of America | $ 1,333.33 |
| Us Postal Svc | $ 375.98 |
| Volgistics Inc | $ 160.00 |
| West, William Geoffrey | $ 5,925.87 |
| Wolters Kluwer Health Inc | $ 12,370.63 |
| Women Certified Inc | $ 9,401.25 |
| | |
| **Total** | **$ 932,573.50** |
| | |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 50

## OTHER MACHINERY, FIXTURES, AND EQUIPMENT
## (EXCLUDING FARM MACHINERY AND EQUIPMENT)

**Debtor :  St. Christopher's Healthcare, LLC**
**Case :  19-11468**
**Schedule AB 50 :  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| #4 NEONATAL NIBF DISP CUFF | $ 10.00 | Fair Value | $ 10.00 |
| (10) DELUXE ADJUSTABLE BEDS W/ | $ 1,750.00 | Fair Value | $ 1,750.00 |
| (12) CHANNEL DSS SATELLITE SYS | $ 1,525.00 | Fair Value | $ 1,525.00 |
| (120) TELEMATRIX PHONES | $ 400.00 | Fair Value | $ 400.00 |
| (5) NETWORK CABLE DROPS (SEE O | $ 150.00 | Fair Value | $ 150.00 |
| (7) NETWORK CABLE DROPS IN ECH | $ 175.00 | Fair Value | $ 175.00 |
| (7) PE MEDICAL WHT STATION BXS | $ 250.00 | Fair Value | $ 250.00 |
| *LINK TO ASSET 64974 INSTALLAT | $ 125.00 | Fair Value | $ 125.00 |
| *LINK TO ASSET 64975 INSTALLAT | $ 125.00 | Fair Value | $ 125.00 |
| *LINK TO ASSET 66415 MRI CONST | $ 90.00 | Fair Value | $ 90.00 |
| 02 CYLINDER PINK INDEXED YOKE | $ 95.00 | Fair Value | $ 95.00 |
| 02 HOSE ASSEMBLY | $ 20.00 | Fair Value | $ 20.00 |
| 1/4 INCH DRILL WITH JACOBS CHU | $ 1,900.00 | Fair Value | $ 1,900.00 |
| 1/4* DRILL WITH JACOBS CHUCK | $ 325.00 | Fair Value | $ 325.00 |
| 100PAIR RISER CABLE & HARDWARE | $ 375.00 | Fair Value | $ 375.00 |
| 10FR ROUND COLD KNIFE FOR URET | $ 60.00 | Fair Value | $ 60.00 |
| 10FR STRAIGHT COLD KNIFE | $ 60.00 | Fair Value | $ 60.00 |
| 10FR URETHROTOME | $ 125.00 | Fair Value | $ 125.00 |
| 10-INCH WALL TRACK | $ 50.00 | Fair Value | $ 50.00 |
| 10-UNIT BATTERY CHARGER FOR PA | $ 125.00 | Fair Value | $ 125.00 |
| 1100w AC Config Secondary Powe | $ 19,000.00 | Fair Value | $ 19,000.00 |
| 11FR BLUNT ELECTRODE | $ 5.00 | Fair Value | $ 5.00 |
| 11FR CYSTO-URETHROSCOPE | $ 100.00 | Fair Value | $ 100.00 |
| 11FR RESECTOSCOPE | $ 95.00 | Fair Value | $ 95.00 |
| 12 PORT POWER OVER ETHERNET | $ 250.00 | Fair Value | $ 250.00 |
| 120V INKJET PRINTER | $ 500.00 | Fair Value | $ 500.00 |
| 12L-RS LINEAR ARRAY TRANSDUCER | $ 2,175.00 | Fair Value | $ 2,175.00 |
| 13' TV | $ 50.00 | Fair Value | $ 50.00 |
| 13* ZENITH RECEIVER | $ 80.00 | Fair Value | $ 80.00 |
| 13-6MHZ TRANSDUCER TRANSVERSE | $ 1,050.00 | Fair Value | $ 1,050.00 |
| 13FR RESECTOSCOPE | $ 125.00 | Fair Value | $ 125.00 |
| 14.5FR CYSTO-URETHROSCOPE | $ 100.00 | Fair Value | $ 100.00 |
| 15* LCD MONITOR | $ 40.00 | Fair Value | $ 40.00 |
| 16 COLOR CAMERAS FOR PARKING G | $ 1,725.00 | Fair Value | $ 1,725.00 |
| 16 IN.CENT VAC DD STM REC1 | $ 4,525.00 | Fair Value | $ 4,525.00 |
| 16 RECEPTACLE-23 GALLON RED (Q | $ 150.00 | Fair Value | $ 150.00 |
| 16* RECLINING WHEELCHAIR | $ 45.00 | Fair Value | $ 45.00 |
| 16FR CYSTO-URETHROSCOPE | $ 100.00 | Fair Value | $ 100.00 |
| 16G FLASH/4G RAM WITH WIRELESS | $ 9,350.00 | Fair Value | $ 9,350.00 |
| 16X SERIAL ATA HALF-HEIGHT DVD | $ 10.00 | Fair Value | $ 10.00 |
| 17  DISC COMPACT AUTOMATIC SCR | $ 2,425.00 | Fair Value | $ 2,425.00 |
| 17 AH INTERNAL BATTERIES | $ 250.00 | Fair Value | $ 250.00 |
| 17 INCH TOUCH MONITOR | $ 450.00 | Fair Value | $ 450.00 |
| 17* ACCUTOUCH MONITOR | $ 300.00 | Fair Value | $ 300.00 |
| 17* FLAT PANEL MONITOR | $ 25.00 | Fair Value | $ 25.00 |
| 17* LCD MONITOR | $ 315.00 | Fair Value | $ 315.00 |
| 17* MONITOR 3YR | $ 55.00 | Fair Value | $ 55.00 |
| 17* PRIVACY SCREEN FOR PATIENT | $ 1,100.00 | Fair Value | $ 1,100.00 |
| 17* TFT TOUCHSCREEN MONITOR | $ 500.00 | Fair Value | $ 500.00 |
| 17* WIDESCREEN FLAT PANEL LCD | $ 300.00 | Fair Value | $ 300.00 |
| 1708 FLAT PANEL MONITOR | $ 20.00 | Fair Value | $ 20.00 |
| 1715L 17* ACCUTOUCH DUAL SER/U | $ 1,225.00 | Fair Value | $ 1,225.00 |
| 18* WORK SURFACE CABINET 1 DRA | $ 170.00 | Fair Value | $ 170.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 19  720P LED HDTV/DVD PLAYER C | $        125.00 | Fair Value | $        125.00 |
| 19 IN FLAT PANEL MONITOR | $        600.00 | Fair Value | $        600.00 |
| 19' TV | $          25.00 | Fair Value | $          25.00 |
| 19* FLAT MONITOR | $        100.00 | Fair Value | $        100.00 |
| 19* FLAT PANEL LCD MONITOR | $          30.00 | Fair Value | $          30.00 |
| 19* FLAT PANEL MONITOR | $        180.00 | Fair Value | $        180.00 |
| 19* FLAT PANEL MONITOR W/3YR W | $          75.00 | Fair Value | $          75.00 |
| 19* FLAT PANEL MONITORS | $          50.00 | Fair Value | $          50.00 |
| 19* FP MONITOR | $          55.00 | Fair Value | $          55.00 |
| 19* LCD TV W/BUILT IN DVD PLAY | $          90.00 | Fair Value | $          90.00 |
| 19* MONITOR | $          80.00 | Fair Value | $          80.00 |
| 19* MULTIMEDIA CRT MONITOR - A | $          35.00 | Fair Value | $          35.00 |
| 19* WALL CHANNEL | $          30.00 | Fair Value | $          30.00 |
| 19-20* PRIVACY SCREEN FOR PATI | $        270.00 | Fair Value | $        270.00 |
| 1DLP- ACF- LENS NOT INCLUDED | $        500.00 | Fair Value | $        500.00 |
| 1GB MEMORY MODULE | $          10.00 | Fair Value | $          10.00 |
| 2 RECEPTACLE-23 GALLON RED (QT | $          20.00 | Fair Value | $          20.00 |
| 2 RETRACTORS 3MM CIRCULAR | $        375.00 | Fair Value | $        375.00 |
| 2.5 STANDARD FIELD TELESCOPE W | $        125.00 | Fair Value | $        125.00 |
| 2.5 STD FIELD TELESCOPE W/PLAN | $        125.00 | Fair Value | $        125.00 |
| 2.7MM X 30DEGREE VIDEO ARTHROS | $        475.00 | Fair Value | $        475.00 |
| 200 SERIES COMBO ARM - BLACK | $        110.00 | Fair Value | $        110.00 |
| 2014 DUAL VIDEO PC - DELL PREC | $        475.00 | Fair Value | $        475.00 |
| 20G NEEDLE GUIDE KIT 10/BX | $          20.00 | Fair Value | $          20.00 |
| 21 GEMINI COVER PATIENT SERVIC | $          15.00 | Fair Value | $          15.00 |
| 22  HOSPITAL GRADE LCD | $     1,200.00 | Fair Value | $     1,200.00 |
| 22  HOSPITAL GRADE LCD TELEVIS | $     1,225.00 | Fair Value | $     1,225.00 |
| 22* HEALTHCARE LCD | $        195.00 | Fair Value | $        195.00 |
| 22* HEALTHCARE LCD (INCLUDES 1 | $        910.00 | Fair Value | $        910.00 |
| 2200L 22* WIDE APR TOUCH USB M | $     3,200.00 | Fair Value | $     3,200.00 |
| 24 IN FLAT PANEL MONITOR | $        300.00 | Fair Value | $        300.00 |
| 24 INCH WIDESCREEN FLAT PANEL | $        500.00 | Fair Value | $        500.00 |
| 24 PORT UTP/FX SWITCH | $     8,050.00 | Fair Value | $     8,050.00 |
| 24 PORT UTP/FX SWITCH A02 CISC | $        475.00 | Fair Value | $        475.00 |
| 24PORT UTP/FX SWITCH | $        350.00 | Fair Value | $        350.00 |
| 24X24 TABLE- NICU | $          50.00 | Fair Value | $          50.00 |
| 26 FLAT PANEL MONITOR | $   16,200.00 | Fair Value | $   16,200.00 |
| 26* LG LCD TV | $        340.00 | Fair Value | $        340.00 |
| 28X60 LAMINATE-TOP ADJ. WORK T | $        575.00 | Fair Value | $        575.00 |
| 2D STRAIN | $        475.00 | Fair Value | $        475.00 |
| 2GB MEMORY MODULE | $          70.00 | Fair Value | $          70.00 |
| 2SEATER CHAIR | $     2,300.00 | Fair Value | $     2,300.00 |
| 3' HD RAIL W/DECORATIVE INLAY | $        390.00 | Fair Value | $        390.00 |
| 3/4 SIZE LID W/RETENTION PLATE | $          25.00 | Fair Value | $          25.00 |
| 3/4 SIZE PERF BASKET 2* | $          20.00 | Fair Value | $          20.00 |
| 3/4 SIZE SILICON PAD | $          20.00 | Fair Value | $          20.00 |
| 3/4 SIZE SOLID BOTTOM 4* | $          45.00 | Fair Value | $          45.00 |
| 3/4* POWER HYDRO GUARD | $          75.00 | Fair Value | $          75.00 |
| 30  POWERLINE TABLE W/BACKREST | $        900.00 | Fair Value | $        900.00 |
| 30* KEYLESS CART BEIGE | $     4,125.00 | Fair Value | $     4,125.00 |
| 3000 MXR FLOWMETER ON COMPACT | $     3,250.00 | Fair Value | $     3,250.00 |
| 30HX35W IMPERIAL STONE BALANCE | $     1,225.00 | Fair Value | $     1,225.00 |
| 3100B OSCILLATOR | $     3,500.00 | Fair Value | $     3,500.00 |
| 32 CHANNEL WIRELESS AMPLIFIER | $     1,450.00 | Fair Value | $     1,450.00 |
| 32 SERVER PORTS  1 REMOTE USER | $     1,050.00 | Fair Value | $     1,050.00 |
| 32* CLASS 720P LCD HDTV | $        150.00 | Fair Value | $        150.00 |
| 32* LCD HD TV | $        100.00 | Fair Value | $        100.00 |

| General description | Net book value | Valuation method | Current value |
|---|---:|---|---:|
| 3420 PAC 1 INSTITUTIONAL UNIT | $ 3,600.00 | Fair Value | $ 3,600.00 |
| 34-INCH WALL TRACK | $ 20.00 | Fair Value | $ 20.00 |
| 3500 PUMP VERSION 4 | $ 250.00 | Fair Value | $ 250.00 |
| 36* HEIGHT BASE STAND | $ 225.00 | Fair Value | $ 225.00 |
| 3M APC FINDER W/MEDICAL ACCESS | $ (45.00) | Fair Value | $ (45.00) |
| 3SEATER CHAIR | $ 2,000.00 | Fair Value | $ 2,000.00 |
| 4* CVD TENOTOMY SCISSORS | $ 190.00 | Fair Value | $ 190.00 |
| 4.4CF FRIDGE - WHIRLPOOL | $ 80.00 | Fair Value | $ 80.00 |
| 4:1 STRAIGHT REDUCER | $ 125.00 | Fair Value | $ 125.00 |
| 42  1080P LED HDTV  LG | $ 375.00 | Fair Value | $ 375.00 |
| 42  1090P LED HDTV | $ 225.00 | Fair Value | $ 225.00 |
| 42* 1080P LCD HDTV | $ 125.00 | Fair Value | $ 125.00 |
| 42* LCD HDTV 1080P WITH 2 HDMI | $ 165.00 | Fair Value | $ 165.00 |
| 46* 1080P BRAVIA LCD HDTV | $ 85.00 | Fair Value | $ 85.00 |
| 4GB CERTIFIED REPLACEMENT MEMO | $ 10.00 | Fair Value | $ 10.00 |
| 4MM X 30DEGREE VIDEO ARTHROSCO | $ 650.00 | Fair Value | $ 650.00 |
| 4SEATER CHAIR | $ 1,425.00 | Fair Value | $ 1,425.00 |
| 5 3/4 DELICATE METZ | $ 380.00 | Fair Value | $ 380.00 |
| 5 MICRON PREFILTER KIT | $ 500.00 | Fair Value | $ 500.00 |
| 5 PHONE LINES  1 DATA DROP | $ 675.00 | Fair Value | $ 675.00 |
| 5/32* JACOBS CHUCK WITH KEY | $ 85.00 | Fair Value | $ 85.00 |
| 5-1 MHZ TRANSDUCER BIOPSY COMP | $ 1,100.00 | Fair Value | $ 1,100.00 |
| 54*W X 28'L RACETRACK SHAPED C | $ 6,500.00 | Fair Value | $ 6,500.00 |
| 56IN MONITOR CATH LAB | $ 18,700.00 | Fair Value | $ 18,700.00 |
| 5DEGREE 1.9MM PANOVIEW ENDOSCO | $ 375.00 | Fair Value | $ 375.00 |
| 5MM HARD SHEATH ADAPTOR | $ 15.00 | Fair Value | $ 15.00 |
| 5TB NAS PHONE CALL STORAGE UNI | $ 1,125.00 | Fair Value | $ 1,125.00 |
| 5TH WHEEL MOBILITY SOLUTION ST | $ 525.00 | Fair Value | $ 525.00 |
| 5TH WHEEL MOBILITY STANDARD ST | $ 4,200.00 | Fair Value | $ 4,200.00 |
| 5TH WHEEL MOBILITY STRETCHER | $ 1,050.00 | Fair Value | $ 1,050.00 |
| 6' RECYCLED PLASTIC HEXAGON AD | $ 300.00 | Fair Value | $ 300.00 |
| 600 SERIES MEDICAL CART W/KEYL | $ 2,300.00 | Fair Value | $ 2,300.00 |
| 600 SERIES MEDICATION CART- 9 | $ 8,050.00 | Fair Value | $ 8,050.00 |
| 600 SERIES MEDICATION CART W/K | $ 6,225.00 | Fair Value | $ 6,225.00 |
| 600 SERIES MEDICATION CART-9TI | $ 2,125.00 | Fair Value | $ 2,125.00 |
| 60X FLEXIBLE INTUBATION SCOPE | $ 1,425.00 | Fair Value | $ 1,425.00 |
| 63 GEMINI COVER PATIENT SERVIC | $ 175.00 | Fair Value | $ 175.00 |
| 6300 RADIUS DENTAL LIGHT | $ 1,725.00 | Fair Value | $ 1,725.00 |
| 7 APRON RACK | $ 85.00 | Fair Value | $ 85.00 |
| 7* SERRATED GERALD FORCEPS | $ 190.00 | Fair Value | $ 190.00 |
| 720 CONTROL PANEL W/STERILIZER | $ 3,425.00 | Fair Value | $ 3,425.00 |
| 725 HOSE REELS  FOR SHOWER TRO | $ 1,500.00 | Fair Value | $ 1,500.00 |
| 767 ROLLING OTOSCOPE | $ 65.00 | Fair Value | $ 65.00 |
| 8 OFFICE CHAIRS &  11 STACK C | $ 350.00 | Fair Value | $ 350.00 |
| 800ML ASPIRATOR | $ 70.00 | Fair Value | $ 70.00 |
| 802.11A/G/N FIXED UNIFIED AP I | $ 2,250.00 | Fair Value | $ 2,250.00 |
| 80W INDUCTION ROUND CONE GARAG | $ 14,500.00 | Fair Value | $ 14,500.00 |
| 8100 CAREFUSION PUMP MODULE | $ 3,025.00 | Fair Value | $ 3,025.00 |
| 811B DOPPLER W/9.3 INFANT 24V | $ 770.00 | Fair Value | $ 770.00 |
| 8V5 TRANSDUCER | $ 875.00 | Fair Value | $ 875.00 |
| 9.3MHZ PENCIL PROBE | $ 345.00 | Fair Value | $ 345.00 |
| 9L-RS LINEAR ARRAY TRANSDUCER | $ 2,475.00 | Fair Value | $ 2,475.00 |
| A/P DEV F/ SOX 1099 ELECTRONIC | $ 20.00 | Fair Value | $ 20.00 |
| A/P DEVELOPMENT FOR 1099 REQUI | $ 85.00 | Fair Value | $ 85.00 |
| A/P DEVL SOX1099 ELETRC WIRE T | $ 30.00 | Fair Value | $ 30.00 |
| A5 LASER PRINTER | $ 400.00 | Fair Value | $ 400.00 |
| ABLATION SYSTEM | $ 11,000.00 | Fair Value | $ 11,000.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ABR SYSTEM | $ 200.00 | Fair Value | $ 200.00 |
| AC ADAPTER FOR INSTALLTION OF | $ 250.00 | Fair Value | $ 250.00 |
| AC COMPUTER CART 55 AMP (16* H | $ 3,000.00 | Fair Value | $ 3,000.00 |
| AC INLET/OUTLET | $ 60.00 | Fair Value | $ 60.00 |
| AC W/HEAT 10 000BTU 230/208V | $ 275.00 | Fair Value | $ 275.00 |
| ACCESS CABINET | $ 92,950.00 | Fair Value | $ 92,950.00 |
| ACCESS CONTROL GRANT FUNDED BI | $ 925.00 | Fair Value | $ 925.00 |
| ACCESS CONTROL SYSTEM SPU ENTR | $ 675.00 | Fair Value | $ 675.00 |
| ACCESS POINT CABLING (CABLING | $ 1,275.00 | Fair Value | $ 1,275.00 |
| ACCESS POINT FOR WIRELESS NETW | $ 200.00 | Fair Value | $ 200.00 |
| ACCUCHECK METERS | $ 1,330.00 | Fair Value | $ 1,330.00 |
| ACCUCOLD 32  HIGH REFRIGERATOR | $ 2,175.00 | Fair Value | $ 2,175.00 |
| ACCUCOLDLOW TEMP UPRIGHT FREEZ | $ 800.00 | Fair Value | $ 800.00 |
| ACCUSTAT ROOM PRESSURE MONITOR | $ 375.00 | Fair Value | $ 375.00 |
| ACCUTORR 7 VITAL SIGNS MONITOR | $ 1,550.00 | Fair Value | $ 1,550.00 |
| ACCUTOR V MINOTOR | $ 300.00 | Fair Value | $ 300.00 |
| ACCUTORR V- VITAL SIGNS MONITO | $ 325.00 | Fair Value | $ 325.00 |
| ACCUTORR V VITAL SIGNS MONITOR | $ 1,650.00 | Fair Value | $ 1,650.00 |
| ACHIEVE STACKING GUEST CHAIR | $ 2,100.00 | Fair Value | $ 2,100.00 |
| ACTIVE DIRECTORY USER AUTHENTI | $ 475.00 | Fair Value | $ 475.00 |
| ADAM - ECHO INTEGRATION PHASE | $ 5.00 | Fair Value | $ 5.00 |
| ADAM 4068 4 CHANNEL RELAY OUTP | $ 600.00 | Fair Value | $ 600.00 |
| ADAM 4570L DATA AQUSITION MODU | $ 2,100.00 | Fair Value | $ 2,100.00 |
| ADAM-CONVERT DRE APPS TO ADAM | $ 10.00 | Fair Value | $ 10.00 |
| ADAMS DEVICE CONTROL PANEL | $ 1,550.00 | Fair Value | $ 1,550.00 |
| ADAPTOR | $ 150.00 | Fair Value | $ 150.00 |
| ADD ON UNIT | $ 450.00 | Fair Value | $ 450.00 |
| ADENOID CURETTE SZ. 1 | $ 120.00 | Fair Value | $ 120.00 |
| ADENOID CURETTE SZ. 2 | $ 360.00 | Fair Value | $ 360.00 |
| ADENOID CURETTE SZ. 3 | $ 360.00 | Fair Value | $ 360.00 |
| ADENOID CURETTE SZ. 4 | $ 120.00 | Fair Value | $ 120.00 |
| ADHOC REPORTING TOOL DEVELOPME | $ 10.00 | Fair Value | $ 10.00 |
| ADJUST COST ON VAN DUE TO TAXE | $ (180.00) | Fair Value | $ (180.00) |
| ADJUST HEIGHT SARATOGA TABLE | $ 500.00 | Fair Value | $ 500.00 |
| ADJUSTABLE PIN COLLETS | $ 1,900.00 | Fair Value | $ 1,900.00 |
| ADJUSTABLE SHELF UNITS | $ 150.00 | Fair Value | $ 150.00 |
| ADOBE PHOTOSHOP 5.5 FOR WNDS | $ 5.00 | Fair Value | $ 5.00 |
| ADULT PRESSURE INTERCONNECT CA | $ 20.00 | Fair Value | $ 20.00 |
| ADULT PUSH TO SET ANALOG SUCTI | $ 1,100.00 | Fair Value | $ 1,100.00 |
| ADVANCED 4D ANALYSIS | $ 475.00 | Fair Value | $ 475.00 |
| AGNEOVO 17 MONITOR | $ 4,050.00 | Fair Value | $ 4,050.00 |
| AIDA HD CONNECT  WITH SMARTSCR | $ 13,900.00 | Fair Value | $ 13,900.00 |
| AIR COMPRESSOR | $ 175.00 | Fair Value | $ 175.00 |
| AIR CONDITIONER | $ 1,675.00 | Fair Value | $ 1,675.00 |
| AIR CONDITIONER PORTABLE | $ 1,400.00 | Fair Value | $ 1,400.00 |
| AIR CYLINDER PINK INDEXED YOKE | $ 95.00 | Fair Value | $ 95.00 |
| AIR DERMATOME COMPLETE KIT | $ 1,825.00 | Fair Value | $ 1,825.00 |
| AIR HOSE ASSEMBLY | $ 20.00 | Fair Value | $ 20.00 |
| AIR HOSE-SURGICAL | $ 850.00 | Fair Value | $ 850.00 |
| AIR OXYGEN BLENDER | $ 44,400.00 | Fair Value | $ 44,400.00 |
| AIR OXYGEN BLENDER STAND | $ 700.00 | Fair Value | $ 700.00 |
| AIR PAK EMERGENCY | $ 260.00 | Fair Value | $ 260.00 |
| AIR PURIFICATION SYSTEM | $ 975.00 | Fair Value | $ 975.00 |
| AIR PURIFIER | $ 1,275.00 | Fair Value | $ 1,275.00 |
| AIR SINGLE FLOWTUBE(INCLUDES A | $ 125.00 | Fair Value | $ 125.00 |
| AIR TPCU AND PRIMARY DUAL RPM | $ 4,850.00 | Fair Value | $ 4,850.00 |
| AIR VELOCITY METER | $ 150.00 | Fair Value | $ 150.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| AIR/OXYGEN BLENDDER ASSEMBLY | $ 150.00 | Fair Value | $ 150.00 |
| AIR/OXYGEN BLENDER | $ 125.00 | Fair Value | $ 125.00 |
| AIRBORNE ISOLETTE AERONOX INOS | $ 60.00 | Fair Value | $ 60.00 |
| AIRFARE | $ 190.00 | Fair Value | $ 190.00 |
| AIRFLOW METER W/CHEMTRON WALL | $ 225.00 | Fair Value | $ 225.00 |
| AIRSTAR 70 OIL FREE AIR COMPRE | $ 17,400.00 | Fair Value | $ 17,400.00 |
| AIRWAY CLEARANCE SYSTEM | $ 4,100.00 | Fair Value | $ 4,100.00 |
| AIRWAY GAS MODULE WITH CO2-N2O | $ 2,525.00 | Fair Value | $ 2,525.00 |
| AKRO BINS FOR OMNI CELL | $ 175.00 | Fair Value | $ 175.00 |
| ALARIS PC UNIT | $ 20.00 | Fair Value | $ 20.00 |
| ALARIS PCA MODULE | $ 6,525.00 | Fair Value | $ 6,525.00 |
| ALARIS PCA MODULE WITH GUARDRA | $ 2,550.00 | Fair Value | $ 2,550.00 |
| ALARIS PUMP MODULE IV SINGLE | $ 164,650.00 | Fair Value | $ 164,650.00 |
| ALARIS SYRINGE MODULE - REFURB | $ 3,150.00 | Fair Value | $ 3,150.00 |
| ALARIS SYRINGE MODULE PUMP | $ 219,225.00 | Fair Value | $ 219,225.00 |
| ALARM OUTPATIENT PHARMACY | $ 65.00 | Fair Value | $ 65.00 |
| ALERO ARMLESS MEDIUM BACK PNEU | $ 3,125.00 | Fair Value | $ 3,125.00 |
| ALERO-MEDIUM BACK PNEUMATIC TA | $ 4,625.00 | Fair Value | $ 4,625.00 |
| ALLCOATE 58 FAC PATIENT ACCT A | $ 10.00 | Fair Value | $ 10.00 |
| ALLIGATOR GRASPING FORCEPS | $ 70.00 | Fair Value | $ 70.00 |
| ALLOC 58 FAC CREDENTIALING | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC 59  HEALTH RESOURCE REOR | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 38 AWARENESS/IT COMPL | $ 540.00 | Fair Value | $ 540.00 |
| ALLOC TO 38 CENTRA ENHANCEMENT | $ 30.00 | Fair Value | $ 30.00 |
| ALLOC TO 38 DSS REPORT ENHANCE | $ 40.00 | Fair Value | $ 40.00 |
| ALLOC TO 38 EXCESS LOS,OBSERVA | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 38 FACS A/P DEVELOPME | $ 35.00 | Fair Value | $ 35.00 |
| ALLOC TO 38 FACS ARRA DEV DOMA | $ 20.00 | Fair Value | $ 20.00 |
| ALLOC TO 38 FACS BED TRACKING- | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 38 FACS CLINICAL QUAL | $ 45.00 | Fair Value | $ 45.00 |
| ALLOC TO 38 FACS CONV - CFO RE | $ 65.00 | Fair Value | $ 65.00 |
| ALLOC TO 38 FACS CORE CLINICAL | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 38 FACS ECHO CORE | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 38 FACS ESRM RISK MGM | $ 70.00 | Fair Value | $ 70.00 |
| ALLOC TO 38 FACS FACILITIES DB | $ 125.00 | Fair Value | $ 125.00 |
| ALLOC TO 38 FACS HYPERION/EDW/ | $ 20.00 | Fair Value | $ 20.00 |
| ALLOC TO 38 FACS MCKESSON REPL | $ 70.00 | Fair Value | $ 70.00 |
| ALLOC TO 38 FACS MINIMUM BROAD | $ 35.00 | Fair Value | $ 35.00 |
| ALLOC TO 38 FACS MNT-CONFLICT | $ 65.00 | Fair Value | $ 65.00 |
| ALLOC TO 38 FACS NETWORK SECUR | $ 55.00 | Fair Value | $ 55.00 |
| ALLOC TO 38 FACS NEXTGEN PHYS | $ 60.00 | Fair Value | $ 60.00 |
| ALLOC TO 38 FACS OVERHEAD SCHE | $ (25.00) | Fair Value | $ (25.00) |
| ALLOC TO 38 FACS PACS ACTIVITI | $ 40.00 | Fair Value | $ 40.00 |
| ALLOC TO 38 FACS PATIENT MANAG | $ 80.00 | Fair Value | $ 80.00 |
| ALLOC TO 38 FACS PAYER SERVICE | $ 30.00 | Fair Value | $ 30.00 |
| ALLOC TO 38 FACS PHYSICIAN CRE | $ 55.00 | Fair Value | $ 55.00 |
| ALLOC TO 38 FACS SCH 633 CORE | $ 125.00 | Fair Value | $ 125.00 |
| ALLOC TO 38 FACS SCI SOLUTION | $ 25.00 | Fair Value | $ 25.00 |
| ALLOC TO 38 FACS VALUE REALIZA | $ 35.00 | Fair Value | $ 35.00 |
| ALLOC TO 38 FACS VI WEB | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 38 FIRSTNET STAFF SOF | $ 55.00 | Fair Value | $ 55.00 |
| ALLOC TO 38 MNT - INFRASTRUCTU | $ 35.00 | Fair Value | $ 35.00 |
| ALLOC TO 38 MNT -CERNER REQUES | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 38 MNT -ECATS (NEW FL | $ 170.00 | Fair Value | $ 170.00 |
| ALLOC TO 38 MNT -MEANINGFUL US | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 38 MNT -PROCESS INTEG | $ 90.00 | Fair Value | $ 90.00 |
| ALLOC TO 38 MNT-BILLING EDITOR | $ 50.00 | Fair Value | $ 50.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ALLOC TO 38 MNT-CARDS (RULES) | $ 145.00 | Fair Value | $ 145.00 |
| ALLOC TO 38 MS DRG, ICD, NPI A | $ 105.00 | Fair Value | $ 105.00 |
| ALLOC TO 38 NET SEC-HIPPA COMP | $ 45.00 | Fair Value | $ 45.00 |
| ALLOC TO 46 IMAC - NET REVENUE | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 46 NDC PROJECT, CAPIT | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 58 CLINICAL SYSTEMS-I | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 58 FAC HRMS-ENHANCE | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 58 FAC HRMS-ONLINE CH | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 58 FAC IMMS INTERFACE | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 58 FAC ORACLE STD EDT | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 58 INTEGRATION STRATE | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 58 SOFTMED IMPLEMENTA | $ 20.00 | Fair Value | $ 20.00 |
| ALLOC TO 58 VIWEB PROJECT ALLO | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 58 WEB INITIATIVES-LI | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 58 WORKFLOW-MANAGED A | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 58 WORKFLOW-ROLES ADM | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 ADAM-INTEGRATION P | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 ADAM-SYSTEM WORKST | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 AUDIT ENHANCEMENT | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 AUTOMATE EMPLOYEE | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 BROWSR COMPATIBLTY | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 CENTRA ENHANCEMENT | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 CI INTERFACES | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 CONSIGNMENT INVENT | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 COST ACCOUNTING RV | $ 20.00 | Fair Value | $ 20.00 |
| ALLOC TO 59 COST ACCT REPORT D | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 59 ECQS | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 END USER NOTIFICAT | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 EXPANDED AD HOC RP | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 59 FAC ARCHITECTURE & | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 FAC IMMS DEVLP TO | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 FAC INTEGRATION ST | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 59 FAC STAR DATA VALI | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 FAC TRANSITN EIS T | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 FIN RPRTNG/ANLYSIS | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 HIPPA COMPLIANCE S | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 59 HRMS WEB HISTORY E | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 IMMS-DATA WHAREHOU | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 MANAGER AND EMPLOY | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC TO 59 QRS-CLINICAL ENGIN | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 59 SOFTMED IMPLEMENTA | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 59 WEB INITIATIVES EM | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC TO 59 WEB-INITIATIVES-FT | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC TO 59 WORKFLOW PRODUCT E | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC-69 CLINICAL SYSTEMS-PHYI | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC-70 ENHANCEMENTS TO OTHER | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC-70 FIN RPTNG ANALYSIS BA | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC-70 FIN RPTNG ANALYSIS CO | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC-70 FIN RPTNG ANALYSIS EX | $ 15.00 | Fair Value | $ 15.00 |
| ALLOC-70 FIN RPTNG ANALYSIS-TI | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC-70 FIN RPTNG/ANALYSIS OP | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC-70 HRMS ENHANCE AUTHORIZ | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC-70 HRMS IMPLEMENT GENESY | $ 10.00 | Fair Value | $ 10.00 |
| ALLOC-70 IMMS INTERFACES TO CL | $ 5.00 | Fair Value | $ 5.00 |
| ALLOC-70 IMMS-WEB BASED ELECTR | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATE (69) CLINICAL SYS-INT | $ 15.00 | Fair Value | $ 15.00 |
| ALLOCATE (70) WEB INITIATIVES- | $ 5.00 | Fair Value | $ 5.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ALLOCATE-69-CREDENTIALING | $ 15.00 | Fair Value | $ 15.00 |
| ALLOCATE-70-QRS-CLINICAL ENGN | $ 15.00 | Fair Value | $ 15.00 |
| ALLOCATION OF AHERF INDEMNITY | $ (13,580.00) | Fair Value | $ (13,580.00) |
| ALLOCATION- ON LINE TRAVEL BOO | $ 5.00 | Fair Value | $ 5.00 |
| ALLOCATION TO 70 FAC CREDIT SA | $ (5.00) | Fair Value | $ (5.00) |
| ALLOCATION TO 70 FAC FIN. REPO | $ 20.00 | Fair Value | $ 20.00 |
| ALLOCATION TO 70 FAC HRMS-CA U | $ 15.00 | Fair Value | $ 15.00 |
| ALLOCATION TO 70 FAC HRMS-KRON | $ 5.00 | Fair Value | $ 5.00 |
| ALLOCATION TO 70 FAC IMMS-CREA | $ 5.00 | Fair Value | $ 5.00 |
| ALLOCATION TO 70 FAC IMMS-INTE | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION TO 70 FAC IMMS-PHYS | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION TO 70 FAC IMMS-REWR | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION TO 70 FAC -WORKFLOW | $ 625.00 | Fair Value | $ 625.00 |
| ALLOCATION TO 70 FAC-RIGHTFAX | $ 35.00 | Fair Value | $ 35.00 |
| ALLOCATION TO 70 FAC-VI-CENTRA | $ 5.00 | Fair Value | $ 5.00 |
| ALLOCATION TO 70 FAC-VI-ENHANC | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION TO 70 FAC-WEB INITI | $ 35.00 | Fair Value | $ 35.00 |
| ALLOCATION TO 70 FAC-WORKFLOW- | $ 15.00 | Fair Value | $ 15.00 |
| ALLOCATION TO FAC 70 ADAM/HIPP | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION-CREDENTIALING | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION-CS-CERNER HL7 INTER | $ 5.00 | Fair Value | $ 5.00 |
| ALLOCATION-CS-MISC INTERFACE S | $ 15.00 | Fair Value | $ 15.00 |
| ALLOCATION-CS-TRANSCRIPTION RE | $ 15.00 | Fair Value | $ 15.00 |
| ALLOCATION-ENTERPRISE (OR,ER,B | $ 5.00 | Fair Value | $ 5.00 |
| ALLOCATION-HIPPA COMPLIANCE | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION-HRMS COMPLETION & R | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION-PATCOM TO PBAR CONV | $ 5.00 | Fair Value | $ 5.00 |
| ALLOCATION-PORCLARITY SERVER | $ 10.00 | Fair Value | $ 10.00 |
| ALLOCATION-WEB INITIATIVES-ETE | $ 5.00 | Fair Value | $ 5.00 |
| AMALGAMATOR | $ 16,200.00 | Fair Value | $ 16,200.00 |
| AMP POWER CONDITIONER | $ 250.00 | Fair Value | $ 250.00 |
| AMP/PHOTIC WHEELED STAND | $ 1,700.00 | Fair Value | $ 1,700.00 |
| AMPLIFIER/CART POWER SUPPLY | $ 225.00 | Fair Value | $ 225.00 |
| ANALOG OUT/SYNC TX00 MOD-6PIN | $ 30.00 | Fair Value | $ 30.00 |
| ANALOGUE MODULE | $ 240.00 | Fair Value | $ 240.00 |
| ANALYZER 02 | $ 55.00 | Fair Value | $ 55.00 |
| ANALYZER AMINO ACID | $ 1,250.00 | Fair Value | $ 1,250.00 |
| ANALYZER BLOOD CULTURE AUTOMAT | $ 19,350.00 | Fair Value | $ 19,350.00 |
| ANALYZER BLOOD GAS | $ 18,900.00 | Fair Value | $ 18,900.00 |
| ANALYZER BLOOD IRRIDATION | $ 2,800.00 | Fair Value | $ 2,800.00 |
| ANALYZER CHEMISTRY | $ 32,450.00 | Fair Value | $ 32,450.00 |
| ANALYZER CHLORIDE | $ 200.00 | Fair Value | $ 200.00 |
| ANALYZER DEFIBRILLATOR | $ 250.00 | Fair Value | $ 250.00 |
| ANALYZER DIGITAL SAFETY | $ 125.00 | Fair Value | $ 125.00 |
| ANALYZER DNA / RNA AMPLIFICATI | $ 4,650.00 | Fair Value | $ 4,650.00 |
| ANALYZER ECG | $ 125.00 | Fair Value | $ 125.00 |
| ANALYZER ELECTROSURGERY | $ 200.00 | Fair Value | $ 200.00 |
| ANALYZER HEMATOLOGY | $ 14,125.00 | Fair Value | $ 14,125.00 |
| ANALYZER HEMOGLOBIN | $ 3,925.00 | Fair Value | $ 3,925.00 |
| ANALYZER ISTAT | $ 1,000.00 | Fair Value | $ 1,000.00 |
| ANALYZER LASER KINETIC | $ 525.00 | Fair Value | $ 525.00 |
| ANALYZER MIDDLE EAR | $ 200.00 | Fair Value | $ 200.00 |
| ANALYZER SYSTEM URINE PROCESSI | $ 6,200.00 | Fair Value | $ 6,200.00 |
| ANALYZER URINE | $ 1,200.00 | Fair Value | $ 1,200.00 |
| ANALYZER VIROLOGY - DNA / RNA | $ 8,900.00 | Fair Value | $ 8,900.00 |
| ANEROID W/ADULT CUFF | $ 60.00 | Fair Value | $ 60.00 |
| ANESTHESIA CART WORKSTATION | $ 1,200.00 | Fair Value | $ 1,200.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ANESTHESIA GAS SCAVENGING PASS | $ 65.00 | Fair Value | $ 65.00 |
| ANESTHESIA MACHINE | $ 72,650.00 | Fair Value | $ 72,650.00 |
| ANESTHESIA MACHINE AIR HOSE DI | $ 20.00 | Fair Value | $ 20.00 |
| ANESTHESIA MACHINE DEMO GAS MO | $ 850.00 | Fair Value | $ 850.00 |
| ANESTHESIA MACHINE HOSE DISS | $ 20.00 | Fair Value | $ 20.00 |
| ANESTHESIA MACHINE OPEN RESERV | $ 75.00 | Fair Value | $ 75.00 |
| ANESTHESIA MACHINE OXYGEN HOSE | $ 20.00 | Fair Value | $ 20.00 |
| ANESTHESIA MACHINE PATIENT SUC | $ 110.00 | Fair Value | $ 110.00 |
| ANESTHESIA MACHINE VAC HOSE | $ 30.00 | Fair Value | $ 30.00 |
| ANESTHESIA MACHINE VACUUM HOSE | $ 20.00 | Fair Value | $ 20.00 |
| ANESTHESIA MACHINE VAPORIZER | $ 510.00 | Fair Value | $ 510.00 |
| ANESTHESIA MACHINE-LINK TO ASS | $ 25.00 | Fair Value | $ 25.00 |
| ANESTHETIC GAS MODULE | $ 3,300.00 | Fair Value | $ 3,300.00 |
| ANESTHISIA MACHINE OPEN RESERV | $ 75.00 | Fair Value | $ 75.00 |
| ANGLED LONG SABER ATTACHMENT | $ 250.00 | Fair Value | $ 250.00 |
| ANGLED MEDIUM SABER ATTACHMENT | $ 825.00 | Fair Value | $ 825.00 |
| ANNEX UNITS MU 1-2 & 3 TIE IN | $ 625.00 | Fair Value | $ 625.00 |
| AO QUICK COUPLING | $ 3,150.00 | Fair Value | $ 3,150.00 |
| AO REDUCTION DRIVE | $ 5,425.00 | Fair Value | $ 5,425.00 |
| AOM - DIAGNOSTIC SYSTEM | $ 110.00 | Fair Value | $ 110.00 |
| AP-44 PROPHY AIR FOR DISPOSABL | $ 9,750.00 | Fair Value | $ 9,750.00 |
| AP-44 PROXEO COLLECT PROPHY HP | $ 3,500.00 | Fair Value | $ 3,500.00 |
| AP-44 PROXEO PROPHY AIR | $ 5,400.00 | Fair Value | $ 5,400.00 |
| APC SMART UPS | $ 6,000.00 | Fair Value | $ 6,000.00 |
| APC SMART-UPS | $ 5,500.00 | Fair Value | $ 5,500.00 |
| APC SMART-UPS RT 8000VA-UPS-6. | $ 1,050.00 | Fair Value | $ 1,050.00 |
| APEX 58 HIGH DUMP RIDER SWEEPE | $ 7,700.00 | Fair Value | $ 7,700.00 |
| APHERESIS SYSTEM | $ 18,800.00 | Fair Value | $ 18,800.00 |
| APP AUDIT LOGS FOR CERNER REPO | $ 10.00 | Fair Value | $ 10.00 |
| APPLE IPAD AIR WITH WI-FI 16GB | $ 700.00 | Fair Value | $ 700.00 |
| APPLICATION SECURITY - SSO REM | $ 15.00 | Fair Value | $ 15.00 |
| APPLICATION SECURITY MANAGEMEN | $ 70.00 | Fair Value | $ 70.00 |
| APRON RACK | $ 25.00 | Fair Value | $ 25.00 |
| Aquilion Prime FAST WHOLE BODY | $ 330,000.00 | Fair Value | $ 330,000.00 |
| ARCSIGHT TECHNOLOGY REFRESH AL | $ 20.00 | Fair Value | $ 20.00 |
| ARMCHAIR | $ 100.00 | Fair Value | $ 100.00 |
| ARMCHAIRS | $ 3,025.00 | Fair Value | $ 3,025.00 |
| ARMLESS CHAIR | $ 4,590.00 | Fair Value | $ 4,590.00 |
| ARMLESS CHAIRS | $ 5,625.00 | Fair Value | $ 5,625.00 |
| ARMLESS TASK CHAIR | $ 1,400.00 | Fair Value | $ 1,400.00 |
| ARRA INFRASTRUCTURE | $ 10.00 | Fair Value | $ 10.00 |
| ART OF CARE BEDSIDE CABINET - | $ 7,125.00 | Fair Value | $ 7,125.00 |
| ART OF CARE OVERBED TABLE - CO | $ 10,000.00 | Fair Value | $ 10,000.00 |
| ART OF CARE RECLINER VINYL GRA | $ 4,900.00 | Fair Value | $ 4,900.00 |
| ARTHROSCOPE ACLV | $ 250.00 | Fair Value | $ 250.00 |
| ARTHROSCOPE ACLV II | $ 250.00 | Fair Value | $ 250.00 |
| ARTICULATING ARM FINAL ASSY-IN | $ 450.00 | Fair Value | $ 450.00 |
| ARTISAN LINK PRO SYSTEM | $ 43,000.00 | Fair Value | $ 43,000.00 |
| ARTWORK | $ 150.00 | Fair Value | $ 150.00 |
| ARTWORK AND SILK TREES | $ 200.00 | Fair Value | $ 200.00 |
| ASPIRATING TUBE | $ 180.00 | Fair Value | $ 180.00 |
| ASPIRATING TUBE - OR EQUIPMENT | $ 15.00 | Fair Value | $ 15.00 |
| ASPIRATOR | $ 130.00 | Fair Value | $ 130.00 |
| ASPIRATOR SURGICAL | $ 625.00 | Fair Value | $ 625.00 |
| ASSET LINK TO A#58097 | $ 5.00 | Fair Value | $ 5.00 |
| ASSET POINT CABLING FOR RADIOL | $ 150.00 | Fair Value | $ 150.00 |
| ASST STOOL CONT-RND SEAL | $ 750.00 | Fair Value | $ 750.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ASST STOOL SKY BLUE | $ 675.00 | Fair Value | $ 675.00 |
| ASSY  DESKTOP BTTCHGER  PTVPKG | $ 275.00 | Fair Value | $ 275.00 |
| ASTOTHERM BLOOD WARMER | $ 3,400.00 | Fair Value | $ 3,400.00 |
| ATI RADEON HD4350 512MB GRAPHI | $ 150.00 | Fair Value | $ 150.00 |
| ATMOSAIR 9000 SO-FLUX NON-SKID | $ 5,400.00 | Fair Value | $ 5,400.00 |
| ATT AD03 LEGEND PERFORATOR DRI | $ 2,625.00 | Fair Value | $ 2,625.00 |
| ATT AF01 LEGEND F1 (B-5) 2.4MM | $ 825.00 | Fair Value | $ 825.00 |
| ATT AF02 LEGEND F2 (B-1) 2.4MM | $ 800.00 | Fair Value | $ 800.00 |
| ATT AF03 LEGEND F3 (S) 3.2MM S | $ 650.00 | Fair Value | $ 650.00 |
| ATT AF03 LEGEND FE (S) 3.2MM S | $ 225.00 | Fair Value | $ 225.00 |
| ATT AS08 LEGEND 8CM STRAIGHT ( | $ 600.00 | Fair Value | $ 600.00 |
| ATT AS09 LEGEND 9CM STRAIGHT ( | $ 725.00 | Fair Value | $ 725.00 |
| ATT AS10 LEGEND 10CM STRAIGHT | $ 625.00 | Fair Value | $ 625.00 |
| ATT AS14 LEGEND 14CM STRAIGHT | $ 800.00 | Fair Value | $ 800.00 |
| ATTACHMENT RACK FOR SMALL BATT | $ 3,150.00 | Fair Value | $ 3,150.00 |
| AUDIO/VIDEO EQUIPMENT INSTALLA | $ 425.00 | Fair Value | $ 425.00 |
| AUDIOMETER | $ 2,320.00 | Fair Value | $ 2,320.00 |
| Aug Cap Interest-WALL MURAL | $ 5.00 | Fair Value | $ 5.00 |
| AURA CORE SUITE LICENSE | $ 6,750.00 | Fair Value | $ 6,750.00 |
| AURICAL PLUS TEST BOX | $ 1,400.00 | Fair Value | $ 1,400.00 |
| AURICAL PMM WIRELESS | $ 1,375.00 | Fair Value | $ 1,375.00 |
| AUTO TYMP VERSION 2 TYMPANOMET | $ 475.00 | Fair Value | $ 475.00 |
| AUTO VALVE CANNULA/TROCAR 3.5 | $ 280.00 | Fair Value | $ 280.00 |
| AUTOCLAVABLE HANDLE ASSEMBLY F | $ 275.00 | Fair Value | $ 275.00 |
| AUTOTRANSFUSION SYSTEM | $ 1,950.00 | Fair Value | $ 1,950.00 |
| Aux Monitor | $ 4,050.00 | Fair Value | $ 4,050.00 |
| Auxiliary VIDEO CARD | $ 6,075.00 | Fair Value | $ 6,075.00 |
| AUXILLIARY CYLINDER KIT | $ 55.00 | Fair Value | $ 55.00 |
| AVANCE CS2 | $ 23,000.00 | Fair Value | $ 23,000.00 |
| AVAYA (INCL NORTEL) PHONE SYS. | $ 3,650.00 | Fair Value | $ 3,650.00 |
| AVAYA E129 SIP DESKPHONE | $ 2,400.00 | Fair Value | $ 2,400.00 |
| AVEA VENTILATOR | $ 18,900.00 | Fair Value | $ 18,900.00 |
| AWARENESS/IT COMPLIANCE - CONT | $ 10.00 | Fair Value | $ 10.00 |
| B&W PRINTER FOR GENEXPERT/SMAR | $ 40.00 | Fair Value | $ 40.00 |
| BABCOCK GRASPER FORCEPS | $ 65.00 | Fair Value | $ 65.00 |
| BABY MEASURING MAT | $ 10.00 | Fair Value | $ 10.00 |
| BACK BITER ROTATING TO INSTRUM | $ 750.00 | Fair Value | $ 750.00 |
| BACK EXTENDERS SMALL | $ 15.00 | Fair Value | $ 15.00 |
| BACKUP EQUIP POWER SUPPLY - PR | $ 200.00 | Fair Value | $ 200.00 |
| BACKUP POWER SUPPLY FOR PACS S | $ 450.00 | Fair Value | $ 450.00 |
| BADD SIM KIT-10 | $ 75.00 | Fair Value | $ 75.00 |
| BALANCE | $ 80.00 | Fair Value | $ 80.00 |
| BALANCE ANALYTICAL | $ 210.00 | Fair Value | $ 210.00 |
| BALANCE TOP-LOAD | $ 225.00 | Fair Value | $ 225.00 |
| BALANCED SCORECARD | $ 5.00 | Fair Value | $ 5.00 |
| BANDSAW | $ 65.00 | Fair Value | $ 65.00 |
| BAR CODE READER  ENGLISH | $ 325.00 | Fair Value | $ 325.00 |
| Barco Display Calibration | $ 475.00 | Fair Value | $ 475.00 |
| Barco Display Controller | $ 3,300.00 | Fair Value | $ 3,300.00 |
| BARCODE READER & PRINTER | $ 55.00 | Fair Value | $ 55.00 |
| BARIATRIC SINGLE SEAT- LEG BAS | $ 1,650.00 | Fair Value | $ 1,650.00 |
| BARIATRIC SINGLE SEAT LEG BASE | $ 550.00 | Fair Value | $ 550.00 |
| BARRAQUER-O BRIEN NEEDLEHOLDER | $ 1,000.00 | Fair Value | $ 1,000.00 |
| BARREL SWING -  LARGE | $ 450.00 | Fair Value | $ 450.00 |
| BASE NAVPRO UNIT INCLUDES SS-A | $ 1,550.00 | Fair Value | $ 1,550.00 |
| BASE SHELF 87.5CM | $ 45.00 | Fair Value | $ 45.00 |
| BASE-HOSPTABLE | $ 15.00 | Fair Value | $ 15.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| BASIC VESTIBULAR SET | $ 500.00 | Fair Value | $ 500.00 |
| BASIC WIRING PACKAGE PER PATIE | $ 9,000.00 | Fair Value | $ 9,000.00 |
| BASIN STAND | $ 80.00 | Fair Value | $ 80.00 |
| BASKET FIXED 10" W X 6" | $ 455.00 | Fair Value | $ 455.00 |
| BASKET-ENDOSCOPIC | $ 150.00 | Fair Value | $ 150.00 |
| BASSINET | $ 960.00 | Fair Value | $ 960.00 |
| BASSINET CABINET BASE | $ 55.00 | Fair Value | $ 55.00 |
| BASSINET CHROME | $ 70.00 | Fair Value | $ 70.00 |
| BASSINET METAL | $ 1,535.00 | Fair Value | $ 1,535.00 |
| BASSINET WITH TWO SHELVES | $ 525.00 | Fair Value | $ 525.00 |
| BASSINET WOODEN | $ 55.00 | Fair Value | $ 55.00 |
| BATH PARAFIN | $ 50.00 | Fair Value | $ 50.00 |
| BATH THERMAL | $ 250.00 | Fair Value | $ 250.00 |
| BATH TISSUE FLOAT | $ 55.00 | Fair Value | $ 55.00 |
| BATH WATER | $ 660.00 | Fair Value | $ 660.00 |
| BATHROOM MIRROR | $ 20.00 | Fair Value | $ 20.00 |
| BATTERY 14.4V | $ 3,400.00 | Fair Value | $ 3,400.00 |
| BATTERY CASING 14.4V | $ 7,700.00 | Fair Value | $ 7,700.00 |
| BATTERY- CHARGER KIT- 4500 FOR | $ 35.00 | Fair Value | $ 35.00 |
| BATTERY CHARGER KIT FOR TIME C | $ 25.00 | Fair Value | $ 25.00 |
| BATTERY EXTENSION | $ 2,950.00 | Fair Value | $ 2,950.00 |
| BATTERY FOR VENTILATOR | $ 350.00 | Fair Value | $ 350.00 |
| BATTERY PACK | $ 50.00 | Fair Value | $ 50.00 |
| BATTERY PACK-LITHIUM ION-10.8V | $ 600.00 | Fair Value | $ 600.00 |
| BATTERY POWER FOR TRACER | $ 700.00 | Fair Value | $ 700.00 |
| BATTERY REPLACEMENT PACK | $ 100.00 | Fair Value | $ 100.00 |
| B-CARE 5 COMPLETE SVO2 MONITOR | $ 950.00 | Fair Value | $ 950.00 |
| BD PROBETEC ET PIPETTOR (PROBE | $ 225.00 | Fair Value | $ 225.00 |
| BEAMSPLITTER ADAPTER CE | $ 250.00 | Fair Value | $ 250.00 |
| BED | $ 132,775.00 | Fair Value | $ 132,775.00 |
| BED BUNK OAK | $ 490.00 | Fair Value | $ 490.00 |
| BED ELECTRIC | $ 72,200.00 | Fair Value | $ 72,200.00 |
| BED IN CABINET | $ 1,590.00 | Fair Value | $ 1,590.00 |
| BED MATTRESSES | $ 675.00 | Fair Value | $ 675.00 |
| BED OAK | $ 60.00 | Fair Value | $ 60.00 |
| BED OAK LAMINATE W\DRESSER | $ 120.00 | Fair Value | $ 120.00 |
| BED OAK PSYCH | $ 180.00 | Fair Value | $ 180.00 |
| BED WOOD BASE W/2 DRAWERS | $ 480.00 | Fair Value | $ 480.00 |
| BED-ROLL A WAY | $ 500.00 | Fair Value | $ 500.00 |
| BEDSIDE CABINETS | $ 1,475.00 | Fair Value | $ 1,475.00 |
| BEDSIDE CABINETS 62EACHES/LOT | $ 8,100.00 | Fair Value | $ 8,100.00 |
| BEDSIDE MONITOR MODULES | $ 575.00 | Fair Value | $ 575.00 |
| BEDS-NEMSCHOFF TWIN PLATFORM W | $ 200.00 | Fair Value | $ 200.00 |
| BENCH STOOL - HAND-ACTIVATED | $ 250.00 | Fair Value | $ 250.00 |
| BENCH-CLEANROOM | $ 175.00 | Fair Value | $ 175.00 |
| BENJAMIN SUBGLOTTISCOPE PEDIAT | $ 1,075.00 | Fair Value | $ 1,075.00 |
| BENJAMINE-HAVAS CLIP F/PROX IL | $ 475.00 | Fair Value | $ 475.00 |
| BENJAMIN-HAVAS CLIP F/PROX ILL | $ 300.00 | Fair Value | $ 300.00 |
| BEST COMBOLOCK | $ 150.00 | Fair Value | $ 150.00 |
| BIDIRECTIONAL CYCLE | $ 925.00 | Fair Value | $ 925.00 |
| BIG WHEEL STANDARD STRETCHER | $ 8,500.00 | Fair Value | $ 8,500.00 |
| BIKE EXERCISE | $ 1,125.00 | Fair Value | $ 1,125.00 |
| BIKE RECUMBENT | $ 675.00 | Fair Value | $ 675.00 |
| BILI LIGHT | $ 475.00 | Fair Value | $ 475.00 |
| BILI LITE | $ 15.00 | Fair Value | $ 15.00 |
| BILIMETER | $ 3,835.00 | Fair Value | $ 3,835.00 |
| BILI-METER | $ 65.00 | Fair Value | $ 65.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| BIN FOR CRIB | $ 20.00 | Fair Value | $ 20.00 |
| BIOHAZARD SUIT W/GAS MASK | $ 600.00 | Fair Value | $ 600.00 |
| BIOMED BLENDER O2/AIR- HIGH/LO | $ 260.00 | Fair Value | $ 260.00 |
| BIO-MERIEUX VITEK 2 60 INSTRUM | $ 825.00 | Fair Value | $ 825.00 |
| BIOPSY FORCEPS-ESOPHAGOSCOPE | $ 125.00 | Fair Value | $ 125.00 |
| BISHOP DRESS FCP | $ 80.00 | Fair Value | $ 80.00 |
| BISON QWIKCHANGE PORTABLE BASK | $ 500.00 | Fair Value | $ 500.00 |
| BLACK DISPLAY PHONES - NORTEL | $ 450.00 | Fair Value | $ 450.00 |
| BLACK MERIDIAN PHONE WITH DISP | $ 5.00 | Fair Value | $ 5.00 |
| BLADDER SCANNER | $ 1,525.00 | Fair Value | $ 1,525.00 |
| BLENDER 02 | $ 980.00 | Fair Value | $ 980.00 |
| BLENDER 02 ECMO CIRCUIT SYS | $ 140.00 | Fair Value | $ 140.00 |
| BLENDER ASSEMBLY | $ 1,100.00 | Fair Value | $ 1,100.00 |
| BLENDER ASSEMBLY ( REPLACEMENT | $ 1,200.00 | Fair Value | $ 1,200.00 |
| BLENDER KIT | $ 3,375.00 | Fair Value | $ 3,375.00 |
| BLENDER O2 | $ 70.00 | Fair Value | $ 70.00 |
| BLOOD AND FLUID WARMER | $ 2,325.00 | Fair Value | $ 2,325.00 |
| BLOOD AND FLUID WARMER TEMPCHE | $ 375.00 | Fair Value | $ 375.00 |
| BLOOD BANK REFRIGERATOR UNDERC | $ 2,950.00 | Fair Value | $ 2,950.00 |
| BLOOD CELL PROCESSOR | $ 9,200.00 | Fair Value | $ 9,200.00 |
| BLOOD CULTURE INTERFACE INSTRU | $ 1,225.00 | Fair Value | $ 1,225.00 |
| BLOOD DRAWING CHAIR | $ 50.00 | Fair Value | $ 50.00 |
| BLOOD PRESSURE MODULE | $ 200.00 | Fair Value | $ 200.00 |
| BLOOD PURIFICATION SYSTEM | $ 7,650.00 | Fair Value | $ 7,650.00 |
| BLUE RIDGE VINYL RECLINER | $ 12,325.00 | Fair Value | $ 12,325.00 |
| BOARD CONFERENCE CABINET | $ 45.00 | Fair Value | $ 45.00 |
| BOGEN 028B STUDIO PRO  TRIMAN | $ 1,100.00 | Fair Value | $ 1,100.00 |
| BOGEN 055XB TRIPOD-LIGHT DUTY | $ 350.00 | Fair Value | $ 350.00 |
| BOGEN 804RC2 STANDARD 3-WAY HE | $ 480.00 | Fair Value | $ 480.00 |
| BONE DENSITOMETER | $ 6,000.00 | Fair Value | $ 6,000.00 |
| BONITA 720C VIDEO CAMERA | $ 3,600.00 | Fair Value | $ 3,600.00 |
| BOOKCASE | $ 45.00 | Fair Value | $ 45.00 |
| BOOKCASE 12X26X72 W/CABINET | $ 90.00 | Fair Value | $ 90.00 |
| BOOKCASE 4 SHELF | $ 45.00 | Fair Value | $ 45.00 |
| BOOKCASE DRESSER LAMINATE | $ 45.00 | Fair Value | $ 45.00 |
| BOOKCASE METAL 6 SHELVES | $ 90.00 | Fair Value | $ 90.00 |
| BOOKCASE OAK 12X144X84 | $ 90.00 | Fair Value | $ 90.00 |
| BOOKCASE OAK 12X36X72 | $ 810.00 | Fair Value | $ 810.00 |
| BOOKCASE OAK 12X36X84 | $ 110.00 | Fair Value | $ 110.00 |
| BOOKCASE OAK 12X36X96 | $ 120.00 | Fair Value | $ 120.00 |
| BOOKCASE OAK 12X72X84 | $ 55.00 | Fair Value | $ 55.00 |
| BOOKCASE OAK 15X36X72 | $ 225.00 | Fair Value | $ 225.00 |
| BOOKCASE PAOLI - ABINGTON CLIN | $ 70.00 | Fair Value | $ 70.00 |
| BOOKCASE SHELVING MODULAR | $ 45.00 | Fair Value | $ 45.00 |
| BOOKCASE W/NO BASE #90 LT OAK | $ 5.00 | Fair Value | $ 5.00 |
| BOOKCASE WOOD 5 SHELVES | $ 135.00 | Fair Value | $ 135.00 |
| BOOKCASE WOOD 5 SHELVES - GLAS | $ 225.00 | Fair Value | $ 225.00 |
| BOOKCASE WOOD 6 SHELVES | $ 1,405.00 | Fair Value | $ 1,405.00 |
| BOOKSHELF DOUBLE FACE METAL | $ 75.00 | Fair Value | $ 75.00 |
| BOOM  EQUIPMENT HARMONY | $ 27,000.00 | Fair Value | $ 27,000.00 |
| BOOM SURGICAL CIELING | $ 575.00 | Fair Value | $ 575.00 |
| BOOM TOWER | $ 1,150.00 | Fair Value | $ 1,150.00 |
| BOOTH AUDIOMETRIC | $ 15,600.00 | Fair Value | $ 15,600.00 |
| BOWL-5OZ DIETARY | $ 55.00 | Fair Value | $ 55.00 |
| BOWL-9OZ DIETARY | $ 55.00 | Fair Value | $ 55.00 |
| BOX LOCKERS - 3 WIDE UNIT | $ 275.00 | Fair Value | $ 275.00 |
| BRACKET GANGING | $ 35.00 | Fair Value | $ 35.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| BRAIN LAB | $ 20,000.00 | Fair Value | $ 20,000.00 |
| BRAIN MONITOR SYSTEM | $ 35,400.00 | Fair Value | $ 35,400.00 |
| BRAVO PH CAPSULE DELIVERY DEV | $ 325.00 | Fair Value | $ 325.00 |
| BRAVO PH RECEIVER | $ 1,300.00 | Fair Value | $ 1,300.00 |
| BREAST PUMP | $ 5,700.00 | Fair Value | $ 5,700.00 |
| BREAST PUMP TROLLEY | $ 2,100.00 | Fair Value | $ 2,100.00 |
| BREATHEASY BUTYL PAPR HOOD - B | $ 225.00 | Fair Value | $ 225.00 |
| BRIO VISITOR SEATING - COLOR: | $ 4,950.00 | Fair Value | $ 4,950.00 |
| BROADLANE INTEGRATION 40102730 | $ 5.00 | Fair Value | $ 5.00 |
| BROADLOOM CARPET FOR MATERIALS | $ 450.00 | Fair Value | $ 450.00 |
| BRONCH TUBE | $ 300.00 | Fair Value | $ 300.00 |
| BRONCHOSCOPE EXERA III SLIM 60 | $ 15,500.00 | Fair Value | $ 15,500.00 |
| BRONCHOSCOPE EXERA III ULTRA S | $ 26,600.00 | Fair Value | $ 26,600.00 |
| BRONCHOSCOPE FORCEPS | $ 350.00 | Fair Value | $ 350.00 |
| BRONCHOSCOPE PARTS | $ 95.00 | Fair Value | $ 95.00 |
| BRONZE-SERVER RACK CHASSIS | $ 800.00 | Fair Value | $ 800.00 |
| BROWSER COMPATIBILITY EFFORT F | $ 25.00 | Fair Value | $ 25.00 |
| BSC REPORT ENHANCEMENTS (CAP) | $ 5.00 | Fair Value | $ 5.00 |
| BUCKET-KICK STAINLESS STEEL | $ 30.00 | Fair Value | $ 30.00 |
| BUNDLE M4 AND IPC ACCESSORIES | $ 13,425.00 | Fair Value | $ 13,425.00 |
| BUNK BED | $ 120.00 | Fair Value | $ 120.00 |
| BUNK BED OAK | $ 180.00 | Fair Value | $ 180.00 |
| BUNKBED | $ 175.00 | Fair Value | $ 175.00 |
| BURR HOLE PHASED ARRAY TRANSDU | $ 3,000.00 | Fair Value | $ 3,000.00 |
| BUSIN SCISSORS CLOCKWISE | $ 700.00 | Fair Value | $ 700.00 |
| BUSIN SCISSORS COUNTERCLOCKWIS | $ 700.00 | Fair Value | $ 700.00 |
| BUZZ N-S B/P FORCEPS 8 STR BAY | $ 950.00 | Fair Value | $ 950.00 |
| C ARM MINI | $ 18,300.00 | Fair Value | $ 18,300.00 |
| C1-5-RS TRANSDUCER | $ 2,475.00 | Fair Value | $ 2,475.00 |
| C5-1 BROADBAND CURVED ARRAY TR | $ 1,100.00 | Fair Value | $ 1,100.00 |
| CABINET | $ 29,125.00 | Fair Value | $ 29,125.00 |
| CABINET 2 DOOR METAL LARGE | $ 180.00 | Fair Value | $ 180.00 |
| CABINET 2 DOOR WOOD LARGE W/DR | $ 140.00 | Fair Value | $ 140.00 |
| CABINET BEDSIDE | $ 70.00 | Fair Value | $ 70.00 |
| CABINET CONFERENCE | $ 115.00 | Fair Value | $ 115.00 |
| CABINET COT STORAGE | $ 925.00 | Fair Value | $ 925.00 |
| CABINET DRY ERASE BOARD | $ 340.00 | Fair Value | $ 340.00 |
| CABINET DRYING | $ 9,500.00 | Fair Value | $ 9,500.00 |
| CABINET ENDOSCOPY | $ 2,925.00 | Fair Value | $ 2,925.00 |
| CABINET FLAMMABLE STORAGE - 45 | $ 60.00 | Fair Value | $ 60.00 |
| CABINET FLAMMABLE STORAGE - LA | $ 205.00 | Fair Value | $ 205.00 |
| CABINET FLAMMABLE STORAGE - SM | $ 140.00 | Fair Value | $ 140.00 |
| CABINET FOR CONFERENCE ROOM KI | $ 2,175.00 | Fair Value | $ 2,175.00 |
| CABINET INSTRUMENT STERILE PRO | $ 150.00 | Fair Value | $ 150.00 |
| CABINET MARKER BOARD | $ 70.00 | Fair Value | $ 70.00 |
| CABINET MEDICAL RECORDS | $ 260.00 | Fair Value | $ 260.00 |
| CABINET MODULAR INSTRUMENT | $ 630.00 | Fair Value | $ 630.00 |
| CABINET MOUNT  SLIDE AWAY | $ 3,000.00 | Fair Value | $ 3,000.00 |
| CABINET NARCOTIC | $ 80.00 | Fair Value | $ 80.00 |
| CABINET OAK 2 DOOR | $ 35.00 | Fair Value | $ 35.00 |
| CABINET RADIOACTIVE STORAGE | $ 2,175.00 | Fair Value | $ 2,175.00 |
| CABINET S/S - SURGERY - 2 DOOR | $ 1,225.00 | Fair Value | $ 1,225.00 |
| CABINET SCOPE | $ 450.00 | Fair Value | $ 450.00 |
| CABINET SERVER | $ 11,200.00 | Fair Value | $ 11,200.00 |
| CABINET SINGLE DOOR 2-WIRE SHE | $ 125.00 | Fair Value | $ 125.00 |
| CABINET SLIDE DOOR MODIFIER | $ 80.00 | Fair Value | $ 80.00 |
| CABINET STERILE PROCESSING | $ 175.00 | Fair Value | $ 175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CABINET STL 2 DOOR 15X48X84 | $ 450.00 | Fair Value | $ 450.00 |
| CABINET SUPPLY | $ 40.00 | Fair Value | $ 40.00 |
| CABINET TAMBOUR DOOR | $ 1,110.00 | Fair Value | $ 1,110.00 |
| CABINET-BEDSIDE | $ 140.00 | Fair Value | $ 140.00 |
| CABLE | $ 30.00 | Fair Value | $ 30.00 |
| CABLE- 75FT. VIDEO EXTENSION | $ 65.00 | Fair Value | $ 65.00 |
| CABLE- ARIA MONITOR | $ 10.00 | Fair Value | $ 10.00 |
| CABLE FIBER OPTIC LIGHT | $ 245.00 | Fair Value | $ 245.00 |
| CABLE- IEEE 1284 PARALLEL INTE | $ 5.00 | Fair Value | $ 5.00 |
| CABLE RUNS FOR OMNI CELL | $ 575.00 | Fair Value | $ 575.00 |
| Cable, Paddleboard SDI IO | $ 3,850.00 | Fair Value | $ 3,850.00 |
| CABLES | $ 450.00 | Fair Value | $ 450.00 |
| CABLES AND WIRING | $ 200.00 | Fair Value | $ 200.00 |
| CABLES- CONNECTORS AND WIRING | $ 260.00 | Fair Value | $ 260.00 |
| CABLES-PATIENT MONITORS | $ 100.00 | Fair Value | $ 100.00 |
| CACS RAD 1040 CHAIR | $ 7,950.00 | Fair Value | $ 7,950.00 |
| CADD SOLIS PUMP | $ 7,200.00 | Fair Value | $ 7,200.00 |
| CAFETERIA TABLE | $ 6,275.00 | Fair Value | $ 6,275.00 |
| CALBE RUNS- CATH LAB | $ 375.00 | Fair Value | $ 375.00 |
| CALIBRATION KIT | $ 5.00 | Fair Value | $ 5.00 |
| CALIBRATION KIT FOR ANALYZER | $ 40.00 | Fair Value | $ 40.00 |
| CALIBRATOR DOSE | $ 750.00 | Fair Value | $ 750.00 |
| CAMERA | $ (20.00) | Fair Value | $ (20.00) |
| CAMERA & INTERCOM SYSTEM WITH | $ 650.00 | Fair Value | $ 650.00 |
| CAMERA ENDOSCOPIC SURGICAL | $ 8,875.00 | Fair Value | $ 8,875.00 |
| CAMERA FOR IV ROOM | $ 325.00 | Fair Value | $ 325.00 |
| CAMERA GAMMA - DUAL HEAD / SPE | $ 53,000.00 | Fair Value | $ 53,000.00 |
| CAMERA HEAD | $ 4,050.00 | Fair Value | $ 4,050.00 |
| CAMERA HEAD II | $ 1,400.00 | Fair Value | $ 1,400.00 |
| CAMERA HEAD III | $ 1,400.00 | Fair Value | $ 1,400.00 |
| CAMERA HEAD IV | $ 1,400.00 | Fair Value | $ 1,400.00 |
| CAMERA HEAD V | $ 1,400.00 | Fair Value | $ 1,400.00 |
| CAMERA HEAD VI | $ 1,400.00 | Fair Value | $ 1,400.00 |
| CAMERA LAPTOP POWER KIT | $ 40.00 | Fair Value | $ 40.00 |
| CANON XF105 HD PROFESSIONAL CA | $ 2,250.00 | Fair Value | $ 2,250.00 |
| CANOPY EXTENDER KIT FOR SURGIC | $ 50.00 | Fair Value | $ 50.00 |
| CAPITAL LABOR PARKING UNITS | $ 175.00 | Fair Value | $ 175.00 |
| CAPITAL TAX ADJUSTMENT | $ (4,025.00) | Fair Value | $ (4,025.00) |
| CAPNOLINE H INFANT/NEONATAL | $ 175.00 | Fair Value | $ 175.00 |
| CAPNOSTREAM ROLL STAND | $ 75.00 | Fair Value | $ 75.00 |
| CAPNOSTREAM WITH PRINTER | $ 8,000.00 | Fair Value | $ 8,000.00 |
| CAPSULE FINAL FILTER  POSICLEA | $ 600.00 | Fair Value | $ 600.00 |
| CARBON BLOCK FILTER KIT | $ 600.00 | Fair Value | $ 600.00 |
| CARBON BLOCK FILTER KIT W/ FIL | $ 600.00 | Fair Value | $ 600.00 |
| CARDIAC OUTPUT ADAPTER- BAXTER | $ 40.00 | Fair Value | $ 40.00 |
| CARDIAC OUTPUT BATH PROBE- 6FT | $ 40.00 | Fair Value | $ 40.00 |
| CARDIAC OUTPUT CABLE- 8FT. | $ 25.00 | Fair Value | $ 25.00 |
| CARDIAC ULTRASOUND SYSTEMS PHI | $ 125.00 | Fair Value | $ 125.00 |
| CARDIOVASCULAR APPLICATION MOD | $ 2,425.00 | Fair Value | $ 2,425.00 |
| CAREASSIST ES BED SYSTEM | $ 31,850.00 | Fair Value | $ 31,850.00 |
| CARE-E-VAC 3 AC/DC PORTABLE SU | $ 875.00 | Fair Value | $ 875.00 |
| CARE-E-VAC 3 CONTINOUS VACUUM | $ 65.00 | Fair Value | $ 65.00 |
| CARE-E-VAC 3 CONTINUOUS VACUUM | $ 130.00 | Fair Value | $ 130.00 |
| CAREEVAC 3 SUCTION UNIT | $ 1,000.00 | Fair Value | $ 1,000.00 |
| CARE-E-VAC CONTINUOUS PUMP | $ 65.00 | Fair Value | $ 65.00 |
| CARESCAPE RESPIRATORY MODULE E | $ 6,300.00 | Fair Value | $ 6,300.00 |
| CARPET EXTRACTOR ACCESSORIES | $ 40.00 | Fair Value | $ 40.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CARREL - 1 PUPIL | $ 90.00 | Fair Value | $ 90.00 |
| CARREL - 2 PUPIL | $ 140.00 | Fair Value | $ 140.00 |
| CART | $ 845.00 | Fair Value | $ 845.00 |
| CART BEDSIDE CHARTING TAMBOUR | $ 400.00 | Fair Value | $ 400.00 |
| CART CASE | $ 9,210.00 | Fair Value | $ 9,210.00 |
| CART CASE SINGLE DOOR 29 5/8 X | $ 1,950.00 | Fair Value | $ 1,950.00 |
| CART CASE SS | $ 70.00 | Fair Value | $ 70.00 |
| CART CHART | $ 275.00 | Fair Value | $ 275.00 |
| CART CLEANING | $ 500.00 | Fair Value | $ 500.00 |
| CART CRASH | $ 29,425.00 | Fair Value | $ 29,425.00 |
| CART CRASH - 5 DRAWERS | $ 725.00 | Fair Value | $ 725.00 |
| CART CRASH - 5 DRAWERS / 2X3 F | $ 150.00 | Fair Value | $ 150.00 |
| CART CRASH - 6 DRAWERS | $ 150.00 | Fair Value | $ 150.00 |
| CART CRASH - 6 DRAWERS / 3X4 F | $ 150.00 | Fair Value | $ 150.00 |
| CART CRASH - 7 DRAWERS / 3X4 F | $ 175.00 | Fair Value | $ 175.00 |
| CART CRASH PLASTIC | $ 775.00 | Fair Value | $ 775.00 |
| CART DELIVERY HEAVY DUTY CYLND | $ 2,500.00 | Fair Value | $ 2,500.00 |
| CART DIETARY - DRYING | $ 250.00 | Fair Value | $ 250.00 |
| CART EMERGENCY | $ 90.00 | Fair Value | $ 90.00 |
| CART ENDOSCOPIC | $ 13,305.00 | Fair Value | $ 13,305.00 |
| CART FILM TRANSPORT | $ 120.00 | Fair Value | $ 120.00 |
| CART FOOD TRANSPORT 36 | $ 150.00 | Fair Value | $ 150.00 |
| CART FOR RA600 WORKSTATION | $ 350.00 | Fair Value | $ 350.00 |
| CART HANDPIECE - DENTAL | $ 425.00 | Fair Value | $ 425.00 |
| CART INSTRUMENT | $ 6,375.00 | Fair Value | $ 6,375.00 |
| CART ISOLATION | $ 125.00 | Fair Value | $ 125.00 |
| CART L | $ 360.00 | Fair Value | $ 360.00 |
| CART LAPTOP COMPUTER | $ 11,525.00 | Fair Value | $ 11,525.00 |
| CART LINEN 50 H X 66 W X 30 D | $ 6,450.00 | Fair Value | $ 6,450.00 |
| CART LOADING/STERILIZER | $ 1,575.00 | Fair Value | $ 1,575.00 |
| CART MEDICATION | $ 19,775.00 | Fair Value | $ 19,775.00 |
| CART MEDILIVE SYSTEM | $ 300.00 | Fair Value | $ 300.00 |
| CART PLASMA STERILIZER | $ 125.00 | Fair Value | $ 125.00 |
| CART PLATE TRANSPORT 6 PLACE | $ 90.00 | Fair Value | $ 90.00 |
| CART RED 3 DWR | $ 55.00 | Fair Value | $ 55.00 |
| CART SS | $ 110.00 | Fair Value | $ 110.00 |
| CART SS 1 DRW | $ 550.00 | Fair Value | $ 550.00 |
| CART SS 1DR | $ 40.00 | Fair Value | $ 40.00 |
| CART SS CASE | $ 560.00 | Fair Value | $ 560.00 |
| CART SS CASE 1 DR | $ 70.00 | Fair Value | $ 70.00 |
| CART SS SUPPLY 24 | $ 55.00 | Fair Value | $ 55.00 |
| CART STL 2 DRW | $ 70.00 | Fair Value | $ 70.00 |
| CART STL SUPPLY 60 | $ 70.00 | Fair Value | $ 70.00 |
| CART STL WIRE 60 | $ 280.00 | Fair Value | $ 280.00 |
| CART SUPPLY | $ 480.00 | Fair Value | $ 480.00 |
| CART SUPPLY 60 IN | $ 70.00 | Fair Value | $ 70.00 |
| CART SUPPLY PLASTIC | $ 225.00 | Fair Value | $ 225.00 |
| CART SUPPLY TAMBOUR DOOR | $ 350.00 | Fair Value | $ 350.00 |
| CART SURGERY - 2 DOOR | $ 100.00 | Fair Value | $ 100.00 |
| CART TRAY SLIDE | $ 125.00 | Fair Value | $ 125.00 |
| CART TRAY TROLLEY SUPPLY CART | $ 2,050.00 | Fair Value | $ 2,050.00 |
| CART UTILITY | $ 335.00 | Fair Value | $ 335.00 |
| CART UTILITY S/S | $ 190.00 | Fair Value | $ 190.00 |
| CARTER HAND SURGERY TABLE SYST | $ 3,400.00 | Fair Value | $ 3,400.00 |
| CART-L | $ 90.00 | Fair Value | $ 90.00 |
| CARTS SS 1 DRW | $ 40.00 | Fair Value | $ 40.00 |
| CARTS-STAINLESS STEEL | $ 180.00 | Fair Value | $ 180.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CASE CART | $ 4,150.00 | Fair Value | $ 4,150.00 |
| CASE PA600 3/4 DIN INSTR MR7 | $ 200.00 | Fair Value | $ 200.00 |
| CASH ACCEPTOR & TOKEN UNIT ER | $ 250.00 | Fair Value | $ 250.00 |
| CASH ACCEPTOR & TOKEN UNIT W/C | $ 600.00 | Fair Value | $ 600.00 |
| CASH REGISTER | $ 800.00 | Fair Value | $ 800.00 |
| CASSETTE SS MARK IV 12 OR 24 | $ 1,475.00 | Fair Value | $ 1,475.00 |
| CASSETTES AND IP'S FOR RAD ROO | $ 875.00 | Fair Value | $ 875.00 |
| CAST CUTTER | $ 1,150.00 | Fair Value | $ 1,150.00 |
| CAST CUTTER WITH VACUUM | $ 175.00 | Fair Value | $ 175.00 |
| CAST SPREADER | $ 35.00 | Fair Value | $ 35.00 |
| CAST VAC | $ 1,100.00 | Fair Value | $ 1,100.00 |
| CASTER STOOLS | $ 95.00 | Fair Value | $ 95.00 |
| CASTVAC W/8 FOOT HOSE AND MOBI | $ 375.00 | Fair Value | $ 375.00 |
| CAT 5 ENHANCED DATA & VOICE CA | $ 125.00 | Fair Value | $ 125.00 |
| CAT6 DATA CABLING DROP-2ND FLO | $ 1,750.00 | Fair Value | $ 1,750.00 |
| CAT6 DATA CABLING FOR OR AND M | $ 2,350.00 | Fair Value | $ 2,350.00 |
| CATALYST | $ 850.00 | Fair Value | $ 850.00 |
| CATALYST NETWORK MODULE HARD_1 | $ 7,300.00 | Fair Value | $ 7,300.00 |
| CATALYST SWITCH C3850NM210G | $ 1,775.00 | Fair Value | $ 1,775.00 |
| CATALYST SWITCH C3850NM210G= | $ 20,300.00 | Fair Value | $ 20,300.00 |
| CATALYST SWITCH HARD_1.0 WSC37 | $ 41,200.00 | Fair Value | $ 41,200.00 |
| CATALYST SWITCH WSC385048PWS | $ 129,200.00 | Fair Value | $ 129,200.00 |
| CATESBY ROCKER GRADE C - ARCHI | $ 5,350.00 | Fair Value | $ 5,350.00 |
| CATH LAB MONITOR | $ 55,000.00 | Fair Value | $ 55,000.00 |
| CATHETER DEFLECTING | $ 95.00 | Fair Value | $ 95.00 |
| CBL 3 LEAD ECG TRUNK- AAMI/IEC | $ 1,410.00 | Fair Value | $ 1,410.00 |
| CBL 3 LEADSET- GRABBER- AAMI- | $ 365.00 | Fair Value | $ 365.00 |
| CBL 3 LEADSET- SNAP- AAMI- ICU | $ 885.00 | Fair Value | $ 885.00 |
| CBL 3-LEAD ECG TRUNK- AAMI/IEC | $ 180.00 | Fair Value | $ 180.00 |
| CBL 5 LEAD ECG TRUNK- AAMI/IEC | $ 30.00 | Fair Value | $ 30.00 |
| CBL 5 LEADSET- GRABBER- AAMI- | $ 30.00 | Fair Value | $ 30.00 |
| CBRN PAPR W/EQUIPMENT AND BAG | $ 1,200.00 | Fair Value | $ 1,200.00 |
| CCTV SYSTEM | $ 2,025.00 | Fair Value | $ 2,025.00 |
| CCTV SYSTEM BIO-TERRORISM SECU | $ 350.00 | Fair Value | $ 350.00 |
| CD PLAYER W/POWER CABLE TO GS1 | $ 20.00 | Fair Value | $ 20.00 |
| CDM STANDARDIZATION ACTIVITIES | $ 5.00 | Fair Value | $ 5.00 |
| CEILING MOUNT KIT | $ 125.00 | Fair Value | $ 125.00 |
| CEILING MOUNTED B&W SURVEILLAN | $ 35.00 | Fair Value | $ 35.00 |
| CENTRA ENHANCEMENTS | $ 15.00 | Fair Value | $ 15.00 |
| CENTRA UPGRADE | $ 10.00 | Fair Value | $ 10.00 |
| CENTRICITY DATABASE BACKUP SYS | $ 500.00 | Fair Value | $ 500.00 |
| CENTRICITY DUAL DISPLAY WORKST | $ 375.00 | Fair Value | $ 375.00 |
| CENTRICITY ENTERPRISE ARCHIVE | $ 475.00 | Fair Value | $ 475.00 |
| CENTRICITY IMAGE MANAGEMENT SE | $ 3,450.00 | Fair Value | $ 3,450.00 |
| CENTRICITY PACS DAS SERVER | $ 550.00 | Fair Value | $ 550.00 |
| CENTRICITY SERVICE PORTAL SERV | $ 325.00 | Fair Value | $ 325.00 |
| CENTRICITY SINGLE DISPLAY WORK | $ 300.00 | Fair Value | $ 300.00 |
| CENTRICITY WEB SERVER | $ 325.00 | Fair Value | $ 325.00 |
| CENTRICITY WORKSTATION | $ 1,125.00 | Fair Value | $ 1,125.00 |
| CENTRIFUGE | $ 11,245.00 | Fair Value | $ 11,245.00 |
| CENTRIFUGE REFRIGERATED | $ 2,000.00 | Fair Value | $ 2,000.00 |
| CENTRIFUGE STATSPIN EXPRESS 2 | $ 375.00 | Fair Value | $ 375.00 |
| CERBELLUM RETR 7 1/2* | $ 70.00 | Fair Value | $ 70.00 |
| CERNER REQUEST MANAGEMENT WORK | $ 5.00 | Fair Value | $ 5.00 |
| CFDB FACILITIES DATABASE/SUBSI | $ 30.00 | Fair Value | $ 30.00 |
| CHAIR | $ 107,380.00 | Fair Value | $ 107,380.00 |
| CHAIR  EXAM  PNEUMATIC  CNTR S | $ 700.00 | Fair Value | $ 700.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CHAIR ARMLESS | $ 2,145.00 | Fair Value | $ 2,145.00 |
| CHAIR ARMLESS PLASTIC | $ 640.00 | Fair Value | $ 640.00 |
| CHAIR BED | $ 360.00 | Fair Value | $ 360.00 |
| CHAIR BLACK PLASTIC BACK | $ 100.00 | Fair Value | $ 100.00 |
| CHAIR BLOOD DRAW | $ 125.00 | Fair Value | $ 125.00 |
| CHAIR CHILD 14* | $ 80.00 | Fair Value | $ 80.00 |
| CHAIR ECHO LAB | $ 160.00 | Fair Value | $ 160.00 |
| CHAIR EXAM DENTAL | $ 2,025.00 | Fair Value | $ 2,025.00 |
| CHAIR EXAM DENTAL - WITH DENTA | $ 4,925.00 | Fair Value | $ 4,925.00 |
| CHAIR EXECUTIVE VICTORIAN | $ 70.00 | Fair Value | $ 70.00 |
| CHAIR FOR SCHCPA PHYSICIAN-770 | $ 30.00 | Fair Value | $ 30.00 |
| CHAIR GUEST FAB UPH OAK TRIM | $ 90.00 | Fair Value | $ 90.00 |
| CHAIR HAG CAPISCO #8106 AND #1 | $ 750.00 | Fair Value | $ 750.00 |
| CHAIR IN HEALTH CARE VINYL | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR LOUNGE | $ 5,960.00 | Fair Value | $ 5,960.00 |
| CHAIR LOUNGE ARM UPHOLSTERED | $ 380.00 | Fair Value | $ 380.00 |
| CHAIR LOUNGE SLEEPER | $ 70.00 | Fair Value | $ 70.00 |
| CHAIR LOW BACK SEC W/O ARMS | $ 90.00 | Fair Value | $ 90.00 |
| CHAIR MULTIPLICITY BOTTLE | $ 280.00 | Fair Value | $ 280.00 |
| CHAIR PATIENT RECLINER | $ 140.00 | Fair Value | $ 140.00 |
| CHAIR RECLINER | $ 8,545.00 | Fair Value | $ 8,545.00 |
| CHAIR RECOVERY | $ 5,955.00 | Fair Value | $ 5,955.00 |
| CHAIR SLEEP WIDE | $ 115.00 | Fair Value | $ 115.00 |
| CHAIR SLEEPER | $ 96,725.00 | Fair Value | $ 96,725.00 |
| CHAIR STACKING SHELL | $ 10.00 | Fair Value | $ 10.00 |
| CHAIR SWIVEL ARM METAL UPHOLST | $ 1,600.00 | Fair Value | $ 1,600.00 |
| CHAIR TASK TRUFORM BLACK W/O A | $ 600.00 | Fair Value | $ 600.00 |
| CHAIR TRANSIT TASK | $ 160.00 | Fair Value | $ 160.00 |
| CHAIR TWILIGHT W/O ARMS | $ 800.00 | Fair Value | $ 800.00 |
| CHAIR ULTRASOUND TECH | $ 1,500.00 | Fair Value | $ 1,500.00 |
| CHAIR UNITED MEDIUM BACK W/ARM | $ 350.00 | Fair Value | $ 350.00 |
| CHAIR UPHOLSTERD DENIM BLUE GR | $ 100.00 | Fair Value | $ 100.00 |
| CHAIR VIDEO FLOUROSCOPY | $ 1,275.00 | Fair Value | $ 1,275.00 |
| CHAIR W/O ARMS - BLACK | $ 5,600.00 | Fair Value | $ 5,600.00 |
| CHAIR/RECLINER | $ 60.00 | Fair Value | $ 60.00 |
| CHAIR-PAOILI CARAWAY GUEST FOR | $ 225.00 | Fair Value | $ 225.00 |
| CHAIR-PAOLI AIRFOIL LEATHER FO | $ 225.00 | Fair Value | $ 225.00 |
| CHAIRS | $ 2,450.00 | Fair Value | $ 2,450.00 |
| CHAIRS FOR INFORMATION DESK | $ 375.00 | Fair Value | $ 375.00 |
| CHAIRS HON 24 HOUR | $ 175.00 | Fair Value | $ 175.00 |
| CHAIRS WITH ARMS | $ 900.00 | Fair Value | $ 900.00 |
| CHAIRS-MAXIM MID-BACK EXEC TIL | $ 300.00 | Fair Value | $ 300.00 |
| CHAIRS-STACKING-HON | $ 20.00 | Fair Value | $ 20.00 |
| CHALK/TACK BOARDS - TOWER | $ 59,000.00 | Fair Value | $ 59,000.00 |
| CHANGE MACHINE | $ 2,150.00 | Fair Value | $ 2,150.00 |
| CHANGING STATION SURFACE MOUNT | $ 2,350.00 | Fair Value | $ 2,350.00 |
| CHANNEL DIGITAL SATELLITE SYST | $ 1,225.00 | Fair Value | $ 1,225.00 |
| CHARGER | $ 11,400.00 | Fair Value | $ 11,400.00 |
| CHARGER BATTERY | $ 90.00 | Fair Value | $ 90.00 |
| CHARGING UNIT FOR 8401XDK | $ 500.00 | Fair Value | $ 500.00 |
| CHART RACK 2 TIER/10 CHART EAC | $ 55.00 | Fair Value | $ 55.00 |
| CHIEF KSA1020B WALL MOUNTING K | $ 25.00 | Fair Value | $ 25.00 |
| CHIEF KSA102B MOUNTING KIT | $ 70.00 | Fair Value | $ 70.00 |
| CHILLER FOR A CT SCANNER | $ 2,750.00 | Fair Value | $ 2,750.00 |
| CIE INTERFACES ALLOCATION | $ 15.00 | Fair Value | $ 15.00 |
| CISCO 1000BASEXS TRANSCEIVER M | $ 13,900.00 | Fair Value | $ 13,900.00 |
| Cisco 10G Base LR SFP Module | $ 11,200.00 | Fair Value | $ 11,200.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| CISCO 2900 ROUTER LICENSE | $ 500.00 | Fair Value | $ 500.00 |
| CISCO 2911 ROUTER | $ 2,625.00 | Fair Value | $ 2,625.00 |
| CISCO 2960 24 POE PORT SWITCH | $ 15,300.00 | Fair Value | $ 15,300.00 |
| CISCO 2960 24 PORT GIG SWITCH | $ 46,475.00 | Fair Value | $ 46,475.00 |
| CISCO 3750 12 PORT SWITCH | $ 50,000.00 | Fair Value | $ 50,000.00 |
| CISCO C3KXPWR1100WAC AC POWER | $ 1,100.00 | Fair Value | $ 1,100.00 |
| Cisco CAT 3850 2 10GE Network | $ 7,000.00 | Fair Value | $ 7,000.00 |
| Cisco CAT 3850 48 Port UPOE | $ 125,425.00 | Fair Value | $ 125,425.00 |
| CISCO CATALYST 3750X?48PF?S MA | $ 10,200.00 | Fair Value | $ 10,200.00 |
| CISCO ETHERNET TRANSCEIVER MOD | $ 21,150.00 | Fair Value | $ 21,150.00 |
| CISCO IT - (1) AIR-LAPT262N | $ 5,200.00 | Fair Value | $ 5,200.00 |
| CISCO NETWORK MODULE | $ 375.00 | Fair Value | $ 375.00 |
| CISCO ONE FOUNDATION LICENSE C | $ 1,000.00 | Fair Value | $ 1,000.00 |
| CISCO PLUGGABLE TRANSCEIVER MO | $ 10,500.00 | Fair Value | $ 10,500.00 |
| CISCO SYSTEMS REFUND | $ (20.00) | Fair Value | $ (20.00) |
| CITRIX FARM 10 SERVERS X $5,00 | $ 15.00 | Fair Value | $ 15.00 |
| CLEANER ULTRASONIC | $ 6,490.00 | Fair Value | $ 6,490.00 |
| CLICK LINE SCISSORS | $ 130.00 | Fair Value | $ 130.00 |
| CLICKLINE GRASP FCPS INSERT/OU | $ 60.00 | Fair Value | $ 60.00 |
| CLICKLINE GRASPING FORCEP FINE | $ 1,500.00 | Fair Value | $ 1,500.00 |
| CLICKLINE META HOLDER W/MAHHES | $ 1,050.00 | Fair Value | $ 1,050.00 |
| CLICKLINE METAL INSULATED HAND | $ 1,625.00 | Fair Value | $ 1,625.00 |
| CLICKLINE OUTER TUBE PYLORIC F | $ 500.00 | Fair Value | $ 500.00 |
| CLICKLINE PLASTIC HOLDER NON-L | $ 1,375.00 | Fair Value | $ 1,375.00 |
| CLICKLINE PYLORIC PERCUTANEOUS | $ 500.00 | Fair Value | $ 500.00 |
| CLIMBING WALL - CONVERTIBLE ME | $ 700.00 | Fair Value | $ 700.00 |
| CLINIC CART | $ 60.00 | Fair Value | $ 60.00 |
| CLINIC PARAFFIN BATH - PB-107 | $ 300.00 | Fair Value | $ 300.00 |
| CLINICAL ANALYTICS & COST ACCO | $ 40.00 | Fair Value | $ 40.00 |
| CLINICAL SYSTEMS - LOS ALAMITO | $ 35.00 | Fair Value | $ 35.00 |
| CLIP F/PROX ILLUMINATION | $ 130.00 | Fair Value | $ 130.00 |
| C-MAC POCKET MONITOR W/CLEANIN | $ 2,150.00 | Fair Value | $ 2,150.00 |
| C-MOUNT HEAD 24MM COUPLE - GEN | $ 1,325.00 | Fair Value | $ 1,325.00 |
| C-MOUNT HEAD 24MM COUPLER - GE | $ 1,325.00 | Fair Value | $ 1,325.00 |
| CO2 ENDOFLATOR UNIT | $ 5,100.00 | Fair Value | $ 5,100.00 |
| CO2 TRANDUCER SENSOR/HP | $ 1,025.00 | Fair Value | $ 1,025.00 |
| CO2 TRANSDUCER SENSOR | $ 175.00 | Fair Value | $ 175.00 |
| COAGULATING BALL ELECTRODE | $ 20.00 | Fair Value | $ 20.00 |
| COAGULATION SYSTEM - WHOLE BLO | $ 550.00 | Fair Value | $ 550.00 |
| COLONOSCOPE | $ 2,550.00 | Fair Value | $ 2,550.00 |
| COLOR LASER PRINTER | $ 1,200.00 | Fair Value | $ 1,200.00 |
| COLOR UPGRADE PERIMETER CCTV | $ 750.00 | Fair Value | $ 750.00 |
| COLORADO-BIDIRECTIONAL UBE | $ 400.00 | Fair Value | $ 400.00 |
| COLPAC COLD PACK FREEZER | $ 500.00 | Fair Value | $ 500.00 |
| COLTOLUX LED LIGHT | $ 1,750.00 | Fair Value | $ 1,750.00 |
| COMBO HARD DRIVE | $ 30.00 | Fair Value | $ 30.00 |
| COMPACT AIR DRIVE II SET | $ 2,250.00 | Fair Value | $ 2,250.00 |
| COMPACT AUDIO AMPLIFLIER | $ 1,650.00 | Fair Value | $ 1,650.00 |
| COMPACT PORTABLE NEUROMONITOR | $ 19,700.00 | Fair Value | $ 19,700.00 |
| COMPACT TRIPLE OUTLET | $ 13,500.00 | Fair Value | $ 13,500.00 |
| COMPANION CHAIR | $ 450.00 | Fair Value | $ 450.00 |
| COMPLETE DEVELOPMENT OF QUTHOR | $ 5.00 | Fair Value | $ 5.00 |
| COMPOSITE LIGHT CURE | $ 30.00 | Fair Value | $ 30.00 |
| COMPOSITES-1 CAPSULE FORCEPS | $ 600.00 | Fair Value | $ 600.00 |
| COMPRESSION DEVICE | $ 400.00 | Fair Value | $ 400.00 |
| COMPUTER | $ 250.00 | Fair Value | $ 250.00 |
| COMPUTER LAN STATION/DESK | $ 375.00 | Fair Value | $ 375.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| COMPUTER MOUSE HOLDER - DARK G | $ 5.00 | Fair Value | $ 5.00 |
| COMPUTER NETWORK CABLES INSTAL | $ 375.00 | Fair Value | $ 375.00 |
| COMPUTER PERSONAL DESKTOP | $ 26,560.00 | Fair Value | $ 26,560.00 |
| COMPUTER PERSONAL DESKTOP - EE | $ 2,350.00 | Fair Value | $ 2,350.00 |
| COMPUTER PERSONAL LAPTOP | $ 12,255.00 | Fair Value | $ 12,255.00 |
| COMPUTER PERSONAL TABLET | $ 1,575.00 | Fair Value | $ 1,575.00 |
| COMPUTER SYSTEM FOR VISI-PITCH | $ 225.00 | Fair Value | $ 225.00 |
| COMPUTER TABLE | $ 150.00 | Fair Value | $ 150.00 |
| COMPUTER WORK TABLE | $ 55.00 | Fair Value | $ 55.00 |
| CONDENSATE RETURN COOL-DOWN (S | $ 250.00 | Fair Value | $ 250.00 |
| CONFINED SPACE RESCUE SYSTEM | $ 350.00 | Fair Value | $ 350.00 |
| CONFLICT OF INTEREST DEVL CHRG | $ 25.00 | Fair Value | $ 25.00 |
| CONFLIT OF INTEREST | $ 15.00 | Fair Value | $ 15.00 |
| CONNECTOR KITS | $ 4,050.00 | Fair Value | $ 4,050.00 |
| CONSIGNMENT INVENTORY MGMT ENH | $ 10.00 | Fair Value | $ 10.00 |
| CONSOLE CRYO | $ 85.00 | Fair Value | $ 85.00 |
| CONSOLE DISPENSING | $ 175.00 | Fair Value | $ 175.00 |
| CONSOLE INTEGRATED POWER | $ 13,000.00 | Fair Value | $ 13,000.00 |
| CONSOLE IRRIGATION | $ 395.00 | Fair Value | $ 395.00 |
| CONSTRUCTION ALARM SECURITY KI | $ 225.00 | Fair Value | $ 225.00 |
| CONSTRUCTION- SPECIALTIES - GE | $ 8,500.00 | Fair Value | $ 8,500.00 |
| CONSUMER RELEASE (QTRLY) | $ 30.00 | Fair Value | $ 30.00 |
| CONTAINER DOLLY  20 TO 55GAL | $ 275.00 | Fair Value | $ 275.00 |
| CONTAINER HALF SZ PERF BASKET | $ 50.00 | Fair Value | $ 50.00 |
| CONTAINER HALF SZ. LID W/RETEN | $ 100.00 | Fair Value | $ 100.00 |
| CONTAINERS- HALF SZ SOLID BOTT | $ 250.00 | Fair Value | $ 250.00 |
| CONTAMINATED CLOTHING BOX | $ 5.00 | Fair Value | $ 5.00 |
| CONTRA ANGLE LATCH AUTOCLAVE | $ 475.00 | Fair Value | $ 475.00 |
| CONTROL CENTER ROUGH-IN BOX FO | $ 60.00 | Fair Value | $ 60.00 |
| CONTROL MODULE FOR ALARM ON RE | $ 200.00 | Fair Value | $ 200.00 |
| CONTROLLER BASED WIRELESS ACCE | $ 60,900.00 | Fair Value | $ 60,900.00 |
| CONTROLLER NEUROSURGERY | $ 8,500.00 | Fair Value | $ 8,500.00 |
| CONTROLLER SURGICAL | $ 10,250.00 | Fair Value | $ 10,250.00 |
| CONVECTION OVEN | $ 600.00 | Fair Value | $ 600.00 |
| CONVEX TRANSDUCER | $ 1,350.00 | Fair Value | $ 1,350.00 |
| CONVEYOR BELT SYSTEM | $ 80.00 | Fair Value | $ 80.00 |
| COOLER MILK S/S | $ 900.00 | Fair Value | $ 900.00 |
| COOLEY SCISSOR 14.5 CM | $ 40.00 | Fair Value | $ 40.00 |
| CORDELSS SCANNER W/ DISPLAY | $ 1,050.00 | Fair Value | $ 1,050.00 |
| CORD-HI FREQ W/8MM PLUG 300CM | $ 25.00 | Fair Value | $ 25.00 |
| CORDLESS HAMMER DRILL & BITS | $ 325.00 | Fair Value | $ 325.00 |
| CORE CONSOLE WITH INTEGRAL IRR | $ 1,325.00 | Fair Value | $ 1,325.00 |
| CORE IMPACTION DRILL | $ 8,700.00 | Fair Value | $ 8,700.00 |
| CORE MICRO DRILL | $ 6,975.00 | Fair Value | $ 6,975.00 |
| CORE SABER DRILL | $ 5,050.00 | Fair Value | $ 5,050.00 |
| CORE STERILE CASE - MEDIUM | $ 1,880.00 | Fair Value | $ 1,880.00 |
| CORE STERILE CASE MEDIUM | $ 125.00 | Fair Value | $ 125.00 |
| CORE UNIVERSAL DRIVER | $ 11,300.00 | Fair Value | $ 11,300.00 |
| CORNER DESK | $ 45.00 | Fair Value | $ 45.00 |
| CORONIS FUSION DISPLAY MONITOR | $ 74,700.00 | Fair Value | $ 74,700.00 |
| CORPORATE INFRASTRUCTURE EQUIP | $ 5.00 | Fair Value | $ 5.00 |
| CORRECT INVENTORY CONTROL EXPE | $ 25.00 | Fair Value | $ 25.00 |
| COST ACCOUNTING | $ 50.00 | Fair Value | $ 50.00 |
| COST ACCOUNTING DEVELOPMENT/RE | $ 65.00 | Fair Value | $ 65.00 |
| COUNTER TOP REFRIGERATOR | $ 2,800.00 | Fair Value | $ 2,800.00 |
| COUNTER/CABINET SS-FINISHED | $ 60.00 | Fair Value | $ 60.00 |
| COUNTERS | $ 30.00 | Fair Value | $ 30.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| COUPLER AUTOCLAVABLE | $ 75.00 | Fair Value | $ 75.00 |
| COVERSLIPPER | $ 2,100.00 | Fair Value | $ 2,100.00 |
| CPAP BIPAP | $ 1,000.00 | Fair Value | $ 1,000.00 |
| CPU APPLIED IMAGING | $ 6,400.00 | Fair Value | $ 6,400.00 |
| CPU CENTRAL STATION - 10 PATIE | $ 150.00 | Fair Value | $ 150.00 |
| CPU ECHO READING | $ 1,325.00 | Fair Value | $ 1,325.00 |
| CPU EEG | $ 2,325.00 | Fair Value | $ 2,325.00 |
| CPU ENDOSCOPY | $ 350.00 | Fair Value | $ 350.00 |
| CPU SLEEP LAB | $ 250.00 | Fair Value | $ 250.00 |
| CPU SLEEP LAB WITH CAMERA | $ 10,100.00 | Fair Value | $ 10,100.00 |
| CPU SLEEP STUDY | $ 2,400.00 | Fair Value | $ 2,400.00 |
| CPU ULTRASOUND | $ 100.00 | Fair Value | $ 100.00 |
| CRASH CART TRAY 3 DRAWER UPC | $ 1,330.00 | Fair Value | $ 1,330.00 |
| CRASH PAD | $ 800.00 | Fair Value | $ 800.00 |
| CRASH PIT SLIDE | $ 525.00 | Fair Value | $ 525.00 |
| CRASH PIT STEPS | $ 450.00 | Fair Value | $ 450.00 |
| CREDENZA | $ 15.00 | Fair Value | $ 15.00 |
| CREDENZA METAL | $ 55.00 | Fair Value | $ 55.00 |
| CREDENZA WOOD | $ 2,015.00 | Fair Value | $ 2,015.00 |
| CREDENZA WOOD WITH OVERHEAD CA | $ 110.00 | Fair Value | $ 110.00 |
| CRIB | $ 239,100.00 | Fair Value | $ 239,100.00 |
| CRIB 24*X36* | $ 3,450.00 | Fair Value | $ 3,450.00 |
| CRIB NEONATAL FOWLDER DECK CON | $ 4,700.00 | Fair Value | $ 4,700.00 |
| CRIB NEONATAL WITH MATTRESS | $ 1,875.00 | Fair Value | $ 1,875.00 |
| CRIB SMALL | $ 40.00 | Fair Value | $ 40.00 |
| CROWN VERTICAL BLIND SYSTEMS | $ 175.00 | Fair Value | $ 175.00 |
| CRYOSTAT | $ 6,875.00 | Fair Value | $ 6,875.00 |
| CS/LCS ADAPTER | $ 15.00 | Fair Value | $ 15.00 |
| CT SCANNER | $ 325.00 | Fair Value | $ 325.00 |
| CUB CRIB | $ 118,000.00 | Fair Value | $ 118,000.00 |
| CUB VARIABLE HEIGHT CRIB | $ 24,000.00 | Fair Value | $ 24,000.00 |
| CUB VARIABLE HEIGHT FL19H | $ 28,050.00 | Fair Value | $ 28,050.00 |
| CUBE W/4 GAMES | $ 125.00 | Fair Value | $ 125.00 |
| CUBES W/4 GAMES | $ 200.00 | Fair Value | $ 200.00 |
| CUBICLE CURTAINS | $ 175.00 | Fair Value | $ 175.00 |
| CUBICLE CURTAINS FOR 12 BED ED | $ 4,225.00 | Fair Value | $ 4,225.00 |
| CUFF ASSORTMENT | $ 45.00 | Fair Value | $ 45.00 |
| CURING LIGHT - DENTAL | $ 325.00 | Fair Value | $ 325.00 |
| CURTAIN CADENCE 4498 10  3 WI | $ 1,950.00 | Fair Value | $ 1,950.00 |
| CURTAIN CADENCE 4498 12  9 WI | $ 5,100.00 | Fair Value | $ 5,100.00 |
| CURTAIN CADENCE 4498 17  3 W | $ 8,400.00 | Fair Value | $ 8,400.00 |
| CURTAIN CADENCE 4498 19  3 W | $ 11,250.00 | Fair Value | $ 11,250.00 |
| CURTAIN CADENCE 4498 34  6 W | $ 27,300.00 | Fair Value | $ 27,300.00 |
| CURTAIN CADENCE 4498 49  6 WI | $ 6,200.00 | Fair Value | $ 6,200.00 |
| CUSHION STRETCHER 75 X 29 X 4 | $ 600.00 | Fair Value | $ 600.00 |
| CUSHION STRETCHER CHILD SIZE | $ 285.00 | Fair Value | $ 285.00 |
| CUSTOM DESK TOPS IN GLASS FOUR | $ 125.00 | Fair Value | $ 125.00 |
| CV INTERFACE CONVERTER DEVICE | $ 800.00 | Fair Value | $ 800.00 |
| CWS CAREER CENTER | $ 25.00 | Fair Value | $ 25.00 |
| CX X7-2T TRANSDUCER -#10065 CX | $ 4,150.00 | Fair Value | $ 4,150.00 |
| CYLINDER TABLE | $ 100.00 | Fair Value | $ 100.00 |
| CYLINDER TABLES | $ 25.00 | Fair Value | $ 25.00 |
| CYSTO-URETHROSCOPE 6DEG | $ 625.00 | Fair Value | $ 625.00 |
| D2CWC STATIC TRANSDUCER | $ 325.00 | Fair Value | $ 325.00 |
| D90D7 - 16G FLASH/4G RAM WITH | $ 340.00 | Fair Value | $ 340.00 |
| DAAC DATA INTEGRITY REPORTING | $ 35.00 | Fair Value | $ 35.00 |
| DA-LITE BOARDROOM ELECTROL SCR | $ 3,775.00 | Fair Value | $ 3,775.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DashStat Phase IV ProJ MANTIME | $ (30.00) | Fair Value | $ (30.00) |
| DATA CABLE FOR NEW CAPTARIS VM | $ 75.00 | Fair Value | $ 75.00 |
| DATA CABLE RUNS FOR NICU EXPAN | $ 275.00 | Fair Value | $ 275.00 |
| DATA CABLES & FIBER CABINET PA | $ 400.00 | Fair Value | $ 400.00 |
| DATA PATCH PANELS 1 & 4 NORTH | $ 5.00 | Fair Value | $ 5.00 |
| DATA RECORDER 2C KIT FOR ENDO | $ 375.00 | Fair Value | $ 375.00 |
| DATA WAREHOUSE-RAMP DOWN SCIT/ | $ 20.00 | Fair Value | $ 20.00 |
| DATEX-OHMEDA AESTIVA/POLYMOUNT | $ 10.00 | Fair Value | $ 10.00 |
| DCI 60X FLEXIBLE INTUBATION SC | $ 3,075.00 | Fair Value | $ 3,075.00 |
| DCI II FLEX INTUBATION SCOPE 2 | $ 3,100.00 | Fair Value | $ 3,100.00 |
| DCI-D1 SINGLE-CHIP CAMERA HEAD | $ 1,600.00 | Fair Value | $ 1,600.00 |
| DCM DOCUMENT READER | $ 7,950.00 | Fair Value | $ 7,950.00 |
| DECON PATIENT KITS ADULTS - BI | $ 225.00 | Fair Value | $ 225.00 |
| DECON PATIENT KITS KIDS - BIOT | $ 225.00 | Fair Value | $ 225.00 |
| DEEP FRYER | $ 550.00 | Fair Value | $ 550.00 |
| DEFIBRILLATOR | $ 33,025.00 | Fair Value | $ 33,025.00 |
| DEFLECTOR PRISMATIC LIGHT | $ 425.00 | Fair Value | $ 425.00 |
| DELIVERY/INSTALL WINDOW SHADES | $ 315.00 | Fair Value | $ 315.00 |
| DELL 19 MONITOR 5 YEAR WARRANT | $ 380.00 | Fair Value | $ 380.00 |
| DELL 22 MONITOR | $ 29,975.00 | Fair Value | $ 29,975.00 |
| DELL 22 MONITOR E2216H | $ 7,875.00 | Fair Value | $ 7,875.00 |
| DELL 22 MONITOR P2213 WITH 3 Y | $ 125.00 | Fair Value | $ 125.00 |
| DELL COLOR LASER PRINTER #C176 | $ 4,475.00 | Fair Value | $ 4,475.00 |
| DELL E SERIES E1913 19 INCH MO | $ 2,145.00 | Fair Value | $ 2,145.00 |
| DELL E5440 LAPTOP | $ 950.00 | Fair Value | $ 950.00 |
| DELL ECU VIRTUAL 10GBASE SR | $ 9,000.00 | Fair Value | $ 9,000.00 |
| DELL ECU VIRTUAL 16 PORT 10G | $ 16,000.00 | Fair Value | $ 16,000.00 |
| DELL ECU VIRTUAL CAT6K PORT | $ 7,550.00 | Fair Value | $ 7,550.00 |
| DELL ECU VIRTUAL POWEREDGE | $ 2,800.00 | Fair Value | $ 2,800.00 |
| DELL LATITUDE E6420 LAPTOP | $ 125.00 | Fair Value | $ 125.00 |
| DELL PRECISION M3800 BTX BASE | $ 350.00 | Fair Value | $ 350.00 |
| DELL RACK MOUNTED SERVER HARDW | $ 450.00 | Fair Value | $ 450.00 |
| DELL ULTRASHARP 24 MONITOR | $ 2,825.00 | Fair Value | $ 2,825.00 |
| DELUXE T-BAR W/VSD | $ 400.00 | Fair Value | $ 400.00 |
| DELUXE TILT HEAVY DUTY CHAIRS | $ 10,700.00 | Fair Value | $ 10,700.00 |
| DEMISTIFIER | $ 475.00 | Fair Value | $ 475.00 |
| DEMO PROJECTOR WITH NEW LENS | $ 700.00 | Fair Value | $ 700.00 |
| DENTAL AMALGAMATOR & LED LIGHT | $ 825.00 | Fair Value | $ 825.00 |
| DENTAL ASSISTANT STOOL | $ 8,800.00 | Fair Value | $ 8,800.00 |
| DENTAL CHAIR | $ 84,150.00 | Fair Value | $ 84,150.00 |
| DENTAL CONSOLE LIGHT POST | $ 10.00 | Fair Value | $ 10.00 |
| DENTAL CUSPIDOR | $ 29,625.00 | Fair Value | $ 29,625.00 |
| DENTAL EQUIPMENT | $ 1,200.00 | Fair Value | $ 1,200.00 |
| DENTAL EQUIPMENT 90A ROTO QUIC | $ 60.00 | Fair Value | $ 60.00 |
| DENTAL EQUIPMENT ROTO QUICK CO | $ 20.00 | Fair Value | $ 20.00 |
| DENTAL HAND DRILL | $ 1,350.00 | Fair Value | $ 1,350.00 |
| DENTAL LIGHT | $ 37,875.00 | Fair Value | $ 37,875.00 |
| DENTAL PANIC ALARM SYSTEM | $ 175.00 | Fair Value | $ 175.00 |
| DENTAL STRAIGHT HANDPIECE | $ 22,500.00 | Fair Value | $ 22,500.00 |
| DENTAL TREATMENT CHAIR | $ 51,750.00 | Fair Value | $ 51,750.00 |
| DENTAL TURBINE | $ 23,250.00 | Fair Value | $ 23,250.00 |
| DENTAL WAITING ROOM DOOR CARD | $ 725.00 | Fair Value | $ 725.00 |
| DENTAL XRAY EXAM CHAIR | $ 650.00 | Fair Value | $ 650.00 |
| DENTIST STOOL | $ 10,600.00 | Fair Value | $ 10,600.00 |
| DERMABRATOR-MICRO DRILL | $ 250.00 | Fair Value | $ 250.00 |
| DESK | $ 4,615.00 | Fair Value | $ 4,615.00 |
| DESK DOUBLE PEDESTAL METAL | $ 2,990.00 | Fair Value | $ 2,990.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DESK DOUBLE PEDESTAL WOOD | $ 5,020.00 | Fair Value | $ 5,020.00 |
| DESK DOUBLE PEDESTAL WOOD WITH | $ 255.00 | Fair Value | $ 255.00 |
| DESK- OFFICE FURNITURE SCHCPA | $ 10.00 | Fair Value | $ 10.00 |
| DESK SINGLE PEDESTAL METAL | $ 820.00 | Fair Value | $ 820.00 |
| DESK SINGLE PEDESTAL WOOD | $ 1,055.00 | Fair Value | $ 1,055.00 |
| DESK WITH RETURN METAL | $ 1,280.00 | Fair Value | $ 1,280.00 |
| DESK WITH RETURN WOOD | $ 16,410.00 | Fair Value | $ 16,410.00 |
| DESK WITH RETURN WOOD WITH OVE | $ 55.00 | Fair Value | $ 55.00 |
| DESK WOOD | $ 20.00 | Fair Value | $ 20.00 |
| DESKS-RECTANGULAR DESK SHELL 4 | $ 1,350.00 | Fair Value | $ 1,350.00 |
| DESKTOP COMPUTER MONITOR | $ 20.00 | Fair Value | $ 20.00 |
| DESKTOP MICROSAVER SECURITY | $ 5.00 | Fair Value | $ 5.00 |
| DESKTOP SECRUITY AND PATCH CAB | $ 5.00 | Fair Value | $ 5.00 |
| DEV. OF WEB BASED ANALYTICAL T | $ 5.00 | Fair Value | $ 5.00 |
| DEVICE ADAPTER | $ 4,000.00 | Fair Value | $ 4,000.00 |
| DEVICE WHEELCHAIR ANTI-THEFT | $ 165.00 | Fair Value | $ 165.00 |
| DEVL eCARE eCQS DBA Support | $ 5.00 | Fair Value | $ 5.00 |
| DIAGNOSTIC SET | $ 630.00 | Fair Value | $ 630.00 |
| DIALYSIS MACHINE | $ 8,000.00 | Fair Value | $ 8,000.00 |
| DICTATION SYSTEM | $ 5,100.00 | Fair Value | $ 5,100.00 |
| DIGITAL BATTERY CHARGER WITH A | $ 450.00 | Fair Value | $ 450.00 |
| DIGITAL CAMCORDER KIT | $ 300.00 | Fair Value | $ 300.00 |
| DIGITAL INFANT SCALE | $ 20.00 | Fair Value | $ 20.00 |
| DIGITAL LIGHTBOX VIDEO INPUT | $ 2,125.00 | Fair Value | $ 2,125.00 |
| DIGITAL LINE CARDS FOR 12 BED | $ 200.00 | Fair Value | $ 200.00 |
| DIGITAL ORGAN/DIAPER SCALE | $ 8,000.00 | Fair Value | $ 8,000.00 |
| DIGITAL REGULATORS | $ 125.00 | Fair Value | $ 125.00 |
| DIGITAL SCALE | $ 400.00 | Fair Value | $ 400.00 |
| DIGITRAPPER RECORDER PH-Z | $ 5,000.00 | Fair Value | $ 5,000.00 |
| DIGITRAPPER# RECORDER  PH-Z | $ 3,550.00 | Fair Value | $ 3,550.00 |
| DIRECT FLOW TRAY ASMBLY-7040 | $ 85.00 | Fair Value | $ 85.00 |
| DISASTER CARTS GRANT FUNDED BI | $ 700.00 | Fair Value | $ 700.00 |
| DISASTER EQUIPMENT EVAC | $ 2,750.00 | Fair Value | $ 2,750.00 |
| DISH MACHINE OVERHAUL | $ 1,300.00 | Fair Value | $ 1,300.00 |
| DISHES- SIDE 72 PACK | $ (10.00) | Fair Value | $ (10.00) |
| DISHES-ENTRE36/PK DIETARY | $ 250.00 | Fair Value | $ 250.00 |
| DISHES-SIDE 72/PACK DIETARY | $ 175.00 | Fair Value | $ 175.00 |
| DISHWASHER COMMERCIAL | $ 11,100.00 | Fair Value | $ 11,100.00 |
| DISPENSER PLASTER STAINLESS ST | $ 50.00 | Fair Value | $ 50.00 |
| DISPENSING UNIT | $ 14,675.00 | Fair Value | $ 14,675.00 |
| DISPLAY ARM- LEFT HAND | $ 150.00 | Fair Value | $ 150.00 |
| DISPLAY CASE 2 DR GLASS OAK3X5 | $ 70.00 | Fair Value | $ 70.00 |
| DISPLAY CASE 2 SECTION WOOD | $ 75.00 | Fair Value | $ 75.00 |
| DISPLAY CASE OAK FRAME 3X4 | $ 210.00 | Fair Value | $ 210.00 |
| DISPLAY WALL MOUNT | $ 10.00 | Fair Value | $ 10.00 |
| DISPOSAL | $ 50.00 | Fair Value | $ 50.00 |
| DISSECT GRASPER FORCEPS | $ 65.00 | Fair Value | $ 65.00 |
| D-MARC EXTENSION | $ 575.00 | Fair Value | $ 575.00 |
| DMC EZ 3000 CATALOG | $ 4,700.00 | Fair Value | $ 4,700.00 |
| DOCKPLATE | $ 35.00 | Fair Value | $ 35.00 |
| DOCUMENT READER | $ 6,000.00 | Fair Value | $ 6,000.00 |
| DOCUMENT SCANNER FUJITSU COMPU | $ 650.00 | Fair Value | $ 650.00 |
| DOME CAMERA | $ 32,000.00 | Fair Value | $ 32,000.00 |
| DOME CAMERA W/ AUDIO&VIDEO DVR | $ 550.00 | Fair Value | $ 550.00 |
| DOOR ACCESS READER-FL4 RESIDEN | $ 2,175.00 | Fair Value | $ 2,175.00 |
| DOOR ACCESS READER-FL5 RESIDEN | $ 2,175.00 | Fair Value | $ 2,175.00 |
| DOOR WOOD OR STORGE SPACE | $ 5.00 | Fair Value | $ 5.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| DOORS & WINDOWS - CONSTRUCTION | $ 100.00 | Fair Value | $ 100.00 |
| DOPPLER | $ 1,700.00 | Fair Value | $ 1,700.00 |
| DOPPLER INFANT | $ 170.00 | Fair Value | $ 170.00 |
| DOPPLER W/9.3 INFANT 24V TRANS | $ 85.00 | Fair Value | $ 85.00 |
| DORO ADJUSTABLE BASE UNIT TEFL | $ 3,625.00 | Fair Value | $ 3,625.00 |
| DORO SKULL CLAMP TEFLON | $ 4,400.00 | Fair Value | $ 4,400.00 |
| DORO SWIVEL ADAPTOR TEFLON | $ 775.00 | Fair Value | $ 775.00 |
| DORO UNIVERSAL MULTI-PURPOSE S | $ 6,300.00 | Fair Value | $ 6,300.00 |
| DOUBLE POST IV STAND | $ 4,000.00 | Fair Value | $ 4,000.00 |
| DOUBLE RING STAND | $ 65.00 | Fair Value | $ 65.00 |
| DOUBLE SCOPE TRAY 17* | $ 75.00 | Fair Value | $ 75.00 |
| DOUBLE VALVE CANNULA-7021 | $ 70.00 | Fair Value | $ 70.00 |
| DOVETAIL-SURGICAL EQUIPMENT | $ 15.00 | Fair Value | $ 15.00 |
| DR STOOL CONTOURED SEAT | $ 600.00 | Fair Value | $ 600.00 |
| DRAIN DISCHARGE COOL DOWN FOR | $ 160.00 | Fair Value | $ 160.00 |
| DRAIN MACHINE | $ 1,750.00 | Fair Value | $ 1,750.00 |
| DRAIN SNAKE ELECTRIC | $ 225.00 | Fair Value | $ 225.00 |
| DRAWER 15CM NON LOCKING | $ 60.00 | Fair Value | $ 60.00 |
| DRAWER/SHELF ACCESSORY MOUNTIN | $ 20.00 | Fair Value | $ 20.00 |
| DRESSINF FCPS | $ 20.00 | Fair Value | $ 20.00 |
| DRILLMOTOR CONCRETE | $ 25.00 | Fair Value | $ 25.00 |
| DRIVER INSTRUMENT | $ 7,225.00 | Fair Value | $ 7,225.00 |
| DRIVER NEEDLE STRAIGHT | $ 90.00 | Fair Value | $ 90.00 |
| DRIVEWAY DVR CAMERA | $ 300.00 | Fair Value | $ 300.00 |
| DROP-IN HOT WELL | $ 4,000.00 | Fair Value | $ 4,000.00 |
| DRS STOOL CONTOURED SEAT | $ 600.00 | Fair Value | $ 600.00 |
| DRY VACUUM SYSTEM | $ 20,000.00 | Fair Value | $ 20,000.00 |
| DRYER | $ 25.00 | Fair Value | $ 25.00 |
| DRYER DOMESTIC | $ 25.00 | Fair Value | $ 25.00 |
| DRYER-MAYTAG | $ 60.00 | Fair Value | $ 60.00 |
| DSP DAUGHTER BOARD NON GSA | $ 1,725.00 | Fair Value | $ 1,725.00 |
| DSS REPORT ENHANCEMENTS | $ 40.00 | Fair Value | $ 40.00 |
| DUAL ADJUSTMENT HEADBAND 110MM | $ 125.00 | Fair Value | $ 125.00 |
| DUAL CHAMBER PACEMAKER | $ 1,150.00 | Fair Value | $ 1,150.00 |
| DUAL CHAMBER TEMPORARY PACEMAK | $ 675.00 | Fair Value | $ 675.00 |
| DUAL DISPLAY MONITOR | $ 100.00 | Fair Value | $ 100.00 |
| DUCT KITS | $ 130.00 | Fair Value | $ 130.00 |
| DUET CHAIRS  LATTE BEIGE/CAFE | $ 630.00 | Fair Value | $ 630.00 |
| DURAGUARD-SURGICAL | $ 100.00 | Fair Value | $ 100.00 |
| DVD COMBO DRIVE | $ 5.00 | Fair Value | $ 5.00 |
| DVD PLAYER | $ 130.00 | Fair Value | $ 130.00 |
| DVD SYSTEM FOR EDUCATION LOBBY | $ 10.00 | Fair Value | $ 10.00 |
| DYMO PRINTER SE300 FOR AVOXIME | $ 125.00 | Fair Value | $ 125.00 |
| E SERIES 19  WIDESCREEN BLACK | $ 1,950.00 | Fair Value | $ 1,950.00 |
| E SERIES E1913 19 MONITOR | $ 60.00 | Fair Value | $ 60.00 |
| E*A*R* TONE INSERT EARPHONES | $ 45.00 | Fair Value | $ 45.00 |
| E170SB3 17IN MONITOR 3YR | $ 3,600.00 | Fair Value | $ 3,600.00 |
| E1913 19  MONITOR | $ 75.00 | Fair Value | $ 75.00 |
| E1913 19  MONITORS | $ 1,350.00 | Fair Value | $ 1,350.00 |
| EASY CARE CUFF- 1 HOSE- ADULT | $ 165.00 | Fair Value | $ 165.00 |
| EASY CARE CUFF- 1 HOSE- INFANT | $ 110.00 | Fair Value | $ 110.00 |
| EASY CARE CUFF- 1 HOSE- PEDIAT | $ 160.00 | Fair Value | $ 160.00 |
| EASY CARE CUFF- 1 HOSE- SMALL | $ 170.00 | Fair Value | $ 170.00 |
| ECARE | $ 25.00 | Fair Value | $ 25.00 |
| ECARE DEVELOPMENT ALLOCATION | $ 35.00 | Fair Value | $ 35.00 |
| ECARE EIQ EDM 2009 DEVELOPMENT | $ 50.00 | Fair Value | $ 50.00 |
| E-CATS FUTURE ENHANCEMENTS MAN | $ 5.00 | Fair Value | $ 5.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ECG LEAD SET | $ 400.00 | Fair Value | $ 400.00 |
| ECG SYSTEM | $ 8,900.00 | Fair Value | $ 8,900.00 |
| ECG SYSTEM TROLLEY | $ 700.00 | Fair Value | $ 700.00 |
| ECHO CHAIR | $ 700.00 | Fair Value | $ 700.00 |
| ECHO SYSTEM | $ 300.00 | Fair Value | $ 300.00 |
| ECHO ULTRASOUND PROBE | $ 2,525.00 | Fair Value | $ 2,525.00 |
| ECHOCARDIAGRAPH SYSTEM | $ 125.00 | Fair Value | $ 125.00 |
| ECHOCARDIOGRA SYSTEM | $ 225.00 | Fair Value | $ 225.00 |
| ECHOPAC PC W/AFI PROMOTION | $ 1,775.00 | Fair Value | $ 1,775.00 |
| ECHOPAC SHARE | $ 300.00 | Fair Value | $ 300.00 |
| ECONO DOM THREE SHELVES W/FLAT | $ 1,025.00 | Fair Value | $ 1,025.00 |
| ECONOMY 16  ROUND STOOL  BLACK | $ 630.00 | Fair Value | $ 630.00 |
| EEG BATTERY BAG KIT | $ 600.00 | Fair Value | $ 600.00 |
| EEG MACHINE | $ 16,000.00 | Fair Value | $ 16,000.00 |
| EEG PATIENT MONITORS | $ 2,250.00 | Fair Value | $ 2,250.00 |
| EEG SYSTEM 64 CHANNEL LTM VIDE | $ 39,800.00 | Fair Value | $ 39,800.00 |
| EID-FACILITY LEVEL APPL SSS167 | $ (10.00) | Fair Value | $ (10.00) |
| EKG MACHINE | $ 7,950.00 | Fair Value | $ 7,950.00 |
| ELECTONIC PERSONAL SCALE | $ 15.00 | Fair Value | $ 15.00 |
| ELECTRICALSURGICAL UNIT | $ 17,100.00 | Fair Value | $ 17,100.00 |
| ELECTRICALSURGICAL UNIT CART | $ 2,400.00 | Fair Value | $ 2,400.00 |
| ELECTRODE DISSECTING L-SHAPED | $ 25.00 | Fair Value | $ 25.00 |
| ELECTRONIC CONTROL SWITCH | $ 125.00 | Fair Value | $ 125.00 |
| ELECTRONIC LOCK FOR MEDICAL CA | $ 3,125.00 | Fair Value | $ 3,125.00 |
| ELECTRONIC PERSONAL SCALE | $ 15.00 | Fair Value | $ 15.00 |
| ELECTRONIC QUALITY CONTROL WAN | $ 65.00 | Fair Value | $ 65.00 |
| ELECTRONIC QUALITY WANDS FOR H | $ 140.00 | Fair Value | $ 140.00 |
| ELECTRONIC THERMOMETER | $ 150.00 | Fair Value | $ 150.00 |
| ELECTROSURGICAL ADENOID CURETT | $ 75.00 | Fair Value | $ 75.00 |
| ELECTROSURGICAL UNIT | $ 15,660.00 | Fair Value | $ 15,660.00 |
| ELECTROSURGICAL UNIT CART | $ 550.00 | Fair Value | $ 550.00 |
| ELECTRSURGICAL ADENOID CURETTE | $ 25.00 | Fair Value | $ 25.00 |
| ELEVATE TABLE- FORMICA | $ 150.00 | Fair Value | $ 150.00 |
| ELO 1715L 17* ACCUTOUCH DUAL S | $ 700.00 | Fair Value | $ 700.00 |
| ELO 1715L 17IN ACCUTOUCH DUAL | $ 3,700.00 | Fair Value | $ 3,700.00 |
| ELO TOUCHSYSTEM 1715L 17* MONI | $ 250.00 | Fair Value | $ 250.00 |
| ELO TOUCHSYSTEMS 1715L 17  DAR | $ 325.00 | Fair Value | $ 325.00 |
| EMERGENCY CART | $ 21,225.00 | Fair Value | $ 21,225.00 |
| EMG / VIDEO URODYNAMICS SYSTEM | $ 6,250.00 | Fair Value | $ 6,250.00 |
| EMR ELITE POINT OF CARE | $ 6,100.00 | Fair Value | $ 6,100.00 |
| ENDODONICS SYSTEM | $ 26,400.00 | Fair Value | $ 26,400.00 |
| ENDOFLATOR | $ 2,350.00 | Fair Value | $ 2,350.00 |
| ENDOFLATOR UNIT | $ 4,350.00 | Fair Value | $ 4,350.00 |
| ENDOSCOPE | $ 37,200.00 | Fair Value | $ 37,200.00 |
| ENDOSCOPE STORAGE CABINET | $ 1,550.00 | Fair Value | $ 1,550.00 |
| ENDOSCOPIC BASKETS | $ 325.00 | Fair Value | $ 325.00 |
| ENDOSCOPIC EQUIPMENT | $ 55.00 | Fair Value | $ 55.00 |
| ENDOSCOPIC LEAK TESTER | $ 50.00 | Fair Value | $ 50.00 |
| ENDOSCOPIC SURGICAL EQUIPMENT | $ 225.00 | Fair Value | $ 225.00 |
| ENDOSCOPIC TOOLS | $ 50.00 | Fair Value | $ 50.00 |
| ENERSYS BATTERY | $ 1,800.00 | Fair Value | $ 1,800.00 |
| ENHANCED DISPLAY | $ 125.00 | Fair Value | $ 125.00 |
| ENOVATE-TENET CART BUNDLE B-EM | $ 12,000.00 | Fair Value | $ 12,000.00 |
| ENT EQUIPMENT | $ 75.00 | Fair Value | $ 75.00 |
| ENTEPRISE SECURITY/REGULATORY | $ 10.00 | Fair Value | $ 10.00 |
| ENTERPRISE SECURITY / REGULATO | $ 65.00 | Fair Value | $ 65.00 |
| ENTRY E1709WFP 17* WIDESCREEN | $ 90.00 | Fair Value | $ 90.00 |

| General description | Net book value | Valuation method | Current value |
|---|---:|---|---:|
| EP RECORDING SYSTEM | $ 41,000.00 | Fair Value | $ 41,000.00 |
| EPSON STYLUS COLOR PRINTER W/ | $ 45.00 | Fair Value | $ 45.00 |
| EQUIPMENTS FOR A CT SCANNER | $ 250.00 | Fair Value | $ 250.00 |
| ER AMBULANCE EXIT CARD READER | $ 325.00 | Fair Value | $ 325.00 |
| ER DATA CABLES | $ 350.00 | Fair Value | $ 350.00 |
| ER PANIC ALARM SYSTEM & EMERGE | $ 1,200.00 | Fair Value | $ 1,200.00 |
| ERESERVE SOFTWARE ALLOCATION | $ 10.00 | Fair Value | $ 10.00 |
| ERGO M2 CART | $ 4,650.00 | Fair Value | $ 4,650.00 |
| ERGOMETER UPPER ARM | $ 90.00 | Fair Value | $ 90.00 |
| ERGOTRON NEO-FLEX KEYBOARD WAL | $ 330.00 | Fair Value | $ 330.00 |
| ERGOTRON STYLEVIEW VL ENCLOSUR | $ 250.00 | Fair Value | $ 250.00 |
| ESOPHAGOSCOPE | $ 80.00 | Fair Value | $ 80.00 |
| E-TENET PORTAL - GENERAL | $ 10.00 | Fair Value | $ 10.00 |
| ETHERNET TRANSCEIVER GLCT= | $ 2,200.00 | Fair Value | $ 2,200.00 |
| EVACUCART UNIVERSAL CART FOR B | $ 550.00 | Fair Value | $ 550.00 |
| EVIS EXERA II HIGH-DEFINITION | $ 16,100.00 | Fair Value | $ 16,100.00 |
| EVIS EXERA III VIDEO PROCESSOR | $ 17,500.00 | Fair Value | $ 17,500.00 |
| EVIS EXERA IIR DIAGNOSTIC VIDE | $ 9,800.00 | Fair Value | $ 9,800.00 |
| EVIS EXERA ULTRA-THIN HYBRID V | $ 8,500.00 | Fair Value | $ 8,500.00 |
| EVITA INFINITY V500 WORK STATI | $ 112,000.00 | Fair Value | $ 112,000.00 |
| EVITA VENTILATOR | $ 2,550.00 | Fair Value | $ 2,550.00 |
| EXACQVISION 16 CH HYBRID DVR | $ 3,000.00 | Fair Value | $ 3,000.00 |
| EXAM LIGHT | $ 3,950.00 | Fair Value | $ 3,950.00 |
| EXAM STOOL | $ 40.00 | Fair Value | $ 40.00 |
| EXAM STOOL - BLACK - ABINGTON | $ 175.00 | Fair Value | $ 175.00 |
| EXAM STOOLS | $ 425.00 | Fair Value | $ 425.00 |
| EXAM TABLE | $ 7,400.00 | Fair Value | $ 7,400.00 |
| EXCESS LOS OBSERVATION REPORTI | $ 35.00 | Fair Value | $ 35.00 |
| EXCESS LOS, OBSERVATION REPORT | $ 20.00 | Fair Value | $ 20.00 |
| EXEC HIGH-BACK CHAIR | $ 500.00 | Fair Value | $ 500.00 |
| EXECUTIVE CHAIR | $ 135.00 | Fair Value | $ 135.00 |
| EXECUTIVE CHAIR - ABINGTON CLI | $ 65.00 | Fair Value | $ 65.00 |
| EXERA LIGHT SOURCE | $ 10,100.00 | Fair Value | $ 10,100.00 |
| EXERCISE POWDER BOARD WITH LEG | $ 175.00 | Fair Value | $ 175.00 |
| EXERGEN TEMPORAL ARTERY INSTAN | $ 420.00 | Fair Value | $ 420.00 |
| EXHAUST HOOD SYSTEM | $ 275.00 | Fair Value | $ 275.00 |
| EX-LG WHEELCHAIRS  PART#T422HD | $ 80.00 | Fair Value | $ 80.00 |
| EXT.05AADDRESS NUMBERS SMALL | $ 200.00 | Fair Value | $ 200.00 |
| EXT.12LOGO GLASS GRAPHIC | $ 325.00 | Fair Value | $ 325.00 |
| EXT.14ARESTRICTION GRAPHICGLAS | $ 85.00 | Fair Value | $ 85.00 |
| EXT.16SAFE HAVEN GRAPHIC | $ 225.00 | Fair Value | $ 225.00 |
| EXT.18CEXTERIOR NOTICE  LARGE | $ 125.00 | Fair Value | $ 125.00 |
| EXTENSION 50' CABLE | $ 10.00 | Fair Value | $ 10.00 |
| EXTERNAL DEVICE INTERFACE MODU | $ 400.00 | Fair Value | $ 400.00 |
| EXTERNAL ECG CABLE | $ 30.00 | Fair Value | $ 30.00 |
| EXTERNAL MOTORIZED FINE FOCUS | $ 300.00 | Fair Value | $ 300.00 |
| EXTERNAL PADDLE ASSEMBLY APEX/ | $ 3,150.00 | Fair Value | $ 3,150.00 |
| EXTERNAL PED PADDLE ATTACH | $ 15.00 | Fair Value | $ 15.00 |
| EXTINGUISHER-BADGER 5 LB CAP/D | $ 325.00 | Fair Value | $ 325.00 |
| EXTRA JAZ CARTRIDGES | $ 30.00 | Fair Value | $ 30.00 |
| F&P HUMIDIFIER MR730 - 110VOLT | $ 175.00 | Fair Value | $ 175.00 |
| F/O CABLE FOR SINUSCOPE | $ 40.00 | Fair Value | $ 40.00 |
| FABIUS TIRO ANESTHESIA MACHINE | $ 25,000.00 | Fair Value | $ 25,000.00 |
| FABIUS TIRO TROLLEY VENTILATOR | $ 96,000.00 | Fair Value | $ 96,000.00 |
| FAC 868 DELL 22IN MONITOR | $ 1,100.00 | Fair Value | $ 1,100.00 |
| FAC 868 DELL REMOTE ACCESS CAR | $ 5.00 | Fair Value | $ 5.00 |
| FAC 868 WIRELESS CABLING | $ 1,500.00 | Fair Value | $ 1,500.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC 868-OPTLINK NURSE SCHEDULI | $ 140.00 | Fair Value | $ 140.00 |
| FAC 868-VERGENCE VAULT MODEL 1 | $ 350.00 | Fair Value | $ 350.00 |
| FAC868  DELL POWEREDGE R610 SE | $ 650.00 | Fair Value | $ 650.00 |
| FAC868 1902 2D CORDLESS SCANNE | $ 3,825.00 | Fair Value | $ 3,825.00 |
| FAC868 19IN LCD HQ COLOR MONIT | $ 2,200.00 | Fair Value | $ 2,200.00 |
| FAC868 1ST FLOOR NORTH WAN CON | $ 4,150.00 | Fair Value | $ 4,150.00 |
| FAC868 1U KMM CONSOLE TOUCHPAD | $ 85.00 | Fair Value | $ 85.00 |
| FAC868 20  LCD FLAT PANEL MONI | $ 1,950.00 | Fair Value | $ 1,950.00 |
| FAC868 2510C COMPACT COLOR DOC | $ 1,500.00 | Fair Value | $ 1,500.00 |
| FAC868 42IN LED LCD TV SUPERSI | $ 525.00 | Fair Value | $ 525.00 |
| FAC868 4500 FULL NUM BC EXP ME | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC868 8 PORT KEY VIDEO MOUSE | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 8741 BLUE PILOT SPECTRA | $ 25,000.00 | Fair Value | $ 25,000.00 |
| FAC868 8741 Blue Pivot Handset | $ 62,900.00 | Fair Value | $ 62,900.00 |
| FAC868 87XX Quad Chg bundle | $ 6,375.00 | Fair Value | $ 6,375.00 |
| FAC868 AIR CAP CISCO 802.11 10 | $ 6,000.00 | Fair Value | $ 6,000.00 |
| FAC868 AIR COMPRESSOR SYSTEM | $ 47,000.00 | Fair Value | $ 47,000.00 |
| FAC868 APC SMART UPS 1500VA | $ 2,000.00 | Fair Value | $ 2,000.00 |
| FAC868 APC SMART UPS 1500VA LC | $ 6,600.00 | Fair Value | $ 6,600.00 |
| FAC868 BARCO  TIER 1  MDRC-111 | $ 3,200.00 | Fair Value | $ 3,200.00 |
| FAC868 BARCO 1X6MP LED COLOR C | $ 5,100.00 | Fair Value | $ 5,100.00 |
| FAC868 BARCO MXRT5500 CARD | $ 525.00 | Fair Value | $ 525.00 |
| FAC868 BARCO TIER1 MDRC-1119 1 | $ 9,000.00 | Fair Value | $ 9,000.00 |
| FAC868 BARCODE SCANNER | $ 475.00 | Fair Value | $ 475.00 |
| FAC868 BATTERY CHARGER KITS 45 | $ 250.00 | Fair Value | $ 250.00 |
| FAC868 CANON IMAGE FORMULA DRC | $ 3,850.00 | Fair Value | $ 3,850.00 |
| FAC868 CATALYST 3750V2 48 10 P | $ 2,000.00 | Fair Value | $ 2,000.00 |
| FAC868 CATALYST 6500 SUPERVISO | $ 9,900.00 | Fair Value | $ 9,900.00 |
| FAC868 CISCO 1100WAC POWER SUP | $ 4,725.00 | Fair Value | $ 4,725.00 |
| FAC868 CISCO 48 PORT WS C3850 | $ 39,600.00 | Fair Value | $ 39,600.00 |
| FAC868 CISCO DIRECT 10G 2 PORT | $ 3,500.00 | Fair Value | $ 3,500.00 |
| FAC868 CISCO DIRECT SFP 10G LR | $ 5,000.00 | Fair Value | $ 5,000.00 |
| FAC868 CISCO DIRECT X2 10GB LR | $ 5,600.00 | Fair Value | $ 5,600.00 |
| FAC868 CISCO EXPANSION MOD 2 P | $ 13,500.00 | Fair Value | $ 13,500.00 |
| FAC868 CISCO ONE CATALYST 48 P | $ 123,000.00 | Fair Value | $ 123,000.00 |
| FAC868 CISCO POWER SUPPLY 1100 | $ 21,000.00 | Fair Value | $ 21,000.00 |
| FAC868 CISCO SFP TRANSCEIVER M | $ 12,000.00 | Fair Value | $ 12,000.00 |
| FAC868 CISCO X2 TRANSCEIVER MO | $ 15,625.00 | Fair Value | $ 15,625.00 |
| FAC868 CLINICALS MANTIME HRS S | $ 40.00 | Fair Value | $ 40.00 |
| FAC868 D90D7 THIN CLIENT WIRED | $ 2,250.00 | Fair Value | $ 2,250.00 |
| FAC868 DECSERVER MJ8 PORTS EXT | $ 600.00 | Fair Value | $ 600.00 |
| FAC868 DELL 19 MONITOR - E1913 | $ 3,040.00 | Fair Value | $ 3,040.00 |
| FAC868 DELL 19IN FLAT PANEL MO | $ 5,670.00 | Fair Value | $ 5,670.00 |
| FAC868 DELL 19IN MONITOR - P19 | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 DELL 19IN WIDE MONITOR | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC868 DELL 22 INCH MONITOR WI | $ 1,250.00 | Fair Value | $ 1,250.00 |
| FAC868 DELL 22IN MONITOR P2214 | $ 1,400.00 | Fair Value | $ 1,400.00 |
| FAC868 DELL 22IN WIDESCREEN MO | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 DELL 22INCH WIDESCREEN | $ 300.00 | Fair Value | $ 300.00 |
| FAC868 DELL 24IN MONITORS | $ 1,275.00 | Fair Value | $ 1,275.00 |
| FAC868 DELL 5330DN WORKGROUP L | $ 100.00 | Fair Value | $ 100.00 |
| FAC868 DELL E1911 FLAT PANEL M | $ 3,375.00 | Fair Value | $ 3,375.00 |
| FAC868 DELL LATITUDE E6430 | $ 250.00 | Fair Value | $ 250.00 |
| FAC868 DELL LATITUDE E6430 LAP | $ 1,250.00 | Fair Value | $ 1,250.00 |
| FAC868 DELL LATITUDE E6530 | $ 1,800.00 | Fair Value | $ 1,800.00 |
| FAC868 DELL LATITUDE E6540 | $ 36,575.00 | Fair Value | $ 36,575.00 |
| FAC868 DELL LATITUDE E7470 | $ 11,625.00 | Fair Value | $ 11,625.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC868 DELL OPTIPLEX 7040 | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC868 DELL OPTIPLEX 9010 DESK | $ 46,750.00 | Fair Value | $ 46,750.00 |
| FAC868 DELL OPTIPLEX 9020 MINI | $ 100.00 | Fair Value | $ 100.00 |
| FAC868 DELL OPTIPLEX 9020 SMFR | $ 550.00 | Fair Value | $ 550.00 |
| FAC868 DELL PRECISION T3610 WO | $ 1,000.00 | Fair Value | $ 1,000.00 |
| FAC868 DELL T3610 E5 1620V2 | $ 2,750.00 | Fair Value | $ 2,750.00 |
| FAC868 DELL ULTRASHARP 20IN FP | $ 9,000.00 | Fair Value | $ 9,000.00 |
| FAC868 DELL ULTRASHARP U2412M | $ 4,400.00 | Fair Value | $ 4,400.00 |
| FAC868 DELL VENUE 11 PRO (7140 | $ 1,275.00 | Fair Value | $ 1,275.00 |
| FAC868 DELL WYSE D9007 THIN CL | $ 2,500.00 | Fair Value | $ 2,500.00 |
| FAC868 DIGI RAPIDPORT/4-FAX/MO | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 DISK SHELF SERVER DS224 | $ 5,700.00 | Fair Value | $ 5,700.00 |
| FAC868 DISK SHELF SERVER DS424 | $ 4,550.00 | Fair Value | $ 4,550.00 |
| FAC868 DOCKING STATION | $ 150.00 | Fair Value | $ 150.00 |
| FAC868 E6440 I5-4300M 8GB 320G | $ 275.00 | Fair Value | $ 275.00 |
| FAC868 ENOVATE - TENET CART BU | $ 25,875.00 | Fair Value | $ 25,875.00 |
| FAC868 ENOVATE E997 ARM WALL M | $ 625.00 | Fair Value | $ 625.00 |
| FAC868 ENOVATE TENET CART BUND | $ 11,750.00 | Fair Value | $ 11,750.00 |
| FAC868 ENOVATE-TENET CART BUND | $ 159,650.00 | Fair Value | $ 159,650.00 |
| FAC868 EXTERNAL RAID 4.0TB RAC | $ 32,175.00 | Fair Value | $ 32,175.00 |
| FAC868 FI7160 COL DUPLX SHTFED | $ 700.00 | Fair Value | $ 700.00 |
| FAC868 FI-7160 COLOR DUPLEX SH | $ 600.00 | Fair Value | $ 600.00 |
| FAC868 FORTIGATE 200E FIREWALL | $ 3,825.00 | Fair Value | $ 3,825.00 |
| FAC868 FRIDEAS PCPROX HID USB | $ 350.00 | Fair Value | $ 350.00 |
| FAC868 FUJITSU 5950 DOC SCANNE | $ 13,500.00 | Fair Value | $ 13,500.00 |
| FAC868 FUJITSU 7160 DOC SCANNE | $ 11,200.00 | Fair Value | $ 11,200.00 |
| FAC868 FUJITSU 7160 SCANNER | $ 700.00 | Fair Value | $ 700.00 |
| FAC868 FUJITSU COLOR SCANNER | $ 16,200.00 | Fair Value | $ 16,200.00 |
| FAC868 FUJITSU FI-6110 SCANNER | $ 400.00 | Fair Value | $ 400.00 |
| FAC868 FUJITSU FI-7160 SCANNER | $ 2,475.00 | Fair Value | $ 2,475.00 |
| FAC868 FUJITSU LIFEBOOK T901 | $ 7,875.00 | Fair Value | $ 7,875.00 |
| FAC868 FULL WLAN FOR BRIDGE ST | $ 125.00 | Fair Value | $ 125.00 |
| FAC868 HARDWARE DSK SHLF CABLE | $ 15,000.00 | Fair Value | $ 15,000.00 |
| FAC868 HARDWARE UPGRADE W KEYB | $ 2,625.00 | Fair Value | $ 2,625.00 |
| FAC868 HONEYWELL XENON 1900 2D | $ 30,550.00 | Fair Value | $ 30,550.00 |
| FAC868 HONEYWELL XENON 1902 CO | $ 2,425.00 | Fair Value | $ 2,425.00 |
| FAC868 HP LASERJET ENTERPRISE | $ 1,625.00 | Fair Value | $ 1,625.00 |
| FAC868 HPG DELL 22IN MONITOR | $ 3,675.00 | Fair Value | $ 3,675.00 |
| FAC868 HPG DELL PE R230 E-3 SE | $ 1,950.00 | Fair Value | $ 1,950.00 |
| FAC868 IEI 8.4IN FANLESS PANEL | $ 15,600.00 | Fair Value | $ 15,600.00 |
| FAC868 INSTALL DATA NETWORK CA | $ 3,125.00 | Fair Value | $ 3,125.00 |
| FAC868 INSTALLATION OF DATA NE | $ 64,000.00 | Fair Value | $ 64,000.00 |
| FAC868 INTERMEDIATE DISTRIBUTI | $ 3,825.00 | Fair Value | $ 3,825.00 |
| FAC868 IRIDIUM 9555 SATELITE P | $ 300.00 | Fair Value | $ 300.00 |
| FAC868 LA550N IMPACT PRINTER I | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 LATITUDE E6420 LAPTOP | $ 375.00 | Fair Value | $ 375.00 |
| FAC868 LATITUDE E6440 I5-4300M | $ 425.00 | Fair Value | $ 425.00 |
| FAC868 LATITUDE E6530 LAPTOP | $ 8,625.00 | Fair Value | $ 8,625.00 |
| FAC868 Latitude E6540 15 lapto | $ 3,250.00 | Fair Value | $ 3,250.00 |
| FAC868 LATITUDE E6540 15-4300M | $ 1,750.00 | Fair Value | $ 1,750.00 |
| FAC868 Latitude E7440 | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC868 Latitude E7450 14 Ultra | $ 7,000.00 | Fair Value | $ 7,000.00 |
| FAC868 LC CONNECTOR LX/LH TRAN | $ 1,675.00 | Fair Value | $ 1,675.00 |
| FAC868 LC CONNECTOR SX TRANSCE | $ 3,050.00 | Fair Value | $ 3,050.00 |
| FAC868 LIFEBOOK T902 I5-3320M | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#72716 LABOR | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 LINK TO A#72717 LABOR | $ 325.00 | Fair Value | $ 325.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC868 LINK TO A#72718 LABOR | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 LINK TO A#72719 LABOR | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 LINK TO A#72720 LABOR | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 LINK TO A#72721 LABOR | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 LINK TO A#72722 LABOR | $ 325.00 | Fair Value | $ 325.00 |
| FAC868 LINK TO A#72723 LABOR | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 LINK TO A#72724 LABOR | $ 35.00 | Fair Value | $ 35.00 |
| FAC868 LINK TO A#72725 LABOR | $ 700.00 | Fair Value | $ 700.00 |
| FAC868 LINK TO A#72726 LABOR | $ 700.00 | Fair Value | $ 700.00 |
| FAC868 LINK TO A#76416 PROJ MN | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 LINK TO A#76417 PROJ MN | $ 10.00 | Fair Value | $ 10.00 |
| FAC868 LINK TO A#76647 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76648 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76649 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76650 LABOR | $ 40.00 | Fair Value | $ 40.00 |
| FAC868 LINK TO A#76651 LABOR | $ 40.00 | Fair Value | $ 40.00 |
| FAC868 LINK TO A#76652 LABOR | $ 40.00 | Fair Value | $ 40.00 |
| FAC868 LINK TO A#76653 LABOR | $ 30.00 | Fair Value | $ 30.00 |
| FAC868 LINK TO A#76654 LABOR | $ 30.00 | Fair Value | $ 30.00 |
| FAC868 LINK TO A#76655 LABOR | $ 30.00 | Fair Value | $ 30.00 |
| FAC868 LINK TO A#76656 LABOR | $ 300.00 | Fair Value | $ 300.00 |
| FAC868 LINK TO A#76657 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76658 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76659 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76660 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76661 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76662 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76663 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76664 LABOR | $ 175.00 | Fair Value | $ 175.00 |
| FAC868 LINK TO A#76665 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76666 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76667 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76668 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76669 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76670 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76671 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76672 LABOR | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 LINK TO A#76673 LABOR | $ 100.00 | Fair Value | $ 100.00 |
| FAC868 LINK TO A#76674 LABOR | $ 100.00 | Fair Value | $ 100.00 |
| FAC868 LINK TO A#76675 LABOR | $ 525.00 | Fair Value | $ 525.00 |
| FAC868 LINK TO A#76676 LABOR | $ 500.00 | Fair Value | $ 500.00 |
| FAC868 LINK TO A#76677 LABOR | $ 2,600.00 | Fair Value | $ 2,600.00 |
| FAC868 LINK TO A#76678 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76679 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76680 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76681 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76682 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76683 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76684 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76685 LABOR | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 LINK TO A#76686 LABOR | $ 250.00 | Fair Value | $ 250.00 |
| FAC868 MOTION COMPUTING F5T TA | $ 15,300.00 | Fair Value | $ 15,300.00 |
| FAC868 MOTION C-SERIES DOCKING | $ 225.00 | Fair Value | $ 225.00 |
| FAC868 MOTION F5T TABLET W/RFI | $ 1,400.00 | Fair Value | $ 1,400.00 |
| FAC868 NELSON PAVILION WAN CON | $ 2,500.00 | Fair Value | $ 2,500.00 |
| FAC868 NETAPP DISK SHELF 24X2 | $ 11,500.00 | Fair Value | $ 11,500.00 |
| FAC868 NETGEAR READYNAS 18TB 3 | $ 3,000.00 | Fair Value | $ 3,000.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC868 NETGEAR READYNAS NV + 3 | $ 600.00 | Fair Value | $ 600.00 |
| FAC868 NETPP DSK SHELF 24X3 | $ 16,400.00 | Fair Value | $ 16,400.00 |
| FAC868 NETPP DSK SHELF 2X600GB | $ 25,000.00 | Fair Value | $ 25,000.00 |
| FAC868 NURSE CALL IT EQUIPMENT | $ 49,000.00 | Fair Value | $ 49,000.00 |
| FAC868 OPTIPLEX 3020M MICRO WI | $ 995.00 | Fair Value | $ 995.00 |
| FAC868 OPTIPLEX 7040 SFF 128 G | $ 42,000.00 | Fair Value | $ 42,000.00 |
| FAC868 OPTIPLEX 7040 SFF 500 G | $ 6,000.00 | Fair Value | $ 6,000.00 |
| FAC868 OPTIPLEX 790 USFF | $ 1,950.00 | Fair Value | $ 1,950.00 |
| FAC868 OPTIPLEX 790 USFF I3 21 | $ 1,050.00 | Fair Value | $ 1,050.00 |
| FAC868 OPTIPLEX 9010 SMALL FOR | $ 5,345.00 | Fair Value | $ 5,345.00 |
| FAC868 OPTIPLEX 9020 | $ 35,625.00 | Fair Value | $ 35,625.00 |
| FAC868 OPTIPLEX 9020 MINI TOWE | $ 1,400.00 | Fair Value | $ 1,400.00 |
| FAC868 OPTIPLEX 9020 MINITOWER | $ 125.00 | Fair Value | $ 125.00 |
| FAC868 OPTIPLEX 9020 SFF 15-45 | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 OPTIPLEX 9020 SFF I5-45 | $ 1,500.00 | Fair Value | $ 1,500.00 |
| FAC868 OPTIPLEX 9020 SFF WIREL | $ 1,250.00 | Fair Value | $ 1,250.00 |
| FAC868 Optiplex 9020 Sm Form | $ 105,750.00 | Fair Value | $ 105,750.00 |
| FAC868 Optiplex 9020 Sm Form F | $ 54,600.00 | Fair Value | $ 54,600.00 |
| FAC868 OPTIPLEX 9020 SMALL FOR | $ 4,500.00 | Fair Value | $ 4,500.00 |
| FAC868 OPTIPLEX 9020 SMFRFT | $ 10,450.00 | Fair Value | $ 10,450.00 |
| FAC868 OPTIPLEX 990 | $ 1,950.00 | Fair Value | $ 1,950.00 |
| FAC868 OPTIPLEX 990 SFF | $ 75.00 | Fair Value | $ 75.00 |
| FAC868 OPTIPLEX SMALL FORM FAC | $ 5,000.00 | Fair Value | $ 5,000.00 |
| FAC868 OPTIPLEX9020 ULTRA SMAL | $ 2,250.00 | Fair Value | $ 2,250.00 |
| FAC868 P190S 19IN PANEL MONITO | $ 80.00 | Fair Value | $ 80.00 |
| FAC868 PE R610 SERVER CHASSIS | $ 1,350.00 | Fair Value | $ 1,350.00 |
| FAC868 PE R710 CHASSIS SERVER | $ 575.00 | Fair Value | $ 575.00 |
| FAC868 POWER SUPPLY CAT6500 60 | $ 1,700.00 | Fair Value | $ 1,700.00 |
| FAC868 POWEREDGE 310 SERVER 4 | $ 800.00 | Fair Value | $ 800.00 |
| FAC868 POWERMIC II NON SCANNER | $ 550.00 | Fair Value | $ 550.00 |
| FAC868 PRINTER ZM400 203 DPI D | $ 150.00 | Fair Value | $ 150.00 |
| FAC868 QUAD CHARGER BUNDLE | $ 7,150.00 | Fair Value | $ 7,150.00 |
| FAC868 R715 CHASSIS + 5QTY 146 | $ 525.00 | Fair Value | $ 525.00 |
| FAC868 RACK SERVER | $ 2,725.00 | Fair Value | $ 2,725.00 |
| FAC868 RFIDEAS PCPROX HID USB | $ 2,325.00 | Fair Value | $ 2,325.00 |
| FAC868 RFIDEAS READER | $ 550.00 | Fair Value | $ 550.00 |
| FAC868 SIT-STAND COMBOARM SYS | $ 850.00 | Fair Value | $ 850.00 |
| FAC868 SLIC tool | $ 850.00 | Fair Value | $ 850.00 |
| FAC868 SMART UPS XL MODULAR 30 | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 SPECTRALINK SLIC TOOL | $ 525.00 | Fair Value | $ 525.00 |
| FAC868 STAND  DESKTOP V3 | $ 125.00 | Fair Value | $ 125.00 |
| FAC868 THERMAL TRANSFER AUXILI | $ 525.00 | Fair Value | $ 525.00 |
| FAC868 TRANSFER SWITCH | $ 43,000.00 | Fair Value | $ 43,000.00 |
| FAC868 VLA SQL SERVER STD 2012 | $ 100.00 | Fair Value | $ 100.00 |
| FAC868 WIRELESS ACCESS NETWORK | $ 3,075.00 | Fair Value | $ 3,075.00 |
| FAC868 WORKSTATION TOWER, KYBD | $ 1,500.00 | Fair Value | $ 1,500.00 |
| FAC868 WYSE D90D7 THIN CLIENT | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 WYSE D90D7 W/WIFI | $ 2,530.00 | Fair Value | $ 2,530.00 |
| FAC868 XENON 1900 2D SCANNER | $ 6,475.00 | Fair Value | $ 6,475.00 |
| FAC868 XENON 1900 2D SCANNER H | $ 450.00 | Fair Value | $ 450.00 |
| FAC868 XENON 1902 CORDLESS 2D | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC868 ZEBRA ZM400 BARCODE PRI | $ 1,850.00 | Fair Value | $ 1,850.00 |
| FAC868 ZEBRA ZM400 THERMAL BAR | $ 200.00 | Fair Value | $ 200.00 |
| FAC868 ZM400 203 DPI DT/TT ETH | $ 900.00 | Fair Value | $ 900.00 |
| FAN FILTER GRANT FUNDED BIOTER | $ 500.00 | Fair Value | $ 500.00 |
| FAS3220 HA SYSTEM W/ 600GB AND | $ 52,000.00 | Fair Value | $ 52,000.00 |
| FAST REPLACEMENT FOR EXISTING | $ 20.00 | Fair Value | $ 20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---:|---|---:|
| FAX MACHINE | $ 175.00 | Fair Value | $ 175.00 |
| FAX WORKSTATION- CHERRY | $ 900.00 | Fair Value | $ 900.00 |
| FEEDING PUMP | $ 6,075.00 | Fair Value | $ 6,075.00 |
| FEMORAL NAIL IMPLANT SYSTEM | $ 3,275.00 | Fair Value | $ 3,275.00 |
| FENESTRATED GRASP FCPS INSERT | $ 1,050.00 | Fair Value | $ 1,050.00 |
| FENESTRATED GRASPING FORCEPS 3 | $ 1,125.00 | Fair Value | $ 1,125.00 |
| FFDB FACILITIES DATABASE/SUBSI | $ (35.00) | Fair Value | $ (35.00) |
| FI-6110 SHEET-FED DESKTOP SCAN | $ 300.00 | Fair Value | $ 300.00 |
| FIBER OPTIC LIGHT CARRIER | $ 175.00 | Fair Value | $ 175.00 |
| FILE 2 DRW LATERAL 30W/BKCASE | $ 60.00 | Fair Value | $ 60.00 |
| FILE CABINET LATERAL WD | $ 40.00 | Fair Value | $ 40.00 |
| FILE CABINETS | $ 220.00 | Fair Value | $ 220.00 |
| FILE CARD 10  DRAWERS | $ 80.00 | Fair Value | $ 80.00 |
| FILE CARD 6 DRAWERS | $ 40.00 | Fair Value | $ 40.00 |
| FILE CARD 7 DRAWERS | $ 40.00 | Fair Value | $ 40.00 |
| FILE CARD 9 DRAWERS | $ 200.00 | Fair Value | $ 200.00 |
| FILE DIVIDERS  (144 EA. @ 4.68 | $ 90.00 | Fair Value | $ 90.00 |
| FILE LATERAL 2 DRAWERS WOOD | $ 175.00 | Fair Value | $ 175.00 |
| FILE LATERAL 2 DRAWERS WOOD W/ | $ 200.00 | Fair Value | $ 200.00 |
| FILE LATERAL 3 DRAWERS | $ 170.00 | Fair Value | $ 170.00 |
| FILE LATERAL 3 DRAWERS WOOD | $ 180.00 | Fair Value | $ 180.00 |
| FILE LATERAL 4 DRAWERS | $ 1,885.00 | Fair Value | $ 1,885.00 |
| FILE LATERAL 4 DRAWERS WOOD | $ 285.00 | Fair Value | $ 285.00 |
| FILE LATERAL 5 DRAWERS | $ 19,845.00 | Fair Value | $ 19,845.00 |
| FILE OAK 3 DWR LAM 36 OVERSIZE | $ 40.00 | Fair Value | $ 40.00 |
| FILE STL 27 DRW CARD | $ 40.00 | Fair Value | $ 40.00 |
| FILE STL 7 DRW CARD | $ 40.00 | Fair Value | $ 40.00 |
| FILE STL 8 DRW CARD | $ 40.00 | Fair Value | $ 40.00 |
| FILE STL CARD 10 DRW LATERAL36 | $ 40.00 | Fair Value | $ 40.00 |
| FILE STL CARD 8 ARW | $ 40.00 | Fair Value | $ 40.00 |
| FILE STL CRD 27 DRW | $ 40.00 | Fair Value | $ 40.00 |
| FILE SYSTEM MOBILE - 3 MOBILE | $ 2,225.00 | Fair Value | $ 2,225.00 |
| FIXATION FORCEPS - CURVED- REM | $ 450.00 | Fair Value | $ 450.00 |
| FIXED DURA GUARD 12MM | $ 125.00 | Fair Value | $ 125.00 |
| FIXED DURA GUARD 16MM | $ 150.00 | Fair Value | $ 150.00 |
| FLAT PANEL 75MM W/K.B. VHM ARM | $ 80.00 | Fair Value | $ 80.00 |
| FLAT PANEL 75MM W/K.B. VHRS W/ | $ 40.00 | Fair Value | $ 40.00 |
| FLAT PANEL LCD MONITORS | $ 90.00 | Fair Value | $ 90.00 |
| FLAT PANEL LCD TOUCHMONITOR | $ 375.00 | Fair Value | $ 375.00 |
| FLAT PANEL MONITOR | $ 480.00 | Fair Value | $ 480.00 |
| FLAT PANEL MONITOR WITH MOUNTI | $ 225.00 | Fair Value | $ 225.00 |
| FLAT/ADJ. WORK BENCH-BLACK | $ 475.00 | Fair Value | $ 475.00 |
| FLEXIBLE BIOPSY FORCEP | $ 45.00 | Fair Value | $ 45.00 |
| FLEXIBLE BIOPSY FORCEPS | $ 65.00 | Fair Value | $ 65.00 |
| FLEXIBLE GAS STORAGE-STERILIZA | $ 110.00 | Fair Value | $ 110.00 |
| FLEXIBLE GRASPING FORCEPS | $ 65.00 | Fair Value | $ 65.00 |
| FLEXIBLE INTUBATION SCOPE 2.8M | $ 3,075.00 | Fair Value | $ 3,075.00 |
| FLEXIBLE MODULE SERVER | $ 2,815.00 | Fair Value | $ 2,815.00 |
| FLEXIBLE RHINOLARYNGOSCOPE W/2 | $ 1,850.00 | Fair Value | $ 1,850.00 |
| FLEXIBLE RHINOLARYNGOSCOPE W/3 | $ 1,300.00 | Fair Value | $ 1,300.00 |
| FLEXIBLE URETEROSCOPE | $ 4,700.00 | Fair Value | $ 4,700.00 |
| FLOOR BX FRAME&CVR LG RECT SS | $ 60.00 | Fair Value | $ 60.00 |
| FLOORSTAND | $ 400.00 | Fair Value | $ 400.00 |
| FLOW METER W/CHEMTRON WALL ADA | $ 375.00 | Fair Value | $ 375.00 |
| FLOWMETER | $ 24,350.00 | Fair Value | $ 24,350.00 |
| FLOWMETER TRANSIT TIME | $ 825.00 | Fair Value | $ 825.00 |
| FLOWSENSOR TUBING OD: 11/16* X | $ 275.00 | Fair Value | $ 275.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FLOWSENSOR TUBING OD: 7/16* XL | $ 275.00 | Fair Value | $ 275.00 |
| FLOWSENSOR- TUBING OD: 9/16* X | $ 275.00 | Fair Value | $ 275.00 |
| FOAM DETECTOR-ATT TO BLOOD PUM | $ 110.00 | Fair Value | $ 110.00 |
| FOGLA AIR INJECT CANNULA 25G | $ 360.00 | Fair Value | $ 360.00 |
| FOGLA AIR INJECTION CANNULA | $ 360.00 | Fair Value | $ 360.00 |
| FOGLA CORNEAL SCISSORS | $ 400.00 | Fair Value | $ 400.00 |
| FOGLA LEFT SIDE SCISSORS | $ 400.00 | Fair Value | $ 400.00 |
| FOGLA STROMAL FIXATION FORCEPS | $ 1,300.00 | Fair Value | $ 1,300.00 |
| FOLDING TABLE- 24X84 | $ 360.00 | Fair Value | $ 360.00 |
| FOLDING TABLE- 24X96 | $ 95.00 | Fair Value | $ 95.00 |
| FOOT ACTIVATED PNEUMATIC STOOL | $ 210.00 | Fair Value | $ 210.00 |
| FOOT OPERATED STOOL | $ 180.00 | Fair Value | $ 180.00 |
| FOOT STOOL | $ 2,100.00 | Fair Value | $ 2,100.00 |
| FOOT SWITCH AND CABLE | $ 80.00 | Fair Value | $ 80.00 |
| FOOTSTAND | $ 80.00 | Fair Value | $ 80.00 |
| FOOTSWITCH | $ 100.00 | Fair Value | $ 100.00 |
| FOOTSWITCH (3WAY) FOR UP21MD P | $ 5.00 | Fair Value | $ 5.00 |
| FOOTSWITCH FOR GENERATOR | $ 30.00 | Fair Value | $ 30.00 |
| FORCEP-ENDOSCOPY | $ 125.00 | Fair Value | $ 125.00 |
| FORCEP-ESOPHAGOSCOPE | $ 125.00 | Fair Value | $ 125.00 |
| FORCEPS | $ 315.00 | Fair Value | $ 315.00 |
| FORCEPS ALLIGATOR GRASPING | $ 75.00 | Fair Value | $ 75.00 |
| FORCEPS GRASPING 5FR | $ 45.00 | Fair Value | $ 45.00 |
| FORCEPS OPTICAL | $ 250.00 | Fair Value | $ 250.00 |
| FORCEPS OPTICAL BIOPSY | $ 125.00 | Fair Value | $ 125.00 |
| FORCEPS-ESOPHAGOSCOPE | $ 125.00 | Fair Value | $ 125.00 |
| FORCEPS-SURGICAL EQUIPMENT | $ 50.00 | Fair Value | $ 50.00 |
| FOREIGN BODY BASKET-ENDOSCOPIC | $ 150.00 | Fair Value | $ 150.00 |
| FORKLIFT TRUCK ELECTRIC WALKIE | $ 350.00 | Fair Value | $ 350.00 |
| FOUR RIVERS BIOMED PROJECT-TMS | $ 10.00 | Fair Value | $ 10.00 |
| FR LINK TO ASSET 52406 | $ (85.00) | Fair Value | $ (85.00) |
| FRAMELESS BIOPSY SYSTEM W UPGR | $ 2,750.00 | Fair Value | $ 2,750.00 |
| FREE DOME YOKE ATTACHMENT SIZE | $ 550.00 | Fair Value | $ 550.00 |
| FREEMOTION VERTEX | $ 3,800.00 | Fair Value | $ 3,800.00 |
| FREEZER | $ 2,375.00 | Fair Value | $ 2,375.00 |
| FREEZER 1 DOOR | $ 2,650.00 | Fair Value | $ 2,650.00 |
| FREEZER 1 DOOR LAB | $ 1,250.00 | Fair Value | $ 1,250.00 |
| FREEZER 1 DOOR UNDERCOUNTER | $ 1,050.00 | Fair Value | $ 1,050.00 |
| FREEZER 9CF LATERAL | $ 50.00 | Fair Value | $ 50.00 |
| FREEZER CRYOGENIC | $ 600.00 | Fair Value | $ 600.00 |
| FREEZER DOMESTIC UNERCOUNTER | $ 70.00 | Fair Value | $ 70.00 |
| FREEZER LAB | $ 1,550.00 | Fair Value | $ 1,550.00 |
| FREEZER ULTRA LOW | $ 1,825.00 | Fair Value | $ 1,825.00 |
| FREEZER ULTRA LOW COMPACT | $ 525.00 | Fair Value | $ 525.00 |
| FREEZER WARRANTY(4YR) - RESEAR | $ 25.00 | Fair Value | $ 25.00 |
| FRIGIDAIRE 16.3 CF FREEZER/REF | $ 2,025.00 | Fair Value | $ 2,025.00 |
| FROST FREE REFRIGERATOR/FREEZE | $ 200.00 | Fair Value | $ 200.00 |
| FRYER DOUBLE BASKET | $ 550.00 | Fair Value | $ 550.00 |
| FRYER DOUBLE BASKET WITH WARMI | $ 13,800.00 | Fair Value | $ 13,800.00 |
| FUJITSU DOCUMENT SCANNER | $ 825.00 | Fair Value | $ 825.00 |
| FUJITSU FI7160 DOCUMENT SCANNE | $ 7,500.00 | Fair Value | $ 7,500.00 |
| FULL SIZE LID W/RETENTION PLAT | $ 45.00 | Fair Value | $ 45.00 |
| FULL SIZE PERFORATED BASKET 3* | $ 20.00 | Fair Value | $ 20.00 |
| FULL SIZE PERFORMATED BASKET 3 | $ 10.00 | Fair Value | $ 10.00 |
| FULL SIZE SILICON PAD | $ 45.00 | Fair Value | $ 45.00 |
| FULL SIZE SOLID BOTTOM 4* | $ 70.00 | Fair Value | $ 70.00 |
| FURNISH & INSTALL BROADLOOM CA | $ 90.00 | Fair Value | $ 90.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FURNISH AND INSTALL DATA CABLE | $ 250.00 | Fair Value | $ 250.00 |
| FURNISH/INSTALL CABLES | $ 475.00 | Fair Value | $ 475.00 |
| FURNISH/INSTALL PLENIUM DATA C | $ 275.00 | Fair Value | $ 275.00 |
| FURNITURE REUPHOLSTERING | $ 1,200.00 | Fair Value | $ 1,200.00 |
| G E FAN DRY PKG W/TEMP DEVICE | $ 1,600.00 | Fair Value | $ 1,600.00 |
| GAIT KEEPER 2000T TREADMILL | $ 2,450.00 | Fair Value | $ 2,450.00 |
| GALVANIZED WOVEN WIRE CAGE | $ 350.00 | Fair Value | $ 350.00 |
| GAMMACELL BLOOD IRRADIATOR | $ 290,000.00 | Fair Value | $ 290,000.00 |
| GANG BOX | $ 55.00 | Fair Value | $ 55.00 |
| GANG BOX ELECTRICAL | $ 80.00 | Fair Value | $ 80.00 |
| GANGING BRACKETS | $ 40.00 | Fair Value | $ 40.00 |
| GARBAGE DISPOSAL | $ 1,025.00 | Fair Value | $ 1,025.00 |
| GARBAGE DISPOSAL 3HP NEW REDGO | $ 450.00 | Fair Value | $ 450.00 |
| GAS SCAVAGING SYSTEM W/NEEDLE | $ 60.00 | Fair Value | $ 60.00 |
| GEM MONITORING SYSTEM | $ 350.00 | Fair Value | $ 350.00 |
| GEMINI COVER DIETARY | $ 250.00 | Fair Value | $ 250.00 |
| GENERATOR CART | $ 95.00 | Fair Value | $ 95.00 |
| GENERATOR ELECTROSURGICAL 295X | $ 9,100.00 | Fair Value | $ 9,100.00 |
| GENERATOR PORTABLE | $ 175.00 | Fair Value | $ 175.00 |
| GI ADAPTOR UPPER | $ 110.00 | Fair Value | $ 110.00 |
| GIRAFFE BEDDED WARMER | $ 163,000.00 | Fair Value | $ 163,000.00 |
| GIRAFFE EXAM LIGHT | $ 2,000.00 | Fair Value | $ 2,000.00 |
| GIRAFFE INCUBATOR | $ 60,500.00 | Fair Value | $ 60,500.00 |
| GIRAFFE OMNIBEDS | $ 180,000.00 | Fair Value | $ 180,000.00 |
| GL CLOSE SHORTENING EQUIP/DEVE | $ 45.00 | Fair Value | $ 45.00 |
| GL, EIS, TIBS AND OTHER REPORT | $ 10.00 | Fair Value | $ 10.00 |
| GLASS WINDOW PLUG-BRONCHO PART | $ 10.00 | Fair Value | $ 10.00 |
| GLIDESCOPE AVL SYSTEM (SINGLE | $ 2,600.00 | Fair Value | $ 2,600.00 |
| GLOBAL BLACK LEATHER ADJUSTABL | $ 250.00 | Fair Value | $ 250.00 |
| GLOVE BOX HOLDER | $ 1,610.00 | Fair Value | $ 1,610.00 |
| GLOVE BOX HOLDER FOR 2 BOXES | $ 910.00 | Fair Value | $ 910.00 |
| GLOVE DISPENSERS | $ 110.00 | Fair Value | $ 110.00 |
| GLUCOMETER | $ 5,600.00 | Fair Value | $ 5,600.00 |
| GLUCOMETER VIRTUAL BASE UNIT | $ 450.00 | Fair Value | $ 450.00 |
| GONAD SHIELD SET FOR X-RAYS | $ 25.00 | Fair Value | $ 25.00 |
| GRABBERS-PATIENT CARE | $ 50.00 | Fair Value | $ 50.00 |
| GRANADA ARMLESS LOW BACK PNEUM | $ 1,915.00 | Fair Value | $ 1,915.00 |
| GRAPHIC CASE BASE WITH LID | $ 1,050.00 | Fair Value | $ 1,050.00 |
| GRASP FCPS INSERT/OUTER TUBE A | $ 60.00 | Fair Value | $ 60.00 |
| GRASP FORCEPS LEFT 21CM EBONI | $ 500.00 | Fair Value | $ 500.00 |
| GRASP FORCEPS RIGHT 21CM EBONI | $ 500.00 | Fair Value | $ 500.00 |
| GRASP FORCEPS STR 21CM EBONIZE | $ 500.00 | Fair Value | $ 500.00 |
| GREASEBOARD 4X10 | $ 50.00 | Fair Value | $ 50.00 |
| GREEN STRABISMUS HOOK | $ 20.00 | Fair Value | $ 20.00 |
| GRINDER BENCH TYPE | $ 125.00 | Fair Value | $ 125.00 |
| GRSPR  FORCEP  LOOSEBODY  PTBL | $ 825.00 | Fair Value | $ 825.00 |
| GUARDIAN EYEWASH DECK MOUNT RI | $ 1,800.00 | Fair Value | $ 1,800.00 |
| GUARDRAILS POINTOFCARE LICENSE | $ 525.00 | Fair Value | $ 525.00 |
| GYM SYSTEM WITH LEG PRESS | $ 4,725.00 | Fair Value | $ 4,725.00 |
| GYNNIE-OB GYN STRETCHER | $ 600.00 | Fair Value | $ 600.00 |
| H HARNESS ITO | $ 5.00 | Fair Value | $ 5.00 |
| HALF APRON SET FOR X-RAYS | $ 50.00 | Fair Value | $ 50.00 |
| HALF SIZE LID W/RETENTION PLAT | $ 40.00 | Fair Value | $ 40.00 |
| HALF SIZE PERF BASKET 3* | $ 30.00 | Fair Value | $ 30.00 |
| HALF SIZE SILICON PAD | $ 15.00 | Fair Value | $ 15.00 |
| HALF SIZE SOLID BOTTOM 4* | $ 80.00 | Fair Value | $ 80.00 |
| HALOGEN EXAM LIGHT | $ 35.00 | Fair Value | $ 35.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| HAMBURGER | $ 400.00 | Fair Value | $ 400.00 |
| HAMPER | $ 5,225.00 | Fair Value | $ 5,225.00 |
| HAMPER FOOT PEDAL | $ 45.00 | Fair Value | $ 45.00 |
| HANDHELD DOPPLER | $ 525.00 | Fair Value | $ 525.00 |
| HANDLE FOR TABLE CADDIE | $ 325.00 | Fair Value | $ 325.00 |
| HANDLE INSULATED W/O RATCHET W | $ 150.00 | Fair Value | $ 150.00 |
| HANDLE METAL | $ 300.00 | Fair Value | $ 300.00 |
| HANDLE METAL W/MANHES STYLE RA | $ 95.00 | Fair Value | $ 95.00 |
| HANDLE METAL W/O RATCHET F/CLI | $ 350.00 | Fair Value | $ 350.00 |
| HANDLE METAL W/O RATCHET NON-L | $ 350.00 | Fair Value | $ 350.00 |
| HANDLE ONLY F/CLICKLINE GRASPE | $ 25.00 | Fair Value | $ 25.00 |
| HANDPIECE 2/BX | $ 350.00 | Fair Value | $ 350.00 |
| HANDPIECE CLEANING SYSTEM | $ 200.00 | Fair Value | $ 200.00 |
| HANDSWITCH | $ 60.00 | Fair Value | $ 60.00 |
| Hard Drive | $ 1,100.00 | Fair Value | $ 1,100.00 |
| HARD-6.0 CAB-CONSOLE-RJ45= | $ 2,000.00 | Fair Value | $ 2,000.00 |
| HARD-Catalyst 3K-X 1G Network | $ 85.00 | Fair Value | $ 85.00 |
| HARMONIC SCALPEL HANDPIECE-702 | $ 375.00 | Fair Value | $ 375.00 |
| HARMONY AIR G5 SINGLE PACKAGE | $ 31,500.00 | Fair Value | $ 31,500.00 |
| HARMONY DUAL LED585 PACKAGE | $ 700.00 | Fair Value | $ 700.00 |
| HARMONY LED385 EXAMINATION LIG | $ 109,850.00 | Fair Value | $ 109,850.00 |
| HARMONY LIGHT CONTROLLER | $ 3,225.00 | Fair Value | $ 3,225.00 |
| HARMONY MOBILE LED SURGICAL LI | $ 34,600.00 | Fair Value | $ 34,600.00 |
| HCL SUPER TOUGH BINS(SANDSTONE | $ 40.00 | Fair Value | $ 40.00 |
| HD CAMERA LIGHTHANDLE MODULE | $ 12,100.00 | Fair Value | $ 12,100.00 |
| HD FLAT PANEL LCD 24* SONY LMD | $ 1,450.00 | Fair Value | $ 1,450.00 |
| HEADBOARD/FOOTBOARD ACCESSORIE | $ 175.00 | Fair Value | $ 175.00 |
| HEADBOARD/FOOTBOARD WITH CHART | $ 125.00 | Fair Value | $ 125.00 |
| HEADBOX FOR V32 ETHERNET AMPLI | $ 1,550.00 | Fair Value | $ 1,550.00 |
| HEADBOX FOR V44 FOR ETHERNET A | $ 400.00 | Fair Value | $ 400.00 |
| HEADLIGHT CAMERA SYSTEM | $ 5,000.00 | Fair Value | $ 5,000.00 |
| HEADREST ITO SMALL | $ 5.00 | Fair Value | $ 5.00 |
| HEADSET WITH MICROPHONE | $ 1,075.00 | Fair Value | $ 1,075.00 |
| HEALTH INFORMATION MANAGEMENT | $ 20.00 | Fair Value | $ 20.00 |
| HEALTH RESOURCE REORGANIZATION | $ 40.00 | Fair Value | $ 40.00 |
| HEALTH,TRAINING,CERTIFICATION | $ 35.00 | Fair Value | $ 35.00 |
| HEART LUNG MACHINE | $ 110,500.00 | Fair Value | $ 110,500.00 |
| HEARTSTART FRX DEFIBRILLATOR | $ 800.00 | Fair Value | $ 800.00 |
| HEAT SEALER | $ 50.00 | Fair Value | $ 50.00 |
| HEAT SEALER BENCHTOP | $ 35.00 | Fair Value | $ 35.00 |
| HEATED WIRE ADAPTER CABLE PIGT | $ 10.00 | Fair Value | $ 10.00 |
| HEATER / COOLER | $ 9,700.00 | Fair Value | $ 9,700.00 |
| HEATING BLOCK PLASMATHERM | $ 100.00 | Fair Value | $ 100.00 |
| HEIGHT GAUGE | $ 70.00 | Fair Value | $ 70.00 |
| HELIODENT PLUS INTRAORAL XRAY | $ 4,425.00 | Fair Value | $ 4,425.00 |
| HEMATOCRIT ROTOR | $ 65.00 | Fair Value | $ 65.00 |
| HEMODIALYSIS MACHINE STRAP | $ 225.00 | Fair Value | $ 225.00 |
| HEMODYNAMIC MEASUREMENT SERVER | $ 350.00 | Fair Value | $ 350.00 |
| HEMOGLOBINOMETER | $ 80.00 | Fair Value | $ 80.00 |
| HEMOXIMETER - LINK TO ASSET 60 | $ 5.00 | Fair Value | $ 5.00 |
| HFL38X 13-6 MHZ TRANSDUCER BIO | $ 3,475.00 | Fair Value | $ 3,475.00 |
| HI LO MAT PLATFORM 4 X7 (ROYA | $ 2,175.00 | Fair Value | $ 2,175.00 |
| HI LO MAT PLATFORM 6  X 8 (RO | $ 4,650.00 | Fair Value | $ 4,650.00 |
| HIGH DEFINITION LED L CD MONIT | $ 12,200.00 | Fair Value | $ 12,200.00 |
| HIGH FREQUENCY CORD W/PLUG | $ 15.00 | Fair Value | $ 15.00 |
| HIGH SECURITY CUSTOM LOCK FOR | $ 5.00 | Fair Value | $ 5.00 |
| HIGH SPEED PERIMTER CAMERA | $ 1,225.00 | Fair Value | $ 1,225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| HIGH TRANS LIGHT CARRIER | $ 125.00 | Fair Value | $ 125.00 |
| HIGHCHAIR & TRAY | $ 180.00 | Fair Value | $ 180.00 |
| HL7 MESSAGING AGENT | $ 525.00 | Fair Value | $ 525.00 |
| HLR105 HORIZON LAB/PHCY REFRIG | $ 2,625.00 | Fair Value | $ 2,625.00 |
| HLR105 HORIZONLAB/PHCY REFRIGE | $ 525.00 | Fair Value | $ 525.00 |
| HOLDER NEEDLE SWOLIN CONVEX | $ 390.00 | Fair Value | $ 390.00 |
| HOLDER PDI SANI CLOTH | $ 195.00 | Fair Value | $ 195.00 |
| HOLDER SILICONE STRIP | $ 20.00 | Fair Value | $ 20.00 |
| HOLDER-GAS E-CYLINDER | $ 405.00 | Fair Value | $ 405.00 |
| HON BOOKCASE-STEEL 6 SHELVES- | $ 25.00 | Fair Value | $ 25.00 |
| HON STORAGE CABINET- FIN: P-BL | $ 30.00 | Fair Value | $ 30.00 |
| HON VOLT MID BACK CHAIR BLACK | $ 1,000.00 | Fair Value | $ 1,000.00 |
| HONEYWELL BARCODE SCANNER | $ 11,750.00 | Fair Value | $ 11,750.00 |
| HONEYWELL SCANNERS 1900 2D SCA | $ 5,775.00 | Fair Value | $ 5,775.00 |
| HONEYWELL XENON 1900 2D SCANNE | $ 900.00 | Fair Value | $ 900.00 |
| HOOD | $ 1,200.00 | Fair Value | $ 1,200.00 |
| HOOD EXHAUST S/S | $ 550.00 | Fair Value | $ 550.00 |
| HOOD FUME | $ 725.00 | Fair Value | $ 725.00 |
| HOOD FUME LAB | $ 5,700.00 | Fair Value | $ 5,700.00 |
| HOOD GREASE & FIRE SUPPRESSION | $ 1,300.00 | Fair Value | $ 1,300.00 |
| HOOD RADIOISOTOPC | $ 225.00 | Fair Value | $ 225.00 |
| HOOD SAFETY CABINET | $ 40.00 | Fair Value | $ 40.00 |
| HOOD STERILGARD | $ 2,325.00 | Fair Value | $ 2,325.00 |
| HOOD W/GREASE & FIRE SUPPRESSI | $ 900.00 | Fair Value | $ 900.00 |
| HOPKINS 0 DEGREE TELESCOPE 2.7 | $ 3,900.00 | Fair Value | $ 3,900.00 |
| HOPKINS 0DEG TELESCOPE 1.9/2.1 | $ 2,000.00 | Fair Value | $ 2,000.00 |
| HOPKINS 0DEG TELESCOPE 2.9MM X | $ 2,075.00 | Fair Value | $ 2,075.00 |
| HOPKINS 30 DEGREE TELESCOPE 2. | $ 3,900.00 | Fair Value | $ 3,900.00 |
| HOPKINS 30DEG TELESCOPE | $ 400.00 | Fair Value | $ 400.00 |
| HOPKINS 70DEG TELESCOPE | $ 400.00 | Fair Value | $ 400.00 |
| HOPKINS II 0 DEGREE  TELESCOPE | $ 3,775.00 | Fair Value | $ 3,775.00 |
| HOPKINS II 0DEG TELESCOPE | $ 400.00 | Fair Value | $ 400.00 |
| HOPKINS II 120DEG. TELESCOPE 4 | $ 525.00 | Fair Value | $ 525.00 |
| HOPKINS II 30  WIDE ANGLE TELE | $ 8,350.00 | Fair Value | $ 8,350.00 |
| HOPKINS II 30 DEGREE TELESCOPE | $ 1,950.00 | Fair Value | $ 1,950.00 |
| HOPKINS II TELESCOPE | $ 1,575.00 | Fair Value | $ 1,575.00 |
| HORIZON SERIES SINGLE DOOR LAB | $ 425.00 | Fair Value | $ 425.00 |
| HOSE NITROUS OXIDE DISS/CHEMET | $ 80.00 | Fair Value | $ 80.00 |
| HOSE OXYGEN DISS/CHEMETRON 8FT | $ 80.00 | Fair Value | $ 80.00 |
| HOSE PC710 MR7 REGULATOR PNEUM | $ 30.00 | Fair Value | $ 30.00 |
| HOSPITAL MASCOT FOR COMMUNITY | $ 1,150.00 | Fair Value | $ 1,150.00 |
| HOSPITAL WEBSITE REDESIGN | $ 20.00 | Fair Value | $ 20.00 |
| HOUSEKEEPING CART | $ 5,125.00 | Fair Value | $ 5,125.00 |
| HOUSINGS FOR HEPA FILTERS | $ 320.00 | Fair Value | $ 320.00 |
| HP 7400 SERIES AUTO DOCUMENTR | $ 25.00 | Fair Value | $ 25.00 |
| HP COLOR LASERJET PRINTER | $ 1,750.00 | Fair Value | $ 1,750.00 |
| HP ELITE PAD DOCKING STATION | $ 2,750.00 | Fair Value | $ 2,750.00 |
| HP INK JET PRINTER 22XX-250 SH | $ 20.00 | Fair Value | $ 20.00 |
| HP LASER PRINTER 4350DTN | $ 125.00 | Fair Value | $ 125.00 |
| HP M3435X MFP PRINTER REFURBIS | $ 200.00 | Fair Value | $ 200.00 |
| HP PRINTER FOR STRESS LAB | $ 275.00 | Fair Value | $ 275.00 |
| HP PRO SLATE TABLET | $ 10,625.00 | Fair Value | $ 10,625.00 |
| HP SB ELITE TABLET | $ 8,250.00 | Fair Value | $ 8,250.00 |
| HP SCAN JET 4400C SE PRINTER | $ 20.00 | Fair Value | $ 20.00 |
| HP SCANJET 6300CSE SCANNER C76 | $ 50.00 | Fair Value | $ 50.00 |
| HP SHEET FEEDER & TRAY | $ 140.00 | Fair Value | $ 140.00 |
| HP SJ 6350CX1 SCNR/US ENG LOCA | $ 55.00 | Fair Value | $ 55.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| HPC BLITZ CODE MACHINE | $ 1,700.00 | Fair Value | $ 1,700.00 |
| HRMS IMPLEMENT GENESYS 6.1 401 | $ 5.00 | Fair Value | $ 5.00 |
| HRMS WEB ENABLE KRONOS 4010377 | $ 10.00 | Fair Value | $ 10.00 |
| HRMS WEB HISTORY ENHANCEMENT | $ 25.00 | Fair Value | $ 25.00 |
| HRMS, KRNOS, PAYROLL | $ 35.00 | Fair Value | $ 35.00 |
| HRMS, KRONOS, PAYROLL | $ 75.00 | Fair Value | $ 75.00 |
| HUGGER SQUEEZE SYSTEM | $ 1,125.00 | Fair Value | $ 1,125.00 |
| HUMIDIFICATION SYSTEM - HIGH F | $ 3,750.00 | Fair Value | $ 3,750.00 |
| HUMIDIFIER BRACKET | $ 5.00 | Fair Value | $ 5.00 |
| HUMIDIFIER INSTALLATION AHU#3 | $ 925.00 | Fair Value | $ 925.00 |
| HUMIDIFIER/INSTALLATION AHU #1 | $ 1,025.00 | Fair Value | $ 1,025.00 |
| HUMIDITY TEMP SENSOR | $ 150.00 | Fair Value | $ 150.00 |
| HUMMER TPS ASSEMBLY | $ 95.00 | Fair Value | $ 95.00 |
| HUTCH | $ 400.00 | Fair Value | $ 400.00 |
| HUTCH W/DOORS- NICU | $ 180.00 | Fair Value | $ 180.00 |
| HYDROCOLLATOR | $ 175.00 | Fair Value | $ 175.00 |
| HYDROCOLLATOR MODEL M-2 | $ 675.00 | Fair Value | $ 675.00 |
| HYDROSURGERY SYSTEM | $ 7,400.00 | Fair Value | $ 7,400.00 |
| HYPER/HYPOTHERMIA SYSTEM | $ 36,000.00 | Fair Value | $ 36,000.00 |
| HYPOTHERMIA PUMPS | $ 150.00 | Fair Value | $ 150.00 |
| HYPOTHERMIA UNIT | $ 7,150.00 | Fair Value | $ 7,150.00 |
| HYPOTHERMIA UNIT - INFANT | $ 4,300.00 | Fair Value | $ 4,300.00 |
| I.V./INFUSION THERAPY STAND/ME | $ 900.00 | Fair Value | $ 900.00 |
| IAM - ACCESS MANAGEMENT | $ 25.00 | Fair Value | $ 25.00 |
| IAM - INTEGRATION PROJECT | $ 30.00 | Fair Value | $ 30.00 |
| ICC300 GENERATOR - OPERATING R | $ 825.00 | Fair Value | $ 825.00 |
| ICE AND WATER DISPENSER | $ 1,500.00 | Fair Value | $ 1,500.00 |
| ICE CORD-RS WITH ICE PROBE INT | $ 3,150.00 | Fair Value | $ 3,150.00 |
| ICE MACHINE | $ 4,475.00 | Fair Value | $ 4,475.00 |
| ICE MACHINE COUNTERTOP | $ 19,990.00 | Fair Value | $ 19,990.00 |
| ICE MACHINE FLOOR TYPE | $ 900.00 | Fair Value | $ 900.00 |
| ICE MACHINE SERIES 25 | $ 1,500.00 | Fair Value | $ 1,500.00 |
| ICHEM 100 UCA WITH BARCODE REA | $ 3,050.00 | Fair Value | $ 3,050.00 |
| ICOM PORTABLE RADIO. UHF- 4WAT | $ 120.00 | Fair Value | $ 120.00 |
| ID CARD ACCESS PANEL FOR PARKI | $ 1,050.00 | Fair Value | $ 1,050.00 |
| IDCDCM AND M280 DATA CAPTURE D | $ 3,900.00 | Fair Value | $ 3,900.00 |
| ID-TIPMASTER PIPETTOR/MTS-ID W | $ 200.00 | Fair Value | $ 200.00 |
| IDXRAD TALKSTATION 2.2;VOICE R | $ 2,525.00 | Fair Value | $ 2,525.00 |
| IE33 ULTRASOUND SYSTEM | $ 1,275.00 | Fair Value | $ 1,275.00 |
| IE33 UPGRADE (TEE ADAPTER) #10 | $ 2,075.00 | Fair Value | $ 2,075.00 |
| IEI 8.4IN FANLESS PANEL PC SVG | $ 18,850.00 | Fair Value | $ 18,850.00 |
| ILLUMINATED TABLE STAND | $ 150.00 | Fair Value | $ 150.00 |
| ILLUMINATOR FOUR BANK | $ 200.00 | Fair Value | $ 200.00 |
| ILLUMINATOR SINGLE PANEL | $ 50.00 | Fair Value | $ 50.00 |
| ILLUMINATOR SIX OVER SIX BANK | $ 300.00 | Fair Value | $ 300.00 |
| ILLUMINATOR SURGICAL | $ 450.00 | Fair Value | $ 450.00 |
| ILLUMINATOR THREE OVER THREE B | $ 225.00 | Fair Value | $ 225.00 |
| IMAC PC 3.2GHZ QUAD-I5  TURBO | $ 275.00 | Fair Value | $ 275.00 |
| IMACS DEVELOPMENT | $ 35.00 | Fair Value | $ 35.00 |
| IMAC'S DEVELOPMENT | $ 60.00 | Fair Value | $ 60.00 |
| IMAGE 1 H3-Z HIGH DEF 3-CHIP C | $ 38,225.00 | Fair Value | $ 38,225.00 |
| IMAGE MANAGEMENT SYSTEM | $ 1,450.00 | Fair Value | $ 1,450.00 |
| IMAGE1 CCU WITH SDI/HD MODULE | $ 7,700.00 | Fair Value | $ 7,700.00 |
| IMAGER LASER | $ 3,825.00 | Fair Value | $ 3,825.00 |
| IMAGING FOR FINANCE 40102701 | $ 5.00 | Fair Value | $ 5.00 |
| IMMS ABILITY UTILIZE EXCESS 40 | $ 10.00 | Fair Value | $ 10.00 |
| IMMS DATA WAREHOUSE BUDGET 401 | $ 10.00 | Fair Value | $ 10.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| IMMS DATA WAREHOUSE DEVELOPMEN | $ 50.00 | Fair Value | $ 50.00 |
| IMMS DEVELOPMENT TO SUPPORT TC | $ 5.00 | Fair Value | $ 5.00 |
| IMMS ELECTRONIC FUNDS 40103768 | $ 5.00 | Fair Value | $ 5.00 |
| IMMS, PIMS & IMMS DW | $ 90.00 | Fair Value | $ 90.00 |
| IMPROVE ME EFFICIENCY,CLOSE AN | $ 20.00 | Fair Value | $ 20.00 |
| IMPROVE REHIRE/TRANSFER PROCES | $ 45.00 | Fair Value | $ 45.00 |
| IN LINE NH LEFT CURVE 3.5 X 24 | $ 60.00 | Fair Value | $ 60.00 |
| INCIDENT COMMAND VEST | $ 75.00 | Fair Value | $ 75.00 |
| INCIDENT COMMAND VEST - BIOTER | $ 15.00 | Fair Value | $ 15.00 |
| INCUBATOR CO2 | $ 400.00 | Fair Value | $ 400.00 |
| INCUBATOR LAB | $ 3,100.00 | Fair Value | $ 3,100.00 |
| INCUBATOR LAB CO2 | $ 1,250.00 | Fair Value | $ 1,250.00 |
| INCUBATOR PLATELET | $ 435.00 | Fair Value | $ 435.00 |
| INDOOR GYM SYSTEM | $ 2,725.00 | Fair Value | $ 2,725.00 |
| INDOOR LOCATIONS DATA LINE | $ 1,500.00 | Fair Value | $ 1,500.00 |
| INFANT DOPPLER | $ 595.00 | Fair Value | $ 595.00 |
| INFANT STIRRUPS | $ 125.00 | Fair Value | $ 125.00 |
| INFANT WARM SCALE ROLLAROUND | $ 18,800.00 | Fair Value | $ 18,800.00 |
| INFORMATION DESK GRANT FUNDED | $ 3,250.00 | Fair Value | $ 3,250.00 |
| INFRASTRUCTURE SECURITY/NETWOR | $ 10.00 | Fair Value | $ 10.00 |
| INFRASTUCTURE SECURITY-DATA LO | $ 10.00 | Fair Value | $ 10.00 |
| INFUSION PUMP - LARGE VOLUME | $ 9,090.00 | Fair Value | $ 9,090.00 |
| INFUSION PUMP - PC POINT OF CA | $ 4,590.00 | Fair Value | $ 4,590.00 |
| INKJET PRINTER | $ 80.00 | Fair Value | $ 80.00 |
| INPUT CABLE | $ 5.00 | Fair Value | $ 5.00 |
| INSERT BABCOCK GRASPING 5MM 30 | $ 35.00 | Fair Value | $ 35.00 |
| INSERT DISSECT RIGHT ANGLE 5MM | $ 35.00 | Fair Value | $ 35.00 |
| INSERT GRASP & DISSECT W/FINE | $ 60.00 | Fair Value | $ 60.00 |
| INSERT KELLY DISSECT/GRASP 5MM | $ 70.00 | Fair Value | $ 70.00 |
| INSERT KELLY DISSECT/GRASP LON | $ 35.00 | Fair Value | $ 35.00 |
| INSERT SCISSORS SERRATED JAWS | $ 30.00 | Fair Value | $ 30.00 |
| INSERT TRAY FOR BATTERY CASING | $ 875.00 | Fair Value | $ 875.00 |
| INSERTION SHIELD | $ 1,040.00 | Fair Value | $ 1,040.00 |
| INSRT REMORGIDA GRASP 1X2 TTH | $ 30.00 | Fair Value | $ 30.00 |
| INSTALL NEW OVEN/REMOVE AND DI | $ 175.00 | Fair Value | $ 175.00 |
| INSTALL NEW SAFETY EDGE UNITS | $ 70.00 | Fair Value | $ 70.00 |
| INSTALL TEKNOFLOR NUCLEAR MEDI | $ 1,225.00 | Fair Value | $ 1,225.00 |
| INSTALLATION AND ITEMS FOR FUR | $ 175.00 | Fair Value | $ 175.00 |
| INSTALLATION FOR PHARMACY OMNI | $ 700.00 | Fair Value | $ 700.00 |
| INSTALLATION SITE SERVICES | $ 575.00 | Fair Value | $ 575.00 |
| INSTALLATION/ON-SITE | $ 200.00 | Fair Value | $ 200.00 |
| INSTRUMENT CASE | $ 850.00 | Fair Value | $ 850.00 |
| INSTRUMENT INTERFACE TEST'G-UR | $ 900.00 | Fair Value | $ 900.00 |
| INSTRUMENT TABLE | $ 3,130.00 | Fair Value | $ 3,130.00 |
| INSTRUMENT-URISYS AND INTEGRA | $ 1,450.00 | Fair Value | $ 1,450.00 |
| INSUFFLATOR | $ 1,125.00 | Fair Value | $ 1,125.00 |
| INT.02DOOR TAG | $ 750.00 | Fair Value | $ 750.00 |
| INT.06IN USE ROOM IDENTIFY | $ 525.00 | Fair Value | $ 525.00 |
| INT.09STAIR CORRIDOR IDENTITY | $ 600.00 | Fair Value | $ 600.00 |
| INT.11STAIRWELL NOTICE | $ 250.00 | Fair Value | $ 250.00 |
| INT.12BINSERT HOLDER (HORIZONT | $ 725.00 | Fair Value | $ 725.00 |
| INT.12DINSERT HOLDER (DESKTOP) | $ 225.00 | Fair Value | $ 225.00 |
| INT.14BNOTICE POSTING (MEDIUM) | $ 250.00 | Fair Value | $ 250.00 |
| INT.14ENOTICE POSTING (PRIVACY | $ 650.00 | Fair Value | $ 650.00 |
| INT.14FNOTICE POSTING (PATIENT | $ 425.00 | Fair Value | $ 425.00 |
| INT.14GNOTICE POSTING (HOSPITA | $ 60.00 | Fair Value | $ 60.00 |
| INT.16CDIRECTIONAL (10 LINES) | $ 10,625.00 | Fair Value | $ 10,625.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| INT.16DDIRECTIONAL (15 LINES) | $ 7,150.00 | Fair Value | $ 7,150.00 |
| INT.17AOVERHEAD DIRECTIONAL SU | $ 1,200.00 | Fair Value | $ 1,200.00 |
| INT.17COVERHEAD DIRECTIONAL SU | $ 4,725.00 | Fair Value | $ 4,725.00 |
| INT.17DOVERHEAD DIRECTIONAL SU | $ 1,425.00 | Fair Value | $ 1,425.00 |
| INT.17EOVERHEAD DIRECTIONAL SU | $ 1,050.00 | Fair Value | $ 1,050.00 |
| INT.19BFLAG IDENTITY  MEDIUM | $ 650.00 | Fair Value | $ 650.00 |
| INT.20AOVERHEAD INFORMATION SU | $ 4,750.00 | Fair Value | $ 4,750.00 |
| INT.20BOVERHEAD INFORMATION SU | $ 1,925.00 | Fair Value | $ 1,925.00 |
| INT.20COVERHEAD INFORMATION SU | $ 450.00 | Fair Value | $ 450.00 |
| INT.20EOVERHEAD INFORMATION SU | $ 625.00 | Fair Value | $ 625.00 |
| INT.20FOVERHEAD INFORMATION SU | $ 500.00 | Fair Value | $ 500.00 |
| INT.22AELEVATOR EGRESS (SMALL) | $ 1,550.00 | Fair Value | $ 1,550.00 |
| INT.22BELEVATOR EGRESS (MEDIUM | $ 950.00 | Fair Value | $ 950.00 |
| INT.23LOGO | $ 175.00 | Fair Value | $ 175.00 |
| INT.26BDIRECTORY (ELEVATOR LAR | $ 550.00 | Fair Value | $ 550.00 |
| INT.28SPECIALTY DESTINATION | $ 4,400.00 | Fair Value | $ 4,400.00 |
| INT.29CHAPEL DIRECTIONS | $ 650.00 | Fair Value | $ 650.00 |
| INTEGRAL PEDIATRIC CYSTOL URET | $ 525.00 | Fair Value | $ 525.00 |
| INTEGRATED DIAGNOSTIC SYSTEM | $ 350.00 | Fair Value | $ 350.00 |
| Inteli Speech Platform | $ 2,200.00 | Fair Value | $ 2,200.00 |
| InteliDesk voice saver ii & CT | $ 750.00 | Fair Value | $ 750.00 |
| INTELIJET PUMP CANNULA SET (2. | $ 100.00 | Fair Value | $ 100.00 |
| INTELIJET PUMP CANNULA SET (4M | $ 125.00 | Fair Value | $ 125.00 |
| INTELLIVUE G5 GAS MODULE | $ 8,100.00 | Fair Value | $ 8,100.00 |
| INTELLIVUE INFORMATION CENTER | $ 129,700.00 | Fair Value | $ 129,700.00 |
| INTELLIVUE MEASUREMENT SERVER | $ 50,250.00 | Fair Value | $ 50,250.00 |
| INTELLIVUE MMS X2 TRANSPORT MO | $ 34,500.00 | Fair Value | $ 34,500.00 |
| INTELLIVUE MP20 PATIENT MONITO | $ 1,150.00 | Fair Value | $ 1,150.00 |
| INTELLIVUE MP30 TOUCH SCREEN P | $ 2,025.00 | Fair Value | $ 2,025.00 |
| INTELLIVUE MP5 | $ 3,200.00 | Fair Value | $ 3,200.00 |
| INTELLIVUE MP5 PATIENT MONITOR | $ 49,475.00 | Fair Value | $ 49,475.00 |
| INTELLIVUE MULTI MEASUREMENT S | $ 26,650.00 | Fair Value | $ 26,650.00 |
| INTELLIVUE MX400 PATIENT MONIT | $ 16,875.00 | Fair Value | $ 16,875.00 |
| INTELLIVUE MX700 PATIENT MONIT | $ 24,800.00 | Fair Value | $ 24,800.00 |
| INTELLIVUE MX800 PATIENT MONIT | $ 219,200.00 | Fair Value | $ 219,200.00 |
| INTELLIVUE MX800 TRANSPORT MON | $ 214,250.00 | Fair Value | $ 214,250.00 |
| INTELLIVUE PULSE OXIMETRY MODU | $ 14,300.00 | Fair Value | $ 14,300.00 |
| INTELLIVUE ROLL STANDS | $ 1,250.00 | Fair Value | $ 1,250.00 |
| INTELLIVUE SERVER X2 | $ 247,200.00 | Fair Value | $ 247,200.00 |
| INTELLIVUE SMARTHOPPING 1.4GHZ | $ 55,350.00 | Fair Value | $ 55,350.00 |
| INTELLIVUE SMARTHOPPING SYNC U | $ 7,050.00 | Fair Value | $ 7,050.00 |
| INTELLIVUE TCG10 GAS MEASUREME | $ 14,125.00 | Fair Value | $ 14,125.00 |
| INTERACTIVE DISPLAY FOR LOBBY | $ 3,500.00 | Fair Value | $ 3,500.00 |
| INTERACTIVE KIDS GAMES WIRE  B | $ 250.00 | Fair Value | $ 250.00 |
| INTERCOM ALARM | $ 80.00 | Fair Value | $ 80.00 |
| INTERCOM FOR 12 BED ED EXPANSI | $ 55.00 | Fair Value | $ 55.00 |
| INTERCOM SYSTEM - OR | $ 4,400.00 | Fair Value | $ 4,400.00 |
| INTERCOM SYSTEM MOBILE BASE ST | $ 175.00 | Fair Value | $ 175.00 |
| INTERFACE CABLE | $ 15.00 | Fair Value | $ 15.00 |
| INTERFACES TO CLINICAL & PBAR | $ 5.00 | Fair Value | $ 5.00 |
| INTERMEC DESK STAND FOR SR30 S | $ 10.00 | Fair Value | $ 10.00 |
| INTERMEC LINEAR IMAGER W/USB C | $ 100.00 | Fair Value | $ 100.00 |
| INTERNAL ELECTRODE 1.0* 10CM | $ 125.00 | Fair Value | $ 125.00 |
| INTERNAL ELECTRODE 1.6* 17CM | $ 125.00 | Fair Value | $ 125.00 |
| INTERNAL ELECTRODE 3* 15CM ADU | $ 125.00 | Fair Value | $ 125.00 |
| INTERNAL HANDLE WITH SWITCH 16 | $ 150.00 | Fair Value | $ 150.00 |
| INTERNAL HANDLES AND CONNECTOR | $ 75.00 | Fair Value | $ 75.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| INTERNAL OADDLES 1.5 IN | $ 25.00 | Fair Value | $ 25.00 |
| INTERNAL PADDLE 2.5 IN | $ 25.00 | Fair Value | $ 25.00 |
| INTERNAL PADDLES 1.0 IN | $ 25.00 | Fair Value | $ 25.00 |
| INTERNAL PADDLES 2.0 IN | $ 25.00 | Fair Value | $ 25.00 |
| INTERNAL PADDLES 3.5 IN | $ 25.00 | Fair Value | $ 25.00 |
| INTRACORDAL INJECTION SET - EN | $ 100.00 | Fair Value | $ 100.00 |
| INTRAOPERATIVE TRANSDUCER | $ 700.00 | Fair Value | $ 700.00 |
| INTRAORAL DIGITAL RADIOGRAPHY | $ 16,800.00 | Fair Value | $ 16,800.00 |
| INTRAORAL SENSOR | $ 8,400.00 | Fair Value | $ 8,400.00 |
| INVACARE -BLUE-WHEELCHAIRS | $ 120.00 | Fair Value | $ 120.00 |
| INVASIVE BLOOD PRESSURE MODULE | $ 5,225.00 | Fair Value | $ 5,225.00 |
| IONTOPHORESIS | $ 50.00 | Fair Value | $ 50.00 |
| IP PHONE 9621G W/CAT5 REFURBIS | $ 4,500.00 | Fair Value | $ 4,500.00 |
| IPAD 4 WLS 16GB BLK USA | $ 600.00 | Fair Value | $ 600.00 |
| IPAD AIR 2 16GB WL SILVER - AP | $ 1,875.00 | Fair Value | $ 1,875.00 |
| IPAD WI-FI 16GB BLACK (3RD GEN | $ 250.00 | Fair Value | $ 250.00 |
| IRICELL 1500 | $ 36,000.00 | Fair Value | $ 36,000.00 |
| IRRIGATION CONSOLE | $ 20.00 | Fair Value | $ 20.00 |
| IS FACILITIES DATABASE 4010270 | $ 10.00 | Fair Value | $ 10.00 |
| ISOLATOR VERTICAL WORKSTATION | $ 8,100.00 | Fair Value | $ 8,100.00 |
| ISOLETTE | $ 39,850.00 | Fair Value | $ 39,850.00 |
| ISOLETTE MOUNT FOR ROOFTOP LAN | $ 525.00 | Fair Value | $ 525.00 |
| ISOLETTE TRANSPORT | $ 18,175.00 | Fair Value | $ 18,175.00 |
| I-STAT 1 DOWNLOADER RECHARGER | $ 1,600.00 | Fair Value | $ 1,600.00 |
| I-STAT 1 WIRELESS ANALYZER | $ 4,975.00 | Fair Value | $ 4,975.00 |
| I-STAT ANALYZER | $ 1,650.00 | Fair Value | $ 1,650.00 |
| I-STAT DOWNLOADER KIT | $ 975.00 | Fair Value | $ 975.00 |
| I-STAT ELECTRONIC SIMULATOR | $ 755.00 | Fair Value | $ 755.00 |
| ITO ABDUCTOR | $ 5.00 | Fair Value | $ 5.00 |
| ITO LATERAL SUPPORTS SMALL | $ 5.00 | Fair Value | $ 5.00 |
| ITS3171A PHILIPS ACCESS POINT | $ 375.00 | Fair Value | $ 375.00 |
| ITS4843A ENHANCED ACCESS POINT | $ 1,925.00 | Fair Value | $ 1,925.00 |
| ITS4846A REMOTE ANTENNA | $ 1,375.00 | Fair Value | $ 1,375.00 |
| IV POLE | $ 1,615.00 | Fair Value | $ 1,615.00 |
| IV POLE AND BASKET | $ 65.00 | Fair Value | $ 65.00 |
| IV POLE- PUSH HANDLES | $ 350.00 | Fair Value | $ 350.00 |
| IV STAND | $ 12,725.00 | Fair Value | $ 12,725.00 |
| IV STAND- 4-HOOK- MRI | $ 350.00 | Fair Value | $ 350.00 |
| IV SWING ARM- POLE MOUNT AND I | $ 4,225.00 | Fair Value | $ 4,225.00 |
| J SHAPE COUNTERTOP AND CABINET | $ 1,775.00 | Fair Value | $ 1,775.00 |
| JACKSON GRASP FORCEPS 35CM X-D | $ 1,050.00 | Fair Value | $ 1,050.00 |
| JACKSON ROTATION FORCEPS 35CM | $ 1,050.00 | Fair Value | $ 1,050.00 |
| JACOBSON FCP 5* | $ 40.00 | Fair Value | $ 40.00 |
| J-LATCH COUPLING | $ 4,200.00 | Fair Value | $ 4,200.00 |
| JOB#126 WEST X-RAY ROOM | $ 350.00 | Fair Value | $ 350.00 |
| JULIET RECEIVING FORCEP 7MM 24 | $ 550.00 | Fair Value | $ 550.00 |
| JULIETTE NEEDLE HOLDING FCP | $ 50.00 | Fair Value | $ 50.00 |
| JUMP AND PLAY ISLAND | $ 525.00 | Fair Value | $ 525.00 |
| KANGAROO FEEDING PUMPS | $ 1,125.00 | Fair Value | $ 1,125.00 |
| KELLY GRASPER FORCEPS | $ 130.00 | Fair Value | $ 130.00 |
| KENSINGTON FLAT PANEL WALL MOU | $ 10.00 | Fair Value | $ 10.00 |
| KETTLE STEAM FLOOR | $ 1,050.00 | Fair Value | $ 1,050.00 |
| KEY MAKER | $ 60.00 | Fair Value | $ 60.00 |
| KEYBOARD | $ 20.00 | Fair Value | $ 20.00 |
| KEYBOARD ARM - SIDE MOUNTED | $ 400.00 | Fair Value | $ 400.00 |
| KEYBOARD ARM  SIDE MOUNTED WMP | $ 550.00 | Fair Value | $ 550.00 |
| KEYLESS REFRIGERATOR LOCK SYST | $ 2,275.00 | Fair Value | $ 2,275.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| KEYPAD & TEMPERATURE CONTROL | $ 825.00 | Fair Value | $ 825.00 |
| KICK BUCKET | $ 585.00 | Fair Value | $ 585.00 |
| KINGSTON MEMORY CARD | $ 10.00 | Fair Value | $ 10.00 |
| KIT TRICAM | $ 2,425.00 | Fair Value | $ 2,425.00 |
| KIT TRICAM TELESCOPE | $ 3,125.00 | Fair Value | $ 3,125.00 |
| KNOT TIER | $ 30.00 | Fair Value | $ 30.00 |
| KOH MACRO NEEDLE HOLDER W/AXIA | $ 2,100.00 | Fair Value | $ 2,100.00 |
| KOH ULTRA MICRO NEEDLE HOLDER | $ 950.00 | Fair Value | $ 950.00 |
| KOKO PFT SPIROMETER FOR WINDOW | $ 200.00 | Fair Value | $ 200.00 |
| KRAFF-MORIA CORNEAL FORCEP | $ 750.00 | Fair Value | $ 750.00 |
| KREUGER VERSA ARM CHAIR 4LEGGE | $ 35.00 | Fair Value | $ 35.00 |
| KRONOS CLOCK | $ 5,475.00 | Fair Value | $ 5,475.00 |
| KRONOS CLOCK BATTERY CHARGER | $ 525.00 | Fair Value | $ 525.00 |
| L SHAPE HOOK ELECTRODE 3.5 X 2 | $ 15.00 | Fair Value | $ 15.00 |
| L25X 13-6MHZ TRANSDUCER TRANSV | $ 1,375.00 | Fair Value | $ 1,375.00 |
| L8-18I-RS LINEAR ARRAY TRANSDU | $ 2,275.00 | Fair Value | $ 2,275.00 |
| LABEL WRITER EL-80 1122-LPM WI | $ 25.00 | Fair Value | $ 25.00 |
| LABORATORY EQUIPMENT | $ 125.00 | Fair Value | $ 125.00 |
| LABORATORY FREEZER  25CF | $ 9,700.00 | Fair Value | $ 9,700.00 |
| LABORATORY REFRIGERATOR 25CF ( | $ 3,525.00 | Fair Value | $ 3,525.00 |
| LABOR-HEMOTOLOGY MOVE | $ 40.00 | Fair Value | $ 40.00 |
| LAERDAL ASPIRATOR | $ 280.00 | Fair Value | $ 280.00 |
| LAERDAL NEONATAL INTUBATION TR | $ 525.00 | Fair Value | $ 525.00 |
| LAMINAR FLOW GLOVEBOX ISOLATOR | $ 22,000.00 | Fair Value | $ 22,000.00 |
| LAMINATE CORNER TABLE FINISH:B | $ 110.00 | Fair Value | $ 110.00 |
| LAMINATE OCCASIONAL TABLE 24L | $ 60.00 | Fair Value | $ 60.00 |
| LAMINATE TABLE | $ 90.00 | Fair Value | $ 90.00 |
| LAMP EXAM CEILING MOUNTED | $ 1,855.00 | Fair Value | $ 1,855.00 |
| LAMP EXAM CEILING MOUNTED - DO | $ 150.00 | Fair Value | $ 150.00 |
| LAMP HEAT PORTABLE - DUAL | $ 35.00 | Fair Value | $ 35.00 |
| LAN LINES FOR EPILEPSY MONITOR | $ 100.00 | Fair Value | $ 100.00 |
| LAN RACK | $ 90.00 | Fair Value | $ 90.00 |
| LAPTOP 1DRAWER CART - ERGOTRON | $ 5,950.00 | Fair Value | $ 5,950.00 |
| LARGE 45 ANGLE RONIS PICK | $ 40.00 | Fair Value | $ 40.00 |
| LARGE AO QUICK COUPLING | $ 5,075.00 | Fair Value | $ 5,075.00 |
| LARGE CHUCK WITH KEY DRILL SPE | $ 4,725.00 | Fair Value | $ 4,725.00 |
| Large Dell Vpod | $ 8,500.00 | Fair Value | $ 8,500.00 |
| LARGE TOUCH FLAT PANEL DISPLAY | $ 3,175.00 | Fair Value | $ 3,175.00 |
| LASER JET PRINTER | $ 7,225.00 | Fair Value | $ 7,225.00 |
| LASER PRINTER | $ 975.00 | Fair Value | $ 975.00 |
| LASER SURGICAL | $ 17,425.00 | Fair Value | $ 17,425.00 |
| LASER WORKING ELEMENT | $ 150.00 | Fair Value | $ 150.00 |
| LATERAL FILE CABINET TAUPE - A | $ 35.00 | Fair Value | $ 35.00 |
| LATITUDE E6320 LAPTOP | $ 150.00 | Fair Value | $ 150.00 |
| LATITUDE E6510 NOTEBOOK | $ 90.00 | Fair Value | $ 90.00 |
| LATITUDE E6540 LAPTOP | $ 700.00 | Fair Value | $ 700.00 |
| LCD 19* SONY LMD1950MD/HD | $ 50.00 | Fair Value | $ 50.00 |
| LCD MONITOR FOR EDUCATION LOBB | $ 120.00 | Fair Value | $ 120.00 |
| LCD PROJECTOR AND SCREEN | $ 80.00 | Fair Value | $ 80.00 |
| LCD VIDEO WALL/AUDIO PACKAGE | $ 4,725.00 | Fair Value | $ 4,725.00 |
| LECTRO-ADAPTER | $ 40.00 | Fair Value | $ 40.00 |
| LECTRO-ADAPTER (LV-AG-CSV) | $ 20.00 | Fair Value | $ 20.00 |
| LECTURN | $ 2,325.00 | Fair Value | $ 2,325.00 |
| LED 1090P SMART TELEVISION | $ 950.00 | Fair Value | $ 950.00 |
| LED COMBINATION LIGHT | $ 12,200.00 | Fair Value | $ 12,200.00 |
| LED POWER EXTENSION | $ 850.00 | Fair Value | $ 850.00 |
| LEGEND 10CM STRAIGHT ATTACHMEN | $ 600.00 | Fair Value | $ 600.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LEGEND 14CM STRAIGHT ATTACHMEN | $ 750.00 | Fair Value | $ 750.00 |
| LEGEND 8CM STRAIGHT ATTACHMENT | $ 575.00 | Fair Value | $ 575.00 |
| LEGEND 9CM STRAIGHT ATTACHMENT | $ 700.00 | Fair Value | $ 700.00 |
| LEGEND F1 ATTACHMENT | $ 775.00 | Fair Value | $ 775.00 |
| LEGEND F2 ATTACHMENT | $ 800.00 | Fair Value | $ 800.00 |
| LEGEND F3 ATTACHMENT | $ 825.00 | Fair Value | $ 825.00 |
| LEGEND PERFORATOR DRIVER | $ 2,500.00 | Fair Value | $ 2,500.00 |
| LENOVO THINK CENTRE SFF 15 | $ 100.00 | Fair Value | $ 100.00 |
| LENOVO THINKCENTRE PC | $ 1,300.00 | Fair Value | $ 1,300.00 |
| LENOVO THINKSERVER RD340 RACK | $ 300.00 | Fair Value | $ 300.00 |
| LETTERING FOR 3 DELIVERY TRUCK | $ 125.00 | Fair Value | $ 125.00 |
| LG 32  HEALTHCARE LED TELEVISI | $ 11,550.00 | Fair Value | $ 11,550.00 |
| LG 42  HEALTHCARE LED TELEVISI | $ 20,700.00 | Fair Value | $ 20,700.00 |
| LG 43  COMMERCIAL LED TELEVISI | $ 3,125.00 | Fair Value | $ 3,125.00 |
| LG 47* LCD TV | $ 200.00 | Fair Value | $ 200.00 |
| LG 55  COMMERCIAL GRADE EZSIGN | $ 2,625.00 | Fair Value | $ 2,625.00 |
| LG 55  COMMERCIAL LED TELEVISI | $ 2,400.00 | Fair Value | $ 2,400.00 |
| LG FIXATOR GRAPHIC CASE SURG I | $ 325.00 | Fair Value | $ 325.00 |
| LIDS-DOME | $ 70.00 | Fair Value | $ 70.00 |
| LIEBERT INTELLISLOT UNITY CARD | $ 550.00 | Fair Value | $ 550.00 |
| LIFEBOOK T902 | $ 4,950.00 | Fair Value | $ 4,950.00 |
| LIFESPAN RAIL MOUNT HOLDER FOR | $ 260.00 | Fair Value | $ 260.00 |
| LIFT PALLET | $ 120.00 | Fair Value | $ 120.00 |
| LIFT PATIENT | $ 1,705.00 | Fair Value | $ 1,705.00 |
| LIFT PATIENT WITH DIGITAL SCAL | $ 750.00 | Fair Value | $ 750.00 |
| LIFT SEAL HEAT SEALER | $ 1,125.00 | Fair Value | $ 1,125.00 |
| LIGHT CABLE 3.5MM X 300CM (9.8 | $ 1,000.00 | Fair Value | $ 1,000.00 |
| LIGHT CABLE BIFURCATED AT TELE | $ 175.00 | Fair Value | $ 175.00 |
| LIGHT CABLE-TELESCOPE | $ 90.00 | Fair Value | $ 90.00 |
| LIGHT CARRIER | $ 130.00 | Fair Value | $ 130.00 |
| LIGHT CARRIER CABLE | $ 825.00 | Fair Value | $ 825.00 |
| LIGHT CARRIER CABLE FOR 522238 | $ 825.00 | Fair Value | $ 825.00 |
| LIGHT CARRIER FIBER OPTIC 6.5C | $ 325.00 | Fair Value | $ 325.00 |
| LIGHT CARRIER FIBER OPTIC 7.5C | $ 325.00 | Fair Value | $ 325.00 |
| LIGHT CARRIER FOR DISTAL ILLUM | $ 300.00 | Fair Value | $ 300.00 |
| LIGHT CARRIER-ENDOSCOPIC | $ 125.00 | Fair Value | $ 125.00 |
| LIGHT CARRIER-ESOPHAGOSCOPES | $ 45.00 | Fair Value | $ 45.00 |
| LIGHT CLIP STEINER-BENJAMIN-HA | $ 475.00 | Fair Value | $ 475.00 |
| LIGHT EXAM | $ 380.00 | Fair Value | $ 380.00 |
| LIGHT O.R. DOUBLE | $ 49,075.00 | Fair Value | $ 49,075.00 |
| LIGHT O.R. SINGLE | $ 1,980.00 | Fair Value | $ 1,980.00 |
| LIGHT PHOTOTHERAPY | $ 5,625.00 | Fair Value | $ 5,625.00 |
| LIGHT SOURCE | $ 9,000.00 | Fair Value | $ 9,000.00 |
| LIGHT SOURCE MICROSCOPE | $ 45.00 | Fair Value | $ 45.00 |
| LIGHT SOURCE XENON | $ 3,350.00 | Fair Value | $ 3,350.00 |
| LIGHT SUPPORTS FOR EXAM LIGHTS | $ 800.00 | Fair Value | $ 800.00 |
| LIGHT SURGERY CABLE | $ 100.00 | Fair Value | $ 100.00 |
| LINDHOLM VOCAL CORD RETRACTOR | $ 800.00 | Fair Value | $ 800.00 |
| LINE CORD POWER SUPPLY | $ 70.00 | Fair Value | $ 70.00 |
| LINE CORD POWER SUPPLY W/BATTE | $ 125.00 | Fair Value | $ 125.00 |
| LINEN HAMPER | $ 15.00 | Fair Value | $ 15.00 |
| LINEN HAMPER W/LID | $ 95.00 | Fair Value | $ 95.00 |
| LINK TO 75328 SALES TAX MBLINK | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO 75329 SALES TAX MBLINK | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO 75330 SALES TAX MBLINK | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO 75331 SALES TAX MBLINK | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO 75332 SALES TAX MBLINK | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO 75333 SALES TAX MBLINK | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO 75446 SALES TAX MBLINK | $ 70.00 | Fair Value | $ 70.00 |
| LINK TO 75450 SALES TAX MAC TR | $ 55.00 | Fair Value | $ 55.00 |
| LINK TO A# 76647 SALES TAX NOT | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A# 76648 SALES TAX NOT | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A# 76649 SALES TAX NOT | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO A# 76650 SALES TAX NOT | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A# 76651 SALES TAX NOT | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A# 76652 SALES TAX NOT | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO A# 76653 SALES TAX NOT | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A# 76654 SALES TAX NOT | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A# 76655 SALES TAX NOT | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO A# 76656 SALES TAX NOT | $ 200.00 | Fair Value | $ 200.00 |
| LINK TO A# 76657 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A# 76658 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A# 76659 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A# 76660 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A# 76661 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A# 76662 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A# 76663 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A# 76664 SALES TAX NOT | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO A#78135 ACCUTORR VITAL | $ 250.00 | Fair Value | $ 250.00 |
| LINK TO A#78135 LITHIUM ION BA | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO ASSET # 58408 | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64435 SURGERY | $ (190.00) | Fair Value | $ (190.00) |
| LINK TO ASSET # 64670 INSTALLA | $ 2,105.00 | Fair Value | $ 2,105.00 |
| LINK TO ASSET # 64928 DOPPLER' | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64929 DOPPLER' | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64930 DOPPLER' | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64931 DOPPLER' | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64936 DOPPLER' | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64937 DOPPLER' | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64938 DOPPLER' | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 64942 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64943 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64944 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64945 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64946 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64947 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64948 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64949 DOPPLER' | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET # 64977 ST & INS | $ 500.00 | Fair Value | $ 500.00 |
| LINK TO ASSET # 65285 BILILIGH | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET # 65289 NUCLEAR | $ 800.00 | Fair Value | $ 800.00 |
| LINK TO ASSET # 65369 FORCE TR | $ 250.00 | Fair Value | $ 250.00 |
| LINK TO ASSET # 65370 FORCE TR | $ 250.00 | Fair Value | $ 250.00 |
| LINK TO ASSET # 65562 INSTALLA | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO ASSET # 65799 DESKTOP | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 65800 DESKTOP | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET # 65957 SALES TA | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET # 68625 CART CAS | $ (640.00) | Fair Value | $ (640.00) |
| LINK TO ASSET # 70735- CREDIT | $ (1,925.00) | Fair Value | $ (1,925.00) |
| LINK TO ASSET # 72802 ST & FR | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET # 72803 ST & FR | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET # 72804 ST & FR | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET # 72805 ST & FR | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET # 72806 ST & FR | $ 50.00 | Fair Value | $ 50.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #58440 ULTRASOUN | $ 275.00 | Fair Value | $ 275.00 |
| LINK TO ASSET #65418 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65419 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65420 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65421 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65422 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65423 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65424 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65425 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65426 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65427 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65428 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65429 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65430 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65431 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65432 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65433 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65434 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65435 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65436 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65437 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65438 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65439 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65440 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65441 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65442 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65443 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65444 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65445 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65446 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65447 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65448 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65449 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65451 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65452 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65453 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65454 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65455 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65456 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65457 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65458 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65459 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65460 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65461 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65462 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65463 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65464 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65465 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65466 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65467 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65468 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65469 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65470 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65471 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65472 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65473 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65474 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #65475 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65476 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65477 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65478 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65479 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65480 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65481 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65482 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65483 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65484 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65485 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65486 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65487 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65488 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65489 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65490 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65491 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65492 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65493 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65494 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65495 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65496 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65497 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65498 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65499 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65500 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65501 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65502 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65503 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65504 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65505 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65506 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65507 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65508 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65509 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65510 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65511 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65512 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65513 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65514 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65515 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65516 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65517 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65518 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65519 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65520 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65521 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65522 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65523 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65524 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65525 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65526 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65527 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65528 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65529 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65530 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65531 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #65532 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65533 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65534 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65535 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65536 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65537 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65538 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #65539 INSTALLAT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET #66827 MAC-LAB I | $ 2,125.00 | Fair Value | $ 2,125.00 |
| LINK TO ASSET #67134 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67149 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67150 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67151 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67152 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67153 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67154 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67155 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67156 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67223 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67224 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67225 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67226 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67227 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67228 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67229 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67241 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67242 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67355 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67356 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67357 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67358 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67359 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67360 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67361 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67362 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67363 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67364 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67365 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67366 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67367 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67368 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67369 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67370 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67371 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67372 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67373 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67374 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67375 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67376 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67377 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67378 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67379 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67380 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67381 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67382 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67383 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67384 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #67385 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67386 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67387 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67388 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67389 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67390 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67391 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67392 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67393 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67394 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67395 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67396 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67397 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67398 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67399 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67400 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67401 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67402 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67403 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67404 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67405 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67406 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67407 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67408 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67409 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67410 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67411 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67412 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67413 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #67986 PATIENT M | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO ASSET #67987 PATIENT M | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO ASSET #67988 PATIENT M | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO ASSET #67989 PATIENT M | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO ASSET #67990 PATIENT M | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO ASSET #67991 PATIENT M | $ 75.00 | Fair Value | $ 75.00 |
| LINK TO ASSET #67992 WALL MT F | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #67993 WALL MT F | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #67994 WALL MT F | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #68000 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68001 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68002 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68003 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68004 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68005 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68006 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68007 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68008 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68009 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68010 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68011 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68012 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68013 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68014 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68015 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68016 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68017 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68018 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #68019 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68020 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68021 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68022 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68023 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68024 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68025 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68026 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68027 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68028 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68029 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68030 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68061 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68062 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68063 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68064 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68065 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68066 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #68067 INTELLIVU | $ 50.00 | Fair Value | $ 50.00 |
| LINK TO ASSET #70497 SURGICAL | $ (1,690.00) | Fair Value | $ (1,690.00) |
| LINK TO ASSET #70734- CREDIT F | $ (1,925.00) | Fair Value | $ (1,925.00) |
| LINK TO ASSET #70742 XCELERA R | $ 6,900.00 | Fair Value | $ 6,900.00 |
| LINK TO ASSET #71325 HARMONY D | $ 1,175.00 | Fair Value | $ 1,175.00 |
| LINK TO ASSET #71326 HARMONY D | $ 1,175.00 | Fair Value | $ 1,175.00 |
| LINK TO ASSET #73231 EPIQ 7C U | $ 11,100.00 | Fair Value | $ 11,100.00 |
| LINK TO ASSET #74363 CAP LEASE | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #74364 CAP LEASE | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #74365 CAP LEASE | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #74366 CAP LEASE | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #74367 CAP LEASE | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #74368 CAP LEASE | $ 5.00 | Fair Value | $ 5.00 |
| LINK TO ASSET #74369 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #74370 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #74371 CAP LEASE | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO ASSET #74372 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #74373 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #74374 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #74519 CAP LEASE | $ 275.00 | Fair Value | $ 275.00 |
| LINK TO ASSET #74520 CAP LEASE | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO ASSET #74521 CAP LEASE | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO ASSET #74522 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74523 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74524 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74525 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74526 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74527 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74528 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74529 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74530 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74531 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74532 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74533 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74534 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74535 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74536 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74537 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74538 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #74539 CAP LEASE | $ 20.00 | Fair Value | $ 20.00 |
| LINK TO ASSET #74540 CAP LEASE | $ 275.00 | Fair Value | $ 275.00 |
| LINK TO ASSET #74541 CAP LEASE | $ 275.00 | Fair Value | $ 275.00 |
| LINK TO ASSET #74542 CAP LEASE | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO ASSET #76169 SALES TAX | $ 250.00 | Fair Value | $ 250.00 |
| LINK TO ASSET #76170 SALES TAX | $ 250.00 | Fair Value | $ 250.00 |
| LINK TO ASSET #76171 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76172 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76173 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76174 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76175 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76176 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76177 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76178 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76179 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76180 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76181 SALES TAX | $ 30.00 | Fair Value | $ 30.00 |
| LINK TO ASSET #76182 SALES TAX | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO ASSET #76183 SALES TAX | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO ASSET #76184 SALES TAX | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO ASSET #76185 SALES TAX | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO ASSET #76186 SALES TAX | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO ASSET #76187 SALES TAX | $ 65.00 | Fair Value | $ 65.00 |
| LINK TO ASSET #76188 SALES TAX | $ 725.00 | Fair Value | $ 725.00 |
| LINK TO ASSET #76189 SALES TAX | $ 350.00 | Fair Value | $ 350.00 |
| LINK TO ASSET #76190 SALES TAX | $ 850.00 | Fair Value | $ 850.00 |
| LINK TO ASSET #76191 SALES TAX | $ 850.00 | Fair Value | $ 850.00 |
| LINK TO ASSET #76192 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76193 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76194 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76195 SALES TAX | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76241 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76241 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76242 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76242 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76243 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76243 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76244 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76244 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76245 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76245 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76246 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76246 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76247 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76247 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76248 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76248 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76249 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76249 SALES TAX | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76250 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76250 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76251 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76251 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76252 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76252 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76253 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76253 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #76254 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76254 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76255 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76255 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76256 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76256 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76257 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76257 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76258 CAP LEASE | $ 245.00 | Fair Value | $ 245.00 |
| LINK TO ASSET #76258 SALES TAX | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET #76259 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76259 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76260 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76260 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76261 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76261 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76262 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76262 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76263 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76263 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76264 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76264 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76265 CAPLEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76265 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76266 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76266 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76267 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76267 SALES TAX | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76268 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76268 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76269 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76269 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76270 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76270 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76271 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76271 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76272 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76272 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76273 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76273 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76274 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76274 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76275 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76275 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76276 CAP LEASE | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET #76276 SALES TAX | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76687 CAP LEASE | $ 24,000.00 | Fair Value | $ 24,000.00 |
| LINK TO ASSET #76688 CAP LEASE | $ 110.00 | Fair Value | $ 110.00 |
| LINK TO ASSET #76810 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76811 CAP LEASE | $ 25.00 | Fair Value | $ 25.00 |
| LINK TO ASSET #76812 CAP LEASE | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76813 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76814 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76815 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76816 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76817 CAP LEASE | $ 845.00 | Fair Value | $ 845.00 |
| LINK TO ASSET #76818 CAP LEASE | $ 845.00 | Fair Value | $ 845.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET #76819 CAP LEASE | $ 845.00 | Fair Value | $ 845.00 |
| LINK TO ASSET #76820 CAP LEASE | $ 845.00 | Fair Value | $ 845.00 |
| LINK TO ASSET #76821 CAP LEASE | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76822 CAP LEASE | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76823 CAP LEASE | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76824 CAP LEASE | $ 80.00 | Fair Value | $ 80.00 |
| LINK TO ASSET #76825 CAP LEASE | $ 35.00 | Fair Value | $ 35.00 |
| LINK TO ASSET #76826 CAP LEASE | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76827 CAP LEASE | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET #76828 CAP LEASE | $ 690.00 | Fair Value | $ 690.00 |
| LINK TO ASSET #76829 CAP LEASE | $ 155.00 | Fair Value | $ 155.00 |
| LINK TO ASSET #76830 CAP LEASE | $ 155.00 | Fair Value | $ 155.00 |
| LINK TO ASSET #76831 CAP LEASE | $ 590.00 | Fair Value | $ 590.00 |
| LINK TO ASSET 61945 OMNI BED | $ 1,200.00 | Fair Value | $ 1,200.00 |
| LINK TO ASSET 66362 BROKEN ARM | $ (85.00) | Fair Value | $ (85.00) |
| LINK TO ASSET 66504 | $ 1,225.00 | Fair Value | $ 1,225.00 |
| LINK TO ASSET 68061 ST FOR INT | $ 210.00 | Fair Value | $ 210.00 |
| LINK TO ASSET 68062 ST FOR INT | $ 210.00 | Fair Value | $ 210.00 |
| LINK TO ASSET 68063 ST FOR INT | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO ASSET 68064 ST FOR INT | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO ASSET 68065 ST FOR INT | $ 150.00 | Fair Value | $ 150.00 |
| LINK TO ASSET 68068 ST FOR FLE | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68069 ST FOR FLE | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68070 ST FOR FLE | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68071 ST FOR FLE | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68072 ST FOR FLE | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68073 ST FOR INT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68074 ST FOR INT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68075 ST FOR INT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68076 ST FOR INT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68077 ST FOR INT | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68078 ST FOR MIC | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET 68079 ST FOR MIC | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET 68080 ST FOR MIC | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET 68081 ST FOR MIC | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET 68082 ST FOR MIC | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET 68136 ST FOR A01 | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET# 63941 NUVO ANCH | $ 60.00 | Fair Value | $ 60.00 |
| LINK TO ASSET# 63941 NUVO CEIL | $ 125.00 | Fair Value | $ 125.00 |
| LINK TO ASSET# 64646 VIVID I2 | $ 2,050.00 | Fair Value | $ 2,050.00 |
| LINK TO ASSET# 64797 FR FOR VE | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET# 64798 FR TO VEN | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET# 64799 FR FOR VE | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET# 71207 CREDIT FO | $ (460.00) | Fair Value | $ (460.00) |
| LINK TO ASSET# 71208 CREDIT FO | $ (460.00) | Fair Value | $ (460.00) |
| LINK TO ASSET# 71209 CREDIT FO | $ (120.00) | Fair Value | $ (120.00) |
| LINK TO ASSET# 71210 CREDIT FO | $ (120.00) | Fair Value | $ (120.00) |
| LINK TO ASSET# 71506- INSTALLA | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET# 71507- INSTALLA | $ 15.00 | Fair Value | $ 15.00 |
| LINK TO ASSET# 71508- INSTALLA | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO ASSET# 71509- INSTALLA | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO ASSET# 71510- INSTALLA | $ 100.00 | Fair Value | $ 100.00 |
| LINK TO ASSET# 71565- INSTALLA | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET# 71566- INSTALLA | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET# 71567- INSTALLA | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET# 71568- INSTALLA | $ 40.00 | Fair Value | $ 40.00 |
| LINK TO ASSET# 71569- INSTALLA | $ 10.00 | Fair Value | $ 10.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LINK TO ASSET# 71570- INSTALLA | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET# 71571- INSTALLA | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET# 71572- INSTALLA | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET# 71573- INSTALLA | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET# 71574- INSTALLA | $ 10.00 | Fair Value | $ 10.00 |
| LINK TO ASSET# 72802- SENSOR | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET# 72803- SENSOR | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET# 72804- SENSOR | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET# 72805- SENSOR | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET# 72806- SENSOR | $ 825.00 | Fair Value | $ 825.00 |
| LINK TO ASSET# 73479,MOUNT RTN | $ (10.00) | Fair Value | $ (10.00) |
| LINK TO ASSET# 73480,MOUNT RTN | $ (10.00) | Fair Value | $ (10.00) |
| LINK TO ASSET# 73481,MOUNT RTN | $ (10.00) | Fair Value | $ (10.00) |
| LINK TO ASSET# 73482,MOUNT RTN | $ (10.00) | Fair Value | $ (10.00) |
| LINK TO ASSET# 73483,MOUNT RTN | $ (10.00) | Fair Value | $ (10.00) |
| LINK TO ASSET# 73484,MOUNT RTN | $ (10.00) | Fair Value | $ (10.00) |
| LINK TO ASSET#-21147 TELESCOPE | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET#-21157 TELESCOPE | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET#21217-VIDEO PRIN | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET#-21227  DEFLECTO | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET#-21297 SURGERY E | $ (5.00) | Fair Value | $ (5.00) |
| LINK TO ASSET#-59246 MICROSTRE | $ (230.00) | Fair Value | $ (230.00) |
| LINK TO ASSET#64094-FILE CADDY | $ (430.00) | Fair Value | $ (430.00) |
| LINK TO ASSET#64095-FILE CADDY | $ (430.00) | Fair Value | $ (430.00) |
| LINK TO ASSET#74790 EXP OUT | $ (30.00) | Fair Value | $ (30.00) |
| LINK TO ASSET#74791 EXP OUT | $ (30.00) | Fair Value | $ (30.00) |
| LINK TO ASSET#74792 EXP OUT | $ (30.00) | Fair Value | $ (30.00) |
| LINK TO ASSET#74793 EXP OUT | $ (30.00) | Fair Value | $ (30.00) |
| LINK TO ASSET#74794 EXP OUT | $ (30.00) | Fair Value | $ (30.00) |
| LINKED TO ASSET # 71317 FUJITS | $ 65.00 | Fair Value | $ 65.00 |
| LITE GAIT I200P | $ 7,700.00 | Fair Value | $ 7,700.00 |
| LITE GAIT I-200P FLEX YOKE | $ 3,575.00 | Fair Value | $ 3,575.00 |
| LIVER TRANSPLANT SET | $ 520.00 | Fair Value | $ 520.00 |
| LOBBY EDUCATION CENTER-INTERNA | $ 15.00 | Fair Value | $ 15.00 |
| LOCK BOXES | $ 90.00 | Fair Value | $ 90.00 |
| LOCKABLE DRAWER UNIT WMP2 | $ 300.00 | Fair Value | $ 300.00 |
| LOCKERS | $ 2,500.00 | Fair Value | $ 2,500.00 |
| LOGIQ P9 ULTRASOUND SYSTEM | $ 16,100.00 | Fair Value | $ 16,100.00 |
| LONG BAG ARM- ADJUSTABLE | $ 35.00 | Fair Value | $ 35.00 |
| LONG ELITE/SABER IRRIGATION AT | $ 350.00 | Fair Value | $ 350.00 |
| LONGITUDINAL RAIL S | $ 475.00 | Fair Value | $ 475.00 |
| LOT OF SURGICAL INSTRUMENTS | $ 1,375.00 | Fair Value | $ 1,375.00 |
| LOUNGE CHAIR | $ 950.00 | Fair Value | $ 950.00 |
| LOUNGE CHAIRS | $ 800.00 | Fair Value | $ 800.00 |
| LOUNGER SLEEPER | $ 72,825.00 | Fair Value | $ 72,825.00 |
| LOVESEAT BED FAB UPH OAK TRIM | $ 50.00 | Fair Value | $ 50.00 |
| LOVESEAT FAB UPH | $ 100.00 | Fair Value | $ 100.00 |
| LOVESEAT FAB UPH OAK TRIM | $ 150.00 | Fair Value | $ 150.00 |
| LOVESEAT FAB UPH OAKTRIM | $ 50.00 | Fair Value | $ 50.00 |
| LOVESEAT MODERN STYLE FABUPN | $ 100.00 | Fair Value | $ 100.00 |
| LOVESEAT-HON | $ 110.00 | Fair Value | $ 110.00 |
| Low Back Task Chairs | $ 200.00 | Fair Value | $ 200.00 |
| LOW DOSE PEDIATRIC | $ 350.00 | Fair Value | $ 350.00 |
| LOW FLOW BLENDER- LEFT & RIGHT | $ 3,375.00 | Fair Value | $ 3,375.00 |
| LOWERATOR TRAY SS | $ 65.00 | Fair Value | $ 65.00 |
| LTV 1200 SYSTEM VENTILATOR | $ 17,200.00 | Fair Value | $ 17,200.00 |
| LUMINOMETER | $ 550.00 | Fair Value | $ 550.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| LUX 1540 HANDPIECE FOR STARLUX | $ 4,325.00 | Fair Value | $ 4,325.00 |
| LUX 2940 HANDPIECE FOR STARLUX | $ 5,800.00 | Fair Value | $ 5,800.00 |
| LX WALL MOUNT SYSTEM- CATH LAB | $ 225.00 | Fair Value | $ 225.00 |
| LX WALLMOUNT SYSTEM | $ 3,800.00 | Fair Value | $ 3,800.00 |
| LYSIS RACK FOR HEATER (PROBE T | $ 100.00 | Fair Value | $ 100.00 |
| M SERIES UPGRADE FROM MONOPHAS | $ 325.00 | Fair Value | $ 325.00 |
| M2 ERGO ACUTE PORTABLE CART | $ 2,550.00 | Fair Value | $ 2,550.00 |
| M2008 BLACK BASIC REFURB TELEP | $ 260.00 | Fair Value | $ 260.00 |
| M2616 BLACK DISPLAY PHONE | $ 500.00 | Fair Value | $ 500.00 |
| M2616 BLACK TELEPHONE WITH DIS | $ 100.00 | Fair Value | $ 100.00 |
| M3154 UPGRADE REL L.0 | $ 1,150.00 | Fair Value | $ 1,150.00 |
| M3155 UPGRADE REL L.0 | $ 4,650.00 | Fair Value | $ 4,650.00 |
| M3176C INFORMATION CENTER USB | $ 2,475.00 | Fair Value | $ 2,475.00 |
| M3905 digital call center set | $ 300.00 | Fair Value | $ 300.00 |
| M4844A PHILIPS SYNC UNIT | $ 225.00 | Fair Value | $ 225.00 |
| M5 HD SPRING ARM AND LIGHT HEA | $ 9,400.00 | Fair Value | $ 9,400.00 |
| M5 SPRING ARM AND LIGHT HEAD | $ 18,800.00 | Fair Value | $ 18,800.00 |
| M8007A TRADE-UP OPTIONS | $ 250.00 | Fair Value | $ 250.00 |
| M8010A TRADE-UP OPTIONS | $ 275.00 | Fair Value | $ 275.00 |
| MAC 55 HD Color Package | $ 5,100.00 | Fair Value | $ 5,100.00 |
| MAC 5500 | $ 1,325.00 | Fair Value | $ 1,325.00 |
| MAC 5500HD EKG MACHINE | $ 19,800.00 | Fair Value | $ 19,800.00 |
| MAC LAB 5LD STARTER KIT AHA | $ 60.00 | Fair Value | $ 60.00 |
| MAC3500/MAC5500 SYSTEM TROLLEY | $ 1,500.00 | Fair Value | $ 1,500.00 |
| MAC-LAB 12LD STARTER KIT AHA | $ 170.00 | Fair Value | $ 170.00 |
| MAC-LAB IT LABORATORY EQUIPMEN | $ 7,400.00 | Fair Value | $ 7,400.00 |
| MACLAB MONITOR | $ 250.00 | Fair Value | $ 250.00 |
| MACLAB RAU FLOOR MOUNT | $ 65.00 | Fair Value | $ 65.00 |
| MAESTRO 3000 REMOTE CONTROL | $ 1,825.00 | Fair Value | $ 1,825.00 |
| MAESTRO DUAL CORE  WIN 7 HOME | $ 3,100.00 | Fair Value | $ 3,100.00 |
| MAG STRIPE ENCODER | $ 125.00 | Fair Value | $ 125.00 |
| MAGAZINE RACK - ABINGTON CLINI | $ 30.00 | Fair Value | $ 30.00 |
| MAINTENANCE SAFETY STORAGE CAB | $ 100.00 | Fair Value | $ 100.00 |
| MALIGNANT HYPERTHERMIA CART WO | $ 1,375.00 | Fair Value | $ 1,375.00 |
| MANAGER AND EMPLOYEE SELF SERV | $ 50.00 | Fair Value | $ 50.00 |
| MANNEQUINS FOR LAERDAL TRAININ | $ 250.00 | Fair Value | $ 250.00 |
| MANOSCAN CATHETER  ARM  PEDS | $ 2,225.00 | Fair Value | $ 2,225.00 |
| MANOSCAN CATHETER  EM  SD 7.5M | $ 2,700.00 | Fair Value | $ 2,700.00 |
| MANOSCAN PLATFORM  EM  WITH CA | $ 12,300.00 | Fair Value | $ 12,300.00 |
| MANUAL WONDER PUMP FOR IMMOBIL | $ 100.00 | Fair Value | $ 100.00 |
| MARYLAND GRASP GORCEPS | $ 130.00 | Fair Value | $ 130.00 |
| MASIMO MP 12 CABLE | $ 3,430.00 | Fair Value | $ 3,430.00 |
| MAT TABLE | $ 6,200.00 | Fair Value | $ 6,200.00 |
| MAT TABLE WOOD | $ 650.00 | Fair Value | $ 650.00 |
| MATRIX T3X TREADMILL | $ 7,725.00 | Fair Value | $ 7,725.00 |
| MATTRESS | $ 700.00 | Fair Value | $ 700.00 |
| MATTRESS BED STANDARD INSPRING | $ 300.00 | Fair Value | $ 300.00 |
| MAX G HANDPIECE - MAX GREEN FO | $ 1,425.00 | Fair Value | $ 1,425.00 |
| MAYFIELD SKULL CLAMP | $ 1,300.00 | Fair Value | $ 1,300.00 |
| MAYO STAND | $ 65.00 | Fair Value | $ 65.00 |
| MAYO STANDS HAND OPERATED | $ 40.00 | Fair Value | $ 40.00 |
| MBLink w/ prior Trolley Bracke | $ 8,800.00 | Fair Value | $ 8,800.00 |
| MCI SURGE CART SYSTEM | $ 4,900.00 | Fair Value | $ 4,900.00 |
| McKesson Radiology pc | $ 3,600.00 | Fair Value | $ 3,600.00 |
| MCKESSON RADIOLOGY TEST SERVER | $ 1,350.00 | Fair Value | $ 1,350.00 |
| McKesson Study Share SERVER | $ 1,850.00 | Fair Value | $ 1,850.00 |
| MCP ASSETS AIR BED | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| MCP ASSETS BEDSIDE TABLES | $ 80.00 | Fair Value | $ 80.00 |
| MCP ASSETS CHAIRS | $ 70.00 | Fair Value | $ 70.00 |
| MCP ASSETS DESKS- TABLES | $ 500.00 | Fair Value | $ 500.00 |
| MCP ASSETS FURNITURE | $ 65.00 | Fair Value | $ 65.00 |
| MCP ASSETS SUTURE RACK | $ 150.00 | Fair Value | $ 150.00 |
| MECHANICAL FILAR EYEPEICE | $ 125.00 | Fair Value | $ 125.00 |
| MED/SURGE BED | $ 84,000.00 | Fair Value | $ 84,000.00 |
| MEDFUSION 3500 SYRINGE PUMP LA | $ 5,625.00 | Fair Value | $ 5,625.00 |
| Media Card 32S | $ 4,200.00 | Fair Value | $ 4,200.00 |
| Media Gateway NON GSA | $ 3,600.00 | Fair Value | $ 3,600.00 |
| MEDICAL AIR DRYER | $ 2,950.00 | Fair Value | $ 2,950.00 |
| MEDICAL AIR DRYER SYSTEM - ENG | $ 3,200.00 | Fair Value | $ 3,200.00 |
| MEDICAL CART | $ 145,375.00 | Fair Value | $ 145,375.00 |
| MEDICAL GRADE HD DIG. RECORDER | $ 1,175.00 | Fair Value | $ 1,175.00 |
| MEDICAL POWER CONDITIONER | $ 175.00 | Fair Value | $ 175.00 |
| MEDICARE PROFITABILITY INITIAT | $ 35.00 | Fair Value | $ 35.00 |
| MEDICATION CART DRAWERS | $ 330.00 | Fair Value | $ 330.00 |
| MEDICATION CART PARTS | $ 75.00 | Fair Value | $ 75.00 |
| MEDIMIX VIAL RECONSTITUTION MI | $ 200.00 | Fair Value | $ 200.00 |
| MEDI-THERM III MTA7900 HYPER/H | $ 525.00 | Fair Value | $ 525.00 |
| MEDIUM CPU HOLDER - BLACK | $ 10.00 | Fair Value | $ 10.00 |
| MEDIUM ELITE/SABER IRRIGATION | $ 350.00 | Fair Value | $ 350.00 |
| MEGA 2000 SOFT PATIENT RETURN | $ 450.00 | Fair Value | $ 450.00 |
| MEGA SOFT PEDIATRIC PATIENT RE | $ 975.00 | Fair Value | $ 975.00 |
| MEGADYNE 2000 SOFT PATIENT RET | $ 300.00 | Fair Value | $ 300.00 |
| MEMORY FOR RCM COMPUTERS | $ 55.00 | Fair Value | $ 55.00 |
| MESHGRAFT CUTTERS 1.5-1 | $ 900.00 | Fair Value | $ 900.00 |
| METAL BOOKCASE | $ 10.00 | Fair Value | $ 10.00 |
| METAL STORAGE CABINET | $ 15.00 | Fair Value | $ 15.00 |
| METER FILM EXPOSURE | $ 65.00 | Fair Value | $ 65.00 |
| METER PH | $ 125.00 | Fair Value | $ 125.00 |
| METRIC DATA ACQUISITION TOOL F | $ 15.00 | Fair Value | $ 15.00 |
| METRO LARGE UTILITY CART (BEIG | $ 100.00 | Fair Value | $ 100.00 |
| METZENBAUM SCISSOR | $ 65.00 | Fair Value | $ 65.00 |
| MICRO BRIGHT UNIVERSAL BUNDLE | $ 80.00 | Fair Value | $ 80.00 |
| MICRO DRILL LONG STRAIGHT ATTA | $ 1,600.00 | Fair Value | $ 1,600.00 |
| MICRO DRILL MEDIUM STRAIGHT AT | $ 1,600.00 | Fair Value | $ 1,600.00 |
| MICRO OSCILLATING SAW | $ 10,850.00 | Fair Value | $ 10,850.00 |
| MICRO RECIPROCATING SAW | $ 10,250.00 | Fair Value | $ 10,250.00 |
| MICRO SAGITAL SAW | $ 1,450.00 | Fair Value | $ 1,450.00 |
| MICRO SAGITTAL SAW | $ 8,300.00 | Fair Value | $ 8,300.00 |
| MICROBLENDER W/AIR (2') AND OX | $ 100.00 | Fair Value | $ 100.00 |
| MICROCENTRIFUGE | $ 55.00 | Fair Value | $ 55.00 |
| MICROLUX DLX HEADLIGHT CAMERA | $ 1,450.00 | Fair Value | $ 1,450.00 |
| MICROMANIPULATOR | $ 1,375.00 | Fair Value | $ 1,375.00 |
| MICROPHONE WIRELESS | $ 40.00 | Fair Value | $ 40.00 |
| MICROSCOPE BINOCULAR | $ 175.00 | Fair Value | $ 175.00 |
| MICROSCOPE ELECTRON | $ 32,000.00 | Fair Value | $ 32,000.00 |
| MICROSCOPE ENT | $ 2,225.00 | Fair Value | $ 2,225.00 |
| MICROSCOPE LABORATORY | $ 52,385.00 | Fair Value | $ 52,385.00 |
| MICROSCOPE LABORATORY - INVERT | $ 2,390.00 | Fair Value | $ 2,390.00 |
| MICROSCOPE LABORATORY CONTROLL | $ 5,100.00 | Fair Value | $ 5,100.00 |
| MICROSCOPE LABORATORY WITH EXT | $ 350.00 | Fair Value | $ 350.00 |
| MICROSCOPE OPERATING | $ 79,700.00 | Fair Value | $ 79,700.00 |
| MICROSCOPE TEACHING | $ 175.00 | Fair Value | $ 175.00 |
| MICROSCOPE TRACKING ARRAY | $ 725.00 | Fair Value | $ 725.00 |
| MICROSPEED UNI ANGLED HANDPIEC | $ 700.00 | Fair Value | $ 700.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| MICROSPEED UNI CRANIOTOME HAND | $ 250.00 | Fair Value | $ 250.00 |
| MICROSPEED UNI FIXED DURAGUARD | $ 250.00 | Fair Value | $ 250.00 |
| MICROSPEED UNI STRAIGHT HANDPI | $ 475.00 | Fair Value | $ 475.00 |
| MICROSTREAM CO2 | $ 175.00 | Fair Value | $ 175.00 |
| MICROSTREAM CO2 EXTENSION | $ 77,100.00 | Fair Value | $ 77,100.00 |
| MICROSTREAM CO2 EXTENSION FOR | $ 1,350.00 | Fair Value | $ 1,350.00 |
| MICROSTREAM CO2 MONITOR | $ 10,500.00 | Fair Value | $ 10,500.00 |
| MICROTOME | $ 4,000.00 | Fair Value | $ 4,000.00 |
| MICROTOME - KNIFE MAKER | $ 250.00 | Fair Value | $ 250.00 |
| MICROWAVE | $ 1,025.00 | Fair Value | $ 1,025.00 |
| MICROWAVE HISTOSTATION | $ 5,800.00 | Fair Value | $ 5,800.00 |
| MIDAS PNEUMATIC DRILL | $ 10,400.00 | Fair Value | $ 10,400.00 |
| MIDAS REX MR7 FOOT CONTROL MOT | $ 15,500.00 | Fair Value | $ 15,500.00 |
| MIDAS REX POWER DRILL | $ 675.00 | Fair Value | $ 675.00 |
| MIDAS REX POWER DRILL & MOTOR | $ 9,600.00 | Fair Value | $ 9,600.00 |
| MIDWEST TRADITION HANDPIECE W/ | $ 350.00 | Fair Value | $ 350.00 |
| MINI MULTI TEE PROBE | $ 6,700.00 | Fair Value | $ 6,700.00 |
| MINI OXYGEN ANALYZER | $ 510.00 | Fair Value | $ 510.00 |
| MINI QUICK COUPLING | $ 4,200.00 | Fair Value | $ 4,200.00 |
| MINIMAG INTELLIGENT MAGNETIC S | $ 150.00 | Fair Value | $ 150.00 |
| MINIOX 3000 OXYGEN MONITOR | $ 6,500.00 | Fair Value | $ 6,500.00 |
| MISC AMPROBE METER 3 PHASE CHA | $ 100.00 | Fair Value | $ 100.00 |
| MIXED VENOUS OXYGEN SATURATION | $ 700.00 | Fair Value | $ 700.00 |
| MIXER | $ 85.00 | Fair Value | $ 85.00 |
| MIXER DENTAL | $ 70.00 | Fair Value | $ 70.00 |
| MIXER DENTAL PROSTHETIC | $ 60.00 | Fair Value | $ 60.00 |
| MIXER OXYGEN | $ 1,425.00 | Fair Value | $ 1,425.00 |
| MLX FLOORSTAND | $ 200.00 | Fair Value | $ 200.00 |
| MOBIL ERGONOMIC SPLINT STATION | $ 300.00 | Fair Value | $ 300.00 |
| MOBILE ADULT MIRROR | $ 800.00 | Fair Value | $ 800.00 |
| MOBILE BARIATRIC STANDON SCALE | $ 2,325.00 | Fair Value | $ 2,325.00 |
| MOBILE BASE/STAND | $ 20.00 | Fair Value | $ 20.00 |
| MOBILE CHARTING UNIT - LIGHT C | $ 6,600.00 | Fair Value | $ 6,600.00 |
| MOBILE COMPUTER CART | $ 1,400.00 | Fair Value | $ 1,400.00 |
| MOBILE FLOOR STAND | $ 100.00 | Fair Value | $ 100.00 |
| MOBILE FLOOR STAND FOR SURGICA | $ 50.00 | Fair Value | $ 50.00 |
| MOBILE PEDESTAL | $ 16,250.00 | Fair Value | $ 16,250.00 |
| MOBILE RECLINER MAHARAM: QUICK | $ 1,500.00 | Fair Value | $ 1,500.00 |
| MOBILE STAND | $ 2,415.00 | Fair Value | $ 2,415.00 |
| MOBILE STAND FOR IV NOW | $ 350.00 | Fair Value | $ 350.00 |
| MOBILE WEIGHING CART W/DISPENS | $ 650.00 | Fair Value | $ 650.00 |
| MOBILE X-RAY | $ 110,000.00 | Fair Value | $ 110,000.00 |
| MOBILELINK WIRELESS W/NEW TROL | $ 100.00 | Fair Value | $ 100.00 |
| MODIFICATION TO NURSE CALL MAS | $ 400.00 | Fair Value | $ 400.00 |
| MODULAR BAY BATTERY | $ 270.00 | Fair Value | $ 270.00 |
| MODULAR CHAIR | $ 115,525.00 | Fair Value | $ 115,525.00 |
| MODULAR DRAWER DIVIDER KT | $ 10.00 | Fair Value | $ 10.00 |
| MODULAR MAC TROLLEY | $ 1,350.00 | Fair Value | $ 1,350.00 |
| MODULAR MAC TROLLEY FOR 1200/1 | $ 575.00 | Fair Value | $ 575.00 |
| MODULE-ASSY NITIC OXIDE MODULE | $ 425.00 | Fair Value | $ 425.00 |
| MONITOR | $ 1,695.00 | Fair Value | $ 1,695.00 |
| MONITOR  42  LG LED | $ 675.00 | Fair Value | $ 675.00 |
| MONITOR 19* FLAT | $ 40.00 | Fair Value | $ 40.00 |
| MONITOR ANESTHESIA | $ 14,075.00 | Fair Value | $ 14,075.00 |
| MONITOR ARMS | $ 3,300.00 | Fair Value | $ 3,300.00 |
| MONITOR BEDSIDE RESPIRATORY | $ 550.00 | Fair Value | $ 550.00 |
| MONITOR BRAIN | $ 9,900.00 | Fair Value | $ 9,900.00 |

| General description | Net book value | Valuation method | Current value |
|---|---:|---|---:|
| MONITOR CO2 | $ 12,900.00 | Fair Value | $ 12,900.00 |
| MONITOR EEG ACQUISITION | $ 95.00 | Fair Value | $ 95.00 |
| MONITOR ETCO2 | $ 2,850.00 | Fair Value | $ 2,850.00 |
| MONITOR FLUID MANAGEMENT SYSTE | $ 900.00 | Fair Value | $ 900.00 |
| MONITOR FOR RCM AT EPISCOPAL | $ 325.00 | Fair Value | $ 325.00 |
| MONITOR NEUROLOGICAL | $ 1,550.00 | Fair Value | $ 1,550.00 |
| MONITOR OXYGEN | $ 35.00 | Fair Value | $ 35.00 |
| MONITOR PATIENT | $ 342,825.00 | Fair Value | $ 342,825.00 |
| MONITOR PATIENT ANESTHESIA | $ 2,800.00 | Fair Value | $ 2,800.00 |
| MONITOR PATIENT MRI | $ 3,550.00 | Fair Value | $ 3,550.00 |
| MONITOR PC EEG AQUISITION | $ 150.00 | Fair Value | $ 150.00 |
| MONITOR ROLL STAND | $ 275.00 | Fair Value | $ 275.00 |
| MONITOR STAND FOR DESKTOP COMP | $ 30.00 | Fair Value | $ 30.00 |
| MONITOR TOUCHSCREEN | $ 1,630.00 | Fair Value | $ 1,630.00 |
| MONITOR VIDEO | $ 10,300.00 | Fair Value | $ 10,300.00 |
| MONITOR VIDEO WITH CART | $ 1,350.00 | Fair Value | $ 1,350.00 |
| MONITOR VITAL SIGNS | $ 15,730.00 | Fair Value | $ 15,730.00 |
| MONSTER CD RIMAGE | $ 17,000.00 | Fair Value | $ 17,000.00 |
| MORIA TYING FORCEP CURVED | $ 700.00 | Fair Value | $ 700.00 |
| MORIA TYING FORCEP STRAIGHT | $ 700.00 | Fair Value | $ 700.00 |
| MOSS 2007 ASSESSMENT | $ 20.00 | Fair Value | $ 20.00 |
| MOTOROLA PORTABLE RADIO | $ 600.00 | Fair Value | $ 600.00 |
| MOTOROLA RADIUS SP50 UHF PORTA | $ 440.00 | Fair Value | $ 440.00 |
| MOUNT  SINGLE ARM W/ANESTHESIA | $ 16,800.00 | Fair Value | $ 16,800.00 |
| MOUNT UNIVERSAL ARTICULATING | $ 35.00 | Fair Value | $ 35.00 |
| MOUNT UNIVERSAL TILT FOR FLAT | $ 15.00 | Fair Value | $ 15.00 |
| MOUNTDUAL ARM W/SINGLE LED SUR | $ 50,000.00 | Fair Value | $ 50,000.00 |
| MOUNTING BLOCK FOR PRISMATHERM | $ 10.00 | Fair Value | $ 10.00 |
| MOUNTING KITS A01 BEDSIDE | $ 425.00 | Fair Value | $ 425.00 |
| MOUNTING KITS A02 CENTRAL STAT | $ 1,125.00 | Fair Value | $ 1,125.00 |
| MOUNTING KITS A03 TELEMETRY CL | $ 1,760.00 | Fair Value | $ 1,760.00 |
| MOWER LAWN | $ 110.00 | Fair Value | $ 110.00 |
| MP5 PATIENT MONITOR ROLLSTAND | $ 250.00 | Fair Value | $ 250.00 |
| MPX SYSTEM 767 BLOOD PRESSURE | $ 1,625.00 | Fair Value | $ 1,625.00 |
| MR IV PUMP 3860 + XT_FLO  MASI | $ 9,700.00 | Fair Value | $ 9,700.00 |
| MR IV PUMP SIDECARE 3861 XT_FL | $ 8,600.00 | Fair Value | $ 8,600.00 |
| MRI - 1.5 TESLA | $ 216,400.00 | Fair Value | $ 216,400.00 |
| MRI CHILLER | $ 3,825.00 | Fair Value | $ 3,825.00 |
| M-SERIES FLUSH MOUNT FOR FLAT | $ 450.00 | Fair Value | $ 450.00 |
| MTS-DISPENSER 0.5 ML | $ 45.00 | Fair Value | $ 45.00 |
| MUFFLER MAINTENANCE DEPT | $ 50.00 | Fair Value | $ 50.00 |
| MUG-8 OZ DIETARY | $ 55.00 | Fair Value | $ 55.00 |
| MULTI LINK 5 LEAD *DIN* ADAPTE | $ 10.00 | Fair Value | $ 10.00 |
| MULTICOLORED BARREL | $ 550.00 | Fair Value | $ 550.00 |
| MULTIFLEX TRUNK VOICE/WAN INTE | $ 1,675.00 | Fair Value | $ 1,675.00 |
| MULTI-LINK ESU ECG CABLE- AHA | $ 30.00 | Fair Value | $ 30.00 |
| MULTI-PUMP STAND IV POLES | $ 4,175.00 | Fair Value | $ 4,175.00 |
| MULTIPURPOSE SURGICAL STANDS | $ 275.00 | Fair Value | $ 275.00 |
| Muse Modular Mac Trolley | $ 675.00 | Fair Value | $ 675.00 |
| MX GIGANET LABX | $ 7,800.00 | Fair Value | $ 7,800.00 |
| MX800 PATIENT MONITOR | $ 60,500.00 | Fair Value | $ 60,500.00 |
| N20 CYLINDER PIN INDEXED YOKE | $ 95.00 | Fair Value | $ 95.00 |
| N20 HOSE ASSEMBLY | $ 20.00 | Fair Value | $ 20.00 |
| NARCOTIC BOX | $ 40.00 | Fair Value | $ 40.00 |
| NARCOTIC CABINET | $ 40.00 | Fair Value | $ 40.00 |
| NASOPHARYNGOSCOPE  ENT | $ 750.00 | Fair Value | $ 750.00 |
| NASPHARYNGOSCOPE 3.1 DIAGUIDE | $ 525.00 | Fair Value | $ 525.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Navicare Nurse CaLL 4TH FLOOR | $ 110,000.00 | Fair Value | $ 110,000.00 |
| Navicare Nurse CaLL 5TH FLOOR | $ 130,000.00 | Fair Value | $ 130,000.00 |
| NEEDLE HOLDER | $ 190.00 | Fair Value | $ 190.00 |
| NELLCOR PULSE OXIMETRY INTERFA | $ 40.00 | Fair Value | $ 40.00 |
| NELLCOR REUSABLE FINGER PROBE- | $ 80.00 | Fair Value | $ 80.00 |
| NEO ESSENTIAL SC SERVER | $ 25,000.00 | Fair Value | $ 25,000.00 |
| NEOBLUE MINI BILILIGHT | $ 2,375.00 | Fair Value | $ 2,375.00 |
| NEONATAL INTENSIVE CENTER | $ 11,100.00 | Fair Value | $ 11,100.00 |
| NEONATAL PRESSURE INTERCONNECT | $ 290.00 | Fair Value | $ 290.00 |
| NEONATE SUBGLOTTISCOPE | $ 125.00 | Fair Value | $ 125.00 |
| NERVE STIMULATOR | $ 775.00 | Fair Value | $ 775.00 |
| Network Attached Storage | $ 4,550.00 | Fair Value | $ 4,550.00 |
| NETWORK AUTO-TESTER | $ 850.00 | Fair Value | $ 850.00 |
| NETWORK BETWEEN HAHNEMANN AND | $ 1,275.00 | Fair Value | $ 1,275.00 |
| NETWORK CABLE DROPS IN THE ONC | $ 175.00 | Fair Value | $ 175.00 |
| NETWORK CABLES | $ 2,175.00 | Fair Value | $ 2,175.00 |
| NETWORK CABLES FOR COMPURECORD | $ 225.00 | Fair Value | $ 225.00 |
| NETWORK CABLES FOR EPILEPSY MO | $ 125.00 | Fair Value | $ 125.00 |
| NETWORK CABLES FOR NICU MONITO | $ 300.00 | Fair Value | $ 300.00 |
| NETWORK EQUIPMENT - TOWER | $ 9,900.00 | Fair Value | $ 9,900.00 |
| NETWORK IIC LASER JET PRINTER | $ 375.00 | Fair Value | $ 375.00 |
| NETWORK SERVER TOWER HARDWARE | $ 1,275.00 | Fair Value | $ 1,275.00 |
| NETWORK TESTER WIFI | $ 1,600.00 | Fair Value | $ 1,600.00 |
| NETWORK TRANSCEIVER SFP10GSR= | $ 7,000.00 | Fair Value | $ 7,000.00 |
| NEURO HEADREST | $ 1,150.00 | Fair Value | $ 1,150.00 |
| NEUROMUSCULAR STIMULATOR | $ 900.00 | Fair Value | $ 900.00 |
| NEUTRALIZATION STATION | $ 1,325.00 | Fair Value | $ 1,325.00 |
| NEWBORN HEARING SCREENER | $ 24,900.00 | Fair Value | $ 24,900.00 |
| NEXT GENERATION ALARIS PC UNIT | $ 44,000.00 | Fair Value | $ 44,000.00 |
| NIBP MODULES | $ 750.00 | Fair Value | $ 750.00 |
| NICOLET EEG MACHINE | $ 11,500.00 | Fair Value | $ 11,500.00 |
| NICU ACCESS CONTROL | $ 925.00 | Fair Value | $ 925.00 |
| NICU BRAIN MONITORING/COOLING | $ 700.00 | Fair Value | $ 700.00 |
| NICU EXPANSION DOOR ALARM | $ 350.00 | Fair Value | $ 350.00 |
| NICVUE FIELD UPGRADE TO V2.9 | $ 600.00 | Fair Value | $ 600.00 |
| NIKON COOLPIX P7000 DIGITAL CA | $ 225.00 | Fair Value | $ 225.00 |
| NIKON DIGITAL CAMERA | $ 65.00 | Fair Value | $ 65.00 |
| NIKON DIGITAL CAMERA KIT | $ 100.00 | Fair Value | $ 100.00 |
| NITROGEN MANIFOLD MAINTENANCE | $ 525.00 | Fair Value | $ 525.00 |
| NITROUS OXIDE DELIVERY SYS | $ 3,500.00 | Fair Value | $ 3,500.00 |
| NOMAD PRO 2 HAND HELD XRAY WHT | $ 3,450.00 | Fair Value | $ 3,450.00 |
| NON PLENUM CABLE PACKAGE | $ 1,500.00 | Fair Value | $ 1,500.00 |
| NON-DIRECTIONAL DOPPLER | $ 80.00 | Fair Value | $ 80.00 |
| NON-INVASIVE ANKLE DISTRACTOR | $ 325.00 | Fair Value | $ 325.00 |
| NON-IRRIGATING 90-DEGREE STRIP | $ 650.00 | Fair Value | $ 650.00 |
| NON-VENTED FOR SYNERGY WASHER | $ 150.00 | Fair Value | $ 150.00 |
| NORTEL CONTACT CENTER TELEPHON | $ 16,400.00 | Fair Value | $ 16,400.00 |
| NORTEL LS/DS LINE CIRCUIT CARD | $ 1,600.00 | Fair Value | $ 1,600.00 |
| NORTEL PHONE SYSTEM  CAPITAL H | $ 1,550.00 | Fair Value | $ 1,550.00 |
| NORTEL TELEPHONE SYSTEM UPGRAD | $ 13,400.00 | Fair Value | $ 13,400.00 |
| NOTEBOOK MICROSAVER SECURITY C | $ 5.00 | Fair Value | $ 5.00 |
| NSE FOOTSWITCH | $ 3,250.00 | Fair Value | $ 3,250.00 |
| NSTREAM+FOOTSWITCH | $ 150.00 | Fair Value | $ 150.00 |
| NURSE CALL SYSTEM | $ 2,700.00 | Fair Value | $ 2,700.00 |
| NURSE CALL SYSTEM-HEMOTOLOGY M | $ 1,000.00 | Fair Value | $ 1,000.00 |
| NURSE CALL UNIT-SPEC CARE UNT | $ 1,775.00 | Fair Value | $ 1,775.00 |
| NURSE CONTROL PANEL ARM  WM-NP | $ 475.00 | Fair Value | $ 475.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| NURSES CONTROL PANEL ARM  SHOR | $ 675.00 | Fair Value | $ 675.00 |
| NURSING STATION CHAIR | $ 1,500.00 | Fair Value | $ 1,500.00 |
| NURSING STATIONS AND SCU | $ 3,100.00 | Fair Value | $ 3,100.00 |
| NUVICO 3.8-9MM INDOOR D/N MINI | $ 2,400.00 | Fair Value | $ 2,400.00 |
| OCCURRENCE - RM | $ 5.00 | Fair Value | $ 5.00 |
| OCULIGHT SLX LASER INFRARED PH | $ 1,350.00 | Fair Value | $ 1,350.00 |
| OFFICE FURNITURE FOR SCHCPA PH | $ 45.00 | Fair Value | $ 45.00 |
| OFFICE FURNITURE SCHCPA PHYSIC | $ 45.00 | Fair Value | $ 45.00 |
| OFFICE SUPPLIES | $ 650.00 | Fair Value | $ 650.00 |
| OFFICE XP PRO ENTERPRISE WIN32 | $ 65.00 | Fair Value | $ 65.00 |
| OHAUS PHARMACY SCALE | $ 1,675.00 | Fair Value | $ 1,675.00 |
| OHMEDIA EXCELL 210/ POLYMOUNT | $ 5.00 | Fair Value | $ 5.00 |
| OLSEN CHOLANGIOGRAPHY FIXATION | $ 250.00 | Fair Value | $ 250.00 |
| OLYMPUS 26* HD MONITOR | $ 925.00 | Fair Value | $ 925.00 |
| OMEGA 4 COMMERCIAL MULTI-STATI | $ 5,000.00 | Fair Value | $ 5,000.00 |
| ON DEMAND & BUNDLING 40102703 | $ 10.00 | Fair Value | $ 10.00 |
| ONE FOUNDATION UPGRADE WIRELES | $ 4,900.00 | Fair Value | $ 4,900.00 |
| ONEAC UPS 1kva 60hz | $ 750.00 | Fair Value | $ 750.00 |
| OPERATING TABLE W/TLT PADS SS | $ 11,600.00 | Fair Value | $ 11,600.00 |
| OPHTHALMIC IMAGING SYSTEM | $ 16,700.00 | Fair Value | $ 16,700.00 |
| OPHTHALMOSCOPE | $ 15.00 | Fair Value | $ 15.00 |
| OPTIC EXAM LIGHT | $ 425.00 | Fair Value | $ 425.00 |
| OPTIONAL LEG PRESS/EATED CALF | $ 900.00 | Fair Value | $ 900.00 |
| OPTIPLEX 3020M MICRO WIRELESS | $ 8,000.00 | Fair Value | $ 8,000.00 |
| OPTIPLEX 380 DESKTOP BASE | $ 1,155.00 | Fair Value | $ 1,155.00 |
| OPTIPLEX 390 DESKTOP - RINA LA | $ 40.00 | Fair Value | $ 40.00 |
| OPTIPLEX 390 DESKTOP (EMERGENC | $ 40.00 | Fair Value | $ 40.00 |
| OPTIPLEX 390 DESKTOP(C.COYLE) | $ 40.00 | Fair Value | $ 40.00 |
| OPTIPLEX 9010 DESKTOP | $ 470.00 | Fair Value | $ 470.00 |
| OPTIPLEX 9010 SFF | $ 1,350.00 | Fair Value | $ 1,350.00 |
| OPTIPLEX 9020 | $ 100.00 | Fair Value | $ 100.00 |
| OPTIPLEX 9020 SMALL FORM FACTO | $ 111,700.00 | Fair Value | $ 111,700.00 |
| OPTLINK NURSE SCHEDULING AND S | $ 40.00 | Fair Value | $ 40.00 |
| OR #10 MATS | $ 4,825.00 | Fair Value | $ 4,825.00 |
| OR FLATBED CART | $ 275.00 | Fair Value | $ 275.00 |
| OR TABLE STERIS 4085 | $ 29,000.00 | Fair Value | $ 29,000.00 |
| OR TABLE X-RAY TOPS COMP SET S | $ 975.00 | Fair Value | $ 975.00 |
| OR1 ESSENTIAL NEO SERIES SYSTE | $ 100,000.00 | Fair Value | $ 100,000.00 |
| ORGANIZER ISOLATION PROTECTION | $ 1,000.00 | Fair Value | $ 1,000.00 |
| ORGANIZER LITERATURE | $ 65.00 | Fair Value | $ 65.00 |
| ORGANIZER-VERTICLE ON DOOR | $ 125.00 | Fair Value | $ 125.00 |
| ORTHO WAITING ROOM PROJECT | $ 70.00 | Fair Value | $ 70.00 |
| ORTHOPEDIC - IMAGING TOPS | $ 5,500.00 | Fair Value | $ 5,500.00 |
| ORTHOPHOS XG5 PAN/CEPH | $ 15,200.00 | Fair Value | $ 15,200.00 |
| OSCILLATING SAW ATTACHMENT (SA | $ 16,625.00 | Fair Value | $ 16,625.00 |
| OSCILLATOR 115V 60HZ MODEL 310 | $ 58,200.00 | Fair Value | $ 58,200.00 |
| OSCILLATOR MODEL 3100B | $ 46,000.00 | Fair Value | $ 46,000.00 |
| OSHER-NEUMAN 16 LINE COR L MRK | $ 550.00 | Fair Value | $ 550.00 |
| OSMOMETER | $ 1,725.00 | Fair Value | $ 1,725.00 |
| OSMOSIS EQIPMEMT MC/TNKS | $ 50.00 | Fair Value | $ 50.00 |
| OSMOSIS EQUIPMENT | $ 40.00 | Fair Value | $ 40.00 |
| OSMOSIS EQUIPMENT BASIN | $ 85.00 | Fair Value | $ 85.00 |
| OSR 2500 | $ 1,400.00 | Fair Value | $ 1,400.00 |
| OTOSCOPE | $ 4,715.00 | Fair Value | $ 4,715.00 |
| OTTOMAN | $ 21,300.00 | Fair Value | $ 21,300.00 |
| OUTLET STRIP | $ 350.00 | Fair Value | $ 350.00 |
| OUTPATIENT PHARMACY LABOR | $ 60.00 | Fair Value | $ 60.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| OVEN LABORATORY | $ 40.00 | Fair Value | $ 40.00 |
| OVEN MICROWAVE | $ 50.00 | Fair Value | $ 50.00 |
| OVERBED TABLE | $ 9,050.00 | Fair Value | $ 9,050.00 |
| OVERBED TABLE COLOR: WILD CHER | $ 4,750.00 | Fair Value | $ 4,750.00 |
| OVERBED TABLE COMPOSITE TOP | $ 180.00 | Fair Value | $ 180.00 |
| OVERBED TABLE TRAY | $ 100.00 | Fair Value | $ 100.00 |
| OVERHEAD SCHEDULE 371 LICENSES | $ 40.00 | Fair Value | $ 40.00 |
| OVERSIZED CRADLE | $ 40.00 | Fair Value | $ 40.00 |
| OXFORD ACTIVITY TABLE 24X48 FR | $ 285.00 | Fair Value | $ 285.00 |
| OXFORD ACTIVITY TABLES 24X48 F | $ 285.00 | Fair Value | $ 285.00 |
| OXIMETER / CAPNOGRAPH | $ 250.00 | Fair Value | $ 250.00 |
| OXIMETER CEEBRAL | $ 3,850.00 | Fair Value | $ 3,850.00 |
| OXIMETER CELEBRAL | $ 1,400.00 | Fair Value | $ 1,400.00 |
| OXIMETER PULSE | $ 2,050.00 | Fair Value | $ 2,050.00 |
| OXIMETER WHOLE BLOOD | $ 800.00 | Fair Value | $ 800.00 |
| OXYGEN MANIFOLD W/EQUIPMENT AN | $ 175.00 | Fair Value | $ 175.00 |
| OYAKAWA LRI DIAMOND KNIFE | $ 4,400.00 | Fair Value | $ 4,400.00 |
| P/C MONITOR | $ 125.00 | Fair Value | $ 125.00 |
| P1911 19* WIDESCREEN MONITOR | $ 140.00 | Fair Value | $ 140.00 |
| P1911 19* WIDESCREEN MONITOR V | $ 70.00 | Fair Value | $ 70.00 |
| P2D TRANSDUCER | $ 125.00 | Fair Value | $ 125.00 |
| PACEMAKER | $ 575.00 | Fair Value | $ 575.00 |
| PACEMAKER DUAL CHAMBER | $ 575.00 | Fair Value | $ 575.00 |
| PACING AND CODE MARKER | $ 1,025.00 | Fair Value | $ 1,025.00 |
| PACS AND RIS WORKSTATIONS | $ 6,100.00 | Fair Value | $ 6,100.00 |
| PACS STORAGE | $ 3,675.00 | Fair Value | $ 3,675.00 |
| PAD PULL OUT | $ 100.00 | Fair Value | $ 100.00 |
| PAN BRAISING | $ 350.00 | Fair Value | $ 350.00 |
| PANEL TRUCK | $ 3,075.00 | Fair Value | $ 3,075.00 |
| PANORAMIC XRAY | $ 110,000.00 | Fair Value | $ 110,000.00 |
| PAOLI 2 SEATER UNIT NO MIDDLE | $ 475.00 | Fair Value | $ 475.00 |
| PAOLI ECLIPSE 66X30 LEFT HAND | $ 5.00 | Fair Value | $ 5.00 |
| PAOLI WALL STREET CHAIR | $ 180.00 | Fair Value | $ 180.00 |
| PAOLI WALL STREET CHAIR-FOR SC | $ 90.00 | Fair Value | $ 90.00 |
| PARALLEL BARS ELECTRIC - 10 FT | $ 725.00 | Fair Value | $ 725.00 |
| PARENTS SHOWER 3RD FLOOR | $ 170.00 | Fair Value | $ 170.00 |
| PARKING SOFT T310 TOWER SERVER | $ 175.00 | Fair Value | $ 175.00 |
| PARSON PREMIE LARYNGOSCOPE SIZ | $ 950.00 | Fair Value | $ 950.00 |
| PARSON S ADULT/ADOL LARYNGOSCO | $ 2,450.00 | Fair Value | $ 2,450.00 |
| PARSON S ADULT/XLGE LARYNGOSCO | $ 1,275.00 | Fair Value | $ 1,275.00 |
| PARSON S TODDLER LARYNGOSCOPE | $ 950.00 | Fair Value | $ 950.00 |
| PARSONS INFANT LARYNGOSCOPE SI | $ 950.00 | Fair Value | $ 950.00 |
| PARSONS OPERATING LARYNGOSCOPE | $ 3,900.00 | Fair Value | $ 3,900.00 |
| PARSONS PREMI LARYNGOSCOPE SIZ | $ 875.00 | Fair Value | $ 875.00 |
| PASSPORT NELLCOR SENSOR CABLE | $ 5.00 | Fair Value | $ 5.00 |
| PATCH CABLE 25FT | $ 10.00 | Fair Value | $ 10.00 |
| PATCH CABLE 7FT 6PACK | $ 30.00 | Fair Value | $ 30.00 |
| PATIENT BED | $ 149,600.00 | Fair Value | $ 149,600.00 |
| PATIENT CHAIRS | $ 8,250.00 | Fair Value | $ 8,250.00 |
| PATIENT DATA REPORTING | $ 35.00 | Fair Value | $ 35.00 |
| PATIENT ISOLATION & CONTAINMEN | $ 1,200.00 | Fair Value | $ 1,200.00 |
| PATIENT MONITOR | $ 25,600.00 | Fair Value | $ 25,600.00 |
| PATIENT MONITOR-MODULE | $ 300.00 | Fair Value | $ 300.00 |
| PATIENT PORTAL | $ 5.00 | Fair Value | $ 5.00 |
| PATIENT REMOTE MONITORING KIT | $ 13,300.00 | Fair Value | $ 13,300.00 |
| PATIENT ROOM KIT W/CONTROLLABL | $ 5,250.00 | Fair Value | $ 5,250.00 |
| PAY ON FOOT MACHINE | $ 7,750.00 | Fair Value | $ 7,750.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PAYER SERVICES | $ 15.00 | Fair Value | $ 15.00 |
| PAYROLL & HRMS DEVELOPMENT | $ 85.00 | Fair Value | $ 85.00 |
| PBAR AND PATIENT MANAGEMENT SY | $ 5.00 | Fair Value | $ 5.00 |
| PC ANYWHERE | $ 20.00 | Fair Value | $ 20.00 |
| PC PROX 82 SERIES AWID RF PROX | $ 2,100.00 | Fair Value | $ 2,100.00 |
| PC WORKSTATION | $ 26,100.00 | Fair Value | $ 26,100.00 |
| PCA KIT-8720 | $ 200.00 | Fair Value | $ 200.00 |
| PC-MONITOR-WEBCAM-USB CABLES-P | $ 425.00 | Fair Value | $ 425.00 |
| PDI 10* HEALTHCARE LCD | $ 540.00 | Fair Value | $ 540.00 |
| PDI 10* PERSONA LCD TV | $ 1,800.00 | Fair Value | $ 1,800.00 |
| PED OPTICAL BIOPSY FORCEP W/SI | $ 300.00 | Fair Value | $ 300.00 |
| PEDESTAL FILE PLATINUM | $ 255.00 | Fair Value | $ 255.00 |
| PEDESTAL PARKING LOT | $ 35.00 | Fair Value | $ 35.00 |
| PEDESTALS PAOLI - ABINGTON CLI | $ 225.00 | Fair Value | $ 225.00 |
| PEDIASCAN MODEL 200 TRANSILLUM | $ 3,300.00 | Fair Value | $ 3,300.00 |
| PEDIASCAN TRANSILLUMINATOR ROL | $ 55.00 | Fair Value | $ 55.00 |
| PEDIATRIC BRONCHOSCOE WITH 2.2 | $ 2,300.00 | Fair Value | $ 2,300.00 |
| PEDIATRIC CRIB | $ 240,800.00 | Fair Value | $ 240,800.00 |
| PEDIATRIC DISP NIBF CUFF | $ 5.00 | Fair Value | $ 5.00 |
| PEDIATRIC ECG CABLE | $ 50.00 | Fair Value | $ 50.00 |
| PEDIATRIC LCP HIP PLATE SYSTEM | $ 5,000.00 | Fair Value | $ 5,000.00 |
| PEDIATRIC MEGA SOFT PAD | $ 800.00 | Fair Value | $ 800.00 |
| PEDIATRIC PUSH TO SET ANALOG S | $ 12,650.00 | Fair Value | $ 12,650.00 |
| PEDIATRIC SCALE W/CRADLE AND C | $ 3,600.00 | Fair Value | $ 3,600.00 |
| PEDIATRIC STIRRUP PACKAGE | $ 6,700.00 | Fair Value | $ 6,700.00 |
| PEDIATRIC STIRRUPS | $ 475.00 | Fair Value | $ 475.00 |
| PEDIATRIC/INFANT SCALE - 5 GRA | $ 1,650.00 | Fair Value | $ 1,650.00 |
| PEDIATRIC/INFANT SCALE 5 GRAM | $ 1,750.00 | Fair Value | $ 1,750.00 |
| PEDIATRIC/INFANT SCALE 5GM ACC | $ 1,475.00 | Fair Value | $ 1,475.00 |
| PEDS BRONC | $ 25.00 | Fair Value | $ 25.00 |
| PEERLESS WALL MOUNT | $ 60.00 | Fair Value | $ 60.00 |
| PEERLESS WALL T.V. BRACKET-866 | $ 5.00 | Fair Value | $ 5.00 |
| PEHRATEK WIRELESS VIDEO VRA SY | $ 350.00 | Fair Value | $ 350.00 |
| PEHRATEK WIRELESS XM-1000 VRA | $ 300.00 | Fair Value | $ 300.00 |
| PELVIC EXTERNAL FIXATION SET-C | $ 1,200.00 | Fair Value | $ 1,200.00 |
| PENA MUSCLE STIMULATOR | $ 3,350.00 | Fair Value | $ 3,350.00 |
| PENGUIN NUTRITIONAL WARMER | $ 150.00 | Fair Value | $ 150.00 |
| PENGUIN SINGLE WELL WARMER | $ 1,200.00 | Fair Value | $ 1,200.00 |
| PERCUSSIONAIRE WITH STAND | $ 10,400.00 | Fair Value | $ 10,400.00 |
| PERFORATION GENERATOR | $ 2,500.00 | Fair Value | $ 2,500.00 |
| PERFORMANCE CLINICAL BUNDLE | $ 2,375.00 | Fair Value | $ 2,375.00 |
| PERIMETER SECURITY CONTROL | $ 15.00 | Fair Value | $ 15.00 |
| PERM FLA 16* ELEVATING FOOTRES | $ 30.00 | Fair Value | $ 30.00 |
| PERM FLA 18* ELEVATING FOOTRES | $ 30.00 | Fair Value | $ 30.00 |
| PERMIT FOR TOWER CABLING | $ 6,600.00 | Fair Value | $ 6,600.00 |
| PERPETUAL ADJ ARM NESTING CHAI | $ 10,600.00 | Fair Value | $ 10,600.00 |
| PERSONAL ELECTRONIC DOSIMETERS | $ 240.00 | Fair Value | $ 240.00 |
| PERSONEL CARE MODULE | $ 1,300.00 | Fair Value | $ 1,300.00 |
| PH CATHETER | $ 40.00 | Fair Value | $ 40.00 |
| PH METER | $ 125.00 | Fair Value | $ 125.00 |
| PHARMACY CCTV & SECURITY | $ 4,250.00 | Fair Value | $ 4,250.00 |
| PHARMACY MED DRAWER/LABELS | $ 1,325.00 | Fair Value | $ 1,325.00 |
| PHARMACY REFRIGERATOR  11CF (3 | $ 19,075.00 | Fair Value | $ 19,075.00 |
| PHARMACY REFRIGERATOR  56CF (1 | $ 5,100.00 | Fair Value | $ 5,100.00 |
| PHARMACY/LABORATORY REFRIGERAT | $ 6,200.00 | Fair Value | $ 6,200.00 |
| PHASED ARRAY SECTOR PROBE | $ 775.00 | Fair Value | $ 775.00 |
| PHASED ARRAY TRANSDUCER | $ 1,150.00 | Fair Value | $ 1,150.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PHILIPS 22* HEALTHCARE LCD(INC | $ 11,600.00 | Fair Value | $ 11,600.00 |
| PHOENIX X36 HEMODIALYSIS MACHI | $ 18,800.00 | Fair Value | $ 18,800.00 |
| PHONE SYSTEM IN HOUSE | $ 37,000.00 | Fair Value | $ 37,000.00 |
| PHONE SYSTEM W/ SOFTWARE & MER | $ 19,300.00 | Fair Value | $ 19,300.00 |
| PHOTIC LAMP | $ 650.00 | Fair Value | $ 650.00 |
| PHYSICAIN PORTAL INTERGRATIONS | $ 10.00 | Fair Value | $ 10.00 |
| PHYSICAL INVENTORY WEB ENABLIN | $ 10.00 | Fair Value | $ 10.00 |
| PHYSICIAN CREDENTIALING ECHO | $ 40.00 | Fair Value | $ 40.00 |
| PHYSICIAN CRM | $ 5.00 | Fair Value | $ 5.00 |
| PHYSICIAN PORTAL - MCKESSON | $ 10.00 | Fair Value | $ 10.00 |
| PHYSICIAN PORTAL - TENET | $ 5.00 | Fair Value | $ 5.00 |
| PHYSICIAN ROLLING EXAM STOOLS | $ 30.00 | Fair Value | $ 30.00 |
| PHYSICIANS RELATION AUTOMATION | $ 30.00 | Fair Value | $ 30.00 |
| PICNIC TABLE | $ 2,550.00 | Fair Value | $ 2,550.00 |
| PICS REPLACEMENT VINYL CHAMBER | $ 125.00 | Fair Value | $ 125.00 |
| PIIC IX ENTERPRISE B W/EXP PAT | $ 24,500.00 | Fair Value | $ 24,500.00 |
| PIIC IX ENTERPRISE BASE B | $ 2,450.00 | Fair Value | $ 2,450.00 |
| PIIC IX INTELLIVUE INFORMATION | $ 14,575.00 | Fair Value | $ 14,575.00 |
| PIIC IX PC | $ 16,150.00 | Fair Value | $ 16,150.00 |
| PILLCAM SB3 | $ 4,475.00 | Fair Value | $ 4,475.00 |
| PILLCAM SENSOR BELT FOR ENDO P | $ 350.00 | Fair Value | $ 350.00 |
| PIN COLLET | $ 325.00 | Fair Value | $ 325.00 |
| PIPE THREADER | $ 130.00 | Fair Value | $ 130.00 |
| PIPETTOR | $ 125.00 | Fair Value | $ 125.00 |
| PIPETTOR POWER SUPPLY (PROBE T | $ 15.00 | Fair Value | $ 15.00 |
| PIPETTOR STAND (PROBE TEC) - L | $ 20.00 | Fair Value | $ 20.00 |
| PIVOT COMMUNICATION HANDSET | $ 59,225.00 | Fair Value | $ 59,225.00 |
| PLASTIPAD PLUS ADULT SIZE 195P | $ 150.00 | Fair Value | $ 150.00 |
| PLATFORM 2 FIXED 1 MOBIL GRD 6 | $ 80.00 | Fair Value | $ 80.00 |
| PLUMBING LICENSE | $ 25.00 | Fair Value | $ 25.00 |
| PLUMBING SUPPLIES | $ 35.00 | Fair Value | $ 35.00 |
| PMI - POS CONTROL, VI AND KRON | $ 5.00 | Fair Value | $ 5.00 |
| PNEUMATIC DRILL MOTOR | $ 20,000.00 | Fair Value | $ 20,000.00 |
| PNEUMATIC FOOT CONTROL | $ 1,450.00 | Fair Value | $ 1,450.00 |
| POLE/BASKET | $ 55.00 | Fair Value | $ 55.00 |
| POLYCOM SOUNDSTATION IP 6000 | $ 2,050.00 | Fair Value | $ 2,050.00 |
| POLYMOUNT (25*) STANDARD WALL | $ 25.00 | Fair Value | $ 25.00 |
| POLYMOUNT DATEX-OHMEDA AESTIVA | $ 30.00 | Fair Value | $ 30.00 |
| POLYMOUNT ROLL STAND POWER OUT | $ 10.00 | Fair Value | $ 10.00 |
| POLYMOUNT ROLL STAND SUPPORT A | $ 5.00 | Fair Value | $ 5.00 |
| POLYMOUNT ROLL STAND VERTICAL | $ 5.00 | Fair Value | $ 5.00 |
| POLYMOUNT VERTICAL CPU WALL MO | $ 35.00 | Fair Value | $ 35.00 |
| POLYSOMNOGRAPH | $ 850.00 | Fair Value | $ 850.00 |
| PORTABLE HARD DRIVE | $ 15.00 | Fair Value | $ 15.00 |
| PORTABLE LED BRITE LITE SOURCE | $ 100.00 | Fair Value | $ 100.00 |
| PORTABLE MIRROR | $ 400.00 | Fair Value | $ 400.00 |
| PORTABLE REVERSE OSMOSIS MACHI | $ 36,900.00 | Fair Value | $ 36,900.00 |
| POWER STRIP FOR WARMER BEDS | $ 100.00 | Fair Value | $ 100.00 |
| POWER STRIP-6 OUTLET STRIP | $ 5.00 | Fair Value | $ 5.00 |
| POWER SUPPLY - UNINTERRUPTABLE | $ 250.00 | Fair Value | $ 250.00 |
| POWER SUPPLY - UNINTERRUPTIBLE | $ 240.00 | Fair Value | $ 240.00 |
| POWER SUPPLY 300W | $ 300.00 | Fair Value | $ 300.00 |
| POWER SUPPLY HARD_1.2 C3KXPWR1 | $ 4,400.00 | Fair Value | $ 4,400.00 |
| POWER SUPPLY PWRC11100WAC/2 | $ 13,300.00 | Fair Value | $ 13,300.00 |
| POWER ZOOM LENS FOR PT-DZ770/D | $ 600.00 | Fair Value | $ 600.00 |
| POWEREDGE R720 | $ 13,050.00 | Fair Value | $ 13,050.00 |
| POWEREDGE R720 BASE UNIT SERVE | $ 1,900.00 | Fair Value | $ 1,900.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| POWERLED SURGICAL LIGHT (K3) C | $ 18,800.00 | Fair Value | $ 18,800.00 |
| POWERPRO PNEUMATIC MODULAR | $ 2,900.00 | Fair Value | $ 2,900.00 |
| PRACTICE PLAN TELEPHONE UPGRAD | $ 3,225.00 | Fair Value | $ 3,225.00 |
| PREAMPLIFIER-CARDIAC STIMULATO | $ 100.00 | Fair Value | $ 100.00 |
| PREFILTER PRIMARY FILTER | $ 25.00 | Fair Value | $ 25.00 |
| PRESS DRILL | $ 55.00 | Fair Value | $ 55.00 |
| PRESS DRY MOUNT | $ 1,350.00 | Fair Value | $ 1,350.00 |
| PRESSURE MEASUREMENT SYSTEM | $ 1,150.00 | Fair Value | $ 1,150.00 |
| PRESSURIZED SPLIT-TANK DEAERAT | $ 7,700.00 | Fair Value | $ 7,700.00 |
| PRESTIGE PRO STARTER SET W/CAP | $ 50.00 | Fair Value | $ 50.00 |
| PRESTO- 24/7 MIDBACK DELUX TIL | $ 4,225.00 | Fair Value | $ 4,225.00 |
| PRICE HOOK | $ 500.00 | Fair Value | $ 500.00 |
| PRINTER | $ 135.00 | Fair Value | $ 135.00 |
| PRINTER (PROBE TEC) - LABORATO | $ 95.00 | Fair Value | $ 95.00 |
| PRINTER AND ZIP DRIVE | $ 20.00 | Fair Value | $ 20.00 |
| PRINTER COLOR VIDEO | $ 575.00 | Fair Value | $ 575.00 |
| PRINTER HP | $ 55.00 | Fair Value | $ 55.00 |
| PRINTER LABEL | $ 1,325.00 | Fair Value | $ 1,325.00 |
| PRINTER LASER | $ 7,070.00 | Fair Value | $ 7,070.00 |
| PRINTER LASER JET ENTERPRISE M | $ 21,000.00 | Fair Value | $ 21,000.00 |
| PRINTER LASER LED | $ 100.00 | Fair Value | $ 100.00 |
| PRINTER-CREDIT CARD UNIT | $ 1,080.00 | Fair Value | $ 1,080.00 |
| PRINTER-HP SCANJET | $ 50.00 | Fair Value | $ 50.00 |
| PRISMAFLEX HEMODIALYSIS UNIT | $ 31,600.00 | Fair Value | $ 31,600.00 |
| PRISMAFLO II WARMER LG SLEEVE | $ 10,500.00 | Fair Value | $ 10,500.00 |
| PRISMATIC LIGHT DEFLECTOR WITH | $ 775.00 | Fair Value | $ 775.00 |
| PROBE STORAGE CABINET (6 PROBE | $ 3,625.00 | Fair Value | $ 3,625.00 |
| PROCESSOR SCOPE | $ 2,050.00 | Fair Value | $ 2,050.00 |
| PROF SERV- INTERIOR DESIGN - R | $ 80.00 | Fair Value | $ 80.00 |
| PROFESSINAL FEES ULTRASOUND | $ 625.00 | Fair Value | $ 625.00 |
| PROFESSIONAL P190S 19* FLAT PA | $ 220.00 | Fair Value | $ 220.00 |
| PROGRAM MANAGEMENT SERVICES | $ 5.00 | Fair Value | $ 5.00 |
| PROJECTOR CINE ANGIOGRAM | $ 1,050.00 | Fair Value | $ 1,050.00 |
| PROJECTOR LCD | $ 675.00 | Fair Value | $ 675.00 |
| PROJECTOR LX700 | $ 3,125.00 | Fair Value | $ 3,125.00 |
| PROJECTOR MOUNT KIT | $ 40.00 | Fair Value | $ 40.00 |
| PROPAQ 202/ENGLISH/SPM/SS/PLUG | $ 950.00 | Fair Value | $ 950.00 |
| PROPAQ LT/SPM/USB/AAMI/PLUGA S | $ 1,200.00 | Fair Value | $ 1,200.00 |
| PROPAQ LT/WAFN/SPM/AAMI/PLUGA | $ 3,250.00 | Fair Value | $ 3,250.00 |
| PROPAQ PATIENT MONITOR | $ 975.00 | Fair Value | $ 975.00 |
| PROTECTIVE CASE FOR MESHER STA | $ 175.00 | Fair Value | $ 175.00 |
| PROTECTIVE EQUIP GRANT FUNDED | $ 275.00 | Fair Value | $ 275.00 |
| PROVIDE ONLINE CHECK/PAY STUB/ | $ 35.00 | Fair Value | $ 35.00 |
| PROXEO PROPHY AIR | $ 13,500.00 | Fair Value | $ 13,500.00 |
| PULMONARY FUNCTION MACHINE - W | $ 9,500.00 | Fair Value | $ 9,500.00 |
| PULSE OXIMETRY MODULE | $ 2,700.00 | Fair Value | $ 2,700.00 |
| PUMP BREAST | $ 35.00 | Fair Value | $ 35.00 |
| PUMP INFUSION | $ 204,325.00 | Fair Value | $ 204,325.00 |
| PUMP INFUSION - MRI | $ 2,400.00 | Fair Value | $ 2,400.00 |
| PUMP INFUSION MODULE | $ 121,530.00 | Fair Value | $ 121,530.00 |
| PUMP INFUSION MRI | $ 12,925.00 | Fair Value | $ 12,925.00 |
| PUMP INFUSION PCA MODULE | $ 7,400.00 | Fair Value | $ 7,400.00 |
| PUMP INFUSION SYRINGE MODULE | $ 61,700.00 | Fair Value | $ 61,700.00 |
| PUMP SUCTION | $ 3,230.00 | Fair Value | $ 3,230.00 |
| PUMP SYRINGE | $ 26,865.00 | Fair Value | $ 26,865.00 |
| PUNCH ARTHROSCOPIC BASKET DUCK | $ 2,525.00 | Fair Value | $ 2,525.00 |
| PUNCH ARTHROSCOPIC BASKET LINE | $ 800.00 | Fair Value | $ 800.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| PUNCH ARTHROSCOPIC BASKET STRA | $ 850.00 | Fair Value | $ 850.00 |
| PUNCH BASKET DUCKLING ELEVATED | $ 850.00 | Fair Value | $ 850.00 |
| PUNCH BASKET SCOOP UPSWEPT ART | $ 850.00 | Fair Value | $ 850.00 |
| PUNCH MENISCAL WIDEBITER LEFT | $ 1,550.00 | Fair Value | $ 1,550.00 |
| PUNCH MENISCAL WIDEBITER RIGHT | $ 1,550.00 | Fair Value | $ 1,550.00 |
| PUNCH MENISCUS ARTHROSCOPIC BA | $ 1,650.00 | Fair Value | $ 1,650.00 |
| PUNCH PARSONS RHINOFORCE | $ 150.00 | Fair Value | $ 150.00 |
| PURCHASING/RECEIVING CONSOLIDA | $ 40.00 | Fair Value | $ 40.00 |
| PUSHCHAIR ITO SMALL | $ 200.00 | Fair Value | $ 200.00 |
| PUSHTOSET PEDIATRIC ANALOG VAC | $ 67,300.00 | Fair Value | $ 67,300.00 |
| PVC CARD PRINTER | $ 1,150.00 | Fair Value | $ 1,150.00 |
| PWD DUAL REMOTE POWER SUPPLY W | $ 450.00 | Fair Value | $ 450.00 |
| PYLORIC FORCEPS | $ 300.00 | Fair Value | $ 300.00 |
| QUICK COUPLING FOR K-WIRES | $ 10,500.00 | Fair Value | $ 10,500.00 |
| QUIK COMBO RTS ELECTRODES | $ 5.00 | Fair Value | $ 5.00 |
| QUIK-PACE PACING ELECTRODES | $ 5.00 | Fair Value | $ 5.00 |
| R SERIES ALS DEFIBRILLATOR | $ 9,300.00 | Fair Value | $ 9,300.00 |
| R SERIES PLUS DEFIBRILLATOR | $ 99,400.00 | Fair Value | $ 99,400.00 |
| R5X RECUMENT CYCLE | $ 1,675.00 | Fair Value | $ 1,675.00 |
| RACK CONSOLE 8 PORT | $ 3,025.00 | Fair Value | $ 3,025.00 |
| RACK FOR SEVEN APRONS | $ 50.00 | Fair Value | $ 50.00 |
| RACK MAGAZINE | $ 10.00 | Fair Value | $ 10.00 |
| RACK RAIL KIT-FR DELL POWEREDG | $ 20.00 | Fair Value | $ 20.00 |
| RACK SYNGERY FOR WASHER | $ 1,400.00 | Fair Value | $ 1,400.00 |
| RACK-RAPID-RAIL-7U- CUSTOMER K | $ 40.00 | Fair Value | $ 40.00 |
| RAD WORKSTATION MONITOR | $ 34,950.00 | Fair Value | $ 34,950.00 |
| RAD WORKSTATION VIDEO CARD | $ 825.00 | Fair Value | $ 825.00 |
| RADIATION DETECTOR | $ 1,050.00 | Fair Value | $ 1,050.00 |
| RADIOLOGY SECURITY SYSTEM - HR | $ 550.00 | Fair Value | $ 550.00 |
| RADIOLOGY WORKSTATION | $ 7,200.00 | Fair Value | $ 7,200.00 |
| RADIOMETER | $ 1,500.00 | Fair Value | $ 1,500.00 |
| RADIOMETER REFUND | $ (5.00) | Fair Value | $ (5.00) |
| RADIUS 2122 DELIVERY SYS TRAD | $ 3,225.00 | Fair Value | $ 3,225.00 |
| RADIUS 7285 CUSP 4-POS HOLDER | $ 2,400.00 | Fair Value | $ 2,400.00 |
| RAINBOW CHAIRS WITH ARMS DIVA | $ 650.00 | Fair Value | $ 650.00 |
| RANGE | $ 60.00 | Fair Value | $ 60.00 |
| RANGE CHAR GRILLTOP 36 INCH CO | $ 2,800.00 | Fair Value | $ 2,800.00 |
| RANGE GRIDDLE TOP | $ 250.00 | Fair Value | $ 250.00 |
| RANGE GRIDDLE TOP 60 INCH COUN | $ 5,700.00 | Fair Value | $ 5,700.00 |
| RANGEBOOSTER DESKTOP ADAPTER | $ 5.00 | Fair Value | $ 5.00 |
| RAPIDLINK INSTRUMENT INTERFACE | $ 1,325.00 | Fair Value | $ 1,325.00 |
| RAPIDPOINT BLOOD GAS CART | $ 625.00 | Fair Value | $ 625.00 |
| RCM COMPUTER AT EPISCOPAL | $ 10.00 | Fair Value | $ 10.00 |
| RDS-3 RADICAL DOCKING STATION | $ 300.00 | Fair Value | $ 300.00 |
| READER EIA UNIVERSAL MICROPLAT | $ 325.00 | Fair Value | $ 325.00 |
| READING TABLE ADJUSTABLE | $ 1,500.00 | Fair Value | $ 1,500.00 |
| READY KIT MULTILOADER 700 | $ 20.00 | Fair Value | $ 20.00 |
| REBOUNDER & 5 BALLS (1SET) | $ 350.00 | Fair Value | $ 350.00 |
| RECEIVER TANK-MEDICAL AIR DRYE | $ 425.00 | Fair Value | $ 425.00 |
| RECEPTION STATION- KIMBALL CET | $ 10,300.00 | Fair Value | $ 10,300.00 |
| RECHARGEABLE LITHIUM ION BATTE | $ 45.00 | Fair Value | $ 45.00 |
| RECHARGEABLE SMART BATTERY FOR | $ 1,425.00 | Fair Value | $ 1,425.00 |
| RECL PAYROLL PRINTER TO CAPITL | $ 225.00 | Fair Value | $ 225.00 |
| RECLINA-ROCKER | $ 2,880.00 | Fair Value | $ 2,880.00 |
| RECLINING PHLEBOTOMY CHAIR | $ 1,100.00 | Fair Value | $ 1,100.00 |
| RECORDER POUCH DRST-1000 FOR E | $ 20.00 | Fair Value | $ 20.00 |
| RECORDER STRIP CHART | $ 2,200.00 | Fair Value | $ 2,200.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| RECTAL SUCTION BIOPSY TOOL - P | $ 150.00 | Fair Value | $ 150.00 |
| RECTANGULAR DESK W/HANGING FIL | $ 600.00 | Fair Value | $ 600.00 |
| RECTANGULAR TABLE | $ 750.00 | Fair Value | $ 750.00 |
| RECTANGULAR WORKCENTER 70W X 2 | $ 2,550.00 | Fair Value | $ 2,550.00 |
| RECUMBENT BIKE STRESS TEST | $ 2,650.00 | Fair Value | $ 2,650.00 |
| RECY PLASTIC HEX TABLE | $ 190.00 | Fair Value | $ 190.00 |
| REDDICK-OLSEN FORCEPS | $ 65.00 | Fair Value | $ 65.00 |
| REFRACTOMETER | $ 105.00 | Fair Value | $ 105.00 |
| REFRACTOMETER REICHERT CLINICA | $ 275.00 | Fair Value | $ 275.00 |
| REFRIDGERATOR 10CF TOP FREEZER | $ 125.00 | Fair Value | $ 125.00 |
| REFRIGERANT GAS MONITOR | $ 1,550.00 | Fair Value | $ 1,550.00 |
| REFRIGERATOR | $ 33,350.00 | Fair Value | $ 33,350.00 |
| REFRIGERATOR  HORIZON SERIES - | $ 4,675.00 | Fair Value | $ 4,675.00 |
| REFRIGERATOR - LAB | $ 125.00 | Fair Value | $ 125.00 |
| REFRIGERATOR / FREEZER DOMESTI | $ 2,695.00 | Fair Value | $ 2,695.00 |
| REFRIGERATOR 1 DOOR | $ 1,025.00 | Fair Value | $ 1,025.00 |
| REFRIGERATOR 1 DOOR LAB | $ 425.00 | Fair Value | $ 425.00 |
| REFRIGERATOR 1 DOOR UNDERCOUNT | $ 11,610.00 | Fair Value | $ 11,610.00 |
| REFRIGERATOR 2 DOOR | $ 600.00 | Fair Value | $ 600.00 |
| REFRIGERATOR 2 DOOR LAB | $ 900.00 | Fair Value | $ 900.00 |
| REFRIGERATOR 3 DOOR LAB | $ 200.00 | Fair Value | $ 200.00 |
| REFRIGERATOR BLOOD BANK | $ 975.00 | Fair Value | $ 975.00 |
| REFRIGERATOR BLOOD BANK 2 DOOR | $ 1,275.00 | Fair Value | $ 1,275.00 |
| REFRIGERATOR COMPACT | $ 1,995.00 | Fair Value | $ 1,995.00 |
| REFRIGERATOR ICU | $ 425.00 | Fair Value | $ 425.00 |
| REFRIGERATOR LAB | $ 175.00 | Fair Value | $ 175.00 |
| REFRIGERATOR LAB - 2 DOOR | $ 1,800.00 | Fair Value | $ 1,800.00 |
| REFRIGERATOR LAB 1 DOOR | $ 225.00 | Fair Value | $ 225.00 |
| REFRIGERATOR MORGUE | $ 1,125.00 | Fair Value | $ 1,125.00 |
| REFRIGERATOR PHARMACY - 1 DOOR | $ 425.00 | Fair Value | $ 425.00 |
| REFRIGERATOR PHARMACY - 2 DOOR | $ 1,425.00 | Fair Value | $ 1,425.00 |
| REFRIGERATOR SINGLE DOOR LAB | $ 425.00 | Fair Value | $ 425.00 |
| REFRIGERATOR UNDER COUNTER | $ 370.00 | Fair Value | $ 370.00 |
| REFRIGERATOR UNDERCOUNTER | $ 910.00 | Fair Value | $ 910.00 |
| REFRIGERATOR UNDERCOUNTER 5.6C | $ 300.00 | Fair Value | $ 300.00 |
| REFRIGERATOR W/LOCK | $ 110.00 | Fair Value | $ 110.00 |
| REFRIGERATOR-UNDERSOUNTER-SUMM | $ 45.00 | Fair Value | $ 45.00 |
| REFURBISH (48) TELEPONES/2616 | $ 300.00 | Fair Value | $ 300.00 |
| REG VAC C/I ADULT CHEMETRON & | $ 875.00 | Fair Value | $ 875.00 |
| REG VAC C/I PED CHEMETRON & NI | $ 20,800.00 | Fair Value | $ 20,800.00 |
| REG VAC C/I PED CHEMETRON DS | $ 5,175.00 | Fair Value | $ 5,175.00 |
| REHAB DOCUMENT MEDISERVE | $ 75.00 | Fair Value | $ 75.00 |
| RELTON FRAME W/PADS | $ 500.00 | Fair Value | $ 500.00 |
| REMOTE AIR INTAKE | $ 750.00 | Fair Value | $ 750.00 |
| REMOTE ALARMS | $ 55.00 | Fair Value | $ 55.00 |
| REMOTE ANTENNA | $ 24,750.00 | Fair Value | $ 24,750.00 |
| REMOTE CABLE | $ 15.00 | Fair Value | $ 15.00 |
| REMOTE CODING PORTAL | $ 5.00 | Fair Value | $ 5.00 |
| REMOTE CONTROL PANEL 4 SWITCH | $ 250.00 | Fair Value | $ 250.00 |
| REMOTE MONITOR/CNTL  3865 2.4G | $ 2,200.00 | Fair Value | $ 2,200.00 |
| REMOTE REVIEW STATION IN PATIE | $ 1,300.00 | Fair Value | $ 1,300.00 |
| REMOTE SPEED POINT | $ 325.00 | Fair Value | $ 325.00 |
| REMOTE WATER CONTROL VALVE | $ 1,075.00 | Fair Value | $ 1,075.00 |
| REMOVAL AND INSTALLATION OF CA | $ 1,900.00 | Fair Value | $ 1,900.00 |
| REPEATER | $ 60.00 | Fair Value | $ 60.00 |
| REPEATER PUMP | $ 2,200.00 | Fair Value | $ 2,200.00 |
| REPHLUX TRACER | $ 350.00 | Fair Value | $ 350.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| REPLACEMENT BULB | $ 5.00 | Fair Value | $ 5.00 |
| REPORTING AND RECONCILIATION N | $ 35.00 | Fair Value | $ 35.00 |
| RESPIRATOR | $ 70.00 | Fair Value | $ 70.00 |
| RESPIRATOR PEDIATRIC | $ 35.00 | Fair Value | $ 35.00 |
| RESUSCI ANNE / CHILD | $ 4,100.00 | Fair Value | $ 4,100.00 |
| RETIREMENT IMAGING SYSTEM 4010 | $ 5.00 | Fair Value | $ 5.00 |
| RETRACTABLE CEILING COLUMN | $ 550.00 | Fair Value | $ 550.00 |
| RETRACTOR | $ 150.00 | Fair Value | $ 150.00 |
| RETRACTOR SYSTEM AND PARTS | $ 3,875.00 | Fair Value | $ 3,875.00 |
| REUPHOLSTER CHAIRS | $ 925.00 | Fair Value | $ 925.00 |
| REUPHOLSTER OFFICE CHAIRS | $ 70.00 | Fair Value | $ 70.00 |
| REUSALBE GROUNDING PAD | $ 150.00 | Fair Value | $ 150.00 |
| REUSEABLE BLOOD PRESSURE CUFF- | $ 40.00 | Fair Value | $ 40.00 |
| REVEL PTV TRANSPORT VENTILATOR | $ 24,600.00 | Fair Value | $ 24,600.00 |
| REVENUE CYCLE REGULATORY PROJ | $ 575.00 | Fair Value | $ 575.00 |
| RHINOFORCE FORCEPS | $ 130.00 | Fair Value | $ 130.00 |
| RHINOFORCE NASAL FORCEPS | $ 130.00 | Fair Value | $ 130.00 |
| RHINO-LARYNGOFIBERSCOPE | $ 5,000.00 | Fair Value | $ 5,000.00 |
| RHINOLARYNGOSCOPE | $ 2,475.00 | Fair Value | $ 2,475.00 |
| RHINOLARYNGOSCOPE-ENDO | $ 1,300.00 | Fair Value | $ 1,300.00 |
| RHINOLARYNNGOSCOPE | $ 7,400.00 | Fair Value | $ 7,400.00 |
| RICHO SPC 242DN - PRINTER FOR | $ 300.00 | Fair Value | $ 300.00 |
| RIDGIT PRESSING TOOL | $ 325.00 | Fair Value | $ 325.00 |
| RIDGIT STD SERIES XL PRESS RIN | $ 275.00 | Fair Value | $ 275.00 |
| RING BLADE #5 | $ 100.00 | Fair Value | $ 100.00 |
| ROCK CLIMBING WALL | $ 1,750.00 | Fair Value | $ 1,750.00 |
| ROCKER BOARD | $ 250.00 | Fair Value | $ 250.00 |
| ROCKER RECLINER | $ 2,225.00 | Fair Value | $ 2,225.00 |
| ROLL STAND  MR INFUSION PUMP | $ 950.00 | Fair Value | $ 950.00 |
| ROLL STAND FOR 32  MONITOR LM | $ 1,200.00 | Fair Value | $ 1,200.00 |
| ROLLING POD CHAIR | $ 855.00 | Fair Value | $ 855.00 |
| ROLLING POD CHAIRS | $ 50.00 | Fair Value | $ 50.00 |
| ROLLING STAND | $ 50.00 | Fair Value | $ 50.00 |
| RONDO THREE SEAT SOFA FULLY UP | $ 600.00 | Fair Value | $ 600.00 |
| RONDO TUB CHAIR FULLY UPHOLSTE | $ 150.00 | Fair Value | $ 150.00 |
| RONDO TWO SEAT SOFA FULLY UPHO | $ 250.00 | Fair Value | $ 250.00 |
| ROTARY SCISSORS  20DEG SHORT | $ 1,700.00 | Fair Value | $ 1,700.00 |
| ROTO CAM GRASPER MON 3.5 X 24 | $ 120.00 | Fair Value | $ 120.00 |
| ROTO CAM MARYLAND MON 3.5 X 24 | $ 120.00 | Fair Value | $ 120.00 |
| ROTO CAM MICRO FCP MON 3.5 X 2 | $ 120.00 | Fair Value | $ 120.00 |
| ROTO CAM PYLORUS DISS MONO 3.5 | $ 120.00 | Fair Value | $ 120.00 |
| ROTO CAM STRONG FCP MON 3.5 X | $ 120.00 | Fair Value | $ 120.00 |
| ROTO CAM SUPERSCS MON 3.5 X 24 | $ 120.00 | Fair Value | $ 120.00 |
| ROTO LOK BABCOCK FCP 3.5 X 24 | $ 60.00 | Fair Value | $ 60.00 |
| ROTO LOK GRASPER 3.5 X 24 | $ 60.00 | Fair Value | $ 60.00 |
| ROTO LOK HUNTER GRASPER 3.5 X | $ 60.00 | Fair Value | $ 60.00 |
| ROTO QUICK COUPLING | $ 5,400.00 | Fair Value | $ 5,400.00 |
| ROUND TABLE- FORMICA | $ 35.00 | Fair Value | $ 35.00 |
| ROUTER | $ 2,050.00 | Fair Value | $ 2,050.00 |
| ROVER DIALYSIS WATER TRANSPORT | $ 4,025.00 | Fair Value | $ 4,025.00 |
| ROYLAN SPLINT PAN SMALL | $ 50.00 | Fair Value | $ 50.00 |
| RP500 BLOOD GAS ANALYZER | $ 50,400.00 | Fair Value | $ 50,400.00 |
| S MARKER | $ 400.00 | Fair Value | $ 400.00 |
| S12 ULTRA BAND SECTOR TRANSDUC | $ 1,050.00 | Fair Value | $ 1,050.00 |
| S12-4 BROADBAND PHASED ARRAY | $ 825.00 | Fair Value | $ 825.00 |
| S4 ULTRA BAND SECTOR TRANSDUCE | $ 1,050.00 | Fair Value | $ 1,050.00 |
| S4M THERMAL PRINTER | $ 250.00 | Fair Value | $ 250.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| S5 HEART LUNG PERFUSION SYSTEM | $ 9,000.00 | Fair Value | $ 9,000.00 |
| S5-1 BROADBAND PHASED ARRAY W/ | $ 1,000.00 | Fair Value | $ 1,000.00 |
| S6E STEREO MICROSCOPE W.16X EY | $ 2,275.00 | Fair Value | $ 2,275.00 |
| S7-2OMNI TEE TRANSDUCER | $ 2,500.00 | Fair Value | $ 2,500.00 |
| S8 ULTRABAND SECTOR TRANSDUCER | $ 1,050.00 | Fair Value | $ 1,050.00 |
| S8-3 BROADBAND PHASED ARRAY | $ 825.00 | Fair Value | $ 825.00 |
| SABO SAG SAW | $ 4,925.00 | Fair Value | $ 4,925.00 |
| SAE MATTRESSES | $ 1,600.00 | Fair Value | $ 1,600.00 |
| SAFE | $ 45.00 | Fair Value | $ 45.00 |
| SAFETY CABINET | $ 550.00 | Fair Value | $ 550.00 |
| SAFETY GLASSES FOR 810MM INFRA | $ 90.00 | Fair Value | $ 90.00 |
| SAFETY SYSTEM GAS CONNECTOR | $ 700.00 | Fair Value | $ 700.00 |
| SAGITTAL SAW | $ 550.00 | Fair Value | $ 550.00 |
| SAGITTAL SAW ASSEMBLY | $ 375.00 | Fair Value | $ 375.00 |
| SALES TAX NOT FINANCED CAP LEA | $ 15,510.00 | Fair Value | $ 15,510.00 |
| SAMSUNG SERIES 4 42* PN42C450 | $ 55.00 | Fair Value | $ 55.00 |
| SANDER ELECTRIC 8 INCH PORTABL | $ 70.00 | Fair Value | $ 70.00 |
| SATELLITE TV | $ 1,600.00 | Fair Value | $ 1,600.00 |
| SAW AUTOPSY | $ 75.00 | Fair Value | $ 75.00 |
| SAW RADIAL ARM | $ 140.00 | Fair Value | $ 140.00 |
| SCALE | $ 60.00 | Fair Value | $ 60.00 |
| SCALE FLOOR DIGITAL | $ 4,395.00 | Fair Value | $ 4,395.00 |
| SCALE FLOOR DIGITAL STOWAWAY | $ 675.00 | Fair Value | $ 675.00 |
| SCALE INFANT | $ 8,725.00 | Fair Value | $ 8,725.00 |
| SCALE PEDIATRIC/INFANT | $ 1,475.00 | Fair Value | $ 1,475.00 |
| SCALE WHEELCHAIR DIGITAL | $ 425.00 | Fair Value | $ 425.00 |
| SCANNER | $ 2,175.00 | Fair Value | $ 2,175.00 |
| SCANNER COMPUTER | $ 3,740.00 | Fair Value | $ 3,740.00 |
| SCANNER CT SINGLE SLICE | $ 36,000.00 | Fair Value | $ 36,000.00 |
| SCANX DUO F CHAIRSIDE IMAGING | $ 4,900.00 | Fair Value | $ 4,900.00 |
| SCB 300W XENON LIGHT | $ 4,025.00 | Fair Value | $ 4,025.00 |
| SCHEDULING SYSTEM | $ 25.00 | Fair Value | $ 25.00 |
| SCHWINN 150 UPRIGHT BIKE | $ 225.00 | Fair Value | $ 225.00 |
| SCOPE BRONCHOSCOPE | $ 10,475.00 | Fair Value | $ 10,475.00 |
| SCOPE COLONOSCOPE | $ 2,775.00 | Fair Value | $ 2,775.00 |
| SCOPE GASTROSCOPE | $ 29,025.00 | Fair Value | $ 29,025.00 |
| SCOPE RHINOLARYNGOSCOPE | $ 1,625.00 | Fair Value | $ 1,625.00 |
| SCOPE WASHER | $ 150.00 | Fair Value | $ 150.00 |
| SCOTT AIR BOTTLE-30 MIN STD | $ 270.00 | Fair Value | $ 270.00 |
| SCOUT DP AND TAOAE COLLECTION | $ 750.00 | Fair Value | $ 750.00 |
| SCOUT MESH-BACK CHAIR ADJ ARMS | $ 400.00 | Fair Value | $ 400.00 |
| SCPA CABELING FOR EDU PROJECT | $ 175.00 | Fair Value | $ 175.00 |
| SCPA RECTAL SUCTION BIOPSY TOO | $ 150.00 | Fair Value | $ 150.00 |
| SCPC SYSTEM | $ 18,800.00 | Fair Value | $ 18,800.00 |
| SCREEN PROJECTION MOTORIZED | $ 225.00 | Fair Value | $ 225.00 |
| SCREENCLEAN DISPLAY CLEANING K | $ 25.00 | Fair Value | $ 25.00 |
| SCREENER NEWBORN HEARING | $ 1,825.00 | Fair Value | $ 1,825.00 |
| SCREW REMOVAL SET | $ 1,200.00 | Fair Value | $ 1,200.00 |
| SCS COR KATZIN CVD LEFT MINI | $ 550.00 | Fair Value | $ 550.00 |
| SCS COR KATZIN CVD RIGHT MINI | $ 550.00 | Fair Value | $ 550.00 |
| SEA FOAM STOOL | $ 480.00 | Fair Value | $ 480.00 |
| SEALED ROTOR W/BUCKETS | $ 225.00 | Fair Value | $ 225.00 |
| SEALER BENCHTOP TUBE | $ 300.00 | Fair Value | $ 300.00 |
| SEALER TUBE | $ 40.00 | Fair Value | $ 40.00 |
| SEARGENT 10-LINE OFFICE FUNCTI | $ 575.00 | Fair Value | $ 575.00 |
| SEATING UNIT 1 CHAIR W/TABLE | $ 60.00 | Fair Value | $ 60.00 |
| SEATING UNIT 1 SEAT/ 1 TABLE | $ 30.00 | Fair Value | $ 30.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SEATING UNIT 1 SEAT/1 TABLE | $ 30.00 | Fair Value | $ 30.00 |
| SEATING UNIT 2 CHAIR | $ 30.00 | Fair Value | $ 30.00 |
| SEATING UNIT 2 SEATER | $ 60.00 | Fair Value | $ 60.00 |
| SEATING UNIT 3 CHAIR | $ 315.00 | Fair Value | $ 315.00 |
| SEATING UNIT 3 CHAIR W/TABLE | $ 45.00 | Fair Value | $ 45.00 |
| SEATING UNIT 3 SEAT | $ 45.00 | Fair Value | $ 45.00 |
| SEATING UNIT 3 SEAT/1 TABLE | $ 90.00 | Fair Value | $ 90.00 |
| SEATING UNIT 3 SEAT/1TABLE | $ 45.00 | Fair Value | $ 45.00 |
| SEATING UNIT 3 SEATER | $ 45.00 | Fair Value | $ 45.00 |
| SEATING UNIT FAB UPH OAK TRIM | $ 180.00 | Fair Value | $ 180.00 |
| SEATING UNIT STL 2 CHAIR | $ 60.00 | Fair Value | $ 60.00 |
| SEATING UNIT STL 2 CHAIRW/TBL | $ 45.00 | Fair Value | $ 45.00 |
| SEATING UNIT VINYL UPH OAK | $ 90.00 | Fair Value | $ 90.00 |
| SEATING UNIT/ 1 SEAT/1 TABLE | $ 30.00 | Fair Value | $ 30.00 |
| SEATING UNIT/1 SEAT/1 TABLE | $ 30.00 | Fair Value | $ 30.00 |
| SEATING UNIT/2 SEAT | $ 60.00 | Fair Value | $ 60.00 |
| SECOND AMPLIFIER CHANNEL | $ 200.00 | Fair Value | $ 200.00 |
| SECURITY & AUDIT TRAIL ENHANCE | $ 5.00 | Fair Value | $ 5.00 |
| SECURITY ALARM SYSYEM | $ 1,450.00 | Fair Value | $ 1,450.00 |
| SECURITY BADGE PRINTER | $ 1,850.00 | Fair Value | $ 1,850.00 |
| SECURITY CAMERA | $ 650.00 | Fair Value | $ 650.00 |
| SECURITY CAMERA FOR 12 BED ED | $ 260.00 | Fair Value | $ 260.00 |
| SECURITY CARD ACCESS- NICU | $ 2,250.00 | Fair Value | $ 2,250.00 |
| SECURITY RADIOS | $ 2,850.00 | Fair Value | $ 2,850.00 |
| SECURITY SYSTEM FOR 12 BED ED | $ 2,075.00 | Fair Value | $ 2,075.00 |
| SECURITY SYSTEM GRANT FUNDED B | $ 1,300.00 | Fair Value | $ 1,300.00 |
| SECURITY SYSTEM INSTALLATION | $ 1,525.00 | Fair Value | $ 1,525.00 |
| SEDGLEY VOICE & DATA INSTALL F | $ 4,200.00 | Fair Value | $ 4,200.00 |
| SEILER IQ ENT MICROSCOPE | $ 6,800.00 | Fair Value | $ 6,800.00 |
| SELF-CONTAINED PORTABLE AIR CO | $ 275.00 | Fair Value | $ 275.00 |
| SEMI-RIGID CYSTO-URETHROSCOPE | $ 450.00 | Fair Value | $ 450.00 |
| SENSITOMITER | $ 30.00 | Fair Value | $ 30.00 |
| SENSOR FAUCET OR | $ 15.00 | Fair Value | $ 15.00 |
| SENTRY ALARM C | $ 1,375.00 | Fair Value | $ 1,375.00 |
| SERVER | $ 4,550.00 | Fair Value | $ 4,550.00 |
| SERVER COMPUTER | $ 950.00 | Fair Value | $ 950.00 |
| Server CS 1000 | $ 5,650.00 | Fair Value | $ 5,650.00 |
| SERVER RM B SIDE NETWORK LAN C | $ 1,525.00 | Fair Value | $ 1,525.00 |
| SERVICE LINE REPORTING, NATION | $ 25.00 | Fair Value | $ 25.00 |
| SERVING LINE WITH 5 HOT WELLS | $ 95.00 | Fair Value | $ 95.00 |
| SERVO U VENTILATOR | $ 1,110,000.00 | Fair Value | $ 1,110,000.00 |
| SERVO-I UNIVERSAL PERFORMANCE | $ 72,000.00 | Fair Value | $ 72,000.00 |
| SET LDWR RADIO DIN AHA 60L 5W | $ 30.00 | Fair Value | $ 30.00 |
| SETTEE THREE SEAT | $ 600.00 | Fair Value | $ 600.00 |
| SETTEE THREE SEAT WOODEN | $ 240.00 | Fair Value | $ 240.00 |
| SETTEE TWO SEAT | $ 5,210.00 | Fair Value | $ 5,210.00 |
| SETTEE TWO SEAT WITH MAGAZINE | $ 45.00 | Fair Value | $ 45.00 |
| SET-URETEROSCOPE-FLEXIBLE-STEE | $ 1,625.00 | Fair Value | $ 1,625.00 |
| SEWER SNAKE | $ 70.00 | Fair Value | $ 70.00 |
| SHANGHAI RETRACTOR ADULT | $ 200.00 | Fair Value | $ 200.00 |
| SHANGHAI RETRACTOR INFANT | $ 600.00 | Fair Value | $ 600.00 |
| SHANGHAI RETRACTOR TEEN | $ 200.00 | Fair Value | $ 200.00 |
| SHAPE HOOK ELECTRODE 3.5 X 24 | $ 15.00 | Fair Value | $ 15.00 |
| SHARPES SAFETY CABINETS | $ 350.00 | Fair Value | $ 350.00 |
| SHARPS CONTAINER | $ 25.00 | Fair Value | $ 25.00 |
| SHEILD LEAD COUNTERTOP | $ 160.00 | Fair Value | $ 160.00 |
| SHELF | $ 175.00 | Fair Value | $ 175.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SHELF 5FT | $ 100.00 | Fair Value | $ 100.00 |
| SHELF SS 4X3X2 | $ 150.00 | Fair Value | $ 150.00 |
| SHELF SS 6X5X2 | $ 140.00 | Fair Value | $ 140.00 |
| SHELF UNIT 2 SECTION | $ 140.00 | Fair Value | $ 140.00 |
| SHELF UNIT 5 SECTION | $ 250.00 | Fair Value | $ 250.00 |
| SHELFING WIRE 5 UNIT | $ 125.00 | Fair Value | $ 125.00 |
| SHELTER & EMERG EQUIP/BIOTERRO | $ 1,675.00 | Fair Value | $ 1,675.00 |
| SHELVES WIRE | $ 125.00 | Fair Value | $ 125.00 |
| SHELVING CEILING MOUNTED | $ 2,850.00 | Fair Value | $ 2,850.00 |
| SHIELD LEAD | $ 55.00 | Fair Value | $ 55.00 |
| SHORT ARM KIT WALL MT FOR PROP | $ 750.00 | Fair Value | $ 750.00 |
| SHOULDER HOLDER | $ 150.00 | Fair Value | $ 150.00 |
| SHOWER TROLLEY W/SCALE | $ 25,000.00 | Fair Value | $ 25,000.00 |
| SHREDDER | $ 45.00 | Fair Value | $ 45.00 |
| SIDE TABLE | $ 50.00 | Fair Value | $ 50.00 |
| SIEMENS PRESSURE MONITOR MODEL | $ 21,600.00 | Fair Value | $ 21,600.00 |
| SIGNAGE ENGRAVING SYSTEM IS600 | $ 2,500.00 | Fair Value | $ 2,500.00 |
| SIGNMATE PLAYER | $ 1,625.00 | Fair Value | $ 1,625.00 |
| SILAMAT S6 AMALGAMATOR | $ 650.00 | Fair Value | $ 650.00 |
| SIMPLEX A6 ID CARD SCANNER | $ 750.00 | Fair Value | $ 750.00 |
| SIMULATOR | $ 70.00 | Fair Value | $ 70.00 |
| SIMULATOR PATIENT | $ 150.00 | Fair Value | $ 150.00 |
| SINGLE BASIN STAND | $ 30.00 | Fair Value | $ 30.00 |
| SINGLE CHAMBER PACEMAKER | $ 600.00 | Fair Value | $ 600.00 |
| SINGLE LCD MONITOR | $ 825.00 | Fair Value | $ 825.00 |
| SINGLE NEEDLE KIT | $ 2,800.00 | Fair Value | $ 2,800.00 |
| SINGLE SIGN ON ROLL OUT 48 FAC | $ 5.00 | Fair Value | $ 5.00 |
| SINGLE TIER (GRP OF 3) FIN:GRE | $ 525.00 | Fair Value | $ 525.00 |
| SINGLEY TISSUE FCP | $ 20.00 | Fair Value | $ 20.00 |
| SINK SCRUB SS 1 POSITION | $ 250.00 | Fair Value | $ 250.00 |
| SINK SS 3 BASIN 2 FAUCET | $ 150.00 | Fair Value | $ 150.00 |
| SINK SS HAND WASH | $ 250.00 | Fair Value | $ 250.00 |
| SINK/COUNTER SS 2 BASIN | $ 225.00 | Fair Value | $ 225.00 |
| SINUSCOPE 2.7MMX0DEGREE | $ 450.00 | Fair Value | $ 450.00 |
| SINUSCOPE 4MM 30 DEGREE AUTOCL | $ 700.00 | Fair Value | $ 700.00 |
| SIT ON IT ACHIEVE SEATING MOME | $ 2,400.00 | Fair Value | $ 2,400.00 |
| SIT ON IT CHAIRS- FABRIC: CHES | $ 150.00 | Fair Value | $ 150.00 |
| SIT ON IT CHAIRS- MULTIPLICITY | $ 80.00 | Fair Value | $ 80.00 |
| SITE SAVER ASH URN | $ 65.00 | Fair Value | $ 65.00 |
| SIX HOUR RECHARGEABLE SMART BA | $ 250.00 | Fair Value | $ 250.00 |
| SKIN GRAFT MESHER | $ 1,450.00 | Fair Value | $ 1,450.00 |
| SLEEP MONITOR | $ 1,650.00 | Fair Value | $ 1,650.00 |
| SLEEP SOFA | $ 61,050.00 | Fair Value | $ 61,050.00 |
| SLEEPER SEATING CHAIRS - BLUEB | $ 6,500.00 | Fair Value | $ 6,500.00 |
| SLEEPOVER BENCH | $ 14,100.00 | Fair Value | $ 14,100.00 |
| SLICER MEAT | $ 150.00 | Fair Value | $ 150.00 |
| SLIDE BRACKET | $ 15.00 | Fair Value | $ 15.00 |
| SLIDE DRYER | $ 125.00 | Fair Value | $ 125.00 |
| SLIDE STAINER | $ 16,750.00 | Fair Value | $ 16,750.00 |
| SLIDE WARMER | $ 2,075.00 | Fair Value | $ 2,075.00 |
| SLIMLINE GAS STERILIZATION | $ 55.00 | Fair Value | $ 55.00 |
| SLIMLINE URETEROSCOPE 15CM | $ 550.00 | Fair Value | $ 550.00 |
| SMALL ACTIVITY CHAIR | $ 800.00 | Fair Value | $ 800.00 |
| SMALL BATTERY DRIVE | $ 1,175.00 | Fair Value | $ 1,175.00 |
| SMALL BATTERY DRIVE II HANDPIE | $ 39,900.00 | Fair Value | $ 39,900.00 |
| SMALL BATTERY DRIVE WITH 14.4V | $ 3,375.00 | Fair Value | $ 3,375.00 |
| SMALL BATTERY POWER SYSTEM | $ 3,100.00 | Fair Value | $ 3,100.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SMALL CART 18 WHITE FLIPPER DO | $ 1,125.00 | Fair Value | $ 1,125.00 |
| SMALL CAST SPREADER | $ 35.00 | Fair Value | $ 35.00 |
| SMALL CPU HOLDER - BLACK | $ 55.00 | Fair Value | $ 55.00 |
| SMALL FORM FACTOR OPTI 990 COM | $ 65.00 | Fair Value | $ 65.00 |
| SMART 2.0 | $ 25.0 | Fair Value | $ 25.00 |
| SMARTHOPPING APC | $ 8,000.00 | Fair Value | $ 8,000.00 |
| SMARTMMONITOR | $ 500.00 | Fair Value | $ 500.00 |
| SMARTPUMP DUAL CHANNEL TOURNIQ | $ 5,500.00 | Fair Value | $ 5,500.00 |
| SMARTPUMP ROLLING STAND | $ 550.00 | Fair Value | $ 550.00 |
| SMOKE EVACUATION SYSTEM | $ 550.00 | Fair Value | $ 550.00 |
| SNOWBLOWER-ELECTRIC START | $ 160.00 | Fair Value | $ 160.00 |
| SOFA | $ 70.00 | Fair Value | $ 70.00 |
| SOFA FAB UPH | $ 90.00 | Fair Value | $ 90.00 |
| SOFA FAB UPH OAK TRIM BASE | $ 45.00 | Fair Value | $ 45.00 |
| SOFA LOVESEAT | $ 45.00 | Fair Value | $ 45.00 |
| SOFA THREE SEAT | $ 45.00 | Fair Value | $ 45.00 |
| SOFA TWO SEAT | $ 1,535.00 | Fair Value | $ 1,535.00 |
| SOFTMED INTERFACE DEVELOPMENT | $ 5.00 | Fair Value | $ 5.00 |
| SOFTWARE | $ 5.00 | Fair Value | $ 5.00 |
| SOFTWARE DEVELOPMENT COST | $ 10.00 | Fair Value | $ 10.00 |
| SOLAR PLUS HB HEADLIGHT | $ 250.00 | Fair Value | $ 250.00 |
| SONIC ARMLESS STOOL W/POLYPROP | $ 700.00 | Fair Value | $ 700.00 |
| SONIC-ARMLESS STACKING CHAIR W | $ 1,050.00 | Fair Value | $ 1,050.00 |
| SONIC-ARMLESS WALL SAVER CHAIR | $ 800.00 | Fair Value | $ 800.00 |
| SONOSITE S-NERVE | $ 7,800.00 | Fair Value | $ 7,800.00 |
| SONY 24  HD SURGICAL LCD MONIT | $ 1,325.00 | Fair Value | $ 1,325.00 |
| SONY DOME CAMERA | $ 2,700.00 | Fair Value | $ 2,700.00 |
| SONY DOME SOFTWARE CONTROLLED | $ 900.00 | Fair Value | $ 900.00 |
| SONY DVD RECORDER | $ 625.00 | Fair Value | $ 625.00 |
| SONY MEDICAL GRADE PRINTER | $ 1,600.00 | Fair Value | $ 1,600.00 |
| SONY UP 897 MD BLACK & WHITE V | $ 400.00 | Fair Value | $ 400.00 |
| SONY UPDR80MD MEDICAL GRADE PR | $ 400.00 | Fair Value | $ 400.00 |
| SONY UWP-D11 INTEGRATED DIGITA | $ 300.00 | Fair Value | $ 300.00 |
| SOUND HEARING BOOTH | $ 40.00 | Fair Value | $ 40.00 |
| SPD CAMERA | $ 11,250.00 | Fair Value | $ 11,250.00 |
| SPEAKER STAND KIT | $ 20.00 | Fair Value | $ 20.00 |
| SPEAKER SYSTEM | $ 90.00 | Fair Value | $ 90.00 |
| SPEAKERS FOR VITELNET SYSTEM | $ 20.00 | Fair Value | $ 20.00 |
| SPF MODULE | $ 650.00 | Fair Value | $ 650.00 |
| SPHYGMOMANOMETERS | $ 80.00 | Fair Value | $ 80.00 |
| SPIRIT SELECT PEDIATRIC BED | $ 185,600.00 | Fair Value | $ 185,600.00 |
| SPLINT- INFANT FULL BODY MULTI | $ 350.00 | Fair Value | $ 350.00 |
| SPO2 GRIP SENSOR | $ 175.00 | Fair Value | $ 175.00 |
| SPO2 RAINBOW REUSABLE PATIENT | $ 825.00 | Fair Value | $ 825.00 |
| SPONGE COLLECTING RECEPTICLE | $ 25.00 | Fair Value | $ 25.00 |
| SPRINT TRANSPORT PACK | $ 10.00 | Fair Value | $ 10.00 |
| SPRINTPACK W/BRKT POWER SYS | $ 1,500.00 | Fair Value | $ 1,500.00 |
| S-SERIES V-UNIVERSAL STAND | $ 325.00 | Fair Value | $ 325.00 |
| ST | $ 100.00 | Fair Value | $ 100.00 |
| St Chris Full WLAN for Bridge | $ 6,600.00 | Fair Value | $ 6,600.00 |
| ST.CLAIR THOMPSON ADENOID FORC | $ 400.00 | Fair Value | $ 400.00 |
| STACK CHAIR BLUE | $ 330.00 | Fair Value | $ 330.00 |
| STACK CHAIR WITHOUT ARMS | $ 100.00 | Fair Value | $ 100.00 |
| STACK CHAIRS /METAL | $ 25.00 | Fair Value | $ 25.00 |
| STACK CHAIRS WITH ARMS | $ 575.00 | Fair Value | $ 575.00 |
| STACKABLE TABLET ARM CHAIRS | $ 1,725.00 | Fair Value | $ 1,725.00 |
| STACKING BANQUET CHAIR OFFICES | $ 495.00 | Fair Value | $ 495.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| STACKING CHAIRS | $ 20.00 | Fair Value | $ 20.00 |
| STADIOMETER | $ 50.00 | Fair Value | $ 50.00 |
| STAINLESS STEEL BIN CART | $ 575.00 | Fair Value | $ 575.00 |
| STAINLESS STEEL CART | $ 1,000.00 | Fair Value | $ 1,000.00 |
| STAINLESS STEEL HOUSEKEEPING C | $ 4,375.00 | Fair Value | $ 4,375.00 |
| STAINLESS STEEL MOBILE TABLE | $ 1,550.00 | Fair Value | $ 1,550.00 |
| STAINLESS STEEL MOBILE WEIGHIN | $ 1,300.00 | Fair Value | $ 1,300.00 |
| STAINLESS STEEL STAND | $ 475.00 | Fair Value | $ 475.00 |
| STAIR CHAIR | $ 2,500.00 | Fair Value | $ 2,500.00 |
| STAIRCASE REHAB 3 STEP WOOD | $ 35.00 | Fair Value | $ 35.00 |
| STAND | $ 900.00 | Fair Value | $ 900.00 |
| STAND - FOOT PEDAL | $ 75.00 | Fair Value | $ 75.00 |
| STAND - STAINLESS STEEL | $ 55.00 | Fair Value | $ 55.00 |
| STAND 2 DRAWER REFRIGERATED 36 | $ 4,375.00 | Fair Value | $ 4,375.00 |
| STAND 2 DRAWER REFRIGERATED 60 | $ 3,225.00 | Fair Value | $ 3,225.00 |
| STAND EQUIPMENT - DENTAL | $ 3,025.00 | Fair Value | $ 3,025.00 |
| STAND FLOOR LTV | $ 850.00 | Fair Value | $ 850.00 |
| STAND FOOT PEDAL | $ 60.00 | Fair Value | $ 60.00 |
| STAND MAYO HEAVY DUTY/OVERSIZE | $ 125.00 | Fair Value | $ 125.00 |
| STAND W/ACCESSORIES | $ 300.00 | Fair Value | $ 300.00 |
| STANDARD CABLE | $ 110.00 | Fair Value | $ 110.00 |
| STANDARD FOOTSWITCH | $ 100.00 | Fair Value | $ 100.00 |
| STANDARD WHEELCHAIR  PAR#TREX8 | $ 45.00 | Fair Value | $ 45.00 |
| STAND-ON SCALE COMPLETE WITH H | $ 3,850.00 | Fair Value | $ 3,850.00 |
| STAR 430K H/S HANDPIECE DENTAL | $ 375.00 | Fair Value | $ 375.00 |
| STAR DATA VALIDATION ENHANCEME | $ 45.00 | Fair Value | $ 45.00 |
| STARLITE VARIWEIGHT X-RAY APRO | $ 80.00 | Fair Value | $ 80.00 |
| STARLUX 500 PULSED LIGHT AND L | $ 7,900.00 | Fair Value | $ 7,900.00 |
| STEAM STERILIZER- LINKED TO AS | $ 1,050.00 | Fair Value | $ 1,050.00 |
| STEAMER PRESSURELESS DOUBLE | $ 6,800.00 | Fair Value | $ 6,800.00 |
| STEEL CONTAINER (40') | $ 600.00 | Fair Value | $ 600.00 |
| STELLANT DUAL W/CERTEGRA WKS & | $ 17,100.00 | Fair Value | $ 17,100.00 |
| STEP ON TRASH CAN RECTANGULAR | $ 9,940.00 | Fair Value | $ 9,940.00 |
| STERI-CULT 11.4CF 120V INCUBAT | $ 1,700.00 | Fair Value | $ 1,700.00 |
| STERILE SHEATH KIT 10/BX | $ 10.00 | Fair Value | $ 10.00 |
| STERILE TRAY  2X8X1 | $ 500.00 | Fair Value | $ 500.00 |
| STERILGARD III | $ 45.00 | Fair Value | $ 45.00 |
| Sterilization Container | $ 700.00 | Fair Value | $ 700.00 |
| STERILIZATION PACKAGE | $ 7,400.00 | Fair Value | $ 7,400.00 |
| Sterilization Tray | $ 1,030.00 | Fair Value | $ 1,030.00 |
| STERILIZATION TRAY MULTI-USE | $ 275.00 | Fair Value | $ 275.00 |
| STERILIZER - WASHER / DISINFEC | $ 14,600.00 | Fair Value | $ 14,600.00 |
| STERILIZER / WASHER | $ 14,225.00 | Fair Value | $ 14,225.00 |
| STERILIZER STEAM | $ 29,900.00 | Fair Value | $ 29,900.00 |
| STERILIZER TRANSFER CART-LINKE | $ 150.00 | Fair Value | $ 150.00 |
| STERILIZER UTENSILWASHER | $ 9,100.00 | Fair Value | $ 9,100.00 |
| STERILIZER VACAMATIC | $ 5,850.00 | Fair Value | $ 5,850.00 |
| STERRAD COMPATIBLE HIGH DEFINI | $ 9,600.00 | Fair Value | $ 9,600.00 |
| STERRAD COMPATIBLE HIGHT DEFIN | $ 2,500.00 | Fair Value | $ 2,500.00 |
| STEVEN'S TENOTOMY HOOK | $ 5.00 | Fair Value | $ 5.00 |
| STEVENS TENOTOMY SCISSORS | $ 20.00 | Fair Value | $ 20.00 |
| STIEBER RIB GRIP KIT - OPERATI | $ 1,125.00 | Fair Value | $ 1,125.00 |
| STIMULATOR CARDIAC | $ 3,850.00 | Fair Value | $ 3,850.00 |
| STIMULATOR NERVE PERIPHERAL | $ 50.00 | Fair Value | $ 50.00 |
| STIMULATOR PHOTIC | $ 25.00 | Fair Value | $ 25.00 |
| STOOL | $ 28,655.00 | Fair Value | $ 28,655.00 |
| STOOL  EXAM  PNEU  CRESCENT AR | $ 700.00 | Fair Value | $ 700.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| STOOL ARMLESS | $ 120.00 | Fair Value | $ 120.00 |
| STOOL CHAIR-WITH BACK    COLOR= | $ 250.00 | Fair Value | $ 250.00 |
| STOOL DENTAL ASSISTANT | $ 4,050.00 | Fair Value | $ 4,050.00 |
| STOOL EXAM CHR SPINLIFT ADJ 4L | $ 240.00 | Fair Value | $ 240.00 |
| STOOL FOOT 11-3/ X 14-1/4X9 | $ 195.00 | Fair Value | $ 195.00 |
| STOOL NO ARMS - ABINGTON CLINI | $ 35.00 | Fair Value | $ 35.00 |
| STOOL W/O ARMS- BLACK | $ 3,825.00 | Fair Value | $ 3,825.00 |
| STOOL W/POLYURETHANE | $ 70.00 | Fair Value | $ 70.00 |
| STOOL W/VINYL SEAT | $ 40.00 | Fair Value | $ 40.00 |
| STOOL-BLACK FRAME | $ 35.00 | Fair Value | $ 35.00 |
| STORAGE AREA NETWORK | $ 1,625.00 | Fair Value | $ 1,625.00 |
| STORAGE CABINET | $ 440.00 | Fair Value | $ 440.00 |
| STORAGE CABINET TOP- LAM: G4 B | $ 15.00 | Fair Value | $ 15.00 |
| STORAGE CABINETS 9300 SERIES T | $ 250.00 | Fair Value | $ 250.00 |
| STORAGE CART | $ 150.00 | Fair Value | $ 150.00 |
| STRAIGHT LONG SABER ATTACHMENT | $ 575.00 | Fair Value | $ 575.00 |
| STRAIGHT MEDIUM *M* ATTACHMENT | $ 125.00 | Fair Value | $ 125.00 |
| STRAIGHT MEDIUM SABER ATTACHME | $ 575.00 | Fair Value | $ 575.00 |
| STRETCHER | $ 46,350.00 | Fair Value | $ 46,350.00 |
| STRETCHER HYDRAULIC | $ 39,340.00 | Fair Value | $ 39,340.00 |
| STRETCHER MORGUE | $ 150.00 | Fair Value | $ 150.00 |
| STRETCHER PAD 72X25X2 LECTROSE | $ 140.00 | Fair Value | $ 140.00 |
| STRETCHER WHEELED | $ 2,800.00 | Fair Value | $ 2,800.00 |
| STRETCHER WHEELED - MRI | $ 400.00 | Fair Value | $ 400.00 |
| STRETCHER WHEELED PEDIATRIC | $ 500.00 | Fair Value | $ 500.00 |
| STRETCHER/COT EMERGENCY | $ 1,575.00 | Fair Value | $ 1,575.00 |
| STRIGHT MEDIUM SABER ATTACHMEN | $ 250.00 | Fair Value | $ 250.00 |
| STRIKE ALARM ON BLOOD BANK MAC | $ 525.00 | Fair Value | $ 525.00 |
| STRUCTURED CABLING | $ 825.00 | Fair Value | $ 825.00 |
| STYLUS COLOR 980N INK JET PRIN | $ 55.00 | Fair Value | $ 55.00 |
| SUCT/IRRIG CANNULA 3.5 X 24 | $ 45.00 | Fair Value | $ 45.00 |
| SUCTION REG PEDS DIGITAL W/CHE | $ 630.00 | Fair Value | $ 630.00 |
| SUCTION REGULATOR | $ 75.00 | Fair Value | $ 75.00 |
| SUCTION REGULATOR UNIT - NURSI | $ 2,585.00 | Fair Value | $ 2,585.00 |
| SUCTION RWGULATOR UNIT - NURSI | $ 55.00 | Fair Value | $ 55.00 |
| SUCTION TUBE FOR INSERTABLE VA | $ 375.00 | Fair Value | $ 375.00 |
| SUMMIT UNDER COUNTER MEDICATIO | $ 540.00 | Fair Value | $ 540.00 |
| SUPINE STANDER | $ 3,100.00 | Fair Value | $ 3,100.00 |
| SUPPLIES NIBP INTERCONNECT CAB | $ 1,020.00 | Fair Value | $ 1,020.00 |
| SUPPLIES: NIBP INTERCONNECT CA | $ 135.00 | Fair Value | $ 135.00 |
| SUPPLY AND INSTALL HUMIDIFIER | $ 1,125.00 | Fair Value | $ 1,125.00 |
| SUPPLY/INSTALL (2) AMPLIFIERS/ | $ 125.00 | Fair Value | $ 125.00 |
| SUPPORT SYSTEM FOR XRAY EQUIPM | $ 625.00 | Fair Value | $ 625.00 |
| SURE POWER 4BAY CHARGING SYSTE | $ 225.00 | Fair Value | $ 225.00 |
| SUREPOWER RECHARGEABLE LITHIUM | $ 2,450.00 | Fair Value | $ 2,450.00 |
| SURETEMP 678 | $ 525.00 | Fair Value | $ 525.00 |
| SURETEMP ELECTRONIC THERMOMETE | $ 200.00 | Fair Value | $ 200.00 |
| SURETEMP THERMOMETER | $ 30.00 | Fair Value | $ 30.00 |
| SURGAIRTOME II HANDPIECE | $ 175.00 | Fair Value | $ 175.00 |
| SURGERY EQUIPMENT | $ 700.00 | Fair Value | $ 700.00 |
| SURGERY EQUIPMET | $ 65.00 | Fair Value | $ 65.00 |
| SURGICAL CART | $ 1,300.00 | Fair Value | $ 1,300.00 |
| SURGICAL CHAIR | $ 36,400.00 | Fair Value | $ 36,400.00 |
| SURGICAL EXAM LIGHT HALOGEN WA | $ 1,050.00 | Fair Value | $ 1,050.00 |
| SURGICAL FREE FLOW HIGH GAUGE | $ 1,575.00 | Fair Value | $ 1,575.00 |
| SURGICAL HEADLIGHT | $ 17,750.00 | Fair Value | $ 17,750.00 |
| SURGICAL INSTRUMENTS - OPERATI | $ 350.00 | Fair Value | $ 350.00 |

| General description | Net book value | Valuation method | Current value |
|---|---:|---|---:|
| SURGICAL LIGHT ARM AND MOUNT | $ 9,000.00 | Fair Value | $ 9,000.00 |
| SURGICAL SUITE SECURITY SYSTEM | $ 2,175.00 | Fair Value | $ 2,175.00 |
| SURGICAL TRAY | $ 1,675.00 | Fair Value | $ 1,675.00 |
| SURVEILLANCE CAMERA-HELIPORT | $ 325.00 | Fair Value | $ 325.00 |
| SUSPENSION ARM 62* REACH | $ 45.00 | Fair Value | $ 45.00 |
| SUTURE CART | $ 575.00 | Fair Value | $ 575.00 |
| SUV | $ 4,175.00 | Fair Value | $ 4,175.00 |
| SWITCH 12 PORT | $ 430.00 | Fair Value | $ 430.00 |
| SWITCH 24 PORT | $ 1,600.00 | Fair Value | $ 1,600.00 |
| SWITCH 48 PORT | $ 28,025.00 | Fair Value | $ 28,025.00 |
| SWITCH CHASIS | $ 1,075.00 | Fair Value | $ 1,075.00 |
| SWITCH CORE | $ 825.00 | Fair Value | $ 825.00 |
| SYMPHONY ICE AND WATER DISPENS | $ 4,200.00 | Fair Value | $ 4,200.00 |
| SYMPHONY PLUS ICE AND WATER DI | $ 22,200.00 | Fair Value | $ 22,200.00 |
| SYNC CBLE- TRAM3 Y ADAPTER | $ 35.00 | Fair Value | $ 35.00 |
| SYNEA TA-97 NON-FO | $ 3,000.00 | Fair Value | $ 3,000.00 |
| SYNERGY AIR ELITE BLOWER | $ 2,275.00 | Fair Value | $ 2,275.00 |
| SYRINGE AUTOCL | $ 60.00 | Fair Value | $ 60.00 |
| SYRINGE MODULE | $ 7,700.00 | Fair Value | $ 7,700.00 |
| SYRINGE PUMP | $ 25,800.00 | Fair Value | $ 25,800.00 |
| SYRINGE PUMP POLE CLAMP | $ 1,200.00 | Fair Value | $ 1,200.00 |
| SYS 6 STERNUM | $ 3,900.00 | Fair Value | $ 3,900.00 |
| SYSTEM AIR PURIFICATION | $ 150.00 | Fair Value | $ 150.00 |
| SYSTEM CHARGER | $ 325.00 | Fair Value | $ 325.00 |
| SYSTEM FLUID MANAGEMENT | $ 250.00 | Fair Value | $ 250.00 |
| SYSTEM IMMUNOASSAY BEAD WASHIN | $ 600.00 | Fair Value | $ 600.00 |
| SYSTEM PCR THERMAL CYCLER | $ 1,100.00 | Fair Value | $ 1,100.00 |
| SYSTEM REMEDIATION & IMPLEMENT | $ 10.00 | Fair Value | $ 10.00 |
| SYSTEM SECURITY / SURVEILLANCE | $ 4,150.00 | Fair Value | $ 4,150.00 |
| SYSTEM STERILIZATION BASKET | $ 125.00 | Fair Value | $ 125.00 |
| T/F TADPOLE PEDIATRIC POSITION | $ 60.00 | Fair Value | $ 60.00 |
| T1 VOICE CABLES  CAPITAL HEALT | $ 450.00 | Fair Value | $ 450.00 |
| T40S CAMERA (NIR 12.5) | $ 34,800.00 | Fair Value | $ 34,800.00 |
| T40S CAMERA (NIR 18) | $ 2,600.00 | Fair Value | $ 2,600.00 |
| TA-97 SYNEA HIGH SPEED HANDPIE | $ 5,000.00 | Fair Value | $ 5,000.00 |
| TA-97 SYNEA HIGHSPEED 2007 | $ 5,850.00 | Fair Value | $ 5,850.00 |
| TABLE | $ 27,415.00 | Fair Value | $ 27,415.00 |
| TABLE  SURGICAL | $ 37,000.00 | Fair Value | $ 37,000.00 |
| TABLE 36*D ADJ HGH | $ 120.00 | Fair Value | $ 120.00 |
| TABLE 42X20X20 | $ 50.00 | Fair Value | $ 50.00 |
| TABLE 48*D-LAM:G4 BEIGE-EDGE P | $ 50.00 | Fair Value | $ 50.00 |
| TABLE AUTOPSY S/SL | $ 1,000.00 | Fair Value | $ 1,000.00 |
| TABLE CONF  RECTANGULAR LAM OA | $ 220.00 | Fair Value | $ 220.00 |
| TABLE CONF OAK BOAT 3X10 | $ 55.00 | Fair Value | $ 55.00 |
| TABLE CONFERENCE | $ 55.00 | Fair Value | $ 55.00 |
| TABLE CONFERENCE LAMINAT OAK | $ 55.00 | Fair Value | $ 55.00 |
| TABLE CONFERENCE LAMINATE | $ 110.00 | Fair Value | $ 110.00 |
| TABLE CONFERENCE OAK 36X72 | $ 110.00 | Fair Value | $ 110.00 |
| TABLE CONFERENCE ROUND/48 INC | $ 55.00 | Fair Value | $ 55.00 |
| TABLE CONFERENCE ROUND/48 INCH | $ 220.00 | Fair Value | $ 220.00 |
| TABLE CONFERENCE WOOD | $ 3,220.00 | Fair Value | $ 3,220.00 |
| TABLE CONFERENCE WOOD - GLASS | $ 400.00 | Fair Value | $ 400.00 |
| TABLE CORNER-HON | $ 20.00 | Fair Value | $ 20.00 |
| TABLE DISPLAY OCTAGONAL WOOD | $ 150.00 | Fair Value | $ 150.00 |
| TABLE EXAM | $ 40.00 | Fair Value | $ 40.00 |
| TABLE EXAM CABINET BASE | $ 3,180.00 | Fair Value | $ 3,180.00 |
| TABLE EXAM ELECTRIC | $ 615.00 | Fair Value | $ 615.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TABLE EXAM VINYL ENAMEL LAMINA | $ 825.00 | Fair Value | $ 825.00 |
| TABLE FOLDING | $ 120.00 | Fair Value | $ 120.00 |
| TABLE FRACTURE | $ 19,100.00 | Fair Value | $ 19,100.00 |
| TABLE GROSSING S/SL | $ 300.00 | Fair Value | $ 300.00 |
| TABLE INSTRUMENT S/S | $ 300.00 | Fair Value | $ 300.00 |
| TABLE LAMINATE 48X20X16 | $ 30.00 | Fair Value | $ 30.00 |
| TABLE LIBRARY PAC | $ 300.00 | Fair Value | $ 300.00 |
| TABLE LIBRARY REFERENCE - 2 ST | $ 1,125.00 | Fair Value | $ 1,125.00 |
| TABLE MAT WOOD | $ 160.00 | Fair Value | $ 160.00 |
| TABLE MOD W/SHELF WORK STAT 7L | $ 45.00 | Fair Value | $ 45.00 |
| TABLE MODULAR ODD SIZE WORKSTA | $ 45.00 | Fair Value | $ 45.00 |
| TABLE OPERATING | $ 69,100.00 | Fair Value | $ 69,100.00 |
| TABLE ORTHOPEDIC | $ 775.00 | Fair Value | $ 775.00 |
| TABLE PREP S/S | $ 300.00 | Fair Value | $ 300.00 |
| TABLE PREP S/S 2 DOOR CABINET | $ 625.00 | Fair Value | $ 625.00 |
| TABLE PREP S/S WITH DRAWER | $ 725.00 | Fair Value | $ 725.00 |
| TABLE PREP S/S WITH DRAWER POR | $ 50.00 | Fair Value | $ 50.00 |
| TABLE PREP S/S WITH SINK | $ 600.00 | Fair Value | $ 600.00 |
| TABLE SPEC PROCEED- W/2 BACKRE | $ 1,425.00 | Fair Value | $ 1,425.00 |
| TABLE TREATMENT ELECTRIC | $ 2,375.00 | Fair Value | $ 2,375.00 |
| TABLE WITH SHELF | $ 70.00 | Fair Value | $ 70.00 |
| TABLE WITH SHELF DRAWER | $ 50.00 | Fair Value | $ 50.00 |
| TABLE-LEVELOR INSTRUMENT 4X24 | $ 45.00 | Fair Value | $ 45.00 |
| TABLE-LONG 30 X 72  BROWN FRAM | $ 800.00 | Fair Value | $ 800.00 |
| TABLE-TELEPHONE CYLINDER IN WO | $ 100.00 | Fair Value | $ 100.00 |
| TABLE-TRACEY CYLINDER 10*X30' | $ 35.00 | Fair Value | $ 35.00 |
| TABLE-TRACEY CYLINDER.10*X24* | $ 30.00 | Fair Value | $ 30.00 |
| TALC 16 PORT BUNDLE | $ 725.00 | Fair Value | $ 725.00 |
| TANITA SCALE DIGITAL KITCHEN/U | $ 175.00 | Fair Value | $ 175.00 |
| TANK MOUNT | $ 175.00 | Fair Value | $ 175.00 |
| TAPES FOR NETWORK FILE SERVER | $ 80.00 | Fair Value | $ 80.00 |
| TASK CHAIR | $ 1,270.00 | Fair Value | $ 1,270.00 |
| TASK CHAIR - ABINGTON CLINIC | $ 60.00 | Fair Value | $ 60.00 |
| TASK CHAIR LOW BACK WITHOUT AR | $ 720.00 | Fair Value | $ 720.00 |
| TASK CHAIR NO ARMS | $ 175.00 | Fair Value | $ 175.00 |
| TASK CHAIR WITH ARMS | $ 135.00 | Fair Value | $ 135.00 |
| TASK CHAIR WITHOUT ARMS | $ 140.00 | Fair Value | $ 140.00 |
| TASK CHAIRS | $ 965.00 | Fair Value | $ 965.00 |
| TASK CHAIRS WITH LOOP ARMS GRD | $ 1,575.00 | Fair Value | $ 1,575.00 |
| TASK LIGHTS- NICU | $ 45.00 | Fair Value | $ 45.00 |
| TBG 4H MW HP STR SURF 7' | $ 30.00 | Fair Value | $ 30.00 |
| TBL TOP HOSP RND 36* | $ 10.00 | Fair Value | $ 10.00 |
| TD-100 COMPLETE WITH PRE-INSTA | $ 10,900.00 | Fair Value | $ 10,900.00 |
| T-DOC SCANNER MODULE | $ 1,200.00 | Fair Value | $ 1,200.00 |
| T-DOC WIRELESS SCANNER KIT- 83 | $ 900.00 | Fair Value | $ 900.00 |
| TEC 7 ISOFLURANE  EASY-FIL VAP | $ 2,000.00 | Fair Value | $ 2,000.00 |
| TEE PROBE - KG/ECHO | $ 3,325.00 | Fair Value | $ 3,325.00 |
| TEE PROBE TRANSDUCER | $ 3,425.00 | Fair Value | $ 3,425.00 |
| TELECARDIOLOGY PROJECT | $ 300.00 | Fair Value | $ 300.00 |
| TELEPHONE | $ 50,225.00 | Fair Value | $ 50,225.00 |
| TELEPHONE SYSTEM | $ 19,725.00 | Fair Value | $ 19,725.00 |
| TELEPHONE-DESK SET RED  (QTY O | $ 250.00 | Fair Value | $ 250.00 |
| TELESCOPE | $ 1,450.00 | Fair Value | $ 1,450.00 |
| TELESCOPE 10MM X 31CM | $ 1,050.00 | Fair Value | $ 1,050.00 |
| TELESCOPE 2.7MM X 18CM | $ 2,250.00 | Fair Value | $ 2,250.00 |
| TELESCOPE 4MM X 18CM | $ 1,200.00 | Fair Value | $ 1,200.00 |
| TELESCOPE 4MM X 30CM | $ 1,050.00 | Fair Value | $ 1,050.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TELESCOPE 5.5MM X 50CM | $ 1,200.00 | Fair Value | $ 1,200.00 |
| TELESCOPE 5MM X 29CM | $ 525.00 | Fair Value | $ 525.00 |
| TELESCOPE 5MM X 50CM | $ 600.00 | Fair Value | $ 600.00 |
| TELESCOPE BRIDGE | $ 60.00 | Fair Value | $ 60.00 |
| TELESCOPE- GREEN 5.5MM X 53CM | $ 800.00 | Fair Value | $ 800.00 |
| TELESCOPE HOPKINS | $ 3,175.00 | Fair Value | $ 3,175.00 |
| TELESCOPE HOPKINS 2.7MM  - END | $ 300.00 | Fair Value | $ 300.00 |
| TELESCOPE HOPKINS 2.7MM - ENDO | $ 600.00 | Fair Value | $ 600.00 |
| TELESCOPE HOPKINS 30 | $ 950.00 | Fair Value | $ 950.00 |
| TELESCOPE HOPKINS 70 | $ 475.00 | Fair Value | $ 475.00 |
| TELESCOPE HOPKINS FORWARD | $ 475.00 | Fair Value | $ 475.00 |
| TELESCOPE HOPKINS II | $ 2,025.00 | Fair Value | $ 2,025.00 |
| TELESCOPE- HOPKINS II | $ 425.00 | Fair Value | $ 425.00 |
| TELESCOPE HOPKINS II 0 | $ 1,275.00 | Fair Value | $ 1,275.00 |
| TELESCOPE HOPKINS II 30 | $ 850.00 | Fair Value | $ 850.00 |
| TELESCOPE HOPKINS II 30' AUTOC | $ 325.00 | Fair Value | $ 325.00 |
| TELESCOPE HOPKINS II 45 | $ 425.00 | Fair Value | $ 425.00 |
| TELESCOPE HOPKINS II 70 | $ 375.00 | Fair Value | $ 375.00 |
| TELESCOPE HOPKINS II- AUTOCLAV | $ 400.00 | Fair Value | $ 400.00 |
| TELESCOPE HOPKINS II ENLARGED | $ 525.00 | Fair Value | $ 525.00 |
| TELESCOPE HOPKINS O WIDE | $ 300.00 | Fair Value | $ 300.00 |
| TELESCOPE HOPKINS STRAIGHT | $ 600.00 | Fair Value | $ 600.00 |
| TELESCOPE LIGHT | $ 90.00 | Fair Value | $ 90.00 |
| TELESCOPE LIGHT CABLE | $ 450.00 | Fair Value | $ 450.00 |
| TELESCOPE-HOPKINS 11 | $ 325.00 | Fair Value | $ 325.00 |
| TELESCOPE-HOPKINS II | $ 1,075.00 | Fair Value | $ 1,075.00 |
| TELESCOPE-HOPKINS II-0'AUTOCLA | $ 425.00 | Fair Value | $ 425.00 |
| TELESCOPE-HOPKINS II-30'AUTHOC | $ 375.00 | Fair Value | $ 375.00 |
| TELESCOPE-HOPKINS II-30'-AUTOC | $ 400.00 | Fair Value | $ 400.00 |
| TELESCOPING LIFT TRUCK-GENIE S | $ 275.00 | Fair Value | $ 275.00 |
| TELEVISION / VCR COMBINATION | $ 35.00 | Fair Value | $ 35.00 |
| TELEVISION COLOR | $ 35.00 | Fair Value | $ 35.00 |
| TELEVISION FLAT SCREEN | $ 7,125.00 | Fair Value | $ 7,125.00 |
| TEMP TEST KIT | $ 65.00 | Fair Value | $ 65.00 |
| TEMPERATURE MODULE | $ 490.00 | Fair Value | $ 490.00 |
| TEMPERATURE MONITOR PACKAGE | $ 400.00 | Fair Value | $ 400.00 |
| TEMPERATURE PARAMETER MODULE | $ 365.00 | Fair Value | $ 365.00 |
| TEMPORAL THERMOMETERS  TAT5000 | $ 560.00 | Fair Value | $ 560.00 |
| TEMPURATURE MONITOR PACKAGE | $ 400.00 | Fair Value | $ 400.00 |
| TERMINAL | $ 80.00 | Fair Value | $ 80.00 |
| TEST | $ 60.00 | Fair Value | $ 60.00 |
| TESTER AUTOMATED ENDOSCOPE LEA | $ 5,000.00 | Fair Value | $ 5,000.00 |
| TESTER BLOOD PRESSURE | $ 100.00 | Fair Value | $ 100.00 |
| TESTER PACEMAKER | $ 200.00 | Fair Value | $ 200.00 |
| TESTER SAFETY | $ 85.00 | Fair Value | $ 85.00 |
| TESTS & INSPECTIONS- INSPECTIO | $ 100.00 | Fair Value | $ 100.00 |
| TF2 THERAPIST KIT#3 | $ 75.00 | Fair Value | $ 75.00 |
| THERAPY CUDDLE SWING | $ 150.00 | Fair Value | $ 150.00 |
| THERAPY MOON SWING | $ 775.00 | Fair Value | $ 775.00 |
| THERAPY SCOOTER | $ 575.00 | Fair Value | $ 575.00 |
| THERAPY SWING | $ 1,050.00 | Fair Value | $ 1,050.00 |
| THERAPY TEETER SWING | $ 95.00 | Fair Value | $ 95.00 |
| THERMAL ARRAY RECORDER | $ 200.00 | Fair Value | $ 200.00 |
| THERMAL ARRAY RECORDER MODULE | $ 6,850.00 | Fair Value | $ 6,850.00 |
| THERMAL PRINTER | $ 8,500.00 | Fair Value | $ 8,500.00 |
| THERMOMETER | $ 9,595.00 | Fair Value | $ 9,595.00 |
| THERMOMETER HOLDER INSTRUMENT | $ 70.00 | Fair Value | $ 70.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| THREE-SEAT LEG BASE DESIGN W/E | $ 1,500.00 | Fair Value | $ 1,500.00 |
| THREE-SEAT-LEG BASE DESIGN W/E | $ 10,500.00 | Fair Value | $ 10,500.00 |
| TIBIAL NAIL IMPLANT SYSTEM | $ 5,400.00 | Fair Value | $ 5,400.00 |
| TICKET SPITTER | $ 900.00 | Fair Value | $ 900.00 |
| TILT TRUCK BLACK STANDARD 1CU | $ 1,100.00 | Fair Value | $ 1,100.00 |
| TILT TRUCK RED STANDARD 1CU YD | $ 1,050.00 | Fair Value | $ 1,050.00 |
| TILT WALL MOUNT FOR 32* LCD | $ 10.00 | Fair Value | $ 10.00 |
| TILT WALL MOUNT FOR 52* LCD | $ 15.00 | Fair Value | $ 15.00 |
| TILTING VERTICAL BU | $ 3,275.00 | Fair Value | $ 3,275.00 |
| TIME CLOCK CARD SWIPE | $ 1,075.00 | Fair Value | $ 1,075.00 |
| TISSUE EMBEDDING CENTER | $ 1,475.00 | Fair Value | $ 1,475.00 |
| TISSUE FCPS | $ 55.00 | Fair Value | $ 55.00 |
| TO ADJUST OVER ACCRUAL OF TAX | $ (6,735.00) | Fair Value | $ (6,735.00) |
| TOASTER COMMERCIAL | $ 90.00 | Fair Value | $ 90.00 |
| TOASTER CONVEYOR | $ 120.00 | Fair Value | $ 120.00 |
| TOKEN UNIT | $ 375.00 | Fair Value | $ 375.00 |
| TOKENS 1000EACHES | $ 60.00 | Fair Value | $ 60.00 |
| TORQUE WRENCHES | $ 15.00 | Fair Value | $ 15.00 |
| TOTAL GYM GTS ESSENTIALS PACKA | $ 2,375.00 | Fair Value | $ 2,375.00 |
| TOUCH MONITOR | $ 65.00 | Fair Value | $ 65.00 |
| TOUCHLESS TOWEL DISPENSER | $ 4,275.00 | Fair Value | $ 4,275.00 |
| TOUCHPAD PROGRAMMABLE CHAIR | $ 300.00 | Fair Value | $ 300.00 |
| TOUCHSYSTEMS 17* DARK GRAY PAN | $ 560.00 | Fair Value | $ 560.00 |
| TOURNIQUET AUTOMATIC | $ 3,500.00 | Fair Value | $ 3,500.00 |
| TPS BI-DIRECTIONAL FOOTSWITCH | $ 1,050.00 | Fair Value | $ 1,050.00 |
| TPS HANDPIECE CORD | $ 1,375.00 | Fair Value | $ 1,375.00 |
| TPS MICRODRIVER | $ 300.00 | Fair Value | $ 300.00 |
| TPS RECIP SAW | $ 350.00 | Fair Value | $ 350.00 |
| TRADE-OUT OF 2500 TO FUSION IM | $ 2,950.00 | Fair Value | $ 2,950.00 |
| TRADE-OUT OF L-0.4 TO FUSION I | $ 4,075.00 | Fair Value | $ 4,075.00 |
| TRAM 400 NBP STARTER KIT | $ 20.00 | Fair Value | $ 20.00 |
| TRAMPOLINE | $ 475.00 | Fair Value | $ 475.00 |
| TRANSCEIVER FOR INSTALLATION O | $ 515.00 | Fair Value | $ 515.00 |
| TRANSCEIVER MODULE HARD_2.0 GL | $ 11,600.00 | Fair Value | $ 11,600.00 |
| TRANSCEIVER MODULE X210GBSR= | $ 13,250.00 | Fair Value | $ 13,250.00 |
| TRANSDUCER | $ 750.00 | Fair Value | $ 750.00 |
| TRANSESOPHAGEAL ECHO PROBE | $ 1,900.00 | Fair Value | $ 1,900.00 |
| TRANSFER BOARD LONG | $ 85.00 | Fair Value | $ 85.00 |
| TRANSFER BOARD SHORT | $ 55.00 | Fair Value | $ 55.00 |
| TRANSFER CART | $ 2,100.00 | Fair Value | $ 2,100.00 |
| TRANSFER ROLLER DEVICE & RACK | $ 35.00 | Fair Value | $ 35.00 |
| TRANSILLUMINATOR | $ 200.00 | Fair Value | $ 200.00 |
| TRANSIT EXECUTIVE CHAIR-SCHCPA | $ 35.00 | Fair Value | $ 35.00 |
| TRANSPORT ENTRANCE ACCESS CONT | $ 775.00 | Fair Value | $ 775.00 |
| TRANSPORT INCUBATOR INFANT MOD | $ 36,000.00 | Fair Value | $ 36,000.00 |
| TRANSPORT STRETCHER | $ 4,100.00 | Fair Value | $ 4,100.00 |
| TRANSPORT VENTILATOR | $ 1,375.00 | Fair Value | $ 1,375.00 |
| TRASH CAN | $ 150.00 | Fair Value | $ 150.00 |
| TRASH CAN TOP  FLAT  YELLOW | $ 40.00 | Fair Value | $ 40.00 |
| TRASH CAN TOP FLAT GRAY 241/2I | $ 80.00 | Fair Value | $ 80.00 |
| TRASH CAN TOP FLAT RED 241/2IN | $ 100.00 | Fair Value | $ 100.00 |
| TRASH CANS | $ 700.00 | Fair Value | $ 700.00 |
| TRAY CAMERA | $ 180.00 | Fair Value | $ 180.00 |
| TRAY HOLDER ARM MT TRADITION | $ 45.00 | Fair Value | $ 45.00 |
| TRAY LAPCARE CONVERTABLE | $ 150.00 | Fair Value | $ 150.00 |
| TRAY- LAPCARE CONVERTABLE | $ 75.00 | Fair Value | $ 75.00 |
| TRAY LINE | $ 3,150.00 | Fair Value | $ 3,150.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| TREADMILL | $ 4,175.00 | Fair Value | $ 4,175.00 |
| TREATMENT CABINET | $ 133,200.00 | Fair Value | $ 133,200.00 |
| TRITC FILTER CUBE SET FOR DMLS | $ 175.00 | Fair Value | $ 175.00 |
| TROCAR- 3.8MM | $ 180.00 | Fair Value | $ 180.00 |
| TROCAR SZ 3.9MM | $ 625.00 | Fair Value | $ 625.00 |
| TROCAR-SURGERY EQUIPMENT | $ 50.00 | Fair Value | $ 50.00 |
| TROPHON EPR | $ 4,750.00 | Fair Value | $ 4,750.00 |
| TROPHON PRINTER | $ 525.00 | Fair Value | $ 525.00 |
| TROUTMAN-O BRIEN NEEDLEHOLDER | $ 1,200.00 | Fair Value | $ 1,200.00 |
| TROY POCKET PRINT SERVER | $ 20.00 | Fair Value | $ 20.00 |
| TRUCK | $ 5,525.00 | Fair Value | $ 5,525.00 |
| TRUCK LINEN | $ 1,050.00 | Fair Value | $ 1,050.00 |
| TRUCK SUPPLY | $ 140.00 | Fair Value | $ 140.00 |
| TRUCK-TILT | $ 185.00 | Fair Value | $ 185.00 |
| TRUE LC900 ELLIPTICAL | $ 2,325.00 | Fair Value | $ 2,325.00 |
| TRUEMOBILE 1100 WIRELESS ACCED | $ 200.00 | Fair Value | $ 200.00 |
| TRUEMOBILE 1170 WIRELESS POINT | $ 100.00 | Fair Value | $ 100.00 |
| TRUFORM CHAIR MEDIUIM BACK MUL | $ 400.00 | Fair Value | $ 400.00 |
| TRUFORM-MEDIUM BACK MULTI TILT | $ 750.00 | Fair Value | $ 750.00 |
| TS COUNTERWEIGHT LATERAL FILE | $ 20.00 | Fair Value | $ 20.00 |
| TUBE BRONCH | $ 520.00 | Fair Value | $ 520.00 |
| TUBE OUTER | $ 90.00 | Fair Value | $ 90.00 |
| TUBE OUTER FORCEP GRASPING ATR | $ 500.00 | Fair Value | $ 500.00 |
| TUBE OUTER KELLY | $ 180.00 | Fair Value | $ 180.00 |
| TUBE OUTER KELLY W/WORKING INS | $ 1,000.00 | Fair Value | $ 1,000.00 |
| TUBE OUTER REDDICK OLSEN | $ 225.00 | Fair Value | $ 225.00 |
| TUBE OUTER SCISSORS CURVED 3MM | $ 500.00 | Fair Value | $ 500.00 |
| TUBE OUTER W/ BABCOCK | $ 90.00 | Fair Value | $ 90.00 |
| TUBE OUTER W/BABCOCK WORKING 3 | $ 500.00 | Fair Value | $ 500.00 |
| TUBE SEALER | $ 50.00 | Fair Value | $ 50.00 |
| TURBO PUMP | $ 250.00 | Fair Value | $ 250.00 |
| TV ANTENNA/CABLE SYSTEM | $ 425.00 | Fair Value | $ 425.00 |
| TV SIGNAL LEVEL MOTORLA METER | $ 70.00 | Fair Value | $ 70.00 |
| TV WALL SUPPORTS | $ 690.00 | Fair Value | $ 690.00 |
| TV/VCR CART - VOLUNTEER SERVIC | $ 70.00 | Fair Value | $ 70.00 |
| TV/VCR COMBO GE | $ 60.00 | Fair Value | $ 60.00 |
| TV-LCD 22INCH TH22XL DIGITAL H | $ 175.00 | Fair Value | $ 175.00 |
| TV-RCA 13* COLOR-REAR A/V-HEAD | $ 45.00 | Fair Value | $ 45.00 |
| TWILIGHT ARMLESS CHAIR | $ 1,260.00 | Fair Value | $ 1,260.00 |
| TWILIGHT-ARMLESS CHAIR W/ROUND | $ 1,960.00 | Fair Value | $ 1,960.00 |
| TWO SEAT SOFA GRADE 4 ALLIANTE | $ 450.00 | Fair Value | $ 450.00 |
| TWO-SEAT LEG BASE DESIGN W/END | $ 1,200.00 | Fair Value | $ 1,200.00 |
| TWO-SEAT LEG BASE DESIGN WITH | $ 1,800.00 | Fair Value | $ 1,800.00 |
| TYMPANIC EAR THERMOMETER | $ 175.00 | Fair Value | $ 175.00 |
| TYMPANOMETER | $ 12,200.00 | Fair Value | $ 12,200.00 |
| TYMPANOMETER HANDHELD EASYTYMP | $ 4,525.00 | Fair Value | $ 4,525.00 |
| TYPEWRITER ELECTRONIC | $ 20.00 | Fair Value | $ 20.00 |
| U1X UPRIGHT CYCLE | $ 1,075.00 | Fair Value | $ 1,075.00 |
| UHF ANTENNA SYSTEM | $ 375.00 | Fair Value | $ 375.00 |
| ULTRA LITE PRO MODULE | $ 275.00 | Fair Value | $ 275.00 |
| ULTRACISION HARMONIC SCALPEL | $ 13,000.00 | Fair Value | $ 13,000.00 |
| ULTRALITE PRO HEADLIGHT | $ 500.00 | Fair Value | $ 500.00 |
| ULTRAMETER 11 | $ 100.00 | Fair Value | $ 100.00 |
| ULTRASHARP 24  MONITOR W/STAND | $ 1,800.00 | Fair Value | $ 1,800.00 |
| ULTRASHARP FLAT PANEL | $ 210.00 | Fair Value | $ 210.00 |
| ULTRASONIC ASP | $ 6,300.00 | Fair Value | $ 6,300.00 |
| ULTRASONIC ASPIRATOR | $ 4,625.00 | Fair Value | $ 4,625.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| ULTRASONIC ASPIRATOR HANDPIECE | $ 3,100.00 | Fair Value | $ 3,100.00 |
| ULTRASONIC ASPIRATOR WALKING C | $ 500.00 | Fair Value | $ 500.00 |
| ULTRASONIC SCALING SYSTEM - DE | $ 775.00 | Fair Value | $ 775.00 |
| ULTRASORB HUMIDIFIER | $ 925.00 | Fair Value | $ 925.00 |
| ULTRASOUND CARDIAC VASCULAR | $ 1,425.00 | Fair Value | $ 1,425.00 |
| ULTRASOUND DIAGNOSTIC | $ 231,225.00 | Fair Value | $ 231,225.00 |
| ULTRASOUND DIAGNOSTIC PORTABLE | $ 2,475.00 | Fair Value | $ 2,475.00 |
| UNDER COUNTER REFRIGERATOR | $ 25.00 | Fair Value | $ 25.00 |
| UNDERCOUNTER REFRIGERATOR | $ 45.00 | Fair Value | $ 45.00 |
| UNDERCOUNTER REFRIGERATOR W/LO | $ 50.00 | Fair Value | $ 50.00 |
| UNDERCOUNTER RERRIGERATOR | $ 45.00 | Fair Value | $ 45.00 |
| UNDERHOOD STORAGE BIN SHELF | $ 575.00 | Fair Value | $ 575.00 |
| UNIBODY 3 CART WITH POWER SUPP | $ 750.00 | Fair Value | $ 750.00 |
| UNIBODY CART WITH ISOLATED POW | $ 2,250.00 | Fair Value | $ 2,250.00 |
| UNIVERSAL BATTERY CHARGER II | $ 3,200.00 | Fair Value | $ 3,200.00 |
| UNIVERSAL CART | $ 450.00 | Fair Value | $ 450.00 |
| UNIVERSAL DRILL | $ 1,250.00 | Fair Value | $ 1,250.00 |
| UNIVERSAL DRILL PERF. CHUCK | $ 150.00 | Fair Value | $ 150.00 |
| UNIVERSAL HANDSWITCH | $ 750.00 | Fair Value | $ 750.00 |
| UNIVERSAL NAIL INSTRUMENT SYST | $ 975.00 | Fair Value | $ 975.00 |
| UNIVERSAL REVUE XP SYSTEM PC | $ 2,050.00 | Fair Value | $ 2,050.00 |
| UNIVERSALPOWERSUPPLY | $ 1,050.00 | Fair Value | $ 1,050.00 |
| UPGRADE TO RADIOLOGY WORKSTATI | $ 3,700.00 | Fair Value | $ 3,700.00 |
| UPRIGHT CARPET VACUUM | $ 10.00 | Fair Value | $ 10.00 |
| UPS FOR BIOCHROM AMINO ACID AN | $ 275.00 | Fair Value | $ 275.00 |
| UPS SHIPPING FOR PROBE TEC/CEN | $ 325.00 | Fair Value | $ 325.00 |
| URETEROSCOPE | $ 2,125.00 | Fair Value | $ 2,125.00 |
| URINE ANALYZER | $ 1,425.00 | Fair Value | $ 1,425.00 |
| URN COFFEE | $ 125.00 | Fair Value | $ 125.00 |
| USB 4 PORT HUB - BELKIN | $ 525.00 | Fair Value | $ 525.00 |
| USB HANDHELD BAR CODE SCANNER | $ 6,050.00 | Fair Value | $ 6,050.00 |
| USB RECORDER | $ 13,800.00 | Fair Value | $ 13,800.00 |
| UTILITY BENCH FOR VITEK PROJEC | $ 175.00 | Fair Value | $ 175.00 |
| UTILITY CART | $ 1,675.00 | Fair Value | $ 1,675.00 |
| UTILITY CONTAINER  44GAL POLYE | $ 220.00 | Fair Value | $ 220.00 |
| UTILITY CONTAINER 44GAL  PLAST | $ 175.00 | Fair Value | $ 175.00 |
| UTILITY CONTAINER 44GAL PLASTI | $ 100.00 | Fair Value | $ 100.00 |
| UTILITY ROOM EQUIPMENT RACK | $ 850.00 | Fair Value | $ 850.00 |
| UTILITY TABLE | $ 525.00 | Fair Value | $ 525.00 |
| V32 FACTORY CONVERSION AMPLIFI | $ 450.00 | Fair Value | $ 450.00 |
| V60 AUTO-TRAK+OPTION | $ 100.00 | Fair Value | $ 100.00 |
| V60 VENTILATOR | $ 2,675.00 | Fair Value | $ 2,675.00 |
| VAC HOSE ASSEMBLY | $ 20.00 | Fair Value | $ 20.00 |
| VACUUM | $ 80.00 | Fair Value | $ 80.00 |
| VACUUM HOSES FOR MIS | $ 55.00 | Fair Value | $ 55.00 |
| VACUUM INFILTRATION PROCESSOR | $ 100.00 | Fair Value | $ 100.00 |
| VACUUM REGULATOR | $ 2,540.00 | Fair Value | $ 2,540.00 |
| VACUUM REGULATOR DIGITAL | $ 400.00 | Fair Value | $ 400.00 |
| VACUUM WET/DRY | $ 80.00 | Fair Value | $ 80.00 |
| VAN | $ 6,100.00 | Fair Value | $ 6,100.00 |
| VAPORIZER ADAPTER BRACKET | $ 225.00 | Fair Value | $ 225.00 |
| VAPOTHERM HIGH FLOW DELIVERY | $ 95.00 | Fair Value | $ 95.00 |
| VARIABLE AXIS SWING & FOOTREST | $ 475.00 | Fair Value | $ 475.00 |
| VARIABLE HEIGHT SECONDARY MONI | $ 700.00 | Fair Value | $ 700.00 |
| VARIABLE SPEED DRIVE MAGNETEK | $ 425.00 | Fair Value | $ 425.00 |
| VARIABLE SPEED DRIVES MAGNETEK | $ 475.00 | Fair Value | $ 475.00 |
| VCR MOUNT | $ 15.00 | Fair Value | $ 15.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| VECTRA GENISYS 4-COMBO (NO EMG | $ 2,625.00 | Fair Value | $ 2,625.00 |
| VECTRA SX10 SINGLE STAGE LIQ R | $ 2,725.00 | Fair Value | $ 2,725.00 |
| VEHICLE VAN | $ 2,525.00 | Fair Value | $ 2,525.00 |
| VEINSITE VASCULAR NEAR-INFRARE | $ 1,275.00 | Fair Value | $ 1,275.00 |
| VENTILATION MEASUREMENT MODULE | $ 275.00 | Fair Value | $ 275.00 |
| VENTILATOR | $ 106,650.00 | Fair Value | $ 106,650.00 |
| VENTILATOR CROSSVENT | $ 1,950.00 | Fair Value | $ 1,950.00 |
| VENTILATOR HIGH FREQUENCY | $ 450.00 | Fair Value | $ 450.00 |
| VENTILATOR OSCILLATORY | $ 5,400.00 | Fair Value | $ 5,400.00 |
| VENTILATOR SENSOR MODULE | $ 875.00 | Fair Value | $ 875.00 |
| VENTILATOR SYSTEM | $ 67,200.00 | Fair Value | $ 67,200.00 |
| VENTILATOR SYSTEM ROLLSTAND | $ 6,050.00 | Fair Value | $ 6,050.00 |
| VENTILATOR TUBING SUPPORT | $ 40.00 | Fair Value | $ 40.00 |
| VERSA CLIMBER | $ 1,700.00 | Fair Value | $ 1,700.00 |
| VERSA JUNIOR CHAIR POLY 10.5 | $ 390.00 | Fair Value | $ 390.00 |
| VERSA JUNIOR CHAIR POLY 10.5 H | $ 390.00 | Fair Value | $ 390.00 |
| VERTEX BASE STATION W/POWER SU | $ 1,900.00 | Fair Value | $ 1,900.00 |
| VERTEX PORTABLE RADIO | $ 210.00 | Fair Value | $ 210.00 |
| VERTEX PORTABLE RADIO W/STUBBY | $ 1,350.00 | Fair Value | $ 1,350.00 |
| VERTEX VX231 PORTABLE RADIO W/ | $ 200.00 | Fair Value | $ 200.00 |
| VERTICAL BLINDS | $ 535.00 | Fair Value | $ 535.00 |
| VERTICAL BLINDS - SCHC (230 N. | $ 225.00 | Fair Value | $ 225.00 |
| VERTICAL BLINDS 3RD FLOOR | $ 200.00 | Fair Value | $ 200.00 |
| VERTICAL BLINDS 4TH & 5TH FLOO | $ 450.00 | Fair Value | $ 450.00 |
| VERTICAL LIFT MOUNT KIT BLACK | $ 100.00 | Fair Value | $ 100.00 |
| VERTICAL WORKSTATION | $ 950.00 | Fair Value | $ 950.00 |
| VIDAR DIAGNOSTIC PRO ADVANTAGE | $ 2,200.00 | Fair Value | $ 2,200.00 |
| VIDEO CABLE FOR CV-160 | $ 35.00 | Fair Value | $ 35.00 |
| VIDEO CAMERA INFRARED LEAD SUL | $ 35.00 | Fair Value | $ 35.00 |
| VIDEO CAMERA SECURITY SYSTEM S | $ 1,500.00 | Fair Value | $ 1,500.00 |
| VIDEO CONVERTOR(EXCESS DEMO) | $ 600.00 | Fair Value | $ 600.00 |
| VIDEO GAME CENTER | $ 100.00 | Fair Value | $ 100.00 |
| VIDEO INTERCOM PN/TILT SYSTEM | $ 8,125.00 | Fair Value | $ 8,125.00 |
| VIDEO INTERCOM SYSTEM | $ 4,425.00 | Fair Value | $ 4,425.00 |
| VIDEO LARYNOSCOPE | $ 3,325.00 | Fair Value | $ 3,325.00 |
| VILINK GATEWEY COMPUTER | $ 200.00 | Fair Value | $ 200.00 |
| VIPER VACUUN ATTACHMENT KIT | $ 10.00 | Fair Value | $ 10.00 |
| VIRDIA CMS MOUNTING HARDWARE | $ 175.00 | Fair Value | $ 175.00 |
| VITAL IRIS SCISSORS | $ 25.00 | Fair Value | $ 25.00 |
| VITAL SIGNS MONITOR | $ 2,425.00 | Fair Value | $ 2,425.00 |
| VITAL SIGNS MONITOR ROLLSTAND | $ 175.00 | Fair Value | $ 175.00 |
| VITAL WEBSTER NDL HLD | $ 20.00 | Fair Value | $ 20.00 |
| VITEK 2 PC OBSERVA UPGRADE | $ 3,450.00 | Fair Value | $ 3,450.00 |
| VIWEB AND ONDEMAND | $ 10.00 | Fair Value | $ 10.00 |
| VLA ACROBAT PRO DC 2015 LICENS | $ 375.00 | Fair Value | $ 375.00 |
| VLA OFFICE PRO PLUS 2016 #79P0 | $ 325.00 | Fair Value | $ 325.00 |
| VLA OFFICE STD 2016 #02110559 | $ 29,925.00 | Fair Value | $ 29,925.00 |
| VLA WINDOWS SERVER | $ 2,100.00 | Fair Value | $ 2,100.00 |
| VLA WINDOWS SERVER STD 2008 R2 | $ 45.00 | Fair Value | $ 45.00 |
| VLA WINDOWS SERVER STD 2012 PE | $ 220.00 | Fair Value | $ 220.00 |
| VLINE CONVERTIBLE EXERCISE STA | $ 475.00 | Fair Value | $ 475.00 |
| VOICE CALLXRESS SYSTEM-NETWORK | $ 6,400.00 | Fair Value | $ 6,400.00 |
| Voice Card | $ 2,000.00 | Fair Value | $ 2,000.00 |
| VOICE DATA CABLES - RW COMMUNI | $ 800.00 | Fair Value | $ 800.00 |
| VOICE MAIN SYSTEM | $ 25.00 | Fair Value | $ 25.00 |
| VOICEMAIL UPGRADE SYSTEM | $ 7,400.00 | Fair Value | $ 7,400.00 |
| VORTEX | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| VORTEXER MULTI-TUBE | $ 55.00 | Fair Value | $ 55.00 |
| VSR SPORT SYSTEM PORTABLE BALA | $ 6,200.00 | Fair Value | $ 6,200.00 |
| WAITING AREA CORNER TABLE | $ 50.00 | Fair Value | $ 50.00 |
| WAITING ROOM ARMCHAIR | $ 435.00 | Fair Value | $ 435.00 |
| WAITING ROOM ARMLESS CHAIR | $ 80.00 | Fair Value | $ 80.00 |
| WAITING ROOM GANGING PLATES | $ 75.00 | Fair Value | $ 75.00 |
| WALL MOUNT ADJ HEIGHT KEYBOARD | $ 375.00 | Fair Value | $ 375.00 |
| WALL MOUNT COMPLETE KIT FOR EM | $ 90.00 | Fair Value | $ 90.00 |
| WALL MOUNT EXAM LIGHT | $ 1,200.00 | Fair Value | $ 1,200.00 |
| WALL MOUNT FIXED 5*PLATE-6*ARM | $ 35.00 | Fair Value | $ 35.00 |
| WALL MOUNT FOR 13 * TV | $ 20.00 | Fair Value | $ 20.00 |
| WALL MOUNT FOR 13* TV | $ 10.00 | Fair Value | $ 10.00 |
| WALL MOUNT FOR ANESTHESIA MACH | $ 20.00 | Fair Value | $ 20.00 |
| WALL MOUNT FOR MP40/50/60/70 U | $ 560.00 | Fair Value | $ 560.00 |
| WALL MOUNT FOR MP90 | $ 1,540.00 | Fair Value | $ 1,540.00 |
| WALL MOUNT TILT/SWIVEL (EXP MO | $ 90.00 | Fair Value | $ 90.00 |
| WALL MOUNT TO HOLD COMPUTER KE | $ 70.00 | Fair Value | $ 70.00 |
| WALL MOUNTS | $ 275.00 | Fair Value | $ 275.00 |
| WALL STREET CHAIRS FABRIC SAVA | $ 220.00 | Fair Value | $ 220.00 |
| WALL STREET CHAIRS SAVANNAH AZ | $ 770.00 | Fair Value | $ 770.00 |
| WALL TRANSFORMER WITH OPHTHALM | $ 7,850.00 | Fair Value | $ 7,850.00 |
| WARMER | $ 105.00 | Fair Value | $ 105.00 |
| WARMER FLUID | $ 1,100.00 | Fair Value | $ 1,100.00 |
| WARMER FLUID MODULAR IV NOW 6 | $ 2,175.00 | Fair Value | $ 2,175.00 |
| WARMER FOOD 2 DOOR | $ 325.00 | Fair Value | $ 325.00 |
| WARMER HOLDER | $ 1,250.00 | Fair Value | $ 1,250.00 |
| WARMER INFANT | $ 27,625.00 | Fair Value | $ 27,625.00 |
| WARMER INFANT MOBILE | $ 15.00 | Fair Value | $ 15.00 |
| WARMER NUTRITION COUNTER TOP | $ 2,200.00 | Fair Value | $ 2,200.00 |
| WARMER NUTRITIONAL | $ 275.00 | Fair Value | $ 275.00 |
| WARMER NUTRITIONAL COUNTERTOP | $ 1,925.00 | Fair Value | $ 1,925.00 |
| WARMETTE MODEL 20 120V/60 24 D | $ 19,625.00 | Fair Value | $ 19,625.00 |
| WARMING CABINET | $ 8,120.00 | Fair Value | $ 8,120.00 |
| WARMING CABINET  SINGLE COMPAR | $ 9,150.00 | Fair Value | $ 9,150.00 |
| WARMING CABINET COUNTERTOP | $ 50.00 | Fair Value | $ 50.00 |
| WARMING CABINET DUAL COMPARTME | $ 15,575.00 | Fair Value | $ 15,575.00 |
| WARMING CABINET UNDERCOUNTER T | $ 1,550.00 | Fair Value | $ 1,550.00 |
| WARM-LAMP 120V/60 MODEL#31 | $ 14,350.00 | Fair Value | $ 14,350.00 |
| WASHER | $ 50.00 | Fair Value | $ 50.00 |
| WASHER LAB GLASSWARE | $ 425.00 | Fair Value | $ 425.00 |
| WASHRACK-50Z-25 COMP DIETARY | $ 15.00 | Fair Value | $ 15.00 |
| WASHRACK-9OZ- 16COMP DIETARY | $ 30.00 | Fair Value | $ 30.00 |
| WASHRACK-MUG 20 COMP DIETARY | $ 15.00 | Fair Value | $ 15.00 |
| WATCHDOG UPS | $ 3,225.00 | Fair Value | $ 3,225.00 |
| WATER BOTTLE/DENTAL CART SYS | $ 15.00 | Fair Value | $ 15.00 |
| WATER METER REDUCTION PROJECT | $ 1,525.00 | Fair Value | $ 1,525.00 |
| WATER PUMPS/PARTS | $ 1,100.00 | Fair Value | $ 1,100.00 |
| WATER PURIFICATION SYSTEM | $ 800.00 | Fair Value | $ 800.00 |
| WATER TRAY FOR AIR/OXYGEN BLEN | $ 10.00 | Fair Value | $ 10.00 |
| WATERLESS MILK WARMER | $ 2,400.00 | Fair Value | $ 2,400.00 |
| WDA-2320 RANGEBOOSTER ADAPTER | $ 5.00 | Fair Value | $ 5.00 |
| WEB INITIATIVES E-TENET HR 401 | $ 5.00 | Fair Value | $ 5.00 |
| WEEV-MED BACK MULTI-TILTER CHA | $ 4,650.00 | Fair Value | $ 4,650.00 |
| WEIGHING CART W/DISPENSER | $ 450.00 | Fair Value | $ 450.00 |
| WELDER TUBING STERILE | $ 1,025.00 | Fair Value | $ 1,025.00 |
| WHEELCHAIR | $ 255.00 | Fair Value | $ 255.00 |
| WHEELCHAIR  EXCEL  22W  RDLA | $ 600.00 | Fair Value | $ 600.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| WHEELCHAIR  RECLINER  EXCEL  1 | $ 875.00 | Fair Value | $ 875.00 |
| WHEELCHAIR  VINYL  DLR  ELR  K | $ 1,170.00 | Fair Value | $ 1,170.00 |
| WHEELCHAIR EXCEL 16- PERM FLA | $ 160.00 | Fair Value | $ 160.00 |
| WHEELCHAIR EXCEL 20 W- RDLA- E | $ 140.00 | Fair Value | $ 140.00 |
| WHEELCHAIR EXCEL RECLINING ELE | $ 35.00 | Fair Value | $ 35.00 |
| WHEELCHAIR IN BLACK NYLON  24 | $ 800.00 | Fair Value | $ 800.00 |
| WHEELCHAIR PEDI 14* ELEVATING | $ 70.00 | Fair Value | $ 70.00 |
| WHEELCHAIR TRANSPORT 19* | $ 40.00 | Fair Value | $ 40.00 |
| WHEELCHAIR- TRANSPORT PERM S/A | $ 80.00 | Fair Value | $ 80.00 |
| WHEELCHAIR W/IV POLE NON-MAGNE | $ 225.00 | Fair Value | $ 225.00 |
| WHEELCHAIRS | $ 1,125.00 | Fair Value | $ 1,125.00 |
| WHOLE BLOOD COAGULATION SYSTEM | $ 1,725.00 | Fair Value | $ 1,725.00 |
| WHOLE BODY PLETHYSMOGRAPH | $ 7,900.00 | Fair Value | $ 7,900.00 |
| WINDOW A/C | $ 95.00 | Fair Value | $ 95.00 |
| WINDOW TREATMENTS | $ 1,250.00 | Fair Value | $ 1,250.00 |
| WINDOW TREATMENTS - TOWER | $ 110,000.00 | Fair Value | $ 110,000.00 |
| WIRE CART | $ 4,250.00 | Fair Value | $ 4,250.00 |
| WIRE CART W/BINS/DRAWERS | $ 3,225.00 | Fair Value | $ 3,225.00 |
| WIRE COLLET | $ 375.00 | Fair Value | $ 375.00 |
| WIRE COLLETS | $ 2,300.00 | Fair Value | $ 2,300.00 |
| WIRE SHELF | $ 2,975.00 | Fair Value | $ 2,975.00 |
| WIRE SHELF UNIT | $ 900.00 | Fair Value | $ 900.00 |
| WIRELESS *ZEROWIRE* 1080P DVI | $ 2,450.00 | Fair Value | $ 2,450.00 |
| WIRELESS ACCESS POINT | $ 700.00 | Fair Value | $ 700.00 |
| WIRELESS CONTROLLER ADDITIVE C | $ 41,000.00 | Fair Value | $ 41,000.00 |
| WIRELESS DR IMAGING | $ 18,000.00 | Fair Value | $ 18,000.00 |
| WIRELESS HANDHELD SPEAKER SYST | $ 45.00 | Fair Value | $ 45.00 |
| WIRELESS INTERCOM SYSTEM | $ 500.00 | Fair Value | $ 500.00 |
| WIRELESS MICROPHONE | $ 70.00 | Fair Value | $ 70.00 |
| WIRELESS NETWORK | $ 3,050.00 | Fair Value | $ 3,050.00 |
| WIRELESS NETWORK CONTROLLER AI | $ 14,100.00 | Fair Value | $ 14,100.00 |
| WIRING TU-WAY SOUTH TOWER/231 | $ 20.00 | Fair Value | $ 20.00 |
| WLEDER MEG | $ 80.00 | Fair Value | $ 80.00 |
| WMN-5770D WALLMOUNT FOR LCD PL | $ 15.00 | Fair Value | $ 15.00 |
| WOOD BOOKCASE | $ 20.00 | Fair Value | $ 20.00 |
| WOOD GUEST CHAIR | $ 6,175.00 | Fair Value | $ 6,175.00 |
| WOOD LAMINATE FOLDING TABLE | $ 700.00 | Fair Value | $ 700.00 |
| WOOD SIDE CHAIRS | $ 45.00 | Fair Value | $ 45.00 |
| WORK SURFACE MODULAR | $ 2,700.00 | Fair Value | $ 2,700.00 |
| WORK SURFACE MODULAR - 1 FILE | $ 2,575.00 | Fair Value | $ 2,575.00 |
| WORK SURFACE MODULAR - 2 FILE | $ 655.00 | Fair Value | $ 655.00 |
| WORK SURFACE MODULAR - 2 OVERH | $ 110.00 | Fair Value | $ 110.00 |
| WORK SURFACE MODULAR L-SHAPED | $ 275.00 | Fair Value | $ 275.00 |
| WORKBENCH SHIPPING METAL | $ 90.00 | Fair Value | $ 90.00 |
| WORKBENCH STERILE PROCESSING M | $ 15,150.00 | Fair Value | $ 15,150.00 |
| WORKFLOW - ECER | $ 40.00 | Fair Value | $ 40.00 |
| WORKSTATION CART | $ 244,800.00 | Fair Value | $ 244,800.00 |
| WORKSTATION GI CO2 STANDARD SE | $ 3,125.00 | Fair Value | $ 3,125.00 |
| WORKSTATION W/BREAKAWAY LOCK T | $ 750.00 | Fair Value | $ 750.00 |
| WRO 300 H PORTABLE REVERSE OSM | $ 11,600.00 | Fair Value | $ 11,600.00 |
| WRO300 H.PORTABLE REVERSE OSMO | $ 14,600.00 | Fair Value | $ 14,600.00 |
| WS-C6509-E-FAN= | $ 125.00 | Fair Value | $ 125.00 |
| WS-CAC-6000W POWER SUPPLY FOR | $ 975.00 | Fair Value | $ 975.00 |
| WS-X681610G-2T ETHERNET FIBER | $ 3,750.00 | Fair Value | $ 3,750.00 |
| WS-X6848-TX-2T= COPPER ETHERNE | $ 6,125.00 | Fair Value | $ 6,125.00 |
| WYSE 51010 THIN CLIENT 4GB RAM | $ 21,150.00 | Fair Value | $ 21,150.00 |
| X SERIES MANUAL MONITOR/DEFIBR | $ 72,000.00 | Fair Value | $ 72,000.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| XENON 1900H AREA IMAGING SCANN | $ 4,400.00 | Fair Value | $ 4,400.00 |
| XENON LIGHT SOURCE | $ 7,650.00 | Fair Value | $ 7,650.00 |
| XFER INFRASTRUCTURE FROM 970 | $ 3,900.00 | Fair Value | $ 3,900.00 |
| XRAY APRON/GLOVE RACK | $ 825.00 | Fair Value | $ 825.00 |
| X-RAY CATH LAB | $ 210,000.00 | Fair Value | $ 210,000.00 |
| X-RAY CT SCAN 64 SLICE | $ 200,000.00 | Fair Value | $ 200,000.00 |
| X-RAY DENTAL | $ 3,075.00 | Fair Value | $ 3,075.00 |
| XRAY EXAM CHAIR | $ 750.00 | Fair Value | $ 750.00 |
| XRAY ILLUMINATOR | $ 1,575.00 | Fair Value | $ 1,575.00 |
| X-RAY ILLUMINATOR FULL SPINE | $ 200.00 | Fair Value | $ 200.00 |
| X-RAY ILLUMINATOR- FULL SPINE | $ 70.00 | Fair Value | $ 70.00 |
| X-RAY INTRAORAL SWING ARM WALL | $ 475.00 | Fair Value | $ 475.00 |
| X-RAY MACH CEILING MOUNT TUBE | $ 275.00 | Fair Value | $ 275.00 |
| X-RAY MOBILE | $ 28,800.00 | Fair Value | $ 28,800.00 |
| X-RAY MOBILE C-ARM | $ 24,200.00 | Fair Value | $ 24,200.00 |
| X-RAY RADIO/FLUORO | $ 96,000.00 | Fair Value | $ 96,000.00 |
| X-RAY RADIOGRAPHIC | $ 121,600.00 | Fair Value | $ 121,600.00 |
| X-RAY TUBE | $ 550.00 | Fair Value | $ 550.00 |
| Y2K UPGRADE TO PAGING SYSTEM/I | $ 40.00 | Fair Value | $ 40.00 |
| ZA-55 SYNEA SCALER | $ 1,200.00 | Fair Value | $ 1,200.00 |
| ZBAND GIGABOB SHIELDED INTELLI | $ 6,200.00 | Fair Value | $ 6,200.00 |
| ZBAND GIGABUD 4000 12 ORT VIDE | $ 9,050.00 | Fair Value | $ 9,050.00 |
| ZBAND GIGABUD 4000 12 PORT VID | $ 5,800.00 | Fair Value | $ 5,800.00 |
| ZBAND GIGABUD 4000 24 PORT VID | $ 15,400.00 | Fair Value | $ 15,400.00 |
| ZEBRA LABEL PRINTER | $ 1,500.00 | Fair Value | $ 1,500.00 |
| zebra printer | $ 2,150.00 | Fair Value | $ 2,150.00 |
| ZEBRA THERMAL PRINTER | $ 2,550.00 | Fair Value | $ 2,550.00 |
| Z-TOUCH LASER POINTER | $ 1,000.00 | Fair Value | $ 1,000.00 |
| **Total** | | | $ 20,953,055.00 |

Note: Values obtained from the Duff & Phelps Appraisal Report as of January 12, 2018.

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 74

## CAUSES OF ACTION AGAINST THIRD PARTIES

**Schedule AB 74 : Causes of action against third parties**

| Nature of Claim | Current value |
|---|---|
| The Debtor may maintain rights to assert causes of action against third parties, including causes of action relating to any litigation or proceedings reflected in response to question 7 of the Debtor's Statement of Financial Affairs. | Unknown |

| Debtor Name | **St. Christopher's Healthcare, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):    **19-11468**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
secured claim, list the creditor separately for each claim.

Amount of Claim
Do not deduct the
value of collateral

Value of collateral
that supports this
claim

| 2.1 | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT | ALL SUBLEASES, SUBLEASES RENT, LOCKBOX AND DEPOSIT ACCOUNT(S) MAINTAINED BY DEBTOR FOR PURPOSE OF RECEIVING SUBLEASEE'S RENT, MAKING ANY PAYMENTS UNDER THE APPLICABLE MASTER LEASE AND RETAINING ANY FUNDS REMAINING. | UNKNOWN | Unknown |

**Creditor's mailing address**

FOR PAHH NEW COLLEGE MOB, LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

Date debt was incurred  **01/11/2018**

☐ Yes

**Last four digits of
account number**  _____

**Is anyone else liable on this claim?**

☒ No

**Do multiple creditors have an interest in the same
property?**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☒ No

**As of the petition filing date, the claim is:**

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

☒ Contingent

☒ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**

$57,456,342.37

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Amount of Claim
Do not deduct the value of collateral

Value of collateral that supports this claim

---

**2.2**

**Creditor's name**
CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
FOR PAHH BROAD STREET MOB, LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

**Describe debtor's property that is subject to a lien**
ALL SUBLEASES, SUBLEASES RENT, LOCKBOX AND DEPOSIT
ACCOUNT(S) MAINTAINED BY DEBTOR FOR PURPOSE OF
RECEIVING SUBLEASEE'S RENT, MAKING ANY PAYMENTS UNDER
THE APPLICABLE MASTER LEASE AND RETAINING ANY FUNDS REMAINING.

**UNKNOWN**      **Unknown**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

**Date debt was incurred** 01/11/2018

☑ No
☐ Yes

**Last four digits of account number**

**Is anyone else liable on this claim?**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No

**As of the petition filing date, the claim is:**

☐ Yes. Have you already specified the relative priority?

| X | Contingent |
| X | Unliquidated |
|   | Disputed |

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

---

**2.3**

**Creditor's name**
CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
FOR PAHH FEINSTEIN MOB, LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

**Describe debtor's property that is subject to a lien**
ALL SUBLEASES, SUBLEASES RENT, LOCKBOX AND DEPOSIT
ACCOUNT(S) MAINTAINED BY DEBTOR FOR PURPOSE OF
RECEIVING SUBLEASEE'S RENT, MAKING ANY PAYMENTS UNDER
THE APPLICABLE MASTER LEASE AND RETAINING ANY FUNDS REMAINING.

**UNKNOWN**      **Unknown**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

**Date debt was incurred** 01/11/2018

☑ No
☐ Yes

**Last four digits of account number**

**Is anyone else liable on this claim?**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No

**As of the petition filing date, the claim is:**

☐ Yes. Have you already specified the relative priority?

| X | Contingent |
| X | Unliquidated |
|   | Disputed |

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

---

**2.4**

**Creditor's name**
CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
FOR PAHH BELLET MOB, LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

**Creditor's email address, if known**

**Date debt was incurred** 01/11/2018

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
ALL SUBLEASES, SUBLEASES RENT, LOCKBOX AND DEPOSIT
ACCOUNT(S) MAINTAINED BY DEBTOR FOR PURPOSE OF
RECEIVING SUBLEASEE'S RENT, MAKING ANY PAYMENTS UNDER
THE APPLICABLE MASTER LEASE AND RETAINING ANY FUNDS REMAINING.

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

[X] Contingent

[X] Unliquidated

☐ Disputed

UNKNOWN

Unknown

---

**2.5**

**Creditor's name**
CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
FOR PAHH ERIE STREET GARAGE, LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

**Creditor's email address, if known**

**Date debt was incurred** 01/11/2018

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
ALL SUBLEASES, SUBLEASES RENT, LOCKBOX AND DEPOSIT
ACCOUNT(S) MAINTAINED BY DEBTOR FOR PURPOSE OF
RECEIVING SUBLEASEE'S RENT, MAKING ANY PAYMENTS UNDER
THE APPLICABLE MASTER LEASE AND RETAINING ANY FUNDS REMAINING.

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

[X] Contingent

[X] Unliquidated

☐ Disputed

UNKNOWN

Unknown

---

| Debtor Name | St. Christopher's Healthcare, LLC | | Case number (if known): **19-11468** |
|---|---|---|---|

## Part 1: Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.6**

**Creditor's name**
CAPITAL ONE, N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
FOR PAHH WOOD STREET GARAGE, LLC
6125 LAKEVIEW RD, STE 800
CHARLOTTE, NC 28269

**Creditor's email address, if known**

**Date debt was incurred** 01/11/2018

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority.

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
ALL SUBLEASES, SUBLEASES RENT, LOCKBOX AND DEPOSIT
ACCOUNT(S) MAINTAINED BY DEBTOR FOR PURPOSE OF
RECEIVING SUBLEASEE'S RENT, MAKING ANY PAYMENTS UNDER
THE APPLICABLE MASTER LEASE AND RETAINING ANY FUNDS REMAINING.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of Claim:** UNKNOWN

**Value of collateral:** Unknown

---

**2.7**

**Creditor's name**
MED ONE CAPITAL FUNDING, LLC

**Creditor's mailing address**
DBA IPA ONE
10712 S 1300 E
SANDY, UT 84094

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority.

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SPECIFIED EQUIPMENT

**Describe the lien**
Linen Control Subscription Agmt

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of Claim:** Unknown

**Value of collateral:** Unknown

| Debtor Name | St. Christopher's Healthcare, LLC | | Case number (if known): 19-11468 |
|---|---|---|---|

## Part 1: Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.8**

**Creditor's name**
MIDCAP FUNDING IV TRUST

**Creditor's mailing address**
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

**Creditor's email address, if known**

**Date debt was incurred** 1/11/2018

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.

- [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL DEBTOR'S ASSETS

$57,456,342.37      Unknown

**Describe the lien**
Revolving and term loans

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

---

**2.9**

**Creditor's name**
OLYMPUS AMERICA INC.

**Creditor's mailing address**
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.

- [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SPECIFIED EQUIPMENT

Unknown      Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page(s) |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.10**

**Creditor's name**
**U.S. BANK, N.A.**

**Creditor's mailing address**
**777 E WISCONSIN AVE**
**MILWAUKEE, WI 53202**

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of**
**account number**

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.

- [ ] Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SPECIFIED EQUIPMENT

Unknown          Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| Debtor Name | **St. Christopher's Healthcare, LLC** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **19-11468** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
ABDEL-RHMMAN MANSSRA
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$94.25**    Priority amount **$94.25**
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.2** | **Priority creditor's name and mailing address**
ABENA HAGAN-BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$2,387.24**    Priority amount **$2,387.24**
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** | **Priority creditor's name and mailing address**
ABIGAIL GRESH
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$2,838.48**    Priority amount **$2,838.48**
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** Priority creditor's name and mailing address
ABIGAIL MCLINDEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,826.09    $4,826.09

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
ABIGAIL PROCTOR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,876.21    $4,876.21

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
ABIGAIL THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,601.84    $6,601.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
ABILASH JAGANATHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,303.98    $2,303.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.8**   Priority creditor's name and mailing address
ACHINTYA MOULICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.9**   Priority creditor's name and mailing address
ADA COLON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,047.31    $1,047.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.10**   Priority creditor's name and mailing address
ADAM DYCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,029.65    $2,029.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.11**   Priority creditor's name and mailing address
ADAM ELRAFEI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,303.98    $2,303.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.12**   **Priority creditor's name and mailing address**
ADAM ZISMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,303.98   $2,303.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.13**   **Priority creditor's name and mailing address**
ADINA FREEDMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $7,146.96   $7,146.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.14**   **Priority creditor's name and mailing address**
ADRIANA DINGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $827.10   $827.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.15**   **Priority creditor's name and mailing address**
ADRIANE MCKOY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,742.58   $2,742.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.16** | Priority creditor's name and mailing address
AERIANA PAGAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $141.17    $141.17
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.17** | Priority creditor's name and mailing address
AGUSTIN LEGIDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.18** | Priority creditor's name and mailing address
AIDAN GALLAGHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,387.24    $2,387.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.19** | Priority creditor's name and mailing address
AISHA PARKER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,275.10    $1,275.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.20**  **Priority creditor's name and mailing address**
AJIT MAMMEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.21**  **Priority creditor's name and mailing address**
ALAENA BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,681.25    $2,681.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.22**  **Priority creditor's name and mailing address**
ALAN EVANGELISTA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,022.16    $12,022.16

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.23**  **Priority creditor's name and mailing address**
ALAN ZUBROW
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,422.38    $13,422.38

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24** Priority creditor's name and mailing address
ALANA FATTO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,012.50     $2,012.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.25** Priority creditor's name and mailing address
ALANA HAHN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,562.34     $2,562.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.26** Priority creditor's name and mailing address
ALANNA WILDGRUBE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.27** Priority creditor's name and mailing address
ALBERT PESIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,033.16     $10,033.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.28** Priority creditor's name and mailing address
ALEXA MERCADO-MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,181.05     $1,181.05
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.29** Priority creditor's name and mailing address
ALEXA SCHATZEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,889.32     $7,889.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.30** Priority creditor's name and mailing address
ALEXA TORCINI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $262.57     $262.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.31** Priority creditor's name and mailing address
ALEXANDER MANTEGHI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.32**   **Priority creditor's name and mailing address**
ALEXANDRA ALLAIRE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $2,820.51     $2,820.51

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.33**   **Priority creditor's name and mailing address**
ALEXANDRA CAMPBELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $2,739.46     $2,739.46

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.34**   **Priority creditor's name and mailing address**
ALEXANDRA ELLISON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $5,040.00     $5,040.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.35**   **Priority creditor's name and mailing address**
ALEXANDRA GOFFREDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $675.00     $675.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.36** Priority creditor's name and mailing address
ALEXANDRA HANRETTY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,662.08**  **$1,662.08**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.37** Priority creditor's name and mailing address
ALEXANDRA MAYER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,825.59**  **$4,825.59**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.38** Priority creditor's name and mailing address
ALEXANDRA SAWICK
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,425.51**  **$4,425.51**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.39** Priority creditor's name and mailing address
ALEXANDRIA ULISSE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,797.23**  **$1,797.23**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.40** | **Priority creditor's name and mailing address**
ALEXIS BOONE-WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,145.97        **Priority amount** $1,145.97

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.41** | **Priority creditor's name and mailing address**
ALEXIS GINNANE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,303.98        **Priority amount** $2,303.98

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.42** | **Priority creditor's name and mailing address**
ALEXIS LEYVA-YANOFF
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,735.84        **Priority amount** $9,735.84

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.43** | **Priority creditor's name and mailing address**
ALEXIS LIPINSKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,991.00        **Priority amount** $3,991.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.44** Priority creditor's name and mailing address
ALEXIS SCHWALD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,987.08
Priority amount: $2,987.08

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.45** Priority creditor's name and mailing address
ALEXIS STONE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,156.00
Priority amount: $1,156.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.46** Priority creditor's name and mailing address
ALEXIS STRONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,781.97
Priority amount: $1,781.97

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.47** Priority creditor's name and mailing address
ALFONSO YEARGINS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $794.71
Priority amount: $794.71

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.48**   **Priority creditor's name and mailing address**
ALI LO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$2,953.75**    Priority amount: **$2,953.75**

---

**2.49**   **Priority creditor's name and mailing address**
ALICE BYRNE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$2,757.80**    Priority amount: **$2,757.80**

---

**2.50**   **Priority creditor's name and mailing address**
ALICIA RAINWATER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$165.00**    Priority amount: **$165.00**

---

**2.51**   **Priority creditor's name and mailing address**
ALICIA WATKINS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$3,666.17**    Priority amount: **$3,666.17**

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.52** Priority creditor's name and mailing address
ALISHA RILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,007.12**    **$1,007.12**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.53** Priority creditor's name and mailing address
ALISHA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,640.28**    **$2,640.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.54** Priority creditor's name and mailing address
ALISON CAREY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.55** Priority creditor's name and mailing address
ALISON GATTUSO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Part 1:** | **Additional Page**

**2.56** | **Priority creditor's name and mailing address**
ALLISON AMOLE
ADDRESS REDACTED

As of the petition filing date, the claim is: | $3,733.54 | $3,733.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.57** | **Priority creditor's name and mailing address**
ALLISON GOLDBERG
ADDRESS REDACTED

As of the petition filing date, the claim is: | $2,387.24 | $2,387.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.58** | **Priority creditor's name and mailing address**
ALLISON MESETE-DINIELLI
ADDRESS REDACTED

As of the petition filing date, the claim is: | $2,870.45 | $2,870.45

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.59** | **Priority creditor's name and mailing address**
ALLISON NOVERTIA
ADDRESS REDACTED

As of the petition filing date, the claim is: | $5,528.40 | $5,528.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.60** **Priority creditor's name and mailing address**
ALLISON OSTASH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,188.87    **Priority amount** $2,188.87

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.61** **Priority creditor's name and mailing address**
ALLYSON FENNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,439.50    **Priority amount** $6,439.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.62** **Priority creditor's name and mailing address**
ALMA BARBERENA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,470.57    **Priority amount** $9,470.57

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.63** **Priority creditor's name and mailing address**
ALMAN RICHARDS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,359.74    **Priority amount** $1,359.74

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.64** Priority creditor's name and mailing address
ALYSIA PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$8,792.50**      **$8,792.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.65** Priority creditor's name and mailing address
ALYSON WATKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$4,423.85**      **$4,423.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.66** Priority creditor's name and mailing address
ALYSSA CELENTANO
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$2,761.00**      **$2,761.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.67** Priority creditor's name and mailing address
ALYSSA SLEMMER
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$3,042.90**      **$3,042.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.68** **Priority creditor's name and mailing address**
ALYSSA TERK
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$13,650.00        $13,650.00

---

**2.69** **Priority creditor's name and mailing address**
ALYSSA TORRENS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,054.67        $2,054.67

---

**2.70** **Priority creditor's name and mailing address**
ALYSSA TUMMINELLO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$4,996.01        $4,996.01

---

**2.71** **Priority creditor's name and mailing address**
ALYSSA VISCO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$3,698.45        $3,698.45

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.72**  **Priority creditor's name and mailing address**
AMANDA BERNARD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,303.98**    **$2,303.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.73**  **Priority creditor's name and mailing address**
AMANDA BRODERICK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,997.20**    **$4,997.20**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.74**  **Priority creditor's name and mailing address**
AMANDA CARROLL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,463.12**    **$4,463.12**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.75**  **Priority creditor's name and mailing address**
AMANDA COONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,544.76**    **$6,544.76**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.76** Priority creditor's name and mailing address
AMANDA FREIDL
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,106.00**     **$4,106.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.77** Priority creditor's name and mailing address
AMANDA GILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,836.23**     **$5,836.23**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.78** Priority creditor's name and mailing address
AMANDA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,466.76**     **$2,466.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.79** Priority creditor's name and mailing address
AMANDA KNOWLES
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,314.72**     **$2,314.72**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.80** Priority creditor's name and mailing address
AMANDA KRYSZTOFORSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,484.42    $1,484.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.81** Priority creditor's name and mailing address
AMANDA LALLA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,938.37    $7,938.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.82** Priority creditor's name and mailing address
AMANDA LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $690.55    $690.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.83** Priority creditor's name and mailing address
AMANDA O'BRIEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,011.54    $1,011.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name   **St. Christopher's Healthcare, LLC**            Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.84** **Priority creditor's name and mailing address**
AMANDA PRICE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,956.82**    **$6,956.82**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.85** **Priority creditor's name and mailing address**
AMANDA SETTLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,303.98**    **$2,303.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.86** **Priority creditor's name and mailing address**
AMANDA TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$917.06**    **$917.06**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.87** **Priority creditor's name and mailing address**
AMANDA VALLADARES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,281.32**    **$1,281.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC                           Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.88**  Priority creditor's name and mailing address
AMANDA VRETO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$7,667.50**          **$7,667.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.89**  Priority creditor's name and mailing address
AMBER CONROY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,256.06**          **$3,256.06**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.90**  Priority creditor's name and mailing address
AMBIKA LALL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,999.38**          **$2,999.38**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.91**  Priority creditor's name and mailing address
AMIR HOSENDORF
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,268.28**          **$1,268.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.92**   Priority creditor's name and mailing address
AMIR TOIB
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,253.88    $13,253.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.93**   Priority creditor's name and mailing address
AMIT MISRA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,846.16    $8,846.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.94**   Priority creditor's name and mailing address
AMY BRIDGEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,786.96    $11,786.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.95**   Priority creditor's name and mailing address
AMY MAZZA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $667.25    $667.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

---

**2.96**    **Priority creditor's name and mailing address**
AMY MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,554.25**    Priority amount: **$4,554.25**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.97**    **Priority creditor's name and mailing address**
AMY POLLICH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$11,113.09**    Priority amount: **$11,113.09**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.98**    **Priority creditor's name and mailing address**
AMY POPOW
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,107.76**    Priority amount: **$3,107.76**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.99**    **Priority creditor's name and mailing address**
AMY SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,015.50**    Priority amount: **$3,015.50**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.100**    Priority creditor's name and mailing address
AMY STINE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,335.43**    Priority amount: **$5,335.43**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.101**    Priority creditor's name and mailing address
AMZIE DENSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,658.42**    Priority amount: **$1,658.42**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.102**    Priority creditor's name and mailing address
ANA PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$6,407.32**    Priority amount: **$6,407.32**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.103**    Priority creditor's name and mailing address
ANABEL MENDOZA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$13,175.72**    Priority amount: **$13,175.72**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.104** | Priority creditor's name and mailing address
ANANYA DATTA
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$4,063.45** | **$4,063.45**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.105** | Priority creditor's name and mailing address
ANDREA LEDFORD
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$5,699.81** | **$5,699.81**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.106** | Priority creditor's name and mailing address
ANDREA LIGHTBOURNE
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$379.75** | **$379.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.107** | Priority creditor's name and mailing address
ANDREEA MARINESCU
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$2,562.34** | **$2,562.34**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.108** Priority creditor's name and mailing address
ANDREW CANELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,262.70**    **$6,262.70**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.109** Priority creditor's name and mailing address
ANDREW DAHLBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,260.09**    **$7,260.09**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.110** Priority creditor's name and mailing address
ANESHA GARRETT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,519.75**    **$1,519.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.111** Priority creditor's name and mailing address
ANGEL LAGOMASINI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,716.58**    **$1,716.58**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:    Additional Page**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.112** Priority creditor's name and mailing address
ANGEL SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim: **$3,724.24**    Priority amount: **$3,724.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.113** Priority creditor's name and mailing address
ANGELA DIMARIA
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim: **$5,121.38**    Priority amount: **$5,121.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.114** Priority creditor's name and mailing address
ANGELA GULLI
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim: **$6,082.02**    Priority amount: **$6,082.02**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.115** Priority creditor's name and mailing address
ANGELA KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:

Total claim: **$2,999.38**    Priority amount: **$2,999.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.116** **Priority creditor's name and mailing address**
ANGELA MCDOUGAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$750.92**  **$750.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.117** **Priority creditor's name and mailing address**
ANGELA WANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$2,466.76**  **$2,466.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.118** **Priority creditor's name and mailing address**
ANGELICA CLAUDIO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$116.00**  **$116.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.119** **Priority creditor's name and mailing address**
ANGELICA LOPEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$1,269.36**  **$1,269.36**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.120** **Priority creditor's name and mailing address**
ANGELINA GLADNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,763.08     $1,763.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.121** **Priority creditor's name and mailing address**
ANGELIZA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,768.38     $1,768.38

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.122** **Priority creditor's name and mailing address**
ANISH THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,727.11     $2,727.11

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.123** **Priority creditor's name and mailing address**
ANITA AZAM
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,269.40     $10,269.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | St. Christopher's Healthcare, LLC | | Case number (if known): **19-11468** |
|---|---|---|---|

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.124** Priority creditor's name and mailing address
ANITA MANGOLD
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,907.50**     **$1,907.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.125** Priority creditor's name and mailing address
ANJA MOWES
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.126** Priority creditor's name and mailing address
ANJALI SONI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,387.24**     **$2,387.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.127** Priority creditor's name and mailing address
ANN CUSHWA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$11,562.43**     **$11,562.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.128** Priority creditor's name and mailing address
ANN MARIE ANASTASI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $124.03    $124.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.129** Priority creditor's name and mailing address
ANN MARIE DALY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,017.51    $7,017.51

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.130** Priority creditor's name and mailing address
ANN STENGEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,029.50    $2,029.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.131** Priority creditor's name and mailing address
ANN WELSH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,500.50    $1,500.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.132** | **Priority creditor's name and mailing address**
ANNA MARIE CARR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,702.21   **Priority amount** $9,702.21

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.133** | **Priority creditor's name and mailing address**
ANNA PAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,901.57   **Priority amount** $7,901.57

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.134** | **Priority creditor's name and mailing address**
ANNA PARIDON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,630.65   **Priority amount** $6,630.65

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.135** | **Priority creditor's name and mailing address**
ANNA SCHUETTGE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,681.69   **Priority amount** $1,681.69

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.136** Priority creditor's name and mailing address
ANNA TRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $992.00     $992.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.137** Priority creditor's name and mailing address
ANNAMARIE MYLARSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,229.46     $3,229.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.138** Priority creditor's name and mailing address
ANNAMARY SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,953.82     $2,953.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.139** Priority creditor's name and mailing address
ANNE CARR-DITROLIO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $12,232.84     $12,232.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.140** **Priority creditor's name and mailing address**
ANNE GRAEFF
ADDRESS REDACTED

As of the petition filing date, the claim is:   $10,708.25   $10,708.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.141** **Priority creditor's name and mailing address**
ANNE MANGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   $8,113.60   $8,113.60

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.142** **Priority creditor's name and mailing address**
ANNE MARIE GALLAGHER
ADDRESS REDACTED

As of the petition filing date, the claim is:   $13,650.00   $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.143** **Priority creditor's name and mailing address**
ANNE MARIE MATEKA
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,636.37   $2,636.37

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|----------------|---------------------|

**2.144** Priority creditor's name and mailing address
ANNE MERCEDE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6,130.50    $6,130.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.145** Priority creditor's name and mailing address
ANNE QUIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,520.77    $7,520.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.146** Priority creditor's name and mailing address
ANNEMARIE CONVEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,480.41    $4,480.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.147** Priority creditor's name and mailing address
ANNETTE TORRES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,408.40    $2,408.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.148** Priority creditor's name and mailing address
ANNETTE WATSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,015.22    $2,015.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.149** Priority creditor's name and mailing address
ANNGELA VIGNOLA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $743.97    $743.97

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.150** Priority creditor's name and mailing address
ANOOJ THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,359.43    $1,359.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.151** Priority creditor's name and mailing address
ANTHONY CREATO JR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,250.00    $2,250.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.152** Priority creditor's name and mailing address
ANTHONY HATCHER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,967.06** **$3,967.06**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.153** Priority creditor's name and mailing address
ANTHONY MAMMOLA JR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,359.37** **$5,359.37**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.154** Priority creditor's name and mailing address
ANTONIO COLEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,205.52** **$2,205.52**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.155** Priority creditor's name and mailing address
ANWAR WHITE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$6,296.49** **$6,296.49**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.156** Priority creditor's name and mailing address
APRIL BECKHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,407.81    $1,407.81

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.157** Priority creditor's name and mailing address
APRIL CRESPO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,797.28    $1,797.28

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.158** Priority creditor's name and mailing address
APRIL SMALLS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,045.09    $4,045.09

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.159** Priority creditor's name and mailing address
ARACELIE CORREA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,569.08    $1,569.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.160** Priority creditor's name and mailing address
ARCHANA MALIK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.161** Priority creditor's name and mailing address
ARIA CHANDLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,640.28**    **$2,640.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.162** Priority creditor's name and mailing address
ARIANA ZENO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$742.50**    **$742.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.163** Priority creditor's name and mailing address
ARIANNA DELGADO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,178.64**    **$1,178.64**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.164** Priority creditor's name and mailing address
ARIANNA MINICOZZI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,000.00    **Priority amount** $3,000.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.165** Priority creditor's name and mailing address
ARIANNA TRIONFO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.166** Priority creditor's name and mailing address
ARLENE MONTESINO PENA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $112.38    **Priority amount** $112.38

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.167** Priority creditor's name and mailing address
ARYANITH HERNANDEZ-BAEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $90.63    **Priority amount** $90.63

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.168**  **Priority creditor's name and mailing address**
ASHISH DHAWAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$7,026.93**    **$7,026.93**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.169**  **Priority creditor's name and mailing address**
ASHLEE BURGOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$1,362.36**    **$1,362.36**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.170**  **Priority creditor's name and mailing address**
ASHLEY AUGUSTY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,685.41**    **$2,685.41**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.171**  **Priority creditor's name and mailing address**
ASHLEY COCUZZA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,706.00**    **$2,706.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.172**  Priority creditor's name and mailing address
ASHLEY GANARD
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$2,868.77**        **$2,868.77**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.173**  Priority creditor's name and mailing address
ASHLEY MORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$3,360.48**        **$3,360.48**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.174**  Priority creditor's name and mailing address
ASHLEY PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$996.37**        **$996.37**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.175**  Priority creditor's name and mailing address
ASHLEY SOSA
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$1,263.78**        **$1,263.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.176** Priority creditor's name and mailing address
ASIA MCALILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $54.01          $54.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.177** Priority creditor's name and mailing address
ATIF ABDALLA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $9,706.70          $9,706.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.178** Priority creditor's name and mailing address
AURA PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,510.30          $4,510.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.179** Priority creditor's name and mailing address
AUTUMN NANASSY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,889.22          $2,889.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.180** | **Priority creditor's name and mailing address**
AVA PHIPPS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,350.25**   **$3,350.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.181** | **Priority creditor's name and mailing address**
AWILDA RIOS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$5,592.11**   **$5,592.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.182** | **Priority creditor's name and mailing address**
AWILDA TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$6,200.48**   **$6,200.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.183** | **Priority creditor's name and mailing address**
AYAKA SILVERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.184**  Priority creditor's name and mailing address
AYSE CELEBIOGLU
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,387.24    $2,387.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.185**  Priority creditor's name and mailing address
AYSHA HASAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.186**  Priority creditor's name and mailing address
AZMAT HUSAIN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.187**  Priority creditor's name and mailing address
BABETTE BRENNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

---

**2.188**   Priority creditor's name and mailing address
BARBARA CLAMPFFER
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$4,697.51**        **$4,697.51**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.189**   Priority creditor's name and mailing address
BARBARA FOLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,557.60**        **$2,557.60**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.190**   Priority creditor's name and mailing address
BARBARA HICKS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$6,077.80**        **$6,077.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.191**   Priority creditor's name and mailing address
BARBARA LICCIO
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$13,650.00**        **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.192** Priority creditor's name and mailing address
BARBARA MACMILLAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,270.08          $2,270.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.193** Priority creditor's name and mailing address
BARBARA PIZZO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $7,386.00          $7,386.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.194** Priority creditor's name and mailing address
BARBARA SAINT-VILUS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,130.51          $2,130.51
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.195** Priority creditor's name and mailing address
BARBARA SHEPHERD
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,807.70          $4,807.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.196** Priority creditor's name and mailing address
BARBARA SWENSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,220.31          $5,220.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.197** Priority creditor's name and mailing address
BARBARA TOSCANO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,931.74          $3,931.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.198** Priority creditor's name and mailing address
BARBARA WOLK
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $6,818.93          $6,818.93
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.199** Priority creditor's name and mailing address
BARRIE WENGER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $392.00            $392.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name        St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |

**2.200**  **Priority creditor's name and mailing address**
BARRINGTON HAYNES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,277.57    $4,277.57

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.201**  **Priority creditor's name and mailing address**
BARRY COHEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $386.68    $386.68

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.202**  **Priority creditor's name and mailing address**
BECKY ESPANOL-NUNEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,013.61    $3,013.61

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.203**  **Priority creditor's name and mailing address**
BENJAMIN ARNOLD V
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $187.50    $187.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.204** Priority creditor's name and mailing address
BENJAMIN QUEMUEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,849.80**    **$1,849.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.205** Priority creditor's name and mailing address
BERNADETTE FALLON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$599.25**    **$599.25**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.206** Priority creditor's name and mailing address
BERNADETTE MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,376.00**    **$1,376.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.207** Priority creditor's name and mailing address
BERNADETTE RYAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,940.54**    **$6,940.54**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.208**   Priority creditor's name and mailing address
BERNICE MCINTYRE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,468.48                    $5,468.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.209**   Priority creditor's name and mailing address
BETH ANN ANDREWS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $8,966.76                    $8,966.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.210**   Priority creditor's name and mailing address
BETH ETRA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $11,269.65                    $11,269.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.211**   Priority creditor's name and mailing address
BETHANY SHIPMAN-MEYER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,840.86                    $4,840.86
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.212** Priority creditor's name and mailing address
BETZAIDA ORTOLAZA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,090.36**    **$3,090.36**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.213** Priority creditor's name and mailing address
BETZAIRIS JAVIER POLANCO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,139.00**    **$1,139.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.214** Priority creditor's name and mailing address
BEVERLY HANNIGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,128.91**    **$6,128.91**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.215** Priority creditor's name and mailing address
BEVERLY STREETER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,743.98**    **$2,743.98**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.216** Priority creditor's name and mailing address
BIANKA PEREZ SALAMANCA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $112.38    $112.38

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.217** Priority creditor's name and mailing address
BIJAL PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,387.24    $2,387.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.218** Priority creditor's name and mailing address
BINI SANTHOSH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,214.27    $1,214.27

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.219** Priority creditor's name and mailing address
BINTA DIALLO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,764.56    $3,764.56

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.220** | **Priority creditor's name and mailing address**
BISA PALMERO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,804.80    $1,804.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.221** | **Priority creditor's name and mailing address**
BLAIR DICKINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,929.12    $4,929.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.222** | **Priority creditor's name and mailing address**
BLAIRE SWEENEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,470.47    $4,470.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.223** | **Priority creditor's name and mailing address**
BLANCHE HERNANDEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,978.96    $2,978.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.224** **Priority creditor's name and mailing address**
BOBAN ABRAHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:      $7,692.32      $7,692.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.225** **Priority creditor's name and mailing address**
BONNI KARPO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,182.40      $4,182.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.226** **Priority creditor's name and mailing address**
BRAHEIM CARROLL
ADDRESS REDACTED

As of the petition filing date, the claim is:      $442.27      $442.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.227** **Priority creditor's name and mailing address**
BRANDON SWEET
ADDRESS REDACTED

As of the petition filing date, the claim is:      $257.46      $257.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.228** Priority creditor's name and mailing address
BRENDA GONZALEZ ROSARIO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,650.27**  Priority amount: **$2,650.27**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.229** Priority creditor's name and mailing address
BRENNAN PARKER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,355.06**  Priority amount: **$2,355.06**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.230** Priority creditor's name and mailing address
BRETT PERKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,218.41**  Priority amount: **$5,218.41**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.231** Priority creditor's name and mailing address
BRIA STANLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,894.58**  Priority amount: **$2,894.58**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.232** | **Priority creditor's name and mailing address**
BRIAN HOTARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,507.66     **Priority amount** $2,507.66

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.233** | **Priority creditor's name and mailing address**
BRIAN NOVI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,303.98     **Priority amount** $2,303.98

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.234** | **Priority creditor's name and mailing address**
BRIAN PLUNKETT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,805.74     **Priority amount** $6,805.74

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.235** | **Priority creditor's name and mailing address**
BRIAN WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,715.07     **Priority amount** $7,715.07

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.236** Priority creditor's name and mailing address
BRIANA RODGERS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,653.84    Priority amount: $3,653.84

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.237** Priority creditor's name and mailing address
BRIANNA CWENAR
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,190.32    Priority amount: $2,190.32

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.238** Priority creditor's name and mailing address
BRIANNA FIGUEROA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,200.00    Priority amount: $1,200.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.239** Priority creditor's name and mailing address
BRIANNA FLICK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,233.85    Priority amount: $13,233.85

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.240**  **Priority creditor's name and mailing address**
BRIANNA RANDOLPH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,387.21    $1,387.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.241**  **Priority creditor's name and mailing address**
BRIANNA SOBOLEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,381.38    $10,381.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.242**  **Priority creditor's name and mailing address**
BRIANNA VELTRUP
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,981.55    $1,981.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.243**  **Priority creditor's name and mailing address**
BRIANNE MARTINO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,685.81    $7,685.81
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name       St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.244** | **Priority creditor's name and mailing address**
BRIDGET BEECHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,400.46**   Priority amount: **$1,400.46**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.245** | **Priority creditor's name and mailing address**
BRIDGET CUMMINGS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,194.75**   Priority amount: **$3,194.75**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.246** | **Priority creditor's name and mailing address**
BRIGITTE HUGHES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,505.92**   Priority amount: **$4,505.92**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.247** | **Priority creditor's name and mailing address**
BRITTANE HAMPTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,532.94**   Priority amount: **$2,532.94**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.248** | **Priority creditor's name and mailing address**
BRITTANY ANDREWS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,356.44    **Priority amount** $1,356.44

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.249** | **Priority creditor's name and mailing address**
BRITTANY BENDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,091.43    **Priority amount** $1,091.43

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.250** | **Priority creditor's name and mailing address**
BRITTANY BOYLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,299.28    **Priority amount** $3,299.28

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.251** | **Priority creditor's name and mailing address**
BRITTANY EULER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,039.77    **Priority amount** $3,039.77

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.252** Priority creditor's name and mailing address
BRITTANY LARKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,402.04          $1,402.04

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.253** Priority creditor's name and mailing address
BRITTNEY PRENDERGAST
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,461.64          $3,461.64

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.254** Priority creditor's name and mailing address
BROOKE BURKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $13,650.00         $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.255** Priority creditor's name and mailing address
BRUCE BENNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,050.50          $3,050.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.256**  Priority creditor's name and mailing address
BRYAN MISSIMER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $7,528.49          $7,528.49
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.257**  Priority creditor's name and mailing address
BRYON LAUER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.258**  Priority creditor's name and mailing address
CAITLIN CASSIDY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,525.92          $4,525.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.259**  Priority creditor's name and mailing address
CAITLIN DONAHUE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $8,115.65          $8,115.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |

**2.260**  **Priority creditor's name and mailing address**
CAITLIN GLICKER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,502.13     $5,502.13

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.261**  **Priority creditor's name and mailing address**
CAITLIN HICKS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,911.22     $3,911.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.262**  **Priority creditor's name and mailing address**
CAITLIN KRAYNAK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,806.50     $2,806.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.263**  **Priority creditor's name and mailing address**
CAITLIN ORTEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,657.00     $6,657.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**                          Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.264**  **Priority creditor's name and mailing address**
CAITLIN RABBITT
ADDRESS REDACTED

As of the petition filing date, the claim is:          $7,066.18          $7,066.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.265**  **Priority creditor's name and mailing address**
CAITLYN BATTAGLIA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,605.42          $3,605.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.266**  **Priority creditor's name and mailing address**
CALVER KRAMER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $7,030.93          $7,030.93

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.267**  **Priority creditor's name and mailing address**
CALVERT SIMMONS JR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,996.53          $1,996.53

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| | | **Total claim** | **Priority amount** |

| 2.268 | **Priority creditor's name and mailing address**<br>CANDACE DIAZ<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[X] Unliquidated<br>[ ] Disputed | $10,349.63 | $10,349.63 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES AND OTHER COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |

| 2.269 | **Priority creditor's name and mailing address**<br>CANDACE HENDERSON BROOKS<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[X] Unliquidated<br>[ ] Disputed | $2,993.42 | $2,993.42 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES AND OTHER COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |

| 2.270 | **Priority creditor's name and mailing address**<br>CANDACE ROGERS<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[X] Unliquidated<br>[ ] Disputed | $3,179.56 | $3,179.56 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES AND OTHER COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |

| 2.271 | **Priority creditor's name and mailing address**<br>CANDESE COMBS<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[X] Unliquidated<br>[ ] Disputed | $842.84 | $842.84 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES AND OTHER COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |

Debtor Name      St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.272** Priority creditor's name and mailing address
CANDICE MARSHALL
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,608.06 $2,608.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.273** Priority creditor's name and mailing address
CANDICE MERCER
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,561.40 $2,561.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.274** Priority creditor's name and mailing address
CARA SPECTOR
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,870.00 $2,870.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.275** Priority creditor's name and mailing address
CARL WOODFORD
ADDRESS REDACTED

As of the petition filing date, the claim is: $4,807.70 $4,807.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   St. Christopher's Healthcare, LLC                      Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.276** | **Priority creditor's name and mailing address**
CARLA JACKSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,417.32 | $1,417.32

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.277** | **Priority creditor's name and mailing address**
CARLA MILLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,941.29 | $2,941.29

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.278** | **Priority creditor's name and mailing address**
CARLA THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$8,569.18 | $8,569.18

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.279** | **Priority creditor's name and mailing address**
CARLAINA CLAITT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$868.95 | $868.95

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**                           Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.280** **Priority creditor's name and mailing address**
CARLITA FLETCHER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,282.49**    **$6,282.49**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.281** **Priority creditor's name and mailing address**
CARLOS VELAZQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,976.89**    **$2,976.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.282** **Priority creditor's name and mailing address**
CARLY SIGLOCK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,466.76**    **$2,466.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.283** **Priority creditor's name and mailing address**
CARLYN TODOROW
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,466.76**    **$2,466.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.284** **Priority creditor's name and mailing address**
CARMELA CALVO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,424.73**    **$9,424.73**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.285** **Priority creditor's name and mailing address**
CARMEN BURGOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,823.56**    **$2,823.56**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.286** **Priority creditor's name and mailing address**
CARMEN ESPINOZA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$283.75**    **$283.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.287** **Priority creditor's name and mailing address**
CARMEN RIVAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,291.11**    **$1,291.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.288** Priority creditor's name and mailing address
CARMEN RIVERA-VASQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,012.88     **Priority amount** $3,012.88

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.289** Priority creditor's name and mailing address
CARMEN SANTIAGO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,160.78     $1,160.78

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.290** Priority creditor's name and mailing address
CARMEN SOTO SANTANA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,562.98     $1,562.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.291** Priority creditor's name and mailing address
CAROL KERR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00     $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.292**  Priority creditor's name and mailing address
CAROL WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,637.14    $10,637.14

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.293**  Priority creditor's name and mailing address
CAROLINE BRAAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.294**  Priority creditor's name and mailing address
CAROLINE ERKES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,095.62    $6,095.62

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.295**  Priority creditor's name and mailing address
CAROLYN GREENE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $245.59    $245.59

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.296** Priority creditor's name and mailing address
CARTER LIOTTA
ADDRESS REDACTED

**Total claim** $4,762.68    **Priority amount** $4,762.68

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.297** Priority creditor's name and mailing address
CASEY COUROGEN
ADDRESS REDACTED

**Total claim** $1,600.00    **Priority amount** $1,600.00

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.298** Priority creditor's name and mailing address
CASEY TOMASZEWSKI
ADDRESS REDACTED

**Total claim** $7,894.61    **Priority amount** $7,894.61

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.299** Priority creditor's name and mailing address
CATHERINE BAKER
ADDRESS REDACTED

**Total claim** $2,387.24    **Priority amount** $2,387.24

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.300** Priority creditor's name and mailing address
CATHERINE BURDETT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.301** Priority creditor's name and mailing address
CATHERINE DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,050.65    $2,050.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.302** Priority creditor's name and mailing address
CATHERINE MARKEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,743.14    $10,743.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.303** Priority creditor's name and mailing address
CATHERINE ROWAND
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.304** Priority creditor's name and mailing address
CATHY LITTY MD
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,808.57     $6,808.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.305** Priority creditor's name and mailing address
CATHY TRAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,793.79     $5,793.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.306** Priority creditor's name and mailing address
CECILE WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $9,868.35     $9,868.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.307** Priority creditor's name and mailing address
CECILY COUNCIL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,177.50     $1,177.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.308**

Priority creditor's name and mailing address
**CELESTINE COLEMAN**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,219.00    **Priority amount** $3,219.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.309**

Priority creditor's name and mailing address
**CELINES ORTEGA**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,159.86    **Priority amount** $3,159.86

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.310**

Priority creditor's name and mailing address
**CESAR MESIA**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.311**

Priority creditor's name and mailing address
**CHANDRA DWIGHT**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,509.12    **Priority amount** $3,509.12

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.312** Priority creditor's name and mailing address
CHARISE WHITE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,777.22              $3,777.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.313** Priority creditor's name and mailing address
CHARLENE SINGLETON-WHITTED
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $362.25              $362.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.314** Priority creditor's name and mailing address
CHARLES HALL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $944.25              $944.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.315** Priority creditor's name and mailing address
CHARMAINE GRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $133.04              $133.04
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.316** Priority creditor's name and mailing address
CHARMAINE HARRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,799.29     $3,799.29

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.317** Priority creditor's name and mailing address
CHARMEKA NORTHERN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,120.26     $2,120.26

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.318** Priority creditor's name and mailing address
CHARNISE GILLIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,148.91     $1,148.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.319** Priority creditor's name and mailing address
CHELSEA MATTHEWS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,887.21     $5,887.21

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.320**  **Priority creditor's name and mailing address**
CHENA MILLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $40.75    $40.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.321**  **Priority creditor's name and mailing address**
CHERYL GRASSO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6,182.55    $6,182.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.322**  **Priority creditor's name and mailing address**
CHERYL RIVERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,379.08    $1,379.08
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.323**  **Priority creditor's name and mailing address**
CHERYL ZANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,607.51    $3,607.51
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.324** Priority creditor's name and mailing address
CHIKILRA BARNETT-WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,224.41**    **$6,224.41**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.325** Priority creditor's name and mailing address
CHINA ROUSE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$65.25**    **$65.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.326** Priority creditor's name and mailing address
CHRISTA BRODIE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,161.04**    **$3,161.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.327** Priority creditor's name and mailing address
CHRISTEN EVANGELOU
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,252.29**    **$6,252.29**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.328**

Priority creditor's name and mailing address
CHRISTIAN BUTLER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $789.60   Priority amount: $789.60

**2.329**

Priority creditor's name and mailing address
CHRISTIAN CHIAFFA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $1,857.57   Priority amount: $1,857.57

**2.330**

Priority creditor's name and mailing address
CHRISTIE GALE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $4,085.89   Priority amount: $4,085.89

**2.331**

Priority creditor's name and mailing address
CHRISTIE GARRETT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

Total claim: $1,973.25   Priority amount: $1,973.25

Debtor Name      St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.332** Priority creditor's name and mailing address
CHRISTINA CONLAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,309.03          $3,309.03
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.333** Priority creditor's name and mailing address
CHRISTINA DIMICHELE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,805.57          $2,805.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.334** Priority creditor's name and mailing address
CHRISTINA DRASS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,081.78          $10,081.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.335** Priority creditor's name and mailing address
CHRISTINA FOX
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,506.13          $6,506.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.336**   **Priority creditor's name and mailing address**
CHRISTINA GARDNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $940.26     $940.26
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.337**   **Priority creditor's name and mailing address**
CHRISTINA HUTCHINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,743.20     $1,743.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.338**   **Priority creditor's name and mailing address**
CHRISTINA LAMONICA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.339**   **Priority creditor's name and mailing address**
CHRISTINA LEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,466.76     $2,466.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.340** | **Priority creditor's name and mailing address**
CHRISTINA NG-WATSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,849.52    **Priority amount** $4,849.52

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.341** | **Priority creditor's name and mailing address**
CHRISTINA PALLADINO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,754.96    **Priority amount** $2,754.96

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.342** | **Priority creditor's name and mailing address**
CHRISTINA QUAGLIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,484.37    **Priority amount** $4,484.37

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.343** | **Priority creditor's name and mailing address**
CHRISTINE BENIGNI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,151.17    **Priority amount** $3,151.17

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.344** Priority creditor's name and mailing address
CHRISTINE BOUIKIDIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$5,375.55** | **$5,375.55**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.345** Priority creditor's name and mailing address
CHRISTINE CAPRIOLO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$7,692.32** | **$7,692.32**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.346** Priority creditor's name and mailing address
CHRISTINE CARELLA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$9,179.03** | **$9,179.03**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.347** Priority creditor's name and mailing address
CHRISTINE COCOVE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,997.60** | **$2,997.60**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.348**  **Priority creditor's name and mailing address**
CHRISTINE ERRIGO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,365.63**    Priority amount **$2,365.63**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.349**  **Priority creditor's name and mailing address**
CHRISTINE FRANKLIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$3,094.24**    Priority amount **$3,094.24**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.350**  **Priority creditor's name and mailing address**
CHRISTINE GOETSCHIUS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$5,026.42**    Priority amount **$5,026.42**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.351**  **Priority creditor's name and mailing address**
CHRISTINE HICKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$3,103.45**    Priority amount **$3,103.45**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.352** | **Priority creditor's name and mailing address**
CHRISTINE HOYLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$4,881.55**  **$4,881.55**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.353** | **Priority creditor's name and mailing address**
CHRISTINE MURRI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$5,240.58**  **$5,240.58**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.354** | **Priority creditor's name and mailing address**
CHRISTINE REUSTLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$1,497.00**  **$1,497.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.355** | **Priority creditor's name and mailing address**
CHRISTINE SCHLICHTING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  **$13,650.00**  **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

### 2.356

**Priority creditor's name and mailing address**
CHRISTINE SCHROEDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,839.44    **Priority amount** $2,839.44

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.357

**Priority creditor's name and mailing address**
CHRISTINE SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,511.85    **Priority amount** $1,511.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.358

**Priority creditor's name and mailing address**
CHRISTINE SODER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $852.00    **Priority amount** $852.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.359

**Priority creditor's name and mailing address**
CHRISTINE STAHL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,161.42    **Priority amount** $13,161.42

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.360** **Priority creditor's name and mailing address**
CHRISTINE STEARN
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$4,449.48** — **$4,449.48**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.361** **Priority creditor's name and mailing address**
CHRISTINE TOKARSKI
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$3,715.60** — **$3,715.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.362** **Priority creditor's name and mailing address**
CHRISTINE VARGAS
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$6,221.05** — **$6,221.05**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.363** **Priority creditor's name and mailing address**
CHRISTINE VERRECCHIA-MISCEWITZ
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$13,650.00** — **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.364**

Priority creditor's name and mailing address
CHRISTINE WAGNER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$11,640.20    $11,640.20

---

**2.365**

Priority creditor's name and mailing address
CHRISTOPHER FRANCISCO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$119.63    $119.63

---

**2.366**

Priority creditor's name and mailing address
CHRISTOPHER GATTA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$400.00    $400.00

---

**2.367**

Priority creditor's name and mailing address
CHRISTOPHER PARLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$3,804.86    $3,804.86

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | Total claim | Priority amount |
|---|---|---|

---

**2.368**

**Priority creditor's name and mailing address**
CHRISTOPHER PENNELL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,754.96     **Priority amount** $2,754.96

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.369**

**Priority creditor's name and mailing address**
CHRISTOPHER PERRY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,966.87     **Priority amount** $4,966.87

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.370**

**Priority creditor's name and mailing address**
CHRISTOPHER TOMASZEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,568.36     **Priority amount** $2,568.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.371**

**Priority creditor's name and mailing address**
CHRISTOPHER WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,545.53     **Priority amount** $1,545.53

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.372** Priority creditor's name and mailing address
CHRISTOPHER WOOD JR
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,910.00     **Priority amount** $1,910.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.373** Priority creditor's name and mailing address
CHRISTY THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,712.85     **Priority amount** $1,712.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.374** Priority creditor's name and mailing address
CIANA HAYES-MAXWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,593.75     **Priority amount** $1,593.75

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.375** Priority creditor's name and mailing address
CINDI MARTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $10,944.36     **Priority amount** $10,944.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

Debtor Name        St. Christopher's Healthcare, LLC                     Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.376**  Priority creditor's name and mailing address
CINDY ROSENBLOOM
ADDRESS REDACTED

As of the petition filing date, the claim is:                 $2,169.51            $2,169.51

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.377**  Priority creditor's name and mailing address
CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

**UNKNOWN**

As of the petition filing date, the claim is:                 $375.00

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
TAXES/FEES/ASSESSMENTS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8        )

---

**2.378**  Priority creditor's name and mailing address
CLAIRE ALMINDE
ADDRESS REDACTED

As of the petition filing date, the claim is:                 $13,650.00           $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.379**  Priority creditor's name and mailing address
CLAIRE ANN ALMINDE
ADDRESS REDACTED

As of the petition filing date, the claim is:                 $1,823.18            $1,823.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **St. Christopher's Healthcare, LLC**      Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

### 2.380

**Priority creditor's name and mailing address**
CLAIRE THOMPSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $600.31
**Priority amount:** $600.31

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

### 2.381

**Priority creditor's name and mailing address**
CLARISSA CHU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $4,066.59
**Priority amount:** $4,066.59

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

### 2.382

**Priority creditor's name and mailing address**
CLARISSA RAMOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $1,917.47
**Priority amount:** $1,917.47

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

### 2.383

**Priority creditor's name and mailing address**
CLAUDIA ROSE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $5,860.17
**Priority amount:** $5,860.17

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **St. Christopher's Healthcare, LLC**     Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.384** | Priority creditor's name and mailing address
**COLETTE ADORE**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:     **$6,833.63**     **$6,833.63**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.385** | Priority creditor's name and mailing address
**COLIN GRANT**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:     **$5,384.62**     **$5,384.62**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.386** | Priority creditor's name and mailing address
**COLLEEN BAUN**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:     **$2,672.40**     **$2,672.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.387** | Priority creditor's name and mailing address
**COLLEEN FOLEY**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:     **$7,353.44**     **$7,353.44**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.388**  Priority creditor's name and mailing address
COLLEEN MALLON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,860.09          $1,860.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.389**  Priority creditor's name and mailing address
COLLEEN MCLAUGHLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,281.28          $3,281.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.390**  Priority creditor's name and mailing address
COLLEEN RILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,641.75          $1,641.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.391**  Priority creditor's name and mailing address
COLVIN CODNER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,702.24          $1,702.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
|  |  |  | **UNKNOWN** |

**2.392**  **Priority creditor's name and mailing address**
COMMONWEALTH OF PA
PUBLIC HEALTH & HUMAN SERVICES
ACCT CONTROL/COMPTROLLER OFFICE
P.O. BOX 2675
HARRISBURG, PA 17105-2675

**As of the petition filing date, the claim is:**    $882.96

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES/FEES/ASSESSMENTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.393**  **Priority creditor's name and mailing address**
CONNIE CHEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $12,806.58                    $12,806.58

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.394**  **Priority creditor's name and mailing address**
CONNIE ORTEGA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $898.26                    $898.26

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.395**  **Priority creditor's name and mailing address**
CONNOR MC ANENEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,504.50                    $2,504.50

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    99 of 729

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.396**  **Priority creditor's name and mailing address**
COREY BAKER SR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,097.56**  **$2,097.56**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.397**  **Priority creditor's name and mailing address**
CORRINA SIMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,209.63**  **$5,209.63**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.398**  **Priority creditor's name and mailing address**
CORTNEY JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,494.00**  **$1,494.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.399**  **Priority creditor's name and mailing address**
COURTNEY DOMINIC
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,000.00**  **$4,000.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.400** Priority creditor's name and mailing address
COURTNEY MCANALLY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,781.67**     **$3,781.67**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.401** Priority creditor's name and mailing address
COURTNEY MCGUIRE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,387.24**     **$2,387.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.402** Priority creditor's name and mailing address
CRYSTAL CROMPTON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$849.92**     **$849.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.403** Priority creditor's name and mailing address
CRYSTAL DICK
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,828.80**     **$1,828.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

|  |  | **Total claim** | **Priority amount** |

**2.404**  Priority creditor's name and mailing address
CRYSTAL IVERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,368.99      $1,368.99
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.405**  Priority creditor's name and mailing address
CRYSTAL LORENZ-UHL
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,175.81      $1,175.81
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.406**  Priority creditor's name and mailing address
CRYSTAL NEGRON
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,721.60      $1,721.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.407**  Priority creditor's name and mailing address
CRYSTAL WANG
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,387.24      $2,387.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

| **Part 1:** | Additional Page | | |
| --- | --- | --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.408** Priority creditor's name and mailing address
CRYSTAL WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $8,649.05    Priority amount: $8,649.05

---

**2.409** Priority creditor's name and mailing address
CRYSTINA MC DONALD
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $497.25    Priority amount: $497.25

---

**2.410** Priority creditor's name and mailing address
CYNTHIA BOYD
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,654.08    Priority amount: $1,654.08

---

**2.411** Priority creditor's name and mailing address
CYNTHIA BULLE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $2,476.43    Priority amount: $2,476.43

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.412** Priority creditor's name and mailing address
CYNTHIA DOPP
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00    Priority amount: $13,650.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.413** Priority creditor's name and mailing address
CYNTHIA DORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,898.05    Priority amount: $1,898.05

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.414** Priority creditor's name and mailing address
CYRE SOTO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,459.50    Priority amount: $1,459.50

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.415** Priority creditor's name and mailing address
DAISY RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $4,545.93    Priority amount: $4,545.93

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.416** | **Priority creditor's name and mailing address**
DALE DRUCKER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $12,019.57    **Priority amount** $12,019.57

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.417** | **Priority creditor's name and mailing address**
DALENE FRANTZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,183.92    **Priority amount** $9,183.92

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.418** | **Priority creditor's name and mailing address**
DAMARIS RODRIGUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,503.50    **Priority amount** $5,503.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.419** | **Priority creditor's name and mailing address**
DANA CASTRO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $569.50    **Priority amount** $569.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.420** **Priority creditor's name and mailing address**
DANA ROBERTS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$5,171.69**    **$5,171.69**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.421** **Priority creditor's name and mailing address**
DANA TOIB
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$9,850.43**    **$9,850.43**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.422** **Priority creditor's name and mailing address**
DANIEL BENSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$7,494.60**    **$7,494.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.423** **Priority creditor's name and mailing address**
DANIEL CONWAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$11,300.77**    **$11,300.77**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.424** **Priority creditor's name and mailing address**
DANIEL LUI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$7,626.44**   **$7,626.44**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.425** **Priority creditor's name and mailing address**
DANIEL MARINO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,704.74**   **$1,704.74**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.426** **Priority creditor's name and mailing address**
DANIEL MARINO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$5,200.00**   **$5,200.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.427** **Priority creditor's name and mailing address**
DANIEL TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    St. Christopher's Healthcare, LLC                 Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.428**  **Priority creditor's name and mailing address**
DANIEL YEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $1,677.60       $1,677.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.429**  **Priority creditor's name and mailing address**
DANIELLA JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $9,551.11       $9,551.11
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.430**  **Priority creditor's name and mailing address**
DANIELLE AKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $1,912.23       $1,912.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.431**  **Priority creditor's name and mailing address**
DANIELLE ASCHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**       $13,650.00       $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.432** Priority creditor's name and mailing address
DANIELLE CAPOGNA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$508.28**    **$508.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.433** Priority creditor's name and mailing address
DANIELLE LAMARRA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,042.56**    **$2,042.56**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.434** Priority creditor's name and mailing address
DANIELLE SANCHO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,303.98**    **$2,303.98**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.435** Priority creditor's name and mailing address
DANIELLE STRAUSS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,495.95**    **$3,495.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.436** | **Priority creditor's name and mailing address**
DANIELLE TRIMBER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,910.32**    **$6,910.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.437** | **Priority creditor's name and mailing address**
DANIELLE WALLACE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,119.75**    **$2,119.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.438** | **Priority creditor's name and mailing address**
DANIELLE WISE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,790.83**    **$6,790.83**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.439** | **Priority creditor's name and mailing address**
DANISHA ROBLEDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$90.63**    **$90.63**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.440**   Priority creditor's name and mailing address
DANNI LIANG
ADDRESS REDACTED

As of the petition filing date, the claim is:           $2,995.18                $2,995.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.441**   Priority creditor's name and mailing address
DAPHNE HASBANI
ADDRESS REDACTED

As of the petition filing date, the claim is:           $6,276.92                $6,276.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.442**   Priority creditor's name and mailing address
DARLA BRADSHAW
ADDRESS REDACTED

As of the petition filing date, the claim is:           $13,650.00                $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.443**   Priority creditor's name and mailing address
DARRELL REEVES
ADDRESS REDACTED

As of the petition filing date, the claim is:           $3,076.96                $3,076.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |

**2.444** Priority creditor's name and mailing address
DARYL SPRUILL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,047.02     $3,047.02

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.445** Priority creditor's name and mailing address
DASHONA ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $450.00     $450.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.446** Priority creditor's name and mailing address
DAVIAN HILL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $988.38     $988.38

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.447** Priority creditor's name and mailing address
DAVID CALLAWAY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,400.57     $2,400.57

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.448** Priority creditor's name and mailing address
DAVID CHRISTY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $144.90    $144.90
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.449** Priority creditor's name and mailing address
DAVID COOPERBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,950.95    $12,950.95
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.450** Priority creditor's name and mailing address
DAVID GUYER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $656.02    $656.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.451** Priority creditor's name and mailing address
DAVID METROKA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,313.69    $6,313.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.452**  **Priority creditor's name and mailing address**
DAVID TEDESCO JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,278.00    Priority amount: $1,278.00

---

**2.453**  **Priority creditor's name and mailing address**
DAVID YUSAVITZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,385.12    Priority amount: $4,385.12

---

**2.454**  **Priority creditor's name and mailing address**
DAVID ZWILLENBERG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.455**  **Priority creditor's name and mailing address**
DAWN BENT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $5,797.90    Priority amount: $5,797.90

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1: Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.456** Priority creditor's name and mailing address
DAWN BULLOCK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,125.32     $2,125.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.457** Priority creditor's name and mailing address
DAWN COLLINS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,128.93     $5,128.93

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.458** Priority creditor's name and mailing address
DAWN FERGUSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $634.97     $634.97

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.459** Priority creditor's name and mailing address
DAWN GIBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $11,849.69     $11,849.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.460**  **Priority creditor's name and mailing address**
DAWN HAWKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $3,477.20              $3,477.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.461**  **Priority creditor's name and mailing address**
DAWN LABB
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $6,738.83              $6,738.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.462**  **Priority creditor's name and mailing address**
DAWN SMALL
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $4,149.84              $4,149.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.463**  **Priority creditor's name and mailing address**
DAWNZA ERVIN-ABRAHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:                              $1,750.83              $1,750.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**　Additional Page

|  | Total claim | Priority amount |
|---|---|---|

---

**2.464**　**Priority creditor's name and mailing address**
DEAN COFFIN
ADDRESS REDACTED

Total claim $3,073.30　Priority amount $3,073.30

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.465**　**Priority creditor's name and mailing address**
DEANA SEALY
ADDRESS REDACTED

Total claim $2,177.71　Priority amount $2,177.71

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.466**　**Priority creditor's name and mailing address**
DEANNA BLACK
ADDRESS REDACTED

Total claim $5,820.48　Priority amount $5,820.48

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.467**　**Priority creditor's name and mailing address**
DEBORAH BARRON
ADDRESS REDACTED

Total claim $13,650.00　Priority amount $13,650.00

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

Is the claim subject to offset?
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.468** | **Priority creditor's name and mailing address**
DEBORAH BOWLER
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$6,896.07** | **$6,896.07**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.469** | **Priority creditor's name and mailing address**
DEBORAH MCCUSKER
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$2,777.03** | **$2,777.03**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.470** | **Priority creditor's name and mailing address**
DEBORAH MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$2,202.96** | **$2,202.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.471** | **Priority creditor's name and mailing address**
DEBORAH MURAS
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$6,936.38** | **$6,936.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.472**  Priority creditor's name and mailing address
DEBORAH SANDROCK
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.473**  Priority creditor's name and mailing address
DEBORAH SATANOFF
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: $5,600.00    Priority amount: $5,600.00

---

**2.474**  Priority creditor's name and mailing address
DEBORAH TROYANOSKY
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: $13,089.02    Priority amount: $13,089.02

---

**2.475**  Priority creditor's name and mailing address
DEBORAH WESOLOWSKI
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: $13,650.00    Priority amount: $13,650.00

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.476** Priority creditor's name and mailing address
DEBORAH YOUNG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,304.10    $7,304.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.477** Priority creditor's name and mailing address
DEBRA BROITMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,753.63    $5,753.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.478** Priority creditor's name and mailing address
DEBRA BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,872.14    $4,872.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.479** Priority creditor's name and mailing address
DEBRA MOLOKO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,207.09    $5,207.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.480** | **Priority creditor's name and mailing address**
DEEPTI RAYBAGKAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$12,363.21    $12,363.21

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.481** | **Priority creditor's name and mailing address**
DEIRDRE TUKEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$10,185.09    $10,185.09

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.482** | **Priority creditor's name and mailing address**
DELMARY ASTACIO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$1,139.60    $1,139.60

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.483** | **Priority creditor's name and mailing address**
DEMET SAKARCAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$3,140.71    $3,140.71

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.484** **Priority creditor's name and mailing address**
DEMETRIA ADKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,624.80    $1,624.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.485** **Priority creditor's name and mailing address**
DENEKEI LAWSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,352.55    $2,352.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.486** **Priority creditor's name and mailing address**
DENISE AGAZARIAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,267.75    $3,267.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.487** **Priority creditor's name and mailing address**
DENISE BROOKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,695.85    $2,695.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.488** Priority creditor's name and mailing address
DENISE COLEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,389.66      Priority amount: $3,389.66

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.489** Priority creditor's name and mailing address
DENISE EINHORN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $4,607.91      Priority amount: $4,607.91

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.490** Priority creditor's name and mailing address
DENISE GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $12,265.81      Priority amount: $12,265.81

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.491** Priority creditor's name and mailing address
DENISE GOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $5,036.34      Priority amount: $5,036.34

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.492** Priority creditor's name and mailing address
DENISE HEARD
ADDRESS REDACTED

As of the petition filing date, the claim is: $11,384.98    $11,384.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.493** Priority creditor's name and mailing address
DENISE LEDERER
ADDRESS REDACTED

As of the petition filing date, the claim is: $5,219.44    $5,219.44

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.494** Priority creditor's name and mailing address
DENISE MONTGOMERY
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,979.53    $3,979.53

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.495** Priority creditor's name and mailing address
DENISE SIMMONS
ADDRESS REDACTED

As of the petition filing date, the claim is: $557.81    $557.81

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.496** Priority creditor's name and mailing address
DENNIS MCNEILL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $7,404.82          $7,404.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.497** Priority creditor's name and mailing address
DENYSE ALIBOCAS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,731.84          $1,731.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.498** Priority creditor's name and mailing address
DERRICK ZIZELMANN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,159.19          $1,159.19

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.499** Priority creditor's name and mailing address
DESIREE ELLIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,632.48          $4,632.48

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.500** | **Priority creditor's name and mailing address**
DESIREE LASSITER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,479.64**          **$3,479.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.501** | **Priority creditor's name and mailing address**
DESIREE RICHARDSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,534.41**          **$3,534.41**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.502** | **Priority creditor's name and mailing address**
DESIREE SCORZA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$13,650.00**          **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.503** | **Priority creditor's name and mailing address**
DESTINY POCHVATILLA
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,385.43**          **$1,385.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.504**

**Priority creditor's name and mailing address**
DEVIN PARAMBO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,303.98      **Priority amount** $2,303.98

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.505**

**Priority creditor's name and mailing address**
DEYANERY SOLIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,764.36      **Priority amount** $6,764.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.506**

**Priority creditor's name and mailing address**
DIANA COLONNA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,359.63      **Priority amount** $6,359.63

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.507**

**Priority creditor's name and mailing address**
DIANA FIGUEROA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,359.44      **Priority amount** $5,359.44

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     St. Christopher's Healthcare, LLC                              Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.508** | Priority creditor's name and mailing address
DIANA MENDEZ GUERRA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,620.13**                    **$2,620.13**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.509** | Priority creditor's name and mailing address
DIANE COOPER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,637.07**                    **$2,637.07**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.510** | Priority creditor's name and mailing address
DIANE LAVERY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$7,547.80**                    **$7,547.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.511** | Priority creditor's name and mailing address
DIANE LOWITZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$13,650.00**                    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.512** Priority creditor's name and mailing address
DIANE MALCOLM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,626.33    $1,626.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.513** Priority creditor's name and mailing address
DIANE OLIPHANT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,196.57    $3,196.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.514** Priority creditor's name and mailing address
DIANE SIDERIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,782.94    $4,782.94
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.515** Priority creditor's name and mailing address
DIANNA QUINONES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,853.92    $1,853.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.516**   Priority creditor's name and mailing address
DIANY VALENTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,327.47     $6,327.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.517**   Priority creditor's name and mailing address
DILIPKUMAR PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $12,151.37     $12,151.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.518**   Priority creditor's name and mailing address
DIONISIA COLON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,556.27     $3,556.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.519**   Priority creditor's name and mailing address
DIONNE MCNEEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.520**   Priority creditor's name and mailing address
DIPEN VYAS
ADDRESS REDACTED

**Total claim** $2,562.34    **Priority amount** $2,562.34

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.521**   Priority creditor's name and mailing address
DIRK HENNE
ADDRESS REDACTED

**Total claim** $3,846.37    **Priority amount** $3,846.37

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.522**   Priority creditor's name and mailing address
DIVYA SUBRAMANIAN-KHURANA
ADDRESS REDACTED

**Total claim** $8,669.76    **Priority amount** $8,669.76

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.523**   Priority creditor's name and mailing address
DOLORES LINDER
ADDRESS REDACTED

**Total claim** $1,644.00    **Priority amount** $1,644.00

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name      **St. Christopher's Healthcare, LLC**        Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

**2.524** Priority creditor's name and mailing address
DOMINIQUE COOPER
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,216.35        $1,216.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.525** Priority creditor's name and mailing address
DOMINIQUE STRICKLAND
ADDRESS REDACTED

As of the petition filing date, the claim is:        $552.00        $552.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.526** Priority creditor's name and mailing address
DON LAM
ADDRESS REDACTED

As of the petition filing date, the claim is:        $7,318.80        $7,318.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.527** Priority creditor's name and mailing address
DONALD GOLDSMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:        $12,943.10        $12,943.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

**Part 1:**    **Additional Page**

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.528**  **Priority creditor's name and mailing address**
DONALD RANK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $13,650.00        $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.529**  **Priority creditor's name and mailing address**
DONNA ALMEIDA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $13,650.00        $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.530**  **Priority creditor's name and mailing address**
DONNA BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $548.52        $548.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.531**  **Priority creditor's name and mailing address**
DONNA HANSELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $7,132.74        $7,132.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.532** Priority creditor's name and mailing address
DONNA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $896.74          $896.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.533** Priority creditor's name and mailing address
DONNA RAMOS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $6,928.24         $6,928.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.534** Priority creditor's name and mailing address
DONNAMARIE PANNO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,811.99         $2,811.99
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.535** Priority creditor's name and mailing address
DONNELL COLLIER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $631.48          $631.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.536** Priority creditor's name and mailing address
DORANGELI CRUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,632.08    $1,632.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.537** Priority creditor's name and mailing address
DORIA TURCIOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,804.01    $1,804.01

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.538** Priority creditor's name and mailing address
DOROTA PAZDROWSKA-CHOWDHRY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,000.00    $12,000.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.539** Priority creditor's name and mailing address
DOROTHY DECENCIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,344.55    $5,344.55

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.540** Priority creditor's name and mailing address
DOROTHY GOLASA
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.541** Priority creditor's name and mailing address
DOROTHY STOLZER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.542** Priority creditor's name and mailing address
DOROTHY WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$7,018.72**   **$7,018.72**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.543** Priority creditor's name and mailing address
DOROTHY WYATT
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,043.20**   **$3,043.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.544** Priority creditor's name and mailing address
DORY CHAEFSKY
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: **$6,342.10**     Priority amount: **$6,342.10**

---

**2.545** Priority creditor's name and mailing address
DOUGLAS SAMMOND
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: **$2,788.34**     Priority amount: **$2,788.34**

---

**2.546** Priority creditor's name and mailing address
DUSTIN GREENHILL
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: **$13,650.00**     Priority amount: **$13,650.00**

---

**2.547** Priority creditor's name and mailing address
EARL DAVIS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✔] No
[ ] Yes

Total claim: **$1,372.78**     Priority amount: **$1,372.78**

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.548** Priority creditor's name and mailing address
EARL LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,960.92    **Priority amount** $3,960.92

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.549** Priority creditor's name and mailing address
EARLENE MC RAE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,719.83    **Priority amount** $4,719.83

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.550** Priority creditor's name and mailing address
EDITH ELLIOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,017.02    **Priority amount** $3,017.02

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.551** Priority creditor's name and mailing address
EDNA GILLIAM
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,925.67    **Priority amount** $7,925.67

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**       Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.552** Priority creditor's name and mailing address
EDWARD MURPHY
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$5,171.35**        **$5,171.35**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.553** Priority creditor's name and mailing address
EDWARD SHIELDS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$5,116.87**        **$5,116.87**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.554** Priority creditor's name and mailing address
EILEEN DEMARCO
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$514.39**        **$514.39**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.555** Priority creditor's name and mailing address
ELAINE SANJUAN-SALEH
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$2,466.76**        **$2,466.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.556**   Priority creditor's name and mailing address
ELAINE YOUNG-THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,230.41        $1,230.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.557**   Priority creditor's name and mailing address
ELISABETA MULLAHI
ADDRESS REDACTED

As of the petition filing date, the claim is:        $603.40        $603.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.558**   Priority creditor's name and mailing address
ELISE MERCIER
ADDRESS REDACTED

As of the petition filing date, the claim is:        $4,066.59        $4,066.59
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.559**   Priority creditor's name and mailing address
ELISE WOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,491.80        $2,491.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.560**  Priority creditor's name and mailing address
ELIZA ENRIQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,907.99     $2,907.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.561**  Priority creditor's name and mailing address
ELIZABETH DIECKMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,066.04     $10,066.04

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.562**  Priority creditor's name and mailing address
ELIZABETH EDWARDS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $9,307.37     $9,307.37

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.563**  Priority creditor's name and mailing address
ELIZABETH GOBS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,010.88     $1,010.88

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.564** **Priority creditor's name and mailing address**
ELIZABETH GRUND
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.565** **Priority creditor's name and mailing address**
ELIZABETH HALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.566** **Priority creditor's name and mailing address**
ELIZABETH KAIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $5,406.79    Priority amount: $5,406.79

---

**2.567** **Priority creditor's name and mailing address**
ELIZABETH PERALTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $92.44    Priority amount: $92.44

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.568** Priority creditor's name and mailing address
ELIZABETH ROSSI
ADDRESS REDACTED

**Total claim** $9,901.81   **Priority amount** $9,901.81

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.569** Priority creditor's name and mailing address
ELIZABETH STAHL
ADDRESS REDACTED

**Total claim** $1,624.25   **Priority amount** $1,624.25

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.570** Priority creditor's name and mailing address
ELIZABETH SUAREZ
ADDRESS REDACTED

**Total claim** $12,481.07   **Priority amount** $12,481.07

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.571** Priority creditor's name and mailing address
ELIZABETH THOMAS
ADDRESS REDACTED

**Total claim** $7,958.15   **Priority amount** $7,958.15

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.572** Priority creditor's name and mailing address
ELIZABETH THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,722.81    $11,722.81
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.573** Priority creditor's name and mailing address
ELIZABETH WENGLICKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,652.69    $9,652.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.574** Priority creditor's name and mailing address
ELLA BANNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,769.73    $1,769.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.575** Priority creditor's name and mailing address
ELLEN WATERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.576** Priority creditor's name and mailing address
ELSA DESOUSA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,331.37      $2,331.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.577** Priority creditor's name and mailing address
ELSA RAMOS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,727.64      $1,727.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.578** Priority creditor's name and mailing address
ELVA MORALES
ADDRESS REDACTED

As of the petition filing date, the claim is:      $5,742.80      $5,742.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.579** Priority creditor's name and mailing address
ELVIRA URENA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $6,861.09      $6,861.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.580**  Priority creditor's name and mailing address
ELYSSA DONNELLY
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,860.00          $2,860.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.581**  Priority creditor's name and mailing address
EMANI BANKS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $94.25            $94.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.582**  Priority creditor's name and mailing address
EMILY ANGELOS
ADDRESS REDACTED

As of the petition filing date, the claim is:        $6,497.38          $6,497.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.583**  Priority creditor's name and mailing address
EMILY FRIDBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,747.01          $2,747.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name     **St. Christopher's Healthcare, LLC**                                   Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.584**   **Priority creditor's name and mailing address**
EMILY GALLOWAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $1,049.50          $1,049.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.585**   **Priority creditor's name and mailing address**
EMILY MURTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $5,464.90          $5,464.90
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.586**   **Priority creditor's name and mailing address**
EMILY QUIROS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $7,060.58          $7,060.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.587**   **Priority creditor's name and mailing address**
EMILY SHOTWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $1,176.40          $1,176.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.588**  Priority creditor's name and mailing address
EMILY SOUDER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,775.37    $8,775.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.589**  Priority creditor's name and mailing address
EMILY SPENGLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,843.75    $3,843.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.590**  Priority creditor's name and mailing address
EMMA DEL PIZZO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,880.26    $2,880.26
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.591**  Priority creditor's name and mailing address
EMMA ZAPFE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,806.15    $3,806.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.592**    **Priority creditor's name and mailing address**
ENDLA ANDAY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.593**    **Priority creditor's name and mailing address**
ENITAN ADEGITE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,900.96     $4,900.96

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.594**    **Priority creditor's name and mailing address**
ERIC BELSER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,303.98     $2,303.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.595**    **Priority creditor's name and mailing address**
ERIC BRENNER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,098.76     $4,098.76

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

**Part 1:**      Additional Page

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.596**  Priority creditor's name and mailing address
ERIC LUSINSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.597**  Priority creditor's name and mailing address
ERIC MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,461.60          $3,461.60

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.598**  Priority creditor's name and mailing address
ERIC THOMPSON JR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.599**  Priority creditor's name and mailing address
ERICA BENNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:          $40.00          $40.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.600** | **Priority creditor's name and mailing address**
ERICA BROOKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $992.38    $992.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.601** | **Priority creditor's name and mailing address**
ERICA CARVER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,176.00    $1,176.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.602** | **Priority creditor's name and mailing address**
ERICA CUCINELLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,980.28    $7,980.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.603** | **Priority creditor's name and mailing address**
ERICA FROST
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,898.47    $2,898.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.604** Priority creditor's name and mailing address
ERICA POLETTO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.605** Priority creditor's name and mailing address
ERICKA NUGIN-LAVINGTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,383.25    $2,383.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.606** Priority creditor's name and mailing address
ERIKA HAUER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,305.25    $1,305.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.607** Priority creditor's name and mailing address
ERIKA LINDHOLM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,845.32    $4,845.32

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name      **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.608** **Priority creditor's name and mailing address**
ERIKA MILEK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $4,151.87          $4,151.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.609** **Priority creditor's name and mailing address**
ERIKA OLAVE FAJARDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,387.24          $2,387.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.610** **Priority creditor's name and mailing address**
ERIN CIPKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $1,480.19          $1,480.19
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.611** **Priority creditor's name and mailing address**
ERIN GALLAGHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $4,423.82          $4,423.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.612**  Priority creditor's name and mailing address
ERIN GIBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $252.02    $252.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.613**  Priority creditor's name and mailing address
ERIN HANLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,435.24    $2,435.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.614**  Priority creditor's name and mailing address
ERIN JACKSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $861.23    $861.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.615**  Priority creditor's name and mailing address
ERIN LENHERR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.616**   Priority creditor's name and mailing address
ERIN MULLER
ADDRESS REDACTED

As of the petition filing date, the claim is:       $11,993.84       $11,993.84
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.617**   Priority creditor's name and mailing address
ERIN OCONNELL
ADDRESS REDACTED

As of the petition filing date, the claim is:       $2,162.79       $2,162.79
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.618**   Priority creditor's name and mailing address
ERNEST WALLACE
ADDRESS REDACTED

As of the petition filing date, the claim is:       $2,408.31       $2,408.31
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.619**   Priority creditor's name and mailing address
ERNESTINE GILBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:       $8.00       $8.00
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.620** Priority creditor's name and mailing address
ERNISHA ROGERS
ADDRESS REDACTED

**Total claim** $4,085.42   **Priority amount** $4,085.42

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.621** Priority creditor's name and mailing address
ESMERALDA VELEZ
ADDRESS REDACTED

**Total claim** $2,036.46   **Priority amount** $2,036.46

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.622** Priority creditor's name and mailing address
ESTEFANY RODRIGUEZ
ADDRESS REDACTED

**Total claim** $108.75   **Priority amount** $108.75

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.623** Priority creditor's name and mailing address
ESTELLE WIGGINS
ADDRESS REDACTED

**Total claim** $4,641.77   **Priority amount** $4,641.77

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name  St. Christopher's Healthcare, LLC                  Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.624** Priority creditor's name and mailing address
ESTHER MALAZITA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,074.08    **Priority amount** $3,074.08

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.625** Priority creditor's name and mailing address
ESTHER YOHANNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,407.70    **Priority amount** $4,407.70

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.626** Priority creditor's name and mailing address
EUGENIA KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,846.16    **Priority amount** $3,846.16

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.627** Priority creditor's name and mailing address
EUSEBIA CRUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,500.91    **Priority amount** $4,500.91

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name        St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.628**  **Priority creditor's name and mailing address**
EVAN GELLER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.629**  **Priority creditor's name and mailing address**
EVAN WEINER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.630**  **Priority creditor's name and mailing address**
EVE ESTRADA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,781.04          $1,781.04
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.631**  **Priority creditor's name and mailing address**
EVE MAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,466.76          $2,466.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.632** Priority creditor's name and mailing address
EVELYN ARROYO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $3,300.39    Priority amount $3,300.39

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.633** Priority creditor's name and mailing address
EVELYN BERRY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $3,915.29    Priority amount $3,915.29

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.634** Priority creditor's name and mailing address
FAITH MCDONALD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $6,570.70    Priority amount $6,570.70

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.635** Priority creditor's name and mailing address
FAITH SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $2,753.28    Priority amount $2,753.28

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.636** Priority creditor's name and mailing address
FANGCHEN LIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,078.69     $7,078.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.637** Priority creditor's name and mailing address
FARAH DESTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,207.25     $3,207.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.638** Priority creditor's name and mailing address
FAYETTE GASS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,270.10     $4,270.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.639** Priority creditor's name and mailing address
FELICIA CRUMP
ADDRESS REDACTED

As of the petition filing date, the claim is:     $281.15     $281.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.640**  **Priority creditor's name and mailing address**
FLORENDO GERMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,732.10    $3,732.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.641**  **Priority creditor's name and mailing address**
FOLASADE KEHINDE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.642**  **Priority creditor's name and mailing address**
FORREST PEARSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,186.79    $7,186.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.643**  **Priority creditor's name and mailing address**
FRANCES WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,368.62    $3,368.62
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.644** Priority creditor's name and mailing address
FRANCESCO PONTORIERO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,640.28    $2,640.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.645** Priority creditor's name and mailing address
FRANCIS MCNESBY JR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,758.56    $3,758.56
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.646** Priority creditor's name and mailing address
FRANCIS PULTRO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,745.92    $1,745.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.647** Priority creditor's name and mailing address
FRANCIS ZUKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.648**  **Priority creditor's name and mailing address**
FRANK DATTILO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $6,032.58          $6,032.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.649**  **Priority creditor's name and mailing address**
GABRIELLE COSTELLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $11,405.27          $11,405.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.650**  **Priority creditor's name and mailing address**
GABRIELLE LONGO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $4,582.01          $4,582.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.651**  **Priority creditor's name and mailing address**
GAIL BRICKER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $11,048.12          $11,048.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.652**  Priority creditor's name and mailing address
GAIL SOTTNICK
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

Total claim: **$5,861.41**    Priority amount: **$5,861.41**

---

**2.653**  Priority creditor's name and mailing address
GARY WINKLER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

Total claim: **$2,998.56**    Priority amount: **$2,998.56**

---

**2.654**  Priority creditor's name and mailing address
GAYE CLIFFORD
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

Total claim: **$1,814.82**    Priority amount: **$1,814.82**

---

**2.655**  Priority creditor's name and mailing address
GENEVA HALEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4     )

Total claim: **$1,140.79**    Priority amount: **$1,140.79**

---

Debtor Name     St. Christopher's Healthcare, LLC                    Case number (if known): 19-11468

| **Part 1:** | **Additional Page** |

|  | Total claim | Priority amount |

**2.656** Priority creditor's name and mailing address

GENEVIEVE LAMINA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,284.41
Priority amount: $4,284.41

---

**2.657** Priority creditor's name and mailing address

GENNA TAMMARO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $7,046.22
Priority amount: $7,046.22

---

**2.658** Priority creditor's name and mailing address

GEOFFREY CURRY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $7,249.04
Priority amount: $7,249.04

---

**2.659** Priority creditor's name and mailing address

GEOFFREY EVERETT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $7,196.40
Priority amount: $7,196.40

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.660** | **Priority creditor's name and mailing address**
GEORGE LASHLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

Total claim: **$2,651.09**   Priority amount: **$2,651.09**

---

**2.661** | **Priority creditor's name and mailing address**
GEORGE RIZZUTO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

Total claim: **$13,650.00**   Priority amount: **$13,650.00**

---

**2.662** | **Priority creditor's name and mailing address**
GEORGETTE GRANT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

Total claim: **$1,551.44**   Priority amount: **$1,551.44**

---

**2.663** | **Priority creditor's name and mailing address**
GEORGIA CALL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

Total claim: **$7,511.90**   Priority amount: **$7,511.90**

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.664** **Priority creditor's name and mailing address**
GERALD HAND
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$1,588.78**    **$1,588.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.665** **Priority creditor's name and mailing address**
GERMAINE MYERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,055.89**    **$2,055.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.666** **Priority creditor's name and mailing address**
GERMAINE SOLOMON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$3,143.99**    **$3,143.99**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.667** **Priority creditor's name and mailing address**
GHADA NAJI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$3,846.04**    **$3,846.04**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.668** Priority creditor's name and mailing address
GIA MONTINI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$66.50**    Priority amount: **$66.50**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.669** Priority creditor's name and mailing address
GINA GERACE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,022.88**    Priority amount: **$5,022.88**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.670** Priority creditor's name and mailing address
GINA LOUGLOS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$694.75**    Priority amount: **$694.75**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.671** Priority creditor's name and mailing address
GINA MCKAY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,740.22**    Priority amount: **$2,740.22**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.672**  Priority creditor's name and mailing address
GINA PELULLO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $5,672.39      $5,672.39
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.673**  Priority creditor's name and mailing address
GINA SCIORILLO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $570.88      $570.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.674**  Priority creditor's name and mailing address
GLADYS ELIAS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,659.99      $2,659.99
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.675**  Priority creditor's name and mailing address
GLADYS SOTO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,114.91      $1,114.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.676** **Priority creditor's name and mailing address**
GLADYS TOLEDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6,720.21    $6,720.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.677** **Priority creditor's name and mailing address**
GLEN ANYABOLU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,189.09    $2,189.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.678** **Priority creditor's name and mailing address**
GLEN SUTPHIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,748.14    $8,748.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.679** **Priority creditor's name and mailing address**
GLORIA GALLOWAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,638.54    $2,638.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC     Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.680** Priority creditor's name and mailing address
GLORIA NICHOLS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,352.57     $3,352.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.681** Priority creditor's name and mailing address
GLORIA VIERA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,332.31     $5,332.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.682** Priority creditor's name and mailing address
GOLSHID TAZHIBI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.683** Priority creditor's name and mailing address
GRACE KLIMOWICZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,763.30     $2,763.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.684**   Priority creditor's name and mailing address
GRACE SCORZETTI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,726.50**    **$2,726.50**
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.685**   Priority creditor's name and mailing address
GREGORY DIAZ II
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,209.65**    **$2,209.65**
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.686**   Priority creditor's name and mailing address
GREGORY DISILVIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.687**   Priority creditor's name and mailing address
GREGORY HALLIGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.688**  Priority creditor's name and mailing address
GRETCHEN ENNIS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.689**  Priority creditor's name and mailing address
GRETCHEN METZENBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: $2,562.34    Priority amount: $2,562.34

---

**2.690**  Priority creditor's name and mailing address
GUILLERMINA ORTIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: $2,272.93    Priority amount: $2,272.93

---

**2.691**  Priority creditor's name and mailing address
HAKIM WALLACE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: $981.77    Priority amount: $981.77

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.692**   **Priority creditor's name and mailing address**
HANH DELAPAZ
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $1,848.00     Priority amount: $1,848.00

---

**2.693**   **Priority creditor's name and mailing address**
HANNAH KESSLER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $1,961.60     Priority amount: $1,961.60

---

**2.694**   **Priority creditor's name and mailing address**
HANNAH VATRAL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $2,749.25     Priority amount: $2,749.25

---

**2.695**   **Priority creditor's name and mailing address**
HANS KERSTEN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $12,323.35     Priority amount: $12,323.35

---

Debtor Name    St. Christopher's Healthcare, LLC        Case number (if known): **19-11468**

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.696** | **Priority creditor's name and mailing address**
HARBHAJAN CHAWLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $10,579.95    Priority amount: $10,579.95

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.697** | **Priority creditor's name and mailing address**
HARPREET PALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00    Priority amount: $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.698** | **Priority creditor's name and mailing address**
HARSH GREWAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00    Priority amount: $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.699** | **Priority creditor's name and mailing address**
HASSAN RILEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,826.19    Priority amount: $1,826.19

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.700** Priority creditor's name and mailing address
HAYLEY BARTKUS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $567.50   $567.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.701** Priority creditor's name and mailing address
HEATHER BOAS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,303.98   $2,303.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.702** Priority creditor's name and mailing address
HEATHER FAUST
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,260.13   $2,260.13

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.703** Priority creditor's name and mailing address
HEATHER GODDARD
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,387.24   $2,387.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.704**  **Priority creditor's name and mailing address**
HEATHER ISRAEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $8,592.11      $8,592.11
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.705**  **Priority creditor's name and mailing address**
HEATHER KULP
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $6,834.04      $6,834.04
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.706**  **Priority creditor's name and mailing address**
HEATHER LAVELLA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $9,373.70      $9,373.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.707**  **Priority creditor's name and mailing address**
HEATHER MCCLOSKEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $5,903.99      $5,903.99
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.708** Priority creditor's name and mailing address
HEATHER ORMAN-LUBELL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $10,762.78
Priority amount: $10,762.78

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.709** Priority creditor's name and mailing address
HEATHER PARSELLS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00
Priority amount: $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.710** Priority creditor's name and mailing address
HEATHER PERKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $6,175.94
Priority amount: $6,175.94

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.711** Priority creditor's name and mailing address
HELEN COONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $11,580.40
Priority amount: $11,580.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.712** Priority creditor's name and mailing address
HELEN JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $11,540.49  **Priority amount** $11,540.49

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.713** Priority creditor's name and mailing address
HELENE HULME
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $1,511.32  **Priority amount** $1,511.32

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.714** Priority creditor's name and mailing address
HENRIETTA ORUMWENSE
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $11,529.76  **Priority amount** $11,529.76

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.715** Priority creditor's name and mailing address
HERA MAHMOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $2,387.24  **Priority amount** $2,387.24

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.716** Priority creditor's name and mailing address
HERMINIA MARQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,239.10          $10,239.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.717** Priority creditor's name and mailing address
HILARY ROSENBLATT
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,818.05          $4,818.05
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.718** Priority creditor's name and mailing address
HILLARY ISRAEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,216.17          $5,216.17
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.719** Priority creditor's name and mailing address
HOLLIS BOYD
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,204.22          $3,204.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.720** Priority creditor's name and mailing address
HOPE DELACRUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,445.54**    **$8,445.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.721** Priority creditor's name and mailing address
HUSSAIN SHAKIR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,446.50**    **$7,446.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.722** Priority creditor's name and mailing address
HYE YOUNG CHO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,635.03**    **$6,635.03**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.723** Priority creditor's name and mailing address
IFE FORD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,502.79**    **$5,502.79**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.724**

**Priority creditor's name and mailing address**
IGNACIO VALENCIA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.725**

**Priority creditor's name and mailing address**
ILONA KRIEGER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

Total claim: $3,877.38    Priority amount: $3,877.38

---

**2.726**

**Priority creditor's name and mailing address**
IMANE ABDELMOUMEN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

Total claim: $2,562.34    Priority amount: $2,562.34

---

**2.727**

**Priority creditor's name and mailing address**
INDRIA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

Total claim: $2,168.96    Priority amount: $2,168.96

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.728**

Priority creditor's name and mailing address
INGA STRELOW
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,562.34     **Priority amount** $2,562.34

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.729**

Priority creditor's name and mailing address
INGE SERVEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $902.63     **Priority amount** $902.63

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.730**

Priority creditor's name and mailing address
INGRID MCGOVERN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00     **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.731**

Priority creditor's name and mailing address
INNA PRISTATSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,827.67     **Priority amount** $4,827.67

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.732**  **Priority creditor's name and mailing address**
IRENE BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$10,518.90**    **$10,518.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.733**  **Priority creditor's name and mailing address**
IRENE CAPUTO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,420.10**    **$2,420.10**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.734**  **Priority creditor's name and mailing address**
IRENE SPANELIS DIAZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,479.92**    **$3,479.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.735**  **Priority creditor's name and mailing address**
IRENE WAWRZYNCZAK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,614.30**    **$6,614.30**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.736** Priority creditor's name and mailing address
IRIS CRUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,320.12**          **$1,320.12**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.737** Priority creditor's name and mailing address
IRIS MORALES
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,795.27**          **$2,795.27**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.738** Priority creditor's name and mailing address
IRIS ROLON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,338.98**          **$1,338.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.739** Priority creditor's name and mailing address
IRIS TOLCHINSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,713.78**          **$1,713.78**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.740**

**Priority creditor's name and mailing address**
ISABELLE BRANDON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $153.53
Priority amount: $153.53

---

**2.741**

**Priority creditor's name and mailing address**
ISAIAH JACKSON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $1,394.60
Priority amount: $1,394.60

---

**2.742**

**Priority creditor's name and mailing address**
ISHMINDER KAUR
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $9,310.95
Priority amount: $9,310.95

---

**2.743**

**Priority creditor's name and mailing address**
ISLEY PATTON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $2,056.25
Priority amount: $2,056.25

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.744** Priority creditor's name and mailing address
ITZAIRA CRUZ MAYORAL
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,290.46    $1,290.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.745** Priority creditor's name and mailing address
IVETTE DIAZ
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,096.20    $1,096.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.746** Priority creditor's name and mailing address
IYANNA RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:   $25.38    $25.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.747** Priority creditor's name and mailing address
JACKELINE VALLADARES-RUIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,109.75    $1,109.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.748**  Priority creditor's name and mailing address
JACKIE LINH
ADDRESS REDACTED

As of the petition filing date, the claim is: | $11,144.45 | $11,144.45

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.749**  Priority creditor's name and mailing address
JACLYN DANIEL
ADDRESS REDACTED

As of the petition filing date, the claim is: | $10,945.24 | $10,945.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.750**  Priority creditor's name and mailing address
JACQUALYN REESE
ADDRESS REDACTED

As of the petition filing date, the claim is: | $1,632.08 | $1,632.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.751**  Priority creditor's name and mailing address
JACQUELIN LORANDEAU
ADDRESS REDACTED

As of the petition filing date, the claim is: | $2,542.60 | $2,542.60

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.752** **Priority creditor's name and mailing address**
JACQUELINE GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,980.80**    **$1,980.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.753** **Priority creditor's name and mailing address**
JACQUELINE LEES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$264.00**    **$264.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.754** **Priority creditor's name and mailing address**
JACQUELINE LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,980.27**    **$1,980.27**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.755** **Priority creditor's name and mailing address**
JACQUELINE RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,085.78**    **$2,085.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.756** Priority creditor's name and mailing address
JACQUELINE ROMERO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,466.76**    Priority amount: **$2,466.76**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.757** Priority creditor's name and mailing address
JACQUELINE SCHLEIGH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$392.00**    Priority amount: **$392.00**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.758** Priority creditor's name and mailing address
JACQUELINE SCOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,728.08**    Priority amount: **$4,728.08**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.759** Priority creditor's name and mailing address
JACQUELINE SIMON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,291.24**    Priority amount: **$4,291.24**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.760** | **Priority creditor's name and mailing address**
JACQUELINE STEHMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,456.24          $2,456.24

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.761** | **Priority creditor's name and mailing address**
JACQUELINE URBINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00          $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.762** | **Priority creditor's name and mailing address**
JACQUELINE WOOD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$3,201.74          $3,201.74

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.763** | **Priority creditor's name and mailing address**
JACQUELYN HARTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,948.50          $2,948.50

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                              Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.764** **Priority creditor's name and mailing address**
JACQUELYN KLICKA-SKEELS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,562.34          $2,562.34

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.765** **Priority creditor's name and mailing address**
JACQUELYN RUSSO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,609.21          $5,609.21

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.766** **Priority creditor's name and mailing address**
JADA HASSAN-DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $986.48          $986.48

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.767** **Priority creditor's name and mailing address**
JADE SCRUGGS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,123.07          $1,123.07

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

Debtor Name **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.768** Priority creditor's name and mailing address
JADE UNG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,280.65**  Priority amount: **$2,280.65**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.769** Priority creditor's name and mailing address
JAIME BRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,864.00**  Priority amount: **$1,864.00**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.770** Priority creditor's name and mailing address
JAIME MCDONOUGH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,296.56**  Priority amount: **$5,296.56**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.771** Priority creditor's name and mailing address
JALISA MASSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$282.56**  Priority amount: **$282.56**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.772** **Priority creditor's name and mailing address**
JAMELLA SMALL
ADDRESS REDACTED

As of the petition filing date, the claim is: $130.88 / $130.88

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.773** **Priority creditor's name and mailing address**
JAMES BEAL
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,387.24 / $2,387.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.774** **Priority creditor's name and mailing address**
JAMES CROMWELL
ADDRESS REDACTED

As of the petition filing date, the claim is: $6,198.37 / $6,198.37

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.775** **Priority creditor's name and mailing address**
JAMES HOLTS
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,253.96 / $2,253.96

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.776** Priority creditor's name and mailing address
JAMES KELLY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,712.27**    **$6,712.27**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.777** Priority creditor's name and mailing address
JAMES KURIAKOSE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,632.35**    **$2,632.35**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.778** Priority creditor's name and mailing address
JAMES MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,767.26**    **$2,767.26**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.779** Priority creditor's name and mailing address
JAMES MORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,466.76**    **$2,466.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.780**  Priority creditor's name and mailing address
JAMES MURPHY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,880.00    $1,880.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.781**  Priority creditor's name and mailing address
JAMES SIMMONS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $116.00    $116.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.782**  Priority creditor's name and mailing address
JAMES STARC
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,915.38    $12,915.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.783**  Priority creditor's name and mailing address
JAMIE BALABAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,489.69    $5,489.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.784**  **Priority creditor's name and mailing address**
JAMIE GANLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,870.40**    **$8,870.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.785**  **Priority creditor's name and mailing address**
JAMIE HAUPIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,390.30**    **$13,390.30**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.786**  **Priority creditor's name and mailing address**
JAMIE KATZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,415.40**    **$3,415.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.787**  **Priority creditor's name and mailing address**
JAMIE MALONE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,426.91**    **$9,426.91**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.788** Priority creditor's name and mailing address
JAMIE MCCOLLUM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,482.52**    **$3,482.52**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.789** Priority creditor's name and mailing address
JAMIE NOONAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$48.00**    **$48.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.790** Priority creditor's name and mailing address
JAMIKA PAGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,728.00**    **$1,728.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.791** Priority creditor's name and mailing address
JAMILAH LORICK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,031.82**    **$4,031.82**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.792** Priority creditor's name and mailing address
JAMILLA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$7,422.12**     **$7,422.12**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.793** Priority creditor's name and mailing address
JAMMY TOUCH
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$137.02**     **$137.02**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.794** Priority creditor's name and mailing address
JAN GOPLERUD
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,830.64**     **$4,830.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.795** Priority creditor's name and mailing address
JANELLE SCRUGGS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,990.90**     **$4,990.90**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.796**  Priority creditor's name and mailing address
JANELLE WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,874.75**   **$2,874.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.797**  Priority creditor's name and mailing address
JANET CHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$7,161.40**   **$7,161.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.798**  Priority creditor's name and mailing address
JANICE DRAKE
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,420.42**   **$2,420.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.799**  Priority creditor's name and mailing address
JANINE BRINER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,847.24**   **$2,847.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.800** **Priority creditor's name and mailing address**
JANINE RUNDSTROM
ADDRESS REDACTED

As of the petition filing date, the claim is:            $3,219.66            $3,219.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.801** **Priority creditor's name and mailing address**
JANINE STACHOWIAK
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,353.88            $2,353.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.802** **Priority creditor's name and mailing address**
JANINE STINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:            $4,680.76            $4,680.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.803** **Priority creditor's name and mailing address**
JANNETTE RAMOS
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,928.78            $2,928.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name       **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.804** Priority creditor's name and mailing address
JAQUITA COLEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,231.20        **Priority amount** $1,231.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.805** Priority creditor's name and mailing address
JASMIN JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,931.33        **Priority amount** $1,931.33

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.806** Priority creditor's name and mailing address
JASMIN PERALTA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,115.20        **Priority amount** $2,115.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.807** Priority creditor's name and mailing address
JASMIN SAMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,834.41        **Priority amount** $2,834.41

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**                                  Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.808** | **Priority creditor's name and mailing address**
JASMINE SANTIAGO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $90.63          $90.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.809** | **Priority creditor's name and mailing address**
JASON BLAZOSEK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $2,439.50          $2,439.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.810** | **Priority creditor's name and mailing address**
JASON BURNS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $7,121.06          $7,121.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.811** | **Priority creditor's name and mailing address**
JASON BUTCHKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.812**  Priority creditor's name and mailing address
JASON ZAHOR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,397.23          $13,397.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.813**  Priority creditor's name and mailing address
JAVIER ENRIQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,146.66          $1,146.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.814**  Priority creditor's name and mailing address
JAYKOB GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $116.00          $116.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.815**  Priority creditor's name and mailing address
JAYME LYNNE CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,112.30          $6,112.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.816** **Priority creditor's name and mailing address**
JAZMIN BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,151.05    $1,151.05
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.817** **Priority creditor's name and mailing address**
JAZMY RAMIREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,696.92    $2,696.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.818** **Priority creditor's name and mailing address**
JEAN ALEXANDRE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,230.09    $5,230.09
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.819** **Priority creditor's name and mailing address**
JEAN ANNE BOILEAU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,496.53    $4,496.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.820** Priority creditor's name and mailing address
JEAN MARIE RINNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,315.17**     **$5,315.17**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.821** Priority creditor's name and mailing address
JEAN RATH
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$9,759.92**     **$9,759.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.822** Priority creditor's name and mailing address
JEAN SCARAMUZZA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,249.43**     **$1,249.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.823** Priority creditor's name and mailing address
JEANE MCCANS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,570.17**     **$3,570.17**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.824** Priority creditor's name and mailing address
JEANETTE RODRIGUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,336.45    $2,336.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.825** Priority creditor's name and mailing address
JEANNE LASHLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,781.81    $4,781.81
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.826** Priority creditor's name and mailing address
JEANNE VELASCO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,676.24    $9,676.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.827** Priority creditor's name and mailing address
JEANNINE LABBREE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,600.54    $1,600.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.828**   Priority creditor's name and mailing address
JEANYLA CRUZ ORTIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:          $116.00          $116.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.829**   Priority creditor's name and mailing address
JEEIN YOON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,954.03          $10,954.03
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.830**   Priority creditor's name and mailing address
JEENI PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.831**   Priority creditor's name and mailing address
JEFFREY CIES
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.832** Priority creditor's name and mailing address
JEFFREY PATTERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $1,416.61           $1,416.61
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.833** Priority creditor's name and mailing address
JEFFREY WEAVER
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $3,895.80           $3,895.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.834** Priority creditor's name and mailing address
JEFHY THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $771.23             $771.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.835** Priority creditor's name and mailing address
JEMIMA JEAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                                    $1,455.04           $1,455.04
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.836** Priority creditor's name and mailing address
JENIFFER TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,804.10        $1,804.10
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.837** Priority creditor's name and mailing address
JENNA EPPERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,633.00        $1,633.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.838** Priority creditor's name and mailing address
JENNA MICHAEL
ADDRESS REDACTED

As of the petition filing date, the claim is:        $10,557.78        $10,557.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.839** Priority creditor's name and mailing address
JENNE JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:        $3,096.72        $3,096.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.840**  **Priority creditor's name and mailing address**
JENNI WALLACE
ADDRESS REDACTED

As of the petition filing date, the claim is:   $12,567.88   $12,567.88

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.841**  **Priority creditor's name and mailing address**
JENNIFER BABIA ESPIRITU
ADDRESS REDACTED

As of the petition filing date, the claim is:   $13,650.00   $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.842**  **Priority creditor's name and mailing address**
JENNIFER BERRIOS
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,633.16   $1,633.16

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.843**  **Priority creditor's name and mailing address**
JENNIFER BLACK-WAERIG
ADDRESS REDACTED

As of the petition filing date, the claim is:   $13,650.00   $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.844** Priority creditor's name and mailing address
JENNIFER DUNN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$6,308.69**    Priority amount: **$6,308.69**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.845** Priority creditor's name and mailing address
JENNIFER ENG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$11,831.53**    Priority amount: **$11,831.53**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.846** Priority creditor's name and mailing address
JENNIFER FRANK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,445.63**    Priority amount: **$4,445.63**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.847** Priority creditor's name and mailing address
JENNIFER GANT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,648.43**    Priority amount: **$3,648.43**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.848** Priority creditor's name and mailing address
JENNIFER GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $839.75   Priority amount: $839.75

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.849** Priority creditor's name and mailing address
JENNIFER HALLETT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,047.90   Priority amount: $3,047.90

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.850** Priority creditor's name and mailing address
JENNIFER HARTMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $878.25   Priority amount: $878.25

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.851** Priority creditor's name and mailing address
JENNIFER HINES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,105.11   Priority amount: $3,105.11

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.852** **Priority creditor's name and mailing address**
JENNIFER KOFFS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,155.65    $5,155.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.853** **Priority creditor's name and mailing address**
JENNIFER LOPEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,014.70    $1,014.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.854** **Priority creditor's name and mailing address**
JENNIFER MYERS MCCARTHY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $11,152.92    $11,152.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.855** **Priority creditor's name and mailing address**
JENNIFER NHAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,303.98    $2,303.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.856**  Priority creditor's name and mailing address
JENNIFER O'DRISCOLL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: $978.82    Priority amount: $978.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.857**  Priority creditor's name and mailing address
JENNIFER PEALOCK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: $2,965.25    Priority amount: $2,965.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.858**  Priority creditor's name and mailing address
JENNIFER ROCCHI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: $4,640.82    Priority amount: $4,640.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.859**  Priority creditor's name and mailing address
JENNIFER SCREEN-MCKAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: $213.13    Priority amount: $213.13

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.860** Priority creditor's name and mailing address
JENNIFER SHIPP
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,496.79              $5,496.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.861** Priority creditor's name and mailing address
JENNIFER TALLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,650.54              $3,650.54
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.862** Priority creditor's name and mailing address
JENNIFER TIFFANY-AMARO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $13,650.00              $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.863** Priority creditor's name and mailing address
JENNIFER TINGO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $12,418.28              $12,418.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.864** Priority creditor's name and mailing address
JENNIFER VALENTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,423.56  $1,423.56
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.865** Priority creditor's name and mailing address
JENNY HOANG
ADDRESS REDACTED

As of the petition filing date, the claim is:  $3,274.27  $3,274.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.866** Priority creditor's name and mailing address
JERE GEATHERS
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,157.72  $1,157.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.867** Priority creditor's name and mailing address
JEREMIAH GOLDSTEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $12,514.51  $12,514.51
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.868**  Priority creditor's name and mailing address
JEREMY RIVERA MELENDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,250.50**     **$2,250.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.869**  Priority creditor's name and mailing address
JERRY SIVCHUK
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,367.99**     **$5,367.99**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.870**  Priority creditor's name and mailing address
JERRY SPRINKLES
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,643.19**     **$5,643.19**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.871**  Priority creditor's name and mailing address
JESAVEL IGUCHI
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,571.75**     **$2,571.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name      St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.872** | Priority creditor's name and mailing address
JESSICA CONWAY
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$6,496.45**      **$6,496.45**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.873** | Priority creditor's name and mailing address
JESSICA DESHAZO
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$4,392.63**      **$4,392.63**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.874** | Priority creditor's name and mailing address
JESSICA FIGUEROA
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$2,102.80**      **$2,102.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.875** | Priority creditor's name and mailing address
JESSICA FLORES
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$6,381.97**      **$6,381.97**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.876** Priority creditor's name and mailing address
JESSICA HEGEDUS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,742.72      $2,742.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.877** Priority creditor's name and mailing address
JESSICA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:      $3,797.96      $3,797.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.878** Priority creditor's name and mailing address
JESSICA JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,452.83      $1,452.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.879** Priority creditor's name and mailing address
JESSICA LEAR
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,066.58      $4,066.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.880** Priority creditor's name and mailing address
JESSICA MAY-RABBACH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,754.96**    **$2,754.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.881** Priority creditor's name and mailing address
JESSICA MEADE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,774.19**    **$1,774.19**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.882** Priority creditor's name and mailing address
JESSICA SCULLI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,651.76**    **$3,651.76**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.883** Priority creditor's name and mailing address
JESSICA VELAZQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$591.65**    **$591.65**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name    St. Christopher's Healthcare, LLC                        Case number (if known): **19-11468**

## Part 1:    Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.884**  Priority creditor's name and mailing address
JESSICA WAITY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,064.40    $4,064.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.885**  Priority creditor's name and mailing address
JESSIE NORTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.886**  Priority creditor's name and mailing address
JESSLY SAMUEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,095.06    $8,095.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.887**  Priority creditor's name and mailing address
JETTIE JOSE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,091.84    $5,091.84
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.888** Priority creditor's name and mailing address
JHERNA BALANY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.889** Priority creditor's name and mailing address
JIE SUN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.890** Priority creditor's name and mailing address
JILL ABBOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,842.59    **Priority amount** $7,842.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.891** Priority creditor's name and mailing address
JILL DELLISANTI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,050.51    **Priority amount** $2,050.51

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.892** Priority creditor's name and mailing address
JILL MCCAUSLAND
ADDRESS REDACTED

**Total claim** $10,752.34  **Priority amount** $10,752.34

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.893** Priority creditor's name and mailing address
JILLIAN BOGAN
ADDRESS REDACTED

**Total claim** $3,886.25  **Priority amount** $3,886.25

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.894** Priority creditor's name and mailing address
JILLIAN DEACON
ADDRESS REDACTED

**Total claim** $13,650.00  **Priority amount** $13,650.00

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.895** Priority creditor's name and mailing address
JILLIAN HARTLEY
ADDRESS REDACTED

**Total claim** $4,381.94  **Priority amount** $4,381.94

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.896** Priority creditor's name and mailing address
JILLIAN OLIFF
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,878.86  **Priority amount** $4,878.86

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.897** Priority creditor's name and mailing address
JILLIAN SCHAFFER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,914.77  **Priority amount** $3,914.77

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.898** Priority creditor's name and mailing address
JILLIAN TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,781.04  **Priority amount** $3,781.04

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.899** Priority creditor's name and mailing address
JINISHA PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,466.76  **Priority amount** $2,466.76

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.900** Priority creditor's name and mailing address
JOAN DUNLEAVY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$5,724.02 — $5,724.02

---

**2.901** Priority creditor's name and mailing address
JOAN ORTIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$1,323.45 — $1,323.45

---

**2.902** Priority creditor's name and mailing address
JOAN SMITH-VETERANO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$13,650.00 — $13,650.00

---

**2.903** Priority creditor's name and mailing address
JOAN SPRANG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

$13,650.00 — $13,650.00

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.904** Priority creditor's name and mailing address
JOAN STRZELECKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $11,270.15    $11,270.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.905** Priority creditor's name and mailing address
JOAN TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.906** Priority creditor's name and mailing address
JOANN BAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,566.43    $9,566.43
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.907** Priority creditor's name and mailing address
JOANNA IANNELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,312.82    $4,312.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.908**  Priority creditor's name and mailing address
JOANNA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.909**  Priority creditor's name and mailing address
JOANNA MOULTON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$7,773.00**    **$7,773.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.910**  Priority creditor's name and mailing address
JOANNE GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,623.31**    **$1,623.31**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.911**  Priority creditor's name and mailing address
JOANNE KOPPENHAVER
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,753.70**    **$3,753.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **St. Christopher's Healthcare, LLC**                  Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | **Total claim** | **Priority amount** |
|--|--|--|--|--|

**2.912** Priority creditor's name and mailing address
JOANNE MEAGHER
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$2,873.70**        **$2,873.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.913** Priority creditor's name and mailing address
JOANNE WEILL-GREENBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$231.00**        **$231.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.914** Priority creditor's name and mailing address
JOAQUIN ROSA
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$1,941.72**        **$1,941.72**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.915** Priority creditor's name and mailing address
JODI SCHAFFER
ADDRESS REDACTED

As of the petition filing date, the claim is:                **$5,571.04**        **$5,571.04**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.916** **Priority creditor's name and mailing address**
JOHN CANNON IV
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$7,938.54**          **$7,938.54**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.917** **Priority creditor's name and mailing address**
JOHN CARTER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,648.80**          **$3,648.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.918** **Priority creditor's name and mailing address**
JOHN FLEMING
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$4,193.44**          **$4,193.44**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.919** **Priority creditor's name and mailing address**
JOHN GIRALDO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$7,388.65**          **$7,388.65**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page | |
|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.920** Priority creditor's name and mailing address
JOHN MCCAFFERTY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,687.40   **Priority amount** $1,687.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.921** Priority creditor's name and mailing address
JOHN MICHALCZYK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $652.88   **Priority amount** $652.88

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.922** Priority creditor's name and mailing address
JOHN PAPPAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,303.98   **Priority amount** $2,303.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.923** Priority creditor's name and mailing address
JOHN PHILLIPS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,540.51   **Priority amount** $3,540.51

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.924** Priority creditor's name and mailing address
JOHN SALUDADES
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.925** Priority creditor's name and mailing address
JOHN SCHULTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00    $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.926** Priority creditor's name and mailing address
JOHN YOUNG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00    $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.927** Priority creditor's name and mailing address
JOHNNA MAHONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,466.76    $2,466.76

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.928** Priority creditor's name and mailing address
JOHNQELINE FERGUSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,399.91    **Priority amount** $1,399.91

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.929** Priority creditor's name and mailing address
JOMILLE VERA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $960.00    **Priority amount** $960.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.930** Priority creditor's name and mailing address
JONATHAN ALBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,466.76    **Priority amount** $2,466.76

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.931** Priority creditor's name and mailing address
JONATHAN GRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,463.37    **Priority amount** $2,463.37

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.932** **Priority creditor's name and mailing address**
JONATHAN VO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,962.99    $2,962.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.933** **Priority creditor's name and mailing address**
JORGINA DENNIS-WATSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,331.25    $2,331.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.934** **Priority creditor's name and mailing address**
JOSE GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $628.71    $628.71

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.935** **Priority creditor's name and mailing address**
JOSE PAPPACHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,414.58    $6,414.58

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.936** Priority creditor's name and mailing address
JOSE ROSADO JR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,220.08      **Priority amount** $2,220.08

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.937** Priority creditor's name and mailing address
JOSEPH DLUGOSZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00      **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.938** Priority creditor's name and mailing address
JOSEPH FIGUEIREDO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,008.90      **Priority amount** $3,008.90

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.939** Priority creditor's name and mailing address
JOSEPH GARGANO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,693.54      **Priority amount** $2,693.54

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- | --- |

**2.940** Priority creditor's name and mailing address
JOSEPH GARGIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$6,668.32          $6,668.32

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.941** Priority creditor's name and mailing address
JOSEPH MARQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,963.03          $2,963.03

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.942** Priority creditor's name and mailing address
JOSEPH MELVIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$12,305.59          $12,305.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.943** Priority creditor's name and mailing address
JOSEPH ROSENBLATT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00          $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.944** Priority creditor's name and mailing address
JOSEPH SCANNELL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,573.46          $3,573.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.945** Priority creditor's name and mailing address
JOSEPH TONER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,090.17          $5,090.17
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.946** Priority creditor's name and mailing address
JOSEPH ZABARA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $9,473.97          $9,473.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.947** Priority creditor's name and mailing address
JOSEPHINE BECK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,911.14          $1,911.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.948**  Priority creditor's name and mailing address
JOSEPHINE GANIO
ADDRESS REDACTED

As of the petition filing date, the claim is:           $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.949**  Priority creditor's name and mailing address
JOSEPHINE JOHNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:            $1,119.50           $1,119.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.950**  Priority creditor's name and mailing address
JOSHUA ADKINS RICE
ADDRESS REDACTED

As of the petition filing date, the claim is:            $2,008.33           $2,008.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.951**  Priority creditor's name and mailing address
JOY FLEMING
ADDRESS REDACTED

As of the petition filing date, the claim is:            $8,528.69           $8,528.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name      **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.952**   Priority creditor's name and mailing address
JOYCE BRADLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,527.18      $4,527.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.953**   Priority creditor's name and mailing address
JOYCE FUDALA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,734.41      $2,734.41

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.954**   Priority creditor's name and mailing address
JOYCE HUNTER
ADDRESS REDACTED

As of the petition filing date, the claim is:      $3,654.93      $3,654.93

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.955**   Priority creditor's name and mailing address
JOYCE STROUD
ADDRESS REDACTED

As of the petition filing date, the claim is:      $11,532.29      $11,532.29

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **St. Christopher's Healthcare, LLC**        Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.956** Priority creditor's name and mailing address
JUAN BALLESTEROS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.957** Priority creditor's name and mailing address
JUAN MARRERO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,731.57    $3,731.57

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.958** Priority creditor's name and mailing address
JUAN TAVERAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,874.42    $1,874.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.959** Priority creditor's name and mailing address
JUANA CRUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,297.99    $3,297.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.960**  Priority creditor's name and mailing address
JUANITA WATERS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,760.85**   **$1,760.85**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.961**  Priority creditor's name and mailing address
JUDITH ANELLA
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$12,865.26**   **$12,865.26**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.962**  Priority creditor's name and mailing address
JUDITH GALTER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.963**  Priority creditor's name and mailing address
JUDITH MILETTO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$10,668.25**   **$10,668.25**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.964** Priority creditor's name and mailing address
JUDITH RAUSCH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,241.89**    **$4,241.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.965** Priority creditor's name and mailing address
JUDITH TOTH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$48.65**    **$48.65**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.966** Priority creditor's name and mailing address
JUDY MAE PASCASIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.967** Priority creditor's name and mailing address
JUDY POPPLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$12,366.96**    **$12,366.96**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.968** Priority creditor's name and mailing address
JULIA ADKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $1,533.76  **Priority amount:** $1,533.76

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.969** Priority creditor's name and mailing address
JULIA GEDDINGS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $2,303.98  **Priority amount:** $2,303.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.970** Priority creditor's name and mailing address
JULIAN EI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $3,401.88  **Priority amount:** $3,401.88

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.971** Priority creditor's name and mailing address
JULIANA MARTINE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $1,264.41  **Priority amount:** $1,264.41

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.972**   **Priority creditor's name and mailing address**
JULIE MEYERS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,204.47          $5,204.47

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.973**   **Priority creditor's name and mailing address**
JULIE NIBLOCK
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $13,650.00         $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.974**   **Priority creditor's name and mailing address**
JULIE PEREZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,724.52          $1,724.52

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.975**   **Priority creditor's name and mailing address**
JULIE STRICKLER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $6,125.28          $6,125.28

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.976** Priority creditor's name and mailing address
JURENA DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $130.69    Priority amount $130.69

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.977** Priority creditor's name and mailing address
JYOTI BHATIA-BARNES
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $12,573.08    Priority amount $12,573.08

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.978** Priority creditor's name and mailing address
KADIAN STEWART
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $3,675.44    Priority amount $3,675.44

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.979** Priority creditor's name and mailing address
KAITLIN IFFRIG
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $5,670.35    Priority amount $5,670.35

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | | |
|---|---|---|
| | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.980** Priority creditor's name and mailing address
KAITLYN BRASSELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: **$10,202.76**   Priority amount: **$10,202.76**

---

**2.981** Priority creditor's name and mailing address
KAITLYN SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: **$5,141.43**   Priority amount: **$5,141.43**

---

**2.982** Priority creditor's name and mailing address
KAITLYN VAUGHAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: **$1,092.07**   Priority amount: **$1,092.07**

---

**2.983** Priority creditor's name and mailing address
KAITLYN WOLK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Total claim: **$2,376.20**   Priority amount: **$2,376.20**

Debtor Name    St. Christopher's Healthcare, LLC      Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.984**   **Priority creditor's name and mailing address**
KANIKA DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,014.99    $4,014.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.985**   **Priority creditor's name and mailing address**
KARA BREZNAK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $600.00    $600.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.986**   **Priority creditor's name and mailing address**
KARA KENT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,963.50    $3,963.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.987**   **Priority creditor's name and mailing address**
KARALEE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,020.90    $3,020.90

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.988 Priority creditor's name and mailing address**
KAREEMA GARLAND
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $731.59     $731.59

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.989 Priority creditor's name and mailing address**
KAREEMAH WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $1,588.97     $1,588.97

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.990 Priority creditor's name and mailing address**
KAREN BURGHARDT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $3,433.84     $3,433.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.991 Priority creditor's name and mailing address**
KAREN CARVALHO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $13,650.00     $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.992** **Priority creditor's name and mailing address**
KAREN CROSS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,193.55    $5,193.55

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.993** **Priority creditor's name and mailing address**
KAREN DOLPHIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $218.84    $218.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.994** **Priority creditor's name and mailing address**
KAREN FORCINA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $12,963.56    $12,963.56

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.995** **Priority creditor's name and mailing address**
KAREN HOWARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,293.40    $4,293.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.996** | Priority creditor's name and mailing address
KAREN HUNTBACH
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $10,835.38     Priority amount: $10,835.38

---

**2.997** | Priority creditor's name and mailing address
KAREN KNEIB
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $5,544.49     Priority amount: $5,544.49

---

**2.998** | Priority creditor's name and mailing address
KAREN MAXSON
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $599.25     Priority amount: $599.25

---

**2.999** | Priority creditor's name and mailing address
KAREN MCCOOL-ERMIGIOTTI
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $13,314.08     Priority amount: $13,314.08

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1000** Priority creditor's name and mailing address
KAREN MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,054.49**    **$3,054.49**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1001** Priority creditor's name and mailing address
KAREN MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,838.82**    **$3,838.82**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1002** Priority creditor's name and mailing address
KAREN MORRONE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,429.45**    **$1,429.45**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1003** Priority creditor's name and mailing address
KAREN ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,887.84**    **$8,887.84**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.1004** Priority creditor's name and mailing address
KAREN RUTLEDGE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,464.46     $3,464.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1005** Priority creditor's name and mailing address
KAREN SYKES
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,377.79     $7,377.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1006** Priority creditor's name and mailing address
KAREN VOGEL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,733.57     $7,733.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1007** Priority creditor's name and mailing address
KARIATA DIABY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,140.67     $6,140.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.1008**  Priority creditor's name and mailing address
KARINE DEMELO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,299.05     $2,299.05
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1009**  Priority creditor's name and mailing address
KARISSA MCFEELEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,966.47     $3,966.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1010**  Priority creditor's name and mailing address
KASHIA MONTGOMERY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,496.18     $3,496.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1011**  Priority creditor's name and mailing address
KATARINA HAAS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $7,553.70     $7,553.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1012**   **Priority creditor's name and mailing address**
KATE TAYLOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$7,640.21**    **$7,640.21**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1013**   **Priority creditor's name and mailing address**
KATELYN JANOWIAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$367.50**    **$367.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1014**   **Priority creditor's name and mailing address**
KATHERIN ARCE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$1,685.50**    **$1,685.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1015**   **Priority creditor's name and mailing address**
KATHERINE BREZNAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$13,376.10**    **$13,376.10**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1016** Priority creditor's name and mailing address
KATHERINE BROWNE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$175.57**    **$175.57**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1017** Priority creditor's name and mailing address
KATHERINE CUSHING
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,387.24**    **$2,387.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1018** Priority creditor's name and mailing address
KATHERINE DEAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,408.92**    **$3,408.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1019** Priority creditor's name and mailing address
KATHERINE HARTEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,393.98**    **$3,393.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name  **St. Christopher's Healthcare, LLC**                 Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1020** **Priority creditor's name and mailing address**
KATHERINE LUI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $5,990.93   $5,990.93

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1021** **Priority creditor's name and mailing address**
KATHERINE MINUTO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $9,846.08   $9,846.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1022** **Priority creditor's name and mailing address**
KATHERINE MOLL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $3,764.34   $3,764.34

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1023** **Priority creditor's name and mailing address**
KATHERINE MONTANA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $3,245.34   $3,245.34

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                          Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1024** | Priority creditor's name and mailing address
KATHERINE OTERO
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$1,343.85**      **$1,343.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1025** | Priority creditor's name and mailing address
KATHERINE WACYK
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$8,019.24**      **$8,019.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1026** | Priority creditor's name and mailing address
KATHLEEN BLOOM
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$5,730.93**      **$5,730.93**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1027** | Priority creditor's name and mailing address
KATHLEEN BRADY
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$13,338.49**      **$13,338.49**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1028**  Priority creditor's name and mailing address
KATHLEEN DEVLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $950.00    Priority amount: $950.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1029**  Priority creditor's name and mailing address
KATHLEEN HERBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $7,539.54    Priority amount: $7,539.54

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1030**  Priority creditor's name and mailing address
KATHLEEN MCHUGH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $7,298.10    Priority amount: $7,298.10

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1031**  Priority creditor's name and mailing address
KATHLEEN MEEHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $5,004.59    Priority amount: $5,004.59

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1032** Priority creditor's name and mailing address
KATHLEEN O'BRIEN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,650.00     $10,650.00
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1033** Priority creditor's name and mailing address
KATHLEEN ONDREJKA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,169.63     $5,169.63
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1034** Priority creditor's name and mailing address
KATHLEEN RAMBO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,752.27     $6,752.27
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1035** Priority creditor's name and mailing address
KATHLEEN THORNTON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,287.93     $6,287.93
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1036** Priority creditor's name and mailing address
KATHLEEN WEBB
ADDRESS REDACTED

As of the petition filing date, the claim is:        $9,189.92        $9,189.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1037** Priority creditor's name and mailing address
KATHRYN MCCANS
ADDRESS REDACTED

As of the petition filing date, the claim is:        $13,461.54        $13,461.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1038** Priority creditor's name and mailing address
KATHRYN RYAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $11,140.30        $11,140.30

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1039** Priority creditor's name and mailing address
KATHRYN SCOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:        $970.00        $970.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1040** Priority creditor's name and mailing address
KATHRYN STROUP
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,653.45    $5,653.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1041** Priority creditor's name and mailing address
KATIE BONKOSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,682.65    $1,682.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1042** Priority creditor's name and mailing address
KATIE FEEHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,970.36    $6,970.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1043** Priority creditor's name and mailing address
KATIE MANOY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,354.18    $2,354.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1044** Priority creditor's name and mailing address
KATIE MCPEAK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,347.60    $6,347.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1045** Priority creditor's name and mailing address
KATIE ROGERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,814.52    $2,814.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1046** Priority creditor's name and mailing address
KAUSHIK PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1047** Priority creditor's name and mailing address
KAYLIN DONAGHY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,155.22    $3,155.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                 Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1048** | **Priority creditor's name and mailing address**
KAYNAZ MYRUM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,387.24**     Priority amount **$2,387.24**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1049** | **Priority creditor's name and mailing address**
KECIA COX
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$5,462.65**     Priority amount **$5,462.65**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1050** | **Priority creditor's name and mailing address**
KEITH BRYANT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$739.63**     Priority amount **$739.63**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1051** | **Priority creditor's name and mailing address**
KEITH DEMERITTE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$101.10**     Priority amount **$101.10**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1052** | **Priority creditor's name and mailing address**
KEITH HERZOG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $12,879.02    **Priority amount** $12,879.02

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1053** | **Priority creditor's name and mailing address**
KEITH MILLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,207.58    **Priority amount** $2,207.58

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1054** | **Priority creditor's name and mailing address**
KELCY MACKELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,329.75    **Priority amount** $1,329.75

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1055** | **Priority creditor's name and mailing address**
KELECHI IKERI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,562.34    **Priority amount** $2,562.34

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1056**  Priority creditor's name and mailing address
KELLEY BISCEGLIE
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,981.35      $1,981.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1057**  Priority creditor's name and mailing address
KELLI SHULMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,485.50      $1,485.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1058**  Priority creditor's name and mailing address
KELLIE KRUPPENBACHER
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,677.86      $4,677.86
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1059**  Priority creditor's name and mailing address
KELLIE QUIGLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:      $10,355.01      $10,355.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | St. Christopher's Healthcare, LLC | | Case number (if known): **19-11468** |
|---|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1060** Priority creditor's name and mailing address
KELLY BAINBRIDGE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$13,650.00**    Priority amount: **$13,650.00**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1061** Priority creditor's name and mailing address
KELLY CROWLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$725.00**    Priority amount: **$725.00**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1062** Priority creditor's name and mailing address
KELLY FALKENSTEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$4,580.96**    Priority amount: **$4,580.96**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1063** Priority creditor's name and mailing address
KELLY FEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$3,966.11**    Priority amount: **$3,966.11**

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

## Part 1:   Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1064** | **Priority creditor's name and mailing address**
KELLY HARRAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $200.00    **Priority amount** $200.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.1065** | **Priority creditor's name and mailing address**
KELLY HUMMEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,065.55    **Priority amount** $8,065.55

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.1066** | **Priority creditor's name and mailing address**
KELLY JENNINGS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,286.93    **Priority amount** $2,286.93

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

**2.1067** | **Priority creditor's name and mailing address**
KELLY LANG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,807.69    **Priority amount** $4,807.69

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4   )

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1068** | **Priority creditor's name and mailing address**
KELLY LOCK
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $1,963.49 | $1,963.49

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1069** | **Priority creditor's name and mailing address**
KELLY MACALLISTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $433.50 | $433.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1070** | **Priority creditor's name and mailing address**
KELLY POMROY
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $1,574.18 | $1,574.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1071** | **Priority creditor's name and mailing address**
KELLY ROPER
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | $5,168.04 | $5,168.04

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

---

**2.1072** | **Priority creditor's name and mailing address**
KELLY SCHIRRMACHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — $852.58 — $852.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1073** | **Priority creditor's name and mailing address**
KELLY SHORT
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — $6,018.53 — $6,018.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1074** | **Priority creditor's name and mailing address**
KELLY STEPHENSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — $5,561.26 — $5,561.26
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1075** | **Priority creditor's name and mailing address**
KELLY YOCK
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — $6,228.60 — $6,228.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1076** Priority creditor's name and mailing address
KELSEY DENKER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,432.92          $3,432.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1077** Priority creditor's name and mailing address
KELSEY DWORMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,870.40          $3,870.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1078** Priority creditor's name and mailing address
KELSEY STINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,766.53          $10,766.53

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1079** Priority creditor's name and mailing address
KENNETH BOYD
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,085.53          $3,085.53

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1080**  Priority creditor's name and mailing address
KENNETH COOPER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,569.39          $1,569.39

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.1081**  Priority creditor's name and mailing address
KENNETH LEE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,784.25          $1,784.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.1082**  Priority creditor's name and mailing address
KENNETH O'BRIEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $11,227.66          $11,227.66

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

**2.1083**  Priority creditor's name and mailing address
KENNY MCNEIL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,168.91          $2,168.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4          )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1084**  Priority creditor's name and mailing address
KERI FUGAROLAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12,055.23    $12,055.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1085**  Priority creditor's name and mailing address
KERIANN MINGO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,318.77    $3,318.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1086**  Priority creditor's name and mailing address
KERRI MILLMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,158.48    $1,158.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1087**  Priority creditor's name and mailing address
KERRIAN BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,491.67    $6,491.67
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1088** | **Priority creditor's name and mailing address**
KERRIE ROYE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,509.04    **Priority amount** $4,509.04

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1089** | **Priority creditor's name and mailing address**
KEVIN CARRION
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,020.09    **Priority amount** $2,020.09

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1090** | **Priority creditor's name and mailing address**
KEVIN KRUPA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,253.14    **Priority amount** $2,253.14

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1091** | **Priority creditor's name and mailing address**
KEVIN RICHMOND
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $139.77    **Priority amount** $139.77

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1092**  Priority creditor's name and mailing address
KEY LLAGAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1093**  Priority creditor's name and mailing address
KEYLA PEDRAZA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $813.80    $813.80

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1094**  Priority creditor's name and mailing address
KHEN UNG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,105.28    $8,105.28

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1095**  Priority creditor's name and mailing address
KHEYANDRA LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,923.08    $4,923.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

---

**2.1096** | **Priority creditor's name and mailing address**
KHUSHBU SHAH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$2,250.00**     **$2,250.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1097** | **Priority creditor's name and mailing address**
KIERSTEN ARTHUR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$1,837.00**     **$1,837.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1098** | **Priority creditor's name and mailing address**
KIM FUDGE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$5,787.34**     **$5,787.34**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1099** | **Priority creditor's name and mailing address**
KIM NGUYEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     **$2,387.24**     **$2,387.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1100** Priority creditor's name and mailing address
KIM OWENS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,135.72          $2,135.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1101** Priority creditor's name and mailing address
KIMBERLEE JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,350.06          $4,350.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1102** Priority creditor's name and mailing address
KIMBERLY ABRAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,439.20          $3,439.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1103** Priority creditor's name and mailing address
KIMBERLY BROMELL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $7,351.23          $7,351.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1104**  Priority creditor's name and mailing address
KIMBERLY DORMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$5,069.66**      **$5,069.66**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1105**  Priority creditor's name and mailing address
KIMBERLY FRITSCH
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$5,917.42**      **$5,917.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1106**  Priority creditor's name and mailing address
KIMBERLY FULD
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$3,076.92**      **$3,076.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1107**  Priority creditor's name and mailing address
KIMBERLY GREER
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$2,421.58**      **$2,421.58**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name  **St. Christopher's Healthcare, LLC**  Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1108** **Priority creditor's name and mailing address**
KIMBERLY HINDE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,687.50** **$1,687.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1109** **Priority creditor's name and mailing address**
KIMBERLY JANCZEWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,215.45** **$2,215.45**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1110** **Priority creditor's name and mailing address**
KIMBERLY MCANALLY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$747.72** **$747.72**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1111** **Priority creditor's name and mailing address**
KIMBERLY MCDERMOTT
ADDRESS REDACTED

As of the petition filing date, the claim is: **$8,916.96** **$8,916.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name      St. Christopher's Healthcare, LLC                 Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1112** | Priority creditor's name and mailing address
KIMBERLY NEIDIG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,625.00       **Priority amount** $2,625.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1113** | Priority creditor's name and mailing address
KIMBERLY PATTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,525.96       **Priority amount** $6,525.96

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1114** | Priority creditor's name and mailing address
KIMBERLY POMAGER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,694.05       **Priority amount** $5,694.05

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1115** | Priority creditor's name and mailing address
KIMBERLY RARICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $11,756.92       **Priority amount** $11,756.92

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          279 of 729

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1116** **Priority creditor's name and mailing address**
KIMBERLY RASKAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,452.40**          **$1,452.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1117** **Priority creditor's name and mailing address**
KIMBERLY REO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,731.41**          **$4,731.41**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1118** **Priority creditor's name and mailing address**
KIMBERLY RUSSO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$575.00**          **$575.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1119** **Priority creditor's name and mailing address**
KIMBERLY TUCCI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$10,396.51**          **$10,396.51**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.1120** Priority creditor's name and mailing address
KIMBERLY TYLER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,027.73    **Priority amount** $1,027.73

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1121** Priority creditor's name and mailing address
KRIS SATHYARAJ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,118.80    **Priority amount** $5,118.80

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1122** Priority creditor's name and mailing address
KRISTA GLENN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,886.89    **Priority amount** $4,886.89

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1123** Priority creditor's name and mailing address
KRISTA KOLBUSH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,237.50    **Priority amount** $3,237.50

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1124** Priority creditor's name and mailing address
KRISTA MCINTYRE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,164.80    **Priority amount** $2,164.80

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1125** Priority creditor's name and mailing address
KRISTAN O'ROURKE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,290.71    **Priority amount** $2,290.71

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1126** Priority creditor's name and mailing address
KRISTEN DISANTIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,561.75    **Priority amount** $2,561.75

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1127** Priority creditor's name and mailing address
KRISTEN FARRELL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,664.30    **Priority amount** $6,664.30

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1128**  **Priority creditor's name and mailing address**
KRISTEN HENRY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,921.33    $5,921.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1129**  **Priority creditor's name and mailing address**
KRISTEN POETA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,994.66    $1,994.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1130**  **Priority creditor's name and mailing address**
KRISTEN SHEEHY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,531.55    $8,531.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1131**  **Priority creditor's name and mailing address**
KRISTI FORD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,440.00    $4,440.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **St. Christopher's Healthcare, LLC**     Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1132** | **Priority creditor's name and mailing address**
KRISTIE FASANO
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$4,422.92** | **$4,422.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1133** | **Priority creditor's name and mailing address**
KRISTIN BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$13,650.00** | **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1134** | **Priority creditor's name and mailing address**
KRISTIN DOEBLEY
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$5,709.97** | **$5,709.97**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1135** | **Priority creditor's name and mailing address**
KRISTIN MACK
ADDRESS REDACTED

As of the petition filing date, the claim is: | **$3,853.56** | **$3,853.56**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1136**  Priority creditor's name and mailing address
KRISTIN MACKIEWICZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,749.62**    **$7,749.62**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1137**  Priority creditor's name and mailing address
KRISTIN ZORN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,387.24**    **$2,387.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1138**  Priority creditor's name and mailing address
KRISTINA BATTILLO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$12,429.82**    **$12,429.82**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1139**  Priority creditor's name and mailing address
KRISTINE SCHMITZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$10,690.78**    **$10,690.78**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    285 of 729

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.1140** **Priority creditor's name and mailing address**
KRISTINE TOMLINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,195.18    $6,195.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1141** **Priority creditor's name and mailing address**
KRISTY CULLINAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,239.52    $5,239.52

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1142** **Priority creditor's name and mailing address**
KRISTY MURRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,950.80    $5,950.80

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1143** **Priority creditor's name and mailing address**
KRYSTLE RAMOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,237.69    $1,237.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1144** | **Priority creditor's name and mailing address**
KURIAN JOHN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $2,700.90         $2,700.90
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1145** | **Priority creditor's name and mailing address**
KURT FREER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $13,650.00        $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1146** | **Priority creditor's name and mailing address**
KURT ZIMMERMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $6,938.37         $6,938.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1147** | **Priority creditor's name and mailing address**
KYLIE BENDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $1,066.22         $1,066.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.1148** Priority creditor's name and mailing address
LAFLEUR THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,500.48**    **$6,500.48**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1149** Priority creditor's name and mailing address
LAKEISHA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$889.60**    **$889.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1150** Priority creditor's name and mailing address
LAMAR HOWARD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,341.02**    **$1,341.02**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1151** Priority creditor's name and mailing address
LANA RESUELLO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$116.00**    **$116.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.1152**  Priority creditor's name and mailing address
LARA JACOBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

$4,250.00        $4,250.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1153**  Priority creditor's name and mailing address
LASHAE HOLLAND
ADDRESS REDACTED

As of the petition filing date, the claim is:

$1,162.50        $1,162.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1154**  Priority creditor's name and mailing address
LATANYA DEEB
ADDRESS REDACTED

As of the petition filing date, the claim is:

$4,470.09        $4,470.09

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1155**  Priority creditor's name and mailing address
LATASHA SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:

$2,844.00        $2,844.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1156** Priority creditor's name and mailing address
LATESHA BAUCOM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$263.50**    **$263.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1157** Priority creditor's name and mailing address
LATOSHA COOPER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$112.38**    **$112.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1158** Priority creditor's name and mailing address
LATOYA HAWTHORNE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,635.75**    **$2,635.75**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1159** Priority creditor's name and mailing address
LATOYA NESBITT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,569.43**    **$1,569.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1160** Priority creditor's name and mailing address
LATOYA SHEFFIELD
ADDRESS REDACTED

As of the petition filing date, the claim is:

$3,132.92    $3,132.92

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1161** Priority creditor's name and mailing address
LATOYA WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

$2,788.78    $2,788.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1162** Priority creditor's name and mailing address
LATUNYA HAMMOND
ADDRESS REDACTED

As of the petition filing date, the claim is:

$1,106.81    $1,106.81

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1163** Priority creditor's name and mailing address
LAURA DONALDSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

$12,014.27    $12,014.27

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1164** Priority creditor's name and mailing address
LAURA DREWKE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $159.47     $159.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1165** Priority creditor's name and mailing address
LAURA GARBER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,013.77     $3,013.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1166** Priority creditor's name and mailing address
LAURA GRAHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:     $615.75     $615.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1167** Priority creditor's name and mailing address
LAURA OTOOLE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,492.87     $3,492.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name       **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.1168** | Priority creditor's name and mailing address
LAURA WALLACE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,627.19**                    **$1,627.19**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1169** | Priority creditor's name and mailing address
LAURA WALSH-FORREST
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$7,870.29**                    **$7,870.29**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1170** | Priority creditor's name and mailing address
LAUREN CAJA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$1,873.60**                    **$1,873.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1171** | Priority creditor's name and mailing address
LAUREN CARR
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$3,515.28**                    **$3,515.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    St. Christopher's Healthcare, LLC                     Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1172** | Priority creditor's name and mailing address
LAUREN CHERRY
ADDRESS REDACTED

As of the petition filing date, the claim is:           $3,305.11           $3,305.11
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1173** | Priority creditor's name and mailing address
LAUREN HUMMEL
ADDRESS REDACTED

As of the petition filing date, the claim is:           $612.00           $612.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1174** | Priority creditor's name and mailing address
LAUREN JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:           $1,593.57           $1,593.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1175** | Priority creditor's name and mailing address
LAUREN NELSON
ADDRESS REDACTED

As of the petition filing date, the claim is:           $2,303.98           $2,303.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

| | |
|---|---|
| Debtor Name | **St. Christopher's Healthcare, LLC** |

Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1176** **Priority creditor's name and mailing address**
LAUREN SCHNEER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$8,922.40**          **$8,922.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1177** **Priority creditor's name and mailing address**
LAUREN SMOLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,440.00**          **$1,440.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1178** **Priority creditor's name and mailing address**
LAUREN SPARICH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,794.04**          **$4,794.04**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1179** **Priority creditor's name and mailing address**
LAUREN SUMANSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,200.50**          **$1,200.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**　Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1180** Priority creditor's name and mailing address
LAUREN THOMASON
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim: $5,181.52 Priority amount: $5,181.52

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1181** Priority creditor's name and mailing address
LAUREN WOOLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim: $11,059.18 Priority amount: $11,059.18

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1182** Priority creditor's name and mailing address
LAURENCE FEINSTEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim: $7,307.70 Priority amount: $7,307.70

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1183** Priority creditor's name and mailing address
LAURIE STEWART
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim: $4,020.99 Priority amount: $4,020.99

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1184** Priority creditor's name and mailing address
LAURIE VARLOTTA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$6,120.00**     **$6,120.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1185** Priority creditor's name and mailing address
LAVERNE BROCKINGTON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,998.40**     **$1,998.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1186** Priority creditor's name and mailing address
LAWRENCE DRINKS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$7,475.66**     **$7,475.66**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1187** Priority creditor's name and mailing address
LAYNE MUNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,113.71**     **$5,113.71**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1188** Priority creditor's name and mailing address
LEA D'ANGELO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $36.00        Priority amount: $36.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1189** Priority creditor's name and mailing address
LEAH FLICK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $9,636.75        Priority amount: $9,636.75

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1190** Priority creditor's name and mailing address
LEAH SCHERZER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $10,768.59        Priority amount: $10,768.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1191** Priority creditor's name and mailing address
LEANDRO BARBERENA MORENO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $722.48        Priority amount: $722.48

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

**Part 1:**    Additional Page

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1192** **Priority creditor's name and mailing address**
LEANISE GONZALEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,230.34    $2,230.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1193** **Priority creditor's name and mailing address**
LEANN MASON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,686.75    $4,686.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1194** **Priority creditor's name and mailing address**
LEATRICE REYNOLDS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,389.41    $1,389.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1195** **Priority creditor's name and mailing address**
LEEANDRA ALIBOCAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,952.18    $2,952.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1196** Priority creditor's name and mailing address
LEIGH DOS SANTOS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$4,144.74**   **$4,144.74**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1197** Priority creditor's name and mailing address
LEN CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$7,821.46**   **$7,821.46**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1198** Priority creditor's name and mailing address
LENA JAMES
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$671.75**   **$671.75**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1199** Priority creditor's name and mailing address
LEO DANIEL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$3,495.79**   **$3,495.79**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.1200**  **Priority creditor's name and mailing address**
LESLIE BAEZ-ARVELO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,215.56    $2,215.56

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1201**  **Priority creditor's name and mailing address**
LESLIE HUBBARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,376.72    $2,376.72

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1202**  **Priority creditor's name and mailing address**
LESLIE POWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $321.78    $321.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1203**  **Priority creditor's name and mailing address**
LESLIE ROMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,347.46    $2,347.46

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.1204** Priority creditor's name and mailing address
LEWELLYN THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$1,866.81**         **$1,866.81**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1205** Priority creditor's name and mailing address
LEYDA HERNANDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$1,399.65**         **$1,399.65**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1206** Priority creditor's name and mailing address
LIDIA RUCKER
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$3,059.15**         **$3,059.15**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1207** Priority creditor's name and mailing address
LILIAN ORTIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:         **$9,337.03**         **$9,337.03**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name   **St. Christopher's Healthcare, LLC**         Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1208** Priority creditor's name and mailing address
LILIAN QUEMUEL
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,920.00**        **$1,920.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1209** Priority creditor's name and mailing address
LILLIAN APONTE
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,533.76**        **$1,533.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1210** Priority creditor's name and mailing address
LILLIAN MOLINA
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,423.92**        **$1,423.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1211** Priority creditor's name and mailing address
LILLIAN ROCHE
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$1,342.57**        **$1,342.57**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1212** Priority creditor's name and mailing address
LINDA BRENNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,136.37     $1,136.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1213** Priority creditor's name and mailing address
LINDA CALHOUN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,197.74     $1,197.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1214** Priority creditor's name and mailing address
LINDA DAILY
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,733.93     $1,733.93
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1215** Priority creditor's name and mailing address
LINDA FRANKLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $6,131.36     $6,131.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1216** Priority creditor's name and mailing address
LINDA HENN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,462.58**    **$4,462.58**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1217** Priority creditor's name and mailing address
LINDA JASKOWIAK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,487.39**    **$3,487.39**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1218** Priority creditor's name and mailing address
LINDA LEVA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,263.95**    **$2,263.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1219** Priority creditor's name and mailing address
LINDA STOCKETT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,954.88**    **$6,954.88**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1220** | **Priority creditor's name and mailing address**
LINDA TATE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,077.60    **Priority amount** $3,077.60

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1221** | **Priority creditor's name and mailing address**
LINDSAY ARTHUR III
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1222** | **Priority creditor's name and mailing address**
LINDSAY AULT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,161.32    **Priority amount** $3,161.32

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1223** | **Priority creditor's name and mailing address**
LINDSAY KROLL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,932.96    **Priority amount** $2,932.96

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1224**  **Priority creditor's name and mailing address**
LINDSAY KUTSCHMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,494.98    $2,494.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1225**  **Priority creditor's name and mailing address**
LINDSAY WARTMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,639.56    $5,639.56
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1226**  **Priority creditor's name and mailing address**
LINDSAY ZINKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $10,047.02    $10,047.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1227**  **Priority creditor's name and mailing address**
LINDSEY PERNO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,576.37    $7,576.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1228** | **Priority creditor's name and mailing address**
LIONEL SERRANO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $116.00    Priority amount: $116.00

---

**2.1229** | **Priority creditor's name and mailing address**
LIORA SEGAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,410.00    Priority amount: $3,410.00

---

**2.1230** | **Priority creditor's name and mailing address**
LISA BARILARO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $4,585.45    Priority amount: $4,585.45

---

**2.1231** | **Priority creditor's name and mailing address**
LISA BLASZCZYK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,908.28    Priority amount: $3,908.28

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1232**  Priority creditor's name and mailing address
LISA BOYD
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,967.51    $1,967.51
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1233**  Priority creditor's name and mailing address
LISA CRUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,152.33    $1,152.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1234**  Priority creditor's name and mailing address
LISA FAZI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1235**  Priority creditor's name and mailing address
LISA LATTERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,285.20    $4,285.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1236**  Priority creditor's name and mailing address
LISA MANEVAL
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1237**  Priority creditor's name and mailing address
LISA MARIE HUBBARD
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$890.32**     **$890.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1238**  Priority creditor's name and mailing address
LISA MATTHEWS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,622.32**     **$1,622.32**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1239**  Priority creditor's name and mailing address
LISA MCGAULEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1240** **Priority creditor's name and mailing address**
LISA MYRUM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,387.24    $2,387.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1241** **Priority creditor's name and mailing address**
LISA PENN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $769.24    $769.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1242** **Priority creditor's name and mailing address**
LISA QUIRK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,681.82    $7,681.82
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1243** **Priority creditor's name and mailing address**
LISA RODRIGUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $886.34    $886.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1244** | Priority creditor's name and mailing address
LISA WEBSTER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,779.77**    **$8,779.77**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1245** | Priority creditor's name and mailing address
LISA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$341.52**    **$341.52**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1246** | Priority creditor's name and mailing address
LISETTE VALENTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,324.11**    **$1,324.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1247** | Priority creditor's name and mailing address
LISSETTE DEJESUS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,200.21**    **$1,200.21**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1248**  Priority creditor's name and mailing address
LISY ROY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1249**  Priority creditor's name and mailing address
LITA CHEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,559.05    $7,559.05
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1250**  Priority creditor's name and mailing address
LIZA COLON MELENDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,171.94    $5,171.94
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1251**  Priority creditor's name and mailing address
LIZA ROMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,542.79    $1,542.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1252** Priority creditor's name and mailing address
LOREEN MEYER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1253** Priority creditor's name and mailing address
LORI ANN COOKINHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,020.91     $4,020.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1254** Priority creditor's name and mailing address
LORI BUTLER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,748.65     $2,748.65

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1255** Priority creditor's name and mailing address
LORI FUSS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $12,870.79     $12,870.79

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1256** Priority creditor's name and mailing address
LORI REAGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,688.00    $7,688.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1257** Priority creditor's name and mailing address
LORIANN NATALE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,580.25    $1,580.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1258** Priority creditor's name and mailing address
LORRAINE DONATELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,610.50    $13,610.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1259** Priority creditor's name and mailing address
LORRAINE GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $375.14    $375.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1260** Priority creditor's name and mailing address
LOT AING
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,684.17   **Priority amount** $2,684.17

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1261** Priority creditor's name and mailing address
LUCIANO FIGUEROA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,674.70   **Priority amount** $3,674.70

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1262** Priority creditor's name and mailing address
LUCILLE BRUNETTI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1263** Priority creditor's name and mailing address
LUIS GAMBOA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |

---

**2.1264** **Priority creditor's name and mailing address**
LUTHER SNEED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,949.32     **Priority amount** $8,949.32

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1265** **Priority creditor's name and mailing address**
LUZ RODRIGUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,355.19     **Priority amount** $1,355.19

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1266** **Priority creditor's name and mailing address**
LYDIA BORGES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,470.08     **Priority amount** $6,470.08

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1267** **Priority creditor's name and mailing address**
LYDIA SANTOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,516.54     **Priority amount** $2,516.54

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      **St. Christopher's Healthcare, LLC**                                     Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1268** Priority creditor's name and mailing address
LYNDA GINZBURG
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,541.42**          **$2,541.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1269** Priority creditor's name and mailing address
LYNETTE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$8,243.36**          **$8,243.36**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1270** Priority creditor's name and mailing address
LYNETTE SOTO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$1,702.76**          **$1,702.76**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1271** Priority creditor's name and mailing address
LYNN BURBANK
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,572.67**          **$3,572.67**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

### 2.1272

**Priority creditor's name and mailing address**
LYNN BURCAW-MILES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00
**Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.1273

**Priority creditor's name and mailing address**
LYNN SPADA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,833.82
**Priority amount** $2,833.82

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.1274

**Priority creditor's name and mailing address**
LYNNE POWLUS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,081.95
**Priority amount** $5,081.95

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.1275

**Priority creditor's name and mailing address**
LYNNE YATES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00
**Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1276**  Priority creditor's name and mailing address
MACHELLE WOOLSTON
ADDRESS REDACTED

As of the petition filing date, the claim is:                                  **$4,653.75**          **$4,653.75**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1277**  Priority creditor's name and mailing address
MADELINE RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:                                  **$3,469.95**          **$3,469.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1278**  Priority creditor's name and mailing address
MADELYN MALDONADO
ADDRESS REDACTED

As of the petition filing date, the claim is:                                  **$13,650.00**          **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1279**  Priority creditor's name and mailing address
MADGE GRAZIANI
ADDRESS REDACTED

As of the petition filing date, the claim is:                                  **$1,255.57**          **$1,255.57**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known) **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1280** Priority creditor's name and mailing address
MADISON FUSS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,747.35**    **$2,747.35**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1281** Priority creditor's name and mailing address
MADISON VENDITTO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,749.88**    **$2,749.88**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1282** Priority creditor's name and mailing address
MAEVE MCCANN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,936.21**    **$2,936.21**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1283** Priority creditor's name and mailing address
MAGDALENE FREDE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,253.64**    **$5,253.64**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **St. Christopher's Healthcare, LLC**  Case number (if known): **19-11468**

**Part 1:** Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1284** Priority creditor's name and mailing address
MAGGIE YAU
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,995.18**   **$2,995.18**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1285** Priority creditor's name and mailing address
MALA RASTOGI CHENNUPATI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$12,875.91**   **$12,875.91**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1286** Priority creditor's name and mailing address
MANUEL FIGUEIREDO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1287** Priority creditor's name and mailing address
MARA MCMENAMIN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$13,650.00**   **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1288**

**Priority creditor's name and mailing address**
MARCIA YELVERTON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$13,582.76          $13,582.76

---

**2.1289**

**Priority creditor's name and mailing address**
MAREDITH TOMLIN-CORBIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,515.15          $2,515.15

---

**2.1290**

**Priority creditor's name and mailing address**
MARGARET GILFILLAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$8,418.96          $8,418.96

---

**2.1291**

**Priority creditor's name and mailing address**
MARGARET MULHERIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$13,650.00          $13,650.00

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1292**  Priority creditor's name and mailing address
MARGARET NYCE
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$7,373.27** — **$7,373.27**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1293**  Priority creditor's name and mailing address
MARGARET RUH-OXLEY
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$7,082.23** — **$7,082.23**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1294**  Priority creditor's name and mailing address
MARGUERITE FAULCKES
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$3,852.88** — **$3,852.88**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1295**  Priority creditor's name and mailing address
MARIA BERGEL
ADDRESS REDACTED

As of the petition filing date, the claim is: — **$4,800.00** — **$4,800.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   St. Christopher's Healthcare, LLC            Case number (if known): 19-11468

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1296** Priority creditor's name and mailing address
MARIA CIMORELLI
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$5,639.37**   **$5,639.37**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1297** Priority creditor's name and mailing address
MARIA GARCIA BULKLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,750.24**   **$3,750.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1298** Priority creditor's name and mailing address
MARIA GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$5,294.98**   **$5,294.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1299** Priority creditor's name and mailing address
MARIA GUERRERO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,466.45**   **$1,466.45**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1300**   Priority creditor's name and mailing address
MARIA HANDLINE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,286.64    $2,286.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1301**   Priority creditor's name and mailing address
MARIA KENT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1302**   Priority creditor's name and mailing address
MARIA LAZO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $36.00    $36.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1303**   Priority creditor's name and mailing address
MARIA MAHONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $562.50    $562.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1304** Priority creditor's name and mailing address
MARIA MARTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,500.60   $1,500.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1305** Priority creditor's name and mailing address
MARIA MIRANDA
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,439.74   $1,439.74
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1306** Priority creditor's name and mailing address
MARIA PLANO
ADDRESS REDACTED

As of the petition filing date, the claim is:  $3,020.29   $3,020.29
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1307** Priority creditor's name and mailing address
MARIA SCENNA
ADDRESS REDACTED

As of the petition filing date, the claim is:  $13,650.00   $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.1308** **Priority creditor's name and mailing address**
MARIA TIRADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,244.39          **Priority amount** $2,244.39

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1309** **Priority creditor's name and mailing address**
MARIA VALENCIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,132.79          **Priority amount** $2,132.79

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1310** **Priority creditor's name and mailing address**
MARIA WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,308.30          **Priority amount** $1,308.30

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1311** **Priority creditor's name and mailing address**
MARIANNE ERICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00          **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          328 of 729

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1312** Priority creditor's name and mailing address
MARIANNE WARD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $10,318.02    Priority amount: $10,318.02

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1313** Priority creditor's name and mailing address
MARIBEL SANABRIA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $764.03    Priority amount: $764.03

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1314** Priority creditor's name and mailing address
MARIBETH WIECK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $7,123.59    Priority amount: $7,123.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1315** Priority creditor's name and mailing address
MARIE KAIFER-ZAJDOWICZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $4,797.60    Priority amount: $4,797.60

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1316** Priority creditor's name and mailing address
MARIE LINDSAY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,647.15**    **$2,647.15**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1317** Priority creditor's name and mailing address
MARIE RUDD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$138.41**    **$138.41**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1318** Priority creditor's name and mailing address
MARIEL OWEN-SIMON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,334.85**    **$3,334.85**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1319** Priority creditor's name and mailing address
MARIELA FRANCO-MALDONADO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,603.49**    **$1,603.49**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1320** | **Priority creditor's name and mailing address**
MARILINA RAMOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $2,130.37     $2,130.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1321** | **Priority creditor's name and mailing address**
MARILYN FIGUEROA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $889.55     $889.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1322** | **Priority creditor's name and mailing address**
MARILYN GORDON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $2,326.13     $2,326.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1323** | **Priority creditor's name and mailing address**
MARINA YOUSSEF
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $350.23     $350.23
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC                Case number (if known): 19-11468

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1324**  **Priority creditor's name and mailing address**
MARINET DIAZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,830.36**    **$1,830.36**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1325**  **Priority creditor's name and mailing address**
MARION JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,485.55**    **$6,485.55**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1326**  **Priority creditor's name and mailing address**
MARISA LAWRENCE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,480.68**    **$1,480.68**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1327**  **Priority creditor's name and mailing address**
MARISA SALMIERI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$11,395.50**    **$11,395.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1328**  Priority creditor's name and mailing address
MARISOL DIAZ SOSTRE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,376.25    $1,376.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1329**  Priority creditor's name and mailing address
MARISOL FERRER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,036.01    $5,036.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1330**  Priority creditor's name and mailing address
MARISSA SNEERINGER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,741.78    $4,741.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1331**  Priority creditor's name and mailing address
MARITA LIND
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,730.78    $6,730.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

---

**2.1332** **Priority creditor's name and mailing address**
MARJORIE O'CONNELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $722.00                    $722.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.1333** **Priority creditor's name and mailing address**
MARK ADDISON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,044.72                    $3,044.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.1334** **Priority creditor's name and mailing address**
MARKEETA BIBBS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,612.12                    $1,612.12
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

**2.1335** **Priority creditor's name and mailing address**
MARLENE LOPEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $4,884.73                    $4,884.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

Debtor Name    **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1336** | **Priority creditor's name and mailing address**
MARLENNE CRUZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,198.53**    Priority amount **$1,198.53**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1337** | **Priority creditor's name and mailing address**
MARLIE DAVIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$2,190.00**    Priority amount **$2,190.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1338** | **Priority creditor's name and mailing address**
MARTA ROZANS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$5,628.56**    Priority amount **$5,628.56**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1339** | **Priority creditor's name and mailing address**
MARTA SANTOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim **$1,250.00**    Priority amount **$1,250.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **St. Christopher's Healthcare, LLC**                          Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1340** | Priority creditor's name and mailing address
MARTHA DODSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$5,480.80**          **$5,480.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1341** | Priority creditor's name and mailing address
MARTIN HERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$13,650.00**          **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1342** | Priority creditor's name and mailing address
MARVELLA CEPHAS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$2,500.00**          **$2,500.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

**2.1343** | Priority creditor's name and mailing address
MARY ANDERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,171.92**          **$4,171.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1344**  Priority creditor's name and mailing address
MARY BLACKWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,947.20    $2,947.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1345**  Priority creditor's name and mailing address
MARY FREDERICK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,184.86    $6,184.86

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1346**  Priority creditor's name and mailing address
MARY GROW
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,279.78    $10,279.78

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1347**  Priority creditor's name and mailing address
MARY JANE DEPIERO ANTHONY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,034.23    $13,034.23

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1348**  Priority creditor's name and mailing address
MARY LEONARD
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,654.11          $2,654.11
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1349**  Priority creditor's name and mailing address
MARY MALLON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1350**  Priority creditor's name and mailing address
MARY MATHEW
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,349.42          $4,349.42
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1351**  Priority creditor's name and mailing address
MARY PELKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,692.32          $2,692.32
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1352** Priority creditor's name and mailing address
MARY PIETRAK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $8,051.65     $8,051.65

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1353** Priority creditor's name and mailing address
MARY SMACZYLO
ADDRESS REDACTED

As of the petition filing date, the claim is:     $8,952.64     $8,952.64

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1354** Priority creditor's name and mailing address
MARY TORRES
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,242.99     $3,242.99

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1355** Priority creditor's name and mailing address
MARY VOLOVNIK
ADDRESS REDACTED

As of the petition filing date, the claim is:     $557.52     $557.52

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1356** Priority creditor's name and mailing address
MARY WILSON
ADDRESS REDACTED

As of the petition filing date, the claim is:        $10,103.13        $10,103.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1357** Priority creditor's name and mailing address
MARYANN HOWARD
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,559.91        $2,559.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1358** Priority creditor's name and mailing address
MARYJANE HAYES
ADDRESS REDACTED

As of the petition filing date, the claim is:        $6,043.28        $6,043.28
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1359** Priority creditor's name and mailing address
MATHIEU WANAMAKER
ADDRESS REDACTED

As of the petition filing date, the claim is:        $4,862.83        $4,862.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1: Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1360** Priority creditor's name and mailing address
MATTHEW GERAGHTY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,387.97    $4,387.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1361** Priority creditor's name and mailing address
MATTHEW MAC DOUGALL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,387.24    $2,387.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1362** Priority creditor's name and mailing address
MAURA HEIDIG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,621.58    $5,621.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1363** Priority creditor's name and mailing address
MAUREEN BENSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,436.53    $13,436.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1364**  Priority creditor's name and mailing address
MAUREEN FEE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1365**  Priority creditor's name and mailing address
MAUREEN HALNER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,287.42     $1,287.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1366**  Priority creditor's name and mailing address
MAUREEN HEFFERNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,407.45     $2,407.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.1367**  Priority creditor's name and mailing address
MAUREEN HEIMBECKER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,790.76     $1,790.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1368** Priority creditor's name and mailing address
MAUREEN MEIER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $11,009.16
Priority amount: $11,009.16

---

**2.1369** Priority creditor's name and mailing address
MAUREEN REILLY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,256.90
Priority amount: $3,256.90

---

**2.1370** Priority creditor's name and mailing address
MAUREEN STEINMETZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $8,723.32
Priority amount: $8,723.32

---

**2.1371** Priority creditor's name and mailing address
MAUREEN VAUGHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $7,127.13
Priority amount: $7,127.13

---

Debtor Name      **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1372** **Priority creditor's name and mailing address**
MAXINE ABRAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,810.36   **Priority amount** $1,810.36

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1373** **Priority creditor's name and mailing address**
MAYRA JORGE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,977.85   **Priority amount** $2,977.85

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1374** **Priority creditor's name and mailing address**
MEGAN BOOKOUT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,436.65   **Priority amount** $3,436.65

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1375** **Priority creditor's name and mailing address**
MEGAN CONNOLLY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,466.76   **Priority amount** $2,466.76

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1376** Priority creditor's name and mailing address
MEGAN EVANS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,566.00**    **$3,566.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1377** Priority creditor's name and mailing address
MEGAN GALLAGHER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$700.00**    **$700.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1378** Priority creditor's name and mailing address
MEGAN GRASSO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,650.89**    **$4,650.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1379** Priority creditor's name and mailing address
MEGAN GRESH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1380** Priority creditor's name and mailing address
MEGAN MANSFIELD
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,882.19** **$4,882.19**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1381** Priority creditor's name and mailing address
MEGAN MAUM
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,848.88** **$2,848.88**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1382** Priority creditor's name and mailing address
MEGAN OWENS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,372.53** **$1,372.53**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1383** Priority creditor's name and mailing address
MEGAN YOUNG
ADDRESS REDACTED

As of the petition filing date, the claim is: **$8,567.98** **$8,567.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.1384**  **Priority creditor's name and mailing address**
MELANIE KELNER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,642.44                    $3,642.44

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1385**  **Priority creditor's name and mailing address**
MELANIE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $13,650.00                    $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1386**  **Priority creditor's name and mailing address**
MELANIE TAILLON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $3,216.98                    $3,216.98

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1387**  **Priority creditor's name and mailing address**
MELISHA TOLEDO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,217.48                    $1,217.48

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.1388** Priority creditor's name and mailing address
MELISSA ANDERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,158.53    $2,158.53

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1389** Priority creditor's name and mailing address
MELISSA EICHERT
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,385.26    $4,385.26

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1390** Priority creditor's name and mailing address
MELISSA KAPPLER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $840.50    $840.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1391** Priority creditor's name and mailing address
MELISSA KNUDSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,756.35    $2,756.35

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4        )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1392** Priority creditor's name and mailing address
MELISSA LEACH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$329.54**    **$329.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1393** Priority creditor's name and mailing address
MELISSA MELENDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,183.70**    **$5,183.70**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1394** Priority creditor's name and mailing address
MELISSA SCHWENDIMAN GIBBS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$970.00**    **$970.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1395** Priority creditor's name and mailing address
MELISSA SHUKDINAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1396** Priority creditor's name and mailing address
MELISSA VALENTINE
ADDRESS REDACTED

As of the petition filing date, the claim is:

$1,506.75    $1,506.75

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1397** Priority creditor's name and mailing address
MELLISA ASHWORTH
ADDRESS REDACTED

As of the petition filing date, the claim is:

$6,823.04    $6,823.04

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1398** Priority creditor's name and mailing address
MERCEDES JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:

$114.19    $114.19

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1399** Priority creditor's name and mailing address
MEREDITH MENZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

$2,387.24    $2,387.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      St. Christopher's Healthcare, LLC                                Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1400** Priority creditor's name and mailing address
MERLYAN GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim:** $1,318.40    **Priority amount:** $1,318.40

---

**2.1401** Priority creditor's name and mailing address
MEROLYS ROSARIO SANCHEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim:** $101.50    **Priority amount:** $101.50

---

**2.1402** Priority creditor's name and mailing address
MICHAEL DOLPHIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim:** $4,400.72    **Priority amount:** $4,400.72

---

**2.1403** Priority creditor's name and mailing address
MICHAEL FONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Total claim:** $7,288.13    **Priority amount:** $7,288.13

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1404**  Priority creditor's name and mailing address
MICHAEL FORD
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1405**  Priority creditor's name and mailing address
MICHAEL GILLMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,700.00          $2,700.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1406**  Priority creditor's name and mailing address
MICHAEL GOLDENTHAL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,131.13          $1,131.13

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1407**  Priority creditor's name and mailing address
MICHAEL HEARD
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1408**    Priority creditor's name and mailing address
MICHAEL KWON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1409**    Priority creditor's name and mailing address
MICHAEL NEIMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $9,718.97          $9,718.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1410**    Priority creditor's name and mailing address
MICHAEL SCHNEIDER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1411**    Priority creditor's name and mailing address
MICHAEL SHISSLER
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,913.25          $4,913.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1412**  Priority creditor's name and mailing address
MICHAEL SNYDER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,890.95**    **$1,890.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1413**  Priority creditor's name and mailing address
MICHAEL SUCHAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1414**  Priority creditor's name and mailing address
MICHAEL SZATKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1415**  Priority creditor's name and mailing address
MICHAEL TRAYNOR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,095.57**    **$5,095.57**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1416** Priority creditor's name and mailing address
MICHAEL WEBER JR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,242.01**  Priority amount: **$2,242.01**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1417** Priority creditor's name and mailing address
MICHAEL WOLF
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$13,650.00**  Priority amount: **$13,650.00**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1418** Priority creditor's name and mailing address
MICHAELA MCCRUDDEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$5,525.66**  Priority amount: **$5,525.66**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1419** Priority creditor's name and mailing address
MICHELE CAHILL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$13,650.00**  Priority amount: **$13,650.00**

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.1420** **Priority creditor's name and mailing address**
MICHELE TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,331.94**          **$2,331.94**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1421** **Priority creditor's name and mailing address**
MICHELE TEASENFITZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$13,650.00**          **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1422** **Priority creditor's name and mailing address**
MICHELLE ALBRECHT
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$6,158.84**          **$6,158.84**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.1423** **Priority creditor's name and mailing address**
MICHELLE BAO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,303.98**          **$2,303.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1424** Priority creditor's name and mailing address
MICHELLE BECKEL
ADDRESS REDACTED

As of the petition filing date, the claim is:  $307.35   $307.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1425** Priority creditor's name and mailing address
MICHELLE CHOJNACKI
ADDRESS REDACTED

As of the petition filing date, the claim is:  $4,860.39   $4,860.39
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1426** Priority creditor's name and mailing address
MICHELLE CIANCIA
ADDRESS REDACTED

As of the petition filing date, the claim is:  $3,584.00   $3,584.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1427** Priority creditor's name and mailing address
MICHELLE DEACON
ADDRESS REDACTED

As of the petition filing date, the claim is:  $2,267.45   $2,267.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1428** | **Priority creditor's name and mailing address**
MICHELLE DELGADO RIVERA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,533.91       **Priority amount** $1,533.91

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1429** | **Priority creditor's name and mailing address**
MICHELLE DOLT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,920.76       **Priority amount** $7,920.76

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1430** | **Priority creditor's name and mailing address**
MICHELLE FAYKES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,731.07       **Priority amount** $2,731.07

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1431** | **Priority creditor's name and mailing address**
MICHELLE GENEVA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,965.53       **Priority amount** $5,965.53

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1432** Priority creditor's name and mailing address
MICHELLE LACROCE
ADDRESS REDACTED

As of the petition filing date, the claim is:           $4,965.14           $4,965.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1433** Priority creditor's name and mailing address
MICHELLE LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:           $112.38           $112.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1434** Priority creditor's name and mailing address
MICHELLE NORTH
ADDRESS REDACTED

As of the petition filing date, the claim is:           $3,320.58           $3,320.58
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1435** Priority creditor's name and mailing address
MICHELLE O'HARA
ADDRESS REDACTED

As of the petition filing date, the claim is:           $2,187.70           $2,187.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1436** Priority creditor's name and mailing address
MICHELLE PAGE
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$5,961.99**        **$5,961.99**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1437** Priority creditor's name and mailing address
MICHELLE POCOROBA
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$5,221.33**        **$5,221.33**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1438** Priority creditor's name and mailing address
MICHELLE THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$3,239.70**        **$3,239.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1439** Priority creditor's name and mailing address
MIKA LARWA
ADDRESS REDACTED

As of the petition filing date, the claim is:        **$450.00**        **$450.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1440** Priority creditor's name and mailing address
MIKAYLA ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,367.02     $1,367.02
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1441** Priority creditor's name and mailing address
MILAGROS CINTRON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,710.33     $2,710.33
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1442** Priority creditor's name and mailing address
MILAGROS MOLINA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $714.21     $714.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1443** Priority creditor's name and mailing address
MILAGROS PINA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,358.30     $3,358.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name        **St. Christopher's Healthcare, LLC**        Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1444** Priority creditor's name and mailing address
MILDRED CARRION
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,324.28**          **$3,324.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1445** Priority creditor's name and mailing address
MINDY MARRERO
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$930.09**          **$930.09**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1446** Priority creditor's name and mailing address
MIRIAM GILDAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$13,650.00**          **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1447** Priority creditor's name and mailing address
MITALI SAHNI
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$4,673.89**          **$4,673.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.1448**  Priority creditor's name and mailing address
MIZANUR RAHMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,689.03            $2,689.03

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1449**  Priority creditor's name and mailing address
MOHAMMED WAHAB
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $8,614.95            $8,614.95

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1450**  Priority creditor's name and mailing address
MOLLY LINEHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,562.50            $1,562.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1451**  Priority creditor's name and mailing address
MOLLY SCHWALJE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,080.00            $4,080.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1452**  **Priority creditor's name and mailing address**
MOLLY SHELINSKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,315.14    **Priority amount** $2,315.14

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1453**  **Priority creditor's name and mailing address**
MONICA DEVITO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,485.18    **Priority amount** $9,485.18

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1454**  **Priority creditor's name and mailing address**
MONICA KONCICKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1455**  **Priority creditor's name and mailing address**
MONICA KONDRAD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    364 of 729

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1456** | **Priority creditor's name and mailing address**
MONICA NIEDERMAYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$13,650.00**    **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1457** | **Priority creditor's name and mailing address**
MONICA TAYLOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,082.55**    **$2,082.55**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1458** | **Priority creditor's name and mailing address**
MONIKA GUPTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$4,517.24**    **$4,517.24**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1459** | **Priority creditor's name and mailing address**
MONIQUE URQUHART
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$2,468.66**    **$2,468.66**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1460**  Priority creditor's name and mailing address
MONY SAMBATH
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,925.52**   **$3,925.52**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1461**  Priority creditor's name and mailing address
MORA HAZLETT-O'NEILL
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$6,020.51**   **$6,020.51**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1462**  Priority creditor's name and mailing address
MORGAN KANE
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$2,576.87**   **$2,576.87**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1463**  Priority creditor's name and mailing address
MORGAN MICHENERBROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$227.50**   **$227.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1464** Priority creditor's name and mailing address
MORGAN OLSEN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,600.00     $1,600.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1465** Priority creditor's name and mailing address
MOULANGERIE BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,307.14     $1,307.14

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1466** Priority creditor's name and mailing address
N ISAURA LOPEZ THIBAULT
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,232.56     $10,232.56

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1467** Priority creditor's name and mailing address
N. PATRICIA JINES
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,612.59     $13,612.59

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1468** **Priority creditor's name and mailing address**
NADINE GRAHAM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$3,603.81    $3,603.81

---

**2.1469** **Priority creditor's name and mailing address**
NADIRA RAMNARAIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,995.18    $2,995.18

---

**2.1470** **Priority creditor's name and mailing address**
NADJA PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$7,133.62    $7,133.62

---

**2.1471** **Priority creditor's name and mailing address**
NADJI GILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$8,894.77    $8,894.77

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1472** Priority creditor's name and mailing address
NAJAH LAWHORN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,049.56**    **$1,049.56**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1473** Priority creditor's name and mailing address
NAJWA REYNOLDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,012.51**    **$1,012.51**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1474** Priority creditor's name and mailing address
NANCY ADAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$12,331.38**    **$12,331.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1475** Priority creditor's name and mailing address
NANCY AYRES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,620.18**    **$2,620.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

---

**2.1476**   **Priority creditor's name and mailing address**
NANCY CHUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,995.18     $2,995.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1477**   **Priority creditor's name and mailing address**
NANCY CORNETT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,919.21     $2,919.21

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1478**   **Priority creditor's name and mailing address**
NANCY DEESE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $4,387.09     $4,387.09

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1479**   **Priority creditor's name and mailing address**
NANCY LEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $13,650.00     $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.1480**  Priority creditor's name and mailing address
NANCY MAURER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,004.42**    **$2,004.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1481**  Priority creditor's name and mailing address
NANCY MOWERY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,718.96**    **$4,718.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1482**  Priority creditor's name and mailing address
NANCY PATTERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1483**  Priority creditor's name and mailing address
NANCY PAULUS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.1484**   Priority creditor's name and mailing address
NANCY RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,536.53    $1,536.53
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1485**   Priority creditor's name and mailing address
NANCY TOMLINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $522.80    $522.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1486**   Priority creditor's name and mailing address
NANCY XIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,303.98    $2,303.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1487**   Priority creditor's name and mailing address
NANDINI MADAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1488** **Priority creditor's name and mailing address**
NAOANA TOSO
ADDRESS REDACTED

As of the petition filing date, the claim is:   $4,464.65   $4,464.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1489** **Priority creditor's name and mailing address**
NASHA BUNCH
ADDRESS REDACTED

As of the petition filing date, the claim is:   $6,153.85   $6,153.85
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1490** **Priority creditor's name and mailing address**
NATALIE GARCIA
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,833.21   $1,833.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1491** **Priority creditor's name and mailing address**
NATALIE ORSINI
ADDRESS REDACTED

As of the petition filing date, the claim is:   $1,892.45   $1,892.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1492** Priority creditor's name and mailing address
NATALY APOLLONSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$13,650.00**  **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1493** Priority creditor's name and mailing address
NATALY ARROYO GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,559.58**  **$1,559.58**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1494** Priority creditor's name and mailing address
NATASHA MORTON
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,724.30**  **$1,724.30**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1495** Priority creditor's name and mailing address
NATASHA SERRANO
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,740.25**  **$1,740.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    374 of 729

| Debtor Name | | Case number (if known): **19-11468** |
|---|---|---|
| | **St. Christopher's Healthcare, LLC** | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1496** Priority creditor's name and mailing address
NATASHA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$4,528.00**            **$4,528.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
Specify Code subsection of PRIORITY unsecured        [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1497** Priority creditor's name and mailing address
NATHALIE PEIRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$2,640.28**            **$2,640.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
Specify Code subsection of PRIORITY unsecured        [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1498** Priority creditor's name and mailing address
NAVEED BAIG
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$13,650.00**           **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
Specify Code subsection of PRIORITY unsecured        [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1499** Priority creditor's name and mailing address
NAVID TEAR
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$6,459.95**            **$6,459.95**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
Specify Code subsection of PRIORITY unsecured        [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.1500** | **Priority creditor's name and mailing address**
NAYISBER COLON-MARQUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$112.38**  Priority amount: **$112.38**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1501** | **Priority creditor's name and mailing address**
NEBU OOMMEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,441.66**  Priority amount: **$1,441.66**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1502** | **Priority creditor's name and mailing address**
NEELA SURENTHIRAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,827.75**  Priority amount: **$2,827.75**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1503** | **Priority creditor's name and mailing address**
NEENA ALEX
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,466.76**  Priority amount: **$2,466.76**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**            Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.1504**  **Priority creditor's name and mailing address**
NEHA DADHANIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $2,562.34           $2,562.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1505**  **Priority creditor's name and mailing address**
NEIL WALLIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $3,391.40           $3,391.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1506**  **Priority creditor's name and mailing address**
NERISSA NGATI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $3,325.61           $3,325.61
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1507**  **Priority creditor's name and mailing address**
NESTOR TUPAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $5,048.69           $5,048.69
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Part 1:**   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1508**  Priority creditor's name and mailing address
NICCOLLO BEVILAQUA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,512.52      $1,512.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1509**  Priority creditor's name and mailing address
NICHOLAS CLAUSS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,859.42      $1,859.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1510**  Priority creditor's name and mailing address
NICHOLAS KUZMA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $10,537.77      $10,537.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1511**  Priority creditor's name and mailing address
NICHOLAS LY
ADDRESS REDACTED

As of the petition filing date, the claim is:      $5,826.83      $5,826.83
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name          **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1512** Priority creditor's name and mailing address
NICHOLAS PHILYAW
ADDRESS REDACTED

As of the petition filing date, the claim is:      $4,899.42      $4,899.42

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1513** Priority creditor's name and mailing address
NICKOLAS DAWLABANI
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,841.24      $2,841.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1514** Priority creditor's name and mailing address
NICOLA BRODIE
ADDRESS REDACTED

As of the petition filing date, the claim is:      $9,082.26      $9,082.26

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1515** Priority creditor's name and mailing address
NICOLE BAKOS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,814.37      $1,814.37

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1516**  Priority creditor's name and mailing address
NICOLE DELARATO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1517**  Priority creditor's name and mailing address
NICOLE DUNLEAVY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,573.69**    **$4,573.69**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1518**  Priority creditor's name and mailing address
NICOLE FALLON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,170.47**    **$6,170.47**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1519**  Priority creditor's name and mailing address
NICOLE HANNIGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,097.00**    **$4,097.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1520** Priority creditor's name and mailing address
NICOLE HASELBARTH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,148.35          $2,148.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1521** Priority creditor's name and mailing address
NICOLE LICCIO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,351.04          $2,351.04
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1522** Priority creditor's name and mailing address
NICOLE MOTTO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $293.25          $293.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.1523** Priority creditor's name and mailing address
NIESHA STEWART
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,994.55          $3,994.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1524** **Priority creditor's name and mailing address**
NIKISHA JACOBS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $11,843.59     $11,843.59
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1525** **Priority creditor's name and mailing address**
NIKKI BECKEL
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,004.47     $1,004.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1526** **Priority creditor's name and mailing address**
NIKOLE COPESTICK
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,058.50     $2,058.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1527** **Priority creditor's name and mailing address**
NILDA COMMANDER
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,419.22     $1,419.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1528** Priority creditor's name and mailing address
NILDA ORTIZ ROSARIO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,699.02   **Priority amount** $5,699.02

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1529** Priority creditor's name and mailing address
NINA WINDLE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,922.26   **Priority amount** $5,922.26

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1530** Priority creditor's name and mailing address
NITZA HERNANDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,542.23   **Priority amount** $2,542.23

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1531** Priority creditor's name and mailing address
NIYA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $116.00   **Priority amount** $116.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

---

**Part 1:**   Additional Page

| | | **Total claim** | **Priority amount** |

**2.1532**  Priority creditor's name and mailing address
NNEBUIHE WILKERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                           $3,180.06          $3,180.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1533**  Priority creditor's name and mailing address
NOAH BUBOLTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                           $5,750.00          $5,750.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1534**  Priority creditor's name and mailing address
NOELIA THEVENIN
ADDRESS REDACTED

As of the petition filing date, the claim is:                           $116.00            $116.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1535**  Priority creditor's name and mailing address
NOELLE HEALY
ADDRESS REDACTED

As of the petition filing date, the claim is:                           $4,684.24          $4,684.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1536** Priority creditor's name and mailing address
NOELLE JOHANSSON
ADDRESS REDACTED

Total claim: **$13,650.00**  Priority amount: **$13,650.00**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1537** Priority creditor's name and mailing address
NORA REDMOND
ADDRESS REDACTED

Total claim: **$3,875.91**  Priority amount: **$3,875.91**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1538** Priority creditor's name and mailing address
NORA SMITH
ADDRESS REDACTED

Total claim: **$3,460.74**  Priority amount: **$3,460.74**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1539** Priority creditor's name and mailing address
NORRELL ATKINSON
ADDRESS REDACTED

Total claim: **$7,384.61**  Priority amount: **$7,384.61**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1540** Priority creditor's name and mailing address
NOVISI ARTHUR
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$2,562.34**    Priority amount: **$2,562.34**

---

**2.1541** Priority creditor's name and mailing address
NYDIA SERRANO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$1,842.66**    Priority amount: **$1,842.66**

---

**2.1542** Priority creditor's name and mailing address
OGECHUKWU MENKITI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$13,650.00**    Priority amount: **$13,650.00**

---

**2.1543** Priority creditor's name and mailing address
OLENA DART
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: **$1,224.56**    Priority amount: **$1,224.56**

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1544** **Priority creditor's name and mailing address**
OLGA LOMOVA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$1,806.27**    **$1,806.27**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1545** **Priority creditor's name and mailing address**
OLGA VASILEVSKIY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$3,227.81**    **$3,227.81**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1546** **Priority creditor's name and mailing address**
OMAIDA APONTE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,093.89**    **$2,093.89**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1547** **Priority creditor's name and mailing address**
OMAR COAXUM
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$2,760.07**    **$2,760.07**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | Additional Page |

| | | **Total claim** | **Priority amount** |

**2.1548** | Priority creditor's name and mailing address
ORORRAH MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,430.47     **Priority amount** $3,430.47

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1549** | Priority creditor's name and mailing address
PAIGE JARMUZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,303.98     **Priority amount** $2,303.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1550** | Priority creditor's name and mailing address
PAMELA BONIKOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,540.62     **Priority amount** $8,540.62

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1551** | Priority creditor's name and mailing address
PAMELA CROUSE-HAAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,799.11     **Priority amount** $3,799.11

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **St. Christopher's Healthcare, LLC**     Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1552** | **Priority creditor's name and mailing address**
PAMELA GAINEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,182.91**     **$2,182.91**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1553** | **Priority creditor's name and mailing address**
PAMELA KELBLE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,033.50**     **$2,033.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1554** | **Priority creditor's name and mailing address**
PAOLA LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,925.00**     **$1,925.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1555** | **Priority creditor's name and mailing address**
PARTHU AVVARU
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,987.36**     **$3,987.36**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1556** Priority creditor's name and mailing address
PATIENCE OWUSU
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,142.59     **Priority amount** $3,142.59

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1557** Priority creditor's name and mailing address
PATRICE MCFILLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,769.52     **Priority amount** $4,769.52

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1558** Priority creditor's name and mailing address
PATRICE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,168.72     **Priority amount** $1,168.72

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1559** Priority creditor's name and mailing address
PATRICIA DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,023.40     **Priority amount** $1,023.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1560** Priority creditor's name and mailing address
PATRICIA FALCONE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,192.31         $5,192.31

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1561** Priority creditor's name and mailing address
PATRICIA HALBRUNNER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $7,443.18         $7,443.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1562** Priority creditor's name and mailing address
PATRICIA HANLON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $12,875.50         $12,875.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1563** Priority creditor's name and mailing address
PATRICIA HENNESSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $4,318.02         $4,318.02

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1564** Priority creditor's name and mailing address
PATRICIA JOHNSTON
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,060.80   $2,060.80
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1565** Priority creditor's name and mailing address
PATRICIA KEANE
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,354.91   $2,354.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1566** Priority creditor's name and mailing address
PATRICIA KEEPFER
ADDRESS REDACTED

As of the petition filing date, the claim is:   $914.25   $914.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1567** Priority creditor's name and mailing address
PATRICIA MACMULLAN
ADDRESS REDACTED

As of the petition filing date, the claim is:   $4,065.77   $4,065.77
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

**2.1568** Priority creditor's name and mailing address
PATRICIA O'NEILL
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,388.13          $13,388.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1569** Priority creditor's name and mailing address
PATRICIA REDHOUSE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1570** Priority creditor's name and mailing address
PATRICIA SEMET
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,477.25          $1,477.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1571** Priority creditor's name and mailing address
PATRICIA SHEA
ADDRESS REDACTED

As of the petition filing date, the claim is:          $4,669.81          $4,669.81
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.1572** Priority creditor's name and mailing address
PATRICIA SIGG
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$10,911.95**    **$10,911.95**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1573** Priority creditor's name and mailing address
PATRICIA THOMPSON-BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,496.83**    **$4,496.83**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1574** Priority creditor's name and mailing address
PATRICIA WOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,160.00**    **$2,160.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1575** Priority creditor's name and mailing address
PATRICK PLUNKETT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,529.48**    **$4,529.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **St. Christopher's Healthcare, LLC**         Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1576** Priority creditor's name and mailing address
PATSY SPADY
ADDRESS REDACTED

As of the petition filing date, the claim is:       $4,164.98       $4,164.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1577** Priority creditor's name and mailing address
PATTI RICHARDSON
ADDRESS REDACTED

As of the petition filing date, the claim is:       $13,650.00       $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1578** Priority creditor's name and mailing address
PAUL GLAT
ADDRESS REDACTED

As of the petition filing date, the claim is:       $11,609.16       $11,609.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1579** Priority creditor's name and mailing address
PAUL SHORE MD
ADDRESS REDACTED

As of the petition filing date, the claim is:       $1,260.00       $1,260.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1580** Priority creditor's name and mailing address
PAUL WILCZYNSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $11,600.19     $11,600.19
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1581** Priority creditor's name and mailing address
PAULA JACKSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,584.00     $3,584.00
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1582** Priority creditor's name and mailing address
PAYAL TRIVEDI
ADDRESS REDACTED

As of the petition filing date, the claim is:     $13,650.00     $13,650.00
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1583** Priority creditor's name and mailing address
PEARLY RANJAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $9,161.44     $9,161.44
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1584** Priority creditor's name and mailing address
PEGGY REEVES
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$1,715.13**      **$1,715.13**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1585** Priority creditor's name and mailing address
PERRY ROMEO
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$1,620.22**      **$1,620.22**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1586** Priority creditor's name and mailing address
PETER PIZZUTILLO
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$13,650.00**      **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1587** Priority creditor's name and mailing address
PETER SOK
ADDRESS REDACTED

As of the petition filing date, the claim is:       **$2,746.43**      **$2,746.43**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**       397 of 729

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1588**  Priority creditor's name and mailing address
PETRO PRISTATSKY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,843.16**    **$4,843.16**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1589**  Priority creditor's name and mailing address
PHAT PHAM
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1590**  Priority creditor's name and mailing address
PHI NGUYEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$510.00**    **$510.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1591**  Priority creditor's name and mailing address
PHILIP GIAMPIETRO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,016.84**    **$7,016.84**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1592** | **Priority creditor's name and mailing address**
PHILIP STEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $7,283.50            $7,283.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1593** | **Priority creditor's name and mailing address**
PHILIP VARGHESE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $7,979.11            $7,979.11

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1594** | **Priority creditor's name and mailing address**
PHYLLIS TROTTO-KLIGERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,340.19            $5,340.19

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1595** | **Priority creditor's name and mailing address**
PHYLLIS WOLF
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $13,650.00            $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1596** Priority creditor's name and mailing address
POOJA KAKAR
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Total claim** $4,204.37   **Priority amount** $4,204.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1597** Priority creditor's name and mailing address
PRAMATH NATH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1598** Priority creditor's name and mailing address
PRAVIN TANEJA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Total claim** $13,650.00   **Priority amount** $13,650.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1599** Priority creditor's name and mailing address
PRISCILLA TYLER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

**Total claim** $4,685.04   **Priority amount** $4,685.04

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1600** Priority creditor's name and mailing address
PRIYA MEHTA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,204.37  **Priority amount** $4,204.37

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1601** Priority creditor's name and mailing address
PRIYA PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,228.91  **Priority amount** $8,228.91

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1602** Priority creditor's name and mailing address
QUADEERAH KENNEDY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,421.00  **Priority amount** $1,421.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1603** Priority creditor's name and mailing address
QURAN HOWARD
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,401.39  **Priority amount** $1,401.39

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1604** Priority creditor's name and mailing address
QYLIEF KEARSE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim $957.53    Priority amount $957.53

---

**2.1605** Priority creditor's name and mailing address
RACHAEL BONAWITZ
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim $5,576.92    Priority amount $5,576.92

---

**2.1606** Priority creditor's name and mailing address
RACHAEL JONES
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim $6,499.98    Priority amount $6,499.98

---

**2.1607** Priority creditor's name and mailing address
RACHEL BRESLIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim $1,986.33    Priority amount $1,986.33

---

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1608** **Priority creditor's name and mailing address**
RACHEL FLEISHMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$8,269.24**          **$8,269.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1609** **Priority creditor's name and mailing address**
RACHEL KREIMER
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$9,570.94**          **$9,570.94**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1610** **Priority creditor's name and mailing address**
RACHEL LUCCHESE
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$5,524.96**          **$5,524.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1611** **Priority creditor's name and mailing address**
RACHEL LYONS
ADDRESS REDACTED

As of the petition filing date, the claim is:          **$3,246.28**          **$3,246.28**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1612** | **Priority creditor's name and mailing address**
RACHEL MCCLINTOCK
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $4,402.79      **Priority amount** $4,402.79

---

**2.1613** | **Priority creditor's name and mailing address**
RACHEL MCCORMICK
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $5,533.63      **Priority amount** $5,533.63

---

**2.1614** | **Priority creditor's name and mailing address**
RACHEL SCHEMES
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $1,208.14      **Priority amount** $1,208.14

---

**2.1615** | **Priority creditor's name and mailing address**
RACHEL WARNER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $2,162.38      **Priority amount** $2,162.38

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1616** Priority creditor's name and mailing address
RACHEL ZAPF
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $8,868.11    Priority amount $8,868.11

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1617** Priority creditor's name and mailing address
RAFAEL SOTO JR
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $1,274.89    Priority amount $1,274.89

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1618** Priority creditor's name and mailing address
RAFEEQ FITZGERALD
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $1,199.00    Priority amount $1,199.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1619** Priority creditor's name and mailing address
RAFEIA LOVE
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Total claim $1,845.30    Priority amount $1,845.30

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1620** Priority creditor's name and mailing address
RAFFAELLA LAW
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,760.60**     **$2,760.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1621** Priority creditor's name and mailing address
RAJEEV PRASAD
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1622** Priority creditor's name and mailing address
RAMONA FERRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,559.50**     **$2,559.50**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

---

**2.1623** Priority creditor's name and mailing address
RANDOLPH MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4   )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1624**   Priority creditor's name and mailing address
RANDY STEVENS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $13,650.00           $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1625**   Priority creditor's name and mailing address
RAPHAEL YOO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $13,650.00           $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1626**   Priority creditor's name and mailing address
RAQUEL BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $271.68           $271.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1627**   Priority creditor's name and mailing address
RAQUEL GARCED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $3,170.17           $3,170.17
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 1:  Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1628** Priority creditor's name and mailing address
RASHEEDA CREQUE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,673.58    **Priority amount** $2,673.58

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1629** Priority creditor's name and mailing address
RAUL CARRASQUILLO ORTIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,367.95    **Priority amount** $1,367.95

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1630** Priority creditor's name and mailing address
RAWAN NAHAS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,640.28    **Priority amount** $2,640.28

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1631** Priority creditor's name and mailing address
RAYMOND MIZIA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $274.74    **Priority amount** $274.74

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1632** Priority creditor's name and mailing address
RAYMOND MOTLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,340.15    **Priority amount** $4,340.15

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1633** Priority creditor's name and mailing address
REBECA MENDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,643.28    **Priority amount** $1,643.28

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1634** Priority creditor's name and mailing address
REBECCA ALMS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,303.98    **Priority amount** $2,303.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1635** Priority creditor's name and mailing address
REBECCA KLEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $10,658.18    **Priority amount** $10,658.18

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1636** | **Priority creditor's name and mailing address**
REBECCA MALFARA TREEGOOB
ADDRESS REDACTED

**Total claim** $2,386.24  **Priority amount** $2,386.24

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1637** | **Priority creditor's name and mailing address**
REBECCA MCINTOSH
ADDRESS REDACTED

**Total claim** $2,303.98  **Priority amount** $2,303.98

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1638** | **Priority creditor's name and mailing address**
REBECCA MURPHY
ADDRESS REDACTED

**Total claim** $2,289.71  **Priority amount** $2,289.71

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1639** | **Priority creditor's name and mailing address**
REBECCA RODRIGUEZ
ADDRESS REDACTED

**Total claim** $2,219.60  **Priority amount** $2,219.60

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1640** Priority creditor's name and mailing address
REBECCA RUIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$3,242.40**   **$3,242.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1641** Priority creditor's name and mailing address
REBECCA SANDHU
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$7,002.07**   **$7,002.07**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1642** Priority creditor's name and mailing address
REBECCA TENAGLIA
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$6,847.46**   **$6,847.46**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1643** Priority creditor's name and mailing address
REBECCA WATKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$1,890.72**   **$1,890.72**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1644**  **Priority creditor's name and mailing address**
REBEKAH BLUTSTEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,466.76**    **$2,466.76**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1645**  **Priority creditor's name and mailing address**
REBEKAH EDWARDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,424.90**    **$4,424.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1646**  **Priority creditor's name and mailing address**
REGAN LONERGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,726.25**    **$3,726.25**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1647**  **Priority creditor's name and mailing address**
REGGIE DEVORE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$974.28**    **$974.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name  **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | Total claim | Priority amount |

**2.1648** Priority creditor's name and mailing address
REGINA HUGHES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,886.96    $6,886.96

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1649** Priority creditor's name and mailing address
RELONDA ROACHE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,123.85    $3,123.85

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1650** Priority creditor's name and mailing address
RENA LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,727.68    $3,727.68

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1651** Priority creditor's name and mailing address
RENEE ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,066.54    $3,066.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1652**

Priority creditor's name and mailing address
RENEE BATTS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,591.59**    **$1,591.59**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1653**

Priority creditor's name and mailing address
RENEE BOGDOL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,473.64**    **$1,473.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1654**

Priority creditor's name and mailing address
RENEE KOTTENHAHN
ADDRESS REDACTED

As of the petition filing date, the claim is: **$9,926.92**    **$9,926.92**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1655**

Priority creditor's name and mailing address
RENEE TURCHI
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,942.30**    **$2,942.30**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:    Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1656** | **Priority creditor's name and mailing address**
RENNA WIRCHIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$4,642.45**  Priority amount: **$4,642.45**

---

**2.1657** | **Priority creditor's name and mailing address**
RENU BAJAJ
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$10,704.61**  Priority amount: **$10,704.61**

---

**2.1658** | **Priority creditor's name and mailing address**
RHEA DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$2,387.24**  Priority amount: **$2,387.24**

---

**2.1659** | **Priority creditor's name and mailing address**
RHEA KRAMER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$5,000.86**  Priority amount: **$5,000.86**

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.1660** Priority creditor's name and mailing address
RHONDA GIBSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,882.91  **Priority amount** $3,882.91

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1661** Priority creditor's name and mailing address
RICHARD BURRELL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $12,281.20  **Priority amount** $12,281.20

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1662** Priority creditor's name and mailing address
RICHARD CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $12,236.35  **Priority amount** $12,236.35

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1663** Priority creditor's name and mailing address
RICHARD PARRISH
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,121.92  **Priority amount** $6,121.92

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1664** Priority creditor's name and mailing address
RICHCENA PALMER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,627.80    **Priority amount** $1,627.80

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1665** Priority creditor's name and mailing address
RICHEL FRANCHETTI WEBB
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,716.66    **Priority amount** $2,716.66

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1666** Priority creditor's name and mailing address
RICKY SANTIAGO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,542.12    **Priority amount** $2,542.12

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1667** Priority creditor's name and mailing address
RINA DESAI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,387.24    **Priority amount** $2,387.24

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name     **St. Christopher's Healthcare, LLC**     Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1668** **Priority creditor's name and mailing address**
RINA LACOMBE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$8,582.11**     **$8,582.11**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1669** **Priority creditor's name and mailing address**
RINALEE RIVERA-HERNANDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,247.54**     **$1,247.54**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1670** **Priority creditor's name and mailing address**
RITA GUEVARA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$8,523.64**     **$8,523.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1671** **Priority creditor's name and mailing address**
RITA KUBICKY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$10,310.48**     **$10,310.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.1672** Priority creditor's name and mailing address
ROBERT ADELIZZI II
ADDRESS REDACTED

As of the petition filing date, the claim is:     $5,361.15     $5,361.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1673** Priority creditor's name and mailing address
ROBERT BEAUVAIS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,387.96     $10,387.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1674** Priority creditor's name and mailing address
ROBERT BELL
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,097.75     $2,097.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1675** Priority creditor's name and mailing address
ROBERT CAVE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $740.68     $740.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**           Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1676**  **Priority creditor's name and mailing address**
ROBERT COHEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $13,650.00            $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1677**  **Priority creditor's name and mailing address**
ROBERT GRASSO JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $13,650.00            $13,650.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1678**  **Priority creditor's name and mailing address**
ROBERT HORN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $2,594.25            $2,594.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1679**  **Priority creditor's name and mailing address**
ROBERT KIRSCHNER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $6,923.20            $6,923.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name       **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | **Total claim** | **Priority amount** |
|--|--|--|-----------------|---------------------|

**2.1680** | **Priority creditor's name and mailing address**
ROBERT LATIMER JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,007.70        **Priority amount** $2,007.70

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1681** | **Priority creditor's name and mailing address**
ROBERT SIEGLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00        **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1682** | **Priority creditor's name and mailing address**
ROBERT SPECTOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00        **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1683** | **Priority creditor's name and mailing address**
ROBERT WATLINGTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,525.92        **Priority amount** $1,525.92

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | | Case number (if known): **19-11468** |
|---|---|---|
| | St. Christopher's Healthcare, LLC | |

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1684** Priority creditor's name and mailing address
ROBERTA LAGUERRE-FREDERIQUE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,134.46    **Priority amount** $6,134.46

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1685** Priority creditor's name and mailing address
ROBIN CAPECCI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1686** Priority creditor's name and mailing address
ROBIN SHANDS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,533.16    **Priority amount** $1,533.16

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1687** Priority creditor's name and mailing address
ROBIN THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $11,903.55    **Priority amount** $11,903.55

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1688** Priority creditor's name and mailing address
ROCHELLE THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,004.56    **Priority amount** $1,004.56

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1689** Priority creditor's name and mailing address
RODNEY BURTON II
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,054.63    **Priority amount** $1,054.63

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1690** Priority creditor's name and mailing address
ROMA RAJPUT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,226.91    **Priority amount** $3,226.91

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1691** Priority creditor's name and mailing address
ROMAN GLEYZER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,101.50    **Priority amount** $2,101.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1692** Priority creditor's name and mailing address
ROMELLE PEEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,070.67**    **$2,070.67**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1693** Priority creditor's name and mailing address
RONA ABDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,350.96**    **$3,350.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1694** Priority creditor's name and mailing address
RONALD WHITE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$442.71**    **$442.71**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1695** Priority creditor's name and mailing address
RONETTE ROGERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,967.23**    **$2,967.23**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1696** | **Priority creditor's name and mailing address**
RONI THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$960.00**    Priority amount **$960.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1697** | **Priority creditor's name and mailing address**
ROSA DELGADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$1,692.14**    Priority amount **$1,692.14**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1698** | **Priority creditor's name and mailing address**
ROSALEE CARTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$73.36**    Priority amount **$73.36**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1699** | **Priority creditor's name and mailing address**
ROSCHANAK MOSSABEB
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim **$13,650.00**    Priority amount **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1700** | **Priority creditor's name and mailing address**
ROSELEE JONES
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $8,954.33        **Priority amount** $8,954.33

---

**2.1701** | **Priority creditor's name and mailing address**
ROSETTA DENNIS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $13,650.00        **Priority amount** $13,650.00

---

**2.1702** | **Priority creditor's name and mailing address**
ROSINE BAKER-GILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $1,484.17        **Priority amount** $1,484.17

---

**2.1703** | **Priority creditor's name and mailing address**
ROSITA QUINTANA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $3,284.02        **Priority amount** $3,284.02

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1704** **Priority creditor's name and mailing address**
ROSLYN THOMAS-DEVINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $4,378.11    Priority amount: $4,378.11

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1705** **Priority creditor's name and mailing address**
ROY SCHWARTZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00    Priority amount: $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1706** **Priority creditor's name and mailing address**
RUDOLPH LAULETTA JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,750.57    Priority amount: $3,750.57

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1707** **Priority creditor's name and mailing address**
RUTH ADAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00    Priority amount: $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1708** Priority creditor's name and mailing address
RUTH FFRENCH GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,284.52    $1,284.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1709** Priority creditor's name and mailing address
RYAN WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is: $6,480.75    $6,480.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1710** Priority creditor's name and mailing address
SABRINA DAVILA
ADDRESS REDACTED

As of the petition filing date, the claim is: $683.13    $683.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1711** Priority creditor's name and mailing address
SAKURA IRVING
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,227.40    $2,227.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1712**  Priority creditor's name and mailing address
SALIMATA DOUMBIA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,949.56**    **$6,949.56**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1713**  Priority creditor's name and mailing address
SALLY LESHER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,788.00**    **$3,788.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1714**  Priority creditor's name and mailing address
SAM MOORE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$8,232.29**    **$8,232.29**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1715**  Priority creditor's name and mailing address
SAMANTHA ALLMOND
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$3,403.90**    **$3,403.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1716** Priority creditor's name and mailing address
SAMANTHA BOYLE
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$8,812.04**     **$8,812.04**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1717** Priority creditor's name and mailing address
SAMANTHA CRAIG
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,769.60**     **$1,769.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1718** Priority creditor's name and mailing address
SAMANTHA PAGLINCO
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$2,303.98**     **$2,303.98**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1719** Priority creditor's name and mailing address
SAMANTHA TARSIA
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,787.06**     **$3,787.06**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name   St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1720** Priority creditor's name and mailing address
SAMANTHA VALENTINO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,638.72          $1,638.72
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1721** Priority creditor's name and mailing address
SAMINA MUNEERUDDIN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,255.63          $10,255.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1722** Priority creditor's name and mailing address
SAMIRA SALEH
ADDRESS REDACTED

As of the petition filing date, the claim is:          $3,485.00          $3,485.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1723** Priority creditor's name and mailing address
SAMUEL CROSS-KNORR
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,466.76          $2,466.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1724** | Priority creditor's name and mailing address
SAMUEL EWUSIE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   | $304.18 | $304.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1725** | Priority creditor's name and mailing address
SAMUEL MAYES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   | $2,772.23 | $2,772.23

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1726** | Priority creditor's name and mailing address
SAMUEL NG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   | $7,580.52 | $7,580.52

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1727** | Priority creditor's name and mailing address
SANDRA DILL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   | $8,587.39 | $8,587.39

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC      Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1728**   **Priority creditor's name and mailing address**
SANDRA FOXX
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$4,603.89**    Priority amount: **$4,603.89**

---

**2.1729**   **Priority creditor's name and mailing address**
SANDRA JIMENEZ GIRALDO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$2,562.34**    Priority amount: **$2,562.34**

---

**2.1730**   **Priority creditor's name and mailing address**
SANDRA MACHADO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$2,565.51**    Priority amount: **$2,565.51**

---

**2.1731**   **Priority creditor's name and mailing address**
SANDRA MCCARTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$3,569.05**    Priority amount: **$3,569.05**

---

Debtor Name     **St. Christopher's Healthcare, LLC**     Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1732** | **Priority creditor's name and mailing address**
SANDRA PETERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$1,557.50**    Priority amount: **$1,557.50**

---

**2.1733** | **Priority creditor's name and mailing address**
SANDRA RODRIGUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$7,688.53**    Priority amount: **$7,688.53**

---

**2.1734** | **Priority creditor's name and mailing address**
SANDRA TORRES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$2,044.14**    Priority amount: **$2,044.14**

---

**2.1735** | **Priority creditor's name and mailing address**
SARA BENEDICT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Total claim: **$3,602.98**    Priority amount: **$3,602.98**

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1736** Priority creditor's name and mailing address
SARA COLE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $13,650.00    Priority amount: $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1737** Priority creditor's name and mailing address
SARA DANIEL
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,570.96    Priority amount: $2,570.96

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1738** Priority creditor's name and mailing address
SARA HEDGES
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $327.75    Priority amount: $327.75

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1739** Priority creditor's name and mailing address
SARA KIETZMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $5,556.64    Priority amount: $5,556.64

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1740** | **Priority creditor's name and mailing address**
SARA MCGUIRE
ADDRESS REDACTED

**$4,502.67**      **$4,502.67**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1741** | **Priority creditor's name and mailing address**
SARA RICCI
ADDRESS REDACTED

**$7,236.26**      **$7,236.26**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1742** | **Priority creditor's name and mailing address**
SARA SMITH
ADDRESS REDACTED

**$13,650.00**      **$13,650.00**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1743** | **Priority creditor's name and mailing address**
SARAH ALOISE
ADDRESS REDACTED

**$6,392.21**      **$6,392.21**

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1744** Priority creditor's name and mailing address
SARAH BURNS
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$13,184.27**    **$13,184.27**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1745** Priority creditor's name and mailing address
SARAH GARLAND
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,680.00**    **$2,680.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1746** Priority creditor's name and mailing address
SARAH GREWAL
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$2,466.76**    **$2,466.76**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1747** Priority creditor's name and mailing address
SARAH JENNINGS
ADDRESS REDACTED

As of the petition filing date, the claim is:  **$4,824.38**    **$4,824.38**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1748** **Priority creditor's name and mailing address**
SARAH KAUPER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,748.40    **Priority amount** $4,748.40

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1749** **Priority creditor's name and mailing address**
SARAH KAZARNOWICZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,015.28    **Priority amount** $4,015.28

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1750** **Priority creditor's name and mailing address**
SARAH LOMBARDI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,799.45    **Priority amount** $2,799.45

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1751** **Priority creditor's name and mailing address**
SARAH LONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00    **Priority amount** $13,650.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1752** Priority creditor's name and mailing address
SARAH LOWRY
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,387.24    **Priority amount** $2,387.24

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1753** Priority creditor's name and mailing address
SARAH MORRIS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$4,028.69    $4,028.69

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1754** Priority creditor's name and mailing address
SARAH SPENGLER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$2,621.52    $2,621.52

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1755** Priority creditor's name and mailing address
SARANYA CHINNAPPAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

$13,650.00    $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,975.86 | $1,975.86 |
|---|---|---|---|---|

SCOTT NELSON
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| 2.1757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,303.98 | $2,303.98 |
|---|---|---|---|---|

SCOTT OH
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| 2.1758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

SEAN CIULLO
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| 2.1759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,228.64 | $5,228.64 |
|---|---|---|---|---|

SEAN STUART
ADDRESS REDACTED

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1760** Priority creditor's name and mailing address
SEEMA RANI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,474.55    $13,474.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1761** Priority creditor's name and mailing address
SHADERA STANCIL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,984.50    $1,984.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1762** Priority creditor's name and mailing address
SHADI MALAEB
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1763** Priority creditor's name and mailing address
SHAJIMON GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $432.00    $432.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1764** Priority creditor's name and mailing address
SHAMEKA SHELTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,951.73    $1,951.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1765** Priority creditor's name and mailing address
SHANEASE MAYO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,336.18    $5,336.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1766** Priority creditor's name and mailing address
SHANELL DOZIER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $845.46    $845.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1767** Priority creditor's name and mailing address
SHANEY PRESSLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,821.98    $5,821.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name     St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1768** Priority creditor's name and mailing address
SHANI KLEIN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,542.24     $3,542.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1769** Priority creditor's name and mailing address
SHANI THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,989.35     $1,989.35
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1770** Priority creditor's name and mailing address
SHANITA MINOR
ADDRESS REDACTED

As of the petition filing date, the claim is:     $330.75     $330.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1771** Priority creditor's name and mailing address
SHANNA NEJMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     $2,614.98     $2,614.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1772** | **Priority creditor's name and mailing address**
SHANNA ZENGOLEWICZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,200.00**    **$1,200.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1773** | **Priority creditor's name and mailing address**
SHANNON BOYD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,365.86**    **$2,365.86**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1774** | **Priority creditor's name and mailing address**
SHANNON DON-MENNEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,670.72**    **$5,670.72**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1775** | **Priority creditor's name and mailing address**
SHANNON DOOGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,135.05**    **$4,135.05**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.1776** Priority creditor's name and mailing address
SHANNON MEGELLA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,132.81      **Priority amount** $7,132.81

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1777** Priority creditor's name and mailing address
SHANNON PEREIRA
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,065.96      **Priority amount** $5,065.96

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1778** Priority creditor's name and mailing address
SHANNON SAFIER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00      **Priority amount** $13,650.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1779** Priority creditor's name and mailing address
SHANTE SIZER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,512.07      **Priority amount** $1,512.07

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1780** **Priority creditor's name and mailing address**
SHAQUANNA ZEIGLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $929.57   $929.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1781** **Priority creditor's name and mailing address**
SHARAE HUNTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $3,859.25   $3,859.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1782** **Priority creditor's name and mailing address**
SHARDAE VAUGHN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $2,692.30   $2,692.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1783** **Priority creditor's name and mailing address**
SHAREEFAH HALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $1,506.00   $1,506.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1784** **Priority creditor's name and mailing address**
SHAREEN KELLY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $12,091.38    $12,091.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1785** **Priority creditor's name and mailing address**
SHARI ORENSTEIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,303.98    $2,303.98
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1786** **Priority creditor's name and mailing address**
SHARIFAH WILSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,305.18    $8,305.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1787** **Priority creditor's name and mailing address**
SHARON BISHOP
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,545.13    $7,545.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| | | **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.1788** | Priority creditor's name and mailing address
SHARON BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10,334.04    $10,334.04
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1789** | Priority creditor's name and mailing address
SHARON CALAMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1790** | Priority creditor's name and mailing address
SHARON DOOLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1791** | Priority creditor's name and mailing address
SHARON LEONARDO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,420.21    $6,420.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1792** | Priority creditor's name and mailing address
SHARON MUNGER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$6,325.79**   **$6,325.79**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1793** | Priority creditor's name and mailing address
SHARON O'BRIEN
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$840.50**   **$840.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1794** | Priority creditor's name and mailing address
SHARON RAY
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$6,628.26**   **$6,628.26**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1795** | Priority creditor's name and mailing address
SHARON SCOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$5,346.05**   **$5,346.05**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- | --- |

**2.1796**  Priority creditor's name and mailing address
SHARON SIMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,750.36   **Priority amount** $2,750.36

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1797**  Priority creditor's name and mailing address
SHARON WERTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,662.35   **Priority amount** $4,662.35

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1798**  Priority creditor's name and mailing address
SHARONN JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,461.22   **Priority amount** $1,461.22

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1799**  Priority creditor's name and mailing address
SHARYU KRISHNAKUMAR
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,387.24   **Priority amount** $2,387.24

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1800** Priority creditor's name and mailing address
SHAUNA CHERRY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,284.99** **$1,284.99**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1801** Priority creditor's name and mailing address
SHAWN CATLOW-SIDLER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$3,197.52** **$3,197.52**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1802** Priority creditor's name and mailing address
SHAWN FOLEY
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,700.13** **$2,700.13**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1803** Priority creditor's name and mailing address
SHAWN ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,417.23** **$2,417.23**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1804** Priority creditor's name and mailing address
SHAY TOLBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,953.40**     **$1,953.40**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1805** Priority creditor's name and mailing address
SHAYNA DOOLING
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,787.24**     **$3,787.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1806** Priority creditor's name and mailing address
SHEANEE BENTLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$1,540.31**     **$1,540.31**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1807** Priority creditor's name and mailing address
SHEELA SAJAN
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$5,557.50**     **$5,557.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name      St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1808** Priority creditor's name and mailing address
SHEENA GLENN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,771.84      $2,771.84

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1809** Priority creditor's name and mailing address
SHEENEA SMALL
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,449.62      $1,449.62

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1810** Priority creditor's name and mailing address
SHEILA GILMORE
ADDRESS REDACTED

As of the petition filing date, the claim is:      $8,471.16      $8,471.16

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1811** Priority creditor's name and mailing address
SHEILA LINDINGER
ADDRESS REDACTED

As of the petition filing date, the claim is:      $3,520.40      $3,520.40

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1812** Priority creditor's name and mailing address
SHEILA SUSCAVAGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,127.51**    **$13,127.51**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1813** Priority creditor's name and mailing address
SHEILA SYKES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,834.74**    **$2,834.74**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1814** Priority creditor's name and mailing address
SHEILA VALENTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,100.48**    **$2,100.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1815** Priority creditor's name and mailing address
SHELLEY BOLDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,554.24**    **$1,554.24**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1816** Priority creditor's name and mailing address
SHELLEY DAILEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,792.72**    **$4,792.72**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1817** Priority creditor's name and mailing address
SHENA SULLIVAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,658.92**    **$2,658.92**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1818** Priority creditor's name and mailing address
SHEREEN KAZI-MUDASIR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1819** Priority creditor's name and mailing address
SHERIDA DORSEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$659.48**    **$659.48**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1820** Priority creditor's name and mailing address
SHERIL GEORGE
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,551.85     Priority amount: $1,551.85

---

**2.1821** Priority creditor's name and mailing address
SHERITA CONNORS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,382.00     Priority amount: $3,382.00

---

**2.1822** Priority creditor's name and mailing address
SHERRIE SINGLETON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $821.99     Priority amount: $821.99

---

**2.1823** Priority creditor's name and mailing address
SHERRY NUGENT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $924.00     Priority amount: $924.00

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1824** **Priority creditor's name and mailing address**
SHIDIAH ALFORD-JACKSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$804.66**    Priority amount: **$804.66**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1825** **Priority creditor's name and mailing address**
SHONA BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$865.65**    Priority amount: **$865.65**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1826** **Priority creditor's name and mailing address**
SHUPING GE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$13,650.00**    Priority amount: **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1827** **Priority creditor's name and mailing address**
SHYDIA ROBINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$434.50**    Priority amount: **$434.50**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**    **Additional Page**

---

**2.1828** Priority creditor's name and mailing address
SHYNEL MITCHELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,295.94**    **$1,295.94**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1829** Priority creditor's name and mailing address
SILVANA KORBAJ BARRERA
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,771.64**    **$2,771.64**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1830** Priority creditor's name and mailing address
SINEM SAKARCAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,995.18**    **$2,995.18**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1831** Priority creditor's name and mailing address
SIOBHAN KERR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$9,600.99**    **$9,600.99**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.1832** Priority creditor's name and mailing address
SONAL GOENKA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $13,650.00    Priority amount $13,650.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1833** Priority creditor's name and mailing address
SONIA JOHN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $2,387.24    Priority amount $2,387.24

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1834** Priority creditor's name and mailing address
SONIKA SHAH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $2,303.98    Priority amount $2,303.98

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1835** Priority creditor's name and mailing address
SOPHIA ADAMES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $1,593.68    Priority amount $1,593.68

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1836** Priority creditor's name and mailing address
SOPHIA BAIG
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$3,910.05**     **$3,910.05**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1837** Priority creditor's name and mailing address
SOPHONY SIME
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$4,154.40**     **$4,154.40**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1838** Priority creditor's name and mailing address
SRUTHI POLAVARAPU
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$13,650.00**     **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1839** Priority creditor's name and mailing address
STACEY GAMILS
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$646.10**     **$646.10**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1840**  Priority creditor's name and mailing address
STACEY MONTEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$2,376.88**      **$2,376.88**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1841**  Priority creditor's name and mailing address
STACY ELLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$10,536.46**      **$10,536.46**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1842**  Priority creditor's name and mailing address
STACY FALK
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$2,308.80**      **$2,308.80**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.1843**  Priority creditor's name and mailing address
STACY GREEN
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$3,349.74**      **$3,349.74**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1844** Priority creditor's name and mailing address
STACY PERRY
ADDRESS REDACTED

As of the petition filing date, the claim is: $5,384.64    $5,384.64
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1845** Priority creditor's name and mailing address
STACYANN SEGREE
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,134.46    $2,134.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1846** Priority creditor's name and mailing address
STANLEY BACHAN
ADDRESS REDACTED

As of the petition filing date, the claim is: $8,255.70    $8,255.70
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1847** Priority creditor's name and mailing address
STANLEY CACCIA
ADDRESS REDACTED

As of the petition filing date, the claim is: $3,751.47    $3,751.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1848**  Priority creditor's name and mailing address
STEPHANIE CURTIS
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $4,191.88   **Priority amount:** $4,191.88

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1849**  Priority creditor's name and mailing address
STEPHANIE FERRETTI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $6,377.23   **Priority amount:** $6,377.23

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1850**  Priority creditor's name and mailing address
STEPHANIE JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $4,916.50   **Priority amount:** $4,916.50

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1851**  Priority creditor's name and mailing address
STEPHANIE LINT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim:** $3,608.58   **Priority amount:** $3,608.58

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1852** Priority creditor's name and mailing address
STEPHANIE MAZZO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $10,995.30          $10,995.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1853** Priority creditor's name and mailing address
STEPHANIE MINTON
ADDRESS REDACTED

As of the petition filing date, the claim is:          $632.14          $632.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1854** Priority creditor's name and mailing address
STEPHANIE PRZEWOZNIK
ADDRESS REDACTED

As of the petition filing date, the claim is:          $12,470.37          $12,470.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1855** Priority creditor's name and mailing address
STEPHANIE RAMOS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,787.79          $1,787.79
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1856**  Priority creditor's name and mailing address
STEPHANIE SOSA-MARCHESE
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$90.63**    Priority amount **$90.63**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1857**  Priority creditor's name and mailing address
STEPHANIE TROST
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$2,375.52**    Priority amount **$2,375.52**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1858**  Priority creditor's name and mailing address
STEPHANIE VAHLSING
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$2,452.00**    Priority amount **$2,452.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1859**  Priority creditor's name and mailing address
STEPHANIE ZACHARIAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    Total claim **$4,204.37**    Priority amount **$4,204.37**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1860**    Priority creditor's name and mailing address
STEPHEN JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,923.30    **Priority amount** $2,923.30

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1861**    Priority creditor's name and mailing address
STEVEN SCHMIDT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,191.99    **Priority amount** $2,191.99

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1862**    Priority creditor's name and mailing address
STHEFANY JAQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $116.00    **Priority amount** $116.00

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1863**    Priority creditor's name and mailing address
STUART LEVIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,918.71    **Priority amount** $4,918.71

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1864** Priority creditor's name and mailing address
SUDIP SHETH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,754.96    $2,754.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1865** Priority creditor's name and mailing address
SUE MOYER HARASINK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1866** Priority creditor's name and mailing address
SUGER MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,025.95    $3,025.95
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1867** Priority creditor's name and mailing address
SUJUNG KIM
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,995.18    $2,995.18
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.1868** Priority creditor's name and mailing address
SUMODH NELLIKALA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,623.52    $5,623.52
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1869** Priority creditor's name and mailing address
SUNILA THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,356.21    $2,356.21
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1870** Priority creditor's name and mailing address
SUSAN CAMIEL-SANTIAGO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,686.48    $2,686.48
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1871** Priority creditor's name and mailing address
SUSAN COLGAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,513.06    $3,513.06
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1872** | **Priority creditor's name and mailing address**
SUSAN CONLEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$9,173.08**        **$9,173.08**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1873** | **Priority creditor's name and mailing address**
SUSAN FANOK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$5,963.47**        **$5,963.47**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1874** | **Priority creditor's name and mailing address**
SUSAN FINN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$13,650.00**        **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1875** | **Priority creditor's name and mailing address**
SUSAN MARTINEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**$7,500.60**        **$7,500.60**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1876** Priority creditor's name and mailing address
SUSAN MCINERNEY
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$6,983.13**           **$6,983.13**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1877** Priority creditor's name and mailing address
SUSAN NEDBAL
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$13,650.00**           **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1878** Priority creditor's name and mailing address
SUSAN SCHMIDT
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$11,682.69**           **$11,682.69**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

---

**2.1879** Priority creditor's name and mailing address
SUSAN VERDECCHIA
ADDRESS REDACTED

As of the petition filing date, the claim is:           **$5,058.42**           **$5,058.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4     )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1880** Priority creditor's name and mailing address
SUSAN WHITE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,624.00                    $2,624.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1881** Priority creditor's name and mailing address
SUSANA SOLAIMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $13,650.00                    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1882** Priority creditor's name and mailing address
SUSANNE DANNERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $7,833.76                    $7,833.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1883** Priority creditor's name and mailing address
SUSETTE MARTINEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,134.63                    $1,134.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1884** Priority creditor's name and mailing address
SUZANNE SWIFT
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$7,096.55**    **$7,096.55**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1885** Priority creditor's name and mailing address
SUZANNE TOUCH
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$13,650.00**    **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1886** Priority creditor's name and mailing address
SUZETTE ROLLS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$135.75**    **$135.75**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1887** Priority creditor's name and mailing address
SUZINANDA INACIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,845.08**    **$1,845.08**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1888** Priority creditor's name and mailing address
SVETLANA HAREL
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$4,502.67**          **$4,502.67**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1889** Priority creditor's name and mailing address
SVETLANA LVOVICH DO FAAP
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$6,211.08**          **$6,211.08**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1890** Priority creditor's name and mailing address
SWATI CHANCHANI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$4,502.67**          **$4,502.67**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1891** Priority creditor's name and mailing address
SWATI OZA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    **$13,650.00**          **$13,650.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1892** Priority creditor's name and mailing address
SWETHA MADHAVARAPU
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.1893** Priority creditor's name and mailing address
SWOSTI JOSHI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $12,514.49    Priority amount: $12,514.49

---

**2.1894** Priority creditor's name and mailing address
TABLICA ALI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $112.38    Priority amount: $112.38

---

**2.1895** Priority creditor's name and mailing address
TAHARAH JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $1,159.01    Priority amount: $1,159.01

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    474 of 729

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |

**2.1896** Priority creditor's name and mailing address
TAI VUONG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,979.82    $3,979.82

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1897** Priority creditor's name and mailing address
TAINA ROMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,375.09    $3,375.09

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1898** Priority creditor's name and mailing address
TAM CAO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,718.08    $1,718.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1899** Priority creditor's name and mailing address
TAMAR FLEISCHER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $480.00    $480.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name  **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1900** | **Priority creditor's name and mailing address**
TAMARA CRAIG-HARRELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$4,573.27**    Priority amount **$4,573.27**

---

**2.1901** | **Priority creditor's name and mailing address**
TAMARA HENDERSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$12,813.09**    Priority amount **$12,813.09**

---

**2.1902** | **Priority creditor's name and mailing address**
TAMARA LIVELY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$267.75**    Priority amount **$267.75**

---

**2.1903** | **Priority creditor's name and mailing address**
TAMARA SCHALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim **$1,997.68**    Priority amount **$1,997.68**

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1904** Priority creditor's name and mailing address
TAMARA STANLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,153.61   **Priority amount** $1,153.61

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1905** Priority creditor's name and mailing address
TAMARA STRATHIE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,407.13   **Priority amount** $3,407.13

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1906** Priority creditor's name and mailing address
TAMICA WARRICK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,269.23   **Priority amount** $2,269.23

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1907** Priority creditor's name and mailing address
TAMIKA CHOI
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,395.19   **Priority amount** $2,395.19

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| **Part 1:** | Additional Page |

| | | **Total claim** | **Priority amount** |

**2.1908** Priority creditor's name and mailing address
TAMIKA TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$264.00**   **$264.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1909** Priority creditor's name and mailing address
TAMMY MCHALE
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,261.60**   **$3,261.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1910** Priority creditor's name and mailing address
TAMMY MENGEL
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,980.34**   **$1,980.34**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1911** Priority creditor's name and mailing address
TANASHA MITCHELL
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$147.60**   **$147.60**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1912** Priority creditor's name and mailing address
TANAYA MINOR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,105.20**   **$1,105.20**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1913** Priority creditor's name and mailing address
TANYA THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is: **$625.00**   **$625.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1914** Priority creditor's name and mailing address
TARA IYENGAR
ADDRESS REDACTED

As of the petition filing date, the claim is: **$4,066.59**   **$4,066.59**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1915** Priority creditor's name and mailing address
TARA JACKSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,370.90**   **$1,370.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1916** Priority creditor's name and mailing address
TASHARY SANTOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,326.00    $1,326.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1917** Priority creditor's name and mailing address
TAYLOR QUIRK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,564.45    $1,564.45
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1918** Priority creditor's name and mailing address
TAYLOR WHEATON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,607.96    $4,607.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1919** Priority creditor's name and mailing address
TEENA DAVIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,960.00    $1,960.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name      **St. Christopher's Healthcare, LLC**                 Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1920** | **Priority creditor's name and mailing address**
TENEKA DONATIEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $1,809.92          $1,809.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1921** | **Priority creditor's name and mailing address**
TENISHA WALLACE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $3,113.25          $3,113.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1922** | **Priority creditor's name and mailing address**
TERENCE PETERSON JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $918.22          $918.22
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1923** | **Priority creditor's name and mailing address**
TERESA COSTANZO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $3,988.27          $3,988.27
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

## Part 1:   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1924** Priority creditor's name and mailing address
TERESA GRACE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,116.00  **Priority amount** $4,116.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1925** Priority creditor's name and mailing address
TERESA STURGIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,613.30  **Priority amount** $2,613.30

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1926** Priority creditor's name and mailing address
TERRANCE CLARK
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $8,315.92  **Priority amount** $8,315.92

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1927** Priority creditor's name and mailing address
TERRELL TOLBERT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $3,538.40  **Priority amount** $3,538.40

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:    Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1928** Priority creditor's name and mailing address
TERRENCE DANIELS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $895.88          $895.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1929** Priority creditor's name and mailing address
TERRILYN RYNKIEWICZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $4,780.63        $4,780.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1930** Priority creditor's name and mailing address
TERRY DERBY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $7,706.44        $7,706.44
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1931** Priority creditor's name and mailing address
TERRY LEACH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $3,370.00        $3,370.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

Debtor Name     St. Christopher's Healthcare, LLC                          Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |

**2.1932** Priority creditor's name and mailing address
TERRY RAYMOND JR
ADDRESS REDACTED

As of the petition filing date, the claim is:                   $6,939.54                 $6,939.54

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No

Specify Code subsection of PRIORITY unsecured           [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1933** Priority creditor's name and mailing address
TERRY SAYBOLT
ADDRESS REDACTED

As of the petition filing date, the claim is:                   $5,887.91                 $5,887.91

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No

Specify Code subsection of PRIORITY unsecured           [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1934** Priority creditor's name and mailing address
TESHONA NATHANIEL
ADDRESS REDACTED

As of the petition filing date, the claim is:                   $1,613.49                 $1,613.49

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No

Specify Code subsection of PRIORITY unsecured           [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1935** Priority creditor's name and mailing address
TETIANA MURRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:                   $6,937.05                 $6,937.05

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

[✓] No

Specify Code subsection of PRIORITY unsecured           [ ] Yes
claim: 11 U.S.C. § 507(a) ( 4        )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1936** Priority creditor's name and mailing address
THERESA AKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,148.13    $1,148.13
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1937** Priority creditor's name and mailing address
THERESA BAIN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $4,049.87    $4,049.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1938** Priority creditor's name and mailing address
THERESA BERARDINUCCI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $592.25    $592.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.1939** Priority creditor's name and mailing address
THERESA DIBENEDETTO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,333.32    $5,333.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | Total claim | Priority amount |
|---|---|---|

---

**2.1940**   Priority creditor's name and mailing address
THERESA GIBBONS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $8,186.40      $8,186.40
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1941**   Priority creditor's name and mailing address
THERESA MARINO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $5,123.57      $5,123.57
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1942**   Priority creditor's name and mailing address
THERESA MORAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      $5,291.05      $5,291.05
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.1943**   Priority creditor's name and mailing address
THERESA PALUMBO
ADDRESS REDACTED

As of the petition filing date, the claim is:      $13,650.00      $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.1944** | Priority creditor's name and mailing address
THERESA SANTIAGO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$1,272.75**   **$1,272.75**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1945** | Priority creditor's name and mailing address
THERESA WELGS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$4,200.28**   **$4,200.28**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1946** | Priority creditor's name and mailing address
THOMAS ARCHUT
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$3,575.29**   **$3,575.29**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1947** | Priority creditor's name and mailing address
THOMAS HARKANSON
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$4,649.03**   **$4,649.03**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1948** Priority creditor's name and mailing address
THOMAS KEAL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,339.45
Priority amount: $1,339.45

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1949** Priority creditor's name and mailing address
TIFFANY BAZEMORE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $1,010.24
Priority amount: $1,010.24

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1950** Priority creditor's name and mailing address
TIFFANY HAMILL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $2,908.58
Priority amount: $2,908.58

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1951** Priority creditor's name and mailing address
TIFFANY LOVETT
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: $3,039.98
Priority amount: $3,039.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1952** Priority creditor's name and mailing address
TIFFANY MCLAUGHLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,617.38          $1,617.38
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1953** Priority creditor's name and mailing address
TIFFANY MOODY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,285.50          $1,285.50
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1954** Priority creditor's name and mailing address
TIFFANY WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,258.88          $1,258.88
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.1955** Priority creditor's name and mailing address
TIMIKA SAVAGE
ADDRESS REDACTED

As of the petition filing date, the claim is:          $5,934.16          $5,934.16
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1956** Priority creditor's name and mailing address
TIMOTHY JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $6,533.67    **Priority amount** $6,533.67

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1957** Priority creditor's name and mailing address
TIMOTHY KLOUDA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $4,204.37    **Priority amount** $4,204.37

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1958** Priority creditor's name and mailing address
TINA MANGLE
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $7,929.45    **Priority amount** $7,929.45

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1959** Priority creditor's name and mailing address
TINA NOLL
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $9,060.83    **Priority amount** $9,060.83

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:** Additional Page

|  | Total claim | Priority amount |
|---|---|---|

**2.1960** Priority creditor's name and mailing address
TINAMARIE LUYANDO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $348.57   **Priority amount** $348.57

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1961** Priority creditor's name and mailing address
TONI WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $12,409.28   **Priority amount** $12,409.28

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1962** Priority creditor's name and mailing address
TONITHIA GILLIAM
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,460.92   **Priority amount** $2,460.92

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1963** Priority creditor's name and mailing address
TONJA LANIER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,997.80   **Priority amount** $2,997.80

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1964** Priority creditor's name and mailing address
TONY RIOS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $8,154.59    **Priority amount** $8,154.59

---

**2.1965** Priority creditor's name and mailing address
TONYA WATSON
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $1,568.41    **Priority amount** $1,568.41

---

**2.1966** Priority creditor's name and mailing address
TORIA HEWITT
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $2,045.63    **Priority amount** $2,045.63

---

**2.1967** Priority creditor's name and mailing address
TRACEY STACKHOUSE
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[X] No
[ ] Yes

**Total claim** $4,723.18    **Priority amount** $4,723.18

Debtor Name        **St. Christopher's Healthcare, LLC**        Case number (if known): **19-11468**

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1968**  **Priority creditor's name and mailing address**
TRACI ARNOLD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: **$246.00**    Priority amount: **$246.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1969**  **Priority creditor's name and mailing address**
TRACY CHRISTMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: **$1,634.88**    Priority amount: **$1,634.88**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1970**  **Priority creditor's name and mailing address**
TRACY DOLL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: **$7,754.31**    Priority amount: **$7,754.31**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1971**  **Priority creditor's name and mailing address**
TRACY GERLACH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    Total claim: **$6,813.31**    Priority amount: **$6,813.31**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1972**  **Priority creditor's name and mailing address**
TRACY LOW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,541.68    $8,541.68
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1973**  **Priority creditor's name and mailing address**
TRICIA HAYES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $8,282.91    $8,282.91
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1974**  **Priority creditor's name and mailing address**
TYEISHA ROBINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,837.32    $1,837.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1975**  **Priority creditor's name and mailing address**
TYMERE BATES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,094.89    $1,094.89
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|

**2.1976** | Priority creditor's name and mailing address
TYNISHA MCCALL-ROZIER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,147.50**    **$1,147.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1977** | Priority creditor's name and mailing address
TYQUITA LANCASTER
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,496.44**    **$1,496.44**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1978** | Priority creditor's name and mailing address
TYRA FERGERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,674.91**    **$1,674.91**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.1979** | Priority creditor's name and mailing address
UHURA RUSS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,870.08**    **$5,870.08**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1980**  Priority creditor's name and mailing address
UMEKA MITCHELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,769.24**    **$5,769.24**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1981**  Priority creditor's name and mailing address
UZMA SHARIF
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$5,866.49**    **$5,866.49**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1982**  Priority creditor's name and mailing address
V CAMILLE SOLIS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,498.80**    **$6,498.80**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1983**  Priority creditor's name and mailing address
VALENTINA ALMANZAR
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,503.33**    **$1,503.33**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1984** Priority creditor's name and mailing address
VALERIE DANIELS
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,459.52    **Priority amount** $2,459.52

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1985** Priority creditor's name and mailing address
VALERIE KEPPLEY HOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $11,256.65    **Priority amount** $11,256.65

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1986** Priority creditor's name and mailing address
VALERIE MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $1,438.94    **Priority amount** $1,438.94

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1987** Priority creditor's name and mailing address
VALERIE PANICKER
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $5,777.92    **Priority amount** $5,777.92

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1988** Priority creditor's name and mailing address
VANESSA ADDAI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $414.25          $414.25
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1989** Priority creditor's name and mailing address
VANESSA CASTILLO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,076.92        $2,076.92
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1990** Priority creditor's name and mailing address
VANESSA DOVER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $603.00          $603.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

---

**2.1991** Priority creditor's name and mailing address
VANESSA DURAND
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $7,028.78        $7,028.78
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4       )

Debtor Name     St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1992** Priority creditor's name and mailing address
VANESSA LOPEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$1,537.79**      **$1,537.79**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1993** Priority creditor's name and mailing address
VANESSA LOWERY
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$13,650.00**      **$13,650.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1994** Priority creditor's name and mailing address
VANESSA TORO
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$1,046.25**      **$1,046.25**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.1995** Priority creditor's name and mailing address
VANNESSA CHRISTIAN
ADDRESS REDACTED

As of the petition filing date, the claim is:      **$297.00**      **$297.00**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1996**

Priority creditor's name and mailing address
VATSALA RAMPRASAD
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $8,461.54    Priority amount: $8,461.54

---

**2.1997**

Priority creditor's name and mailing address
VEENA MATHEWS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $996.00    Priority amount: $996.00

---

**2.1998**

Priority creditor's name and mailing address
VENUS WILLIAMSON
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $1,843.77    Priority amount: $1,843.77

---

**2.1999**

Priority creditor's name and mailing address
VERA ROGERS LEWIS
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES AND OTHER COMPENSATION

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $3,607.36    Priority amount: $3,607.36

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2000** Priority creditor's name and mailing address
VERONICA COSTELLO
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $1,697.36    **Priority amount** $1,697.36

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2001** Priority creditor's name and mailing address
VERONICA PENA
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $116.00    **Priority amount** $116.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2002** Priority creditor's name and mailing address
VERONICA WEED
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $493.75    **Priority amount** $493.75

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2003** Priority creditor's name and mailing address
VERONYCA BULLOCK
ADDRESS REDACTED

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Total claim** $3,084.47    **Priority amount** $3,084.47

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2004** Priority creditor's name and mailing address
VERORE FERKO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,126.45**    Priority amount: **$2,126.45**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2005** Priority creditor's name and mailing address
VESTA SALEHI
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$6,764.15**    Priority amount: **$6,764.15**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2006** Priority creditor's name and mailing address
VICKI MAHAN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$7,117.13**    Priority amount: **$7,117.13**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2007** Priority creditor's name and mailing address
VICKY YANG
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$116.00**    Priority amount: **$116.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2008**  Priority creditor's name and mailing address
VICTORIA ANDREWS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$92.50**    **$92.50**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2009**  Priority creditor's name and mailing address
VICTORIA FLORES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$852.01**    **$852.01**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2010**  Priority creditor's name and mailing address
VICTORIA GANDARILLAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,303.98**    **$2,303.98**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2011**  Priority creditor's name and mailing address
VICTORIA SAMMON
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,516.31**    **$1,516.31**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**    Additional Page

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2012**   Priority creditor's name and mailing address
VIDHY BAINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $372.00     $372.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2013**   Priority creditor's name and mailing address
VIKTORIYA RYBALCHENKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $2,929.37     $2,929.37
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2014**   Priority creditor's name and mailing address
VILMARIS QUINONES CARDONA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $7,692.32     $7,692.32
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2015**   Priority creditor's name and mailing address
VINCENT COWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $3,167.20     $3,167.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |

|  | **Total claim** | **Priority amount** |

**2.2016** Priority creditor's name and mailing address
VINEET BHANDARI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2017** Priority creditor's name and mailing address
VINUTHA KADE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,203.73    $5,203.73
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2018** Priority creditor's name and mailing address
VIRGINIA LIVANOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $781.00    $781.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2019** Priority creditor's name and mailing address
VIRGINIA PANNAH
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,775.14    $7,775.14
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2020** Priority creditor's name and mailing address
VIRGINIA REBECK
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$4,327.70**    **$4,327.70**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2021** Priority creditor's name and mailing address
VLAHDIMIR MONTENEGRO
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$1,537.93**    **$1,537.93**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2022** Priority creditor's name and mailing address
WANDA HAMMONDS
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,489.29**    **$2,489.29**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2023** Priority creditor's name and mailing address
WANDA REYES
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$2,960.96**    **$2,960.96**

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name        **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.2024** Priority creditor's name and mailing address
WELLINGTON DAVIS III
ADDRESS REDACTED

As of the petition filing date, the claim is:            $11,644.08        $11,644.08

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

[✓] No
[ ] Yes

---

**2.2025** Priority creditor's name and mailing address
WENDELL SMITH JR
ADDRESS REDACTED

As of the petition filing date, the claim is:            $1,688.01        $1,688.01

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

[✓] No
[ ] Yes

---

**2.2026** Priority creditor's name and mailing address
WILFREDO RODRIGUEZ RIVERA
ADDRESS REDACTED

As of the petition filing date, the claim is:            $7,240.38        $7,240.38

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

[✓] No
[ ] Yes

---

**2.2027** Priority creditor's name and mailing address
WILLIAM BAIN
ADDRESS REDACTED

As of the petition filing date, the claim is:            $3,889.45        $3,889.45

[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account
number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

[✓] No
[ ] Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.2028** Priority creditor's name and mailing address
WILLIAM CHOI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13,650.00    $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2029** Priority creditor's name and mailing address
WILLIAM COLE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,164.46    $1,164.46
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2030** Priority creditor's name and mailing address
WILLIAM FILINUK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,113.63    $3,113.63
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.2031** Priority creditor's name and mailing address
WILLIAM HOCHGERTEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,562.34    $2,562.34
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2032** **Priority creditor's name and mailing address**
WILLIAM HOWE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $10,095.87          $10,095.87
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2033** **Priority creditor's name and mailing address**
WILMA APONTE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,404.31          $2,404.31
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2034** **Priority creditor's name and mailing address**
WING HUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $10,008.71          $10,008.71
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.2035** **Priority creditor's name and mailing address**
WINONA ALLEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,240.65          $2,240.65
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

Debtor Name      **St. Christopher's Healthcare, LLC**      Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2036** Priority creditor's name and mailing address
XIOMARA GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,556.03 / $1,556.03

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2037** Priority creditor's name and mailing address
YADIRA CASTRO
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,274.10 / $2,274.10

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2038** Priority creditor's name and mailing address
YADIRIS CZERNIAK
ADDRESS REDACTED

As of the petition filing date, the claim is: $13,650.00 / $13,650.00

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2039** Priority creditor's name and mailing address
YAINELY VEGA-ORTIZ
ADDRESS REDACTED

As of the petition filing date, the claim is: $76.13 / $76.13

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.2040** **Priority creditor's name and mailing address**
YAMUEL HERNANDEZ-RIVERA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,220.01**   Priority amount: **$1,220.01**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2041** **Priority creditor's name and mailing address**
YANICK VIBERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$13,650.00**   Priority amount: **$13,650.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2042** **Priority creditor's name and mailing address**
YAO FAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$2,160.00**   Priority amount: **$2,160.00**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.2043** **Priority creditor's name and mailing address**
YARITZA SANTIAGO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim: **$1,698.08**   Priority amount: **$1,698.08**

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES AND OTHER COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2044** Priority creditor's name and mailing address
YASHA RODRIGUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $348.00 | Priority amount $348.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2045** Priority creditor's name and mailing address
YASHASWINI RAO
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $3,609.68 | Priority amount $3,609.68

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2046** Priority creditor's name and mailing address
YASMINE SANTA
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $1,216.19 | Priority amount $1,216.19

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2047** Priority creditor's name and mailing address
YESENIA RODRIGUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Total claim $1,577.74 | Priority amount $1,577.74

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2048** Priority creditor's name and mailing address
YISROEL NOSKOW
ADDRESS REDACTED

As of the petition filing date, the claim is:          $2,387.24          $2,387.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2049** Priority creditor's name and mailing address
YOLANDA WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,038.75          $6,038.75
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2050** Priority creditor's name and mailing address
YURI SHEVCHENKO
ADDRESS REDACTED

As of the petition filing date, the claim is:          $13,650.00          $13,650.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2051** Priority creditor's name and mailing address
YVONNE WILLIAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $264.00          $264.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2052** Priority creditor's name and mailing address
ZACH KASSUTTO
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $13,650.00  **Priority amount** $13,650.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2053** Priority creditor's name and mailing address
ZACHARY MILLER
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,303.98  **Priority amount** $2,303.98

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2054** Priority creditor's name and mailing address
ZEBEDEE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $885.60  **Priority amount** $885.60

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2055** Priority creditor's name and mailing address
ZHIMENG JIN
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Total claim** $2,160.00  **Priority amount** $2,160.00

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2056** Priority creditor's name and mailing address
ZOE ARTZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $769.24          $769.24
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2057** Priority creditor's name and mailing address
ZOE WOOD
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $903.41          $903.41
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2058** Priority creditor's name and mailing address
ZORAIDA KONZELMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $9,268.11        $9,268.11
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2059** Priority creditor's name and mailing address
ZULAY GALVAN-ORTIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,388.55        $1,388.55
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES AND OTHER COMPENSATION

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
100 ACRE RANCH LLC
707 EASTON RD
WILLOW GROVE, PA 19090

**As of the petition filing date, the claim is:**                                    $4,996.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
A-DEC INC
P.O. BOX 842759
DALLAS, TX 75284

**As of the petition filing date, the claim is:**                                    $7,963.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
AARDVARK PEST MGMT INC
2921 CONCORD RD
ASTON, PA 19014

**As of the petition filing date, the claim is:**                                    $37,883.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
ABBOTT LABORATORIES INC
22400 NETWORK PL
CHICAGO, IL 60673-1224

**As of the petition filing date, the claim is:**                                    $205,125.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>ABBOTT NUTRITION<br>75 REMITTANCE DR, STE 1310<br>CHICAGO, IL 60675-1310 | **As of the petition filing date, the claim is:**    $136.98<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>ABBOTT VASCULAR INC<br>75 REMITTANCE DR, STE 1138<br>CHICAGO, IL 60675-1138 | **As of the petition filing date, the claim is:**    $156.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address**<br>ABLE PLUMBING SUPPLY CO INC<br>6815 GERMANTOWN AVE<br>PHILADELPHIA, PA 19119 | **As of the petition filing date, the claim is:**    $1,127.26<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address**<br>ACCLARENT INC<br>16888 COLLECTION CTR DR<br>CHICAGO, IL 60693-0168 | **As of the petition filing date, the claim is:**    $23,433.72<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

**3.9** **Nonpriority creditor's name and mailing address**
ACCURATE SURGICAL & SCIENTIFIC
300 SHAMES DR
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**  $271.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
ACCUVEIN LLC
DEPT CH 16850
PALATINE, IL 60055

**As of the petition filing date, the claim is:**  $804.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
ACHINTYA MOULICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $28,661.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
ACKERS HARDWARE INC
400 HUNTINGDON PIKE
ROCKLEDGE, PA 19046

**As of the petition filing date, the claim is:**  $1,368.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

|  |  | Amount of claim |
| --- | --- | --- |

**3.13** Nonpriority creditor's name and mailing address
ACTIVE MEDICAL INC
2200 B HUMMINGBIRD LN
HARRISBURG, PA 17112

As of the petition filing date, the claim is:    $1,120.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.14** Nonpriority creditor's name and mailing address
ACUMED
7995 COLLECTION CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $5,095.98
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.15** Nonpriority creditor's name and mailing address
ADMEDUS
P.O. BOX 860378
MINNEAPOLIS, MN 55486

As of the petition filing date, the claim is:    $13,883.37
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.16** Nonpriority creditor's name and mailing address
ADVANCED DOOR
P.O. BOX 641666
PITTSBURGH, PA 15264-1666

As of the petition filing date, the claim is:    $12,011.16
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**    Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.17**   **Nonpriority creditor's name and mailing address**
AESCULAP INC
P.O. BOX 780426
PHILADELPHIA, PA 19178-0426

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $17,612.11
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**   **Nonpriority creditor's name and mailing address**
AESCULAP INSTR
3773 CORPORATE PARKWAY
CENTER VALLEY, PA 18034

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $360.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**   **Nonpriority creditor's name and mailing address**
AETNA BETTER HEALTH
P.O. BOX 61445
PHOENIX, AZ 85082

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $387.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**   **Nonpriority creditor's name and mailing address**
AGILENT TECHNOLOGIES INC
4187 COLLECTIONS CTR DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $30,264.47
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**  List All Creditors with **NONPRIORITY** Unsecured Claims

Amount of claim

**3.21** | **Nonpriority creditor's name and mailing address**
AGILITI HEALTH INC
P.O. BOX 851313
MINNEAPOLIS, MN 55485-1313

**As of the petition filing date, the claim is:**  $4,021.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
AGUSTIN LEGIDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $5,753.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
AIRGAS INC
P.O. BOX 802576
CHICAGO, IL 60680-2576

**As of the petition filing date, the claim is:**  $32,020.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
AIRGAS MEDICAL
259 N RADNOR-CHESTER RD, STE 100
RADNOR, PA 19087

**As of the petition filing date, the claim is:**  $3,084.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.25**

**Nonpriority creditor's name and mailing address**
AJIT MAMMEN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,120.36

**3.26**

**Nonpriority creditor's name and mailing address**
ALANNA WILDGRUBE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.24

**3.27**

**Nonpriority creditor's name and mailing address**
ALBERT EINSTEIN MEDICAL CENTER
5501 OLD YORK RD
ATTN: GENERAL ACCOUNTING 2ND FLR
PHILADELPHIA, PA 19141

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$138,191.59

**3.28**

**Nonpriority creditor's name and mailing address**
ALCOM PRINTING GROUP INC
140 CHRISTOPHER LN
HARLEYSVILLE, PA 19438-2034

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,062.70

Debtor Name   **St. Christopher's Healthcare, LLC**   Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.29**

**Nonpriority creditor's name and mailing address**
ALCON LAB INC
P.O. BOX 677775
DALLAS, TX 75267-7775

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,974.32

**3.30**

**Nonpriority creditor's name and mailing address**
ALCON LABORATORIES INC/USE 1745
ALCON SURGICAL LAB
P.O. BOX 951260
DALLAS, TX 75395-1260

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$516.00

**3.31**

**Nonpriority creditor's name and mailing address**
ALERE INFORMATICS INC
P.O. BOX 845849
BOSTON, MA 02284-5849

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,685.76

**3.32**

**Nonpriority creditor's name and mailing address**
ALERE NORTH AMERICA INC
P.O. BOX 846153
BOSTON, MA 02284-6153

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,248.00

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.33** Nonpriority creditor's name and mailing address
ALEXANDER MANTEGHI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address
ALIMED INC
ACCOUNTS RECEIVABLE
P.O. BOX 206417
DALLAS, TX 75320

As of the petition filing date, the claim is:    $584.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address
ALIMED INC/206417
ACCOUNTS RECEIVABLE
P.O. BOX 206417
DALLAS, TX 75320

As of the petition filing date, the claim is:    $195.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address
ALISON CAREY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,004.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.37** | **Nonpriority creditor's name and mailing address**
ALISON GATTUSO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $12,791.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**
ALK ABELLO INC
7806 SOLUTION CTR
CHICAGO, IL 60677-7806

**As of the petition filing date, the claim is:**  $877.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
ALLERGAN USA INC
12975 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**  $2,806.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
ALLIANCE HEALTHCARE SVCS INC
P.O. BOX 96485
CHICAGO, IL 60693-6485

**As of the petition filing date, the claim is:**  $82,123.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with **NONPRIORITY** Unsecured Claims

Amount of claim

---

**3.41**

**Nonpriority creditor's name and mailing address**
ALLMED HEALTHCARE MANAGEMENT INC
111 SW 5TH AVE, STE 1400
PORTLAND, OR 97204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,606.50

---

**3.42**

**Nonpriority creditor's name and mailing address**
ALYSSA BRIGGS (MINOR)
C/O LAW OFFICES OF LEON AUSSPRUNG MD, LLC
ATTN: JAMES HOCKENBERRY, LEON AUSSPRUNG
1429 WALNUT ST, STE 300
PHILADELPHIA, PA 19102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.43**

**Nonpriority creditor's name and mailing address**
ALYSSA TERK
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,486.48

---

**3.44**

**Nonpriority creditor's name and mailing address**
AMD RITMED INC
6054 SHOOK RD
LOCKBOURNE, OH 43137

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$594.48

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.45**

**Nonpriority creditor's name and mailing address**
AMEDA INC
P.O. BOX 28448
NEW YORK, NY 10087-8448

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$106.04

---

**3.46**

**Nonpriority creditor's name and mailing address**
AMER DENTAL ASSOC
ATTN: ACCOUNTING DEPARTMENT
211 EAST CHICAGO AVE
CHICAGO, IL 60611

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,005.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
AMER HEALTH INFORMATION
DEPT 77-2735
CHICAGO, IL 60678-2735

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,705.45

---

**3.48**

**Nonpriority creditor's name and mailing address**
AMER KITCHEN MACHINERY &
REPAIR CO INC
204 QUARRY ST
PHILADELPHIA, PA 19106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,706.26

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

Amount of claim

**3.49**

**Nonpriority creditor's name and mailing address**
AMER MASTER TECH SCIENTIFIC INC
P.O. BOX 2539
LODI, CA 95241-2539

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$48.68

---

**3.50**

**Nonpriority creditor's name and mailing address**
AMER MEDICAL ASSOC
P.O. BOX 74008935
CHICAGO, IL 60674-8935

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$180.00

---

**3.51**

**Nonpriority creditor's name and mailing address**
AMER SOLUTIONS FOR BUSINESS
8479 SOLUTION CTR
CHICAGO, IL 60677-8004

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,040.22

---

**3.52**

**Nonpriority creditor's name and mailing address**
AMER TIME & SIGNAL CO
140 THIRD ST SO
P.O. BOX 707
DASSEL, MN 55325

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$51.51

---

Debtor Name    **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.53**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $114,723.74

AMERICAN RED CROSS
ATTN: TARA SMALLS
430 17TH ST NW
WASHINGTON, DC 20006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $832.00

AMERIWATER
3345 STOP EIGHT RD
DAYTON, OH 45414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,890.00

ANAZAO HEALTH CORP
P.O. BOX 850001
ORLANDO, FL 32885-0389

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $251.01

ANCHOR PRODUCTS CO
52 OFFICIAL RD
ADDISON, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,679.58 |
|---|---|---|---|

ANESTHESIA SVCS & PRODS
354 WATERWAY RD
OXFORD, PA 19363

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.06 |
|---|---|---|---|

ANGIO DYNAMICS INC
P.O. BOX 1549
ALBANY, NY 12201-1549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,103.51 |
|---|---|---|---|

ANJA MOWES
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,573.11 |
|---|---|---|---|

ANNE MARIE GALLAGHER
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                          Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.61**  **Nonpriority creditor's name and mailing address**
ANRO INC.
P.O. BOX 7894
LANCASTER, PA 17604

**As of the petition filing date, the claim is:**          $1,111.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**  **Nonpriority creditor's name and mailing address**
ANRO INC/PHILADELPHIA
P.O. BOX 7894
LANCASTER, PA 17604

**As of the petition filing date, the claim is:**          $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**  **Nonpriority creditor's name and mailing address**
AORN INC
2170 S PARKER RD, STE 400
DENVER, CO 80231

**As of the petition filing date, the claim is:**          $3,620.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**  **Nonpriority creditor's name and mailing address**
APPLE PHARMACY
ST CHRISTOPHER HOSPITAL
ERIE AVE AT FRONT ST
PHILADELPHIA, PA 19134

**As of the petition filing date, the claim is:**          $1,245.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.65**

Nonpriority creditor's name and mailing address

APPLIED MEDICAL TECHNOLOGY INC
8006 KATHERINE BLVD
BRECKSVILLE, OH 44141

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$6,966.16

**3.66**

Nonpriority creditor's name and mailing address

APPLY TECH INC
615 5TH AVE 101
CORAOPOLIS, PA 15108

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$2,512.61

**3.67**

Nonpriority creditor's name and mailing address

AQUACAST LINER LLC
100 LAKE DR, STE 200
NEWARK, DE 19702

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,359.21

**3.68**

Nonpriority creditor's name and mailing address

ARAMARK UNIFORM & CAREER APPAREL
22512 NETWORK PL
CHICAGO, IL 60673-1225

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$107.46

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.69** Nonpriority creditor's name and mailing address
ARCHANA MALIK
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$5,745.75

**3.70** Nonpriority creditor's name and mailing address
ARGON MEDICAL DEVICES INC
P.O. BOX 677482
DALLAS, TX 75267-7482

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$3,311.00

**3.71** Nonpriority creditor's name and mailing address
ARIANNA TRIONFO
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$773.08

**3.72** Nonpriority creditor's name and mailing address
ARK DIAGNOSTICS INC
48089 FREMONT BLVD
FREMONT, CA 94538

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$4,953.25

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

|  | | Amount of claim |
|---|---|---|

**3.73** Nonpriority creditor's name and mailing address

ARLEDGE ELECTRONICS INC
668 ALLOWAY-WOODSTOWN RD
PILESGROVE, NJ 08098

As of the petition filing date, the claim is:    $18,449.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

ARROW INTERNATIONAL
P.O. BOX 60519
CHARLOTTE, NC 28260-0519

As of the petition filing date, the claim is:    $15,035.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

ARTHREX INC
P.O. BOX 403511
ATLANTA, GA 30384-3511

As of the petition filing date, the claim is:    $7,685.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

ARTHREX INC/403511/REMIT ALL
P.O. BOX 403511
ATLANTA, GA 30384-3511

As of the petition filing date, the claim is:    $395.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.77**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $15,945.16
ARUP LABORATORIES, INC.
500 CHIPETA WAY
SALT LAKE CITY, UT 84108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,265.35
ASI ADVANCED SURGICAL INC
4001 1ST AVE
LAFAYETTE HILL, PA 19444

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,487.50
ASPEN SURGICAL PRODUCTS INC
3998 RELIABLE PKWY
CHICAGO, IL 60686-0039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,518.00
ASSI SURGICAL
300 SHAMES DR
WESTBURY, NY 11590

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.81**

**Nonpriority creditor's name and mailing address**
ASSOC OF AMER MED COLLEGES INC
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 419384
BOSTON, MA 02241-9384

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$20,140.00

**3.82**

**Nonpriority creditor's name and mailing address**
ASURE SOFTWARE LLC CORP
110 WILD BASIN RD, STE 100
AUSTIN, TX 78746

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$6,700.32

**3.83**

**Nonpriority creditor's name and mailing address**
ATELIER ART SERVICES
P.O. BOX 56316
PHILADELPHIA, PA 19130

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$480.00

**3.84**

**Nonpriority creditor's name and mailing address**
ATLANTIC DIAGNOSTIC LABORATORIES
3520 PROGRESS DR, STE C
BENSALEM, PA 19020

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$16,242.00

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     536 of 729

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.85** **Nonpriority creditor's name and mailing address**
AUDIO TECHNOLOGY SPECIALISTS LLC
322 MALL BLVD
P.O. BOX 235
MONROEVILLE, PA 15146

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,158.50

---

**3.86** **Nonpriority creditor's name and mailing address**
AVANOS MEDICAL SALES LLC
P.O. BOX 732583
DALLAS, TX 75373-2583

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,144.97

---

**3.87** **Nonpriority creditor's name and mailing address**
AVELLA OF HOUSTON LLC
ACCOUNTING DEPT
9265 KIRBY DR
HOUSTON, TX 77054

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,592.00

---

**3.88** **Nonpriority creditor's name and mailing address**
AXOGEN INC
DEPT 3830
P.O. BOX 123830
DALLAS, TX 75312-3730

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,425.00

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.89** Nonpriority creditor's name and mailing address
AYAKA SILVERMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $1,540.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.90** Nonpriority creditor's name and mailing address
AYSHA HASAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $6,596.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.91** Nonpriority creditor's name and mailing address
AZMAT HUSAIN
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $7,119.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.92** Nonpriority creditor's name and mailing address
BABETTE BRENNAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                     $9,428.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.93**    **Nonpriority creditor's name and mailing address**
BACTERIN INC
DEPT CH 16872
PALATINE, IL 60055-6872

As of the petition filing date, the claim is:    $24,195.70
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.94**    **Nonpriority creditor's name and mailing address**
BARBARA LICCIO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,430.81
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.95**    **Nonpriority creditor's name and mailing address**
BARD, C R INC
P.O. BOX 75767
CHARLOTTE, NC 28275

As of the petition filing date, the claim is:    $39,118.34
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.96**    **Nonpriority creditor's name and mailing address**
BAUSCH AND LOMB INC/USE 675632
4395 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $1,182.02
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.97** Nonpriority creditor's name and mailing address

BAXTER HEALTHCARE CORP
P.O. BOX 33037
NEWARK, NJ 07188-0037

As of the petition filing date, the claim is:    $39,785.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98** Nonpriority creditor's name and mailing address

BAXTER, RENAL
1 BAXTER PKWY
DEERFIELD, IL 60015

As of the petition filing date, the claim is:    $2,118.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99** Nonpriority creditor's name and mailing address

BAYER CORP
P.O. BOX 360172
PITTSBURGH, PA 15251-6172

As of the petition filing date, the claim is:    $1,280.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100** Nonpriority creditor's name and mailing address

BC TECHNICAL INC
6209 GHEENS MILL RD
JEFFERSONVILLE, IN 47130

As of the petition filing date, the claim is:    $8,464.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.101**    **Nonpriority creditor's name and mailing address**

BEAVER-VISITEC INTERNATIONAL INC
P.O. BOX 842837
BOSTON, MA 02284-2837

As of the petition filing date, the claim is:        $1,123.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102**    **Nonpriority creditor's name and mailing address**

BECKMAN COULTER INC
250 SOUTH KRAEMER BLVD
BREA, CA 92821

As of the petition filing date, the claim is:        $68,348.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**    **Nonpriority creditor's name and mailing address**

BEEKLEY CORP
ONE PRESTIGE LN
BRISTOL, CT 06010

As of the petition filing date, the claim is:        $521.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**    **Nonpriority creditor's name and mailing address**

BELL OPHTHALMIC TECHNOLOGY
CHARLES D BELL INC
1214 RT 130
WESTVILLE, NJ 08093

As of the petition filing date, the claim is:        $2,635.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    541 of 729

Debtor Name    St. Christopher's Healthcare, LLC                                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

                                                                                                        **Amount of claim**

**3.105**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$87,531.94**
BENCO DENTAL CO
P.O. BOX 731372                                                    ☐ Contingent
DALLAS, TX 75397-1372                                              ☐ Unliquidated
                                                                   ☐ Disputed
                                                                   **Basis for the claim:**
**Date or dates debt was incurred**                               TRADE PAYABLE

**Last 4 digits of account number**                               **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

**3.106**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$359.00**
BETS, CHANNING L CO INC
200 STATE RD                                                       ☐ Contingent
SO DEERFIELD, MA 01373                                             ☐ Unliquidated
                                                                   ☐ Disputed
                                                                   **Basis for the claim:**
**Date or dates debt was incurred**                               TRADE PAYABLE

**Last 4 digits of account number**                               **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

**3.107**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$138.43**
BIO MED SCIENCES INC
7584 MORRIS COURT, STE 218                                         ☐ Contingent
ALLENTOWN, PA 18101                                                ☐ Unliquidated
                                                                   ☐ Disputed
                                                                   **Basis for the claim:**
**Date or dates debt was incurred**                               TRADE PAYABLE

**Last 4 digits of account number**                               **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

**3.108**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$1,229.80**
BIO MEDICAL RESOURCES
P.O. BOX 84007                                                     ☐ Contingent
BATON ROUGE, LA 70884                                              ☐ Unliquidated
                                                                   ☐ Disputed
                                                                   **Basis for the claim:**
**Date or dates debt was incurred**                               TRADE PAYABLE

**Last 4 digits of account number**                               **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.109** | **Nonpriority creditor's name and mailing address**
BIO RAD LABORATORIES INC
P.O. BOX 849740
LOS ANGELES, CA 90084-9740

**As of the petition filing date, the claim is:**     $4,109.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110** | **Nonpriority creditor's name and mailing address**
BIOCHROM US INC
84 OCTOBER HILL RD
HOLLISTON, MA 01746

**As of the petition filing date, the claim is:**     $1,111.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.111** | **Nonpriority creditor's name and mailing address**
BIOFIRE DIAGNOSTICS INC
515 COLOROW DR
SALT LAKE CITY, UT 84108

**As of the petition filing date, the claim is:**     $92,996.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.112** | **Nonpriority creditor's name and mailing address**
BIOMED DIAGNOSTICS INC
P.O. BOX 2366
WHITE CITY, OR 97503

**As of the petition filing date, the claim is:**     $500.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.113**

**Nonpriority creditor's name and mailing address**
BIOMEDICAL SERVICES LLC
1545 COMMISSIONERS RD
MULLICA HILL, NJ 08062

$600.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**

**Nonpriority creditor's name and mailing address**
BIOMERIEUX INC
P.O. BOX 500308
ST LOUIS, MO 63150-0308

$11,954.31

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**

**Nonpriority creditor's name and mailing address**
BIOMET INC
OSTEOBIOLOGICS
75 REMITTANCE DR, STE 3283
CHICAGO, IL 60675-3283

$3,487.95

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**
BIOMET MICROFIXATION INC
75 REMITTANCE DR, STE 3071
CHICAGO, IL 60675-3071

$44,017.95

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**Amount of claim**

**3.117** **Nonpriority creditor's name and mailing address**
BIONIX
P.O. BOX 935
TOLEDO, OH 43697-0935

**As of the petition filing date, the claim is:**                    $353.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**
BIONOSTICS INC
7 JACKSON RD
DEVENS, MA 01434-4026

**As of the petition filing date, the claim is:**                    $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
BLUE PILLAR TECHNOLOGY INC
DEPT CH 19976
PALATINE, IL 60055-9976

**As of the petition filing date, the claim is:**                    $25,660.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**
BOSS INSTRUMENTS LTD
104 SOMMERFIELD DR
GORDONSVILLE, VA 22942

**As of the petition filing date, the claim is:**                    $108.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.121**

**Nonpriority creditor's name and mailing address**
BOSTON SCIENTIFIC CORP
ATTN: BUSINESS OPERATIONS MANAGER
4100 HAMLINE AVE NORTH
ARDEN HILLS, MN 55112

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,736.95

**3.122**

**Nonpriority creditor's name and mailing address**
BRAUN, B INTERVENTIONAL SYS INC
P.O. BOX 780412
PHILADELPHIA, PA 19178-0412

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,540.02

**3.123**

**Nonpriority creditor's name and mailing address**
BRAUN, B MEDICAL INC
P.O. BOX 780433
PHILADELPHIA, PA 19178-0433

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,859.40

**3.124**

**Nonpriority creditor's name and mailing address**
BREG, INC
P.O. BOX 849991
DALLAS, TX 75284-9991

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,262.36

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.125** **Nonpriority creditor's name and mailing address**
BREVIS CORP
225 W 2855 SOUTH
SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**    $347.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**
BRIDGE TO LIFE LTD
128 SUBER RD, STE A
COLUMBIA, SC 29210

**As of the petition filing date, the claim is:**    $2,554.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** **Nonpriority creditor's name and mailing address**
BRIGGS CORP
4900 UNIVERSITY AVE, STE 200
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**    $665.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**
BRIGHAM & WOMENS PHYSICIAN
DEPT OF PATHOLOGY
P.O. BOX 3504
BOSTON, MA 02241-3504

**As of the petition filing date, the claim is:**    $1,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.129**

**Nonpriority creditor's name and mailing address**
BROOKE BURKEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,458.74

**3.130**

**Nonpriority creditor's name and mailing address**
BRYON LAUER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,764.86

**3.131**

**Nonpriority creditor's name and mailing address**
BUFFALO FILTER
5900 GENESEE ST
LANCASTER, NY 14086

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$92.54

**3.132**

**Nonpriority creditor's name and mailing address**
BURRELLES INFORMATION SVCS LLC
30 B VREELAND RD
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$338.33

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.133** | **Nonpriority creditor's name and mailing address**

C&S INSTRUMENTS
6000 C SAWGRASS VILLAGE CIRCLE
PONTE VEDRA BEACH, FL 32082

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $298.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**

CABLES AND SENSORS LLC
5874 S SEMORAN BLVD
ORLANDO, FL 32822

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $382.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**

CALL ONE INC
P.O. BOX 9002
CAPE CANAVERAL, FL 32920

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $269.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

CALLAGHAN, JOSEPH B INC
1617 JFK BLVD, STE 1655
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $11,328.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                          Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $151.00
CANCER DIAGNOSTICS INC
4300 EMPEROR BLVD 400
DURHAM, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **UNKNOWN**
CANDESE COMBS
C/O LAW OFFICES OF ROBERT T. VANCE JR.
ATTN: ROBERT VANCE, ESQ.
100 S BROAD ST, STE 1525
PHILADELPHIA, PA 19110

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
EMPLOYMENT CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $118,808.56
CANON MEDICAL SYSTEMS USA INC
P.O. BOX 775220
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,151.00
CAPITAL VALVE SVC INC
2525 ORTHODOX ST
PHILADELPHIA, PA 19137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.141**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $6,267.00

CAPITOL MEDICAL INC
5341 JAYCEE AVE
HARRISBURG, PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $125.99

CAPSA SOLUTIONS LLC
8206 SOLUTIONS CTR
CHICAGO, IL 60677-8002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $87,481.29

CARDINAL HEALTH
ATTN: REGION DIRECTOR
NORTHEAST SPECIALTY PRODUCTS SALES
7000 CARDINAL PL
DUBLIN, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $42.09

CARDIO MEDICAL PRODUCTS
385 FRANKLIN AVE, STE L
ROCKAWAY, NJ 07866-4037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.145**  **Nonpriority creditor's name and mailing address**
CAREFUSION INC
23578 NETWORK PL
CHICAGO, IL 60673-1235

**As of the petition filing date, the claim is:**                                    $31,755.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.146**  **Nonpriority creditor's name and mailing address**
CAROL KERR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $279.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.147**  **Nonpriority creditor's name and mailing address**
CAROLINE BRAAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $4,794.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.148**  **Nonpriority creditor's name and mailing address**
CARSTENS INC
P.O. BOX 99110
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**                                    $2,176.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.149** | **Nonpriority creditor's name and mailing address**
CATHERINE BURDETT
ADDRESS REDACTED

As of the petition filing date, the claim is: | $8,508.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**
CATHERINE ROWAND
ADDRESS REDACTED

As of the petition filing date, the claim is: | $7,599.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**
CDW GOVERNMENT
75 REMITTANCE DR, STE 1515
CHICAGO, IL 60675-1515

As of the petition filing date, the claim is: | $2,021.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**
CELL MARQUE CORP
DEPT 951
P.O. BOX 52194
PHOENIX, AZ 85072-2194

As of the petition filing date, the claim is: | $1,882.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                              Case number (if known) **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

                                                                                                **Amount of claim**

**3.153** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $124,191.24
CENTRAL ADMIXTURE PHARMACY SVCS
P.O. BOX 780404
PHILADELPHIA, PA 19178-0404
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
Date or dates debt was incurred                                 TRADE PAYABLE

Last 4 digits of account number                                 **Is the claim subject to offset?**
                                                                ☑ No
                                                                ☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,215.00
CENTURION MEDICAL PRODUCTS CORP
P.O. BOX 842816
BOSTON, MA 02284-2816
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
Date or dates debt was incurred                                 TRADE PAYABLE

Last 4 digits of account number                                 **Is the claim subject to offset?**
                                                                ☑ No
                                                                ☐ Yes

**3.155** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $4,729.76
CEPHEID INC
P.O. BOX 204399
DALLAS, TX 75320-4399
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
Date or dates debt was incurred                                 TRADE PAYABLE

Last 4 digits of account number                                 **Is the claim subject to offset?**
                                                                ☑ No
                                                                ☐ Yes

**3.156** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $214.72
CERNER CORP
ATTN: IAN WILSON
2800 ROCKCREEK PKWY
KANSAS CITY, MO 64117
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
Date or dates debt was incurred                                 TRADE PAYABLE

Last 4 digits of account number                                 **Is the claim subject to offset?**
                                                                ☐ No
                                                                ☑ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.157**

**Nonpriority creditor's name and mailing address**
CESAR MESIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
$751.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158**

**Nonpriority creditor's name and mailing address**
CHANNING BETE CO INC
P.O. BOX 3538
SO DEERFIELD, MA 01373-0200

**As of the petition filing date, the claim is:**
$60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159**

**Nonpriority creditor's name and mailing address**
CHARLES BECK
C/O KLINE & SPECTER, PC
ATTN: SHANIN SPECTER, GEARY YEISLEY
1525 LOCUST ST, 19TH FL
PHILADELPHIA, PA 19102

**As of the petition filing date, the claim is:**
UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160**

**Nonpriority creditor's name and mailing address**
CHARLES BECK, AS LEGAL GUARDIAN
OF ISAIAH BECK (AN ADULT)
139 NEW BROOKLYN RD
SICKLERVILLE, NJ 08081

**As of the petition filing date, the claim is:**
UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                   **Schedule E/F: Creditors Who Have Unsecured Claims**                   555 of 729

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.161** Nonpriority creditor's name and mailing address

CHENG, PETER ORTHODONTIC LABS
615 E SWEEDESFORD RD
EXTON, PA 19341

As of the petition filing date, the claim is:                    $21,308.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.162** Nonpriority creditor's name and mailing address

CHILDRENS HOSP OF PHILA
34TH ST & CIVIC CTR BLVD
CHOP NORTH 12FL, STE 1220
PHILADELPHIA, PA 19104-4399

As of the petition filing date, the claim is:                    $6,918.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

CHRISTINA LAMONICA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $10,061.10

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

CHRISTINE SCHLICHTING
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $5,484.10

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.165** **Nonpriority creditor's name and mailing address**

CHRISTINE VERRECCHIA-MISCEWITZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,045.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

CINTAS CORP #36
P.O. BOX 630803
LOC 287
CINCINNATI, OH 45263-0803

**As of the petition filing date, the claim is:**    $88,409.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167** **Nonpriority creditor's name and mailing address**

CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

**As of the petition filing date, the claim is:**    $375.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

CIVCO MEDICAL INSTRUMENTS CO INC
P.O. BOX 933598
ATLANTA, GA 31193-3598

**As of the petition filing date, the claim is:**    $750.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.169**   **Nonpriority creditor's name and mailing address**    $8,781.64
CLAIRE ALMINDE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.170**   **Nonpriority creditor's name and mailing address**    $2,030.00
CLARK, BARRY
THE DEGREASERS
P.O. BOX 52593
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.171**   **Nonpriority creditor's name and mailing address**    $19,800.00
COCHLEAR CORP
P.O. BOX 910811
DENVER, CO 80291-0811

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.172**   **Nonpriority creditor's name and mailing address**    $79.62
COLE PARMER INSTRUMENT CO
13927 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.173** **Nonpriority creditor's name and mailing address**

COMMONWEALTH OF PA
PUBLIC HEALTH & HUMAN SERVICES
ACCT CONTROL/COMPTROLLER OFFICE
P.O. BOX 2675
HARRISBURG, PA 17105-2675

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $882.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

COMMUNICATION CONNECTION INC
1250 HAMILTON DR
WEST CHESTER, PA 19380

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $281.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

COMMUNITY BLOOD CENTER
P.O. BOX 644634
PITTSBURGH, PA 15264-4634

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $6,585.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

COMMUNITY TISS
3573 BRISTOL PIKE  201
BENSALEM, PA 19020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $6,525.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.177**

**Nonpriority creditor's name and mailing address**
CON MED CORP
CHURCH ST STATION
P.O. BOX 6814
NEW YORK, NY 10249-6814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,029.00

**3.178**

**Nonpriority creditor's name and mailing address**
CONE INSTRUMENTS LLC
P.O. BOX 11407
DEPT 2465
BIRMINGHAM, AL 35246-2465

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,217.80

**3.179**

**Nonpriority creditor's name and mailing address**
CONFERENCE FACILITIES INC
DBA ACE CTR
RIDGE PIKE & MANOR RD
LAFAYETTE HILL, PA 19444

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$223.22

**3.180**

**Nonpriority creditor's name and mailing address**
CONSTELLATION NEW ENERGY INC
14217 COLLECTIONS DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$445.93

Debtor Name     **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

|  | **Amount of claim** |

**3.181**

**Nonpriority creditor's name and mailing address**
CONVERGEONE INC
NW 5806
P.O. BOX 1450
MINNEAPOLIS, MN 55485-5806

**As of the petition filing date, the claim is:**                    $129.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182**

**Nonpriority creditor's name and mailing address**
COOK MEDICAL INC
22988 NETWORK PL
CHICAGO, IL 60673-1229

**As of the petition filing date, the claim is:**                    $39,228.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183**

**Nonpriority creditor's name and mailing address**
COOPER SURGICAL INC
P.O. BOX 712280
CINCINNATI, OH 45271-2280

**As of the petition filing date, the claim is:**                    $2,839.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184**

**Nonpriority creditor's name and mailing address**
COPPOLINO, LEAH
301 BAYNARD BLVD
WILMINGTON, DE 19803

**As of the petition filing date, the claim is:**                    $160.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.185** Nonpriority creditor's name and mailing address
CORFLEX
669 E INDUSTRIAL PARK DR
MANCHESTER, NH 03109-5625

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$209.72

**3.186** Nonpriority creditor's name and mailing address
CORPORATE FACILITIES INC
2129 CHESTNUT ST
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$2,732.79

**3.187** Nonpriority creditor's name and mailing address
COVIDIEN LP
P.O. BOX 120823
DALLAS, TX 75312-0823

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$7,924.16

**3.188** Nonpriority creditor's name and mailing address
COVIDIEN SALES LLC
32043 COLLECTION CTR DR
CHICAGO, IL 60693-0320

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$425.00

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.189**

**Nonpriority creditor's name and mailing address**
CRIBS FOR KIDS INC
5450 SECOND AVE
PITTSBURGH, PA 15207

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$553.48

**3.190**

**Nonpriority creditor's name and mailing address**
CROTHALL HEALTHCARE INC
ATTN: DENNIS CZAPLICKI
13028 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$741,080.22

**3.191**

**Nonpriority creditor's name and mailing address**
CURA SURGICAL INC
2571 KANEVILLE CT
GENEVA, IL 60134

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,277.93

**3.192**

**Nonpriority creditor's name and mailing address**
CYNOSURE INC
5 CARLISLE RD
WESTFIELD, MA 01886

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$81.99

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.193** **Nonpriority creditor's name and mailing address**
CYNTHIA DOPP
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,226.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**
CYRACOM INTERNATIONAL LLC
P.O. BOX 74008083
CHICAGO, IL 60674-8083

**As of the petition filing date, the claim is:**    $36,387.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**
DANIEL TAYLOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $608.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**
DANIELLE ASCHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,181.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.197** **Nonpriority creditor's name and mailing address**
DARLA BRADSHAW
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,738.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**
DATA DISTRIBUTING LLC
P.O. BOX 1443
SANTA CRUZ, CA 95061-1443

As of the petition filing date, the claim is:        $16,461.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**
DATEX OHMEDA INC
P.O. BOX 641936
PITTSBURGH, PA 15264-1936

As of the petition filing date, the claim is:        $310.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**
DAVID ZWILLENBERG
ADDRESS REDACTED

As of the petition filing date, the claim is:        $18,014.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.201**   **Nonpriority creditor's name and mailing address**
DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,408.59

---

**3.202**   **Nonpriority creditor's name and mailing address**
DEBORAH BARRON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$921.16

---

**3.203**   **Nonpriority creditor's name and mailing address**
DEBORAH SANDROCK
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,673.28

---

**3.204**   **Nonpriority creditor's name and mailing address**
DEBORAH WESOLOWSKI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,712.59

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.205** | **Nonpriority creditor's name and mailing address**

DELFI MEDICAL INNOVATIONS INC
106-1099 W 8TH AVE
VANCOUVER,  V6H 1C3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $395.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

DEPUY SYNTHES SALES
CUSTOMER RECEIVABLES MANAGEMENT
ATTN: PATTY PAGET
HIGHWAY 22 N
SOMERVILLE, NJ 08876-1051

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $151,501.57

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**

DEROYAL INDUSTRIES INC
MSC 30316
P.O. BOX 415000
NASHVILLE, TN 37241-0316

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $481.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**

DESIREE SCORZA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,030.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.209**

**Nonpriority creditor's name and mailing address**
DEX IMAGING INC
P.O. BOX 17299
CLEARWATER, FL 33762-0299

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$635.49

---

**3.210**

**Nonpriority creditor's name and mailing address**
DIAGNOSTICA STAGO INC
P.O. BOX 416347
BOSTON, MA 02241-6347

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,788.78

---

**3.211**

**Nonpriority creditor's name and mailing address**
DIAL MEDICAL
P.O. BOX 109
CHESTER SPRINGS, PA 19425

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,070.19

---

**3.212**

**Nonpriority creditor's name and mailing address**
DIANE LOWITZ
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$695.84

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 568 of 729

Debtor Name      **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.213** | **Nonpriority creditor's name and mailing address**
DIASORIN INC
P.O. BOX 856965
MINNEAPOLIS, MN 55485-6965

**As of the petition filing date, the claim is:**                    $12,074.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**
DIONNE MCNEEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,006.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**
DISCOUNT CABINET CORNER
6525 S CRESCENT BLVD
PENNSAUKEN, NJ 08110

**As of the petition filing date, the claim is:**                    $360.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address**
DISCOUNT TWO-WAY RADIO CORP
555 W VICTORIA ST
RANCHO DOMINGUEZ, CA 90220

**As of the petition filing date, the claim is:**                    $1,924.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.217**   **Nonpriority creditor's name and mailing address**
DJO LLC
P.O. BOX 650777
DALLAS, TX 75265

As of the petition filing date, the claim is:    $7,603.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218**   **Nonpriority creditor's name and mailing address**
DONALD RANK
ADDRESS REDACTED

As of the petition filing date, the claim is:    $16,601.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219**   **Nonpriority creditor's name and mailing address**
DONNA ALMEIDA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $6,226.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220**   **Nonpriority creditor's name and mailing address**
DONNELLEY, RR
P.O. BOX 538602
ATLANTA, GA 30353-8602

As of the petition filing date, the claim is:    $292.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known) **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.221** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,610.01
DOROTHY GOLASA
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $19,210.15
DOROTHY STOLZER
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.223** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $526.81
DRAEGER MEDICAL INC
P.O. BOX 13369
NEWARK, NJ 07101-3362
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $98,753.39
DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO
3201 ARCH ST, STE 420
PHILADELPHIA, PA 19104
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☐ No
☑ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.225** | **Nonpriority creditor's name and mailing address**
DUBELL LUMBER CO
P.O. BOX 419502
BOSTON, MA 02241-9502

**As of the petition filing date, the claim is:**                     $1,218.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**
DUSTIN GREENHILL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $773.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address**
EAGLES TAXI LLC
2301 CHURCH ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**                     $742.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**
EASTERN LIFT TRUCK INC
P.O. BOX 307
MAPLE SHADE, NJ 08052

**As of the petition filing date, the claim is:**                     $4,597.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.229** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $8,027.87

EBP SUPPLY SOLUTIONS INC
P.O. BOX 460
HARTFORD, CT 06141-0460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
          ☑ No
          ☐ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $17,957.74

EBSCO INDUSTRIES INC
ATTN: PAYMENT PROCESSING CTR
P.O. BOX 204661
DALLAS, TX 75320-4661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
          ☑ No
          ☐ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $4,516.92

ECOLAB INC
P.O. BOX 32027
NEW YORK, NY 10087-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
          ☑ No
          ☐ Yes

---

**3.232** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $49.90

EDGE SYSTEMS CORP
2277 REDONDO AVE
SIGNAL HILL, CA 90755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
          ☑ No
          ☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.233** Nonpriority creditor's name and mailing address
EDLAW
195B CENTRAL AVE
FARMINGDALE, NY 11735

As of the petition filing date, the claim is:     $591.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.234** Nonpriority creditor's name and mailing address
EDWARDS LIFESCIENCES
P.O. BOX 978722
DALLAS, TX 75397-8722

As of the petition filing date, the claim is:     $12,802.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.235** Nonpriority creditor's name and mailing address
EICHINGER, RISA
317 NORTH BROAD ST, APT 618
PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:     $450.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.236** Nonpriority creditor's name and mailing address
ELEMENTAL INC
2371 CHURCH ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:     $174.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.237**  **Nonpriority creditor's name and mailing address**

ELIZABETH GRUND
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,773.78

---

**3.238**  **Nonpriority creditor's name and mailing address**

ELIZABETH HALL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,779.77

---

**3.239**  **Nonpriority creditor's name and mailing address**

ELLEN WATERS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$475.39

---

**3.240**  **Nonpriority creditor's name and mailing address**

EMD MILLIPORE CORP
25760 NETWORK PL
CHICAGO, IL 60673-1258

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,042.96

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name     **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.241** **Nonpriority creditor's name and mailing address**

EMERGENCY SYSTEMS SER CO
401 O'NEILL DR
QUAKERTOWN, PA 18951-4227

**As of the petition filing date, the claim is:**     $2,916.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.242** **Nonpriority creditor's name and mailing address**

EMPIRE GENOMICS LLC
700 MICHIGAN AVE, STE 200
BUFFALO, NY 14203

**As of the petition filing date, the claim is:**     $775.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** **Nonpriority creditor's name and mailing address**

EMS ACQUISITION CORP
P.O. BOX 550
1560 INDUSTRY RD
HATFIELD, PA 19440

**As of the petition filing date, the claim is:**     $241.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244** **Nonpriority creditor's name and mailing address**

ENCOMPAS UNLIMITED INC
P.O. BOX 516
TALLEVAST, FL 34270

**As of the petition filing date, the claim is:**     $44.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.245**   **Nonpriority creditor's name and mailing address**
ENCORE MEDICAL INTERNATIONAL INC
P.O. BOX 1328
WEST CHESTER, PA 19380

As of the petition filing date, the claim is:          $21,942.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.246**   **Nonpriority creditor's name and mailing address**
ENDLA ANDAY
ADDRESS REDACTED

As of the petition filing date, the claim is:          $6,944.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.247**   **Nonpriority creditor's name and mailing address**
ENDO THERAPEUTICS INC
15251 ROOSEVELT BLVD 204
CLEARWATER, FL 33760

As of the petition filing date, the claim is:          $3,206.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.248**   **Nonpriority creditor's name and mailing address**
ENOVATE MEDICAL
P.O. BOX 638807
CINCINNATI, OH 45263-8807

As of the petition filing date, the claim is:          $5,153.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.249** Nonpriority creditor's name and mailing address
ENTERCOM COMMUNICATIONS CORP
21256 NETWORK PL
CHICAGO, IL 60673-1212

$56,142.48

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.250** Nonpriority creditor's name and mailing address
ENVIRONMENTAL & ENGINEERING
25 WASHINGTON LN
WYNCOTE, PA 19095

$10,187.50

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.251** Nonpriority creditor's name and mailing address
ERIC LUSINSKI
ADDRESS REDACTED

$10,286.89

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.252** Nonpriority creditor's name and mailing address
ERIC THOMPSON JR
ADDRESS REDACTED

$3,169.25

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.253** Nonpriority creditor's name and mailing address
ERICA POLETTO
ADDRESS REDACTED

As of the petition filing date, the claim is: $10,233.04
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.254** Nonpriority creditor's name and mailing address
ERIN LENHERR
ADDRESS REDACTED

As of the petition filing date, the claim is: $828.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.255** Nonpriority creditor's name and mailing address
EVAN GELLER
ADDRESS REDACTED

As of the petition filing date, the claim is: $10,312.24
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.256** Nonpriority creditor's name and mailing address
EVAN WEINER
ADDRESS REDACTED

As of the petition filing date, the claim is: $7,045.84
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name     St. Christopher's Healthcare, LLC                        Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.257** | **Nonpriority creditor's name and mailing address**
EWT HOLDINGS III CORP
28563 NETWORK PL
CHICAGO, IL 60673-1285

**As of the petition filing date, the claim is:**                                $2,285.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.258** | **Nonpriority creditor's name and mailing address**
EXACT DIAGNOSTICS LLC
3400 CAMP BOWIE BLVD CBH-214
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**                                $9,381.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.259** | **Nonpriority creditor's name and mailing address**
EXACTECH INC
P.O. BOX 674141
DALLAS, TX 75267-4141

**As of the petition filing date, the claim is:**                                $7,590.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260** | **Nonpriority creditor's name and mailing address**
EXPERIAN HEALTH INC
C/O EXPERIAN
P.O. BOX 886133
LOS ANGELES, CA 90088-6133

**As of the petition filing date, the claim is:**                                $170.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.261**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,846.00
FEDERAL EQUIPMENT CORP
5298 RIVER RD
CINCINNATI, OH 45233
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.262**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,073.64
FEDEX CORP
P.O. BOX 371461
PITTSBURGH, PA 15250-7461
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.263**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,473.57
FELS PRINTING (LRD GRAPHICS)
DBA FELS PRINTING
758 S CHADWICK ST
PHILADELPHIA, PA 19146
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.264**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $3,675.11
FENWAL INC
26762 NETWORK PL
CHICAGO, IL 60673-1267
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.265** **Nonpriority creditor's name and mailing address**
FETACESSORIES INC
530 SO HENDERSON RD, STE D
KING OF PRUSSIA, PA 19406

As of the petition filing date, the claim is:      $391.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.266** **Nonpriority creditor's name and mailing address**
FISH HEADS AQUARIUM SVC LLC
105 KATHYS LANE
EGG HARBOR TOWNSHIP, NJ 08234

As of the petition filing date, the claim is:      $9,396.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.267** **Nonpriority creditor's name and mailing address**
FISHER & PAYKEL HEALTHCARE
DEPT CH 16926
PALATINE, IL 60055-6926

As of the petition filing date, the claim is:      $1,325.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**
FISHER HEALTHCARE
P.O. BOX 404705
ATLANTA, GA 30384-4705

As of the petition filing date, the claim is:      $41,302.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.269**

**Nonpriority creditor's name and mailing address**
FISHER SCIENTIFIC CO/876272/PA
DEPT 876272
P.O. BOX 360153
PITTSBURGH, PA 15250-6153

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,603.63

---

**3.270**

**Nonpriority creditor's name and mailing address**
FLOW TEK INC
P.O. BOX 2018
BOULDER, CO 80306-2018

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$407.23

---

**3.271**

**Nonpriority creditor's name and mailing address**
FOLASADE KEHINDE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,598.40

---

**3.272**

**Nonpriority creditor's name and mailing address**
FOLLETT CORP
P.O. BOX 782806
PHILADELPHIA, PA 19178-2806

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,014.00

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known) 19-11468 |
| --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,622.00 |

FORTEC MEDICAL INC
P.O. BOX 951147
CLEVELAND, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.37 |

FRANCIS ZUKOWSKI
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $243.54 |

FRANKLIN CHEMICAL CO CORP
5116 BUTLER PIKE
PLYMOUTH MEETING, PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,259.31 |

FREEDOM MEDICAL
P.O. BOX 822704
PHILADELPHIA, PA 19182-2704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name       St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.277**

**Nonpriority creditor's name and mailing address**

FREEDOM SPECIALTY SVC INC
1000 DELSEA DR, BLDG C, STE 2
WESTVILLE, NJ 08093

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$10,135.00

**3.278**

**Nonpriority creditor's name and mailing address**

FRESENIUS USA MANUFACTURING INC
P.O. BOX 3936
BOSTON, MA 02241-3936

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$1,170.00

**3.279**

**Nonpriority creditor's name and mailing address**

FREUDENBERG MEDICAL LLC
INHEALTH TECHNOLOGIES
23686 NETWORK PL
CHICAGO, IL 60673-1236

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$1,995.00

**3.280**

**Nonpriority creditor's name and mailing address**

FUJI MEDICAL SYSTEMS USA INC
P.O. BOX 347689
PITTSBURGH, PA 15251-4689

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$5,565.00

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.281**

**Nonpriority creditor's name and mailing address**
GAGE IT INC
94 NO BRANCH ST
SELLERSVILLE, PA 18960

**As of the petition filing date, the claim is:**    $225.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**
GARDA CL SOUTHWEST INC
LOCKBOX 233209
3209 MOMENTUM PL
CHICAGO, IL 60689-5332

**As of the petition filing date, the claim is:**    $2,460.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**
GBS COMPUTER SOLUTIONS
P.O. BOX 2340
CANTON, OH 44720-0340

**As of the petition filing date, the claim is:**    $11,671.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**
GE HEALTHCARE
P.O. BOX 640200
PITTSBURGH, PA 15264-0200

**As of the petition filing date, the claim is:**    $8,859.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.285**  Nonpriority creditor's name and mailing address
GE HEALTHCARE IITS USA CORP
2984 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:          $57,683.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.286**  Nonpriority creditor's name and mailing address
GE MEDICAL SYSTEMS INC
5517 COLLECTIONS CTR DR
ATTN: ACCOUNTS RECEIVABLE
CHICAGO, IL 60693

As of the petition filing date, the claim is:          $17,259.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.287**  Nonpriority creditor's name and mailing address
GENERAL AIRE SYSTEMS
P.O. BOX 110
DARBY, PA 19023

As of the petition filing date, the claim is:          $18,032.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.288**  Nonpriority creditor's name and mailing address
GENERAL ELECTRIC CO
DBA GE HEALTHCARE
ATTN: ARUSHI CHANDRAN
9900 INNOVATION DR
WAUWATOSA, WI 53226-4856

As of the petition filing date, the claim is:          $304,888.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.289**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $19,646.80
GENERAL HEALTHCARE RESOURCES INC
2250 HICKORY RD, STE 240
PLYMOUTH MEETING, PA 19462
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.290**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $48.95
GENESIS BPS LLC
465 ROUTE 17 S
RAMSEY, NJ 07446
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.291**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $657.69
GEORGE RIZZUTO
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

**3.292**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $27,929.07
GETINGE USA SALES LLC
P.O. BOX 775436
CHICAGO, IL 60677-5436
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**        TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.293** Nonpriority creditor's name and mailing address

GIVEN IMAGING INC
P.O. BOX 932928
ATLANTA, GA 31193-2928

As of the petition filing date, the claim is: $23,850.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.294** Nonpriority creditor's name and mailing address

GLAXOSMITHKLINE PHARM
P.O. BOX 740415
ATLANTA, GA 30374-0415

As of the petition filing date, the claim is: $1,562.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.295** Nonpriority creditor's name and mailing address

GLOBAL EQUIPMENT CO
29833 NETWORK PL
CHICAGO, IL 60673-1298

As of the petition filing date, the claim is: $639.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.296** Nonpriority creditor's name and mailing address

GLOBUS MEDICAL INC
P.O. BOX 203329
DALLAS, TX 75320-3329

As of the petition filing date, the claim is: $88,610.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.297** | **Nonpriority creditor's name and mailing address**
GOLDNER, HERMAN CO INC
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

As of the petition filing date, the claim is:    $67,005.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**
GOLSHID TAZHIBI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $7,759.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**
GORE, WL & ASSOC INC
MEDICAL PRODUCTS DIV
P.O. BOX 751331
CHARLOTTE, NC 28275

As of the petition filing date, the claim is:    $6,572.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**
GP ENERGY PRODUCTS LLC
868 SUSSEX BLVD
P.O. BOX 488
BROOMALL, PA 19008

As of the petition filing date, the claim is:    $14,988.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.301** Nonpriority creditor's name and mailing address
GRACE MEDICAL INC
P.O. BOX 5178
MEMPHIS, TN 38101

As of the petition filing date, the claim is:    $10,826.70
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.302** Nonpriority creditor's name and mailing address
GRADUATE PLASTICS
15800 NW 15TH AVE
MIAMI, FL 33169

As of the petition filing date, the claim is:    $219.74
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.303** Nonpriority creditor's name and mailing address
GRANGER GENETICS
ATTN: ACCOUNTS RECEIVABLE
601 BIOTECH DR, STE 301
N CHESTERFIELD, VA 23235

As of the petition filing date, the claim is:    $8,991.23
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.304** Nonpriority creditor's name and mailing address
GRAYBAR ELECTRIC CO INC
P.O. BOX 414396
BOSTON, MA 02241-4396

As of the petition filing date, the claim is:    $2,597.35
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.305**

**Nonpriority creditor's name and mailing address**
GREATER DELAWARE VALLEY SOCIETY OF TRANSPLANT SURGEONS
DBA GIFT OF LIFE DONOR PROGRAM
ATTN: STACY CRAMER
401 N 3RD ST
PHILADELPHIA, PA 19123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,250.00

**3.306**

**Nonpriority creditor's name and mailing address**
GREER LABORATORIES INC
P.O. BOX 603081
CHARLOTE, NC 28260-3081

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$220.98

**3.307**

**Nonpriority creditor's name and mailing address**
GREGORY DISILVIO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,715.87

**3.308**

**Nonpriority creditor's name and mailing address**
GREGORY HALLIGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,557.11

Debtor Name    **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.309**  **Nonpriority creditor's name and mailing address**

GRETCHEN ENNIS
ADDRESS REDACTED

As of the petition filing date, the claim is:          $11,929.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.310**  **Nonpriority creditor's name and mailing address**

GRI MEDICAL PRODUCTS INC
4937 E RED RANGE WAY
CAVE CREEK, AZ 85331

As of the petition filing date, the claim is:          $831.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.311**  **Nonpriority creditor's name and mailing address**

GRIEF WATCH
14511 NE 10TH AVE
STE E VANCOUVER, WA 98685

As of the petition filing date, the claim is:          $700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.312**  **Nonpriority creditor's name and mailing address**

H&H RESEARCH INC
650 NO WAVERLY ST
DEARBORN, MI 48128

As of the petition filing date, the claim is:          $2,940.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.313** **Nonpriority creditor's name and mailing address**
HAEMONETICS CORP
400 WOOD RD
BRAINTREE, MA 02184

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$479.09

---

**3.314** **Nonpriority creditor's name and mailing address**
HALYARD HEALTH INC
P.O. BOX 732583
DALLAS, TX 75373-2583

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,219.79

---

**3.315** **Nonpriority creditor's name and mailing address**
HANDI-CRAFT CO
75 REMITTANCE DR, STE 1612
CHICAGO, IL 60675-1612

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$52.80

---

**3.316** **Nonpriority creditor's name and mailing address**
HARPREET PALL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,407.70

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.317**

**Nonpriority creditor's name and mailing address**
HARSH GREWAL
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$19,407.70

**3.318**

**Nonpriority creditor's name and mailing address**
HEALTH CARE LOGISTICS INC/400
P.O. BOX 400
CIRCLEVILLE, OH 43113

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$169.80

**3.319**

**Nonpriority creditor's name and mailing address**
HEALTHCARE FACILITIES MGRS
C/O PBS INC
1200 BUSTLETON PIKE, STE 16B
FEASTERVILLE, PA 19053

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$250.00

**3.320**

**Nonpriority creditor's name and mailing address**
HEALTHCARE LOGISTICS INC
P.O. BOX 400
CIRCLEVILLE, OH 43113

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☑ No
☐ Yes

$1,022.35

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.321**    **Nonpriority creditor's name and mailing address**
HEALTHMARK INDUSTRIES CO INC
DEPT 7058
P.O. BOX 30516
LANSING, MI 48909-8016

As of the petition filing date, the claim is:    $10,065.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.322**    **Nonpriority creditor's name and mailing address**
HEATHER PARSELLS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $5,871.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.323**    **Nonpriority creditor's name and mailing address**
HEERY INTERNATIONAL INC
999 PEACHTREE ST NE
ATLANTA, GA 30309

As of the petition filing date, the claim is:    $4,735.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.324**    **Nonpriority creditor's name and mailing address**
HEFF MED LLC
1211 MIDDLE RD
GLENSHAW, PA 15116

As of the petition filing date, the claim is:    $180.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.325**   **Nonpriority creditor's name and mailing address**
HELMER INC
ATTN: ACCOUNTS RECEIVABLE
28689 NETWORK PL
CHICAGO, IL 60673-1286

**As of the petition filing date, the claim is:**     $12,233.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326**   **Nonpriority creditor's name and mailing address**
HEMATECHNOLOGIES INC
291 RT 22, STE 12
LEBANON, NJ 08833

**As of the petition filing date, the claim is:**     $1,806.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.327**   **Nonpriority creditor's name and mailing address**
HILL-ROM CO INC
P.O. BOX 643592
PITTSBURGH, PA 15264-3592

**As of the petition filing date, the claim is:**     $15,732.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328**   **Nonpriority creditor's name and mailing address**
HILTON SAN FRANCISCO INC
4200 CITY AVE
PHILADELPHIA, PA 19131

**As of the petition filing date, the claim is:**     $4,539.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.329** **Nonpriority creditor's name and mailing address**

HOLLISTER INC
72035 EAGLE WAY
CHICAGO, IL 60678-7250

**As of the petition filing date, the claim is:**                $123.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**

HOSPITAL THERAPY PRODUCTS INC
757 NO CENTRAL AVE
WOOD DALE, IL 60191

**As of the petition filing date, the claim is:**                $2,266.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** **Nonpriority creditor's name and mailing address**

HUNTINGTON TECH FINANCE INC
C/O BANK OF AMERICA LEASING & CAPITAL LLC
8210 INNOVATION WAY
CHICAGO, IL 60682-0082

**As of the petition filing date, the claim is:**                $15,798.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.332** **Nonpriority creditor's name and mailing address**

HYGIENA LLC
FILE 2007
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2007

**As of the petition filing date, the claim is:**                $395.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.333**

**Nonpriority creditor's name and mailing address**
HYGIENIC BUILDING SERVICES
C/O ROBERT DINUNZIO
116 RUE DU BOIS
CHERRY HILL, NJ 08003

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,505.00

---

**3.334**

**Nonpriority creditor's name and mailing address**
ICP MEDICAL CORP
13720 RIDER TRAIL NORTH
ST LOUIS, MO 63045

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,476.50

---

**3.335**

**Nonpriority creditor's name and mailing address**
ICU MEDICAL SALES INC
P.O. BOX 848908
LOS ANGELES, CA 90084-8908

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,196.00

---

**3.336**

**Nonpriority creditor's name and mailing address**
IDENTICARD SYSTEMS WORLDWIDE INC
39597 TREASURY CTR
CHICAGO, IL 60694-9500

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,659.00

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.337**

**Nonpriority creditor's name and mailing address**
IGNACIO VALENCIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$266.59

**3.338**

**Nonpriority creditor's name and mailing address**
IMMUCOR INC
P.O. BOX 117018
ATLANTA, GA 30368-7018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$506.52

**3.339**

**Nonpriority creditor's name and mailing address**
INDEPENDENT HARDWARE INC
14 SO FRONT ST
PHILADELPHIA, PA 19106-3001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,172.70

**3.340**

**Nonpriority creditor's name and mailing address**
INDEPENDENT MEDICAL EXPERT
DBA IMEDECS
2060 DETWILER RD, STE 100
HARLEYSVILLE, PA 19438

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,937.50

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

Amount of claim

**3.341** Nonpriority creditor's name and mailing address
INGRID MCGOVERN
ADDRESS REDACTED

As of the petition filing date, the claim is:            $542.92
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.342** Nonpriority creditor's name and mailing address
INNOVATIVE MEDICAL SPECIALTIES
6165 MONROE AVE
ELDERSBURG, MD 21784

As of the petition filing date, the claim is:            $2,816.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.343** Nonpriority creditor's name and mailing address
INO THERAPEUTICS LLC
DBA MALLINCKRODT PHARMACEUTICALS
ATTN: BROOKE MITCH
1425 US ROUTE 206
BEDMINSTER, NJ 07921

As of the petition filing date, the claim is:            $546,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.344** Nonpriority creditor's name and mailing address
INSTRUMENT SPECIALISTS
32390 IH 10 WEST
BOERNE, TX 78006

As of the petition filing date, the claim is:            $264.17
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.345**  **Nonpriority creditor's name and mailing address**
INSTRUMENTATION LABORATORY INC
P.O. BOX 347934
PITTSBURGH, PA 15251-4934

**As of the petition filing date, the claim is:**                    **$6,537.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346**  **Nonpriority creditor's name and mailing address**
INTEGRA LIFESCIENCES CORP
DBA INTEGRA NEUROSCIENCES
P.O. BOX 404129
ATLANTA, GA 30384-4129

**As of the petition filing date, the claim is:**                    **$75,308.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347**  **Nonpriority creditor's name and mailing address**
INTEGRA NEURO SUPPLIES INC
P.O. BOX 404129
ATLANTA, GA 30384-4129

**As of the petition filing date, the claim is:**                    **$322.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348**  **Nonpriority creditor's name and mailing address**
INTEGRA SURGIC
9 SKYLINE DR
HAWTHORNE, NY 10532

**As of the petition filing date, the claim is:**                    **$1,130.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.349**   **Nonpriority creditor's name and mailing address**
INTEGRATED BIOMEDICAL TECHNOLOGY
2931 MOOSE TRAIL
ELKHART, IN 46514

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$534.00

**3.350**   **Nonpriority creditor's name and mailing address**
INUMERABLE, YOLANDA
7628 ROOSEVELT BLVD UNIT 913
PHILADELPHIA, PA 19152

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,575.00

**3.351**   **Nonpriority creditor's name and mailing address**
IPROMOTEU COM
DEPT LA 23232
PASADENA, CA 91185-3232

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$477.58

**3.352**   **Nonpriority creditor's name and mailing address**
IRADIMED CORP
P.O. BOX 102590
ATLANTA, GA 30368-2590

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,400.00

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known) 19-11468 |
|---|---|---|

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.353**   **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

**As of the petition filing date, the claim is:**                    $17,075.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.354**   **Nonpriority creditor's name and mailing address**

IV HOUSE INC
FORMERLY I V HOUSE INC
2072 CONSOURSE DR
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**                    $5,693.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355**   **Nonpriority creditor's name and mailing address**

JACKSON, S INC
P.O. BOX 4487
ALEXANDRIA, VA 22303-0487

**As of the petition filing date, the claim is:**                    $594.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.356**   **Nonpriority creditor's name and mailing address**

JACQUELINE URBINE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $10,424.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.357** **Nonpriority creditor's name and mailing address**
JASON BUTCHKO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,014.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**
JEENI PATEL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,375.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**
JEFFREY CIES
ADDRESS REDACTED

As of the petition filing date, the claim is:    $16,073.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**
JENNIFER BABIA ESPIRITU
ADDRESS REDACTED

As of the petition filing date, the claim is:    $16,344.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.361** **Nonpriority creditor's name and mailing address**
JENNIFER BLACK-WAERIG
ADDRESS REDACTED

As of the petition filing date, the claim is:    $17,010.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.362** **Nonpriority creditor's name and mailing address**
JENNIFER TIFFANY-AMARO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $18,516.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.363** **Nonpriority creditor's name and mailing address**
JESSIE NORTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $8,968.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.364** **Nonpriority creditor's name and mailing address**
JHERNA BALANY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $727.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.365** Nonpriority creditor's name and mailing address

JIE SUN
ADDRESS REDACTED

$281.70

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.366** Nonpriority creditor's name and mailing address

JILLIAN DEACON
ADDRESS REDACTED

$1,583.10

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.367** Nonpriority creditor's name and mailing address

JOAN SMITH-VETERANO
ADDRESS REDACTED

$3,360.46

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.368** Nonpriority creditor's name and mailing address

JOAN SPRANG
ADDRESS REDACTED

$1,731.11

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name      **St. Christopher's Healthcare, LLC**            Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.369** Nonpriority creditor's name and mailing address

JOAN TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,122.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370** Nonpriority creditor's name and mailing address

JOANNA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $951.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371** Nonpriority creditor's name and mailing address

JOERNS LLC
P.O. BOX 933733
ATLANTA, GA 31193-3733

As of the petition filing date, the claim is:                    $5,220.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.372** Nonpriority creditor's name and mailing address

JOHN HOPKINS UNIVERSITY
P.O. BOX 65045
BALTIMORE, MD 21264-5045

As of the petition filing date, the claim is:                    $15,239.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.373** | **Nonpriority creditor's name and mailing address**
JOHN SALUDADES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $962.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address**
JOHN SCHULTZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $860.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address**
JOHN YOUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,384.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address**
JOHNSON & JOHNSON HEALTH
LOCKBOX 12
5972 COLLECTION CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $37,156.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                609 of 729

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.377** **Nonpriority creditor's name and mailing address**
JOSEPH DLUGOSZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $3,634.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address**
JOSEPH ROSENBLATT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $11,050.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** **Nonpriority creditor's name and mailing address**
JOSEPHINE GANIO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $6.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** **Nonpriority creditor's name and mailing address**
JPM NETWORKS LLC
4819 WOODALL ST
DALLAS, TX 75247

**As of the petition filing date, the claim is:**  $565.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |

**3.381** Nonpriority creditor's name and mailing address
JUAN BALLESTEROS
ADDRESS REDACTED

$4,076.16

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.382** Nonpriority creditor's name and mailing address
JUDITH GALTER
ADDRESS REDACTED

$7,824.29

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.383** Nonpriority creditor's name and mailing address
JUDY MAE PASCASIO
ADDRESS REDACTED

$4,431.72

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.384** Nonpriority creditor's name and mailing address
JULIE NIBLOCK
ADDRESS REDACTED

$6,979.03

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.385** Nonpriority creditor's name and mailing address

JURGAN DEVELOPMENT
6018 SO HIGHLANDS AVE
MADISON, WI 53705

As of the petition filing date, the claim is:                    $392.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.386** Nonpriority creditor's name and mailing address

KAREN CARVALHO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,034.18

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.387** Nonpriority creditor's name and mailing address

KARLEYS SPECIALTY LINEN
8122 WINTHROP ST
PHILADELPHIA, PA 19136

As of the petition filing date, the claim is:                    $1,880.15

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.388** Nonpriority creditor's name and mailing address

KATHRYN MCCANS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.389** | **Nonpriority creditor's name and mailing address**
KAUSHIK PATEL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,823.28

---

**3.390** | **Nonpriority creditor's name and mailing address**
KCI USA INC
P.O. BOX 301557
DALLAS, TX 75303-1557

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,591.96

---

**3.391** | **Nonpriority creditor's name and mailing address**
KCI USA, INC.
8023 VANTAGE DR
SAN ANTONIO, TX 78230

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,606.40

---

**3.392** | **Nonpriority creditor's name and mailing address**
KELLY BAINBRIDGE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,155.58

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.393**  **Nonpriority creditor's name and mailing address**
KENCO KALIBRATION INC
P.O. BOX 946
CONCORDVILLE, PA 19331

As of the petition filing date, the claim is:                    $3,898.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394**  **Nonpriority creditor's name and mailing address**
KENTZEL, ETHAN
109 W PENNSYLVANIA AVE
DOWNINGTOWN, PA 19335

As of the petition filing date, the claim is:                    $525.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395**  **Nonpriority creditor's name and mailing address**
KEY LLAGAS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $8,425.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396**  **Nonpriority creditor's name and mailing address**
KEY SCIENTIFIC PRODUCTS CO
1113 E REYNOLDS
STAMFORD, TX 75955-3000

As of the petition filing date, the claim is:                    $1,047.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known) **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.397** Nonpriority creditor's name and mailing address
KEY SURGICAL INC
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 74809
CHICAGO, IL 60694-4809

As of the petition filing date, the claim is:      $4,216.99
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.398** Nonpriority creditor's name and mailing address
KEYSTONE QUALITY TRANSPORT INC
1260 E WOODLAND AVE, STE 220
SPRINGFIELD, PA 19064

As of the petition filing date, the claim is:      $3,204.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.399** Nonpriority creditor's name and mailing address
KIERAN MCKENNA FLOORING INC
480 STATE RD UNIT C
BENSALEM, PA 19020-7829

As of the petition filing date, the claim is:      $7,826.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.400** Nonpriority creditor's name and mailing address
KIRWAN SURGICAL PRODUCTS
180 ENTERPRISE DR
MARSHFIELD, MA 02050

As of the petition filing date, the claim is:      $5,174.58
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.401** Nonpriority creditor's name and mailing address

KLS MARTIN LP
P.O. BOX 204322
DALLAS, TX 75320-4322

As of the petition filing date, the claim is:    $29,315.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.402** Nonpriority creditor's name and mailing address

KMC HOLDINGS CORP
C/O MARQUETTE COMMERCIAL FINANCE
P.O. BOX 85098
CHICAGO, IL 60680-0851

As of the petition filing date, the claim is:    $1,016.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.403** Nonpriority creditor's name and mailing address

KOL BIO MEDICAL INSTRUMENTS INC
P.O. BOX 221374
CHANTILLY, VA 20153

As of the petition filing date, the claim is:    $1,547.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.404** Nonpriority creditor's name and mailing address

KORN FERRY LEADERSHIP CONSULTING
NW 5854
P.O. BOX 1450
MINNEAPOLIS, MN 55485-5854

As of the petition filing date, the claim is:    $8,366.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<b>Amount of claim</b>

---

**3.405**

**Nonpriority creditor's name and mailing address**
KRAUSE, FRANK E
P.O. BOX 1031
BROOKHAVEN, PA 19015

**As of the petition filing date, the claim is:**                                 $10,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406**

**Nonpriority creditor's name and mailing address**
KRISTIN BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                 $2,211.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.407**

**Nonpriority creditor's name and mailing address**
KURT FREER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                 $2,793.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408**

**Nonpriority creditor's name and mailing address**
LABCORP
P.O. BOX 65891
CHARLOTTE, NC 28265-0891

**As of the petition filing date, the claim is:**                                 $195,330.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.409**  **Nonpriority creditor's name and mailing address**

LAERDAL MEDICAL CORP
LOCKBOX 784987
PHILADELPHIA, PA 19178-4987

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $2,761.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410**  **Nonpriority creditor's name and mailing address**

LAERDAL MEDICAL CORP/784987
LOCKBOX 784987
PHILADELPHIA, PA 19178-4987

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $175.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411**  **Nonpriority creditor's name and mailing address**

LANCONNECT INC
623 W WASHINGTON ST
NORRISTOWN, PA 19401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $8,351.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.412**  **Nonpriority creditor's name and mailing address**

LAND MOBILE CORP
651 MONTGOMERY AVE
JENKINTOWN, PA 19046

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                     $106.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.413**  **Nonpriority creditor's name and mailing address**

LASER SAFETY INDUSTRIES
6751 OXFORD ST
MINNEAPOLIS, MN 55426

**As of the petition filing date, the claim is:**                $102.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414**  **Nonpriority creditor's name and mailing address**

LASER SERVICE SOLUTIONS
650 GROVE RD, STE 104
PAULSBORO, NJ 08066

**As of the petition filing date, the claim is:**                $8,640.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.415**  **Nonpriority creditor's name and mailing address**

LEASING ASSOC OF BARRINGTON
220 N RIVER ST
EAST DUNDEE, IL 60118

**As of the petition filing date, the claim is:**                $8,655.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416**  **Nonpriority creditor's name and mailing address**

LEGAL CLINIC FOR THE DISABLED INC
6 FRANKLIN PLAZA
PHILADELPHIA, PA 19102-1177

**As of the petition filing date, the claim is:**                $2,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

Amount of claim

**3.417** | **Nonpriority creditor's name and mailing address** | | $187.68

LEICA MICROSYSTEMS INC
14008 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | | $1,515.60

LEMAITRE VASCULAR INC
P.O. BOX 978979
DALLAS, TX 75397-8979

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | | $1,644.20

LENMAR CORP
DELICATESSEN
1962 COUNTY LINE RD
HUNTINGDON VALLEY, PA 19006

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | | $329.00

LETCO MEDICAL LLC
P.O. BOX 776157
CHICAGO, IL 60677-6157

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.421** | **Nonpriority creditor's name and mailing address**
LIBERTY DOOR SYSTEMS LLC
1650 SUCKLE HWY
PENNSAUKEN, NJ 08110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,565.55

---

**3.422** | **Nonpriority creditor's name and mailing address**
LIFE IMAGE INC
P.O. BOX 392318
PITTSBURGH, PA 15251-9318

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,750.00

---

**3.423** | **Nonpriority creditor's name and mailing address**
LIFECELL CORP
P.O. BOX 301582
DALLAS, TX 75303-1582

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$378.00

---

**3.424** | **Nonpriority creditor's name and mailing address**
LINDSAY ARTHUR III
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,803.95

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

---

**3.425**

**Nonpriority creditor's name and mailing address**
LIOFILCHEM, INC.
465 WAVERLY OAKS RD, STE 317
WALTHAM, MA 02452

**As of the petition filing date, the claim is:**                                        $460.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426**

**Nonpriority creditor's name and mailing address**
LISA FAZI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                        $9,159.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.427**

**Nonpriority creditor's name and mailing address**
LISA MANEVAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                        $11,096.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428**

**Nonpriority creditor's name and mailing address**
LISA MCGAULEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                        $1,412.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.429** Nonpriority creditor's name and mailing address
LISY ROY
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,188.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.430** Nonpriority creditor's name and mailing address
LITE TECH
975 MADISON AVE
NORRISTOWN, PA 19403

As of the petition filing date, the claim is: $2,272.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.431** Nonpriority creditor's name and mailing address
LIVANOVA USA INC
P.O. BOX 419261
BOSTON, MA 02241-9261

As of the petition filing date, the claim is: $186,449.69

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.432** Nonpriority creditor's name and mailing address
LONZA WALKERSVILLE INC
12261 COLECTIONS DR
CHICAGO, IL 60693

As of the petition filing date, the claim is: $49.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
| --- | --- |

Amount of claim

**3.433**  **Nonpriority creditor's name and mailing address**
LORAINE RIVERA
C/O CHRISTOPHER GIDDINGS, PC
ATTN: JOHN SPITALE, ESQ.
1880 JFK BLVD, STE 1710
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**                    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
GENERAL LIABILITY – PREMISES (SLIP-AND-FALL)

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.434**  **Nonpriority creditor's name and mailing address**
LOREEN MEYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,294.60
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.435**  **Nonpriority creditor's name and mailing address**
LORRAINE NORRIS
AS PARENTS OF MINOR J.D. NORRIS

**As of the petition filing date, the claim is:**                    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.436**  **Nonpriority creditor's name and mailing address**
LUCILLE BRUNETTI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $3,111.11
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.437**

**Nonpriority creditor's name and mailing address**
LUIS GAMBOA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,117.20

**3.438**

**Nonpriority creditor's name and mailing address**
LUMENIS INC
FILE 32373
LOS ANGELES, CA 90074-2373

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,207.45

**3.439**

**Nonpriority creditor's name and mailing address**
LYNN BURCAW-MILES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,518.01

**3.440**

**Nonpriority creditor's name and mailing address**
LYNNE YATES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,299.14

Debtor Name    **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.441**  **Nonpriority creditor's name and mailing address**

M R ROSE CONSTRUCTION INC
463 KENWOOD RD
HUNTINGDON VALLEY, PA 19006

**As of the petition filing date, the claim is:**                $18,131.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.442**  **Nonpriority creditor's name and mailing address**

M&M AUTOCLAVE CLEANING
1031 BERN RD
WYOMISSING, PA 19610

**As of the petition filing date, the claim is:**                $2,794.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443**  **Nonpriority creditor's name and mailing address**

MADELYN MALDONADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                $3,860.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444**  **Nonpriority creditor's name and mailing address**

MAGNATAG PRODUCTS /USE V660110
2031 O'NEILL RD
MACEDON, NY 14502-8953

**As of the petition filing date, the claim is:**                $252.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Amount of claim

---

**3.445** | **Nonpriority creditor's name and mailing address**
MALA RASTOGI CHENNUPATI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address**
MANUEL FIGUEIREDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,290.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.447** | **Nonpriority creditor's name and mailing address**
MAR COR PURIFICATION INC
16233 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $13,198.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address**
MARA MCMENAMIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,435.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |

**Nonpriority creditor's name and mailing address**
MARCH OF DIMES
1776 PEACHTREE ST NW, STE 100
ATLANTA, GA 30309-2306

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $10,000.00

---

**3.450**

**Nonpriority creditor's name and mailing address**
MARGARET MULHERIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $5,250.23

---

**3.451**

**Nonpriority creditor's name and mailing address**
MARIA KENT
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $7,454.25

---

**3.452**

**Nonpriority creditor's name and mailing address**
MARIA SCENNA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $2,696.15

---

Debtor Name   St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.453**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $3,348.40
MARIANNE ERICK
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
**Date or dates debt was incurred**          WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

**3.454**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $2,382.96
MARKETLAB INC
DEPT 2506
P.O. BOX 11407
BIRMINGHAM, AL 35246-2506
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

**3.455**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $2,047.50
MARPAC INC
8430 WASHINGTON PL NE
ALBUQUERQUE, NM 87113
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

**3.456**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $538.52
MARTAB MEDICAL
40 BOROLINE RD
ALLENDALE, NJ 07401
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.457** | **Nonpriority creditor's name and mailing address**
MARTIN HERMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$18,638.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address**
MARY MALLON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    **$13,546.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address**
MASIMO AMERICAS INC
28932 NETWORK PL
CHICAGO, IL 60673-1289

**As of the petition filing date, the claim is:**    **$39,285.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address**
MAST BIOSURGERY INC
6749 TOP GUN ST, STE 108
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**    **$1,169.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                     Case number (if known): 19-11468

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,569.36
MAUREEN FEE
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,030.01
MAYFLOWER LAUNDRY & TEXTILE SER
1350 BRASS MILL RD
BELCAMP, MD 21017-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.58
MCKESSON CORP
P.O. BOX 841838
DALLAS, TX 75284-1838

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,448.41
MCKESSON MEDICAL SURGICAL
12748 COLLECTIONS CTR DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.465**

Nonpriority creditor's name and mailing address
MCKESSON PLASMA & BIOLOGICS LLC
16578 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                    $12,817.33
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.466**

Nonpriority creditor's name and mailing address
MCMINN INC
27 STEAMWHISTLE DR
IVYLAND, PA 18974

As of the petition filing date, the claim is:                    $830.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.467**

Nonpriority creditor's name and mailing address
ME MOLECULAR QUALITY CONTROLS INC
23 MILL BROOK RD
SACO, ME 04072

As of the petition filing date, the claim is:                    $372.79
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.468**

Nonpriority creditor's name and mailing address
ME STANDARDS CO LLC
221 US RTE 1
CUMBERLAND FORESIDE, ME 04110

As of the petition filing date, the claim is:                    $3,419.66
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.469** | **Nonpriority creditor's name and mailing address**
MED ONE CAPITAL FUNDING TX LP
P.O. BOX 271128
SALT LAKE CITY, UT 84127

**As of the petition filing date, the claim is:**   $4,074.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address**
MED TEX SERVICES INC
P.O. BOX 240
PENNS PARK, PA 18943

**As of the petition filing date, the claim is:**   $1,601.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address**
MEDACIST SOLUTIONS GROUP LLC
P.O. BOX 892
CHESHIRE, CT 06410

**As of the petition filing date, the claim is:**   $2,652.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address**
MEDACTIONPLAN.COM LLC
P.O. BOX 430
PEAPACK, NJ 07977

**As of the petition filing date, the claim is:**   $3,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.473** | **Nonpriority creditor's name and mailing address**
MEDCOMP, INC.
1499 DELP DR
HARLEYSVILLE, PA 19438

As of the petition filing date, the claim is:          $2,656.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474** | **Nonpriority creditor's name and mailing address**
MEDI KID CO, THE
P.O. BOX 5398
HEMET, CA 92544

As of the petition filing date, the claim is:          $434.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address**
MEDIALAB INC
242 CULVER ST, STE 300
LAWRENCEVILLE, GA 30046

As of the petition filing date, the claim is:          $6,119.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address**
MEDICAL COMPONENTS INC
1499 DELP DR
HARLEYSVILLE, PA 19438

As of the petition filing date, the claim is:          $4,031.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known) **19-11468** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.477** | **Nonpriority creditor's name and mailing address**
MEDICAL CONCEPTS
26690 MADISON AVE, STE 102
MURRIETA, CA 92562

As of the petition filing date, the claim is:                                    $371.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address**
MEDICAL GAS SOLUTIONS INC
20 MCDONALD BLVD, STE 2
ASTON, PA 19014

As of the petition filing date, the claim is:                                    $3,390.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address**
MEDICAL SUPPORT PROD INC
3125 NOLT RD
LANCASTER, PA 17601

As of the petition filing date, the claim is:                                    $1,350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address**
MEDIVATORS
NW 9841
P.O. BOX 1450
MINNEAPOLIS, MN 55485

As of the petition filing date, the claim is:                                    $2,616.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name     St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.481**

**Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES INC
ATTN: RON BARRETT
THREE LAKES DR
NORTHFIELD, IL 60093

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[ ] No
[X] Yes

$1,517,091.12

---

**3.482**

**Nonpriority creditor's name and mailing address**

MEDRAD INC/360172
P.O. BOX 360172
PITTSBURGH, PA 15251-6172

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[X] No
[ ] Yes

$3,034.50

---

**3.483**

**Nonpriority creditor's name and mailing address**

MEDTOX DIAGNOSTICS INC
P.O. BOX 60575
CHARLOTTE, NC 28260

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[X] No
[ ] Yes

$4,806.75

---

**3.484**

**Nonpriority creditor's name and mailing address**

MEDTRONIC USA INC.
ATTN: BRIAN CASTELEIN CBA
4642 COLLECTIONS CTR DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[ ] No
[X] Yes

$76,587.52

---

Debtor Name    St. Christopher's Healthcare, LLC                        Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.485** Nonpriority creditor's name and mailing address
MEGAN GRESH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $9,530.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.486** Nonpriority creditor's name and mailing address
MELANIE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $7,431.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.487** Nonpriority creditor's name and mailing address
MELISSA SHUKDINAS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $1,032.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.488** Nonpriority creditor's name and mailing address
MERCURY MEDICAL
P.O. BOX 17009
CLEARWATER, FL 33762-0009

As of the petition filing date, the claim is:                    $1,562.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.489**  **Nonpriority creditor's name and mailing address**
MERIDIAN BIOSCIENCE CORP
P.O. BOX 630224
CINCINNATI, OH 45263-0224

**As of the petition filing date, the claim is:**  $6,078.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.490**  **Nonpriority creditor's name and mailing address**
MERIT MEDICAL SYSTEMS INC
4450 W BULL VALLEY RD
MCHENRY, IL 60050

**As of the petition filing date, the claim is:**  $1,289.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.491**  **Nonpriority creditor's name and mailing address**
MERRICK INC
8190 BEECHMONT AVE, STE 326
CINCINNATI, OH 45255

**As of the petition filing date, the claim is:**  $427.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.492**  **Nonpriority creditor's name and mailing address**
MERRY X RAY CHEMICAL CORP
4909 MURPHY CANYON RD, STE 120
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:**  $64.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.493**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $4,950.00
METRO CORP
SUBSCRIBER SERVICE CTR
1818 MARKET ST 36TH FL
PHILADELPHIA, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.494**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $4,753.50
METROMED INC
375 MORGAN ST, STE 1A
PHOENIXVILLE, PA 19460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.495**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $933.42
METTEL
P.O. BOX 9660
MANCHESTER, NH 03108-9660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.496**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $124.38
MICHAEL FORD
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **St. Christopher's Healthcare, LLC**                    Case number (if known) **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.497 | **Nonpriority creditor's name and mailing address**<br>MICHAEL HEARD<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,473.96 |
|---|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.498 | **Nonpriority creditor's name and mailing address**<br>MICHAEL KWON<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,333.47 |
|---|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.499 | **Nonpriority creditor's name and mailing address**<br>MICHAEL SCHNEIDER<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,754.21 |
|---|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.500 | **Nonpriority creditor's name and mailing address**<br>MICHAEL SUCHAR<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,505.67 |
|---|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.501** **Nonpriority creditor's name and mailing address**
MICHAEL SZATKOWSKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $4,137.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.502** **Nonpriority creditor's name and mailing address**
MICHAEL WOLF
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $1,193.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.503** **Nonpriority creditor's name and mailing address**
MICHELE CAHILL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $1,270.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.504** **Nonpriority creditor's name and mailing address**
MICHELE TEASENFITZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $459.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.505** | **Nonpriority creditor's name and mailing address**

MICROTEK MEDICAL INC
FILE 4033P
P.O. BOX 911633
DALLAS, TX 75391-1633

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,803.90

---

**3.506** | **Nonpriority creditor's name and mailing address**

MILLER, IRVIN PRECISION OPTICAL
325 BUSTLETON PIKE
FEASTERVILLE, PA 19053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,170.00

---

**3.507** | **Nonpriority creditor's name and mailing address**

MIMEDX GRP INC
1775 WEST OAK COMMONS CT NE
MARIETTA, GA 30062

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$185,752.00

---

**3.508** | **Nonpriority creditor's name and mailing address**

MIRIAM GILDAY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,263.37

---

Debtor Name     **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.509** | **Nonpriority creditor's name and mailing address**

MIRION TECHNOLOGIES INC
P.O. BOX 101301
PASADENA, CA 91189-0005

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,945.18

---

**3.510** | **Nonpriority creditor's name and mailing address**

MIZUHO AMERICA INC
30057 AHERN AVE
UNION CITY, CA 94587

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$249.00

---

**3.511** | **Nonpriority creditor's name and mailing address**

MIZUHO ORTHOPEDIC SYSTEMS INC
DEPT CH 16977
PALATINE, IL 60055-6977

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$830.98

---

**3.512** | **Nonpriority creditor's name and mailing address**

MOBILITY RESEARCH LLC
P.O. BOX 3141
TEMPE, AZ 85280-3141

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$180.00

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.513** | **Nonpriority creditor's name and mailing address**
MOLNLYCKE HEALTH CARE US LLC
DEPT 3248
P.O. BOX 123248
DALLAS, TX 75312

**As of the petition filing date, the claim is:**                                    $5,719.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.514** | **Nonpriority creditor's name and mailing address**
MONICA KONCICKI
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $2,401.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.515** | **Nonpriority creditor's name and mailing address**
MONICA KONDRAD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $16,793.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.516** | **Nonpriority creditor's name and mailing address**
MONICA NIEDERMAYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $655.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.517**

**Nonpriority creditor's name and mailing address**
MONTEREY MEDICAL SOLUTIONS INC
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955-5705

**As of the petition filing date, the claim is:**                    $43,815.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.518**

**Nonpriority creditor's name and mailing address**
MOPEC INC
21750 COOLIDGE
OAK PARK, MI 48237

**As of the petition filing date, the claim is:**                    $467.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.519**

**Nonpriority creditor's name and mailing address**
MRI EQUIP COM
6248 BITTERSWEET LN
NISSWA, MN 56468

**As of the petition filing date, the claim is:**                    $427.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.520**

**Nonpriority creditor's name and mailing address**
MTM RECOGNITION CORP
P.O. BOX 15659
OKLAHOMA CITY, OK 73115-5659

**As of the petition filing date, the claim is:**                    $684.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.521** **Nonpriority creditor's name and mailing address**
MUSCULOSKELETAL TRANSPLANT FNDTN
P.O. BOX 415911
BOSTON, MA 02241

As of the petition filing date, the claim is:   $45,150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.522** **Nonpriority creditor's name and mailing address**
MVAP MEDICAL SUPPLIES INC
1415 LAWRENCE DR, STE A
NEWBURY PARK, CA 91320

As of the petition filing date, the claim is:   $5,659.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.523** **Nonpriority creditor's name and mailing address**
NANCY LEE
ADDRESS REDACTED

As of the petition filing date, the claim is:   $2,360.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.524** **Nonpriority creditor's name and mailing address**
NANCY PATTERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:   $474.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.525** | **Nonpriority creditor's name and mailing address**
NANCY PAULUS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,523.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address**
NANDINI MADAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $736.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address**
NANOSONICS INC
DEPT CH 10899
PALATINE, IL 60055-0899

**As of the petition filing date, the claim is:**    $691.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address**
NATALY APOLLONSKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,859.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                          **Amount of claim**

**3.529**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $171.25
NATIONAL MEDICAL SVCS INC
P.O. BOX 433A                                              ☐ Contingent
WILLOW GROVE, PA 19090-0090                               ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                       TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

**3.530**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $400.00
NATIONAL RENAL ADMIN ASSOC
P.O. BOX 52733                                            ☐ Contingent
PHOENIX, AZ 85072-2733                                    ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                       TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

**3.531**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $370.00
NATIONAL RESIDENT MATCHING INC
2121 K ST NW, STE 1000                                    ☐ Contingent
WASHINGTON, DC 20037                                      ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                       TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

**3.532**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $19,783.92
NATUS MEDICAL INC
P.O. BOX 3604                                             ☐ Contingent
CAROL STEAM, IL 60132-3604                                ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**
**Date or dates debt was incurred**                       TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**
                                                          ☑ No
                                                          ☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.533** **Nonpriority creditor's name and mailing address**
NAVEED BAIG
ADDRESS REDACTED

As of the petition filing date, the claim is: $848.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.534** **Nonpriority creditor's name and mailing address**
NCS PEARSON INC
13036 COLLECTION CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is: $411.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.535** **Nonpriority creditor's name and mailing address**
NELSON-JAMESON INC
P.O. BOX 1147
MARSHFIELD, WI 54449

As of the petition filing date, the claim is: $397.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.536** **Nonpriority creditor's name and mailing address**
NEW ENGLAND ORTHODONTIC LAB
269 BALLARDVALE ST
WILMINGTON, MA 01887

As of the petition filing date, the claim is: $612.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.537** Nonpriority creditor's name and mailing address

NEWCOMER SUPPLY INC
2505 PARVIEW RD
MIDDLETON, WI 53562

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$960.50

**3.538** Nonpriority creditor's name and mailing address

NEWMATIC MEDICAL
DEPT 2493
P.O. BOX 11407
BIRMINGHAM, AL 35246-2493

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$543.92

**3.539** Nonpriority creditor's name and mailing address

NGUYEN, VAN HONG
6803 OAKLEY ST
PHILADELPHIA, PA 19111

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$150.00

**3.540** Nonpriority creditor's name and mailing address

NICOLE DELARATO
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$860.03

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.541**  **Nonpriority creditor's name and mailing address**    $1,279.00
NJ DENTAL ASSOC CORP
P.O. BOX 95000-1325
PHILADELPHIA, PA 19195-1325

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.542**  **Nonpriority creditor's name and mailing address**    $6,405.29
NOELLE JOHANSSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.543**  **Nonpriority creditor's name and mailing address**    $2,188.76
NONIN MEDICAL INC
MI 32
P.O. BOX 1150
MINNEAPOLIS, MN 55480-1150

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.544**  **Nonpriority creditor's name and mailing address**    $765.00
NOVAMED
4 WESTCHESTER PLAZA
ELMSFORD, NY 10523

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                    **Amount of claim**

**3.545**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $7,564.59
NUANCE COMMUNICATIONS INC
P.O. BOX 7247 6924          ☐ Contingent
PHILADELPHIA, PA 19170-6924          ☐ Unliquidated
                           ☐ Disputed
                           **Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                           ☑ No
                           ☐ Yes

**3.546**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $11,253.55
NUCLEAR DIAGNOSTIC PROD
101 ROUND HILL DR, STE 4          ☐ Contingent
ROCKAWAY, NJ 07866-1214          ☐ Unliquidated
                           ☐ Disputed
                           **Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                           ☑ No
                           ☐ Yes

**3.547**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $340.00
NUSMILE LTD
DBA NU SMILE PRIMARY CROWNS          ☐ Contingent
3315 W 12TH ST          ☐ Unliquidated
HOUSTON, TX 77008-6121          ☐ Disputed
                           **Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                           ☑ No
                           ☐ Yes

**3.548**  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $448.06
OAKTREE PRODUCTS INC
610 SPIRIT VALLEY EAST          ☐ Contingent
CHESTERFIELD, MO 63005          ☐ Unliquidated
                           ☐ Disputed
                           **Basis for the claim:**
**Date or dates debt was incurred**          TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                           ☑ No
                           ☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.549**  **Nonpriority creditor's name and mailing address**
OGECHUKWU MENKITI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,680.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.550**  **Nonpriority creditor's name and mailing address**
OHK MEDICAL DEVICES INC
2885 SANFORD AVE SW 14751
GRANDVILLE, MI 49418

As of the petition filing date, the claim is:                    $1,290.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.551**  **Nonpriority creditor's name and mailing address**
OLYMPUS AMERICA INC
ATTN: ERIC VAUTRIN
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034-0610

As of the petition filing date, the claim is:                    $24,348.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.552**  **Nonpriority creditor's name and mailing address**
OMNICELL INC
P.O. BOX 204650
DALLAS, TX 75320-4650

As of the petition filing date, the claim is:                    $131,636.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.553** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$150.00**

OMNILIFT INC
P.O. BOX 5027
WARMINSTER, PA 18974-0584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.554** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,270.32**

ON SITE DRAPERY CLEANING INC
P.O. BOX 564
COLLINGSWOOD, NJ 08108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,198.07**

OPTO-SYSTEMS INC
P.O. BOX 1187
120 TERRY DR
NEWTOWN, PA 18940-1988

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,190.00**

OPTUMINSIGHT
ATTN: NICK GULLAND
11000 OPTUM CIR
EDEN PRAIRIE, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.557**

**Nonpriority creditor's name and mailing address**
ORIGEN BIOMEDICAL INC
7000 BURLESON RD BLDG D
AUSTIN, TX 78744-3202

**As of the petition filing date, the claim is:**          $1,427.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558**

**Nonpriority creditor's name and mailing address**
ORTHO CLINICAL INC
P.O. BOX 3655
CAROL STREAM, IL 60132-3655

**As of the petition filing date, the claim is:**          $47,305.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559**

**Nonpriority creditor's name and mailing address**
ORTHO PEDIATRICS CORP
2850 FRONTIER DR
WARSAW, IN 46582-7001

**As of the petition filing date, the claim is:**          $160,360.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560**

**Nonpriority creditor's name and mailing address**
ORTHOFIX INC
P.O. BOX 849806
DALLAS, TX 75284-9806

**As of the petition filing date, the claim is:**          $45,815.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**                  Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.561** **Nonpriority creditor's name and mailing address**

ORTHOMED INC
14875 SW 72ND AVE
TIGARD, OR 97224

**As of the petition filing date, the claim is:**                  $420.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.562** **Nonpriority creditor's name and mailing address**

ORTHOPEDIATRICS US DISTRIBUTION CORPORATION
2850 FRONTIER DR
WARSAW, IN 46582

**As of the petition filing date, the claim is:**                  $99,918.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.563** **Nonpriority creditor's name and mailing address**

ORTHOPLI CORP
10061 SANDMEYER LN
PHILADELPHIA, PA 19116

**As of the petition filing date, the claim is:**                  $265.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.564** **Nonpriority creditor's name and mailing address**

OSCOR INC
3816 DESOTO BLVD
PALM HARBOR, FL 34683

**As of the petition filing date, the claim is:**                  $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                      Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

|  | Amount of claim |

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,340.00 |

**Nonpriority creditor's name and mailing address**
OTIS ELEVATOR CO
P.O. BOX 13716
NEWARK, NJ 07188-0716

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,340.00

---

**3.566** **Nonpriority creditor's name and mailing address**
P&C PHARMA
955 CONGRESS PARK DR
DAYTON, OH 45459

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$751.55

---

**3.567** **Nonpriority creditor's name and mailing address**
PA DEPT OF HEALTH
BUREAU OF LABORATORIES
DIV OF LAB IMPROVEMENT
P.O. BOX 500
EXTON, PA 19341-0500

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00

---

**3.568** **Nonpriority creditor's name and mailing address**
PA MEDICAL SOCIETY
P.O. BOX 8820
777 E PARK DR
HARRISBURG, PA 17105-8820

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,750.00

---

Debtor Name    St. Christopher's Healthcare, LLC                Case number (if known) **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.569**  Nonpriority creditor's name and mailing address
PAJUNK MEDICAL SYSTEMS LP
6611 BAY CIR, STE 140
NORCROSS, GA 30071

As of the petition filing date, the claim is:                              $9,214.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.570**  Nonpriority creditor's name and mailing address
PALL MEDICAL INC
P.O. BOX 419501
BOSTON, MA 02241-9501

As of the petition filing date, the claim is:                              $4,302.55
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.571**  Nonpriority creditor's name and mailing address
PARAGON C&C CO INC
2755 ATLANTIC AVE
BROOKLYN, NY 11207

As of the petition filing date, the claim is:                              $145.21
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.572**  Nonpriority creditor's name and mailing address
PARTSSOURCE LLC
777 LENA DR
P.O. BOX 645186
AURORA, OH 44202

As of the petition filing date, the claim is:                              $49,856.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.573** **Nonpriority creditor's name and mailing address**

PATHS LLC CORP
9 EXECUTIVE CAMPUS
CHERRY HILL, NJ 08002-4502

**As of the petition filing date, the claim is:**                    $45,025.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.574** **Nonpriority creditor's name and mailing address**

PATIENT TELEPHONE SUPPLY
P.O. BOX 84372
BATON ROUGE, LA 70884

**As of the petition filing date, the claim is:**                    $500.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.575** **Nonpriority creditor's name and mailing address**

PATNAC
C/O SARAH MATTOCKS TREASURER
UPMC HAMOT TRAUMA SERVICES
201 STATE ST
ERIE, PA 16550

**As of the petition filing date, the claim is:**                    $100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.576** **Nonpriority creditor's name and mailing address**

PATRICIA REDHOUSE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $2,578.09

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.577** Nonpriority creditor's name and mailing address
PATTERSON DENTAL CO
P.O. BOX 732865
DALLAS, TX 75397-2865

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$4,753.49

**3.578** Nonpriority creditor's name and mailing address
PATTI RICHARDSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$3,899.78

**3.579** Nonpriority creditor's name and mailing address
PAYAL TRIVEDI
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$9,234.62

**3.580** Nonpriority creditor's name and mailing address
PEACE MEDICAL INC
105 W DEWEY AVE, BLDG C, UNIT 12
WHARTON, NJ 07885

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$675.00

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.581**

**Nonpriority creditor's name and mailing address**
PEARSON ASSESS
19500 BULVERDE RD 201
SAN ANTONIO, TX 78259

As of the petition filing date, the claim is:    $499.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.582**

**Nonpriority creditor's name and mailing address**
PECO ENERGY
2301 MARKET ST
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:    $1,972.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.583**

**Nonpriority creditor's name and mailing address**
PEGA MEDICAL
1111 AUTOROUTE CHOMEDEY
LAVAL, QC H7W 5J8
CANADA

As of the petition filing date, the claim is:    $18,350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.584**

**Nonpriority creditor's name and mailing address**
PENNONI ASSOCIATES INC
P.O. BOX 827328
PHILADELPHIA, PA 19182-7328

As of the petition filing date, the claim is:    $1,799.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.585** **Nonpriority creditor's name and mailing address**

PERFORMANCE HEALTH SUPPLY INC
P.O. BOX 93040
CHICAGO, IL 60673-3040

**As of the petition filing date, the claim is:**    $2,351.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.586** **Nonpriority creditor's name and mailing address**

PERKIN ELMER GENETICS INC
P.O. BOX 405819
ATLANTA, GA 30384-5819

**As of the petition filing date, the claim is:**    $1,275.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.587** **Nonpriority creditor's name and mailing address**

PERRI, ALLEN DESIGN GRP CORP
4237 S MARKET COURT, STE C
SACRAMENTO, CA 95834-1233

**As of the petition filing date, the claim is:**    $1,351.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.588** **Nonpriority creditor's name and mailing address**

PETER PIZZUTILLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $17,676.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.589**

**Nonpriority creditor's name and mailing address**
PFIZER INC
235 E 42ND ST
NEW YORK, NY 10017

$178.60

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.590**

**Nonpriority creditor's name and mailing address**
PHARMACY ONESOURCE INC
62417 COLLECTIONS CTR DR
CHICAGO, IL 60693-0624

$1,583.20

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.591**

**Nonpriority creditor's name and mailing address**
PHARMEDIUM SVCS LLC
29104 NETWORK PL
CHICAGO, IL 60673-1291

$19,246.91

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.592**

**Nonpriority creditor's name and mailing address**
PHAT PHAM
ADDRESS REDACTED

$3,470.74

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.593** | **Nonpriority creditor's name and mailing address**
PHILA. RONALD MCDONALD HOUSE
3925 CHESTNUT ST
PHILADELPHIA, PA 19104

As of the petition filing date, the claim is:                              $2,500.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.594** | **Nonpriority creditor's name and mailing address**
PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
P.O. BOX 824101
PHILADELPHIA, PA 19182-4101

As of the petition filing date, the claim is:                              $70,737.20
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.595** | **Nonpriority creditor's name and mailing address**
PHILADELPHIA GAS WORKS
P.O. BOX 11700
NEWARK, NJ 07101-4700

As of the petition filing date, the claim is:                              $6,103.89
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.596** | **Nonpriority creditor's name and mailing address**
PHILIPS ELECTRONICS NO AME
MED SYS/PHILIPS ULTRASOUND/INVIVO
P.O. BOX 100355
ATLANTA, GA 30384-0355

As of the petition filing date, the claim is:                              $66,583.62
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                       TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.597**

Nonpriority creditor's name and mailing address

PHILIPS MEDICAL SYSTEM INC
P.O. BOX 847182
DALLAS, TX 75284-7182

As of the petition filing date, the claim is:                    $3,102.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.598**

Nonpriority creditor's name and mailing address

PHYLLIS WOLF
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $2,188.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.599**

Nonpriority creditor's name and mailing address

PIEZOSURGERY INC.
850 MICHIGAN AVE
COLUMBUS, OH 43215

As of the petition filing date, the claim is:                    $4,290.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.600**

Nonpriority creditor's name and mailing address

POLYMEDICS INNOVATIONS INC
8681 HIGHWAY 92, STE 308
WOODSTOCK, GA 30189

As of the petition filing date, the claim is:                    $5,876.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**Amount of claim**

**3.601**   **Nonpriority creditor's name and mailing address**
POSITIVE PROMOTIONS INC
P.O. BOX 11537
NEWARK, NJ 07101-4537

**As of the petition filing date, the claim is:**     $334.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.602**   **Nonpriority creditor's name and mailing address**
PRAMATH NATH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $798.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.603**   **Nonpriority creditor's name and mailing address**
PRAVIN TANEJA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $19,684.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.604**   **Nonpriority creditor's name and mailing address**
PRAXAIR DISTRIB MID-ATLANTIC
P.O. BOX 382000
PITTSBURGH, PA 15250-8000

**As of the petition filing date, the claim is:**     $29,017.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.605**

**Nonpriority creditor's name and mailing address**
PRECISION BIOLOGICALS
140 EILEEN STUBBS AVE
DARTMOUTH, NS B3B 0A9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$565.00

**3.606**

**Nonpriority creditor's name and mailing address**
PRECISION DYNAMICS CORP
P.O. BOX 71549
CHICAGO, IL 60694-1995

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,069.46

**3.607**

**Nonpriority creditor's name and mailing address**
PRECISION MEDICAL
300 HELD DR
NORTHAMPTON, PA 18067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$388.79

**3.608**

**Nonpriority creditor's name and mailing address**
PRECISION SPRINKLER SVCS INC
3812 W 9TH ST
TRAINER, PA 19061

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,763.90

Debtor Name    St. Christopher's Healthcare, LLC                   Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.609** Nonpriority creditor's name and mailing address

PREFERRED MEDICAL PRODUCTS
P.O. BOX 100
DUCKTOWN, TN 37326

As of the petition filing date, the claim is:                    $146.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.610** Nonpriority creditor's name and mailing address

PREMIER HEALTHCARE SOLUTIONS
ATTN: KELLEY MASKERI
5882 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                    $28,005.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.611** Nonpriority creditor's name and mailing address

PRESS GANEY ASSOC INC
BOX 88335
MILWAUKEE, WI 53288-0335

As of the petition filing date, the claim is:                    $6,555.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.612** Nonpriority creditor's name and mailing address

PRESTIGE PERFUSION, LLC
162 AVONDALE RD
NORRISTOWN, PA 19403

As of the petition filing date, the claim is:                    $18,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<b>Amount of claim</b>

**3.613** Nonpriority creditor's name and mailing address
PRIMEX WIRELESS INC
P.O. BOX 775489
CHICAGO, IL 60677-5494

As of the petition filing date, the claim is:                    $1,680.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.614** Nonpriority creditor's name and mailing address
PRIORITY EXPRESS COURIER INC
5 CHELSEA PKWY
BOOTHWYN, PA 19061

As of the petition filing date, the claim is:                    $205.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.615** Nonpriority creditor's name and mailing address
PRIORITY HEALTHCARE DISTRIB INC
P.O. BOX 978510
DALLAS, TX 75397-8510

As of the petition filing date, the claim is:                    $79,175.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.616** Nonpriority creditor's name and mailing address
PROCTER & GAMBLE
24808 NETWORK PL
CHICAGO, IL 60673

As of the petition filing date, the claim is:                    $2,352.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with **NONPRIORITY** Unsecured Claims

| | Amount of claim |
|---|---|

**3.617** Nonpriority creditor's name and mailing address

PROSERV REMOVAL INCORP
668 STONY HILL RD, STE 154
YARDLEY, PA 19067

**$6,580.00**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.618** Nonpriority creditor's name and mailing address

PROVIDER ENTERPRISE CORP
P.O. BOX 1225
HENDERSONVILLE, TN 37077-1225

**$696.50**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.619** Nonpriority creditor's name and mailing address

QUANTIMETRIX MEDICAL IND
P.O. BOX 60529
LOS ANGELES, CA 90060-0529

**$630.97**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.620** Nonpriority creditor's name and mailing address

QUANTUM STORAGE SYSTEMS INC
15800 NW 15TH AVE
MIAMI, FL 33169

**$200.00**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.621**

**Nonpriority creditor's name and mailing address**
QUEST DIAGNOSTICS
900 BUSINESS CTR DR
HORSHAM, PA 19044

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$506.60

---

**3.622**

**Nonpriority creditor's name and mailing address**
QUIDEL CORPORATION
FILE 50177
LOS ANGELES, CA 90074-0177

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,434.21

---

**3.623**

**Nonpriority creditor's name and mailing address**
R.V., A MINOR
C/O RAYNES LAWN HEHMEYER
ATTN: STEPHEN RAYNES, JOSEPH TRAUB
1845 WALNUT ST, 20TH FL
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.624**

**Nonpriority creditor's name and mailing address**
RABINOWITZ, PAUL GLASS CO INC
1401-15 NO AMERICAN ST
PHILADELPHIA, PA 19122

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,525.00

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.625** | **Nonpriority creditor's name and mailing address**
RADIOLOGY SOLUTIONS
P.O. BOX 127
GIBBSBORO, NJ 08026

**As of the petition filing date, the claim is:**  $16,038.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address**
RADIOMETER AMERICA INC.
250 S KRAEMER BLVD
BREA, CA 92821

**As of the petition filing date, the claim is:**  $9,125.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.627** | **Nonpriority creditor's name and mailing address**
RAJEEV PRASAD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $16,074.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.628** | **Nonpriority creditor's name and mailing address**
RANDOLPH MILLER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $5,225.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.629** Nonpriority creditor's name and mailing address
RANDY STEVENS
ADDRESS REDACTED

**$6,665.76**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.630** Nonpriority creditor's name and mailing address
RAPHAEL YOO
ADDRESS REDACTED

**$2,696.16**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.631** Nonpriority creditor's name and mailing address
RD PLASTICS CO INC
P.O. BOX 111300
NASHVILLE, TN 37222-1300

**$397.10**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.632** Nonpriority creditor's name and mailing address
RECOGNITION ADVANTAGE LLC
232 11TH AVE
COLLEGEVILLE, PA 19426

**$1,066.89**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.633**  **Nonpriority creditor's name and mailing address**

RED HAWK FIRE & SECURITY (CA) LLC
P.O. BOX 530212
ATLANTA, GA 30353-0212

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,694.69

---

**3.634**  **Nonpriority creditor's name and mailing address**

REMEL INC
P.O. BOX 96299
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,937.63

---

**3.635**  **Nonpriority creditor's name and mailing address**

REPEAT DIAGNOTICS INC
STE 309 - S67 W ESPLANADE AVE
NORTH VANCOUVER, BC V7M 1A5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,050.00

---

**3.636**  **Nonpriority creditor's name and mailing address**

RES MED CORP
P.O. BOX 534593
ATLANTA, GA 30353-4593

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$471.04

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.637**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$2,899.71**
RESPITECH MEDICAL INC
250 RANCK AVE                                        ☐ Contingent
LANCASTER, PA 17602                                  ☐ Unliquidated
                                                    ☐ Disputed

                                                    **Basis for the claim:**
**Date or dates debt was incurred**                  TRADE PAYABLE

**Last 4 digits of account number**                  **Is the claim subject to offset?**
                                                    ☑ No
                                                    ☐ Yes

**3.638**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$294.76**
RESTEK CORP
P.O. BOX 4276                                       ☐ Contingent
LANCASTER, PA 17604                                 ☐ Unliquidated
                                                    ☐ Disputed

                                                    **Basis for the claim:**
**Date or dates debt was incurred**                  TRADE PAYABLE

**Last 4 digits of account number**                  **Is the claim subject to offset?**
                                                    ☑ No
                                                    ☐ Yes

**3.639**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$3,206.40**
RESTORATIVE CARE OF AMER INC
12221 33RD ST NORTH                                 ☐ Contingent
ST PETERSBURG, FL 33716                             ☐ Unliquidated
                                                    ☐ Disputed

                                                    **Basis for the claim:**
**Date or dates debt was incurred**                  TRADE PAYABLE

**Last 4 digits of account number**                  **Is the claim subject to offset?**
                                                    ☑ No
                                                    ☐ Yes

**3.640**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **$560.00**
REUTER & HANNEY INC
149 RAILROAD DR                                     ☐ Contingent
IVYLAND, PA 18974                                   ☐ Unliquidated
                                                    ☐ Disputed

                                                    **Basis for the claim:**
**Date or dates debt was incurred**                  TRADE PAYABLE

**Last 4 digits of account number**                  **Is the claim subject to offset?**
                                                    ☑ No
                                                    ☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known) **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.641** Nonpriority creditor's name and mailing address

RHYTHMLINK INTERNATIONAL LCC CORP
P.O. BOX 2045
COLUMBIA, SC 29202-2045

**As of the petition filing date, the claim is:**    $941.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.642** Nonpriority creditor's name and mailing address

RICOH USA INC
1700 MARKET ST 2805
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**    $952.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643** Nonpriority creditor's name and mailing address

RISING SUN PLUMBING SUPPLY INC
4450 RISING SUN AVE
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**    $1,159.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.644** Nonpriority creditor's name and mailing address

RITTENHOUSE BOOK DIST
511 FEHELEY DR
KING OF PRUSSIA, PA 19406-6655

**As of the petition filing date, the claim is:**    $396.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.645** | **Nonpriority creditor's name and mailing address**
ROBERT COHEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,458.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.646** | **Nonpriority creditor's name and mailing address**
ROBERT GRASSO JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $311.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.647** | **Nonpriority creditor's name and mailing address**
ROBERT SIEGLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $7,915.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.648** | **Nonpriority creditor's name and mailing address**
ROBERT SPECTOR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $11,330.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **St. Christopher's Healthcare, LLC**

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.649**

**Nonpriority creditor's name and mailing address**
ROBIN CAPECCI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,898.71

---

**3.650**

**Nonpriority creditor's name and mailing address**
ROCHE DIABETES CARE INC
MAIL CODE 5632
P.O. BOX 105046
ATLANTA, GA 30348-5046

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$676.50

---

**3.651**

**Nonpriority creditor's name and mailing address**
ROCHE DIAGNOSTICS CORP
MAIL CODE 5508
P.O. BOX 71209
CHARLOTTE, NC 28272-1209

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$261.02

---

**3.652**

**Nonpriority creditor's name and mailing address**
RONALD MCDONALD CHARITIES
3925 CHESTNUT ST
PHILADELPHIA, PA 19104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name     **St. Christopher's Healthcare, LLC**                                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

                                                                                                    **Amount of claim**

**3.653**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$2,208.54**
ROSARIO, RUBEN
DBA RUBEN ROSARIO ORTHODONTIC, APPLIANCES        ☐ Contingent
668 WOODBOURNE RD, STE 201                        ☐ Unliquidated
LANGHORNE, PA 19047                               ☐ Disputed

                                                 **Basis for the claim:**
**Date or dates debt was incurred**              TRADE PAYABLE

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

**3.654**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$2,229.52**
ROSCHANAK MOSSABEB
ADDRESS REDACTED                                 ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:**
**Date or dates debt was incurred**              WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

**3.655**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$9,894.86**
ROSETTA DENNIS
ADDRESS REDACTED                                 ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:**
**Date or dates debt was incurred**              WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

**3.656**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$285.98**
ROWLEY BIOCHEMICAL INSTITUTE
DANVERS INDUSTRIAL PK                             ☐ Contingent
10 ELECTRONICS AVE                               ☐ Unliquidated
DANVERS, MA 01923                                ☐ Disputed

                                                 **Basis for the claim:**
**Date or dates debt was incurred**              TRADE PAYABLE

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.657**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $18,656.64
ROY SCHWARTZ
ADDRESS REDACTED
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.658**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $11,826.23
ROYAL ELECTRIC SUPPLY
3233 W HUNTING PARK AVE
PHILADELPHIA, PA 19132-1845
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.659**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $21,607.56
ROYAL PETROLEUM CORP
P.O. BOX 16846
PHILADELPHIA, PA 19142
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.660**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $216.08
RUHOF CORP, THE
393 SAGAMORE AVE
MINEOLA, NY 11501-1919
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.661** | **Nonpriority creditor's name and mailing address**
RUTH ADAMS
ADDRESS REDACTED

As of the petition filing date, the claim is: | $698.63

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.662** | **Nonpriority creditor's name and mailing address**
RYAN AND ELIZABETH KARLICK
AS ADMINISTRATORS OF THE ESTATE OF OLIVIA KARLICK

As of the petition filing date, the claim is: | UNKNOWN

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
LITIGATION
PROFESSIONAL LIABILITY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address**
RYCOR MEDICAL INC
2053 ATWATER DR
NORTH PORT, FL 34288

As of the petition filing date, the claim is: | $445.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.664** | **Nonpriority creditor's name and mailing address**
RYDAL SQUARE LP
200 DRYDEN RD, STE 2000
DRESHER, PA 19025

As of the petition filing date, the claim is: | $28,931.08

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known) **19-11468** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

| 3.665 | **Nonpriority creditor's name and mailing address** |
|---|---|

RYDER TRUCK RENTAL INC
P.O. BOX 96723
CHICAGO, IL 60693-6723

**As of the petition filing date, the claim is:**           $1,482.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** |
|---|---|

S&S WORLDWIDE INC
ACCOUNTS RECEIVABLE
P.O. BOX 210
HARTFORD, CT 06141-0210

**As of the petition filing date, the claim is:**           $1,622.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** |
|---|---|

SANDBOX MEDICAL LLC
750 CORPORATE PARK
PEMBROKE, MA 02359

**As of the petition filing date, the claim is:**           $2,034.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** |
|---|---|

SARA COLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**           $5,056.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.669** Nonpriority creditor's name and mailing address
SARA SMITH
ADDRESS REDACTED

$760.36

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670** Nonpriority creditor's name and mailing address
SARAH LONG
ADDRESS REDACTED

$2,616.32

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671** Nonpriority creditor's name and mailing address
SARANYA CHINNAPPAN
ADDRESS REDACTED

$3,742.63

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.672** Nonpriority creditor's name and mailing address
SARSTEDT INC
P.O. BOX 468
NEWTON, NC 28658-0468

$1,376.37

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known) **19-11468** |
|---|---|---|

**Part 2:**     List All Creditors with **NONPRIORITY** Unsecured Claims

Amount of claim

**3.673**    **Nonpriority creditor's name and mailing address**
SCANLAN INTERNATIONAL
ONE SCANLAN PLAZA
ST PAUL, MN 55107

As of the petition filing date, the claim is:     $1,708.04
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.674**    **Nonpriority creditor's name and mailing address**
SCHEDULING COM INC
DEPT 3680
P.O. BOX 123680
DALLAS, TX 75312-3680

As of the petition filing date, the claim is:     $24,442.56
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.675**    **Nonpriority creditor's name and mailing address**
SCHEIN, HENRY INC
P.O. BOX 371952
PITTSBURGH, PA 15250-7952

As of the petition filing date, the claim is:     $629.05
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.676**    **Nonpriority creditor's name and mailing address**
SCHERISE BELL
C/O THE MURPHY LAW GROUP
ATTN: EDMUND CELIESIUS, ESQ.
EIGHT PENN CTR, STE 2000
1628 JFK BLVD
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:     UNKNOWN
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
LITIGATION
EMPLOYMENT CLAIM (PHRC CHARGE)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.677** | **Nonpriority creditor's name and mailing address**
SCIENTIFIC DEVICE LABORATORY
411 JARVIS
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**                    $569.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address**
SD REAL ESTATE DEVELOPERS LLC
920 WAYLAND CR
BENSALEM, PA 19020

**As of the petition filing date, the claim is:**                    $18,548.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address**
SEAN CIULLO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $9,107.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address**
SEKISUI AMERICA CORP
P.O. BOX 360975
PITTSBURGH, PA 15251-6975

**As of the petition filing date, the claim is:**                    $3,277.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.681** **Nonpriority creditor's name and mailing address**
SENTRY ALARM CO INC
9 LA CRUE AVE, STE 1
GLEN MILLS, PA 19342

As of the petition filing date, the claim is:        $11,440.44
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.682** **Nonpriority creditor's name and mailing address**
SHADES OF GREEN INC
1777 S PENNSYLVANIA AVE
MORRISVILLE, PA 19067

As of the petition filing date, the claim is:        $139,863.23
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.683** **Nonpriority creditor's name and mailing address**
SHADI MALAEB
ADDRESS REDACTED

As of the petition filing date, the claim is:        $2,715.43
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.684** **Nonpriority creditor's name and mailing address**
SHAMROCK SCIENTIFIC SPECIALTY INC
34 DAVIS DR
BELLWOOD, IL 60104

As of the petition filing date, the claim is:        $1,713.31
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Amount of claim

---

**3.685**

**Nonpriority creditor's name and mailing address**
SHANNON SAFIER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $18,642.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.686**

**Nonpriority creditor's name and mailing address**
SHARE CORP
P.O. BOX 8867
CAROL STREAM, IL 60197-8867

**As of the petition filing date, the claim is:**          $1,026.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.687**

**Nonpriority creditor's name and mailing address**
SHARN INC
DEPT 2459
P.O. BOX 11407
BIRMINGHAM, AL 35246-2459

**As of the petition filing date, the claim is:**          $964.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.688**

**Nonpriority creditor's name and mailing address**
SHARON CALAMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $5,176.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.689** Nonpriority creditor's name and mailing address

SHARON DOOLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,699.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.690** Nonpriority creditor's name and mailing address

SHELNESS PRODUCTIONS/NC
P.O. BOX 30456
WINSTON SALEM, NC 27130-0456

As of the petition filing date, the claim is:    $237.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.691** Nonpriority creditor's name and mailing address

SHEREEN KAZI-MUDASIR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $144.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.692** Nonpriority creditor's name and mailing address

SHERMAN ENGINEERING CO
1830 COUNTY LINE RD UNIT 303
HUNTINGDON VALLEY, PA 19006

As of the petition filing date, the claim is:    $153.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.693** | **Nonpriority creditor's name and mailing address**
SHERWIN WILLIAMS
827 SPRING GARDEN ST
PHILADELPHIA, PA 19123-2604

**As of the petition filing date, the claim is:**                    $1,509.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**
SHORE MEDICAL CENTER
100 MEDICAL WAY
SOMER POINT, NJ 08244-2387

**As of the petition filing date, the claim is:**                    $750.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**
SHRED IT US JV LLC
28883 NETWORK PL
CHICAGO, IL 60673-1288

**As of the petition filing date, the claim is:**                    $10,066.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**
SHUPING GE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $10,020.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                689 of 729

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): 19-11468

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| | | Amount of claim |
|---|---|---|

**3.697** **Nonpriority creditor's name and mailing address**
SIEMENS HEALTHCARE DIAGNOSTICS
P.O. BOX 121102
DALLAS, TX 75312-1102

As of the petition filing date, the claim is:    **$16,479.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.698** **Nonpriority creditor's name and mailing address**
SIEMENS INDUSTRY INC
C/O CITIBANK
P.O. BOX 2134
CAROL STREAM, IL 60132-2134

As of the petition filing date, the claim is:    **$870.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.699** **Nonpriority creditor's name and mailing address**
SIEMENS MEDICAL SOLUTIONS USA, INC.
40 LIBERTY BLVD
MALVERN, PA 19355

As of the petition filing date, the claim is:    **$5,769.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.700** **Nonpriority creditor's name and mailing address**
SIENTRA INC
420 SO FAIRVIEW AVE, STE 200
SANTA BARBARA, CA 93117

As of the petition filing date, the claim is:    **$2,317.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    690 of 729

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.701** Nonpriority creditor's name and mailing address
SIGMA ALDRICH INC
P.O. BOX 535182
ATLANTA, GA 30353-5182

As of the petition filing date, the claim is:                                    $425.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.702** Nonpriority creditor's name and mailing address
SISCO, INC
3595 FISCAL COURT
WEST PALM BEACH, FL 33404

As of the petition filing date, the claim is:                                  $8,652.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.703** Nonpriority creditor's name and mailing address
SIZEWISE RENTALS
P.O. BOX 320
ELLIS, KS 67637

As of the petition filing date, the claim is:                                  $1,680.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.704** Nonpriority creditor's name and mailing address
SMILEMAKERS
P.O. BOX 2543
SPARTANBURG, SC 29304-2543

As of the petition filing date, the claim is:                                  $2,206.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.705**

**Nonpriority creditor's name and mailing address**
SMITH & NEPHEW
ATTN: PETER J BUTERA
150 MINUTEMAN RD
ANDOVER, MA 01810

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$146,485.55

---

**3.706**

**Nonpriority creditor's name and mailing address**
SMITHS MEDICAL
6000 NATHAN LANE N
MINNEAPOLIS, MN 55442

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$495.00

---

**3.707**

**Nonpriority creditor's name and mailing address**
SMITHS MEDICAL ASD INC
P.O. BOX 7247-7784
PHILADELPHIA, PA 19170-7784

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$2,012.80

---

**3.708**

**Nonpriority creditor's name and mailing address**
SOCIETY THORACIC SURGEONS
NATIONAL DATABASE
P.O. BOX 809265
CHICAGO, IL 60680-9265

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$5,385.00

---

Debtor Name    St. Christopher's Healthcare, LLC
Case number (if known): **19-11468**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.709**  **Nonpriority creditor's name and mailing address**
SODEXO INC
ATTN: CATHERINE TABAKA, CEO HEALTHCARE
600 CITY PARKWAY WEST, STE 610
ORANGE, CA 92868

**As of the petition filing date, the claim is:**    $199,607.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.710**  **Nonpriority creditor's name and mailing address**
SOLID WASTE SERVICES INC.
D/B/A JP MASCARO AND SONS
ATTN: JOSEPH MASCARO
2650 AUDUBON RD
AUDUBON, PA 19403

**As of the petition filing date, the claim is:**    $23,514.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.711**  **Nonpriority creditor's name and mailing address**
SONAL GOENKA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $87.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.712**  **Nonpriority creditor's name and mailing address**
SOPHYSA USA INC
503 E SUMMIT ST, STE 5
CROWN POINT, IN 46307

**As of the petition filing date, the claim is:**    $14,595.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.713**  **Nonpriority creditor's name and mailing address**

SORIN GROUP USA INC/USE 720606
P.O. BOX 416863
BOSTON, MA 02241-6863

**As of the petition filing date, the claim is:**                    $1,767.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.714**  **Nonpriority creditor's name and mailing address**

SOUTHPAW ENTERPRISES
P.O. BOX 1047
DAYTON, OH 45401-1047

**As of the petition filing date, the claim is:**                    $133.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.715**  **Nonpriority creditor's name and mailing address**

SPECIALTY SURGICAL PRODUCTS INC
ATTN: GENERAL COUNSEL
3 MARYLAND FARMS, STE 200
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**                    $2,233.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.716**  **Nonpriority creditor's name and mailing address**

SPECIALTYCARE CARDIOVASCULAR
DEPT 1614
P.O. BOX 11407
BIRMINGHAM, AL 35246-4565

**As of the petition filing date, the claim is:**                    $12,280.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name       St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.717**  **Nonpriority creditor's name and mailing address**

SPECTRIO LLC
P.O. BOX 890271
CHARLOTTE, NC 28289-0271

**As of the petition filing date, the claim is:**                    $748.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.718**  **Nonpriority creditor's name and mailing address**

SPECTRUM TECHNOLOGIES INC
P.O. BOX 126
1228 STATE ROUTE 487
PAXINOS, PA 17860

**As of the petition filing date, the claim is:**                    $206.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.719**  **Nonpriority creditor's name and mailing address**

SPIKES TROPHIES LTD
AWARDS/SPIKES TROPHIES SIGN SOLUT
2701 GRANT AVE
PHILADELPHIA, PA 19114

**As of the petition filing date, the claim is:**                    $404.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.720**  **Nonpriority creditor's name and mailing address**

SPOK, INC.
6850 VERSAR CTR, STE 420
SPRINGFIELD, VA 22151

**As of the petition filing date, the claim is:**                    $16,262.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.721** Nonpriority creditor's name and mailing address
SPORTWORX INC
4040 BEECH OVERLOOK WAY
BUFORD, GA 30518-5912

As of the petition filing date, the claim is:        $6,397.48
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.722** Nonpriority creditor's name and mailing address
SRUTHI POLAVARAPU
ADDRESS REDACTED

As of the petition filing date, the claim is:        $177.55
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, 401(K) AND PTO AMOUNTS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.723** Nonpriority creditor's name and mailing address
ST CHRISTOPHERS FOUND FOR CHILD
1800 JFK BLVD, STE 300
PHILADELPHIA, PA 19103

As of the petition filing date, the claim is:        $3,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.724** Nonpriority creditor's name and mailing address
ST JUDE MEDICAL SC INC
22400 NETWORK PL
CHICAGO, IL 60673-1224

As of the petition filing date, the claim is:        $7,534.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

| 3.725 | **Nonpriority creditor's name and mailing address** | | | **As of the petition filing date, the claim is:** | $1,671.31 |
|---|---|---|---|---|---|

STANDARD CHAIR OF GARDNER INC
1 SO MAIN ST
GARDNER, MA 01440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.726 | **Nonpriority creditor's name and mailing address** | | | **As of the petition filing date, the claim is:** | $54,472.87 |
|---|---|---|---|---|---|

STAPLES
P.O. BOX 70242
PHILADELPHIA, PA 19176-0245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.727 | **Nonpriority creditor's name and mailing address** | | | **As of the petition filing date, the claim is:** | $1,849.05 |
|---|---|---|---|---|---|

STAR MEDICAL EQUIPMENT LLC
P.O. BOX 742
PLYMOUTH MEETING, PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.728 | **Nonpriority creditor's name and mailing address** | | | **As of the petition filing date, the claim is:** | $3,324.24 |
|---|---|---|---|---|---|

STATE OF THE ART MED PRODUCTS INC
41 CANFIELD RD
CEDAR GROVE, NJ 07009-6144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.729** | **Nonpriority creditor's name and mailing address**
STATLAB MEDICAL PRODUCTS INC
P.O. BOX 678056
DALLAS, TX 75267-8056

**As of the petition filing date, the claim is:**    $138.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.730** | **Nonpriority creditor's name and mailing address**
STERICYCLE INC
28161 N KEITH DR
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:**    $49,396.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.731** | **Nonpriority creditor's name and mailing address**
STERILMED INC
62792 COLLECTIONS CTR DR
CHICAGO, IL 60693-0627

**As of the petition filing date, the claim is:**    $459.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.732** | **Nonpriority creditor's name and mailing address**
STERIS CORP
P.O. BOX 644063
PITTSBURGH, PA 15264-4063

**As of the petition filing date, the claim is:**    $36,055.39
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC          Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.733** | **Nonpriority creditor's name and mailing address**
STERIS INSTRUMENT MANAGEMENT
P.O. BOX 531809
ATLANTA, GA 30353-1809

**As of the petition filing date, the claim is:**                                    $87,670.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address**
STORZ, KARL ENDOSCOPY AMER INC
FILE 53514
LOS ANGELES, CA 90074-3514

**As of the petition filing date, the claim is:**                                    $30,717.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address**
STRASSHEIM GRAPHIC DESIGN &
1500 SPRING GARDEN ST, STE 225
PHILADELPHIA, PA 19130

**As of the petition filing date, the claim is:**                                    $803.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address**
STRYKER
21912 NETWORK PL
CHICAGO, IL 60673-1912

**As of the petition filing date, the claim is:**                                    $110,039.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.737** Nonpriority creditor's name and mailing address

STRYKER ENDOSCOPY CORP
C/O STYKER SALES CORP
P.O. BOX 93276
CHICAGO, IL 60673-3276

As of the petition filing date, the claim is:     $964.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.738** Nonpriority creditor's name and mailing address

STRYKER MEDICAL CORP
MEDICAL DIVISION
C/O STRYKER SALES CORP
P.O. BOX 93308
CHICAGO, IL 60673-3308

As of the petition filing date, the claim is:     $697.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.739** Nonpriority creditor's name and mailing address

STRYKER SALES CORP
3800 E CENTRE AVE
PORTAGE, MI 49002

As of the petition filing date, the claim is:     $54,561.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.740** Nonpriority creditor's name and mailing address

STRYKER SURGIC
4100 EAST MILHAM AVE
KALAMAZOO, MI 49001

As of the petition filing date, the claim is:     $383.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.741** | **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $6,585.95
SUE MOYER HARASINK
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.742** | **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $686.41
SUMMIT MEDICAL INC
P.O. BOX 6208
CAROL STREAM, IL 60197-6208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.743** | **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $456.00
SUPERCO SPECIALTY PRODUCTS
A DIVISION OF CNS INDUSTRIES INC
25041 ANZA DR
VALENCIA, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.744** | **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $8,335.25
SUPPLEMENTAL HEALTH CARE SVCS LTD
P.O. BOX 677896
DALLAS, TX 75267-7896

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Date or dates debt was incurred**    TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.745** Nonpriority creditor's name and mailing address

SURE POWER INC
200 INDUSTRIAL HWY
RIDLEY PARK, PA 19078

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $4,548.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.746** Nonpriority creditor's name and mailing address

SURGICAL COUNCIL ON RESIDENT
1617 JOHN F KENNEDY BLVD, STE 860
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $675.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.747** Nonpriority creditor's name and mailing address

SUSAN FINN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $8,599.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.748** Nonpriority creditor's name and mailing address

SUSAN NEDBAL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $1,116.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.749**   **Nonpriority creditor's name and mailing address**

SUSANA SOLAIMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $1,029.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.750**   **Nonpriority creditor's name and mailing address**

SUTURE EXPRESS INC
P.O. BOX 842806
KANSAS CITY, MO 64184-2806

**As of the petition filing date, the claim is:**                    $24,087.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751**   **Nonpriority creditor's name and mailing address**

SUZANNE TOUCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $4,832.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.752**   **Nonpriority creditor's name and mailing address**

SWANSON, ROBERT S INC
P.O. BOX 387
KENNETH SQUARE, PA 19348

**As of the petition filing date, the claim is:**                    $12,935.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.753** **Nonpriority creditor's name and mailing address**
SWATI OZA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $63.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.754** **Nonpriority creditor's name and mailing address**
SWETHA MADHAVARAPU
ADDRESS REDACTED

As of the petition filing date, the claim is:    $919.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.755** **Nonpriority creditor's name and mailing address**
SYBRON ENDO
C/O ORMCO CORP
14337 COLLECTION CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $1,199.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.756** **Nonpriority creditor's name and mailing address**
SYMMETRY SURGI
3034 OWEN DR
ANTIOCH, TN 37013

As of the petition filing date, the claim is:    $1,307.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.757**  **Nonpriority creditor's name and mailing address**
SYNERGY GLASS & DOOR SERVICE LLC
1116 MACDADE BLVD UNIT G
COLLINGDALE, PA 19023

As of the petition filing date, the claim is:    $8,705.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.758**  **Nonpriority creditor's name and mailing address**
SYSMEX CORP
28241 NETWORK PL
CHICAGO, IL 60673-1282

As of the petition filing date, the claim is:    $58,411.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.759**  **Nonpriority creditor's name and mailing address**
SYSTEMATCH TECHNICAL MGMT SVC
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

As of the petition filing date, the claim is:    $5,852.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.760**  **Nonpriority creditor's name and mailing address**
T2 SYSTEMS INC.
P.O. BOX 936599
ATLANTA, GA 31193-6599

As of the petition filing date, the claim is:    $3,483.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    705 of 729

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.761** **Nonpriority creditor's name and mailing address**
TAB SERVICE COMPANY
310 SOUTH RACINE AVE, 6TH FL
CHICAGO, IL 60607

As of the petition filing date, the claim is:    $507.50
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.762** **Nonpriority creditor's name and mailing address**
TALK TOOLS LLC
2681 SPRUILL AVE, STE A
CHARLESTON, SC 29405

As of the petition filing date, the claim is:    $80.95
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.763** **Nonpriority creditor's name and mailing address**
TANNER, OC RECOGNITION CO CORP
1930 SO STATE ST
SALT LAKE CITY, UT 84115

As of the petition filing date, the claim is:    $671.42
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.764** **Nonpriority creditor's name and mailing address**
TAYLOR COMMUNI
1725 ROE CREST DR
MANKATO, MN 56003

As of the petition filing date, the claim is:    $328.96
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name    St. Christopher's Healthcare, LLC        Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.765** | Nonpriority creditor's name and mailing address

TAYLOR CORP
STANDARD REGISTER
P.O. BOX 91047
CHICAGO, IL 60693

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:        $37,589.71

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

**3.766** | Nonpriority creditor's name and mailing address

TEC ELEVATOR INC
510 S SHORE RD, STE C
MARMORA, NJ 08223

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:        $1,340.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

**3.767** | Nonpriority creditor's name and mailing address

TELCOM EXPRESS INC
P.O. BOX 1018
RIDGELAND, MS 39158-1018

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:        $184.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

**3.768** | Nonpriority creditor's name and mailing address

TELE PHYSICIANS
SPECIALISTS ON CALL
ATTN: ACCOUNTING DEPT
1768 BUSINES CTR DR, STE 100
RESTON, VA 20190

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:        $24,300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name   **St. Christopher's Healthcare, LLC**                     Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.769** | **Nonpriority creditor's name and mailing address**
TELEFLEX MEDICAL
P.O. BOX 601608
CHARLOTTE, NC 28260-1608

**As of the petition filing date, the claim is:**            $10,757.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.770** | **Nonpriority creditor's name and mailing address**
TELEFLEX MEDICAL/601608
P.O. BOX 601608
CHARLOTTE, NC 28260-1608

**As of the petition filing date, the claim is:**            $1,636.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.771** | **Nonpriority creditor's name and mailing address**
TELERADIOLOGY SOLUTIONS
BANK OF AMERICA
250 E LANCASTER AVE
WYNNEWOOD, PA 19072

**As of the petition filing date, the claim is:**            $4,251.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.772** | **Nonpriority creditor's name and mailing address**
TELERENT LEASING CORP
TELEVUE/VENDOR CAPITAL GRP/TLC
P.O. BOX 26627
RALEIGH, NC 27611

**As of the petition filing date, the claim is:**            $3,729.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.773**   **Nonpriority creditor's name and mailing address**     $1,495.00

TELEVERE SYSTEMS LLC
P.O. BOX 6112
WARWICK, RI 02887

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.774**   **Nonpriority creditor's name and mailing address**     $96,687.15

TEMPLE UNIV HOSPITAL
CASHIER OFFICE
3401 NO BROAD ST, RM A 131
PHILADELPHIA, PA 19104

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.775**   **Nonpriority creditor's name and mailing address**     UNKNOWN

TENET BUSINESS SERVICES CORPORATION, INC.
C/O POTTER ANDERSON & CORROON LLP
ATTN: JOHN A. SENSING
1313 N MARKET ST, HERCULES PLZ, 6TH FL
P.O. BOX 951
WILMINGTON, DE 19801

As of the petition filing date, the claim is:
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
LITIGATION
COMMERCIAL DISPUTE

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.776**   **Nonpriority creditor's name and mailing address**     $1,958,226.91

TENET HEALTHSYSTEM MEDICAL INC
ATTN: MICHAEL MALONEY
1445 ROSS AVE, STE 1400
DALLAS, TX 75202

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☑ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,720.10 |
|---|---|---|---|

TERUMO BCT INC
FORMERLY CARIDIAN BCT INC
DEPT 7087
CAROL STREAM, IL 60122-7087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,817.00 |
|---|---|---|---|

TERUMO CARDIOVASCULAR SYS/281402
P.O. BOX 281402
ATLANTA, GA 30384-1402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,447.70 |
|---|---|---|---|

TERUMO MEDICAL CORP
P.O. BOX 281285
ATLANTA, GA 30384-1285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,713.04 |
|---|---|---|---|

THERESA PALUMBO
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.781** Nonpriority creditor's name and mailing address
THERMO FISHER SCIENTIFIC
P.O. BOX 842339
DALLAS, TX 75284-2339

As of the petition filing date, the claim is:    $524.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.782** Nonpriority creditor's name and mailing address
THREE M UNITEK
FILE 56561
LOS ANGELES, CA 90074-6561

As of the petition filing date, the claim is:    $2,511.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.783** Nonpriority creditor's name and mailing address
THREE RIVERS MOTHERS MILK BANK
3127 PENN AVE
PITTSBURG, PA 15201

As of the petition filing date, the claim is:    $6,636.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.784** Nonpriority creditor's name and mailing address
THYSSENKRUPP ELEVATOR CORP
2801 NETWORK BLVD, STE 700
FRISCO, TX 75034

As of the petition filing date, the claim is:    $21,135.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      St. Christopher's Healthcare, LLC                           Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

                                                                                                    **Amount of claim**

**3.785**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $492.00
TIME & PARKING CONTROLS LLC
7716 W CHESTER PIKE                                                    ☐ Contingent
UPPER DARBY, PA 19082                                                  ☐ Unliquidated
                                                                      ☐ Disputed
                                                                      **Basis for the claim:**
**Date or dates debt was incurred**                                    TRADE PAYABLE

**Last 4 digits of account number**                                    **Is the claim subject to offset?**
                                                                      ☑ No
                                                                      ☐ Yes

**3.786**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $5,035.00
TISSUE REGENIX WOUND CARE INC
P.O. BOX 841379                                                       ☐ Contingent
DALLAS, TX 75284                                                      ☐ Unliquidated
                                                                      ☐ Disputed
                                                                      **Basis for the claim:**
**Date or dates debt was incurred**                                    TRADE PAYABLE

**Last 4 digits of account number**                                    **Is the claim subject to offset?**
                                                                      ☑ No
                                                                      ☐ Yes

**3.787**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $3,498.38
TOTAL PACKAGE EXPRESS INC
P.O. BOX 426                                                         ☐ Contingent
FOLCROFT, PA 19032                                                   ☐ Unliquidated
                                                                      ☐ Disputed
                                                                      **Basis for the claim:**
**Date or dates debt was incurred**                                    TRADE PAYABLE

**Last 4 digits of account number**                                    **Is the claim subject to offset?**
                                                                      ☑ No
                                                                      ☐ Yes

**3.788**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $969.50
TOZOUR ENERGY
3606 HORIZON DR                                                      ☐ Contingent
KING OF PRUSSIA, PA 19406                                            ☐ Unliquidated
                                                                      ☐ Disputed
                                                                      **Basis for the claim:**
**Date or dates debt was incurred**                                    TRADE PAYABLE

**Last 4 digits of account number**                                    **Is the claim subject to offset?**
                                                                      ☑ No
                                                                      ☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.789** Nonpriority creditor's name and mailing address

TRANSCAT
P.O. BOX 62827
BALTIMORE, MD 21204-2827

As of the petition filing date, the claim is:    $3,542.52

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.790** Nonpriority creditor's name and mailing address

TRANSLOGIC CORP
11325 MAIN ST
BROOMFIELD, CO 80020

As of the petition filing date, the claim is:    $12,364.11

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.791** Nonpriority creditor's name and mailing address

TRI ANIM HEALTH SVCS INC
25197 NETWORK PL
CHICAGO, IL 60673-1251

As of the petition filing date, the claim is:    $38,665.58

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.792** Nonpriority creditor's name and mailing address

TRI STATE OPHTHALMICS
10 SEALS DR
MONROE, NY 10950-3949

As of the petition filing date, the claim is:    $432.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    St. Christopher's Healthcare, LLC                Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.793**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $22,003.09

TRISONICS INC
3535 WALNUT ST
HARRISBURG, PA 17109
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.794**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $3,246.64

TRU QUALITY MEDICAL INC
P.O. BOX 1187
KENNETT SQUARE, PA 19348
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.795**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $423.71

TYPENEX MEDICAL CORP
303 E WACKER DR  1030
CHICAGO, IL 60601
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.796**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $492.00

TZ MEDICAL INC
17750 SW UPPER BOONES
FERRY RD, STE 150
PORTLAND, OR 97224
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.797**

**Nonpriority creditor's name and mailing address**
UNIFIRST CORP
940 RIVER RD
CROYDON, PA 19021

**As of the petition filing date, the claim is:**                                          $88.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.798**

**Nonpriority creditor's name and mailing address**
UNITED NETWORK FOR ORGAN SHARING
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 2484
RICHMOND, VA 23218-2484

**As of the petition filing date, the claim is:**                                       $6,772.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.799**

**Nonpriority creditor's name and mailing address**
UNITED REFRIGERATION INC
P.O. BOX 82-0100
PHILADELPHIA, PA 19182-0100

**As of the petition filing date, the claim is:**                                       $1,174.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.800**

**Nonpriority creditor's name and mailing address**
UNITED REFRIGERATION INC/820100
P.O. BOX 82-0100
PHILADELPHIA, PA 19182-0100

**As of the petition filing date, the claim is:**                                        $674.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **St. Christopher's Healthcare, LLC**                Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.801** | **Nonpriority creditor's name and mailing address**

UNIV OF TX MD ANDERSON
RADIATION DOSIMETRY SVCS
P.O. BOX 4390
HOUSTON, TX 77210-4390

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$396.00

---

**3.802** | **Nonpriority creditor's name and mailing address**

UNIVERSAL PROTECTION SVS LP
ATTN: AL SANTOSUSSO
1551 NORTH TUSTIN AVE, STE 650
SANTA ANA, CA 92705

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$527,257.29

---

**3.803** | **Nonpriority creditor's name and mailing address**

US ROOFING CORP
910 E MAIN ST, STE 300
NORRISTOWN, PA 19401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,952.96

---

**3.804** | **Nonpriority creditor's name and mailing address**

US TOY CO INC
13201 ARRINGTON RD
GRANDVIEW, MO 64030

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$312.72

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                716 of 729

Debtor Name    **St. Christopher's Healthcare, LLC**          Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.805**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $3,850.00
USOC BIO-MEDIC
14 HUGHES ST, STE
IRVINE, CA 92618
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                              TRADE PAYABLE

**Last 4 digits of account number**           **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.806**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $340.63
UT MEDICAL PRODUCTS INC
7043 SO 300 WEST
MIDVALE, UT 84047
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                              TRADE PAYABLE

**Last 4 digits of account number**           **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.807**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $455.69
VACUMETRICS INC
4538 WESTINGHOUSE ST
VENTURA, CA 93003
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                              TRADE PAYABLE

**Last 4 digits of account number**           **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.808**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:     $971.26
VALEANT PHARMACEUTICALS INTL
NORTH AMERICA LLC
4395 COLLECTION CTR DR
CHICAGO, IL 60693-0043
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
                              TRADE PAYABLE

**Last 4 digits of account number**           **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.809** Nonpriority creditor's name and mailing address

VANESSA LOWERY
ADDRESS REDACTED

As of the petition filing date, the claim is: $159.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.810** Nonpriority creditor's name and mailing address

VAPOTHERM INC
P.O. BOX 74008627
CHICAGO, IL 60674-7400

As of the petition filing date, the claim is: $23,027.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.811** Nonpriority creditor's name and mailing address

VASCULAR SOLUTIONS INC
P.O. BOX 1178
MAPLE GROVE, MN 55311

As of the petition filing date, the claim is: $365.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.812** Nonpriority creditor's name and mailing address

VEOLIA ENERGY PHILADELPHIA INC
ATTN: TRICIA MARTS
2600 CHRISTIAN ST
PHILADELPHIA, PA 19146

As of the petition filing date, the claim is: $4,092.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.813**  **Nonpriority creditor's name and mailing address**
VERATHON INC
P.O. BOX 935117
ATLANTA, GA 31193-5117

As of the petition filing date, the claim is:                                          $2,438.75
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                         Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                         Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.814**  **Nonpriority creditor's name and mailing address**
VERIZON
P.O. BOX 15124
ALBANY, NY 12212

As of the petition filing date, the claim is:                                          $68.72
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                         Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                         Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.815**  **Nonpriority creditor's name and mailing address**
VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

As of the petition filing date, the claim is:                                          $40.38
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                         Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                         Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.816**  **Nonpriority creditor's name and mailing address**
VILEX INC
111 MOFFITT ST
MCMINNVILLE, TN 37110

As of the petition filing date, the claim is:                                          $24,000.05
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                         Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                         Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name     St. Christopher's Healthcare, LLC                    Case number (if known): 19-11468

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.817** **Nonpriority creditor's name and mailing address**
VINEET BHANDARI
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $7,963.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.818** **Nonpriority creditor's name and mailing address**
VIRACOR MANAGEMENT LLC
2695 MOMENTUM PL
LOCKBOX 232695
CHICAGO, IL 60689-5326

As of the petition filing date, the claim is:                    $15,367.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.819** **Nonpriority creditor's name and mailing address**
VYAIRE MEDICAL
26125 NORTH RIVERWOODS BLVD
METTAWA, IL 60045

As of the petition filing date, the claim is:                    $185.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.820** **Nonpriority creditor's name and mailing address**
VYAIRE MEDICAL INC
29429 NETWORK PL
CHIGAGO, IL 60673-1294

As of the petition filing date, the claim is:                    $25,915.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.821** **Nonpriority creditor's name and mailing address**
VYGON CORP
P.O. BOX 787426
PHILADELPHIA, PA 19178-7426

As of the petition filing date, the claim is:    $977.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.822** **Nonpriority creditor's name and mailing address**
W W GRAINGER INC
DEPT 860641950
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

As of the petition filing date, the claim is:    $3,743.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.823** **Nonpriority creditor's name and mailing address**
WACO
26661 NETWORK PL
CHICAGO, IL 60673-1266

As of the petition filing date, the claim is:    $487.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.824** **Nonpriority creditor's name and mailing address**
WAYNE MOVING & STORAGE CO INC
ATTN: ACCOUNTS RECEIVABLE
100 LAWRENCE DR
WEST CHESTER, PA 19380

As of the petition filing date, the claim is:    $11,884.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known) **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.825** | **Nonpriority creditor's name and mailing address**

WEBBCAM LLC
241 NO 12TH ST
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**  $1,430.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address**

WELCH ALLYN INC
P.O. BOX 73040
CHICAGO, IL 60673-7040

**As of the petition filing date, the claim is:**  $330.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address**

WERFEN USA LLS
180 HARTWELL RD
BEDFORD, MA 01730

**As of the petition filing date, the claim is:**  $1,715.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address**

WEST BRANCH MEDICAL LLC
811 LINCOLN DR
BROOKHAVEN, PA 19015

**As of the petition filing date, the claim is:**  $7,898.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.829** | **Nonpriority creditor's name and mailing address**
WEST UNIFIED COMMUNICATIONS SVCS
P.O. BOX 281866
ATLANTA, GA 30384-1866

As of the petition filing date, the claim is: $510.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.830** | **Nonpriority creditor's name and mailing address**
WEST, WILLIAM GEOFFREY
3825 PACES WALK SE, STE 250
ATLANTA, GA 30339

As of the petition filing date, the claim is: $2,997.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.831** | **Nonpriority creditor's name and mailing address**
WHEATON BRACE CO
380 S SCHMALE RD, STE 121
CAROL STREAM, IL 60188-2756

As of the petition filing date, the claim is: $1,673.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address**
WHEELCHAIR MAN CO INC
281 WHITE HORSE PIKE
CLEMENTON, NJ 08021

As of the petition filing date, the claim is: $544.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.833** Nonpriority creditor's name and mailing address
WILLIAM CHOI
ADDRESS REDACTED

As of the petition filing date, the claim is:    $3,138.37

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.834** Nonpriority creditor's name and mailing address
WILSON OPHTHALMIC CORP
P.O. BOX 676101
DALLAS, TX 75267-6101

As of the petition filing date, the claim is:    $603.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.835** Nonpriority creditor's name and mailing address
WOLTERS KLUWER CLINICAL DRUG INFO
62456 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $791.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.836** Nonpriority creditor's name and mailing address
WON DOOR CORP
P.O. BOX 27484
SALT LAKE CITY, UT 84127

As of the petition filing date, the claim is:    $448.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

Amount of claim

---

**3.837**

**Nonpriority creditor's name and mailing address**
WRIGHT MEDICAL TECHNOLOGY INC
P.O. BOX 503482
ST LOUIS, MO 63150-3482

**As of the petition filing date, the claim is:**    $13,635.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.838**

**Nonpriority creditor's name and mailing address**
X-CHANGE DIALYSIS INC
P.O. BOX 57
FOX RIVER GROVE, IL 60021

**As of the petition filing date, the claim is:**    $9,934.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.839**

**Nonpriority creditor's name and mailing address**
YADIRIS CZERNIAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $1,410.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.840**

**Nonpriority creditor's name and mailing address**
YANICK VIBERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,881.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC                     Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.841** | **Nonpriority creditor's name and mailing address**

YARD TRUCK SPECIALISTS INC
P.O. BOX 421
1510 FORD RD
BENSALEM, PA 19020

**As of the petition filing date, the claim is:**                              $2,592.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address**

YURI SHEVCHENKO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                              $14,853.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address**

Z-MEDICA CORP
P.O. BOX 412344
BOSTON, MA 02241-2344

**As of the petition filing date, the claim is:**                              $4,438.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.844** | **Nonpriority creditor's name and mailing address**

ZACH KASSUTTO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                              $5,485.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, 401(K) AND PTO AMOUNTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.845** Nonpriority creditor's name and mailing address

ZEPTO METRIX CORP
878 MAIN ST
BUFFALO, NY 14202

As of the petition filing date, the claim is:           $282.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.846** Nonpriority creditor's name and mailing address

ZEROWET INC
P.O. BOX 4375
PALOS VERDES PENINSULA, CA 90274

As of the petition filing date, the claim is:           $772.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.847** Nonpriority creditor's name and mailing address

ZIMMER BIOMET
345 EAST MAIN ST
WARSAW, IN 46580

As of the petition filing date, the claim is:           $27,306.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.848** Nonpriority creditor's name and mailing address

ZIMMER US
14235 COLLECTIONS CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:           $125,287.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

| | | **Amount of claim** |
|---|---|---|

**3.849**

**Nonpriority creditor's name and mailing address**

ZIMMER,INC
1800 WEST CTR ST
P.O. BOX 708
WARSAW, IN 46580

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $6,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.850**

**Nonpriority creditor's name and mailing address**

ZNH TECHNOLOGIES
2506 WEST MAIN ST, STE B
EAGLEVILLE, PA 19403

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $13,809.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.851**

**Nonpriority creditor's name and mailing address**

ZOLL MEDICAL CORP
FORMERLY ZMI CORP, GPO
P.O. BOX 27028
NEW YORK, NY 10087-7028

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                $1,577.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name  **St. Christopher's Healthcare, LLC**        Case number (if known): **19-11468**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                    $10,084,754.37

**5b. Total claims from Part 2**                    $14,580,681.78

**5c. Total claims of Parts 1 and 2**
  Lines 5a + 5b = 5c                                $24,665,436.15

| | |
|---|---|
| Debtor Name | **St. Christopher's Healthcare, LLC** |
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **19-11468** |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CATERING AGREEMENT | 12ST CATERING, INC.<br>ATTN: MICHELE LEFF, PRESIDENT<br>3312 SPRING GARDEN ST<br>PHILADELPHIA, PA 19104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE | 3E COMPANY ENVIRONMENTAL, ECOLOGICAL AND ENGINEERING<br>3207 GREY HAWK COURT, STE 200<br>CARLSBAD, CA 92010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | AA CASA INC<br>DBA PM ASSOCIATES<br>714 BETHLEHEM PIKE, STE 302<br>LOWER GWYNEDD, PA 19002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT SERVICE PROGRAM AGREEMENT | ABBOTT LABORATORIES INC.<br>100 ABBOTT PARK RD<br>ABBOT PARK, IL 600654 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LABORATORY PROBE KITS | ABBOTT MOLECULAR INC.<br>ATTN: LEGAL DEPT<br>1350 EAST TOUHY AVE<br>DES PLAINES, IL 60018 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR INFANT FORMULA | ABBOTT NUTRITION<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | COMPREHENSIVE SERVICE PLAN AGREEMENT | ABBOTT POINT OF CARE<br>400 COLLEGE RD E<br>PRINCETON, NJ 08540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ABINGTON MEMORIAL HOSPITAL<br>DIXON SCHOOL OF NURSING<br>3500 MARYLAND RD<br>WILLOW GROVE, PA 19090 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ABINGTON MEMORIAL HOSPITAL<br>ATTN: DIR OF PHARMACY<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : ABINGTON MEMORIAL HOSPITAL | ABINGTON MERMORIAL HOSPITAL<br>ATTN: EXEC VP & COO<br>1200 OLD YORK RD<br>ABINGTON MEMORIAL HOSPITAL, PA 19001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ABO HAVEN EARLY LEARNING CENTER<br>ATTN: EXEC DIR<br>101 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | TAX CREDIT REPORTING SERVICE AGREEMENT | ACS EDUCATION SERVICES, INC.<br>ATTN: PRESIDENT<br>ONE WORLD TRADE CENTER, STE 2200<br>LONG BEACH, CA 90831-2200 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | AD PRIMA CHARTER SCHOOL<br>ATTN: CHIEF EXEC OFFICER<br>8034 THOURON AVE<br>PHILADELPHIA, PA 19150 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | ADVANCED AV, LLC<br>208 CARTER DR<br>WEST CHESTER, PA 19382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | PREVENTIVE MAINTENANCE AGREEMENT | ADVANCED DOOR SERVICES, INC.<br>ATTN: GENERAL MANAGER<br>777 SCHWAB RD, STE A<br>HATFIELD, PA 19440 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ADVANTAGE CAREER INST.<br>100 ROUTE 36<br>WEST LONG BRANCH, NJ 07764 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT CONSIGNMENT AGREEMENT | ADYNXX, INC.<br>100 PINE ST, STE 500<br>SAN FRANCISCO, CA 94111 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | QUOTATION | AGILENT TECHNOLOGIES, INC.<br>2850 CENTERVILLE RD<br>WILMINGTON, DE 19808-1610 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ALAN ZUBROW, M.D.<br>1431 BARTON DR<br>FORT WASHINGTON, PA 19034 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : AEMC- CENTER ONE (SEE AEMC) | ALBERT EINSTEIN MEDCIAL CENTER<br>DBA EINSTEIN CENTER ONE<br>ATTN: COO, 11TH ST & TABOR RD<br>PHILADELPHIA, PA 19141 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ALBERT EINSTEIN MEDICAL CENTER<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19141 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : ALBERT EINSTEIN MEDICAL CENTER ("AEMC")<br>EINSTEIN CENTER ONE, MOSS REHAB, GERMANTOWN COMMUNITY HEALTH SERVICES, MOSS REHAB/EINSTEIN AT ELKINS PARK | ALBERT EINSTEIN MEDICAL CENTER<br>ATTN: COO<br>5501 OLD YORK RD<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ALBERT EINSTEIN MEDICAL CENTER<br>5502 OLD YORK RD<br>PHILADELPHIA, PA 19141 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ALBERT PESIS, D.D.S.<br>117 MONTGOMERY AVE, FRNT A BALA CYNWYD, PA 19004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | ALERE INFORMATICS, INC.<br>ATTN: COUNSEL<br>2000 HOLIDAY DR<br>CHARLOTTESVILLE, VA 22901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : A. I. DUPONT HOSPITAL FOR CHILDREN | ALFRED I DUPONT HOSPITAL FOR CHILDREN OF THE NENOURS FOUNDATION<br>1600 ROCKLAND RD<br>WILMINGTON, DE 19803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | MAGNETIC RESONANCE IMAGING MASTER SERVICES AGREEMENT | ALLIANCE HEALTHCARE SERVICES, INC.<br>DBA ALLIANCE HEALTHCARE RADIOLOGY<br>ATTN: CONTRACTS ADMIN DEPT<br>18201 VON KARMAN, STE 600<br>IRVINE, CA 92612 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : ALMOST LIKE HOME, INC. | ALMOST LIKE HOME<br>ATTN: ADMINISTRATOR<br>129 E GORGAS LANE<br>PHILADELPHIA, PA 19119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : ALTOONA REGIONAL HEALTH SYSTEM | ALTOONA REGIONAL HEALTH SYSTEM<br>620 HOWARD AVE<br>ALTOONA, PA 16601 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

▬ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | AMAZING KIDZ ACADEMY, LLC<br>ATTN: CHIEF EXEC OFFICER<br>700 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ON HOLD MESSAGING | AMERICA ON HOLD<br>7505 EAST MAIN ST, STE 200<br>SCOTTSDALE, AZ 85251 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | AMERICAN CENTER FOR TECHNICAL A&S<br>1515 MARKET ST, STE 1400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DATA REGISTRY PARTICIPATION | AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION<br>ATTN: GENERAL COUNSEL<br>2400 N ST NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | AMERICAN DENTAL ASSOCIATION<br>ATTN: CHIEF LEGAL COUNSEL<br>211 EAST CHICAGO AVE<br>CHICAGO, IL 60611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | AMERICAN INTERNATIONAL COLLEGE<br>SCHOOL OF HEALTH SCIENCES<br>1000 STATE ST<br>SPRINGFIELD, MA 01109 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT | AMERICAN MEDICAL RESPONSE MID-ATLANTIC, INC. ATTN: EDWARD POWERS, REGIONAL DIR 6501 ESSINGTON AVE PHILADELPHIA, PA 19153 |
| | State the term remaining List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD. ATTN: LEGAL DEPT P.O. BOX 232290 CENTREVILLE, VA 20120 |
| | State the term remaining List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR WATER TESTING SERVICES | AMERIWATER, INC. 3345 STOP 8 RD DAYTON, OH 45414 |
| | State the term remaining List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | AMY LEADER, DR.P.H, M.P.H. 437 CONESTOGA RD WAYNE, PA 19087 |
| | State the term remaining List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | ASN DATA USE AGREEMENT | ANALYTIC SOLUTIONS NETWORK, LLC ATTN: ANTHONY GUIDI, CIO 302 DOVE COURT, STE 2B FOREST HILL, MD 21050 |
| | State the term remaining List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ANDA K. KUO, MD 1692 8TH AVE SAN FRANCISCO, CA 94122 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

⬛ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : ATLANTICARE REGIONAL MEDICAL CENTER (ATLANTIC CITY MEDICAL CENTER) | ANTICARE HEALTH SYSTEM ATTN: VP AND ADMINISTRATOR JIMMIE LEEDS RD POMONA, NJ 08240 |
| | State the term remaining List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | APPLE DRUGS INC. T/A THE APPLE PHARMACY ATTN: MICHAEL LEVIN 1429 MONK RD GLADWYNE, PA 19035 |
| | State the term remaining List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | APPLE DRUGS INC. T/A THE APPLE PHARMACY ATTN: MICHAEL LEVIN 1429 MONK RD GLADWYNE, PA 19035 |
| | State the term remaining List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | APPLE DRUGS, INC T/A THE APPLE PHARMACY ATTN: MICHAEL LEVIN 1429 MONK RD GLADWYNE, PA 19035 |
| | State the term remaining List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ARCADIA UNIVERSITY THE TRUSTEES OF ARCADIA UNIVERSITY GENETIC COUNSELING PROGRAM 450 S EASTON RD GLENSIDE, PA 19038 |
| | State the term remaining List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ARCADIA UNIVERSITY |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | ARCADIA UNIVERSITY<br>ATTN: ACADEMIC COORDINATOR OF CLINICAL EDUCATION<br>BEAVER COLLEGE<br>DEPARTMENT OF PHYSICAL THERAPY<br>450 S EAST RD<br>GLENSIDE, PA 19038 |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | ARIA HEALTH<br>(FORMERLY FRANKFORD HOSPITAL)<br>ARIA HEALTH SCHOOL OF NURSING<br>3 NESHAMINY INTERPLEX DR<br>TREVOSE, PA 19053 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PARTNERSHIP PROGRAM AGREEMENT | ARIZANT HEALTHCARE INC.<br>3M CENTER<br>BUILDING 275-4E-01<br>ST. PAUL, MN 55144 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR TELEVISION REPAIR & PARTS | ARLEDGE ELECTRONICS, INC.<br>668 ALLOWAY-WOODSTOWN RD<br>PILESGROVE, NJ 08098 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE | ARTHUR HUPPERT, MD<br>231 N BROAD ST, 1ST FL, STE 1<br>PHILADELPHIA, PA 19102 |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT | ASCENSION SCHOOL<br>ATTN: PRINCIPAL<br>725 E WESTMORELAND ST<br>PHILADELPHIA, PA 19134 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ASEPTIC TECHNICAL SOLUTIONS<br>1478 LARDNER ST<br>PHILADELPHIA, PA 19149 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ASPIRA BILINGUAL CYBER CHARTER SCHOOL<br>ATTN: PRINCIPAL<br>6301 N 2ND ST<br>PHILADELPHIA, PA 19120 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | ATHENA DIAGNOSTICS<br>200 FORREST ST<br>MARLBOROUGH, MA 01752 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CLINCAL LABORATORY SERVICES | ATLANTIC DIAGNOSTIC LABORATORIES, LLC<br>ATTN: AARON DOMENICO, COO<br>3520 PROGRESS DR, STE C<br>BENSALEM, PA 19020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | LITHOTRIPSY SERVICES AGREEMENT | ATLANTIC LITHOTRIPSY, LLC<br>D/B/A MID-ATLANTIC STONE CENTER<br>100 BRICK RD, STE 103<br>MARLTON, NJ 08053 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | AZIMA HEALTH SERVICES, INC.<br>ATTN: CHIEF EXEC OFFICER<br>12740 HILLCREST RD, STE 273<br>DALLAS, TX 75230 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
| --- | --- | --- | --- |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BALL STATE UNIVERSITY<br>2000 UNIVERSITY AVE<br>MUNCIE, IN 47306 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | NM FULL SERVICE AGREEMENT | BC TECHNICAL, INC.<br>7172 SOUTH AIRPORT RD<br>WEST JORDAN, UT 84084 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BEASLEY MEDIA GROUP, INC.<br>DBA WMMR, WMGK, WBEN-FM & WPEN<br>ONE BALA PLAZA, STE 424<br>BALA CYNWYD, PA 19004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT | BECKMAN COULTER, INC.<br>250 SOUTH KRAEMER BLVD<br>BREA, CA 92821 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE NUMBER 211474781 | BECKMAN COULTER, INC.<br>250 S KRAEMER BLVD<br>BREA, CA 92821 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : BEEBE MEDICAL CENTER | BEEBE MEDICAL CENTER, INC<br>ATTN: PRESIDENT AND CEO<br>424 SAVANNAH RD<br>LEWES, DE 219958 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | | Case number (if known): **19-11468** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY AGREEMENT | BEST PRACTICE PROFESSIONALS INC. DBA ONESOURCE DOCUMENT MANAGEMENT SERVICES P.O. BOX 281230 SALT LAKE CITY, UT 84158 |
| | State the term remaining List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : BROOKE GLEN (FORMERLY NORTHWESTERN INST) | BHC NORTHWEST PSYCHIATRIC HOSPITAL, LLC ATTN: GENERAL COUNSEL ONE BURTON HILLS BLVD, STE 250 NASHVILLE, TN 37215 |
| | State the term remaining List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | BIOCHROM US 84 OCTOBER HILL RD HOLLISTON, MA 01746-1388 |
| | State the term remaining List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | SALES QUOTE 00012470 | BIOFIRE DIAGNOSTICS, LLC 515 COLOROW DR SALT LAKE CITY, UT 84108 |
| | State the term remaining List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT QUOTATION | BIOMERIEUX, INC. 100 RODOLPHE ST DURHAM, NC 27712 |
| | State the term remaining List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT QUOTATION | BIOMERIEUX, INC. 100 RODOLPHE ST DURHAM, NC 27712 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT QUOTATION | BIOMERIEUX, INC.<br>100 RODOLPHE ST<br>DURHAM, NC 27712 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | ESTIMATE | BIOTRONX LLC<br>242 WEST MAIN ST, STE 107<br>HENDERSONVILLE, TN 37075 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BLOOMSBURG UNIVERSITY<br>400 E 2ND ST<br>BLOOMSBURG, PA 17815 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | BLUE PILLAR, INC.<br>2 N MARKET ST, 4TH FL<br>FREDERICK, MD 21701 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BONDTECH INCORPORATED<br>1278 HWY 461<br>SOMERSET, KY 42503 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BOSTON UNIVERSITY<br>COLLEGE OF HEALTH AND REHABILITATION SCIENCES: SARGENT COLLEGE<br>635 COMMONWEALTH AVE<br>BOSTON, MA 02215 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CLINCAL LABORATORY SERVICES | BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION<br>111 CYPRESS ST<br>BROOKLINE, MA 02445 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | BRIGHTSIDE ACADEMY<br>ATTN: PRINCIPAL<br>111 W ERIE ST<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | BRIGHTSIDE ACADEMY<br>ATTN: PRINCIPAL<br>4920 N BROAD ST<br>PHILADELPHIA, PA 19141 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | BRIGHTSIDE ACADEMY<br>ATTN: PRINCIPAL<br>1500 E ERIE AVE<br>PHILADELPHIA, PA 19124 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BRIGHTWOOD CAREER INSTITUTE<br>(FORMERLY KAPLAN)<br>177 FRANKLIN MILLS BLVD<br>PHILADELPHIA, PA 19154 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : BROOKE GLEN<br>(FORMERLY NORTHWESTERN INST) | BROOKE GLEN BEHAVIORAL HOSPITAL<br>ATTN: CEO<br>7170 LAFAYETTE RD<br>FORT WASHINGTON, PA 19034 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BRYN MAWR<br>GRADUATE SCHOOL OF SOCIAL WORK AND SOCIAL RESEARCH |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BRYN MAWR GRADUATE SCHOOL<br>SCHOOL OF SOCIAL WORK AND SOCIAL RESEARCH<br>300 AIRDALE RD<br>BRYN MAWR, PA 19010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | BUILDING WITH BOOKS<br>1818 MARKET ST, STE 2620<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PURCHASE OF DENTAL APPLIANCES | BULLDOG ORTHODONTICS, LLC<br>ATTN: EMMA RUSHING, DMD<br>13301 N DALE MABRY HWY<br>TAMPA, FL 33618 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CALIFORNIA POLYTECHNIC<br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY<br>CALIFORNIA POLYTECHNIC STATE UNIVERSITY<br>1 GRAND AVE, BLDG 1, RM 128<br>SAN LUIS OBISPO, CA 93407 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : BURDETTE TOMLIN<br>NAME CHANGED TO CAPE REGIONAL MEDICAL CENTER | CAPE REGIONAL MEDICAL CENTER<br>ATTN: PRESIDENT AND CEO<br>TWO STONE HARBOR BLVD<br>CAP MAY COURT HOUSE, NJ 08210 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| ▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CAPITAL HEALTH<br>ONE CAPITAL WAY<br>PENNINGTON, NJ 08534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : CAPITAL HEALTH SYSTEM<br>(GLOBAL AGREEMENT - MERCER AND FULD) | CAPITAL HELATH SYSTEM, INC<br>ATTN: EVECUTIVE VP AND COO<br>446 BELLEVUE AVE<br>TRENTON, NJ 08618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ADVERTISING SERVICES | CAPSTAR RADIO OPERATING COMPANY<br>DBA IHEART MEDICA, PHILADELPHIA<br>ATTN: DOUGLASS HENDERSON, ACCT EXEC<br>111 PRESIDENTIAL BLVD, STE 100<br>BALA CYNWYD, PA 19004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | CARDINAL HEALTH SOLUTIONS, INC.<br>ATTN: SENIOR VP<br>3750 TORREY VIEW COURT<br>SAN DIEGO, CA 92130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | CARDIOACCESS, INC.<br>401 E LAS OLAS BLVD, STE 130-444<br>FT. LAUDERDALE, FL 33301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE MAINTENANCE TERMS & CONDITIONS | CARDIOACCESS, INC.<br>401 E LAS OLAS BLVD, STE 130-444<br>FT. LAUDERDALE, FL 33301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CASA DEL CARMEN<br>ATTN: PRINCIPAL<br>4400 N REESE ST<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | CATHY LITTY, M.D.<br>13 LOWER HILLTOP RD<br>YARDLEY, PA 19067 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CEDAR CREST COLLEGE<br>100 COLLEGE DR<br>ALLENTOWN, PA 18104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CENTER CITY FILM AND VIDEO, INC.<br>ATTN: PRESIDENT<br>1503 WALNUT ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | CENTER CITY HEALTHCARE LLC<br>ATTN: LEGAL DEPT<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CENTER FOR STUDENT LEARNING CHARTER SCHOOL AT PENNSBURY<br>ATTN: CHIEF EXEC OFFICER<br>345 LAKESIDE DR<br>LEVITTOWN, PA 19054 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STUDENT AFFILIATION AGREEMENT** | **CENTRAL PENN COLLEGE**<br>**600 VALLEY RD**<br>**SUMMERDALE, PA 17093** |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STUDENT AFFILIATION AGREEMENT** | **CHAMBERLAIN COLLEGE OF NURSING**<br>**3005 HIGHLAND PKWY**<br>**DOWNERS GROVE, IL 60515** |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CONTRACT SUPPLEMENTS** | **CHANGE HEALTHCARE TECHNOLOGIES, LLC**<br>**5995 WINDWARD PKWY**<br>**ALPHARETTA, GA 30005** |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **TRANSFER AGREEMENT**<br>**FACILITY : CHESTNUT HILL HOSPITAL** | **CHESTNUT HILL HOSPITAL**<br>**ATTN: CEO**<br>**8835 GERMANTOWN AVE**<br>**PHILADELPHIA, PA 19110** |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STUDENT AFFILIATION AGREEMENT** | **CHI INSTITUTE**<br>**520 STREET RD**<br>**SOUTHAMPTON, PA 18966** |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STUDENT AFFILIATION AGREEMENT** | **CHI INSTITUTE**<br>**520 STREET RD**<br>**SOUTHAMPTON, PA 18966** |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR INTERN RETREAT | CHUBB HOTEL & CONFERENCE CENTER<br>ATTN: SUN LEE<br>800 RIDGE PIKE<br>LAFAYETTE HILL, PA 19444 |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IRB RELIANCE AGREEMENT | CINCINNATI CHILDREN'S HOSPITAL MEDICAL CENTER<br>ATTN: JEREMY CORSMO<br>3333 BURNET AVE<br>MLC 7040<br>CINCINNATI, OH 45229 |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT | CINTAS CORPORATION<br>ATTN: GENERAL MANAGER<br>4800 W JEFFERSON ST<br>PHILADELPHIA, PA 19131 |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RENTAL AGREEMENT | CINTAS CORPORATION<br>ATTN: GENERAL MANAGER<br>4800 W JEFFERSON ST<br>PHILADELPHIA, PA 19131 |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RENTAL AGREEMENT | CINTAS CORPORATION<br>ATTN: GENERAL MANAGER<br>4800 W JEFFERSON ST<br>PHILADELPHIA, PA 19131 |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RENTAL AGREEMENT | CINTAS CORPORATION<br>ATTN: GENERAL MANAGER<br>4800 W JEFFERSON ST<br>PHILADELPHIA, PA 19131 |

Debtor Name    **St. Christopher's Healthcare, LLC**                                    Case number (if known): **19-11468**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE NO. 046-000 | CISCO SYSTEMS CAPITAL CORPORATION<br>170 WEST TASMAN DR<br>MAILSTOP SJC13/3<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CLARK SERVICES GROUP, LLC<br>DBA THE DEGREASERS<br>ATTN: BARRY CLARK, OWNER<br>130 OLD SOLDIERS RD<br>CHELTENHAM, PA 19012 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | ORTHOTIC & PROSTHETIC SERVICES AGREEMENT | COCCO ENTERPRISES, INC.<br>2745 W PASSYUNK AVE<br>PHILADELPHIA, PA 19145 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT | COCHLEAR AMERICAS<br>13059 EAST PEAKVIEW<br>CENTENNIAL, CO 80111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | LABORATORY IMPROVEMENT PROGRAMS ORDER FORM | COLLEGE OF AMERICAN PATHOLOGISTS<br>325 WAUKEGAN RD<br>NORTHFIELD, IL 60093-2750 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COLLEGE OF NEW JERSEY<br>ATTN: DR LYN SMITH<br>200 PENNINGTON RD<br>EWING, NJ 08628 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COLUMBIA UNIVERSITY<br>ATTN: DR JANET FALK-KESSLER<br>COLUMBIA UNIVERSITY - N18<br>710 WEST 168TH ST<br>NEW YORK, NY 10032 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COLUMBIA UNIVERSITY<br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY FO NEW YORK<br>ON BEHALF OF ITS SCHOOL OF NURSING<br>ATTN: BOBBIE BERKOWITZ<br>617 W 168TH ST<br>NEW YORK, NY 11375 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COMMUNITY COLLEGE OF PHILADELPHIA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COMMUNITY COLLEGE OF PHILADELPHIA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COMMUNITY COLLEGE OF PHILADELPHIA<br>ATTN: DONALD GRENERALS<br>1700 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | COMPUTER KIDS DAY CARE CENTER<br>ATTN: DIR<br>2243-57 N 20TH ST<br>PHILADELPHIA, PA 19132 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CONGRESSO DELATINOS UNIDOS<br>216 W SOMERSET ST<br>PHILADELPHIA, PA 19133 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CONGRESSO DELATINOS UNIDOS, INC.<br>ATTN: PRESIDENT<br>216 W SOMERSET ST<br>PHILADELPHIA, PA 19133 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | CONMED CORPORATION<br>525 FRENCH RD<br>UTICA, NY 13502 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | COOPER HEALTH SYSTEM<br>ATTN: LOUIS BROWNSTEIN<br>CENTER FOR ALLIED HEALTH<br>SCHOOL OF CARDIOVASCULAR PERFUSION<br>ONE COOPER PLAZA<br>CAMDEN, NJ 08103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : COOPER HEALTH | COOPR HEALTH SYSTEM<br>ATTN: PRES, COOPER UNIVERSITY HOSPITAL<br>ONE COOPER PLAZA<br>CAMDEN, NJ 08103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | COUNCIL ON ACCREDITATION OF NURSE ANESTHESIA EDU PRGMS<br>222 S PROSPECT AVE<br>PARK RIDGE, IL 60068-4001 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EQUIPMENT RENTAL | COVIDIEN SALES LLC<br>DBA GIVEN IMAGING<br>3555 KOGER BLVD<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CREIGHTON UNIVERSITY<br>SCHOOL OF PHARAMCY AND HEALTH PROFESSIONS<br>DEPARTMENT FOR EXPERIENTIAL EDUCATION<br>CLINICAL EDUCATION OFFICE<br>2500 CALIFORNIA PLAZA<br>OMAHA, NE 68178 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CROZER CHESTER MEDICAL CENTER |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : CROZER-CHESTER MEDICAL CENTER | CROZER-CHESTER MEDICAL CENTER<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CUES CREATIVE URBAN EDU SYS<br>ATTN: PROGRAM DIR<br>121 NORTH BROAD ST<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CULINARY ACADEMY OF LONG ISLAND<br>DBA STAR CAREER ACADEMY<br>STAR TECHNICAL INSTITUTE<br>9121 ROOSEVELT BLVD<br>PHILADELPHIA, PA 19114 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    St. Christopher's Healthcare, LLC    Case number (if known): **19-11468**

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CULINARY ACADEMY OF LONG ISLAND DBA STAR CAREER ACADEMY STAR TECHNICAL INSTITUTE 9121 ROOSEVELT BLVD PHILADELPHIA, PA 19114 |
| | State the term remaining List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CULINARY ACADEMY OF LONG ISLAND DBA STAR CAREER ACADEMY STAR TECHNICAL INSTITUTE 9121 ROOSEVELT BLVD PHILADELPHIA, PA 19114 |
| | State the term remaining List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CULINARY ACADEMY OF LONG ISLAND DBA STAR CAREER ACADEMY STAR TECHNICAL INSTITUTE 9121 ROOSEVELT BLVD PHILADELPHIA, PA 19114 |
| | State the term remaining List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | CUMBERLAND COUNTY COMMUNITY COLLEGE 3322 COLLEGE DR P.O. BOX 1500 VINELAND, NJ 08362 |
| | State the term remaining List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CYRACOM INTERNATIONAL INC. 5780 N SWAN RD TUSCON, AZ 85718 |
| | State the term remaining List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : ATLANTICARE REGIONAL MEDICAL CENTER (ATLANTIC CITY MEDICAL CENTER) | DAVID A DESIMONE ATLANTICARE HEALTH SYSTEM 2500 ENGLISH CREEK AVE, BLDG 500 EGG HARBOUR TOWNSHIO, NJ 08234 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | DAVID METROKA, D.D.S. 2351 WALTON RD HUNTINGDON VALLEY, PA 19006 |
| | State the term remaining List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DIRECTORY ASSISTANCE, OPERATOR SERVICES, AND PURCHASE OF PATIENT PHONES | DE LONG INDUSTRIES GROUP, INC. D/B/A WAVETECH INDUSTRIES 1120 CALLE CORDILLERA, STE 102 SAN CLEMENTE, CA 92673 |
| | State the term remaining List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DELAWARE COUNTY COMMUNITY COLLEGE 901 S MEDIA LINE RD MEDIA, PA 19063 |
| | State the term remaining List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DELAWARE COUNTY COMMUNITY COLLEGE |
| | State the term remaining List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : CROZER-CHESTER MEDICAL CENTER | DELAWARE COUNTY MEMORIAL HOSPITAL 501 N LANSDOWNE AVE DREXEL HILL, PA 19026 |
| | State the term remaining List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DELAWARE VALLEY ACADEMY OF MEDICAL AND DENTAL ASSISTANTS 3300 GRANT AVE PHILADELPHIA, PA 19114 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DERAJ MEDICAL CAREER TRAINING 2437 CARPENTER ST P. O.BOX 3874 PHILADELPHIA, PA 19146 |
| | State the term remaining List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | EVENT PROPOSAL | DEVIL'S ALLEY 1907 CHESTNUT ST PHILADELPHIA, PA 19103 |
| | State the term remaining List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MANAGED PRINT SERVICES | DEX IMAGING, INC. 5109 W LEMON ST TAMPA, FL 33609 |
| | State the term remaining List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EQUIPMENT, MAINTENANCE & SERVICES | DEX IMAGING, INC. 5109 W LEMON ST TAMPA, FL 33609 |
| | State the term remaining List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | TENET LEASE AGREEMENT | DEX IMAGING, INC. 5109 W LEMON ST TAMPA, FL 33609 |
| | State the term remaining List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | TENET LEASE AGREEMENT | DEX IMAGING, INC. 5109 W LEMON ST TAMPA, FL 33609 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT | DGA PARTNERS, INC.<br>TWO BALA PLAZA, STE 301<br>BALA CYNWYD, PA 19004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE & MAINTENANCE AGREEMENT | DIAGNOSTICA STAGO, INC.<br>ATTN: SENIOR CONTRACT ADMINISTRATOR<br>FIVE CENTURY DR<br>PARSIPPANY, NJ 07054 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LEASE OF LABORATORY EQUIPMENT | DIAGNOSTICA STAGO, INC.<br>FIVE CENTURY DR<br>PARSIPPANY, NJ 07054 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | DIGITAL INNOVATION, INCORPORATED<br>ATTN: JOHN F. KUTCHER, JR, PHD<br>302 DOVE COURT<br>FOREST HILL, MD 21050 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | SLEEP MONITORING EQUIPMENT RENTAL AGREEMENT | DIGITRACE<br>ATTN: VICE PRESIDENT, EEG SERVICES<br>200 CORPORATE PL, STE 5-B<br>PEABODY, MA 01960 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE | DOLBEY-JAMISON, INC.<br>399 CIR OF PROGRESS DR<br>POTTSTOWN, PA 19464 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : DOYLESTOWN HOSPITAL | DOYLESTOWN HOSPITAL<br>ATTN: PRES & CEO<br>595 W STATE ST<br>DOYLESTOWN, PA 18901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DPT BUSINESS SCHOOL<br>125-27 NORTH 4TH ST<br>PHILADELPHIA, PA 19106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | DREXEL UNI<br>C/O HARRISON ST REAL ESTATE LLC<br>PAHH FEINSTEIN MOB LLC<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | DREXEL UNI<br>C/O HARRISON ST REAL ESTATE LLC<br>RE: PAHH NEW COLLEGE MOB LLC<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | DREXEL UNIVERSITY<br>245 N 15TH ST, MS 400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY<br>ATTN: DEAN<br>3141 CHESTNUT ST<br>PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY<br>COLLEGE OF MEDICINE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY<br>(FORMERLY PHEC) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY<br>FOR ITS COLLEGE OF NURSING AND HEALTH PROFESSIONS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY<br>FOR ITS COLLEGE OF NURSING AND HEALTH PROFESSIONS<br>ATTN: DEAN<br>1601 CHERRY ST, MAIL STOP 10501<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | DREXEL UNIVERSITY<br>FOR ITS COLLEGE OF NURSING AND HEALTH PROFESSIONS<br>ATTN: DEAN<br>1601 CHERRY ST, MAIL STOP 10501<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | DREXEL UNIVERSITY<br>ATTN: RADIATION SAFETY OFFICE<br>1601 CHERRY ST, STE 10444<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | DREXEL UNIVERSITY<br>ATTN: DANIEL SCHIDLOW, MD<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | INSTITUTIONAL REVIEW BOARD SERVICES AGREEMENT | DREXEL UNIVERSITY<br>ATTN: EXEC DIR, HUMAN RESEARCH PROTECTION<br>1601 CHERRY ST, 10TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | RESTATED RESEARCH MANAGEMENT SERVICES AGREEMENT | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>ATTN: DEAN<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: DANIEL SCHIDLOW, MD<br>245 N 15TH ST, MS400<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: PROGRAM CO-DIRECTOR<br>1601 CHERRY ST, STE 10627<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR RESIDENCY TEACHING** |
| | | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: DEPT OF SURGERY<br>245 N 15TH ST, MS 413<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.181** | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLEMENTAL ACADEMIC AFFILIATION AGREEMENT - PEDIATRIC MEDICINE** |
| | | DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE<br>ATTN: DEAN<br>245 N 15TH ST, 19TH FL<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.182** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** |
| | | DUQUESNE UNIVERSITY<br>600 FORBES AVE<br>302 HEALTH SCIENCES BUILDING<br>PITTSBURGH, PA 15282 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.183** | State what the contract or lease is for and the nature of the debtor's interest | **BUSINESS ASSOCIATE AGREEMENT** |
| | | DYNAMIC LANGUAGE SERVICES, LLC<br>ATTN: DIR<br>40 TANNER ST<br>HADDONFIELD, NJ 08033 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.184** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** |
| | | EAGLES TAXI, LLC<br>DBA 215 GET A CAB<br>2301 CHURCH ST<br>PHILADELPHIA, PA 19124 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.185** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** |
| | | EARLHAM COLLEGE<br>ATTN: ACADEMIC AFFAIRS<br>801 NATIONAL RD W<br>RICHMOND, IN 47374 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | EAST CAROLINA UNIVERSITY |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | EAST STROUDSBURG UNIV OF PENNSYLVANIA OF THE STATE SYSTEM OF HIGHER EDUCATION COMMONWEALTH OF PENNSYLVANIA 200 PROSPECT ST EAST STROUDSBURG, PA 18301 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | EAST STROUDSBURG UNIV OF PENNSYLVANIA OF THE STATE SYSTEM OF HIGHER EDUCATION COMMONWEALTH OF PENNSYLVANIA 200 PROSPECT ST EAST STROUDSBURG, PA 18301 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | EASTERN CENTER FOR ARTS & TECHNOLOGY PRACTICAL NURSING 3075 TERWOOD RD WILLOW GROVE, PA 19090 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AGREEMENT | EASTERN SOCIETY FOR PEDIATRIC RESEARCH ATTN: JASON STOLLER, PRESIDENT 9303 NEW TRAILS DR, STE 350 THE WOODLANDS, TX 77381 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | EDINBORO MEDICAL TECHNIOLOGY PROGRAM 200 MEADVILLE ST EDINBORO, PA 16444 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | EDUCATION RESOURCES, INC. ATTN: LEGAL DEPT 266 MAIN ST, STE 12 MEDFIELD, MA 02052 |
| | State the term remaining List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT FOR HEART VALVES | EDWARDS LIFESCIENCES LLC ONE EDWARDS WAY IRVINE, CA 92614 |
| | State the term remaining List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : EINSTEIN MEDICAL CENTER MONTGOMERY | EINSTEIN MEDICAL CENTER MONTGOMERY ATTN: COO 559 W GERMANTOWN PIKE EAST NORRITON, PA 19403 |
| | State the term remaining List the contract number of any government contract | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | PRICE LIST | ELEMENTAL INC. 2371 CHURCH ST PHILADELPHIA, PA 19124 |
| | State the term remaining List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | EMD MILLIPORE CORPORATION 290 CONCORD RD BILLERICA, MA 01821 |
| | State the term remaining List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL | EMERGENCY SYSTEMS SERVICE COMPANY 401 O'NEILL DR QUAKERTOWN, PA 18951-4227 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name      St. Christopher's Healthcare, LLC                                          Case number (if known): **19-11468**

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL SERVICES AGREEMENT | ENCORE MEDICAL INTERNATIONAL, INC. 50 THREE TUN RD MALVERN, PA 19355 |
| | State the term remaining List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ENERGY PRODUCTS AND SERVICE CO, INC. ATTN: PRESIDENT 868 SUSSEX BLVD BROOMALL, PA 19008 |
| | State the term remaining List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RADIO NETWORK SPONSORSHIP | ENTERCOM ATTN: DAVID YADGAROFF, SVP 555 CITY LINE AVE, #330 PHILADELPHIA, PA 19004 |
| | State the term remaining List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ENVIRONMENTAL AND ENGINEERING SOLUTIONS, INC. ATTN: PRESIDENT 25 WASHINGTON LANE, STE 11A WYNCOTE, PA 19095 |
| | State the term remaining List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ETHAN KENTZEL 104 WEST PENNSYLVANIA AVE DOWNINGTON, PA 19335 |
| | State the term remaining List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LABORATORY SERVICES | EUROFINS VIRACOR, INC. 1001 NW TECHNOLOGY DR LEES SUMMIT, MO 64086 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR WATER FILTERS & MAINTENANCE SERVICES | EVOQUA WATER TECHNOLOGIES, LLC 258 DUNKSFERRY RD BENSALEM, PA 19020 |
| | State the term remaining List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : FAIRMOUNT BEHAVIORAL HEALTH SYSTEM | FAIRMOUNT BEHAVIORAL HEALTH SYSTEM ATTN: CEO/MANAGING DIR 561 FAIRTHORNE AVE PHILADELPHIA, PA 19128 |
| | State the term remaining List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT | FIELD HOUSE PHILLY 1150 FILBERT ST PHILADELPHIA, PA 19107 |
| | State the term remaining List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | FIRST PHILADELPHIA CHARTER SCHOOL FOR LITERACY ATTN: PRINCIPAL 4300 TACONY ST PHILADELPHIA, PA 19124 |
| | State the term remaining List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | AQUARIUM SERVICE PROPOSAL | FISHHEADS AQUARIUM SERVICE LLC 2 FAITH DR EGG HARBOR TOWNSHIP, NJ 08234 |
| | State the term remaining List the contract number of any government contract | | |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | FM COST CONTAINMENT, LLC 85 OLD EAGLE SCHOOL RD WAYNE, PA 19087 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    St. Christopher's Healthcare, LLC                     Case number (if known): **19-11468**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | INTEGRATED CYCLER MASTER ACQUISITION AGREEMENT | FOCUS DIAGNOSTICS, INC.<br>11331 VALLEY VIEW ST<br>CYPRESS, CA 90630 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | FORDHAM UNIVERSITY<br>DEPARTMENT OF PSYCHOLOGY<br>348 DEALY HALL<br>BRONX, NY 10458-5198 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | FOX INSTITUTE OF BUSINESS<br>346 LEXINGTON AVE<br>CLIFTON, NJ 07011 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | FRANK J. TORNETTA SCHOOL OF ANESTHESIA (LA SALLE)<br>LASALLE UNIVERSTIY SCHOOL OF NURSING<br>ATTN: DEAN<br>1301 POWELL ST<br>NORRISTOWN, PA 19404 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | FRANKFORD HOSPITAL |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : FRANKFORD HOSPITAL OF THE CITY OF PHILADELPHIA | FRANKFORD HOSPITAL OF THE CITY OF PHILADELPHIA<br>ATTN: PRES & CEO<br>380 N OXFORD RD<br>LANGHORNE, PA 19047 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SERVICES AGREEMENT** | **FRANKLIN CLEANING EQUIPMENT & SUPPLY COMPANY**<br>**ATTN: PRESIDENT**<br>**5116 BUTLER PIKE**<br>**PLYMOUTH MEETING, PA 19462** |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **PRICE LIST** | **FRESENIUS MEDICAL CARE**<br>**920 WINTER ST**<br>**WALTHAM, MA 02451** |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LEASE** | **FRONT STREET HEALTHCARE PROP**<br>**222 N SEPULVEDA BLVD, STE 900**<br>**EL SEGUNDO, CA 90245** |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LEASE** | **FRONT STREET HEALTHCARE PROP**<br>**222 N SEPULVEDA BLVD, STE 900**<br>**EL SEGUNDO, CA 90245** |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **MASTER LEASE** | **FRONT STREET HEALTHCARE PROP**<br>**222 N SEPULVEDA BLVD, STE 900**<br>**EL SEGUNDO, CA 90245** |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LEASE AGREEMENT** | **FRONT STREET HEALTHCARE PROPERTIES LLC**<br>**222 N SEPULVEDA BLVD, STE 900**<br>**EL SEGUNDO, CA 90245** |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.222** State what the contract or lease is for and the nature of the debtor's interest — **ASSIGNMENT LEASES** | **FRONT STREET HEALTHCARE PROPERTIES, LLC**<br>**222 N SEPULVEDA BLVD, STE 900**<br>**EL SEGUNDO, CA 90245** |
| State the term remaining<br>List the contract number of any government contract | |
| **2.223** State what the contract or lease is for and the nature of the debtor's interest — **ASSIGNMENT LEASES** | **FRONT STREET HEALTHCARE PROPERTIES, LLC**<br>**222 N SEPULVEDA BLVD, STE 900**<br>**EL SEGUNDO, CA 90245** |
| State the term remaining<br>List the contract number of any government contract | |
| **2.224** State what the contract or lease is for and the nature of the debtor's interest — **ASSIGNMENT LEASES** | **FRONT STREET HEALTHCARE PROPERTIES, LLC**<br>**222 N SEPULVEDA BLVD, STE 900**<br>**EL SEGUNDO, CA 90245** |
| State the term remaining<br>List the contract number of any government contract | |
| **2.225** State what the contract or lease is for and the nature of the debtor's interest — **STUDENT AFFILIATION AGREEMENT** | **GANNON UNIVERSITY**<br>**ATTN: KIMBERLY CAVANAGH**<br>**109 UNIVERSITY SQUARE**<br>**ERIE, PA 16541-0001** |
| State the term remaining<br>List the contract number of any government contract | |
| **2.226** State what the contract or lease is for and the nature of the debtor's interest — **ARMORED CAR SERVICE AGREEMENT** | **GARDA CL ATLANTIC, INC.**<br>**4200 GOVERNOR PRINTZ BLVD**<br>**WILMINGTON, DE 19802** |
| State the term remaining<br>List the contract number of any government contract | |
| **2.227** State what the contract or lease is for and the nature of the debtor's interest — **SERVICES AGREEMENT** | **GARRISON PRINTING COMPANY**<br>**7155 AIRPORT HWY**<br>**PENNSAUKEN, NJ 08109** |
| State the term remaining<br>List the contract number of any government contract | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**GE HEALTHCARE SOFTWARE LICENSE TRANSFER AGREEMENT**<br><br>State the term remaining<br>List the contract number of any government contract | **GE HEALTHCARE IITS USA CORP.**<br>**9900 INNOVATION DR**<br>**WAUWATOSA, WI 53226** |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**QUOTE # PR10-C131175**<br><br>State the term remaining<br>List the contract number of any government contract | **GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES, INC.**<br>**8200 WEST TOWER AVE**<br>**MILWAUKEE, WI 53223** |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**SERVICE QUOTATION #39772**<br><br>State the term remaining<br>List the contract number of any government contract | **GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES, INC.**<br>**8200 WEST TOWER AVE**<br>**MILWAUKEE, WI 53223** |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**TRANSFER AGREEMENT**<br>**FACILITY : GEISINGER MEDICAL CENTER**<br>**GEISINGER SOUTH WILKES-BARRE; GEISINGER WYOMING VALLEY MEDICAL CENTER**<br><br>State the term remaining<br>List the contract number of any government contract | **GEISINGER MEDICAL CENTER**<br>**ATTN: GEORGE GODLEWSKI**<br>**100 N ACADEMY AVE**<br>**DANVILLE, PA 17822-0145** |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**TRANSFER AGREEMENT**<br>**FACILITY : GEISINGER MEDICAL CENTER**<br>**GEISINGER SOUTH WILKES-BARRE; GEISINGER WYOMING VALLEY MEDICAL CENTER**<br><br>State the term remaining<br>List the contract number of any government contract | **GEISINGER SYSTEMS SERVICES**<br>**ATTN: DEPT OF CONTRACT ADMIN**<br>**100 N ACADEMY AVE**<br>**DANVILLE, PA 17822-3023** |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**QUOTE # 99990432A**<br><br>State the term remaining<br>List the contract number of any government contract | **GENERAL ELECTRIC COMPANY**<br>**BY AND THROUGH ITS GE HEALTHCARE DIVISION**<br>**9900 INNOVATION DR**<br>**WAUWATOSA, WI 53226** |

Debtor Name    St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

▆    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | GEORGETOWN UNIVERSITY SCHOOL OF NURSING AND HEALTH STUDIES 101 ST MARYS HALL 3700 RESERVOIR RD, NW WASHINGTON, DC 20057 |
| | State the term remaining List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | GIFT OF LIFE ATTN: HOWARD M. NATHAN/ JAN L. WEINSTOCK 401 N 3RD ST PHILADELPHIA, PA 19123 |
| | State the term remaining List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | GLOBAL NEUROSCIENCES INST LLC 160 E ERIE AVE, STE 2205 PHILADELPHIA, PA 19134 |
| | State the term remaining List the contract number of any government contract | | |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | GLOBAL NEUROSCIENCES INST LLC 160 E ERIE AVE, STE 2205 PHILADELPHIA, PA 19134 |
| | State the term remaining List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | GLOBAL NEUROSCIENCES INSTITUTE, LLC 404 S FRONT ST PHILADELPHIA, PA 19147 |
| | State the term remaining List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : GOOD SHEPHERD REHABILITATION HOSPITAL | GOOD SHEPHERD REHABILITATION HOSPITAL ATTN: CORP DIR FOR CARE MGMT 850 S 5TH ST LLENTOWN, PA 18103-3296 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | GRAMBLING STATE UNIVERSITY<br>DEPARTMENT OF HPELS<br>P.O. BOX 1193<br>GRAMBLING, LA 71245 |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | GRAND CANYON UNIVERSITY<br>GRAND CANYON EDUCATION, INC<br>ATTN: CONCHP - OFE<br>3300 W CAMMELBACK RD<br>PHOENIX, AZ 85917 |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSFER AGREEMENT<br>FACILITY : GRANDVIEW HOSPITAL | GRANDVIEW HOSPITAL<br>ATTN: VP, CHIEF MEDICAL OFFICER<br>700 LAWN AVE<br>SELLERSVILLE, PA 18960 |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | GWYNEDD-MERCY COLLEGE<br>ATTN: DEAN, SCHOOL OF ALLIED HEALTH<br>1325 SUMNEYTOWN PIKE<br>P.O. BOX 901<br>GWYNEDD VALLEY, PA 19437-0901 |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | GWYNEDD-MERCY COLLEGE<br>SCHOOL OF NURSING & HEALTH PROFESSIONS<br>ATTN: DEAN, FRANCES M. MAGUIRE<br>1325 SUMNEYTOWN PIKE<br>GWYNEDD VALLEY, PA 19437-0901 |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | GWYNEDD-MERCY COLLEGE<br>SCHOOL OF NURSING & HEALTH PROFESSIONS<br>ATTN: DEAN, FRANCES M. MAGUIRE<br>1325 SUMNEYTOWN PIKE<br>P.O. BOX 901<br>GWYNEDD VALLEY, PA 19437-0901 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | GWYNEDD-MERCY COLLEGE<br>SCHOOL OF NURSING & HEALTH PROFESSIONS<br>ATTN: DEAN, FRANCES M. MAGUIRE<br>1325 SUMNEYTOWN PIKE<br>P.O. BOX 901<br>GWYNEDD VALLEY, PA 19437-0901 |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT | HAHNEMANN UNIVERSITY HOSPITAL<br>INTERCOMPANY |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT | HAHNEMANN UNIVERSITY HOSPITAL<br>INTERCOMPANY |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSFER AGREEMENT<br>FACILITY : HAHNEMANN UNIVERSITY HOSPITAL (HUH) | HAHNEMANN UNIVESITY HOSPITAL<br>230 N BROAD ST, MS 300<br>PHILADELPHIA, PA 19102 |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | HARCUM COLLEGE<br>MONTGOMERY & MORRIS AVE<br>BRYN MAWR, PA 19010 |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | HARCUM COLLEGE<br>750 MONTGOMERY AVE<br>BRYN MAWR, PA 19010 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

▋ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HARRIS SCHOOL OF BUSINESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HARRISON CAREER INSTITUTE ATTN: SCHOOL DIR 1619 WALNUT ST PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | ORTHOTIC & PROSTHETIC SERVICES AGREEMENT | HARRY J LAWALL & SON, INC. 8026 FRANKFORD AVE PHILADELPHIA, PA 19136 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | HEALTH CARE APPRAISERS 75 NW 1ST AVE DELRAY BEACH, FL 33444 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | HEALTH PARTNERS PLANS 901 MARKET ST PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | WARRANTY QUOTATION | HEMATECHNOLOGIES, INC. 291 ROUTE 22, STE 12 LEBANON, NJ 08833 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | GOLDNER GUARANTEED SERVICE AGREEMENT | HERMAN GOLDNER CO, INC.<br>777 BREWSTER AVE<br>PHILADELPHIA, PA 19153 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : HILLMONT ENDOSCOPY CENTER | HILLMONT ENDOSCOPY CENTER<br>1528 BETHLEHEM PIKE<br>FLOURTOWN, PA 19031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | BANQUEST EVENT ORDER CONTRACT | HILTON PHILADELPHIA CITY AVENUE<br>4200 CITY AVE<br>PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | CATERING AGREEMENT | HISTORIC HOTEL BETHLEHEM<br>437 MAIN ST<br>HISTORIC BETHLEHEM, PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE SUPPLEMENT NO. 1 | HMI LLC<br>ATTN: CLIENT SERVICES MANAGER<br>214 OVERLOOK CIR, STE 253<br>BRENTWOOD, TN 37027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : HOLLAND - GLEN | HOLLAND - GLEN<br>ATTN: PRES<br>412 S YORK RD<br>HATBORO, PA 19040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HOLY FAMILY UNIVERSITY<br>9801 FRANKFORD AVE<br>PHILADELPHIA, PA 19114 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | HOLY FAMILY UNIVERSITY<br>9801 FRANKFORD AVE<br>PHILADELPHIA, PA 19114 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : HOLY REDEEMER HEALTH SYSTEM | HOLY REDEEMER HEALTH SYSTEM<br>ATTN: EXEC VP<br>667 WELSH RD<br>HUNTINGTON VALLEY, PA 19006 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT | HUB PARKING TECHNOLOGY USA, INC.<br>761 COMMONWEALTH DR<br>WARRENDALE, PA 15086 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE NO. SHC-025 | HUNTINGTON TECHNOLOGY FINANCE, INC.<br>2285 FRANKLIN RD, STE 100<br>BLOOMFIELD, MI 48302 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MAINTENANCE ON MICROSCOPES | I. MILLER PRECISION OPTICAL INSTRUMENTS, INC.<br>325 BUSTLETON PIKE<br>FESTERVILLE, PA 19053 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR POLICY MANAGEMENT SOFTWARE | ICONTRACTS, INC.<br>1101 US ROUTE 22 W, STE 104<br>BRIDGEWATER, NJ 08807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | IMMACULATA UNIVERSITY<br>ATTN: VP FOR ACADEMIC AFFAIRS<br>1145 KING RD<br>IMMACULATA, PA 19345 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | IMMACULATA UNIVERSITY<br>ATTN: VP FOR ACADEMIC AFFAIRS<br>1145 KING RD<br>IMMACULATA, PA 19345 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | IMPACT SERVICES CORPORATION<br>ATTN: PRESIDENT/CEO<br>1952 E ALLEGHENY AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | INDEPENDENT HARDWARE, INC.<br>ATTN: VINCE CAMPAGNA<br>14 SOUTH FRONT ST<br>PHILADELPHIA, PA 19106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | INDIANA UNIVERSITY OF PA<br>1011 SOUTH DR<br>INDIANA, PA 15705 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | INNOVATIVE PRINT & MEDIA GROUP, INC.<br>ATTN: PRESIDENT<br>500 SCHELL LANE<br>PHOENIXVILLE, PA 19460 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | LINEN CONTROL SUBSCRIPTION AGREEMENT | INNOVATIVE PRODUCT ACHIEVEMENTS, LLC<br>DBA IPA, LLC<br>3059 PREMIERE PKWY, STE 200<br>DULUTH, GA 30097 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR INHALATION DRUG & SERVICES | INO THERAPEUTICS LLC<br>DBA MALLINCKRODT<br>ATTN: CRITICAL CARE CONTRACT ADMIN<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | APPLICATION SERVICE PROVIDER AGREEMENT | INQUICKER, LLC<br>ATTN: MANAGER AND CTO<br>41 RACHEL DR<br>NASHVILLE, TN 37214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | INTEGRATED MEDICAL SYSTEMS INTERNATIONAL, INC.<br>ATTN: COO<br>1823 27TH AVE S<br>BIRMINGHAM, AL 35209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | UNION AGREEMENT | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS<br>LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | CONVENIENCE CLOSET AGREEMENT | INTERPHASE MEDICAL EQUIPMENT, INC.<br>ATTN: GLEN MILLER, VP<br>2536 EAST CASTOR AVE<br>PHILADELPHIA, PA 19134 |
|---|---|---|---|
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT EVALUATION AGREEMENT | IVWATCH, LLC<br>1100 EXPLORATION WAY, STE 209<br>HAMPTON, VA 23666 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | J.W. CARRIGAN, LLC<br>ATTN: PRESIDENT<br>8 UNION HILL RD, STE 100<br>WEST CONSHOHOCKEN, PA 19428 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | JAMES MURPHY, D.M.D.<br>198 S SHADY RETREAT RD<br>DOYLESTOWN, PA 18901 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : JEANES HOSPITAL | JEANES HOSPITAL<br>ATTN: EXEC DIR/CEO<br>7600 CENTRAL AVE<br>PHILADELPHIA, PA 19111 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | JEFFERSON GARDENS NORTH PHILADELPHIA HEAD START<br>ATTN: PROGRAM DIR<br>1400 N 10TH ST<br>PHILADELPHIA, PA 19122 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : JENNERSVILLE REGIONAL HOSPITAL | JENNERSVILLE REGIONAL HOSPITAL<br>1015 W BALTIMORE PIKE<br>WEST GROVE, PA 19390 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : JFK COMMUNITY MENTAL HEALTH | JFK COMMUNITY MENTAL HEALTH<br>RE: MENTAL RETARDATION CTR<br>ATTN: DIVISION DIR<br>112 N BROAD ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | JOHN B. STETSON MIDDLE SCHOOL<br>ATTN: PRINCIPAL<br>3200 B ST<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT | JUSTRIGHT SURGICAL, LLC<br>357 MCCASLIN BLVD, STE 120<br>LOUISVILLE, CO 80027 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | KAPLAN CAREER INSTITUTE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | KAPLAN CAREER INSTITUTE<br>IOWA COLLEGE ACQUISITION LLC<br>ATTN: DEAN, SCHOOL OF NURSING<br>550 W VAN BUREN, 7TH FL<br>CHICAGO, IL 60607 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | PROTECTION 1 SERVICES AGREEMENT | KARL STORZ ENDOSCOPY-AMERICA, INC.<br>2151 E GRAND AVE<br>EL SEGUNDO, CA 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE | KENCO KALIBRATION INC.<br>1381 ZEBLEY RD<br>GARNET VALLEY, PA 19060 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | KEN-CREST SERVICES<br>ATTN: DIR, PHILADELPHIA PRESCHOOL PROGRAMS<br>3907 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : KENNEDY MEMORIAL HOSPITALS<br>KENNEDY MEMORIAL HOSPITAL-CHERRY HILL;<br>KENNEDY MEMORIAL HOSPITAL-WASHINGTON<br>TWP.; KENNEDY MEMORIAL HOSPITAL-STRATFORD | KENNEDY MEMORIAL HOSPITALS<br>ATTN: CHIEF EXEC OFFICER<br>2201 CHAPEL AVE W<br>CHERRY HILL, NJ 08002-2048 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | KEYSTONE ACADEMY CHARTER SCHOOL<br>ATTN: CEO<br>4521 LONGSHORE AVE<br>PHILADELPHIA, PA 19135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR AMBULANCE SERVICES | KEYSTONE QUALITY TRANSPORT COMPANY<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

<table>
<tr><td colspan="2">███</td><td colspan="2">**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | KEYSTONE QUALITY TRANSPORT COMPANY DBA EMSTAR<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | KIERAN MCKENNA FLOORING, INC.<br>ATTN: PRESIDENT<br>480 STATE RD<br>BENSALEM, PA 19020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | WATER TREATMENT CONTRACT | KLENZOID, INC.<br>ATTN: STEVE DOUGLAS<br>912 SPRING MILL RD<br>CONSHOHOCKEN, PA 19428 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RECRUITING SERVICES | KORN/FERRY INTERNATIONAL<br>ATTN: JOHN FERRY, MD, MBA<br>ONE INTERNATIONAL PL, STE 1020<br>BOSTON, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | KUTZTOWN UNIVERSITY OF PENNSYLVANIA<br>ATTN: UNIVERSITY LEGAL COUNSEL<br>15200 KUTZTOWN RD<br>KUTZTOWN, PA 19530 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTOR SPECIMEN COLLECTION AGREEMENT | LABORATORY CORPORATION OF AMERICA<br>ATTN: LAW DEPT<br>430 SOUTH SPRING ST<br>BURLINGTON, NC 27215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE | LAERDAL MEDICAL CORPORATION<br>167 MYERS CORNERS RD<br>WAPPINGERS FALLS, NY 12590 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | LAM OCULOFACIAL<br>1740 S ST, STE 400<br>PHILADELPHIA, PA 19146 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : LANCASTER GENERAL<br>(AKA LANCASTER GENERAL HOSPITAL);<br>LANCASTER WOMEN AND BABY CENTER | LANCASTER GENERAL<br>ATTN: GENERAL COUNSEL<br>609 N CHERRY ST<br>P. O.BOX 3555<br>LANCASTER, PA 17604-3555 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : LANCASTER GENERAL<br>(AKA LANCASTER GENERAL HOSPITAL);<br>LANCASTER WOMEN AND BABY CENTER | LANCASTER GENERAL HOSPITAL<br>555 N DUKE ST<br>P.O. BOX 3555<br>LANCASTER, PA 17604-3555 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | LANKENAU HOSPITAL<br>SCHOOL OF NURSE ANESTHESIA<br>ATTN: PROGRAM DIR<br>100 E LANCASTER AVE<br>WYNNEWOOD, PA 19096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | LASALLE UNIVERSITY<br>ATTN: BUSINESS AFFAIRS AND AFFIRMATIVE ACTION OFFICER<br>1900 WEST OLONEY AVE<br>PHILADELPHIA, PA 19141 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name      St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | LASALLE UNIVERSITY ATTN: BUSINESS AFFAIRS AND AFFIRMATIVE ACTION OFFICER 1900 WEST OLONEY AVE PHILADELPHIA, PA 19141 |
| | State the term remaining List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | AESTHETIC FACILITY AGREEMENT OF SERVICE | LASER SERVICE SOLUTIONS, LLC 650 GROVE RD, STE 104 PAULSBORO, NJ 08066 |
| | State the term remaining List the contract number of any government contract | | |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT | LEAH COPPOLINO 301 BAYNARD BLVD WILMINGTON, DE 19803 |
| | State the term remaining List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | LEASING ASSOCIATES OF BARRINGTON, INC. ATTN: CARL JANIK, VP OPERATIONS 220 NORTH RIVER ST EAST DUNDEE, IL 60118 |
| | State the term remaining List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : ABINGTON MEMORIAL HOSPITAL | LEGAL SERVICES DEPARTMENT ABINTON MEMORIAL HOSP 1200 OLD YORK RD ABINGTON, PA 19001 |
| | State the term remaining List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : LEHIGH VALLEY HOSPITAL | LEHIGH VALLEY HOSP & HEALTH NETWORK ATTN: COO CEDAR CREST &I-78 ALLENTOWN, PA 18105-1556 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICING AGREEMENT | LEUCADIA PHARMACEUTICALS<br>2325 CAMINO VIDA ROBLE, STE A<br>CARLSBAD, CA 92011 |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOFTWARE LICENSE AGREEMENT | LIFE IMAGE INC.<br>300 WASHINGTON ST, STE 200<br>NEWTON, MA 02458 |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | LIFE IMAGE INC.<br>300 WASHINGTON ST, STE 200<br>NEWTON, MA 02458 |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT | LIGHTHOUSE<br>ATTN: FAMILY SERVICE COORDINATOR<br>152 LEHIGH AVE<br>PHILADELPHIA, PA 19133 |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORTHOTIC & PROSTHETIC SERVICES AGREEMENT | LIMB TECHNOLOGIES, INC.<br>DBA LTI ORTHOTIC PROSTHETIC CENTER<br>ATTN: PRESIDENT<br>2925 VETERANS HWY<br>BRISTOL, PA 19007 |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | LINCOLN TECH<br>(FORMERLY THE CITTONE BUSINESS SCHOOL)<br>200 EXECUTIVE DR, STE 340<br>W. ORANGE, NJ 07052 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SERVICES AGREEMENT** | **LISA THE**<br>2120 S 20TH ST<br>PHILADELPHIA, PA 19145 |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SERVICES AGREEMENT** | **LIVE MESSAGE AMERICA**<br>ATTN: PRESIDENT AND CEO<br>914 NEW RD<br>NORTHFIELD, NJ 08225 |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STUDENT AFFILIATION AGREEMENT** | **LOGAN CONSULTANTS** |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **MANAGEMENT AND OPERATION AGREEMENT** | **LORI'S GIFTS, INC**<br>ATTN: CHIEF EXEC OFFICER<br>2125 CHENAULT DR, STE 100<br>CARROLLTON, TX 75006 |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **AGREEMENT FOR HOSPITAL LEASES SPACE** | **LORI'S GIFTS, INC.**<br>ATTN: CHIEF EXEC OFFICER<br>2125 CHENAULT DR, STE 100<br>CARROLLTON, TX 75006 |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LEASE AGREEMENT** | **LORI'S GIFTS, INC.**<br>ATTN: CHIEF EXEC OFFICER<br>2125 CHENAULT DR, STE 100<br>CARROLLTON, TX 75006 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : LOWER BUCKS HOSPITAL | LOWER BUCKS HOSPITAL<br>ATTN: PRESIDENT & CEO<br>501 BOTH RD<br>BRISTOL, PA 19007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | LOYOLA UNIVERSITY<br>ATTN: ASSOCIATE DEAN FOR GRADUATE PROGRAMS<br>4501 N CHARLES ST<br>BALTIMORE, MD 21210 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | LRD GRAPHICS, INC. T/A FELS PRINTING<br>ATTN: PRESIDENT<br>758 S CHADWICK ST<br>PHILADELPHIA, PA 19146 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | LUTHERAN CHILDREN AND FAMILY SERVICE<br>ATTN: EXEC DIR<br>2169 74TH AVE<br>PHILADELPHIA, PA 19138 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | LUTHERAN SETTLEMENT HOUSE<br>ATTN: DIR OF OPERATIONS<br>1007 W LEHIGH AVE<br>PHILADELPHIA, PA 19133 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | LYONS ADVISORS, LLC<br>ATTN: JOSEPH LYONS, SOLE PRINCIPAL<br>1007 QUILL LANE<br>ORELAND, PA 19075 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | TIME SHARE | LYONS-CHVALA NEPHROLOGY ASSOC.<br>730 N BROAD ST, STE 101<br>WOODBURY, NJ 08096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES | M&M AUTOCLAVE CLEANING, LLC<br>ATTN: MIGUEL MORALES, OWNER<br>1031 BERN RD<br>WYOMISSING, PA 19610 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : MAGEE REHABILITATION HOSPITAL | MAGEE REHABILITATION HOSP<br>ATTN: PRESIDENT & CEO<br>1513 RACE ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : MAIN LINE HOSPITALS, INC | MAIN LINE HOSPITALS, INC<br>ATTN: VP<br>100 LANCASTER AVE<br>WYNNEWOOD, PA 19096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MANTUA INSTITUTE FOR STERILE PROCESSING<br>4136 PENNSGROVE ST<br>PHILADELPHIA, PA 19104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MANUFACTURER TECHNICAL INSTITUTE<br>DBA PINNACLE CAREER INSTITUTE<br>1001 E 101ST TERRACE, STE 320<br>KANSAS CITY, MO 64131 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

▊ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROPOSAL | MAR COR PURIFICATION, INC.<br>14550 28TH AVE N<br>PLYMOUTH, MN 55447 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : READING HOSPITAL AND MEDICAL CENTER | MARY AGNEW, SNR VP/CNO<br>READING HOSP<br>420 S 5TH AVE<br>WEST READING, PA 19611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MARYVILLE UNIVERSITY<br>ATTN: DEAN, COLLEGE OF HELATH PROFESSIONS<br>650 MARYVILLE UNIVERSITY DR<br>ST. LOUIS, MO 63141 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MARYWOOD UNIVERSITY<br>2300 ADAMS AVE<br>SCRANTON, PA 18509 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | PHARMACY CLEAN ROOM RENOVATION APPLICATION AND CERTIFICATE FOR PAYMENT | MASSIMINO BUILDING CORP<br>131 S SYCAMORE ST<br>NEWTOWN, PA 18940 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | MASTERY AT SMEDLEY CHARTER SCHOOL<br>ATTN: DIR OF OPERATIONS<br>1790 BRIDGE ST<br>PHILADELPHIA, PA 19124 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LAUNDRY & LINEN SERVICES | MAYFLOWER LAUNDRY AND TEXTILE SERVICES LLC<br>2601 W LEXINGTON ST<br>BALTIMORE, MD 21223 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | LINEN CONTROL SUBSCRIPTION AGREEMENT | MED ONE CAPITAL FUNDING, LLC<br>DBA IPA ONE<br>10712 SOUTH 1300<br>EAST SANDY, UT 84094 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | MEDACIST SOLUTIONS GROUP, LLC<br>714 SOUTH MAIN ST<br>CHESHIRE, CT 06410 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MEDHUB, LLC<br>10 2ND ST NE, STE 300<br>MINNEAPOLIS, MN 55413 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR MEDICAL GAS INSPECTIONS & SERVICES | MEDICAL GAS SOLUTIONS, INC.<br>20 MCDONALD BLVD, STE 2<br>ASTON, PA 19014 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | LABORATORY SERVICES AGREEMENT | MEDICAL NEUROGENETICS, LLC<br>ATTN: PRESIDENT AND CEO<br>5424 GLENRIDGE DR<br>ATLANTA, GA 30342 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.354** | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOM TRAY/MODULE AGREEMENT** | MEDLINE INDUSTRIES, INC. ATTN: LEGAL DEPT THREE LAKES DR NORTHFIELD, IL 60093 |
| | State the term remaining List the contract number of any government contract | | |
| **2.355** | State what the contract or lease is for and the nature of the debtor's interest | **CAPITAL EQUIPMENT RENTAL AGREEMENT** | MEDTRONIC USA INC. ATTN: CAPITAL REGIONAL CONTRACT ANALYST 826 COAL CREEK CIR LOUISVILLE, CO 80027 |
| | State the term remaining List the contract number of any government contract | | |
| **2.356** | State what the contract or lease is for and the nature of the debtor's interest | **MEDTRONIC CARELINK NETWORK TERMS OF USE** | MEDTRONIC USA, INC. 8200 CORAL SEA ST NE MOUNDS VIEW, MN 55112 |
| | State the term remaining List the contract number of any government contract | | |
| **2.357** | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENT FACILITY : MEMORIAL HOSPITAL** | MEMORIAL HOSPITAL ATTN: CEO ONE HOSPITAL DR TOWANDA, PA 18848 |
| | State the term remaining List the contract number of any government contract | | |
| **2.358** | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENT FACILITY : MERCY HOSPITAL OF PHILADELPHIA** | MERCY HOSPITAL OF PHILADELPHIA 501 S 54TH ST PHILADELPHIA, PA 19143 |
| | State the term remaining List the contract number of any government contract | | |
| **2.359** | State what the contract or lease is for and the nature of the debtor's interest | **DENTAL SERVICES AGREEMENT** | MERCY NEIGHBORHOOD MINISTRIES OF PHILADELPHIA, INC. ATTN: EXEC DIR 1939 WEST VENANGO ST PHILADELPHIA, PA 19149 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | | Case number (if known): **19-11468** |
|---|---|---|---|

<span style="background:black;color:black">████</span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **TRANSFER AGREEMENT**<br>**FACILITY : MERCY SUBURBAN HOSPITAL** | **MERCY SUBURBAN HOSPITAL**<br>**ATTN: CEO**<br>**2701 DEKALB PIKE**<br>**NORRISTOWN, PA 19401** |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **TRANSFER AGREEMENT**<br>**FACILITY : METHODIST HOSPITAL** | **METHODIST HOSPITAL**<br>**ATTN: CAO**<br>**2301 S BROAD**<br>**PHILADELPHIA, PA 19148** |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **PHYSICIAN AGREEMENT** | **MICHAEL SUCHAR, D.D.S.**<br>**1701 S FLAGLER DR, APT 903**<br>**W PALM BEACH, FL 33401** |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **TRIAL EVALUATION AGREEMENT** | **MINDRAY DS USA, INC.**<br>**800 MACARTHUR BLVD**<br>**MAHWAH, NJ 07430** |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **INDEPENDENT CONTRACTOR AGREEMENT** | **MOIRA BROOKS**<br>**832 KNORR ST**<br>**PHILADELPHIA, PA 19111** |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SOFTWARE LICENSE AGREEMENT** | **MONTEREY MEDICAL SOLUTIONS, INC.**<br>**ATTN: PRESIDENT**<br>**1130 FREMONT BLVD, STE 105-302**<br>**SEASIDE, CA 93955** |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | MONTGOMERY CO EMERGENCY MEDICAL SERVICES TRAINING INST 1175 CONSHOHOCKEN RD CONSHOHOCKEN, PA 19428 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | MOTHER OF DIVINE GRACE PN ATTN: PRINCIPAL 2612 E MANMOUTH ST PHILADELPHIA, PA 19134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT | NATUS MEDICAL INCORPORATED 5775 W LAS POSITAS BLVD PLEASANTON, CA 94688 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | NAZARETH HOSPITAL, SCHOOL OF NURSING 2601 HOLME AVE PHILADELPHIA, PA 19152 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | NEUMANN UNIVERSITY PHYSICAL THERAPY PROGRAM ONE NEUMANN DR ASTON, PA 19014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | NEW FOUNDATIONS CHARTER SCHOOL ATTN: CHIEF EXEC OFFICER 8001 TORRESDALE AVE PHILADELPHIA, PA 19136 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE LICENSE AGREEMENT** | **NEW INNOVATIONS, INC.**<br>**ATTN: STEPHEN REED, PRESIDENT**<br>**3540 FOREST LAKE DR**<br>**UNIONTOWN, OH 44685** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | **NORRIS SQUARE CHILDREN'S CENTER**<br>**ATTN: PRINCIPAL**<br>**2011 N MASCHER ST**<br>**PHILADELPHIA, PA 19122** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENT**<br>**FACILITY : NORTHEASTERN HOSPITAL** | **NORTHEASTERN HOSPITAL**<br>**ATTN: CEO**<br>**2301 E ALLEGHENY AVE**<br>**PHILADELPHIA, PA 19134** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR MAINTENANCE FOR SOFTWARE** | **NUANCE COMMUNICATIONS, INC.**<br>**1 WAYSIDE RD**<br>**BURLINGTON, MA 01803** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **NUEVA ESPERANZA**<br>**4261 NORTH FIFTH ST**<br>**PHILADELPHIA, PA 19140** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **NUEVA ESPERANZA**<br>**4261 NORTH FIFTH ST**<br>**PHILADELPHIA, PA 19140** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | OAKWOOD UNIVERSITY<br>ATTN: VICE PRESDIENT FOR ACADEMIC AFFAIRS<br>7000 ADVENTIST BLVD<br>HUNTSVILLE, AL 35896 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT & MUTUAL RELEASE | OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A.<br>DBA CONCENTRA MEDICAL CENTERS<br>609 GLOBAL WAY, STE 102<br>LINTHICUM, MD 21090 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING | OFFICE OF CIVIC ENGAGEMENT & VOLUNTEER SERVICES' FOSTER GRANDPARENT PROGRAM<br>ATTN: PROGRAM COORDINATOR<br>100 SOUTH BROAD ST<br>ROOM 432<br>PHILADELPHIA, PA 19110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : JEANES HOSPITAL | OFFICE OF COUNSEL<br>ATTN: CHIEF COUNSEL<br>TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ROOM 903 JONES GHALL (700-00)<br>1316 W ONTARIO ST<br>PHILADELPHIA, PA 19140-5290 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : TEMPLE UNIVERSITY HOSPITAL | OFFICE OF COUNSEL<br>ATTN: CHIEF COUNSEL<br>TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ROOM 903 JONES HALL (700-00)<br>1316 W ONTARIO ST<br>PHILADELPHIA, PA 19140-5290 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PARTICIPATION | OHIO CHILDREN'S HOSPITAL SOLUTIONS FOR PATIENT SAFETY<br>ATTN: PRESIDENT<br>155 EAST BROAD ST, 23RD FL<br>COLUMBUS, OH 43215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   St. Christopher's Healthcare, LLC                    Case number (if known): **19-11468**

<table>
<tr><td colspan="2">█████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE AGREEMENT 0016015 | OLYMPUS AMERICA INC.<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE 001 | OLYMPUS AMERICA INC.<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT SERVICE AGREEMENT | OLYMPUS AMERICA INC.<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | PRICING SUPPLEMENT | OMNICELL, INC.<br>590 E MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | ACKNOWLEDGEMENT & RELEASE | ON TIME AMBULANCE, INC.<br>ATTN: VP SOUTH OPERATIONS<br>200 PARK DR<br>VOORHEES TOWNSHIP, NJ 08043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | GPO SERVICE AGREEMENT | ORTHO-CLINICAL DIAGNOSTICS, INC.<br>100 INDIGO CREEK DR<br>ROCHESTER, NY 14626-5101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name      St. Christopher's Healthcare, LLC                      Case number (if known): **19-11468**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT | ORTHOPEDIATRICS US DISTRIBUTION CORPORATION<br>2850 FRONTIER DR<br>WARSAW, IN 46582 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | OTECH GROUP LLC<br>ATTN: CHIEF EXEC OFFICER<br>N173 W21294 NORTHWEST PASSAGE WAY<br>JACKSON, WI 53037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | PAHH BELLET MOB LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | PAHH BELLET MOB LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>RE: DREXEL UNI<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE | PAHH BELLET MOB, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE | PAHH BELLET MOB, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER LEASE | PAHH BROAD STREET MOB, LLC<br>C/O HARRISON ST REAL ESTATE<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT OF LEASES AND RENTS | PAHH BROAD STREET, MOB<br>C/O HARRISON ST REAL ESTATE LLC<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASSIGNMENT OF LESSOR LEASES | PAHH ERIE STREET GARAGE, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER LEASE | PAHH FEINSTEIN MOB, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE | PAHH FEINSTEIN, MOB, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER LEASE | PAHH NEW COLLEGE MOB, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |

Debtor Name   **St. Christopher's Healthcare, LLC**                                    Case number (if known): **19-11468**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE | PAHH NEW COLLEGE, MOB, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE | PAHH WOOD STREET GARAGE, LLC<br>C/O HARRISON ST REAL ESTATE LLC<br>ATTN: MARK BURKEMPER/ STEPHEN GORDON<br>444 W LAKE ST, STE 2100<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | PARKINGSOFT, LLC<br>ATTN: CEO<br>5730 OAKBROOK PKWY, STE 140<br>NORCROSS, GA 30093 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE SUBSCRIPTION AGREEMENT | PARKINGSOFT, LLC<br>ATTN: CEO<br>5730 OAKBROOK PKWY, STE 140<br>NORCROSS, GA 30093 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | PCA EMSTAR HOLDINGS, LP<br>DBA EMSTAR<br>ATTN: CHIEF EXEC OFFICER<br>300 DOMINO LANE<br>PHILADELPHIA, PA 19128 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | PEDIATRIC REHABILITATION ASSOCIATES, LLC<br>ATTN: PRESIDENT<br>92 BRICK RD, 3RD FL<br>MARLTON, NJ 08053 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

██ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PEDIATRIC REHABILITATION ASSOCIATES, LLC (FORMERLY PEDIATRICIANS FOR EXCEPTIONAL CHILDREN, LLC) 92 BRICK RD, 3RD FL MARLTON, NJ 05853 |
| | State the term remaining List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR STRUCTURAL ANALYSIS | PENNONI ASSOCIATES ATTN: ROSS STUART, PE, SE 1900 MARKET ST, STE 300 PHILADELPHIA, PA 19103 |
| | State the term remaining List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PENNSYLVANIA INSTITUTE OF TECHNOLOGY 800 MANCHESTER AVE MEDIA, PA 19063 |
| | State the term remaining List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PENNSYLVANIA ORAL & MAXILLOFACIAL SURGERY,  LTD. 26 S BRYN MAWR AVE BRYN MAWR, PA 19010 |
| | State the term remaining List the contract number of any government contract | | |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RESIDENCY TEACHING | PENNSYLVANIA ORAL & MAXILLOFACIAL SURGERY, LTD ATTN: CHIEF EXECUTIVE OFFICER 207 N BROAD ST PHILADELPHIA, PA 19102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PENNSYLVANIA STATE UNIVERSITY SCHOOL OF NURSING |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

## ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | PENNSYLVANIA STATE UNIVERSITY<br>408 OLD MAIN<br>UNIVERSITY PARK, PA 16802 |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR PARTICIPATION | PENNSYLVANIA TRAUMA SYSTEMS FOUNDATION<br>ATTN: JULIET ALTENBURG, EXEC DIR<br>3907 HARTZDALE DR, STE 702<br>CAMP HILL, PA 17011 |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT | PEOPLE FOR PEOPLE CHARTER SCHOOL<br>ATTN: DIR OF OPERATIONS<br>800 N BROAD ST, 3RD FL<br>PHILADELPHIA, PA 19130 |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR SCREENING SERVICES | PERKINELMER GENETICS, INC.<br>ATTN: GENERAL COUNSEL<br>940 WINTER ST<br>WATHAM, MA 02451 |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AGREEMENT FOR PENN MANDATED NEWBORN SCREENING | PERKINELMER GENETICS, INC.<br>250 INDUSTRY DR, STE 400<br>PITTSBURGH, PA 15275 |
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOFTWARE LICENSE AGREEMENT | PHARMACY ONESOURCE INC.<br>ATTN: WOLTERS KLUWER, CONTRACT MGT<br>800 WASHINGTON AVE N, STE 400<br>MINNEAPOLIS, MN 55401 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING CONTRACT | PHILADELPHIA BUSINESS JOURNAL ATTN: MICHAEL ZIRBSER 400 MARKET ST, STE 1200 PHILADELPHIA, PA 19106 |
| | State the term remaining List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE 4190 CITY LINE AVE PHILADELPHIA, PA 19131 |
| | State the term remaining List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE 4190 CITY LINE AVE PHILADELPHIA, PA 19131 |
| | State the term remaining List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA JOB CORPS LIFE SCIENCE INSTITUTE 280 S 20TH ST PHILADELPHIA, PA 19145 |
| | State the term remaining List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PHILADELPHIA PARENT CHILD CENTER ATTN: PRESIDENT AND CEO 2515 GERMANTOWN AVE PHILADELPHIA, PA 19133 |
| | State the term remaining List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA UNIVERSITY SCHOOL OF SCEINE AND HEALTH SCHOOLHOUSE LANE AND HENRY AVE PHILADELPHIA, PA 19144-5497 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name      St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | PHILADELPHIA UNIVERSITY SCHOOLHOUSE LANE AND HENRY AVE PHILADELPHIA, PA 19144-5497 |
| | State the term remaining List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE MAINTENANCE AGREEMENT | PHILIPS HEALTHCARE 3000 MINUTEMAN RD ANDOVER, MA 01810 |
| | State the term remaining List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DJ | PHILLY STAR EVENTS 1315 WALNUT ST, STE 320 PHILADELPHIA, PA 19107 |
| | State the term remaining List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | PHYSICIAN AND TACTICAL HEALTHCARE SERVICES LLC ATTN: ANTHONY J. MACKIEWICZ 9 EXEC CAMPUS CHERRY HILL, NJ 08102 |
| | State the term remaining List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : HARRISBURG HOSPITAL (PINNACLE HEALTH) | PINNACLE HEALTH DBA HARRISBURG HOSP ATTN: PRESIDENT AND CEO 111 S FRONT ST HARRISBURG, PA 17101 |
| | State the term remaining List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : PINNACLE HEALTH (SEE HARRISBURG HOSPITAL) | PINNACLE HEALTH DBA HARRISBURG HOSP ATTN: PRESIDENT AND CEO 111 S FRONT ST HARRISBURG, PA 17101 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name   **St. Christopher's Healthcare, LLC**        Case number (if known): **19-11468**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY RENTAL, FEES & SERVICES AGREEMENT | PLEASE TOUCH MUSEUM<br>4231 AVE OF THE REPUBLIC<br>PHILADELPHIA, PA 19131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | POPE JOHN PAUL II REGIONAL SCHOOL<br>ATTN: PRINCIPAL<br>4435 ALMOND ST<br>PHILADELPHIA, PA 19137 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PORTER'S FAMILY CENTER<br>ATTN: FINANCE DIR<br>1434 BELFIELD AVE<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL #IP2387 | PRECISION SPRINKLER SERVICES, INC.<br>200 PINE ST<br>HOLMES, PA 19043 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PRESCHOOL PROJECT, WOOLSTON<br>ATTN: PRINCIPAL<br>1236 E COLUMBIA AVE<br>PHILADELPHIA, PA 19125 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PERFUSION SERVICES | PRESTIGE PERFUSION, LLC<br>ATTN: JOHN HADDLE, CO-FOUNDER<br>162 AVONDALE RD<br>NORRISTOWN, PA 19403 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT** | **PRIORITY EXPRESS COURIER, INC.**<br>**5 CHELSEA PKWY**<br>**BOOTHWYN, PA 19061** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **PRISM CAREER INSTITUTE**<br>**8040 ROOSEVELT BLVD**<br>**PHILADELPHIA, PA 19152** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR DISPOSAL OF ITEMS FROM THE WAREHOUSE** | **PROSERV REMOVAL, INC.**<br>**DBA 1-800-GOT-JUNK**<br>**668 STONY HILL RD, STE 154**<br>**YARDLEY, PA 19067** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **PROSPECT CCMC**<br>**DBA CROZER CHESTER MEDICAL CENTRE**<br>**ON BEHALF OF ITS SCHOOL OF CLINICAL NEUROPHYSIOLOGY** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR COMMERICAL PRODUCTION** | **PUPPET KITCHEN INTERNATIONAL, INC.**<br>**ATTN: ERIC WRIGHT**<br>**12 DONGAN PL, #408**<br>**NEW YORK, NY 10040** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | **SPECIMEN COLLECTION SERVICES AGREEMENT** | **QUEST DIAGNOSTIC CLINICAL LABORATORIES INC.**<br>**900 BUSINESS CENTER DR**<br>**HORSHAM, PA 19044** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    St. Christopher's Healthcare, LLC        Case number (if known): **19-11468**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | QUEST DIAGNOSTICS<br>900 BUSINESS CENTER DR<br>HORSHAM, PA 19044 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | LABORATORY SERVICES AGREEMENT | QUEST DIAGNOSTICS INFECTIOUS DISEASE, INC.<br>ATTN: KATIE BISHAR, VP<br>33608 ORTEGA HWY<br>BUILDING B<br>SAN JUAN CAPISTRANO, CA 92675 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE | QUIDEL CORPORATION<br>12544 HIGH BLUFF DR, STE 200<br>SAN DIEGO, CA 92130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | RECOGNITION ADVANTAGE, LLC<br>ATTN: MICHAEL VANELLI, OWNER<br>232 11TH AVE<br>COLLEGEVILLE, PA 19426 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : RED LION SURGICENTER, LLC | RED LION SURGICENTER, LLC<br>ATTN: DIR OF NURSING<br>240 GEIGER RD<br>PHILADELPHIA, PA 19115 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | RED SHIELD FAMILY SHELTER<br>ATTN: DIR<br>715 N BROAD ST<br>PHILADELPHIA, PA 19123 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest **TIME SHARE EXTENSION** <br><br> State the term remaining <br> List the contract number of any government contract | **RESPIRATORY ASSOCIATES** <br> **ATTN: ROBERT PROMISLOFF, MD** <br> **1001 CITY LINE AVE, STE WB 113** <br> **WYNNEWOOD, PA 19096** |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest **QUOTATION** <br><br> State the term remaining <br> List the contract number of any government contract | **REUTER HANNEY INC.** <br> **149 RAILROAD DR** <br> **IVYLAND, PA 18974** |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest **PHYSICIAN AGREEMENT** <br><br> State the term remaining <br> List the contract number of any government contract | **RICHARD J. CLARK, D.M.D.** <br> **217 S ITHAN AVE** <br> **BRYN MAWR, PA 19010** |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest **STUDENT AFFILIATION AGREEMENT** <br><br> State the term remaining <br> List the contract number of any government contract | **RICHARD STOCKTON COLLEGE OF NEW JERSEY** <br> **101 VEA KING FARRIS DR** <br> **GALLOWAY, NJ 08205** |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest **MASTER LEASE AGREEMENT** <br><br> State the term remaining <br> List the contract number of any government contract | **RICOH USA, INC.** <br> **70 VALLEY STREAM PKWY** <br> **MALVERN, PA 19355** |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest **LEASE AGREEMENT** <br><br> State the term remaining <br> List the contract number of any government contract | **RICOH USA, INC.** <br> **70 VALLEY STREAM PKWY** <br> **MALVERN, PA 19355** |

Debtor Name   **St. Christopher's Healthcare, LLC**                    Case number (if known): **19-11468**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | RICOH USA, INC.<br>70 VALLEY STREAM PKWY<br>MALVERN, PA 19355 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | RICOH USA, INC.<br>70 VALLEY STREAM PKWY<br>MALVERN, PA 19355 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | RISA EICHINGER<br>317 NORTH BROAD ST, APT 618<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ENVIRONMENTAL SERVICES | ROBERT DINUNZIO<br>DBA HYGENIC BUILDING SERVICES |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ROMULUS ENTERPRISES, LLC |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | ROSEMONT COLLEGE<br>1400 MONTGOMERY AVE<br>BRYN MAWR, PA 19010 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | RUSH UNIVERSITY MEDICAL CENTER<br>600 S PAULINA<br>CHICAGO, IL 60612 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | RUTGERS UNIVERSITY<br>311 N 5TH ST<br>ARMITAGE HALL, STE 448<br>CAMDEN, NJ 08102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | RYDAL SQUARE, L.P.<br>C/O BET INVESTMENTS INC<br>ATTN: MICHAEL P MARKMAN, PRES/GREGORY F GAMBEL JR, GEN COUNSEL<br>200 WITMER RD, STE 200<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | CONFIRMATION OF LEASE TERM | RYDAL SQUARE, L.P.<br>C/O BET INVESTMENTS INC<br>ATTN: MICHAEL P MARKMAN, PRES/GREGORY F GAMBEL JR, GEN COUNSEL<br>200 WITMER RD, STE 200<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMEND LEASE | RYDAL SQUARE, L.P.<br>C/O BET INVESTMENTS INC<br>ATTN: MICHAEL P MARKMAN, PRES/GREGORY F GAMBEL JR, GEN COUNSEL<br>200 WITMER RD, STE 200<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMEND | RYDAL SQUARE, L.P.<br>C/O BET INVESTMENTS INC<br>ATTN: MICHAEL P MARKMAN, PRES/GREGORY F GAMBEL JR, GEN COUNSEL<br>200 WITMER RD, STE 200<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMEND | RYDAL SQUARE, L.P.<br>C/O BET INVESTMENTS INC<br>ATTN: MICHAEL P MARKMAN, PRES/GREGORY F GAMBEL JR, GEN COUNSEL<br>200 WITMER RD, STE 200<br>HORSHAM, PA 19044 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT TENANT LEASES | RYDAL SQUARE, L.P.<br>C/O BET INVESTMENTS INC<br>ATTN: MICHAEL P MARKMAN, PRES/GREGORY F GAMBEL JR, GEN COUNSEL<br>200 WITMER RD, STE 200<br>HORSHAM, PA 19044 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : SACRED HEART HOSPITAL | SACRED HEART HOSPITAL<br>ATTN: PRES & CEO<br>412 W CHEW ST<br>ALLENTOWN, PA 18102 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | SAINT FRANCIS MEDICAL CENTER<br>SCHOOL OF NURSING<br>601 HAMILTON AVE<br>TRENTON, NJ 08629 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | SAINT JOSEPH'S COLLEGE ONLINE<br>278 WHITES BRODE RD<br>STANDISH, ME 04084 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | SAINT JOSEPH'S HOSPITAL SCHOOL OF NURSING<br>801 W GIRARD AVE<br>PHILADELPHIA, PA 19122 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

⬛ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SALUS UNIVERSITY COLLEGE OF AUDIOLOGY (FORMERLY PENNSYLVANIA COLLEGE OF OPTOMETRY) 8360 OLD YORK RD ELKINS PARK, PA 19027** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SANFORD BROWN INSTITUTE 3600 HORIZON BLVD TREVOSE, PA 19053** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SANFORD BROWN INSTITUTE 3600 HORIZON BLVD, SUITE GL-1 TREVOSE, PA 19053** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SANFORD BROWN INSTITUTE 3600 HORIZON BLVD, SUITE GL-1 TREVOSE, PA 19053** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SANFORD BROWN INSTITUTE (FORMALLY ULTRASOUND DIAGNOSTIC SCHOOLS - TREVOSE)** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT** | **SCHC PEDIATRIC ASSOC LLC DBA ST CHRISTOPHER HOSPITAL FOR CHILDREN** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**◾ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED MARCH 11, 2010 | SCHC PEDIATRIC ASSOCIATES, LLC<br>ERIE AVE AND FRONT ST<br>PHILADELPHIA, PA 19134 |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUBLEASE | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PHYSICIAN ADVISOR AGREEMENT | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIRECTORSHIP AGREEMENT | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIRECTORSHIP AGREEMENT | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | SCHC PEDIATRIC ASSOCIATES, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SCHC/SCHC-PA<br>INTERCOMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SCHC/SCHC-PA<br>INTERCOMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SCHC/SCHC-PA<br>INTERCOMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT TENANT LEASES | SD REAL ESTATE DEVELOPERS, LLC<br>920 WAYLAND CR<br>BENSALEM, PA 19020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR FIRE ALARM SYSTEM TESTING SERVICES | SECURITY AND DATA TECHNOLOGIES, INC. 101 PHEASANT RUN NEWTOWN, PA 18940 |
| | State the term remaining List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | DONATION AGREEMENT | SHARE FOOD PROGRAM INC. 2901 W HUNTING PARK AVE PHILADELPHIA, PA 19129 |
| | State the term remaining List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE | SHERMAN ENGINEERING COMPANY ATTN: PRESIDENT 1830 COUNTY LINE RD, UNIT 303 HUNTINGTON VALLEY, PA 19006 |
| | State the term remaining List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | SHARED MARKETING AGREEMENT | SHORE MEMORIAL HOSPITAL DBA SHORE MEDICAL CENTER 100 MEDICAL CENTER WAY SOMERS POINT, NJ 08244 |
| | State the term remaining List the contract number of any government contract | | |
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SHRINERS HOSPITAL FOR CHILDREN ATTN: ADMINISTRATOR 3551 N BROAD ST PHILADELPHIA, PA 19140 |
| | State the term remaining List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : SHRINERS BOSTON | SHRINERS HOSPITAL FOR CHILDREN ATTN: LEGAL DEPT P.O. BOX 31356 TAMPA, FL 33631-3356 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | SHRINERS HOSPITALS FOR CHILDREN PHILADELPHIA HOSPITAL ATTN: ADMINISTRATOR 3551 N BROAD ST PHILADELPHIA, PA 19140 |
| | State the term remaining List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT AND PRODUCTS AGREEMENT | SIEMENS HEALTHCARE DIAGNOSTICS, INC. 115 NORWOOD PARK S NORWOOD, MA 02062 |
| | State the term remaining List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | ADVANTAGE SERVICES AGREEMENT | SIEMENS INDUSTRY, INC. 1450 UNION MEETING RD BLUE BELL, PA 19422 |
| | State the term remaining List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | ADVANTAGE SERVICES AGREEMENT | SIEMENS INDUSTRY, INC. 2000 CRAWFORD PL, STE 300 MT LAUREL, NJ 08054 |
| | State the term remaining List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REPLACEMENT OF LIGHTS | SIMKAR CORPORATION 700 RAMONA AVE PHILADELPHIA, PA 19120 |
| | State the term remaining List the contract number of any government contract | | |
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | SIMMONS COLLEGE ATTN: VP, STRATEGIC INITIATIVES 300 THE FENWAY, E-200 BOSTON, MA 02115 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

█ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SIMON GRATZ MASTERY CHARTER SCHOOL ATTN: DIR OF OPERATIONS 1798 W HUNTING PARK AVE PHILADELPHIA, PA 19140 |
| | State the term remaining List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | SINGLETARY GROUP INC. DBA FIRST CONTACT HR ATTN: PRESIDENT AND CEO 535 PENNSYLVANIA AVE, STE 101 FORT WASHINGTON, PA 19034 |
| | State the term remaining List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SUPPORT FOR SECURITY ID SYSTEM | SISCO, INC. 3595 FISCAL COURT WEST PALM BEACH, FL 33404 |
| | State the term remaining List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SLEEP MONITORING EQUIPMENT FOR USE BY EEG TECHNICIANS | SLEEPMED INCORPORATED 200 CORPORATE PL, STE 5-B PEABODY, MA 01960 |
| | State the term remaining List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | SLIPPERY ROCK UNIVERSITY ATTN: DEAN 325 PHYSICAL THERAPY BLDG SLIPPERY ROCK, PA 16057 |
| | State the term remaining List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | EVENT PROPOSAL | SMOKIN' BETTY'S 116 SOUTH 11TH ST PHILADELPHIA, PA 19107 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR CAFETERIA & PATIENT FOOD SERVICES** | **SODEXO MANAGEMENT, INC.** ATTN: CATHERINE TABAKA, CEO, HEALTHCARE 600 CITY PKWY WEST, STE 610 ORANGE, CA 92868 |
| | State the term remaining List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT** | **SOLID WASTE SERVICES INC.** DBA JP MASCARO AND SONS ATTN: JOSEPH MASCARO 2650 AUDUBON RD AUDUBON, PA 19403 |
| | State the term remaining List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | **TRANSFER AGREEMENT FACILITY : ROXBOROUGH MEMORIAL HOSPITAL (SOLIS HEALTHCARE, LP D/B/A ROXBOROUGH MEMORIAL HOSPITAL)** | **SOLIS HEALTHCARE, LP** DBA ROXBOROUGH MEMORIAL HOSP SOLIS GROUP LLC 5800 RIDGE AVE PHILADELPHIA, PA 19128 |
| | State the term remaining List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SOLIS HEALTHCARE, LP** DBA ROXBOROUGH MEMORIAL HOSPITAL SCHOOL OF NURSING ATTN: CEO 5800 RIDGE AVE PHIILADELPHIA, PA 19128 |
| | State the term remaining List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | **MAINTENANCE AGREEMENT** | **SORIN GROUP USA, INC.** 14401 WEST 65TH WAY ARVADA, CO 80004 |
| | State the term remaining List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **SOUTH DAKOTA STATE UNIVERISTY** ATTN: DEAN, COLLEGE OF NURSING BOX 2275, SWG 207 BROOKINGS, SD 57007 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **St. Christopher's Healthcare, LLC**    Case number (if known): **19-11468**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : SOUTH JERSEY HEALTHCARE REGIONAL MEDICAL CENTER | SOUTH JERSEY HEALTHCARE REGIONAL MED CTR<br>1505 WEST SHERMAN AVE<br>VINELAND, NJ 08360 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT | SOUTHEAST REIMBURSEMENT GROUP, LLC<br>ATTN: KIM HAMPTON, PRINCIPAL<br>335 PKWY 575, STE 110<br>WOODSTOCK, GA 30188 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SPECIALISTS ON CALL<br>ATTN: CFO<br>1768 BUSINESS CENTER DR, STE 100<br>RESTON, VA 20190 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | SPECIALTYCARE IOM SERVICES, LLC<br>ATTN: PRESIDENT, IOM SERVICES<br>3100 WEST END AVE, STE 800<br>NASHVILLE, TN 37203 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SPIN AT FRANKFORD<br>ATTN: CORPORATE OFFICER, LEGAL AFFAIRS<br>1642 ORTHODOX ST<br>PHILADELPHIA, PA 19124 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SALES ORDER | SPOK, INC.<br>6850 VERSAR CENTER, STE 420<br>SPRINGFIELD, VA 22151 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | SPORTWORX, INC.<br>ATTN: PRESIDENT<br>4040 BEECH OVERLOOK WAY<br>BUFORD, GA 30518 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : ST. JOSEPH'S HOSPITAL OF THE NORTH PHILADELPHIA HEALTH SYSTEM | ST JOSEPHS HOSPITAL OF THE N PHILADELPHIA HEALTH SYSTEM<br>ATTN: CEO<br>1600 W GIRARD AVE<br>PHILADELPHIA, PA 19130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : ST. LUKE'S HOSPITAL AND HEALTH NETWORK<br>ST. LUKE'S ALLENTOWN; ST. LUKE'S BETHLEHEM; ST. LUKE'S QUAKERTOWN; ST. LUKE'S MINERA MEMORIAL | ST LUKES HEALTH NETWORK, INC<br>DBA ST LUKES UNIVERSITY HEALTH NETWORK<br>801 OSTRUM ST<br>BETHLEHEM, PA 19130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : ST. MARY MEDICAL CENTER - LANGHORNE | ST MARYS MEDICAL CENTER<br>1201 LANGHORNE-NEWTOWN RD<br>LANGHORNE, PA 19047 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ST. BERNARD PN<br>ATTN: PRINCIPAL<br>1360 JACKSON ST<br>PHILADELPHIA, PA 19136 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ST. CHRIS PEDIATRIC URGENT CARE CENTER<br>INTERCOMPANY |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | MOBILE UNIT SERVICES AGREEMENT | ST. CHRISTOPHER'S FOUNDATION FOR CHILDREN<br>1800 JFK BLVD, STE 210<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | SUBLICENSE AGREEMENT | ST. CHRISTOPHER'S FOUNDATION FOR CHILDREN<br>1800 JFK BLVD, STE 210<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | UNION AGREEMENT | ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN NURSES UNITED/ PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE ST, STE 475<br>CONSHOHOCKEN, PA 19428 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ST. ELIZABETH NORTH PHILADELPHIA HEADSTART<br>ATTN: DIR<br>1800 N 23RD ST<br>PHILADELPHIA, PA 19121 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ST. HELENA SCHOOL<br>ATTN: PRINCIPAL<br>6101 N 5TH ST<br>PHILADELPHIA, PA 19120 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ST. JAMES SCHOOL<br>ATTN: HEAD OF SCHOOL<br>3217 W CLEARFIELD ST<br>PHILADELPHIA, PA 19132 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name      St. Christopher's Healthcare, LLC                        Case number (if known): **19-11468**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.534** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR LOCUM TENENS COVERAGE** | **STAFF CARE, INC.**<br>**5001 STATESMAN DR**<br>**IRVING, TX 75063** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.535** | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **STEVEN FORD AND ASSOCIATES, INC**<br>**1919 NORTH VAN PELT ST**<br>**PHILADELPHIA, PA 19121** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.536** | State what the contract or lease is for and the nature of the debtor's interest | **SHORT FORM LEASE AGREEMENT** | **STRYKER FLEX FINANCIAL**<br>**4100 E MILHAM**<br>**KALAMAZOO, MI 49001** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.537** | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT USAGE AGREEMENT** | **STRYKER SALES CORPORATION**<br>**3800 E CENTRE AVE**<br>**PORTAGE, MI 49002** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.538** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | **SYSMEX AMERICA, INC.**<br>**577 APTAKISIC RD**<br>**LINCOLNSHIRE, IL 60069-4325** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.539** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR INTERPRETATION SERVICES** | **SYSTEMATECH TECHNICAL MANAGEMENT SERVICES, INC.**<br>**DBA INDEMAND INTERPRETING**<br>**555 ANDOVER PARK WEST, STE 201**<br>**TUKWILA, WA 98188** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | T. CRUSE DESIGN<br>ATTN: THERESE CRUSE<br>P.O. BOX 1736<br>PHILADELPHIA, PA 19105 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR 1098-T TAX FORM SERVICES | TAB SERVICE COMPANY<br>310 S RACINE AVE<br>CHICAGO, IL 60607 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RENTAL OF HEATED HUMIDIFIERS | TELEFLEX MEDICAL INCORPORATED<br>3015 CARRINGTON MILL BLVD<br>MORRISVILLE, NC 27560 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | TELEVISION PROGRAMMING LICENSE | TELEHEALTH SERVICES<br>4191 FAYETTEVILLE RD<br>RALEIGH, NC 27603 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | TELEVISION PROGRAMMING LICENSE | TELEHEALTH SERVICES<br>4191 FAYETTEVILLE RD<br>RALEIGH, NC 27603 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | TELERADIOLOGY SOLUTIONS (FORMERLY ARJUN KALYANPUR AND ASSOCIATES)<br>ATTN: KISHOR JOSHI<br>227 LLANFAIR RD, #6<br>ARDMORE, PA 19003-2320 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | TEMPLE UNIVERSITY<br>1803 NORTH BROAD ST<br>615 CARNELL HALL, 040-08<br>PHILADELPHIA, PA 19122-6104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | TEMPLE UNIVERSITY<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (PUBLIC HEALTH ACADEMIC PROGRAM) | TEMPLE UNIVERSITY<br>OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (PHARMACY) | TEMPLE UNIVERSITY<br>HIGHER EDUCATION OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION<br>ATTN: ASSOCIATE VP FOR BUDGET |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (BIOLOGY) | TEMPLE UNIVERSITY<br>OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (SOCIOLOGY) | TEMPLE UNIVERSITY<br>OF THE COMMONWEALTRH SYSTEM OF HIGHER EDUCATION<br>COLLEGE OF LIBERAL ARTS<br>ATTN: VP FINANCE AND HUMAN RESOURCES |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (PSYCHOLOGY) | TEMPLE UNIVERSITY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (RADIOLOGIC TECHNOLOGY) | TEMPLE UNIVERSITY ATTN: EXEC DIR/CEO 3401 NORTH BROAD ST PHILADELPHIA, PA 19140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (SPEECH PATHOLOGY) | TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT (NURSING) | TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION COLLEGE HEALTH PROFESSIONS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : TEMPLE UNIVERSITY HOSPITAL | TEMPLE UNIVERSITY HOSPITAL ATTN: ACTING EXEC DIR & CEO ATTN: HOSPITAL ADMIN 3401 N BROAD ST, STE B PHILADELPHIA, PA 19140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE GME AFFILIATION AGREEMENT | TEMPLE UNIVERSITY HOSPITAL, INC.<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | MEDICARE GME AFFILIATION AGREEMENT | TEMPLE UNIVERSITY HOSPITAL, INC.<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | TEMPLE UNIVERSITY HOSPITAL, INC.<br>DBA NORTHEASTERN HOSPITAL<br>COLLEGE HEALTH PROFESSIONS<br>3307 N BROAD ST, (602-00)<br>PHILADELPHIA, PA 19140 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED MARCH 11, 2010 | TENET HEALTHSYSTEM ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN, LLC<br>ERIE AVE AND FRONT ST<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | TENET HS ST. CHRISTOPHER'S<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT LEASES | TENET HS ST. CHRISTOPHER'S<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

<table>
<tr><td colspan="2">███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
<tr><td colspan="2">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
</table>

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | TENET ST. CHRISTOPHER'S HOSPITAL, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR VENUE | THE ACADEMY OF NATURAL SCIENCES OF DREXEL UNIVERSITY<br>1900 BENJAMIN FRANKLIN PKWY<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | THERAPEUTIC APHERESIS AGREEMENT | THE AMERICAN NATIONAL RED CROSS, PENN JERSEY REGION<br>700 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | PERIOPERATIVE AUTOLOGOUS SERVICES AGREEMENT | THE AMERICAN NATIONAL RED CROSS, PENN JERSEY REGION<br>700 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | THE BETTINGER COMPANY, INC.<br>ATTN: PRESIDENT<br>1515 MARKET ST, STE 935<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : THE CHILDREN'S HOSPITAL FOR CHILDREN, LLC | THE CHILDREN'S HOSPITAL OF PHILADELPHIA<br>ATTN: CEO<br>3401 CIVIC CENTER BLVD, ABR-1423<br>PHILADELPHIA, PA 19104-4399 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROVIDER AGREEMENT | THE CITY OF PHILADELPHIA FIRE DEPARTMENT<br>ATTN: AYANNA GARNETT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT | THE COMMUNICATION CONNECTION<br>ATTN: AMANDA UTAIN, OWNER<br>139 W MAIN ST, STE 3<br>NORRISTOWN, PA 19401 |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSFER AGREEMENT<br>FACILITY : CHESTER COUNTY HOSPITAL<br>(THE HEALTH NETWORK OF CHESTER COUNTY HOSPITAL) | THE HEALH NETWORK OF THE CHESTER COUNTY HOSPITAL<br>ATTN: SENIOR VP MEDICAL AFFAIRS<br>THE CHESTER COUNTY HOSPITAL<br>WEST CHESTER, PA 19380 |
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSFER AGREEMENT<br>FACILITY : JOHNS HOPKINS HOSPITAL | THE JOHN HOPKINS CHILDREN CENTER<br>ATTN: ADMINISTER<br>600 N WOLFE ST<br>BALTIMORE, MD 21287 |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSFER AGREEMENT<br>FACILITY : JOHNS HOPKINS HOSPITAL | THE JOHNS HOPKINS HEALTH SYSTEM CORP<br>ATTN: GEN COUNSEL<br>733 N BROADWAY, STE 102<br>BALTIMORE, MD 21205 |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LABORATORY SERVICES AGREEMENT | THE JOHNS HOPKINS UNIVERSITY<br>ATTN: VP AND GENERAL COUNSEL<br>3400 NORTH CHARLES ST<br>GARLAND HALL - 113<br>BALTIMORE, MD 21218 |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | THE LEAPFROG GROUP ATTN: PRESIDENT AND CEO 1660 L ST NW, STE 308 WASHINGTON, DC 20036 |
| | State the term remaining List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : A. I. DUPONT HOSPITAL FOR CHILDREN | THE NEMOURS FIUNDATION ATTN: LEGAL DEPT - 2 WEST OFFICE OF CONTRACT ADMIN 10140 CENTURION PKWY N JACKSONVILLE, FL 32256 |
| | State the term remaining List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ELEVATOR REPAIR & MAINTENANCE | THE OTIS ELEVATOR COMPANY 30 TWOSOME DR, STE 4 MOORESTOWN, NJ 08057 |
| | State the term remaining List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | PHANATIC CONTRACT | THE PHILLIE PHANATIC ATTN: ANDREA GUEST, MGR, PHANATIC EVENTS CITIZENS BANK PARK ONE CITIZENS BANK WAY PHILADELPHIA, PA 19148 |
| | State the term remaining List the contract number of any government contract | | |
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : SHRINERS BOSTON | THE SHRINERS HOSPITAL FOR CHILDREN ATTN: C THOMAS D'ESMOND, FACHE ADMIN BOSTON HOSPITAL 51 BLOSSOM ST BOSTON, MA 02114 |
| | State the term remaining List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | CONGENITAL HEART SURGERY DATABASE | THE SOCIETY OF THORACIC SURGEONS 633 N SAINT CLAIR ST, STE 2320 CHICAGO, IL 60611 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | **BUSINESS ASSOCIATE AGREEMENT** | **THE STANDARD REGISTER COMPANY**<br>**ATTN: LEGAL SERVICES**<br>**600 ALBANY ST**<br>**DAYTON, OH 45417** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | **FUN CENTER - MOBILE ENTERTAINMENT AGREEMENT** | **THE STARLIGHT STARBRIGHT CHILDREN'S FOUNDATION INTERNATIONAL**<br>**2020 K ST NW, #800**<br>**WASHINGTON, DC 20006** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **THOMAS EDISON STATE COLLEGE**<br>**W. CARY EDWARDS SCHOOL OF NURSING**<br>**101 WEST STATE ST**<br>**TRENTON, NJ 08608-1176** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **THOMAS JEFFERSON UNIVERSITY**<br>**JEFFERSON COLLEGE OF HEALTH PROFESSIONS**<br>**JEFFERSON SCHOOL OF NURSING** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **THOMAS JEFFERSON UNIVERSITY**<br>**BY AND THROUGH THE JEFFERSON COLLEGE OF PHARMACY**<br>**ATTN: DEAN, JEFFERSON COLLEGE OF PHARMACY**<br>**901 WALNUT ST, STE 901**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | **STUDENT AFFILIATION AGREEMENT** | **THOMAS JEFFERSON UNIVERSITY**<br>**OFFICE OF UNIVERSITY COUNSEL**<br>**1020 WALNUT ST, STE 619**<br>**PHILADELPHIA, PA 19107** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name      St. Christopher's Healthcare, LLC                          Case number (if known): **19-11468**

█████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT |
| | State the term remaining | |
| | List the contract number of any government contract | |

THOMAS JEFFERSON UNIVERSITY
ATTN: CHAIR, DEPT OF P.T.
901 WALNUT ST, RM 504
PHILADELPHIA, PA 19107

| | | |
|---|---|---|
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT |
| | State the term remaining | |
| | List the contract number of any government contract | |

THOMAS JEFFERSON UNIVERSITY
ATTN: DEAN, JEFFERSON SCHOOL OF HEALTH PROFESSIONS
901 WALNUT ST, 6TH FL
PHILADELPHIA, PA 19107

| | | |
|---|---|---|
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : THOMAS JEFFERSON UNIVERSITY HOSPITAL (AKA JEFFERSON) (INCLUDES DEPARTMENT OF REHABILITATION) |
| | State the term remaining | |
| | List the contract number of any government contract | |

THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC
ATTN: PRESIDENT AND CEO
111 SOUTH
PHILADELPHIA, PA 19107

| | | |
|---|---|---|
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
| | State the term remaining | |
| | List the contract number of any government contract | |

TOTAL PACKAGE EXPRESS INC.
DBA ONE HOUR MESSENGERS
ATTN: OPERATIONS MANAGER
770 SOUTH 13TH ST
PHILADELPHIA, PA 19147

| | | |
|---|---|---|
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT |
| | State the term remaining | |
| | List the contract number of any government contract | |

TPS IV OF PA LLC
ATTN: LEGAL DEPT
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

| | | |
|---|---|---|
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
| | State the term remaining | |
| | List the contract number of any government contract | |

TPS IV OF PA, LLC
DBA HAHNEMANN MULTI-SPECIALTY SERVICES
230 N BROAD ST
MS 300
PHILADELPHIA, PA 19102

Debtor Name    **St. Christopher's Healthcare, LLC**              Case number (if known): **19-11468**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | TRANSLATE MEDICAL<br>ATTN: EX ZABALLERO<br>2800 KELLY RD, STE 200<br>WARRINGTON, PA 18976 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | QUOTATION | TRINITY MISSION CRITICAL, LLC<br>329 DRUMMERS LANE<br>PHOENIXVILLE, PA 19460 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | U.S. BANK, N.A.<br>777 EAST WISCONSIN AVE<br>MILWAUKEE, WI 53202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : UNDERWOOD-MEMORIAL HOSPITAL | UNDERWOOD MEMORIAL HOSPITAL<br>509 WEST BROAD ST<br>WOODBURY, NJ 08096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | UNIQUE PHARMACEUTICALS LTD.<br>ATTN: PRESIDENT AND COO<br>5920 S GENERAL BRUCE DR<br>TEMPLE, TX 76502 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF AKRON<br>ATTN: DEAN, COLLEGE OF HEALTH SCIENCES<br>AND HUMAN SERVICES AND COLLEGE OF NURSING |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

<table>
<tr><td colspan="2">█████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF DELAWARE<br>BEHAVIORAL HEALTH & NUTRITION<br>ATTN: ANJA LEEFELDT<br>042 CARPENTER SPORTS BUILDING<br>NEWARK, DE 19716 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF DELAWARE<br>220 HULLIHEN HALL<br>NEWARK, DE 19716 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF FLORIDA<br>BOARD OF TRUSTEES<br>FOR THE BENEFIT OF THE WORKING PROFESSIONAL PHARM.D.<br>PROGRAM<br>COLLEGE OF PHARMACY, EASTSIDE CAMPUS<br>2046 NE WALDO RD, STE 2200<br>GAINESVILLE, FL 32609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF NORTH CAROLINA<br>AT CHAPEL HILL<br>SCHOOL OF DENTISTRY<br>1090 OLD DENTAL<br>CHAPEL HILL, NC 27599 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PENNSYLVANIA<br>SCHOOL OF NURSING<br>418 CURIE BLVD<br>PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PENNSYLVANIA<br>TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br>ON BEHALF OF ITS SCHOOL OF NURSING AND ANESTHESIA<br>PROGRAM<br>418 CURIE BLVD<br>PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PENNSYLVANIA<br>ATTN: DEAN<br>3701 LOCUST WALK<br>PHILADELPHIA, PA 19104-6214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PENNSYLVANIA<br>ATTN: DEAN<br>3701 LOCUST WALK<br>PHILADELPHIA, PA 19104-6214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF PITTSBURGH<br>OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION<br>SCHOOL OF PHARMACY<br>3801 TERRACE ST, SUITE 1100, SALK HALL<br>PITTSBURGH, PA 15206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF THE SCIENCES<br>UNIVERSITY OF PENNSYLVANIA SCHOOL OF DENTAL MEDICINE<br>4001 SPRUCE ST<br>PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF THE SCIENCES<br>ATTN: MEDICAL TECH PROGRAM<br>600 S 43RD ST<br>PHILADELPHIA, PA 19104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF THE SCIENCES<br>DEPARTMENT OF SOCIAL SCIENCES, KLINE HALL<br>600 S 43RD ST<br>PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.612** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF THE SCIENCES<br>ATTN: ADMIN<br>600 SOUTH 43RD ST<br>PHILADELPHIA, PA 19104 |
| **2.613** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STUDENT AFFILIATION AGREEMENT | UNIVERSITY OF VIRGINIA<br>COMMUNICATION DISORDERS PROGRAM<br>417 EMMIT ST SOUTH<br>P.O. BOX 400270<br>CHARLOTTESVILLE, VA 22904 |
| **2.614** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUBSCRIPTION & LICENSE | UPTODATE, INC.<br>230 3RD AVE<br>WALTHAM, MA 02451 |
| **2.615** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVENT CONTRACT | URBAN VILLAGE BREWING COMPANY<br>1001 N 2ND ST<br>PHILADELPHIA, PA 19123 |
| **2.616** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT | UROLOGY FOR CHILDREN, LLC<br>200 BOWMAN DR, STE E-360<br>VOORHEES, NJ 08043 |
| **2.617** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMERGENCY ROOM ON-CALL AGREEMENT | UROLOGY FOR CHILDREN, LLC<br>ATTN: OWNER AND PARTNER<br>200 BOWMAN DR, STE E-360<br>VOORHEES, NJ 08043 |

Debtor Name    St. Christopher's Healthcare, LLC

Case number (if known): **19-11468**

███    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | TIMESHARE SUBLEASE | UROLOGY FOR CHILDREN, LLC<br>200 BOWMAN DR, STE E-360<br>VOORHEES, NJ 08043 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR EMPLOYMENT HEALTH SCREENINGS | US REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET<br>ATTN: VP OF OPERATIONS<br>1800 BYBERRY RD, STE 705<br>HUNTINGTON VALLEY, PA 19006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | VAN HONG NGUYEN<br>6803 OAKLEY ST<br>PHILADELPHIA, PA 19111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | MESSAGE ON HOLD SERVICE AGREEMENT | VERICOM<br>4033 TAMPA RD, STE 103<br>OLDSMAR, FL 34677 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | VILLANOVA UNIVERSITY<br>ATTN: CONNELLY ENDOWED DEAN AND PROFESSOR<br>800 LANCASTER AVE<br>VILLANOVA, PA 19085 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | VIRGINIA COMMONWEALTH UNIVERSITY<br>BY AND THROUGH THE VIRGINIA COMMONWEALTH UNIVERSITY<br>SCHOOL OF PHARMACY<br>410 N 12TH ST<br>RICHMOND, VA 23298-0581 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : VIRTUA HEALTH | VIRTUA HEALTH, INC ATTN: RICHARD P MILLER, PRES & CEO 401 ROUTE 73 N 50 LAKE CENTER DR, STE 401 MARLTON, NJ 08053 |
| | State the term remaining List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT FACILITY : VIRTUA HEALTH | VIRTUA HEALTH, INC ATTN: GEN COUNSEL - LEGAL DEPT 401 ROUTE 73 N 50 LAKE CENTER DR, STE 403 MARLTON, NJ 08053 |
| | State the term remaining List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | VISION QUEST NATIONAL LIMITED ATTN: VP 1830 CENTRAL DR COATESVILLE, PA 19320 |
| | State the term remaining List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | VISITATION SCHOOL ATTN: PRINCIPAL 300 E LEHIGH ST PHILADELPHIA, PA 19125 |
| | State the term remaining List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | VYERA PHARMACEUTICALS, LLC 600 3RD AVE, 10TH FL NEW YORK, NY 10016 |
| | State the term remaining List the contract number of any government contract | | |
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WALDEN UNIVERSITY ATTN: DIR OF FIELD PLMENT 100 WASHINGTON AVE S, STE 99 MINNEAPOLIS, MN 55401 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | WARREN TECHNOLOGY, INC.<br>1932 CAMPUS PL<br>LOUISVILLE, KY 40299 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REPAIR OF STAIRTOWER | WATTS RESTORATION CO, INC.<br>ATTN: PRESIDENT<br>1704 BUSTLETON PIKE<br>FEASTERVILLE, PA 19053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR REPAIRS TO THE PARKING GARAGE | WATTS RESTORATION CO, INC.<br>ATTN: PRESIDENT<br>1704 BUSTLETON PIKE<br>FEASTERVILLE, PA 19053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RELOCATION SERVICES | WAYNE MOVING AND STORAGE COMPANY<br>400 GRIFFITH MORGAN LANE<br>PENNSAUKEN, NJ 08110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | WEBBCAM LLC<br>241 N 12TH ST<br>PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WEGMANS SCHOOLF OF PHARMACY, ST. JOHN FISHER COLLEGE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : WEISMAN CHILDREN'S REHAB HOSPITAL (VOORHEES) | WEISMAN CHILDREN'S REHABILITATION HOSPITAL<br>92 BRICK RD<br>MARLTON, NJ 08053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WEST CHESTER UNIVERSITY<br>WEST CHESTER, PA 19383 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WEST CHESTER UNIVERSITY<br>WEST CHESTER, PA 19383 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : THE WESTERN PENNSYLVANIA HOSPTIAL WESTPENN BURN CENTER | WEST PENN ALLEGHENY HEALTH SYSTEM, INC<br>ATTN: PRESIDENT AND CEO<br>D/B/A/ WESTERN PENNSYLVANIA HOSPIAL<br>4800 FRIENDSHIP AVE<br>PITTSBURGH, PA 15224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT<br>FACILITY : WEST PENN ALLEGHENY HEALTH SYSTEM, INC<br>D/B/A WESTERN PENNSYLVANIA HOSPITAL, THE | WEST PENN ALLEGHENY HEALTH SYSTEM, INC<br>D/B/A/ WESTERN PENNSYLVANIA HOSP<br>4800 FRIENDSHIP AVE<br>PITTSBURGH, PA 15224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICS SERVICE AGREEMENT | WEST PHYSICS CONSULTING, LLC<br>ATTN: GREGG C. DAVERSA<br>3825 PACES WALK, STE 250<br>ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WHEELOCK COLLEGE<br>200 THE RIVERWAY<br>BOSTON, MA 02215-4716 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WIDENER UNIVERSITY<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WIDENER UNIVERSITY<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WIDENER UNIVERSITY<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WIDENER UNIVERSITY<br>ONE UNIVERSITY PL<br>CHESTER, PA 19013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WILKES UNIVERSITY<br>ATTN: VP<br>84 W SOUTH ST<br>WILKES-BARRE, PA 18766 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | St. Christopher's Healthcare, LLC | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WILKES UNIVERSITY<br>ATTN: VP<br>84 W SOUTH ST<br>WILKES-BARRE, PA 18766 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT | WILMINGTON UNIVERSITY<br>ATTN: DEAN<br>320 N DUPONT HWY<br>NEW CASTLE, DE 18720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR KNOWLEDGE DATABASE FOR PHARMACY | WOLTERS KLUWER CLINICAL DRUG INFORMATION, INC.<br>ATTN: CONTRACTS MANAGEMENT<br>1100 TEREX RD<br>HUDSON, OH 44236 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | WOMEN AGAINST ABUSE, INC.<br>ATTN: DIR OF SHELTER SERVICES<br>5250 N 13TH ST<br>PHILADELPHIA, PA 19141 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | WOMENCERTIFIED INC.<br>ATTN: DELIA PASSI, CEO<br>3440 HOLLYWOOD BLVD, STE 100<br>HOLLYWOOD, FL 33021 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | WOODSTOCK FAMILY CENTER - OESS<br>ATTN: PRINCIPAL<br>1981 N WOODSTOCK<br>PHILADELPHIA, PA 19121 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PURCHASE OF DIALYSIS SUPPLIES | X-CHANGE DIALYSIS, INC. ATTN: HOLLY JAUCH 525 W OLD NORTHWEST HWY, STE 202C BARRINGTON, IL 60010 |
| | State the term remaining List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT | XEROX CORPORATION 201 MERRITT 7 NORWALK, CT 06851-1056 |
| | State the term remaining List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RENTAL OF A TRUCK | YARD TRUCK SPECIALISTS, INC. 1510 FORD RD BENSALEM, PA 19020 |
| | State the term remaining List the contract number of any government contract | | |
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | YOUNG ACHIEVERS LEARNING CENTER ATTN: PROGRAM ADMINISTRATOR 6101 N FRONT ST PHILADELPHIA, PA 19120 |
| | State the term remaining List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT | ZOOLOGICAL SOCIETY OF PHILADELPHIA ATTN: PATRICK MCMASTER, DIR, CORP SPONSORSHIP 3400 W GIRARD AVE PHILADELPHIA, PA 19104 |
| | State the term remaining List the contract number of any government contract | | |

| | |
|---|---|
| Debtor Name | **St. Christopher's Healthcare, LLC** |
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11468** |

Check if this is an
amended filing ☐

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 **BROAD STREET HEALTHCARE PROPERTIES II, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **BROAD STREET HEALTHCARE PROPERTIES III, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **BROAD STREET HEALTHCARE PROPERTIES, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Aa Casa Inc | ☐ D<br>☐ E/F<br>☑ G |
| 2.5 **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Abbott Nutrition | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.6 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Alere Informatics, Inc. | ☐ D ☐ E/F ☑ G |
| 2.7 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | American Registry for Internet Numbers, Ltd. | ☐ D ☐ E/F ☑ G |
| 2.8 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Analytic Solutions Network, Llc | ☐ D ☐ E/F ☑ G |
| 2.9 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Arcadia University | ☐ D ☐ E/F ☑ G |
| 2.10 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Arizant Healthcare Inc. | ☐ D ☐ E/F ☑ G |
| 2.11 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Arthur Huppert, MD | ☐ D ☐ E/F ☑ G |
| 2.12 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Atlantic Diagnostic Laboratories, Llc | ☐ D ☐ E/F ☑ G |
| 2.13 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Beckman Coulter, Inc. | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.14 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Bondtech Incorporated | ☐ D ☐ E/F ☑ G |
| 2.15 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Chamberlain College of Nursing | ☐ D ☐ E/F ☑ G |
| 2.16 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Cintas Corporation | ☐ D ☐ E/F ☑ G |
| 2.17 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Community College of Philadelphia | ☐ D ☐ E/F ☑ G |
| 2.18 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Conmed Corporation | ☐ D ☐ E/F ☑ G |
| 2.19 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Council On Accreditation Of Nurse Anesthesia Edu Prgms | ☐ D ☐ E/F ☑ G |
| 2.20 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Crozer-Chester Medical Center | ☐ D ☐ E/F ☑ G |
| 2.21 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Dex Imaging, Inc. | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.22 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Drexel University | ☐ D ☐ E/F ☑ G |
| 2.23 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Edwards Lifesciences Llc | ☐ D ☐ E/F ☑ G |
| 2.24 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Eurofins Viracor, Inc. | ☐ D ☐ E/F ☑ G |
| 2.25 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Fm Cost Containment, Llc | ☐ D ☐ E/F ☑ G |
| 2.26 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Global Neurosciences Institute, LLC | ☐ D ☐ E/F ☑ G |
| 2.27 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Grand Canyon University | ☐ D ☐ E/F ☑ G |
| 2.28 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Harcum College | ☐ D ☐ E/F ☑ G |
| 2.29 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Harris School of Business | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.30 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Holy Family University | ☐ D ☐ E/F ☑ G |
| 2.31 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Ino Therapeutics Llc | ☐ D ☐ E/F ☑ G |
| 2.32 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Keystone Quality Transport Company | ☐ D ☐ E/F ☑ G |
| 2.33 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Lasalle University | ☐ D ☐ E/F ☑ G |
| 2.34 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Limb Technologies, Inc. | ☐ D ☐ E/F ☑ G |
| 2.35 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Logan Consultants | ☐ D ☐ E/F ☑ G |
| 2.36 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Mayflower Laundry And Textile Services Llc | ☐ D ☐ E/F ☑ G |
| 2.37 CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Med One Capital Funding, Llc | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.38  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D  ☐ E/F  ☐ G |
| 2.39  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Monterey Medical Solutions, Inc. | ☐ D  ☐ E/F  ☑ G |
| 2.40  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Nuance Communications, Inc. | ☐ D  ☐ E/F  ☑ G |
| 2.41  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Pennsylvania Trauma Systems Foundation | ☐ D  ☐ E/F  ☑ G |
| 2.42  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Perkinelmer Genetics, Inc. | ☐ D  ☐ E/F  ☑ G |
| 2.43  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Philadelphia College of Osteopathic Medicine | ☐ D  ☐ E/F  ☑ G |
| 2.44  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Rydal Square LP | ☐ D  ☐ E/F  ☑ G |
| 2.45  **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Schc Pediatric Associates, LLC | ☐ D  ☐ E/F  ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.46 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Sodexo Management, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.47 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Solid Waste Services Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.48 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Southeast Reimbursement Group, Llc | ☐ D<br>☐ E/F<br>☑ G |
| 2.49 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Stryker Sales Corporation | ☐ D<br>☐ E/F<br>☑ G |
| 2.50 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Systematech Technical Management Services, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.51 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Temple University | ☐ D<br>☐ E/F<br>☑ G |
| 2.52 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | The City Of Philadelphia Fire Department | ☐ D<br>☐ E/F<br>☑ G |
| 2.53 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | The Otis Elevator Company | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name**      Mailing Address | | **Name** | *Check all schedules that apply* |
| 2.54 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Thomas Jefferson University | ☐ D<br>☐ E/F<br>☑ G |
| 2.55 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | University Of Delaware | ☐ D<br>☐ E/F<br>☑ G |
| 2.56 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | University Of Pennsylvania | ☐ D<br>☐ E/F<br>☑ G |
| 2.57 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | University of the Sciences in Philadelphia | ☐ D<br>☐ E/F<br>☑ G |
| 2.58 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Us Regional Occupational Health II, Pc | ☐ D<br>☐ E/F<br>☑ G |
| 2.59 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Walden University | ☐ D<br>☐ E/F<br>☑ G |
| 2.60 | **HPS OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.61 | **PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

████ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.62 | PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC | 1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102 | HMI LLC | ☐ D ☐ E/F ☑ G |
| 2.63 | PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC | 1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.64 | PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC | 1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102 | Pharmacy Onesource Inc. | ☐ D ☐ E/F ☑ G |
| 2.65 | PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC | 1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.66 | PHYSICIAN PERFORMANCE NETWORK OF PHILADELPHIA | C/O CT CORPORATION SYSTEM 1445 ROSS AVE, STE 1400 DALLAS, TX 75202 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.67 | PHYSICIANS CLINICAL NETWORK, LLC | C/O COGENCY GLOBAL INC. 850 NEW BURTON RD, STE 201 DOVER, DE 19904 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.68 | SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.69 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Alan Zubrow, M.D. | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.70 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Arcadia University | ☐ D ☐ E/F ☑ G |
| 2.71 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Aria Health | ☐ D ☐ E/F ☑ G |
| 2.72 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Central Penn College | ☐ D ☐ E/F ☑ G |
| 2.73 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Culinary Academy Of Long Island | ☐ D ☐ E/F ☑ G |
| 2.74 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Dex Imaging, Inc. | ☐ D ☐ E/F ☑ G |
| 2.75 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Drexel University | ☐ D ☐ E/F ☑ G |
| 2.76 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Frankford Hospital | ☐ D ☐ E/F ☑ G |
| 2.77 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Global Neurosciences Inst LLC | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.78 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Hahnemann University Hospital | ☐ D ☐ E/F ☑ G |
| 2.79 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Holy Family University | ☐ D ☐ E/F ☑ G |
| 2.80 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Lasalle University | ☐ D ☐ E/F ☑ G |
| 2.81 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.82 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Philadelphia College of Osteopathic Medicine | ☐ D ☐ E/F ☑ G |
| 2.83 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Schc Pediatric Associates, LLC | ☐ D ☐ E/F ☑ G |
| 2.84 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | SCHC/SCHC-PA | ☐ D ☐ E/F ☑ G |
| 2.85 | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | Shriners Hospital for Children | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name**  Mailing Address | | **Name** | *Check all schedules that apply* |
| 2.86 | **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Solis Healthcare, Lp | ☐ D ☐ E/F ☑ G |
| 2.87 | **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | St. Chris Pediatric Urgent Care Center | ☐ D ☐ E/F ☑ G |
| 2.88 | **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Temple University | ☐ D ☐ E/F ☑ G |
| 2.89 | **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Tenet HealthSystem St. Christopher's Hospital for Children, LLC | ☐ D ☐ E/F ☑ G |
| 2.90 | **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Urology for Children, LLC | ☐ D ☐ E/F ☑ G |
| 2.91 | **ST CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.92 | **ST CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Schc Pediatric Associates, LLC | ☐ D ☐ E/F ☑ G |
| 2.93 | **STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Arcadia University | ☐ D ☐ E/F ☑ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

████ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.94 | **STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Culinary Academy Of Long Island | ☐ D<br>☐ E/F<br>☑ G |
| 2.95 | **STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Dex Imaging, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.96 | **STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.97 | **TPS II OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Drexel University | ☐ D<br>☐ E/F<br>☑ G |
| 2.98 | **TPS II OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.99 | **TPS III OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.100 | **TPS III OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Schc Pediatric Associates, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.101 | **TPS IV OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |

| Debtor Name | **St. Christopher's Healthcare, LLC** | Case number (if known): **19-11468** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.102 **TPS IV OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Shriners Hospital for Children | ☐ D<br>☐ E/F<br>☑ G |
| 2.103 **TPS OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.104 **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Arcadia University | ☐ D<br>☐ E/F<br>☑ G |
| 2.105 **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Culinary Academy Of Long Island | ☐ D<br>☐ E/F<br>☑ G |
| 2.106 **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Dex Imaging, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.107 **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Debtor Name** | St. Christopher's Healthcare, LLC |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:** 19-11468 | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the St. Christopher's Healthcare, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 965 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  8/13/2019
          MM / DD / YYYY

Signature  *Allen Wilen*

Allen Wilen
Printed Name

Chief Restructuring Officer
Title