# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.<br><br>Debtor | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Joint Administration Requested |

### PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS JOINDER IN THE OBJECTION OF THE UNITED STATES TO DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING SALE OF THE DEBTOR'S RESIDENT PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS TO THE STALKING HORSE BIDDER ON THE TERMS OF THE STALKING HORSE BID AS SET FORTH IN THE <u>STALKING HORSE SALE AGREEMENT</u>

Pennsylvania Association of Staff Nurses and Allied Professionals, (hereinafter, "PASNAP"), by and through their undersigned counsel, hereby joins ("PASNAP Joinder") in the *United States Objection to Debtor's Motion For Entry of an Order Approving the Sale of Debtor's Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the terms of the Stalking Horse Bid as set forth in the Stalking Horse Sale Agreement,* [Docket No. 363] (the "United States Objection") for the reasons set forth in the United States Objection. PASNAP supports a sale to any bidder who seeks to keep Hahnemann Open as a going concern full service hospital for the community it serves.

PASNAP expressly reserves and preserves all rights, claims, arguments, defenses and remedies with respect to the *Debtor's Motion For Entry of an Order Approving the Sale of Debtor's Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the terms of the Stalking Horse Bid as set forth in the Stalking Horse Sale Agreement* [Docket No. 363] (the "United States Objection") and to

supplement, modify and amend this PASNAP Joinder, to seek discovery, and to raise additional objections in writing or orally at the hearing on the Debtor's Motion.

Dated:  August 14, 2019  **MARKOWITZ & RICHMAN**

 /s/ Claiborne S. Newlin
Claiborne S. Newlin, Esq. (#4745)
Legal Arts Building
1225 King Street, Suite 804
Wilmington, DE 19801
Telephone: 302.656.2308
Facsimile:   215.790.0668
cnewlin@markowitzandrichman.com

-and-

**LAW OFFICES OF MITCHELL J. MALZBERG, LLC**
Mitchell Malzberg, Esquire
P. O. Box 5122
6 E. Main Street, Suite 7
Clinton, NJ  08809
Telephone: 908.323.2958
Facsimile:   908.933-0808
mmalzberg@mjmalzberglaw.com

*Co-Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals*

**CERTIFICATE OF SERVICE**

I, Claiborne S. Newlin, Esq., hereby certify that on August 14, 2019, I caused a true and correct copy of the ***PASNAP Joinder in the United States Objection to Debtor's Motion For Entry of an Order Approving the Sale of Debtor's Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the terms of the Stalking Horse Bid as set forth in the Stalking Horse Sale Agreement***, to be served as follows: (1) electronically on those parties who consented to electronic service via CM/ECF, and (2) by first class mail to all parties as follows:

Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102
Attn: Allen Wilen, Chief Restructuring Officer
*Debtor*

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street
Wilmington, DE 19801
mark.minuti@saul.com
*Debtor's Counsel*

Benjamin Hackman
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Rm. 2207
Lockbox #35
Wilmington, DE 19899-0035
benjamin.a.hackman@usdoj.gov

Boris I. Mankovetskiy
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
bmankovetskiy@sillscummis.com
*Creditor Committee Counsel*

Andrew H. Sherman
Sills Cummins & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
*Creditor Committee Counsel*

Jeffrey C. Hampton
Saul Ewing Arnstein & Lehr, LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
*Debtor's Counsel*

Robert Lapowsky
Stevens & Lee P.C.
620 Freedom Business Cntr. Ste. 200
King of Prussia, PA 19406
*Counsel to Stalking Horse Bidder*

Dated: August 14, 2019                    **MARKOWITZ & RICHMAN**

                                          */s/ Claiborne S. Newlin*
                                          Claiborne S. Newlin, Esq.
                                          (DE Bar No. 4745)