**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") filed by Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (together, the "**Debtors**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management, under the supervision of the Debtors' chief restructuring officer (the "**CRO**"), and are unaudited. While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same.[2] Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Since the acquisition of the hospitals in January 2018, there has been significant turnover in the accounting and finance function.

Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by an authorized representative of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.    <u>**Case**</u>. On June 30, 2019 or July 1, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, the information provided is as of the close of business on June 30, 2019.

2.    <u>**Amendments**</u>. The Debtors reserve the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

3.    <u>**Estimates and Assumptions**</u>. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4.    <u>**Unknown Amounts**</u>. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

5.    <u>**Pre-Petition vs. Post-Petition**</u>. The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information derived from research and investigation conducted during the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.    <u>**GAAP**</u>. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting

principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.     **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtors' property interests.  Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests are reflected in the applicable Schedule.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  Unless otherwise indicated, all asset amounts and claim amounts are listed as of June 30, 2019.  The Debtors reserve the right to amend or adjust the value of each asset or liability as set forth herein.

8.     **Setoff or Recoupment Rights**. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F.

9.     **Co-Obligors**. No claim set forth on the Schedules and Statements of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party.

10.     **Causes of Action**.  The Debtors reserve all of their causes of action.  Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action.  Likewise, the failure to list a cause of action in question 74 of Schedule B or SOFA question 7 shall not be deemed a waiver of any such cause of action.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

11.     **Insiders**. In those circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are the Debtors' (a) directors and (b) employees that are, or were during the relevant period, officers.  The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

12.     **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  Conversely, inclusion of

certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  The Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

13.     **Fiscal Year**.  The Debtors' fiscal year ends on December 31.

14.     **Currency**.  All amounts are reflected in U.S. dollars.

15.     **Summary of Significant Reporting Policies and Practices**.  The following conventions were adopted by the Debtors in preparation of the Schedules and Statements:

    (a)     Fair Market Value; Book Value.  Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records.  Where the current market value of assets is unknown, the Debtors have based their valuation on book values net of depreciation. The Debtors reserve the right to amend or adjust the value of each asset or liability set forth herein.

    (b)     Inventories.  Inventories are valued in the Schedules and Statements at the values indicated on the Debtors' books and records.

    (c)     Leased Real and Personal Property.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, without limitation, certain equipment, from certain third-party lessors.  The Debtors believe that all such leases are set forth in the Schedules and Statements.  The property subject to the leases is not reflected  in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to all such issues.

    (d)     Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

    (e)     Payments Made within 90 Days prior to the Petition Date and Payments to Insiders within One Year of Petition Date.     Payments made in the

35683554.2 08/13/2019

ordinary course of the Debtors' business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the SOFA question 3. Payments to insiders within one year of the Petition Date, including transfers within 90 days of the Petition Date, are listed in response to SOFA question 4 and, with certain exceptions, are not separately set forth in response to SOFA question 3. In preparing their responses to SOFA question 4, and in the interest of full disclosure, the Debtors used an expansive interpretation of the term "insider". Inclusion or omission of a creditor as an "insider" on the Debtors' response to SOFA question 4 is not determinative as to whether creditor is actually an "insider," as such term is defined in the Bankruptcy Code and the Debtors reserve all of their rights with respect to such characterization. Moreover, payments are listed in response to SOFA questions 3 and 4 without regard as to whether such payments were made on account of antecedent debt, and the Debtors reserve all of their rights with respect to such issue.

(f)   <u>Statement of Financial Affairs – Payments to Insiders</u>.  Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4. The Debtors reserve all rights with respect to the characterization of payments listed in response to questions 4 and 30.

(g)   <u>Statement of Financial Affairs – Suits and Administration Proceedings</u>. Although the Debtors have attempted to list in question 7 all known claimants with pending suits or administrative proceedings, certain actions may have been inadvertently omitted. The Debtors reserve all of their rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

16.   **Schedule D**. Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of a claimant or a waiver of the Debtors' rights to recharacterize or reclassify a claim or contract.

17.    **Schedule E/F**. The Debtors' analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim on Schedule E/F.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated and disputed in the Schedules and Statements. Some of the potential litigation listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. In addition, workers' compensation claims that are covered in full under the Debtors' insurance policies are not included on Schedule E/F. Any information contained in Schedule E/F with respect to pending or potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 291] (the "**Wage Order**"), the Debtors were authorized to pay, and did pay, certain pre-petition claims for employee wages and other related obligations. As such, while the Debtors have listed such pre-petition wage and related employee claims in Schedule E/F, the Debtors have marked such claims as "contingent" and "unliquidated" because they have already been paid in accordance with the Wage Order.

19.    **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using reasonable efforts. The Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable. The Debtors hereby reserve all rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first

6

refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  The Debtors reserve all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.  In some cases, the same vendor or provider may appear multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable or separate contracts.  Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors also reserve all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.  Further, the Debtors reserve all rights to later amend the Schedules and Statements to the extent that additional information regarding the Debtor obligor to an executory contract becomes available.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Any and all of the Debtors' rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

20.  **Schedule H**. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtors reserve all rights to amend the Schedules to the extent  that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

Neither the Debtors, their agents, nor their attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither are they liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not, and

however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

| Debtor Name | **TPS IV of PA, L.L.C.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11478** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*      (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................................

$1,908,386.97

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.................................................................................................

$1,908,386.97

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$57,456,342.37

3.   *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*................................................................

$50.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*...................................................

**+** $9,664,922.16

4.   **Total liabilities** .......................................................................................................................
Lines 2 + 3a + 3b

$67,121,314.53

| Debtor Name | **TPS IV of PA, L.L.C.** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **19-11478** |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash of cash equivalents owned or controlled by the debtor** | | **Current value of debtor's interest** |
|---|---|---|
| 2. **Cash on hand** | | $112,675.00 Unrestricted cash |

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Bank of America | | 9760 | $0.00 |
| 3.2 | Wells Fargo Bank, N.A. | Government Deposit Account | 9393 | $0.00 |
| 3.3 | Wells Fargo Bank, N.A. | Non-Government Account | 9401 | $0.00 |
| 3.4 | PNC | | 8626 | $0.00 |

4. **Other cash equivalents**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$112,675.00** |
|---|

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Debtor  TPS IV of PA, L.L.C.                                    Case Number (if known) 19-11478

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1 | Ingenious Reclass 2016-2017 | $4,253.70 |
| 8.2 | Philadelphia Urosurgical (Urogyn Rent) | $9,218.75 |
| 8.3 | Ortho Ruth (227 N Broad St) | $7,078.59 |
| 8.4 | Genzyme Pharmacy Ortho Ruth | $6,600.00 |
| 9. | **Total of Part 2**<br>Add lines 7 through 8.  Copy the total to line 81. | **$27,151.04** |

---

**Part 3:    Accounts Receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 11. | **Accounts receivable** | | |

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $1,170,662.42 <br> face amount | - | $0.00 = <br> doubtful or uncollectible accounts | $1,170,662.42 |
| 11b. Over 90 days old: | $97,468.51 <br> face amount | - | $0.00 = <br> doubtful or uncollectible accounts | $97,468.51 |

| 12. | **Total of Part 3**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$1,268,130.93** |
|---|---|---|

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

Debtor  TPS IV of PA, L.L.C.                                    Case Number (if known) 19-11478

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                    % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

### Part 5:   Inventory, excluding agricultural assets

18.   **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| 22.1 Pharmaceuticals, medical supplies, surgical gloves, surgical supplies, office supplies | N/A | | Net book value | Unknown |

---

Official Form 206A/B              **Schedule A/B: Assets - Real and Personal Property**              Page 3

Debtor  TPS IV of PA, L.L.C.                                                        Case Number (if known) 19-11478

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No.
    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No.
    ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

Debtor  TPS IV of PA, L.L.C.                                          Case Number (if known) 19-11478

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor  TPS IV of PA, L.L.C.                                    Case Number (if known) 19-11478

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1    Office Desks, Office Chairs, Filing Cabinets, Bookcases, Appliances, Benches, Couches, Tables | Unknown | N/A | Unknown |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Medical equipment, desktop computers, laptop computers, computer keyboards, computer mice, monitors, televison screens, projecting equipment, various cabling, etc. | Unknown | N/A | Unknown |
| **42.  Collectibles** | | | |

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 42.1    Various paintings, city maps, photography and other artwork | Unknown | N/A | Unknown |

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.

☐ Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  TPS IV of PA, L.L.C.                                    Case Number (if known) 19-11478

47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories**
     Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     50.1    See attached Schedule A/B Exhibit 50                                          $500,430.00

51.  **Total of Part 8.**                                                            $500,430.00
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No.
     ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 9: | Real property |
| --- | --- |

54.  **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

     55.1    Please see list of non-residential real property leases, if any,
             reflected in Debtor's Schedule G

Debtor  TPS IV of PA, L.L.C.                                              Case Number (if known) 19-11478

---

56.  **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No.
   ☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

---

**Part 10:**  **Intangibles and intellectual property**

---

59.  **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 62.1   See attached Schedule A/B Exhibit 62 | | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |

---

Debtor  TPS IV of PA, L.L.C.                                    Case Number (if known) 19-11478

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

     ☑ No.
     ☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No.
     ☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 11: | All other assets |
|----------|------------------|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

     _____  -  _____  =
       Total face amount        Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

Debtor  TPS IV of PA, L.L.C.                                              Case Number (if known) 19-11478

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

                                                                                                    Unknown

     **Nature of claim**          See attached Schedule A/B Exhibit 74

     **Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                                                    Unknown

     **Nature of claim**          Various potential claims being investigated.

     **Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
     Examples: Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

Debtor  TPS IV of PA, L.L.C.                                          Case Number (if known) 19-11478

| Part 12: | Summary | | |
|---|---|---|---|

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**   *Copy line 5, Part 1.* | **$112,675.00** | |
| 81. | **Deposits and prepayments.**   *Copy line 9, Part 2.* | **$27,151.04** | |
| 82. | **Accounts receivable.**   *Copy line 12, Part 3.* | **$1,268,130.93** | |
| 83. | **Investments.**   *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**   *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**   *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.**   *Copy line 51, Part 8.* | **$500,430.00** | |
| 88. | **Real Property.**   *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**   *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**   *Copy line 78, Part 11.* | | |
| 91. | **Total.**  Add lines 80 through 90 for each column.   91a. | **$1,908,386.97** | **+** 91b.   **$0.00** |
| 92. | **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92.............................................................................. | | **$1,908,386.97** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 50

## OTHER MACHINERY, FIXTURES, AND EQUIPMENT
## (EXCLUDING FARM MACHINERY AND EQUIPMENT)

**Debtor :  TPS IV of PA, L.L.C.**

**Case :  19-11478**

**Schedule AB 50 :  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 001 LINK ASSET#445 SCALE 3 SIDED H | $          225.00 | Fair Value | $          225.00 |
| 2 door metal cabinet | $          650.00 | Fair Value | $          650.00 |
| 2 drawer file cabinet metal | $          125.00 | Fair Value | $          125.00 |
| 2 drawer lateral file cabinet | $          125.00 | Fair Value | $          125.00 |
| 2 drawer metal file cabinet lo | $          125.00 | Fair Value | $          125.00 |
| 3 tier stainless cart | $           80.00 | Fair Value | $           80.00 |
| 3FT 2 door metal cabinet | $          250.00 | Fair Value | $          250.00 |
| 3FT 2 floor metal cabinet heav | $          100.00 | Fair Value | $          100.00 |
| 3FT folding table | $           20.00 | Fair Value | $           20.00 |
| 3FT two door metal cabinet | $          275.00 | Fair Value | $          275.00 |
| 3FT two door wooden cabinet pa | $           55.00 | Fair Value | $           55.00 |
| 3FT two drawer lateral metal f | $           95.00 | Fair Value | $           95.00 |
| 4 drawer file cabinet | $          325.00 | Fair Value | $          325.00 |
| 4 tier metal record shelf on r | $          650.00 | Fair Value | $          650.00 |
| 4FT 4 tier metal record shelf | $          325.00 | Fair Value | $          325.00 |
| 4FT refrigerator/freezer | $          125.00 | Fair Value | $          125.00 |
| 4FT three tier laminate wood b | $           65.00 | Fair Value | $           65.00 |
| 4FT three tier wooden booksheel | $           50.00 | Fair Value | $           50.00 |
| 4FT x 3FT metal shelf | $           95.00 | Fair Value | $           95.00 |
| 5FT double pedestal desk | $          250.00 | Fair Value | $          250.00 |
| 5FT five tier laminate cabinet | $           50.00 | Fair Value | $           50.00 |
| 5FT five tier lateral cabinet | $          175.00 | Fair Value | $          175.00 |
| 5FT leather couch black | $          250.00 | Fair Value | $          250.00 |
| 5FT table desk laminate wood t | $          125.00 | Fair Value | $          125.00 |
| 5FT three door plastic cabinet | $           50.00 | Fair Value | $           50.00 |
| 6FT 6 tier open metal shelf | $          525.00 | Fair Value | $          525.00 |
| 6FT five tier wooden bookshelf | $          200.00 | Fair Value | $          200.00 |
| 6FT Lshaped double pedestal wo | $          275.00 | Fair Value | $          275.00 |
| 6FT metal cabinet | $          200.00 | Fair Value | $          200.00 |
| 6FT metal storage cabinet with | $          150.00 | Fair Value | $          150.00 |
| 6FT open wire shelf medium dut | $           90.00 | Fair Value | $           90.00 |
| 6FT wooden bookshelf | $          250.00 | Fair Value | $          250.00 |
| 7FT x 3FT laminate cabinet | $           50.00 | Fair Value | $           50.00 |
| 8 tier open metal record shelf | $        1,225.00 | Fair Value | $        1,225.00 |
| AD APPLE 12.9 PRO | $        2,100.00 | Fair Value | $        2,100.00 |
| ANALYZER SCALE BARIBODY COMPOS | $        2,350.00 | Fair Value | $        2,350.00 |
| AND VITAL SIGN MOBILE | $          900.00 | Fair Value | $          900.00 |
| Arm stack chair metal/vinyl | $        1,320.00 | Fair Value | $        1,320.00 |
| Armed guest chair wood/cloth | $          200.00 | Fair Value | $          200.00 |
| Armed guest chair wooden cloth | $           20.00 | Fair Value | $           20.00 |
| Armed guest chairs wooden clot | $          125.00 | Fair Value | $          125.00 |
| Armed side chair metal cloth | $           40.00 | Fair Value | $           40.00 |
| Armed sled base side chair | $           55.00 | Fair Value | $           55.00 |
| Armed task chair | $          205.00 | Fair Value | $          205.00 |
| Armed task chair black | $           20.00 | Fair Value | $           20.00 |
| Armed task chair blue cloth | $           30.00 | Fair Value | $           30.00 |
| Armed task chair grey | $           40.00 | Fair Value | $           40.00 |
| Armed task chairs | $          180.00 | Fair Value | $          180.00 |
| Armed task/desk chairs | $           75.00 | Fair Value | $           75.00 |
| Armed waiting room chairs wood | $          675.00 | Fair Value | $          675.00 |
| Armed wooden cloth waiting roo | $        2,150.00 | Fair Value | $        2,150.00 |
| Armed wooden spindle back side | $           20.00 | Fair Value | $           20.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Armless club chairs purple clo | $ 225.00 | Fair Value | $ 225.00 |
| Armless task chair | $ 30.00 | Fair Value | $ 30.00 |
| Armless task chair air lift | $ 400.00 | Fair Value | $ 400.00 |
| Artwork | $ 600.00 | Fair Value | $ 600.00 |
| Autoclave | $ 1,300.00 | Fair Value | $ 1,300.00 |
| BASE TABLE W/TILT/HRT/POWER AD | $ 2,975.00 | Fair Value | $ 2,975.00 |
| Binocular colposcope with Niko | $ 350.00 | Fair Value | $ 350.00 |
| Binocular four objective physi | $ 350.00 | Fair Value | $ 350.00 |
| Biothesiometer in portable cas | $ 200.00 | Fair Value | $ 200.00 |
| Bladder scan system | $ 3,350.00 | Fair Value | $ 3,350.00 |
| Bulbocavernosus reflex system | $ 4,775.00 | Fair Value | $ 4,775.00 |
| Bulletin board metal frame | $ 10.00 | Fair Value | $ 10.00 |
| Bulletin board plastic frame | $ 70.00 | Fair Value | $ 70.00 |
| Bulletin board with wooden fra | $ 15.00 | Fair Value | $ 15.00 |
| CALE BARIATIRIC PLATFORM W/H | $ 875.00 | Fair Value | $ 875.00 |
| CALE DIGITAL PLATFORM HEALTH | $ 1,900.00 | Fair Value | $ 1,900.00 |
| Carm Fluoroscopy system | $ 31,000.00 | Fair Value | $ 31,000.00 |
| CAST CUTTER | $ 1,600.00 | Fair Value | $ 1,600.00 |
| Cast saw with vacuum | $ 350.00 | Fair Value | $ 350.00 |
| CD player | $ 45.00 | Fair Value | $ 45.00 |
| CG RESTING CONN MAC200 | $ 2,900.00 | Fair Value | $ 2,900.00 |
| CHAIR MESH BACK | $ 1,100.00 | Fair Value | $ 1,100.00 |
| CHAIR NEWPORT GUEST 23W X 250 | $ 2,475.00 | Fair Value | $ 2,475.00 |
| Coat rack brass | $ 20.00 | Fair Value | $ 20.00 |
| Continence evaluation and trai | $ 1,125.00 | Fair Value | $ 1,125.00 |
| Corner table desk laminate woo | $ 75.00 | Fair Value | $ 75.00 |
| DEC16 - JAN17 CAPITAL INTEREST | $ 50.00 | Fair Value | $ 50.00 |
| DEFIBRILLATOR AED & ECG DISPLA | $ 1,075.00 | Fair Value | $ 1,075.00 |
| DESK 66 X30 DBL/PED W/BX FILE | $ 900.00 | Fair Value | $ 900.00 |
| DESK ADMIN ASSISTANT | $ 750.00 | Fair Value | $ 750.00 |
| Desk laminate | $ 225.00 | Fair Value | $ 225.00 |
| Desk lamp | $ 25.00 | Fair Value | $ 25.00 |
| DESK LORELL 48 X 24 SINGLE PED | $ 600.00 | Fair Value | $ 600.00 |
| Desktop calculator with tape | $ 15.00 | Fair Value | $ 15.00 |
| Desktop fax machine | $ 120.00 | Fair Value | $ 120.00 |
| Desktop plastic fan small | $ 5.00 | Fair Value | $ 5.00 |
| Diagnostic ultrasound system | $ 2,100.00 | Fair Value | $ 2,100.00 |
| Digital column scale with heig | $ 175.00 | Fair Value | $ 175.00 |
| Digital ear thermometers | $ 60.00 | Fair Value | $ 60.00 |
| ECG ELI230 | $ 2,150.00 | Fair Value | $ 2,150.00 |
| ECG GEDCAR W/TROLLEY | $ 2,900.00 | Fair Value | $ 2,900.00 |
| ECG MAC 2000 W/12SL INTERO | $ 2,375.00 | Fair Value | $ 2,375.00 |
| Eight drawer plastic cart | $ 25.00 | Fair Value | $ 25.00 |
| Electronic typewriter | $ 90.00 | Fair Value | $ 90.00 |
| Electrosurgical generator on m | $ 975.00 | Fair Value | $ 975.00 |
| ESK CANDEX MANHATTAN SERIES | $ 2,300.00 | Fair Value | $ 2,300.00 |
| ESK LACASSE 70 SERIES DOCTOR | $ 1,325.00 | Fair Value | $ 1,325.00 |
| Exam light halogen | $ 60.00 | Fair Value | $ 60.00 |
| Exam stool 4 caster spin up | $ 80.00 | Fair Value | $ 80.00 |
| Exam stool 5 caster spin up | $ 40.00 | Fair Value | $ 40.00 |
| Exam stool air lift | $ 450.00 | Fair Value | $ 450.00 |
| Exam stool spin up | $ 100.00 | Fair Value | $ 100.00 |
| Exam stool spin up with foot r | $ 50.00 | Fair Value | $ 50.00 |
| FAC15C DELL 22IN MONITOR | $ 250.00 | Fair Value | $ 250.00 |
| FAC178 16 DATA DROPS | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC178 19IN WIDESCREEN MONITOR | $ 795.00 | Fair Value | $ 795.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| FAC178 200 SERIES COMBO ARM MO | $ 12,025.00 | Fair Value | $ 12,025.00 |
| FAC178 21IN WIDESCREEN MONITOR | $ 285.00 | Fair Value | $ 285.00 |
| FAC178 802.11N CAP WIRELESS | $ 1,000.00 | Fair Value | $ 1,000.00 |
| FAC178 ASSET DATA CABLING SYST | $ 2,275.00 | Fair Value | $ 2,275.00 |
| FAC178 CATALYST 2960 PLUS 48 1 | $ 200.00 | Fair Value | $ 200.00 |
| FAC178 CISCO 1921 /K9 W/2GE SE | $ 225.00 | Fair Value | $ 225.00 |
| FAC178 COLOR DUPLEX SCANNER | $ 2,000.00 | Fair Value | $ 2,000.00 |
| FAC178 DATA LICS PAPER PAK FOR | $ 80.00 | Fair Value | $ 80.00 |
| FAC178 DELL 9030 AIO WIRELESS | $ 1,750.00 | Fair Value | $ 1,750.00 |
| FAC178 DELL ESERIES E2213 22IN | $ 135.00 | Fair Value | $ 135.00 |
| FAC178 DELL LATITUDE E6530 | $ 125.00 | Fair Value | $ 125.00 |
| FAC178 DELL LATITUDE XT3 | $ 450.00 | Fair Value | $ 450.00 |
| FAC178 DELL LATITUDE XT3 LAPTO | $ 2,550.00 | Fair Value | $ 2,550.00 |
| FAC178 DELL PRO P1913 S WITH S | $ 40.00 | Fair Value | $ 40.00 |
| FAC178 DELL PRO P1913S 19INCH | $ 20.00 | Fair Value | $ 20.00 |
| FAC178 DELL PROFESSIONAL 19IN | $ 990.00 | Fair Value | $ 990.00 |
| FAC178 DELL PROFF P1913S 19IN | $ 180.00 | Fair Value | $ 180.00 |
| FAC178 EHWIC 1PORT DUAL MODE S | $ 150.00 | Fair Value | $ 150.00 |
| FAC178 FI 6130Z COLOR DUPLEX S | $ 600.00 | Fair Value | $ 600.00 |
| FAC178 FI-6130Z SHEET FED SCAN | $ 450.00 | Fair Value | $ 450.00 |
| FAC178 FI6130Z SHEET FED SCANN | $ 400.00 | Fair Value | $ 400.00 |
| FAC178 FI-6130Z SHEET-FED SCAN | $ 900.00 | Fair Value | $ 900.00 |
| FAC178 FI-7160 COLOR DUPLX | $ 10,100.00 | Fair Value | $ 10,100.00 |
| FAC178 FUJITSU LIFEBOOK T904 | $ 400.00 | Fair Value | $ 400.00 |
| FAC178 HP LASERJET PRO P1102W | $ 250.00 | Fair Value | $ 250.00 |
| FAC178 HP LJ ENT M602X DUPLEX | $ 1,100.00 | Fair Value | $ 1,100.00 |
| FAC178 HP LJ ENT P3015DN DUPLE | $ 300.00 | Fair Value | $ 300.00 |
| FAC178 HP LJ PRO M570DN MFP CO | $ 450.00 | Fair Value | $ 450.00 |
| FAC178 HP P4015TN PRINTER REFU | $ 250.00 | Fair Value | $ 250.00 |
| FAC178 IMAC AIO W/TRACKPAD & E | $ 1,025.00 | Fair Value | $ 1,025.00 |
| FAC178 INSTALL DATA NETWORKING | $ 1,350.00 | Fair Value | $ 1,350.00 |
| FAC178 INSTALL OF VOICE/DATA C | $ 575.00 | Fair Value | $ 575.00 |
| FAC178 LASERJET PRINTER W/500 | $ 3,000.00 | Fair Value | $ 3,000.00 |
| FAC178 LATITUDE XT3 LAPTOP | $ 600.00 | Fair Value | $ 600.00 |
| FAC178 OPTIPLEX 9010 DESKTOP | $ 7,635.00 | Fair Value | $ 7,635.00 |
| FAC178 P4015TN PRINTER REFURBI | $ 1,000.00 | Fair Value | $ 1,000.00 |
| FAC178 POWERMIC 11 NON-SCANNER | $ 3,500.00 | Fair Value | $ 3,500.00 |
| FAC178 POWERMIC II NON-SCAN MI | $ 400.00 | Fair Value | $ 400.00 |
| FAC178 SWT-H MONOCHROME PRINTE | $ 900.00 | Fair Value | $ 900.00 |
| FAC178 WIDESCREEN MONITOR | $ 30.00 | Fair Value | $ 30.00 |
| FIBROSCAN 502 TOUCH | $ 79,000.00 | Fair Value | $ 79,000.00 |
| FILE HON 36 5 DRW LATERAL | $ 700.00 | Fair Value | $ 700.00 |
| Five drawer lateral metal file | $ 175.00 | Fair Value | $ 175.00 |
| Five drawer metal lateral file | $ 175.00 | Fair Value | $ 175.00 |
| Five tier metal shelf with fla | $ 250.00 | Fair Value | $ 250.00 |
| Flat laminate H brace exam tab | $ 450.00 | Fair Value | $ 450.00 |
| Flat metal H brace treatment t | $ 225.00 | Fair Value | $ 225.00 |
| Flat screen television 42IN | $ 150.00 | Fair Value | $ 150.00 |
| Flat screen television wall mo | $ 125.00 | Fair Value | $ 125.00 |
| Floor lamp modern | $ 20.00 | Fair Value | $ 20.00 |
| Floor standing blood pressure | $ 60.00 | Fair Value | $ 60.00 |
| Floor standing lamp | $ 25.00 | Fair Value | $ 25.00 |
| Floor standing lamp missing sh | $ 10.00 | Fair Value | $ 10.00 |
| Four legged table laminate top | $ 90.00 | Fair Value | $ 90.00 |
| Four ring mobile IV pole | $ 20.00 | Fair Value | $ 20.00 |
| Four tier metal shelf with fla | $ 125.00 | Fair Value | $ 125.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Framed matted photograph | $ 25.00 | Fair Value | $ 25.00 |
| Gooseneck halogen exam light | $ 80.00 | Fair Value | $ 80.00 |
| Handheld perineometers and rel | $ 700.00 | Fair Value | $ 700.00 |
| High back armed desk chair pla | $ 25.00 | Fair Value | $ 25.00 |
| High back leather desk chair | $ 75.00 | Fair Value | $ 75.00 |
| High back leather desk chair a | $ 150.00 | Fair Value | $ 150.00 |
| High/low exam table with foot | $ 2,450.00 | Fair Value | $ 2,450.00 |
| KRONOS INTOUCH 9000 W/PWR KIT | $ 10,500.00 | Fair Value | $ 10,500.00 |
| L shape single pedestal desk | $ 300.00 | Fair Value | $ 300.00 |
| Laborie Triton urodynamics sys | $ 4,575.00 | Fair Value | $ 4,575.00 |
| Laborie Urocap III wireless ur | $ 675.00 | Fair Value | $ 675.00 |
| Large bulletin board plastic f | $ 20.00 | Fair Value | $ 20.00 |
| Large bulletin board wooden fr | $ 25.00 | Fair Value | $ 25.00 |
| Large compact refrigerator | $ 100.00 | Fair Value | $ 100.00 |
| Large desktop paper filer plas | $ 30.00 | Fair Value | $ 30.00 |
| Large desktop printer | $ 100.00 | Fair Value | $ 100.00 |
| Large paper shredder | $ 250.00 | Fair Value | $ 250.00 |
| Large plastic pamphlet display | $ 25.00 | Fair Value | $ 25.00 |
| Large upholstered bulletin boa | $ 30.00 | Fair Value | $ 30.00 |
| Large white board | $ 35.00 | Fair Value | $ 35.00 |
| Leather loveseat | $ 400.00 | Fair Value | $ 400.00 |
| Lot of approximately 32 stainl | $ 600.00 | Fair Value | $ 600.00 |
| Lshaped laminate wood single p | $ 200.00 | Fair Value | $ 200.00 |
| Lshaped single pedestal wooden | $ 200.00 | Fair Value | $ 200.00 |
| Medical model joint | $ 30.00 | Fair Value | $ 30.00 |
| Medical model small skeleton | $ 250.00 | Fair Value | $ 250.00 |
| Melamine cabinet over toilet | $ 25.00 | Fair Value | $ 25.00 |
| Metal easel heavy duty | $ 30.00 | Fair Value | $ 30.00 |
| Metal file cart | $ 90.00 | Fair Value | $ 90.00 |
| Metal folding chair | $ 20.00 | Fair Value | $ 20.00 |
| Metal pole sign small | $ 20.00 | Fair Value | $ 20.00 |
| Metal three tier shelf on whee | $ 95.00 | Fair Value | $ 95.00 |
| Mobile exam light | $ 370.00 | Fair Value | $ 370.00 |
| Mobile exam light halogen | $ 95.00 | Fair Value | $ 95.00 |
| Mobile exam light halogen five | $ 275.00 | Fair Value | $ 275.00 |
| Mobile halogen exam light | $ 920.00 | Fair Value | $ 920.00 |
| Mobile procedure light older m | $ 725.00 | Fair Value | $ 725.00 |
| MONITOR VITAL SIGN | $ 800.00 | Fair Value | $ 800.00 |
| MONITOR VITAL SIGNS LXI SURE T | $ 575.00 | Fair Value | $ 575.00 |
| Multi drawer plastic storage u | $ 25.00 | Fair Value | $ 25.00 |
| Multi slot paper filer laminat | $ 15.00 | Fair Value | $ 15.00 |
| NITOR VITAL SIGN WELCH ALL | $ 3,200.00 | Fair Value | $ 3,200.00 |
| ONITOR DIAGNOSTIC STATOPM BP | $ 2,250.00 | Fair Value | $ 2,250.00 |
| OP UPHOLSERY F/204/222 SOFT | $ 1,100.00 | Fair Value | $ 1,100.00 |
| Operator stool spin up | $ 40.00 | Fair Value | $ 40.00 |
| OREY RUTH SIGN 277 N BROAD S | $ 1,125.00 | Fair Value | $ 1,125.00 |
| Patient exam table | $ 1,700.00 | Fair Value | $ 1,700.00 |
| PCR-1000 INTERP PC BASE RESTIN | $ 1,225.00 | Fair Value | $ 1,225.00 |
| PHY PRACTICE 207 N BROAD ST - | $ 625.00 | Fair Value | $ 625.00 |
| Plastic cube side table black | $ 25.00 | Fair Value | $ 25.00 |
| Plastic paper filer under desk | $ 30.00 | Fair Value | $ 30.00 |
| PLATFORM MOBILOE STAND ADVIEW | $ 450.00 | Fair Value | $ 450.00 |
| Pocket aneroids | $ 150.00 | Fair Value | $ 150.00 |
| Portable massage table | $ 125.00 | Fair Value | $ 125.00 |
| posterior tibial nerve stimula | $ 1,200.00 | Fair Value | $ 1,200.00 |
| Power table serial number | $ 1,225.00 | Fair Value | $ 1,225.00 |

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Power table with foot pedal s/ | $ 1,225.00 | Fair Value | $ 1,225.00 |
| Preamplifier and amplifier for | $ 125.00 | Fair Value | $ 125.00 |
| Recessed eight bank 4 over 4 x | $ 525.00 | Fair Value | $ 525.00 |
| Recessed two bank xray view bo | $ 250.00 | Fair Value | $ 250.00 |
| Recliner/zero gravity chair le | $ 950.00 | Fair Value | $ 950.00 |
| Roller computer desk stand wit | $ 350.00 | Fair Value | $ 350.00 |
| Round decorative will clock go | $ 15.00 | Fair Value | $ 15.00 |
| SAW DELTACAST W/US CORD VAC CH | $ 950.00 | Fair Value | $ 950.00 |
| SCALE 3 SIDED HND RAIL BARIATR | $ 450.00 | Fair Value | $ 450.00 |
| SCALE DIG ELEVATE W/HT ROD | $ 825.00 | Fair Value | $ 825.00 |
| SCALE PLATFORM WITH HANDRAILS | $ 800.00 | Fair Value | $ 800.00 |
| SEATING OM TASK SEATING GRADE | $ 4,550.00 | Fair Value | $ 4,550.00 |
| Single step plastic stool | $ 10.00 | Fair Value | $ 10.00 |
| Single step stool | $ 20.00 | Fair Value | $ 20.00 |
| Small 2 door laminate cabinet | $ 40.00 | Fair Value | $ 40.00 |
| Small bulletin board wooden fr | $ 20.00 | Fair Value | $ 20.00 |
| Small corner plastic shelf | $ 20.00 | Fair Value | $ 20.00 |
| Small cube refrigerator | $ 25.00 | Fair Value | $ 25.00 |
| Small mechanical postage scale | $ 30.00 | Fair Value | $ 30.00 |
| Small metal rolling table | $ 65.00 | Fair Value | $ 65.00 |
| Small portable radio | $ 20.00 | Fair Value | $ 20.00 |
| Small roller desk laminate | $ 50.00 | Fair Value | $ 50.00 |
| Small room heater radiator typ | $ 20.00 | Fair Value | $ 20.00 |
| Small sound/white noise machine | $ 135.00 | Fair Value | $ 135.00 |
| Small square side wooden table | $ 275.00 | Fair Value | $ 275.00 |
| Small stereo system bookshelf | $ 30.00 | Fair Value | $ 30.00 |
| Small table lamp modern | $ 20.00 | Fair Value | $ 20.00 |
| Small three tier corner plasti | $ 10.00 | Fair Value | $ 10.00 |
| Small tube television and VCR | $ 90.00 | Fair Value | $ 90.00 |
| Small tube television/VCR comb | $ 55.00 | Fair Value | $ 55.00 |
| Small two tier wooden shelf pa | $ 10.00 | Fair Value | $ 10.00 |
| Small wooden side table | $ 90.00 | Fair Value | $ 90.00 |
| SPIROMETER SYSTEM W/PRINTER | $ 3,650.00 | Fair Value | $ 3,650.00 |
| Stack chair light duty | $ 105.00 | Fair Value | $ 105.00 |
| Stainless 2 step stool | $ 40.00 | Fair Value | $ 40.00 |
| Stainless 2 step stool with ha | $ 65.00 | Fair Value | $ 65.00 |
| Stainless cart | $ 90.00 | Fair Value | $ 90.00 |
| Stainless carts | $ 175.00 | Fair Value | $ 175.00 |
| Stainless instrument tray | $ 55.00 | Fair Value | $ 55.00 |
| Stainless medical cart | $ 65.00 | Fair Value | $ 65.00 |
| Stainless step stool | $ 5.00 | Fair Value | $ 5.00 |
| Stainless step stool with hand | $ 105.00 | Fair Value | $ 105.00 |
| Stainless under counter refrig | $ 135.00 | Fair Value | $ 135.00 |
| STAND UROFLOW WITH 3 CASTER BA | $ 625.00 | Fair Value | $ 625.00 |
| STAND VITAL SIGN MOBILE | $ 225.00 | Fair Value | $ 225.00 |
| STOOL OM SEATING FULLY ADJ GRA | $ 1,100.00 | Fair Value | $ 1,100.00 |
| Studded high back vinyl desk c | $ 55.00 | Fair Value | $ 55.00 |
| SYS RADIOGRAPC RADSPEED FLR H- | $ 130,000.00 | Fair Value | $ 130,000.00 |
| TABLE EXAM W/REM TOP REVERSIBL | $ 4,000.00 | Fair Value | $ 4,000.00 |
| TABLE MIDMARK EXAM BASE DWR | $ 3,400.00 | Fair Value | $ 3,400.00 |
| TASK SEATING FOR THE DOC | $ 575.00 | Fair Value | $ 575.00 |
| TBL EXAM BASE ONLY DRWR | $ 2,500.00 | Fair Value | $ 2,500.00 |
| Three drawer metal under count | $ 115.00 | Fair Value | $ 115.00 |
| Three panel privacy screen woo | $ 45.00 | Fair Value | $ 45.00 |
| Three seater armed waiting roo | $ 475.00 | Fair Value | $ 475.00 |
| Three step folding stepladder | $ 70.00 | Fair Value | $ 70.00 |

| General description | Net book value | | Valuation method | Current value | |
|---|---|---|---|---|---|
| Three tier metal file shelf on | $ | 390.00 | Fair Value | $ | 390.00 |
| Three tier plastic cart | $ | 60.00 | Fair Value | $ | 60.00 |
| TOOL EXAM SPINLIFT W/BCK PLA | $ | 375.00 | Fair Value | $ | 375.00 |
| Tower server | $ | 1,275.00 | Fair Value | $ | 1,275.00 |
| TROLLEY MAC 2000 GEDCAR | $ | 325.00 | Fair Value | $ | 325.00 |
| Tube storage unit for endoscop | $ | 125.00 | Fair Value | $ | 125.00 |
| Tube television on metal stand | $ | 20.00 | Fair Value | $ | 20.00 |
| Two drawer metal letter file c | $ | 250.00 | Fair Value | $ | 250.00 |
| Two drawer plastic storage uni | $ | 15.00 | Fair Value | $ | 15.00 |
| Two seater armed waiting room | $ | 150.00 | Fair Value | $ | 150.00 |
| Upholstered bulletin board | $ | 25.00 | Fair Value | $ | 25.00 |
| Upright push vacuum | $ | 45.00 | Fair Value | $ | 45.00 |
| UROFLOWMETER UROCAP IVSYSTEM | $ | 3,800.00 | Fair Value | $ | 3,800.00 |
| Ushaped double pedestal wooded | $ | 275.00 | Fair Value | $ | 275.00 |
| Ushaped single pedestal wooden | $ | 275.00 | Fair Value | $ | 275.00 |
| Video endoscopy cart system | $ | 4,475.00 | Fair Value | $ | 4,475.00 |
| VIVID IQ USA SYSTEM PACKAGE | $ | 41,000.00 | Fair Value | $ | 41,000.00 |
| WAITING ROOM SIGN UROGYN 207 N | $ | 825.00 | Fair Value | $ | 825.00 |
| Wall mounted overhead cabinet | $ | 125.00 | Fair Value | $ | 125.00 |
| Whiteboard | $ | 25.00 | Fair Value | $ | 25.00 |
| WINDOW BLINDS | $ | 4,625.00 | Fair Value | $ | 4,625.00 |
| Wooden 2 drawer lateral file | $ | 325.00 | Fair Value | $ | 325.00 |
| Wooden chart holders wall mount | $ | 170.00 | Fair Value | $ | 170.00 |
| Wooden cylinder side table | $ | 100.00 | Fair Value | $ | 100.00 |
| Wooden multislot magazine holder | $ | 25.00 | Fair Value | $ | 25.00 |
| Wooden single pedestal executi | $ | 400.00 | Fair Value | $ | 400.00 |
| Wooden table credenza | $ | 200.00 | Fair Value | $ | 200.00 |
| **Total** | | | | $ | **500,430.00** |

**Note: Values obtained from the Duff & Phelps Appraisal Report as of January 12, 2018.**

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 62

LICENSES, FRANCHISE, AND ROYALTIES

**Debtor :  TPS IV of PA, L.L.C.**

**Case :  19-11478**

**Schedule AB 62 :  Licenses, franchises, and royalties**

| General description | License/Permit Number | Issuing Agency | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| Federal Employer Identification Number (FEIN) | 75-2835537 | U.S. Department of Treasury, Internal Revenue Service | Unknown | Unknown | Unknown |
| Provider Transaction Access Number (PTAN) | 084362 | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services, Medicare Administrative Contractor | Unknown | Unknown | Unknown |
| National Provider Identifier (NPI) | 1740248905 | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services | Unknown | Unknown | Unknown |
| National Provider Identifier (NPI) – Durable Medical Equipment | 1053630368 | U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services | Unknown | Unknown | Unknown |
| Pennsylvania Medicaid | 1011365340001 | Pennsylvania Department of Human Services, Medical Assistance | Unknown | Unknown | Unknown |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 74

## CAUSES OF ACTION AGAINST THIRD PARTIES

**Schedule AB 74 : Causes of action against third parties**

| Nature of Claim | Current value |
|---|---|
| The Debtor may maintain rights to assert causes of action against third parties, including causes of action relating to any litigation or proceedings reflected in response to question 7 of the Debtor's Statement of Financial Affairs. | Unknown |

| Debtor Name | TPS IV of PA, L.L.C. |
|---|---|

**United States Bankruptcy Court for the District of Delaware**

Case number (if known):    **19-11478**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>**MIDCAP FUNDING IV TRUST**<br><br>Creditor's mailing address<br>**7255 WOODMONT AVE, STE 200**<br>**BETHESDA, MD 20814**<br><br>Creditor's email address, if known<br><br>Date debt was incurred  1/11/2018<br>Last four digits of account number<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>SUBSTANTIALLY ALL DEBTOR'S ASSETS<br><br>Describe the lien<br>Revolving and term loans<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is:<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $57,456,342.37 | Unknown |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $57,456,342.37

| Debtor Name | TPS IV of PA, L.L.C. | |
|---|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | | |
| Case number (if known): | **19-11478** | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
  ☐ No. Go to Part 2.
  ☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** **Priority creditor's name and mailing address**
CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

**As of the petition filing date, the claim is:**          Total claim **$50.00**          Priority amount **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES/FEES/ASSESSMENTS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

| Debtor Name | **TPS IV of PA, L.L.C.** | | Case number (if known): **19-11478** |
| --- | --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
227 N BROAD ST ASSOCIATES LP
207 N BROAD ST 3RD FL
PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:          $7,728.32
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
ALLSCRIPTS
301 LINDENWOOD DR, STE 300
MALVERN, PA 19355

As of the petition filing date, the claim is:          $173,241.47
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
AMERICAN ACADEMIC HEALTH SYSTEM
222 N SEPULVEDA BLVD, STE 900
EL SEGUNDO, CA 90245

As of the petition filing date, the claim is:          $536,426.76
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
AMERICAN COMMUNICATIONS CENTERS
301 LINDENWOOD DR, STE 300
MALVERN, PA 19355

As of the petition filing date, the claim is:          $572.48
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **TPS IV of PA, L.L.C.**                                Case number (if known): **19-11478**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.5** | **Nonpriority creditor's name and mailing address**
ASSOCIATED CALL CENTERS INC
P.O. BOX 1329
SKIPPACK, PA 19474

**As of the petition filing date, the claim is:**                $1,382.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
AVAILITY LLC
P.O. BOX 844781
DALLAS, TX 75284-4781

**As of the petition filing date, the claim is:**                $32,378.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7** | **Nonpriority creditor's name and mailing address**
CDW GOVERNMENT
75 REMITTANCE DR, STE 1515
CHICAGO, IL 60675-1515

**As of the petition filing date, the claim is:**                $449.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8** | **Nonpriority creditor's name and mailing address**
CINTAS CORPORATION
ATTN: GENERAL MANAGER
4800 W JEFFERSON ST
PHILADELPHIA, PA 19131

**As of the petition filing date, the claim is:**                $355.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **TPS IV of PA, L.L.C.**                    Case number (if known): **19-11478**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.9** | **Nonpriority creditor's name and mailing address**

CITY OF PHILADELPHIA
ATTN: ROB DUBOW
CODE VIOLATION ENFORCEMENT DIV
P.O. BOX 56318
PHILADELPHIA, PA 19130

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

---

**3.10** | **Nonpriority creditor's name and mailing address**

CODING NETWORK LLC, THE
P.O. BOX 101794
PASADENA, CA 91189-1794

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$40.00

---

**3.11** | **Nonpriority creditor's name and mailing address**

CONIFER PATIENT COMMUNICATIONS
ATTN: PETRA WILLEY
140 FOUNTAIN PKWY, STE 500
ST PETERSBURG, FL 33716

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☐ No
☑ Yes

$8,304,823.96

---

**3.12** | **Nonpriority creditor's name and mailing address**

DEX IMAGING INC
P.O. BOX 17299
CLEARWATER, FL 33762-0299

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$5,040.20

---

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.13** Nonpriority creditor's name and mailing address
DOUGHERTY, RICHARD
4 PINE GLEN DR
SICKLERVILLE, NJ 08081

As of the petition filing date, the claim is:     $1,228.36
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.14** Nonpriority creditor's name and mailing address
DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO
3201 ARCH ST, STE 420
PHILADELPHIA, PA 19104

As of the petition filing date, the claim is:     $2,490.00
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [x] Yes

**3.15** Nonpriority creditor's name and mailing address
DREXELBROOK CORPORATE EVENTS CORP
4700 DREXELBROOK DR
DREXEL HILL, PA 19026

As of the petition filing date, the claim is:     $6,480.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.16** Nonpriority creditor's name and mailing address
ELECTRONIC SECURITY CORP OF
254 FAIRVIEW RD
WOODLYN, PA 19094

As of the petition filing date, the claim is:     $105.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor Name | TPS IV of PA, L.L.C. | Case number (if known): **19-11478** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.17** | **Nonpriority creditor's name and mailing address**
FEDEX CORP
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$410.19

**3.18** | **Nonpriority creditor's name and mailing address**
GEBBS HEALTHCARE SOLUTIONS, INC.
600 CORPORATE POINTE, STE 1250
CULVER CITY, CA 90230

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$236,217.79

**3.19** | **Nonpriority creditor's name and mailing address**
HEALTHCARE ADMIN PARTNERS CORP
ACCT OF HEALTHCARE ADMIN PARTNERS
P.O. BOX 1511
MEDIA, PA 19063-0090

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$103,488.44

**3.20** | **Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$301.13

Debtor Name    **TPS IV of PA, L.L.C.**                     Case number (if known): **19-11478**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.21**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $170.05
LIVE MESSAGE AMERICA CORP
P.O. BOX 639236
CINCINNATI, OH 45263-9236
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**     Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**     Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.22**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $225.00
LMS GROUP SOLUTIONS INC
156 W RIDGE PIKE BLDG 2
ROYERSFORD, PA 19468
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**     Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**     Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.23**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $20,710.28
MCKESSON MEDICAL SURGICAL
12748 COLLECTIONS CTR DR
CHICAGO, IL 60693
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**     Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**     Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.24**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $455.75
METTEL
P.O. BOX 9660
MANCHESTER, NH 03108-9660
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**     Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**     Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.25** **Nonpriority creditor's name and mailing address**
NESTLE WATERS NORTH AMER
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

As of the petition filing date, the claim is:                                    $847.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
NIXON UNIFORM SERVICE INC
500 CTRPOINT BLVD
NEW CASTLE, DE 19720

As of the petition filing date, the claim is:                                    $1,467.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
NTT DATA SERVICES LLC
ATTN: SUBBARAO PUSHADAPU
7950 LEGACY DR, STE 900
PLANO, TX 75024

As of the petition filing date, the claim is:                                    $92,039.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☐ No
☑ Yes

**3.28** **Nonpriority creditor's name and mailing address**
PHILADELPHIA UROSURGICAL ASSOC PC
207 N BROAD ST 4TH FL
PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:                                    $30,218.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **TPS IV of PA, L.L.C.**                                    Case number (if known): **19-11478**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.29**

Nonpriority creditor's name and mailing address
QUALITY SYSTEMS INC
18111 VON KARMAN AVE, STE 700
IRVINE, CA 92612

As of the petition filing date, the claim is:                    $59,737.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
SHERRY STONE
C/O EDELSTEIN MARTIN & NELSON, LLP
ATTN: PETER K. JANCZYK, ESQ.
123 SOUTH BROAD ST, STE 1820
PHILADELPHIA, PA 19109

As of the petition filing date, the claim is:                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address
SHIRAZIE, RAZA
10502 HICKORY GLEN DR
COLUMBIA, MD 21044

As of the petition filing date, the claim is:                    $1,805.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address
ST AGNES MOB LLC
1321 INTREPID AVE
PHILADELPHIA, PA 19112

As of the petition filing date, the claim is:                    $20,835.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **TPS IV of PA, L.L.C.**    Case number (if known): **19-11478**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

<br>

Amount of claim

**3.33**    **Nonpriority creditor's name and mailing address**    $2,658.37
STAPLES
P.O. BOX 70242
PHILADELPHIA, PA 19176-0245

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34**    **Nonpriority creditor's name and mailing address**    $3,730.96
STERICYCLE INC
28161 N KEITH DR
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35**    **Nonpriority creditor's name and mailing address**    $16,810.89
WEATHERBY LOCUMS INC
6451 NORTH FEDERAL HIGHWAY, STE 800
FORT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **TPS IV of PA, L.L.C.**                                    Case number (if known): **19-11478**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                $50.00

**5b. Total claims from Part 2**                                          $9,664,922.16

**5c. Total claims of Parts 1 and 2**                                      $9,664,972.16
   Lines 5a + 5b = 5c

| | |
|---|---|
| Debtor Name | **TPS IV of PA, L.L.C.** |
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **19-11478** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ALBERTO NUNEZ<br>1 MARKET ST, APT 455<br>CAMDEN, NJ 08102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ALEXANDER TREBELEV<br>405 MATTRISSA RIDGE<br>MEDIA, PA 19063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ALPHA IMAGING, INC.<br>4455 GLENBROOK RD<br>WILLOUGHBY, OH 44094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | AMRIT KHALSA<br>605 ROSEMONT ST<br>LA JOLLA, CA 92037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ANDRES RIERA<br>102 WILLOW OAKS LANE<br>MULLICA HILL, NJ 08062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **TPS IV of PA, L.L.C.** | | Case number (if known): **19-11478** |
|---|---|---|---|

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ANDREW KIM<br>2 FOXHALL RD<br>NEWTOWN, PA 18940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ANTHONY MILLER<br>430 SHADY AVE, APT 12<br>PITTSBURGH, PA 15206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | BARTHOLOMEW TORTELLA<br>5 LAKEVIEW PL<br>NEWTOWN SQUARE, PA 19073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | BASSAM AL-MAMOORI<br>1638 S ST, APT 3<br>PHILADELPHIA, PA 19146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | BRENDAN MCCRACKEN<br>405 EAST 2ND ST<br>MOORESTOWN, NJ 08057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | BRIAN BIANCO<br>540 EAGLEBROOK DR<br>MOORESTOWN, NJ 08057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **TPS IV of PA, L.L.C.**                                  Case number (if known): **19-11478**

⬛ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | BRIAN BIANCO, D.O.<br>540 EAGLEBROOK DR<br>MOORESTOWN, NJ 08057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | TRAUMA ON-CALL COVERAGE AGREEMENT | CENTER CITY HEALTHCARE, LLC<br>ATTN: SENIOR DIRECTOR OF OPERATIONS<br>207 N BROAD ST, 5TH FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | COREY RUTH<br>961 IDLEWOOD RD<br>GLADWYNE, PA 19035 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | DANIKA HOGAN<br>106 FIELD BROOK LANE<br>GIBSONIA, PA 15044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | DAVID FELDSTEIN<br>225 HOPKINS RD<br>HADDONFIELD, NJ 08033 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | DAVID REICH<br>201 NORTH BOWMAN AVE<br>MERION, PA 19066 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **TPS IV of PA, L.L.C.**                                    Case number (if known): **19-11478**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **OFFICECARE PROGRAM CONSIGNMENT AGREEMENT** | **DJO, LLC ATTN: VP, FIELD SERVICES, US COMMERCIAL OPS 1430 DECISION ST VISTA, CA 92081** |
| | State the term remaining List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **PHYSICIAN AGREEMENT** | **DOUGLAS PARRILLO 1027 ARCH ST, UNIT 806 PHILADELPHIA, PA 19107** |
| | State the term remaining List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **DREXEL UNIVERSITY** |
| | State the term remaining List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR CATERING** | **DREXELBROOK 4700 DREXELBROOK DR DREXEL HILL, PA 19026** |
| | State the term remaining List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **PROVIDER SERVICES AGREEMENT** | **EMPLOYERS HEALTH NETWORK, LLC ATTN: MANAGED CARE DEPT 1304 E WOODHURST, STE B SPRINGFIELD, MO 65804** |
| | State the term remaining List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **PHYSICIAN AGREEMENT** | **EYOB FEYSSA 817 MOUNTAIN TOP DR COLLEGEVILLE, PA 19426** |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |
|---|---|---|

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR VENUE | FAIRMOUNT ROWING ASSOCIATION ATTN: MONICA BERSANI #2 KELLY DR PHILADELPHIA, PA 19130 |
| | State the term remaining List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | TIME SHARE LEASE | FARIAS HEALTH INC 525 PENN ST READING, PA 19601 |
| | State the term remaining List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | FINANCIAL RECOVERIES AGREEMENT | FINANCIAL RECOVERIES 200 EAST PARK DR, STE 100 MT. LAUREL, NJ 08054 |
| | State the term remaining List the contract number of any government contract | | |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | GARY XIAO 384 YORKSHIRE RD BRYN MAWR, PA 19010 |
| | State the term remaining List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | GLENN LAUB 2 STOUT RD PRINCETON, NJ 08540 |
| | State the term remaining List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | GLENN LAUB, MD 2 STOUT RD PRINCETON, NJ 08540 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | CODING SERVICES AGREEMENT | HEALTHCARE ADMINISTRATIVE PARTNERS, LLC<br>ATTN: PRESIDENT<br>112 CHESLEY DR<br>MEDIA, PA 19063 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | JAMES TOM<br>151 OAKMONT DR<br>MOORESTOWN, NJ 08057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | JONATHAN RUBIN<br>371 MAPLEWOOD AVE<br>MERION STATION, PA 19066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | JOSEPH COSTIC<br>241 AMBERFIELD DR<br>MOUNT LAUREL, NJ 08054 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | KATHRYN BRANDT<br>3900 CITY AVE, W905<br>PHILADELPHIA, PA 19131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | KEVIN GINGRICH<br>925 COATES RD<br>MEADOWBROOK, PA 19046 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name       **TPS IV of PA, L.L.C.**                                Case number (if known): **19-11478**

███    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | KHURAM KAZMI<br>121 MONA COURT<br>CHERRY HILL, NJ 08003 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | KINZYA GRANT<br>6901 OLD YORK RD, APT B408<br>PHILADELPHIA, PA 19126 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | LAURENCE SPITZER<br>477 S SILVER BELL LANE<br>LAFAYETTE HILL, PA 19444 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | LYDIA KOMARNICKY<br>19 APPLE ORCHARD RD<br>MORRESTOWN, PA 08057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | MARCIN JANKOWSKI<br>60 UPLAND WAY<br>HADDONFIELD, NJ 08033 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | MARCIN JANKOWSKI, D.O.<br>60 UPLAND WAY<br>HADDONFIELD, NJ 08033 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | TPS IV of PA, L.L.C. | Case number (if known): **19-11478** |
|---|---|---|

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | MITESH SHAH<br>526 PENN AVE, APT 502<br>PITTSBURGH, PA 15222 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LINEN & LAUNDRY RENTAL & PROCESSING | NIXON UNIFORM SERVICE, INC.<br>500 CENTERPOINT BLVD<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | NORMAN JOHANSON<br>10 HAMPDEN AVE<br>NARBERTH, PA 19072 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | NORMAN JOHANSON, M.D.<br>10 HAMPDEN AVE<br>NARBERTH, PA 19072 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | MEMBERSHIP AGREEMENT | OUTCOME HEALTH<br>156 5TH AVE, STE 604<br>NEW YORK, NY 10010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | PANKAJ PATEL<br>254 S 9TH ST<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | PHILADELPHIA UROSURGICAL ASSOCIATES, PC<br>ATTN: KRISTENE WHITMORE, MD<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | ON-CALL COVERAGE AGREEMENT FOR TRAUMA | PROFESSIONAL TRAUMA SERVICES, LLC<br>ATTN: RAYMOND TALUCCI, MC<br>12 HESSIAN WAY<br>CHERRY HILL, NJ 08083 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | RAYMOND TALUCCI<br>PROFESSIONAL TRAUMA SERVICES, L.L.C.<br>12 HESSIAN WAY<br>CHERRY HILL, NJ 08083 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | RICHARD STABILE<br>1025 COATES RD<br>MEADOWBROOK, PA 19046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ROBERT KOENIGSBERG<br>119 HARVEST LN<br>BROOMALL, PA 19008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | ROBERT KRISCH<br>264 TOMKENN RD<br>WYNNEWOOD, PA 19096 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **TPS IV of PA, L.L.C.**                                           Case number (if known): **19-11478**

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PHYSICIAN AGREEMENT | SANTIAGO MUNOZ<br>200 GARDEN PARK BLVD, APT, STE 226<br>CHERRY HILL, NJ 08002 |
|---|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIRECTORSHIP AGREEMENT | SANTIAGO MUNOZ, M.D.<br>200 GARDEN PARK BLVD, APT 226<br>CHERRY HILL, NJ 08002 |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PHYSICIAN AGREEMENT | SHERRY SHANG<br>384 YORK SHIRE RD<br>BRYN MAWR, PA 19010 |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT | SHRINERS HOSPITALS FOR CHILDREN<br>ATTN: ADMINISTRATOR<br>3551 NORTH BROAD ST<br>PHILADELPHIA, PA 19140-4131 |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LETTER OF AGREEMENT | SPREEMO, INC.<br>88 PINE ST, 11TH FL<br>NEW YORK, NY 10005 |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |
|---|---|---|

## ▌Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | LEASE | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | LEASE | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | LEASE | ST. CHRISTOPHER'S HEALTHCARE<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ST. CHRISTOPHER'S HEALTHCARE, LLC<br>230 N BROAD ST<br>MS 300<br>PHILADELPHIA, PA 19102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | STEPHEN GUY<br>346 EAST ROUMFORD RD<br>PHILADELPHIA, PA 19119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | SUNRISE SUPPORT SERVICES<br>ATTN: OWNER<br>4 PINE GLEN DR<br>SICKLERVILLE, NJ 08081 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | TPS IV of PA, L.L.C. | Case number (if known): **19-11478** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | SUSAN HARDING<br>619 EAST PINEVIEW DR<br>GALLOWAY, NJ 08205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | DIRECTORSHIP AGREEMENT | SUSAN HARDING, M.D.<br>619 E PINEVIEW DR<br>GALLOWAY, NJ 08205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT CONSIGNMENT AGREEMENT | SYNERGY ORTHOPEDICS, LLC<br>ATTN: CHIEF OPERATING OFFICER<br>2901 JOLLY RD<br>PLYMOUTH MEETING, PA 19462 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | TENET HS HAHNEMANN, LLC<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | VALERIA POTIGAILO<br>604 S WASHINGTON SQUARE, STE 817<br>PHILADELPHIA, PA 19107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ENVIRONMENTAL SERVICES | VANGUARD CLEANING SYSTEMS, INC.<br>DBA VANGUARD CLEANING SYSTEMS OF PHILADELPHIA<br>ATTN: PRESIDENT<br>67 BUCK RD, B-45<br>HUNTINGTON VALLEY, PA 19006 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **TPS IV of PA, L.L.C.**

Case number (if known): **19-11478**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN AGREEMENT | WEN-LIN FAN<br>17 DOGWOOD RD<br>MOORETOWN, NJ 08057 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **TPS IV of PA, L.L.C.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-11478** |

Check if this is an
amended filing

<u>Official Form 206H</u>
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.1 | BROAD STREET HEALTHCARE PROPERTIES II, LLC | 222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.2 | BROAD STREET HEALTHCARE PROPERTIES III, LLC | 222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.3 | BROAD STREET HEALTHCARE PROPERTIES, LLC | 222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |
| 2.4 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Alpha Imaging, Inc. | ☐ D ☐ E/F ☑ G |
| 2.5 | CENTER CITY HEALTHCARE, LLC | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |
|---|---|---|

| | **Additional Page(s) if Debtor has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.6 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | Nixon Uniform Service, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.7 | **CENTER CITY HEALTHCARE, LLC** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | St. Christopher's Healthcare | ☐ D<br>☐ E/F<br>☑ G |
| 2.8 | **HPS OF PA, L.L.C.** | **230 NORTH BROAD ST PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | **PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC** | **222 N SEPULVEDA BLVD, STE 900 EL SEGUNDO, CA 90245** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | **PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC** | **1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | **PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC** | **1500 MARKET ST, STE 2400, WEST TOWER PHILADELPHIA, PA 19102** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | **PHYSICIAN PERFORMANCE NETWORK OF PHILADELPHIA** | **C/O CT CORPORATION SYSTEM 1445 ROSS AVE, STE 1400 DALLAS, TX 75202** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | **PHYSICIANS CLINICAL NETWORK, LLC** | **C/O COGENCY GLOBAL INC. 850 NEW BURTON RD, STE 201 DOVER, DE 19904** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |

▉ **Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** Mailing Address | | **Name** | *Check all schedules that apply* |
| 2.14 **SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Healthcare Administrative Partners, Llc | ☐ D<br>☐ E/F<br>☑ G |
| 2.16 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Shriners Hospital for Children | ☐ D<br>☐ E/F<br>☑ G |
| 2.18 **SCHC PEDIATRIC ASSOCIATES, L.L.C.** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Vanguard Cleaning Systems, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.19 **ST CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 **ST. CHRISTOPHER'S HEALTHCARE, LLC** | **160 EAST ERIE AVE PHILADELPHIA, PA 19134** | Shriners Hospital for Children | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **TPS IV of PA, L.L.C.** | Case number (if known): **19-11478** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.22 | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | 160 EAST ERIE AVE PHILADELPHIA, PA 19134 | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.23 | TPS II OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Employers Health Network, Llc | ☐ D<br>☐ E/F<br>☑ G |
| 2.24 | TPS II OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | TPS III OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Employers Health Network, Llc | ☐ D<br>☐ E/F<br>☑ G |
| 2.26 | TPS III OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | TPS OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | MidCap Funding IV Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 | TPS OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Nixon Uniform Service, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.29 | TPS OF PA, L.L.C. | 230 NORTH BROAD ST PHILADELPHIA, PA 19102 | Tenet HS Hahnemann, LLC | ☐ D<br>☐ E/F<br>☑ G |

Debtor Name    **TPS IV of PA, L.L.C.**                                    Case number (if known): **19-11478**

| | **Additional Page(s) if Debtor has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.30 **TPS OF PA, L.L.C.** | **230 NORTH BROAD ST** **PHILADELPHIA, PA 19102** | Vanguard Cleaning Systems, Inc. | ☐ D ☐ E/F ☑ G |
| 2.31 **TPS V OF PA, L.L.C.** | **160 EAST ERIE AVE** **PHILADELPHIA, PA 19134** | MidCap Funding IV Trust | ☑ D ☐ E/F ☐ G |

| Debtor Name | TPS IV of PA, L.L.C. |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case Number: 19-11478

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the TPS IV of PA, L.L.C., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 62 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  8/13/2019          Signature  *Allen Wilen*
MM / DD / YYYY

Allen Wilen
Printed Name

Chief Restructuring Officer
Title