# **EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | Docket Ref. No. 440 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING ON MOTION *IN LIMINE* OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC TO EXCLUDE FROM THE AUGUST 19 HEARING EVIDENCE OR ARGUMENT REGARDING THE DEBTORS' PREPETITION LAWSUITS AGAINST TENET FOR ALLEGED VIOLATIONS OF THE ASSET SALE AGREEMENT**

Upon consideration of the motion (the "Motion to Shorten")[2] for entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion in Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude from the August 19 Hearing Evidence or Argument Regarding the Debtors' Prepetition Lawsuits Against Tenet for Alleged Violations of the Asset Sale Agreement* (the "Motion") (the "Motion") filed by Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer"); and the Court having determined after due deliberation that the legal and factual bases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings attributed in the Motion to Shorten or the Motion, as applicable.

set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing to consider the relief requested in the Motion shall be held on August 19, 2019, at 1:00 p.m. (prevailing Eastern time).

3. The deadline to respond or object to the relief requested in the Motion is August 19, 2019, at 10:00 a.m. (prevailing Eastern time).

4. This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

5. Tenet and Conifer may take any actions necessary to enforce the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Wilmington, Delaware
Dated: August 14, 2019

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE