## Exhibit C

**July 26 letter from G. Pesce to J. Hampton**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, IL 60654
+1 312 862 2000

www.kirkland.com

Gregory F. Pesce
To Call Writer Directly:
+1 312 862 2642

Facsimile:
+1 312 862 2200

gregory.pesce@kirkland.com

July 26, 2019

Jeffrey C. Hampton
Saul Ewing Arnstein & Lehr LLP
1500 Mark Street, 38th Floor
Philadelphia, PA 19102
E-mail: jeffrey.hampton@saul.com

*Re:* ***Partial Payments for Services Rendered Pursuant to the Transition Services Agreement dated January 11, 2018 (the "TSA"), between Philadelphia Academic Health System, LLC ("PAHS") and Tenet Business Services Corporation ("Tenet"), and the Master Services Agreement dated January 11, 2018 (the "MSA"), between PAHS and Conifer Revenue Cycle Solutions, LLC ("Conifer").***

Dear Jeffrey:

As you know, we are counsel to Tenet and Conifer. On May 2, 2019, Tenet and Conifer sent a letter to PAHS providing notice of the termination of the TSA and MSA as of May 17, 2019. Thereafter, Tenet and Conifer continued to provide services to PAHS on the same terms as contemplated by the TSA and MSA pursuant to temporary, one-week extensions in exchange for payments of $125,000 to $200,000 per week.

Since the commencement of the PAHS chapter 11 cases, Tenet and Conifer have continued to provide services at the levels contemplated under the TSA and MSA. This fact notwithstanding, PAHS has only made weekly payments of $200,000, a sum that is less than 25 percent of the combined contract rates. This amount is insufficient to even cover Tenet and Conifer's own cost.

Please take further notice that Tenet and Conifer's receipt of any payment, absent payment in full in cash of any accrued but unpaid postpetition amounts under the TSA and MSA, does not constitute, and shall not be deemed to constitute, an agreement to continue to provide services at the levels contemplated by the MSA and TSA unless and until PAHS agrees to pay Tenet and Conifer in full in cash for any postpetition services and, for any amounts that are not yet due and payable under the terms of the TSA and MSA, to escrow or otherwise reserve such amounts, to be paid promptly to Tenet and Conifer once such fees become due and owing.

For the avoidance of any doubt, no action taken by Tenet or Conifer, or failure by Tenet or Conifer to take any action, shall in any way waive, limit, impair, or restrict the ability of Tenet and Conifer to protect and preserve their rights, remedies, and interests in all respects, including, but not limited to, ceasing providing services and/or seeking termination of the TSA and MSA (to the extent such termination has not already occurred) and seeking payment under the TSA and MSA in full.  We reserve all rights and waive none.

Sincerely yours,

Gregory F. Pesce