**<u>Exhibit D</u>**

**Deposition of Allen Wilen**

**(FILED UNDER SEAL)**