# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br>        Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Drinker Biddle & Reath LLP hereby enter its appearance (the "Notice of Appearance"), in the above-captioned cases as counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc., and pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Drinker Biddle & Reath LLP hereby request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| Patrick A. Jackson, Esq.<br>Drinker Biddle & Reath LLP<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>patrick.jackson@dbr.com | Marita S. Erbeck, Esq.<br>Drinker Biddle & Reath LLP<br>600 Campus Dr.<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 549-7000<br>Facsimile: (973) 360-9831<br>marita.erbeck@dbr.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

120203639.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

|  |  |
|---|---|
| Dated: August 15, 2019<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>patrick.jackson@dbr.com<br><br>-and-<br><br>Marita S. Erbeck, Esq.<br>600 Campus Dr.<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 549-7000<br>Facsimile: (973) 360-9831<br>marita.erbeck@dbr.com<br><br>*Counsel for Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.* |