IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (KG) <br><br> Jointly Administered |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorneys from Dilworth Paxson LLP at (i) 1500 Market Street, Suite 3500E, Philadelphia, Pennsylvania 19102, and (ii) One Customs House, Suite 500, 704 King Street, Wilmington, Delaware 19801, hereby withdraw as counsel for (a) Joel Freedman, (b) American Academic Health Systems, LLC and (c) Philadelphia Academic Health Holdings LLC, (collectively, the "**Interested Parties**").

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys from (i) O'Melveny & Meyers LLP, Times Square Tower, 7 Times Square, New York, New York 10036, and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, hereby enter their appearance as counsel for the Interested Parties in the above-captioned chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: August 15, 2019
Wilmington, Delaware

| | |
|---|---|
| */s/ Peter C. Hughes* | */s/ Mark D. Collins* |
| Peter C. Hughes (No. 4180) | Mark D. Collins (No. 2981) |
| DILWORTH PAXSON LLP | Michael J. Merchant (No. 3854) |
| One Customs House, Suite 500 | Brendan J. Schlauch (No. 6115) |
| 704 King Street | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, Delaware 19801 | One Rodney Square |
| Tel:  (302) 571-9800 | 920 North King Street |
| Fax:  (302) 655-1480 | Wilmington, Delaware 19801 |
| Email: phughes@dilworthlaw.com | Tel:  (302) 651-7700 |
| | Fax:  (302) 651-7701 |
| -and- | Email: collins@rlf.com |
| | merchant@rlf.com |
| Lawrence G. McMichael | schlauch@rlf.com |
| DILWORTH PAXSON LLP | |
| 1500 Market Street, Suite 3500E | -and- |
| Philadelphia, Pennsylvania 19102 | |
| Tel:  (215) 575-7000 | Suzzanne Uhland |
| Fax:  (215) 575-7200 | Daniel S. Shamah |
| Email: lmcmichael@dilworthlaw.com | Diana M. Perez |
| | O'MELVENY & MYERS LLP |
| *Withdrawing Attorneys for Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC* | Times Square Tower |
| | 7 Times Square |
| | New York, New York 10036 |
| | Tel:  (212) 326-2000 |
| | Fax:  (212) 326-2061 |
| | Email: suhland@omm.com |
| | dshamah@omm.com |
| | dperez@omm.com |
| | |
| | *Attorneys for Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC* |