**Exhibit B**

**(KEIP)**

35525391.9 08/15/2019

| EMPLOYEE NAME | TITLE | DEPARTMENT | BASE SALARY | INCENTIVE CASH UPFRONT | INCENTIVE PERCENTAGE | INCENTIVE AMOUNT | TOTAL INCENTIVE AMOUNT |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | STC | ▮ | | 25% | ▮ | ▮ |
| ▮ | ▮ | STC | ▮ | | 20% | ▮ | ▮ |
| ▮ | ▮ | STC | ▮ | | 10% | ▮ | ▮ |
| ▮ | ▮ | STC | ▮ | | 20% | ▮ | ▮ |
| ▮ | ▮ | STC* | ▮ | | 10% | ▮ | ▮ |
| ▮ | ▮ | HUH** | ▮ | | 10% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 5% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 5% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 5% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 10% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 5% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 15% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 20% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 20% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 20% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 20% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 5% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 20% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 25% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 10% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 10% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 10% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 5% | ▮ | ▮ |
| ▮ | ▮ | HUH | ▮ | | 5% | ▮ | ▮ |
| ▮ | ▮ | PAHS | ▮ | | 20% | ▮ | ▮ |
| | | | | ▮ | | ▮ | **$824,000.00** |

**PAHS CORPORATE**
25% UPON CHAPTER 11 TO BE PAID PREFILING
75% UPON CLOSING OF A SALE OF STC OR CONFIRMATION OF A PLAN FOR STC

**HUH**
25% UPON CHAPTER 11 TO BE PAID PREFILING
75% UPON CLOSING OF A SALE OF HUH OR CLOSURE OF HUH

**STC**
25% UPON CHAPTER 11 TO BE PAID PREFILING
35% UPON SIGNING OF AN APA OR OF A COMMITMENT LETTER FOR NEW FINANCING
40% UPON CLOSING OF A SALE OF STC OR CONFIRMATION OF A PLAN FOR STC

**CONDITION TO UPFRONT INCENTIVE PAYMENT**: TO BE PAID ON JUNE 21, 2019. IF AN EMPLOYEE LEAVES PRIOR TO OCTOBER 31, 2019, MUST REPAY THE PRORATED PORTION OF THE INCENTIVE PAYMENT.

**CONDITION TO EACH PAYMENT**: AN EMPLOYEE MUST BE EMPLOYED AS OF A TRIGGER EVENT IN ORDER TO RECEIVE THE APPLICABLE PAYMENT. THIS PLAN DOES NOT MODIFY THE AT-WILL NATURE OF THE EMPLOYMENT RELATIONSHIP.