## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | Case No. 1:19-11466-KG |
| d/b/a HAHNEMANN UNIVERSITY | : | |
| HOSPITAL, *et al.2* | : | Chapter 11 |
| | : | |
| Debtor, | : | |
| | : | |

### NOTICE

PLEASE TAKE NOTICE that on August 16, 2019, the Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity ("1199C Benefit Funds") filed a *Motion for Payment of Administrative Expenses pursuant to Sections 105 and 503 of the Bankruptcy Code.*

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must be filed on or before **August 30, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon undersigned counsel to the 1199C Benefit Funds so as to be received on or before the Objection Deadline.

Please take further notice that a hearing to consider the relief requested in the Motion has been scheduled for **September 4, 2019, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

2 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated:  August 16, 2019

 /s/ Lance Geren
Lance Geren (DE 5431)
Andrew Kelser (*Pro Hac Vice*)
O'DONOGHUE & O'DONOGHUE LLP
Constitution Place, Suite 600
325 Chestnut Street
Philadelphia, PA  19106
Telephone (215) 629-4970
Facsimile (215) 629-4996
lgeren@odonoghuelaw.com