**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | Case No. 1:19-11466-KG |
| d/b/a HAHNEMANN UNIVERSITY | : | |
| HOSPITAL, *et al.*3 | : | Chapter 11 |
| | : | |
| Debtor, | : | |
| | : | |

**ORDER GRANTING MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**

Upon consideration of the Motion for Payment of Administrative Expenses, the Opposition, if any, and the applicable law; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and after due deliberation and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of District of Delaware; hereby

ORDERED:

1) That the Motion be, and the same hereby is, GRANTED.

2) The Debtor shall prepare and submit contribution reports to the Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity ("1199C Benefit Funds") within five days of the date of this Order.

3) That an administrative claim in favor of the 1199C Benefit Funds be, and the same hereby is, ENTERED in the amount of unpaid post-petition contributions and related

---

3 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

amounts owed as determined by the contributions reports submitted by the Debtor in accordance with this Order.

4) This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

5) The Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity may take any actions necessary to enforce the terms of this Order.

6) This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Wilmington, Delaware
Dated: _____, 2019                    _____
                                                                              THE HONORABLE KEVIN GROSS
                                                                              UNITED STATES BANKRUPTCY JUDGE