**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re : | |
| : | |
| CENTER CITY HEALTHCARE, LLC : | Case No. 1:19-11466-KG |
| d/b/a HAHNEMANN UNIVERSITY : | |
| HOSPITAL, *et al.*[1] : | Chapter 11 |
| : | |
| Debtor, : | |
| : | |

## CERTIFICATE OF SERVICE

I, Lance Geren, hereby certify that on August 16, 2019, I served or caused to be served the *Motion for Payment of Administrative Expenses* (the "Motion") upon the parties listed on Exhibit A in the matter indicated therein.

Dated:  August 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lance Geren_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Lance Geren (DE 5431)
　　　　　　　　　　　　　　　　　　　　　　　　　　O'DONOGHUE & O'DONOGHUE LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　Constitution Place, Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　　　325 Chestnut Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone (215) 629-4970
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile (215) 629-4996
　　　　　　　　　　　　　　　　　　　　　　　　　　lgeren@odonoghuelaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.