## **SERVICE LIST**

*Via First Class Mail & E-Mail*
Mark Minuti, Esq.
Monique Bair DiSabatino, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Email: mark.minuti@saul.com
monique.disabatino@saul.com

*Via First Class Mail & E-mail*
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Via First Class Mail & E-Mail*
Justin R. Alberto, Esq.
Sophie E. Macon, Esq.
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: jalberto@bayardlaw.com
smacon@bayardlaw.com

*Via First Class Mail & E-mail*
Oscar N. Pinkas, Esq. Lauren Macksoud, Esq. DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Email: oscar.pinkas@dentons.com
lauren.macksoud@dentons.com

*Via First Class Mail & E-Mail*
Curtis S. Miller, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19899-1347
Email: cmiller@mnat.com

*Via First Class Mail & E-mail*
Thomas C. Wolford, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
Email: twolford@nge.com

*Via First Class Mail & E-mail*
Douglas Carlson
DOUGLAS CARLSON LLC 330 N. Wabash, #3300
Chicago, IL 60611
Email: carlson@dougcarlsonlaw.com

*Via First Class Mail & E-Mail*
Joelle E. Polesky, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801 Email: jpolesky@stradley.com

*Via First Class Mail & E-mail*
Gretchen M. Santamour, Esq.
Deborah Reperowitz, Esq.
Mark J. Dorval, Esq.
Joseph W. Catuzzi, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Email: gsantamour@stradley.com
dreperowitz@stradley.com
mdorval@stradley.com
jcatuzzi@stradley.com

*Via First Class Mail & E-mail*
Kathryn L. Stevens, Esq.
David L. Kane, Esq.
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
Email: kstevens@vedderprice.com
dkane@vedderprice.com

*Via First Class Mail & E-Mail*
Richard A. Barkasy, Esq.
Daniel M. Pereira, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 400
Wilmington, DE 19801
Email: rbarkasy@schnader.com
dpereira@schnader.com

*Via First Class Mail & E-mail*
David Smith, Esq.
Nicholas J. LePore, III, Esq.
Ira Neil Richards, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Email: dsmith@schnader.com
nlepore@schnader.com
irichards@schnader.com

*Via Overnight Mail & E-Mail*
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

*Via First Class Mail & E-mail*
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102,
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

*Via First Class Mail & E-Mail*
Thomas M. Horan, Esq.
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Email: thoran@foxrothschild.com

*Via First Class Mail & E-Mail*
Office of the US Attorney - District of Delaware
David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801
Email: usade.ecfbankruptcy@usdoj.gov

*Via First Class Mail & E-mail*
Marc S. Sacks, Esq.
US Dept. of Justice – Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875 Email:
Email: marcus.s.sacks@usdoj.gov

*Via First Class Mail & E-mail*
J. Scott Victor
Teresa Kohl Craig
Warznak
SSG Advisors, LLC
Five Tower Bridge, Suite 420 300
Barr Harbor Drive
West Conshohocken, PA 19428
Email: jsvictor@ssgca.com
      tkohl@ssgca.com
      cwarznak@ssgca.com

*Via First Class Mail & E-mail*
Allen Wilen, Chief Restructuring Officer Center City Healthcare, LLC
230 North Broad Street Philadelphia, PA 19102
Email: allen.wilen@eisneramper.com