**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Lee P. Whidden of Dentons US LLP, to represent Cooper University Healthcare in the above-captioned cases.

Dated: August 16, 2019                    **THE ROSNER LAW GROUP LLC**
                                          */s/ Jason A. Gibson*
                                          Jason A. Gibson (DE #6091)
                                          824 N. Market Street, Suite 810
                                          Wilmington, DE 19801
                                          Telephone: (302) 777-1111
                                          gibson@teamrosner.com

**CERTIFICATE BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: August 16, 2019                    */s/ Lee P. Whidden*
                                          Dentons US LLP
                                          Lee P. Whidden, Esq.
                                          1221 Avenue of the Americas
                                          New York, NY 10020-1089
                                          Telephone: (212) 632-8389
                                          Email: lee.whidden@dentons.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

{00026210. }