IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) <br> ) Jointly Administered <br> ) |
| Debtors. | ) **Related to Docket Nos. 53 and 172** <br> ) |

**NOTICE OF FILING OF (A) PROPOSED FINAL ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING; (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL; (III) GRANTING ADEQUATE PROTECTION; (IV) GRANTING ADEQUATE PROTECTION AND MODIFYING THE AUTOMATIC STAY; AND (B) AMENDMENT TO DIP CREDIT AGREEMENT**

PLEASE TAKE NOTICE that on July 1, 2019, the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief*[2] [D.I. 53] was filed with the Court.

PLEASE TAKE FURTHER NOTICE that on July 12, 2019, the Court entered the *Interim Order Under 11 U.S.C. §§ 105, 361, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the DIP Financing Motion.

-2-

*Bankruptcy Rules 2002, 4001 and 9014; (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and 4001(c)* (the "**Interim Order**") [D.I. 172].

PLEASE TAKE FURTHER NOTICE that since the entry of the Interim Order, the Debtors have made certain revisions to the Interim Order to reflect comments from, *inter alia*, the United States Trustee, the Official Committee of Unsecured Creditors and the DIP Lenders, and address issues raised in certain objections to the relief sought pursuant to the Interim Order. A copy of this proposed final order (the "**Proposed Final Order**") is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that a redline comparing the Interim Order and the Proposed Final Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit C** is an Amendment to the Senior Secured Superpriority Debtor-in-Possession Credit Agreement (the "**DIP Credit Agreement**") sought to be approved under the Proposed Final Order. The DIP Credit Agreement will be attached to the Proposed Final Order as Exhibit 1."

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit D** is the DIP Budget sought to be approved under the Proposed Final Order. The DIP Budget will be attached to the Proposed Final Order as Exhibit "2."

PLEASE TAKE FURTHER NOTICE that the Proposed Final Order, the DIP Credit Agreement and the DIP Budget are subject to further review and revision, and are being filed at this time only to keep interested parties apprised of the Debtors' efforts to resolve issues raised with respect to the relief sought.

-3-

| | |
|---|---|
| Dated: August 16, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*

-3-

35783237.2 08/16/2019