# EXHIBIT D

## DIP Budget

**PAHS**

**DRAFT DIP Cash Flow Forecast**

**8/15/19**

**- DRAFT -** The accompanying summary of significant assumptions is an integral part of this prospective financial information.

The accompanying financial analysis dated, August 15, 2019 was assembled for MidCap Financial Services, LLC ( “MidCap”). The analysis was developed by EisnerAmper LLP ("EisnerAmper") from, and supported by information, documentation and data furnished by Philadelphia Academic Health System, LLC (the “Company”) and its advisors. We were not engaged to, and did not conduct either an audit, review, compilation or valuation, the objective of which would be an expression of an opinion. In addition, we did not review this analysis in accordance with standards promulgated by the American Institute of Certified Public Accountants. This information is restricted solely for the MidCap and is not to be provided to other parties. The assumptions in the analysis are those of the Company. As of the date of the analysis, EisnerAmper has not independently verified the viability of the underlying assumptions. This forecast does not factor changes in the borrowing base calculation. The BBC may result in periods where an over advance would be necessary.

PAHS - Consolidated
DIP Financing Report
($ in 000s)

**- DRAFT -**

The accompanying summary of significant assumptions is an integral part of this prospective financial information.

Post-petition forecast reflects consolidated cash receipts and disbursements only
- Patient cash is based on the closure plan (still in progress) and best estimates on census and collections
- Supplemental cash is based on the schedule for 2019 provided by the state

Disbursements are based on the closure plan (still in progress) and best estimates on census and related staffing needs
- The payments are forecast as a COD basis beginning the week ending July 12th

Professional fee reserve included

The following payments will be made during the forecast
- Tenet/Conifer $200k transition services payment

MidCap terms:
- DIP Credit Facility of $65MM
- Credit limit reduced from $100MM to $50MM
    - Pre-petition Revolver is rolled-up into DIP Revolver during bankruptcy
    - A $5MM DIP Revolver advance to repay $5MM of Pre-Petition Term Loan upon entry of Interim Order
    - Roll-up of $20MM Pre-Petition Term Loan balance into $15MM DIP Term Loan
    - Reserve - $5MM reduced with the $5MM DIP Revolver advance to repay $5MM of Pre-Petition Term Loan
    - Reserve - $2MM (Approximately July 12th - Aug. 16th); step-down to $0 (approximately Aug. 23rd) with Final DIP order
    - Reserve for Professional Carve-out - $2.5MM
    - Reserve for Medicare Reserve Amount - $0.7MM forecast week of 8/16
- The DIP budget doesn't contemplate the sale and/or use of the proceeds from the sale of St. Chistopher's Hospital for Children toward payment of the DIP Credit Facility
- The DIP budget doesn't contemplate the sale and/or use of the proceeds from the sale of Hahnemann Resident Program Slots and License toward payment of the DIP Credit Facility

Hospital closure is expected no later than September 6th
- Hospital closure costs are reflected in the budget
    - Please note not all hospital closure costs are reflected in the budget (excludes 503(b)9 claims, wind down costs, medical malpractice tail, D&O tail, etc.)

PAHS - Consolidated (including most subsidiaries) **- DRAFT -** The accompanying summary of significant assumptions is an integral part of this prospective financial information.
DIP Financing Report - Consolidated
($ in 000s)

| *Act./Fcst.* | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | **Forecast** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week No.* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | **13-Weeks** |
| *Week Ending* | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | **Total** |
| **Cash Flow** | | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | | |
| **Patient Cash** | | | | | | | | | | | | | | |
| HUH | 3,695 | 2,896 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 796 | - | |
| HUH - PGs | 165 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | - | - | |
| STC | 2,833 | 3,745 | 4,245 | 3,396 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | |
| STC - PGs | 899 | 1,061 | 1,061 | 849 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | |
| Unallocated | - | 80 | 80 | 80 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | |
| Patient Cash | $7,592 | $8,069 | $7,069 | $6,008 | $7,031 | $7,031 | $7,031 | $7,031 | $7,031 | $7,031 | $7,031 | $6,145 | $5,349 | **$89,451** |
| **Supplemental Cash** | | | | | | | | | | | | | | |
| HUH | - | - | 537 | - | - | - | - | - | - | - | - | - | - | **537** |
| HUH - PGs | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| STC | - | - | 424 | - | - | - | 902 | - | - | - | - | - | - | **1,326** |
| STC - PGs | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Unallocated | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Supplemental Cash | - | - | 961 | - | - | - | 902 | - | - | - | - | - | - | **1,863** |
| Other (HPP) | - | - | - | 2,000 | - | - | - | - | - | - | - | - | - | **2,000** |
| **Total Cash Receipts** | **$7,592** | **$8,069** | **$8,030** | **$8,008** | **$7,031** | **$7,031** | **$7,933** | **$7,031** | **$7,031** | **$7,031** | **$7,031** | **$6,145** | **$5,349** | **$93,314** |
| | | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| **Employees Costs** | | | | | | | | | | | | | | |
| Salaries and Wages | 6,100 | - | 9,000 | - | 6,300 | - | 6,300 | - | 6,300 | - | 6,300 | - | 6,300 | **46,600** |
| HUH Employee Separation Costs | - | - | - | - | - | 93 | - | - | - | - | - | - | - | **93** |
| Independence Blue Cross | 723 | 559 | - | 600 | - | 600 | - | 600 | 225 | 225 | 225 | 225 | 225 | **4,205** |
| 401(k) Funding | 550 | - | - | 280 | - | 280 | - | 280 | 280 | - | 280 | - | 280 | **2,232** |
| Caremark (CVS) | 201 | 323 | - | 240 | - | 150 | - | 150 | 75 | 75 | 75 | 75 | 75 | **1,439** |
| Benefit/Pension Funding | - | - | - | - | - | - | - | - | - | - | - | 1,011 | - | **1,011** |
| Delta Dental/Voluntary | 60 | 46 | 46 | 46 | 46 | 46 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | **514** |
| **Total Salaries/Benefits** | **$7,634** | **$929** | **$9,046** | **$1,166** | **$6,346** | **$1,169** | **$6,332** | **$1,062** | **$6,912** | **$332** | **$6,912** | **$1,343** | **$6,912** | **$56,095** |
| **Vendor Payments** | | | | | | | | | | | | | | |
| Amerisource Prepay | 150 | 361 | - | 350 | - | 350 | - | 350 | - | 350 | - | 350 | - | **2,261** |
| Crothall Patient Transport | 600 | 486 | - | 170 | - | 170 | - | 85 | 85 | 85 | 85 | 85 | 85 | **1,936** |
| Sodexo | - | 85 | - | - | - | - | - | 85 | - | - | - | 85 | - | **255** |
| Insurance (Other) | - | 678 | - | - | - | 2,103 | - | - | - | 678 | - | - | - | **3,459** |
| Utilities | - | 400 | - | 400 | - | - | - | - | - | 400 | - | - | - | **1,200** |
| Rent | - | 350 | - | 350 | - | - | - | - | - | 350 | - | - | - | **1,050** |
| ADP Stop Loss | 500 | - | - | - | - | - | - | 500 | - | 264 | - | - | 264 | **1,529** |
| Lockton (Workers Comp) | 246 | - | - | 246 | - | - | - | - | - | 246 | - | - | 246 | **984** |
| Allied Universal - Security | 160 | 160 | 160 | 160 | 160 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | **1,440** |
| Tenet/Conifer | 200 | 400 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | **2,800** |
| Vendors Pool Payments | 177 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 100 | 100 | 100 | **1,971** |
| **Information Technology** | | | | | | | | | | | | | | |
| IT - NTT | 330 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | **2,313** |
| **Total Operating Disbursements** | $9,998 | $4,180 | $9,737 | $3,373 | $7,037 | $4,404 | $6,943 | $2,694 | $7,608 | $3,316 | $7,542 | $2,408 | $8,563 | **$77,804** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| MidCap Interest | - | 841 | - | 306 | - | - | - | 279 | - | - | - | - | 351 | **1,778** |
| MidCap Term Paydown | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Taxes | - | 425 | - | 425 | - | - | - | 300 | - | 125 | - | - | - | **1,275** |
| Consultants | 100 | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | **1,400** |
| Debtor Professionals (Legal, CPA, etc.) | 200 | 400 | 200 | 200 | 200 | 200 | 200 | 88 | 88 | - | - | - | - | **1,775** |
| Investment Banking Fees | - | - | - | 50 | - | - | - | - | 50 | - | - | 50 | - | **150** |
| Committee Professionals | - | 150 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | - | - | - | - | **325** |
| Public Relations Firm | 20 | - | 15 | 15 | - | - | 15 | 15 | - | - | - | 15 | - | **95** |
| Court Fees (Trustee, Claims Agent, etc.) | - | - | - | - | - | - | - | 500 | - | - | - | - | - | **500** |
| Lender Profesional Fees | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | **325** |
| Patient Care Ombudsman | - | 58 | - | 58 | 58 | - | - | - | 58 | - | - | - | - | **233** |
| Publication/Notice | - | 379 | - | - | - | - | - | - | - | - | - | - | - | **379** |
| Hospital Shutdown Plan (non-labor) | - | 100 | - | 110 | - | 100 | - | 100 | - | - | - | 100 | - | **510** |
| Key Employee Incentive | . | . | - | - | - | - | - | 157 | - | - | - | 407 | - | **564** |
| Other | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | **634** |
| **Total Non-Operating Disbursements** | **$394** | **$2,628** | **$414** | **$1,363** | **$457** | **$499** | **$414** | **$1,637** | **$395** | **$299** | **$174** | **$745** | **$525** | **$9,943** |
| **Total Disbursements** | **$10,392** | **$6,808** | **$10,151** | **$4,737** | **$7,494** | **$4,902** | **$7,357** | **$4,331** | **$8,003** | **$3,615** | **$7,716** | **$3,154** | **$9,088** | **$87,747** |
| **Total Collections** | $7,592 | $8,069 | $8,030 | $8,008 | $7,031 | $7,031 | $7,933 | $7,031 | $7,031 | $7,031 | $7,031 | $6,145 | $5,349 | **$93,314** |
| **Total Disbursements** | 10,392 | 6,808 | 10,151 | 4,737 | 7,494 | 4,902 | 7,357 | 4,331 | 8,003 | 3,615 | 7,716 | 3,154 | 9,088 | **87,747** |
| **Net Cash Flow before Assessments** | **($2,800)** | **$1,261** | **($2,121)** | **$3,271** | **($463)** | **$2,129** | **$576** | **$2,700** | **($971)** | **$3,416** | **($685)** | **$2,991** | **($3,739)** | **$5,566** |
| **Assessments** | | | | | | | | | | | | | | |
| PA Quality Care Assessment | - | - | - | - | - | - | - | - | - | - | - | 1,575 | - | **1,575** |
| Philadelphia Hospital Assessment | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| **Net Cash Flow after Assessments** | **($2,800)** | **$1,261** | **($2,121)** | **$3,271** | **($463)** | **$2,129** | **$576** | **$2,700** | **($971)** | **$3,416** | **($685)** | **$1,416** | **($3,739)** | **$3,991** |
| **Financing** | | | | | | | | | | | | | | |
| **Operating Cash** | | | | | | | | | | | | | | |
| Beginning Book Balance | 104 | 112 | - | - | - | - | - | - | - | - | - | - | - | **104** |
| Net Cash Flow | (2,800) | 1,261 | (2,121) | 3,271 | (463) | 2,129 | 576 | 2,700 | (971) | 3,416 | (685) | 1,416 | (3,739) | **3,991** |
| Repayments | (7,592) | (8,069) | (8,030) | (8,008) | (7,031) | (7,031) | (7,933) | (7,031) | (7,031) | (7,031) | (7,031) | (6,145) | (5,349) | **(93,314)** |
| Borrowings | 10,400 | 6,696 | 10,151 | 4,737 | 7,494 | 4,902 | 7,357 | 4,331 | 8,003 | 3,615 | 7,716 | 4,729 | 9,088 | **89,219** |
| Ending Book Balance | 112 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Outstanding Checks | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Bank Balance | 112 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Post-Petition DIP Revolver** | | | | | | | | | | | | | | |
| Beginning DIP Revolver Balance | 23,013 | 25,821 | 24,448 | 26,569 | 23,298 | 23,761 | 21,632 | 21,056 | 18,356 | 19,327 | 15,911 | 16,595 | 15,179 | **15,179** |
| DIP Revolver Repayments | (7,592) | (8,069) | (8,030) | (8,008) | (7,031) | (7,031) | (7,933) | (7,031) | (7,031) | (7,031) | (7,031) | (6,145) | (5,349) | **(5,349)** |
| DIP Revolver Borrowings | 10,400 | 6,696 | 10,151 | 4,737 | 7,494 | 4,902 | 7,357 | 4,331 | 8,003 | 3,615 | 7,716 | 4,729 | 9,088 | **9,088** |
| DIP Revolver Balance Transfer | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Ending DIP Revolver Balance | 25,821 | 24,448 | 26,569 | 23,298 | 23,761 | 21,632 | 21,056 | 18,356 | 19,327 | 15,911 | 16,595 | 15,179 | 18,918 | **18,918** |
| | | | | | | | | | | | | | | |
| Net Borrowing Base - DIP Revolver | 25,861 | 26,547 | 26,672 | 26,246 | 24,016 | 22,689 | 21,361 | 20,229 | 20,229 | 20,229 | 20,229 | 20,229 | 20,229 | **20,229** |
| Availability - DIP Revolver | 40 | 2,098 | 102 | 2,947 | 255 | 1,056 | 305 | 1,874 | 902 | 4,319 | 3,634 | 5,050 | 1,311 | **1,311** |
| | | | | | | | | | | | | | | |
| **Post-Petition DIP Term Loan** | | | | | | | | | | | | | | |
| Beginning DIP Term Loan | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | **15,000** |
| DIP Term Loan Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| DIP Term Loan Borrowings | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| DIP Term Loan Balance Transfer | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Ending DIP Term Loan | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | **15,000** |

PAHS - Consolidated **- DRAFT -** The accompanying summary of significant assumptions is an integral part of this prospective financial information.

DIP Financing Report - Borrowers A/R Borrowing Base Rollforward

($ in 000s)

| Weeks Ending: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16-Aug | 23-Aug | 30-Aug | 06-Sep | 13-Sep | 20-Sep | 27-Sep | 04-Oct | 11-Oct | 18-Oct | 25-Oct | 01-Nov | 08-Nov |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Borrowing Base Summary | | | | | | | | | | | | | |
| Beginning Net Eligible A/R | $37,782 | $34,346 | $32,593 | $32,752 | $32,130 | $29,386 | $27,703 | $26,020 | $24,585 | $24,585 | $24,585 | $24,585 | $24,585 |
| Billed & Unbilled (net of ineligibles) | $5,730 | $7,236 | $7,148 | $5,306 | $4,245 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 |
| (Less): Collections* | ($9,166) | ($8,989) | ($6,989) | ($5,928) | ($6,989) | ($6,989) | ($6,989) | ($6,741) | ($5,306) | ($5,306) | ($5,306) | ($5,306) | ($5,306) |
| **Net Eligible A/R** | $34,346 | $32,593 | $32,752 | $32,130 | $29,386 | $27,703 | $26,020 | $24,585 | $24,585 | $24,585 | $24,585 | $24,585 | $24,585 |
| **Supplemental Income** | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 |
| **Total Eligible Accounts** | $36,502 | $34,749 | $34,907 | $34,285 | $31,541 | $29,858 | $28,175 | $26,740 | $26,740 | $26,740 | $26,740 | $26,740 | $26,740 |
| | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| | $31,026 | $29,536 | $29,671 | $29,142 | $26,810 | $25,379 | $23,949 | $22,729 | $22,729 | $22,729 | $22,729 | $22,729 | $22,729 |
| (Less): Final Order Reserve | ($2,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| (Less): Reserve for Professional Carveout | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) |
| (Less): Medicare Reserve Amount | ($665) | ($490) | ($499) | ($397) | ($294) | ($191) | ($88) | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Availability (not to exceed facility limit) | $25,861 | $26,547 | $26,672 | $26,246 | $24,016 | $22,689 | $21,361 | $20,229 | $20,229 | $20,229 | $20,229 | $20,229 | $20,229 |

* Collections do not include $80k of Unallocated cash, which is included in patient cash collections on 13-week DIP.

PAHS - Consolidated
DIP Financing Report - DIP Fees & Interest Expense
$000s

- DRAFT -

The accompanying summary of significant assumptions is an integral part of this prospective financial information.

| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 16-Aug | 23-Aug | 30-Aug | 06-Sep | 13-Sep | 20-Sep | 27-Sep | 04-Oct | 11-Oct | 18-Oct | 25-Oct | 01-Nov | 08-Nov | |
| | | | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Totals |
| DIP Fees: | | | | | | | | | | | | | | | | | |
| Comittment Amount | 1.00% | | $ 50,000 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Deferred Revolving Loan Origination Fee | | | $ 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Term Loan Origination Fee | | | $ 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Collateral Management Fee (O/S DIP Revolver) | 0.40% | | $ 20,836 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83 | 83 |
| Unused Line Fee | 0.50% | | | 0 | 7 | 0 | 10 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 13 | 42 |
| Total DIP Fees | | | | 0 | 507 | 0 | 10 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 96 | 625 |
| Interest Rate: | | | | | | | | | | | | | | | | | |
| | Base Rate | Margin | | | | | | | | | | | | | | | |
| DIP Revolver - 30-day LIBOR + 425bps | 2.23% | 4.25% | 6.48% | 0 | 182 | 0 | 144 | 0 | 0 | 0 | 114 | 0 | 0 | 0 | 0 | 102 | 541 |
| DIP Term Loan - 30-day LIBOR + 1000bps | 2.23% | 10.00% | 12.23% | 0 | 153 | 0 | 153 | 0 | 0 | 0 | 153 | 0 | 0 | 0 | 0 | 153 | 612 |
| Total Interest Expense | | | | 0 | 334 | 0 | 297 | 0 | 0 | 0 | 267 | 0 | 0 | 0 | 0 | 255 | 1,153 |
| | | | | 0 | 841 | 0 | 306 | 0 | 0 | 0 | 279 | 0 | 0 | 0 | 0 | 351 | 1,778 |