## Exhibit A

### Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
|  | Jointly Administered |
| Debtors. | **Related Docket No. ___** |

### ORDER GRANTING THE MOTION *IN LIMINE* OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR ENTRY OF AN ORDER TO EXCLUDE CERTAIN TESTIMONY AT THE AUGUST 19, 2019 DIP HEARING

Upon the motion *in limine* (the "Motion") of Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") seeking entry of an order granting Tenet and Conifer's *Motion in Limine*, to the extent such relief is necessary; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and any objections or responses to the Motion have been resolved or overruled; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

(i) The Motion is GRANTED as set forth herein.

(ii) The following evidence is excluded at a final hearing on the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 53] (the "DIP Motion"): evidence or argument regarding alleged deficiencies in pre-petition services provided by Conifer pursuant Master Services Agreement ("MSA").

(iii) This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

(iv) Tenet and Conifer may take any actions necessary to enforce the terms of this Order.

(v) This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Wilmington, Delaware
Dated: _____, 2019

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:225007.1 83187/001