IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>et al.,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 16th day of August, 2019, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

    Motion in Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude Evidence or Argument Regarding Alleged Pre-Petition Performance Deficiencies Under the Conifer Master Services Agreement

    Motion to Shorten Notice Period and Schedule Expedited Hearing on Motion in Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude Evidence or Argument Regarding Alleged Pre-Petition Performance Deficiencies Under the Conifer Master Services Agreement

                                        /s/ Timothy P. Cairns
                                        Timothy P. Cairns (DE Bar No. 4228)

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

DOCS_DE:224826.8 83187/001



LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
**Tel: 302/652-4100**
Fax: 302/652-4400

# FACSIMILE COVERSHEET

**DATE:** August 15, 2019

| RECIPIENT | FAX NO. | PHONE NO. |
|---|---|---|
| Josh Shapiro, Esquire<br>Office of the Attorney General<br>Bankruptcy Department | 717-787-8242 | |

**FROM:** Karina Yee, Paralegal    **PHONE:** 302-652-4100

**RE:** In re: Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*
U.S. Bankruptcy Court, District of Delaware – Case No. 19-11466 (KG)

| CLIENT/MATTER NUMBER: | 83187-001 | |
|---|---|---|
| NUMBER OF PAGES WITH COVER PAGE: | 27 | |

**MESSAGE:**
Attached please find the following document:

- Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Omnibus Reply in Support of Their Motion for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, In The Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [Filed: 8/15/19] (Docket No. 486).

## CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
FAX ROOM AT 302/778-6422 AS SOON AS POSSIBLE.**

DOCS_DE:224424.1 83187/001

Center City Healthcare, LLC d/b/a
Hahnemann University Hospital, *et al.*
(2002 Expedited)
Case No. 19-11466 (KG)
Document No. 224424
001 – Facsimile
001 – Express Mail
010 – Overnight
131 – Email

(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19801
ljones@pszjlaw.com
tcairns@pszjlaw.com

**Facsimile**
Josh Shapiro, Esquire
Office of the Attorney General
Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA  17120
Fax:  717-787-8242

**Express Mail**
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

**Overnight Delivery**
(Top 30 Creditors)
Temple Univ Hospital
Cashier Office
3401 N. Broad Street, Rm A 131
Philadelphia, PA  19140

**Overnight Delivery**
Attn:  Law Dept
City of Philadelphia
1515 Arch Street, 17th Floor
Philadelphia, PA  19102

**Overnight Delivery**
Pennsylvania Dept. of Human Services
1401 North Seventh Street
Harrisburg, PA  17105

**Overnight Delivery**
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530

**Overnight Delivery**
United States Department of Justice
Civil Division
United States Department of Justice
1100 L Street, NW, 10030
Washington, DC  20005

**Overnight Delivery**
(Debtors' Union)
International Brotherhood of Electrical
Workers, Local 98
1701 Spring Garden Street
Philadelphia, PA  19130

**Overnight Delivery**
(Debtors' Union)
National Union of Hospital and Healthcare
Employees, AFSCME, AFL-CIO
1319 Locust Street
Philadelphia, PA  19107

**Overnight Delivery**
(Debtors' Union)
Pennsylvania Association of Staff Nurses
and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA  19428

**Overnight Delivery**
(Top 30 Creditors)
Peter J Butera, Esquire
Smith & Nephew
150 Minuteman Rd
Andover, MA 01810

**Overnight Delivery**
William J. Wickward, Jr., Esquire
General Counsel
CS Medical
2179 E. Lyon Station Road
Creedmoor, NC 27522

**Email**
(Counsel to the Debtors)
Mark Minuti, Esquire
Monique DiSabatino, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

**Email**
(Counsel to the Debtors)
Jeffrey Hampton, Esquire
Adam Isenberg, Esquire
Aaron Applebaum, Esquire
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

**Email**
(United States Attorney)
David C. Weiss, Esquire
c/o Ellen Slights, Esquire
Office of the United States Attorney
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
usade.ecfbankruptcy@usdoj.gov

**Email**
(United States Trustee)
Benjamin Hackman, Esquire
Office of The United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-6519
benjamin.a.hackman@usdoj.gov

**Email**
(Top 30 Creditors)
Rob Dubow
City of Philadelphia
Code Violation Enforcement Division
PO Box 56318
Philadelphia, PA 19130
voucherverification@phila.gov

**Email**
(Top 30 Creditors)
Tara Smalls
American Red Cross
430 17th St NW
Washington, DC 20006
tara.smalls@redcross.org

**Email**
(Top 30 Creditors)
Benefit Fund For Hosp & Health
1319 Locust Street
Philadelphia, PA 19107
info@1199cfunds.org

2

**Email**
(Top 30 Creditors)
Ian Wilson
Cerner Corp
2800 Rockcreek Parkway
Kansas City, MO 64117
ian.wilson@cerner.com

**Email**
(Top 30 Creditors)
Nicole Hassler
Champion Energy
1500 Rankin Rd, Suite 200
Houston, TX 77073
nicole.cates@champion.energy

**Email**
(Top 30 Creditors)
Candice Henson
Concentra d/b/a Concentra Medical Centers
5080 Spectrum Drive, 1200W
Addison, TX 75001
candice_henson@concentra.com

**Email**
(Top 30 Creditors)
Dennis Czaplicki
Crothall Healthcare Inc.
13028 Collections Center Drive
Chicago, IL 60693
dennis.czaplicki@crothall.com

**Email**
(Top 30 Creditors)
Patty Paget
DePuy Synthes Sales
Customer Receivables Management
Highway 22 N
Somerville, NJ 08876-1051
ppaget@its.jnj.com

**Email**
(Top 30 Creditors)
Anthony Esposito
Drexel University
3201 Arch Street, Suite 420
Philadelphia, PA 19104
ame79@drexel.edu

**Email**
(Top 30 Creditors)
John Erickson
Ensemble RCM LLC
13620 Reese Boulevard, Suite 200
Huntersville, NC 28078
john.erickson@ensemblehp.com

**Email**
(Top 30 Creditors)
Arushi Chandran
General Electric Co. d/b/a GE Healthcare
9900 Innovation Drive
Wauwatosa, WI 53226-4856
arushi.chandran@ge.com

**Email**
(Top 30 Creditors)
Donald J. Damico
Global Neurosciences Institute
3100 Princeton Park, Bldg 3, Suite D
Lawrenceville, NJ 08648
ddamico@gnineuro.org

**Email**
(Top 30 Creditors)
Stacy Cramer
Greater Delaware Valley Society
401 N 3rd Street
Philadelphia, PA 19123
scramer@donors1.org

**Email**
(Top 30 Creditors)
Brooke Mitch
Ino Therapeutics LLC d/b/a Mallinckrodt Pharmaceuticals
1425 US Route 206
Bedminster, NJ 07921
brooke.mitch@mnk.com

**Email**
(Top 30 Creditors)
Shane Reed
Medline Industries Inc.
Three Lakes Drive
Northfield, IL 60093
sreed@medline.com

**Email**
(Top 30 Creditors)
Brian Castelein, CBA
Medtronic USA Inc.
4642 Collections Center Drive
Chicago, IL 60693
brian.j.castelein@medtronic.com

**Email**
(Top 30 Creditors)
Kay Ennis
Nthrive Inc.
200 North Point Center E, Suite 600
Alpharetta, GA 30022
kennis@nthrive.com

**Email**
(Top 30 Creditors)
Subbarao Pushadapu
NTT Data Services LLC
7950 Legacy Drive, Suite 900
Plano, TX 75024
billing.inquiry@nttdata.com

**Email**
(Top 30 Creditors)
Eric Vautrin
Olympus America Inc.
3500 Corporate Parkway
Center Valley, PA 18034-0610
eric.vautrin@olympus.com

**Email**
(Top 30 Creditors)
Nick Gulland
Optuminsight
11000 Optum Cir
Eden Prairie, MN 55344
nicholas.gulland@optum.com

**Email**
(Top 30 Creditors)
Kelley Maskeri
Premier Healthcare Solutions
5882 Collections Center Drive
Chicago, IL 60693
kelley_maskeri@premierinc.com

**Email**
(Top 30 Creditors)
Quality Systems Inc.
18111 Von Karman Ave, Suite 700
Irvine, CA 92612
irvinetax@nextgen.com; ir@nextgen.com

**Email**
(Top 30 Creditors)
Clenn Frost
Renal Treatment Centers Se LP - Davita
2476 East Swedesford Rd, Suite 150
Malvern, PA 19355 19355
angel.baltazar@davita.com

**Email**
(Top 30 Creditors)
Al Santosusso
Universal Protection SVS LP
1551 North Tustin Ave, Suite 650
Santa Ana, CA 92705
al.santosusso@aus.com

4

Email
(Top 30 Creditors)
Tricia Marts
Veolia Energy Philadelphia Inc.
2600 Christian Street
Philadelphia, PA 19146
patricia.marts@veolia.com

Email
(Top 30 Creditors)
Pittsburgh National Bank 640832
Amy Dorfmeister, Esquire
Ernst & Young US LLP
1 PPG Pl #2100
Pittsburgh, PA 15264
amy.dorfmeister@ey.com

Email
(Counsel to SpecialtyCare, Inc.)
Amy E. Vulpio, Esquire
White and Williams LLP
1650 Market Street, 18th Floor
Philadelphia, PA 19103
vulpioa@whiteandwilliams.com

Email
(Counsel to SpecialtyCare Inc.)
Marc S. Casarino, Esquire
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE 19801
casarinom@whiteandwilliams.com

Email
(Counsel to Capital One, N.A.)
Gregory A. Taylor, Esquire
Katharina Earle, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE 19801
gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

Email
(Counsel to Capital One, N.A.)
Louis A. Curcio, Esquire
Jessica D. Mikhailevich, Esquire
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022
louis.curcio@troutman.com
jessica.mikhailevich@troutman.com

Email
(Counsel to Capital One, N.A.)
Matthew R. Brooks, Esquire
Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
matthew.brooks@troutman.com

Email
(Counsel to Drexel University)
Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
marriott@ballardspahr.com

Email
(Counsel to Drexel University)
Tobey M. Daluz, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com
mcclambc@ballardspahr.com

Email
(Counsel to Drexel University College of Medicine)
Stephen A. Cozen, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
scozen@cozen.com

5

**Email**
(Counsel to Harrison Street Real Estate LLC)
Stuart M. Brown, Esquire
DLA Piper LLP
1201 N .Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

**Email**
(Counsel to certain of the union (1199) and Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity)
Lance Geren, Esquire
O'Donoghue & O'Donoghue, LLP
325 Chestnut Street, Suite 600
Philadelphia, PA 19106
lgeren@odonoghuelaw.com

**Email**
(Counsel to MidCap Funding IV Trust)
Deborah A. Reperowitz, Esquire
Stradley Ronan Stevens & Young LLP
100 Park Avenue, Suite 2000
New York, NY 10017
dreperowitz@stradley.com

**Email**
(Counsel to certain of the union)
Jonathan Walters, Esquire
Markowitz & Richman
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
jwalters@markowitzandrichman.com

**Email**
(Counsel to Harrison Street Real Estate, LLC)
Richard A. Chesley, Esquire
DLA Piper LLP
444 W. Lake Street, Suite 900
Chicago, IL 60606
richard.chesley@dlapiper.com

**Email**
(Counsel to Commonwealth of Pennsylvania Department of Health)
Richard A. Barkasy, Esquire
Daniel M. Pereira, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
rbarkasy@schnader.com
dpereira@schnader.com

**Email**
(Counsel to Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC)
Stephen C. Hackney, P.C.
Gregory F. Pesce, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
stephen.hackney@kirkland.com
gregory.pesce@kirkland.com

**Email**
(Counsel to Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC)
Nicole L. Greenblatt, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
nicole.greenblatt@kirkland.com

**Email**
(Counsel to the City of Philadelphia)
Megan Harper, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
megan.harper@phila.gov

**Email**
(Counsel to the Commonwealth of Pennsylvania , Office of Attorney General, as *parens patriae*)
Carol E. Momjian, Esquire
Christopher R. Momjian, Esquire
Office of the Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA  19103
cmomjian@attorneygeneral.gov
crmomjian@attorneygeneral.gov

**Email**
(Counsel to Suzanne Koenig, Patient Care Ombudsman)
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE  19801
melorod@gtlaw.com

**Email**
(Counsel to Suzanne Koenig, Patient Care Ombudsman)
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
petermann@gtlaw.com

**Email**
(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General)
Ryan B. Smith, Esquire
Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA  19103
rbsmith@attorneygeneral.gov

**Email**
(Counsel to Veolia Energy Philadelphia, Inc.)
Howard A. Cohen, Esquire
Gibbons, P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801-1761
hcohen@gibbonslaw.com

**Email**
(Counsel to Veolia Energy Philadelphia, Inc.)
Dale E. Barney, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310
dbarney@gibbonslaw.com

**Email**
(Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals)
Claiborne S. Newlin, Esquire
Markowitz and Richman
123 S. Broad Street, Suite 2020
Philadelphia, PA  19109
cnewlin@markowitzandrichman.com

**Email**
(Counsel to Gift of Life Donor Program, Greater Delaware Valley Society)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801-1621
patrick.jackson@dbr.com

7

**Email**
(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*)
David Dembe, Esquire – Sr. Deputy Attorney General
Lisa M. Rhode, Esquire – Sr. Deputy Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA  19103
ddembe@attorneygeneral.gov
lrhode@attorneygeneral.gov

**Email**
(Counsel to DaVita, Inc., and Renal Treatment Centers – Northeast, Inc.)
Timothy M. Swanson, Esquire
Vikrama S. Chandrashekar, Esquire
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO  80202
tim.swanson@moyewhite.com
vika.chandrashekar@moyewhite.com

**Email**
(Counsel to Rydal Square L.P.)
Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147-1222
kurtzman@kurtzmansteady.com

**Email**
(Counsel to Tower Health)
Joseph H. Huston, Esquire
Stevens & Lee, P.C.
919 N. Market Street, Suite 1300
Wilmington, DE  19801
jhh@stevenslee.com

**Email**
(Counsel to Tower Health)
Robert Lapowsky, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA  19406
rl@stevenslee.com

**Email**
(Counsel to NTT Data Services)
Sabrina L. Streusand, Esquire
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, TX  78746
streusand@slollp.com

**Email**
(Counsel to General Healthcare Resources, LLC)
Rachel Jaffe Mauceri, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
rmauceri@morganlewis.com

**Email**
(Counsel to General Healthcare Resources, LLC)
Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1007 N. Orange Street, Suite 501
Wilmington, DE  19801
jody.barillare@morganlewis.com

**Email**
(Counsel to Vitalant)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
cward@polsinelli.com

**Email**
(Counsel to United States of America)
Marc S. Sacks, Esquire
U.S. Department of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC  20044-0875
marcus.s.sacks@usdoj.gov

**Email**
(Counsel to Temple University Health System, Inc.)
Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
lawallf@pepperlaw.com

**Email**
(Counsel to Temple University Health System, Inc.)
Marcy J. McLaughlin, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19801
mclaughlinm@pepperlaw.com

**Email**
(Counsel to Hayes Locum, LLC)
Daniel K. Hogan, Esquire
Garvan F. McDaniel, Esquire
Daniel C. Kerrick, Esquire
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, DE  19805
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com
dckerrick@dkhogan.com

**Email**
(Proposed Counsel to the Official Committee of Unsecured Creditors)
Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ  07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

**Email**
(Proposed Counsel to the Official Committee of Unsecured Creditors)
Thomas M. Horan, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE  19801
thoran@foxrothschild.com

**Email**
(Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals)
Mitchell Malzberg, Esquire
Law Offices of Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
PO Box 5122
Clinton, NJ  08809
mmalzberg@mjmalzberglaw.com

**Email**
(Counsel to MidCap Funding IV Trust, MidCap Financial Trust, MidCap Funding H Trust)
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103
gsantamour@stradley.com

**Email**
(Counsel to MidCap Funding IV Trust, MidCap Financial Trust, MidCap Funding H Trust)
Joelle E. Polesky, Esquire
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE  19801
jpolesky@stradley.com

**Email**
(Counsel to Association of American Medical Colleges (the "AAMC") and the Educational Commission for Foreign Medical Graduates (the "ECFMG")
Oscar N. Pinkas, Esquire
Lauren Macksoud, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020
oscar.pinkas@dentons.com
lauren.macksoud@dentons.com

**Email**
(Counsel to Association of American Medical Colleges (the "AAMC") and the Educational Commission for Foreign Medical Graduates (the "ECFMG")
Justin R. Alberto, Esquire
Sophie E. Macon, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
jalberto@bayardlaw.com
smacon@bayardlaw.com

**Email**
(Counsel to Medline Industries, Inc.)
George P. Angelich, Esquire
Phillip Khezri, Esquire
Arent Fox LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY  10019
george.angelich@arentfox.com
phillip.khezri@arentfox.com

**Email**
(Counsel to Medline Industries, Inc.)
Frederick B. Rosner, Esquire
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE  19801
rosner@teamrosner.com

**Email**
(Office of Unemployment Compensation Tax Services ("UCTS"))
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA  17121
ra-li-ucts-bankrupt@state.pa.us

**Email**
(Counsel to Roche Diagnostics Corporation)
David M. Powlen, Esquire
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
david.powlen@btlaw.com
kevin.collins@btlaw.com

**Email**
(Counsel to Cerner Corporation)
Darrell W. Clark, Esquire
Tracey M. Ohm, Esquire
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC  20006
darrell.clark@stinson.com
tracey.ohm@stinson.com

10

**Email**
(Counsel to Cerner Corporation)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
wtaylor@mccarter.com

**Email**
(Counsel to Paths, LLC)
Christina J. Pross, Esquire
Mattleman Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
cpross@mwm-law.com

**Email**
(Counsel to Suzanne Richards and Pamela Saechow)
Phillip D. Berger, Esquire
Matthew R. Kaufmann, Esquire
Berger Law Group, P.C.
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
berger@bergerlawpc.com
kaufmann@bergerlawpc.com

**Email**
(Counsel to Suzanne Richards and Pamela Saechow)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**Email**
(Counsel to Albert Einstein Healthcare Network)
Mairi V. Luce, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
luce@duanemorris.com

**Email**
(Counsel to Albert Einstein Healthcare Network)
Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
jphitchings@duanemorris.com

**Email**
Penny J. Rezet
Executive Vice President & Chief Legal Officer
Albert Einstein Healthcare Network
5501 Old York Road
Philadelphia, PA 19141
rezetp@einstein.edu

**Email**
(Counsel to Med One Capital Funding, LLC)
David H. Leigh, Esquire
Ray Quinney & Nebeker, P.C.
36 S. State Street, 14th Floor
Salt Lake City, UT 84111
dleigh@rqn.com

**Email**
(Counsel to Laboratory Corporation of America® Holdings ("LabCorp") and Monogram Biosciences, Inc. ("Monogram"))
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
bsullivan@sha-llc.com

**Email**
(Counsel to Philadelphia Hospital and Healthcare Employees – District 1199C Training and Upgrading Fund ("Training Fund"))
Training & Upgrading Fund
c/o Susan A. Murray, Esquire
Freedman & Lorry, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA 19103
smurray@freedmanlorry.com

11

**Email**
(Counsel to Ensemble RCM, LLC d/b/a Ensemble Health Partners)
Jeffrey R. Barber, Esquire
Jones Walker LLP
190 E. Capitol Street, Suite 800 (39201)
PO Box 427
Jackson, MS 39205-0427
jbarber@joneswalker.com

**Email**
(Counsel to Sodexo Management, Inc. aka Sodexo, Inc. & Affiliates)
Judy D. Thompson, Esquire
JD Thompson Law
PO Box 33127
Charlotte, NC 28233
jdt@jdthompsonlaw.com

**Email**
(Counsel to Hackensack Meridian Health)
Patricia A. Celano, Esquire
Pearlman & Miranda, LLC
110 Edison Place, Suite 301
Newark, NJ 07102
pcelano@pearlmanmiranda.com

**Email**
(Counsel to Hackensack Meridian Health)
Natasha M. Songonuga, Esquire
Robert K. Malone, Esquire
David N. Crapo, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington DE 19801-1761
nsongonuga@gibbonslaw.com
rmalone@gibbonslaw.com
dcrapo@gibbonslaw.com

**Email**
(Counsel to Coloplast Corp.)
Stephanie A. Fox, Esquire
Maron Marvel Bradley Anderson & Tardy LLC
1201 N. Market Street, Suite 900
Wilmington, DE 19801
saf@maronmarvel.com

**Email**
(Counsel to SBJ Group Inc.)
E. Todd Sable, Esquire
Lawrence A. Lichtman, Esquire
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
tsable@honigman.com
llichtman@honigman.com

**Email**
(Counsel to Vizient, Inc.)
David L. Campbell, Esquire
Eli D. Pierce, Esquire
Underwood Perkins, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 1900
Dallas, TX 75240
dcampbell@uplawtx.com
epierce@uplawtx.com

**Email**
(Counsel to ThermaSolutions, Inc.)
Marc A. Al, Esquire
Stoel Rives LLP
33 S. 6th Street, Suite 4200
Minneapolis, MN 55402
marc.al@stoel.com

**Email**
(Counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.)
Marita S. Erbeck, Esquire
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
marita.erbeck@dbr.com

**Email**
(Counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
patrick.jackson@dbr.com

**Email**
(Counsel to Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC)
Suzzanne Uhland, Esquire
Daniel S. Shamah, Esquire
Diana M. Perez, Esquire
O'melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
suhland@omm.com
dshamah@omm.com
dperez@omm.com

**Email**
(Counsel to Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
collins@rlf.com
merchant@rlf.com
schlauch@rlf.com