IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered |

## CERTIFICATION OF COUNSEL REGARDING CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

The undersigned hereby certifies that:

1. A number of judicial or other proceedings, including but not limited to investigations, contested matters, adversary proceedings and other disputes (each a "Dispute" and, collectively, the "Disputes") have arisen out of or relating to the filing of the above captioned cases (the "Chapter 11 Cases") in this Court.

2. Certain parties in interest to the Chapter 11 Cases (the "Parties"), including (a) Center City Healthcare, LLC, and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), (b) Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") (either directly or through counsel), and (c) other persons or entities who may be identified at a later date, have sought or may seek certain discovery from one another with respect to one or more Disputes, including through informal

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

DOCS_DE:225010.1 83187/001

requests, Rule 2004 notices or motions, or service of document requests, interrogatories, depositions, and other discovery requests.

3. The Parties have agreed to a stipulated protective order to govern the production of documents and information between the Parties in connection with or relating to the Chapter 11 Cases and related adversary proceedings.

4. Attached hereto as **Exhibit A** is a proposed order (the "Order") approving the stipulated protective order, attached to the Order as Exhibit 1.

5. The Parties respectfully request entry of the Order at the convenience of the Bankruptcy Court.

Dated: August 16, 2019    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          ljones@pszjlaw.com
                    tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C. (*admitted pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Nicholas F. Wasdin (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          stephen.hackney@kirkland.com
                    gregory.pesce@kirkland.com
                    nick.wasdin@kirkland.com

2

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*