**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) **Related to Docket No. 439 and 512** |

**DEBTORS' OBJECTION TO TENET BUSINESS SERVICES CORPORATION'S AND
CONIFER REVENUE CYCLE SOLUTIONS, LLC'S MOTIONS *IN LIMINE***

Center City Healthcare, LLC d/b/a Hahnemann University Hospital ("**CCH**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") submit this objection (the "**Objection**") to (a) the *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude from the August 19 Hearing Evidence or Argument Regarding the Debtors' Prepetition Lawsuits against Tenet for Alleged Violations of the Asset Sale Agreement* [D.I. 439] (the "**First Motion**") and (b) the *Motion in Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude Evidence or Argument Regarding Alleged Pre-Petition Performance Deficiencies under the Conifer Master Services Agreement* (the "**Second Motion**," and together with the First Motion, the "**Motions *in Limine***"),[2] which were filed by Tenet

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motions in Limine.

-2-

Business Services Corporation ("**Tenet**") and Conifer Revenue Cycle Solutions, LLC ("**Conifer**"). In support of their Objection, the Debtors respectfully represent as follows:

## OBJECTION

1. Contrary to the assertions in the First Motion, the Debtors are not seeking to introduce evidence or argument concerning the Debtors' prepetition lawsuits against Tenet (i) in an effort to argue that the Debtors may exercise setoff rights against Tenet and Conifer's post-petition claims (although the Debtors reserve their rights with respect to any setoff rights they may hold), or (ii) to hold a "mini-trial on the merits of the Debtors' ASA-related claims."

2. Similar, contrary to the assertions in the Second Motion, the Debtors do not intend to introduce evidence or to have the Court rule upon, Conifer's pre-petition performance under the MSA.

3. The Debtors do, however, believe, that the disputes and differences among the parties and the prepetition litigation pending against Tenet is relevant background information to provide the Court in explaining the history of the disputes between the Debtors, Tenet and Conifer. Put simply, to understand the relationship and disputes between the Parties, the Court should know that such claims and litigation exist, just as it should know that Tenet and Conifer dispute such claims.

4. Because such information provides important context for the Court, at the hearing scheduled on the Administrative Claim Motion, the Debtors intend to offer brief testimony about the *existence* of the prepetition disputes and differences and the prepetition litigation as factual background. The Debtors will *not* be seeking to litigate the validity of such claims, nor will the Debtors be seeking a ruling on *any* pre-petition claims.

5.       The Debtors' proposed evidence regarding the *existence* of these disputes and differences appears to be consistent with Tenet's and Conifer's own evidentiary presentation. Throughout their Administrative Claim Motion, Tenet and Conifer detail alleged pre-petition claims against the Debtors. *See* Administrative Claim Motion, at ¶¶ 2-5.  Moreover, Tenet and Conifer identified the "Dockets re Delaware state court litigation against Tenet" as an exhibit that they intend to introduce at the hearing on both the DIP Motion and the Administrative Claim Motion.  *See* August 6, 2019 email from Nicholas A. Wasdin to Mark Minuti, attached hereto as **Exhibit A**.

6.       Given the Debtors' limited objectives with respect to such background information, the broad relief sought by the Motions *in Limine* in seeking to prohibit the Debtors from introducing *any* evidence regarding the Debtors' prepetition disputes and/or the lawsuits against Tenet is overly broad, unnecessary and unwarranted.

[remainder of page left intentionally blank]

7. For these reasons, the Debtors respectfully request that the Court enter the order, substantially in the form attached hereto as **Exhibit B,** denying the Motions *in Limine*, and granting such other and further relief as is just and proper.

Dated: August 19, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*