IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>Re: D.I. 508 |

### RESERVATION OF RIGHTS OF NON-DEBTOR GUARANTORS REGARDING PROPOSED FINAL ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING; (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL; (III) GRANTING ADEQUATE PROTECTION; (IV) GRANTING ADEQUATE PROTECTION AND MODIFYING THE AUTOMATIC STAY

Philadelphia Academic Health Holdings, LLC, Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, and Broad Street Healthcare Properties III, LLC (collectively the "non-Debtor Guarantors"), by and through their undersigned counsel, hereby submit this reservation of rights with respect to the proposed *Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying the Automatic Stay* [D.I. 508] (the "Proposed Final DIP Order")[2] and respectfully state as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined in this reservation of rights have the meanings used in the Proposed Final DIP Order.

## RESERVATION OF RIGHTS

1.  At the outset of these cases, the non-Debtor Guarantors provided substantial credit support for the DIP Facility for the benefit of the Debtors' estates in the form of providing guarantees and mortgages on certain real property and an unsecured guarantee by Philadelphia Academic Health Holdings, LLC. Without this substantial credit support, the DIP Lenders would not agree to fund the DIP Loans. The non-Debtor Guarantors have complied with all of the Debtors' and the DIP Lenders' requests and have made themselves and their assets available to ensure that the Debtors receive their necessary financing.

2.  However, the non-Debtor Guarantors themselves have significant creditors and contingent creditors, including certain creditors of the Debtors and other interrelated non-Debtor parties such as HSRE-PAHH I, LLC. In light of the substantial credit support the non-Debtor Guarantors have provided to the Debtors in connection with the DIP Facility, and to protect the interests of the non-Debtor Guarantors' stakeholders, the non-Debtor Guarantors have requested that the Proposed Final DIP Order include certain protections. Specifically, we have requested that the Proposed Final DIP Order provide that (a) certain notices be provided to the non-Debtor Guarantors and (b) to the extent that the non-Debtor Guarantors make payments for the benefit of the Debtors in connection with the credit support that was provided, the non-Debtor Guarantors be afforded administrative priority status with respect to such payments.

3.  We have provided our comments to counsel for the Debtors and the DIP Lenders and are hopeful that we can resolve any outstanding issues prior to the hearing scheduled to consider the Proposed Final Order; however, out of an abundance of caution, we file this reservation of rights to reserve all of the non-Debtor Guarantors' rights with respect to the Proposed Final DIP Order in the event that we are unable to reach an agreement prior to the hearing.

Dated: August 19, 2019
     Wilmington, Delaware

                                                                  /s/ Mark D. Collins
                                              Mark D. Collins (No. 2981)
                                              Michael J. Merchant (No. 3854)
                                              Brendan J. Schlauch (No. 6115)
                                              RICHARDS, LAYTON & FINGER, P.A.
                                              One Rodney Square
                                              920 North King Street
                                              Wilmington, Delaware 19801
                                              Tel:   (302) 651-7700
                                              Fax:   (302) 651-7701
                                              Email:  collins@rlf.com
                                                           merchant@rlf.com
                                                           schlauch@rlf.com

                                              -and-

                                              Suzzanne Uhland
                                              Daniel S. Shamah
                                              Diana M. Perez
                                              O'MELVENY & MYERS LLP
                                              Times Square Tower
                                              7 Times Square
                                              New York, New York 10036
                                              Tel:   (212) 326-2000
                                              Fax:   (212) 326-2061
                                              Email:  suhland@omm.com
                                                           dshamah@omm.com
                                                           dperez@omm.com

                                            *Attorneys for Philadelphia Academic Health Holdings LLC*

RLF1 21893781v.1

**CERTIFICATE OF SERVICE**

I, Brendan J. Schlauch, hereby certify that on August 19, 2019, I caused copies of the foregoing *Reservation of Rights of Non-Debtor Guarantors Regarding Proposed Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying the Automatic Stay Notice of Substitution of Counsel and Entry of Appearance* to be served upon the following parties in the manner indicated.

Via Hand Delivery
Benjamin A. Hackman
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Via Hand Delivery
Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801

Via First Class Mail
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

　　　　　　　　　　　　　　　　　　　　　　　/s/ Brendan J. Schlauch
　　　　　　　　　　　　　　　　　　　　　　　Brendan J. Schlauch (No. 6115)

RLF1 21893781v.1