IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*. | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | |

NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR
NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that St. Christopher's Hospital for Children Medical Staff (the "Medical Staff"), by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, request that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, Delaware 19801
Tel:  (302) 658-1100
Fax:  (302) 658-1300
jmcmahon@ciardilaw.com

-and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341) ("CCH"), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). On the petition which initiated its case, "lead" Debtor Center City Healthcare listed its principal place of business as:  230 North Broad Street, Philadelphia, PA 19102.  The petitions for the other Debtors may be viewed by selecting "Center City Healthcare, *et al.*" under the "Cases" header at the following link: https://omniagentsolutions.com/.

Albert A. Ciardi III, Esq.
CIARDI CIARDI & ASTIN
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that the Medical Staff does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: August 19, 2019
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Albert A. Ciardi III, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
<u>aciardi@ciardilaw.com</u>

*Attorneys for the St. Christopher's Hospital for Children Medical Staff*