# **CERTIFICATE OF SERVICE**

I certify that, on August 19, 2019, I caused to be served a copy of the St. Christopher's Hospital for Children Medical Staff's **Notice of Entry of Appearance and Request for Notices and Service of Papers** to be served via electronic mail to the persons listed below.

Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

Benjamin J. Hackman, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)