# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Marita S. Erbeck, of Drinker Biddle & Reath LLP to represent Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc. in connection with the above-captioned cases as well as any related adversary proceedings.

Dated: August 19, 2019
        Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

*Counsel for Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

120242529.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 19, 2019        */s/ Marita S. Erbeck*
                  Marita S. Erbeck, Esq.
                  Drinker Biddle & Reath LLP
                  600 Campus Dr.
                  Florham Park, New Jersey 07932-1047
                  Telephone: (973) 549-7000
                  Facsimile: (973) 360-9831
                  marita.erbeck@dbr.com