IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Related Docket No. 512** |

**Objection Deadline: At the hearing**
**Hearing Date: August 19, 2019 at 1:00 p.m. (ET)**

**NOTICE OF HEARING ON MOTION IN LIMINE OF
TENET BUSINESS SERVICES CORPORATION AND CONIFER
REVENUE CYCLE SOLUTIONS, LLC TO EXCLUDE EVIDENCE OR
ARGUMENT REGARDING ALLEGED PRE-PETITION PREFORMANCE
DEFICIENCIES UNDER CONIFER MASTER SERVICES AGREEMENT**

**PLEASE TAKE NOTICE** that on August 16, 2019, Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") filed the *Motion In Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude Evidence or Argument Regarding Alleged Pre-Petition Performance Deficiencies Under Conifer Master Services Agreement* (the "Motion") [Docket No. 512] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER NOTICE** that on August 19, 2019, the Bankruptcy Court entered the *Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Motion In Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude Evidence or Argument Regarding Alleged Pre-Petition Performance Deficiencies Under Conifer Master Services Agreement* [Docket No. 474], attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on **August 19, 2019 at 1:00 p.m. prevailing Eastern Time** before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion may be made at the Hearing.

*[Remainder of Page Left Intentionally Blank]*

| | |
|---|---|
| Dated: August 19, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: stephen.hackney@kirkland.com
gregory.pesce@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*

3