# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC  d/b/a HAHNEMANN UNIVERSITY HOSPITAL
**COURTROOM LOCATION:** 3
**CASE NO.:** 19-11466 (KG)
**DATE:** 8/19/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Taylor | Ashby + Geddes | Capital One Bank |
| Louis Curcio | Trentman Sanders | Capital One Bank |
| Andrew Sherman | Sills Cummis | |
| Boris Mankovetskiy | Sills Cummis | Committee |
| Steven Brown | DLA | HSRE-PAHH I, LLC |
| Kaitlin Mackenzie | DLA | |
| Patrick Jackson | Drinker Biddle + Reath | Thomas Jefferson University |
| John Denny | Saul Ewing | Debtors |
| Mark Minuti | " | " |
| Rich Barkasy | Schnader Harrison Segal + Lewis LLP | PA Dept. of Health |
| Thomas Horan | Fox Rothschild | Committee |
| Michael Merchant | Richards Layton | BAHH/Broad Street |
| Steven Hackney | Kirkland & Ellis | Tenet/Conifer |
| Nicolas Wardin | | |
| Gregory Pesce | | |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL
**CASE NO.:** 19-11466 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 8/19/19

② 

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paige Topper | Morris, Nichols | ACGME |
| Monique DiSabatino | Saul Ewing | Debtors |
| Kent Hayden | Kirkland & Ellis | Tenet/Conifer |
| Tobey Daluz | Ballard Spahr | Drexel |
| Vince Marriott | Ballard Spahr | Drexel |
| R. Stephen McNeill | Potter Anderson | SBT Group Inc |
| M. Lastowski BH | Duane Morris | Committee |
| Juliet Sarkessian | U.S. Trustee | |
| Gretchen Santamour | Stradley Ronon Stevens Young | MidCap |
| Joseph Argenti | Stradley Ronon | MidCap |
| Joelle Polesky | '''' | '''' |
| Megan Harper | City of Phila | City of Phila |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL
**COURTROOM LOCATION:** 3
**CASE NO.:** 19-11466 (KG)
**DATE:** 8/19/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paige Topper | Morris, Nichols | ACGME |
| Monique DiSabatino | Saul Ewing | Debtors |
| Kent Hayden | Kirkland & Ellis | Tenet/Conifer |
| Tobey Daluz | Ballard Spahr | Drexel |
| Vince Marriott | Ballard Spahr | Drexel |
| Stephen McNeil | Potter Anderson | SBJ Group Inc |
| M. Lastowski | Duane Morris | Chubb |
| Juliet Sarkessian | U.S. Trustee | |
| Gretchen Santamour | Stradley Ronon Stevens Young | MidCap |
| Joseph Argenti | Stradley Ronon | MidCap |

# Court Conference

**Calendar Date:** 08/19/2019
**Calendar Time:** 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin Gross
Courtroom

Same Day  Aug 19 2019  9:56AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9992501 | Svetlana Attestatova | (302) 421-6839 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9985877 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones Newswire & Co. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9992507 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9993420 | Matthew Brooks | (404) 885-2618 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9994539 | Doug Carlson | (302) 658-9200 ext. | ACGME | Interested Party, ACGME / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9995908 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9996238 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9993550 | Marita Erbeck | (973) 549-7076 ext. | Drinker Biddle & Reath LLP | Interested Party, Thomas Jefferson University / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9992502 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9928003 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Medtronic USA / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9993281 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9996099 | Benjamin Ilhardt | (312) 462-6424 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9989527 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |

| Debtor | Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9984062 | Gary E. Klausner | (310) 229-3360 ext. | Levene Neale Bender Yoo & Brill | Interested Party, Strategic Global / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993609 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993714 | Francis Lawall | (215) 981-4481 ext. | Pepper Hamilton LLP | Interested Party, Temple University Health System / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9989654 | Lawrence A. Lichtman | (313) 465-7590 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995989 | Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9990095 | Wendy G. Marcari | (212) 351-4500 ext. | Epstein Becker & Green, P.C. | Creditor, Guthrie Health and Medical Care / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993432 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9992510 | Grace Muranaga | (310) 414-2700 ext. | Paladin Healthcare | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9996040 | Margaret Newell | (202) 305-7590 ext. | U.S. Department of Justice - Civil Division | Creditor, United States / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9990764 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial LLC / LISTEN ONLY |
| Center City Health Care, LLC dba Hahnemann University | 19-11466 | Hearing | 9996604 | Pearl Pham | (215) 684-6631 ext. | Philadelphia Gas Works | Creditor, Philadelphia Gas Works / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9989651 | E. Todd Sable | (313) 465-7548 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9992504 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995974 | Agatha Serda | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Consultant, Tenet Business Services Corporation / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9984026 | Kathryn Stevens | (312) 609-7803 ext. | Vedder Price P.C. | Creditor, MidCap Funding / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9974371 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995875 | Jennifer M. Taylor | (415) 984-8922 ext. | O'Melveny & Myers, LLP | Representing, Philadelphia Academic Health Holdings, LLC et al / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9994088 | Paige N. Topper | (302) 351-9148 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Accreditation council for Graduate Medical Education / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9990197 | Suzzanne S. Uhland | (212) 408-2409 ext. | O'Melveny & Myers, LLP | Interested Party, American Academic Health Systems, Joel Freedman & Philadelphia Academic Healt / LI |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9992714 | Lee P. Whidden | (212) 632-8389 ext. | Dentons US, LLP | Interested Party, Cooper University Healthcare / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995972 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993390 | Richard Zucker | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, MidCat / LISTEN ONLY |