# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | Re: Docket No. _____ |

## ORDER GRANTING MOTION OF CORINTHIA SHIELDS FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the motion of Corinthia Shields ("Movant") for relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code (the "Motion"); the Court having reviewed the Motion; and it appearing that due and adequate notice was provided under the circumstances; and the Court having found that (i) the Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 (ii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief requested; and after due consideration of the Motion and any responses thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The stay imposed under 11 U.S.C. § 362(a) is hereby modified to allow the Movant to continue pursuit of the State Court Action[2] in the Court of Common Pleas of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2

Philadelphia County, Pennsylvania, with the case captioned as *Corinthia Shields v. Nazareth Hospital, et al., June Term 2019, Number 5758*, so that the Movant may adjudicate and liquidate her claims against the Debtors and recover any claim in the State Court Action against any available and applicable insurance.

      3.      The fourteen-day (14) stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and this Order shall be effective immediately upon its entry.

      4.      The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.