**SERVICE LIST**

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>ATTN: MARK MINUTI & MONIQUE DISABATINO<br>1201 N. MARKET STREE, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON, DE 19899<br>MARK.MINUTI@SAUL.COM<br>MONIQUE.DISABATINO@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ATTN: JEFFREY HAMPTON & ADAM ISENBERG<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102<br>JEFFREY.HAMPTON@SAUL.COM<br>ADAM.ISENBERG@SAUL.COM | FOX ROTHSCHILD LLP<br>ATTN: THOMAS HORAN<br>919 N. MARKET STREET, STE 300<br>WILMINGTON, DE 19899<br>THORAN@FOXROTHCHILD.COM |
| SILLS CUMMIS & GROSS, P.C.<br>ATTN: ANDREW SHERMAN & BORIS MANKOVETSKY<br>THE LEGAL CENTER<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102<br>ASHERMAN@SILLSCUMMIS.COM<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STRADLEY RONON STEVENS & YOUNG LLP<br>ATTN: JOELLE E. POLESKY<br>1000 N. WEST STREET, SUITE 1279<br>WILMINGTON, DE 19801<br>JPOLESKY@STRADLEY.COM | STRADLEY RONON STEVENS & YOUNG LLP<br>ATTN: GRETCHEN M. SANTAMOUR & DEBORAH REPEROWITZ<br>2005 MARKET STREET, SUITE 2600<br>PHILADELPHIA, PA 19103<br>GSANTAMOUR@STRADLEY.COM<br>DREPEROWITZ@STRADLEY.COM |
| BENJAMIN HACKMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | | |