**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Hearing Date: September 24, 2019 at 10:00 a.m. (ET)** **Objection Deadline: September 3, 2019 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF CORINTHIA SHIELDS**
**FOR RELIEF FROM THE AUTOMATIC STAY**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) DEBTORS' COUNSEL; (III) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) COUNSEL FOR THE DIP LENDERS, PLEASE TAKE NOTICE THAT:

Corinthia Shields (the "Movant") filed the *Motion of Corinthia Shields for Relief from the Automatic Stay* (the "Motion").

You are required to file a response to the Motion on or before **September 3, 2019, at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the response upon the Movant's counsel:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

HEARING ON THE MOTION WILL BE HELD ON **September 24, 2019 at 10:00 a.m. (ET)** before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, DE 19801 in Courtroom Number 3.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**BIELLI & KLAUDER, LLC**

Dated: August 19, 2019

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

*Counsel to the Movant*