IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Marita S. Erbeck, of Drinker Biddle & Reath LLP to represent Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc. in connection with the above-captioned cases as well as any related adversary proceedings.

Dated: August 19, 2019
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

*Counsel for Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: August 20th, 2019**
**Wilmington, Delaware**
120242529.1

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**