# EXHIBIT A

**(Ordinary Course Professional Declaration)**

35800009.1 08/20/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] ) | | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ATTORNEY'S DECLARATION IN SUPPORT OF ORDINARY COURSE RETENTION**

The undersigned hereby declares under the pains and penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of Connolly Gallagher LLP ("CG"), which maintains offices at the address and phone number listed below:

1201 N. Market Street, 20th Floor
Wilmington, Delaware 19801
(302) 757-7300

2. This Declaration is submitted in connection with the August 2, 2019 Order [D.I. 340] of the United States Bankruptcy Court for the District of Delaware authorizing the above-captioned debtors (collectively, the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' bankruptcy cases.

3. As of March 19, 2019, CG began to provide legal services to Debtors St. Christopher's Healthcare, LLC; Center City Healthcare, LLC; Philadelphia Academic Medical Associates, LLC; and Philadelphia Academic Health System, LLC ("CG Debtor Clients").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Thereafter, and prior to the Petition Date,[2] CG, through me, and other partners, associates, and employees of CG, provided legal services, to CG Debtor Clients, and, to the extent of their interest therein, other Debtors, in the following two cases pending in Delaware: *Philadelphia Academic Health Holdings, LLC, et al. v. Tenet Business Services Corp.*, C.A. No. N19C-04-035 EMD CCLD (Del. Super. Ct.) and *Philadelphia Academic Health Holdings, LLC v. Tenet Business Services Corp.*, C.A. No. 2018-0684-KSJM (Del. Ch.) (jointly, the "Cases").

4. At the request of the CG Debtor Clients, CG will continue to provide legal services from and after the Petition Date in connection with the Cases.

5. The current customary hourly rates, subject to change from time to time, for attorneys and other professionals currently providing services to the Debtors, are:

| | |
|---|---|
| Ryan P. Newell, Partner | $ 575 |
| Kyle Evans Gay, Associate | $ 365 |
| Shaun M. Kelly, Associate | $ 350 |
| Denise Chigges, Paralegal | $ 170 |
| Robin S. Lober, Paralegal | $ 170 |

In the normal course of business, CG revises its standard hourly rates as of the first day of each year, and requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates that will be in effect at that time.

6. To the best of my knowledge, information, and belief, formed after due inquiry, (a) except for the proposed retention of CG in these chapter 11 cases, CG does not currently provide services to any party in any matter related to these bankruptcy cases, and (b) CG does not represent or hold an interest adverse to the Debtors.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date [D.I. 233] (the "Motion").

7.      Now or in the future, CG may provide services to certain creditors of the Debtors or other interested parties in matters unrelated to the Debtors, but in this regard, CG's work for these clients will not include the provision of services on any matters relating to the Debtors or their bankruptcy cases.

8.      CG is owed $29,069.79 on account of services rendered and expenses incurred prior to the Petition Date in connection with CG's employment by CG Debtor Clients, the payment of which is subject to limitation contained in title 11 of the United States Code.

9.      CG further states that it has not shared, has not agreed to share, and will not agree to share any compensation received in connection with these bankruptcy cases with any party or person except to the extent permitted by title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure, although such compensation may be shared with any partner of, or any person employed by, CG.

10.     If, at any time during its employment by CG Debtor Clients, CG should discover any facts bearing on the matters described herein, CG will supplement the information contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2019

By: _____
Ryan P. Newell