# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 15, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Agenda for Hearing Scheduled for August 19, 2019 at 1:00 P.M. (Prevailing Eastern Time) Before the Honorable Kevin Gross, U.S. Bankruptcy Court Judge [Docket No. 484]**

Dated: August 19, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 19 day of August, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DILWORTH PAXSON LLP
LAWRENCE G. MCMICHAEL
LMCMICHAEL@DILWORTHLAW.COM

DILWORTH PAXSON LLP
PETER C. HUGHES
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DLA PIPER LLP (US)
RICHARD A. CHESLEY, ESQUIRE
RICHARD.CHESLEY@DLAPIPER.COM

DOUGLAS CARLSON LLC
DOUGLAS CARLTON, ESQUIRE
CARLSON@DOUGCARLSONLAW.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
E. TODD SABLE, ESQUIRE, ESQUIRE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN, ESQUIRE
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
CURTIS MILLER, ESQUIRE
CMILLER@MNAT.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

NEAL, GERBER & EISENBERG LLP
THOMAS C. WOLFORD, ESQUIRE
TWOLFORD@NGE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

PHILADELPHIA GAS WORKS
PEARL PHAM, ESQUIRE
PEARL.PHAM@PGWORKS.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA, ESQUIRE
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DAVID SMITH, ESQUIRE
DSMITH@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
NICHOLAS J. LEPORE, ESQUIRE
NLEPORE@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY, ESQUIRE
RBARKASY@SCHNADER.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  109

## <u>EXHIBIT B</u>

**Center City Healthcare, LLC, et al. -  Service List to Facsimile Recipients**

| | | |
|---|---|---|
| FREEDMAN & LORRY, P.C.<br>SUSAN A. MURRAY<br>215-925-7516 | OFFICE OF THE ATTORNEY GENERAL<br>717-787-8242 | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN/STEPHEN MCNEILL<br>302-658-1192 |

Parties Served:  3

# EXHIBIT C

Center City Healthcare, LLC, et al. - U.S. Mail                                    Served 8/15/2019

AARGON AGENCY, INC.
8668 SPRING MOUNTAIN RD
LAS VEGAS, NV 89117

ABBOTT MOLECULAR INC.
ATTN: LEGAL DEPT
1350 E TOUHY AVE
DES PLAINES, IL 60018

ABBOTT NUTRITION
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ABIOMED, INC.
22 CHERRY HILL
DANVERS, MA 01923

ACCREDO HEALTH GROUP, INC.
1640 CENTURY CTR PKWY
MEMPHIS, TN 38134

ADVANCED CE
530 HARLAN BLVD, STE HOL506
WILMINGTON, DE 19801

ADVANCED STERILIZATION PRODUCTS SERVICES, INC
33 TECHNOLOGY DR
IRVINE, CA 92618

AHMAD, MIAN
218 WAYNE AVENUE
LANSDOWNE, PA 19050

ALLIANCE FOR PAIRED DONATION, INC.
ATTN: MICHAEL REES, MD
3661 BRIARFIELD BLVD, #105
MAUMEE, OH 43537

AL-MAMOORI, BASSAM
1638 SOUTH STREET, APT. 3
PHILADELPHIA, PA 19146

ALPHA IMAGING, INC.
4455 GLENBROOK RD
WILLOUGHBY, OH 44094

AMERICAN COLLEGE OF CARDIOLOGY FOUNDATIO
ATTN: GENERAL COUNSEL
2400 N ST NW
WASHINGTON, DC 20037

AMERICAN COLLEGE OF SURGEONS
ATTN: CFO
633 N SAINT CLAIR ST
CHICAGO, IL 60611

AMERICAN HEART ASSOCIATION, INC.
7272 GREENVILLE AVE
DALLAS, TX 75231

AMO SALES AND SERVICE, INC.
ATTN: CONTRACT COORDINATOR
1700 E ST ANDREW PL
SANTA ANA, CA 92705

AVIACODE, INC.
257 E 200 S, STE 700
SALT LAKE CITY, UT 84111

BARD PERIPHERAL VASCULAR, INC.
1415 W THIRD ST
TEMPE, AZ 85281

BHANDARI, VINEET
1871 CASSELL ROAD
LANSDALE, PA 19446

BIANCO, BRIAN
540 EAGLEBROOK DRIVE
MOORESTOWN, NJ 08057

BIOSENSE WEBSTER, INC.
ATTN: GEOFF CARLETON, SENIOR TERRITORY MGR
25B TECHNOLOGY DR
IRVINE, CA 92618

BKT ARCHITECTS, LLC
ATTN: BRIAN TRACY, MEMBER
120 COTTON ST, 1ST FL
PHILADELPHIA, PA 19127

BORTON-LAWSON ENGINEERING, INC.
ATTN: PATRICK J. ENDLER, VP
613 BALTIMORE DR, STE 300
WILKES-BARRE, PA 18702

BOSTON SCIENTIFIC CORPORATION
ATTN: BUSINESS OPS MGR
4100 HAMLINE AVE N
ARDEN HILLS, MN 55112

BRANDT, KATHRYN
3900 CITY AVENUE, W905
PHILADELPHIA, PA 19131

BROADCAST MUSIC INC.
ATTN: VP, GENERAL LICENSING DEPT
10 MUSIC SQ E
NASHVILLE, TN 37203

CARDINAL HEALTH 200, LLC
ATTN: REGION DIR, NE SPECIALTY PRODUCTS SALES
7000 CARDINAL PL
DUBLIN, OH 43017

CENOVA, INC.
2745 W ALLEGHENY AVE
PHILADELPHIA, PA 19132

CHARLEY'S ANGELS PHOTOGRAPHY INC.
ATTN: CEO
328 E 4TH ST
WATERLOO, IA 50703

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COLCOM, INC.
ATTN: PRESIDENT
300 N POTTSTOWN PIKE
EXTON, PA 19341

COLOPLAST CORP.
1601 W RIVER RD
MINNEAPOLIS, MN 55411

COLUMBIA UNIVERSITY MEDICAL CENTER
ATTN: TASHA SMITH, SENIOR IRB SPECIALIST - LIAISO
154 HAVEN AVE, 1ST FL
NEW YORK, NY 10032

COMMUNITY BEHAVIORAL HEALTH
ATTN: JOAN ERNEY, JD, CEO
801 MARKET ST, SEVENTH FL
PHILADELPHIA, PA 19107

Center City Healthcare, LLC, et al. - U.S. Mail

CONMED CORPORATION
525 FRENCH RD
UTICA, NY 13502

CORONA PARTNERS
ATTN: CHRISTOPHER STROM, FOUNDER
3025 MARKET ST, STE 140
PHILADELPHIA, PA 19104

COSTIC, JOSEPH
241 AMBERFIELD DRIVE
MOUNT LAUREL, NJ 08054

CROTHALL HEALTHCARE, INC.
ATTN: LEGAL DEPT
1500 LIBERTY RIDGE DR, STE 210
WAYNE, PA 19087

DANIEL BURKE PHOTOGRAPHY
ATTN: DANIEL BURKE, OWNER
364 NEW CASTLE LANE
SWEDESBORO, NJ 08085-1490

DEANGELIS, MARIO
1418 PEMBERTON STREET
PHILADELPHIA, PA 19146

DEX IMAGING, INC.
5109 W LEMON ST
TAMPA, FL 33609

DIRECTV, INC.
PO BOX 25392
MIAMI, FL 33152-5392

DJO, LLC
ATTN: VP, FIELD SERVICES, US COMMERCIAL OPS
1430 DECISION ST
VISTA, CA 92081

E4 SERVICES, LLC
ATTN: MIKE BRENSINGER
411 GREEN VALLEY RD
SINKING SPRING, PA 19608

EAGLES TAXI, LLC
DBA 215 GET A CAB
2301 CHURCH ST
PHILADELPHIA, PA 19124

EDWARDS LIFESCIENCES LLC
ONE EDWARDS WAY
IRVINE, CA 92614

EMPLOYERS HEALTH NETWORK, LLC
ATTN: MANAGED CARE DEPT
1304 E WOODHURST, STE B
SPRINGFIELD, MO 65804

ENEANYA, DENNIS
1258 SCOBEE DRIVE
LANDSDALE, PA 19446

ENOVATE MEDICAL, LLC
1152 PARK AVE
MURFREESBORO, TN 37129

ETTAIN GROUP, INC.
ATTN: CONTRACT COMPLIANCE
127 W WORTHINGTON AVE, STE 100
CHARLOTTE, NC 28203

EXACTECH US, INC.
2320 NW 66TH CT
GAINESVILLE, FL 32653

FAN, WEN-LIN
17 DOGWOOD ROAD
MOORETOWN, NJ 08057

FELDSTEIN, DAVID
225 HOPKINS ROAD
HADDONFIELD, NJ 08033

FEYSSA, EYOB
817 MOUNTAIN TOP DRIVE
COLLEGEVILLE, PA 19426

FINANCIAL RECOVERIES
200 E PARK DR, STE 100
MT. LAUREL, NJ 08054

FLEISHMAN, RACHEL
323 HAMILTON ROAD
MERION STATION, PA 19066

FLEX FINANCIAL, A DIVISON OF STRYKER SALES COR
1901 ROMENCE RD PKWY
PORTAGE, MI 49002

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC
ATTN: STEVEN BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19102

FUSARO BROTHERS, INC
DBA MAXWELL CAB COMPANY
ATTN: GEORGE FUSARO, PRES
9 W ATHENS AVE
ARDMORE, PA 19003

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

GEORGE, SHELLEY
2343 PENNSYLVANIA AVENUE
PHILADELPHIA, PA 19130

GINGRICH, KEVIN
925 COATES ROAD
MEADOWBROOK, PA 19046

GONZALEZ, MARIO
607 BANK AVENUE
RIVERTON, NJ 08077

GRANT, KINZYA
6901 OLD YORK ROAD, APT. B408
PHILADELPHIA, PA 19126

GREEN, MICHAEL
707 COMMONWEALTH DRIVE
MOORESTOWN, NJ 08057

GREEN, PARMIS
707 COMMONWEALTH DRIVE
MOORESTOWN, NJ 08057

GUY, STEPHEN
346 EAST ROUMFORD ROAD
PHILADELPHIA, PA 19119

Center City Healthcare, LLC, et al. - U.S. Mail

HAHNEMANN APOTHECARY INC.
ATTN: PRESIDENT
230 N BROAD ST, MS 544
PHILADELPHIA, PA 19102

HANGER PROSTHETIC AND ORTHOTICS, INC
DBA HANGER CLINIC
ATTN: AREA CLINICAL MGR
605 SPRING GARDEN ST
PHILADELPHIA, PA 19123

HARBHAJAN, CHAWLA
1605 PLYMOUTH ROCK DRIVE
CHERRY HILL, NJ 08003

HARDING, SUSAN
619 EAST PINEVIEW DRIVE
GALLOWAY, NJ 08205

HEALTHCARE ADMINISTRATIVE PARTNERS, LLC
ATTN: PRESIDENT
112 CHESLEY DR
MEDIA, PA 19063

HEALTHCARE PERFORMANCE GROUP, INC.
ATTN: LEGAL DEPT
23419 W 215TH ST
SPRING HILL, KS 66083

HILL-ROM COMPANY, INC.
ATTN: CONTRACTS DEPT
1225 CRESCENT GREEN, STE 300
CARY, NC 27518

HOFFMAN, CHRISTOPHER
803 JAMESTOWN ROAD
TURNERSVILLE, NJ 08012

HOGAN, DANIKA
106 FIELD BROOK LANE
GIBSONIA, PA 15044

HOLOGIC, INC.
250 CAMPUS DR
MARLBOROUGH, MA 01752

HORROW, JAY
925 HONEYSUCKLE LANE
WYNNEWOOD, PA 19096

HUB PARKING TECHNOLOGY USA, INC.
761 COMMONWEALTH DR
WARRENDALE, PA 15086

HUB PARKING TECHNOLOGY USA, INC.
ATTN: JOHN LOVELL, MANAGING DIR & CEO
555 KEYSTONE DR
WARRENDALE, PA 15086

IM, MARY
230 INDIAN CREEK ROAD
WYNNEWOOD, PA 19096

IMMACULATA UNIVERSITY
ATTN: VICE PRES FOR ACADEMIC AFFAIRS & PROV
1145 W KING RD
IMMACULATA, PA 19345

INTERACTIVATION HEALTH NETWORKS
ATTN: DAVID ROSS, COO
331 W 57TH ST, #733
NEW YORK, NY 10019

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

ISS FACILITY SERVICES, INC.
ATTN: JAMES HAVIARIS, PRES, NE REGION
81 DORSA AVE
LIVINGSTON, NJ 07039

IVY HILL CEMETERY COMPANY
1201 EON RD
PHILADELPHIA, PA 19150

JANKOWSKI, MARCIN
60 UPLAND WAY
HADDONFIELD, NJ 08033

JARRA, HADIJATOU
101 WALTER DRIVE
BATTLEBORO, NC 27809

JOHANSON, NORMAN
10 HAMPDEN AVENUE
NARBERTH, PA 19072

JOSHI, SWOSTI
1513 BRINTON PARK DRIVE
WYNNEWOOD, PA 19096

KALIKIRI, PRAMOOD
23 FAIRHAVEN DRIVE
CHERRY HILL, NJ 08003

KAZMI, KHURAM
121 MONA COURT
CHERRY HILL, NJ 08003

KCI USA, INC.
8023 VANTAGE DR
SAN ANTONIO, TX 78230

KEYSTONE QUALITY TRANSPORT COMPANY
1260 E WOODLAND AVE
SPRINGFIELD, PA 19064

KHALSA, AMRIT
605 ROSEMONT STREET
LA JOLLA, CA 92037

KIM, ANDREW
2 FOXHALL ROAD
NEWTOWN, PA 18940

KOENIGSBERG, ROBERT
119 HARVEST LANE
BROOMALL, PA 19008

KOMARNICKY, LYDIA
19 APPLE ORCHARD ROAD
MORRESTOWN, PA 08057

KRISCH, ROBERT
264 TOMKENN ROAD
WYNNEWOOD, PA 19096

Center City Healthcare, LLC, et al. - U.S. Mail

LANGEVIN, PAUL
1 SIGNAL HILL ROAD
CHERRY HILL, NJ 08003

LANTHEUS MEDICAL IMAGING, INC.
ATTN: SHELLI JENSEN, MGR, COMMERICAL & GOVT C
331 TREBLE COVE RD, BLDG 600-1
N. BILLERICA, MA 01862

LAUB, GLENN
2 STOUT ROAD
PRINCETON, NJ 08540

LIMB TECHNOLOGIES, INC
DBA LTI ORTHOTIC PROSTHETIC CTR
ATTN: PRESIDENT
2925 VETERANS HWY
BRISTOL, PA 19007

LINGARJU, NAGARAJ
38 ALPINE COURT
VOORHEES, NJ 08043

LIU, HENRY
1132 RIVERVIEW LANE
CONSHOHOCKEN, PA 19428

LIVANTA LLC
ATTN: CHIEF OPERATING OFFICER
10810 GUILFORD RD, STE 111
ANNAPOLIS JUNCTION, MD 20701

MACALINO MARKETING, INC.
ATTN: PRESIDENT
748 N 24TH ST
PHILADELPHIA, PA 19130

MAGEE REHABILITATION HOSPITAL
ATTN: PRESIDENT & CEO
1513 RACE ST
PHILADELPHIA, PA 19103

MALAYAMAN, SANINUJ
108 ARCH STREET, APT. 403
PHILADELPHIA, PA 19106

MCCRACKEN, BRENDAN
405 EAST 2ND STREET
MOORESTOWN, NJ 08057

MEDINT HOLDINGS, LLC
1150 FIRST AVE, STE 450
KING OF PRUSSIA, PA 19406

MEDTRONIC USA INC.
8200 CORAL SEA ST NE
MOUNDS VIEW, MN 55112

MEDTRONIC USA INC.
ATTN: CAPITAL REGL CONTRACT ANALYST
826 COAL CREEK CIRCLE
LOUISVILLE, CO 80027

MENTOR WORLDWIDE LLC
ATTN: SR. CONTRACTS MGR
33 TECHNOLOGY DR
IRVINE, CA 92618

MHC SOFTWARE, LLC
ATTN: CATHERIE BEATTIE
12000 PORTLAND AVE S, STE 230
BURNSVILLE, MN 55337

MILLER, ANTHONY
430 SHADY AVENUE, APT. 12
PITTSBURGH, PA 15206

MIRAMED GLOBAL SERVICES, INC.
ATTN: PRESIDENT
255 W MICHIGAN AVE
JACKSON, MI 49204

MONTEREY MEDICAL SOLUTIONS, INC.
ATTN: PRESIDENT
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955

MUNOZ, SANTIAGO
200 GARDEN PARK BLVD., APT. # 226
CHERRY HILL, NJ 08002

NATIONAL MARROW DONOR PROGRAM
500 N 5TH ST
MINNEAPOLIS, MN 55401-1206

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NIXON UNIFORM SERVICE, INC.
500 CTRPOINT BLVD
NEW CASTLE, DE 19720

NORTHEAST PROTECTION PARTNERS INC.
4231 W LINCOLN HWY
PARKESBURG, PA 19365

NUNEZ, ALBERTO
1 MARKET STREET, APT. 455
CAMDEN, NJ 08102

ODENIGBO, VINCENT
303 MELANIE'S WAY
WALLINGFORD, PA 19086

OKUM, GARY
241 SOUTH 6TH STREET, APT. 1112
PHILADELPHIA, PA 19106

OLYMPUS AMERICA INC.
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034

OUTCOME HEALTH
156 5TH AVE, STE 604
NEW YORK, NY 10010

PARRILLO, DOUGLAS
1027 ARCH STREET, UNIT 806
PHILADELPHIA, PA 19107

PATEL, PANKAJ
254 SOUTH 9TH STREET
PHILADELPHIA, PA 19107

PAUL TIRADO
3548 SANDPIPER LANE
MELBOURNE, FL 32935

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA ORAL & MAXILLOFACIAL SURGER
ATTN: SEAN WILD, CEO
207 N BROAD ST, 1ST FL
PHILADELPHIA, PA 19107

PENTEC HEALTH, INC.
ATTN: CHERYL MCMULLEN, DIR OF TARGETED DRUG
50 APPLIED CARD WAY, STE 1020
GLEN MILLS, PA 19342

PERKINELMER GENETICS, INC.
250 INDUSTRY DR, STE 400
PITTSBURGH, PA 15275

PERKINELMER GENETICS, INC.
ATTN: GENERAL COUNSEL
940 WINTER ST
WATHAM, MA 02451

PHILADELPHIA EAR, NOSE & THROAT ASSOCIATES
ATTN: ROBERT SATALOFF, MD
219 N BROAD ST, 10TH FL
PHILADELPHIA, PA 19107

PHILADELPHIA UROSURGICAL ASSOCIATES, PC
ATTN: KRISTENE WHITMORE, MD
207 N BROAD ST, 4TH FL
PHILADELPHIA, PA 19107

PINNACLE HEALTHCARE RECOVERY PARTNERS, II
ATTN: PRESIDENT
196A FAIRVIEW RD
WOODLYN, PA 19094

PNC BANK, NATIONAL ASSOCIATION
ATTN: VICE PRES
1600 MARKET ST, F2-F070-08-3
PHILADELPHIA, PA 19013

POTIGAILO, VALERIA
604 SOUTH WASHINGTON SQUARE, # 817
PHILADELPHIA, PA 19107

PRECISION LASER SPECIALIST, INC.
712 TELSER RD
LAKE ZURICH, IL 60047

PRESCOTT'S INC.
18940 MICROSCOPE WAY
MONUMENT, CO 80132

PRESTIGE MEDICAL IMAGING, INC.
ATTN: GENERAL MGR
525 ROUTE 73 N, STE 104
MARLTON, NJ 08053

PROFESSIONAL TRAUMA SERVICES, LLC
ATTN: RAYMOND TALUCCI, MC
12 HESSIAN WAY
CHERRY HILL, NJ 08083

QUALITY INSIGHTS RENAL NETWORK 4
ATTN: EXEC DIR
630 FREEDOM BUSINESS CTR, STE 116
KING OF PRUSSIA, PA 19406

R. SMITH INTERNATIONAL, LLC
DBA RSOURCE
ATTN: GENERAL COUNSEL
433 PLAZA REAL, STE 345
BOCA RATON, FL 33432

RASHIDIAN, FARSHAD
900 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

REICH, DAVID
201 NORTH BOWMAN AVENUE
MERION, PA 19066

RIERA, ANDRES
102 WILLOW OAKS LANE
MULLICA HILL, NJ 08062

RITTENHOUSE HEMATOLOGY & ONCOLOGY
ATTN: RENE RUBIN, MD
207 N BROAD ST, 6TH FL
PHILADELPHIA, PA 19107

RUBIN, JONATHAN
371 MAPLEWOOD AVENUE
MERION STATION, PA 19066

RUTH, COREY
961 IDLEWOOD ROAD
GLADWYNE, PA 19035

S&H LTD
DBA METROPOLITAN FLAG & BANNER CO.
ATTN: PRESIDENT
2037 E WILLARD ST
PHILADELPHIA, PA 19134

SANDERS-TARASOV, JAIME
38 COHASSET LANE
CHERRY HILL, NJ 08003

SAYEED, MOHAMMAD
11 STONEY BROOK BLVD.
NEWTOWN SQUARE, PA 19073

SEASPINE SALES LLC
ATTN: GLENN BOWMAN, VP OF SALES
985 OLD EAGLE SCHOOL RD, STE 507
WAYNE, PA 19087

SHAH, MITESH
526 PENN AVENUE, APT. 502
PITTSBURGH, PA 15222

SHANG, SHERRY
384 YORK SHIRE ROAD
BRYN MAWR, PA 19010

SKY NURSES, LLC
ATTN: JOHN NACCARELLI
6530 W ROGERS CIRCLE, STE 31
BOCA RATON, FL 33487

SMITH & NEPHEW, INC.
ATTN: CONTRACTS DEPT
150 MINUTEMEN RD
ANDOVER, MA 01810

SODEXO MANAGEMENT, INC.
ATTN: CATHERINE TABAKA, CEO, HEALTHCARE
600 CITY PKWY W, STE 610
ORANGE, CA 92868

SOURCEHOV HEALTHCARE, INC.
ATTN: PRESIDENT
100 EXECUTIVE CTR DR, STE 101
COLUMBIA, SC 29210

**Center City Healthcare, LLC, et al. - U.S. Mail**                                                                 Served 8/15/2019

SOUTHAMPTON WINDOW CLEANING & JANITORIAL SE
726 PENNSYLVANIA AVE
SOUTHAMPTON, PA 18966

SPECIALTY CARE, INC.
ATTN: GENERAL COUNSEL
3 MARYLAND FARMS, STE 200
BRENTWOOD, TN 37027

SPECIALTYCARE CARDIOVASCULAR RESOURCES,
ATTN: GENERAL COUNSEL
3 MARYLAND FARMS, STE 200
BRENTWOOD, TN 37027

SPECIALTYCARE, INC., AS AGENT FOR SPECIALTYCAR
ATTN: GENERAL COUNSEL
3 MARYLAND FARMS, STE 200
BRENTWOOD, TN 37027

SPITZER, LAURENCE
477 SOUTH SILVER BELL LANE
LAFAYETTE HILL, PA 19444

SPOK, INC.
6850 VERSAR CTR, STE 420
SPRINGFIELD, VA 22151

STABILE, RICHARD
1025 COATES ROAD
MEADOWBROOK, PA 19046

STRASSHEIM GRAPHIC DESIGN & PRESS CORP.
ATTN: PRESIDENT
1500 SPRING GARDEN ST, STE 225
PHILADELPHIA, PA 19130

STRYKER NEUROVASCULAR
2825 AIRVIEW BLVD
KALAMAZOO, MI 49002

STRYKER SALES CORPORATION
3800 E CENTRE AVE
PORTAGE, MI 49002

SUNRISE SUPPORT SERVICES
ATTN: OWNER
4 PINE GLEN DR
SICKLERVILLE, NJ 08081

TALUCCI, RAYMOND
C/O PROFESSIONAL TRAUMA SVCS, L.L.C.
12 HESSIAN WAY

THE ANESTHESIA QUALITY INSTITUTE
1601 AMERICAN LANE
SCHAUMBERG, IL 60173

THE VISITING NURSE ASSOCIATION OF GREATER PHIL
ATTN: PRESIDENT
3300 HENRY AVE, STE 500
PHILADELPHIA, PA 19129

TIPTON COMMUNICATIONS GROUP, INC.
ATTN: LEGAL DEPT
323 E MAIN ST
NEWARK, DE 19711

TITAN HEALTH MANAGEMENT SOLUTIONS, INC.
ATTN: THOMAS HOEHNER
2500 N PANTANO RD, STE 200
TUCSON, AZ 85715

TOM, JAMES
151 OAKMONT DRIVE
MOORESTOWN, NJ 08057

TORTELLA, BARTHOLOMEW
5 LAKEVIEW PLACE
NEWTOWN SQUARE, PA 19073

TOZOUR ENERGY SYSTEMS, INC.
ATTN: CFO
3606 HORIZON DR
KING OF PRUSSIA, PA 19406

TRANSLOGIC CORPORATION
DBA SWISSLOG HEALTHCARE SOLUTIONS
10825 E 47TH AVE
DENVER, CO 80239

TRANSWORLD SYSTEMS INC.
ATTN: VP, CORPORATE LEGAL
500 VIRGINIA DR, STE 514
FORT WASHINGTON, PA 19034

TREACY, ERIN
1111 LOCUST STREET, UNIT 9I
PHILADELPHIA, PA 19107

TREBELEV, ALEXANDER
405 MATTRISSA RIDGE
MEDIA, PA 19063

UMS LITHOTRIPSY SERVICES OF GREATER PHILAI
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UMS MR FUSION SERVICES OF EASTERN PA, LLC
1700 W PARK DR, STE 410
WESTBOROUGH, MA 01581

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UROLOGIC CONSULTANTS OF SOUTHEASTERN PENN
ATTN: LAURENCE BELKOFF, DO, MANAGING PARTNER
ONE PRESIDENTIAL BLVD
BALA CYNWYD, PA 19004

UROLOGIC SURGEONS, INC.
ATTN: PRESIDENT
525 JAMESTOWN ST, STE 108
PHILADELPHIA, PA 19128

US REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET
ATTN: VICE PRES OF OPS
1800 BYBERRY RD, STE 705
HUNTINGTON VALLEY, PA 19006

USA-CLEAN, INC.
2803 N 22ND ST
DECATUR, IL 62526

VANGUARD CLEANING SYSTEMS, INC
DBA VANGUARD CLEANING SYSTEMS OF PHILADELPH
ATTN: PRESIDENT
67 BUCK RD, B-45
HUNTINGTON VALLEY, PA 19006

VEKLSER, EKATERINA
115 EAST MONTGOMERY AVENUE, UNIT 103
ARDMORE, PA 19003

**Center City Healthcare, LLC, et al. - U.S. Mail**

VIE HEALTHCARE, INC.
2111 ROUTE 34
WALL TOWNSHIP, NJ 07719

VITALANT
ATTN: EVP, GENERAL COUNSEL
6210 E OAK ST
SCOTTSDALE, AZ 85257

WEB.COM GROUP, INC.
12808 GRAN BAY PKWY, W
JACKSONVILLE, FL 32258

XIAO, GARY
384 YORKSHIRE ROAD
BRYN MAWR, PA 19010

ZEBROWER, MARCUS
3 SADDLEHORN DRIVE
CHERRY HILL, NJ 08003

ZIMMER BIOMET CMF & THORACIC, LLC
ATTN: KELLEY KOMULA, VP, ENTERPRISE SOLUTIC
1520 TRADEPORT DR
JACKSONVILLE, FL 32218

Parties Served: 204