IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) |
| et al., | ) Jointly Administered |
| | ) Re: Doc. No. 514 |
| Debtors. | ) |

## ORDER APPROVING STIPULATED PROTECTVE ORDER

Upon consideration of *Confidentiality Agreement and Stipulated Protective Order* (the "Protective Order"), attached hereto as Exhibit 1, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Protective Order is hereby approved.

2. The Protective Order shall become effective immediately upon entry of this order.

August 20, 2019

_____
Kevin Gross, U.S.B.J.

DOCS_DE:225010.1 83187/001