# Exhibit 1

# Rejected Contracts

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | 227 N. Broad Associates | Real Property Lease | 227 North Broad Street - 3rd Floor | TPS of PA, LLC | August 31, 2019 |
| 2 | Aargon Agency, Inc. | Master Service Agreement | Primary self pay and balance after insurance collection services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 3 | ABB Anethesia, Inc. | Services Agreement | Anesthesiology Coverage Services Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 4 | Abbott Nutrition | Hospital Agreement for Purchasing Infant Formula Products | Pricing for infant formula | Center City Healthcare, LLC | August 2, 2019 |
| 5 | Abiomed, Inc. | AIC Service Agreement | Maintenance services for Cath Lab equipment | Center City Healthcare, LLC | August 2, 2019 |
| 6 | Accredo Health Group, Inc. | Wholesale Application Agreement | Phamaceutical products | Center City Healthcare, LLC | August 2, 2019 |
| 7 | Advanced CE | Training Services Agreement | Training services for employed physicians and CRNAs | TPS of PA, LLC | August 2, 2019 |
| 8 | Advanced Sterilization Products Services, Inc. | Service Agreement Quotation | Maintenance services for sterilizers | Center City Healthcare, LLC | August 2, 2019 |
| 9 | Alliance for Paired Donation, Inc. | Cooperative Agreement for Kidney Paired Donation Services | Kidney donation matching services | Center City Healthcare, LLC | August 2, 2019 |
| 10 | Alpha Imaging, Inc. | Services Agreement | Service agreement for radiology equipment at South Broad Street clinic | TPS IV of PA, LLC | August 2, 2019 |
| 11 | American College of Cardiology Foundation | National Cardiovascular Data Registry Hospital Participant Master Agreement | Participation in National Cardiovascular Data Registry | Center City Healthcare, LLC | August 2, 2019 |
| 12 | American College of Surgeons | Metabolic and Bariatric Surgery Center Accreditation and Quality Improvement Program Participation Agreement | Bariatric surgery accreditation | Center City Healthcare, LLC | August 2, 2019 |
| 13 | American College of Surgeons | Hospital Participation Agreement | Participation in the National Surgical Quality Improvement program | Center City Healthcare, LLC | August 2, 2019 |
| 14 | American Heart Association, Inc. | Unified Particiaption Agreement | Participation for coronary artery disease | Center City Healthcare, LLC | August 2, 2019 |
| 15 | AMO Sales and Service, Inc. | Total Technology Program Agreement | Rental of Phaco device | Center City Healthcare, LLC | August 2, 2019 |
| 16 | Aviacode, Inc. | Master Services Agreement | Physician coding audits (SOW entered into by Center City Healthcare, LLC) | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 17 | Bard Peripheral Vascular, Inc. | Consignment Agreement | Consignment agreement for vascular supplies | Center City Healthcare, LLC | August 2, 2019 |
| 18 | Biosense Webster, Inc. | Pricing Agreement #1809133 | Pricing agreement for ablation supplies | Center City Healthcare, LLC | August 2, 2019 |
| 19 | BKT Architects, LLC | Consulting Agreement | Design and consulting services for Hahnemann ED renovations | Center City Healthcare, LLC | August 2, 2019 |
| 20 | Borton-Lawson Engineering, Inc. | Short Form Agreement Between Owner and Engineer for Professional Services | Engineering and design services for Hahnemann chilled water system and replacement | Center City Healthcare, LLC | August 2, 2019 |
| 21 | Boston Scientific Corporation | Watchman Purchase Agreement | Pricing agreement for left atrial appendage closure supplies | Center City Healthcare, LLC | August 2, 2019 |
| 22 | Broadcast Music Inc. | Multiple Use License | License for public performance of licensed music in the facility | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 23 | Capital Health System, Inc. | Time Share Lease | 2 Capital Way, Pennington, NJ - Suite 380 | TPS of PA, LLC | August 2, 2019 |
| 24 | Cardinal Health 200, LLC | License Agreement with Royalty-Free Option | Rental of feeding pumps | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 25 | Cardiology Consultants of Philadelphia, PC | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage (Cardiac Cath. Lab) - On-Call Panel Services Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 26 | Cenova, Inc. | Services Agreement | Snow and ice removal services | Center City Healthcare, LLC | August 2, 2019 |
| 27 | Charley's Angels Photography Inc. | Services Agreement | Photography services for newborns | Center City Healthcare, LLC | August 2, 2019 |
| 28 | Colcom, Inc. | Services Agreement | Bed check maintenance services | Center City Healthcare, LLC | August 2, 2019 |
| 29 | Coloplast Corp. | Contract | Pricing for men's and women's health products | Center City Healthcare, LLC | August 2, 2019 |
| 30 | Columbia University Medical Center | Institutional Review Board Authorization Agreement | Review and oversight of human subject research | Center City Healthcare, LLC | August 2, 2019 |
| 31 | Community Behavioral Health | Provider Agreement | Behavioral services to individuals as part of a City program | Center City Healthcare, LLC | August 2, 2019 |
| 32 | CONMED Corporation | Purchase Agreement | Pricing agreement for defib pads | Center City Healthcare, LLC | August 2, 2019 |
| 33 | Corona Partners | | Real estate strategy consulting services for Hahnemann | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 34 | Crothall Healthcare, Inc. | Service Agreement | Patient transportation services | Center City Healthcare, LLC | August 2, 2019 |
| 35 | Daniel Burke Photography | Services Agreement | Photography services | Center City Healthcare, LLC | August 2, 2019 |
| 36 | DEX Imaging, Inc. | Managed Print Services Agreement | Managed print services | Center City Healthcare, LLC | August 2, 2019 |
| 37 | DEX Imaging, Inc. | Equipment, Maintenance, and Service Agreement | Equipment, maintenance, and services | Center City Healthcare, LLC | August 2, 2019 |
| 38 | DIRECTV, Inc. | Lodging and Institutions Smatv Viewing Agreement | Television programming and services | Center City Healthcare, LLC | August 2, 2019 |
| 39 | DJO, LLC | OfficeCare Program Consignment Agreement | Consignment agreement for orthopedic products | TPS IV of PA, LLC | August 2, 2019 |
| 40 | Eagles Taxi, LLC d/b/a 215 Get a Cab | Services Agreement | Cab transportation services for patients | Center City Healthcare, LLC | August 2, 2019 |
| 41 | Edwards Lifesciences LLC | Pricing Agreement | Pricing for custom products with a minimum purchase obligation | Center City Healthcare, LLC | August 2, 2019 |
| 42 | Edwards Lifesciences LLC | Purchase Agreement | Pricing for tissue valves and annuloplasty products | Center City Healthcare, LLC | August 2, 2019 |
| 43 | Edwards Lifesciences LLC | Consignment Agreement | Consignment agreement for heart valves | Center City Healthcare, LLC | August 2, 2019 |
| 44 | Employers Health Network, LLC | Provider Services Agreement | Agreement to provide services | TPS IV of PA, LLC | August 2, 2019 |
| 45 | Enovate Medical, LLC | On-Site Service Statement of Work | Maintenance services for medical carts | Center City Healthcare, LLC | August 2, 2019 |
| 46 | e4 Services, LLC | Master Service Agreement | Agreement for IT consultants | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 47 | ettain group, Inc. | Master Service Agreement | Agreement for IT consultants | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 48 | Exactech US, Inc. | Price Agreement | Pricing and consignment for orthopedic implants | Center City Healthcare, LLC | August 2, 2019 |
| 49 | Financial Recoveries | Financial Recoveries Agreement | Collections services | TPS IV of PA, LLC | August 2, 2019 |
| 50 | Flex Financial, a divison of Stryker Sales Corporation | Short Form Conditional Sale Agreement No. 0010059379 | Financing lease for purchase of skull drills | Center City Healthcare, LLC | August 2, 2019 |
| 51 | Foot & Ankle Center of Philadelphia, LLC | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 52 | Fusaro Brothers, Inc. d/b/a Maxwell Cab Company | Services Agreement | Patient transportation services | Center City Healthcare, LLC | August 2, 2019 |
| 53 | Garda CL Atlantic, Inc. | Amored Car Service Agreement | Armored car services | Center City Healthcare, LLC | August 2, 2019 |
| 54 | Glenn P. Goodhart, DDS | Dental Services Agreement | Provision of dental services for patients | Center City Healthcare, LLC | August 2, 2019 |
| 55 | Global Neurosciences Institute, LLC | Clinical Service Chief, Neurosurgery Coverage and Neurosurgery/Trauma On-Call Coverage Services Agreement | Coverage Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 56 | Hanger Prosthetic and Orthotics, Inc. d/b/a Hanger Clinic | Services Agreement | Orthotic and prosthetic services | Center City Healthcare, LLC | August 2, 2019 |
| 57 | Hahnemann Apothecary Inc. | Services Agreement | Pharmacy services for patients | Center City Healthcare, LLC | August 2, 2019 |
| 58 | Harvard Cardiovascular, Inc. | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage | Center City Healthcare, LLC | August 2, 2019 |
| 59 | Healthcare Administrative Partners, LLC | Coding Services Agreement | Coding for radiology services | TPS IV of PA, LLC | August 2, 2019 |
| 60 | Healthcare Performance Group, Inc. | Master Service Agreement | Agreement for IT consultants | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 61 | Heart Care Consultants | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage | Center City Healthcare, LLC | August 2, 2019 |
| 62 | Hill-Rom Company, Inc. | IT Solutions Purchase and License Master Agreement | Nurse call systems and license to related software | Center City Healthcare, LLC | August 2, 2019 |
| 63 | Hologic, Inc. | Service Agreement | Maintenance service on mammography equipment | Center City Healthcare, LLC | August 2, 2019 |
| 64 | HUB Parking Technology USA, Inc. | Services Agreement | Preventive maintenance and repair for automated parking equipment | Center City Healthcare, LLC | August 2, 2019 |
| 65 | Immaculata University | Service Agreement | Master of Science in Nursing on-site at the hospital | Center City Healthcare, LLC | August 2, 2019 |
| 66 | Interactivity Health Networks | Channel, Subscription and License Agreement | Subscription to Wellness Network channel programming | Center City Healthcare, LLC | August 2, 2019 |
| 67 | ISS Facility Services, Inc. | Services Agreement | Janitorial services at 231 N Broad | Center City Healthcare, LLC | August 2, 2019 |
| 68 | Ivy Hill Cemetery Company | Services Agreement | Cremation services | Center City Healthcare, LLC | August 2, 2019 |
| 69 | JB Venture 4 LLC | Real Property Lease | 2424 East York Street - Units 116-119 | SCHS Pediatric Associates, LLC | August 2, 2019 |
| 70 | KCI USA, Inc. | Product Storage Program Agreement | Equipment placement agreement for vacuum assisted closure products | Center City Healthcare, LLC | August 2, 2019 |
| 71 | Keystone Quality Transport Company | Ambulance Services Agreement | Ambulance services | Center City Healthcare, LLC | August 2, 2019 |
| 72 | Lantheus Medical Imaging, Inc. | Letter | Pricing agreement for injectable solution and minimum commitment | Center City Healthcare, LLC | August 2, 2019 |
| 73 | Limb Technologies, Inc. d/b/a LTI Orthotic Prosthetic Center | Orthotic and Prosthetic Services Agreement | Provides orthotics to patients | Center City Healthcare, LLC | August 2, 2019 |
| 74 | Livanta LLC | Memorandum of Agreement | Agreement for quality improvement review | Center City Healthcare, LLC | August 2, 2019 |
| 75 | LTI Orthotic Prosthetic Center | Services Agreements | Referral Sources Agreement | Center City Healthcare, LLC | August 2, 2019 |
| 76 | Macalino Marketing, Inc. | Services Agreement | Printing and graphic design services | Center City Healthcare, LLC | August 2, 2019 |
| 77 | Magee Rehabilitation Hospital | Laboratory Services Agreement | Laboratory services | Center City Healthcare, LLC | August 2, 2019 |
| 78 | medInt Holdings, LLC | Services Agreement | Image dose monitoring services | Center City Healthcare, LLC | August 2, 2019 |
| 79 | Medtronic USA Inc. | Services Agreement | Maintenance for the ENT 3D Navigator system | Center City Healthcare, LLC | August 2, 2019 |

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 80 | Mentor Worldwide LLC | Consignment Agreement | Consignment agreement for breast implants | Center City Healthcare, LLC | August 2, 2019 |
| 81 | Mentor Worldwide LLC | Single Site Agreement | Pricing agreement for gels and sizers with annual commitment | Center City Healthcare, LLC | August 2, 2019 |
| 82 | MHC Software, LLC | Software License Agreement | Software license for accounts payable | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 83 | MiraMed Global Services, Inc. | Qualified Clinical Data Registry Participation Agreement | Participation in registries by transmitting anesthesiology data | TPS II of PA, LLC | August 2, 2019 |
| 84 | Monterey Medical Solutions, Inc. | Usage Agreement | Software license for pharmacy | Center City Healthcare, LLC | August 2, 2019 |
| 85 | National Marrow Donor Program | Transplant Center Participation Agreement | Services related to stem cell transplants into unrelated patients | Center City Healthcare, LLC | August 2, 2019 |
| 86 | National Marrow Donor Program | Apheresis Center Participation Agreement | Services related to collection of stem cells by therapeutic procedure | Center City Healthcare, LLC | August 2, 2019 |
| 87 | National Marrow Donor Program | Collection Center Participation Agreement | Services related to collection of bone marrow for donation | Center City Healthcare, LLC | August 2, 2019 |
| 88 | National Marrow Donor Program | Related Donor Services Agreement | Services related to stem cell transplants into related patients | Center City Healthcare, LLC | August 2, 2019 |
| 89 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for 231 North Broad | Center City Healthcare, LLC | August 2, 2019 |
| 90 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Primary Care at South Philadelphia | TPS of PA, LLC | August 2, 2019 |
| 91 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Internal Medicine at 2424 East York Street | TPS of PA, LLC | August 2, 2019 |
| 92 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Transplant | TPS IV of PA, LLC | August 2, 2019 |
| 93 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Gynecologic Oncology | TPS IV of PA, LLC | August 2, 2019 |
| 94 | Nixon Uniform Service, Inc. | Customer Service Agreement | Linen and laundry rental and processing for Cardiology | TPS IV of PA, LLC | August 2, 2019 |
| 95 | Northeast Protection Partners Inc. | Sales Agreement | License of software for infant security tags and related maintenance | Center City Healthcare, LLC | August 2, 2019 |
| 96 | Olympus America Inc. | Master Lease Agreement 009132 | Master lease (including schedules 002, 003 and 004) | Center City Healthcare, LLC | August 2, 2019 |
| 97 | Olympus America Inc. | Shared Risk/Reward Agreement | Service and maintenance agreement for equipment | Center City Healthcare, LLC | August 2, 2019 |
| 98 | Outcome Health | Membership Agreement | TVs in waiting rooms | TPS IV of PA, LLC | August 2, 2019 |
| 99 | Paul Tirado | Services Agreement | Database administration and programming development | Center City Healthcare, LLC | August 2, 2019 |
| 100 | Pennsylvania Oral & Maxillofacial Surgery, Ltd. | On-Call Agreement | Physician on-call oral surgery coverage | Center City Healthcare, LLC | August 2, 2019 |