**Exhibit 1**

**Rejected Contracts**

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | Pentec Health, Inc. | Facility Services Agreement | Specialty infusion services for patients with implanted pumps | Center City Healthcare, LLC | August 2, 2019 |
| 2 | PerkinElmer Genetics, Inc. | Agreement | Supplemental newborn screening servcies and post-mortem screening services | Center City Healthcare, LLC | August 2, 2019 |
| 3 | PerkinElmer Genetics, Inc. | Amended and Restated Services Agreement | Pennsylvania mandated newborn screening | Center City Healthcare, LLC | August 2, 2019 |
| 4 | Philadelphia Ear, Nose & Throat Associates | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 5 | Philadelphia Urosurgical Associates | Real Property Lease | 207 North Broad Street - 4th Floor | TPS of PA, LLC | August 31, 2019 |
| 6 | Philadelphia Urosurgical Associates | Real Property Lease | 207 North Broad Street - 5th Floor | Center City Healthcare, LLC | August 31, 2019 |
| 7 | Pinnacle Healthcare Recovery Partners, Inc. | Services Agreement | Accounts receivable collections services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 8 | PNC Bank, National Association | Master License Agreement | License to place ATMs on at the hospital facility | Center City Healthcare, LLC | August 2, 2019 |
| 9 | Precision Laser Specialist, Inc. | Services Agreement | Preventive maintenance on Same Day Surgery equipment | Center City Healthcare, LLC | August 2, 2019 |
| 10 | Prescott's Inc. | Services Agreement | Surgical microscope repair and preventive maintenance | Center City Healthcare, LLC | August 2, 2019 |
| 11 | Prestige Medical Imaging, Inc. | Services Agreement | Maintenance services on the Esaote ultrasound | Center City Healthcare, LLC | August 2, 2019 |
| 12 | Professional Trauma Services, LLC | On-Call Coverage Agreement for Trauma | Physician coverage services for trauma department | TPS IV of PA, LLC | August 2, 2019 |
| 13 | Quality Insights Renal Network 4 | Agreement | End stage renal disease participation agreement | Center City Healthcare, LLC | August 2, 2019 |
| 14 | Randall Thomas, LLC | Services Agreements | Administrative Director for the Hospital's Bloodless Medicine Program | Center City Healthcare, LLC | August 2, 2019 |
| 15 | Rittenhouse Hematology & Oncology | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 16 | R. Smith International, LLC d/b/a Rsource | Master Services Agreement | Third-party revenue recovery and related services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 17 | S&H Ltd. d/b/a Metropolitan Flag & Banner Co. | Services Agreement | Banner installation and printing services | Center City Healthcare, LLC | August 2, 2019 |
| 18 | Sabu, George, M.D. | Agreement for Cardiac Catheterization Emergency Physician On Call Department Coverage | Stemi-Call Coverage | Center City Healthcare, LLC | August 2, 2019 |
| 19 | SeaSpine Sales LLC | Hospital Consignment Agreement | Consignment agreement for demineralized bone fibers | Center City Healthcare, LLC | August 2, 2019 |
| 20 | Sky Nurses, LLC | Medical Transport & Case Management Agreement | Patient transportation services | Center City Healthcare, LLC | August 2, 2019 |
| 21 | Smith & Nephew, Inc. | Consignment Agreement | Consignment agreement for surgical supplies | Center City Healthcare, LLC | August 2, 2019 |
| 22 | Sodexo Management, Inc. | Management Agreement | Cafeteria and patient food services | Center City Healthcare, LLC | August 9, 2019 |
| 23 | SourceHOV Healthcare, Inc. | Master Services Agreement | Outsourced coding and consulting services | Center City Healthcare, LLC | August 2, 2019 |
| 24 | Southampton Window Cleaning & Janitorial Services, Inc. | Services Agreement | Exterior window cleaning services | Center City Healthcare, LLC | August 2, 2019 |
| 25 | Specialty Care, Inc. | Master Clinical Services Agreement | Master agreement to cover perfusion and biomed services | Center City Healthcare, LLC | August 2, 2019 |
| 26 | SpecialtyCare Cardiovascular Resources, Inc. | Services Agreement for Perfusion Services | Perfusion services | Center City Healthcare, LLC | August 2, 2019 |
| 27 | SpecialtyCare, Inc., as agent for SpecialtyCare Cardiovascular Resources, Inc. | Services Agreement for Biomedical Services | Biomedical maintenance services | Center City Healthcare, LLC | August 2, 2019 |
| 28 | Spok, Inc. | Maintenance and Support Agreement | Maintenance and support for MediCall consoles | Center City Healthcare, LLC | August 2, 2019 |
| 29 | St. Agnes MOB, LLC | Real Property Lease | 1930 South Broad Street - Suites J and K and Ground Floor | TPS of PA, LLC | August 2, 2019 |
| 30 | Strassheim Graphic Design & Press Corp. | Services Agreement | Printing, graphic design, bulk mailing, and other postal or printing related services | Center City Healthcare, LLC | August 2, 2019 |
| 31 | Stryker Neurovascular | Consignment Amendment | Consignment agreement for neurovascular supplies | Center City Healthcare, LLC | August 2, 2019 |
| 32 | Stryker Sales Corporation | Equipment Usage Agreement | Lease of air blowers | Center City Healthcare, LLC | August 2, 2019 |
| 33 | Sunrise Support Services | Services Agreement | Janitorial services on the 3rd floor of 227 N. Broad | TPS IV of PA, LLC | August 2, 2019 |
| 34 | The Anesthesia Quality Institute | Participation Agreement | Participation in the National Anesthesia Clinical Outcomes Registry | TPS II of PA, LLC | August 2, 2019 |
| 35 | The Visiting Nurse Association of Greater Philadelphia | Palliative Care Services Agreement | Provision of palliative care to patients | Center City Healthcare, LLC | August 2, 2019 |
| 36 | The Visiting Nurse Association of Greater Philadelphia (Hospice Services) | Inpatient Hospice Services Agreement | Provision of hospice inpatient care to patients | Center City Healthcare, LLC | August 2, 2019 |
| 37 | Titan Health Management Solutions, Inc. | Master Services Agreement | Master agreement for statements of work | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 38 | Titan Health Management Solutions, Inc. | Statement of Work 1A | Zero balance audit and recovery | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 39 | Tipton Communications Group, Inc. | Consulting Agreement | Provision of palliative care to patients | Center City Healthcare, LLC | August 2, 2019 |
| 40 | Tozour Energy Systems, Inc. | Quote# QJ-1967 | Repair services for chillers in North Tower | Center City Healthcare, LLC | August 2, 2019 |
| 41 | Translogic Corporation d/b/a Swisslog Healthcare Solutions | Services Agreement | Preventive maintenance for pneumatic tube system | Center City Healthcare, LLC | August 2, 2019 |
| 42 | Transworld Systems Inc. | Services Agreement | Collections services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 43 | UMS Lithotripsy Services of Greater Philadelphia, LLC | Lithotripsy Services Agreement | Mobile equipment and services to perform lithotripsy services | Center City Healthcare, LLC | August 2, 2019 |
| 44 | UMS MR Fusion Services of Eastern PA, LLC | Equipment Lease and Support Agreement | Rental of a mobile fusion biopsy system once a month | Center City Healthcare, LLC | August 2, 2019 |
| 45 | Urologic Consultants of Southeastern Pennsylvania | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 46 | Urologic Surgeons, Inc. | Shared Marketing Agreement | Joint promotion of medical services | Center City Healthcare, LLC | August 2, 2019 |
| 47 | US Regional Occupational Health II, PC d/b/a WORKNET | Services Agreement | Employment health screenings for new residents | Center City Healthcare, LLC | August 2, 2019 |
| 48 | USA-Clean, Inc. | Services Agreement | Maintenance and repairs for hospital owned floor care equipment | Center City Healthcare, LLC | August 2, 2019 |
| 49 | Vanguard Cleaning Systems, Inc. d/b/a Vanguard Cleaning Systems of Philadelphia | Services Agreement | Environmental services at South Broad Street clinic | TPS IV of PA, LLC | August 2, 2019 |
| 50 | VIE Healthcare, Inc. | Non-Labor Cost Savings Engagement | Performance and cost improvement consulting services | Philadelphia Academic Health System, LLC | August 2, 2019 |
| 51 | Vitalant | Therapeutic Apheresis Services Agreement | Therapeutic apheresis services | Center City Healthcare, LLC | August 2, 2019 |
| 52 | Web.com Group, Inc. | Services Agreement | Pay-per-click marketing services for bariatric program | Center City Healthcare, LLC | August 2, 2019 |
| 53 | Zimmer Biomet CMF & Thoracic, LLC | Consignment Agreement | Consignment agreement for skull plates | Center City Healthcare, LLC | August 2, 2019 |