## Exhibit 1

**Rejected Agreements**

| No. | Counterparty Name | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 1 | Ahmad, Mian | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 2 | Al-Mamoori, Bassam | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 3 | Bhandari, Vineet | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |
| 4 | Bianco, Brian | Employment Agreement | TPS III of PA, L.L.C. | August 25, 2019 |
| 5 | Brandt, Kathryn | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 6 | Costic, Joseph | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 7 | DeAngelis, Mario | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 8 | Eneanya, Dennis | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 9 | Fan, Wen-Lin | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 10 | Feldstein, David | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 11 | Feyssa, Eyob | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 12 | Fleishman, Rachel | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |
| 13 | George, Shelley | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 14 | Gingrich, Kevin | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 15 | Gonzalez, Mario | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 16 | Grant, Kinzya | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 17 | Green, Michael | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 18 | Green, Parmis | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 19 | Guy, Stephen | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 20 | Harbhajan, Chawla | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |
| 21 | Harding, Susan | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 22 | Hoffman, Christopher | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 23 | Hogan, Danika | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 24 | Horrow, Jay | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 25 | Im, Mary | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 26 | Jankowski, Marcin | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 27 | Jarra, Hadijatou | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 28 | Johanson, Norman | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 29 | Joshi, Swosti | Employment Agreement | SCHC Pediatric Associates, L.L.C. | September 20, 2019 |

| No. | Counterparty Name | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 30 | Kalikiri, Pramood | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 31 | Kazmi, Khuram | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 32 | Khalsa, Amrit | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 33 | Kim, Andrew | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 34 | Koenigsberg, Robert | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 35 | Komarnicky, Lydia | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 36 | Krisch, Robert | Employment Agreement | TPS III of PA, L.L.C. | August 25, 2019 |
| 37 | Langevin, Paul | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 38 | Laub, Glenn | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 39 | Lingarju, Nagaraj | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 40 | Liu, Henry | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 41 | Malayaman, Saninuj | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 42 | McCracken, Brendan | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 43 | Miller, Anthony | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 44 | Munoz, Santiago | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 45 | Nunez, Alberto | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 46 | Odenigbo, Vincent | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 47 | Okum, Gary | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 48 | Parrillo, Douglas | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 49 | Patel, Pankaj | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 50 | Potigailo, Valeria | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 51 | Rashidian, Farshad | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 52 | Reich, David | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 53 | Riera, Andres | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 54 | Rubin, Jonathan | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 55 | Ruth, Corey | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 56 | Sanders-Tarasov, Jaime | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 57 | Sayeed, Mohammad | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 58 | Shah, Mitesh | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 59 | Shang, Sherry | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 60 | Spitzer, Laurence | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |

| No. | Counterparty Name | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|
| 61 | Stabile, Richard | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 62 | Talucci, Raymond | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 63 | Tom, James | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 64 | Tortella, Bartholomew | Employment Agreement | TPS III of PA, L.L.C. | August 25, 2019 |
| 65 | Treacy, Erin | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 66 | Trebelev, Alexander | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 67 | Veklser, Ekaterina | Employment Agreement | TPS IV of PA, L.L.C. | August 25, 2019 |
| 68 | Xiao, Gary | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |
| 69 | Zebrower, Marcus | Employment Agreement | TPS II of PA, L.L.C. | August 25, 2019 |

35699104.5 08/19/2019