# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC  d/b/a HAHNEMANN UNIVERSITY HOSPITAL
**COURTROOM LOCATION:** 3
**CASE NO.:** 19-11466 (KG)
**DATE:** 8/19/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Taylor | Ashby + Geddes | Capital One Bank |
| Louis Curcio | Troutman Sanders | Capital One Bank |
| Andrew Sherman | Sills Cummis | Committee |
| Doris Markowitz | DLA | HSRE-PAHH, LLC |
| Stuart Brown | DLA | " |
| Kaitlin Mackowin | DLA | " |
| Patrick Jackson | Drinker Biddle & Reath | Thomas Jefferson University |
| John Demmy | Saul Ewing | Debtors |
| Mark Minuti | " | " |
| Rich Barkasy | Schnader Harrison Segal + Lewis LLP | PA Dept. of Health |
| Thomas Horan | Fox Rothschild | Committee |
| Michael Merchant | Richards Layton | BAHH/Roxborough/Broad St hosp |
| Stephen Hackney | Kirkland & Ellis | Tenet / center |
| Nicholas Wasdin | " | " |
| Gregory Pesce | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | " |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC
d/b/a HAHNEMANN UNIVERSITY HOSPITAL
**CASE NO.:** 19-11466 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 8/19/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paige Topper | Morris, Nichols | ACME |
| Monique DiSabatino | Saul Ewing | Debtors |
| Kent Hayden | Kirkland & Ellis | Tenet/Conifer |
| Jobey Paluz | Ballard Spahr | Drexel |
| Vince Marriott | Ballard Spahr | Drexel |
| R. Stephen McNeill | Potter Anderson | SBJ Group Inc |
| M. Lastowski | Duane Morris | Chubb |
| Juliet Sarkessian | U.S. Trustee | |
| Gretchen Santamour | Stradley Ronon Stevens Young | MidCap |
| Joseph Arozzi | Stradley Ronon | MidCap |
| Joelle Polesky | ,,,, | ,,,, |
| Megan Harper | City of Phila | City of Phila |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC  
d/b/a HAHNEMANN UNIVERSITY HOSPITAL  
**COURTROOM LOCATION:** 3

**CASE NO.:** 19-11466 (KG)  
**DATE:** 8/19/19

②

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paige Topper | Morris, Nichols | ACGME |
| Monique DiSabatino | Saul Ewing | Debtors |
| Kent Hayden | Kirkland & Ellis | Tenet / Conifer |
| Jobey Paluz | Ballard Spahr | Drexel |
| Vince Marriott | Ballard Spahr | Drexel |
| R. Stephen McNeill | Potter Anderson | SBJ Group Inc |
| M. Lastowski | Duane Morris | Chubb |
| Juliet Sarkessian | U.S. Trustee | |
| Gretchen Santamour | Stradley Ronon Stevens Young | MidCap |
| Joseph Argenti | Stradley Ronon | MidCap |

# Court Conference

**Calendar Date:** 08/19/2019
**Calendar Time:** 01:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Same Day  Aug 19 2019  9:56AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9992501 | Svetlana Attestatova | (302) 421-6839 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9995877 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones Newswire & Co. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9992507 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9993420 | Matthew Brooks | (404) 885-2618 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9994539 | Doug Carlson | (302) 658-9200 ext. | ACGME | Interested Party, ACGME / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9995908 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9996238 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9993550 | Marita Erbeck | (973) 549-7076 ext. | Drinker Biddle & Reath LLP | Interested Party, Thomas Jefferson University / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9992502 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9928003 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Medtronic USA / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9993281 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9996099 | Benjamin Ilhardt | (312) 462-6424 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9989527 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |

| Debtor | Case # | Proceeding | ID | Name | Firm | Representing |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9984062 | Gary E. Klausner | Levene Neale Bender Yoo & Brill | Interested Party, Strategic Global / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993609 | Robert Lapowsky | Stevens & Lee, P.C. | (215) 751-2866 ext. — Interested Party, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993714 | Francis Lawall | Pepper Hamilton LLP | (215) 981-4481 ext. — Interested Party, Temple University Health System / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9989654 | Lawrence A. Lichtman | Honigman Miller Schwartz and Cohn LLP | (313) 465-7590 ext. — Creditor, SBJ Group Inc. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995989 | Mitchell Malzberg | Law Offices of Mitchell J. Malzberg, LLC | (908) 323-2958 ext. — Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9990095 | Wendy G. Marcari | Epstein Becker & Green, P.C. | (212) 351-4500 ext. — Creditor, Guthrie Health and Medical Care / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993432 | Jessica D. Mikhailevich | Troutman Sanders LLP | (212) 704-6350 ext. — Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9992510 | Grace Muranaga | Paladin Healthcare | (310) 414-2700 ext. — Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9996040 | Margaret Newell | U.S. Department of Justice - Civil Division | (202) 305-7590 ext. — Creditor, United States / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9990764 | Lawrence Park | CRG Financial LLC | (201) 266-6988 ext. — Interested Party, CRG Financial LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9996604 | Pearl Pham | Philadelphia Gas Works | (215) 684-6631 ext. — Creditor, Philadelphia Gas Works / LIVE |
| Center City Health Care, LLC dba Hahnemann University | 19-11466 | Hearing | 9989651 | E. Todd Sable | Honigman Miller Schwartz and Cohn LLP | (313) 465-7548 ext. — Creditor, SBJ Group Inc. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9992504 | Kyle Schmidt | American Academic | (310) 414-2700 ext. — Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995974 | Agatha Serda | Pachulski Stang Ziehl & Jones | (302) 778-6401 ext. — Consultant, Tenet Business Services Corporation / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9984026 | Kathryn Stevens | Vedder Price P.C. | (312) 609-7803 ext. — Creditor, MidCap Funding / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9974371 | Vikas Tandon | JMB Capital Lending LLC | (310) 286-2929 ext. — Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995875 | Jennifer M. Taylor | O'Melveny & Myers, LLP | (415) 984-8922 ext. — Representing, Philadelphia Academic Health Holdings, LLC et al / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9994088 | Paige N. Topper | (302) 351-9148 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Accreditation council for Graduate Medical Education / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9990197 | Suzzanne S. Uhland | (212) 408-2409 ext. | O'Melveny & Myers, LLP | Interested Party, American Academic Health Systems, Joel Freedman & Philadelphia Academic Healt / LI |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9992714 | Lee P. Whidden | (212) 632-8389 ext. | Dentons US, LLP | Interested Party, Cooper University Healthcare / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9995972 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9993390 | Richard Zucker | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, MidCat / LISTEN ONLY |

# U.S. Bankruptcy Court-District of Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Kevin Gross
# Courtroom

## Court Conference

| Calendar Date: | 08/20/2019 |
|---|---|
| Calendar Time: | 09:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997842 | Svetlana Attestatova | (302) 421-6839 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997895 | Tressa Bauer | (301) 280-4525 ext. | Capital One HealthCare | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997872 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997859 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997875 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997820 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997941 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9998197 | Gary E. Klausner | (310) 229-3360 ext. | Levene Neale Bender Yoo & Brill | Interested Party, Strategic Global / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997822 | Lawrence A. Lichtman | (313) 465-7590 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997871 | Grace Muranaga | (310) 414-2700 ext. | Paladin Healthcare | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997827 | E. Todd Sable | (313) 465-7548 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997851 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9997853 | Kathryn Stevens | (312) 609-7803 ext. | Vedder Price P.C. | Creditor, MidCap Funding / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 9997974 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Lending LLC | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 9997906 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 08/21/2019
Calendar Time: 09:00 AM ET

Amended Calendar  Aug 21 2019  6:39AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001069 | Svetlana Attestatova | (302) 421-6839 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001081 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One, N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001090 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001103 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001118 | Matthew Brooks | (404) 885-2618 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001091 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10002075 | Kevin DeLuise | (646) 485-5090 ext. | FTI Consulting | Interested Party, HSRE / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001112 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, Joel Freedman / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001072 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10002063 | Benjamin Ilhardt | (312) 462-6424 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001032 | Andrew Keiser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10002037 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10001116 | Michael Merchant | (302) 651-7854 ext. | Richards, Layton & Finger, P.A. | Interested Party, American Academic Health Systems, LLC et al / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10001108 | Jessica D. Mikhailevich | Troutman Sanders LLP | (212) 704-6350 ext. | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10002084 | Lawrence Park | CRG Financial LLC | (201) 266-6988 ext. | Interested Party, CRG Financial LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10001128 | Diana Perez | O'Melveny & Myers, LLP | (212) 326-2163 ext. | Debtor, Center City Health Care, LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10001094 | Kyle Schmidt | American Academic | (310) 414-2700 ext. | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10002068 | Agatha Serda | Pachulski Stang Ziehl & Jones | (302) 778-6401 ext. | Consultant, Tenet Business Services Corporation / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10001163 | Kathryn Stevens | Vedder Price P.C. | (312) 609-7803 ext. | Creditor, MidCap Funding / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10002080 | Vikas Tandon | JMB Capital Lending LLC | (310) 286-2929 ext. | Lender(s), JMB Capital Lending LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10001133 | Jennifer M. Taylor | O'Melveny & Myers, LLP | (415) 984-8922 ext. | Representing, Philadelphia Academic Health Holdings, LLC et al / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10001120 | Suzzanne S. Uhland | O'Melveny & Myers, LLP | (212) 408-2409 ext. | Interested Party, American Academic Health Systems, Joel Freedman & Philadelphia Academic Healt / LI |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10002067 | J. Scott Victor | SSG Capital Advisors, LLC | (610) 940-5802 ext. | Financial Advisor, Center City Healthcare, LLC / LIVE |