# EXHIBIT B

# Herman Goldner Company

| Customer ID | Document Type | Invoice Date | Invoice Number | H G C Project | Customer PO Number | Original Invoice Amount | Job Name |
|---|---|---|---|---|---|---|---|
| STCHRI19134 | Invoice | 2/23/2019 | JC35640 | 193929 | 033D 248100 | $29,215.00 | ST CHRIS ANNEX RTU 15T MU#1 |
| STCHRI19101 | Invoice | 2/23/2019 | JC35639 | 193992 | 033D 249287 | $9,048.00 | ST CHRIS TRANE INTELL BLOWER |
| STCHRI19101 | Invoice | 5/1/2019 | MAINT014826 | | 0868-221130 | $3,087.72 | |
| STCHRI19101 | Invoice | 5/3/2019 | SRVCE084253 | 190425-0019 | | $2,584.72 | ST. CHRISTOPHER'S HOSPITAL FOR |
| STCHRI19101 | Invoice | 5/11/2019 | JC36230 | 194189 | 033D251674 | $21,614.00 | ST CHRIS WATER METER ISOLA VAL |
| STCHRI19101 | Invoice | 5/31/2019 | SRVCE084718 | 190506-0022 | 033D-252482 | $1,456.00 | ST CHRIS HOSP CATH LAB IV MRI |
| STCHRI19101 | Invoice | 6/27/2019 | SRVCE085189 | 190514-0014 | 033D-252483 | $1,685.88 | ST CHRIS HOSP CATH LAB IV MRI |
| STCHRI19101 | Invoice | 6/27/2019 | SRVCE085194 | 190530-0027 | | $1,913.07 | ST CHRIS HOSP CATH LAB IV MRI |
| STCHRI19101 | Invoice | 7/3/2019 | JC36590 | 194189 | 033D251674 | $3,864.00 | ST CHRIS WATER METER ISOLA VAL |

11125129/1