## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE   :
                              : SS:
NEW CASTLE COUNTY   :

     I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on August 23, 2019, I caused to be served:

### NOTICE OF HERMAN GOLDNER CO., INC.
### FILING AND PERFECTION OF MECHANIC'S LIEN
### PURSUANT TO 11 U.S.C. §§ 362(b)(3) AND 546(b)

     Service was completed upon the parties on the attached list as indicated thereon.

Dated: August 23, 2019

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 23rd day of August, 2019.

_____
Notary

**VIA HAND DELIVERY**
Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
[Counsel for Debtors and Debtors in
Possession]

Thomas M. Horan, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
[Counsel for the Official Committee of
Unsecured Creditors]

Joelle E. Polesky, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
[Attorneys for creditors MidCap Funding IV
Trust and MidCap Financial Trust]

Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

**VIA U.S. MAIL**
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
[Counsel for Debtors and Debtors in
Possession]

Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
[Counsel for the Official Committee of
Unsecured Creditors]

Gretchen M. Santamour, Esq.
Deborah Reperowitz, Esq.
Mark J. Dorval, Esq.
Joseph W. Catuzzi, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
[Attorneys for creditors MidCap Funding IV
Trust and MidCap Financial Trust]

Kathryn L. Stevens, Esq.
David L. Kane, Esq.
Stradley Ronon Stevens & Young, LLP
222 North LaSalle Street
Chicago, IL 60601
[Attorneys for creditors MidCap Funding IV
Trust and MidCap Financial Trust]