**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) **Re: Docket Nos. 53, 172 and 508** |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING REVISED FINAL ORDER
(I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING;
(II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL;
(III) GRANTING ADEQUATE PROTECTION; (IV) GRANTING ADEQUATE
PROTECTION AND MODIFYING THE AUTOMATIC STAY**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On July 1, 2019, the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [D.I. 53] (the "**DIP Financing Motion**")[2] was filed with the Court.

2. On July 12, 2019, the Court entered the *Interim Order Under 11 U.S.C. §§ 105, 361, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014;*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the DIP Financing Motion.

*(I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and 4001(c)* [D.I. 172].

3.  On August 16, 2019, the Debtors filed the *Notice of Filing of (A) Proposed Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying the Automatic Stay; and (B) Amendment to DIP Credit Agreement* [D.I. 508] (the "**DIP Notice**") attached to which as Exhibit A was a proposed final order approving the DIP Financing Motion (the "**Original Proposed Order**").

4.  A hearing on the DIP Financing Motion was held on August 19, 2019, August 20, 2019 and August 22, 2019 (together, the "**Hearing**").  At the Hearing, the Court indicated that it would approve the DIP Financing Motion on a final basis, subject to certain revisions discussed on the record at the Hearing.

5.  Attached hereto as **Exhibit "A"** is a revised proposed final order approving the DIP Financing Motion (the "**Revised Proposed Order**") that reflects the changes discussed at the Hearing and certain other agreed changes.

6.  Attached hereto as **Exhibit "B"** is a redline of the Revised Proposed Order that reflects the changes made to the Original Proposed Order.

7.  The Revised Proposed Order was circulated to the Office of the United States Trustee, MidCap IV Funding Trust, the Official Committee of Unsecured Creditors, Harrison Street Real Estate, Tenet Business Services Corporation, Conifer Revenue Cycle Solutions, LLC and counsel to Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC.  The Debtors are not aware of any objections to the Revised Proposed Order.

2

8. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: August 23, 2019            **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*