**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: September 5, 2019 at 4:00 p.m. (ET)** |
| | ) |

**REPORT BY EISNERAMPER LLP OF
COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
PERIOD OF JUNE 30, 2019 THROUGH JULY 31, 2019**

Exhibit A:  Summary of Compensation by Project Category
Summary of Hours by Professional
Summary Description of Services Provided

Exhibit B:  Itemized Expenses

      EisnerAmper LLP ("**EisnerAmper**") hereby submits this First Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period June 30, 2019 through July 31, 2019[2] for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $442,305.00. EisnerAmper incurred $28,543.45 expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The fee and expenses structure approved per the Court Order dated August 2, 2019 [D.I. 338] reflects that EisnerAmper will bill the Debtors $92,250 on a weekly basis for fees incurred. Based on a normal five (5)-day work week, the period of July 29, 2019 through July 31, 2019, represents 3/5 of a week ($55,350).

# **EXHIBIT A**

**Summary of Compensation by Project Category**
**Summary of Hours by Professional**

Exhibit A

| Project Category | Sum of Hours |
|---|---:|
| **Business Analysis** | **158.9** |
|   Andrew Still | 125.0 |
|   Gabrielle Goitiandia | 6.4 |
|   Robert Champion Jr. | 0.8 |
|   Timothy Gorton | 26.7 |
| **Business Operations** | **73.2** |
|   Allen Wilen | 19.0 |
|   Dion Oglesby | 54.2 |
| **Consulting** | **1201.2** |
|   Allen Wilen | 196.6 |
|   Ayesha Medina | 9.0 |
|   Benjamin Sternberg | 22.8 |
|   Dianna Dreskin | 20.0 |
|   Dion Oglesby | 258.7 |
|   Helen Boateng | 4.5 |
|   Michael McLafferty | 7.5 |
|   Michael Swain | 14.1 |
|   Robert Champion Jr. | 38.5 |
|   Ronald Dreskin | 353.0 |
|   Sheldon Orlov | 124.5 |
|   Steven Bisciello | 7.0 |
|   Timothy Gorton | 130.5 |
|   Tyler Tracewski | 14.5 |
| **Court Hearings** | **11.2** |
|   Allen Wilen | 11.2 |
| **Data Analysis** | **36.1** |
|   Andrew Still | 36.1 |
| **Grand Total** | **1480.6** |

| Project Category | Sum of Hours |
|---|---:|
| Business Analysis | 158.9 |
| Business Operations | 73.2 |
| Consulting | 1201.2 |
| Court Hearings | 11.2 |
| Data Analysis | 36.1 |
| **Grand Total** | **1480.6** |

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional**
**June 30, 2019 through July 31, 2019**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Allen D. Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 226.8 | $ 630.00 | $ 142,884.00 |
| Ronald Dreskin | Partner | 353.0 | 550.00 | 194,150.00 |
| Dion Oglesby | Director | 312.9 | 540.00 | 168,966.00 |
| Sheldon Orlov | Director | 124.5 | 500.00 | 62,250.00 |
| Steven Bisciello | Director | 7.0 | 430.00 | 3,010.00 |
| Timothy Gorton | Manager | 157.2 | 390.00 | 61,308.00 |
| Tyler Tracewski | Manager | 14.5 | 380.00 | 5,510.00 |
| Andrew Still | Manager | 161.1 | 300.00 | 48,330.00 |
| Dianna Dreskin | Staff II | 20.0 | 255.00 | 5,100.00 |
| Helen Boateng | Staff II | 4.5 | 250.00 | 1,125.00 |
| Robert Champion, Jr. | Staff II | 39.3 | 235.00 | 9,235.50 |
| Benjamin Sternberg | Staff II | 22.8 | 215.00 | 4,902.00 |
| Michael Swain | Staff I | 14.1 | 180.00 | 2,538.00 |
| Ayesha Medina | Staff I | 9.0 | 175.00 | 1,575.00 |
| Gabrielle Goitiandia | Staff I | 6.4 | 150.00 | 960.00 |
| **TOTAL HOURS AND FEES** | | | | 711,843.50 |
| **LESS: VOLUNTARY REDUCTION RELATING TO MONTHLY CAP** | | | | (287,493.50) |
| | | | | 424,350.00 |
| Michael McLafferty | D. of Finance | 57.0 | 315.00 | 17,955.00 |
| **GRAND TOTAL** | | 1530.1 | $ 289.07 | $442,305.00 |

Exhibit A

## Services provided during the period from June 30, 2018 to July 31. 2019

**Preparation of Statements of Financial Affairs and Bankruptcy Schedules** – Assisted in the compiling of data and preparation of the Statements and Schedules for all 14 Debtors. Process involved detailed coordination across all business units and the translation of various types of information to meet the needs of the requests.

**Internal Accounting and Operations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system. Served as primary accounting leadership in generating reports for various vendor and third party requests, and coordinating the creation and timely reporting of financial information.

**Cash Management / Vendor Relations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system. Served as primary accounting leadership in cash management, and the monitoring of daily and projected cash flow needs.

**Hospital Closure Plan Development and Implementation** – Worked with Debtor leadership team, and all related personnel and third parties, including the City and State related to the closure of Hahnemann. Managed a team of 15+ department leads in order to address appropriate risks and make decisions relating to patient safety to achieve the best possible outcome for all those involved.

**Billing and Information Technology Analysis** – Secured third party vendors for billing and IT needs. Continued ongoing communications/negotiations with Tenet. Coordinate the resolution of IT issues resulting from significant turnover.

**Union Negotiations and Discussions** – worked with the general counsel team for the hospital system in negotiations and discussions with PASNAP and 1199C union leaders in achieving the best possible outcomes for all parties involved.

**Pension Plan Issues** – Included a review and assessment of the withdrawal liability claim filed by 1199C including discussions with counsel regarding next steps and valuation issues. Directed the continuation of processing payments of current pension liabilities and obligations.

**Financing Related Activities** – Evaluated several potential DIP lenders. Completed analysis and workup to determine appropriate structure pricing, collateral, and asset recovery. Continuously monitor weekly DIP performance and coordination of Debtor employees in order to make appropriate adjustments.

**Lease and Property related analyses** – Coordinated with legal counsel to evaluate leases and property to keep/reject during bankruptcy process. Included the evaluation and analysis of approximately 200 inter-related leases.

**Graduate Medical Education Closure and Sale** – Coordinated negotiations with CMS, ACMGE, Regulators, and City/State officials around the GME closure and sale issues. Worked with residents and officials to confirm funding information and relevant steps required to ensure the continuation of their residencies at other institutions. Sought to ensure the best possible outcome for all involved.

**Process improvement and Physician Practice Assessment** – Continued evaluation and execution of revenue cycle initiatives and the denial recovery analysis. Managed the shutdown of HUH Physician Groups. Coordinated on-going dialogue and communications with Conifer.

**Drexel / AAA related issues** – Incorporated the analysis of Drexel AAA agreement as it relates to the liquidation of HUH and the impact of the contract on claims.

Exhibit A

**Tenet and Conifer Issues** – On-going dialogue and communications with Tenet/Conifer and their legal and financial advisors.

# **EXHIBIT B**

**Itemized Expenses**

| TransDate | Tkpr ID | Tkpr Name | Expense | CostAmt | Narrative |
|---|---|---|---|---|---|
| 7/18/2019 | 11006 | Wilen, Allen | Mileage | $ 25.52 | Mileage Client Visit |
| 7/25/2019 | 28157 | Dreskin, Ronald | Mileage | 154.28 | Mileage trip to philly |
| 7/26/2019 | 11006 | Wilen, Allen | Mileage | 27.26 | Mileage Court Hearing- DIP |
| 7/30/2019 | 11006 | Wilen, Allen | Mileage | 25.52 | Mileage Client Visit |
| 7/31/2019 | 11006 | Wilen, Allen | Mileage | 25.52 | Mileage Client Visit |
| | | | **Mileage** | **258.10** | |
| 7/1/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 77.14 | Mileage /Tolls |
| 7/2/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 77.14 | Mileage /Tolls |
| 7/7/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 40.00 | Parking/Tolls parking |
| 7/8/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 77.14 | Mileage /Tolls |
| 7/9/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 77.14 | Mileage /Tolls |
| 7/11/2019 | 11006 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls BBH Update |
| 7/11/2019 | 11006 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls BBH Update |
| 7/18/2019 | 11006 | Wilen, Allen | Parking/Tolls | 24.00 | Parking/Tolls Parking |
| 7/19/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 58.00 | Parking/Tolls parking |
| 7/24/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 28.00 | Parking/Tolls parking |
| 7/25/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 30.00 | Parking/Tolls parking |
| 7/26/2019 | 11006 | Wilen, Allen | Parking/Tolls | 16.00 | Parking/Tolls Court Hearing- DIP |
| 7/27/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 70.00 | Parking/Tolls parking |
| 7/30/2019 | 11006 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client visit |
| 7/30/2019 | 11006 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client visit |
| 7/30/2019 | 11006 | Wilen, Allen | Parking/Tolls | 24.00 | Parking/Tolls BRG UCC Meeting |
| 7/31/2019 | 28157 | Dreskin, Ronald | Parking/Tolls | 5.00 | Parking/Tolls parking |
| 7/31/2019 | 11006 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Visit |
| 7/31/2019 | 11006 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client visit |
| | | | **Parking/Tolls** | **648.56** | |
| 6/30/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 119.00 | Airline,RR,etc Travel from NYC to Philly |
| 6/30/2019 | 27321 | Oglesby, Dion | Airline,RR,etc | 1,580.00 | Airline,RR,etc Monthly train ticket to client site in Ph |
| 7/2/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 296.00 | Airline,RR,etc train |
| 7/3/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 158.00 | Airline,RR,etc train to philly |
| 7/7/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 137.00 | Airline,RR,etc train to philly |
| 7/7/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 97.00 | Airline,RR,etc Travel from NYC to Philly |
| 7/9/2019 | 28753 | Champion Jr., Robert | Airline,RR,etc | 152.00 | Airline,RR,etc Rail |
| 7/9/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 286.00 | Airline,RR,etc train |
| 7/10/2019 | 28753 | Champion Jr., Robert | Airline,RR,etc | 150.00 | Airline,RR,etc Train |
| 7/10/2019 | 27321 | Oglesby, Dion | Airline,RR,etc | 133.00 | Airline,RR,etc Dion Oglesby train ticket from client to |
| 7/11/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 119.00 | Airline,RR,etc Travel from Philly to NYC home |
| 7/12/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 266.00 | Airline,RR,etc train |
| 7/12/2019 | 27321 | Oglesby, Dion | Airline,RR,etc | 133.00 | Airline,RR,etc Dion Oglesby return train ticket from c |
| 7/14/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 160.00 | Airline,RR,etc train |
| 7/14/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 152.00 | Airline,RR,etc Travel to Philly from NY for week work |
| 7/15/2019 | 28753 | Champion Jr., Robert | Airline,RR,etc | 113.00 | Airline,RR,etc Train |
| 7/18/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 231.00 | Airline,RR,etc train |
| 7/18/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 60.00 | Airline,RR,etc Travel from Philly to NYC/home |
| 7/19/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 70.00 | Airline,RR,etc train |
| 7/21/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 60.00 | Airline,RR,etc Travel from NYC to Philly for workweel |
| 7/22/2019 | 28152 | Tracewski, Tyler | Airline,RR,etc | 208.31 | Airline,RR,etc Travel |
| 7/22/2019 | 28152 | Tracewski, Tyler | Airline,RR,etc | 38.55 | Airline,RR,etc Travel |

| TransDate | Tkpr ID | Tkpr Name | Expense | CostAmt | Narrative |
|---|---|---|---|---|---|
| 7/24/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 292.00 | Airline,RR,etc train |
| 7/24/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 323.00 | Airline,RR,etc train |
| 7/24/2019 | 28157 | Dreskin, Ronald | Airline,RR,etc | 296.00 | Airline,RR,etc train |
| 7/25/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 60.00 | Airline,RR,etc Travel from Philly to NY home |
| 7/28/2019 | 29141 | Gorton, Timothy | Airline,RR,etc | 60.00 | Airline,RR,etc Travel to Philly for work week |
| 7/30/2019 | 27321 | Oglesby, Dion | Airline,RR,etc | 1,580.00 | Airline,RR,etc Dion Oglesby Monthly train ticket for t |
| | | | **Airline, RR, etc** | **7,329.86** | |
| 6/30/2019 | 29141 | Gorton, Timothy | Hotel | 20.63 | Hotel Overnights at client location |
| 6/30/2019 | 29141 | Gorton, Timothy | Hotel | 126.00 | Hotel Overnights at client location |
| 7/1/2019 | 29141 | Gorton, Timothy | Hotel | 158.26 | Hotel Overnights at client location |
| 7/2/2019 | 29141 | Gorton, Timothy | Hotel | 158.26 | Hotel Overnights at client location |
| 7/2/2019 | 28153 | Orlov, Sheldon | Hotel | 25.27 | Hotel Philly |
| 7/2/2019 | 28153 | Orlov, Sheldon | Hotel | 160.55 | Hotel Philly |
| 7/7/2019 | 29141 | Gorton, Timothy | Hotel | 23.90 | Hotel Hotel - client location for week work |
| 7/7/2019 | 29141 | Gorton, Timothy | Hotel | 146.00 | Hotel Hotel - client location for week work |
| 7/8/2019 | 29141 | Gorton, Timothy | Hotel | 27.18 | Hotel Hotel - client location for week work |
| 7/8/2019 | 29141 | Gorton, Timothy | Hotel | 166.00 | Hotel Hotel - client location for week work |
| 7/8/2019 | 28153 | Orlov, Sheldon | Hotel | 24.05 | Hotel pahs |
| 7/8/2019 | 28153 | Orlov, Sheldon | Hotel | 208.05 | Hotel pahs |
| 7/9/2019 | 28753 | Champion Jr., Robert | Hotel | 143.10 | Hotel Hotel |
| 7/9/2019 | 28753 | Champion Jr., Robert | Hotel | 23.42 | Hotel Hotel |
| 7/9/2019 | 29141 | Gorton, Timothy | Hotel | 31.91 | Hotel Hotel - client location for week work |
| 7/9/2019 | 29141 | Gorton, Timothy | Hotel | 195.00 | Hotel Hotel - client location for week work |
| 7/10/2019 | 28753 | Champion Jr., Robert | Hotel | 45.41 | Hotel Hotel |
| 7/10/2019 | 28753 | Champion Jr., Robert | Hotel | 293.02 | Hotel Hotel |
| 7/10/2019 | 29141 | Gorton, Timothy | Hotel | 57.60 | Hotel Hotel - client location for week work |
| 7/10/2019 | 29141 | Gorton, Timothy | Hotel | 352.00 | Hotel Hotel - client location for week work |
| 7/14/2019 | 29141 | Gorton, Timothy | Hotel | 35.18 | Hotel Hotel stay for workweek |
| 7/14/2019 | 29141 | Gorton, Timothy | Hotel | 215.00 | Hotel Hotel stay for workweek |
| 7/15/2019 | 28753 | Champion Jr., Robert | Hotel | 224.10 | Hotel Hotel |
| 7/15/2019 | 29141 | Gorton, Timothy | Hotel | 264.00 | Hotel Hotel stay for workweek |
| 7/15/2019 | 29141 | Gorton, Timothy | Hotel | 43.21 | Hotel Hotel stay for workweek |
| 7/16/2019 | 28753 | Champion Jr., Robert | Hotel | 65.98 | Hotel Hotel |
| 7/16/2019 | 28753 | Champion Jr., Robert | Hotel | 179.00 | Hotel Hotel |
| 7/16/2019 | 29141 | Gorton, Timothy | Hotel | 55.98 | Hotel Hotel stay for workweek |
| 7/16/2019 | 29141 | Gorton, Timothy | Hotel | 342.00 | Hotel Hotel stay for workweek |
| 7/17/2019 | 29141 | Gorton, Timothy | Hotel | 234.00 | Hotel Hotel stay for workweek |
| 7/17/2019 | 29141 | Gorton, Timothy | Hotel | 38.30 | Hotel Hotel stay for workweek |
| 7/21/2019 | 29141 | Gorton, Timothy | Hotel | 156.00 | Hotel Hotel for work week/ St Chris hospital |
| 7/21/2019 | 29141 | Gorton, Timothy | Hotel | 25.53 | Hotel Hotel for work week/ St Chris hospital |
| 7/22/2019 | 29141 | Gorton, Timothy | Hotel | 47.95 | Hotel Hotel for work week/ St Chris hospital |
| 7/22/2019 | 29141 | Gorton, Timothy | Hotel | 293.00 | Hotel Hotel for work week/ St Chris hospital |
| 7/22/2019 | 28153 | Orlov, Sheldon | Hotel | 28.62 | Hotel hotel in Phila |
| 7/22/2019 | 28153 | Orlov, Sheldon | Hotel | 176.12 | Hotel hotel in Phila |
| 7/22/2019 | 28152 | Tracewski, Tyler | Hotel | 30.83 | Hotel Travel |
| 7/22/2019 | 28152 | Tracewski, Tyler | Hotel | 188.30 | Hotel Travel |
| 7/23/2019 | 29141 | Gorton, Timothy | Hotel | 273.00 | Hotel Hotel for work week/ St Chris hospital |
| 7/23/2019 | 29141 | Gorton, Timothy | Hotel | 44.68 | Hotel Hotel for work week/ St Chris hospital |
| 7/24/2019 | 29141 | Gorton, Timothy | Hotel | 55.98 | Hotel Hotel for work week/ St Chris hospital |
| 7/24/2019 | 29141 | Gorton, Timothy | Hotel | 342.00 | Hotel Hotel for work week/ St Chris hospital |

| TransDate | Tkpr ID | Tkpr Name | Expense | CostAmt | Narrative |
|---|---|---|---|---|---|
| 7/25/2019 | 28153 | Orlov, Sheldon | Hotel | 38.70 | Hotel PAHS |
| 7/25/2019 | 28153 | Orlov, Sheldon | Hotel | 236.56 | Hotel PAHS |
| 7/30/2019 | 28753 | Champion Jr., Robert | Hotel | 227.20 | Hotel Hotel |
| 7/31/2019 | 28753 | Champion Jr., Robert | Hotel | 74.36 | Hotel Hotel |
| 7/31/2019 | 28753 | Champion Jr., Robert | Hotel | 227.20 | Hotel Hotel |
| | | | **Hotel** | **6,548.39** | |
| 7/3/2019 | 28153 | Orlov, Sheldon | Per Diem | 30.00 | Per Diem Out Of Town b and l |
| 7/8/2019 | 28153 | Orlov, Sheldon | Per Diem | 30.00 | Per Diem Out Of Town b and l |
| 7/9/2019 | 28753 | Champion Jr., Robert | Per Diem | 60.00 | Per Diem Out Of Town Per diem |
| 7/10/2019 | 28753 | Champion Jr., Robert | Per Diem | 60.00 | Per Diem Out Of Town Per diem |
| 7/11/2019 | 28753 | Champion Jr., Robert | Per Diem | 60.00 | Per Diem Out Of Town Per diem |
| 7/15/2019 | 28153 | Orlov, Sheldon | Per Diem | 60.00 | Per Diem Out Of Town b, L, D |
| 7/16/2019 | 28753 | Champion Jr., Robert | Per Diem | 60.00 | Per Diem Out Of Town Per diem |
| 7/16/2019 | 28153 | Orlov, Sheldon | Per Diem | 30.00 | Per Diem Out Of Town bfast and lunch |
| 7/17/2019 | 28753 | Champion Jr., Robert | Per Diem | 60.00 | Per Diem Out Of Town Per diem |
| 7/22/2019 | 28153 | Orlov, Sheldon | Per Diem | 30.00 | Per Diem Out Of Town lunch and breakfast |
| 7/22/2019 | 28152 | Tracewski, Tyler | Per Diem | 30.00 | Per Diem Out Of Town Per Diem |
| 7/25/2019 | 28153 | Orlov, Sheldon | Per Diem | 60.00 | Per Diem Out Of Town st chris |
| 7/30/2019 | 28753 | Champion Jr., Robert | Per Diem | 60.00 | Per Diem Out Of Town Per diem |
| 7/30/2019 | 28153 | Orlov, Sheldon | Per Diem | 30.00 | Per Diem Out Of Town breakfast and lunch |
| 7/31/2019 | 28753 | Champion Jr., Robert | Per Diem | 60.00 | Per Diem Out Of Town Per diem |
| | | | **Per Diem** | **720.00** | |
| 6/30/2019 | 29141 | Gorton, Timothy | Local Fares | 8.58 | Local Fares Travel from Amtrak to hotel |
| 6/30/2019 | 29141 | Gorton, Timothy | Local Fares | 2.75 | Local Fares Travel by subway from home to NYC Amt |
| 7/1/2019 | 29141 | Gorton, Timothy | Local Fares | 7.10 | Local Fares Travel to Eisner Amper Philly Office for la |
| 7/1/2019 | 28153 | Orlov, Sheldon | Local Fares | 285.90 | Local Fares to Philly |
| 7/1/2019 | 28153 | Orlov, Sheldon | Local Fares | 15.00 | Local Fares HUH to SCH |
| 7/1/2019 | 28153 | Orlov, Sheldon | Local Fares | 19.00 | Local Fares SCH to HUH |
| 7/2/2019 | 28157 | Dreskin, Ronald | Local Fares | 14.75 | Local Fares uber |
| 7/2/2019 | 28157 | Dreskin, Ronald | Local Fares | 9.18 | Local Fares uber |
| 7/2/2019 | 29141 | Gorton, Timothy | Local Fares | 19.72 | Local Fares Travel from hotel to Saint Christopher Ho |
| 7/2/2019 | 28153 | Orlov, Sheldon | Local Fares | 205.07 | Local Fares to Philly |
| 7/3/2019 | 28157 | Dreskin, Ronald | Local Fares | 10.40 | Local Fares uber |
| 7/3/2019 | 28157 | Dreskin, Ronald | Local Fares | 9.29 | Local Fares uber |
| 7/3/2019 | 29141 | Gorton, Timothy | Local Fares | 2.75 | Local Fares Travel from NY Penn Station to home via |
| 7/3/2019 | 29141 | Gorton, Timothy | Local Fares | 9.27 | Local Fares Travel from client to Philly Amtrak |
| 7/3/2019 | 28153 | Orlov, Sheldon | Local Fares | 15.00 | Local Fares to Hahnemann |
| 7/4/2019 | 28157 | Dreskin, Ronald | Local Fares | 8.79 | Local Fares uber |
| 7/7/2019 | 29141 | Gorton, Timothy | Local Fares | 2.75 | Local Fares Travel via subway to NYC Amtrak for Phil |
| 7/7/2019 | 29141 | Gorton, Timothy | Local Fares | 7.79 | Local Fares Travel from Philly Amtrak to hotel |
| 7/8/2019 | 28157 | Dreskin, Ronald | Local Fares | 150.00 | Local Fares taxi |
| 7/9/2019 | 28753 | Champion Jr., Robert | Local Fares | 6.93 | Local Fares Uber |
| 7/9/2019 | 28753 | Champion Jr., Robert | Local Fares | 7.29 | Local Fares Uber |
| 7/9/2019 | 28153 | Orlov, Sheldon | Local Fares | 250.00 | Local Fares Philly to DC |
| 7/10/2019 | 28753 | Champion Jr., Robert | Local Fares | 7.55 | Local Fares Uber |
| 7/10/2019 | 28753 | Champion Jr., Robert | Local Fares | 7.46 | Local Fares Uber |
| 7/11/2019 | 28753 | Champion Jr., Robert | Local Fares | 36.94 | Local Fares Uber |
| 7/11/2019 | 28753 | Champion Jr., Robert | Local Fares | 9.43 | Local Fares Uber |

| TransDate | Tkpr ID | Tkpr Name | Expense | CostAmt | Narrative |
|---|---|---|---|---|---|
| 7/11/2019 | 28753 | Champion Jr., Robert | Local Fares | 7.10 | Local Fares Uber |
| 7/11/2019 | 29141 | Gorton, Timothy | Local Fares | 6.89 | Local Fares Travel from hotel to Hahnemann EHR/IT |
| 7/11/2019 | 29141 | Gorton, Timothy | Local Fares | 7.31 | Local Fares Travel from Hahnemann EHR/IT offsite m |
| 7/11/2019 | 29141 | Gorton, Timothy | Local Fares | 2.75 | Local Fares Travel from Penn Station via subway hom |
| 7/14/2019 | 28157 | Dreskin, Ronald | Local Fares | 9.29 | Local Fares taxi |
| 7/14/2019 | 29141 | Gorton, Timothy | Local Fares | 7.94 | Local Fares Travel from Philly Amtrak to hotel for wo |
| 7/14/2019 | 29141 | Gorton, Timothy | Local Fares | 29.15 | Local Fares Travel from home to NY Penn Station for |
| 7/15/2019 | 28753 | Champion Jr., Robert | Local Fares | 11.10 | Local Fares Uber |
| 7/15/2019 | 29141 | Gorton, Timothy | Local Fares | 15.99 | Local Fares Travel from client location to overnight h |
| 7/15/2019 | 29141 | Gorton, Timothy | Local Fares | 19.12 | Local Fares Travel from hotel to St Chris hospital |
| 7/15/2019 | 28153 | Orlov, Sheldon | Local Fares | 299.26 | Local Fares to Philly |
| 7/15/2019 | 28153 | Orlov, Sheldon | Local Fares | 24.00 | Local Fares cab to hotel |
| 7/16/2019 | 28753 | Champion Jr., Robert | Local Fares | 9.01 | Local Fares Uber |
| 7/16/2019 | 28753 | Champion Jr., Robert | Local Fares | 11.52 | Local Fares Uber |
| 7/16/2019 | 29141 | Gorton, Timothy | Local Fares | 16.83 | Local Fares Travel from hotel to client location |
| 7/16/2019 | 29141 | Gorton, Timothy | Local Fares | 15.23 | Local Fares Travel from client location to hotel overn |
| 7/16/2019 | 28153 | Orlov, Sheldon | Local Fares | 219.13 | Local Fares Philly to DC |
| 7/16/2019 | 28153 | Orlov, Sheldon | Local Fares | 24.00 | Local Fares cab to SCH |
| 7/17/2019 | 28753 | Champion Jr., Robert | Local Fares | 57.27 | Local Fares Uber |
| 7/17/2019 | 28753 | Champion Jr., Robert | Local Fares | 9.79 | Local Fares Uber |
| 7/17/2019 | 29141 | Gorton, Timothy | Local Fares | 20.66 | Local Fares Travel from hotel to client location |
| 7/17/2019 | 29141 | Gorton, Timothy | Local Fares | 16.93 | Local Fares Travel from client location to hotel overn |
| 7/18/2019 | 28157 | Dreskin, Ronald | Local Fares | 7.06 | Local Fares uber |
| 7/18/2019 | 28157 | Dreskin, Ronald | Local Fares | 10.23 | Local Fares uber |
| 7/18/2019 | 29141 | Gorton, Timothy | Local Fares | 19.82 | Local Fares Travel from St Chris Hospital to Amtrak st |
| 7/18/2019 | 29141 | Gorton, Timothy | Local Fares | 28.67 | Local Fares Travel from NY Penn Station to home |
| 7/18/2019 | 29141 | Gorton, Timothy | Local Fares | 19.77 | Local Fares Travel from hotel to client location |
| 7/19/2019 | 28157 | Dreskin, Ronald | Local Fares | 12.55 | Local Fares taxi |
| 7/21/2019 | 29141 | Gorton, Timothy | Local Fares | 27.76 | Local Fares Travel from home to NYC Penn Station fo |
| 7/21/2019 | 29141 | Gorton, Timothy | Local Fares | 8.28 | Local Fares Travel from Amtrak to Hotel for workwee |
| 7/22/2019 | 29141 | Gorton, Timothy | Local Fares | 16.40 | Local Fares Travel from hotel to St Chris/client |
| 7/22/2019 | 29141 | Gorton, Timothy | Local Fares | 14.95 | Local Fares Travel from St Chris/client to hotel |
| 7/22/2019 | 28153 | Orlov, Sheldon | Local Fares | 294.55 | Local Fares to Phila |
| 7/22/2019 | 28153 | Orlov, Sheldon | Local Fares | 21.00 | Local Fares SCH to hotel |
| 7/22/2019 | 28152 | Tracewski, Tyler | Local Fares | 24.20 | Local Fares Travel |
| 7/22/2019 | 28152 | Tracewski, Tyler | Local Fares | 31.37 | Local Fares Travel |
| 7/22/2019 | 28152 | Tracewski, Tyler | Local Fares | 7.49 | Local Fares Travel |
| 7/23/2019 | 29141 | Gorton, Timothy | Local Fares | 18.62 | Local Fares Travel from hotel to St Chris/client |
| 7/23/2019 | 29141 | Gorton, Timothy | Local Fares | 14.73 | Local Fares Travel from St Chris/client to hotel |
| 7/23/2019 | 28152 | Tracewski, Tyler | Local Fares | 8.44 | Local Fares Travel |
| 7/23/2019 | 28152 | Tracewski, Tyler | Local Fares | 7.60 | Local Fares Travel |
| 7/24/2019 | 28157 | Dreskin, Ronald | Local Fares | 5.87 | Local Fares uber |
| 7/24/2019 | 28157 | Dreskin, Ronald | Local Fares | 10.15 | Local Fares uber |
| 7/24/2019 | 28157 | Dreskin, Ronald | Local Fares | 9.06 | Local Fares uber |
| 7/24/2019 | 29141 | Gorton, Timothy | Local Fares | 20.23 | Local Fares Travel from hotel to St Chris/client |
| 7/24/2019 | 29141 | Gorton, Timothy | Local Fares | 15.31 | Local Fares Travel from St Chris/client to hotel |
| 7/24/2019 | 28153 | Orlov, Sheldon | Local Fares | 143.61 | Local Fares DC to Phila |
| 7/25/2019 | 29141 | Gorton, Timothy | Local Fares | 19.15 | Local Fares Travel from client location to Amtrak |
| 7/25/2019 | 29141 | Gorton, Timothy | Local Fares | 17.89 | Local Fares Travel from hotel to client |
| 7/25/2019 | 29141 | Gorton, Timothy | Local Fares | 31.41 | Local Fares Travel from NY Penn Station to home |
| 7/25/2019 | 28153 | Orlov, Sheldon | Local Fares | 24.00 | Local Fares cab to sch |
| 7/25/2019 | 28153 | Orlov, Sheldon | Local Fares | 165.00 | Local Fares home from Phila |

| TransDate | Tkpr ID | Tkpr Name | Expense | CostAmt | Narrative |
|---|---|---|---|---|---|
| 7/28/2019 | 29141 | Gorton, Timothy | Local Fares | 25.70 | Local Fares Travel from home to Amtrak for train to |
| 7/28/2019 | 29141 | Gorton, Timothy | Local Fares | 8.26 | Local Fares Travel from Philly Amtrak to hotel for wo |
| 7/29/2019 | 28157 | Dreskin, Ronald | Local Fares | 10.75 | Local Fares taxi |
| 7/29/2019 | 29141 | Gorton, Timothy | Local Fares | 16.99 | Local Fares Travel from hotel to client location/St Ch |
| 7/29/2019 | 29141 | Gorton, Timothy | Local Fares | 15.76 | Local Fares Travel from client to hotel |
| 7/30/2019 | 28753 | Champion Jr., Robert | Local Fares | 20.09 | Local Fares Uber |
| 7/30/2019 | 28753 | Champion Jr., Robert | Local Fares | 18.48 | Local Fares Uber |
| 7/30/2019 | 29141 | Gorton, Timothy | Local Fares | 19.32 | Local Fares Travel from hotel to client location/St Ch |
| 7/30/2019 | 29141 | Gorton, Timothy | Local Fares | 17.05 | Local Fares Travel from client location to hotel |
| 7/30/2019 | 28153 | Orlov, Sheldon | Local Fares | 233.35 | Local Fares Phila to DC |
| 7/30/2019 | 28153 | Orlov, Sheldon | Local Fares | 301.35 | Local Fares to Phila |
| 7/30/2019 | 28121 | Still, Andrew | Local Fares | 16.96 | Local Fares Travel to Client |
| 7/31/2019 | 28753 | Champion Jr., Robert | Local Fares | 20.09 | Local Fares Uber |
| 7/31/2019 | 29141 | Gorton, Timothy | Local Fares | 19.27 | Local Fares Travel from hotel to client location |
| | | | **Local Fares** | **3,767.55** | |
| 7/15/2019 | 28753 | Champion Jr., Robert | Conferences | 12.63 | Conferences Per diem |
| 7/16/2019 | 28121 | Still, Andrew | Conferences | 13.00 | Conferences Snacks |
| | | | **Conferences** | **25.63** | |
| 7/2/2019 | 28157 | Dreskin, Ronald | Misc. | 29.00 | Misc. lunch |
| 7/12/2019 | 28157 | Dreskin, Ronald | Misc. | 21.00 | Misc. dry cleaning |
| 7/12/2019 | 28157 | Dreskin, Ronald | Misc. | 43.95 | Misc. dry cleaning |
| 7/12/2019 | 28157 | Dreskin, Ronald | Misc. | 16.50 | Misc. meals |
| 7/15/2019 | 28157 | Dreskin, Ronald | Misc. | 6,000.00 | July Apartment Rental |
| 7/18/2019 | 28157 | Dreskin, Ronald | Misc. | 35.00 | Misc. dry cleaning |
| 7/24/2019 | 28157 | Dreskin, Ronald | Misc. | 39.00 | Misc. dry cleaning |
| | | | **Misc.** | **6,184.45** | |
| 6/30/2019 | 28157 | Dreskin, Ronald | Meals | 277.46 | Meals dinner |
| 7/1/2019 | 29141 | Gorton, Timothy | Meals | 11.01 | Meals Lunch at client location |
| 7/1/2019 | 29141 | Gorton, Timothy | Meals | 49.04 | Meals Dinner at client location |
| 7/1/2019 | 28153 | Orlov, Sheldon | Meals | 12.00 | Meals breakfast |
| 7/1/2019 | 28153 | Orlov, Sheldon | Meals | 15.00 | Meals lunch |
| 7/1/2019 | 28153 | Orlov, Sheldon | Meals | 60.00 | Meals dinner |
| 7/2/2019 | 28157 | Dreskin, Ronald | Meals | 74.41 | Meals dinner |
| 7/2/2019 | 28157 | Dreskin, Ronald | Meals | 50.22 | Meals DINNER |
| 7/2/2019 | 29141 | Gorton, Timothy | Meals | 9.27 | Meals Lunch at client location |
| 7/2/2019 | 29141 | Gorton, Timothy | Meals | 24.36 | Meals Dinner at client location |
| 7/2/2019 | 28153 | Orlov, Sheldon | Meals | 52.00 | Meals dinner |
| 7/2/2019 | 27321 | Oglesby, Dion | Meals | 8.77 | Meals Breakfast for Dion Oglesby at client cafeteria i |
| 7/3/2019 | 29141 | Gorton, Timothy | Meals | 6.48 | Meals Lunch at client location |
| 7/4/2019 | 28157 | Dreskin, Ronald | Meals | 284.96 | Meals dinner |
| 7/8/2019 | 29141 | Gorton, Timothy | Meals | 7.98 | Meals Lunch at client location |
| 7/8/2019 | 29141 | Gorton, Timothy | Meals | 25.60 | Meals Dinner at client in Philly |
| 7/8/2019 | 27321 | Oglesby, Dion | Meals | 10.79 | Meals Dion Oglesby dinner at Pret A Manger in Phila |
| 7/8/2019 | 27321 | Oglesby, Dion | Meals | 14.67 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/9/2019 | 28753 | Champion Jr., Robert | Meals | 11.61 | Meals Per diem |
| 7/9/2019 | 28157 | Dreskin, Ronald | Meals | 6.55 | Meals lunch |

| TransDate | Tkpr ID | Tkpr Name | Expense | CostAmt | Narrative |
|---|---|---|---|---|---|
| 7/9/2019 | 28157 | Dreskin, Ronald | Meals | 51.68 | Meals meals |
| 7/9/2019 | 29141 | Gorton, Timothy | Meals | 51.20 | Meals Dinner at client location |
| 7/9/2019 | 29141 | Gorton, Timothy | Meals | 9.17 | Meals Lunch at client location |
| 7/9/2019 | 27321 | Oglesby, Dion | Meals | 4.85 | Meals Dion Oglesby dinner at Pret A Manger in Phila |
| 7/9/2019 | 27321 | Oglesby, Dion | Meals | 6.17 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/10/2019 | 29141 | Gorton, Timothy | Meals | 46.08 | Meals Dinner at client location |
| 7/10/2019 | 29141 | Gorton, Timothy | Meals | 6.35 | Meals Lunch at client location |
| 7/10/2019 | 27321 | Oglesby, Dion | Meals | 6.17 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/11/2019 | 29141 | Gorton, Timothy | Meals | 10.06 | Meals Lunch at client location |
| 7/11/2019 | 27321 | Oglesby, Dion | Meals | 5.07 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/11/2019 | 27321 | Oglesby, Dion | Meals | 10.93 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/12/2019 | 29141 | Gorton, Timothy | Meals | 77.87 | Meals Hahnemann client discussion/work plan |
| 7/12/2019 | 27321 | Oglesby, Dion | Meals | 11.66 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/12/2019 | 27321 | Oglesby, Dion | Meals | 5.07 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/15/2019 | 28753 | Champion Jr., Robert | Meals | 16.50 | Meals Per diem |
| 7/15/2019 | 29141 | Gorton, Timothy | Meals | 7.39 | Meals Lunch at client location |
| 7/15/2019 | 29141 | Gorton, Timothy | Meals | 6.43 | Meals Dinner at client location |
| 7/15/2019 | 29141 | Gorton, Timothy | Meals | 10.00 | Meals Breakfast at client location on hotel bill 29.84 |
| 7/15/2019 | 27321 | Oglesby, Dion | Meals | 5.07 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/16/2019 | 29141 | Gorton, Timothy | Meals | 7.31 | Meals Lunch at client location |
| 7/16/2019 | 29141 | Gorton, Timothy | Meals | 18.39 | Meals Dinner at client location |
| 7/17/2019 | 29141 | Gorton, Timothy | Meals | 11.80 | Meals Lunch at client location |
| 7/17/2019 | 27321 | Oglesby, Dion | Meals | 8.33 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/17/2019 | 27321 | Oglesby, Dion | Meals | 4.18 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/18/2019 | 28157 | Dreskin, Ronald | Meals | 269.23 | Meals dinner |
| 7/18/2019 | 29141 | Gorton, Timothy | Meals | 7.19 | Meals Lunch at client location |
| 7/18/2019 | 27321 | Oglesby, Dion | Meals | 3.78 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/19/2019 | 28157 | Dreskin, Ronald | Meals | 90.16 | Meals dinner |
| 7/19/2019 | 27321 | Oglesby, Dion | Meals | 11.67 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/22/2019 | 29141 | Gorton, Timothy | Meals | 13.47 | Meals Lunch at client location |
| 7/22/2019 | 29141 | Gorton, Timothy | Meals | 13.25 | Meals Dinner at client location |
| 7/22/2019 | 27321 | Oglesby, Dion | Meals | 5.47 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/22/2019 | 27321 | Oglesby, Dion | Meals | 13.65 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/23/2019 | 28157 | Dreskin, Ronald | Meals | 234.98 | Meals dinner |
| 7/23/2019 | 29141 | Gorton, Timothy | Meals | 28.16 | Meals Dinner at client location |
| 7/23/2019 | 29141 | Gorton, Timothy | Meals | 4.41 | Meals Lunch at client location |
| 7/23/2019 | 28152 | Tracewski, Tyler | Meals | 213.88 | Meals Meal |
| 7/23/2019 | 27321 | Oglesby, Dion | Meals | 5.47 | Meals Breakfast for Dion Oglesby at 7-eleven in Phila |
| 7/24/2019 | 29141 | Gorton, Timothy | Meals | 7.52 | Meals Lunch at client location |
| 7/24/2019 | 28153 | Orlov, Sheldon | Meals | 44.60 | Meals dinner |
| 7/24/2019 | 27321 | Oglesby, Dion | Meals | 6.17 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/24/2019 | 27321 | Oglesby, Dion | Meals | 8.73 | Meals Dion Oglesby dinner at Pret A Manger in Phila |
| 7/25/2019 | 29141 | Gorton, Timothy | Meals | 8.56 | Meals Lunch at client location |
| 7/25/2019 | 27321 | Oglesby, Dion | Meals | 7.67 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/26/2019 | 28157 | Dreskin, Ronald | Meals | 80.35 | Meals dinner |
| 7/26/2019 | 27321 | Oglesby, Dion | Meals | 7.87 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 7/26/2019 | 27321 | Oglesby, Dion | Meals | 10.77 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/29/2019 | 29141 | Gorton, Timothy | Meals | 38.04 | Meals Dinner at client location |
| 7/29/2019 | 29141 | Gorton, Timothy | Meals | 8.95 | Meals Lunch at client location |
| 7/29/2019 | 28121 | Still, Andrew | Meals | 49.73 | Meals Business meal |
| 7/30/2019 | 28157 | Dreskin, Ronald | Meals | 112.32 | Meals dinner |
| 7/30/2019 | 29141 | Gorton, Timothy | Meals | 8.23 | Meals Lunch at client location |

Exhibit B

| TransDate | Tkpr ID | Tkpr Name | Expense | CostAmt | Narrative |
|---|---|---|---|---|---|
| 7/30/2019 | 29141 | Gorton, Timothy | Meals | 29.46 | Meals Dinner/Snack at client location |
| 7/30/2019 | 28153 | Orlov, Sheldon | Meals | 42.20 | Meals dinner |
| 7/30/2019 | 11006 | Wilen, Allen | Meals | 213.52 | Meals Client meeting |
| 7/30/2019 | 27321 | Oglesby, Dion | Meals | 11.73 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 7/31/2019 | 29141 | Gorton, Timothy | Meals | 10.92 | Meals Lunch at client location |
| 7/31/2019 | 27321 | Oglesby, Dion | Meals | 8.97 | Meals Dion Oglesby lunch in client cafeteria in Philad |
|  |  |  | **Meals** | **3,040.99** |  |
| 7/1/2019 | 28157 | Dreskin, Ronald | Supplies | 11.94 | Supplies |
| 7/10/2019 | 28157 | Dreskin, Ronald | Supplies | 7.98 | Supplies |
|  |  |  | **Supplies** | **19.92** |  |
|  |  |  | **Grand Total** | **$ 28,543.45** |  |