# EXHIBIT "B"

RestoreCore, Inc.
650 Clark Avenue
King of Prussia, PA 19406



## RestoreCore®
Full Service Disaster Restoration

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/22/2019 | 40565 |

Loss Address:

BET Investments - Rydal Square
500 Old York Road
Abington, PA 19025
US

Bill To:

BET Investments
200 Dryden Road, Ste. 200
Dresher, PA 19025
US

| Claim # | Terms | Job Number | |
|---------|-------|------------|---|
| Rydal Square | Net 30 | 30-1903-0055-WTR | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Mitigation Services Rendered (NonTax) | 1 | 527.13 | 527.13 |
| Mitigation Services Rendered (Tax) | 1 | 5,475.67 | 5,475.67 |
| Pennsylvania Sales Tax | | 6.00% | 328.54 |

| | |
|---|---|
| **Total** | $6,331.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,331.34 |

Remit to address:
RestoreCore, Inc.
650 Clark Avenue
King of Prussia, PA 19406

Questions:(610) 992-9100 x9009
         (717) 232-1500 x9005

EIN 25-1767775
If full payment of the invoice amount is not received within 30 days of the invoice date, you will be charged a monthly late fee of 1.5% of the unpaid amount, with a monthly charge of $3.00, or such lesser late fee allowed under applicable law, regulation or contract.



### RestoreCore - King of Prussia

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100  Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

| | |
|---|---|
| Client: | BET Investments - Rydal Square |
| Property: | 500 Old York Road |
| | Abington, PA 19025 |

Operator:    JACK.FHI

| | | | |
|---|---|---|---|
| Estimator: | Jack Feinman | Cellular: | (484) 547-2078 |
| Position: | Estimator | E-mail: | jack.feinman@restorecore.com |
| Company: | RestoreCore - King of Prussia | | |
| Business: | 650 Clark Avenue | | |
| | King of Prussia, PA 19406 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Water Mitigation Services | | |
| Date Entered: | 3/28/2019 | Date Assigned: | 3/29/2019 |

| | |
|---|---|
| Price List: | PAPH8X_MAR19 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | BET_RYDAL_SQ_3-28 |
| File Number: | 30-1903-0055-WTR |

This estimate is for emergency water mitigation provided at the BET Investments - Rydal Square located at 500 Old York Road Abington, PA 19025.  Prices shown for individual items are presented to comply with insurance industry standards and may not represent the actual cost of performing that work or service.

If you have any questions I can be reached at 484-547-2078 or jack.feinman @restorecore.com
Thank you,

Jack H. Feinman



**RestoreCore – King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100  Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

### BET_RYDAL_SQ_3-28

#### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Emergency service call - during business hours | 1.00 EA | 0.00 | 138.53 | 8.31 | 146.84 |
| 2. Equipment setup, take down, and monitoring (hourly charge) | 6.00 HR | 0.00 | 46.88 | 16.88 | 298.16 |
| 3. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 160.52 | 0.00 | 0.00 | 160.52 |
| Totals: General | | | | 25.19 | 605.52 |

#### 2nd Floor - St. Christopher's Pediatrics

**Hallway**                                                                                   Height: 8'

| 958.67 SF Walls | 285.34 SF Ceiling |
| 1,244.01 SF Walls & Ceiling | 285.34 SF Floor |
| 31.70 SY Flooring | 119.83 LF Floor Perimeter |
| 119.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 4. Water extraction from carpeted floor - Heavy | 64.00 SF | 0.00 | 0.56 | 2.15 | 37.99 |
| 5. Dehumidifier (per 24 hour period) - XLarge - No monitoring <br> 1 unit for 3 days | 3.00 EA | 0.00 | 101.25 | 18.23 | 321.98 |
| Totals: Hallway | | | | 20.38 | 359.97 |

**Physical Therapy Room**                                                          Height: 9' 10"

| 1,824.08 SF Walls | 1,523.56 SF Ceiling |
| 3,347.64 SF Walls & Ceiling | 1,523.56 SF Floor |
| 169.28 SY Flooring | 185.50 LF Floor Perimeter |
| 185.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|

BET_RYDAL_SQ_3-28                                        4/5/2019            Page: 2



**RestoreCore - King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100  Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

### CONTINUED - Physical Therapy Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 6. Content Manipulation charge – per hour | 0.50 HR | 0.00 | 40.00 | 0.00 | 20.00 |
| 7. Water extraction from carpeted floor - Heavy | 72.00 SF | 0.00 | 0.56 | 2.42 | 42.74 |
| 8. Dehumidifier (per 24 hour period) – Large - No monitoring | 3.00 EA | 0.00 | 71.44 | 12.86 | 227.18 |
| 1 unit for 3 days | | | | | |
| 9. Air mover (per 24 hour period) - No monitoring | 6.00 EA | 0.00 | 25.89 | 9.32 | 164.66 |
| 2 units for 3 days | | | | | |

| Totals: Physical Therapy Room | | | | 24.60 | 454.58 |
|---|---|---|---|---|---|

| Total: 2nd Floor - St. Christopher's Pediatrics | | | | 44.98 | 814.55 |
|---|---|---|---|---|---|

## Main Level -Abington Family Medicine

**Hallway**                                        Height: 8' 6"

| 980.33 SF Walls | 224.42 SF Ceiling |
|---|---|
| 1,204.75 SF Walls & Ceiling | 224.42 SF Floor |
| 24.94 SY Flooring | 115.33 LF Floor Perimeter |
| 115.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 10. Water extraction from carpeted floor - Heavy | 92.00 SF | 0.00 | 0.56 | 3.09 | 54.61 |
| 11. Remove wet suspended ceiling tile and bag for disposal | 96.00 SF | 0.34 | 0.00 | 0.29 | 32.93 |
| 12. Remove Cove base molding – rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 0.00 | 17.40 |
| 13. Apply plant-based anti-microbial agent to the surface area | 92.00 SF | 0.00 | 0.23 | 1.50 | 22.66 |
| 14. Dehumidifier (per 24 hour period) - Large - No monitoring | 9.00 EA | 0.00 | 71.44 | 38.58 | 681.54 |
| 3 units for 3 days | | | | | |
| 15. Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.89 | 23.30 | 411.65 |
| 5 units for 3 days | | | | | |

| Totals: Hallway | | | | 66.76 | 1,220.79 |
|---|---|---|---|---|---|

BET_RYDAL_SQ_3-28                                4/5/2019        Page: 3



**RestoreCore – King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel:  610.992.9100  Fax:  610.992.9119
EIN 25-1767775
PA HIC Registration #2162



**Office 1**                                                           Height: 8' 6"

| | | |
|---|---|---|
| 317.33 SF Walls | 85.75 SF Ceiling |
| 403.08 SF Walls & Ceiling | 85.75 SF Floor |
| 9.53 SY Flooring | 37.33 LF Floor Perimeter |
| 37.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 16.  Water extraction from carpeted floor – Heavy | 12.00 SF | 0.00 | 0.56 | 0.40 | 7.12 |
| 17.  Apply plant-based anti-microbial agent to the surface area | 12.00 SF | 0.00 | 0.23 | 0.20 | 2.96 |
| 18.  Dehumidifier (per 24 hour period) - Large - No monitoring | 3.00 EA | 0.00 | 71.44 | 12.86 | 227.18 |
| 1 unit for 3 days | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Totals:  Office 1 | | | | 13.46 | 237.26 |



**Office 2**                                                           Height: 8' 6"

| | | |
|---|---|---|
| 345.67 SF Walls | 103.36 SF Ceiling |
| 449.03 SF Walls & Ceiling | 103.36 SF Floor |
| 11.48 SY Flooring | 40.67 LF Floor Perimeter |
| 40.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 19.  Water extraction from carpeted floor – Heavy | 8.00 SF | 0.00 | 0.56 | 0.27 | 4.75 |
| 20.  Apply plant-based anti-microbial agent to the surface area | 8.00 SF | 0.00 | 0.23 | 0.13 | 1.97 |

| | | | | | |
|---|---|---|---|---|---|
| Totals:  Office 2 | | | | 0.40 | 6.72 |



**RestoreCore - King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100  Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162



| Office 3 | | | | Height: 8' 6'' | |
|---|---|---|---|---|---|
| 300.33 SF Walls | | | 76.25 SF Ceiling | | |
| 376.58 SF Walls & Ceiling | | | 76.25 SF Floor | | |
| 8.47 SY Flooring | | | 35.33 LF Floor Perimeter | | |
| 35.33 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 21. Content Manipulation charge - per hour | 1.00 HR | 0.00 | 40.00 | 0.00 | 40.00 |
| 22. Water extraction from carpeted floor - Heavy | 12.00 SF | 0.00 | 0.56 | 0.40 | 7.12 |
| 23. Tear out wet non-salvageable carpet, cut & bag for disp. | 76.25 SF | 0.47 | 0.00 | 0.27 | 36.11 |
| 24. Remove Cove base molding - rubber or vinyl, 4" high | 8.00 LF | 0.29 | 0.00 | 0.00 | 2.32 |
| 25. Drill holes for wall cavity drying | 6.00 EA | 0.00 | 0.43 | 0.15 | 2.73 |
| 26. Apply plant-based anti-microbial agent to the surface area | 80.00 SF | 0.00 | 0.23 | 1.31 | 19.71 |
| 27. Dehumidifier (per 24 hour period) - Large - No monitoring | 3.00 EA | 0.00 | 71.44 | 12.86 | 227.18 |
| 1 unit for 3 days | | | | | |
| 28. Air mover (per 24 hour period) - No monitoring | 6.00 EA | 0.00 | 25.89 | 9.32 | 164.66 |
| 2 units for 3 days | | | | | |
| Totals: Office 3 | | | | 24.31 | 499.83 |



| Office 4 | | | | Height: 8' 6'' | |
|---|---|---|---|---|---|
| 307.42 SF Walls | | | 80.49 SF Ceiling | | |
| 387.90 SF Walls & Ceiling | | | 80.49 SF Floor | | |
| 8.94 SY Flooring | | | 36.17 LF Floor Perimeter | | |
| 36.17 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 29. Water extraction from carpeted floor - Heavy | 8.00 SF | 0.00 | 0.56 | 0.27 | 4.75 |
| 30. Apply plant-based anti-microbial agent to the surface area | 8.00 SF | 0.00 | 0.23 | 0.13 | 1.97 |

BET_RYDAL_SQ_3-28



**RestoreCore – King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100  Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

**CONTINUED - Office 4**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 31. Air mover (per 24 hour period) - No monitoring | 6.00 EA | 0.00 | 25.89 | 9.32 | 164.66 |
| 2 units for 3 days | | | | | |

| Totals: Office 4 | | | | 9.72 | 171.38 |

| Total: Main Level –Abington Family Medicine | | | | 114.65 | 2,135.98 |

**Basement Level - Pennsylvania Care Associates**



**File Room**                                **Height: 9' 2"**

| 427.78 SF Walls | 132.11 SF Ceiling |
|---|---|
| 559.89 SF Walls & Ceiling | 132.11 SF Floor |
| 14.68 SY Flooring | 46.67 LF Floor Perimeter |
| 46.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 32. Content Manipulation charge - per hour | 0.50 HR | 0.00 | 40.00 | 0.00 | 20.00 |
| 33. Water extraction from carpeted floor - Heavy | 28.00 SF | 0.00 | 0.56 | 0.94 | 16.62 |
| 34. Remove Cove base molding - rubber or vinyl, 4" high | 12.00 LF | 0.29 | 0.00 | 0.00 | 3.48 |
| 35. Drill holes for wall cavity drying | 10.00 EA | 0.00 | 0.43 | 0.26 | 4.56 |
| 36. Apply plant-based anti-microbial agent to the surface area | 28.00 SF | 0.00 | 0.23 | 0.46 | 6.90 |
| 37. Dehumidifier (per 24 hour period) - Large - No monitoring | 3.00 EA | 0.00 | 71.44 | 12.86 | 227.18 |
| 1 unit for 3 days | | | | | |
| 38. Air mover (per 24 hour period) - No monitoring | 6.00 EA | 0.00 | 25.89 | 9.32 | 164.66 |
| 2 units for 3 days | | | | | |

| Totals: File Room | | | | 23.84 | 443.40 |

BET_RYDAL_SQ_3-28                                                            4/5/2019         Page: 6



**RestoreCore - King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100  Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162



| Copy/Fax Area | | | | Height: 7' 6" |
|---|---|---|---|---|
| | 290.00 SF Walls | | 106.33 SF Ceiling | |
| | 396.33 SF Walls & Ceiling | | 106.33 SF Floor | |
| | 11.81 SY Flooring | | 38.33 LF Floor Perimeter | |
| | 41.33 LF Ceil. Perimeter | | | |

Missing Wall - Goes to Floor                3' X 6' 8"                Opens into ROOM1__OPEN

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 39.  Content Manipulation charge - per hour | 0.50 HR | 0.00 | 40.00 | 0.00 | 20.00 |
| 40.  Tear out wet drywall, cleanup, bag for disposal | 106.33 SF | 0.85 | 0.00 | 0.96 | 91.34 |
| 41.  Water extraction from carpeted floor - Heavy | 110.00 SF | 0.00 | 0.56 | 3.70 | 65.30 |
| 42.  Tear out wet non-salvageable carpet, cut & bag for disp. | 106.33 SF | 0.47 | 0.00 | 0.38 | 50.36 |
| 43.  Remove Cove base molding - rubber or vinyl, 4" high | 28.00 LF | 0.29 | 0.00 | 0.00 | 8.12 |
| 44.  Drill holes for wall cavity drying | 20.00 EA | 0.00 | 0.43 | 0.52 | 9.12 |
| 45.  Apply plant-based anti-microbial agent to more than the floor | 251.00 SF | 0.00 | 0.23 | 4.10 | 61.83 |
| 46.  Dehumidifier (per 24 hour period) - Large - No monitoring  1 unit for 3 days | 3.00 EA | 0.00 | 71.44 | 12.86 | 227.18 |
| 47.  Air mover (per 24 hour period) - No monitoring  3 units for 3 days | 9.00 EA | 0.00 | 25.89 | 13.98 | 246.99 |

Totals:  Copy/Fax Area                                                                            36.50          780.24



| Office - Leza Watkins | | | | Height: 7' 6" |
|---|---|---|---|---|
| | 350.00 SF Walls | | 132.11 SF Ceiling | |
| | 482.11 SF Walls & Ceiling | | 132.11 SF Floor | |
| | 14.68 SY Flooring | | 46.67 LF Floor Perimeter | |
| | 46.67 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 48.  Water extraction from carpeted floor - Heavy | 28.00 SF | 0.00 | 0.56 | 0.94 | 16.62 |

 **RestoreCore – King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100  Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

CONTINUED - Office - Leza Watkins

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 49. Apply plant-based anti-microbial agent to the surface area | 28.00 SF | 0.00 | 0.23 | 0.46 | 6.90 |
| 50. Dehumidifier (per 24 hour period) - Large - No monitoring | 3.00 EA | 0.00 | 71.44 | 12.86 | 227.18 |
| 1 unit for 3 days | | | | | |
| 51. Air mover (per 24 hour period) - No monitoring | 3.00 EA | 0.00 | 25.89 | 4.66 | 82.33 |
| 1 unit for 3 days | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Totals: Office - Leza Watkins | | | | 18.92 | 333.03 |



**Room1 - Open Cubicles**                                           Height: 9' 2"

| 3,194.14 SF Walls | 2,465.07 SF Ceiling |
|---|---|
| 5,659.21 SF Walls & Ceiling | 2,465.07 SF Floor |
| 273.90 SY Flooring | 347.63 LF Floor Perimeter |
| 350.63 LF Ceil. Perimeter | |

Missing Wall - Goes to Floor          3' X 6' 8"          Opens into COPY_FAX_ARE

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 52. Content Manipulation charge - per hour | 0.50 HR | 0.00 | 40.00 | 0.00 | 20.00 |
| 53. Water extraction from carpeted floor - Heavy | 120.00 SF | 0.00 | 0.56 | 4.03 | 71.23 |
| 54. Remove Cove base molding - rubber or vinyl, 4" high | 16.00 LF | 0.29 | 0.00 | 0.00 | 4.64 |
| 55. Apply plant-based anti-microbial agent to the surface area | 120.00 SF | 0.00 | 0.23 | 1.96 | 29.56 |
| 56. Dehumidifier (per 24 hour period) - Large - No monitoring | 9.00 EA | 0.00 | 71.44 | 38.58 | 681.54 |
| 3 units for 3 days | | | | | |
| 57. Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.89 | 23.30 | 411.65 |
| 5 units for 3 days | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Totals: Room1 - Open Cubicles | | | | 67.87 | 1,218.62 |
| Total: Basement Level - Pennsylvania Care Associates | | | | 147.13 | 2,775.29 |
| Line Item Totals: BET_RYDAL_SQ_3-28 | | | | 331.95 | 6,331.34 |

BET_RYDAL_SQ_3-28                                        4/5/2019          Page: 8



**RestoreCore - King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100   Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 9,977.08 | SF Walls | 5,378.31 | SF Ceiling | 15,355.40 | SF Walls and Ceiling |
| 5,378.31 | SF Floor | 597.59 | SY Flooring | 1,134.63 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,140.63 | LF Ceil. Perimeter |
| | | | | | |
| 5,378.31 | Floor Area | 5,672.51 | Total Area | 10,949.98 | Interior Wall Area |
| 7,156.64 | Exterior Wall Area | 723.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**RestoreCore – King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100   Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

## Summary

| | |
|---|---|
| Line Item Total | 5,999.39 |
| Material Sales Tax | 1.90 |
| Cleaning Mtl Tax | 1.51 |
| Subtotal | 6,002.80 |
| Cleaning Sales Tax | 328.54 |
| **Replacement Cost Value** | $6,331.34 |
| Net Claim | $6,331.34 |

Jack Feinman
Estimator

 **RestoreCore – King of Prussia**

650 Clark Ave.
King Of Prussia, Pa. 19406
Tel: 610.992.9100   Fax: 610.992.9119
EIN 25-1767775
PA HIC Registration #2162

## Recap of Taxes

| | Material Sales Tax (6%) | Cleaning Mtl Tax (6%) | Cleaning Sales Tax (6%) | Clothing Acc Tax (6%) | Manuf. Home Tax (6%) | Storage Rental Tax (6%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 1.90 | 1.51 | 328.54 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | 1.90 | 1.51 | 328.54 | 0.00 | 0.00 | 0.00 |

Basement Level - Pennsylvania Care Associates



Basement Level - Pennsylvania Care Associates

Main Level -Abington Family Medicine



Hallway

Office 1

Office 4

Office 3

Office 2

Main Level -Abington Family Medicine



Hallway

Supply Closet

Cast Room 2

Exam Room

Physical Therapy Room

N

2nd Floor - St. Christopher's Pediatrics



# RESTORATION CONTRACT: COMMERCIAL

PA HIC # 2162        NJ Reg # 13VH03675400        MD Reg # 124203        DE Bus # 2008600488

**Job Number: 30-1903-0055-WTR**                                    **Claim Number:**

**Date: 3/28/2019**

This Work Authorization ("Agreement") is agreed to between:

**Owner**                                          **And**        **Restore Core, Inc.**
                                                                650 Clark Avenue
BET Investments                                                 Suite B
200 Dryden Road Suite 200                                       King of Prussia, PA 19406
Dresher, PA 19025                                              Phone: (717) 232 -1500
                                                                Fax: 610-992-9119
                                                                www.restorecore.com

            Deductible: **$0.00**

for repairs and/or services at the following property:

**500 Old York Rd, Abington, PA 19025**

**SCOPE OF WORK:** Owner agrees that RestoreCore works directly for Owner, and not any insurance company, agent or adjustor. RestoreCore shall furnish labor and material to complete the designated services and/or repairs to the building or other property required as a result of fire, water, storm or other casualty damage. All work shall be performed by RestoreCore in a good and workmanlike manner in accordance with industry standards. If necessary, RestoreCore agrees to complete an additional scope of work in accordance with insurance industry procedures, as described on any Change Order to be agreed to by RestoreCore and Owner and, if required, Owner's insurance company. Any Change Order shall be attached to this Agreement and incorporated herein verbatim.
Description of Services: _

**PAYMENT:** Owner is primarily liable for all work and shall pay any applicable deductible to RestoreCore immediately upon RestoreCore's request. Owner hereby grants RestoreCore the authority to work directly with any mortgagees of Owner and agrees to cooperate with RestoreCore and such mortgagees to provide progress payments for work performed and all required information regarding this Agreement and the work provided hereunder to Owner's insurance company.

**TERMS:** Owner agrees to make all payments for work performed by or at the direction of RestoreCore immediately upon Owner's receipt of each invoice from RestoreCore. Owner further agrees to make final payment of all remaining amounts immediately upon completion. Interest on any unpaid balance shall be charged at the rate of 1.5% per month. Owner shall be responsible for reasonable attorney's fees and costs in the event that collection efforts (including legal action) are required to collect any unpaid balance.

**ASSIGNMENT:** Owner, by execution of this Agreement, hereby assigns to RestoreCore such amount that is due Owner under any applicable policy of insurance. Owner hereby directs such insurance company to include "RestoreCore" as a co-payee on any draft or check to be issued to Owner in this matter and Owner agrees to endorse and immediately deliver any such draft or check to RestoreCore.

**COMMENCEMENT & COMPLETION:** Work shall commence within a reasonable period of time following RestoreCore's receipt of this Agreement as signed by Owner and any necessary payment or work authorization from Owner's insurance companies. RestoreCore anticipates substantial completion within   days of obtaining a building permit. RestoreCore is not liable for delays due to causes beyond its control, including acts of God, strikes, labor or materials shortages or unusually severe weather.

**LIMITATION OF LIABILITY:** The parties acknowledge that the liability of RestoreCore, if any, and Owner's sole and exclusive remedy for damages for any claim of any kind whatsoever, regardless of the legal theory and whether arising in tort or contract, shall be limited to the total amount of the payments received by RestoreCore pursuant to this Agreement. In no event shall RestoreCore (or any of its affiliates, officers, directors, employees and assigns) be liable for any special, indirect, incidental or consequential damages of any kind including, but not limited to, compensation, reimbursement or damage on account of the loss of present or prospective profits or for any other reason whatsoever. Furthermore, RestoreCore shall be responsible only for the personal property listed on the attached inventory list, if any, as signed by Owner and RestoreCore.

**INCORPORATION:** The terms and conditions on page 2 are incorporated herein verbatim.

IN WITNESS WHEREOF, the parties have entered into this Agreement as of the date first written above.

**OWNER:**                                          **RESTORECORE:**

                                                    SIGNATURE:

SIGNATURE:
PRINT: _                                            PRINT: _

DATE: **3/28/2019**                                        DATE: **3/28/2019**

### TERMS AND CONDITIONS

**WARRANTY:** RestoreCore warrants that its work will be free from defects in material or workmanship not intrinsic in the design or materials required by the Agreement for one year commencing on the date of substantial completion, provided that RestoreCore has been paid in full for all work (herein referred to as the "Warranty").

If Owner believes that the work provided hereunder is defective in material or workmanship, then written notice with an explanation of the defect shall be given promptly by Owner to RestoreCore, but all claims for Warranty service must be reported within the Warranty period. Additional work or repair or replacement of materials shall not extend the Warranty period as to the entire work. The Warranty on additional work or repaired or replaced materials shall be in effect for a period of 90 days following the date the Warranty work is provided or the remaining period of the Warranty on the initial work, whichever is greater.

Owner's exclusive remedy and RestoreCore's sole obligation is to supply and pay for all labor and materials necessary to repair work found to be defective during the Warranty period. If additional work, repair or replacement fails to remedy the defect, then, and only in such an event, shall RestoreCore refund the fee Owner paid to RestoreCore for the work. Owner's failure to make a claim, as described in the above paragraph, shall constitute an unqualified acceptance of such work and waiver by Owner of all claims with respect thereto.

RestoreCore does not warrant that it shall completely remove any mold or that any mold remaining after completion of the work will not multiply or recur.

**EXCEPTIONS TO LIMITED WARRANTY:** RestoreCore shall have no liability or obligation to Owner with respect to work requiring service during the Warranty period which is subject to any of the following: abuse, improper use, water intrusion, negligence, accident, modification, failure of the end-user or Owner to regularly maintain and inspect the work, attempted repair by nonqualified personnel and, if applicable, failure of Owner to conduct third-party testing for the presence of mold within three (3) days after substantial completion of the work.

The Warranty does not cover normal wear and tear. The Warranty shall be suspended until RestoreCore has been paid in full for its work. Any suspension of the Warranty shall not toll or extend the Warranty. Warranties supplied by the manufacturer will replace and take precedent over the Warranty. In the event that manufacturers' warranties may apply, Owner agrees to seek all applicable forms of redress under such manufacturers' warranties prior to making or asserting any claim against RestoreCore.

**DISCLAIMER OF WARRANTY: EXCEPT FOR THE FOREGOING WARRANTIES, RESTORECORE HEREBY DISCLAIMS AND EXCLUDES ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY AND/OR ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

**INDEMNITY:** To the fullest extent permitted by law, Owner shall defend, indemnify and hold harmless RestoreCore, its affiliates, employees, officers, directors, assigns or subcontractors from all claims for bodily injury and property damage that may arise as a result, in whole or part, from the negligence or misconduct of Owner or others retained by Owner.

**TERMINATION & SUSPENSION OF WORK:** Upon seven (7) days' written notice to Owner, RestoreCore may terminate this Agreement if the work has been stopped for a thirty (30) day period through no fault of RestoreCore for any of the following reasons: (a) under court order or order of other governmental authority having jurisdiction; or (b) as a result of the declaration of an emergency or other governmental act during which, through no act or fault of RestoreCore, materials are not available. Furthermore, upon seven (7) days' written notice to the Owner, RestoreCore may, at RestoreCore's option, suspend performance or terminate the Agreement if Owner: (a) fails to furnish reasonable evidence that sufficient funds are available and committed for the entire cost of the work to be performed pursuant to this Agreement; (b) assigns this Agreement (or any rights or obligations hereunder) without RestoreCore's consent; (c) fails to pay any amount to RestoreCore within 15 days following Owner's receipt of the invoice memorializing Owner's obligation to pay such amount; or (d) otherwise materially breaches this Agreement. Upon termination of this Agreement by RestoreCore, RestoreCore shall be entitled to recover from Owner payment for all work provided and for any proven loss, cost or expense in connection with the work provided or to be provided, including all demobilization costs plus reasonable overhead and profit. Any exercise of its right to suspend performance shall not preclude RestoreCore from subsequently terminating this Agreement pursuant to the terms of this "Termination & Suspension of Work" section.

**SURVIVAL:** The Terms, Assignment, Limitation of Liability, Warranty, Exceptions to Limited Warranty and Disclaimer of Warranty sections shall survive the termination of this Agreement.

**SEVERABILITY:** In the event any provision of this Agreement shall be held invalid or unenforceable, it shall be deemed modified only to the extent necessary to make it lawful. To effect such modification, said provision shall be deemed deleted, added to and/or rewritten, whichever shall most fully preserve the intentions of the parties as originally expressed herein.

**WAIVER:** No failure or delay on the part of any party hereto in the exercise of any right hereunder will impair such right or be construed to be a waiver of, or acquiescence in, any breach or default, nor will any single or partial exercise of any such right preclude other or further exercise thereof or of any other right.

**ENTIRE UNDERSTANDING:** This Agreement (including documents specifically referenced in this Agreement) represents the entire understanding among the parties hereto with respect to the subject matter hereof, and this Agreement supersedes all previous representations, understandings, or agreements, oral or written, between the parties with respect to the subject matter hereof and cannot be modified except by a written instrument signed by the parties hereto. In reaching the agreements in this Agreement, neither party has relied upon any representation or promise, oral or written, except those set forth herein.

**PAYMENT SCHEDULE:** (Check if applicable) ☐   I agree to the terms of the Payment Schedule attached to this Agreement.

I have read this Terms and Conditions page.
Job # 30-1903-0055-WTR                          Owner's Initials                    RestoreCore Agent's Initials



| | **Executive Summary** Initial Response | Date: 03/29/2019 Customer: BET Investments Project Name: BET - Rydal Square 3.28 Address: 500 Old York Road Abington, PA 19025 Contact: Sharon Nelson, Property Manager |
|---|---|---|

## 1. Background:

On Thursday, March 28, at approximately 2:50AM RestoreCore received a call from Manny Deramos of BET Investments. Manny requested emergency services, as a sink on the 2nd floor had leaked, affecting the hallway and physical therapy room on the 2nd floor, the hallway and 4 offices on the 1st floor and the copy room, file room, office and cubicle space on the basement level. RestoreCore was onsite at approximately 5:45AM and met with Manny to begin emergency services as needed.

## 2. Current Activity:

| Affected Areas | Damaged Materials |
|---|---|
| 2nd Floor Hallway and Physical Therapy Room 1st Floor Hallway and 4 Offices Basement File Room, Copy Room, Office and Cubicle Space | Water damage to drywall and ceiling tiles; sheet vinyl, vinyl plank and carpet flooring. |

- Obtained signed Hold Harmless Agreement, as BET Investments requested that we not perform the following:
  - o Remove vinyl cove base or flooring on the 2nd floor.
  - o Manipulate contents in 1st Floor Office 2.
  - o Set drying equipment in hallways.

2nd Floor Hallway
- Extracted water from flooring.

2nd Floor Physical Therapy Room
- Manipulated contents to access affected areas. Extracted water from flooring.
- Metered and set the following drying equipment: 2 air movers and 2 dehumidifiers.

1st Floor Hallway
- Extracted water from flooring.
- Removed affected ceiling tiles and vinyl cove base.
- Drilled 30 ventilation holes to aid drying process.
- Applied antimicrobial to affected areas.

1st Floor Offices 1, 2 and 4
- Extracted water from flooring.
- Applied antimicrobial to affected areas.
- Metered and set the following drying equipment: 9 air movers and 4 dehumidifiers.

1



1st Floor Office 3
- Manipulated contents to access affected areas. Extracted water from flooring.
- Removed affected ceiling tiles, carpet flooring and vinyl cove base.
- Drilled 6 ventilation holes to aid drying process.
- Applied antimicrobial to affected areas.

Basement File Room
- Manipulated contents to access affected areas. Extracted water from flooring.
- Removed affected vinyl cove base.
- Drilled 10 ventilation holes to aid drying process.
- Applied antimicrobial to affected areas.

Basement Copy Room
- Manipulated contents to access affected areas. Extracted water from flooring.
- Removed affected ceiling tiles, drywall, vinyl cove base and carpet flooring.
- Drilled 20 ventilation holes to aid drying process.
- Applied antimicrobial to affected areas.

Basement Office
- Extracted water from flooring.
- Applied antimicrobial to affected areas.

Basement Cubicle Space
- Manipulated contents to access affected areas. Extracted water from flooring.
- Removed affected vinyl cove base.
- Drilled 15 ventilation holes to aid drying process.
- Applied antimicrobial to affected areas.
- Metered and set the following drying equipment: 11 air movers and 5 dehumidifiers.

## 3. Planned Activity:

RestoreCore crew is scheduled to return today, March 29, to monitor the affected areas and drying equipment. You can expect an email update to be delivered Monday, April 1, 2019.

RestoreCore estimator, Jack Feinman, will be completing the estimate for the emergency mitigation services provided. Once the estimate is completed, it will be delivered via email for review and an invoice packet will follow.

## 4. RestoreCore Project Team:

| Role | Name | Cell | Email |
|---|---|---|---|
| Estimator | Jack Feinman | 484-547-2078 | Jack.Feinman@restorecore.com |
| Inside Project Coordinator | Devon Kelly | 610-763-3944 | Devon.Kelly@restorecore.com |
| Project Manager | Anthony Mocarski | 610-551-7058 | Anthony.Mocarski@restorecore.com |
| COO | Brian Mohan | 717-215-4868 | Brian.Mohan@restorecore.com |
| Owner | Andrew Goldberg | 484-894-0600 | Andrew.Goldberg@restorecore.com |
| President | John Rogers | 610-406-8041 | John.Rogers@restorecore.com |



**5.  Photographs:**



**Affected flooring in 2nd floor physical therapy room.**



**Affected flooring in 2nd floor physical therapy room.**



**Affected flooring in 2nd floor exam room.**



**Affected carpet flooring and fallen ceiling tiles in 1st floor hallway.**

3



Water damage to ceiling tiles in 1st floor hallway.



Affected carpet flooring in basement cubicle area.



Affected carpet flooring in basement office and copy room.



Flooring extracted and drying equipment set on basement level.

4



## INCIDENT REPORT FORM

*Use additional pages as needed*

## LOCATION

Ownership Entity: Rydal Square, LP

Property Name: Rydal Square

Address: 500 Old York Road

City: Jenkintown          State: PA          Zip Code: 19046

## INJURED PERSON/OWNER OF DAMAGED PROPERTY

Name: St. Christopher's          Gender: ◯Male ◯Female ⊙Other

Address: 500 Old York Road

City: Jenkintown          State: PA          Zip Code: 19046

Primary Phone No.: 215-427-6906          D.O.B.: _____

Alternate Phone No.: 215-427-5975          Tenant: ⊙Yes ◯No   [attach lease]

Email: william.howe@americanacademic.com          Insurance: ◯Yes ◯No   [attach info.]

Occupation & Employer: _____

## DESCRIPTION OF INCIDENT

Date: 3/28/2019          Time: 3:45          ⊙AM ◯PM

Exact location of incident: St. Christopher's cast - exam room.

Body part injured/property damaged: _____

Further description of incident: Automatic on/off control sensor on the faucet is faulty. The sink was clogged with materials from the cast product. Sink overflowed and flooded 8 exam rooms in St. Christopher's.  Abington Family Medicine sustained damages: 2 doctor offices, two exam rooms, hallway rug in residency office, ceiling tiles and wall paint is buckling.

See page three

Comments made by injured party: No injuries

Observations of scene: Photos attached.

Weather conditions a factor: ◯Yes ⊙No   Description: _____

Police/EMS called: ◯Yes ⊙No   District/precinct: _____

Action taken by police/EMS: _____

Referred to doctor/hospital: ◯Yes ◯No   Treatment accepted: ◯Yes ◯No



Page 2

Description:_____

_____

If injured person was a minor, was a parent/guardian notified?: ◯Yes ◯No

Details on communications with parent/guardian:_____

_____

Did another's action or omission contribute to this incident (e.g., the injured party, tenant, snow removal

contractor, unaffiliated property manager, customer, guest, contractor, etc.)?  If so, who and explain:_____

_____

_____

## WITNESSES

(1) Name: Manny DeRamos

Primary Phone No.: 215-416-4877          Email: Mderamos@betinvestments.com

Relationship to injured party: N/A

(2) Name:_____

Primary Phone No.:_____ Email:_____

Relationship to injured party:_____

## STAFF RENDERING ASSISTANCE

(1) Name: Manny DeRamos          Position: Maintenance Engineer

Primary Phone No.: same as above          Email:_____

(2) Name:_____ Position:_____

Primary Phone No.:_____ Email:_____

## ATTACHMENTS/OTHER

◉ Photos   ◯ Police report   ◯ Medical records   ◯ Snow/ice contract   ◯ Snow logs

◯ Receipts   ◯ Work Order   ◯ Correspondence   ◯ Renter's insurance   ◯ Lease

◯ COI   ◯ Other

_____

_____

_____

_____

## REPORT COMPLETED BY

Signature:_____ Date: 3/28/2019

Name: Susan Gerstley          Position: Assistant Property Manager

Primary Phone No.: 215-938-3700 ext. 100          Email: sgerstley@betinvestments.com



Page 3

PA Care Associates' copier room was damaged.  Rug, walls in copier room along with copier and fax machine are damaged. Rug leading to open area was soaked.   Restore Core was contacted.  They removed a portion of the ceiling in PA Care Associates' copier room and extracted water from carpet.

Restore Core extracted water from the carpet in Abington Family Medicine's office.

Manny extracted water from St. Christopher's Pediatric Therapy floors prior to Restore Core's arrival.