# EXHIBIT "C"

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025
(215) 938-7300

                                                             8/22/2019                **ACCOUNT NUMBER**

ST. CHRISTOPHER'S HOSPITAL                                                 ST. CHRI 1
ACCOUNTS PAYABLE
PO BOX 26968
PHILADELPHIA, PA 19134

**MAKE CHECKS PAYABLE TO:** Rydal Square, LP                          BALANCE DUE 79,428.62

| Date | Code | Description | Charges | Payments | Amount Due | |
|---|---|---|---|---|---|---|
| 6/1/2019 | CAM | COMMON AREA MAINTENANCE | $ 1,600.00 | $ - | $ 1,600.00 | |
| 7/1/2019 | CAM | COMMON AREA MAINTENANCE | $ 1,600.00 | $ - | $ 1,600.00 | |
| 8/1/2019 | CAM | COMMON AREA MAINTENANCE | $ 1,600.00 | $ - | $ 1,600.00 | |
| 9/1/2019 | CAM | COMMON AREA MAINTENANCE | $ 1,600.00 | $ - | $ 1,600.00 | |
| 5/24/2019 | ELE | ELECTRIC 4/9/19-5/8/19 | $ 2,424.31 | $ - | $ 2,424.31 | |
| 6/18/2019 | ELE | ELECTRIC 5/8/19-6/7/19 | $ 3,331.75 | $ - | $ 3,331.75 | |
| 8/14/2019 | ELE | ELECTRIC 6/7/19-7/9/19 | $ 4,955.11 | $ - | $ 4,955.11 | |
| 8/14/2019 | ELE | ELECTRIC 6/7/19-7/9/19 | $ 785.84 | $ - | $ 785.84 | |
| 5/24/2019 | GAS | GAS 4/9/19-5/8/19 | $ 94.62 | $ - | $ 94.62 | |
| 6/18/2019 | GAS | GAS 5/8/19-6/7/19 | $ 430.59 | $ - | $ 430.59 | |
| 4/25/2019 | LAT | APRIL 2019 LATE FEE | $ 812.13 | $ - | $ 812.13 | |
| 5/16/2019 | LAT | MAY 2019 LATE FEE | $ 812.13 | $ - | $ 812.13 | |
| 6/18/2019 | LAT | JUNE 2019 LATE FEE | $ 812.13 | $ - | $ 812.13 | |
| 8/22/2019 | LAT | JULY 2019 LATE FEE | $ 812.13 | $ - | $ 812.13 | |
| 8/22/2019 | LAT | AUGUST 2019 LATE FEE | $ 812.13 | $ - | $ 812.13 | |
| 6/1/2019 | RNT | BASE RENT | $ 14,642.58 | $ - | $ 14,642.58 | |
| 7/1/2019 | RNT | BASE RENT | $ 14,642.58 | $ - | $ 14,642.58 | |
| 8/1/2019 | RNT | BASE RENT | $ 14,642.58 | $ - | $ 14,642.58 | |
| 9/1/2019 | RNT | BASE RENT | $ 14,642.58 | $ - | $ 14,642.58 | |
| 5/16/2019 | LAT | MAY 2019 LATE FEE | $ 714.43 | $ - | $ 714.43 | *Expansion Space |
| 5/16/2019 | LAT | APRIL 2019 LATE FEE | $ 714.43 | $ - | $ 714.43 | *Expansion Space |
| 6/18/2019 | LAT | JUNE 2019 LATE FEE | $ 714.43 | $ - | $ 714.43 | *Expansion Space |
| 8/22/2019 | LAT | JULY 2019 LATE FEE | $ 714.43 | $ - | $ 714.43 | *Expansion Space |
| 8/22/2019 | LAT | AUGUST 2019 LATE FEE | $ 714.43 | $ - | $ 714.43 | *Expansion Space |
| 6/1/2019 | RNT | BASE RENT | $ 14,288.50 | $ - | $ 14,288.50 | *Expansion Space |
| 7/1/2019 | RNT | BASE RENT | $ 14,288.50 | $ - | $ 14,288.50 | *Expansion Space |
| 8/1/2019 | RNT | BASE RENT | $ 14,462.75 | $ - | $ 14,462.75 | *Expansion Space |
| 9/1/2019 | RNT | BASE RENT | $ 14,462.75 | $ - | $ 14,462.75 | *Expansion Space |
| | | | | **TOTAL BALANCE DUE** | **$ 142,127.84** | |