# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | Case No. 19-11466 |
| | (Joint Administration Requested) |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2019, he caused a true and correct copy of the foregoing Objection of Rydal Square L.P. to Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases to be served on all parties listed below via the Court's CM/ECF electronic filing system, email and U.S. first class mail.

Aaron S. Applebaum, Esquire – aaron.applebaum@saul.com
Jeffrey C. Hampton, Esquire – jeffrey.hampton@saul.com
Adam H. Isenberg, Esquire – aisenberg@saul.com
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Monique B. DiSabatino, Esquire – monique.disabatino@saul.com
Mark Minuti, Esquire – mark.minuti@saul.com
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Benjamin A. Hackman, Esquire – benjamin.a.hackman@usdoj.gov
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Thomas M. Horan, Esquire - Email: thoran@foxrothschild.com
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE  19801

Boris I. Mankovetskiy, Esquire - Email: bmankovetskiy@sillscummis.com
Andrew H. Sherman, Esquire - Email: asherman@sillscummis.com
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102

_____
JEFFREY KURTZMAN

2