# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
| Debtors. | ) **Re: Docket Nos. 233 and 340** |

## NOTICE OF FILING OF DECLARATION OF DISINTERESTEDNESS BY ORDINARY COURSE PROFESSIONAL ROBINSON KIRLEW & ASSOCIATES, P.C.

PLEASE TAKE NOTICE THAT on August 2, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date* [Docket No. 340] (the "OCP Order").[2]

PLEASE TAKE FURTHER NOTICE that in accordance with the procedures set forth in the OCP Order, the Debtors hereby file the Retention Declaration for Robinson Kirlew & Associates, P.C., which is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that objections to the retention of Robinson Kirlew & Associates, P.C. must be filed with the Court, and at the same time served upon the Interested Parties, on or before **September 9, 2019 at 4:00 p.m. (EST)**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the OCP Order.

-2-

Dated: August 26, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

                By:    */s/ Mark Minuti*
                      Mark Minuti (DE Bar No. 2659)
                      Monique B. DiSabatino (DE Bar No. 6027)
                      1201 N. Market Street, Suite 2300
                      P.O. Box 1266
                      Wilmington, DE  19899
                      Telephone: (302) 421-6800
                      Fax: (302) 421-5873
                      mark.minuti@saul.com
                      monique.disabatino@saul.com

                            -and-

                      Jeffrey C. Hampton
                      Adam H. Isenberg
                      Aaron S. Applebaum (DE Bar No. 5587)
                      Centre Square West
                      1500 Market Street, 38th Floor
                      Philadelphia, PA 19102
                      Telephone: (215) 972-7700
                      Fax: (215) 972-7725
                      jeffrey.hampton@saul.com
                      adam.isenberg@saul.com
                      aaron.applebaum@saul.com

                      *Counsel for Debtors and Debtors in Possession*