IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 22, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 547]**

Dated: August 26, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 26th day of August, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: BRITNEY S. WHITAKER, Notary Public – California, Los Angeles County, Commission # 2225724, My Comm. Expires Dec 17, 2021]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM |
| DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FINEMAN KREKSTEIN & HARRIS, P.C<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM |
| GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM |
| HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| RICHARDS LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM |
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM |

| | | |
|---|---|---|
| STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM |
| SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV |
| UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | | |

Parties Served:  106

# **<u>EXHIBIT B</u>**

| | | |
|---|---|---|
| 227 NORTH BROAD STREET ASSOCIATES, L.P.<br>227 N. BROAD STREET, SECOND FLOOR<br>PHILADELPHIA, PA 19107 | AARGON AGENCY, INC.<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS, NV 89117 | ABB ANESTHESIA, INC.<br>302 BLACKBURN DRIVE<br>BERWYN, PA 19312 |
| ABBOTT MOLECULAR INC.<br>ATTN: LEGAL DEPT<br>1350 E TOUHY AVE<br>DES PLAINES, IL 60018 | ABBOTT NUTRITION<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ABIOMED, INC.<br>22 CHERRY HILL<br>DANVERS, MA 01923 |
| ACCREDO HEALTH GROUP, INC.<br>1640 CENTURY CTR PKWY<br>MEMPHIS, TN 38134 | ADVANCED CE<br>530 HARLAN BLVD, STE HOL506<br>WILMINGTON, DE 19801 | ADVANCED STERILIZATION PRODUCTS SERVICES,<br>33 TECHNOLOGY DR<br>IRVINE, CA 92618 |
| ALLIANCE FOR PAIRED DONATION, INC.<br>ATTN: MICHAEL REES, MD<br>3661 BRIARFIELD BLVD, #105<br>MAUMEE, OH 43537 | ALPHA IMAGING, INC.<br>4455 GLENBROOK RD<br>WILLOUGHBY, OH 44094 | AMERICAN COLLEGE OF CARDIOLOGY FOUNDATIO<br>ATTN: GENERAL COUNSEL<br>2400 N ST NW<br>WASHINGTON, DC 20037 |
| AMERICAN COLLEGE OF SURGEONS<br>ATTN: CFO<br>633 N SAINT CLAIR ST<br>CHICAGO, IL 60611 | AMERICAN HEART ASSOCIATION, INC.<br>7272 GREENVILLE AVE<br>DALLAS, TX 75231 | AMO SALES AND SERVICE, INC.<br>ATTN: CONTRACT COORDINATOR<br>1700 E ST ANDREW PL<br>SANTA ANA, CA 92705 |
| AVIACODE, INC.<br>257 E 200 S, STE 700<br>SALT LAKE CITY, UT 84111 | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 |
| BARD PERIPHERAL VASCULAR, INC.<br>1415 W THIRD ST<br>TEMPE, AZ 85281 | BIOSENSE WEBSTER, INC.<br>ATTN: GEOFF CARLETON, SENIOR TERRITORY MGR<br>25B TECHNOLOGY DR<br>IRVINE, CA 92618 | BKT ARCHITECTS, LLC<br>ATTN: BRIAN TRACY, MEMBER<br>120 COTTON ST, 1ST FL<br>PHILADELPHIA, PA 19127 |
| BORTON-LAWSON ENGINEERING, INC.<br>ATTN: PATRICK J. ENDLER, VP<br>613 BALTIMORE DR, STE 300<br>WILKES-BARRE, PA 18702 | BOSTON SCIENTIFIC CORPORATION<br>ATTN: BUSINESS OPS MGR<br>4100 HAMLINE AVE N<br>ARDEN HILLS, MN 55112 | BROADCAST MUSIC INC.<br>ATTN: VP, GENERAL LICENSING DEPT<br>10 MUSIC SQ E<br>NASHVILLE, TN 37203 |
| CAPITAL HEALTH SYSTEM INC.<br>750 BRUNSWICK AVENUE<br>TRENTON, NJ 08638 | CAPITAL HEALTH SYSTEM, INC.<br>ONE CAPITAL WAY<br>PENNINGTON, NJ 08534 | CARDINAL HEALTH 200, LLC<br>ATTN: REGION DIR, NE SPECIALTY PRODUCTS SAL<br>7000 CARDINAL PL<br>DUBLIN, OH 43017 |
| CARDIOLOGY CONSULTANTS OF PHILADELPHIA, PC<br>225 NORTH BROAD STREET<br>PHILADELPHIA, PA 10103 | CENOVA, INC.<br>2745 W ALLEGHENY AVE<br>PHILADELPHIA, PA 19132 | CHARLEY'S ANGELS PHOTOGRAPHY INC.<br>ATTN: CEO<br>328 E 4TH ST<br>WATERLOO, IA 50703 |
| CITY OF PHILADELPHIA<br>ATTN:  LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | COLCOM, INC.<br>ATTN: PRESIDENT<br>300 N POTTSTOWN PIKE<br>EXTON, PA 19341 | COLOPLAST CORP.<br>1601 W RIVER RD<br>MINNEAPOLIS, MN 55411 |

COLUMBIA UNIVERSITY MEDICAL CENTER
ATTN: TASHA SMITH, SENIOR IRB SPECIALIST - LIAISO
154 HAVEN AVE, 1ST FL
NEW YORK, NY 10032

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

COMMUNITY BEHAVIORAL HEALTH
ATTN: JOAN ERNEY, JD, CEO
801 MARKET ST, SEVENTH FL
PHILADELPHIA, PA 19107

CONMED CORPORATION
525 FRENCH RD
UTICA, NY 13502

CORONA PARTNERS
ATTN: CHRISTOPHER STROM, FOUNDER
3025 MARKET ST, STE 140
PHILADELPHIA, PA 19104

CROTHALL HEALTHCARE, INC.
ATTN: LEGAL DEPT
1500 LIBERTY RIDGE DR, STE 210
WAYNE, PA 19087

DANIEL BURKE PHOTOGRAPHY
ATTN: DANIEL BURKE, OWNER
364 NEW CASTLE LANE
SWEDESBORO, NJ 08085-1490

DEX IMAGING, INC.
5109 W LEMON ST
TAMPA, FL 33609

DIRECTV, INC.
PO BOX 25392
MIAMI, FL 33152-5392

DJO, LLC
ATTN: VP, FIELD SERVICES, US COMMERCIAL OPS
1430 DECISION ST
VISTA, CA 92081

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

E4 SERVICES, LLC
ATTN: MIKE BRENSINGER
411 GREEN VALLEY RD
SINKING SPRING, PA 19608

EAGLES TAXI, LLC
DBA 215 GET A CAB
2301 CHURCH ST
PHILADELPHIA, PA 19124

EDWARDS LIFESCIENCES LLC
ONE EDWARDS WAY
IRVINE, CA 92614

EMPLOYERS HEALTH NETWORK, LLC
ATTN: MANAGED CARE DEPT
1304 E WOODHURST, STE B
SPRINGFIELD, MO 65804

ENOVATE MEDICAL, LLC
1152 PARK AVE
MURFREESBORO, TN 37129

ETTAIN GROUP, INC.
ATTN: CONTRACT COMPLIANCE
127 W WORTHINGTON AVE, STE 100
CHARLOTTE, NC 28203

EXACTECH US, INC.
2320 NW 66TH CT
GAINESVILLE, FL 32653

FINANCIAL RECOVERIES
200 E PARK DR, STE 100
MT. LAUREL, NJ 08054

FLEX FINANCIAL, A DIVISON OF STRYKER SALES COR
1901 ROMENCE RD PKWY
PORTAGE, MI 49002

FOOT & ANKLE CENTER OF PHILADELPHIA, LLC
ATTN: STEVEN BOC, DPM
235 N BROAD ST, STE 300
PHILADELPHIA, PA 19102

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

FUSARO BROTHERS, INC
DBA MAXWELL CAB COMPANY
ATTN: GEORGE FUSARO, PRES
9 W ATHENS AVE
ARDMORE, PA 19003

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

GLENN P. GOODHART, DDS
1137 COVENTRY ROAD
CHELTENHAM, PA 19012

GLOBAL NEUROSCIENCES INSTITUTE, LLC
219 NORTH BROAD STREET, 7TH FLOOR
PHILADELPHIA, PA 19107

HAHNEMANN APOTHECARY INC.
ATTN: PRESIDENT
230 N BROAD ST, MS 544
PHILADELPHIA, PA 19102

HANGER PROSTHETIC AND ORTHOTICS, INC
DBA HANGER CLINIC
ATTN: AREA CLINICAL MGR
605 SPRING GARDEN ST
PHILADELPHIA, PA 19123

HANGER PROSTHETICS AND ORTHOTICS, INC. D/B/A H
1504 DUNHILL COURT
MOUNT PLEASANT, SC 29466

HARVARD CARDIOVASCULAR, INC.
5735 RIDGE AVENUE, SUITE 101
PHILADELPHIA, PA 19107

HEALTHCARE ADMINISTRATIVE PARTNERS, LLC
ATTN: PRESIDENT
112 CHESLEY DR
MEDIA, PA 19063

HEALTHCARE PERFORMANCE GROUP, INC.
ATTN: LEGAL DEPT
23419 W 215TH ST
SPRING HILL, KS 66083

HEART CARE CONSULTANTS
5600 CHESTNUT STREET
PHILADELPHIA, PA 19139

HILL-ROM COMPANY, INC.
ATTN: CONTRACTS DEPT
1225 CRESCENT GREEN, STE 300
CARY, NC 27518

HOLOGIC, INC.
250 CAMPUS DR
MARLBOROUGH, MA 01752

HUB PARKING TECHNOLOGY USA, INC.
761 COMMONWEALTH DR
WARRENDALE, PA 15086

HUB PARKING TECHNOLOGY USA, INC.
ATTN: JOHN LOVELL, MANAGING DIR & CEO
555 KEYSTONE DR
WARRENDALE, PA 15086

IMMACULATA UNIVERSITY
ATTN: VICE PRES FOR ACADEMIC AFFAIRS & PROVOS
1145 W KING RD
IMMACULATA, PA 19345

INTERACTIVATION HEALTH NETWORKS
ATTN: DAVID ROSS, COO
331 W 57TH ST, #733
NEW YORK, NY 10019

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

ISS FACILITY SERVICES, INC.
ATTN: JAMES HAVIARIS, PRES, NE REGION
81 DORSA AVE
LIVINGSTON, NJ 07039

IVY HILL CEMETERY COMPANY
1201 EON RD
PHILADELPHIA, PA 19150

JB VENTURE 4 LLC
2424 EAST YORK STREET, SUITE 219
PHILADELPHIA, PA 19125

KCI USA, INC.
8023 VANTAGE DR
SAN ANTONIO, TX 78230

KEYSTONE QUALITY TRANSPORT COMPANY
1260 E WOODLAND AVE
SPRINGFIELD, PA 19064

LANTHEUS MEDICAL IMAGING, INC.
ATTN: SHELLI JENSEN, MGR, COMMERICAL & GOVT C
331 TREBLE COVE RD, BLDG 600-1
N. BILLERICA, MA 01862

LIMB TECHNOLOGIES, INC
DBA LTI ORTHOTIC PROSTHETIC CTR
ATTN: PRESIDENT
2925 VETERANS HWY
BRISTOL, PA 19007

LIVANTA LLC
ATTN: CHIEF OPERATING OFFICER
10810 GUILFORD RD, STE 111
ANNAPOLIS JUNCTION, MD 20701

LTI ORTHOTIC PROSTHETIC CENTER
2925 VETERANS HIGHWAY
BRISTOL, PA 19007

MACALINO MARKETING, INC.
ATTN: PRESIDENT
748 N 24TH ST
PHILADELPHIA, PA 19130

MAGEE REHABILITATION HOSPITAL
ATTN: PRESIDENT & CEO
1513 RACE ST
PHILADELPHIA, PA 19103

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

MEDINT HOLDINGS, LLC
1150 FIRST AVE, STE 450
KING OF PRUSSIA, PA 19406

MEDTRONIC USA INC.
8200 CORAL SEA ST NE
MOUNDS VIEW, MN 55112

MEDTRONIC USA INC.
ATTN: CAPITAL REGL CONTRACT ANALYST
826 COAL CREEK CIRCLE
LOUISVILLE, CO 80027

MENTOR WORLDWIDE LLC
ATTN: SR. CONTRACTS MGR
33 TECHNOLOGY DR
IRVINE, CA 92618

MHC SOFTWARE, LLC
ATTN: CATHERIE BEATTIE
12000 PORTLAND AVE S, STE 230
BURNSVILLE, MN 55337

MIRAMED GLOBAL SERVICES, INC.
ATTN: PRESIDENT
255 W MICHIGAN AVE
JACKSON, MI 49204

MONTEREY MEDICAL SOLUTIONS, INC.
ATTN: PRESIDENT
1130 FREMONT BLVD, STE 105-302
SEASIDE, CA 93955

NATIONAL MARROW DONOR PROGRAM
500 N 5TH ST
MINNEAPOLIS, MN 55401-1206

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NIXON UNIFORM SERVICE, INC.
500 CTRPOINT BLVD
NEW CASTLE, DE 19720

NORTHEAST PROTECTION PARTNERS INC.
4231 W LINCOLN HWY
PARKESBURG, PA 19365

| | | |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN HACKMAN<br>844 KING ST, STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 |
| OLYMPUS AMERICA INC.<br>3500 CORPORATE PKWY<br>CENTER VALLEY, PA 18034 | OUTCOME HEALTH<br>156 5TH AVE, STE 604<br>NEW YORK, NY 10010 | PAUL TIRADO<br>3548 SANDPIPER LANE<br>MELBOURNE, FL 32935 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | PENNSYLVANIA ORAL & MAXILLOFACILAL SURGER<br>ATTN: SEAN WILD, CEO<br>207 N BROAD ST, 1ST FL<br>PHILADELPHIA, PA 19107 |
| PENNSYLVANIA ORAL AND MAXILLOFACIAL SURGERY,<br>207 NORTH BROAD STREET, 1ST FLOOR<br>PHILADELPHIA, PA 19107 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN:  CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC  20005 |
| UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 | | |

Parties Served: 112