IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 22, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Approving Second Omnibus Motion of the Debtors For Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 548]**

Dated: August 26, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 26th day of August, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM |
| DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FINEMAN KREKSTEIN & HARRIS, P.C<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM |
| GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM |
| HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM |
| MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| RICHARDS LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM |
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM |

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                    Served 8/22/2019

| | | |
|---|---|---|
| STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM |
| SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV |
| UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | | |

Parties Served:  106

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| GEORGE SABU, M.D.<br>13106 BUSTLETON AVENUE<br>PHILADELPHIA, PA 19116 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBEKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN HACKMAN<br>844 KING ST, STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 |
| PENTEC HEALTH, INC.<br>ATTN: CHERYL MCMULLEN, DIR OF TARGETED DRUG<br>50 APPLIED CARD WAY, STE 1020<br>GLEN MILLS, PA 19342 | PERKINELMER GENETICS, INC.<br>250 INDUSTRY DR, STE 400<br>PITTSBURGH, PA 15275 | PERKINELMER GENETICS, INC.<br>ATTN: GENERAL COUNSEL<br>940 WINTER ST<br>WATHAM, MA 02451 |
| PHILADELPHIA EAR, NOSE & THROAT ASSOCIATES<br>ATTN: ROBERT SATALOFF, MD<br>219 N BROAD ST, 10TH FL<br>PHILADELPHIA, PA 19107 | PHILADELPHIA UROSURGICAL ASSOCIATES<br>207 NORTH BROAD STREET<br>PHILADELPHIA, PA 19107 | PHILADELPHIA UROSURGICAL ASSOCIATES, PC<br>ATTN: KRISTENE WHITMORE, MD<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107 |
| PINNACLE HEALTHCARE RECOVERY PARTNERS, INC.<br>ATTN: PRESIDENT<br>196A FAIRVIEW RD<br>WOODLYN, PA 19094 | PNC BANK, NATIONAL ASSOCIATION<br>ATTN: VICE PRES<br>1600 MARKET ST, F2-F070-08-3<br>PHILADELPHIA, PA 19013 | PRECISION LASER SPECIALIST, INC.<br>712 TELSER RD<br>LAKE ZURICH, IL 60047 |
| PRESCOTT'S INC.<br>18940 MICROSCOPE WAY<br>MONUMENT, CO 80132 | PRESTIGE MEDICAL IMAGING, INC.<br>ATTN: GENERAL MGR<br>525 ROUTE 73 N, STE 104<br>MARLTON, NJ 08053 | PROFESSIONAL TRAUMA SERVICES, LLC<br>ATTN: RAYMOND TALUCCI, MC<br>12 HESSIAN WAY<br>CHERRY HILL, NJ 08083 |
| QUALITY INSIGHTS RENAL NETWORK 4<br>ATTN: EXEC DIR<br>630 FREEDOM BUSINESS CTR, STE 116<br>KING OF PRUSSIA, PA 19406 | R. SMITH INTERNATIONAL, LLC<br>DBA RSOURCE<br>ATTN: GENERAL COUNSEL<br>433 PLAZA REAL, STE 345<br>BOCA RATON, FL 33432 | RANDALL THOMAS, LLC<br>6002 NORTH 10TH STREET<br>PHILADELPHIA, PA 19141 |

| | | |
|---|---|---|
| RITTENHOUSE HEMATOLOGY & ONCOLOGY<br>ATTN: RENE RUBIN, MD<br>207 N BROAD ST, 6TH FL<br>PHILADELPHIA, PA 19107 | S&H LTD<br>DBA METROPOLITAN FLAG & BANNER CO.<br>ATTN: PRESIDENT<br>2037 E WILLARD ST<br>PHILADELPHIA, PA 19134 | SEASPINE SALES LLC<br>ATTN: GLENN BOWMAN, VP OF SALES<br>985 OLD EAGLE SCHOOL RD, STE 507<br>WAYNE, PA 19087 |
| SKY NURSES, LLC<br>ATTN: JOHN NACCARELLI<br>6530 W ROGERS CIRCLE, STE 31<br>BOCA RATON, FL 33487 | SMITH & NEPHEW, INC.<br>ATTN: CONTRACTS DEPT<br>150 MINUTEMEN RD<br>ANDOVER, MA 01810 | SODEXO MANAGEMENT, INC.<br>ATTN: CATHERINE TABAKA, CEO, HEALTHCARE<br>600 CITY PKWY W, STE 610<br>ORANGE, CA 92868 |
| SOURCEHOV HEALTHCARE, INC.<br>ATTN: PRESIDENT<br>100 EXECUTIVE CTR DR, STE 101<br>COLUMBIA, SC 29210 | SOUTHAMPTON WINDOW CLEANING & JANITORIAL SE<br>726 PENNSYLVANIA AVE<br>SOUTHAMPTON, PA 18966 | SPECIALTY CARE, INC.<br>ATTN: GENERAL COUNSEL<br>3 MARYLAND FARMS, STE 200<br>BRENTWOOD, TN 37027 |
| SPECIALTYCARE CARDIOVASCULAR RESOURCES, INC<br>ATTN: GENERAL COUNSEL<br>3 MARYLAND FARMS, STE 200<br>BRENTWOOD, TN 37027 | SPECIALTYCARE, INC., AS AGENT FOR SPECIALTYCAR<br>ATTN: GENERAL COUNSEL<br>3 MARYLAND FARMS, STE 200<br>BRENTWOOD, TN 37027 | SPOK, INC.<br>6850 VERSAR CTR, STE 420<br>SPRINGFIELD, VA 22151 |
| ST. AGNES MOB, LLC<br>1930 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19145 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | STRASSHEIM GRAPHIC DESIGN & PRESS CORP.<br>ATTN: PRESIDENT<br>1500 SPRING GARDEN ST, STE 225<br>PHILADELPHIA, PA 19130 |
| STRYKER NEUROVASCULAR<br>2825 AIRVIEW BLVD<br>KALAMAZOO, MI 49002 | STRYKER SALES CORPORATION<br>3800 E CENTRE AVE<br>PORTAGE, MI 49002 | SUNRISE SUPPORT SERVICES<br>ATTN: OWNER<br>4 PINE GLEN DR<br>SICKLERVILLE, NJ 08081 |
| THE ANESTHESIA QUALITY INSTITUTE<br>1601 AMERICAN LANE<br>SCHAUMBERG, IL 60173 | THE VISITING NURSE ASSOCIATION OF GREATER PHIL<br>ATTN: PRESIDENT<br>3300 HENRY AVE, STE 500<br>PHILADELPHIA, PA 19129 | THE VISITING NURSE ASSOCIATION OF GREATER I<br>3300 HENRY AVENUE, 5TH FLOOR<br>PHILADELPHIA, PA 19127 |
| THE VISITING NURSE ASSOCIATION OF GREATER PHIL<br>FALLS CENTER, 3300 HENRY AVENUE, SUITE 500<br>PHILADELPHIA, PA 19129 | TIPTON COMMUNICATIONS GROUP, INC.<br>ATTN: LEGAL DEPT<br>323 E MAIN ST<br>NEWARK, DE 19711 | TITAN HEALTH MANAGEMENT SOLUTIONS, INC.<br>ATTN: THOMAS HOEHNER<br>2500 N PANTANO RD, STE 200<br>TUCSON, AZ 85715 |
| TOZOUR ENERGY SYSTEMS, INC.<br>ATTN: CFO<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406 | TRANSLOGIC CORPORATION<br>DBA SWISSLOG HEALTHCARE SOLUTIONS<br>10825 E 47TH AVE<br>DENVER, CO 80239 | TRANSWORLD SYSTEMS INC.<br>ATTN: VP, CORPORATE LEGAL<br>500 VIRGINIA DR, STE 514<br>FORT WASHINGTON, PA 19034 |
| UMS LITHOTRIPSY SERVICES OF GREATER PHILADEL<br>1700 W PARK DR, STE 410<br>WESTBOROUGH, MA 01581 | UMS LITHOTRIPSY SERVICES OF GREATER PHILADEL<br>1700 WEST PARK DRIVE, SUITE 410<br>WESTBOROUGH, MA 01581 | UMS MR FUSION SERVICES OF EASTERN PA, LLC<br>1700 W PARK DR, STE 410<br>WESTBOROUGH, MA 01581 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UROLOGIC CONSULTANTS OF SOUTHEASTERN PE<br>ATTN: LAURENCE BELKOFF, DO, MANAGING PARTI<br>ONE PRESIDENTIAL BLVD<br>BALA CYNWYD, PA 19004 |

| | | |
|---|---|---|
| UROLOGIC SURGEONS, INC.<br>ATTN: PRESIDENT<br>525 JAMESTOWN ST, STE 108<br>PHILADELPHIA, PA 19128 | US REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET<br>ATTN: VICE PRES OF OPS<br>1800 BYBERRY RD, STE 705<br>HUNTINGTON VALLEY, PA 19006 | USA-CLEAN, INC.<br>2803 N 22ND ST<br>DECATUR, IL 62526 |
| VANGUARD CLEANING SYSTEMS, INC<br>DBA VANGUARD CLEANING SYSTEMS OF PHILADELPH<br>ATTN: PRESIDENT<br>67 BUCK RD, B-45<br>HUNTINGTON VALLEY, PA 19006 | VIE HEALTHCARE, INC.<br>2111 ROUTE 34<br>WALL TOWNSHIP, NJ 07719 | VITALANT<br>ATTN: EVP, GENERAL COUNSEL<br>6210 E OAK ST<br>SCOTTSDALE, AZ 85257 |
| WEB.COM GROUP, INC.<br>12808 GRAN BAY PKWY, W<br>JACKSONVILLE, FL 32258 | ZIMMER BIOMET CMF & THORACIC, LLC<br>ATTN: KELLEY KOMULA, VP, ENTERPRISE SOLUTIONS<br>1520 TRADEPORT DR<br>JACKSONVILLE, FL 32218 | |

Parties Served: 74