IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | : : : | Case No. 19-11466 (KG) Jointly Administered |
| | : | |
| Debtors. | : : | Re: Docket Nos. 301, 510 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
SPECIALTYCARE IOM SERVICES, LLC TO NOTICE OF
ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO
EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

SpecialtyCare IOM Services, LLC (**"SpecialtyCare"**), by and through its undersigned counsel, files the following limited objection and reservation of rights to the Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [Docket No. 510] (the **"Cure Notice"**)[2] filed by St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children (**"SCH"**) and certain of its affiliates, as debtors and debtors in possession (collectively, **"Debtors"**), and states as follows:

**BACKGROUND**

1. On June 30, 2019 and July 1, 2019 (the **"Petition Dates"**), each of Debtors filed a voluntary petition for Chapter 11 relief in the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); StChris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C.(5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Cure Notice.

2.      Prior to the Petition Dates, SpecialtyCare entered into a Services Agreement effective as of July 13, 2016 (together with all exhibits, the **"SpecialtyCare Contract"**) with Tenet HealthSystem St. Christopher's Hospital for Children, LLC, doing business as St. Christopher's Hospital for Children (**"SCHC"**).  Upon information and belief, the SpecialtyCare Contract was assigned from SCHC to SCH in connection with Philadelphia Academic Health Holdings, LLC's acquisition of certain assets from Tenet Business Services Corporation.

3.      On July 16, 2019, SCH filed Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 205] (the **"Sale Motion"**).

4.      On August 16, 2019, Debtors filed the Cure Notice, which designates a contract between SpecialtyCare and SCH for possible assumption and assignment and sets forth a proposed cure amount of $0.00 (the **"Proposed Cure Amount"**) in connection therewith.  The Cure Notice describes the contract as follows:

| Contract Party | Title of Agreement | Debtor Party | Proposed Cure Amount |
|---|---|---|---|
| Specialtycare Iom Services, LLC | Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |

-3-

**LIMITED OBJECTION**

5.  SpecialtyCare files this limited objection to the Cure Notice because the Proposed Cure Amount referenced therein is understated. Under Section 365(b)(1) of the Bankruptcy Code, a contract may be assumed as an executory contract only if the debtor, at the time of such assumption, cures outstanding defaults or provides adequate assurance that they will be promptly cured. As more fully set forth on the account statement attached as Exhibit **"A"** hereto, SpecialtyCare's records reflect that a balance of $98,232.05 is presently overdue in connection with the SpecialtyCare Contract. An additional balance of $16,829.00 comes due on September 19, 2019 and will increase the cure amount to $115,061.05 if not paid in the ordinary course.

6.  Consequently, the Proposed Cure Amount does not satisfy the requirement under Section 365(b)(1) of the Bankruptcy Code that Debtors fully cure all monetary defaults in order to assume the SpecialtyCare Contract. As a result of the foregoing, SpecialtyCare hereby objects to the Proposed Cure Amount. Any assumption of the SpecialtyCare Contract must be conditioned upon full payment of the outstanding balance of $98,232.05 ($115,061.05 if the invoices due September 19, 2019 are not paid in the ordinary course). SpecialtyCare continues to provide services to SCH under the SpecialtyCare Contract. As such, additional amounts may continue to accrue to the extent not paid by SCH in the ordinary course.

**RESERVATION OF RIGHTS**

7.  SpecialtyCare reserves the right to supplement and/or amend this limited objection and to introduce evidence at any hearing related to the Sale Motion and/or the Cure Notice and this limited objection.

23329179v.1

**WHEREFORE**, SpecialtyCare respectfully requests that this Honorable Court condition the assumption and assignment of the SpecialtyCare Contract on the full payment of the correct cure amount and provide such further relief as this court deems just and proper.

| | |
|---|---|
| Dated: August 27, 2019 | **WHITE AND WILLIAMS LLP** |

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
600 N. King Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 467-4520
Fax:  (302) 467-4550
casarinom@whiteandwilliams.com

- and -

Amy E. Vulpio
PA ID No. 84477
1650 Market Street, Suite 1800
Philadelphia, PA  19103
Telephone:  (215) 864-6250
Fax:  (215) 789-7550
vulpioa@whiteandwilliams.com

*Attorneys for SpecialtyCare IOM Services, LLC*