**EXHIBIT "A"**

| Customer | Name | Invoice | Dt Invoice | Patient ID | Patient | Due Date | Days Late | Orig Item Amt |
|---|---|---|---|---|---|---|---|---|
| 1754B01 | St. Christopher's Hospital for Children | 72339719 | 1/4/2019 | REDACTED | REDACTED | 2/18/2019 | 182 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72361282 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72365520 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72365592 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72366836 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72368173 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,772.60 |
| 1754B01 | St. Christopher's Hospital for Children | 72371047 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72373951 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72377731 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72379053 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72379085 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72380453 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72384998 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72386306 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72386355 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72386424 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72387952 | 2/5/2019 | REDACTED | REDACTED | 3/22/2019 | 150 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72395142 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72400690 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72400691 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72400816 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72402163 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72409000 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 2,083.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72414993 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72414994 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72416677 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72416741 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72419993 | 3/5/2019 | REDACTED | REDACTED | 4/19/2019 | 122 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72422973 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72424075 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72425419 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,420.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72425470 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72429476 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72429644 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72429645 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72429653 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72433359 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72437530 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72438739 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72439292 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72443199 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72443200 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72443204 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72446191 | 4/3/2019 | REDACTED | REDACTED | 5/18/2019 | 93 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72451948 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72457695 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72457696 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72457700 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72457716 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72457750 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72458961 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72459073 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72466156 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72468825 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72471729 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72474420 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72480654 | 5/3/2019 | REDACTED | REDACTED | 6/17/2019 | 63 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72481921 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72487376 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72487377 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72490258 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72500255 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72500256 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72500257 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 549.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72507321 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 1,315.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72507335 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 2,083.00 |
| 1754B01 | St. Christopher's Hospital for Children | 72509370 | 6/5/2019 | REDACTED | REDACTED | 7/20/2019 | 30 | $ 1,645.00 |
| 1754B01 | St. Christopher's Hospital for Children | OA-8033 | | | | 5/1/2017 | 840 | $ (380.55) |
| 1754B01 | St. Christopher's Hospital for Children | OA-9098 | | | | 2/15/2018 | 550 | $ (1,597.00) |
| 1754N01 | St. Christopher's Hospital for Children | 72515113 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72516455 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72520652 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72520653 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72520654 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72523473 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72528008 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72531028 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72535411 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72535955 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 549.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72538528 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72540148 | 7/3/2019 | REDACTED | REDACTED | 8/17/2019 | 2 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72544123 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,369.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72545371 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72546799 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72548250 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72549582 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72562088 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72563532 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72566226 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72566482 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,315.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72570940 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,645.00 |
| 1754N01 | St. Christopher's Hospital for Children | 72572318 | 8/5/2019 | REDACTED | REDACTED | 9/19/2019 | -31 | $ 1,645.00 |
| | | | | | | | | $ 115,061.05 |

|  |  |
|---|---|
| OVERDUE | $ 98,232.05 |
| DUE 9/19/19 | $ 16,829.00 |