# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | : : : | Case No. 19-11466 (KG) Jointly Administered |
| | : | |
| Debtors. | : : | |

## **CERTIFICATE OF SERVICE**

I, Marc S. Casarino, hereby certify that a true and correct copy of the foregoing Limited Objection and Reservation of Rights of SpecialtyCare IOM Services, LLC to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors was filed electronically with the Court on August 27, 2019. Notice of this filing will be sent today to all parties, including the parties on the attached service list, via the Court's electronic filing system.

Dated: August 27, 2019

WHITE AND WILLIAMS LLP

BY: /s/ Marc S. Casarino
Marc S. Casarino (#3613)
600 N. King Street, Suite 800
Courthouse Square
Wilmington, DE 19801
Phone: 302.654.0424
casarinom@whiteandwilliams.com

*Attorneys for SpecialtyCare IOM Services, LLC*

23329179v.1

## SERVICE LIST

| **Office of the United States Trustee**: <br><br>Office of the United States Trustee for the District of Delaware <br>844 King Street, Suite 2207 <br>Lockbox 35 <br>Wilmington, DE  19801 <br>Attn:  Benjamin Hackman, Esq. <br>         benjamin.hackman@usdoj.gov | **Counsel to the Debtors**: <br><br>Saul Ewing Arnstein & Lehr LLP <br>1201 N. Market Street, Suite 2300 <br>Wilmington, DE  19899 <br>Attn:  Mark Minuti, Esq. <br>         Monique B. DiSabatino, Esq. <br>         mark.minuti@saul.com <br>         monique.disabatino@saul.com |
|---|---|
| **Counsel to the Debtors**: <br><br>Saul Ewing Arnstein & Lehr LLP <br>Centre Square West <br>1500 Market Street, 38th Floor <br>Philadelphia, PA  19103 <br>Attn:  Jeffrey C. Hampton, Esq. <br>         Adam H. Isenberg, Esq. <br>         Aaron S. Applebaum, Esq. <br>         jeffrey.hampton@saul.com <br>         adam.isenberg@saul.com <br>         aaron.applebaum@saul.com | **Counsel to the Committee**: <br><br>Sillis Cummis & Gross P.C. <br>One Riverfront Plaza <br>Newark, NJ  07102 <br>Attn:  Andrew H. Sherman, Esq. <br>         Boris I. Mankovetskiy, Esq. <br>         asherman@sillscummis.com <br>         bmankovetskiy@sillscummis.com |
| **Counsel to MidCap**: <br><br>Stradley, Ronan, Stevens & Young, LLP <br>2005 Market Street, Suite 2600 <br>Philadelphia, PA  19103 <br>Attn:  Gretchen Santamour, Esq. <br>         gsantamour@stradley.com | **Counsel to MidCap**: <br><br>Stradley, Ronan, Stevens & Young, LLP <br>1000 N. West Street, Suite 1279 <br>Wilmington, DE  19801 <br>Attn:  Joelle E. Polesky, Esq. <br>         jpolesky@stradley.com |