# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| AUGUST 2019 |
| E-Filing Number: 1908054995 |
| 0M0024 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| HERMAN GOLDNER CO., INC. | ST. CHRISTOPHER'S HEALTHCARE, LLC,, ALIAS: ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 7777 BREWSTER AVENUE PHILADELPHIA PA 19153 | 160 EAST ERIE AVENUE PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal ☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less ☐ More than $50,000.00 | ☐ Arbitration ☐ Jury ☐ Non-Jury ☒ Other: MECHANICS LIEN | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

**CASE TYPE AND CODE**

7M - MECHANICS LIEN

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED PRO PROTHY AUG 23 2019 K. KALOGRIAS | IS CASE SUBJECT TO COORDINATION ORDER? YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: HERMAN GOLDNER CO., INC.

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MARGARET M. UNDERWOOD | HORN WILLIAMSON LLC 2 PENN CENTER, SUITE 1700 1500 JFK BOULEVARD PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)987-3800 | (215)334-7336 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 75119 | munderwood@hornwilliamson.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *MARGARET UNDERWOOD* | Friday, August 23, 2019, 10:59 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**HORN WILLIAMSON, LLC**
Margaret M. Underwood, Esq./#75119
munderwood@hornwilliamson.com
Rachel E. Jeanes, Esq./#320025
rjeanes@hornwilliamson.com
2 Penn Center, Suite 1700
1500 JFK Boulevard
Philadelphia, PA 19102
(215) 987-3800

Attorneys for Claimant,
Herman Goldner Co., Inc.

Filed and Attested by the
Office of Judicial Records
23 AUG 2019 10:59 am
K. KALOGRIAS

| | | |
|---|---|---|
| HERMAN GOLDNER CO., INC. | : | COURT OF COMMON PLEAS |
| 7777 Brewster Avenue | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19153 | : | |
| Claimant, | : | |
| v. | : | AUGUST TERM, 2019 |
| | : | |
| ST. CHRISTOPHER'S HEALTHCARE, LLC, | : | |
| d/b/a ST. CHRISTOPHER'S HOSPITAL | : | MECHANICS' LIEN CLAIM |
| FOR CHILDREN | : | |
| 160 East Erie Avenue | : | |
| Philadelphia, PA 19134 | : | |
| Owner or Reputed Owner | : | NO. _____ |

## NOTICE OF MECHANICS' LIEN CLAIM

**TO OWNER OR REPUTED OWNER**:
St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital For Children
160 East Erie Avenue
Philadelphia, PA 19134

Notice is hereby given that a Mechanics' Lien Claim, a true and correct copy of which is attached hereto, was filed on behalf of **Herman Goldner Co., Inc.** on the date above in the Court of Common Pleas of Philadelphia County, Pennsylvania, at the above Docket No. This Mechanics' Lien Claim in the amount of **$74,468.39,** plus interest, is asserted against the interest of **St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital For Children** in the premises, including the lot and curtilage appurtenant thereto, located at **160 East Erie Avenue, Philadelphia, Pennsylvania 19134,** having a Deed recorded with the Recorder of Deeds for Philadelphia County, Document ID #53316748, and a Tax Parcel Number of 77-7-0117-35.

HORN WILLIAMSON LLC

DATED: __August 23, 2019__

By: __/s/ Margaret M. Underwood__
    Margaret M. Underwood, Esquire
    Rachel E. Jeanes, Esquire
    Attorneys for Claimant,
    Herman Goldner Co., Inc.

**HORN WILLIAMSON, LLC**
Margaret M. Underwood, Esq./#75119
munderwood@hornwilliamson.com
Rachel E. Jeanes, Esq./#320025
rjeanes@hornwilliamson.com
2 Penn Center, Suite 1700
1500 JFK Boulevard
Philadelphia, PA 19102
(215) 987-3800

Attorneys for Claimant,
Herman Goldner Co., Inc.

| | | |
|---|---|---|
| HERMAN GOLDNER CO., INC.<br>7777 Brewster Avenue<br>Philadelphia, PA 19153<br>Claimant, | : <br>: <br>: <br>: <br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | : <br>: | AUGUST TERM, 2019 |
| ST. CHRISTOPHER'S HEALTHCARE, LLC,<br>d/b/a ST. CHRISTOPHER'S HOSPITAL<br>FOR CHILDREN<br>160 East Erie Avenue<br>Philadelphia, PA 19134<br>Owner or Reputed Owner | : <br>: <br>: <br>: <br>: <br>: | MECHANICS' LIEN CLAIM<br><br>NO. _____ |

## MECHANICS' LIEN CLAIM

Pursuant to 49 P.S. §1101, *et seq.*, Claimant, Herman Goldner Co., Inc., through its undersigned counsel, hereby brings this Mechanics' Lien Claim as follows:

1.      Claimant, Herman Goldner Co., Inc. ("Goldner") is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, having a place of business located at 7777 Brewster Avenue, Philadelphia, PA 19153.

2.      Upon information and belief, Owner/Reputed Owner St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital For Children ("St. Christopher's") is a limited liability company, having a place of business located at 160 East Erie Avenue, Philadelphia, PA 19134.

Case ID: 1908M0024

3.    Under lease or otherwise, St. Christopher's is in full possession of and operates a hospital in a building located at 160 East Erie Avenue, Philadelphia, Pennsylvania, 19134, which is the subject of this lien claim (the "Property").

4.    St. Christopher's is the owner or reputed owner of an interest in the Property, including the improvements thereon.

5.    Starting on or about February 1, 2019, Goldner continuously supplied labor and materials at the Property under a series of written contracts and Purchase Orders with St. Christopher's to supply labor, equipment and services for the alteration and/or repair of the HVAC system of the Property, which is integral to and incorporated into the Property (the "Work").  The contracts, purchase orders, and invoices are attached collectively and incorporated herein at Exhibit "A."

6.    The Property is a single improvement and Goldner elects to consolidate its claim under 49 P.S. § 1306 (a).

7.    The labor, materials, equipment, and services supplied by Goldner for which Goldner files this mechanics' lien, includes but is not limited to, the supply and installation of a new York RTU rooftop unit, including all hoisting and piping; inspection and repair of chillers; repair defective condenser fan motors; repair ball valves and piping; repair chillers; repair Trane rooftop Intellipak unit; and repair and replace water meter isolation valves.  See Exhibit "A."

8.    The prices charged for the labor, material, equipment, and services supplied are set forth in detail in the invoices attached at Exhibit "A" and in the spreadsheet attached at Exhibit "B."

9.    Goldner is owed a total of $74,468.39 for the Work performed at the Property.

Active\01092\0008\305885.v1-8/23/19

Case ID: 1908M0024

10. Goldner completed its Work at the Property under the contracts and Purchase Orders set forth in Exhibit A on June 22, 2019.

11. St. Christopher's is in default of its obligations to Goldner because it has failed to pay Goldner the amount due and owing for the labor, material, equipment, and services supplied by Goldner.

12. Goldner files this claim as a contractor.

13. Without any admission of liability, in addition to the amounts currently owed, Goldner may be subject to a preference action by the Trustee in Bankruptcy in the matter *In Re: Philadelphia Academic Health System, LLC* in the United States Bankruptcy Court for the District of Delaware at Case No. 19-11466-KG (Jointly Administered) ("Bankruptcy") for the return of payments made to Goldner within 90 days of the Bankruptcy Petition for work performed by Goldner at the Property.

14. Upon information and belief, in the ninety (90) days prior to the Bankruptcy, St. Christopher's paid Goldner a total of $32,394.72 for labor, material, equipment and services supplied by Goldner to the Property ("Pre-Bankruptcy Payments").

15. The determination as to whether the Pre-Bankruptcy payments may constitute a preference under Sections 547 and 550 of the United States Bankruptcy Code will not occur until after the time allowable for perfecting Goldner's Mechanic's Lien Claim has expired.

16. In the event the Bankruptcy Court determines that Goldner must return some or all of the Pre-Bankruptcy payments to the Bankruptcy Estate, which liability is expressly denied, Goldner hereby asserts a Mechanic's Lien for all such Pre-Bankruptcy payments.

17. Nothing herein is intended to waive any right of Goldner to assert a further lien in the event that St. Christopher's (or any successor thereto) seeks to avoid any transfer made by St.

Case ID: 1908M0024

Christopher's or any other affiliated entity to Goldner prior to June 30, 2019 on account of any

goods or services provided by Goldner at the Property.

      18.     This Mechanics' Lien is permissible under Section 362(b)(3) of United States

Bankruptcy Code. 11 U.S.C. § 362(b)(3).

      19.     St. Christopher's interest in the improvement and property set forth herein is

claimed to be subject to this lien, and such property is located at 160 E. Erie Avenue,

Philadelphia, Pennsylvania 19134, having a Deed recorded with the Recorder of Deeds for

Philadelphia County, Document ID #53316748, and having a Tax Parcel Number of 77-7-0117-

35. A copy of the Deed is attached at Exhibit "C."

      20.     Goldner has complied with all conditions precedent to perfect this mechanics' lien

claim.

      WHEREFORE, Claimant Herman Goldner Co., Inc. claims a Mechanic's Lien in the

amount of $74,468.39, plus interest and costs against the interests of St. Christopher's

Healthcare, LLC d/b/a St. Christopher's Hospital For Children in the improvements and real

property, including the lot and curtilage appurtenant thereto, at 160 E. Erie Avenue, Philadelphia,

Pennsylvania 19134, having a Deed recorded with the Recorder of Deeds for Philadelphia

County, Document ID #53316748, and having a Tax Parcel Number of 77-7-0117-35.

                      HORN WILLIAMSON LLC

DATED:  August 23, 2019          By: /s/ Margaret M. Underwood
                                 Margaret M. Underwood, Esquire
                                 Rachel E. Jeanes, Esquire
                                 Attorneys for Claimant,
                                 Herman Goldner Co., Inc.

Active\01092\0008\305885.v1-8/23/19

Case ID: 1908M0024

## VERIFICATION

I, John Goldner, hereby verify that I am the Chief Financial Officer of Herman Goldner Co., Inc., that I am authorized to make this verification on its behalf and that the facts contained in the foregoing Mechanics' Lien Claim are matters within my personal knowledge and are true and correct to the best of my knowledge, information and belief and are made subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities.

Date: 8-23-2019

By: _____
John Goldner, Chief Financial Officer

# EXHIBIT A

Case ID: 1908M0024

# HERMAN GOLDNER CO., INC.

## Invoice

Remit To:
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To:  AMERICAN ACADEMICS
Attn:  ACCOUNTS PAYABLE DEPT.
P.O. BOX 26968

PHILADELPHIA, PA 19134-6968

Job Number:
193929

Job Name:
ST CHRIS ANNEX RTU 15T MU#1

Job Address:
3601 "A" ST.

ERIE & FRONT STS.

PHILADELPHIA, PA 19134

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 2/23/2019 | JC35640 | 033D 248100 | STCHRI19134 | NET 30 |

### Description

As per our proposal dated October 16, 2018 for Rooftop York Packaged Unit Repair; MU #1.

Please see attached copy of proposal.

| | |
|---|---|
| Billing Amount: | $29,215.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $29,215.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $29,215.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner

Case ID: 1908M0024

# HERMAN GOLDNER CO., INC.

## MECHANICAL CONSTRUCTION & SERVICE

*Since 1887*

October 16, 2018

St. Christopher's Hospital for Children
3601 "A" Street
Philadelphia, PA 19134

RE: Rooftop York Packaged Unit Repair; MU #1

Dear Brian;

Thank you for the opportunity to submit this quote for repairing the York rooftop packaged unit at the Annex Building for Saint Christopher's Hospital for Children. The Herman Goldner Company is pleased to propose the following scope of work and pricing for your review and approval. Lead-time for RTU is 6-8 weeks after receipt of release and contract agreement signature.

SCOPE OF WORK: Straight time Installation

- Evacuate existing equipment of all refrigerant and dispose of in accordance with all Federal and local regulations and guidelines
- Disconnect high and low voltage controls and drain piping
- Provide crane lift to remove old equipment from the roof and dispose of off site
- Install new York ZF180C00B2C1AAA1A1 package unit on existing curb; 230v-3ph-60hz
- Make supply side duct modifications as required; re-use existing dunnage
- Install field accessories (economizer) and sensors; reconnect electric and control wiring
- Pipe in new drain
- Provide start up and check
- 1 year parts and labor warranty; 5 year compressor warranty

**Total Price …………$ 29,215.00**
** Prices includes sales tax and freight

Exclusions:
Overtime installation, balancing, commissioning



**HERMAN GOLDNER CO., INC.**
MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

Page 2
October 17, 2018
Saint Christopher's Hospital for Children
Attn:  Brian Plunkett


**Work Approval and Payment Terms:**
- As per Herman Goldner standards, we cannot purchase or start work unless we have secured a PO or received a signed proposal.
- A credit check will be performed on all new clients.
- Payment terms are Net 30, in the event of projects running longer than 30 days, we will submit monthly progress invoices.
- Any other payment terms will need to be mutually agreed upon prior to start of work.

We would like to thank you for this opportunity to offer you this proposal. We tried to make this proposal as clear and as specific to you as possible. Should any of the items require further clarification we would be happy to meet with you to answer any questions that you may have.

**Acceptance of Proposal** – The above prices, specifications, and conditions are satisfactory and hereby accepted. You are authorized to perform the work as specified.


Signature:_____
Date:          _____


Sincerely,
HERMAN GOLDNER CO., INC.


Jim Thatcher, RPA
Account Manager
cc. file

Case ID: 1908M0024



**Purchase Order**    12/26/18 09:31:22

AMERICAN ACADEMIC
HEALTH SYSTEM

BILLING ADDRESS
ST. CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
PO BOX 26968
PHILADELPHIA                    PA 191346968

**Purchase Order No.**

| Vendor Name and Address | Deliver To | Purchase Order No. |
|---|---|---|
| HERMAN GOLDNER CO INC<br>7777 BREWSTER AVE<br>PHILADELPHIA            PA 19153<br>(215) 492-5940 | 033D-ST CHRISTOPHERS HOSPITAL CHI<br>160 EAST ERIE AVENUE<br>PHILADELPHIA            PA 19134<br>(215) 427 8333 | 033D 248100<br>FAX#(215)427-8334<br><br>The purchase order no. must appear on all packing slips and invoices. |

| VENDOR NO. 126290 | CUSTOMER ACCOUNT NO.  STCHRI19134 | PAGE 01 OF 01 |
|---|---|---|

| SHIPPING TERMS | VENDOR TERMS | SHIP VIA | DATE ORDER PLACED | DATE DUE |
|---|---|---|---|---|
| F.O.B. DESTINATION | NET 45 | GROUND | 12/26/18 | |

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| 1 | 1 | EA | NONE | ANNEX ROOFTOP YORK PACKAGED UNIT REPAIR: NUA#2 | | $  29641.00 |
| | | | | 8480.6210   24847 | | |
| | | | | CONTACT PERSON   KATHY        MONTANA | | |
| | | | | CONTACT PHONE   (215)427-8333 | | |
| | | | | REF: PROPOSAL DATED 10/12/18 FROM JIM THATCHER | | |
| | | | | RE: ANNEX ROOFTOP YORK PACKAGED UNIT REPAIR: | | |
| | | | | NUA #2 @$29,641.00 | | |

*Fax 215· 492-6486*

| | GRAND TOTAL | $   29641.00 |
|---|---|---|

We are not sales tax exempt unless otherwise indicated.  Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

Terms and Conditions
• All invoices must be billed in duplicate to the billing address above.
• All shipments and deliveries must be addressed to the facility and must be made to the receiving department. Packing slip showing our order number and the vendor number must accompany all deliveries.
• If order cannot be filled as requested, advise the facility.
• This order is subject to the terms and conditions as stated on the reverse side of purchase order.

Collect freight shipments will not be accepted.

ESTHER        MALAZITA
NAME

DIRECTOR OF MATERIALS MANAGEMENT
TITLE

SIGNATURE                                DATE



Case ID: 1908M0024

# HERMAN GOLDNER CO., INC.

## MAINTENANCE AGREEMENT INVOICE

**REMIT TO:**

HERMAN GOLDNER CO. INC.
7777 BREWSTER AVENUE
PHILADELPHIA, PA 19153

| | |
|---|---|
| INVOICE DATE: | 5/1/2019 |
| CUSTOMER ID: | STCHRI19101 |
| AGREEMENT NO.: | P15577 |
| BILLING FREQUENCY: | QUARTERLY |
| BILLING PERIOD: | MAY TO JULY |
| PURCHASE ORDER: | 0868-221130 |

**BILLING ADDRESS:**

AMERICAN ACADEMICS
PO BOX 26968

PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST CHRIS HOSP CATH LAB IV MRI
AMERICAN ACADEMICS
160 EAST ERIE AVE.

PHILADELPHIA, PA 19134-1095

**PAYMENT TERMS: NET 30**

| Invoice Date | Invoice Number | Amount | Tax | Total |
|---|---|---|---|---|
| 5/1/2019 | MAINT014826 | $2,859.00 | $228.72 | $3,087.72 |

THANK YOU FOR YOUR BUSINESS!

**AMOUNT DUE:**   **$3,087.72**

Case ID: 1908M0024

# HERMAN GOLDNER CO., INC.

**REMIT TO:**
HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

| | |
|---|---|
| **SERVICE CALL ID:** | **190506-0022** |
| **INVOICE NUMBER:** | SRVCE084718 |
| **INVOICE DATE:** | 5/31/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **CUSTOMER P.O. #:** | 033D-252482 |

**BILL TO:**
AMERICAN ACADEMICS
PO BOX 26968,
PHILADELPHIA, PA 19134-1095

**LOCATION:**
ST CHRIS HOSP CATH LAB IV MRI
160 EAST ERIE AVE.,
PHILADELPHIA, PA 19134-1095

---

### DESCRIPTION OF SERVICES PERFORMED:

As Per Our Proposal dated April 16, 2019 for Trane Chiller M# CVHF770 (3) - Operating Inspection S# L14K04599, L14K04600, L14K04601

Please see attached copy of Proposal.

If you are not already receiving electronic invoices, please email us at moblea@goldner.com.

PAYMENT TERMS:    NET 30          **INVOICE TOTAL**          **$1,456.00**

THANK YOU FOR YOUR BUSINESS!

Case ID: 1908M0024

## HERMAN GOLDNER CO., INC.
### MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

April 16, 2019

St. Christopher's Hospital for Children
Front & Erie Avenue
Philadelphia, PA 19134
Attn:  Andy Dahlberg

**RE:    Trane Chillers M # CVHF770 (3)   -  Operating Inspection
S#: L14K04599, L14K04600, L14K04601**

Dear Andy

Below please find our work description for the chiller maintenance due this quarter.

**Scope Items:  Operating Inspection**

Review the operating logs with the operators
- Inspect and adjust refrigerant controls
- Inspect and adjust temperature controls
- Inspect safety controls
- Check for refrigerant and oil leaks
- Lubricate bearings
- Check operating pressures
- Check line voltage and motor amperage

**Price for Inspection ………… $ 1,456.00**

***Exclusions & Conditions:***
Overtime work, additional refrigerant

Please let me know if you would like to proceed with this work.

Herman Goldner Co., Inc.


Jim Thatcher
Account Manager

cc.  file/QQ/19-041605
/jjm

# HERMAN GOLDNER CO., INC.

**REMIT TO:**

HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

| | |
|---|---|
| **SERVICE CALL ID:** | **190530-0027** |
| **INVOICE NUMBER:** | SRVCE085194 |
| **INVOICE DATE:** | 6/27/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **CUSTOMER P.O. #:** | |

**BILL TO:**

AMERICAN ACADEMICS
PO BOX 26968,
PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST CHRIS HOSP CATH LAB IV MRI
160 EAST ERIE AVE.,
PHILADELPHIA, PA 19134-1095

## DESCRIPTION OF SERVICES PERFORMED:

Responded to emergency service call for Condenser Fan Motor Issue On Trane RTU CU-1.

Requester:  Brian Plunkett 215-589-8994

Labor: Service Technician - 7 Straight Hours

Material: Moto, Fan Blade and Slinger

Please see attached work order(s).

If you are not already receiving electronic invoices, please email us at moblea@goldner.com.

| | |
|---|---|
| TOTAL MATERIAL | $728.36 |
| TOTAL LABOR | $1,043.00 |
| TOTAL EQUIPMENT | $0.00 |
| TOTAL SUBCONTRACTOR | $0.00 |
| TOTAL OTHER | $0.00 |
| TOTAL TAX | $141.71 |
| **INVOICE TOTAL** | **$1,913.07** |

PAYMENT TERMS:    NET 30

THANK YOU FOR YOUR BUSINESS!



**HERMAN GOLDNER CO., INC.**
MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

# Call Summary

| Customer Name | Caller Name | Caller Phone |
|---|---|---|
| AMERICAN ACADEMICS | BRIAN PLUNKETT PER JIM THATCHER | 21558989940000 |

| Address | City | State | ZIP |
|---|---|---|---|
| 160 EAST ERIE AVE. | PHILADELPHIA | PA | 19134-1095 |

| Location Name | Customer P.O.# | Service Call ID |
|---|---|---|
| ST CHRIS HOSP CATH LAB IV MRI | | 190530-0027 |

| Description | Work Completed |
|---|---|
| CONDENSER FAN MOTOR ISSUE ON | Yes |

## EQUIPMENT

| Unit ID | Make | Model | Serial |
|---|---|---|---|
| CU-1 | Trane | RAUJC504BCB0B0000000 | C13J05373 |

## WORK PERFORMED

On 6/3 I Inspected the unit and found the front right condenser fan motor under the damper was bad. Ordered a new motor and fan blade and was told it would be ready on 6/4. Returned with new motor. Removed the damper assembly and was able to remove the defective motor. The old motor was seized and unable to spin. Installed the new motor and blade. Installed the damper assembly and wired the motor back into the contactor. True bed power back on and checked operation. Fan is now running and unit is cooling properly.

## REFRIGERANT

| Refrigerant Type | Other | Use Type | Quantity | Notes | System Charge Qty |
|---|---|---|---|---|---|
| | | | | | |

## SERVICE HOURS

| Date | Employee | Hours S.T. | Hours O.T. | Hours D.T. |
|---|---|---|---|---|
| Jun 3, 2019 | Matthew Woodland | 3.00 | | |
| Jun 4, 2019 | Matthew Woodland | 4.00 | | |
| | Total | 7.00 | 0.00 | 0.00 |

## PURCHASE ORDERS

| P.O. Number | 2001129 |
|---|---|
| P.O. Number | |
| P.O. Number | |
| P.O. Number | |

## OTHER MATERIALS

- ☑ None
- ☐ Combustion analyzer
- ☐ Confined space equipment
- ☐ Evacuation fee
- ☐ Laptop fee
- ☐ Laser alignment tool
- ☐ Megaohm insulation resistance testing
- ☐ Power quality analyzer
- ☐ Pro press tool
- ☐ Recovery machine - high tonnage
- ☐ Recovery machine - low tonnage
- ☐ Thermal imager
- ☐ Vibration analysis
- ☐ Welding/brazing fee

## CUSTOMER ACCEPTANCE

Thank You!
Herman Goldner thanks you for allowing us to assist you with your maintenance needs. We hope we have provided you with the prompt and high quality service you deserve. We hope you sincerely consider Herman Goldner Company first for any future

Case ID: 1908M0024

mechanical needs.

Case ID: 1908M0024

SATISFACTION GUARANTEE

It is the intent of Co. (HGC), to exceed the quality of service that our customer expects. The customer may terminate this Agreement for HGC poor performance at any time provided written notice detailing the performance issues is given to HGC with at least 45 days to address the issues and satisfy the customers concerns. If termination precedes the end of the Agreement term, the customer agrees to pay the greater of a pro-rated annual premium based not on elapsed time but for actual services rendered or 4% of the total remaining contract amount. HGC may cancel this Agreement upon written notice to customer in the event that customer does not comply with its responsibilities as outlined.

It shall be understood that:
1. In order to perform our obligations under this Agreement you will provide ready access to the equipment.
2. If original repair and replacement parts become obsolete or unavailable from the OEM, our obligation to obtain such parts shall cease.
3. This Agreement does not include the complete replacement of any equipment or major system components, nor does it include services not considered normal maintenance and service unless specifically defined. The repair of any system or component will not be covered if the value of the repair exceeds 40% of a new replacement unit price as offered by HGC (excluding installation modifications).
4. The amount of any present or future taxes related to Goldner Guaranteed Service and Maintenance shall be in addition to the contract sum provided in this Agreement. Customer shall pay all applicable taxes.
5. All work is to be performed during regular working hours. Services required by customer after regular working hours, Saturdays, Sundays and holidays will be invoiced at regular overtime rates, unless indicated otherwise in this Agreement.
6. Any alterations, additions, adjustments or repairs made by others to the systems and equipment listed in Schedule "A", unless accepted by HGC, shall terminate our obligations hereunder, and we shall be paid all sums due us as of that time.
7. Goldner Guaranteed Service and Maintenance does not include the starting and stopping of the subject equipment, opening and closing of valves, or other operations unless defined.
8. We do not include any services caused by improper operation, negligence or misuse, deficiencies in design, required by insurance companies, agencies and codes or due to any cause beyond our control.
9. We shall not be liable for any consequential, indirect or speculative, damages of any kind or damages to property, injuries to persons, expenses incurred in removing, replacing or refinishing any part of the building or structure necessary for the execution of this Agreement. We shall not be liable for any losses or damages due to delay in furnishing materials or services caused due to strikes or labor troubles or any other causes.
10. We shall not assume any liabilities or repair costs due to damage or failure of heating or cooling heat exchangers or tubes, water, refrigerant or airside.
11. This Agreement does not include any services for the following: non maintainable components; air conditioning ductwork, grilles, registers and diffusers; smoke detection, fire or life safety protection systems and controls; air and water balancing; electrical disconnect switches and circuit breakers; recording or portable instruments, gauges or thermometers; piping repairs; repairs for damage due to freezing; cleaning of condensers more than once a year; refrigeration equipment hardware, cabinetry or structural components; repairs to electrical power or control wiring and repairs to any structural or non-mechanical components of included cooling towers.
12. The furnishing of water treatment is not included in this Agreement unless specifically noted.
13. This proposal is based on the equipment being in proper operating condition. HGC assumes no liability for pre-existing conditions. Upon customer formal acceptance of our proposal, we shall notify you of the intended schedule of our "acceptance operating inspection and or first annual predictive analysis" which shall normally commence within 45 working days of signing and or appropriate weather for operating conditions. Upon completion of this "acceptance inspection and or predictive analysis," within 45 days we shall provide recommendations for repairs and modifications that are necessary for HGC to accept this Agreement. Any work required before this acceptance will be covered if normally included in the contract only if the work required is considered reasonable and normal at the discrepancy of HGC.
14. Refrigerant is excluded from this Agreement. We only include coverage of refrigerant if specifically defined in our offer and provided customer accepts our conversion/containment and monitoring recommendations, which shall be provided in the "acceptance operating inspection report." If covered, the contract includes a leakage allowance and the refrigerant coverage shall be limited to 5% of the total unit charge per year.
15. No waste disposal costs are included in this Agreement. We shall not remove or pay for the disposal of hazardous used refrigerant or oil. Compliance with D.O.T. regulations does not allow for the transportation of hazardous waste by the Herman Goldner Co., Inc.
16. Asbestos testing or abatement of any kind is not included in this service Agreement. Asbestos testing, abatement and containment are the sole responsibility of the owner.
17. Goldner shall not be responsible for the detection, abatement or removal of lead or products of lead found to exist in included, or any other, piping, equipment or systems.
18. This Agreement does not include prevention of the growth of mold, bacteria, fungus or any other microbial organisms or contaminates of any type. Goldner shall not be responsible to identify, register, handle, clean or dispose of these or any other contaminates.
19. Any labor, material or equipment liabilities assumed by Goldner under the terms of this Agreement do not extend beyond the Agreement's effective expiration or termination date.
20. Payment terms for this Agreement are net thirty (30) days. A one and one half (1 ½) percent per month service charge will be applied to past due balances. Failure to make any payment when due may result in the suspension or termination of contracted services.
21. This proposal is the entire Agreement and the initial term becomes effective on the date both parties approve.

7777 Brewster Avenue, Philadelphia, PA 19153    (800) GOLDNER    www.goldner.com

Case ID: 1908M0024

# HERMAN GOLDNER CO., INC.

**REMIT TO:**

HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

| | |
|---|---|
| **SERVICE CALL ID:** | **190425-0019** |
| **INVOICE NUMBER:** | SRVCE084253 |
| **INVOICE DATE:** | 5/3/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **CUSTOMER P.O. #:** | |

**BILL TO:**

AMERICAN ACADEMICS
PO BOX 26968,
PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST. CHRISTOPHER'S HOSPITAL FOR
3601 A STREET,
PHILADELPHIA, PA 19104

### DESCRIPTION OF SERVICES PERFORMED:

Responded to emergency service call fro emergency HW heating piping repair.

Requester: Brian Plunkett 215-589-8984

Labor: Service Technician- 16 Straight Hours

Material: Pipe, Nipples and Hardware

Please see attached work order(s).

If you are not already receiving electronic invoices, please email us at moblea@goldner.com.

| | |
|---|---|
| TOTAL MATERIAL | $72.72 |
| TOTAL LABOR | $2,512.00 |
| TOTAL EQUIPMENT | $0.00 |
| TOTAL SUBCONTRACTOR | $0.00 |
| TOTAL OTHER | $0.00 |
| TOTAL TAX | $0.00 |
| **INVOICE TOTAL** | **$2,584.72** |

PAYMENT TERMS:    NET 30

THANK YOU FOR YOUR BUSINESS!

Case ID: 1908M0024

**HERMAN GOLDNER CO., INC.**
**MECHANICAL CONSTRUCTION**   No. _____   WEEK ENDING   4/28/19

## AUTHORIZED WORK RECORD

PROJECT ___ST. CHRIS   HW PIPE REPAIR___  FOREMAN ___E.J O'Connell___

DESCRIPTION OF WORK PERFORMED: ___Demo ② leaking circuit setters___
___on HHW RETURN AND REPLACE WITH Two___
___600# lb Apollo ball values with associated unions/pipe___

| NAME | CLASSIF-ICATION | | LABOR HOURS | | | | | | | TOTAL HOURS |
|------|------|------|------|------|------|------|------|------|------|------|
| | | | MON. | TUE. | WED. | THUR. | FRI. | SAT. | SUN. | |
| | R | | | | | | 4 | | | |
| E J O'Connell | OT | | | | | | | | | |
| | DT | | | | | | | | | |
| | R | | | | | | | | | |
| (scribbled) | OT | | | | | | | | | |
| | DT | | | | | | | | | |
| Harry James | R | | | | | | 4 | | | |
| | OT | | | | | | | | | |
| | DT | | | | | | | | | |
| | R | | | | | | | | | |
| | OT | | | | | | | | | |
| | DT | | | | | | | | | |
| | R | | | | | | | | | |
| | OT | | | | | | | | | |
| | DT | | | | | | | | | |
| | R | | | | | | | | | |
| | OT | | | | | | | | | |
| | DT | | | | | | | | | |

## MATERIAL USED

| QUANTITY | DESCRIPTION |
|----------|-------------|
| | PO# 1919942   Ferguson |
| ② | 600 # lb 1" Apollo Ball VALUES |

## SUBCONTRACTORS USED

| NAME OF SUB-CONTRACTOR | DESCRIPTION OF WORK PERFORMED |
|------------------------|-------------------------------|
| | |
| | |

AUTHORIZED BY _____   WORK COMPLETED

PLEASE PRINT NAME _____   YES ☒   NO ☐

**Scanned with CamScanner**

# HERMAN GOLDNER CO., INC.

**REMIT TO:**

HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

**SERVICE CALL ID:**     **190514-0014**

| | |
|---|---|
| **INVOICE NUMBER:** | SRVCE085189 |
| **INVOICE DATE:** | 6/27/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **CUSTOMER P.O. #:** | 033D-252483 |

**BILL TO:**

AMERICAN ACADEMICS

PO BOX 26968,

PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST CHRIS HOSP CATH LAB IV MRI
160 EAST ERIE AVE.,
PHILADELPHIA, PA 19134-1095

**DESCRIPTION OF SERVICES PERFORMED:**

As per our proposal dated April 16, 2019 to furnish labor and material to evacuate refrigerant, pressure test with nitrogen and leak check refrigerant circuit #2 of the JTS chiller.

Please see attached copy of our proposal.

| | |
|---|---|
| TOTAL MATERIAL | $0.00 |
| TOTAL LABOR | $0.00 |
| TOTAL EQUIPMENT | $0.00 |
| TOTAL SUBCONTRACTOR | $0.00 |
| TOTAL OTHER | $1,561.00 |
| TOTAL TAX | $124.88 |
| **INVOICE TOTAL** | **$1,685.88** |

If you are not already receiving electronic invoices, please email us at moblea@goldner.com.

PAYMENT TERMS:     NET 30

THANK YOU FOR YOUR BUSINESS!

Case ID: 1908M0024



## HERMAN GOLDNER CO., INC.
### Mechanical Services Division

April 16, 2019

St. Christopher's Hospital for Children
Front & Erie Avenue
Philadelphia, PA 19134
Attn: Brian Plunkett

**RE: JTS Chiller #JTS15DIAC; S# C3040 – Refrigerant Leak Check**

Dear Brian,

Below please find our scope of work for the above referenced job.

<u>**JTS Chiller: Johnson Thermal Air**</u>

- ➢ Furnish labor and material to evacuate refrigerant, pressure test with nitrogen and leak check refrigerant circuit #2; report findings
- ➢ Provide Start-up and check

       **Price for above Scope of Work……………… $ 1,561.00**

<u>**Exclusions & Conditions:**</u>
Overtime labor

Please let me know if you would like to proceed with this work.

Sincerely,
Herman Goldner Co., Inc.

Jim Thatcher
Account Manager

cc. file/ST/19-041606
/jjm

---

Case ID: 1908M0024

BILLING ADDRESS

ST CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
P.O. BOX 26968
PHILADELPHIA          PA 191346968

# Purchase Order

AMERICAN ACADEMIC
HEALTH SYSTEM

04/19/19 08:27:33

**Purchase Order No.**

| Vendor Name and Address | Deliver To | |
|---|---|---|
| HERMAN GOLDNER CO INC<br>7777 BREWSTER AVE<br>PHILA          PA 19153<br><br>(215) 492-5940 | 033D-ST CHRISTOPHERS HOSPITAL CHI<br>160 EAST ERIE AVENUE<br>PHILADELPHIA          PA 19134<br><br>(215) 427 8333 | 033D 252483<br><br>FAX#(215)427-8334<br><br>The purchase order no. must appear on all packing slips and invoices. |

| VENDOR NO.    126290 | CUSTOMER ACCOUNT NO.  STCHRI19134 | PAGE 01 OF 01 |
|---|---|---|

| SHIPPING TERMS | VENDOR TERMS | SHIP VIA | | DATE ORDER PLACED | DATE DUE |
|---|---|---|---|---|---|
| F.O.B. DESTINATION | NET 45 | GROUND | | 04/19/19 | |

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| 1 | 1 | EA | NONE | REFRIGERANT LEAK CHECK MRI CHILLER PROPOSAL 4/16/1<br>                   8480.6210    24847 | | $    1561.00 |
| | | | | *REF: JTS CHILLER #JTS14DIAC, S#C3040 REFRIGERANT | | |
| | | | | * LEAK CHECK - JOHNSON THERMAL AIR | | |
| | | | | *@$1561.00 PER PROPOSAL DATED 4/16/19 FROM | | |
| | | | | *JIM THATCHER | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  | GRAND TOTAL | $    1561.00 |
|---|---|---|

We are not sales tax exempt unless otherwise indicated.  Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

Collect freight shipments will not be accepted.

**Terms and Conditions**
- All invoices must be billed in duplicate to the billing address above.
- All shipments and deliveries must be addressed to the facility and must be made to the receiving department.  Packing slip showing our order number and the vendor number must accompany all deliveries.
- If order cannot be filled as requested, advise the facility.
- This order is subject to the terms and conditions as stated on the reverse side of purchase order.

MALEKE      BLACK
NAME
DIRECTOR OF MATERIALS MANAGEMENT
TITLE

SIGNATURE                    DATE

Case ID: 1908M0024

# HERMAN GOLDNER CO., INC.

## Invoice

Remit To:
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To: AMERICAN ACADEMICS
Attn: ACCOUNTS PAYABLE
PO BOX 26968

PHILADELPHIA, PA 19134-1095

Job Number:
193992

Job Name:
ST CHRIS TRANE INTELL BLOWER

Job Address:
160 EAST ERIE AVE.

PHILADELPHIA, PA 19134-1095

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 2/23/2019 | JC35639 | 033D 249287 | STCHRI19101 | NET 30 |

### Description

As per our proposal dated January 21, 2019 Annex Trane Intellipak Unit Repair.

Please see attached copy of proposal.

| | |
|---|---|
| Billing Amount: | $9,048.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $9,048.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $9,048.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner

# HERMAN GOLDNER CO., INC.

## MECHANICAL CONSTRUCTION & SERVICE

*Since 1887*

January 21, 2019

St. Christopher's Hospital for Children
3601 "A" Street
Philadelphia, PA 19134

**RE: Annex Trane Intellipak Unit Repair; Serial # J96F71720**

Dear Brian;

Thank you for the opportunity to submit this quote for repairing the Trane rooftop packaged unit at the Annex Building for Saint Christopher's Hospital for Children.  The Herman Goldner Company is pleased to propose the following scope of work and pricing for your review and approval.  Lead-time for parts is 4-5 days after release of order.

SCOPE OF WORK:  Straight time Installation

- LOTO utility services to unit and verify no power
- Disconnect electric and remove blower motor, motor shaft and bearings from the unit
- Provide crane lift for new motor lift and old motor return to ground
- Install new OEM motor, motor shaft and bearings
- Re-connect electric and make final terminations
- Return power supply to unit
- Provide start up and check

**Total Price …………$  9,048.00**
** Prices includes sales tax and freight

Exclusions:  Overtime installation, balancing, commissioning

Sincerely,
Herman Goldner, Co., Inc.


Jim Thatcher, RPA
Account Manager

cc. file QQ/SC/19-012104
/jjm

Case ID: 1908M0024

CHILD BILLING ADDRESS

BILLING ADDRESS

**Purchase Order**                01/25/19 08:28:06

ST CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
P O BOX 26968
PHILADELPHIA              PA 191346968

AMERICAN ACADEMIC
HEALTH SYSTEM

Purchase Order No.

| Vendor Name and Address | Deliver To | |
|---|---|---|
| HERMAN GOLDNER CO INC | 033D-ST CHRISTOPHERS HOSPITAL CHI | 033D 249287 |
| 7777 BREWSTER AVE | 160 EAST ERIE AVENUE | |
| PHILA           PA 19153 | PHILADELPHIA        PA 19134 | FAX#(215)427-8334 |
| (215) 492-5940 | (215) 427 8333 | The purchase order no. must appear on all packing slips and invoices. |

| VENDOR NO.   126290 | CUSTOMER ACCOUNT NO.  STCHRI19134 | PAGE 01 OF 01 |
|---|---|---|

| SHIPPING TERMS | VENDOR TERMS | SHIP VIA | DATE ORDER PLACED | DATE DUE |
|---|---|---|---|---|
| F.O.B. DESTINATION | NET 45 | GROUND | 01/25/19 | |

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| 1 | 1 | EA | NONE | ANNEX TRANE INTELLIPAK UNIT REPAIR S/N J96F71720 | $ | 9048.00 |
| | | | | 8480.6210    24847 | | |
| | | | | *REF: QUOTE DATED 1/21/19 FROM JIM THATCHER | | |

GRAND TOTAL    $    9048.00

We are not sales tax exempt unless otherwise indicated.  Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

Collect freight shipments will not be accepted.

ESTHER      MALAZITA
NAME
DIRECTOR OF MATERIALS MANAGEMENT
TITLE

Terms and Conditions
• All invoices must be billed in duplicate to the billing address above.
• All shipments and deliveries must be addressed to the facility and must be made to the receiving department.  Packing slip showing our order number and the vendor number must accompany all deliveries.
• If order cannot be filled as requested, advise the facility.
• This order is subject to the terms and conditions as stated on the reverse side of purchase order.

SIGNATURE                          DATE

Case ID: 1908M0024