# HERMAN GOLDNER CO., INC.
# Invoice

Remit To:
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To:  AMERICAN ACADEMICS
Attn:  ACCOUNTS PAYABLE
PO BOX 26968

PHILADELPHIA, PA 19134-1095

Job Number:
194189

Job Name:
ST CHRIS WATER METER ISOLA VAL

Job Address:
160 EAST ERIE AVE.

PHILADELPHIA, PA 19134-1095

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 5/11/2019 | JC36230 | 033D251674 | STCHRI19101 | NET 30 |

**Description**

As per our proposal dated April 22, 2019 for Water Meter Isolation Valve - Replacement Project.

Please see attached copy of proposal.

| | |
|---|---|
| Billing Amount: | $21,614.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $21,614.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $21,614.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner

Case ID: 1908M0024

**HERMAN GOLDNER CO., INC.**

MECHANICAL CONSTRUCTION & SERVICE

*Since 1887*

April 22, 2019

St. Christopher's Hospital for Children
Front & Erie Avenue
Philadelphia, PA 19134
Attn: Ed Murphy

**RE:    Water Meter Isolation Valve – Replacement Project**
**       * Change Order 01; Valves and Shift Change (partial)**

Dear Ed,

The valve count changed after our inspection of the pumped out pit this morning.    There are now
(6) total valves to be replaced instead of the original count of (2).    We can also accommodate the
shift work request from standard overtime shift to partial overtime and partial double time shift.
The change in price is quote ed below. Please let me know if  you have any questions or concerns.

**CHANGE - Scope Items:**
- (2) additional valves' (1) 6" (1) 8"isolationg gate valves
- Shift work changes from standard OT shift to 16:00 hr start time and completion predicted for 04:00 Sunday
- Clear off and test valves
- Includes confined space entry requirement procedure each day

Price:  ADDITONAL Scope/Shift Change….    5,413.00

**Total Change Order 01 Amount        $ 5,413.00**

This amount to be added to the base contract     $ 16,201.00
PO NUMBER 033D 251674

**NEW TOTAL  $ 21,614.00**

Case ID: 1908M0024

## HERMAN GOLDNER CO., INC.

### MECHANICAL CONSTRUCTION & SERVICE

*Since 1887*

**Exclusions & Conditions:**
New water meters, pit pump out

Please let me know if you have any questions or concerns.

Herman Goldner Co., Inc.

Jim Thatcher
Account Manager

cc.  file/QQ/SC19-032502
/jjm

Case ID: 1908M0024

Case ID: 1908M0024

# Purchase Order

04/25/19  08:01:57
** DUPLICATE COPY **

**AMERICAN ACADEMIC** — HEALTH SYSTEM™

**BILLING ADDRESS**

ST CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
P.O. BOX 26968
PHILADELPHIA                    PA 191346968

Vendor Name and Address
HERMAN GOLDNER CO INC
7777 BREWSTER AVE
PHILA                           PA 19153

(215) 492-5940

**Purchase Order No.**

033D 251674

FAX#(215)427-8334

The purchase order no. must appear on all packing slips and invoices.

**Deliver To**
033D-ST CHRISTOPHERS HOSPITAL CHI
160 EAST ERIE AVENUE
PHILADELPHIA              PA 19134

(215) 427 8333

CUSTOMER ACCOUNT NO.  STCHRI19134

PAGE 01 OF 01

| VENDOR NO. 126290 | | DATE ORDER PLACED 03/29/19 | DATE DUE |
|---|---|---|---|

| SHIPPING TERMS | | VENDOR TERMS NET 45 | SHIP VIA GROUND | | |
|---|---|---|---|---|---|

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| 1 | 1 | EA | NONE | WATER METER ISOLATION VALVE REPLACEMENT PROJECT | $ | 21614.00 |
| | | | | 8480.6210   24818 | | |
| | | | | *REF: PROPOSAL DATED 3/25/19 FROM JIM THATCHER | | |
| | | | | *RE: WATER METER ISOLATION VALVE-REPLACEMENT | | |
| | | | | * PROJECT * CONFINED SPACE WORK REQUIREMENT | | |
| | | | | *@$16.201 (INCLUDES SALES TAX) | | |
| | | | | * | | |
| | | | | *PO INCREASED BY $5,413.00 (CHANGE ORDER#1) PER | | |
| | | | | *LETTER DATED 4/22/19 TO INCLUDE ADDITIONAL 2 | | |
| | | | | *VALVES AND SHIFT WORK CHANGES FROM JIM THATCHER | | |

F.O.B. DESTINATION

Collect freight shipments will not be accepted.

GRAND TOTAL    $    21614.00

NAME  MALEKE BLACK

TITLE  DIRECTOR OF MATERIALS MANAGEMENT

SIGNATURE                    DATE

We are not sales tax exempt unless otherwise indicated. Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

**Terms and Conditions**
- All invoices must be billed in duplicate to the billing address above.
- All shipments and deliveries must be addressed to the facility and must be made to the receiving department. Packing slip showing our order number and the vendor number must accompany all deliveries.
- If order cannot be filled as requested, advise the facility.
- This order is subject to the terms and conditions as stated on the reverse side of purchase order.



# HERMAN GOLDNER CO., INC.
## Invoice

Remit To:
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To:  AMERICAN ACADEMICS
Attn:  ACCOUNTS PAYABLE
PO BOX 26968

PHILADELPHIA, PA 19134-1095

Job Number:
194189

Job Name:
ST CHRIS WATER METER ISOLA VAL

Job Address:
160 EAST ERIE AVE.


PHILADELPHIA, PA 19134-1095

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 7/3/2019 | JC36590 | 033D251674 | STCHRI19101 | NET 30 |

### Description

Plumbers arrived on site to execute the project.

PWD could not locate the street shut off valves.

Therefore, the job had to be rescheduled.

This invoice is our cost (four plumbers) for the time spent for the delay.

| | |
|---|---|
| Billing Amount: | $3,864.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $3,864.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $3,864.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner



# HERMAN GOLDNER CO., INC.

HEATING -- AIR CONDITIONING -- REFRIGERATION
777 BREWSTER AVE, PHILADELPHIA, PA 19153
Phone: (800) 355-5997

## Goldner Guaranteed Service Agreement

For:    Saint Christopher's Hospital for Children
Erie Avenue at Front Street
Philadelphia, PA 19134

We hereby propose to provide a Goldner Guaranteed Service Agreement as follows
on the subject mechanical equipment described in Schedule "A"



INITIAL

Location: Cardiac Cathete Lab, IV Pharmacy, MRI Chiller

Execution by both parties for three (3) years

Primary coverage period starting: ~~May 1, 2016 and ending April 30, 2019~~
                                        (3 year proposal)

Type of Coverage: Inspection Service

We hereby agree to perform the following scope based on the terms set forth as part of
this agreement:

Preventive Maintenance Visits:
- (4) Quarterly -- Cardiac Cath Lab; IV Pharmacy
- (12) Monthly -- MRI Chiller

Scope:
- Inspect and adjust refrigerant and temperature controls
- Inspect safety controls
- Check for refrigerant and oil leaks
- Lubricate bearings
- Check belts and adjust tensions
- Check operating pressures
- Inspect electric motors
- Check line voltage and motor amperage
- Clean condenser coils one (1) times each year

Special Services:
- Provide and change air filters at each inspection
- Provide 24/7 Preferred Emergency Service as requested on a T & M basis
- A 10% discount on all parts purchased

Submitted by:_____        Date:_____
Proposal # PJE031101/SCHosp/1

Case ID: 1908M0024



# HERMAN GOLDNER CO., INC.

Based upon the equipment specified in Schedule "A", the Herman Goldner Co., Inc. shall
Be paid for Goldner Guaranteed Service Agreement in accordance with the following price
and payment schedule:

date of execution for one (1) year

Year 1: starting ~~May 1, 2016 and ending April 30, 2017~~, $ 10,572.00 per year payable
$ 2,643.00 per quarter.

Year 2: starting ~~May 1, 2017 and ending April 30, 2018~~, $ 10,996.00 per year payable
$ 2,749.00 per quarter.

Year 3: starting ~~May 1, 2018 and ending April 30, 2019~~, $ 11,436.00 per year payable
$ 2,859.00 per quarter.

INITIAL

This proposal, including Goldner's Satisfaction Guarantee and Clarifications, is hereby accepted
this _____ day of _____ 20___, with the definite understanding that there are no
verbal agreements changing or modifying this agreement as above written.

Name (Buyer)                                    Authorized Signature          Date

Herman Goldner Co., Inc.:          J. Mark McLoone, CEO
                                                    Authorized Signature



# HERMAN GOLDNER CO., INC.

### Equipment – Schedule "A"
### Cardiac Cath Lab; IV Pharmacy

| Quarterly Quantity | Component | Make | Model# | Location |
|---|---|---|---|---|
| 1 | Condenser | Liebert | TCDV205-A | roof |
| 1 | Air Handler | Liebert | 50TC-A05A2A6 | lab |
| 1 | AHU | Aaon | M2-H-005 | IV Pharmacy |
| 1 | Condensor | Aaon | CB Series | roof |

### Equipment – Schedule "A"
### MRI Chiller

| Monthly Quantity | Component | Make | Model# | Location |
|---|---|---|---|---|
| 2 | Chiller | Johnson Thermal Air | JTS15D1AC | MRI mech rm roof |

Case ID: 1908M0024



# HERMAN GOLDNER CO., INC.



### SATISFACTION GUARANTEE

It is the intent of Herman Goldner Co. (HGC), to exceed the quality of service that our customer expects. The customer may terminate this Agreement for HGC poor performance at any time provided written notice detailing the performance issues is given to HGC with at least 45 days to address the issues and satisfy the customers concerns. If termination precedes the end of the Agreement term, the customer agrees to pay the greater of a pro-rated annual premium based not on elapsed time but for actual services rendered or 4% of the total remaining contract amount. HGC may cancel this Agreement upon written notice to customer in the event that customer does not comply with its responsibilities as outlined.

### It shall be understood that:

1. In order to perform our obligations under this Agreement you will provide ready access to the equipment.
2. If original repair and replacement parts become obsolete or unavailable from the OEM, our obligation to obtain such parts shall cease.
3. This Agreement does not include the complete replacement of any equipment or major system components, nor does it include services not considered normal maintenance and service unless specifically defined. The repair of any system or component will not be covered if the value of the repair exceeds 40% of a new replacement unit price as offered by HGC (excluding installation modifications).
4. The amount of any present and future taxes related to Goldner Guaranteed Service and Maintenance shall be in addition to the contract sum provided in this Agreement. Customer shall pay all applicable taxes.
5. All work is to be performed during regular working hours. Services required by customer after regular working hours, Saturdays, Sundays and holidays will be invoiced at regular overtime rates, unless indicated otherwise in this Agreement.
6. Any alterations, additions, adjustments or repairs made by others to the systems and equipment listed in Schedule "A", unless accepted by HGC, shall terminate our obligations hereunder, and we shall be paid all sums due us as of that time.
7. Goldner Guaranteed Service and Maintenance does not include the starting and stopping of the subject equipment, opening and closing of valves, or other operations unless defined.
8. We do not include any services caused by improper operation, negligence or misuse, deficiencies in design, required by insurance companies, agencies and codes or due to any cause beyond our control. We shall not be liable for any consequential, indirect or speculative, damages of any kind or damages to property, injuries to persons, expenses incurred in removing, replacing or refinishing any part of the building or structure necessary for the execution of this Agreement. We shall not be liable for any losses or damages due to delay in furnishing materials or services caused due to strikes or labor troubles or any other causes.
9. We shall not assume any liabilities or repair costs due to damage or failure of heating or cooling heat exchangers or tubes, water, refrigerant or airside.
10. This Agreement does not include any services for the following: non maintainable components; air conditioning ductwork, grilles, registers and diffusers; smoke detection, fire or life safety protection systems and controls; air and water balancing; electrical disconnect switches and circuit breakers; recording or portable instruments, gauges or thermometers; piping repairs; repairs for damage due to freezing; cleaning of condensers more than once a year; refrigeration equipment hardware, cabinetry or structural components; repairs to electrical power or control wiring and repairs to any structural or non mechanical components of included cooling towers.
11. The furnishing of water treatment is not included in this Agreement unless specifically noted.
12. This proposal is based on the equipment being in proper operating condition. HGC assumes no liability for pre-existing conditions. Upon customer formal acceptance of our proposal, we shall notify you of the intended schedule of our "acceptance operating inspection and or first annual predictive analysis" which shall normally commence within 45 working days of signing and or appropriate weather for operating conditions. Upon completion of this "acceptance inspection and or predictive analysis", within 45 days we shall provide recommendations for repairs and modifications that are necessary for HGC to accept this Agreement. Any work required before this acceptance will be covered if normally included in the contract only if the work required is considered reasonable and normal at the discrepancy of HGC.
13. Refrigerant is excluded from this Agreement. We only include coverage of refrigerant if specifically defined in our offer and provided customer accepts our conversion/containment and monitoring recommendations, which shall be provided in the "acceptance operating inspection report". If covered, the contract includes a leakage allowance and the refrigerant coverage shall be limited to 5% of the total unit charge per year.

Case ID: 1908M0024



# HERMAN GOLDNER CO., INC.

INITIAL

14. No waste disposal costs are included in this Agreement. Goldner shall not remove or pay for the disposal of hazardous used refrigerant or oil. Compliance with Department of Transportation regulations does not allow for the transportation of hazardous waste by the Herman Goldner Co., Inc.

15. Asbestos testing or abatement of any kind is not included in this service Agreement. Asbestos testing, abatement and containment are the sole responsibility of the owner

16. Goldner shall not be responsible for the detection, abatement or removal of lead or products of lead found to exist in included, or any other, piping, equipment or systems.

17. This Agreement does not include prevention of the growth of mold, bacteria, fungus or any other microbial organisms or contaminates of any type. Goldner shall not be responsible to identify, register, handle, clean or dispose of these or any other contaminates.

18. Any labor, material or equipment liabilities assumed by Goldner under the terms of this Agreement do not extend beyond the Agreement's effective expiration or termination date.

19. Payment terms for this Agreement are net ~~thirty (30)~~ days. A one and one half (1 ½) percent per month service charge will be applied to past due balances. Failure to make any payment when due may result in the suspension or termination of contracted services.

20. This proposal is the entire Agreement and the initial term becomes effective on the date both parties approve.

forty-five (45)

Case ID: 1908M0024

# EXHIBIT B

Case ID: 1908M0024

# Herman Goldner Company

| Customer ID | Document Type | Invoice Date | Invoice Number | H G C Project | Customer PO Number | Original Invoice Amount | Job Name |
|---|---|---|---|---|---|---|---|
| STCHRI19134 | Invoice | 2/23/2019 | JC35640 | 193929 | 033D 248100 | $29,215.00 | ST CHRIS ANNEX RTU 1ST MU#1 |
| STCHRI19101 | Invoice | 2/23/2019 | JC35639 | 193992 | 033D 249287 | $9,048.00 | ST CHRIS TRANE INTELL BLOWER |
| STCHRI19101 | Invoice | 5/1/2019 | MAINTO14826 | | 0868-221130 | $3,087.72 | |
| STCHRI19101 | Invoice | 5/3/2019 | SRVCE084253 | 190425-0019 | | $2,584.72 | ST. CHRISTOPHER'S HOSPITAL FOR |
| STCHRI19101 | Invoice | 5/11/2019 | JC36230 | 194189 | 033D251674 | $21,614.00 | ST CHRIS WATER METER ISOLA VAL |
| STCHRI19101 | Invoice | 5/31/2019 | SRVCE084718 | 190506-0022 | 033D-252482 | $1,456.00 | ST CHRIS HOSP CATH LAB IV MRI |
| STCHRI19101 | Invoice | 6/27/2019 | SRVCE085189 | 190514-0014 | 033D-252483 | $1,685.88 | ST CHRIS HOSP CATH LAB IV MRI |
| STCHRI19101 | Invoice | 6/27/2019 | SRVCE085194 | 190530-0027 | | $1,913.07 | ST CHRIS HOSP CATH LAB IV MRI |
| STCHRI19101 | Invoice | 7/3/2019 | JC36590 | 194189 | 033D251674 | $3,864.00 | ST CHRIS WATER METER ISOLA VAL |

**Total** $74,468.39

Case ID: 1908M0024

# EXHIBIT C

Case ID: 1908M0024

Recorded in Philadelphia PA    Doc Id: 53246748
01/18/2018 03:21 PM    Page 1 of 15    Rec Fee: $256.75
Receipt#: 18-05623
Records Department    Doc Code: D
State RTT: $120,300.00    Local RTT: $372,930.00

PREPARED BY:

Buchanan Ingersoll & Rooney PC
50 South 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
Attn: Edward A. McMerty, III, Esquire
Telephone Number: 215-665-8700

RECORD AND RETURN TO:

Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Attn: Alison A. Besser, Esq.
Telephone Number: 215-569-2700

Property Address: 160 E. Erie Avenue

Tax Parcel No. 77-7-0117-35

---

## DEED

**THIS DEED** made the 20th day of December, 2017, effective the 11th day of January, 2018, between TENET HEALTHSYSTEM ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN, L.L.C., a Pennsylvania limited liability company, (hereinafter called the "Grantor"), of the one part, and FRONT STREET HEALTHCARE PROPERTIES, LLC, a Delaware limited liability company (hereinafter called the "Grantee"), of the other part.

**WITNESSETH**, that the said Grantor for and in consideration of the sum of Ten and No/100 Dollars ($10.00) lawful money of the United States of America, unto it well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, conveyed, bargained and sold, aliened, enfeoffed, released and confirmed and by these presents does grant, convey, bargain and sell, alien, enfeoff, release and confirm unto the said Grantee and its successors and assigns:

**ALL THAT CERTAIN** parcel of real property and the improvements located thereon situate in the City and County of Philadelphia, Commonwealth of Pennsylvania, more particularly described in Exhibit A attached hereto and made a part hereof (the "Premises").

**TOGETHER WITH** all and singular the buildings, improvements, streets, alleys, passages, ways, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever to the same belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, AND ALSO all the estate, right, title, interest, property, claim or demand whatsoever either in law or in equity, of the Grantor, of, in, to, or out of the said Premises, and every part and parcel thereof.

Case ID: 1908M0024

**UNDER AND SUBJECT**, nevertheless, to the permitted encumbrances set forth on Exhibit C attached hereto and made a part hereof, to the extent valid and enforceable and still applicable to the Premises, without any representation or warranty of Grantor, express or implied, as to whether or not such permitted encumbrances are, in fact, valid, enforceable or applicable to the Premises.

**TO HAVE AND TO HOLD** the said lot or piece of ground above described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, to and for the only proper use and behoof of the said Grantee, its successors and assigns forever.

**UNDER AND SUBJECT**, as aforesaid.

**AND,** as regarding the property described on Exhibit A only, the said Grantor, for itself and its successors and assigns does covenant, promise and agree, to and with the said Grantee, its successors and assigns, that it, the said Grantor and its successors and assigns, all and singular the hereditaments and premises herein described and hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, against it, the said Grantor and its successors and assigns, and against all and every person or persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under it, them, or any of them, shall and will, subject as aforesaid, WARRANT and forever DEFEND.

## QUITCLAIM

Grantor does hereby remise, release and quit-claim unto the said Grantee, its successors and assigns, all of Grantor's right, title and interest in and to the property described as set forth on Exhibit B attached hereto.

*[Signatures on following page]*

Case ID: 1908M0024

IN WITNESS WHEREOF, the Grantor has caused this Deed and Quitclaim to be effective on the day and year first above written.

TENET HEALTHSYSTEM ST. CHRISTOPHER'S
HOSPITAL FOR CHILDREN, L.L.C.

By: Tenet HealthSystem Philadelphia, Inc., its
    managing member

By: _____
Name: Michael Maloney
Title: Vice President

State of Texas
County of Dallas

This instrument was acknowledged before me on _____Dec. 20_____, 2017 by Michael Maloney, the Vice President of Tenet HealthSystem Philadelphia, Inc., a Pennsylvania corporation, the managing member of **TENET HEALTHSYSTEM ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN, L.L.C.**, a Pennsylvania limited liability company, on behalf of said corporation, as managing member of said limited liability company.

_____
Notary Public's Signature

(Personalized Seal)

GIGI ALDRETE
My Commission Expires
April 04, 2019

*[Signature page to Special Warranty Deed – Front Street Healthcare Properties, LLC]*

Case ID: 1908M0024

## CERTIFICATION OF GRANTEE'S ADDRESS

The address of the above-named Grantee is:

Front Street Healthcare Properties, LLC
222 N. Sepulveda Boulevard, Suite 900
El Segundo, CA 90245

_____

On behalf of Grantee

*[Certification of Grantee's Address – Special Warranty Deed – Front Street Healthcare Properties, LLC]*

Case ID: 1908M0024

Case 19-11466-MFW    Doc 575-2    File 08/27/19    Page 18 of 28    04/18/2018 03:21 PM

Exhibit "A"
Record Legal Description

Part of the premises described below:

ALL THAT CERTAIN lot or piece of ground, with the improvements thereon, SITUATE in the 7th Ward of the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania, and described according to a plan entitled "Lot Consolidation Plan – Remaining Parcel" prepared by Pennoni Associates Inc., dated August 6, 2013 being now more particularly described as follows, to wit:

BEGINNING at a point, said point being the intersection of the Easterly right of way line of Front Street (80' wide) with the common line of the lands now or formerly of Tenet Health System St. Christopher's Hospital for Children, LLC and the land now or formerly of Conrail as shown on the aforementioned Plan in the 7th Ward of the City of Philadelphia the following twenty nine (29) courses and distances, as follows;

North 11 degrees 08 minutes 30 seconds East, along the Easterly right of way line of Front Street, a distance of 49.556' to a point; thence continuing,

South 78 degrees 51 minutes 30 seconds East, leaving said Easterly right of way line of Front Street and continuing along the Southerly line of land of the MOB Parcel, a distance of 194.080' to a point; thence continuing,

North 11 degrees 08 minutes 30 seconds East, a distance of 104.052' to a point; thence continuing,

South 78 degrees 50 minutes 30 seconds East, a distance of 40.597' to a point; thence continuing,

North 11 degrees 09 minutes 30 seconds East, a distance of 85.949' to a point; thence continuing,

South 78 degrees 50 minutes 30 seconds East, a distance of 11.347' to a point; thence continuing,

North 11 degrees 09 minutes 30 seconds East, a distance of 30.265' to a point; thence continuing,

South 78 degrees 50 minutes 30 seconds East, a distance of 20.049' to a point; thence continuing,

North 11 degrees 09 minutes 30 seconds East, a distance of 32.263' to a point; thence continuing,

North 78 degrees 50 minutes 30 seconds West, a distance of 78.611' to a point; thence continuing,

South 11 degrees 09 minutes 30 seconds West, a distance of 19.632' to a point; thence continuing,

North 78 degrees 50 minutes 30 seconds West, a distance of 90.044' to a point; thence continuing,

South 11 degrees 09 minutes 30 seconds West, a distance of 128.845' to a point; thence continuing,

South 78 degrees 50 minutes 30 seconds East, a distance of 63.245' to a point; thence continuing,

South 11 degrees 08 minutes 30 seconds West, a distance of 74.137' to a point; thence continuing,

North 78 degrees 51 minutes 30 seconds West, a distance of 160.663' to a point along the said Easterly right of way line of Front Street; thence continuing,

North 11 degrees 08 minutes 30 seconds East, leaving said land of the MOB Parcel and continuing along the Easterly right of way line of Front Street to lands now or formerly of Philadelphia Ronald McDonald House, Inc., a distance of 541.135' to a point; thence continuing,

South 78 degrees 51 minutes 30 seconds East, leaving said Easterly right of way line of Front Street and continuing along the Southerly line of land of the Philadelphia Ronald McDonald House, Inc., a distance of 130.855' to a point; thence continuing,

North 11 degrees 08 minutes 30 seconds East, a distance of 120.959' to a point; thence continuing,

South 78 degrees 51 minutes 30 seconds East, a distance of 227.063' to a point; thence continuing,

North 11 degrees 03 minutes 30 seconds East, a distance of 70.935' to a point along the Southerly right of way line of Erie Avenue, also being known as S.R. 1004, (100' wide); thence continuing,

South 78 degrees 39 minutes 00 seconds East, leaving said land of the Philadelphia Ronald McDonald House, Inc. and continuing along the Southerly right of way line of said Erie Avenue, a distance of 658.083' to a point along the Westerly right of way line of B Street, also being known as S.R. 1003, (80' wide); thence continuing,

South 11 degrees 08 minutes 30 seconds West, along the Westerly right of way of said B Street, a distance of 403.042' to a point on the said common line of land now or formerly of Tenet Health System St. Christopher's Hospital for Children, LLC and land now or formerly of Conrail; thence continuing,

Leaving B Street along the arc of a circle curving Southwesterly and said curve being concave to the Northwest a distance of 94.719', with a radius of 1838.031', a central angle of 3 degrees 00 minutes 54 seconds, along a chord bearing of South 61 degrees 10 minutes 31 seconds West and distance of 96.708' to a point of compound curvature; thence continuing,

Along the arc of a circle curving Southwesterly and said curve being concave to the Northwest a distance of 442.875', with a radius of 1838.031', a central angle of 13 degrees

Case ID: 1908M0024

48 minutes 20 seconds, along a chord bearing of South 69 degrees 34 minutes 32 seconds West and distance of 441.804' to a point of tangency; thence continuing,

South 76 degrees 28 minutes 42 seconds West, a distance of 21.854' to a point of curvature; thence continuing,

Along the arc of a circle curving Southwesterly and said curve being concave to the North a distance of 154.010', with a radius of 1892.229', a central angle of 4 degrees 39 minutes 48 seconds, along a chord bearing of South 78 degrees 48 minutes 36 seconds West and distance of 153.967' to a point of compound curvature; thence continuing,

Along the arc of a circle curving Northwesterly and said curve being concave to the North a distance of 266.542', with a radius of 763.583', a central angle of 20 degrees 00 minutes 00 seconds, along a chord bearing of North 88 degrees 51 minutes 30 seconds West and distance of 265.191' to a point of tangency; thence continuing,

North 78 degrees 51 minutes 30 seconds West, a distance of 142.000' to a point in the said Easterly right of way line of Front Street, said point also being the point and place of beginning.

Case ID: 1908M0024

Exhibit "B"
Surveyor's Legal Description

PROPOSED LOT 1
City and County of Philadelphia
Commonwealth of Pennsylvania

All that Certain Parcel or Tract of Land Situate in the 7th Ward of the City and County of Philadelphia, Commonwealth of Pennsylvania, as shown on a Plan prepared by Pennoni Associates Inc. entitled "Proposed Lot Line Adjustment Plan", Drawing Number V-0812, project number PALHC 17002, dated 10/20/2017. Being more particularly described as follows.

Beginning at the intersection of the Southerly line of Erie Avenue (S.R. 1004) (100' wide) and the Westerly line of B Street (S.R. 1003) (80' wide as shown on the aforementioned Plan in the 7th Ward of the City of Philadelphia as follows:

Thence from said Point of Beginning, S 11°08'30" W, along the westerly right-of-way line of B Street, 403.042' to a point on the said common line of land now or formerly of Tenet Health System St. Christopher's Hospital for Children, LLC and land now or formerly of Conrail; thence continuing,

Leaving B Street along the arc of a circle curving southwesterly and said curve being concave to the northwest a distance of 96.719', with a radius of 1838.031', a central angle of 3°00'54", along a chord bearing of S 61°10'31" W and distance of 96.708' to a point of compound curvature; thence continuing,

Along the arc of a circle curving southwesterly and said curve being concave to the northwest a distance of 442.875', with a radius of 1838.031', a central angle of 13°48'20", along a chord bearing of S 69°34'32" W and distance of 441.804' to a point of tangency; thence continuing, S 76°28'42" W, a distance of 21.854' to a point of curvature; thence continuing,

Along the arc of a circle curving southwesterly and said curve being concave to the north a distance of 154.010', with a radius of 1892.229', a central angle of 4°39'48", along a chord bearing of S 78°48'36" W and distance of 153.967' to a point of compound curvature; thence continuing,

Along the arc of a circle curving northwesterly and said curve being concave to the north a distance of 266.542', with a radius of 763.583', a central angle of 20°00'00", along a chord bearing of S 88°51'30" W and distance of 265.191' to a point of tangency; thence continuing, N 78°51'30" W, a distance of 142.000' to a point in the said easterly right-of-way line of Front Street; thence continuing,

N 11°08'30" E, along the easterly right-of-way line of Front Street, a distance of 49.556' to a point; thence continuing,

S 78°51'30" E, leaving said easterly right-of-way line of Front Street and continuing along the southerly line of land of the MOB Parcel, a distance of 194.080' to a point; thence continuing,

N 11°08'30" E, a distance of 104.052' to a point; thence continuing,

S 78°50'30" E, a distance of 40.597' to a point; thence continuing,

N 11°09'30" E, a distance of 85.949' to a point; thence continuing,

S 78°50'30" E, a distance of 11.347' to a point; thence continuing,

N 11°09'30" E, a distance of 30.265' to a point; thence continuing,

S 78°50'30" E, a distance of 20.049' to a point; thence continuing,

N 11°09'30" E, a distance of 32.263' to a point; thence continuing,

N 78°50'30" W, a distance of 78.611' to a point; thence continuing,

S 11°09'30" W, a distance of 19.632' to a point; thence continuing,

N 78°50'30" W, a distance of 90.044' to a point in the line of the Proposed Lot 3; thence continuing,

N 11°09'30" E, along the common line of Proposed Lot 3 and Proposed Lot 1, the distance of 338.134' to a point in the common line of said lands of Tenet Healthcare and lands now and formerly of Philadelphia Ronald McDonald House, Inc; thence continuing,

S 78°51'30" E, along the said common line, a distance of 33.301' to a point in the line of Proposed Lot 2, thence continuing;

S 11°08'30 W, along the common line of Proposed Lot 2 and Proposed Lot 1, the distance of 48.472' to a point; thence continuing;

S 78°51'07 E, a distance of 27.138' to a point; thence continuing,

S 11°03'30 W, a distance of 46.989' to a point; thence continuing,

S 78°46'23" E, along the face of curb of a drive aisle, a distance of 205.398' to a point of curvature; thence continuing,

Southeasterly along a curve to the right having a radius of 24.193', an arc length of 32.463', a central angle of 76°52'56", along a chord bearing S 58°48'39" E and a distance of 30.082', to a point of tangency; thence continuing,

Case ID: 1908M0024

S 11°09'34" W, a distance of 157.396' to a point in the face of curb of a drive aisle' thence continuing,

S 78° 50'26" E, a distance of 50.550' to a point in the extension of the face of curb of a drive aisle; thence continuing;

N 11°09'34" E, a distance of 464.986 feet to a point in the southerly right-of-way line of Erie Avenue, also being known as S.R. 1004, (100' wide); thence continuing,

S 78°39'00" E, along the southerly right-of-way line of said Erie Avenue, a distance of 579.719' to a point along the westerly right-of-way line of B Street, also being known as S.R. 1003, (80' wide), said point also being the point and place of beginning, containing within these metes and bounds 491,347 square feet, (DS) or 11.280 acres of land, more or less.

Case ID: 1908M0024

Exhibit "C"
Permitted Exceptions

1.  The following conditions set forth on that certain ALTA/NSPS Land Title Survey of St. Christopher's Hospital for Children made by Pennoni Associates, Inc., dated January 3, 2018, last revised January 6, 2018,and designated Project No. PALHC1702:

    a.  Chain link fence and concrete wall vary from southerly and southeasterly boundary lines.

2.  Covenants, conditions and restrictions as in Deed Book DCC 2143 page 99.

3.  Covenants, conditions and restrictions as in Deed Book FHS 1222 page 199.

4.  Covenants, conditions and restrictions as in Deed Book VCS 443 page 428.

5.  Agreement between Action Manufacturing Company and The City of Philadelphia dated 1/12/1993 and recorded in Deed Book VCS 265 page 321.

6.  Easements and covenants as in Document No. 51601262.

7.  Operations & Maintenance Agreement for Stormwater Management Practices by Tenet Healthsystem St. Christopher's Hospital for Children, LLC and the City of Philadelphia through the Water Department dated 4/15/2013 and recorded 4/29/2013 as Document No. 52631615.

8.  Operations & Maintenance Agreement for Stormwater Management Practices by Tenet Healthsystem St. Christopher's Hospital for Children, LLC and the City of Philadelphia through the Water Department dated 9/13/2013 and recorded 10/22/2013 as Document No. 52710459.

9.  City Plan Change Agreement between Tenet HealthSystem St. Christopher's Hospital for Children, LLC and the City of Philadelphia acting through its Streets Department dated 5/3/2013 and recorded 7/29/2013 as Document No. 52673276.

10. Zoning Lot Declaration by Tenet HealthSystem St. Christopher's Hospital for Children, L.L.C. dated 5/3/2013 and recorded 7/2/2013 as Document No. 52662055.

11. Deed Notice by Tenet HealthSystem St. Christopher's Hospital for Children, L.L.C. dated 6/29/2015 and recorded 7/1/2015 as Document No. 52935283.

12. Easements as contained in that certain lease dated 6/20/2013, a Memorandum thereof between Tenet HealthSystem St. Christopher's Hospital for Children, L.L.C., Lessor, and Center for the Urban Child, Inc., Lessee, dated 4/25/2013 and recorded 7/2/2013 as Document No. 52662056.

13. Twenty-feet wide gas line easement as shown on Philadelphia Gas Works map J6-63 revised 5/8/1997.



REV-183 EX (2-15)

# REALTY TRANSFER TAX STATEMENT OF VALUE

See reverse for instructions.

**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

RECORDER'S USE ONLY

State Tax Paid

Book Number

Page Number

Date Recorded

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | Telephone Number: |
|---|---|
| Gregory G. Gosfield, Esquire | 215-569-2700 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| c/o Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400 | Philadelphia | PA | 19103 |

## B. TRANSFER DATA

Date of Acceptance of Document    1 / 11 / 2018

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
|---|---|---|---|
| Tenet HealthSystem St. Christopher's Hospital for Children, L.L.C. | 469-893-2000 | Front Street Healthcare Properties, LLC | 310-414-2700 |

| Mailing Address | | Mailing Address | |
|---|---|---|---|
| c/o Tenet Healthcare Corporation, 1445 Ross Ave, Suite 1400 | | 222 N. Sepulveda Boulevard, Suite 900 | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Dallas | TX | 75202 | El Segundo | CA | 90245 |

## C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 160 E. Erie Avenue | Philadelphia |

| County | School District | Tax Parcel Number |
|---|---|---|
| Philadelphia | Philadelphia | 777011735 |

## D. VALUATION DATA

Was transaction part of an assignment or relocation?    ☐ Y    ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $12,030,000 | + $0 | = $12,030,000 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| $46,575,841.80 | × 1.01 | = $47,041,600.20 |

## E. EXEMPTION DATA – Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ | % | % |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession. _____

(Name of Decedent)                              (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____

If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| , as Chief Executive Officer and President of Grantee | 1 11 2018 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

Case ID: 1908M0024

Attachment to

## REALTY TRANSFER TAX STATEMENT OF VALUE

### 160 E. ERIE AVENUE, PHILADELPHIA, PENNSYLVANIA

Grantor filed a subdivision plan and received the current Tax Parcel Number on January 8, 2018, but has not yet received a separate OPA assessment for this parcel  In the absence of an assessment, computed value is being based upon the relative square footage of the post subdivision parcels  The attached deed represents 78.2% of former Tax Parcel Number 777011730 .

County Assessed Value of prior Tax Parcel Number 777011730:  $59,559,900

Value of County Assessed Value devoted to Tax Parcel Number 777011735:
$59,559,900*.782=$46,575,841.80

The computed value of the property exceeds the actual consideration set forth in the transaction documents between the grantor and grantee relating to parcel 777011730.  The parties are not related and this is an arm's length transaction.  The parties will furnish evidence of the actual consideration to the Revenue Department upon request.

Case ID: 1908M0024

| | | | BOOK NO. | PAGE NO. |
|---|---|---|---|---|

**DATE RECORDED**

**CITY TAX PAID**

# PHILADELPHIA REAL ESTATE
# TRANSFER TAX CERTIFICATION

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT — All inquiries may be directed to the following person:**

| NAME | | TELEPHONE NUMBER: |
|---|---|---|
| Gregory G. Gosfield, Esquire | | AREA CODE (215) 569-2700 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| c/o Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400 | Philadelphia | PA | 19103 |

**B. TRANSFER DATA**  DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
|---|---|
| Tenet HealthSystem St. Christopher's Hospital for Children L.L.C | Front Street Healthcare Properties, LLC |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| c/o Tenet Healthcare Corporation, 1445 Ross Ave, Suite 1400 | 222 N. Sepulveda Boulevard, Suite 900 |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Dallas | TX | 75202 | El Segundo | CA | 90245 |

**C. PROPERTY LOCATION**

| STREET ADDRESS | CITY, TOWNSHIP, BOROUGH |
|---|---|
| 160 E. Ehe Avenue | Philadelphia |

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
|---|---|---|
| Philadelphia | Philadelphia | 777011735 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $12,030,000 | + $0 | = $12,030,000 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| $46,575,841.80 | x 1.01 | = $47,041,600.20 |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|

**2. Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession _____
    (NAME OF DECEDENT)              (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfers to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____. Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | | DATE |
|---|---|---|
| , as Chief Executive Officer and President of Grantee | | 1 11 2018 |

82-127 (Rev. 8/96)

(SEE REVERSE)

Case ID: 1908M0024

Attachment to

## PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

## 160 E. ERIE AVENUE, PHILADELPHIA, PENNSYLVANIA

Grantor filed a subdivision plan and received the current Tax Parcel Number on January 8, 2018, but has not yet received a separate OPA assessment for this parcel  In the absence of an assessment, computed value is being based upon the relative square footage of the post subdivision parcels  The attached deed represents 78.2% of former Tax Parcel Number 777011730 .

County Assessed Value of prior Tax Parcel Number 777011730:  $59,559,900

Value of County Assessed Value devoted to Tax Parcel Number 777011735:
$59,559,900*.782=$46,575,841.80

The computed value of the property exceeds the actual consideration set forth in the transaction documents between the grantor and grantee relating to parcel 777011730.  The parties are not related and this is an arm's length transaction.  The parties will furnish evidence of the actual consideration to the Revenue Department upon request.

Case ID: 1908M0024