# Exhibit B



# HERMAN GOLDNER CO., INC.

HEATING — AIR CONDITIONING — REFRIGERATION
777 BREWSTER AVE, PHILADELPHIA, PA 19153
Phone: (800) 355-5997

## Goldner Guaranteed Service Agreement

For:    Saint Christopher's Hospital for Children
        Erie Avenue at Front Street
        Philadelphia, PA 19134

We hereby propose to provide a Goldner Guaranteed Service Agreement as follows
on the subject mechanical equipment described in Schedule "A"


INITIAL

Location: Cardiac Cathete Lab, IV Pharmacy, MRI Chiller

Primary coverage period starting: ~~May 1, 2016 and ending April 30, 2019~~    *Execution by both parties for three (3) years*
                                    (3 year proposal)

Type of Coverage: Inspection Service

We hereby agree to perform the following scope based on the terms set forth as part of
this agreement:

Preventive Maintenance Visits:
- (4) Quarterly — Cardiac Cath Lab; IV Pharmacy
- (12) Monthly — MRI Chiller

Scope:
- Inspect and adjust refrigerant and temperature controls
- Inspect safety controls
- Check for refrigerant and oil leaks
- Lubricate bearings
- Check belts and adjust tensions
- Check operating pressures
- Inspect electric motors
- Check line voltage and motor amperage
- Clean condenser coils one (1) times each year

Special Services:
- Provide and change air filters at each inspection
- Provide 24/7 Preferred Emergency Service as requested on a T & M basis
- A 10% discount on all parts purchased

Submitted by:_____        Date:_____
Proposal # PJE031101/SCHosp/1



# HERMAN GOLDNER CO., INC.

Based upon the equipment specified in Schedule "A", the Herman Goldner Co., Inc. shall Be paid for Goldner Guaranteed Service Agreement in accordance with the following price and payment schedule:

*date of execution for one (1) year*

Year 1: starting ~~May 1, 2016 and ending April 30, 2017~~, $ 10,572.00 per year payable $ 2,643.00 per quarter.

Year 2: starting ~~May 1, 2017 and ending April 30, 2018~~, $ 10,996.00 per year payable $ 2,749.00 per quarter.

Year 3: starting ~~May 1, 2018 and ending April 30, 2019~~, $ 11,436.00 per year payable $ 2,859.00 per quarter.

This proposal, including Goldner's Satisfaction Guarantee and Clarifications, is hereby accepted this _____ day of _____ 20___, with the definite understanding that there are no verbal agreements changing or modifying this agreement as above written.

_____
Name (Buyer)

Authorized Signature                    Date

Herman Goldner Co., Inc.:

J. Mark McLoone, CEO
Authorized Signature

INITIAL



# HERMAN GOLDNER CO., INC.

Equipment – Schedule "A"
Cardiac Cath Lab; IV Pharmacy

| Quarterly Quantity | Component | Make | Model# | Location |
|---|---|---|---|---|
| 1 | Condenser | Liebert | TCDV205-A | roof |
| 1 | Air Handler | Liebert | 50TC-A05A2A6 | lab |
| 1 | AHU | Aaon | M2-H-005 | IV Pharmacy |
| 1 | Condenser | Aaon | CB Series | roof |

Equipment – Schedule "A"
MRI Chiller

| Monthly Quantity | Component | Make | Model# | Location |
|---|---|---|---|---|
| 2 | Chiller | Johnson Thermal Air | JTS15D1AC | MRI mech rm roof |



# HERMAN GOLDNER CO., INC.



### SATISFACTION GUARANTEE

It is the intent of Herman Goldner Co. (HGC), to exceed the quality of service that our customer expects. The customer may terminate this Agreement for HGC poor performance at any time provided written notice detailing the performance issues is given to HGC with at least 45 days to address the issues and satisfy the customers concerns. If termination precedes the end of the Agreement term, the customer agrees to pay the greater of a pro-rated annual premium based not on elapsed time but for actual services rendered or 4% of the total remaining contract amount. HGC may cancel this Agreement upon written notice to customer in the event that customer does not comply with its responsibilities as outlined.

It shall be understood that:

1. In order to perform our obligations under this Agreement you will provide ready access to the equipment.
2. If original repair and replacement parts become obsolete or unavailable from the OEM, our obligation to obtain such parts shall cease.
3. This Agreement does not include the complete replacement of any equipment or major system components, nor does it include services not considered normal maintenance and service unless specifically defined. The repair of any system or component will not be covered if the value of the repair exceeds 40% of a new replacement unit price as offered by HGC (excluding installation modifications).
4. The amount of any present or future taxes related to Goldner Guaranteed Service and Maintenance shall be in addition to the contract sum provided in this Agreement. Customer shall pay all applicable taxes.
5. All work is to be performed during regular working hours. Services required by customer after regular working hours, Saturdays, Sundays and holidays will be invoiced at regular overtime rates, unless indicated otherwise in this Agreement.
6. Any alterations, additions, adjustments or repairs made by others to the systems and equipment listed in Schedule "A", unless accepted by HGC, shall terminate our obligations hereunder, and we shall be paid all sums due us as of that time.
7. Goldner Guaranteed Service and Maintenance does not include the starting and stopping of the subject equipment, opening and closing of valves, or other operations unless defined.
8. We do not include any services caused by improper operation, negligence or misuse, deficiencies in design, required by insurance companies, agencies and codes or due to any cause beyond our control.
   We shall not be liable for any consequential, indirect or speculative, damages of any kind or damages to property, injuries to persons, expenses incurred in removing, replacing or refinishing any part of the building or structure necessary for the execution of this Agreement. We shall not be liable for any losses or damages due to delay in furnishing materials or services caused due to strikes or labor troubles or any other causes.
9. We shall not assume any liabilities or repair costs due to damage or failure of heating or cooling heat exchangers or tubes, water, refrigerant or airside.
10. This Agreement does not include any services for the following: non maintainable components; air conditioning ductwork, grilles, registers and diffusers; smoke detection, fire or life safety protection systems and controls; air and water balancing; electrical disconnect switches and circuit breakers; recording or portable instruments, gauges or thermometers; piping repairs; repairs for damage due to freezing; cleaning of condensers more than once a year; refrigeration equipment hardware, cabinetry or structural components; repairs to electrical power or control wiring and repairs to any structural or non mechanical components of included cooling towers.
11. The furnishing of water treatment is not included in this Agreement unless specifically noted.
12. This proposal is based on the equipment being in proper operating condition. HGC assumes no liability for pre-existing conditions. Upon customer formal acceptance of our proposal, we shall notify you of the intended schedule of our "acceptance operating inspection and or first annual predictive analysis" which shall normally commence within 45 working days of signing and or appropriate weather for operating conditions. Upon completion of this "acceptance inspection and or predictive analysis", within 45 days we shall provide recommendations for repairs and modifications that are necessary for HGC to accept this Agreement. Any work required before this acceptance will be covered if normally included in the contract only if the work required is considered reasonable and normal at the discrepancy of HGC.
13. Refrigerant is excluded from this Agreement. We only include coverage of refrigerant if specifically defined in our offer and provided customer accepts our conversion/containment and monitoring recommendations, which shall be provided in the "acceptance operating inspection report". If covered, the contract includes a leakage allowance and the refrigerant coverage shall be limited to 5% of the total unit charge per year.



## HERMAN GOLDNER CO., INC.



14. No waste disposal costs are included in this Agreement. Goldner shall not remove or pay for the disposal of hazardous used refrigerant or oil. Compliance with Department of Transportation regulations does not allow for the transportation of hazardous waste by the Herman Goldner Co., Inc.
15. Asbestos testing or abatement of any kind is not included in this service Agreement. Asbestos testing, abatement and containment are the sole responsibility of the owner
16. Goldner shall not be responsible for the detection, abatement or removal of lead or products of lead found to exist in included, or any other, piping, equipment or systems.
17. This Agreement does not include prevention of the growth of mold, bacteria, fungus or any other microbial organisms or contaminates of any type. Goldner shall not be responsible to identify, register, handle, clean or dispose of these or any other contaminates.
18. Any labor, material or equipment liabilities assumed by Goldner under the terms of this Agreement do not extend beyond the Agreement's effective expiration or termination date.
19. Payment terms for this Agreement are net ~~thirty (30)~~ days. A one and one half (1 ½) percent per month service charge will be applied to past due balances. Failure to make any payment when due may result in the suspension or termination of contracted services.
20. This proposal is the entire Agreement and the initial term becomes effective on the date both parties approve.

forty-five (45)

# HERMAN GOLDNER CO., INC.

## MAINTENANCE AGREEMENT INVOICE

**REMIT TO:**

HERMAN GOLDNER CO. INC.
7777 BREWSTER AVENUE
PHILADELPHIA, PA 19153

| | |
|---|---|
| **INVOICE DATE:** | 5/1/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **AGREEMENT NO.:** | P15577 |
| **BILLING FREQUENCY:** | QUARTERLY |
| **BILLING PERIOD:** | MAY TO JULY |
| **PURCHASE ORDER:** | 0868-221130 |

**BILLING ADDRESS:**

AMERICAN ACADEMICS
PO BOX 26968

PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST CHRIS HOSP CATH LAB IV MRI
AMERICAN ACADEMICS
160 EAST ERIE AVE.

PHILADELPHIA, PA 19134-1095

**PAYMENT TERMS: NET 30**

| Invoice Date | Invoice Number | Amount | Tax | Total |
|---|---|---|---|---|
| 5/1/2019 | MAINT014826 | $2,859.00 | $228.72 | $3,087.72 |

THANK YOU FOR YOUR BUSINESS!                    **AMOUNT DUE:**          **$3,087.72**

# HERMAN GOLDNER CO., INC.

## MAINTENANCE AGREEMENT INVOICE

**REMIT TO:**

HERMAN GOLDNER CO. INC.
7777 BREWSTER AVENUE
PHILADELPHIA, PA 19153

| | |
|---|---|
| **INVOICE DATE:** | 8/1/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **AGREEMENT NO.:** | P15577 |
| **BILLING FREQUENCY:** | QUARTERLY |
| **BILLING PERIOD:** | AUGUST TO OCTOBER |
| **PURCHASE ORDER:** | 0868-221130 |

**BILLING ADDRESS:**

AMERICAN ACADEMICS
PO BOX 26968

PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST CHRIS HOSP CATH LAB IV MRI
AMERICAN ACADEMICS
160 EAST ERIE AVE.

PHILADELPHIA, PA 19134-1095

**PAYMENT TERMS: NET 30**

| Invoice Date | Invoice Number | Amount | Tax | Total |
|---|---|---|---|---|
| 8/1/2019 | MAINT015245 | $2,859.00 | $228.72 | $3,087.72 |

THANK YOU FOR YOUR BUSINESS!    **AMOUNT DUE:**    **$3,087.72**

# HERMAN GOLDNER CO., INC.

**REMIT TO:**
HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

| | |
|---|---|
| **SERVICE CALL ID:** | **190506-0022** |
| **INVOICE NUMBER:** | SRVCE084718 |
| **INVOICE DATE:** | 5/31/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **CUSTOMER P.O. #:** | 033D-252482 |

**BILL TO:**
AMERICAN ACADEMICS
PO BOX 26968,
PHILADELPHIA, PA 19134-1095

**LOCATION:**
ST CHRIS HOSP CATH LAB IV MRI
160 EAST ERIE AVE.,
PHILADELPHIA, PA 19134-1095

## DESCRIPTION OF SERVICES PERFORMED:

As Per Our Proposal dated April 16, 2019 for Trane Chiller M# CVHF770 (3) - Operating
Inspection S# L14K04599, L14K04600, L14K04601

Please see attached copy of Proposal.

If you are not already receiving electronic invoices, please
email us at moblea@goldner.com.

PAYMENT TERMS:        NET 30                **INVOICE TOTAL**        **$1,456.00**

THANK YOU FOR YOUR BUSINESS!

## HERMAN GOLDNER CO., INC.

### MECHANICAL CONSTRUCTION & SERVICE

*Since 1887*

April 16, 2019

St. Christopher's Hospital for Children
Front & Erie Avenue
Philadelphia, PA 19134
Attn:  Andy Dahlberg

**RE:    Trane  Chillers M # CVHF770 (3)    -  Operating Inspection
         S#: L14K04599, L14K04600, L14K04601**

Dear Andy

Below please find our work description for the chiller maintenance due this quarter.

**Scope Items:  Operating Inspection**

Review the operating logs with the operators
- Inspect and adjust refrigerant controls
- Inspect and adjust temperature controls
- Inspect safety controls
- Check for refrigerant and oil leaks
- Lubricate bearings
- Check operating pressures
- Check line voltage and motor amperage

**Price for Inspection ………… $ 1,456.00**

*Exclusions & Conditions:*
Overtime work, additional refrigerant

Please let me know if you would like to proceed with this work.

Herman Goldner Co., Inc.


Jim Thatcher
Account Manager

cc.  file/QQ/19-041605
/jjm

# HERMAN GOLDNER CO., INC.

**REMIT TO:**

HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

| | |
|---|---|
| **SERVICE CALL ID:** | **190530-0027** |
| **INVOICE NUMBER:** | SRVCE085194 |
| **INVOICE DATE:** | 6/27/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **CUSTOMER P.O. #:** | |

**BILL TO:**

AMERICAN ACADEMICS
PO BOX 26968,
PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST CHRIS HOSP CATH LAB IV MRI
160 EAST ERIE AVE.,
PHILADELPHIA, PA 19134-1095

## DESCRIPTION OF SERVICES PERFORMED:

Responded to emergency service call for Condenser Fan Motor Issue On Trane RTU CU-1.

Requester:  Brian Plunkett 215-589-8994

Labor: Service Technician - 7 Straight Hours

Material: Moto, Fan Blade and Slinger

Please see attached work order(s).

If you are not already receiving electronic invoices, please email us at moblea@goldner.com.

| | |
|---|---:|
| TOTAL MATERIAL | $728.36 |
| TOTAL LABOR | $1,043.00 |
| TOTAL EQUIPMENT | $0.00 |
| TOTAL SUBCONTRACTOR | $0.00 |
| TOTAL OTHER | $0.00 |
| TOTAL TAX | $141.71 |
| **INVOICE TOTAL** | **$1,913.07** |

PAYMENT TERMS:     NET 30

THANK YOU FOR YOUR BUSINESS!



**HERMAN GOLDNER CO., INC.**
MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

# Call Summary

| Customer Name | Caller Name | Caller Phone |
|---|---|---|
| AMERICAN ACADEMICS | BRIAN PLUNKETT PER JIM THATCHER | 21558989940000 |

| Address | City | State | ZIP |
|---|---|---|---|
| 160 EAST ERIE AVE. | PHILADELPHIA | PA | 19134-1095 |

| Location Name | Customer P.O.# | Service Call ID |
|---|---|---|
| ST CHRIS HOSP CATH LAB IV MRI | | 190530-0027 |

| Description | Work Completed |
|---|---|
| CONDENSER FAN MOTOR ISSUE ON | Yes |

## EQUIPMENT

| Unit ID | Make | Model | Serial |
|---|---|---|---|
| CU-1 | Trane | RAUJC504BCB0B0000000 | C13J05373 |

## WORK PERFORMED

On 6/3 I Inspected the unit and found the front right condenser fan motor under the damper was bad. Ordered a new motor and fan blade and was told it would be ready on 6/4. Returned with new motor. Removed the damper assembly and was able to remove the defective motor. The old motor was seized and unable to spin. Installed the new motor and blade. Installed the damper assembly and wired the motor back into the contactor. True bed power back on and checked operation. Fan is now running and unit is cooling properly.

## REFRIGERANT

| Refrigerant Type | Other | Use Type | Quantity | Notes | System Charge Qty |
|---|---|---|---|---|---|
| | | | | | |

## SERVICE HOURS

| Date | Employee | Hours S.T. | Hours O.T. | Hours D.T. |
|---|---|---|---|---|
| Jun 3, 2019 | Matthew Woodland | 3.00 | | |
| Jun 4, 2019 | Matthew Woodland | 4.00 | | |
| | Total | 7.00 | 0.00 | 0.00 |

## PURCHASE ORDERS

P.O. Number    2001129
P.O. Number
P.O. Number
P.O. Number

## CUSTOMER ACCEPTANCE

## OTHER MATERIALS

- [x] None
- [ ] Combustion analyzer
- [ ] Confined space equipment
- [ ] Evacuation fee
- [ ] Laptop fee
- [ ] Laser alignment tool
- [ ] Megaohm insulation resistance testing
- [ ] Power quality analyzer
- [ ] Pro press tool
- [ ] Recovery machine - high tonnage
- [ ] Recovery machine - low tonnage
- [ ] Thermal imager
- [ ] Vibration analysis
- [ ] Welding/brazing fee

Thank You!
Herman Goldner thanks you for allowing us to assist you with your maintenance needs. We hope we have provided you with the prompt and high quality service you deserve. We hope you sincerely consider Herman Goldner Company first for any future

SATISFACTION GUARANTEE

It is the intent of Co. (HGC), to exceed the quality of service that our customer expects. The customer may terminate this Agreement for HGC poor performance at any time provided written notice detailing the performance issues is given to HGC with at least 45 days to address the issues and satisfy the customers concerns. If termination precedes the end of the Agreement term, the customer agrees to pay the greater of a pro-rated annual premium based not on elapsed time but for actual services rendered or 4% of the total remaining contract amount. HGC may cancel this Agreement upon written notice to customer in the event that customer does not comply with its responsibilities as outlined.

It shall be understood that:

1. In order to perform our obligations under this Agreement you will provide ready access to the equipment.

2. If original repair and replacement parts become obsolete or unavailable from the OEM, our obligation to obtain such parts shall cease.

3. This Agreement does not include the complete replacement of any equipment or major system components, nor does it include services not considered normal maintenance and service unless specifically defined. The repair of any system or component will not be covered if the value of the repair exceeds 40% of a new replacement unit price as offered by HGC (excluding installation modifications).

4. The amount of any present or future taxes related to Goldner Guaranteed Service and Maintenance shall be in addition to the contract sum provided in this Agreement. Customer shall pay all applicable taxes.

5. All work is to be performed during regular working hours. Services required by customer after regular working hours, Saturdays, Sundays and holidays will be invoiced at regular overtime rates, unless indicated otherwise in this Agreement.

6. Any alterations, additions, adjustments or repairs made by others to the systems and equipment listed in Schedule "A", unless accepted by HGC, shall terminate our obligations hereunder, and we shall be paid all sums due us as of that time.

7. Goldner Guaranteed Service and Maintenance does not include the starting and stopping of the subject equipment, opening and closing of valves, or other operations unless defined.

8. We do not include any services caused by improper operation, negligence or misuse, deficiencies in design, required by insurance companies, agencies and codes or due to any cause beyond our control.

9. We shall not be liable for any consequential, indirect or speculative, damages of any kind or damages to property, injuries to persons, expenses incurred in removing, replacing or refinishing any part of the building or structure necessary for the execution of this Agreement. We shall not be liable for any losses or damages due to delay in furnishing materials or services caused due to strikes or labor troubles or any other causes.

10. We shall not assume any liabilities or repair costs due to damage or failure of heating or cooling heat exchangers or tubes, water, refrigerant or airside.

11. This Agreement does not include any services for the following: non maintainable components; air conditioning ductwork, grilles, registers and diffusers; smoke detection, fire or life safety protection systems and controls; air and water balancing; electrical disconnect switches and circuit breakers; recording or portable instruments, gauges or thermometers; piping repairs; repairs for damage due to freezing; cleaning of condensers more than once a year; refrigeration equipment hardware, cabinetry or structural components; repairs to electrical power or control wiring and repairs to any structural or non-mechanical components of included cooling towers.

12. The furnishing of water treatment is not included in this Agreement unless specifically noted.

13. This proposal is based on the equipment being in proper operating condition. HGC assumes no liability for pre-existing conditions. Upon customer formal acceptance of our proposal, we shall notify you of the intended schedule of our "acceptance operating inspection and or first annual predictive analysis" which shall normally commence within 45 working days of signing and or appropriate weather for operating conditions. Upon completion of this "acceptance inspection and or predictive analysis," within 45 days we shall provide recommendations for repairs and modifications that are necessary for HGC to accept this Agreement. Any work required before this acceptance will be covered if normally included in the contract only if the work required is considered reasonable and normal at the discrepancy of HGC.

14. Refrigerant is excluded from this Agreement. We only include coverage of refrigerant if specifically defined in our offer and provided customer accepts our conversion/containment and monitoring recommendations, which shall be provided in the "acceptance operating inspection report." If covered, the contract includes a leakage allowance and the refrigerant coverage shall be limited to 5% of the total unit charge per year.

15. No waste disposal costs are included in this Agreement. We shall not remove or pay for the disposal of hazardous used refrigerant or oil. Compliance with D.O.T. regulations does not allow for the transportation of hazardous waste by the Herman Goldner Co., Inc.

16. Asbestos testing or abatement of any kind is not included in this service Agreement. Asbestos testing, abatement and containment are the sole responsibility of the owner.

17. Goldner shall not be responsible for the detection, abatement or removal of lead or products of lead found to exist in included, or any other, piping, equipment or systems.

18. This Agreement does not include prevention of the growth of mold, bacteria, fungus or any other microbial organisms or contaminates of any type. Goldner shall not be responsible to identify, register, handle, clean or dispose of these or any other contaminates.

19. Any labor, material or equipment liabilities assumed by Goldner under the terms of this Agreement do not extend beyond the Agreement's effective expiration or termination date.

20. Payment terms for this Agreement are net thirty (30) days. A one and one half (1 ½) percent per month service charge will be applied to past due balances. Failure to make any payment when due may result in the suspension or termination of contracted services.

21. This proposal is the entire Agreement and the initial term becomes effective on the date both parties approve.

# HERMAN GOLDNER CO., INC.

**REMIT TO:**

HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

| | |
|---|---|
| **SERVICE CALL ID:** | **190425-0019** |
| **INVOICE NUMBER:** | SRVCE084253 |
| **INVOICE DATE:** | 5/3/2019 |
| **CUSTOMER ID:** | STCHRI19101 |
| **CUSTOMER P.O. #:** | |

**BILL TO:**

AMERICAN ACADEMICS
PO BOX 26968,
PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST. CHRISTOPHER'S HOSPITAL FOR
3601 A STREET,
PHILADELPHIA, PA 19104

## DESCRIPTION OF SERVICES PERFORMED:

Responded to emergency service call fro emergency HW heating piping repair.

Requester: Brian Plunkett 215-589-8984

Labor: Service Technician- 16 Straight Hours

Material: Pipe, Nipples and Hardware

Please see attached work order(s).

If you are not already receiving electronic invoices, please email us at moblea@goldner.com.

| | |
|---|---:|
| TOTAL MATERIAL | $72.72 |
| TOTAL LABOR | $2,512.00 |
| TOTAL EQUIPMENT | $0.00 |
| TOTAL SUBCONTRACTOR | $0.00 |
| TOTAL OTHER | $0.00 |
| TOTAL TAX | $0.00 |
| **INVOICE TOTAL** | **$2,584.72** |

PAYMENT TERMS:     NET 30

THANK YOU FOR YOUR BUSINESS!

**HERMAN GOLDNER CO. INC.**
**MECHANICAL CONSTRUCTION**

JOB NO. 190425-0019   EXTRA NO. _____
No. _____   WEEK ENDING 4/28/19

# AUTHORIZED WORK RECORD

PROJECT ST. CHRIS HW PIPE REPAIR   FOREMAN E J O'Connell

DESCRIPTION OF WORK PERFORMED: Demo (2) leaking circuit setters on HHW RETURN AND REPLACE WITH TWO 600#16 Apollo ball valves with associated unions/pipe

| NAME | CLASSIF-ICATION | | MON. | TUE. | WED. | THUR. | FRI. | SAT. | SUN. | TOTAL HOURS |
|------|------|------|------|------|------|------|------|------|------|------|
| E J O'Connell | | R | | | | | 4 | | | |
| | | OT | | | | | | | | |
| | | DT | | | | | | | | |
| (scribbled) | | R | | | | | | | | |
| | | OT | | | | | | | | |
| | | DT | | | | | | | | |
| Harry James | | R | | | | | 4 | | | |
| | | OT | | | | | | | | |
| | | DT | | | | | | | | |
| | | R | | | | | | | | |
| | | OT | | | | | | | | |
| | | DT | | | | | | | | |
| | | R | | | | | | | | |
| | | OT | | | | | | | | |
| | | DT | | | | | | | | |
| | | R | | | | | | | | |
| | | OT | | | | | | | | |
| | | DT | | | | | | | | |

## MATERIAL USED

| QUANTITY | DESCRIPTION |
|------|------|
| | PO# 1919942   Ferguson |
| (2) | 600#16 1" Apollo Ball VALUES |

## SUBCONTRACTORS USED

| NAME OF SUB-CONTRACTOR | DESCRIPTION OF WORK PERFORMED |
|------|------|
| | |
| | |

AUTHORIZED BY _____

PLEASE PRINT NAME _____

WORK COMPLETED   YES ☑   NO ☐

Scanned with CamScanner

# HERMAN GOLDNER CO., INC.

**REMIT TO:**

HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

**SERVICE CALL ID:** **190514-0014**

**INVOICE NUMBER:** SRVCE085189
**INVOICE DATE:** 6/27/2019
**CUSTOMER ID:** STCHRI19101
**CUSTOMER P.O. #:** 033D-252483

**BILL TO:**

AMERICAN ACADEMICS

PO BOX 26968,

PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST CHRIS HOSP CATH LAB IV MRI
160 EAST ERIE AVE.,
PHILADELPHIA, PA 19134-1095

| DESCRIPTION OF SERVICES PERFORMED: |
|---|

As per our proposal dated April 16, 2019 to furnish labor and material to evacuate
refrigerant, pressure test with nitrogen and leak check refrigerant circuit #2 of
the JTS chiller.

Please see attached copy of our proposal.

If you are not already receiving electronic invoices, please
email us at moblea@goldner.com.

| | |
|---|---|
| TOTAL MATERIAL | $0.00 |
| TOTAL LABOR | $0.00 |
| TOTAL EQUIPMENT | $0.00 |
| TOTAL SUBCONTRACTOR | $0.00 |
| TOTAL OTHER | $1,561.00 |
| TOTAL TAX | $124.88 |
| **INVOICE TOTAL** | **$1,685.88** |

PAYMENT TERMS:    NET 30

THANK YOU FOR YOUR BUSINESS!

# HERMAN GOLDNER CO., INC.
### Mechanical Services Division

April 16, 2019


St. Christopher's Hospital for Children
Front & Erie Avenue
Philadelphia, PA 19134
Attn: Brian Plunkett

**RE:  JTS Chiller #JTS15DIAC; S# C3040 – Refrigerant Leak Check**


Dear Brian,

Below please find our scope of work for the above referenced job.

**JTS Chiller:  Johnson Thermal Air**

- ➢ Furnish labor and material to evacuate refrigerant, pressure test with nitrogen and leak check refrigerant circuit #2; report findings
- ➢ Provide Start-up and check


   **Price for above Scope of Work……………… $ 1,561.00**


**Exclusions & Conditions:**
Overtime labor

Please let me know if you would like to proceed with this work.

Sincerely,
Herman Goldner Co., Inc.



Jim Thatcher
Account Manager


cc. file/ST/19-041606
/jjm



# Purchase Order

04/19/19 08:27:33

**BILLING ADDRESS**

ST CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
P.O. BOX 26968
PHILADELPHIA                PA 191346968

**AMERICAN ACADEMIC**
HEALTH SYSTEM

**Purchase Order No.**

Vendor Name and Address

HERMAN GOLDNER CO INC
7777 BREWSTER AVE
PHILA                       PA 19153

(215) 492-5940

Deliver To

033D-ST CHRISTOPHERS HOSPITAL CHI
160 EAST ERIE AVENUE
PHILADELPHIA            PA 19134

(215) 427 8333

033D 252483

FAX#(215)427-8334

The purchase order no. must appear on all packing slips and invoices.

VENDOR NO.    126290          CUSTOMER ACCOUNT NO. STCHRI19134        PAGE 01 OF 01

| SHIPPING TERMS | VENDOR TERMS | SHIP VIA | DATE ORDER PLACED | DATE DUE |
|---|---|---|---|---|
| F.O.B. DESTINATION | NET 45 | GROUND | 04/19/19 | |

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| 1 | 1 | EA | NONE | REFRIGERANT LEAK CHECK MRI CHILLER PROPOSAL 4/16/1 | | $   1561.00 |
| | | | | 8480.6210    24847 | | |
| | | | | *REF: JTS CHILLER #JTS14DIAC, S#C3040 REFRIGERANT | | |
| | | | | * LEAK CHECK - JOHNSON THERMAL AIR | | |
| | | | | *@$1561.00 PER PROPOSAL DATED 4/16/19 FROM | | |
| | | | | *JIM THATCHER | | |

GRAND TOTAL    $    1561.00

We are not sales tax exempt unless otherwise indicated.  Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

Collect freight shipments will not be accepted.

MALEKE    BLACK

NAME

DIRECTOR OF MATERIALS MANAGEMENT

TITLE

Terms and Conditions
- All invoices must be billed in duplicate to the billing address above.
- All shipments and deliveries must be addressed to the facility and must be made to the receiving department. Packing slip showing our order number and the vendor number must accompany all deliveries.
- If order cannot be filled as requested, advise the facility.
- This order is subject to the terms and conditions as stated on the reverse side of purchase order.

SIGNATURE                                                DATE

# HERMAN GOLDNER CO., INC.

**REMIT TO:**

HERMAN GOLDNER CO., INC.
7777 BREWSTER AVE.
PHILADELPHIA, PA 19153
(215) 365-5400

**SERVICE CALL ID:**      **190717-0023**

**INVOICE NUMBER:**      SRVCE086306
**INVOICE DATE:**      8/19/2019
**CUSTOMER ID:**      STCHRI19101
**CUSTOMER P.O. #:**

**BILL TO:**

AMERICAN ACADEMICS
PO BOX 26968,
PHILADELPHIA, PA 19134-1095

**LOCATION:**

ST. CHRISTOPHER'S HOSPITAL FOR
3601 A STREET,
PHILADELPHIA, PA 19104

## DESCRIPTION OF SERVICES PERFORMED:

Responded to emergency service call because chiller #1 is down.

Requester: Nester 215-427-4626

Labor: Service Technician - 9 Straight Hours

Material: Solenoid Valve and Temperature Sensor

Please see attached back up.

| | |
|---|---|
| TOTAL MATERIAL | $1,083.31 |
| TOTAL LABOR | $1,485.00 |
| TOTAL EQUIPMENT | $0.00 |
| TOTAL SUBCONTRACTOR | $0.00 |
| TOTAL OTHER | $0.00 |
| TOTAL TAX | $0.00 |
| **INVOICE TOTAL** | **$2,568.31** |

If you are not already receiving electronic invoices, please
email us at moblea@goldner.com.

PAYMENT TERMS:      NET 30

THANK YOU FOR YOUR BUSINESS!



**HERMAN GOLDNER CO., INC.**
MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

# Call Summary

| Customer Name | Caller Name | Caller Phone |
|---|---|---|
| AMERICAN ACADEMICS | NESTER | 21542746260000 |

| Address | City | State | ZIP |
|---|---|---|---|
| 3601 A STREET | PHILADELPHIA | PA | 19104 |

| Location Name | Customer P.O.# | Service Call ID |
|---|---|---|
| ST. CHRISTOPHER'S HOSPITAL FOR | | 190717-0023 |

| Description | Work Completed |
|---|---|
| CHILLER #1 DOWN PER NESTER | No |

## EQUIPMENT

| Unit ID | Make | Model | Serial |
|---|---|---|---|
| Chiller 2 | Trane | CVHF770 | L14K04599 |

## WORK PERFORMED

Ordering and picking up parts.

## REFRIGERANT

| Refrigerant Type | Other | Use Type | Quantity | Notes | System Charge Qty |
|---|---|---|---|---|---|
| | | | | | |

## SERVICE HOURS

| Date | Employee | Hours S.T. | Hours O.T. | Hours D.T. |
|---|---|---|---|---|
| Jul 19, 2019 | George Kriss | 1.00 | | |
| | Total | 1.00 | 0.00 | 0.00 |

## PURCHASE ORDERS

P.O. Number    205205
P.O. Number
P.O. Number
P.O. Number

## CUSTOMER ACCEPTANCE

## OTHER MATERIALS

- [x] None
- [ ] Combustion analyzer
- [ ] Confined space equipment
- [ ] Evacuation fee
- [ ] Laptop fee
- [ ] Laser alignment tool
- [ ] Megaohm insulation resistance testing
- [ ] Power quality analyzer
- [ ] Pro press tool
- [ ] Recovery machine - high tonnage
- [ ] Recovery machine - low tonnage
- [ ] Thermal imager
- [ ] Vibration analysis
- [ ] Welding/brazing fee

Thank You!
Herman Goldner thanks you for allowing us to assist you with your maintenance needs. We hope we have provided you with the prompt and high quality service you deserve. We hope you sincerely consider Herman Goldner Company first for any future mechanical needs.



**HERMAN GOLDNER CO., INC.**
MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

# Call Summary

| Customer Name | Caller Name | Caller Phone |
|---|---|---|
| AMERICAN ACADEMICS | NESTER | 21542746260000 |

| Address | City | State | ZIP |
|---|---|---|---|
| 3601 A STREET | PHILADELPHIA | PA | 19104 |

| Location Name | Customer P.O.# | Service Call ID |
|---|---|---|
| ST. CHRISTOPHER'S HOSPITAL FOR | | 190717-0023 |

| Description | Work Completed |
|---|---|
| CHILLER #1 DOWN PER NESTER | Yes |

## EQUIPMENT

| Unit ID | Make | Model | Serial |
|---|---|---|---|
| Chiller #2 | Trane | CVHF770 | L14K04599 |

## WORK PERFORMED

Replaced chilled water entering and leaving temperature sensors. Plugged in with computer, accessed binding program and bound the new sensors to the chiller program.Replaced the inboard and outboard temperature sensors and bound them into chiller program.Reconnected and checked new sensors readings; OK.Isolated purge unit, disconnected pipe fittings and shut off power. Replaced purge solenoids, secured and leak checked.Opened isolation valves, restored power. Restarted chiller, ran purge in On mode then set to Adaptive mode. Only pumped out for 16 seconds over 3 1/2 hours.Cleaned up site.

## REFRIGERANT

| Refrigerant Type | Other | Use Type | Quantity | Notes | System Charge Qty |
|---|---|---|---|---|---|
| | | | | | |

## SERVICE HOURS

| Date | Employee | Hours S.T. | Hours O.T. | Hours D.T. |
|---|---|---|---|---|
| Jul 23, 2019 | George Kriss | 8.00 | | |
| | Total | 8.00 | 0.00 | 0.00 |

## PURCHASE ORDERS

| | |
|---|---|
| P.O. Number | 2005205 |
| P.O. Number | |
| P.O. Number | |
| P.O. Number | |

## CUSTOMER ACCEPTANCE

## OTHER MATERIALS

- [x] None
- [ ] Combustion analyzer
- [ ] Confined space equipment
- [ ] Evacuation fee
- [ ] Laptop fee
- [ ] Laser alignment tool
- [ ] Megaohm insulation resistance testing
- [ ] Power quality analyzer
- [ ] Pro press tool
- [ ] Recovery machine - high tonnage
- [ ] Recovery machine - low tonnage
- [ ] Thermal imager
- [ ] Vibration analysis
- [ ] Welding/brazing fee

Thank You!
Herman Goldner thanks you for allowing us to assist  you with your maintenance needs. We hope we have provided you with the prompt and high quality service you deserve. We hope you sincerely consider Herman Goldner Company first for any future

SATISFACTION GUARANTEE

It is the intent of Co. (HGC), to exceed the quality of service that our customer expects. The customer may terminate this Agreement for HGC poor performance at any time provided written notice detailing the performance issues is given to HGC with at least 45 days to address the issues and satisfy the customers concerns. If termination precedes the end of the Agreement term, the customer agrees to pay the greater of a pro-rated annual premium based not on elapsed time but for actual services rendered or 4% of the total remaining contract amount. HGC may cancel this Agreement upon written notice to customer in the event that customer does not comply with its responsibilities as outlined.

It shall be understood that:

1. In order to perform our obligations under this Agreement you will provide ready access to the equipment.
2. If original repair and replacement parts become obsolete or unavailable from the OEM, our obligation to obtain such parts shall cease.
3. This Agreement does not include the complete replacement of any equipment or major system components, nor does it include services not considered normal maintenance and service unless specifically defined. The repair of any system or component will not be covered if the value of the repair exceeds 40% of a new replacement unit price as offered by HGC (excluding installation modifications).
4. The amount of any present or future taxes related to Goldner Guaranteed Service and Maintenance shall be in addition to the contract sum provided in this Agreement. Customer shall pay all applicable taxes.
5. All work is to be performed during regular working hours. Services required by customer after regular working hours, Saturdays, Sundays and holidays will be invoiced at regular overtime rates, unless indicated otherwise in this Agreement.
6. Any alterations, additions, adjustments or repairs made by others to the systems and equipment listed in Schedule "A", unless accepted by HGC, shall terminate our obligations hereunder, and we shall be paid all sums due us as of that time.
7. Goldner Guaranteed Service and Maintenance does not include the starting and stopping of the subject equipment, opening and closing of valves, or other operations unless defined.
8. We do not include any services caused by improper operation, negligence or misuse, deficiencies in design, required by insurance companies, agencies and codes or due to any cause beyond our control.
9. We shall not be liable for any consequential, indirect or speculative, damages of any kind or damages to property, injuries to persons, expenses incurred in removing, replacing or refinishing any part of the building or structure necessary for the execution of this Agreement. We shall not be liable for any losses or damages due to delay in furnishing materials or services caused due to strikes or labor troubles or any other causes.
10. We shall not assume any liabilities or repair costs due to damage or failure of heating or cooling heat exchangers or tubes, water, refrigerant or airside.
11. This Agreement does not include any services for the following: non maintainable components; air conditioning ductwork, grilles, registers and diffusers; smoke detection, fire or life safety protection systems and controls; air and water balancing; electrical disconnect switches and circuit breakers; recording or portable instruments, gauges or thermometers; piping repairs; repairs for damage due to freezing; cleaning of condensers more than once a year; refrigeration equipment hardware, cabinetry or structural components; repairs to electrical power or control wiring and repairs to any structural or non-mechanical components of included cooling towers.
12. The furnishing of water treatment is not included in this Agreement unless specifically noted.
13. This proposal is based on the equipment being in proper operating condition. HGC assumes no liability for pre-existing conditions. Upon customer formal acceptance of our proposal, we shall notify you of the intended schedule of our "acceptance operating inspection and or first annual predictive analysis" which shall normally commence within 45 working days of signing and or appropriate weather for operating conditions. Upon completion of this "acceptance inspection and or predictive analysis," within 45 days we shall provide recommendations for repairs and modifications that are necessary for HGC to accept this Agreement. Any work required before this acceptance will be covered if normally included in the contract only if the work required is considered reasonable and normal at the discrepancy of HGC.
14. Refrigerant is excluded from this Agreement. We only include coverage of refrigerant if specifically defined in our offer and provided customer accepts our conversion/containment and monitoring recommendations, which shall be provided in the "acceptance operating inspection report." If covered, the contract includes a leakage allowance and the refrigerant coverage shall be limited to 5% of the total unit charge per year.
15. No waste disposal costs are included in this Agreement. We shall not remove or pay for the disposal of hazardous used refrigerant or oil. Compliance with D.O.T. regulations does not allow for the transportation of hazardous waste by the Herman Goldner Co., Inc.
16. Asbestos testing or abatement of any kind is not included in this service Agreement. Asbestos testing, abatement and containment are the sole responsibility of the owner.
17. Goldner shall not be responsible for the detection, abatement or removal of lead or products of lead found to exist in included, or any other, piping, equipment or systems.
18. This Agreement does not include prevention of the growth of mold, bacteria, fungus or any other microbial organisms or contaminates of any type. Goldner shall not be responsible to identify, register, handle, clean or dispose of these or any other contaminates.
19. Any labor, material or equipment liabilities assumed by Goldner under the terms of this Agreement do not extend beyond the Agreement's effective expiration or termination date.
20. Payment terms for this Agreement are net thirty (30) days. A one and one half (1 ½) percent per month service charge will be applied to past due balances. Failure to make any payment when due may result in the suspension or termination of contracted services.
21. This proposal is the entire Agreement and the initial term becomes effective on the date both parties approve.

7777 Brewster Avenue, Philadelphia, PA 19153    (800) GOLDNER    www.goldner.com

SATISFACTION GUARANTEE

It is the intent of Co. (HGC), to exceed the quality of service that our customer expects. The customer may terminate this Agreement for HGC poor performance at any time provided written notice detailing the performance issues is given to HGC with at least 45 days to address the issues and satisfy the customers concerns. If termination precedes the end of the Agreement term, the customer agrees to pay the greater of a pro-rated annual premium based not on elapsed time but for actual services rendered or 4% of the total remaining contract amount. HGC may cancel this Agreement upon written notice to customer in the event that customer does not comply with its responsibilities as outlined.

It shall be understood that:
1. In order to perform our obligations under this Agreement you will provide ready access to the equipment.
2. If original repair and replacement parts become obsolete or unavailable from the OEM, our obligation to obtain such parts shall cease.
3. This Agreement does not include the complete replacement of any equipment or major system components, nor does it include services not considered normal maintenance and service unless specifically defined. The repair of any system or component will not be covered if the value of the repair exceeds 40% of a new replacement unit price as offered by HGC (excluding installation modifications).
4. The amount of any present or future taxes related to Goldner Guaranteed Service and Maintenance shall be in addition to the contract sum provided in this Agreement. Customer shall pay all applicable taxes.
5. All work is to be performed during regular working hours. Services required by customer after regular working hours, Saturdays, Sundays and holidays will be invoiced at regular overtime rates, unless indicated otherwise in this Agreement.
6. Any alterations, additions, adjustments or repairs made by others to the systems and equipment listed in Schedule "A", unless accepted by HGC, shall terminate our obligations hereunder, and we shall be paid all sums due us as of that time.
7. Goldner Guaranteed Service and Maintenance does not include the starting and stopping of the subject equipment, opening and closing of valves, or other operations unless defined.
8. We do not include any services caused by improper operation, negligence or misuse, deficiencies in design, required by insurance companies, agencies and codes or due to any cause beyond our control.
9. We shall not be liable for any consequential, indirect or speculative, damages of any kind or damages to property, injuries to persons, expenses incurred in removing, replacing or refinishing any part of the building or structure necessary for the execution of this Agreement. We shall not be liable for any losses or damages due to delay in furnishing materials or services caused due to strikes or labor troubles or any other causes.
10. We shall not assume any liabilities or repair costs due to damage or failure of heating or cooling heat exchangers or tubes, water, refrigerant or airside.
11. This Agreement does not include any services for the following: non maintainable components; air conditioning ductwork, grilles, registers and diffusers; smoke detection, fire or life safety protection systems and controls; air and water balancing; electrical disconnect switches and circuit breakers; recording or portable instruments, gauges or thermometers; piping repairs; repairs for damage due to freezing; cleaning of condensers more than once a year; refrigeration equipment hardware, cabinetry or structural components; repairs to electrical power or control wiring and repairs to any structural or non-mechanical components of included cooling towers.
12. The furnishing of water treatment is not included in this Agreement unless specifically noted.
13. This proposal is based on the equipment being in proper operating condition. HGC assumes no liability for pre-existing conditions. Upon customer formal acceptance of our proposal, we shall notify you of the intended schedule of our "acceptance operating inspection and or first annual predictive analysis" which shall normally commence within 45 working days of signing and or appropriate weather for operating conditions. Upon completion of this "acceptance inspection and or predictive analysis," within 45 days we shall provide recommendations for repairs and modifications that are necessary for HGC to accept this Agreement. Any work required before this acceptance will be covered if normally included in the contract only if the work required is considered reasonable and normal at the discrepancy of HGC.
14. Refrigerant is excluded from this Agreement. We only include coverage of refrigerant if specifically defined in our offer and provided customer accepts our conversion/containment and monitoring recommendations, which shall be provided in the "acceptance operating inspection report." If covered, the contract includes a leakage allowance and the refrigerant coverage shall be limited to 5% of the total unit charge per year.
15. No waste disposal costs are included in this Agreement. We shall not remove or pay for the disposal of hazardous used refrigerant or oil. Compliance with D.O.T. regulations does not allow for the transportation of hazardous waste by the Herman Goldner Co., Inc.
16. Asbestos testing or abatement of any kind is not included in this service Agreement. Asbestos testing, abatement and containment are the sole responsibility of the owner.
17. Goldner shall not be responsible for the detection, abatement or removal of lead or products of lead found to exist in included, or any other, piping, equipment or systems.
18. This Agreement does not include prevention of the growth of mold, bacteria, fungus or any other microbial organisms or contaminates of any type. Goldner shall not be responsible to identify, register, handle, clean or dispose of these or any other contaminates.
19. Any labor, material or equipment liabilities assumed by Goldner under the terms of this Agreement do not extend beyond the Agreement's effective expiration or termination date.
20. Payment terms for this Agreement are net thirty (30) days. A one and one half (1 ½) percent per month service charge will be applied to past due balances. Failure to make any payment when due may result in the suspension or termination of contracted services.
21. This proposal is the entire Agreement and the initial term becomes effective on the date both parties approve.

# HERMAN GOLDNER CO., INC.

# Invoice

Remit To:
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To:  AMERICAN ACADEMICS
Attn:  ACCOUNTS PAYABLE
 PO BOX 26968

PHILADELPHIA, PA 19134-1095

Job Number:
193992

Job Name:
ST CHRIS TRANE INTELL BLOWER

Job Address:
160 EAST ERIE AVE.

PHILADELPHIA, PA 19134-1095

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 2/23/2019 | JC35639 | 033D 249287 | STCHRI19101 | NET 30 |

## Description

As per our proposal dated January 21, 2019 Annex Trane Intellipak Unit Repair.

Please see attached copy of proposal.

| | |
|---|---|
| Billing Amount: | $9,048.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $9,048.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $9,048.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner

**HERMAN GOLDNER CO., INC.**
**MECHANICAL CONSTRUCTION & SERVICE**
*Since 1887*

January 21, 2019


St. Christopher's Hospital for Children
3601 "A" Street
Philadelphia, PA 19134

**RE:  Annex Trane Intellipak Unit Repair; Serial # J96F71720**


Dear Brian;

Thank you for the opportunity to submit this quote for repairing the Trane rooftop packaged unit at the Annex Building for Saint Christopher's Hospital for Children.  The Herman Goldner Company is pleased to propose the following scope of work and pricing for your review and approval.  Lead-time for parts is 4-5 days after release of order.

SCOPE OF WORK:  Straight time Installation

- LOTO utility services to unit and verify no power
- Disconnect electric and remove blower motor, motor shaft and bearings from the unit
- Provide crane lift for new motor lift and old motor return to ground
- Install new OEM motor, motor shaft and bearings
- Re-connect electric and make final terminations
- Return power supply to unit
- Provide start up and check

**Total Price …………$  9,048.00**
** Prices includes sales tax and freight

Exclusions:  Overtime installation, balancing, commissioning

Sincerely,
Herman Goldner, Co., Inc.


Jim Thatcher, RPA
Account Manager

cc. file QQ/SC/19-012104
/jjm

# Purchase Order



AMERICAN ACADEMIC
HEALTH SYSTEM

01/25/19 08:28:06

BILLING ADDRESS

ST CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
P O BOX 26968
PHILADELPHIA                PA 191346968

| Vendor Name and Address | Deliver To | Purchase Order No. |
|---|---|---|
| HERMAN GOLDNER CO INC | 033D-ST CHRISTOPHERS HOSPITAL CHI | |
| 7777 BREWSTER AVE | 160 EAST ERIE AVENUE | 033D 249287 |
| PHILA          PA 19153 | PHILADELPHIA        PA 19134 | FAX#(215)427-8334 |
| (215) 492-5940 | (215) 427 8333 | The purchase order no. must appear on all packing slips and invoices. |

VENDOR NO.     126290          CUSTOMER ACCOUNT NO.  STCHRI19134          PAGE 01 OF 01

| SHIPPING TERMS | VENDOR TERMS | SHIP VIA | DATE ORDER PLACED | DATE DUE |
|---|---|---|---|---|
| F.O.B. DESTINATION | NET 45 | GROUND | 01/25/19 | |

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| 1 | 1 | EA | NONE | ANNEX TRANE INTELLIPAK UNIT REPAIR S/N J96F71720 | | $  9048.00 |
| | | | | 8480.6210   24847 | | |
| | | | | *REF: QUOTE DATED 1/21/19 FROM JIM THATCHER | | |

GRAND TOTAL     $     9048.00

We are not sales tax exempt unless otherwise indicated.  Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

Collect freight shipments will not be accepted.

Terms and Conditions
- All invoices must be billed in duplicate to the billing address above.
- All shipments and deliveries must be addressed to the facility and must be made to the receiving department.  Packing slip showing our order number and the vendor number must accompany all deliveries.
- If order cannot be filled as requested, advise the facility.
- This order is subject to the terms and conditions as stated on the reverse side of purchase order.

ESTHER     MALAZITA
NAME
DIRECTOR OF MATERIALS MANAGEMENT
TITLE

SIGNATURE

DATE

# HERMAN GOLDNER CO., INC.
## Invoice

**Remit To:**
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To:  AMERICAN ACADEMICS
Attn:  ACCOUNTS PAYABLE DEPT.
P.O. BOX 26968

PHILADELPHIA, PA 19134-6968

**Job Number:**
193929

**Job Name:**
ST CHRIS ANNEX RTU 15T MU#1

**Job Address:**
3601 "A" ST.

ERIE & FRONT STS.

PHILADELPHIA, PA 19134

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 2/23/2019 | JC35640 | 033D 248100 | STCHRI19134 | NET 30 |

**Description**

As per our proposal dated October 16, 2018 for Rooftop York Packaged Unit Repair; MU #1.

Please see attached copy of proposal.

| | |
|---|---|
| Billing Amount: | $29,215.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $29,215.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $29,215.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner

## HERMAN GOLDNER CO., INC.
### MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

October 16, 2018


St. Christopher's Hospital for Children
3601 "A" Street
Philadelphia, PA 19134

RE:  Rooftop York Packaged Unit Repair; MU #1


Dear Brian;

Thank you for the opportunity to submit this quote for repairing the York rooftop packaged unit at the Annex Building for Saint Christopher's Hospital for Children.  The Herman Goldner Company is pleased to propose the following scope of work and pricing for your review and approval. Lead-time for RTU is 6-8 weeks after receipt of release and contract agreement signature.

SCOPE OF WORK:  Straight time Installation

- Evacuate existing equipment of all refrigerant and dispose of in accordance with all Federal and local regulations and guidelines
- Disconnect high and low voltage controls and drain piping
- Provide crane lift to remove old equipment from the roof and dispose of off site
- Install new York ZF180C00B2C1AAA1A1 package unit on existing curb; 230v-3ph-60hz
- Make supply side duct modifications as required; re-use existing dunnage
- Install field accessories (economizer) and sensors; reconnect electric and control wiring
- Pipe in new drain
- Provide start up and check
- 1 year parts and labor warranty; 5 year compressor warranty


**Total Price …………$  29,215.00**
** Prices includes sales tax and freight


Exclusions:
Overtime installation, balancing, commissioning

## HERMAN GOLDNER CO., INC.
### MECHANICAL CONSTRUCTION & SERVICE
*Since 1887*

Page 2
October 17, 2018
Saint Christopher's Hospital for Children
Attn: Brian Plunkett

### **Work Approval and Payment Terms:**
- As per Herman Goldner standards, we cannot purchase or start work unless we have secured a PO or received a signed proposal.
- A credit check will be performed on all new clients.
- Payment terms are Net 30, in the event of projects running longer than 30 days, we will submit monthly progress invoices.
- Any other payment terms will need to be mutually agreed upon prior to start of work.

We would like to thank you for this opportunity to offer you this proposal. We tried to make this proposal as clear and as specific to you as possible. Should any of the items require further clarification we would be happy to meet with you to answer any questions that you may have.

**Acceptance of Proposal –** The above prices, specifications, and conditions are satisfactory and hereby accepted. You are authorized to perform the work as specified.


Signature:_____
Date:          _____


Sincerely,
HERMAN GOLDNER CO., INC.


Jim Thatcher, RPA
Account Manager
cc. file

# Purchase Order

ST CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
P O BOX 26958
PHILADELPHIA                    PA 191346968

**AMERICAN ACADEMIC**
HEALTH SYSTEM

12/26/18 09:31:22

**Vendor Name and Address**

HERMAN GOLDNER CO INC
7777 BREWSTER AVE
PHILADELPHIA                    PA 19153

(215) 492-5940

**Deliver To**

033D ST CHRISTOPHERS HOSPITAL CHI
160 EAST ERIE AVENUE
PHILADELPHIA                    PA 19134

(215) 427 8333

**Purchase Order No.**

033D 248100

FAX#(215)427-8334

The purchase order no. must appear on all packing slips and invoices.

VENDOR NO. 126290

CUSTOMER ACCOUNT NO.  STCHRI19134

PAGE 01 OF 01

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|------|----------|-----|-------------------------|------------------------------------------|------------|-------|
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| 1 | 1 | EA | NONE | ANNEX ROOFTOP YORK PACKAGED UNIT REPAIR: MUA#2 | | $   29641.00 |
| | | | | 8480.6210    24847 | | |
| | | | | +CONTACT PERSON    KATHY    MONTANA | | |
| | | | | +CONTACT PHONE   (215)427-8333 | | |
| | | | | +REF: PROPOSAL DATED 10/12/18 FROM JIM THATCHER | | |
| | | | | +RE: ANNEX ROOFTOP YORK PACKAGED UNIT REPAIR: | | |
| | | | | +MUA #2 @$29,641.00 | | |

SHIPPING TERMS  **F.O.B. DESTINATION**  VENDOR TERMS  **NET 45**  SHIP VIA  **GROUND**  DATE ORDER PLACED  **12/26/18**  DATE DUE

*Fax 215.492.6486*

We are not sales tax exempt unless otherwise indicated. Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

Collect freight shipments will not be accepted.

**GRAND TOTAL    $    29641.00**

**Terms and Conditions**
- All invoices must be billed in duplicate to the billing address above.
- All shipments and deliveries must be addressed to the facility and must be made to the receiving department. Packing slip showing our order number and the vendor number must accompany all deliveries.
- If order cannot be filled as requested, advise the facility.
- This order is subject to the terms and conditions as stated on the reverse side of purchase order.

NAME  **ESTHER    MALAZITA**

TITLE  **DIRECTOR OF MATERIALS MANAGEMENT**

SIGNATURE                    DATE

# HERMAN GOLDNER CO., INC.

## Invoice

Remit To:
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To: AMERICAN ACADEMICS
Attn: ACCOUNTS PAYABLE
PO BOX 26968

PHILADELPHIA, PA 19134-1095

Job Number:
194189

Job Name:
ST CHRIS WATER METER ISOLA VAL

Job Address:
160 EAST ERIE AVE.

PHILADELPHIA, PA 19134-1095

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 5/11/2019 | JC36230 | 033D251674 | STCHRI19101 | NET 30 |

### Description

As per our proposal dated April 22, 2019 for Water Meter Isolation Valve - Replacement Project.

Please see attached copy of proposal.

| | |
|---|---|
| Billing Amount: | $21,614.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $21,614.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $21,614.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner

## HERMAN GOLDNER CO., INC.

### MECHANICAL CONSTRUCTION & SERVICE

*Since 1887*

April 22, 2019

St. Christopher's Hospital for Children
Front & Erie Avenue
Philadelphia, PA 19134
Attn: Ed Murphy

**RE:    Water Meter Isolation Valve – Replacement Project**
**        * Change Order 01; Valves and Shift Change (partial)**

Dear Ed,

The valve count changed after our inspection of the pumped out pit this morning.    There are now (6) total valves to be replaced instead of the original count of (2).    We can also accommodate the shift work request from standard overtime shift to partial overtime and partial double time shift. The change in price is quote ed below. Please let me know if  you have any questions or concerns.

**CHANGE - Scope Items:**
- (2) additional valves' (1) 6"  (1) 8"isolationg gate valves
- Shift work changes from standard OT shift to 16:00 hr start time and completion predicted for 04:00 Sunday
- Clear off and test valves
- Includes confined space entry requirement procedure each day

        Price:  ADDITONAL Scope/Shift Change….      5,413.00

        **Total Change Order 01 Amount            $  5,413.00**


This amount to be added to the base contract        $ 16,201.00
PO NUMBER 033D 251674

### NEW TOTAL   $ 21,614.00

## HERMAN GOLDNER CO., INC.

### MECHANICAL CONSTRUCTION & SERVICE

*Since 1887*

***Exclusions & Conditions:***
New water meters, pit pump out

Please let me know if you have any questions or concerns.


Herman Goldner Co., Inc.

Jim Thatcher
Account Manager

cc.  file/QQ/SC19-032502
/jjm

BILLING ADDRESS

ST CHRISTOPHERS HOSPITAL CHILDREN
ACCOUNTS PAYABLE
P.O. BOX 26968
PHILADELPHIA                PA 191346968

# Purchase Order

04/25/19 08:01:57
** DUPLICATE COPY *

AMERICAN ACADEMIC
HEALTH SYSTEM

Vendor Name and Address

HERMAN GOLDNER CO INC
7777 BREWSTER AVE
PHILA                       PA 19153

(215) 492-5940

Deliver To

033D-ST CHRISTOPHERS HOSPITAL CHI
160 EAST ERIE AVENUE
PHILADELPHIA              PA 19134

(215) 427 8333

Purchase Order No.

033D 251674

FAX#(215)427-8334

The purchase order no. must appear on all packing slips and invoices.

| VENDOR NO. | 126290 | | CUSTOMER ACCOUNT NO. | STCHRI19134 | | PAGE 01 OF 01 |
|---|---|---|---|---|---|---|

| SHIPPING TERMS | VENDOR TERMS | SHIP VIA | | DATE ORDER PLACED | DATE DUE |
|---|---|---|---|---|---|
| F.O.B. DESTINATION | NET 45 | GROUND | | 03/29/19 | |

| LINE | QUANTITY | U/M | CATALOG OR PRODUCT CODE | DESCRIPTION OF ITEM OR SERVICE RENDERED | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | | | MUST HAVE MSDS ARRIVE WITH CHEMICAL PRODUCTS | | |
| | | | | ** REPAIR PURCHASE ORDER ** | | |
| 1 | 1 | EA | NONE | WATER METER ISOLATION VALVE REPLACEMENT PROJECT | | $ 21614.00 |
| | | | | 8480.6210   24818 | | |
| | | | | *REF: PROPOSAL DATED 3/25/19 FROM JIM THATCHER | | |
| | | | | *RE: WATER METER ISOLATION VALVE REPLACEMENT | | |
| | | | | *   PROJECT * CONFINED SPACE WORK REQUIREMENT | | |
| | | | | *@$16.201 (INCLUDES SALES TAX) | | |
| | | | | * | | |
| | | | | *PO INCREASED BY $5,413.00 (CHANGE ORDER#1) PER | | |
| | | | | *LETTER DATED 4/22/19 TO INCLUDE ADDITIONAL 2 | | |
| | | | | *VALVES AND SHIFT WORK CHANGES FROM JIM THATCHER | | |

We are not sales tax exempt unless otherwise indicated.  Charge sales tax in accordance with the provisions of the applicable sales and use tax laws.

Collect freight shipments will not be accepted.

**GRAND TOTAL    $    21614.00**

Terms and Conditions
- All invoices must be billed in duplicate to the billing address above.
- All shipments and deliveries must be addressed to the facility and must be made to the receiving department.  Packing slip showing our order number and the vendor number must accompany all deliveries.
- If order cannot be filled as requested, advise the facility.
- This order is subject to the terms and conditions as stated on the reverse side of purchase order.

MALEKE     BLACK
NAME
DIRECTOR OF MATERIALS MANAGEMENT
TITLE

SIGNATURE                              DATE

# HERMAN GOLDNER CO., INC.

## Invoice

Remit To:
Herman Goldner Co. Inc.
7777 BREWSTER AVE
PHILADELPHIA, PA 19153

Bill To:  AMERICAN ACADEMICS
Attn:  ACCOUNTS PAYABLE
 PO BOX 26968

 PHILADELPHIA, PA 19134-1095

Job Number:
194189

Job Name:
ST CHRIS WATER METER ISOLA VAL

Job Address:
160 EAST ERIE AVE.


PHILADELPHIA, PA 19134-1095

| Date | Invoice Number | Customer PO# / Contract # | Customer Number | Net Terms |
|------|----------------|---------------------------|-----------------|-----------|
| 7/3/2019 | JC36590 | 033D251674 | STCHRI19101 | NET 30 |

| Description |
|-------------|

Plumbers  arrived on site to execute the project.

PWD could not locate the street shut off valves.

Therefore, the job had to be rescheduled.

This invoice is our cost (four plumbers) for the time spent for the delay.

| | |
|---|---|
| Billing Amount: | $3,864.00 |
| Retention Withheld: | 0.00 |
| Retention Due: | 0.00 |
| Subtotal: | $3,864.00 |
| Misc: | 0.00 |
| Tax: | 0.00 |
| **Pay This Amount:** | $3,864.00 |

Main Office: 7777 Brewster Avenue Philadelphia, PA 19153
Phone: (888) Goldner