IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 27, 2019, I caused to be served:

**OBJECTION OF HERMAN GOLDNER CO., INC. TO (I) PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED DEBTORS, AND (II) ASSUMPTION AND ASSIGNMENT OF THE EXECUTORY CONTRACT, INCLUDING THE PROPOSED CURE AMOUNT**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: August 27, 2019

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 27th day of August, 2019.

_____
Notary

11133410/1

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Mark Minuti, Esq.<br>Monique B. DiSabatino, Esq.<br>Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>[Counsel for Debtors and Debtors in Possession] | Jeffrey C. Hampton, Esq.<br>Adam H. Isenberg, Esq.<br>Aaron S. Applebaum, Esq.<br>Saul Ewing Arnstein & Lehr LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>[Counsel for Debtors and Debtors in Possession] |
| Thomas M. Horan, Esq.<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899<br>[Counsel for the Official Committee of Unsecured Creditors] | Andrew H. Sherman, Esq.<br>Boris I. Mankovetskiy, Esq.<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>[Counsel for the Official Committee of Unsecured Creditors] |
| Joelle E. Polesky, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801<br>[Attorneys for creditors MidCap Funding IV Trust and MidCap Financial Trust] | Gretchen M. Santamour, Esq.<br>Deborah Reperowitz, Esq.<br>Mark J. Dorval, Esq.<br>Joseph W. Catuzzi, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>[Attorneys for creditors MidCap Funding IV Trust and MidCap Financial Trust] |
| Benjamin A. Hackman<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801 | Kathryn L. Stevens, Esq.<br>David L. Kane, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>222 North LaSalle Street<br>Chicago, IL 60601<br>[Attorneys for creditors MidCap Funding IV Trust and MidCap Financial Trust] |

11133410/1