UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>**Ref. Docket Nos. 318, 354** |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SAK MANAGEMENT SERVICES, LLC, AS MEDICAL OPERATIONS ADVISOR, *NUNC PRO TUNC* AS OF JULY 3, 2019**

The undersigned proposed counsel to Suzanne Koening, Patient Care Ombudsman (the "**Ombudsman**") in the above-captioned cases (the "**Cases**"), hereby certifies that:

1. On July 3, 2019, the Ombudsman filed the *Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of SAK Management Services, LLC, as Medical Operations Advisor, Nunc Pro Tunc* [Docket No. 318] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 13, 2019 at 4:00 p.m.

3. Proposed counsel to the Ombudsman received informal comments to the Application from the Office of the United States Trustee. No other objections or comments were received.

---

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ACTIVE 45409656v1

4.      Attached hereto as <u>Exhibit A</u> is a proposed order granting the Application, and which proposed order includes the comments received from the United States Trustee. Attached hereto as <u>Exhibit B</u> is a blackline of the proposed order against the version originally filed with the Court.

5.      The Ombudsman therefore request that the Court enter the revised proposed order attached hereto as <u>Exhibit A</u> at its earliest convenience. Counsel is available at the request of the Court.

Dated: August 28, 2019                    GREENBERG TRAURIG, LLP

<u>/s/ Dennis A. Meloro</u>
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

*Proposed Counsel for the Suzanne Koenig, Patient Care Ombudsman*