# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>**Ref. Docket Nos. 318, 354** |

**ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF SAK MANAGEMENT SERVICES, LLC, AS**
**MEDICAL OPERATIONS ADVISOR, *NUNC PRO TUNC* AS OF JULY 3, 2019**

Upon the application (the "**Application**") of Suzanne Koenig, the patient care ombudsman

(the "**Ombudsman**") appointed in the chapter 11 cases of Center City Healthcare, LLC, d/b/a

Hahnemann University Hospital, *et al.*, Case No. 19-11466 (KG), for entry of an Order, pursuant

to sections 105, 330 and 333 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the

"**Bankruptcy Code**") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), authorizing the retention and employment of SAK Management

Services, LLC ("**SAK**"), as medical operations advisor for the Ombudsman, *nunc pro tunc* as of

July 3, 2019; and upon reviewing and considering the Affidavit of Suzanne A. Koenig in support

of the Application (the "**Koenig Affidavit**") and the Application; and it appearing that the Court

has jurisdiction over the Application pursuant to 28 U.S.C. §157(b)(2)(A); and due and adequate

---

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Koenig Affidavit, SAK represents no interest adverse to the Debtors' estates or their creditors with respect to the matters upon which it is to be engaged, SAK is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and SAK's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted to the extent provided herein.

2.      The Ombudsman is authorized to retain SAK, as medical operations advisor, pursuant to sections 105 and 333 of the Bankruptcy Code, *nunc pro tunc* as of July 3, 2019, to perform the services set forth in the Application.

3.      SAK shall be compensated in accordance with procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Orders of this Court.

4.      Nothing in this order shall be deemed to authorize the Ombudsman or SAK to access patient records.  Any such access shall be obtained pursuant to separate order of the Court.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>**Ref. Docket ~~No~~Nos. ——318, 354** |

## ORDER AUTHORIZING THE RETENTION
## AND EMPLOYMENT OF SAK MANAGEMENT SERVICES, LLC, AS
## MEDICAL OPERATIONS ADVISOR, *NUNC PRO TUNC* AS OF JULY 3, 2019

Upon the application (the "**Application**") of Suzanne Koenig, the patient care ombudsman (the "**Ombudsman**") appointed in the chapter 11 cases of Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, *et al.*, Case No. 19-11466 (KG), for entry of an Order, pursuant to sections 105, 330 and 333 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing the retention and employment of SAK Management Services, LLC ("**SAK**"), as medical operations advisor for the Ombudsman, *nunc pro tunc* as of July 3, 2019; and upon reviewing and considering the Affidavit of Suzanne A. Koenig in support of the Application (the "**Koenig Affidavit**") and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. §157(b)(2)(A); and due and adequate notice of the Application having been given; and it

---

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Koenig Affidavit, SAK represents no interest adverse to the Debtors' estates or their creditors with respect to the matters upon which it is to be engaged, SAK is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and SAK's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Application is granted to the extent provided herein.

2.    The Ombudsman is authorized to retain SAK, as medical operations advisor, pursuant to sections 105 and 333 of the Bankruptcy Code, *nunc pro tunc* as of July 3, 2019, to perform the services set forth in the Application.

3.    SAK shall be compensated in accordance with procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Orders of this Court.

4.    Nothing in this order shall be deemed to authorize the Ombudsman or SAK to access patient records.  Any such access shall be obtained pursuant to separate order of the Court.

5.    4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Document comparison by Workshare 9.5 on Tuesday, August 13, 2019 7:26:00 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMS-AMERICAS/ACTIVE/44724713/2 |
| Description | #44724713v2<ACTIVE> - Hahnemann SAK Retention Order |
| Document 2 ID | interwovenSite://DMS-AMERICAS/ACTIVE/44724713/3 |
| Description | #44724713v3<ACTIVE> - Hahnemann SAK Retention Order |
| Rendering set | GT-1 |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 8 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 14 |