**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | **Related Dkt. No.: 510, 301** |

**LIMITED OBJECTION OF CERNER CORPORATION TO NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

COMES NOW Cerner Corporation, on behalf of itself and its affiliates (collectively, "Cerner"), creditors and parties-in-interest of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* ("Debtors"), by and through undersigned counsel, and files this limited objection and reservation of rights ("Limited Objection") to the Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [Dkt. No. 510] (the "Assumption Notice"). In support of its Limited Objection, Cerner states as follows:

**BACKGROUND**

1. On June 30, 2019 ("Petition Date"), the Debtors each filed a Petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware.

2. On July 16, 2019, the Debtors filed the Debtors' Motion for the Entry of (A) an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Dkt. No. 205] (the "Sale Motion").

3.  In the Sale Motion, the Debtors propose to sell the assets of St. Christopher's Healthcare LLC, SCHC Pediatric Associates, L.L.C, St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C, StChris Care at Northeast Pediatrics, L.L.C. and TPS V of PA, L.L.C.

4.  On July 26, 2019, the Court entered an order [Dkt. No. 301] (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures requested in the Sale Motion.

5.  In accordance with the Bidding Procedures Order, the Debtors filed the Assumption Notice on August 16, 2019.

6.  The Assumption Notice included on Exhibit A an agreement between Philadelphia Academic Health System, LLC and Cerner Corporation described as "Agreement For Work Orders & Schedules For Software & Svcs" (the "Agreement"). The proposed cure amount is listed as $4,200,951.84.

**LIMITED OBJECTION**

7. Cerner does not oppose the proposed sale described in the Sale Motion, nor does Cerner generally oppose assumption and assignment of the Agreement in the sale. However, with the Assumption Notice, the Debtors are proposing a total payment of $4,200,951.84 (an amount less than what is reflected as due on Cerner's books and records) to cure all defaults in order to permit an assumption and assignment of the Agreement to a new to-be-determined owner.

8. Section § 365(b)(1) states, in pertinent part:

> (b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure such default . . . ;
>
> (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
>
> (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1). A cure under 11 U.S.C. § 365 means that all unpaid amounts due under the agreement have been paid. *In re Network Access Solutions, Corp.*, 330 B.R. 67, 76 (Bankr. D. Del. 2005).

9. Cerner has not been paid since the Petition Date. As the case proceeds, Cerner continues to provide post-petition services to the Debtors' estates, and additional amounts become due under the Agreement. Cerner is concerned about the binding nature of the proposed cure without knowing when a sale will close or what payments, if any, will be made for those post-petition services in the interim.

3

10. As a result, Cerner files this limited objection to reserve its rights in connection with the assumption and assignment of the Agreement. Cerner looks forward to working with the Debtors and purchaser(s) as necessary to reach an agreement as to the amounts due Cerner under the Agreement.

WHEREFORE, Cerner Corporation respectfully requests that this Court enter an Order conditioning assumption and assignment of the Agreement upon resolution of the cure amounts as set forth herein, and granting such other and further relief as is necessary and proper.

Date: August 27, 2019
Wilmington, DE

**McCARTER & ENGLISH LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: wtaylor@mccarter.com

*Counsel for Cerner Corporation*