**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,<br>                  Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered)<br>**Related to Docket Nos. 301 and 510** |

**OBJECTION OF SODEXO MANAGEMENT, INC. TO DEBTOR'S NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Sodexo Management, Inc. ("Sodexo"), by and through its undersigned attorney, hereby files its objection to the cure amount set forth in the *Notice of Assumption, Assignment and Cure Amount* with Respect to Executory Contracts and Unexpired Leases of the Debtor's ("Cure Notice") [D. I. 51], and represents in support thereof the following:

**BACKGROUND**

1. On June 30, 2019 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for reorganization pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtors have continued to manage their properties and operate their businesses as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. Sodexo provides nutrition services to St. Christopher's Healthcare, LLC ("St. Christopher's") pursuant to a Management Agreement dated January 5, 2018 (the "Agreement").

3. On August 16, 2019, the Debtors filed the Cure Notice, which reflects that the amount necessary to cure defaults under the Agreement is $199,607.86 (the "Stated Cure Amount"). See, Cure Notice, p. 32 of 39.

4.     The Stated Cure Amount is incorrect.  The correct amount of Sodexo's pre-petition claim and the required cure upon assumption of the Sodexo Agreement is $476,269.42 in principal and $123,457.34 in interest , for a total of $599,726.76 ("Actual Cure Amount"). Attached hereto is Exhibit A which states with specificity the actual pre-petition invoices which are due and owing.

5.     While Sodexo reserves all rights with respect to the prospective assumption and assignment of the Agreement, it objects to the Stated Cure Amount applicable to the Agreement for the reasons hereinafter set forth.

## RELIEF REQUESTED

A. **The Cure Amount is Understated.**

6.     The discrepancy between the Stated Cure Amount and the Actual Cure Amount is illustrated in the following chart:

| Creditor | Actual Cure Amount | Stated Cure Amount | Discrepancy |
|---|---|---|---|
| Sodexo Management, Inc. | $599,726.76 | $199,607.86 | $400,118.90 |

7.     In order to assume the Agreement, the Debtors are required to cure defaults existing under the Agreement pursuant to § 365(b)(1)(A) of the Bankruptcy Code, which provides in relevant part that "[i]f there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee...cures, or provides adequate assurance that the trustee will promptly cure, such default..." 11 U.S.C. § 365(b)(1)(A).

8.     The Debtors' cure calculation reflected in the Cure Notice materially understates the Debtors' cure obligations in relation to the amounts actually owed under the Agreement.

**RESERVATION OF RIGHTS**

9. Sodexo specifically reserves its rights to object to any other relief sought by the Debtors in connection with the assumption of the Agreement, including, without limitation, an assignee's proposed adequate assurance of future performance.

**CONCLUSION**

10. For the foregoing reasons, Sodexo seeks an order of this Court fixing the Debtors' cure obligations under the Agreement in the amount set forth herein (less any payments made by the Debtors on account of such sums prior to the assumption of the Agreement plus any additional post-petition amounts accruing under such Agreement through the date thereof) and directing the Debtors promptly to satisfy such amount following the entry of an order approving the assumption of the Agreement.

WHEREFORE, Sodexo Management, Inc., respectfully requests the entry of an order granting the relief described herein, together with such other and further relief as is just and proper.

Dated: August 28, 2019

**COLE SCHOTZ P.C.**

/s/ *Andrew L. Cole*
Andrew L. Cole (No. 5712)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
acole@coleschotz.com

Attorney for Sodexo Management, Inc.

40000/0600-17763204v1