**EXHIBIT A**

# EXHIBIT A

Pre-petition Principal owed to Sodexo Management, Inc. in St. Christopher

| Cost Center Cd : Desc | Invc Calendar Dt | Invc Nbr | AR Transaction Description | Invc Open Local Amt |
|---|---|---|---|---|
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 02-09-2019 | 1001405482 | Cycle Invoices | $82,862.16 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 03-12-2019 | 1001435903 | Cycle Invoices | $78,867.62 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 04-11-2019 | 1001450957 | Cycle Invoices | $78,867.62 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 04-23-2019 | 1001461919 | Automatic Settlements | $43,968.97 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 05-12-2019 | 1001477542 | Cycle Invoices | $78,867.62 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 06-19-2019 | 1001494896 | Automatic Settlements | $65,678.34 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 07-22-2019 | 1001513486 | Automatic Settlements | $46,917.29 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 02-28-2019 | 243003 | UFS Invoice | $239.80 |
| | | | | $476,269.42 |

Pre-Petition Interest owed to Sodexo in St Christopher

| Cost Center Cd : Desc | Invc Calendar Dt | Invc Nbr | AR Transaction Description | Invc Open Local Amt |
|---|---|---|---|---|
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 07-03-2018 | 0000113203 | Late Payment Invoice | $5,679.40 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 08-03-2018 | 0000114473 | Late Payment Invoice | $5,506.02 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 09-05-2018 | 0000115729 | Late Payment Invoice | $7,231.45 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 10-02-2018 | 0000101066 | Late Payment Invoice | $7,787.84 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 11-02-2018 | 0000102660 | Late Payment Invoice | $9,823.53 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 12-04-2018 | 6000001331 | Late Payment Invoice | $11,745.12 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 01-03-2019 | 6000002735 | Late Payment Invoice | $14,082.37 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 02-04-2019 | 6000004156 | Late Payment Invoice | $13,748.09 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 03-04-2019 | 6000005545 | Late Payment Invoice | $11,471.37 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 04-02-2019 | 6000006833 | Late Payment Invoice | $12,193.93 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 05-02-2019 | 6000008130 | Late Payment Invoice | $9,920.61 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 06-04-2019 | 6000009505 | Late Payment Invoice | $8,530.91 |
| 16324001 : ST CHRISTOPHER'S HOSP FANS | 07-02-2019 | 6000010854 | Late Payment Invoice | $5,736.70 |
| | | | | $123,457.34 |