# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,<br>     Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

  I, Andrew L. Cole, hereby certify that on the August 28, 2019, I caused a true and correct copy of the **Objection of Sodexo Management, Inc. to Debtor's Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases** to be served via First-Class and electronic mail on the parties listed on the attached service list.

Dated: August 28, 2019            **COLE SCHOTZ P.C.**

                    /s/ *Andrew L. Cole*
                    Andrew L. Cole (No. 5712)
                    500 Delaware Avenue, Suite 1410
                    Wilmington, DE 19801
                    Telephone: (302) 652-3131
                    Facsimile: (302) 652-3117
                    acole@coleschotz.com

                    Attorney for Sodexo Management, Inc.

## SERVICE LIST

Benjamin A. Hackman, Esq.
Office of the United States Trustee
 for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.hackman@usdoj.gov

Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19103
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

Gretchen Santamour, Esq.
Stradley, Ronan, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com

Joelle E. Polesky, Esq.
Stradley, Ronan, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
jpolesky@stradley.com