# Exhibit A

**Premier, Inc. and Its Subsidiaries (including Premier Healthcare Solutions, Inc.)**
**Statement of Account**

*In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.*
**Bankruptcy Cases (Jointly Administered Case No. 19-11466, USBC D. Delaware)**

as of 8/26/19

| Invoice Number | Invoice Date | Due Date | Outstanding |
|---|---|---|---|
| 76946 | 7/31/2018 | 9/14/2018 | 2,475.85 |
| 84203 | 10/25/2018 | 12/9/2018 | 71,837.28 |
| 84558 | 10/30/2018 | 12/14/2018 | 12,100.76 |
| 84560 | 10/30/2018 | 12/14/2018 | 3,976.77 |
| 84619 | 10/31/2018 | 12/15/2018 | 12,100.76 |
| 84731 | 10/31/2018 | 12/15/2018 | 2,475.81 |
| 86758 | 11/30/2018 | 1/14/2019 | 12,100.78 |
| 86763 | 11/30/2018 | 1/14/2019 | 7,001.31 |
| 86781 | 11/30/2018 | 1/14/2019 | 2,475.85 |
| 88607 | 12/31/2018 | 2/14/2019 | 12,100.76 |
| 88653 | 12/31/2018 | 2/14/2019 | 7,001.31 |
| 89612 | 12/31/2018 | 2/14/2019 | 2,475.81 |
| 90829 | 1/31/2019 | 3/17/2019 | 12,100.78 |
| 90876 | 1/31/2019 | 3/17/2019 | 7,001.31 |
| 93175 | 2/28/2019 | 4/14/2019 | 12,100.76 |
| 93223 | 2/28/2019 | 4/14/2019 | 7,001.31 |
| 94711 | 2/28/2019 | 4/14/2019 | 23,023.00 |
| 96663 | 3/31/2019 | 5/15/2019 | 12,100.78 |
| 96711 | 3/31/2019 | 5/15/2019 | 7,001.31 |
| 97339 | 4/26/2019 | 6/10/2019 | 998.00 |
| 97602 | 4/30/2019 | 6/14/2019 | 12,100.76 |
| 97649 | 4/30/2019 | 6/14/2019 | 7,001.31 |
| 97833 | 4/30/2019 | 6/14/2019 | 3,400.15 |
| 99765 | 5/31/2019 | 7/15/2019 | 12,100.78 |
| 99816 | 5/31/2019 | 7/15/2019 | 7,001.31 |
| 99907 | 5/31/2019 | 7/15/2019 | 3,400.15 |
| 102929 | 6/30/2019 | 8/14/2019 | 3,400.13 |
| 103007 | 6/30/2019 | 8/14/2019 | 12,100.76 |
| 103058 | 6/30/2019 | 8/14/2019 | 7,001.31 |
| 103986 | 7/31/2019 | 9/14/2019 | 12,100.78 |
| 104033 | 7/31/2019 | 9/14/2019 | 7,001.31 |
| 104141 | 7/31/2019 | 9/14/2019 | 3,400.16 |
| **Grand Total** | | | **319,459.21** |