IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (KG) |
| Debtors. | ) Jointly Administered<br>) **Re: Docket No. 582** |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Upon the **Certification of Counsel Regarding Omnibus Hearing Date**, dated August 28, 2019, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following date and time has been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| October 21, 2019 at 11:00 a.m. | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801 |

**Dated: August 29th, 2019**
**Wilmington, Delaware**

35837326.2 08/28/2019

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**