**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER**
**APPROVING STIPULATION BY AND BETWEEN**
**DEBTORS AND PATIENT CARE OMBUDSMAN REGARDING**
**ACCESS TO CONFIDENTIAL PATIENT RECORDS**

The undersigned proposed counsel to Suzanne Koenig, the patient care ombudsman (the "**Ombudsman**") in the above-captioned cases (the "**Cases**"), hereby certifies that:

1. On July 2, 2019, the Court entered an order (the "**Appointment Order**") [D.I. 83] directing the Acting United States Trustee for the District of Delaware (the "**U.S. Trustee**") to appoint a patient care ombudsman in these Cases pursuant to section 333 of the Bankruptcy Code.

2. On July 3, 2019, pursuant to the Appointment Order, the U.S. Trustee appointed Suzanne Koenig as the Ombudsman in these Cases [D.I. 95].

3. The above-captioned debtors and debtors-in-possession (the "**Debtors**" and together with the Ombudsman, the "**Parties**") have subsequently agreed that in order for the Ombudsman to effectively discharge her duties, the Ombudsman Representatives (SAK Management Services LLC as medical operations consultants and Greenberg Traurig, LLP as

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); St Chris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C. (5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ADMIN 35608635v1

counsel) should be granted authority to interview patients and physicians and to review confidential patient records.

4. The Parties seek a Qualified Protective Order as defined under the Health Insurance Portability and Accountability Act of 1996, and its implementing regulations promulgated thereunder, as amended and in effect (collectively referred to hereinafter as "**HIPAA**") in order to comply with any additional requirement of HIPAA that provides for privacy and security standards for the safeguarding of protected health information that may apply to the Ombudsman and Ombudsman Representatives.

5. The Parties have further agreed, as set forth more fully in the *Stipulation By and Between Debtors and Patient Care Ombudsman Regarding Access to Confidential Patient Records* (the "**Stipulation**") attached as **Exhibit 1** to the proposed form of order attached hereto as **Exhibit A** that: (i) the Ombudsman and the Ombudsman Representatives shall be permitted to access confidential patient information pursuant to the terms of the Stipulation and the Appointment Order; (ii) The Ombudsman and the Ombudsman Representatives shall implement certain procedures to safeguard the confidentiality of protected health information, as defined under HIPAA; and (iii) the Debtors and the Ombudsman shall enter into a Sub-Business Associate Agreement within the ambit of HIPAA, substantially in the form attached to the Stipulation.

6. Attached hereto as **Exhibit A** is a proposed order approving the Stipulation. Both the Debtors and the U.S. Trustee have consented to entry of this order.

7. The Ombudsman therefore requests that the Court enter the proposed order attached hereto as **Exhibit A** at its earliest convenience. Counsel is available at the request of the Court.

Dated: August 29, 2019

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: MeloroD@gtlaw.com

-and-

Nancy A. Peterman (*pro hac vice* pending)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
200 Park Avenue
Chicago, Illinois 60601
Telephone:  (312) 456-8410
Facsimile:   (312) 899-0341
Email:  PetermanN@gtlaw.com

*Proposed Counsel for the Patient Care Ombudsman*