**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) **Re: Docket Nos. 142 and 249** |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING AUCTION RELATING
TO THE SALE OF THE DEBTORS' RESIDENTS PROGRAM ASSETS**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their proposed undersigned counsel, hereby certify as follows:

1. On July 1, 2019, the Debtors filed the *Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief* [Docket No. 142] (the "**Residents Program Assets Sale Motion**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2. On July 19, 2019, the Bankruptcy Court entered an order (the "**Bidding Procedures Order**")[2] [D.I. 249] granting certain of the relief sought in the Motion, including, among other things, approving: (a) the Bidding Procedures and (b) the Assumption and Assignment Procedures.

3. On July 23, 2019, the Debtors served the Initial Notice of Assumption and Assignment on all counterparties to the Initial Designated Contracts. The Bidding Procedures Order authorizes the Debtors to modify the Initial Designated Contracts, and to serve a supplemental notice on each affected counterparty.

4. On August 7, 2019, the Debtors caused a Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts (the "**First Supplemental Notice**"), with a modified list of Designated Contracts, to be served on each affected counterparty.

5. On August 8, 2019, the Debtors conducted an Auction pursuant to the Bidding Procedures with respect to the proposed Sale of the Residents Program Assets. At the conclusion of the Auction, Thomas Jefferson University Hospitals, Inc. was determined by the Debtors, in consultation with the Committee, to have submitted the Successful Bid and was designated the Successful Bidder. The Stalking Horse Bidder was determined to have submitted the Backup Bid and was thus designated the Backup Bidder.

6. Attached hereto as **Exhibit A** is a copy of the asset purchase agreement submitted by the Successful Bidder representing the Successful Bid. A redline reflecting all changes from the Stalking Horse Bid to the Successful Bid is attached hereto as **Exhibit B**.

7. On August 22, 2019, the Debtors caused a Second Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts (the "**Second Supplemental**

---

[2] Capitalized terms used but not defined herein have the meaning stated in the Bidding Procedures Order.

**Notice**"), identifying the Successful Bidder and including a modified list of Designated Contracts, to be served on each affected counterparty. A true and correct copy of the Second Supplemental Notice is attached hereto as **Exhibit C**.

Dated: August 29, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*