# EXHIBIT C

**Second Supplemental Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |

## SECOND SUPPLEMENTAL NOTICE OF PROPOSED
## ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on June 30 and July 1, 2019 (collectively, the "**Petition Date**").

**PLEASE TAKE FURTHER NOTICE** that on July 9, 2019, the Debtors filed a motion (the "**Sale Motion**") [D.I. 142] with the Bankruptcy Court, seeking entry of orders, among other things, approving (a) the sale of certain of the Debtors' assets, including the assumption of certain contracts and responsibilities of the Debtors with respect to Residents Programs at Hahnemann University Hospital (the "**Sale**"), subject to the submission of higher or better offers in an auction process (the "**Auction**"); (b) procedures for the solicitation of bids in connection with the Auction (the "**Bidding Procedures**"); (c) the form and manner of notices related to the Sale; and (d) procedures for the assumption and assignment of executory contracts ("**Designated Contracts**") in connection with the Sale (the "**Assumption and Assignment Procedures**").

**PLEASE TAKE FURTHER NOTICE THAT** on July 19, 2019, the Bankruptcy Court entered an order (the "**Bidding Procedures Order**")[2] [D.I. 249] granting certain of the relief sought in the Sale Motion, approving, among other things, the Bidding Procedures and the Assumption and Assignment Procedures. Copies of the Bidding Procedures Order (which sets

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein have the meaning stated in the Bidding Procedures Order.

forth the Assumption and Assignment Procedures), the Bidding Procedures and all other documents filed in the Debtors' chapter 11 cases are available free of charge on the website of the Court-appointed claims and noticing agent for the Debtors' chapter 11 cases, Omni Management Group, https://omnimgt.com/sblite/centercityhealthcare/.

**PLEASE TAKE FURTHER NOTICE** that the Debtors conducted the Auction on August 8, 2019. At the conclusion of the Auction, the Debtors designated Thomas Jefferson University Hospitals, Inc. as the Successful Bidder and Reading Hospital (the Stalking Horse Bidder) as the Backup Bidder.

**PLEASE TAKE FURTHER NOTICE** that upon the closing of the Sale, the Debtors intend to assume and assign the Designated Contracts to the Successful Bidder. On July 23, 2019 and August 7, 2019, the Debtors served the Initial Notice of Assumption and Assignment and the Supplemental Notice of Assumption and Assignment, respectively, on all affected counterparties. The Bidding Procedures Order authorizes the Debtors to modify the Designated Contracts, and to serve a supplemental notice on each affected counterparty. Attached hereto is a further modified list of Designated Contracts (the "**Second Modified Designated Contracts List**"). In addition, the cure payments, if any, necessary for the assumption and assignment of the contracts on the Second Modified Designated Contracts List (the "**Cure Payments**") is set forth on the Second Modified Designated Contracts List.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A DESIGNATED CONTRACT IN THE SECOND MODIFIED DESIGNATED CONTRACTS LIST OR BECAUSE YOU ARE COUNTERPARTY TO A CONTRACT THAT HAS BEEN DELETED FROM THE INITIAL DESIGNATED CONTRACTS LIST.**

**PLEASE TAKE FURTHER NOTICE** that the deadline for objecting to assumption and assignment of Designated Contracts or to Cure Payments was August 5, 2019 (the "**Objection Deadline**"). The Bidding Procedures Order permits counterparties to contracts included on the Second Modified Designated Contracts List to file objections to assumption and assignment of the applicable Designated Contract or Cure Payment after the Objection Deadline, but only if the (a) such contract was not on the Initial Designated Contract List; or (b) if the Cure Payment for any contract that was on the Initial Designated Contract List was reduced. Because each contract on the Second Modified Designated Contract List was also on the Initial Designated Contact List and because no Cure Payments have been reduced, no counterparty to any contract on the Second Modified Designated Contract List is entitled to file an objection after the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that under the terms of the Assumption and Assignment Procedures, the Debtors may further modify the Designated Contracts List, if requested by the Successful Bidder. If the Designated Contracts List is further modified, the Debtors will serve a supplemental notice of assumption and assignment on the affected counterparty, which shall, if applicable, identify the deadline for filing an objection with respect to the applicable Designated Contract.

A hearing (the "**Sale Hearing**") to consider the proposed Sale will be held before the Bankruptcy Court **on September 4, 2019 at 2:00 p.m. (ET)**, or such other date as determined by the United States Bankruptcy Court, at 824 North Market Street, Wilmington, Delaware 19801. Objections to the ability of the Successful Bidder to provide adequate assurance of future performance with respect to the Designated Contracts must be raised at or prior to the Sale Hearing.

Dated: August 22, 2019    **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and
Debtors in Possession*

**Second Modified Designated Contracts List**

| No. | Counterparty/Counterparties | Contract Type and Description | Cure Amount |
|---|---|---|---|
| 1 | Abington Memorial Hospital | Medicare GME Affiliation Agreement for July 1, 2019 through June 30, 2020 | $0.00 |
| 2 | Abington Memorial Hospital | Agreement for Clinical Rotations with Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, dated September 14, 2018 | $0.00 |
| 3 | Abington Memorial Hospital and Solis Healthcare, LP | Agreement Concerning Family Medicine Training with Tenet HealthSystem Hahnemann, LLC, dated June 23, 2008 | $0.00 |
| 4 | The Centers for Medicare and Medicaid Services | Participating Provider Agreement | $0.00 |
| 5 | Friends Behavioral Health System, L.P. | Medicare GME Affiliation Agreement for July 1, 2019 through June 30, 2020 | $0.00 |
| 6 | Friends Behavioral Health System, L.P. | Residency Rotation Agreement with Tenet HealthSystem Hahnemann, LLC, dated June 2008 | $0.00 |
| 7 | Friends Behavioral Health System, L.P. | Memorandum of Understanding for Residency Rotation Agreement with Tenet HealthSystem Hahnemann, LLC | $0.00 |
| 8 | Prime Healthcare Services Roxborough, LLC | Medicare GME Affiliation Agreement for July 1, 2019 through June 30, 2020 | $0.00 |
| 9 | Solis Healthcare, LP | Agreement Regarding Medicare FTE Resident Caps with Tenet HealthSystem Hahnemann, LLC, dated July 1, 2007 | $0.00 |
| 10 | Solis Healthcare, LP | Second Amendment to Agreement Regarding Medicare FTE Resident Caps with Tenet HealthSystem Hahnemann, LLC, dated June 29, 2010 | $0.00 |
| 11 | Solis Healthcare, LP and Abington Memorial Hospital (duplicate of #3 above) | Agreement Concerning Family Medicine Training with Tenet HealthSystem Hahnemann, LLC, dated June 23, 2008 | $0.00 |
| 12 | St. Christopher's Hospital for Children (co-debtor) | Medicare GME Affiliation Agreement for July 1, 2019 through June 30, 2020 | $0.00 |
| 13 | Temple University Hospital and St. Christopher's Hospital for Children (co-debtor) | Medicare GME Affiliation Agreement for July 1, 2019 through June 30, 2020 | $0.00 |
| 14 | Tower Health | Medicare GME Affiliation Agreement for July 1, 2019 through June 30, 2020 | $0.00 |
| 15 | Trustees of the University of Pennsylvania | Medicare GME Affiliation Agreement for July 1, 2019 through June 30, 2020 | $0.00 |
| 16 | Trustees of the University of Pennsylvania | Agreement regarding Medicare FTE Resident Caps with Tenet HealthSystem Hahnemann, LLC, dated March 30, 2007 | $0.00 |