# **EXHIBIT A**

**Pertinent Provision of 42 C.F.R. § 489.18**

Code of Federal Regulations
  Title 42. Public Health
    Chapter IV. Centers for Medicare & Medicaid Services, Department of Health and Human Services (Refs & Annos)
      Subchapter G. Standards and Certification (Refs & Annos)
        Part 489. Provider Agreements and Supplier Approval (Refs & Annos)
          Subpart A. General Provisions

42 C.F.R. § 489.18

§ 489.18 Change of ownership or leasing: Effect on provider agreement.

Currentness

(a) What constitutes change of ownership—

  (1) Partnership. In the case of a partnership, the removal, addition, or substitution of a partner, unless the partners expressly agree otherwise, as permitted by applicable State law, constitutes change of ownership.

  (2) Unincorporated sole proprietorship. Transfer of title and property to another party constitutes change of ownership.

  (3) Corporation. The merger of the provider corporation into another corporation, or the consolidation of two or more corporations, resulting in the creation of a new corporation constitutes change of ownership. Transfer of corporate stock or the merger of another corporation into the provider corporation does not constitute change of ownership.

  (4) Leasing. The lease of all or part of a provider facility constitutes change of ownership of the leased portion.

(b) Notice to CMS. A provider who is contemplating or negotiating a change of ownership must notify CMS.

(c) Assignment of agreement. When there is a change of ownership as specified in paragraph (a) of this section, the existing provider agreement will automatically be assigned to the new owner.

(d) Conditions that apply to assigned agreements. An assigned agreement is subject to all applicable statutes and regulations and to the terms and conditions under which it was originally issued including, but not limited to, the following:

  (1) Any existing plan of correction.

  (2) Compliance with applicable health and safety standards.

  (3) Compliance with the ownership and financial interest disclosure requirements of part 420, subpart C, of this chapter.

(4) Compliance with civil rights requirements set forth in 45 CFR Parts 80, 84, and 90.

(e) Effect of leasing. The provider agreement will be assigned to the lessee only to the extent of the leased portion of the facility.

**Credits**
[59 FR 56251, Nov. 10, 1994]

AUTHORITY: Secs. 1102 1819, 1820(E), 1861, 1864(M), 1866, 1869, and 1871 of the Social Security Act (42 U.S.C. 1302, 1395i–3, 1395x, 1395aa(m), 1395cc, 1395ff, and 1395(hh)).

Notes of Decisions (8)

Current through August 23, 2019; 84 FR 44535.

**End of Document**  © 2019 Thomson Reuters. No claim to original U.S. Government Works.