# **EXHIBIT B**

**Medicare Provider Agreement**

01/23/2018  11:21AM  7177056663          ACUTE AND AMBULATORY                    PAGE  04/99

DEPARTMENT OF HEALTH AND HUMAN SERVICES                                  FORM APPROVED
CENTERS FOR MEDICARE & MEDICAID SERVICES                                 OMB No. 0938-0832

## HEALTH INSURANCE BENEFIT AGREEMENT

(Agreement with Provider Pursuant to Section 1866 of the Social Security Act,
as Amended and Title 42 Code of Federal Regulations (CFR)
Chapter IV, Part 489)

### AGREEMENT

between

THE SECRETARY OF HEALTH AND HUMAN SERVICES

and

Center City Healthcare, LLC

doing business as (D/B/A)   Hahnemann University Hospital

In order to receive payment under title XVIII of the Social Security Act,   Center City Healthcare, LLC

D/B/A   Hahnemann University Hospital   as the provider of services, agrees to conform to the provisions of section of 1866 of the Social Security Act and applicable provisions in 42 CFR.

This agreement, upon submission by the provider of services of acceptable assurance of compliance with title VI of the Civil Rights Act of 1964, section 504 of the Rehabilitation Act of 1973 as amended, and upon acceptance by the Secretary of Health and Human Services, shall be binding on the provider of services and the Secretary.

In the event of a transfer of ownership, this agreement is automatically assigned to the new owner subject to the conditions specified in this agreement and 42 CFR 489, to include existing plans of correction and the duration of this agreement, if the agreement is time limited.

ATTENTION: Read the following provision of Federal law carefully before signing.

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact, or make any false, fictitious or fraudulent statement or presentation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years or both (18 U.S.C. section 1001).

Name  Joel Freedman                Title  CEO

Date  12/10/17

ACCEPTED FOR THE PROVIDER OF SERVICES BY:
NAME (signature)

TITLE                                                          DATE

ACCEPTED BY THE SECRETARY OF HEALTH AND HUMAN SERVICES BY:
NAME (signature)

TITLE  Manager, Certification & Enforcement Branch    DATE  February 12, 2018

ACCEPTED FOR THE SUCCESSOR PROVIDER OF SERVICES BY:
NAME (signature)

TITLE  Joel Freedman                                   DATE  12/10/17

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0832. The time required to complete this information collection is estimated to average 5 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

Form CMS-1561 (07/01) Previous Version Obsolete                                    65