# EXHIBIT E

**Provisions of the CMS Provider Reimbursement Manual**

1500.    CHANGE OF OWNERSHIP--GENERAL

When a provider undergoes a change of ownership, ceases to participate in the program, or experiences an event otherwise described below, for which a Provider Tie-In Notice (Form HCFA-2007) has been issued, a final cost report must be filed by that provider covering the period under the program beginning with the first day not included in a previous cost reporting period and ending with the effective date of termination of its provider agreement, change of ownership, or event (42 CFR 405.453(f)(1)).

Occurrence of the following events requires the provider to file a final cost report.  Most of the events described represent common forms of changes of ownership, but are not intended to represent an exhaustive list of all possible situations that require a final cost report to be submitted.  The described events are not intended to define changes of ownership for purposes of determining the historical cost of assets or the continuation of the provider agreement.

1500.1    Change in Composition of Partnership.--The removal, addition, or substitution of a partner, unless the partners expressly agree otherwise, as permitted by applicable State law.  (42 CFR 489.18(a)(1).)

1500.2    Sale of Unincorporated Sole Proprietorship.--A provider's transfer of title and property to another party.  (42 CFR 489.18(a)(2).)

1500.3    Corporations.--The statutory merger of the provider corporation into another corporation, or the consolidation of two or more corporations, resulting in the creation of a new corporation.  The sale or transfer of corporate stock does not require a final cost report since the corporation continues to exist.  (42 CFR 489.18(a)(3).)

    A.    Merger.--The merger of the provider under the corporation laws of a State into another corporation, resulting in the surviving corporation acquiring the assets and liabilities of the provider corporation.  However, a merger of a corporation (not a provider) into the provider corporation does not require a final cost report.

    B.    Consolidation.--The combining of two or more corporations, at least one of which is a provider, resulting in the creation of a new corporate entity.

1500.4    Leasing.--The leasing of all or part of a provider's facility used to render patient care (42 CFR 489.18(a)(4)) if the leasing affects utilization, licensure or certification of the provider entity.

1500.5    Transfer of Government-Owned Institution--

    A.    Transfer Between Governmental Levels.--Transfers between a State Health Department and a regional agency, between a State and a city, between a county and a town, etc., when both the necessary enabling action <u>and</u> any necessary negotiated transactions are completed and in effect.

  B. <u>Transfer Between Government at any Level and Governmental Corporation</u>.--The creation of a governmental corporation capitalized by a government to assume control of a provider institution.

1500.6 <u>Donation</u>.--A donation of all or part of a provider's facility used to render patient care if the donation affects licensure or certification of the provider entity.

1500.7 <u>Other Disposition of Assets</u>.--Disposition of all or some portion of a provider's facility or assets (used to render patient care) through sale, scrapping, involuntary conversion, demolition or abandonment if the disposition affects licensure or certification of the provider entity.

1500.8 <u>Bankruptcy</u>.--When a provider files for protection under the bankruptcy laws, a cost report must be filed except where the debtor (provider) rather than a trustee operates the provider after the commencement of the bankruptcy, e.g., the situation where the debtor (provider) is the debtor in possession.

1501. NOTIFICATION REQUIREMENT

To assure that proper reimbursement is made, providers must notify their servicing intermediary and the Health Care Financing Administration regional office as promptly as possible upon initiating negotiations for a change of ownership or event as described in §1500 that requires a final cost report but no later than 15 working days after the transaction causing a change of ownership occurs (42 CFR 489.18(b)).

Prompt notification is necessary to determine the liability of providers for any past or future program payments to avoid under/overpayments. Failure to provide notification and/or documentation will result in:

  A. In the case of the outgoing provider:

    1. An unnecessary delay in processing provider's cost report, and
    2. An unnecessary delay in processing the final program payment.

  B. In the case of the incoming provider:

    1. A delay in selection of a new intermediary,
    2. The withholding of payments for services rendered to beneficiaries, and
    3. The termination of the provider agreement (otherwise automatically assigned from the previous owner) for failure to disclose ownership and control information as required (42 CFR 489.18(c)).

1502. FINAL COST REPORT

A final cost report must cover the period under the program up to the effective date of cessation of participation in the program, change of ownership, or event otherwise described in §1500 and must be filed no later than 45 days following the effective date of those occurrences. (See §2413.B.1.) The period covered by the final cost report may not be less than 1 month nor more than 13 months (42 CFR 405.453(f)).