**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) | Case No. 19-11466 (KG) |
|  | ) | Jointly Administered |
| Debtors. | ) ) |  |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 4, 2019
AT 2:00 P.M. (PREVAILING EASTERN TIME)
<u>BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE</u>[2,3]**

**MATTERS GOING FORWARD:**

1. Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [D.I. 142; filed: 07/09/19]

    <u>Response Deadline</u>: August 5, 2019 at 4:00 p.m. for approval of the sale to the Stalking Horse Bidder. Extended to August 6, 2019 at 4:00 p.m. for Jefferson/Abington. Objections to the Auction and the sale to a successful bidder may be raised at the hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

Responses Received:

A. Temple University Health Systems, Inc.'s Limited Objection to Debtor's Notice of Proposed Assumption and Assignment of Executory Contracts [D.I. 359; filed: 08/05/19]

B. Limited Objection of The Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 360; filed: 08/05/19]

C. Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of The Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 361; filed: 08/05/19]

D. Limited Objection of MidCap Funding IV Trust in Response to Debtors' Motion for Sale of Resident Program Assets [D.I. 362; filed: 08/05/19]

E. Objection of the United States to Debtors' Motion for Entry of Order Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the Terms of the Stalking Horse Bid as Set Forth in the Stalking Horse Sale Agreement [D.I. 363; filed: 08/05/19]

F. Commonwealth of Pennsylvania Department of Health's Continuing Limited Objection to the Sale of the Resident Program Assets [D.I. 364; filed: 08/06/19]

G. Reply of Official Committee of Unsecured Creditors to Limited Objection of MidCap Funding IV Trust in Response to Debtors' Motion for Sale of Resident Program Assets [D.I. 393; filed: 08/07/19]

H. Objection of SBJ Group Inc. to the Proposed Sale of Residents Program Assets and the Conduct of the Auction and Adoption of Other Objections [D.I. 410; filed: 08/08/19]

I. Pennsylvania Association of Staff Nurses and Allied Professionals Joinder in the Objection of the United States to Debtors' Motion for Entry of Order Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the Terms of the Stalking Horse Bid as Set Forth in the Stalking Horse Sale Agreement [D.I. 453; filed: 08/14/19]

Reply:

J. Debtors' Reply to Objection of the United States to Proposed Sale of Residency Program Assets [D.I. 591; filed: 08/29/19]

Related Documents:

A. Order (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale [D.I. 249; signed and docketed: 07/19/19]

B. Affidavit of Service of Publication [D.I. 317; filed: 07/30/19]

C. Notice of Extension/Continuance of Bid Deadline, Auction, and Sale Hearing Date [D.I. 346; filed: 08/02/19]

D. Certification of Counsel Regarding Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts [D.I. 398; filed: 08/08/19]

E. Certification of Counsel Regarding Auction Relating to the Sale of the Debtors' Resident Program Assets [D.I. 590; filed: 08/29/19]

Status: This matter is going forward.

2. Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al. Nunc Pro Tunc* to July 15, 2019 [D.I. 424; filed: 08/09/19]

Response Deadline: August 28, 2019 at 4:00 p.m.

Response Received: None to date

Related Documents: None to date

Status: This matter will be going forward.

3. Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019 [D.I. 425; filed: 08/09/19]

Response Deadline: August 28, 2019 at 4:00 p.m.

Response Received: None to date

Related Documents: None to date

Status: This matter will be going forward.

4. Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Pursuant *Nunc Pro Tunc* to July 22, 2019 [D.I. 426; filed: 08/09/19]

   Response Deadline: August 28, 2019 at 4:00 p.m.

   Response Received: None to date

   Related Documents: None to date

   Status: This matter will be going forward.

5. Motion for Payment of Administrative Expenses (Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity) [D.I. 502; filed: 08/16/19]

   Response Deadline: August 30, 2019 at 4:00 p.m.

   Response Received: None to date

   Related Documents: None to date

   Status: This matter will be going forward.

| | |
|---|---|
| Dated: August 29, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*