**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL, et al., | Case No. 19-11466 |
|  | (Jointly Administered) |
| Debtors. | Related to Docket Nos. 301 and 510 |

**OBJECTION OF LEAF CAPITAL FUNDING, LLC TO DEBTORS'**
**NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT**
**WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Leaf Capital Funding, LLC ("LEAF"), as assignee from De Lage Landen ("DLL"), as assignee from DEX Imaging, by and through its undersigned, hereby files its objection to the cure amount set forth in the Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors (the "Cure Notice") [D.I. 510], and respectfully represents in support thereof as follows:

**BACKGROUND**

1. On June 30, 2019 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed respectively voluntary petitions for reorganization pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtors have continued to manage their properties and operate their businesses as debtors-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

2. LEAF is the assignee of the contracting party in two of the contracts listed in the Debtors' Cure Notice. LEAF leases certain equipment in leases titled Tenet Lease Agreement, as more completely listed in the contracts to St. Christopher's Hospital for Children ("Lease I") and

{01628702;v1}

SCHC Pediatric Associates, LLC (Lease II, and collectively with Lease I, the "Leases") . See Lease I attached hereto as Exhibit "A-1", Lease II as Exhibit "A-2", and Assignment from DEX Imaging to DLL, and Assignment from DLL to LEAF, attached hereto as Exhibit "B"

3. On August 16, 2019, the Debtors filed the Cure Notice, which reflects that the amount necessary to cure defaults under the Leases is $0,00 (the "Stated Cure Amount"). See, Cure Notice, p. 10 of 39.

4. LEAF reserves all rights with respect to the prospective assumption and assignment of the Leases, including the right to enforce the Leases in their entireties against an assignee, and it also objects to the stated cure amount applicable to the Leases for the reasons hereinafter set forth.

## RELIEF REQUESTED

**A.   The Cure Amount is Understated.**

5. The discrepancy between the Stated Cure Amount and the actual amount required to cure defaults under the Leases as of the Petition Date (the "Actual Claim Amount"), which includes unpaid pre- and post-petition amounts presently due under the Lease, is set forth below.:

| EQUIPMENT LESSOR | ACTUAL CLAIM AMOUNT | STATED CURE AMOUNT | DISCREPANCY |
|---|---|---|---|
| LEAF- LEASE I | $12,215.84 Total due as of 6/30/19 is $141,421.18 | $0.00 | $12,215.84 $141,421.18 |
| LEAF-LEASE II | $2,572.32 Total due as of 6/30/19 is $114,417.22 | $0.00 | $2,572.32 $114,417.22 |

6. In order to assume the Lease, the Debtors are required to cure defaults existing under such leases pursuant to § 365(b)(1)(A) of the Bankruptcy Code, which provides in relevant part that "[i]f there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee … cures, or provides adequate assurance that the trustee will promptly cure, such default…" 11 U.S.C. § 365(b)(1)(A).

7. The Debtors' cure calculation reflected in the Cure Notice materially understates the Debtors' cure obligations in relation to the amounts actually owed under the Leases.

## RESERVATION OF RIGHTS

8. LEAF specifically reserve its rights to object to any other relief sought by the Debtors in connection with the assumption of the Lease, including, without limitation, an assignee's proposed adequate assurance of future performance.

## CONCLUSION

9. For the foregoing reasons, LEAF seeks an order of this Court fixing the Debtors' cure obligations under the Leases in the amount set forth herein (less any payments made by the Debtors on account of such sums prior to the assumption of the lease plus any additional post-petition amounts accruing under such lease through the date thereof) and directing the Debtors promptly to satisfy such amount following the entry of an order approving the assumption of the Lease.

WHEREFORE, LEAF Capital Funding, LLC, respectfully requests the entry of an order granting the relief described herein, together with such other and further relief as is just and proper.

Dated: August 29, 2019            **FINEMAN KREKSTEIN & HARRIS, PC**

                                           By: */s/ Deirdre M. Richards*
                                                Deirdre M. Richards
                                                (Del. Bar. No. 4191)
                                                1300 N. King Street
                                                Wilmington, DE 19801
                                                Telephone: (302) 538-8331
                                                Email: drichards@finemanlawfirm.com

                                         Attorneys for LEAF Capital Funding, LLC