# Exhibit A-1

{01627520;v1}

DEX imaging

## TENET LEASE AGREEMENT

*TO OUR VALUED CUSTOMER.* This Lease has been written in "Plain English". When we use the words Lessee, you and your in this Lease, we mean you, our customer, which is the Lessee indicated below. When we use the words we, us, and our in this Lease, we mean the Lessor, DEX Imaging, Inc. Our address is 5109 W. Lemon Street, Tampa, FL 33609.

| | | | |
|---|---|---|---|
| ***CUSTOMER INFORMATION*** | Lessee Name: Tenet Healthsystem St. Christophers Hospital for Children | Tax ID#: 75-2784866 | Approval #: DFS 85242 |
| | Billing Street Address/City/County/State/Zip: 160 East Erie Avenue Philadelphia, PA 19134 | | Lease #: 3547374 |
| | Equipment Location (if different from above) | Lessee Phone No.: (215) 427-5000 | Customer # |
| ***SUPPLIER INFORMATION*** | Supplier Name: DEX Imaging, Inc. ("SUPPLIER") | | |
| | Street Address/City/State/Zip | Supplier Phone # | |

***EQUIPMENT DESCRIPTION***

| Quantity | Make/Model | Serial Number |
|---|---|---|
| | See Schedule A | |
| | | |
| | | |
| | | |
| | | |

***END OF LEASE PURCHASE OPTION***

**Check one applicable box. If no box is checked or if more than one box is checked, the Fair Market Value Purchase Option will apply.**

☒ Fair Market Value Purchase Option
☐ Fixed Price Purchase Option of $ ________
☐ Fixed Price Purchase Option of ____ % of the Total Cash Price

**PLUS APPLICABLE TAXES**

***TERM AND PAYMENT SCHEDULE***

| Initial Lease Term: | Lease Payment: | |
|---|---|---|
| 60 | $ 2,972.88 | **PLUS APPLICABLE TAXES** |

Additional Provisions:

***INSURANCE & TAXES***

You are required to provide and maintain insurance related to the Equipment, and to pay any property, use, and other taxes related to this Lease or the Equipment. (See Sections 4 and 6 on page 2 of this Lease.) If you are tax-exempt, you agree to furnish us with satisfactory evidence of your exemption.

***TERMS AND CONDITIONS***

BY SIGNING THIS LEASE: (i) YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS ON THE FRONT AND BACK OF THIS LEASE, (ii) YOU AGREE THAT THIS LEASE IS A NET LEASE THAT YOU CANNOT TERMINATE OR CANCEL, YOU HAVE AN UNCONDITIONAL OBLIGATION TO MAKE ALL PAYMENTS DUE UNDER THIS LEASE, AND YOU CANNOT WITHHOLD, SET OFF OR REDUCE SUCH PAYMENTS FOR ANY REASON, (iii) YOU WILL USE THE EQUIPMENT ONLY FOR BUSINESS PURPOSES, (iv) YOU WARRANT THAT THE PERSON SIGNING THIS LEASE FOR YOU HAS THE AUTHORITY TO DO SO, (v) YOU CONFIRM THAT YOU DECIDED TO ENTER INTO THIS LEASE RATHER THAN PURCHASE THE EQUIPMENT FOR THE TOTAL CASH PRICE, AND (vi) THIS LEASE IS THE ENTIRE AGREEMENT BETWEEN US, AND CANNOT BE MODIFIED EXCEPT BY ANOTHER SIGNED DOCUMENT BY US. YOUR PAYMENT OBLIGATIONS ARE ABSOLUTE AND UNCONDITIONAL AND ARE NOT SUBJECT TO CANCELLATION, REDUCTION, OR SETOFF FOR ANY REASON WHATSOEVER. BOTH PARTIES AGREE TO WAIVE ALL RIGHTS TO A JURY TRIAL. IF THIS LEASE IS ASSIGNED, YOU AGREE THAT ANY DISPUTE ARISING UNDER OR RELATED TO THIS LEASE WILL BE ADJUDICATED IN THE FEDERAL OR STATE COURT WHERE THE ASSIGNEE'S CORPORATE HEADQUARTERS IS LOCATED AND WILL BE GOVERNED BY THE LAWS OF THAT STATE. YOU HEREBY CONSENT TO PERSONAL JURISDICTION AND VENUE IN THAT COURT AND WAIVE ANY RIGHT TO TRANSFER OF VENUE.

| | |
|---|---|
| DEX Imaging, Inc. | Tenet Healthsystem St. Christophers Hospital for Children |
| Lessor | Lessee |
| X [signature] McAllister | X [signature] James B Burke |
| Authorized Signature | Authorized Signature |
| Print Name & Title — 11/1/17 Date | James Burke, Interim CEO — Print Name & Title — 8/8/17 Date |

1. **LEASE; DELIVERY AND ACCEPTANCE.** You agree to lease the equipment described on the front of this lease agreement, and as modified by supplements to this Master Agreement, (collectively "Equipment") on the terms and conditions shown on the front and back of this lease ("Lease"). You will arrange for the delivery of the Equipment to you. When you receive the Equipment, you agree to inspect it to determine if it is in good working order. This Lease will begin on the date when the Equipment is delivered to you or any later date we designate. The Equipment will be deemed irrevocably accepted by you upon the earlier of: a) the delivery to us of a signed delivery and acceptance certificate (if requested by us); or b) 10 days after delivery of the Equipment to you if you previously have not given written notice to us of your non-acceptance. This Agreement will be binding on the parties only if DEX Imaging, Inc. or its assignee accepts it, as evidenced only by the signature of an authorized representative of DEX Imaging, Inc. or its assignee and DEX Imaging, Inc. after (i) receipt of a signed delivery and acceptance certificate and all other documentation; and (ii) our credit evaluation of you is satisfactory. In the event of non-approval, the sole liability of DEX Imaging, Inc. shall be to refund to you the amount, if any, that has been paid us by you. If the Equipment has been accepted by you in accordance with this Section 1, the Lease Payments will be due on the day of each subsequent month (or such other time period stated on the front of this Lease) specified by us. You will make all payments required under this Lease to us at such address as we may specify in writing. Any invoices sent will be mailed 45 days in advance of your due date. If any Lease Payment or other amount payable to us is not paid within 10 days of its due date, you will pay us a late charge not to exceed 2% of each late payment (or such lesser rate as is the maximum rate allowable under applicable law). Lease payments are due whether or not you are invoiced.

2. **NO WARRANTIES.** We are leasing the Equipment and any software to you "AS-IS". YOU ACKNOWLEDGE THAT WE DO NOT MANUFACTURE THE EQUIPMENT, IF THE SUPPLIER SPECIFIED WITHIN THE SUPPLIER INFORMATION ON PAGE 1 IS AN ENTITY OTHER THAN DEX IMAGING, INC., WE DO NOT REPRESENT THE MANUFACTURER OR THE SUPPLIER, AND YOU HAVE SELECTED THE EQUIPMENT AND SUPPLIER BASED UPON YOUR OWN JUDGMENT. WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR OTHERWISE. YOU AGREE THAT REGARDLESS OF CAUSE, WE ARE NOT RESPONSIBLE FOR AND YOU WILL NOT MAKE ANY CLAIM AGAINST US FOR ANY DAMAGES, WHETHER CONSEQUENTIAL, DIRECT, SPECIAL, OR INDIRECT. YOU AGREE THAT NEITHER SUPPLIER NOR ANY SALESPERSON, EMPLOYEE OR AGENT OF SUPPLIER IS OUR AGENT OR HAS ANY AUTHORITY TO SPEAK FOR US OR TO BIND US IN ANY WAY. We transfer to you for the term of this Lease any warranties made by the manufacturer or Supplier under a Supply Contract. Notwithstanding any other terms and conditions of the Agreement, you agree that as to any software: a) we have not had, do not have, nor will have any title to such software; b) You have executed or will execute a separate software license agreement and we are not a party to and have no responsibilities whatsoever in regards to such license agreement; and c) You have selected such software and WE MAKE NO WARRANTIES OF MERCHANTABILITY, DATA ACCURACY, SYSTEM INTEGRATION OR FITNESS FOR USE AND TAKE ABSOLUTELY NO RESPONSIBILITY FOR THE FUNCTION OF DEFECTIVE NATURE OF SUCH SOFTWARE SYSTEMS INTEGRATION, OR OTHERWISE IN REGARDS TO SUCH SOFTWARE.

3. **EQUIPMENT LOCATION; USE AND REPAIR; RETURN.** You will keep and use the Equipment only at the Equipment Location shown on the front of this Lease. You may not move the Equipment without our prior written consent. At your own cost and expense, you will keep the Equipment eligible for any manufacturer's certification, in compliance with all applicable laws and in good condition, except for ordinary wear and tear. You will not make any alterations, additions or replacements to the Equipment without our prior written consent. All alterations, additions and replacements will become part of the Equipment and our property at no cost or expense to us. We may inspect the Equipment at any reasonable time, with (3) business days' notice. Unless you purchase the Equipment in accordance with a purchase option granted to you on the first page of this Lease, within 30 days of the expiration of this Lease, you will immediately deliver the Equipment to us, in good condition and repair, except for ordinary wear and tear, to any place in the United States that we tell you, and upon our request, you will provide us with a certification from the manufacturer or its authorized representative as to the Equipment's condition. You will pay for all expenses of deinstalling, crating and shipping, and you will insure the Equipment for its full replacement value during shipping.

4. **TAXES AND FEES.** You are responsible for all taxes (including, without limitation, sales, use and personal property taxes, and excluding only taxes based on Our income), levies, assessments, license and registration fees and other governmental charges relating to this Lease or the Equipment (collectively, with such taxes, "Governmental Charges"). You agree to promptly pay Us, on demand, estimated future Governmental Charges. You authorize Us to pay any Governmental Charges as they become due, and You agree to reimburse Us promptly upon demand for the full amount (less any estimated amounts previously paid by You). You also agree to pay Us a fee, in accordance with Our current fee schedule, which may change from time to time, for additional services We may provide to You at Your request during this Lease. You agree that the fees set forth in this Lease may include a profit.

5. **LOSS OR DAMAGE.** As between you and us, you are responsible for any loss, theft or destruction of, or damage to the Equipment (collectively "Loss") from any cause at all, whether or not insured, until it is delivered to us at the end of this Lease. You are required to make all Lease Payments even if there is a Loss. You must notify us in writing immediately of any Loss. Then, at our option, you will either (a) repair the Equipment so that it is in good condition and working order, eligible for any manufacturer's certification, or (b) pay us the amounts specified in Section 9(b) below.

6. **INSURANCE/COLLATERAL PROTECTION.** You agree (a) to keep the Equipment fully insured against loss at its replacement cost; (b) to maintain comprehensive public liability insurance; (c) to provide proof of insurance satisfactory to Us within a reasonable time following our written request; (d) if You fail to obtain and maintain property loss insurance satisfactory to Us and/or You fail to provide proof of such insurance to Us within a reasonable time following our written request, We have the option, but not the obligation, to do as provided in either (A) or (B) as follows, as determined in Our discretion. (A) We may secure property loss insurance on the Equipment from a carrier of Our choosing in such forms and amounts as We deem reasonable to protect Our interests. If We place insurance on the Equipment, We will not name You as an insured and Your interests may not be fully protected. If We secure insurance on the Equipment, You will pay Us an amount for the premium which may be higher than the premium that You would pay if You placed the insurance independently and may result in a profit to Us through an investment in reinsurance. Any insurance proceeds received will be applied, at Our option, (i) to repair, restore or replace the Equipment, or (ii) to pay Us the remaining balance of the Agreement plus Our estimated residual value, both discounted at 6% per year, provided We elect to apply this subsection A. (B) We may bill You and You shall pay Us a monthly property damage surcharge of up to .0035 of the total stream of payments as a result of our administrative costs, credit risk or other costs. We may make a profit on this program. Provided You are current in paying the property damage surcharge and all other obligations under this Agreement at the time of a loss (intentional acts are not included), the remaining balance owed on this Agreement will be forgiven, provided We elected to apply this subsection B. NOTHING IN THIS SECTION WILL RELIEVE YOU OF YOUR OBLIGATION TO MAINTAIN LIABILITY INSURANCE COVERING THE EQUIPMENT.

7. **TITLE; RECORDING.** We are the owner of and will hold title to the Equipment. You will keep the Equipment free of all liens and encumbrances. Unless the Purchase Option price shown on the front of this Lease is $1.00, you agree that this transaction is a true lease. However, if this transaction is deemed to be a lease intended for security, you grant us a security interest in the Equipment (including any replacements, substitutions, additions, attachments and proceeds). You will deliver to us any signed documents we request to protect our interest in the equipment. YOU AUTHORIZE US TO FILE A COPY OF THIS LEASE AS A FINANCING STATEMENT AND FILE AT ANY TIME, FINANCING STATEMENTS COVERING THE EQUIPMENT. YOU HEREBY RATIFY AND AUTHORIZE ANY SUCH FILINGS WE MAY MAKE BEFORE YOU SIGN THIS LEASE.

8. **DEFAULT.** Each of the following is a "Default" under this Lease: (a) you fail to pay any Lease Payment or any other payment within 30 days of its due date, which due date shall be as set forth on an invoice mailed to you 45 days in advance of the date due; (b) you do not perform any of your other obligations under this Lease or in any other agreement with us or with any of our affiliates and this failure continues for 10 business days after we have notified you of it; or (c) you become insolvent, you dissolve, you assign your assets for the benefit of your creditors, you sell, transfer or otherwise dispose of all or substantially all of your assets, or you enter (voluntarily or involuntarily) any bankruptcy or reorganization proceeding.

9. **REMEDIES.** If a Default occurs, we may do one or more of the following: (a) we may cancel or terminate this Lease and any or all other agreements that we have entered into with you; (b) we may require you to immediately pay us, AS COMPENSATION FOR LOSS OF OUR BARGAIN AND NOT AS A PENALTY, the sum of (i) all past due and current Lease Payments and Late Charges, (ii) the present value of all remaining Lease Payments and Lease Charges, discounted at a rate of 6% per annum (or the lowest rate permitted by law, whichever is higher), and (iii) the Fair Market Value of the Equipment, (c) require you to return all of the Equipment or take possession of the Equipment, in which case you shall be responsible for any damage to the Equipment other than ordinary wear and tear as determined in our sole discretion and in which case we shall not be responsible for any losses directly or indirectly arising out of, or by reason of the presence and/or use of any and all proprietary information residing on or within the Equipment, and to lease or sell the Equipment or any portion thereof, and to apply the proceeds less reasonable selling and administrative expenses, to the amounts also hereunder; (d) charge you interest on all amounts due us from the due date until paid at the rate of 1-1/2% per month, but in no event more than the lawful maximum rate; (e) charge you for the expenses incurred in connection with the enforcement of our remedies including, without limitation, repossession, repair and collection costs, reasonable attorneys' fees and court costs. "Fair Market Value" of the Equipment means its' fair market value at the end of the Term, assuming good order and condition as computed by us. These remedies are cumulative and are in addition to any other remedies provided for by law, and may be exercised concurrently or separately. Any failure or delay by us to exercise any right shall not operate as a waiver of any other right or future right. You will remain responsible for the remaining balance after such application.

10. **FINANCE LEASE STATUS.** The parties intend this to be a "finance lease" under Article 2A of the Uniform Commercial Code ("UCC"). You waive all rights and remedies conferred upon a lessee by Article 2A of the UCC (§§ 508-522).

11. **ASSIGNMENT.** YOU MAY NOT ASSIGN, SELL, TRANSFER OR SUBLEASE THE EQUIPMENT OR YOUR INTEREST IN THIS LEASE WITHOUT OUR PRIOR CONSENT, WHICH CONSENT SHALL NOT BE UNREASONABLY WITHHELD, PENDING OUR CREDIT APPROVAL OF THE ASSIGNEE, TO BE DETERMINED AT OUR SOLE DISCRETION. We may, without notifying you, sell, assign, or transfer this Lease and our rights in the Equipment. You agree that the assignee will have the same rights and benefits that we have now under this Lease but not our obligations. The rights of the assignee will not be subject to any claim, defense or set-off that you may have against us.

12. **PURCHASE OPTION; AUTOMATIC RENEWAL.** If no Default exists under this Lease, you will have the option at the end of the initial or any renewal term to purchase (but not less than all) of the Equipment at the Purchase Option price shown on the front of this Lease, plus any applicable taxes. Unless the Purchase Option price is $1.00, you must give us at least 30 days, but not more than 150 days, written notice before the end of the initial lease term, or any renewal term, that you will purchase the Equipment or that you will return the Equipment to us. If you do not give us such written notice or if you do not purchase or deliver the Equipment in accordance with the terms of this Lease, this Lease will automatically renew for successive month to month renewal terms (during each renewal term(s) the Lease Payment will remain the same. We may cancel an automatic renewal term by sending you written notice 30 days prior to such renewal term. If the Fair Market Value Purchase Option has been selected, we will use our reasonable judgment to determine the Equipment's in use and in place fair market value. If you do not agree with our determination of the Equipment's fair market value, the fair market value (in use and in place) will be determined at your expense by an independent appraiser selected by us. Upon payment of the Purchase Option price, we shall transfer our interest in the Equipment to you "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease will terminate.

13. **INDEMNIFICATION.** You are responsible for all losses, damages, etc., infringement claims, injuries, and attorneys' fees and costs ("Claims"), incurred or asserted by any person or entity, in any manner relating to the Equipment, including its use, condition, or possession. You agree to defend and indemnify us against all Claims, although we reserve the right to control the defense, to select or approve defense counsel. This indemnity continues beyond the termination of this Lease, for acts or omissions which occurred during the term of this Lease. You also agree that this Lease has been entered into on the assumption that we may be entitled to certain tax benefits available to the owner of the Equipment. In the case of an FMV Lease or a 10% Lease, you agree to indemnify us for the loss of any income tax benefits caused by your acts or omissions inconsistent with such assumption of this Lease. In the event of any such loss, we may increase the Lease Payments and other amounts due to offset any such adverse effect.

14. **CREDIT INFORMATION.** YOU AUTHORIZE US OR ANY OF OUR AFFILIATES TO OBTAIN CREDIT BUREAU REPORTS, AND MAKE OTHER CREDIT INQUIRIES THAT WE DETERMINE ARE NECESSARY. ON YOUR WRITTEN REQUEST, WE WILL INFORM YOU WHETHER WE HAVE REQUESTED A CONSUMER CREDIT REPORT AND THE NAME AND ADDRESS OF ANY CONSUMER CREDIT REPORTING AGENCY THAT FURNISHED A REPORT. YOU ACKNOWLEDGE THAT WITHOUT FURTHER NOTICE WE MAY USE OR REQUEST ADDITIONAL CREDIT BUREAU REPORTS TO UPDATE OUR INFORMATION SO LONG AS YOUR OBLIGATIONS TO US ARE OUTSTANDING.

15. **FAX EXECUTION.** A fax version of this Lease when received by us shall be binding on you for all purposes as if originally signed. However, the Lease shall only become effective and binding against us when originally signed by us in one of our corporate offices. You agree that the only version of the Lease that is the original for all purposes is the version containing your fax signature and our original signature. If you elect to sign and transmit a Lease by fax, you waive receipt of our acceptance of this Lease and receipt of a copy of the originally signed Lease.

16. **MISCELLANEOUS.** You agree that the terms and conditions contained in this Lease make up the entire agreement between you and us regarding the lease of the Equipment. This Lease is not binding on us until we sign it. Any change in any of the terms and conditions of this Lease must be in writing and signed by us. If we delay or fail to enforce any of our rights under this Lease, we will still be entitled to enforce those rights at a later time. All notices shall be given in writing by the party sending the notice and shall be effective when deposited in the U.S. Mail, addressed to the party receiving the notice at its address shown on the front of this Lease (or to any other address specified by that party in writing) with postage prepaid. All of our rights and indemnities will survive the termination of this Lease. It is the express intent of the parties not to violate any applicable usury laws or to exceed the maximum amount of time price differential or interest, as applicable, permitted to be charged or collected by applicable law, and any such excess will be applied to Lease Payments in inverse order of maturity, and any remaining excess will be refunded to you. If you do not perform any of your obligations under this Lease, we have the right, but not the obligation, to take any action or pay any amounts that we believe are necessary to protect our interests. You agree to reimburse us immediately upon our demand for any such amounts that we pay. If more than one Lessee has signed this Lease, each of you agrees that your liability is joint and several. This Lease supersedes any purchase orders that relate to this transaction.

**Lease Supplement**

| APPLICATION NO. | LEASE AGREEMENT NO. | SUPPLEMENT NO. |
|---|---|---|
| FTC12S0K4C | 25473742 | |

## CUSTOMER INFORMATION:

FULL LEGAL NAME: Tenet Healthsystem St. Christophers Hospital for Children
STREET ADDRESS: 160 East Erie Avenue
CITY: Philadelphia STATE: PA ZIP: 19134
PHONE: (215) 427-5000 FAX:
BILLING NAME (IF DIFFERENT FROM ABOVE):
BILLING STREET ADDRESS:
CITY: STATE: ZIP:
DBA: Dept - Regional Fetal Evaluation Center

## EQUIPMENT ADDED:

| MAKE/MODEL/ACCESSORIES | SERIAL NO. |
|---|---|
| 1. HP m631z | |
| 2 | |
| 3 | |
| 4. | |
| 5 | |
| 6. | |

## EQUIPMENT DELETED:

| MAKE/MODEL/ACCESSORIES | SERIAL NO. |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## TERM:

57 Mos. Balance of applicable term. Termination date of this Supplement coincides with the termination date set forth in the Lease Agreement or previous Supplement (as applicable).

______ Mos. New term for Equipment referenced above only. Such term begins upon Supplement endorsement and acceptance by Lessor. The term of the Lease Agreement shall remain in full force and effect for the remaining original Equipment.

## PAYMENT SCHEDULE:

Monthly Payment* $ 81.08 Security Deposit* $ ______ *plus applicable taxes

## TERMS AND CONDITIONS:

You have requested this Supplement to the Lease Agreement (or Supplement) as set forth above. You agree that the payment on the Supplement is in addition to your original Agreement. Except for the specific provisions set forth above, the original terms and conditions set forth in the Lease Agreement and any personal guaranty(s) shall remain in full force and effect and are incorporated herein by reference.

## ACCEPTANCE OF DELIVERY:

YOU HEREBY ACKNOWLEDGE THAT THE EQUIPMENT SET FORTH ABOVE HAS BEEN RECEIVED, HAS BEEN PUT IN USE, IS IN GOOD WORKING ORDER AND IS SATISFACTORY AND ACCEPTABLE.

Print Name: Signature: X

Customer: Dated:

## CUSTOMER ACCEPTANCE:

By providing a telephone number for a cellular phone or other wireless device, you are expressly consenting to receiving communications (for NON-marketing or collection purposes) at that number, including, but not limited to, prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system from Lessor and its affiliates and agents. This Express Consent applies to each such telephone number that you provide to us now or in the future and permits such calls. These calls and messages may incur access fees from your cellular provider.

Print Name: James Burke Signature: X [signature] Title: Interim CFO

Customer: Tenet Healthsystem St. Christophers Hospital for Children Dated: 03/18/17

## LESSOR ACCEPTANCE:

Print Name: K Warthen Signature: K Warthen SSR

Lessor: DEX Imaging, Inc. Dated: 1/29/18

24356 - 03/03/2011

# Exhibit A-2

DEX Imaging

25474759

# TENET LEASE AGREEMENT

TO OUR VALUED CUSTOMER This Lease has been written in 'Plain English'. When we use the words Lessee, you and your in this Lease, we mean you, our customer, which is the Lessee indicated below. When we use the words we, us, and our in this Lease, we mean the Lessor, DEX Imaging, Inc. Our address is 6106 W. Lemon Street, Tampa, FL 33609

| | | | |
|---|---|---|---|
| **CUSTOMER INFORMATION** | Lessee Name: SCHC Pediatric Associates, LLC | Tax ID#: 75-2870527 | Approval #: DFS 35243 |
| | Billing Street Address/City/County/State/Zip: PO Box 828698 Philadelphia, PA 19182 | | Lease # |
| | Equipment Location (if different from above): 160 E Erie Ave Philadelphia, PA 19134 | Lessee Phone No.: 215-427-8433 | Customer # |
| **SUPPLIER INFORMATION** | Supplier Name: DEX Imaging, Inc. ("SUPPLIER") | | |
| | Street Address/City/State/Zip | Supplier Phone # | |
| **EQUIPMENT DESCRIPTION** | Quantity / Make/Model / Serial Number: See Schedule A | | |
| **END OF LEASE PURCHASE OPTION** | Check one applicable box. If no box is checked or if more than one box is checked, the Fair Market Value Purchase Option will apply.<br>☒ Fair Market Value Purchase Option<br>☐ Fixed Price Purchase Option of % of the Total Cash Price<br>☐ Fixed Price Purchase Option of $ ________ | | PLUS APPLICABLE TAXES |
| **TERM AND PAYMENT SCHEDULE** | Initial Lease Term: 60 | Lease Payment: $ 2,283.32 | PLUS APPLICABLE TAXES |
| | Additional Provisions: | | |
| **INSURANCE & TAXES** | You are required to provide and maintain insurance related to the Equipment, and to pay any property, use, and other taxes related to this Lease or the Equipment (See Sections 4 and 6 on page 2 of this Lease.) If you are tax-exempt, you agree to furnish us with satisfactory evidence of your exemption. | | |
| **TERMS AND CONDITIONS** | BY SIGNING THIS LEASE: (i) YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS ON THE FRONT AND BACK OF THIS LEASE, (ii) YOU AGREE THAT THIS LEASE IS A NET LEASE THAT YOU CANNOT TERMINATE OR CANCEL, YOU HAVE AN UNCONDITIONAL OBLIGATION TO MAKE ALL PAYMENTS DUE UNDER THIS LEASE, AND YOU CANNOT WITHHOLD, SET OFF OR REDUCE SUCH PAYMENTS FOR ANY REASON, (iii) YOU WILL USE THE EQUIPMENT ONLY FOR BUSINESS PURPOSES, (iv) YOU WARRANT THAT THE PERSON SIGNING THIS LEASE FOR YOU HAS THE AUTHORITY TO DO SO, (v) YOU CONFIRM THAT YOU DECIDED TO ENTER INTO THIS LEASE RATHER THAN PURCHASE THE EQUIPMENT FOR THE TOTAL CASH PRICE, AND (vi) THIS LEASE IS THE ENTIRE AGREEMENT BETWEEN US, AND CANNOT BE MODIFIED EXCEPT BY ANOTHER SIGNED DOCUMENT BY US. YOUR PAYMENT OBLIGATIONS ARE ABSOLUTE AND UNCONDITIONAL AND ARE NOT SUBJECT TO CANCELLATION, REDUCTION, OR SETOFF FOR ANY REASON WHATSOEVER. BOTH PARTIES AGREE TO WAIVE ALL RIGHTS TO A JURY TRIAL. IF THIS LEASE IS ASSIGNED, YOU AGREE THAT ANY DISPUTE ARISING UNDER OR RELATED TO THIS LEASE WILL BE ADJUDICATED IN THE FEDERAL OR STATE COURT WHERE THE ASSIGNEE'S CORPORATE HEADQUARTERS IS LOCATED AND WILL BE GOVERNED BY THE LAWS OF THAT STATE. YOU HEREBY CONSENT TO PERSONAL JURISDICTION AND VENUE IN THAT COURT AND WAIVE ANY RIGHT TO TRANSFER OF VENUE | | |

| Lessor | | Lessee | |
|---|---|---|---|
| DEX Imaging, Inc. | | SCHC Pediatric Associates, LLC | |
| X [signature] | 11/3/17 | X [signature] | |
| Authorized Signature | | Authorized Signature | |
| Print Name & Title | Date | Print Name & Title: Michele Szkolnicki CEO/SCHC | Date: 8/21/17 |

Tenet-DEX0309

**EQUIPMENT Schedule "A" TO APPLICATION #** DFS352413

**Customer Name: SCHC Pediatric Associates, LLC**

**Customer Number** ________

7/20/2017 10:57

| Serial Number | Description | Location | Address | Address | Address | Address |
|---|---|---|---|---|---|---|
| | DEX MAINFRAME | | | | | |
| | 4545/ | Orthopaedic Ctr | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Adolescent Medicine- Registration | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 4535/ | Abington- Suite #250 | 500 Old York Road Suite 251 | Jenkintown | Pennsylvania | 19046 |
| | 400/ | Special Needs(Next to ENT) | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Ear, Nose & Throat- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 4535/ | Orthopedics Check In Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Endocrinology - Rm 1015 | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Infect Disease | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Nurse Office | 3601 A STREET | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Ophthalmology- Front Desk Check In | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Ambulatory Peds - Provider's RM | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Ambulatory Peds - Provider's RM | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Primary peds | 3601 A STREET | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Abington- Suite #250- Back Office | 500 Old York Road Suite 251 | Jenkintown | Pennsylvania | 19046 |
| | 400/ | AHA - CUC FRONT DESK AREA | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Immunology- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Dept Of Surgery #2204- Back File Room | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | CUC - 2DN FL- Back | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Oncology- Check In Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Bucks County- Suite 1201 | 301 Oxford Valley Road Rd Suite 1201 | Yardley | Pennsylvania | 19067 |
| | 1730/ | Orthopedics- Back Office Right Side | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | 2020 | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Child Protect & Grow Clinic- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Ear, Nose & Throat- Dr. Zwillenberg's Office | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | eurology 3314 & 3316 Back Office- Next To Fil | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Washington Township- Building C | 100 Kings Way Building C | Sewell | New Jersey | 08080 |
| | 1730/ | Oncology- Back Admin Area | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Heart Center- Registration | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Developmental Peds (New) | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Pulmonary/Allergy- Back Hallway | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Hematology- Registration Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Pulmonary/Allergy- Back Front Left | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 4535/ | SCTA DEPT - ST 2035 | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | HP m426fdn | Neurology | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 4535/ | GI Nurse Station | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Neurology 3314 & 3316- Resident Student Area | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Special Needs | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | ematology- Back Office- Conference Room Are | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Pathology- Outside RM LL08F E.M | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Admin Offices | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Hahnemann South Tower 18th Floor | 230 N. Broad Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Rheumatology #1035- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Hahnemann New College- RM #7404 | 230 N. Broad Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Revenue Cycle Management | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Neonatology- Back Office Supply Area | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Gastroenterology Suite 2045- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Gastroenterology Suite 2040- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Orthopedic Center | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Washington Township- Building C | 200 Capital Way | Pennington | New Jersey | 08534 |
| | 1730/ | Nephrology - Kid Ctr - in Special Needs | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | HP m426fdn | Referral Department | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | HP m426fdn | Pulmonary Allergy | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Gastroenterology Suite 2040- Back Office | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | munology- Clinical Research & Study Coordina | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 1730/ | Office Of Research Support | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Emergency Dept 3rd Floor | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | PRIMARY PEDIATRICS | 3601 A Street | Philadelphia | Pennsylvania | 19134 |
| | 400/ | Genetics | 3601 A Street | Philadelphia | Pennsylvania | 19124 |
| | 400/ | Ricoh- Printer Support Office - Spare | 3601 A Street | Philadelphia | Pennsylvania | 19134 |

By Lessee:

CUSTOMER NAME: SCHC Pediatric Associates, LLC

[signature] Michele Szkotnicki CEO, SCPA 8/22/2017

Signature Printed Name/Title Date

[initials] 11/3/17

ATTACHMENT TO INVOICE THC0530

Customer Name. SCHC Pediatric Associates, LLC

APP DFS35243

| Serial Number | Description | Location | Address | Address | Address | Address | Pymt | Price |
|---|---|---|---|---|---|---|---|---|
| | DEX MAINFRAME | | | | | | | |
| UMV04508 | 4545l | Orthopaedic Ctr | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $81 66 | $4,461 04 |
| QLA40518 | 400lf | Adolescent Medicine- Registration | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| UMU05519 | 4535l | Abington- Suite #250 | 500 Old York Road Suite 251 | Jenkintown | Pennsylvania | 19046 | $77 67 | $4,232 70 |
| QLA40579 | 400lf | Special Needs(Next to ENT) | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| QLA40566 | 400lf | Ear, Nose & Throat- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| UMU05524 | 4535l | Orthopedics Check In Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $70 36 | $3,834 33 |
| QLA39421 | 400lf | Endocrinology - Rm 1015 | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| QLA40568 | 400lf | Infect Disease | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $53 58 | $2,919 89 |
| QLA39423 | 400lf | Nurse Office | 3601 A STREET | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| QLA39424 | 400lf | Ophthalmology- Front Desk Check In | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| QLA39357 | 400lf | Ambulatory Peds - Provider's RM | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| QLA38049 | 400lf | Ambulatory Peds - Provider's RM | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| QLA38029 | 400lf | Primary peds | 3601 A STREET | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| QLA39439 | 400lf | Abington- Suite #250- Back Office | 500 Old York Road Suite 251 | Jenkintown | Pennsylvania | 19046 | $43 16 | $2,352 04 |
| QLA40575 | 400lf | AHA - CUC FRONT DESK AREA | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $43 16 | $2,352 04 |
| QLA38003 | 400lf | Immunology- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| QLA40570 | 400lf | Dept Of Surgery #2204- Back File Room | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $53 58 | $2,919 89 |
| QLA37997 | 400lf | CUC - 2DN FL- Back | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| QLA38050 | 400lf | Oncology- Check In Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| QLA38009 | 400lf | Bucks County- Suite 1201 | 301 Oxford Valley Road Rd Suite 1201 | Yardley | Pennsylvania | 19067 | $47 45 | $2,585 83 |
| QGF15342 | 1730lf | Orthopedics- Back Office Right Side | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF14841 | 1730lf | 2020 | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF14545 | 1730lf | Child Protect & Grow Clinic- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15297 | 1730lf | Ear, Nose & Throat- Dr Zwillenberg's Office | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15004 | 1730lf | eurology 3314 & 3315 Back Office- Next To Fil | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $38.28 | $2,086 10 |
| QLA38027 | 400lf | Washington Township- Building C | 100 Kings Way Building C | Sewell | New Jersey | 08080 | $47 45 | $2,585 83 |
| QGF15348 | 1730lf | Oncology- Back Admin Area | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15327 | 1730lf | Heart Center- Registration | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $38.28 | $2,086 10 |
| QGF15299 | 1730lf | Developmental Peds (New) | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $38 28 | $2,086 10 |
| QGF15294 | 1730lf | Pulmonary/Allergy- Back Hallway | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15341 | 1730lf | Hemotology- Registration Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15177 | 1730lf | Pulmonary/Allergy- Back Front Left | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| UMU05521 | 4535l | SCTA DEPT - ST 2035 | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $77 67 | $4,232 70 |
| PHBLK8CFJH | HP m426fdn | Neurology | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $7 71 | $420 16 |
| UMU06998 | 4535l | GI Nurse Station | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $83 65 | $4,558 58 |
| QGF14995 | 1730lf | Neurology 3314 & 3315- Resident Student Area | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $38 28 | $2,086 10 |
| QGF15002 | 1730lf | Special Needs | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF14579 | 1730lf | emotology- Back Office- Conference Room Ar | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15212 | 1730lf | Pathology- Outside RM LL08F E M | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QLA40511 | 400lf | Admin Offices | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $53 58 | $2,919 89 |
| QGF15005 | 1730lf | Hahnemann South Tower 18th Floor | 230 N Broad Street | Philadelphia | Pennsylvania | 19134 | $38.28 | $2,086 10 |
| QGF14994 | 1730lf | Rheumatology #1035- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $38 28 | $2,086 10 |
| QGF14986 | 1730lf | Hahnemann New College- RM #7404 | 230 N Broad Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15141 | 1730lf | Revenue Cycle Management | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15188 | 1730lf | Neonatology- Back Office Supply Area | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $38.28 | $2,086 10 |
| QGF14973 | 1730lf | Gastroenterology Suite 2045- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15189 | 1730lf | Gastroenterology Suite 2040- Front Desk | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15001 | 1730lf | Orthopedic Center | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QLA38005 | 400lf | Washington Township- Building C | 200 Capital Way | Pennington | New Jersey | 08534 | $47 45 | $2,585 83 |
| QGF14991 | 1730lf | Nephrology - Kid Ctr - In Special Needs | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| PHBLK8CFNR | HP m426fdn | Referral Department | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $7 71 | $420 16 |
| PHBLK8J5HF | HP m426fdn | Pulmonary Allergy | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $7 71 | $420 16 |
| QGF15339 | 1730lf | Gastroenterology Suite 2040- Back Office | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF15295 | 1730lf | munology- Clinical Research & Study Coordina | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $27 99 | $1,525 34 |
| QGF14984 | 1730lf | Office Of Research Support | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $38 28 | $2,086 10 |
| QLA38016 | 400lf | Emergency Dept 3rd Floor | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| QLA40576 | 400lf | PRIMARY PEDIATRICS | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| QLA40573 | 400lf | Genetics | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| QLA40581 | 400lf | Ricoh- Printer Support Office - Spare | 3601 A Street | Philadelphia | Pennsylvania | 19134 | $37 03 | $2,017 98 |
| | | | | | | | $2,283 32 | $124,431 61 |

# DELIVERY & ACCEPTANCE CERTIFICATE

**By signing this Certificate, you, the Customer identified below, agree:**

A. That all equipment described in the lease or rental agreement identified below ("Equipment") has been delivered, inspected, and installed and is unconditionally and irrevocably accepted by you as satisfactory for all purposes of the lease or rental agreement; and

B. That we, DEX imaging, inc., are authorized to purchase the Equipment and start billing you under the lease or rental agreement.

| Lease Number: DFS35243 | Customer Number: |
|---|---|
| Lessee Name: SCHC Pediatric Associates, LLC | |
| Authorized Signature: X [signature] | |
| Title: Director Materials Management | Date: 10/19/17 |

**1. LEASE; DELIVERY AND ACCEPTANCE.** You agree to lease the equipment described on the front of this lease agreement, and as modified by supplements to this Master Agreement, (collectively "Equipment") on the terms and conditions shown on the front and back of this lease ("Lease"). You will arrange for the delivery of the Equipment to you. When you receive the Equipment, you agree to inspect it to determine if it is in good working order. This Lease will begin on the date when the Equipment is delivered to you or any later date we designate. The Equipment will be deemed irrevocably accepted by you upon the earlier of: a) the delivery to us of a signed delivery and acceptance certificate (if requested by us); or b) 10 days after delivery of the Equipment to you if you previously have not given written notice to us of your non-acceptance. This Agreement will be binding on the parties only if DEX Imaging, Inc. or its assignee accepts it, as evidenced only by the signature of an authorized representative of DEX Imaging, Inc. or its assignee and DEX Imaging, Inc. after (i) receipt of a signed delivery and acceptance certificate and all other documentation; and (ii) our credit evaluation of you is satisfactory. In the event of non-approval, the sole liability of DEX Imaging, Inc. shall be to refund to you the amount, if any, that has been paid us by you. If the Equipment has been accepted by you in accordance with this Section 1, the Lease Payments will be due on the day of each subsequent month (or such other time period stated on the front of this Lease) specified by us. You will make all payments required under this Lease to us at such address as we may specify in writing. Any invoices sent will be mailed 45 days in advance of your due date. If any Lease Payment or other amount payable to us is not paid within 10 days of its due date, you will pay us a late charge not to exceed 2% of each late payment (or such lesser rate as is the maximum rate allowable under applicable law). Lease payments are due whether or not you are invoiced.

**2. NO WARRANTIES.** We are leasing the Equipment and any software to you "AS-IS". YOU ACKNOWLEDGE THAT WE DO NOT MANUFACTURE THE EQUIPMENT, IF THE SUPPLIER SPECIFIED WITHIN THE SUPPLIER INFORMATION ON PAGE 1 IS AN ENTITY OTHER THAN DEX IMAGING, INC., WE DO NOT REPRESENT THE MANUFACTURER OR THE SUPPLIER, AND YOU HAVE SELECTED THE EQUIPMENT AND SUPPLIER BASED UPON YOUR OWN JUDGMENT. WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR OTHERWISE. YOU AGREE THAT REGARDLESS OF CAUSE, WE ARE NOT RESPONSIBLE FOR AND YOU WILL NOT MAKE ANY CLAIM AGAINST US FOR ANY DAMAGES, WHETHER CONSEQUENTIAL, DIRECT, SPECIAL, OR INDIRECT. YOU AGREE THAT NEITHER SUPPLIER NOR ANY SALESPERSON, EMPLOYEE OR AGENT OF SUPPLIER IS OUR AGENT OR HAS ANY AUTHORITY TO SPEAK FOR US OR TO BIND US IN ANY WAY. We transfer to you for the term of this Lease any warranties made by the manufacturer or Supplier under a Supply Contract. Notwithstanding any other terms and conditions of the Agreement, you agree that as to any software: a) we have not had, do not have, nor will have any title to such software; b) You have executed or will execute a separate software license Agreement and we are not a party to and have no responsibilities whatsoever in regards to such license Agreement; and c) You have selected such software and WE MAKE NO WARRANTIES OF MERCHANTABILITY, DATA ACCURACY, SYSTEM INTEGRATION OR FITNESS FOR USE AND TAKE ABSOLUTELY NO RESPONSIBILITY FOR THE FUNCTION OF DEFECTIVE NATURE OF SUCH SOFTWARE SYSTEMS INTEGRATION, OR OTHERWISE IN REGARDS TO SUCH SOFTWARE.

**3. EQUIPMENT LOCATION; USE AND REPAIR; RETURN.** You will keep and use the Equipment only at the Equipment Location shown on the front of this Lease. You may not move the Equipment without our prior written consent. At your own cost and expense, you will keep the Equipment eligible for any manufacturer's certification, in compliance with all applicable laws and in good condition, except for ordinary wear and tear. You will not make any alterations, additions or replacements to the Equipment without our prior written consent. All alterations, additions and replacements will become part of the Equipment and our property at no cost or expense to us. We may inspect the Equipment at any reasonable time, with (3) business days' notice. Unless you purchase the Equipment in accordance with a purchase option granted to you on the first page of this Lease, within 30 days of the expiration of this Lease, you will immediately deliver the Equipment to us in good condition and repair, except for ordinary wear and tear, to any place in the United States that we tell you, and upon our request, you will provide us with a certification from the manufacturer or its authorized representative as to the Equipment's condition. You will pay for all expenses of deinstalling, crating and shipping, and you will insure the Equipment for its full replacement value during shipping.

**4. TAXES AND FEES.** You are responsible for all taxes (including, without limitation, sales, use and personal property taxes, and excluding only taxes based on Our income), levies, assessments, license and registration fees and other governmental charges relating to this Lease or the Equipment (collectively, with such taxes, "Governmental Charges"). You agree to promptly pay Us, on demand, estimated future Governmental Charges. You authorize Us to pay any Governmental Charges as they become due, and You agree to reimburse Us promptly upon demand for the full amount (less any estimated amounts previously paid by You). You also agree to pay Us a fee, in accordance with Our current fee schedule, which may change from time to time, for additional services We may provide to You at Your request during this Lease. You agree that the fees set forth in this Lease may include a profit.

**5. LOSS OR DAMAGE.** As between you and us, you are responsible for any loss, theft or destruction of, or damage to the Equipment (collectively "Loss") from any cause at all, whether or not insured, until it is delivered to us at the end of this Lease. You are required to make all Lease Payments even if there is a Loss. You must notify us in writing immediately of any Loss. Then, at our option, you will either (a) repair the Equipment so that it is in good condition and working order, eligible for any manufacturer's certification, or (b) pay us the amounts specified in Section 9(b) below.

**6. INSURANCE/COLLATERAL PROTECTION.** You agree (a) to keep the Equipment fully insured against loss at its replacement cost; (b) to maintain comprehensive public liability insurance; (c) to provide proof of insurance satisfactory to Us within a reasonable time following our written request; (d) If You fail to obtain and maintain property loss insurance satisfactory to Us and/or You fail to provide proof of such insurance to Us within a reasonable time following our written request, We have the option, but not the obligation, to do as provided in either (A) or (B) as follows, as determined in Our discretion. (A) We may secure property loss insurance on the Equipment from a carrier of Our choosing in such forms and amounts as We deem reasonable to protect Our interests. If We place insurance on the Equipment, We will not name You as an insured and Your interests may not be fully protected. If We secure insurance on the Equipment, You will pay Us an amount for the premium which may be higher than the premium that You would pay if You placed the insurance independently and may result in a profit to Us through an investment in reinsurance. Any insurance proceeds received will be applied, at Our option, (i) to repair, restore or replace the Equipment, or (ii) to pay Us the remaining balance of the Agreement plus Our estimated residual value, both discounted at 6% per year, provided We elect to apply this subsection A. (B) We may bill You and You shall pay Us a monthly property damage surcharge of up to .0035 of the total stream of payments as a result of our administrative costs, credit risk or other costs. We may make a profit on this program. Provided You are current in paying the property damage surcharge and all other obligations under this Agreement at the time of a loss (intentional acts are not included), the remaining balance owed on this Agreement will be forgiven, provided We elected to apply this subsection B. NOTHING IN THIS SECTION WILL RELIEVE YOU OF YOUR OBLIGATION TO MAINTAIN LIABILITY INSURANCE COVERING THE EQUIPMENT.

**7. TITLE; RECORDING.** We are the owner of and will hold title to the Equipment. You will keep the Equipment free of all liens and encumbrances. Unless the Purchase Option price shown on the front of this Lease is $1.00, you agree that this transaction is a true lease. However, if this transaction is deemed to be a lease intended for security, you grant us a security interest in the Equipment (including any replacements, substitutions, additions, attachments and proceeds). You will deliver to us any signed documents we request to protect our interest in the equipment. YOU AUTHORIZE US TO FILE A COPY OF THIS LEASE AS A FINANCING STATEMENT AND FILE AT ANY TIME, FINANCING STATEMENTS COVERING THE EQUIPMENT. YOU HEREBY RATIFY AND AUTHORIZE ANY SUCH FILINGS WE MAY MAKE BEFORE YOU SIGN THIS LEASE.

**8. DEFAULT.** Each of the following is a "Default" under this Lease. (a) you fail to pay any Lease Payment or any other payment within 30 days of its due date, which due date shall be set forth on an invoice mailed to you 45 days in advance of the date due; (b) you do not perform any of your other obligations under this Lease or in any other agreement with us or with any of our affiliates and this failure continues for 10 business days after we have notified you of it; or (c) you become insolvent, you dissolve, you assign your assets for the benefit of your creditors, you sell, transfer or otherwise dispose of all or substantially all of your assets, or you enter (voluntarily or involuntarily) any bankruptcy or reorganization proceeding.

**9. REMEDIES.** If a Default occurs, we may do one or more of the following: (a) we may cancel or terminate this Lease and any or all other agreements that we have entered into with you; (b) we may require you to immediately pay us, AS COMPENSATION FOR LOSS OF OUR BARGAIN AND NOT AS A PENALTY, the sum of (i) all past due and current Lease Payments and Lease Charges, (ii) the present value of all remaining Lease Payments and Lease Charges, discounted at a rate of 6% per annum (or the lowest rate permitted by law, whichever is higher), and (iii) the Fair Market Value of the Equipment, (c) require you to return all of the Equipment or take possession of the Equipment, in which case you shall be responsible for any damage to the Equipment other than ordinary wear and tear as determined in our sole discretion and in which case we shall not be responsible for any losses directly or indirectly arising out of, or by reason of the presence and/or use of any and all proprietary information residing on or within the Equipment, and to lease or sell the Equipment or any portion thereof, and to apply the proceeds less reasonable selling and administrative expenses, to the amounts due hereunder; (d) charge you interest on all amounts due us from the due date until paid at the rate of 1-1/2% per month, but in no event more than the lawful maximum rate; (e) charge you for the expenses incurred in connection with the enforcement of our remedies including, without limitation, repossession, repair and collection costs, reasonable attorneys' fees and court costs. "Fair Market Value" of the Equipment means its' fair market value at the end of the Term, assuming good order and condition as estimated by us. These remedies are cumulative and are in addition to any other remedies provided for by law, and may be exercised concurrently or separately. Any failure or delay by us to exercise any right shall not operate as a waiver of any other right or future right. You will remain responsible for the remaining balance after such application.

**10. FINANCE LEASE STATUS.** The parties intend this to be a "finance lease" under Article 2A of the Uniform Commercial Code ("UCC"). You waive all rights and remedies conferred upon a lessee by Article 2A of the UCC (508-522).

**11. ASSIGNMENT. YOU MAY NOT ASSIGN, SELL, TRANSFER OR SUBLEASE THE EQUIPMENT OR YOUR INTEREST IN THIS LEASE WITHOUT OUR PRIOR CONSENT, WHICH CONSENT SHALL NOT BE UNREASONABLY WITHHELD, PENDING OUR CREDIT APPROVAL OF THE ASSIGNEE, TO BE DETERMINED AT OUR SOLE DISCRETION.** We may, without notifying you, sell, assign, or transfer this Lease and our rights in the Equipment. You agree that the assignee will have the same rights and benefits that we have now under this Lease but not our obligations. The rights of the assignee will not be subject to any claim, defense or set-off that you may have against us.

**12. PURCHASE OPTION; AUTOMATIC RENEWAL.** If no Default exists under this Lease, you will have the option at the end of the initial or any renewal term to purchase all (but not less than all) of the Equipment at the Purchase Option price shown on the front of this Lease, plus any applicable taxes. Unless the Purchase Option price is $1.00, you must give us at least 30 days, but not more than 150 days, written notice before the end of the initial lease term, or any renewal term, that you will purchase the Equipment or that you will return the Equipment to us. If you do not give us such written notice or if you do not purchase or deliver the Equipment in accordance with the terms of this Lease, this Lease will automatically renew for successive month to month renewal terms. During such renewal term(s) the Lease Payment will remain the same. We may cancel an automatic renewal term by sending you written notice 30 days prior to such renewal term. If the Fair Market Value Purchase Option has been selected, we will use our reasonable judgment to determine the Equipment's in use and in place fair market value. If you do not agree with our determination of the Equipment's fair market value, the fair market value (in use and in place) will be determined at your expense by an independent appraiser selected by us. Upon payment of the Purchase Option price, we shall transfer our interest in the Equipment to you "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease will terminate.

**13. INDEMNIFICATION.** You are responsible for all losses, damage, claims, infringement claims, injuries, and attorneys' fee and costs ("Claims"), incurred or asserted by any person or entity, in any manner relating to the Equipment, including its use, condition, or possession. You agree to defend and indemnify us against all Claims, although we reserve the right to control the defense and to select or approve defense counsel. This indemnity continues beyond the termination of this Lease, for acts or omissions which occurred during the term of this Lease. You also agree that this Lease has been entered into on the assumption that we may be entitled to certain tax benefits available to the owner of the Equipment. In the case of an FMV Lease or a 10% Lease, you agree to indemnify us for the loss of any income tax benefits caused by your acts or omissions inconsistent with such assumption of this Lease. In the event of any such loss, we may increase the Lease Payments and other amounts due to offset any such adverse effect.

**14. CREDIT INFORMATION. YOU AUTHORIZE US OR ANY OF OUR AFFILIATES TO OBTAIN CREDIT BUREAU REPORTS, AND MAKE OTHER CREDIT INQUIRIES THAT WE DETERMINE ARE NECESSARY. ON YOUR WRITTEN REQUEST, WE WILL INFORM YOU WHETHER WE HAVE REQUESTED A CONSUMER CREDIT REPORT AND THE NAME AND ADDRESS OF ANY CONSUMER CREDIT REPORTING AGENCY THAT FURNISHED A REPORT. YOU ACKNOWLEDGE THAT WITHOUT FURTHER NOTICE WE MAY USE OR REQUEST ADDITIONAL CREDIT BUREAU REPORTS TO UPDATE OUR INFORMATION SO LONG AS YOUR OBLIGATIONS TO US ARE OUTSTANDING.**

**15. FAX EXECUTION.** A fax version of this Lease when received by us shall be binding on you for all purposes as if originally signed. However, the Lease shall only become effective and binding against us when originally signed by us in one of our corporate offices. You agree that the only version of the Lease that is the original for all purposes is the version containing your fax signature and our original signature. If you elect to sign and transmit a Lease by fax, you waive notice of our acceptance of this Lease and receipt of a copy of the originally signed Lease.

**16. MISCELLANEOUS.** You agree that the terms and conditions contained in this Lease make up the entire agreement between you and us regarding the lease of the Equipment. This Lease is not binding on us until we sign it. Any change in any of the terms and conditions of this Lease must be in writing and signed by us. If we delay or fail to enforce any of our rights under this Lease, we will still be entitled to enforce those rights at a later time. All notices shall be given in writing by the party sending the notice and shall be effective when deposited in the U.S. Mail, addressed to the party receiving the notice at its address shown on the front of this Lease (or to any other address specified by that party in writing) with postage prepaid. All of our rights and indemnities will survive the termination of this Lease. It is the express intent of the parties not to violate any applicable usury laws or to exceed the maximum amount of time price differential or interest, as applicable, permitted to be charged or collected by applicable law, and any such excess will be applied to Lease Payments in inverse order of maturity, and any remaining excess will be refunded to you. If you do not perform any of your obligations under this Lease, we have the right, but not the obligation, to take any action or pay any amounts that we believe are necessary to protect our interests. You agree to reimburse us immediately upon our demand for any such amounts that we pay. If more than one Lessee has signed this Lease, each of you agrees that your liability is joint and several. This Lease supersedes any purchase orders that relate to this transaction.