**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a  HAHNEMANN UNIVERSITY HOSPITAL, et al. | Case No. 19-11466 |
| | (Joint Administration Requested) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2019, she caused a true and correct copy of the foregoing *Objection of LEAF Capital Funding, LLC to Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases* to be served on all parties on the attached service list via first-class mail, and as otherwise indicated thereon.

FINEMAN KREKSTEIN & HARRIS

/s/ *Deirdre M. Richards*
Deirdre M. Richards (#4191)
1300 N. King Street
Wilmington, DE 19801

{01627465;v1}

**SERVICE LIST**

CENTER CITY HEALTHCARE, LLC
d/b/a HAHNEMANN UNIVERSITY
HOSPITAL, et al.
CaseNo.19-11466(KG)

(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801

(United States Attorney)
David C. Weiss, Esquire
c/o Ellen Slights, Esquire
Office of the United States Attorney
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

(United States Trustee)
Benjamin Hackman, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-6519
Benjamin.a.hackman@usdoj.gov
**VIA HAND DELIVERY Also**

(Counsel to the Debtors)
Mark Minuti, Esquire
Monique DiSabatino, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899
Monique.disabatino@saul.com
Mark.manuti@saul.com
**VIA HAND DELIVERY Also**

(Counsel to Capital One, N.A.)
Gregory A. Taylor, Esquire
Katharina Earle, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE 19801

(Counsel to Drexel University)
Tobey M. Daluz, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

(Counsel to Harrison Street Real Estate
LLC)
Stuart M. Brown, Esquire
DLA Piper LLP
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

(Counsel to SpecialtyCare Inc.)
Marc S. Casarino, Esquire
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE 19801

(Counsel to Commonwealth of Pennsylvania
Department of Health)
Richard A. Barkasy, Esquire
Daniel M. Pereira, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801

(Counsel to General Healthcare Resources, LLC)
Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1007 N. Orange Street, Suite 501
Wilmington, DE 19801

(Counsel to Veolia Energy Philadelphia, Inc.)
Howard A. Cohen, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1761

(Counsel to Gift of Life Donor Program, Greater Delaware Valley Society)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621

(Counsel to Tower Health)
Joseph H. Huston, Esquire
Stevens & Lee, P.C.
919 N. Market Street, Suite 1300
Wilmington, DE 19801

(Counsel to Vitalant)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

(Counsel to Suzanne Koenig, Patient Care Ombudsman)
Dennis A. Melaro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

(Counsel to Temple University Health System, Inc.)
Marcy J. McLaughlin, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

(Proposed Counsel to the Official Committee of Unsecured Creditors)
Thomas M. Horan, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19801
thoran@foxrothschild.com
**VIA HAND DELIVERY Also**

(Counsel to MidCap Funding IV Trust, MidCap Financial Trust, MidCap Funding H Trust)
Joelle E. Polesky, Esquire
Stradley, Ronan, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801

(Counsel to Association of American Medical Colleges (the "AAMC") and the Educational Commission for Foreign Medical Graduates (the "ECFMG")
Justin R. Alberto, Esquire
Sophie E. Macon, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

(Counsel to Medline Industries, Inc.)
Frederick B. Rosner, Esquire
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

{01627465;v1}    2

(Counsel to Roche Diagnostics Corporation)
David M. Powlen, Esquire
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801

(Counsel to Cerner Corporation)
William F. Taylor, Jr., Esquire
Mccarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

(Counsel to Suzanne Richards and Pamela Saechow)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

(Counsel to Albert Einstein Healthcare Network)
Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

(Counsel to Laboratory Corporation of America® Holdings ("LabCorp") and Monogram Biosciences, Inc. ("Monogram")
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

(Counsel to Hackensack Meridian Health)
Natasha M. Songonuga, Esquire
Robert K. Malone, Esquire
David N. Crapo, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1761

(Counsel to Coloplast Corp.)
Stephanie A. Fox, Esquire
Maron Marvel Bradley Anderson & Tardy LLC
120 I N. Market Street, Suite 900
Wilmington, DE 19801

(Counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621

(Counsel to Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

(Counsel to St. Christopher's Hospital for Children Medical Staff)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801


(Counsel to the Debtors)
Jeffrey Hampton, Esquire
Adam Isenberg, Esquire
Aaron Applebaum, Esquire
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com
aisenberg@saul.com
Aaron.applebaum@saul.com


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530


United States Department of Justice
Civil Division
1100 L Street, NW, 10030
Washington, DC 20005

Josh Shapiro, Esquire
Office of the Attorney General
Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA 17120


Pennsylvania Dept. of Human Services
1401 North Seventh Street
Harrisburg, PA 17105


Pennsylvania Dept. of Human Services
PO Box 2675
Harrisburg, PA 17105-2675


Attn: Law Dept
City of Philadelphia
1515 Arch Street, I 7th Floor
Philadelphia, PA 19102


(Top 30 Creditors)
Rob Dubow
City of Philadelphia
Code Violation Enforcement Division
PO Box 56318
Philadelphia, PA 19130


(Top 30 Creditors)
Candice Henson
Concentra d/b/a Concentra Medical Centers
5080 Spectrum Drive, 1200W
Addison, TX 75001


(Top 30 Creditors) Kay Ennis
Nthrive Inc.
200 North Point Center E, Suite 600
Alpharetta, GA 30022

(Top 30 Creditors)
Peter J Butera, Esquire
Smith & Nephew
150 Minuteman Road
Andover, MA 01810

(Top 30 Creditors) Brooke Mitch
Ino Therapeutics LLC d/b/a Mallinckrodt Pharmaceuticals
1425 US Route 206
Bedminster, NJ 07921

(Top 30 Creditors)
Eric Vautrin
Olympus America Inc.
3500 Corporate Parkway
Center Valley, PA 18034-0610

(Top 30 Creditors) Dennis Czaplicki
Crothall Healthcare Inc.
13028 Collections Center Drive
Chicago, IL 60693

(Top 30 Creditors)
Brian Castelein, CBA
Medtronic USA Inc.
4642 Collections Center Drive
Chicago, IL 60693

(Top 30 Creditors)
Kelley Maskeri
Premier Healthcare Solutions
5882 Collections Center Drive
Chicago, IL 60693

(Top 30 Creditors)
Nick Gulland
Optuminsight
11000 Optum Circle
Eden Prairie, MN 55344

(Top 30 Creditors)
Nicole Hassler
Champion Energy
1500 Rankin Road, Suite 200
Houston, TX 77073

(Top 30 Creditors)
John Erickson
Ensemble RCM LLC
13620 Reese Blvd, Suite 200
Huntersville, NC 28078

(Top 30 Creditors)
Quality Systems Inc.
18111 Von Karman Ave, Suite 700
Irvine, CA 92612

(Top 30 Creditors)
Ian Wilson
Cerner Corp
2800 Rockcreek Parkway
Kansas City, MO 64117

(Top 30 Creditors)
Donald J. Damico
Global Neurosciences Institute
3100 Princeton Park, Building 3, Suite D
Lawrenceville, NJ 08648

(Top 30 Creditors) Clenn Frost
Renal Treatment Centers Se LP - Davita
2476 East Swedesford Road, Suite 150
Malvern, PA 19355

(Top 30 Creditors) Shane Reed
Medline Industries Inc.
Three Lakes Drive
Northfield, IL 60093

(Top 30 Creditors)
Benefit Fund for Hosp & Health
1319 Locust Street
Philadelphia, PA 19107

(Top 30 Creditors)
Anthony Esposito
Drexel University
3201 Arch Street, Suite 420
Philadelphia, PA 19104

(Top 30 Creditors) Stacy Cramer
Greater Delaware Valley Society
401 N 3rd Street
Philadelphia, PA 19123

(Top 30 Creditors)
Temple University Hospital
Cashier Office
3401 N. Broad Street, Rm A 131
Philadelphia, PA 19140

(Top 30 Creditors)
Tricia Marts
Veolia Energy Philadelphia Inc.
2600 Christian Street
Philadelphia, PA 19146

(Top 30 Creditors)
Subbarao Pushadapu
NTT Data Services LLC
7950 Legacy Dr, Suite 900
Plano, TX 75024

(Top 30 Creditors)
Al Santosusso
Universal Protection SVS LP
1551 North Tustin Ave, Suite 650
Santa Ana, CA 92705

(Top 30 Creditors)
Patty Paget
DePuy Synthes Sales
Customer Receivables Management
Highway 22 N
Somerville, NJ 08876-1051

(Top 30 Creditors)
Tara Smalls
American Red Cross
430 17th St NW
Washington, DC 20006

(Top 30 Creditors)
Arushi Chandran
General Electric Co. d/b/a GE Healthcare
9900 Innovation Drive
Wauwatosa, WI 53226-4856

(Top 30 Creditors)
Pittsburgh National Bank 640382
Amy Dorfmeister, Esquire
Ernst & Young US LLP
1 PPG Pl #2100
Pittsburgh, PA 15264


(Debtors' Union)
Pennsylvania Association of Staff Nurses
and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428


(Debtors' Union)
International Brotherhood of Electrical
Workers, Local 98
1701 Spring Garden Street
Philadelphia, PA 19130


(Debtors' Union)
National Union of Hospital and Healthcare
Employees,  AFSCME,  AFL-CIO
1319 Locust Street
Philadelphia, PA 19107


(Debtors' Union)
National Union of Hospital and Healthcare
Employees, District 1199C
1319 Locust Street
Philadelphia, PA 19107


(Counsel to SpecialtyCare, Inc.)
Amy E. Vulpio, Esquire
White and Williams LLP
1650 Market Street, 18th Floor
Philadelphia, PA 19103


(Counsel to certain of the union)
Jonathan Walters, Esquire
Markowitz & Richman
123 South Broad Street, Suite 2020
Philadelphia, PA 19109


(Counsel to certain of the unions (1199) and
Benefit Fund for Hospital and Health Care
Employees, Philadelphia and Vicinity)
Lance Geren, Esquire
O'Donoghue & O'Donoghue LLP
325 Chestnut Street, Suite 600
Philadelphia,  PA  19106


(Counsel to Harrison Street Real Estate,
LLC)
Richard A. Chesley, Esquire
DLA Piper LLP
444 W. Lake Street, Suite 900
Chicago, IL 60606


(Counsel to MidCap Funding IV Trust)
Deborah A. Reperowitz, Esquire
Stradley Ronan Stevens & Young LLP
100 Park Avenue, Suite 2000
New York, NY 10017


(Counsel to Capital One, N.A.)
Louis A. Curcio, Esquire
Jessica D. Mikhailevich, Esquire
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022


(Counsel to Capital One, N.A.)
Matthew R. Brooks, Esquire
Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

(Counsel to Drexel University)
Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

(Counsel to Drexel University College of Medicine)
Stephen A. Cozen, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

(Counsel to Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC)
Stephen C. Hackney, P.C.
Gregory F. Pesce, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

(Counsel to Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC)
Nicole L. Greenblatt, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

(Counsel to the City of Philadelphia)
Megan Harper, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*)
Carol E. Momjian, Esquire
Christopher R. Momjian, Esquire
Office of the Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103

(Counsel to Suzanne Koenig, Patient Care Ombudsman)
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601

(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*)
Ryan B. Smith, Esquire
Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103

(Counsel to Veolia Energy Philadelphia, Inc.)
Dale E. Barney, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General, *asparenspatriae)*
David Dembe, Esquire - Sr. Deputy Attorney General
Lisa M. Rhode, Esquire - Sr. Deputy Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103

(Counsel to DaVita, Inc., and Renal Treatment Centers - Northeast, Inc.)
Timothy M. Swanson, Esquire
Vikrama S. Chandrashekar, Esquire
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202

(Counsel to Rydal Square L.P.)
Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147-1222

Robert Lapowsky, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
rl@stevenslee.com

(Counsel to NTT Data Services)
Sabrina L. Streusand, Esquire
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, TX 78746

(Counsel to General Healthcare Resources, LLC)
Rachel Jaffe Mauceri, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

(Counsel to United States of America)
Marc S. Sacks, Esquire
U.S. Department of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

(Counsel to Temple University Health System, Inc.)
Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

(Counsel to Hayes Locum, LLC)
Daniel K. Hogan, Esquire
Garvan F. McDaniel, Esquire
Daniel C. Kerrick, Esquire
Hogan+McDaniel
1311 Delaware Avenue
Wilmington, DE 19805

Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
bmankovetskiy@sillscummis.com
asherman@sillscummis.com
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

(Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals)
Mitchell Malzberg, Esquire
Law Offices of Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
PO Box 5122
Clinton, NJ 08809

(Counsel to MidCap Funding IV Trust, MidCap Financial Trust, MidCap Funding H Trust)
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

(Counsel to Association of American Medical Colleges (the "AAMC") and the Educational Commission for Foreign Medical Graduates (the "ECFMG")
Oscar N. Pinkas, Esquire
Lauren Macksoud, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

(Counsel to Medline Industries, Inc.)
George P. Angelich, Esquire
Phillip Khezri, Esquire
Arent Fox LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

(Office of Unemployment Compensation Tax Services ("UCTS"))
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

(Counsel to Cerner Corporation)
Darrell W. Clark, Esquire
Tracey M. Ohm, Esquire
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006

(Counsel to Paths, LLC)
Christina J. Pross, Esquire
Mattleman Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

(Counsel to Suzanne Richards and Pamela Saechow)
Phillip D. Berger, Esquire
Matthew R. Kaufmann, Esquire
Berger Law Group, P.C.
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010

(Counsel to Albert Einstein Healthcare Network)
Mairi V. Luce, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196

Penny J. Rezet
Executive Vice President & Chief Legal Officer
Albert Einstein Healthcare Network
5501 Old York Road
Philadelphia, PA 19141

William J. Wickward, Jr., Esquire
General Counsel
CS Medical
2179 E. Lyon Station Road
Creedmoor, NC 27522

(Counsel to Med One Capital Funding, LLC)
David H. Leigh, Esquire
Ray Quinney & Nebeker, P.C.
36 S. State Street, 14th Floor
Salt Lake City, UT 84111

(Counsel to Philadelphia Hospital and Healthcare. Employees - District 11 99C Training and Upgrading Fund ("Training Fund"))
Training & Upgrading Fund
c/o Susan A. Murray, Esquire
Freedman & Lorry, P.C.
160I Market Street, Suite 1500
Philadelphia, PA 19103

(Counsel to Ensemble RCM, LLC d/b/a Ensemble Health Partners)
Jeffrey R. Barber, Esquire
Jones Walker LLP
190 E. Capitol Street, Suite 800 (3920I)
PO Box 427
Jackson, MS  39205-0427

(Counsel to Sodexo Management, Inc. aka Sodexo, Inc. & Affiliates)
Judy D. Thompson, Esquire
JD Thompson Law
PO Box 33127
Charlotte, NC 28233

(Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals)
Claiborne S. Newlin, Esquire Markowitz and Richman
123 S. Broad Street, Suite 2020
Philadelphia, PA 19109

(Counsel to Hackensack Meridian Health)
Patricia A. Celano, Esquire
Pearlman & Miranda, LLC
110 Edison Place, Suite 30 I
Newark, NJ 07102

(Counsel to SBJ Group Inc.)
E. Todd Sable, Esquire
Lawrence A. Lichtman, Esquire
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

(Counsel to Vizient, Inc.)
David L. Campbell, Esquire
Eli D. Pierce, Esquire
Underwood Perkins, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 1900
Dallas, TX 75240

(Counsel to ThermaSolutions, Inc.)
Marc A. Al, Esquire
Stoel Rives LLP
33 S. 6th Street, Suite 4200
Minneapolis, MN 55402

(Counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.)
Marita S. Erbeck, Esquire
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047

(Counsel to Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC)
Suzzanne Uhland, Esquire
Daniel S. Shamah, Esquire
Diana M. Perez, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036


(Counsel to St. Christopher's Hospital for Children Medical Staff)
Albert A. Ciardi III, Esquire
Ciardi Ciardi & Astin
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103