# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>**Ref. Docket No. 319, 353, 577** |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREENBERG TRAURIG, LLP, AS COUNSEL, *NUNC PRO TUNC* AS OF JULY 3, 2019

Upon the application (the "**Application**") of Suzanne Koenig, the patient care ombudsman (the "**Ombudsman**") appointed in the Chapter 11 cases of Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, *et al.*, Case No. 19-11466 (KG) (the "**Debtors**"), for entry of an Order, pursuant to sections 105, 330 and 333 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing the retention and employment of the law firm of Greenberg Traurig, LLP ("**Greenberg Traurig**"), as counsel for the Ombudsman, *nunc pro tunc* as of July 3, 2019; and upon reviewing and considering the Corrected Affidavit of Nancy A. Peterman in support of the Application (the "**Peterman Affidavit**") and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the

---

Peterman Affidavit, Greenberg Traurig

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

represents no interest adverse to the Debtors' estates or their creditors with respect to the matters upon which it is to be engaged, Greenberg Traurig is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Greenberg Traurig's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted to the extent provided herein.

2. The Ombudsman is authorized to retain Greenberg Traurig as her counsel, pursuant to sections 105 and 333 of the Bankruptcy Code, *nunc pro tunc* as of July 3, 2019, to perform the services set forth in the Application.

3. Greenberg Traurig shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Orders of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.