## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | : : : | Case No. 19-11466 (KG) Jointly Administered |
| | : | |
| Debtors. | : : | Re: Docket Nos. 301, 510 |

### LIMITED OBJECTION AND RESERVATION OF RIGHTS OF HAYES LOCUM, LLC TO NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS

Hayes Locum, LLC, aka Hayes Healthcare, LLC ("**Hayes**"), by and through its undersigned counsel, files the following limited objection and reservation of rights ("**Limited Objection**") to the Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [Docket No. 510] (the "**Cure Notice**")[2] filed by St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("**SCH**") and certain of its affiliates, as debtors and debtors in possession (collectively, "**Debtors**"), and states as follows:

### BACKGROUND

1.      On June 30, 2019 and July 1, 2019 (the "**Petition Dates**"), each of Debtors filed a voluntary petition for Chapter 11 relief in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); St. Chris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C. (5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Cure Notice.

2. Prior to the Petition Dates, Hayes entered into a Physicians Locum Tenens Coverage Agreement effective as of March 13, 2019 (together with all exhibits, the **"Hayes Contract"**) with Philadelphia Academic Health Holdings, LLC on behalf of Hahnemann University Hospital ("**PAHS**") and St. Christopher's Hospital for Children ("**SCHC**") and their affiliated physician groups.

3. On July 16, 2019, SCH filed Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Dkt. No. 205] (the **"Sale Motion"**).

4. On July 26, 2019, the Court entered an order [Dkt. No. 301] (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures requested in the Sale Motion.

5. On August 16, 2019, Debtors filed the Cure Notice, which designates the Hayes Contract for possible assumption and assignment and sets forth a proposed cure amount of $346,059.79 (the **"Proposed Cure Amount"**) in connection therewith.

**LIMITED OBJECTION**

6. Hayes does not oppose the proposed sale described in the Sale Motion, nor does Hayes generally oppose assumption and assignment of the Agreement in the sale. Hayes files this limited objection to the Cure Notice because the proposed Cure Amount referenced therein is understated and is for an amount that is less than what is reflected as due on Hayes' books and records. Under Section 365(b)(1) of the Bankruptcy Code, a contract may be assumed as an executory contract only if the debtor, at the time of such assumption, cures outstanding defaults and provides adequate assurance that they will be promptly cured. As more fully set forth on the account statement attached **as Exhibit "A"** hereto, Hayes' records reflect that a balance of $370,069.15 is presently overdue in connection with the Hayes Contract. An additional balance of $3,909.35 is due post-petition and increases the cure amount to $373,978.50 if not paid in the ordinary course.

7. Accordingly, the Proposed Cure Amount does not satisfy the requirements of Section 365(b)(1) of the Bankruptcy Code which requires the Debtors to fully cure all monetary defaults to assume the Hayes Contract. Hayes hereby objects to the Proposed Cure Amount. Any assumption of the Hayes Contract must be conditioned upon full payment of the outstanding balance of $370,069.15 ($373,978.50 if the invoices due August 30, 2019 are not paid in the ordinary course). Hayes continues to provide post-petition services to the Debtors' estates under the Hayes Contract. As such, additional amounts may continue to accrue to the extent not paid by the Debtors in the ordinary course. Hayes is concerned about the binding nature of the proposed cure amount without knowing when a sale will close or what payments, if any, will be made for those post-petition services.

## RESERVATION OF RIGHTS

8.     Hayes reserves the right to supplement and/or amend this limited objection and to introduce evidence at any hearing related to the Sale Motion and/or the Cure Notice and this limited objection.

**WHEREFORE**, Hayes respectfully requests that this Honorable Court condition the assumption and assignment of the Hayes Contract on the full payment of the correct cure amount and provide such further relief as this court deems just and proper.

Dated: August 29, 2019
Wilmington, Delaware

**HOGAN♦MCDANIEL**

*/s/Daniel K. Hogan*
Daniel K. Hogan (No. 2814)
Garvan F. McDaniel (No. 4167)
Daniel C. Kerrick (No. 5027)
1311 Delaware Avenue
Wilmington, DE 19805
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: dkhogan@dkhogan.com
        gfmcdaniel@dkhogan.com
        dckerrick@dkhogan.com

***Attorneys for Hayes Healthcare, LLC***