# Exhibit A

## St. Christopher's Hospital for Children
**Amount Owed ((Pre-petition and post-petition)**

| Customer Number | Customer Name | Document N | Document Type | Document Date | Sales Amount |
|---|---|---|---|---|---|
| STC001 | St. Christopher's Hospital for Children | 23559 | Sales / Invoices | 5/3/2019 | 26,966.09 |
| STC001 | St. Christopher's Hospital for Children | 23570 | Sales / Invoices | 5/3/2019 | 18,377.81 |
| STC001 | St. Christopher's Hospital for Children | 23585 | Sales / Invoices | 5/3/2019 | 22,750.68 |
| STC001 | St. Christopher's Hospital for Children | 23857 | Sales / Invoices | 5/17/2019 | 24,745.77 |
| STC001 | St. Christopher's Hospital for Children | 23861 | Sales / Invoices | 5/17/2019 | 18,537.66 |
| STC001 | St. Christopher's Hospital for Children | 24273 | Sales / Invoices | 5/31/2019 | 25,378.45 |
| STC001 | St. Christopher's Hospital for Children | 24275 | Sales / Invoices | 5/31/2019 | 17,986.88 |
| STC001 | St. Christopher's Hospital for Children | 24309 | Sales / Invoices | 5/31/2019 | 21,487.12 |
| STC001 | St. Christopher's Hospital for Children | 24562 | Sales / Invoices | 6/14/2019 | 27,449.02 |
| STC001 | St. Christopher's Hospital for Children | 24570 | Sales / Invoices | 6/14/2019 | 19,095.09 |
| STC001 | St. Christopher's Hospital for Children | 24572 | Sales / Invoices | 6/14/2019 | 26,766.79 |
| STC001 | St. Christopher's Hospital for Children | 24620 | Sales / Invoices | 6/14/2019 | 134.00 |
| STC001 | St. Christopher's Hospital for Children | 24853 | Sales / Invoices | 6/28/2019 | 18,611.83 |
| STC001 | St. Christopher's Hospital for Children | 24856 | Sales / Invoices | 6/28/2019 | 23,112.04 |
| STC001 | St. Christopher's Hospital for Children | 24863 | Sales / Invoices | 6/28/2019 | 21,600.82 |
| STC001 | St. Christopher's Hospital for Children | 24991 | Sales / Invoices | 7/12/2019 | 560.90 |
| STC001 | St. Christopher's Hospital for Children | 24992 | Sales / Invoices | 7/12/2019 | 128.32 |
| STC001 | St. Christopher's Hospital for Children | 24993 | Sales / Invoices | 7/12/2019 | 26,046.30 |
| STC001 | St. Christopher's Hospital for Children | 24998 | Sales / Invoices | 7/12/2019 | 1,949.17 |
| STC001 | St. Christopher's Hospital for Children | 24999 | Sales / Invoices | 7/12/2019 | 1,010.73 |
| STC001 | St. Christopher's Hospital for Children | 25001 | Sales / Invoices | 7/12/2019 | 23,740.23 |
| STC001 | St. Christopher's Hospital for Children | 25349 | Sales / Invoices | 7/26/2019 | 3,364.32 |
| STC001 | St. Christopher's Hospital for Children | 25440 | Sales / Invoices | 7/26/2019 | 269.13 |
| | | | | | **370,069.15** |
| STC001 | St. Christopher's Hospital for Children | various | Sales / Invoices | 8/30/2019 | **3,909.35** |
| | | | | **Total** | **$373,978.50** |