## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2019, in accordance with the Bidding Procedures Order, a copy of the foregoing Limited Objection and Reservation of Rights of Hayes Locum, LLC to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors was served via electronic mail or by first class mail, postage prepaid, on the following parties:

Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Attn. Mark Minuti
Attn. Monique B. DiSabatino
mark.minuti@saul.com
monique.disabatino@saul.com

Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Attn. Jeffrey C. Hampton
Attn. Adam H. Isenberg
Attn. Aaron S. Applebaum
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

Thomas M. Horan
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
E-mail: thoran@foxrothschild.com

Office of the U.S. Trustee
for the District of Delaware
844 King Street
Suite 2207, Lockbox 35
Wilmington, Delaware 19801
(via first class mail)

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
E-mail: asherman@sillscummis.com
E-mail: bmankovetskiy@sillscummis.com

Joelle E. Polesky, Esquire
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
E-mail: jpolesky@stradley.com

Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103
E-mail: gsantamour@stradley.com

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)