# EXHIBIT A

## SUMMARY OF TIMEKEEPERS

## SUMMARY OF TIMEKEEPERS

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| B. Whitaker | Consultant | 19.6 | $125.00 | $2,450.00 |
| D. Green | Consultant | 28.5 | $125.00 | $3,562.50 |
| K. Nownes | Senior Consultant | 3.7 | $155.00 | $573.50 |
| O. Davis | Consultant | 51.0 | $105.00 | $5,355.00 |
| Y. Bederman | Senior Consultant | 3.0 | $145.00 | $435.00 |
| | **TOTAL** | **105.8** | --- | **$12,376.00** |