# EXHIBIT B

## DETAILED TIME RECORDS



**Omni Management Group**
5955 DeSoto Ave
Suite 100
Woodland Hills, CA 91367
818-906-8300

08-14-2019

Center City Healthcare, LLC- 327

**Invoice Number: 7443**
Invoice Period: 07-01-2019 - 07-31-2019

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-08-2019 | Katie Nownes | Call With Monique DiSabatino, Olivia Davis, Brittney Whitaker and Andrew Still re: schedule and sofa information | 0.40 | 155.00 | 62.00 |
| 07-08-2019 | Brittney Whitaker | Call With Monique DiSabatino, Olivia Davis, Katie Nownes and Andrew Still re: schedule and sofa information | 0.40 | 125.00 | 50.00 |
| 07-08-2019 | Olivia Davis | Call With Monique DiSabatino, Brittney Whitaker, Katie Nownes and Andrew Still re: schedule and sofa information | 0.40 | 105.00 | 42.00 |
| 07-12-2019 | Olivia Davis | Email communication with Monique DiSabatino and Andrew Still re: schedules and sofas timeline | 0.10 | 105.00 | 10.50 |
| 07-15-2019 | Olivia Davis | Review E-Mail Received And Respond To Monique DiSabatino and Andrew Still re: schedules and sofas | 0.50 | 105.00 | 52.50 |
| 07-15-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 4.00 | 105.00 | 420.00 |
| 07-16-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 0.40 | 105.00 | 42.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-16-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 0.80 | 105.00 | 84.00 |
| 07-16-2019 | Olivia Davis | Review E-Mail Received And Respond To Monique DiSabatino and Andrew Still re: schedules and sofas | 0.50 | 105.00 | 52.50 |
| 07-17-2019 | Brittney Whitaker | Conference Call With Monique DiSabatino, Andrew Still, Katie Nownes & Olivia Davis Re: Schedules and Sofa | 0.40 | 125.00 | 50.00 |
| 07-17-2019 | Katie Nownes | Conference Call With Monique DiSabatino, Brittney Whitaker & Olivia Davis Re: Schedules and Sofas | 0.40 | 155.00 | 62.00 |
| 07-18-2019 | David Green | Meet With Olivia Davis re Prep and Load of Schedule G information to database. | 0.30 | 125.00 | 37.50 |
| 07-18-2019 | David Green | Prep and Load of Schedule G information to database. | 1.50 | 125.00 | 187.50 |
| 07-18-2019 | Olivia Davis | Email communication with Monique DiSabatino and Andrew Still re: schedules and sofas | 0.20 | 105.00 | 21.00 |
| 07-18-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 4.30 | 105.00 | 451.50 |
| 07-18-2019 | Olivia Davis | Meet With David Green re: preparation of Schedule G | 0.30 | 105.00 | 31.50 |
| 07-18-2019 | Brittney Whitaker | Preparation of Schedule of Assets And Liabilities | 2.50 | 125.00 | 312.50 |
| 07-18-2019 | Olivia Davis | Review schedules and sofa information received from Monique DiSabatino and Andrew Still | 1.00 | 105.00 | 105.00 |
| 07-19-2019 | Olivia Davis | Review E-Mail Received And Respond To Monique DiSabatino and Andrew Still re: schedules and sofas | 0.30 | 105.00 | 31.50 |
| 07-19-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 3.70 | 105.00 | 388.50 |
| 07-19-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 2.20 | 105.00 | 231.00 |
| 07-19-2019 | Brittney Whitaker | Preparation of Schedule of Assets And Liabilities | 3.20 | 125.00 | 400.00 |
| 07-22-2019 | Brittney Whitaker | Preparation of Schedule of Assets And Liabilities | 1.20 | 125.00 | 150.00 |
| 07-22-2019 | David Green | Prep and Load Schedule G information to database. | 1.50 | 125.00 | 187.50 |
| 07-22-2019 | Olivia Davis | Review E-Mail Received And Respond To Monique DiSabatino re: schedules and sofas and changes to the creditor matrix | 0.30 | 105.00 | 31.50 |
| 07-22-2019 | Olivia Davis | Review E-Mail Received And Respond To Andrew Still re: schedules and sofas | 0.10 | 105.00 | 10.50 |
| 07-22-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 2.50 | 105.00 | 262.50 |
| 07-23-2019 | Olivia Davis | Call With Monique DiSabatino and Andrew Still re: schedules and sofas updates | 0.30 | 105.00 | 31.50 |
| 07-23-2019 | Olivia Davis | Review E-Mail Received And Respond To Andrew Still re: schedules and sofas information | 0.10 | 105.00 | 10.50 |
| 07-23-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 0.90 | 105.00 | 94.50 |
| 07-23-2019 | Olivia Davis | Email communication with Monique DiSabatino re: debtor entities for the schedules | 0.30 | 105.00 | 31.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-23-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 3.20 | 105.00 | 336.00 |
| 07-23-2019 | Olivia Davis | Update schedules and sofas tracker | 1.10 | 105.00 | 115.50 |
| 07-23-2019 | Olivia Davis | Meet With David Green to discuss and agree status and next steps for schedule G prep and load to database | 1.10 | 105.00 | 115.50 |
| 07-23-2019 | Olivia Davis | Email communication with Monique DiSabatino and Andrew Still re: schedules and sofas tracker | 0.10 | 105.00 | 10.50 |
| 07-23-2019 | David Green | Prep and Load Schedule G information to database - Lease Agreements. | 2.80 | 125.00 | 350.00 |
| 07-23-2019 | David Green | Meetings with Olivia Davis to discuss and agree status and next steps for Schedule G prep and Load to database. | 1.10 | 125.00 | 137.50 |
| 07-23-2019 | Brittney Whitaker | Preparation of Schedule of Assets And Liabilities | 0.50 | 125.00 | 62.50 |
| 07-23-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 2.80 | 125.00 | 350.00 |
| 07-23-2019 | Katie Nownes | Call With Monique DiSabatino and Andrew Still re: schedules and sofas updates | 0.30 | 155.00 | 46.50 |
| 07-24-2019 | David Green | Preparation of Schedule of Assets And Liabilities - Schedule G revisions | 0.40 | 125.00 | 50.00 |
| 07-24-2019 | David Green | Meet With Olivia Davis to discuss and agree next steps re Schedule G records. | 0.20 | 125.00 | 25.00 |
| 07-24-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 2.70 | 125.00 | 337.50 |
| 07-24-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 3.70 | 105.00 | 388.50 |
| 07-24-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 0.50 | 105.00 | 52.50 |
| 07-24-2019 | Olivia Davis | Meet With David Green to discuss and agree next steps re: Schedule G records | 0.20 | 105.00 | 21.00 |
| 07-25-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 1.00 | 105.00 | 105.00 |
| 07-25-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 3.50 | 105.00 | 367.50 |
| 07-25-2019 | Olivia Davis | Review E-Mails Received And Respond To Andrew Still re: schedule and sofa information | 0.40 | 105.00 | 42.00 |
| 07-25-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 2.80 | 125.00 | 350.00 |
| 07-25-2019 | David Green | Preparation of Schedule of Assets And Liabilities - Schedule G Additional Leases (Prep and Load). | 1.80 | 125.00 | 225.00 |
| 07-25-2019 | David Green | Meet With Olivia Davis and Katie Nownes re: schedule G procedures | 0.20 | 125.00 | 25.00 |
| 07-25-2019 | Katie Nownes | Review and verify Schedule and SOFA information processed | 0.30 | 155.00 | 46.50 |
| 07-25-2019 | Katie Nownes | Meet With Olivia Davis and David Green re: schedule G procedures | 0.20 | 155.00 | 31.00 |
| 07-26-2019 | Katie Nownes | Review and verify Schedule and SOFA information processed | 0.30 | 155.00 | 46.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-26-2019 | David Green | Meet With Olivia Davis re: processing schedule G files | 0.20 | 125.00 | 25.00 |
| 07-26-2019 | Katie Nownes | Email communication with Andrew Still re: intercompany transfers | 0.20 | 155.00 | 31.00 |
| 07-26-2019 | Brittney Whitaker | Meet With Olivia Davis Re: Schedules and SOFA status | 0.20 | 125.00 | 25.00 |
| 07-26-2019 | Olivia Davis | Meet With Katie Nownes re: information received for schedules and sofas | 0.30 | 105.00 | 31.50 |
| 07-26-2019 | Olivia Davis | Meet With Brittney Whitaker re: status of schedules and sofas | 0.30 | 105.00 | 31.50 |
| 07-26-2019 | Olivia Davis | Call With Monique DiSabatino and Katie Nownes re: information received for SOFAs | 0.20 | 105.00 | 21.00 |
| 07-26-2019 | Olivia Davis | Review E-Mails Received And Respond To Andrew Still re: schedules and sofas | 0.30 | 105.00 | 31.50 |
| 07-26-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 1.20 | 105.00 | 126.00 |
| 07-26-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 1.50 | 105.00 | 157.50 |
| 07-26-2019 | Olivia Davis | Meet With David Green re: processing of data for SOFA 3 | 0.20 | 105.00 | 21.00 |
| 07-26-2019 | Olivia Davis | Update schedules and sofas tracker | 0.20 | 105.00 | 21.00 |
| 07-26-2019 | Olivia Davis | Meet With David Green re: processing schedule G files | 0.20 | 105.00 | 21.00 |
| 07-29-2019 | Olivia Davis | Review E-Mail Received And Respond To Andrew Still re: schedules and sofa information | 0.50 | 105.00 | 52.50 |
| 07-29-2019 | Olivia Davis | Update schedules and sofas tracker | 0.20 | 105.00 | 21.00 |
| 07-29-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 2.00 | 105.00 | 210.00 |
| 07-29-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 1.50 | 125.00 | 187.50 |
| 07-29-2019 | David Green | Emails with Olivia Davis re SOFA 3 status and next steps. | 0.30 | 125.00 | 37.50 |
| 07-29-2019 | David Green | Preparation of Statement of Financial Affairs - SOFA 3 | 5.40 | 125.00 | 675.00 |
| 07-29-2019 | Katie Nownes | Review and verify Schedule and SOFA information processed | 0.30 | 155.00 | 46.50 |
| 07-30-2019 | Katie Nownes | Review and verify Schedule and SOFA information processed | 0.30 | 155.00 | 46.50 |
| 07-30-2019 | Katie Nownes | Call With Monique DiSabatino, Andrew Still, Olivia Davis and Brittney Whitaker re: schedules and sofas updates | 1.00 | 155.00 | 155.00 |
| 07-30-2019 | David Green | Preparation of Statement of Financial Affairs - SOFA 3 | 4.80 | 125.00 | 600.00 |
| 07-30-2019 | David Green | Preparation of Schedule of Assets And Liabilities - Schedule G revisions | 3.00 | 125.00 | 375.00 |
| 07-30-2019 | Olivia Davis | Call With Monique DiSabatino, Andrew Still, Katie Nownes and Brittney Whitaker re: schedules and | 1.00 | 105.00 | 105.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | sofas updates | | | |
| 07-30-2019 | Brittney Whitaker | Call With Monique DiSabatino, Andrew Still, Katie Nownes and Olivia Davis re: schedules and sofas updates | 1.00 | 125.00 | 125.00 |
| 07-30-2019 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.40 | 125.00 | 50.00 |
| 07-30-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 2.00 | 145.00 | 290.00 |
| 07-30-2019 | Olivia Davis | Preparation of Schedule of Assets And Liabilities | 3.00 | 105.00 | 315.00 |
| 07-30-2019 | Olivia Davis | Update schedules and sofa tracker | 0.20 | 105.00 | 21.00 |
| 07-30-2019 | Olivia Davis | Review E-Mail Received And Respond To Monique DiSabatino re: schedules and sofas | 0.20 | 105.00 | 21.00 |
| 07-30-2019 | Olivia Davis | Review E-Mail Received And Respond To Andrew Still re: schedules and sofas | 0.30 | 105.00 | 31.50 |
| 07-30-2019 | Olivia Davis | Preparation of Statement of Financial Affairs | 0.40 | 105.00 | 42.00 |
| 07-31-2019 | David Green | Preparation of Statement of Financial Affairs - SOFA 3 | 2.40 | 125.00 | 300.00 |
| 07-31-2019 | David Green | Print and review Schedules & SOFAs documents. | 2.60 | 125.00 | 325.00 |
| 07-31-2019 | Yelena Bederman | Preparation of Schedule of Assets And Liabilities | 1.00 | 145.00 | 145.00 |
| 07-31-2019 | Olivia Davis | Format contracts in schedule G for Saul and Ewing to prepare cure notice | 0.80 | 105.00 | 84.00 |
| | | | | **Total Fees** | 12,376.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 19.60 | 125.00 | 2,450.00 |
| David Green | 28.50 | 125.00 | 3,562.50 |
| Katie Nownes | 3.70 | 155.00 | 573.50 |
| Olivia Davis | 51.00 | 105.00 | 5,355.00 |
| Yelena Bederman | 3.00 | 145.00 | 435.00 |
| | | **Total Fees** | 12,376.00 |

| | |
|---|---|
| **Total for this Invoice** | 12,376.00 |
| **Total Balance Due from Client** | 12,376.00 |