## IN THE UNITED STATES BANKRUPTCY COURT
## FOR·THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Anthony P. Robinson, am employed in the county of Los Angeles, State of California. I hereby certify that on August 8, 2019, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed·in **Exhibit A** attached hereto:

- **Official Form 309F - Notice of Chapter 11 Bankruptcy Case [Docket No. 195]**

Dated: August 27, 2019

Anthony P. Robinson
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 27th day of August, 20 19, by Anthony P. Robinson, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

**Center City Healthcare, LLC, et al. - U.S. Mail**                                                                **Served 8/8/2019**

274 Patients and Responsible Parties for Center City Healthcare, LLC were served.  The names and contact information of these parties have not been stated due to the need to maintain confidentiality.

AA CASA INC
P.O. BOX 2104
MEDIA, PA 19063-9104

AANCHAL CHHANTYAL
ADDRESS REDACTED

ADVANDX INC
708 QUINCE ORCHARD RD, STE 205
GAITHERSBURG, MD 20878

AETNA
P.O. BOX 3009
NAPERVILLE, IL 60566-7009

AETNA HEALTHCARE
PO BOX 981106
EL PASO, TX 79998-1106

ALAN DOUGHERTY
ADDRESS REDACTED

ALEX ASP
ADDRESS REDACTED

ALI BARBAR RAZA MD
ADDRESS REDACTED

ALICIA CARTER
ADDRESS REDACTED

ALISON LABADIE
ADDRESS REDACTED

ALIZA OLIVE
ADDRESS REDACTED

AMERICAN HEART ASSOCIATION INC
9200 ESTERO PARK COMMONS BLVD, STE 7
ESTERO, FL 33928-3219

AMERICAN SOCIETY OF ORTHOPEDIC PROFESSIONAL
625 6TH AVE S, STE 365
ST. PETERSBURG FL 33701

AMY ROCK
ADDRESS REDACTED

ANDREW AGOSTINI
ADDRESS REDACTED

ANDY CHUN-YAO WANG
ADDRESS REDACTED

ANGAD SINGH
ADDRESS REDACTED

ANN MARIE WHITE
ADDRESS REDACTED

ANNE MARO
ADDRESS REDACTED

ANTHONY COLLINS
ADDRESS REDACTED

ARROWHEAD SCIENTIFIC INC
11006 STRANG LINE RD
LENEXA, KS 66215-2113

ATLANTIC SPECIALTY INSURANCE CO
1 STATE ST, STE 3100
NEW YORK, NY  10004

AYSE CELEBIOGLU
ADDRESS REDACTED

BASANT NASSAR
ADDRESS REDACTED

BRENDAN MATTHEWS
ADDRESS REDACTED

BRIAN BERG
ADDRESS REDACTED

BRIAN MILLER
ADDRESS REDACTED

BRIANA PLY
ADDRESS REDACTED

BUDGET TRUCK RENTAL
1661 S DIXIE HWY
POMPANO BEACH, FL 33460

CAINE & WEINER
P.O. BOX 55848
SHERMAN OAKS, CA 91413-0848

CHARU GUPTA MD
ADDRESS REDACTED

CHASE CONTINO
ADDRESS REDACTED

CHELSEA COHEN
ADDRESS REDACTED

**Center City Healthcare, LLC, et al - U.S. Mail**

CHRISTINE CULKIN
ADDRESS REDACTED

CHRISTOPHER WALKER
ADDRESS REDACTED

CIRO ALBERTO RINCON PRIETO
ADDRESS REDACTED

CRAIG TINKER
ADDRESS REDACTED

CRYSTAL NEGRON
ADDRESS REDACTED

CYNTHIA ONOREVOLE
ADDRESS REDACTED

CYSTIC FIBROSIS FOUNDATION
2002 SPROUL RD, STE 102
BROOMALL, PA 19008-3510

DANA RILEY
ADDRESS REDACTED

DANIEL EIDMAN
ADDRESS REDACTED

DAVID DANNER
ADDRESS REDACTED

DAVID W DANNER
ADDRESS REDACTED

DEVINDER SINGH
ADDRESS REDACTED

DEVON INTERNATIONAL GROUP
700 AMERICAN AVE, STE 100
KNG OF PRUSSA, PA  19406

DIANA GARCIA
ADDRESS REDACTED

DORIS RIVAS
ADDRESS REDACTED

DOUGLAS PARRILLO
ADDRESS REDACTED

DOUGLAS W PARRILLO MD
ADDRESS REDACTED

EKAMJEET RANDHAWA
ADDRESS REDACTED

ENDOCRINE SOCIETY
2055 L  ST, NW
WASHINGTON, DC 20036

ERIC HO
ADDRESS REDACTED

ERICA BROOKS
ADDRESS REDACTED

ERIN BARNES
ADDRESS REDACTED

EYAD FOOD INC
603 ALBURGER AVE
PHILADELPHIA, PA 19115-3507

FRANCIS SCHNEIDER
ADDRESS REDACTED

FREDERICK L REIGLE ESQ
2901 SAINT LAWRENCE AVE, STE 100
READING, PA 19606-2265

FREDERICK REIGLE TRUSTEE
2901 SAINT LAWRENCE AVE, STE 100
READING, PA 19606-2265

FREDERICK REIGLE, TRUSTEE
2901 SAINT LAWRENCE AVE, STE 100
READING, PA 19606-2265

FUTURERESUME COM LLC CORP
440 WELLS ST, STE 200
DELAFIELD, WI 53018-1412

GAIL RODGERS
ADDRESS REDACTED

GAYLA WERLINE
ADDRESS REDACTED

GENE BURTON & ASSOCIATES INC
393 NICHOL MILL LN, STE 15
FRANKLIN, TN 37067-8324

GENISE GADDY
ADDRESS REDACTED

GLENN R BRESSNER
ADDRESS REDACTED

**Center City Healthcare, LLC, et al - U.S. Mail**

GLOBAL PARTNERS IN SHIELDING INC
5 JUST RD
FAIRFIELD, NJ 07004

GLOLITE NU-DELL LLC
345 OSER AVE
HAUPPAUGE, NY 11788-3607

GRANT HUBBARD
ADDRESS REDACTED

GREGG APPLIANCES, INC
160 W CARMEL DR, STE 263
CARMEL, IN  46032

HAND SURGEONS INC
950 PULASKI DR
KING OF PRUSSA, PA 19406-2802

HANNA WARDELL
ADDRESS REDACTED

HARDIK BHATT
ADDRESS REDACTED

HARMA TURBENDIAN, MD
ADDRESS REDACTED

HEALTH CHOICE
P.O. BOX 99011
LUBBOCK, TX 79490-1614

HEATHER NOA
ADDRESS REDACTED

HEATHER YAHN
ADDRESS REDACTED

HENRY H BERNSTEIN MD
ADDRESS REDACTED

HOSPITAL MARKETING SERVICES
120 MERWINS LN
FAIRFIELD CT 06824

IASHIA PALMER
ADDRESS REDACTED

ITENTIVE CORPORATION
1 PIERCE PL, STE 400E
ITASCA, IL 60143-2673

JACKELINE VALLADARES-RUIZ
ADDRESS REDACTED

JACQUELINE VERESS
ADDRESS REDACTED

JAMAL SCHOOLFIELD
ADDRESS REDACTED

JAMES R PARKER
ADDRESS REDACTED

JAMES SCHNEIDER
ADDRESS REDACTED

JAMIE PONMATTAM
ADDRESS REDACTED

JASON JUNTUNEN
ADDRESS REDACTED

JASON TOEWS
ADDRESS REDACTED

JAZMYN TAYLOR
ADDRESS REDACTED

JEANNETT GIAMMATTEI MD
ADDRESS REDACTED

JEFFERY KIM
ADDRESS REDACTED

JILL CLARK
ADDRESS REDACTED

JIMMY JAY LASSITER
ADDRESS REDACTED

JOHN DURKIN
ADDRESS REDACTED

JOHN MACDONALD
ADDRESS REDACTED

JOHN PAUL PRODROMO MD
ADDRESS REDACTED

JOHN PRODROMO
ADDRESS REDACTED

JONATHAN ROSA
ADDRESS REDACTED

**Center City Healthcare, LLC, et al - U.S. Mail**

| | | |
|---|---|---|
| JOSEPH LEVINSKY<br>ADDRESS REDACTED | JOSEPH M. CAMPOS PHD<br>ADDRESS REDACTED | JOSEPH MUNIAK<br>ADDRESS REDACTED |
| JUSTRIGHT SURGICAL, LLC<br>331 S 104TH ST, STE 200<br>LOUISVILLE, CO 00027-9717 | KATHERINE BAKER<br>ADDRESS REDACTED | KATHERINE GRESHAM<br>ADDRESS REDACTED |
| KATHERINE MONTANA<br>ADDRESS REDACTED | KATHRYN DONAGHY<br>ADDRESS REDACTED | KATHRYN JARRETT MD<br>ADDRESS REDACTED |
| KATHRYN SCOTT<br>ADDRESS REDACTED | KAVITA GOYAL<br>ADDRESS REDACTED | KEDESHA SIBLISS<br>ADDRESS REDACTED |
| KEERTHANA KESAVARAPU<br>ADDRESS REDACTED | KEITH PASICHOW MD<br>ADDRESS REDACTED | KELLIE LOCKWOOD<br>ADDRESS REDACTED |
| KELLY SCHWENDERMAN<br>ADDRESS REDACTED | KEN-CREST SERVICES<br>827 GLENSIDE AVE, STE C-100<br>WYNCOTE, PA 19095-1221 | KEVIN DONNELLY<br>ADDRESS REDACTED |
| KEVIN KELLY MD<br>ADDRESS REDACTED | KHAJISTA QAZI MD<br>ADDRESS REDACTED | KIMBERLY TURCOTTE<br>ADDRESS REDACTED |
| KONIA MOJCA REMSKAR<br>ADDRESS REDACTED | KUNAI SHAH<br>ADDRESS REDACTED | LANA RESUELLO<br>ADDRESS REDACTED |
| LANGEHORNE MOBL<br>3843 WEST CHESTER PIKE<br>NEWTON SQ, PA 19073 | LAURA OSBORNE<br>ADDRESS REDACTED | LAUREN DENNISON<br>ADDRESS REDACTED |
| LIA CRUZ<br>ADDRESS REDACTED | LIAM MALLEY<br>ADDRESS REDACTED | LINDSEY HARVILLA<br>ADDRESS REDACTED |
| LINDSEY WILLIAMS<br>ADDRESS REDACTED | LUIS GONZALEZ<br>ADDRESS REDACTED | LUIZ MARCONCINI<br>ADDRESS REDACTED |

**Center City Healthcare, LLC, et al - U.S. Mail**

| | | |
|---|---|---|
| LUKASZ KILJANEK<br>ADDRESS REDACTED | MAIOCCO & ASSOCIATES INC.<br>PO BOX 763<br>BROOMALL, PA 19008 | MARCIN JANKOWSKI<br>ADDRESS REDACTED |
| MARCUS WALTON<br>ADDRESS REDACTED | MARIBEL SANABRIA<br>ADDRESS REDACTED | MARINELA INGILIZOVA<br>ADDRESS REDACTED |
| MARIO MANGIARDI<br>ADDRESS REDACTED | MARLON PASTRANA<br>ADDRESS REDACTED | MARY LARIJANI<br>ADDRESS REDACTED |
| MARY M BAILEY<br>ADDRESS REDACTED | MARY MORAN<br>ADDRESS REDACTED | MATTHEW MELEKA<br>ADDRESS REDACTED |
| MCMOBILE INC<br>1250 TOWNSHIP LINE RD<br>DREXEL HILL, PA 19026-5001 | MEGHA PATEL<br>ADDRESS REDACTED | MEGHA SHAH<br>ADDRESS REDACTED |
| MEGHAN BROOKING<br>ADDRESS REDACTED | MELANIE DASH<br>ADDRESS REDACTED | MELISSA DAWSON<br>ADDRESS REDACTED |
| MESIA CESAR IGOR<br>ADDRESS REDACTED | METANIOA PEACE COMMUNITY UMC INC<br>14511 NE 10TH AVE, STE E<br>VANCOUVER, WA 98685-1386 | MICHAEL C. SCHNEIDER, M.D.<br>ADDRESS REDACTED |
| MICHAEL CHILDS<br>ADDRESS REDACTED | MICHAEL D. DUNCAN MD<br>ADDRESS REDACTED | MICHAEL DOTI, MD<br>ADDRESS REDACTED |
| MICHAEL G KATOS, MD<br>ADDRESS REDACTED | MICHAEL HARENZA<br>ADDRESS REDACTED | MICHAEL KIMBALL MD<br>ADDRESS REDACTED |
| MICHAEL LUNDY<br>3553 SOUTHERN TRL.<br>FULTONDALE, AL 35068 | MICHAEL SCHMITZ<br>ADDRESS REDACTED | MICHAEL SCHNEIDER<br>ADDRESS REDACTED |
| MOHAMMAD SHAIKH<br>ADDRESS REDACTED | MUHAIMINU HOSSAIN<br>ADDRESS REDACTED | MUHAMMAD KHALID<br>ADDRESS REDACTED |

MVAP MEDICAL SUPPLIES INC.
2001 CORPORATE CENTER DR, STE 8
NEWBURY PARK, CA 91320-1430

MYKAEL GARCIA
ADDRESS REDACTED

MYRIAM VELA-ORTIZ
ADDRESS REDACTED

NABIL ZEINEDDINE
ADDRESS REDACTED

NACHUM STOLLMAN MD
ADDRESS REDACTED

NAFISA HASAN MD
ADDRESS REDACTED

NATUS MEDICAL, INC
1183 QUARRY LN #A
PLEASANTON, CA 94566

NAUSHEEN HAKIM
ADDRESS REDACTED

NEEHAR RAJ
ADDRESS REDACTED

NEENA JUBE
ADDRESS REDACTED

NEIL AGARWAL
ADDRESS REDACTED

NERISSA NGATI
ADDRESS REDACTED

NEW ENGLAND ORTHODONTIC LAB
3 RIVERSIDE DR, STE 1
ANDOVER, MA 01810

NEW JERSEY ASSOCIATION OF OSTEOPA
666 PLAINSBORO RD, STE 35
PLAINSBORO, NJ 08536-3026

NICOLE PALLADINO
ADDRESS REDACTED

NORTH COAST MEDICAL INC
780 JARVIS DR, STE 100
MORGAN HILL, CA 95037-2885

NOURAH MAZID
ADDRESS REDACTED

OLIVIA RAUSCHENBACH
ADDRESS REDACTED

PAMELA DUNUAN
ADDRESS REDACTED

PARRIS JOHNSON
ADDRESS REDACTED

PATRICK PLUNKETT
ADDRESS REDACTED

PAULINE AZIZ
ADDRESS REDACTED

PENNSYLVANIA SOCIETY OF HEALTHSYS
P.O. BOX 22520
PHILADELPHIA, PA 19110-2520

PENNSYLVANIA WELDING SUPPLY
835 PENNSYLVANIA BLVD
FSTRVL TRVOSE, PA 19053

PETTINA WALTON
ADDRESS REDACTED

PHILADELPHIA HAND CENTER, PC
950 PULASKI DR
PRUSSA, PA 19406-2802

PRECISE BIOMEDICAL INC
11411 PRICE RD
HEBRON, IL 60034-9664

PREETI SOI
ADDRESS REDACTED

PREFERRED MEDICAL CLAIM SOLUTIONS, LLC
16767 N. PERIMETER DR., STE 130
SCOTTSDALE, AZ 85260

PREFERRED SYSTEMS INC
3504 STATE ST
ERIE, PA 16508-2834

PREMIUM ASSIGNMENT CORPORATION II
3 HUTTON CENTRE DR, STE 630
SANTA ANA, CA 92707-8747

PRIME EDUCATION INC
5900 N ANDREWS AVE, STE 500 ST
LAUDERDALE, FL 33309-2370

PSHP
P.O. BOX 22520
PHILADELPHIA, PA 19110

**Center City Healthcare, LLC, et al - U.S. Mail**

QADRIYYAH THOMPSON
ADDRESS REDACTED

RACHEL NATHAN
ADDRESS REDACTED

RANDOLPH SANCHEZ
ADDRESS REDACTED

RAYHAN TARIQ
ADDRESS REDACTED

REACH LOCAL INC
205 N MICHIGAN AVE, STE 1600
CHICAGO, IL 60601-5966

REPLACEMENT PARTS INDUSTRIES
P.O. BOX 940250
SIMI VALLEY, CA 93094-0250

REZA DAUGHERTY MD
ADDRESS REDACTED

RHEIN MEDICAL INC
4, STEWART CT
DENVILLE, NJ 07834-1028

RICHARD KAUFMAN
ADDRESS REDACTED

ROBERT HINMAN
ADDRESS REDACTED

ROCHESTER ELECTRO-MEDICAL INC
ADDRESS REDACTED

RONAK PATEL
ADDRESS REDACTED

ROSSEAU ROBERSON
ADDRESS REDACTED

RUSS UHURA
ADDRESS REDACTED

SAHIL PATEL
ADDRESS REDACTED

SANDRA MACHADO
ADDRESS REDACTED

SANINUJI MALAYAMAN MD
ADDRESS REDACTED

SARA BACHANI
ADDRESS REDACTED

SCALES INDUSTRIAL TECHNOLOGY
19 CHAPLIN RD, UNIT D
PINE BROOK, NJ 07058

SCOTT POMPA
ADDRESS REDACTED

SHANNON RUNGE
ADDRESS REDACTED

SHANNON WELLS
ADDRESS REDACTED

SHAQUANA JACKSON-GREEN
ADDRESS REDACTED

SHARON O' BRIEN
ADDRESS REDACTED

SHEILIAH FRENCH
ADDRESS REDACTED

SHIRLEY DAUGHTRY
ADDRESS REDACTED

SHIVAM PATEL
ADDRESS REDACTED

SHONTREAL COOPER
ADDRESS REDACTED

SILOAM WELLNESS
850 N 11TH ST
PHILADELPHIA, PA 19123

SKY ORTHOBIOLOGICS LLC
55 CAMPUS DR
SEGUNDO, CA 90245

SNEHA PATEL
ADDRESS REDACTED

SOFIUL NOMAN
ADDRESS REDACTED

SONIA BHANDARI
ADDRESS REDACTED

Center City Healthcare, LLC, et al - U.S. Mail                                                              Served 8/8/2019

SONOMA ORTHOPEDIC PRODUCTS INC
2735 SAND HILL RD, STE 205
MENLO PARK, CA 94025-7130

ST PAUL INSURANCE
P.O. BOX 430
BUFFALO, NY 14240

STACY GOLDBAUM
ADDRESS REDACTED

STANLEY PIETRAK
ADDRESS REDACTED

STEPHANIE ESSENMACHER
ADDRESS REDACTED

STEPHANIE LE
ADDRESS REDACTED

STEPHANIE SPANO
ADDRESS REDACTED

STRATEGIC RISK SOLUTIONS VERMONT
2352 MAIN ST, STE 301
CONCORD, MA 01742-3895

SUPERFINE ONLINE INC.
205 E 11TH AVE
ROSELLE, NJ 07203

SUPPLY SAVER CROPORATION
1717 STATE ROUTE 34, BLDG 13
WALL TOWNSHIP, NJ 07727

SUSANNA RULLO
ADDRESS REDACTED

SUZANNE WHILDIN
ADDRESS REDACTED

SWAIMAN SINGH
ADDRESS REDACTED

SWAMINATHAN THANGARAJ
ADDRESS REDACTED

TARYN MCKILLION
ADDRESS REDACTED

TETYANA USOVA
ADDRESS REDACTED

TGB CTS CORPORATION
1011 TYNE BLVD
NASHVILLE, TN 37220-1026

THE PHILADELPHIA HAND CENTER PC
ATTN: ANDREW COONEY
950 PULASKI DR.
KING OF PRUSSA, PA 19406

THE PHILADEPHIA HAND CENTER, PC
950 PULASKI DR
PRUSSA, PA 19406-2802

THEODORE HUFNAL
ADDRESS REDACTED

THOMAS SCHWEDHELM
ADDRESS REDACTED

THOMPSON TELEPHONE INC.
DBA THOMPSON NETWORKS
PO BOX 1347
DOYLESTOWN, PA 18901

TRANSMISSION ENGINEERING CO INC.
15 COLWELL LANE
CONSHOHOCKEN, PA 19428

TRAVELERS & AETNA CALIFORNIA
PO BOX 660055
DALLAS, TX 75266

TRAVLERS GROUP
PO BOX 660456
DALLAS, TX 75266

TRICARE FINANCE SOUTH REGION
PO BOX 7937
MADISON, WI 53707

TRICARE NORTH REGION
P.O. BOX 8923
MADISON, WI 53708-8923

TUCKER HOUSE NURSING & REHABILATATION
14 C 53RD ST
BROOKLYN, NY 11232

UNIVERSAL MEDICAL INC
PO BOX 1829
OLDSMAR, FL 34677

VALERIE MARTIN DO
ADDRESS REDACTED

VERONICA BERRY
ADDRESS REDACTED

VERONICA SWANSON MD
ADDRESS REDACTED

VIDCO INC
P.O. BOX 805
BEAVERTON, OR 97075-0805

**Center City Healthcare, LLC, et al - U.S. Mail**

VIKRAM PRASAD
ADDRESS REDACTED

VRI GREENTREE ASSOCIATES LLC
701 ROUTE 73 N, STE 4
MARLTON, NJ 08053-3466

WANDA-LAM INC
P.O. BOX 97
LIMA, NY 14485-0097

WAQAS SIDDIQUI
ADDRESS REDACTED

WELLSOURCE INC
8100 SW NYBERG ST, STE 450
TUALATIN, OR 97062-8436

WHEATON PARTNERS LLC
150 N WACKER DR, STE 1870
CHICAGO, IL 60606-1657

WHITNEY STUBBS
ADDRESS REDACTED

WILLIAM HAWKINS
ADDRESS REDACTED

WOUND CARE TECHNOLOGIES INC
439 INDUSTRIAL LN
BIRMINGHAM, AL 35211-4464

XIAOHUAN LI, MD
ADDRESS REDACTED

ZIPRECUITER, INC.
604 ARIZONA AVE.
SANTA MONICA, CA 90401

Parties Served: 275