# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) **Hearing Date: September 4, 2019 at 2:00 p.m. EDT** <br> ) **Objection Deadline: August 28, 2019 at 4:00 p.m. EDT** <br> ) **Re: D.I 425** |

## CERTIFICATION OF COUNSEL REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1103(a) AND BANKRUPTCY RULE 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL EFFECTIVE AS OF JULY 17, 2019

The undersigned proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-references jointly administered cases certifies the following:

1.  On August 9, 2019, the Committee filed its Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel effective as of July 17, 2019 (the "Application"). Responses to the Application were required to be filed and served by no later than August 28, 2019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

101741333

2.      I have reviewed the docket in these cases and found that there have been no formal responses to the Application.

3.      However, the Office of the United States Trustee provided me with informal comments regarding the Application. I make this certification of counsel to address those comments.

4.      Further to paragraph 8(h) of the Application, among Fox Rothschild's services in these cases be performing all other services assigned by the Committee, in consultation with Sills Cummis & Gross, to Fox Rothschild as co-counsel to the Committee. To the extent Fox Rothschild determines that such services fall outside of the scope of services historically or generally performed by the firm as co-counsel in a bankruptcy proceeding, Fox Rothschild will file a supplemental declaration pursuant to Bankruptcy Rule 2014 and give parties in interest an opportunity to object.

5.      Fox Rothschild's responses to the requests for additional information set forth in section (D)(1) of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines") are as follows:

(a)     **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Answer**: No.

(b)     **Question**: Do any of the Sills professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Answer**: No.

(c)     **Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

        **Answer**: Not applicable.

(d)    **Question**: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

        **Answer**: The Committee has reviewed the budget for the period of the week ending July 12, 2019 through the week ending October 4, 2019, attached as Exhibit 2 to Exhibit 1 to the *Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 363(d), 364(c), 364(d), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014; (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and 4001(c)* [D.I. 172], which includes a line item for Committee professional fees. Fox Rothschild intends to submit a budget and staffing plan consistent with the form identified as Exhibit C to U.S. Trustee Guidelines for approval to the Committee in the normal course of its representation.

I respectfully request that the Court enter the proposed order in the form attached to the Application without further notice or hearing.

Dated: August 29, 2019

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: thoran@foxrothschild.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

101741333