# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Jointly Administered |
| *et al.*,[1] | ) |
| Debtors. | ) **Hearing Date: September 4, 2019 at 2:00 p.m. EDT** |
|  | ) **Objection Deadline: August 28, 2019 at 4:00 p.m. EDT** |
|  | ) |
|  | ) **Re: D.I. 426** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JULY 22, 2019**

The undersigned proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced jointly administered cases certifies the following:

1. On August 9, 2019, the Committee filed its Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to July 22, 2019 (the "Application") [D.I. 426]. Reponses to the Application were required to be filed and served no later than August 28, 2019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2. I have reviewed the docket in these cases and found that there have been no formal responses to the Application.

3. The undersigned respectfully requests that the Court enter the order attached to the Motion without further notice or hearing.

Dated: August 29, 2019                    **FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com

*Proposed Counsel to the Committee of Unsecured Creditors*