**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 19-11466 (KG)<br>)<br>) Jointly Administered<br>)<br>) Re: Docket Nos. 142, 246 & 249<br>)<br>) |

**NOTICE OF INTENTION TO PARTICIPATE IN ALTERNATIVE SALE PROCESS
INCLUDING THE ACQUISITION AND REOPENING OF HAHNEMANN HOSPITAL
AND THE ACQUISITION OF SAINT CHRISTOPHER'S HOSPITAL FOR CHILDREN**

KPC Global and its affiliate Strategic Global Management, Inc. ("SGM" and collectively with KPC Global, "KPC"), respectfully submit this Notice of Intention in advance of the hearing on the Debtors' proposed sale of the Residents Program Assets[2] of Hahnemann University Hospital ("Hahnemann Hospital"), presently scheduled for September 4, 2019, in order to formally advise the Court and interested parties of KPC's intention to participate in an alternative and expanded sale process of all of the assets of Hahnemann Hospital and Saint Christopher's Hospital for Children ("SCH") should the presently proposed sale not be approved or consummated in light of what may be potentially insurmountable objections and impediments.

---

[1] The Debtors in these jointly administered cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but no defined herein shall have the meanings set forth in the Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory contracts Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of All of the Debtors' Resident Program Assets Free and Clear of All Liens, Claim, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [Docket # 142].

1

11140305/1

Specifically, as is discussed further below, should the sale process be expanded, KPC intends to proceed with the following comprehensive initiatives:

1. KPC is prepared to propose a purchase of substantially all assets of Hahnemann Hospital, including the Residents Program Assets, for a purchase price of $60 Million – which exceeds the current proposed purchase price of $55 Million – and will reopen Hahnemann Hospital.

2. KPC submitted a Qualified Bid for the Residents Program Assets, participated in the Auction which took place on August 8, 2019 and, at the time KPC stopped bidding, KPC agreed to be a backup bidder. While another bidder was selected as the Backup Bidder, KPC is prepared to remain as a backup bidder under the terms of its original Bid, which included conditions for the reopening and future operations at Hahnemann Hospital and the acquisition of substantially all of its assets, at the increased purchase price of $60 Million.

3. KPC is also willing to provide necessary and appropriate post-petition financing to accommodate an expanded sale process.

4. KPC also intends to make a bid for the acquisition of SCH and will commence due diligence immediately following the conclusion of the September 4 hearing unless the currently proposed sale is approved. KPC anticipates making a proposal for the acquisition of SCH within 2-4 weeks of its commencement of due diligence.

5. KPC intends to promptly begin negotiations with the owners and lessors of the subject real property in order to obtain agreements for lease or purchase of the necessary real property used by Hahnemann Hospital and SCH.

KPC has reviewed the Objections filed by various parties to the proposed sale of the Residents Program Assets, which Objections will be before the Court at the hearing on September 4, unless they are resolved prior to the hearing. KPC anticipates that the primary Objections will likely not be resolved prior the hearing because at their core they involve the failure of the proposed sale – and the sale process – to allow for the operation of Hahnemann Hospital. Accordingly, KPC intends to attend the September 4 hearing in its capacity as a potentially interested party.

In addition to filed Objections, KPC understands that there has been a substantial amount of community opposition to the closing of Hahnemann Hospital, all of which is consistent with KPC's view that Hahnemann Hospital can be a viable and thriving facility, which will provide much needed health care to the community and continued employment for the doctors, nurses and other employees of Hahnemann Hospital; and continue as a first rate teaching hospital.

Throughout the sale process, KPC (along with other interested parties) has been advocating for the sale and re-opening of Hahnemann Hospital. KPC continues to believe that it would be in the best interests of the community served by Hahnemann Hospital, as well as in the interest of all of its financial constituencies, regulatory authorities, labor unions, healthcare practitioners, health insurance companies and federal and state government participants in Medicare, Medicaid and other programs providing support for healthcare services, for Hahnemann Hospital to be preserved as a viable healthcare facility, serving the Philadelphia community. Indeed, SGM's proposed Asset Purchase Agreement submitted as a part of its bid included a closing condition that SGM obtain the approvals necessary to continue operations at Hahnemann Hospital.

Among the objections to the proposed sale of the Residents Program Assets are those by the United States Department of Justice ("CMS") and the Pennsylvania Department of Health ("DOH").  Both CMS and the DOH have challenged the legality and policy considerations presented by the proposed sale of the Residents Program Assets by a closed facility.  Indeed, CMS has asserted that Medicare provider agreements may be assigned only if there is a change of ownership, and that if Hahnemann Hospital is closed, its Provider Agreement – and corresponding eligibility for Medicare reimbursement – will terminate.  The DOH has stated that it will terminate the Hospital's license if it remains closed.  Nevertheless, KPC understands that the Debtor still intends for Hahnemann Hospital to remain closed.  In the circumstances, the closure of the Hospital is not only a detriment to the community and its stakeholders, but the closure poses a risk that the $55 Million sale will not close and the value of the Resident Program Assets will be forfeited.

KPC recognizes that the Debtor and the objecting parties will have their opportunity at the hearing to address the impediments to the presently proposed sale, and the Court will likely make its ruling following the conclusion of the hearing.  If the presently proposed sale is approved and can somehow be completed, the additional value to the estate, and the continued value of Hahnemann Hospital to the community, as an open facility, may then be lost.  However, should the Objections and impediments to the present sale not be overcome, KPC believes it is in the interest of all parties to be ready to pivot promptly to reopen and expand the sale process to include substantially all assets of Hahnemann Hospital.  If Hahnemann Hospital can be re-opened and the sale of the Residents Program Assets is conducted as part of a larger sale of all of the Hospital's assets, including its leasehold interests, then the value of the Residents Program

Assets can be preserved along with all of the other Hospital assets—and the interests of the community and stakeholders can be protected.

Accordingly, KPC determined to file this Notice of Intention to advise interested parties that KPC remains ready, willing and able to participate in a prompt sale process for Hahnemann Hospital, including the Residents Program Assets, and is prepared to offer a purchase price of $60 Million, subject to completion of due diligence and mutually acceptable understandings with CMS, DOH and other necessary parties, including real property interests.

KPC is prepared to increase and expedite its due diligence efforts, including with regard to SCH, and discussions with stakeholders if the sale process is reopened, and the present course of irrevocably closing Hahnemann Hospital and irretrievably abandoning its potential value is changed. The rush to close Hahnemann Hospital and pursue a potentially flawed sale process has inhibited the pursuit of a more favorable alternative. Should the present sale process prove to be a failed process, the Debtor and all parties should be ready to move to a renewed and expanded sale process for the sale of substantially all assets of Hahnemann Hospital, including the Residents Program Assets.

*[Remainder of Page Intentionally Left Blank]*

Dated:  August 29, 2019    Respectfully submitted,

_/s/ Brett D. Fallon_
Brett D. Fallon (DE ID No. 2480)
MORRIS JAMES LLP
500 Delaware Avenue, Ste. 1500
Wilmington, Delaware 19801-1494
Telephone: 302-888-6888
Facsimile: 302-571-1750
Email:  bfallon@morrisjames.com

-and-

Gary E. Klausner
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: 310-229-1234
Facsimile: 310-229-1244
Email:  gek@lnbyb.com

*Counsel for KPC Global and Strategic Global Management, Inc.*

6

11140305/1