**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket Nos. 205, 301, 510 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS**
**OF PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE**
**TO THE NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT**
**WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Philadelphia College of Osteopathic Medicine ("PCOM") files this limited objection and reservation of rights regarding the *Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* [D.I. 510] (the "Cure Notice") and, in support thereof, respectfully states as follows:

**Background**

1. On June 30 and July 1, 2019 (collectively, the "Petition Date"), each of the above-captioned debtors (the "Debtors") filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 16, 2019, Debtor St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("SCH") and certain affiliated Debtors (collectively, the "Sellers") filed a motion [D.I. 205] seeking, *inter alia*, approval of certain bid procedures, authorization to assume

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

and assign certain executory contracts and unexpired leases, and approval to sell substantially all of the Sellers' assets (the "Sale").

3.    On July 26, 2019, the Court entered an order [D.I. 301] approving certain bidding procedures in connection with the Sale.

4.    On August 16, 2019, the Debtors filed the Cure Notice.

5.    The Cure Notice lists three "Student Affiliation Agreements" between PCOM and a Seller and lists the cure amount for each such agreement as $0.  *See* Cure Notice, Ex. A, p. 26.

### The PCOM Contracts

6.    PCOM and one of the Sellers are parties to three contracts under which PCOM medical students receive clinical education at the Sellers' facilities (collectively, the "Affiliation Agreements").  The Affiliation Agreements are as follows:  (i) the Affiliation Agreement, dated as of June 30, 2015, under which PCOM students receive clinical education in mental health counseling; (ii) the Affiliation Agreement, dated as of July 1, 2014, under which PCOM students receive clinic education in osteopathic medicine; and (iii) the Affiliation Agreement, dated as of June 24, 2011, under which PCOM students receive clinical education in physician assistant studies.  PCOM agrees no amounts currently are due and owing to PCOM under the Affiliation Agreements.

7.    In addition, PCOM and SCH are parties to that certain Residency Affiliation Agreement, dated as of July 1, 2017, under which PCOM residents in the fields of plastic surgery, otorhinolaryngology, and orthopedic surgery rotate in the Department of Surgery at St. Christopher's Hospital for Children (collectively, the Residency Affiliation Agreement and the Affiliation Agreements are referred to herein as the "PCOM Contracts").[2]  PCOM is entitled to

---

[2]    Each PCOM Contract originally was entered into by PCOM and an affiliate of Tenet HealthSystem. Thereafter, each PCOM Contract was assigned to SCH or its affiliate in connection with the Debtors' January 2018 acquisition

receive payment under the Residency Affiliation Agreement and certain sums currently are due and owing to PCOM under that agreement.

8.      Specifically, as of the date hereof, PCOM is owed the sum of $363,060.61 under Residency Affiliation Agreement.  Additional amounts will become due and owing to PCOM under the Residency Affiliation Agreement, including not less than $61,660.30 for September 2019 and not less than $61,660.30 for October 2019.  Such amounts, and any other amounts that may be due and owing to PCOM with respect to the Residency Affiliation Agreement, must be paid to PCOM before the Sellers may assume and assign the Residency Affiliation Agreement to a successful bidder for the Sellers' assets.

### Limited Objection and Reservation of Rights

9.      After the Cure Notice was filed, undersigned counsel for PCOM engaged with counsel for the Debtors regarding the proposed assumption of the PCOM Contracts and the associated cure amounts.  PCOM understands that, notwithstanding the Cure Notice, the Debtors intend to include the Residency Affiliation Agreement as part of the Sale and that the Debtors have agreed to list the cure amount for the Residency Affiliation Agreement as $363,060.61 on a forthcoming amended cure schedule.

10.     As stated above, the sum of $363,060.61 is due and owing to PCOM through August 2019.  Additional monthly amounts will continue to accrue under the Residency Affiliation Agreement and will become due and owing to PCOM.  PCOM reserves the right to object to any proposed assumption or assignment of the Residency Affiliation Agreement that does not provide for payment in full of all unpaid amounts owed to PCOM as of the date of closing.

---

of, among other things, St. Christopher's Hospital for Children. Upon information and belief, the Debtors have copies of all PCOM Contracts including the assignments.

11.     PCOM also reserves the right to file a claim or motion seeking payment on an administrative expense basis of all unpaid amounts relating to the PCOM Contracts from and after the Petition Date.  *See* 11 U.S.C. §§ 503(b); 507(a)(2).  In the event any Affiliation Agreement or the Residency Affiliation Agreement is rejected, PCOM reserves the right to file a rejection damages claim.

12.     Further, PCOM reserves the right to object at or prior to any hearing on the proposed assumption and assignment of any PCOM Contract and/or any hearing on the proposed sale, transfer, or other disposition of the Sellers' assets.  PCOM further reserves the right to object to any purported assumption and assignment of the PCOM Contracts that does not strictly comply with the terms of the PCOM Contracts and/or the requirements of applicable law, including without limitation, Bankruptcy Code section 365.[3]  PCOM retains all rights, claims, defenses and arguments as to the Debtors and all third parties.

### Conclusion

WHEREFORE, PCOM requests that (i) any order authorizing and approving the assumption and assignment of the PCOM Contracts, including the Residency Affiliation Agreement, require that PCOM be paid at or prior to closing all amounts to which PCOM is entitled under the terms of the Residency Affiliation Agreement, and (ii) the Court grant PCOM such additional relief as the Court deems proper and just.

---

[3]     Under Bankruptcy Code section 365(b)(1)(C), a debtor in possession must provide adequate assurance of future performance by a proposed assignee. PCOM reserves all rights in this respect and leaves the Debtors to their burden of proving, among other things, that the requirements of section 365(b)(1)(C) have been satisfied with respect to any proposed purchaser.

Dated: August 30, 2019
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Bryan J. Hall*
Regina Stango Kelbon (DE No. 5444)
Bryan J. Hall (DE No. 6285)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email:    Kelbon@BlankRome.com
        BHall@BlankRome.com
-and-

Samuel H. Becker
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email:    Becker@BlankRome.com

*Counsel for Philadelphia College of
Osteopathic Medicine*