**CERTIFICATE OF SERVICE**

      I, Bryan J. Hall, hereby certify that on the 30th day of August, 2019, I served or caused to be served the foregoing *Limited Objection and Reservation of Rights of Philadelphia College of Osteopathic Medicine to the Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* upon the persons listed on the attached service list in the manner indicated.

                                                             */s/ Bryan J. Hall*
                                                             Bryan J. Hall (DE No. 6285)

**SERVICE LIST**

Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com
*(Via Hand Delivery and Email)*

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com
*(Via First Class Mail and Email)*

Thomas M. Horan
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
thoran@foxrothschild.com
*(Via Hand Delivery and Email)*

Andrew H. Sherman
Boris I. Mankovetskiy
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
*(Via First Class Mail and Email)*

Joelle E. Polesky
STRADLEY, RONON, STEVENS
 & YOUNG, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
jpolesky@stradley.com
*(Via Hand Delivery and Email)*

Gretchen M. Santamour
STRADLEY RONON STEVENS
 & YOUNG, LLP
2005 Market Street Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com
*(Via First Class Mail and Email)*

Kathryn L. Stevens
David L. Kane
VEDDER PRICE
222 North LaSalle Street
Chicago, IL 60601
kstevens@vedderprice.com
dkane@vedderprice.com
*(Via First Class Mail and Email)*