# **EXHIBIT B**

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702   PAGE ONE OF   PAGES

TO: St Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134

PROJECT: St Christopher's Hospital
East Stair Tower Repairs

CONTRACTOR: Watts Restoration Co., Inc.
1704 Bustleton Pike
Feasterville, PA 19053

ENGINEER:

ATTN: Mr Robert Kirschner

APPLICATION NO. 1
PERIOD TO: 06/30/19

INVOICE #: 18092-01

CONTRACT DATE:

Distribution to:
X CONTRACTOR
X FILE
X ACCOUNTING
  TICKLER

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . . . . . . . . . . . . . .   131,500.00
2. Net change by Change Orders . . . . . . . . . . . . . . . . . . .   53,633.25
3. CONTRACT SUM TO DATE (Line 1 ± 2) . . . . . . . . . . . .   185,133.25
4. TOTAL COMPLETE & STORED TO DATE . . . . . . . . . . . .   185,133.25
   (Column G on G703)
5. RETAINAGE
   a. % of Completed Work     0.00
      (Column D+E on G703)
   b. % of Stored Material
      (Column F on G703)
   Total Retainage (Line 5A + 5b or
   Total in Column J of G703). . . . . . . . . . . . . . . . . .   0.00
6. TOTAL EARNED LESS RETAINAGE . . . . . . . . . . . . . . . .   185,133.25
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT       0.00
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE . . . . . . . . . . . . . . . . . . . . . .   185,133.25
9. BALANCE TO FINISH, INCLUDING RETAINAGE . . . . .   0.00
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total change orders approved in previous months by owner | $0.00 | $0.00 |
| Total approved this Month | $53,633.25 | $0.00 |
| TOTALS | $53,633.25 | $0.00 |
| NET CHANGES by Change Order | $53,633.25 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:   Watts Restoration Co., Inc.

By: _[signature]_   Date: 06/27/19

State of: PA
County of: Bucks
Subscribed and sworn to before me this 27th day of June, 2019
Notary Public: _[signature]_
My Commission expires: 6-5-23

Commonwealth of Pennsylvania - Notary Seal
DAWN R. MERRONE, Notary Public
Bucks County
My Commission Expires June 5, 2023
Commission Number 1352237

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.................................................. $ 185,133.25
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _[signature]_   Date: 8/13/19

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

TO: St Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134

ATTN: Mr Robert Kirschner

CONTRACTOR: Watts Restoration Co., Inc.
1704 Bustleton Pike
Feasterville, PA 19053

PROJECT: St Christopher's Hospital
East Stair Tower Repairs

Project # 185595

APPLICATION NO: 1

PERIOD ENDING: 06/30/19

APPLICATION DATE: 06/28/19

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | | COMPLETED AND STORED TO DATE | % | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | PREVIOUS APPLICATIONS | THIS APPLICATION WRK IN PLACE | STORED MTLS | | | | |
| | General Conditions | 25,000 | 0.00 | 25,000.00 | 0.00 | 25,000.00 | 100% | 0.00 | 0.00 |
| | Remove and Replace 4 Landings | 35,000.00 | 0.00 | 35,000.00 | 0.00 | 35,000.00 | 100% | 0.00 | 0.00 |
| | Remove and Replace 39 Stair Tread | 30,000.00 | 0.00 | 30,000.00 | 0.00 | 30,000.00 | 100% | 0.00 | 0.00 |
| | Painting | 21,500.00 | 0.00 | 21,500.00 | 0.00 | 21,500.00 | 100% | 0.00 | 0.00 |
| | Caulking | 20,000.00 | 0.00 | 20,000.00 | 0.00 | 20,000.00 | 100% | 0.00 | 0.00 |
| | CO#1 Additional Landing and Steel Reinforcement | 53,633.25 | 0.00 | 53,633.25 | 0.00 | 53,633.25 | 100% | 0.00 | 0.00 |
| | **GRAND TOTAL** | **185,133.25** | **0.00** | **185,133.25** | **0.00** | **185,133.25** | **100%** | **0.00** | **0.00** |

AIA

1

6/27/2019