# **EXHIBIT C**

# SUGGESTED FORM OF AGREEMENT
# BETWEEN OWNER AND CONTRACTOR
# FOR CONSTRUCTION CONTRACT (STIPULATED PRICE)

THIS AGREEMENT is by and between St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("Owner") and Watts Restoration Co., Inc. ("Contractor"). Owner and Contractor hereby agree as follows:

## ARTICLE 1 – WORK

1.01 Contractor shall complete all Work as specified or indicated in the Contract Documents. The Work is generally described as follows:

Repairs to the parking garage at Owner located at 160 East Erie Avenue, Philadelphia, PA 19134

## ARTICLE 2 – THE PROJECT

2.01 The Project for which the Work under the Contract Documents may be the whole or only a part is generally described as follows:

Repairs to the parking garage at Owner located at 160 East Erie Avenue, Philadelphia, PA 19134

## ARTICLE 3 – ENGINEER

3.01 The Project has been designed by Joseph B. Callaghan, Inc. (Engineer), which is to act as Owner's representative, assume all duties and responsibilities, and have the rights and authority assigned to Engineer in the Contract Documents in connection with the completion of the Work in accordance with the Contract Documents.

## ARTICLE 4 – CONTRACT TIMES

4.01 *Time of the Essence*

A. All time limits for Milestones, if any, Substantial Completion, and completion and readiness for final payment as stated in the Contract Documents are of the essence of the Contract.

4.02  ~~Dates for Substantial Completion and Final Payment~~

    A. ~~The Work will be substantially completed on or before _____, and completed and ready for final payment in accordance with Paragraph 14.07 of the General Conditions on or before _____.~~

*[or]*

4.02  *Days to Achieve Substantial Completion and Final Payment*

    A. The Work will be substantially completed within 65 days after the date when the Contract Times commence to run as provided in Paragraph 2.03 of the General Conditions, and completed and ready for final payment in accordance with Paragraph 14.07 of the General Conditions within days after the date when the Contract Times commence to run.

4.03  ~~Liquidated Damages~~

    A. ~~Contractor and Owner recognize that time is of the essence as stated in Paragraph 4.01 above and that Owner will suffer financial loss if the Work is not completed within the times specified in Paragraph 4.02 above, plus any extensions thereof allowed in accordance with Article 12 of the General Conditions. The parties also recognize the delays, expense, and difficulties involved in proving in a legal or arbitration proceeding the actual loss suffered by Owner if the Work is not completed on time. Accordingly, instead of requiring any such proof, Owner and Contractor agree that as liquidated damages for delay (but not as a penalty), Contractor shall pay Owner $ for each day that expires after the time specified in Paragraph 4.02 above for Substantial Completion until the Work is substantially complete. After Substantial Completion, if Contractor shall neglect, refuse, or fail to complete the remaining Work within the Contract Time or any proper extension thereof granted by Owner, Contractor shall pay Owner $ for each day that expires after the time specified in Paragraph 4.02 above for completion and readiness for final payment until the Work is completed and ready for final payment.~~

*NOTE TO USER*

*~~If failure to reach a Milestone on time is of such consequence that the assessment of liquidated damages for failure to reach one or more Milestones on time is to be provided, appropriate amending or supplementing language should be inserted here.~~*

## ARTICLE 5 – CONTRACT PRICE

5.01  Owner shall pay Contractor for completion of the Work in accordance with the Contract Documents an amount in current funds equal to the sum of the amounts determined pursuant to Paragraphs 5.01.A, 5.01.B, and 5.01.C below:

    A. For all Work other than Unit Price Work, a lump sum of: $451,050.00

       All specific cash allowances are included in the above price in accordance with Paragraph 11.02 of the General Conditions.

B. For all Unit Price Work, an amount equal to the sum of the established unit price for each separately identified item of Unit Price Work times the actual quantity of that item:

## UNIT PRICE WORK

| Item No. | Description | Unit | Estimated Quantity | Bid Unit Price | Bid Price |
|---|---|---|---|---|---|
| 1 | Type 1 – Tee/Tee Joint Repair | | | $7.50/LF | |
| 2 | Type 2 – Topping Joint Repair | | | $7.00/LF | |
| 3 | Type 3 – Crack Repair | | | $7.00/LF | |
| 4 | Type 4 – Cove Joint | | | $7.00/LF | |
| 5 | Type 5 – Concrete Repair at Tee/Tee Joint | | | $55.00/LF | |
| 6 | Type 6 – Full Depth Repair at Tee/Tee Joint | | | $105.00/LF | |
| 7 | Type 7 – Concrete Topping Repair | | | $55.00/SF | |
| 8 | Type 8 – Underside Repair | | | $125.00/SF | |
| 9 | Type 9 – Full Depth Flange Repair | | | $100.00/SF | |
| 10 | Type 10 – Wall/Column Face Repair | | | $100.00/LF | |
| 11 | Type 11 – Column Corner Repair | | | $100.00/LF | |
| 12 | Type 12 – Grout Pocket Repair | | | $75.00/EA | |
| 13 | Type 13 – Lifting Loop Pocket Repair | | | $75.00/EA | |
| 14 | Type 14 – Tee Flange Repair | | | $125.00/LF | |

Total of all Bid Prices (Unit Price Work)                         $_____

The Bid prices for Unit Price Work set forth as of the Effective Date of the Agreement are based on estimated quantities. As provided in Paragraph 11.03 of the General Conditions, estimated quantities are not guaranteed, and determinations of actual quantities and classifications are to be made by Engineer as provided in Paragraph 9.07 of the General Conditions.

C. For all Work, at the prices stated in Contractor's Bid, attached hereto as an exhibit.

### NOTES TO USER

1. *If adjustment prices for variations from stipulated Base Bid quantities have been agreed to, insert appropriate provisions.*

2. *Depending upon the particular project bid form used, use 5.01.A alone, 5.01.A and 5.01.B together, 5.01.B alone, or 5.01.C alone, deleting those not used and renumbering accordingly. If 5.01.C is used, Contractor's Bid is attached as an exhibit and listed as a Contract Document in A-9.*

## ARTICLE 6 – PAYMENT PROCEDURES

*6.01  Submittal and Processing of Payments*

A. Contractor shall submit Applications for Payment in accordance with Article 14 of the General Conditions. Applications for Payment will be processed by Engineer as provided in the General Conditions.

*6.02  Progress Payments; Retainage*

A. Owner shall make progress payments on account of the Contract Price on the basis of Contractor's Applications for Payment <u>in accordance with Article 14 of the General Conditions</u>~~on or about the day of each month during performance of the Work as provided in Paragraph 6.02.A.1 below. All such payments will be measured by the schedule of values established as provided in Paragraph 2.07.A of the General Conditions (and in the case of Unit Price Work based on the number of units completed) or, in the event there is no schedule of values, as provided in the General Requirements.~~

~~1. Prior to Substantial Completion, progress payments will be made in an amount equal to the percentage indicated below but, in each case, less the aggregate of payments previously made and less such amounts as Engineer may determine or Owner may withhold, including but not limited to liquidated damages, in accordance with Paragraph 14.02 of the General Conditions.~~

~~a. _____ percent of Work completed (with the balance being retainage). If the Work has been 50 percent completed as determined by Engineer, and if the character and progress of the Work have been satisfactory to Owner and Engineer, then as long as the character~~

and progress of the Work remain satisfactory to Owner and Engineer, there will be no additional retainage; and

b. _____ percent of cost of materials and equipment not incorporated in the Work (with the balance being retainage).

B. Upon Substantial Completion, Owner shall pay an amount sufficient to increase total payments to Contractor to percent of the Work completed, less such amounts as Engineer shall determine in accordance with Paragraph 14.02.B.5 of the General Conditions and less _____ percent of Engineer's estimate of the value of Work to be completed or corrected as shown on the tentative list of items to be completed or corrected attached to the certificate of Substantial Completion.

*NOTE TO USER*

*Typical values used in Paragraph 6.02.B are 100 percent and 200 percent respectively.*

### 6.03 Final Payment

A. Upon final completion and acceptance of the Work in accordance with Paragraph 14.07 of the General Conditions, Owner shall pay the remainder of the Contract Price as recommended by Engineer as provided in said Paragraph 14.07.

## ARTICLE 7 – INTEREST

7.01 All moneys not paid when due as provided in Article 14 of the General Conditions shall bear interest at the rate of _____ percent per annum.

## ARTICLE 8 – CONTRACTOR'S REPRESENTATIONS

8.01 In order to induce Owner to enter into this Agreement, Contractor makes the following representations:

A. Contractor has examined and carefully studied the Contract Documents and the other related data identified in the Bidding Documents.

B. Contractor has visited the Site and become familiar with and is satisfied as to the general, local, and Site conditions that may affect cost, progress, and performance of the Work.

C. Contractor is familiar with and is satisfied as to all federal, state, and local Laws and Regulations that may affect cost, progress, and performance of the Work.

D. Contractor has carefully studied all: (1) reports of explorations and tests of subsurface conditions at or contiguous to the Site and all drawings of physical conditions relating to existing surface or subsurface structures at the Site (except Underground Facilities), if any, that have been identified in Paragraph SC-4.02 of the Supplementary Conditions as containing reliable "technical data," and (2) reports and drawings of Hazardous Environmental Conditions, if any, at the Site that have been identified in Paragraph SC-4.06 of the Supplementary Conditions as containing reliable "technical data."

*NOTE TO USER*
*Modify the above paragraph if there are no such reports or drawings.*

E. Contractor has considered the information known to Contractor; information commonly known to contractors doing business in the locality of the Site; information and observations obtained from visits to the Site; the Contract Documents; and the Site-related reports and drawings identified in the Contract Documents, with respect to the effect of such information, observations, and documents on (1) the cost, progress, and performance of the Work; (2) the means, methods, techniques, sequences, and procedures of construction to be employed by Contractor, including any specific means, methods, techniques, sequences, and procedures of construction expressly required by the Contract Documents; and (3) Contractor's safety precautions and programs.

*NOTE TO USER*
*If the Contract Documents do not identify any Site-related reports and*
*drawings, modify this paragraph accordingly.*

F. Based on the information and observations referred to in Paragraph 8.01.E above, Contractor does not consider that further examinations, investigations, explorations, tests, studies, or data are necessary for the performance of the Work at the Contract Price, within the Contract Times, and in accordance with the other terms and conditions of the Contract Documents.

G. Contractor is aware of the general nature of work to be performed by Owner and others at the Site that relates to the Work as indicated in the Contract Documents.

H. Contractor has given Engineer written notice of all conflicts, errors, ambiguities, or discrepancies that Contractor has discovered in the Contract Documents, and the written resolution thereof by Engineer is acceptable to Contractor.

I. The Contract Documents are generally sufficient to indicate and convey understanding of all terms and conditions for performance and furnishing of the Work.

## ARTICLE 9 – CONTRACT DOCUMENTS

*9.01    Contents*

A. The Contract Documents consist of the following:

1. This Agreement (pages 1 to <u>11</u> , inclusive).

2. ~~Performance bond (pages\_\_\_\_\_to\_\_\_\_\_, inclusive).~~

3. ~~Payment bond (pages\_\_\_\_\_to\_\_\_\_\_, inclusive).~~

4. ~~Other bonds (pages\_\_\_\_\_to\_\_\_\_\_, inclusive).~~

    a. ~~\_\_\_\_\_(pages\_\_\_\_\_to\_\_\_\_\_, inclusive).~~

    b. ~~\_\_\_\_\_(pages\_\_\_\_\_to\_\_\_\_\_, inclusive).~~

    c. ~~\_\_\_\_\_(pages\_\_\_\_\_to\_\_\_\_\_, inclusive).~~

5. General Conditions (pages <u>12</u> to <u>52</u> , inclusive).

6. Supplementa~~lry~~ Conditions (pages <u>53</u> to <u>135</u> , inclusive).

7. Specifications as listed in the table of contents of the Project Manual.

8. ~~Drawings consisting of\_\_\_\_\_sheets with each sheet bearing the following general title:~~ ~~\_\_\_\_\_[or] t~~The Drawings listed on attached sheet index.

~~9.~~8. Addenda (numbers\_\_\_\_\_to\_\_\_\_\_, inclusive).

~~10.~~9.    Exhibits to this Agreement (enumerated as follows):

    a. Contractor's Bid (pages <u>137</u> to <u>140</u> , inclusive).

    b. Documentation submitted by Contractor prior to Notice of Award (pages\_\_\_\_\_to \_\_\_\_\_, inclusive).

    c. *[List other required attachments (if any), such as documents required by funding or lending agencies].*

~~11.~~10.    The following which may be delivered or issued on or after the Effective Date of the Agreement and are not attached hereto:

    a. Notice to Proceed ~~(pages\_\_\_\_\_to\_\_\_\_\_, inclusive).~~

    b. Work Change Directives.

    c. Change Orders.

*NOTE TO USER*
*If any of the items listed are not to be included as Contract Documents,*
*remove such item from the list and renumber the remaining items.*

B. The documents listed in Paragraph 9.01.A are attached to this Agreement (except as expressly noted otherwise above).

C. There are no Contract Documents other than those listed above in this Article9.

D. The Contract Documents may only be amended, modified, or supplemented as provided in Paragraph 3.04 of the General Conditions.

## ARTICLE 10 – MISCELLANEOUS

*10.01  Terms*

A. Terms used in this Agreement will have the meanings stated in the General Conditions and the Supplementary Conditions.

*10.02  Assignment of Contract*

A. No assignment by a party hereto of any rights under or interests in the Contract will be binding on another party hereto without the written consent of the party sought to be bound; and, specifically but without limitation, moneys that may become due and moneys that are due may not be assigned without such consent (except to the extent that the effect of this restriction may be limited by law), and unless specifically stated to the contrary in any written consent to an assignment, no assignment will release or discharge the assignor from any duty or responsibility under the Contract Documents.

*10.03  Successors and Assigns*

A. Owner and Contractor each binds itself, its partners, successors, assigns, and legal representatives to the other party hereto, its partners, successors, assigns, and legal representatives in respect to all covenants, agreements, and obligations contained in the Contract Documents.

*10.04  Severability*

A. Any provision or part of the Contract Documents held to be void or unenforceable under any Law or Regulation shall be deemed stricken, and all remaining provisions shall continue to be valid and binding upon Owner and Contractor, who agree that the Contract Documents shall be reformed to replace such stricken provision or part thereof with a valid and enforceable provision that comes as close as possible to expressing the intention of the stricken provision.

## 10.05  Contractor's Certifications

A. Contractor certifies that it has not engaged in corrupt, fraudulent, collusive, or coercive practices in competing for or in executing the Contract. For the purposes of this Paragraph 10.05:

1. "corrupt practice" means the offering, giving, receiving, or soliciting of any thing of value likely to influence the action of a public official in the bidding process or in the Contract execution;

2. "fraudulent practice" means an intentional misrepresentation of facts made (a) to influence the bidding process or the execution of the Contract to the detriment of Owner, (b) to establish Bid or Contract prices at artificial non-competitive levels, or (c) to deprive Owner of the benefits of free and open competition;

3. "collusive practice" means a scheme or arrangement between two or more Bidders, with or without the knowledge of Owner, a purpose of which is to establish Bid prices at artificial, non-competitive levels; and

4. "coercive practice" means harming or threatening to harm, directly or indirectly, persons or their property to influence their participation in the bidding process or affect the execution of the Contract.

## 10.06  Other Provisions

### NOTES TO USER

1. To the extent this Contract is subject to Section 1861(v)(1)(I) of the Social Security Act, Contractor agrees to make available upon written request of the Secretary of Health and Human Services or the United States Comptroller General or any of their duly authorized representatives, this Contract, and any books, documents, and records of Contractor that are necessary to certify the nature and extent of costs incurred by Owner under this Agreement until the expiration of four (4) years after the termination of this Agreement. Contractor agrees that if Contractor carries out any of the duties or obligations contemplated by this Contract through a contract or subcontract with a value of Ten Thousand Dollars ($10,000) or more over a twelve (12) month period, such contract or subcontract shall require this same access to the books, documents, and records of such contractor or subcontractor. If Owner intends to assign a procurement contract (for goods and services) to the Contractor, see Notes to User at Article 23 of Suggested Instructions to Bidders for Procurement Contracts (EJCDC P-200, 2000 Edition) for provisions to be inserted in this Article.

2. Neither Contractor nor any Contractor employees providing services hereunder shall have been excluded, debarred, suspended, or otherwise ineligible to participate in Federal healthcare programs or in Federal procurement or nonprocurement programs, or have been convicted of a criminal offense that falls within the ambit of 42 U.S.C. § 1320a-7(a), but have not yet been excluded, debarred, suspended, or otherwise declared ineligible (each, an "Ineligible Person"). Contractor shall screen all Consultant employees providing services hereunder against (a) the United States Department of Health and Human Services/Office

of Inspector General List of Excluded Individuals/Entities, (b) the General Services Administration's System for Award Management; and (c) any applicable state healthcare exclusion list to ensure that no such employees are Ineligible Persons.  If, at any time during the term of this Contract any Contractor employee providing services hereunder becomes an Ineligible Person or proposed to be an Ineligible Person, Contractor shall immediately notify Owner of the same, and Owner may terminate this Contract immediately. *Insert other provisions here if applicable.*

IN WITNESS WHEREOF, Owner and Contractor have signed this Agreement. Counterparts have been delivered to Owner and Contractor. All portions of the Contract Documents have been signed or have been identified by Owner and Contractor or on their behalf.

*NOTE TO USER*

*See I-21 and correlate procedures for format and signing of the documents.*

This Agreement will be effective on the date of the last signature hereto (which is the Effective Date of the Agreement).

*NOTE TO USER*

*The Effective Date of the Agreement and the dates of any Construction Performance Bond (EJCDC C-610) and Construction Payment Bond (EJCDC C-615) should be the same, if possible. In no case may the date of any bonds be earlier then the Effective Date of the Agreement.*

OWNER:                                                              CONTRACTOR

By: _____                    By: _____

Title: _____                    Title: _____

                                                              (If Contractor is a corporation, a partnership,
                                                              or a joint venture, attach evidence of authority
                                                              to sign.)

Attest: _____                    Attest: _____

Title: _____                    Title: _____

Address for giving notices:                        Address for giving notices:

1500 Market Street, Suite 2400, West Tower          1704 Bustleton Pike

Philadelphia, PA 19102                              Feasterville, PA 19053

                                                              License No.: _____
                                                                          (Where applicable)

(If Owner is a corporation, attach evidence          *NOTE TO USER: Use in those states or other*
of authority to sign. If Owner is a public body,     *jurisdictions where applicable or required.*
attach evidence of authority to sign and resolution
or other documents authorizing execution             Agent for service of process:
of this Agreement.)
                                                              _____

This document has important legal consequences; consultation with an attorney is encouraged with respect to its use or modification. This document should be adapted to the particular circumstances of the contemplated Project and the Controlling Law.

# STANDARD
# GENERAL CONDITIONS
# OF THE
# CONSTRUCTION CONTRACT

Prepared by

**ENGINEERS JOINT CONTRACT DOCUMENTS COMMITTEE**

and

Issued and Published Jointly By

  

PROFESSIONAL ENGINEERS IN PRIVATE PRACTICE
*a practice division of the*
NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS

AMERICAN COUNCIL OF ENGINEERING COMPANIES

AMERICAN SOCIETY OF CIVIL ENGINEERS

This document has been approved and endorsed by



The Associated General Contractors of America

 Knowledge for Creating and Sustaining the Built Environment

Construction Specifications Institute

EJCDC C-700 Standard General Conditions of the Construction Contract.
Copyright © 2002 National Society of Professional Engineers for EJCDC. All rights reserved.
00700 - 1

Copyright ©2002

National Society of Professional Engineers
1420 King Street, Alexandria, VA 22314

American Council of Engineering Companies
1015 15th Street, N.W., Washington, DC 20005

American Society of Civil Engineers
1801 Alexander Bell Drive, Reston, VA 20191-4400

These General Conditions have been prepared for use with the Suggested Forms of Agreement Between Owner and Contractor Nos. C-520 or C-525 (2002 Editions). Their provisions are interrelated and a change in one may necessitate a change in the other. Comments concerning their usage are contained in the EJCDC Construction Documents, General and Instructions (No. C-001) (2002 Edition). For guidance in the preparation of Supplementary Conditions, see Guide to the Preparation of Supplementary Conditions (No. C-800) (2002 Edition).

## TABLE OF CONTENTS

Page

ARTICLE 1 - DEFINITIONS AND TERMINOLOGY .................................................................................. 6
  1.01    *Defined Terms* ................................................................................................................................. 6
  1.02    *Terminology* .................................................................................................................................... 8
ARTICLE 2 - PRELIMINARY MATTERS ............................................................................................... 9
  2.01    *Delivery of Bonds and Evidence of Insurance* ............................................................................ 9
  2.02    *Copies of Documents* ..................................................................................................................... 9
  2.03    *Commencement of Contract Times; Notice to Proceed* ............................................................... 9
  2.04    *Starting the Work* .......................................................................................................................... 9
  2.05    *Before Starting Construction* ....................................................................................................... 9
  2.06    *Preconstruction Conference* ........................................................................................................ 9
  2.07    *Initial Acceptance of Schedules* ................................................................................................. 10
ARTICLE 3 - CONTRACT DOCUMENTS: INTENT, AMENDING, REUSE ......................................... 10
  3.01    *Intent* ............................................................................................................................................ 10
  3.02    *Reference Standards* ................................................................................................................... 10
  3.03    *Reporting and Resolving Discrepancies* ................................................................................... 11
  3.04    *Amending and Supplementing Contract Documents* .................................................................. 11
  3.05    *Reuse of Documents* .................................................................................................................... 11
  3.06    *Electronic Data* ........................................................................................................................... 11
ARTICLE 4 - AVAILABILITY OF LANDS; SUBSURFACE AND PHYSICAL CONDITIONS; HAZARDOUS
ENVIRONMENTAL CONDITIONS; REFERENCE POINTS ................................................................ 11
  4.01    *Availability of Lands* ................................................................................................................... 12
  4.02    *Subsurface and Physical Conditions* ......................................................................................... 12
  4.03    *Differing Subsurface or Physical Conditions* ........................................................................... 13
  4.04    *Underground Facilities* ............................................................................................................... 13
  4.05    *Reference Points* ......................................................................................................................... 13
  4.06    *Hazardous Environmental Condition at Site* ............................................................................. 14
ARTICLE 5 - BONDS AND INSURANCE ............................................................................................ 14
  5.01    *Performance, Payment, and Other Bonds* ................................................................................. 15
  5.02    *Licensed Sureties and Insurers* .................................................................................................. 15
  5.03    *Certificates of Insurance* ............................................................................................................ 15
  5.04    *Contractor's Liability Insurance* ................................................................................................ 16
  5.05    *Owner's Liability Insurance* ....................................................................................................... 16
  5.06    *Property Insurance* ...................................................................................................................... 17
  5.07    *Waiver of Rights* .......................................................................................................................... 17
  5.08    *Receipt and Application of Insurance Proceeds* ........................................................................ 17
  5.09    *Acceptance of Bonds and Insurance; Option to Replace* ........................................................... 18
  5.10    *Partial Utilization, Acknowledgment of Property Insurer* ......................................................... 18
ARTICLE 6 - CONTRACTOR'S RESPONSIBILITIES ........................................................................ 18
  6.01    *Supervision and Superintendence* .............................................................................................. 18
  6.02    *Labor; Working Hours* ................................................................................................................ 18
  6.03    *Services, Materials, and Equipment* ........................................................................................... 18
  6.04    *Progress Schedule* ....................................................................................................................... 19
  6.05    *Substitutes and "Or-Equals"* ...................................................................................................... 20
  6.06    *Concerning Subcontractors, Suppliers, and Others* .................................................................. 21
  6.07    *Patent Fees and Royalties* ........................................................................................................... 21
  6.08    *Permits* ......................................................................................................................................... 21
  6.09    *Laws and Regulations* ................................................................................................................. 22
  6.10    *Taxes* ............................................................................................................................................ 22
  6.11    *Use of Site and Other Areas* ....................................................................................................... 22
  6.12    *Record Documents* ...................................................................................................................... 22
  6.13    *Safety and Protection* .................................................................................................................. 22
  6.14    *Safety Representative* .................................................................................................................. 23
  6.15    *Hazard Communication Programs* ............................................................................................. 23

| | | |
|---|---|---|
| 6.16 | Emergencies | 23 |
| 6.17 | Shop Drawings and Samples | 23 |
| 6.18 | Continuing the Work | 24 |
| 6.19 | Contractor's General Warranty and Guarantee | 24 |
| 6.20 | Indemnification | 24 |
| 6.21 | Delegation of Professional Design Services | 25 |

ARTICLE 7 - OTHER WORK AT THE SITE ..... 25
| 7.01 | Related Work at Site | 25 |
| 7.02 | Coordination | 26 |
| 7.03 | Legal Relationships | 26 |

ARTICLE 8 - OWNER'S RESPONSIBILITIES ..... 26
| 8.01 | Communications to Contractor | 26 |
| 8.02 | Replacement of Engineer | 26 |
| 8.03 | Furnish Data | 26 |
| 8.04 | Pay When Due | 26 |
| 8.05 | Lands and Easements; Reports and Tests | 26 |
| 8.06 | Insurance | 26 |
| 8.07 | Change Orders | 26 |
| 8.08 | Inspections, Tests, and Approvals | 26 |
| 8.09 | Limitations on Owner's Responsibilities | 27 |
| 8.10 | Undisclosed Hazardous Environmental Condition | 27 |
| 8.11 | Evidence of Financial Arrangements | 27 |

ARTICLE 9 - ENGINEER'S STATUS DURING CONSTRUCTION ..... 27
| 9.01 | Owner's Representative | 27 |
| 9.02 | Visits to Site | 27 |
| 9.03 | Project Representative | 27 |
| 9.04 | Authorized Variations in Work | 27 |
| 9.05 | Rejecting Defective Work | 28 |
| 9.06 | Shop Drawings, Change Orders and Payments | 28 |
| 9.07 | Determinations for Unit Price Work | 28 |
| 9.08 | Decisions on Requirements of Contract Documents and Acceptability of Work | 28 |
| 9.09 | Limitations on Engineer's Authority and Responsibilities | 28 |

ARTICLE 10 - CHANGES IN THE WORK; CLAIMS | 28 |
| 10.01 | Authorized Changes in the Work | 29 |
| 10.02 | Unauthorized Changes in the Work | 29 |
| 10.03 | Execution of Change Orders | 29 |
| 10.04 | Notification to Surety | 29 |
| 10.05 | Claims | 30 |

ARTICLE 11 - COST OF THE WORK; ALLOWANCES; UNIT PRICE WORK ..... 30
| 11.01 | Cost of the Work | 31 |
| 11.02 | Allowances | 31 |
| 11.03 | Unit Price Work | 32 |

ARTICLE 12 - CHANGE OF CONTRACT PRICE; CHANGE OF CONTRACT TIMES ..... 32
| 12.01 | Change of Contract Price | 32 |
| 12.02 | Change of Contract Times | 33 |
| 12.03 | Delays | 33 |

ARTICLE 13 - TESTS AND INSPECTIONS; CORRECTION, REMOVAL OR ACCEPTANCE OF DEFECTIVE WORK ..... 33
| 13.01 | Notice of Defects | 33 |
| 13.02 | Access to Work | 33 |
| 13.03 | Tests and Inspections | 33 |
| 13.04 | Uncovering Work | 34 |
| 13.05 | Owner May Stop the Work | 34 |
| 13.06 | Correction or Removal of Defective Work | 34 |
| 13.07 | Correction Period | 34 |
| 13.08 | Acceptance of Defective Work | 35 |
| 13.09 | Owner May Correct Defective Work | 35 |

ARTICLE 14 - PAYMENTS TO CONTRACTOR AND COMPLETION ..... 36
| 14.01 | Schedule of Values | 36 |
| 14.02 | Progress Payments | 36 |
| 14.03 | Contractor's Warranty of Title | 37 |
| 14.04 | Substantial Completion | 37 |

| 14.05 | *Partial Utilization* | 38 |
| 14.06 | *Final Inspection* | 38 |
| 14.07 | *Final Payment* | 38 |
| 14.08 | *Final Completion Delayed* | 39 |
| 14.09 | *Waiver of Claims* | 39 |
| ARTICLE 15 - SUSPENSION OF WORK AND TERMINATION | | 39 |
| 15.01 | *Owner May Suspend Work* | 39 |
| 15.02 | *Owner May Terminate for Cause* | 39 |
| 15.03 | *Owner May Terminate For Convenience* | 40 |
| 15.04 | *Contractor May Stop Work or Terminate* | 40 |
| ARTICLE 16 - DISPUTE RESOLUTION | | 41 |
| 16.01 | *Methods and Procedures* | 41 |
| ARTICLE 17 - MISCELLANEOUS | | 41 |
| 17.01 | *Giving Notice* | 41 |
| 17.02 | *Computation of Times* | 41 |
| 17.03 | *Cumulative Remedies* | 41 |
| 17.04 | *Survival of Obligations* | 41 |
| 17.05 | *Controlling Law* | 41 |
| 17.06 | *Headings* | 41 |

## GENERAL CONDITIONS

## ARTICLE 1 - DEFINITIONS AND TERMINOLOGY

### 1.01   Defined Terms

A. Wherever used in the Bidding Requirements or Contract Documents and printed with initial capital letters, the terms listed below will have the meanings indicated which are applicable to both the singular and plural thereof. In addition to terms specifically defined, terms with initial capital letters in the Contract Documents include references to identified articles and paragraphs, and the titles of other documents or forms.

1. *Addenda*--Written or graphic instruments issued prior to the opening of Bids which clarify, correct, or change the Bidding Requirements or the proposed Contract Documents.

2. *Agreement*--The written instrument which is evidence of the agreement between Owner and Contractor covering the Work.

3. *Application for Payment*--The form acceptable to Engineer which is to be used by Contractor during the course of the Work in requesting progress or final payments and which is to be accompanied by such supporting documentation as is required by the Contract Documents.

4. *Asbestos*--Any material that contains more than one percent asbestos and is friable or is releasing asbestos fibers into the air above current action levels established by the United States Occupational Safety and Health Administration.

5. *Bid*--The offer or proposal of a Bidder submitted on the prescribed form setting forth the prices for the Work to be performed.

6. *Bidder*--The individual or entity who submits a Bid directly to Owner.

7. *Bidding Documents*--The Bidding Requirements and the proposed Contract Documents (including all Addenda).

8. *Bidding Requirements*--The Advertisement or Invitation to Bid, Instructions to Bidders, bid security of acceptable form, if any, and the Bid Form with any supplements.

9. *Change Order*--A document recommended by Engineer which is signed by Contractor and Owner and authorizes an addition, deletion, or revision in the Work or an adjustment in the Contract Price or the Contract Times, issued on or after the Effective Date of the Agreement.

10. *Claim*--A demand or assertion by Owner or Contractor seeking an adjustment of Contract Price or Contract Times, or both, or other relief with respect to the terms of the Contract. A demand for money or services by a third party is not a Claim.

11. *Contract*--The entire and integrated written agreement between the Owner and Contractor concerning the Work. The Contract supersedes prior negotiations, representations, or agreements, whether written or oral.

12. *Contract Documents*-- Those items so designated in the Agreement. Only printed or hard copies of the items listed in the Agreement are Contract Documents. Approved Shop Drawings, other Contractor's submittals, and the reports and drawings of subsurface and physical conditions are not Contract Documents.

13. *Contract Price*--The moneys payable by Owner to Contractor for completion of the Work in accordance with the Contract Documents as stated in the Agreement (subject to the provisions of Paragraph 11.03 in the case of Unit Price Work).

14. *Contract Times*--The number of days or the dates stated in the Agreement to: (i) achieve Milestones, if any, (ii) achieve Substantial Completion; and (iii) complete the Work so that it is ready for final payment as evidenced by Engineer's written recommendation of final payment.

15. *Contractor*--The individual or entity with whom Owner has entered into the Agreement.

16. *Cost of the Work*--See Paragraph 11.01.A for definition.

17. *Drawings*--That part of the Contract Documents prepared or approved by Engineer which graphically shows the scope, extent, and character of the Work to be performed by Contractor. Shop Drawings and other Contractor submittals are not Drawings as so defined.

18. *Effective Date of the Agreement*--The date indicated in the Agreement on which it becomes effective, but if no such date is indicated, it means the date on which the Agreement is signed and delivered by the last of the two parties to sign and deliver.

19. *Engineer*--The individual or entity named as such in the Agreement.

20. *Field Order*--A written order issued by Engineer which requires minor changes in the Work but which does not involve a change in the Contract Price or the Contract Times.

21. *General Requirements*--Sections of Division I of the Specifications. The General Requirements pertain to all sections of the Specifications.

22. *Hazardous Environmental Condition*--The presence at the Site of Asbestos, PCBs, Petroleum, Hazardous Waste, or Radioactive Material in such quantities or circumstances that may present a substantial danger to persons or property exposed thereto in connection with the Work.

23. *Hazardous Waste*--The term Hazardous Waste shall have the meaning provided in Section 1004 of the Solid Waste Disposal Act (42 USC Section 6903) as amended from time to time.

24. *Laws and Regulations; Laws or Regulations*--Any and all applicable laws, rules, regulations, ordinances, codes, and orders of any and all governmental bodies, agencies, authorities, and courts having jurisdiction.

25. *Liens*--Charges, security interests, or encumbrances upon Project funds, real property, or personal property.

26. *Milestone*--A principal event specified in the Contract Documents relating to an intermediate completion date or time prior to Substantial Completion of all the Work.

27. *Notice of Award*--The written notice by Owner to the Successful Bidder stating that upon timely compliance by the Successful Bidder with the conditions precedent listed therein, Owner will sign and deliver the Agreement.

28. *Notice to Proceed*--A written notice given by Owner to Contractor fixing the date on which the Contract Times will commence to run and on which Contractor shall start to perform the Work under the Contract Documents.

29. *Owner*--The individual or entity with whom Contractor has entered into the Agreement and for whom the Work is to be performed.

30. *PCBs*--Polychlorinated biphenyls.

31. *Petroleum*--Petroleum, including crude oil or any fraction thereof which is liquid at standard conditions of temperature and pressure (60 degrees Fahrenheit and 14.7 pounds per square inch absolute), such as oil, petroleum, fuel oil, oil sludge, oil refuse, gasoline, kerosene, and oil mixed with other non-Hazardous Waste and crude oils.

32. *Progress Schedule*--A schedule, prepared and maintained by Contractor, describing the sequence and duration of the activities comprising the Contractor's plan to accomplish the Work within the Contract Times.

33. *Project*--The total construction of which the Work to be performed under the Contract Documents may be the whole, or a part.

34. *Project Manual*--The bound documentary information prepared for bidding and constructing the Work. A listing of the contents of the Project Manual, which may be bound in one or more volumes, is contained in the table(s) of contents.

35. *Radioactive Material*--Source, special nuclear, or byproduct material as defined by the Atomic Energy Act of 1954 (42 USC Section 2011 et seq.) as amended from time to time.

36. *Related Entity* -- An officer, director, partner, employee, agent, consultant, or subcontractor.

37. *Resident Project Representative*--The authorized representative of Engineer who may be assigned to the Site or any part thereof.

38. *Samples*--Physical examples of materials, equipment, or workmanship that are representative of some portion of the Work and which establish the standards by which such portion of the Work will be judged.

39. *Schedule of Submittals*--A schedule, prepared and maintained by Contractor, of required submittals and the time requirements to support scheduled performance of related construction activities.

40. *Schedule of Values*--A schedule, prepared and maintained by Contractor, allocating portions of the Contract Price to various portions of the Work and used as the basis for reviewing Contractor's Applications for Payment.

41. *Shop Drawings*--All drawings, diagrams, illustrations, schedules, and other data or information which are specifically prepared or assembled by or for Contractor and submitted by Contractor to illustrate some portion of the Work.

42. *Site*--Lands or areas indicated in the Contract Documents as being furnished by Owner upon which the Work is to be performed, including rights-of-way and easements for access thereto, and such other lands furnished by Owner which are designated for the use of Contractor.

43. *Specifications*--That part of the Contract Documents consisting of written requirements for materials, equipment, systems, standards and workmanship as applied to the Work, and certain

administrative requirements and procedural matters applicable thereto.

44. *Subcontractor*--An individual or entity having a direct contract with Contractor or with any other Subcontractor for the performance of a part of the Work at the Site.

45. *Substantial Completion*--The time at which the Work (or a specified part thereof) has progressed to the point where, in the opinion of Engineer, the Work (or a specified part thereof) is sufficiently complete, in accordance with the Contract Documents, so that the Work (or a specified part thereof) can be utilized for the purposes for which it is intended. The terms "substantially complete" and "substantially completed" as applied to all or part of the Work refer to Substantial Completion thereof.

46. *Successful Bidder*--The Bidder submitting a responsive Bid to whom Owner makes an award.

47. *Supplementary Conditions*--That part of the Contract Documents which amends or supplements these General Conditions.

48. *Supplier*--A manufacturer, fabricator, supplier, distributor, materialman, or vendor having a direct contract with Contractor or with any Subcontractor to furnish materials or equipment to be incorporated in the Work by Contractor or any Subcontractor.

49. *Underground Facilities*--All underground pipelines, conduits, ducts, cables, wires, manholes, vaults, tanks, tunnels, or other such facilities or attachments, and any encasements containing such facilities, including those that convey electricity, gases, steam, liquid petroleum products, telephone or other communications, cable television, water, wastewater, storm water, other liquids or chemicals, or traffic or other control systems.

50. *Unit Price Work*--Work to be paid for on the basis of unit prices.

51. *Work*--The entire construction or the various separately identifiable parts thereof required to be provided under the Contract Documents. Work includes and is the result of performing or providing all labor, services, and documentation necessary to produce such construction, and furnishing, installing, and incorporating all materials and equipment into such construction, all as required by the Contract Documents.

52. *Work Change Directive*--A written statement to Contractor issued on or after the Effective Date of the Agreement and signed by Owner and recommended by Engineer ordering an addition, deletion, or revision in the Work, or responding to differing or unforeseen subsurface or physical conditions under which the Work is to be performed or to emergencies. A Work Change Directive will not change the Contract Price or the Contract Times

but is evidence that the parties expect that the change ordered or documented by a Work Change Directive will be incorporated in a subsequently issued Change Order following negotiations by the parties as to its effect, if any, on the Contract Price or Contract Times.

*1.02    Terminology*

A. The following words or terms are not defined but, when used in the Bidding Requirements or Contract Documents, have the following meaning.

*B. Intent of Certain Terms or Adjectives*

1. The Contract Documents include the terms "as allowed," "as approved," "as ordered", "as directed" or terms of like effect or import to authorize an exercise of professional judgment by Engineer. In addition, the adjectives "reasonable," "suitable," "acceptable," "proper," "satisfactory," or adjectives of like effect or import are used to describe an action or determination of Engineer as to the Work. It is intended that such exercise of professional judgment, action or determination will be solely to evaluate, in general, the Work for compliance with the requirements of and information in the Contract Documents and conformance with the design concept of the completed Project as a functioning whole as shown or indicated in the Contract Documents (unless there is a specific statement indicating otherwise). The use of any such term or adjective is not intended to and shall not be effective to assign to Engineer any duty or authority to supervise or direct the performance of the Work or any duty or authority to undertake responsibility contrary to the provisions of Paragraph 9.09 or any other provision of the Contract Documents.

*C. Day*

1.       The word "day" means a calendar day of 24 hours measured from midnight to the next midnight.

*D. Defective*

1. The word "defective," when modifying the word "Work," refers to Work that is unsatisfactory, faulty, or deficient in that it:

a. does not conform to the Contract Documents, or

b. does not meet the requirements of any applicable inspection, reference standard, test, or approval referred to in the Contract Documents, or

c. has been damaged prior to Engineer's - recommendation of final payment (unless responsibility for the protection thereof has been assumed by Owner at Substantial Completion in accordance with Paragraph 14.04 or 14.05).

EJCDC C-700 Standard General Conditions of the Construction Contract.
Copyright © 2002 National Society of Professional Engineers for EJCDC. All rights reserved.
00700 - 8

### E. Furnish, Install, Perform, Provide

1. The word "furnish," when used in connection with services, materials, or equipment, shall mean to supply and deliver said services, materials, or equipment to the Site (or some other specified location) ready for use or installation and in usable or operable condition.

2. The word "install," when used in connection with services, materials, or equipment, shall mean to put into use or place in final position said services, materials, or equipment complete and ready for intended use.

3. The words "perform" or "provide," when used in connection with services, materials, or equipment, shall mean to furnish and install said services, materials, or equipment complete and ready for intended use.

4. When "furnish," "install," "perform," or "provide" is not used in connection with services, materials, or equipment in a context clearly requiring an obligation of Contractor, "provide" is implied.

F. Unless stated otherwise in the Contract Documents, words or phrases which have a well-known technical or construction industry or trade meaning are used in the Contract Documents in accordance with such recognized meaning.

## ARTICLE 2 - PRELIMINARY MATTERS

### 2.01    Delivery of Bonds and Evidence of Insurance

A. When Contractor delivers the executed counterparts of the Agreement to Owner, Contractor shall also deliver to Owner such bonds as Contractor may be required to furnish.

B. *Evidence of Insurance:* Before any Work at the Site is started, Contractor—and Owner shall each deliver to the other, with copies to each additional insured identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance which either of them or any additional insured may reasonably request) which Contractor is and Owner respectively are required to purchase and maintain in accordance with Article 5.

### 2.02    Copies of Documents

A. Owner shall furnish to Contractor up to ten printed or hard copies of the Drawings and Project Manual. Additional copies will be furnished upon request at the cost of reproduction.

### 2.03    Commencement of Contract Times; Notice to Proceed

A. The Contract Times will commence to run on the thirtieth day after the Effective Date of the Agreement

or, if a Notice to Proceed is given, on the day indicated in the Notice to Proceed. A Notice to Proceed may be given at any time within 30 days after the Effective Date of the Agreement. In no event will the Contract Times commence to run later than the sixtieth day after the day of Bid opening or the thirtieth day after the Effective Date of the Agreement, whichever date is earlier.

### 2.04    Starting the Work

A. Contractor shall start to perform the Work on the date when the Contract Times commence to run. No Work shall be done at the Site prior to the date on which the Contract Times commence to run.

### 2.05    Before Starting Construction

A. *Preliminary Schedules:* Within 10 days after the Effective Date of the Agreement (unless otherwise specified in the General Requirements), Contractor shall submit to Engineer for timely review:

1. a preliminary Progress Schedule; indicating the times (numbers of days or dates) for starting and completing the various stages of the Work, including any Milestones specified in the Contract Documents;

2. a preliminary Schedule of Submittals; and

3. a preliminary Schedule of Values for all of the Work which includes quantities and prices of items which when added together equal the Contract Price and subdivides the Work into component parts in sufficient detail to serve as the basis for progress payments during performance of the Work. Such prices will include an appropriate amount of overhead and profit applicable to each item of Work.

### 2.06    Preconstruction Conference

A. Before any Work at the Site is started, a conference attended by Owner, Contractor, Engineer, and others as appropriate will be held to establish a working understanding among the parties as to the Work and to discuss the schedules referred to in Paragraph 2.05.A, procedures for handling Shop Drawings and other submittals, processing Applications for Payment, and maintaining required records.

### 2.07    Initial Acceptance of Schedules

A. At least 10 days before submission of the first Application for Payment a conference attended by Contractor, Engineer, and others as appropriate will be held to review for acceptability to Engineer as provided below the schedules submitted in accordance with Paragraph 2.05.A. Contractor shall have an additional 10 days to make corrections and adjustments and to complete and resubmit the schedules. No progress payment shall be made to Contractor until acceptable schedules are submitted to Engineer.

1. The Progress Schedule will be acceptable to Engineer if it provides an orderly progression of the Work to completion within the Contract Times. Such acceptance will not impose on Engineer responsibility for the Progress Schedule, for sequencing, scheduling, or progress of the Work nor interfere with or relieve Contractor from Contractor's full responsibility therefor.

2. Contractor's Schedule of Submittals will be acceptable to Engineer if it provides a workable arrangement for reviewing and processing the required submittals.

3. Contractor's Schedule of Values will be acceptable to Engineer as to form and substance if it provides a reasonable allocation of the Contract Price to component parts of the Work.

## ARTICLE 3 - CONTRACT DOCUMENTS: INTENT, AMENDING, REUSE

### 3.01    *Intent*

A. The Contract Documents are complementary; what is required by one is as binding as if required by all.

B. It is the intent of the Contract Documents to describe a functionally complete Project (or part thereof) to be constructed in accordance with the Contract Documents. Any labor, documentation, services, materials, or equipment that may reasonably be inferred from the Contract Documents or from prevailing custom or trade usage as being required to produce the intended result will be provided whether or not specifically called for at no additional cost to Owner.

C. Clarifications and interpretations of the Contract Documents shall be issued by Engineer as provided in Article 9.

### 3.02    *Reference Standards*

A. Standards, Specifications, Codes, Laws, and Regulations

1. Reference to standards, specifications, manuals, or codes of any technical society, organization, or association, or to Laws or Regulations, whether such reference be specific or by implication, shall mean the standard, specification, manual, code, or Laws or Regulations in effect at the time of opening of Bids (or on the Effective Date of the Agreement if there were no Bids), except as may be otherwise specifically stated in the Contract Documents.

2. No provision of any such standard, specification, manual or code, or any instruction of a Supplier shall be effective to change the duties or

responsibilities of Owner, Contractor, or Engineer, or any of their subcontractors, consultants, agents, or employees from those set forth in the Contract Documents. No such provision or instruction shall be effective to assign to Owner, or Engineer, or any of, their Related Entities, any duty or authority to supervise or direct the performance of the Work or any duty or authority to undertake responsibility inconsistent with the provisions of the Contract Documents.

### 3.03    *Reporting and Resolving Discrepancies*

#### A. Reporting Discrepancies

1. *Contractor's Review of Contract Documents Before Starting Work*: Before undertaking each part of the Work, Contractor shall carefully study and compare the Contract Documents and check and verify pertinent figures therein and all applicable field measurements. Contractor shall promptly report in writing to Engineer any conflict, error, ambiguity, or discrepancy which Contractor may discover and shall obtain a written interpretation or clarification from Engineer before proceeding with any Work affected thereby.

2. *Contractor's Review of Contract Documents During Performance of Work*: If, during the performance of the Work, Contractor discovers any conflict, error, ambiguity, or discrepancy within the Contract Documents or between the Contract Documents and any provision of any Law or Regulation applicable to the performance of the Work or of any standard, specification, manual or code, or of any instruction of any Supplier, Contractor shall promptly report it to Engineer in writing. Contractor shall not proceed with the Work affected thereby (except in an emergency as required by Paragraph 6.16.A) until an amendment or supplement to the Contract Documents has been issued by one of the methods indicated in Paragraph 3.04.

3. Contractor shall not be liable to Owner or Engineer for failure to report any conflict, error, ambiguity, or discrepancy in the Contract Documents unless Contractor knew or reasonably should have known thereof.

#### B. Resolving Discrepancies

1. Except as may be otherwise specifically stated in the Contract Documents, the provisions of the Contract Documents shall take precedence in resolving any conflict, error, ambiguity, or discrepancy between the provisions of the Contract Documents and:

    a. the provisions of any standard, specification, manual, code, or instruction (whether or not specifically incorporated by reference in the Contract Documents); or

    b. the provisions of any Laws or Regulations applicable to the performance of the Work

EJCDC C-700 Standard General Conditions of the Construction Contract.
Copyright © 2002 National Society of Professional Engineers for EJCDC. All rights reserved.
00700 - 10

(unless such an interpretation of the provisions of the Contract Documents would result in violation of such Law or Regulation).

*3.04    Amending    and    Supplementing    Contract Documents*

A. The Contract Documents may be amended to provide for additions, deletions, and revisions in the Work or to modify the terms and conditions thereof by either a Change Order or a Work Change Directive.

B. The requirements of the Contract Documents may be supplemented, and minor variations and deviations in the Work may be authorized, by one or more of the following ways:

1. A Field Order;

2. Engineer's approval of a Shop Drawing or Sample; (Subject to the provisions of Paragraph 6.17.D.3); or

3. Engineer's written interpretation or clarification.

*3.05    Reuse of Documents*

A. Contractor and any Subcontractor or Supplier or other individual or entity performing or furnishing all of the Work under a direct or indirect contract with Contractor, shall not:

1. have or acquire any title to or ownership rights in any of the Drawings, Specifications, or other documents (or copies of any thereof) prepared by or bearing the seal of Engineer or Engineer's consultants, including electronic media editions; or

2. reuse any of such Drawings, Specifications, other documents, or copies thereof on extensions of the Project or any other project without written consent of Owner and Engineer and specific written verification or adaption by Engineer.

B. The prohibition of this Paragraph 3.05 will survive final payment, or termination of the Contract. Nothing herein shall preclude Contractor from retaining copies of the Contract Documents for record purposes.

*3.06    Electronic Data*

A. Copies of data furnished by Owner or Engineer to Contractor or Contractor to Owner or Engineer that may be relied upon are limited to the printed copies (also known as hard copies). Files in electronic media format of text, data, graphics, or other types are furnished only for the convenience of the receiving party. Any conclusion or information obtained or derived from such electronic files will be at the user's

sole risk. If there is a discrepancy between the electronic files and the hard copies, the hard copies govern.

B. Because data stored in electronic media format can deteriorate or be modified inadvertently or otherwise without authorization of the data's creator, the party receiving electronic files agrees that it will perform acceptance tests or procedures within 60 days, after which the receiving party shall be deemed to have accepted the data thus transferred. Any errors detected within the 60-day acceptance period will be corrected by the transferring party..

C. When transferring documents in electronic media format, the transferring party makes no representations as to long term compatibility, usability, or readability of documents resulting from the use of software application packages, operating systems, or computer hardware differing from those used by the data's creator.

ARTICLE  4  -  AVAILABILITY  OF  LANDS; SUBSURFACE  AND  PHYSICAL  CONDITIONS; HAZARDOUS  ENVIRONMENTAL  CONDITIONS; REFERENCE POINTS

*4.01    Availability of Lands*

A. Owner shall furnish the Site. Owner shall notify Contractor of any encumbrances or restrictions not of general application but specifically related to use of the Site with which Contractor must comply in performing the Work. Owner will obtain in a timely manner and pay for easements for permanent structures or permanent changes in existing facilities. If Contractor and Owner are unable to agree on entitlement to or on the amount or extent, if any, of any adjustment in the Contract Price or Contract Times, or both, as a result of any delay in Owner's furnishing the Site or a part thereof, Contractor may make a Claim therefor as provided in Paragraph 10.05.

B. Upon reasonable written request, Owner shall furnish Contractor with a current statement of record legal title and legal description of the lands upon which the Work is to be performed and Owner's interest therein as necessary for giving notice of or filing a mechanic's or construction lien against such lands in accordance with applicable Laws and Regulations.

C. Contractor shall provide for all additional lands and access thereto that may be required for temporary construction facilities or storage of materials and equipment.

### 4.02   Subsurface and Physical Conditions

A. *Reports and Drawings:* The Supplementary Conditions identify:

1. those reports of explorations and tests of subsurface conditions at or contiguous to the Site that Engineer has used in preparing the Contract Documents; and

2. those drawings of physical conditions in or relating to existing surface or subsurface structures at or contiguous to the Site (except Underground Facilities) that Engineer has used in preparing the Contract Documents.

B. *Limited Reliance by Contractor on Technical Data Authorized:* Contractor may rely upon the general accuracy of the "technical data" contained in such reports and drawings, but such reports and drawings are not Contract Documents. Such "technical data" is identified in the Supplementary Conditions. Except for such reliance on such "technical data," Contractor may not rely upon or make any claim against Owner or Engineer, or any of their Related Entities with respect to:

1. the completeness of such reports and drawings for Contractor's purposes, including, but not limited to, any aspects of the means, methods, techniques, sequences, and procedures of construction to be employed by Contractor, and safety precautions and programs incident thereto; or

2. other data, interpretations, opinions, and information contained in such reports or shown or indicated in such drawings; or

3. any Contractor interpretation of or conclusion drawn from any "technical data" or any such other data, interpretations, opinions, or information.

### 4.03   Differing Subsurface or Physical Conditions

A. *Notice:* If Contractor believes that any subsurface or physical condition at or contiguous to the Site that is uncovered or revealed either:

1. is of such a nature as to establish that any "technical data" on which Contractor is entitled to rely as provided in Paragraph 4.02 is materially inaccurate; or

2. is of such a nature as to require a change in the Contract Documents; or

3. differs materially from that shown or indicated in the Contract Documents; or

4. is of an unusual nature, and differs materially from conditions ordinarily encountered and generally recognized as inherent in work of the character provided for in the Contract Documents;

then Contractor shall, promptly after becoming aware thereof and before further disturbing the subsurface or physical conditions or performing any Work in connection therewith (except in an emergency as required by Paragraph 6.16.A), notify Owner and Engineer in writing about such condition. Contractor shall not further disturb such condition or perform any Work in connection therewith (except as aforesaid) until receipt of written order to do so.

B. *Engineer's Review:* After receipt of written notice as required by Paragraph 4.03.A, Engineer will promptly review the pertinent condition, determine the necessity of Owner's obtaining additional exploration or tests with respect thereto, and advise Owner in writing (with a copy to Contractor) of Engineer's findings and conclusions.

C. Possible Price and Times Adjustments

1. The Contract Price or the Contract Times, or both, will be equitably adjusted to the extent that the existence of such differing subsurface or physical condition causes an increase or decrease in Contractor's cost of, or time required for, performance of the Work; subject, however, to the following:

a. such condition must meet any one or more of the categories described in Paragraph 4.03.A; and

b. with respect to Work that is paid for on a Unit Price Basis, any adjustment in Contract Price will be subject to the provisions of Paragraphs 9.07 and 11.03.

2. Contractor shall not be entitled to any adjustment in the Contract Price or Contract Times if:

a. Contractor knew of the existence of such conditions at the time Contractor made a final commitment to Owner with respect to Contract Price and Contract Times by the submission of a Bid or becoming bound under a negotiated contract; or

b. the existence of such condition could reasonably have been discovered or revealed as a result of any examination, investigation, exploration, test, or study of the Site and contiguous areas required by the Bidding Requirements or Contract Documents to be conducted by or for Contractor prior to Contractor's making such final commitment; or

c. Contractor failed to give the written notice as required by Paragraph 4.03.A.

3. If Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any adjustment in the Contract Price or Contract Times, or both, a Claim may be made therefor as provided in Paragraph 10.05. However, Owner and Engineer, and any of their Related Entities shall not be liable to Contractor for any claims, costs, losses, or damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) sustained by Contractor on or in connection with any other project or anticipated project.

### 4.04    Underground Facilities

A. *Shown or Indicated:* The information and data shown or indicated in the Contract Documents with respect to existing Underground Facilities at or contiguous to the Site is based on information and data furnished to Owner or Engineer by the owners of such Underground Facilities, including Owner, or by others. Unless it is otherwise expressly provided in the Supplementary Conditions:

1. Owner and Engineer shall not be responsible for the accuracy or completeness of any such information or data; and

2. the cost of all of the following will be included in the Contract Price, and Contractor shall have full responsibility for:

> a. reviewing and checking all such information and data,

> b. locating all Underground Facilities shown or indicated in the Contract Documents,

> c. coordination of the Work with the owners of such Underground Facilities, including Owner, during construction, and

> d. the safety and protection of all such Underground Facilities and repairing any damage thereto resulting from the Work.

### B. *Not Shown or Indicated*

1. If an Underground Facility is uncovered or revealed at or contiguous to the Site which was not shown or indicated, or not shown or indicated with reasonable accuracy in the Contract Documents, Contractor shall, promptly after becoming aware thereof and before further disturbing conditions affected thereby or performing any Work in connection therewith (except in an emergency as required by Paragraph 6.16.A), identify the owner of such Underground Facility and give written notice to that owner and to Owner and Engineer. Engineer will

promptly review the Underground Facility and determine the extent, if any, to which a change is required in the Contract Documents to reflect and document the consequences of the existence or location of the Underground Facility. During such time, Contractor shall be responsible for the safety and protection of such Underground Facility.

2. If Engineer concludes that a change in the Contract Documents is required, a Work Change Directive or a Change Order will be issued to reflect and document such consequences. An equitable adjustment shall be made in the Contract Price or Contract Times, or both, to the extent that they are attributable to the existence or location of any Underground Facility that was not shown or indicated or not shown or indicated with reasonable accuracy in the Contract Documents and that Contractor did not know of and could not reasonably have been expected to be aware of or to have anticipated. If Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any such adjustment in Contract Price or Contract Times, Owner or Contractor may make a Claim therefor as provided in Paragraph 10.05.

### 4.05    Reference Points

A. Owner shall provide engineering surveys to establish reference points for construction which in Engineer's judgment are necessary to enable Contractor to proceed with the Work. Contractor shall be responsible for laying out the Work, shall protect and preserve the established reference points and property monuments, and shall make no changes or relocations without the prior written approval of Owner. Contractor shall report to Engineer whenever any reference point or property monument is lost or destroyed or requires relocation because of necessary changes in grades or locations, and shall be responsible for the accurate replacement or relocation of such reference points or property monuments by professionally qualified personnel.

### 4.06    Hazardous Environmental Condition at Site

A. *Reports and Drawings:* Reference is made to the Supplementary Conditions for the identification of those reports and drawings relating to a Hazardous Environmental Condition identified at the Site, if any, that have been utilized by the Engineer in the preparation of the Contract Documents.

B. *Limited Reliance by Contractor on Technical Data Authorized:* Contractor may rely upon the general accuracy of the "technical data" contained in such reports and drawings, but such reports and drawings are not Contract Documents. Such "technical data" is identified in the Supplementary Conditions. Except for such reliance on such "technical data," Contractor may not rely upon or make any claim against Owner or Engineer, or any of their Related Entities with respect to:

1. the completeness of such reports and drawings for Contractor's purposes, including, but not limited to, any aspects of the means, methods, techniques, sequences and procedures of construction to be employed by Contractor and safety precautions and programs incident thereto; or

2. other data, interpretations, opinions and information contained in such reports or shown or indicated in such drawings; or

3. any Contractor interpretation of or conclusion drawn from any "technical data" or any such other data, interpretations, opinions or information.

C. Contractor shall not be responsible for any Hazardous Environmental Condition uncovered or revealed at the Site which was not shown or indicated in Drawings or Specifications or identified in the Contract Documents to be within the scope of the Work. Contractor shall be responsible for a Hazardous Environmental Condition created with any materials brought to the Site by Contractor, Subcontractors, Suppliers, or anyone else for whom Contractor is responsible.

D. If Contractor encounters a Hazardous Environmental Condition or if Contractor or anyone for whom Contractor is responsible creates a Hazardous Environmental Condition, Contractor shall immediately: (i) secure or otherwise isolate such condition; (ii) stop all Work in connection with such condition and in any area affected thereby (except in an emergency as required by Paragraph 6.16.A); and (iii) notify Owner and Engineer (and promptly thereafter confirm such notice in writing). Owner shall promptly consult with Engineer concerning the necessity for Owner to retain a qualified expert to evaluate such condition or take corrective action, if any.

E. Contractor shall not be required to resume Work in connection with such condition or in any affected area until after Owner has obtained any required permits related thereto and delivered to Contractor written notice: (i) specifying that such condition and any affected area is or has been rendered safe for the resumption of Work; or (ii) specifying any special conditions under which such Work may be resumed safely. If Owner and Contractor cannot agree as to entitlement to or on the amount or extent, if any, of any adjustment in Contract Price or Contract Times, or both, as a result of such Work stop-page or such special conditions under which Work is agreed to be resumed by Contractor, either party may make a Claim therefor as provided in Paragraph 10.05.

F. If after receipt of such written notice Contractor does not agree to resume such Work based on a reasonable belief it is unsafe, or does not agree to resume such Work under such special conditions, then Owner may order the portion of the Work that is in the area affected by such condition to be deleted from the Work. If Owner and Contractor cannot agree as to

entitlement to or on the amount or extent, if any, of an adjustment in Contract Price or Contract Times as a result of deleting such portion of the Work, then either party may make a Claim therefor as provided in Paragraph 10.05. Owner may have such deleted portion of the Work performed by Owner's own forces or others in accordance with Article 7.

G. To the fullest extent permitted by Laws and Regulations, Owner shall indemnify and hold harmless Contractor, Subcontractors, and Engineer, and the officers, directors, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to a Hazardous Environmental Condition, provided that such Hazardous Environmental Condition: (i) was not shown or indicated in the Drawings or Specifications or identified in the Contract Documents to be included within the scope of the Work, and (ii) was not created by Contractor or by anyone for whom Contractor is responsible. Nothing in this Paragraph 4.06. G shall obligate Owner to indemnify any individual or entity from and against the consequences of that individual's or entity's own negligence.

H. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to a Hazardous Environmental Condition created by Contractor or by anyone for whom Contractor is responsible. Nothing in this Paragraph 4.06.H shall obligate Contractor to indemnify any individual or entity from and against the consequences of that individual's or entity's own negligence.

I. The provisions of Paragraphs 4.02, 4.03, and 4.04 do not apply to a Hazardous Environmental Condition uncovered or revealed at the Site.

## ARTICLE 5 - BONDS AND INSURANCE

### 5.01   Performance, Payment, and Other Bonds

A. Contractor shall furnish performance and payment bonds, each in an amount at least equal to the Contract Price as security for the faithful performance and payment of all of Contractor's and Subcontractor's obligations under the Contract Documents. These bonds shall remain in effect until one year after the date when final payment becomes due or until completion of the

correction period specified in Paragraph 13.07, whichever is later, except as provided otherwise by Laws or Regulations or by the Contract Documents. Contractor shall also furnish such other bonds as are required by the Contract Documents.

B. All bonds shall be in the form prescribed by the Contract Documents except as provided otherwise by Laws or Regulations, and shall be executed by such sureties as are named in the current list of "Companies Holding Certificates of Authority as Acceptable Sureties on Federal Bonds and as Acceptable Reinsuring Companies" as published in Circular 570 (amended) by the Financial Management Service, Surety Bond Branch, U.S. Department of the Treasury. All bonds signed by an agent must be accompanied by a certified copy of the agent's authority to act.

C. If the surety on any bond furnished by Contractor is declared bankrupt or becomes insolvent or its right to do business is terminated in any state where any part of the Project is located or it ceases to meet the requirements of Paragraph 5.01.B, Contractor shall promptly notify Owner and Engineer and shall, within 20 days after the event giving rise to such notification, provide another bond and surety, both of which shall comply with the requirements of Paragraphs 5.01.B and 5.02.

### 5.02    Licensed Sureties and Insurers

A. All bonds and insurance required by the Contract Documents to be purchased and maintained by Owner or Contractor shall be obtained from surety or insurance companies that are duly licensed or authorized in the jurisdiction in which the Project is located to issue bonds or insurance policies for the limits and coverages so required. Such surety and insurance companies shall also meet such additional requirements and qualifications as may be provided in the Supplementary Conditions.

### 5.03    Certificates of Insurance

A. Contractor shall deliver to Owner, with copies to each additional insured identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance requested by Owner or any other additional insured) which Contractor is required to purchase and maintain.

B. Upon request of Contractor, Owner shall deliver to Contractor, with copies to each additional insured identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance requested by Contractor or any other additional insured) which Owner is required to purchase and maintain.

### 5.04    Contractor's Liability Insurance

A. Contractor shall purchase and maintain such liability and other insurance as is appropriate for the Work being performed and as will provide protection from claims set forth below which may arise out of or result from Contractor's performance of the Work and Contractor's other obligations under the Contract Documents, whether it is to be performed by Contractor, any Subcontractor or Supplier, or by anyone directly or indirectly employed by any of them to perform any of the Work, or by anyone for whose acts any of them may be liable:

1. claims under workers' compensation, disability benefits, and other similar employee benefit acts;

2. claims for damages because of bodily injury, occupational sickness or disease, or death of Contractor's employees;

3. claims for damages because of bodily injury, sickness or disease, or death of any person other than Contractor's employees;

4. claims for damages insured by reasonably available personal injury liability coverage which are sustained:

a. by any person as a result of an offense directly or indirectly related to the employment of such person by Contractor, or

b. by any other person for any other reason;

5. claims for damages, other than to the Work itself, because of injury to or destruction of tangible property wherever located, including loss of use resulting therefrom; and

6. claims for damages because of bodily injury or death of any person or property damage arising out of the ownership, maintenance or use of any motor vehicle; and.

6.7.    if Contractor is providing services which have the potential to cause pollution, contamination, or other adverse impact to the environment, pollution liability or similar form of activity based or service oriented environmental liability insurance with limits of $5,000,000 per claim which shall cover sudden and non-sudden pollution conditions arising out of Contractor's services under this Contract.

B. The policies of insurance required by this Paragraph 5.04 shall:

1. with respect to insurance required by Paragraphs 5.04.A.3 through 5.04.A.6 inclusive, include as additional insured (subject to any customary exclusion regarding professional liability) Owner and Engineer, and any other individuals or entities identified in the Supple- mentary Conditions, all of whom shall be listed as addi- tional insureds, and include coverage for the respective officers, directors, partners, employees, agents, consultants and subcontractors of each and any of all such additional insureds, and the insurance afforded to these additional insureds shall provide primary coverage for all claims covered thereby;

2. include at least the specific coverages and be written for not less than the limits of liability provided in the Supplementary Conditions or required by Laws or Regulations, whichever is greater;

3. include completed operations insurance;

4. include contractual liability insurance covering Contractor's indemnity obligations under Paragraphs 6.11 and 6.20;

5. contain a provision or endorsement that the coverage afforded will not be canceled, materially changed or renewal refused until at least 30 days prior written notice has been given to Owner and Contractor and to each other additional insured identified in the Supplementary Conditions to whom a certificate of insurance has been issued (and the certificates of insurance furnished by the Contractor pursuant to Paragraph 5.03 will so provide);

6. remain in effect at least until final payment and at all times thereafter when Contractor may be correcting, removing, or replacing defective Work in accordance with Paragraph 13.07; and

7. with respect to completed operations insurance, and any insurance coverage written on a claims- made basis, remain in effect for at least two years after final payment.

> a. Contractor shall furnish Owner and each other additional insured identified in the Supple- mentary Conditions, to whom a certificate of insurance has been issued, evidence satisfactory to Owner and any such additional insured of continuation of such insurance at final payment and one year thereafter.

## 5.05    Owner's Liability Insurance

A. In addition to the insurance required to be provided by Contractor under Paragraph 5.04, Owner, at Owner's option, may purchase and maintain at Owner's expense Owner's own liability insurance as will protect Owner against claims which may arise from operations under the Contract Documents.

## 5.06    Property Insurance

A. Unless otherwise provided in the Supple- mentary Conditions, Owner shall purchase and maintain property insurance upon the Work at the Site in the amount of the full replacement cost thereof (subject to such deductible amounts as may be provided in the Supplementary Conditions or required by Laws and Regulations). This insurance shall:

1. include the interests of Owner, Contractor, Subcontractors, and Engineer, and any other individuals or entities identified in the Supplementary Conditions, and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them, each of whom is deemed to have an insurable interest and shall be listed as an insured or additional insured;

2. be written on a Builder's Risk "all-risk" or open peril or special causes of loss policy form that shall at least include insurance for physical loss or damage to the Work, temporary buildings, false work, and materials and equipment in transit, and shall insure against at least the following perils or causes of loss: fire, lightning, extended coverage, theft, vandalism and malicious mischief, earthquake, collapse, debris removal, demolition occasioned by enforcement of Laws and Regulations, water damage, (other than caused by flood) and such other perils or causes of loss as may be specifi- cally required by the Supplementary Conditions;

3. include expenses incurred in the repair or replacement of any insured property (including but not limited to fees and charges of engineers and architects);

4. cover materials and equipment stored at the Site or at another location that was agreed to in writing by Owner prior to being incorporated in the Work, provided that such materials and equipment have been included in an Application for Payment recommended by Engineer;

5. allow for partial utilization of the Work by Owner;

6. include testing and startup; and

7. be maintained in effect until final payment is made unless otherwise agreed to in writing by Owner, Contractor, and Engineer with 30 days written notice to each other additional insured to whom a certificate of insurance has been issued.

B. Owner shall purchase and maintain such boiler and machinery insurance or additional property insurance as may be required by the Supplementary Conditions or Laws and Regulations which will include the interests of Owner, Contractor, Subcontractors, and Engineer, and any other individuals or entities identified in the Supplementary Conditions, and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them, each of whom is

deemed to have an insurable interest and shall be listed as an insured or additional insured.

C. All the policies of insurance (and the certifi- cates or other evidence thereof) required to be purchased and maintained in accordance with Paragraph 5.06 will contain a provision or endorsement that the coverage afforded will not be canceled or materially changed or renewal refused until at least 30 days prior written notice has been given to Owner and Contractor and to each other additional insured to whom a certificate of insurance has been issued and will contain waiver provisions in accordance with Paragraph 5.07.

D. Owner shall not be responsible for purchasing and maintaining any property insurance specified in this Paragraph 5.06 to protect the interests of Contractor, Subcontractors, or others in the Work to the extent of any deductible amounts that are identified in the Supplementary Conditions. The risk of loss within such identified deductible amount will be borne by Contractor, Subcontractors, or others suffering any such loss, and if any of them wishes property insurance coverage within the limits of such amounts, each may purchase and maintain it at the purchaser's own expense.

E. If Contractor requests in writing that other special insurance be included in the property insurance policies provided under Paragraph 5.06, Owner shall, if possible, include such insurance, and the cost thereof will be charged to Contractor by appropriate Change Order. Prior to commencement of the Work at the Site, Owner shall in writing advise Contractor whether or not such other insurance has been procured by Owner.

*5.07    Waiver of Rights*

A. Owner and Contractor intend that all policies purchased in accordance with Paragraph 5.06 will protect Owner, Contractor, Subcontractors, and Engineer, and all other individuals or entities identified in the Supple- mentary Conditions to be listed as insureds or additional insureds (and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them) in such policies and will provide primary coverage for all losses and damages caused by the perils or causes of loss covered thereby. All such policies shall contain provisions to the effect that in the event of payment of any loss or damage the insurers will have no rights of recovery against any of the insureds or additional insureds thereunder. Owner and Contractor waive all rights against each other and their respective officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them for all losses and damages caused by, arising out of or resulting from any of the perils or causes of loss covered by such policies and any other property insurance applicable to the Work; and, in addition, waive all such rights against Subcontractors, and Engineer, and all other individuals or entities

identified in the Supplementary Conditions to be listed as insured or additional insured (and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them) under such policies for losses and damages so caused. None of the above waivers shall extend to the rights that any party making such waiver may have to the proceeds of insurance held by Owner as trustee or otherwise payable under any policy so issued.

B. Owner waives all rights against Contractor, Subcontractors, and Engineer, and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them for:

1. loss due to business interruption, loss of use, or other consequential loss extending beyond direct physical loss or damage to Owner's property or the Work caused by, arising out of, or resulting from fire or other perils whether or not insured by Owner; and

2. loss or damage to the completed Project or part thereof caused by, arising out of, or resulting from fire or other insured peril or cause of loss covered by any property insurance maintained on the completed Project or part thereof by Owner during partial utilization pursuant to Paragraph 14.05, after Substantial Completion pursuant to Paragraph 14.04, or after final payment pursuant to Paragraph 14.07.

C. ~~Any insurance policy maintained by Owner covering any loss, damage or consequential loss referred to in Paragraph 5.07.B shall contain provisions to the effect that in the event of payment of any such loss, damage, or consequential loss, the insurers will have no rights of recovery against Contractor, Subcontractors, or Engineer, and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them.~~

*5.08    Receipt and Application of Insurance Proceeds*

A. Any insured loss under the policies of insurance required by Paragraph 5.06 will be adjusted with Owner and made payable to Owner as fiduciary for the insureds, as their interests may appear, subject to the requirements of any applicable mortgage clause and of Paragraph 5.08.B. Owner shall deposit in a separate account any money so received and shall distribute it in accordance with such agreement as the parties in interest may reach. If no other special agreement is reached, the damaged Work shall be repaired or replaced, the moneys so received applied on account thereof, and the Work and the cost thereof covered by an appropriate Change Order.

B. Owner as fiduciary shall have power to adjust and settle any loss with the insurers unless one of the parties in interest shall object in writing within 15 days after the occurrence of loss to Owner's exercise of this power. If such objection be made, Owner as fiduciary shall make settlement with the insurers in accordance with such agreement as the parties in interest may reach. If no such agreement among the parties in interest is reached,

Owner as fiduciary shall adjust and settle the loss with the insurers and, if required in writing by any party in interest, Owner as fiduciary shall give bond for the proper performance of such duties.

### 5.09    Acceptance of Bonds and Insurance; Option to Replace

A. If either Owner or Contractor has any objection to the coverage afforded by or other provisions of the bonds or insurance required to be purchased and maintained by the other party in accordance with Article 5 on the basis of non-conformance with the Contract Documents, the objecting party shall so notify the other party in writing within 10 days after receipt of the certificates (or other evidence requested) required by Paragraph 2.01.B. Owner and Contractor shall each provide to the other such additional information in respect of insurance provided as the other may reasonably request. If either party does not purchase or maintain all of the bonds and insurance required of such party by the Contract Documents, such party shall notify the other party in writing of such failure to purchase prior to the start of the Work, or of such failure to maintain prior to any change in the required coverage. Without prejudice to any other right or remedy, the other party may elect to obtain equivalent bonds or insurance to protect such other party's interests at the expense of the party who was required to provide such coverage, and a Change Order shall be issued to adjust the Contract Price accordingly.

### 5.10    Partial Utilization, Acknowledgment of Property Insurer

A. If Owner finds it necessary to occupy or use a portion or portions of the Work prior to Substantial Completion of all the Work as provided in Paragraph 14.05, no such use or occupancy shall commence before the insurers providing the property insurance pursuant to Paragraph 5.06 have acknowledged notice thereof and in writing effected any changes in coverage necessitated thereby. The insurers providing the property insurance shall consent by endorsement on the policy or policies, but the property insurance shall not be canceled or permitted to lapse on account of any such partial use or occupancy.

### ARTICLE 6 - CONTRACTOR'S RESPONSIBILITIES

### 6.01    Supervision and Superintendence

A. Contractor shall supervise, inspect, and direct the Work competently and efficiently, devoting such attention thereto and applying such skills and expertise as may be necessary to perform the Work in accordance with the Contract Documents. Contractor shall be solely responsible for the means, methods, techniques, sequences, and procedures of construction. Contractor shall not be responsible for the negligence of Owner or

Engineer in the design or specification of a specific means, method, technique, sequence, or procedure of construction which is shown or indicated in and expressly required by the Contract Documents.

B. At all times during the progress of the Work, Contractor shall assign a competent resident superin- tendent who shall not be replaced without written notice to Owner and Engineer except under extraordinary circumstances. The superintendent will be Contractor's representative at the Site and shall have authority to act on behalf of Contractor. All communications given to or received from the superintendent shall be binding on Contractor.

### 6.02    Labor; Working Hours

A. Contractor shall provide competent, suitably qualified personnel to survey and lay out the Work and perform construction as required by the Contract Docu- ments. Contractor shall at all times maintain good disci- pline and order at the Site.

B. Except as otherwise required for the safety or protection of persons or the Work or property at the Site or adjacent thereto, and except as otherwise stated in the Contract Documents, all Work at the Site shall be performed during regular working hours. Contractor will not permit the performance of Work on a Saturday, Sunday, or any legal holiday without Owner's written consent (which will not be unreasonably withheld) given after prior written notice to Engineer.

### 6.03    Services, Materials, and Equipment

A. Unless otherwise specified in the Contract Documents, Contractor shall provide and assume full responsibility for all services, materials, equipment, labor, transportation, construction equipment and machinery, tools, appliances, fuel, power, light, heat, telephone, water, sanitary facilities, temporary facilities, and all other facilities and incidentals necessary for the performance, testing, start-up, and completion of the Work.

B. All materials and equipment incorporated into the Work shall be as specified or, if not specified, shall be of good quality and new, except as otherwise provided in the Contract Documents. All special warranties and guarantees required by the Specifications shall expressly run to the benefit of Owner. If required by Engineer, Contractor shall furnish satisfactory evidence (including reports of required tests) as to the source, kind, and quality of materials and equipment.

C. All materials and equipment shall be stored, applied, installed, connected, erected, protected, used, cleaned, and conditioned in accordance with instructions of the applicable Supplier, except as otherwise may be provided in the Contract Documents.

### 6.04    Progress Schedule

A. Contractor shall adhere to the Progress Schedule established in accordance with Paragraph 2.07 as it may be adjusted from time to time as provided below.

1. Contractor shall submit to Engineer for acceptance (to the extent indicated in Paragraph 2.07) proposed adjustments in the Progress Schedule that will not result in changing the Contract Times. Such adjustments will comply with any provisions of the General Requirements applicable thereto.

2. Proposed adjustments in the Progress Schedule that will change the Contract Times shall be submitted in accordance with the requirements of Article 12. Adjustments in Contract Times may only be made by a Change Order.

*6.05    Substitutes and "Or-Equals"*

A. Whenever an item of material or equipment is specified or described in the Contract Documents by using the name of a proprietary item or the name of a particular Supplier, the specification or description is intended to establish the type, function, appearance, and quality required. Unless the specification or description contains or is followed by words reading that no like, equivalent, or "or-equal" item or no substitution is permitted, other items of material or equipment or material or equipment of other Suppliers may be submitted to Engineer for review under the circumstances described below.

1. *"Or-Equal" Items:* If in Engineer's sole discretion an item of material or equipment proposed by Contractor is functionally equal to that named and sufficiently similar so that no change in related Work will be required, it may be considered by Engineer as an "or-equal" item, in which case review and approval of the proposed item may, in Engineer's sole discretion, be accomplished without compliance with some or all of the requirements for approval of proposed substitute items. For the purposes of this Paragraph 6.05.A.1, a proposed item of material or equipment will be considered functionally equal to an item so named if:

a. in the exercise of reasonable judgment Engineer determines that:

1) it is at least equal in materials of construction, quality, durability, appearance, strength, and design characteristics;

2) it will reliably perform at least equally well the function and achieve the results imposed by the design concept of the completed Project as a functioning whole,

3) it has a proven record of performance and availability of responsive service; and

b. Contractor certifies that, if approved and

incorporated into the Work:

1) there will be no increase in cost to the Owner or increase in Contract Times, and

2) it will conform substantially to the detailed requirements of the item named in the Contract Documents.

2. Substitute Items

a. If in Engineer's sole discretion an item of material or equipment proposed by Contractor does not qualify as an "or-equal" item under Paragraph 6.05.A.1, it will be considered a proposed substitute item.

b. Contractor shall submit sufficient information as provided below to allow Engineer to determine that the item of material or equipment proposed is essentially equivalent to that named and an acceptable substitute therefor. Requests for review of proposed substitute items of material or equipment will not be accepted by Engineer from anyone other than Contractor.

c. The requirements for review by Engineer will be as set forth in Paragraph 6.05.A.2.d, as supplemented in the General Requirements and as Engineer may decide is appropriate under the circumstances.

d. Contractor shall make written application to Engineer for review of a proposed substitute item of material or equipment that Contractor seeks to furnish or use. The application:

1) shall certify that the proposed substitute item will:

a) perform adequately the functions and achieve the results called for by the general design,

b) be similar in substance to that specified, and

c) be suited to the same use as that specified;

2) will state:

a) the extent, if any, to which the use of the proposed substitute item will prejudice Contractor's achievement of Substantial Completion on time;

b) whether or not use of the proposed substitute item in the Work will require a change in any of the Contract Documents (or in the provisions of any other

direct contract with Owner for other work on the Project) to adapt the design to the proposed substitute item; and

c) whether or not incorporation or use of the proposed substitute item in connection with the Work is subject to payment of any license fee or royalty;

3) will identify:

a) all variations of the proposed substitute item from that specified , and

b) available engineering, sales, maintenance, repair, and replacement services;

4) and shall contain an itemized estimate of all costs or credits that will result directly or indirectly from use of such substitute item, including costs of redesign and claims of other contractors affected by any resulting change,

B. *Substitute Construction Methods or Procedures:* If a specific means, method, technique, sequence, or procedure of construction is expressly required by the Contract Documents, Contractor may furnish or utilize a substitute means, method, technique, sequence, or procedure of construction approved by Engineer. Contractor shall submit sufficient information to allow Engineer, in Engineer's sole discretion, to determine that the substitute proposed is equivalent to that expressly called for by the Contract Documents. The requirements for review by Engineer will be similar to those provided in Paragraph 6.05.A.2.

C. *Engineer's Evaluation:* Engineer will be allowed a reasonable time within which to evaluate each proposal or submittal made pursuant to Paragraphs 6.05.A and 6.05.B. Engineer may require Contractor to furnish additional data about the proposed substitute item. Engineer will be the sole judge of acceptability. No "or equal" or substitute will be ordered, installed or utilized until Engineer's review is complete, which will be evidenced by either a Change Order for a substitute or an approved Shop Drawing for an "or equal." Engineer will advise Contractor in writing of any negative determination.

D. *Special Guarantee:* Owner may require Contractor to furnish at Contractor's expense a special performance guarantee or other surety with respect to any substitute.

E. *Engineer's Cost Reimbursement:* Engineer will record Engineer's costs in evaluating a substitute proposed or submitted by Contractor pursuant to Paragraphs 6.05.A.2 and 6.05.B Whether or not Engineer approves a substitute item so proposed

or submitted by Contractor, Contractor shall reimburse Owner for the charges of Engineer for evaluating each such proposed substitute. Contractor shall also reimburse Owner for the charges of Engineer for making changes in the Contract Documents (or in the provisions of any other direct contract with Owner) resulting from the acceptance of each proposed substitute.

F. *Contractor's Expense:* Contractor shall provide all data in support of any proposed substitute or "or-equal" at Contractor's expense.

6.06   *Concerning Subcontractors, Suppliers, and Others*

A. Contractor shall not employ any Subcontractor, Supplier, or other individual or entity (including those acceptable to Owner as indicated in Paragraph 6.06.B), whether initially or as a replacement, against whom Owner may have reasonable objection. Contractor shall not be required to employ any Subcontractor, Supplier, or other individual or entity to furnish or perform any of the Work against whom Contractor has reasonable objection.

B. If the Supplementary Conditions require the identity of certain Subcontractors, Suppliers, or other individuals or entities to be submitted to Owner in advance for acceptance by Owner by a specified date prior to the Effective Date of the Agreement, and if Contractor has submitted a list thereof in accordance with the Supplementary Conditions, Owner's acceptance (either in writing or by failing to make written objection thereto by the date indicated for acceptance or objection in the Bidding Documents or the Contract Documents) of any such Subcontractor, Supplier, or other individual or entity so identified may be revoked on the basis of reasonable objection after due investigation. Contractor shall submit an acceptable replacement for the rejected Subcontractor, Supplier, or other individual or entity, and the Contract Price will be adjusted by the difference in the cost occasioned by such replacement, and an appropriate Change Order will be issued. No acceptance by Owner of any such Subcontractor, Supplier, or other individual or entity, whether initially or as a replacement, shall constitute a waiver of any right of Owner or Engineer to reject defective Work.

C. Contractor shall be fully responsible to Owner and Engineer for all acts and omissions of the Subcontractors, Suppliers, and other individuals or entities performing or furnishing any of the Work just as Contractor is responsible for Contractor's own acts and omissions. Nothing in the Contract Documents:

1. shall create for the benefit of any such Subcontractor, Supplier, or other individual or entity any contractual relationship between Owner or Engineer and any such Subcontractor, Supplier or other individual or entity, nor

2. shall anything in the Contract Documents create any obligation on the part of Owner or Engineer to pay or to see to the payment of any moneys due any such Subcontractor, Supplier, or other individual or entity except as may otherwise be required by Laws and Regulations.

D. Contractor shall be solely responsible for scheduling and coordinating the Work of Subcontractors, Suppliers, and other individuals or entities performing or furnishing any of the Work under a direct or indirect contract with Contractor.

E. Contractor shall require all Subcontractors, Suppliers, and such other individuals or entities performing or furnishing any of the Work to communicate with Engineer through Contractor.

F. The divisions and sections of the Specifications and the identifications of any Drawings shall not control Contractor in dividing the Work among Subcontractors or Suppliers or delineating the Work to be performed by any specific trade.

G. All Work performed for Contractor by a Subcontractor or Supplier will be pursuant to an appropriate agreement between Contractor and the Subcontractor or Supplier which specifically binds the Subcontractor or Supplier to the applicable terms and conditions of the Contract Documents for the benefit of Owner and Engineer. Whenever any such agreement is with a Subcontractor or Supplier who is listed as an additional insured on the property insurance provided in Paragraph 5.06, the agreement between the Contractor and the Subcontractor or Supplier will contain provisions whereby the Subcontractor or Supplier waives all rights against Owner, Contractor, and Engineer,, and all other individuals or entities identified in the Supplementary Conditions to be listed as insureds or additional insureds (and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them) for all losses and damages caused by, arising out of, relating to, or resulting from any of the perils or causes of loss covered by such policies and any other property insurance applicable to the Work. If the insurers on any such policies require separate waiver forms to be signed by any Subcontractor or Supplier, Contractor will obtain the same.

### 6.07   Patent Fees and Royalties

A. Contractor shall pay all license fees and royalties and assume all costs incident to the use in the performance of the Work or the incorporation in the Work of any invention, design, process, product, or device which is the subject of patent rights or copyrights held by others. If a particular invention, design, process, product, or device is specified in the Contract Documents for use in the performance of the Work and if to the actual knowledge of Owner or Engineer its use is subject to patent rights or copyrights calling for the payment of any

license fee or royalty to others, the existence of such rights shall be disclosed by Owner in the Contract Documents.

B. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to any infringement of patent rights or copyrights incident to the use in the performance of the Work or resulting from the incorporation in the Work of any invention, design, process, product, or device not specified in the Contract Documents.

### 6.08   Permits

A. Unless otherwise provided in the Supplementary Conditions, Contractor shall obtain and pay for all construction permits and licenses. Owner shall assist Contractor, when necessary, in obtaining such permits and licenses. Contractor shall pay all governmental charges and inspection fees necessary for the prosecution of the Work which are applicable at the time of opening of Bids, or, if there are no Bids, on the Effective Date of the Agreement. Owner shall pay all charges of utility owners for connections for providing permanent service to the Work.

### 6.09   Laws and Regulations

A. Contractor shall give all notices required by and shall comply with all Laws and Regulations applicable to the performance of the Work. Except where otherwise expressly required by applicable Laws and Regulations, neither Owner nor Engineer shall be responsible for monitoring Contractor's compliance with any Laws or Regulations.

B. If Contractor performs any Work knowing or having reason to know that it is contrary to Laws or Regulations, Contractor shall bear all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such Work. However, it shall not be Contractor's primary responsibility to make certain that the Specifications and Drawings are in accordance with Laws and Regulations, but this shall not relieve Contractor of Contractor's obligations under Paragraph 3.03.

C. Changes in Laws or Regulations not known at the time of opening of Bids (or, on the Effective Date of the Agreement if there were no Bids) having an effect on the cost or time of performance of the Work shall be the subject of an adjustment in Contract Price or Contract Times. If Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any

such adjustment, a Claim may be made therefor as provided in Paragraph 10.05.

### 6.10   Taxes

A. Contractor shall pay all sales, consumer, use, and other similar taxes required to be paid by Contractor in accordance with the Laws and Regulations of the place of the Project which are applicable during the performance of the Work.

### 6.11   Use of Site and Other Areas

A. Limitation on Use of Site and Other Areas

1. Contractor shall confine construction equipment, the storage of materials and equipment, and the operations of workers to the Site and other areas permitted by Laws and Regulations, and shall not unreasonably encumber the Site and other areas with construction equipment or other materials or equipment. Contractor shall assume full responsibility for any damage to any such land or area, or to the owner or occupant thereof, or of any adjacent land or areas resulting from the performance of the Work.

2. Should any claim be made by any such owner or occupant because of the performance of the Work, Contractor shall promptly settle with such other party by negotiation or otherwise resolve the claim by arbitration or other dispute resolution proceeding or at law.

3. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to any claim or action, legal or equitable, brought by any such owner or occupant against Owner, Engineer, or any other party indemnified hereunder to the extent caused by or based upon Contractor's performance of the Work.

B. *Removal of Debris During Performance of the Work:* During the progress of the Work Contractor shall keep the Site and other areas free from accumulations of waste materials, rubbish, and other debris. Removal and disposal of such waste materials, rubbish, and other debris shall conform to applicable Laws and Regulations.

C. *Cleaning:* Prior to Substantial Completion of the Work Contractor shall clean the Site and the Work and make it ready for utilization by Owner. At the completion of the Work Contractor shall remove from the Site all tools, appliances, construction equipment and machinery, and surplus materials and shall restore to original condition all property not designated for alteration by the Contract Documents.

D. *Loading Structures:* Contractor shall not load nor permit any part of any structure to be loaded in any manner that will endanger the structure, nor shall Contractor subject any part of the Work or adjacent property to stresses or pressures that will endanger it.

### 6.12   Record Documents

A. Contractor shall maintain in a safe place at the Site one record copy of all Drawings, Specifications, Addenda, Change Orders, Work Change Directives, Field Orders, and written interpretations and clarifications in good order and annotated to show changes made during construction. These record documents together with all approved Samples and a counterpart of all approved Shop Drawings will be available to Engineer for reference. Upon completion of the Work, these record documents, Samples, and Shop Drawings will be delivered to Engineer for Owner.

### 6.13   Safety and Protection

A. Contractor shall be solely responsible for initiating, maintaining and supervising all safety precautions and programs in connection with the Work. Contractor shall take all necessary precautions for the safety of, and shall provide the necessary protection to prevent damage, injury or loss to:

1. all persons on the Site or who may be affected by the Work;

2. all the Work and materials and equipment to be incorporated therein, whether in storage on or off the Site; and

3. other property at the Site or adjacent thereto, including trees, shrubs, lawns, walks, pavements, roadways, structures, utilities, and Underground Facilities not designated for removal, relocation, or replacement in the course of construction.

B. Contractor shall comply with all applicable Laws and Regulations relating to the safety of persons or property, or to the protection of persons or property from damage, injury, or loss; and shall erect and maintain all necessary safeguards for such safety and protection. Contractor shall notify owners of adjacent property and of Underground Facilities and other utility owners when prosecution of the Work may affect them, and shall cooperate with them in the protection, removal, relocation, and replacement of their property.

C. All damage, injury, or loss to any property referred to in Paragraph 6.13.A.2 or 6.13.A.3 caused, directly or indirectly, in whole or in part, by Contractor, any Subcontractor, Supplier, or any other individual or entity directly or indirectly employed by any of them to perform any of the Work, or anyone for whose acts any of them may be liable, shall be remedied by Contractor (except damage or

loss attributable to the fault of Drawings or Specifications or to the acts or omissions of Owner or Engineer or , or anyone employed by any of them, or anyone for whose acts any of them may be liable, and not attributable, directly or indirectly, in whole or in part, to the fault or negligence of Contractor or any Subcontractor, Supplier, or other individual or entity directly or indirectly employed by any of them).

D. Contractor's duties and responsibilities for safety and for protection of the Work shall continue until such time as all the Work is completed and Engineer has issued a notice to Owner and Contractor in accordance with Paragraph 14.07.B that the Work is acceptable (except as otherwise expressly provided in connection with Substantial Completion).

### 6.14    Safety Representative

A. Contractor shall designate a qualified and experienced safety representative at the Site whose duties and responsibilities shall be the prevention of accidents and the maintaining and supervising of safety precautions and programs.

### 6.15    Hazard Communication Programs

A. Contractor shall be responsible for coordinating any exchange of material safety data sheets or other hazard communication information required to be made available to or exchanged between or among employers at the Site in accordance with Laws or Regulations.

### 6.16    Emergencies

A. In emergencies affecting the safety or protection of persons or the Work or property at the Site or adjacent thereto, Contractor is obligated to act to prevent threatened damage, injury, or loss. Contractor shall give Engineer prompt written notice if Contractor believes that any significant changes in the Work or variations from the Contract Documents have been caused thereby or are required as a result thereof. If Engineer determines that a change in the Contract Documents is required because of the action taken by Contractor in response to such an emergency, a Work Change Directive or Change Order will be issued.

### 6.17    Shop Drawings and Samples

A. Contractor shall submit Shop Drawings and Samples to Engineer for review and approval in accordance with the acceptable Schedule of Submittals (as required by Paragraph 2.07). Each submittal will be identified as Engineer may require.

1. Shop Drawings

a. Submit number of copies specified in the General Requirements.

b. Data shown on the Shop Drawings will be complete with respect to quantities, dimensions, specified performance and design criteria, materials, and similar data to show Engineer the services, materials, and equipment Contractor proposes to provide and to enable Engineer to review the information for the limited purposes required by Paragraph 6.17.D.

2. *Samples:* Contractor shall also submit Samples to Engineer for review and approval in accordance with the acceptable schedule of Shop Drawings and Sample submittals.

a. Submit number of Samples specified in the Specifications.

b. Clearly identify each Sample as to material, Supplier, pertinent data such as catalog numbers, the use for which intended and other data as Engineer may require to enable Engineer to review the submittal for the limited purposes required by Paragraph 6.17.D.

B. Where a Shop Drawing or Sample is required by the Contract Documents or the Schedule of Submittals , any related Work performed prior to Engineer's review and approval of the pertinent submittal will be at the sole expense and responsibility of Contractor.

C. Submittal Procedures

1. Before submitting each Shop Drawing or Sample, Contractor shall have determined and verified:

a. all field measurements, quantities, dimensions, specified performance and design criteria, installation requirements, materials, catalog numbers, and similar information with respect thereto;

b. the suitability of all materials with respect to intended use, fabrication, shipping, handling, storage, assembly, and installation pertaining to the performance of the Work;

c. all information relative to Contractor's responsibilities for means, methods, techniques, sequences, and procedures of construction, and safety precautions and programs incident thereto; and

d. shall also have reviewed and coordinated each Shop Drawing or Sample with other Shop Drawings and Samples and with the requirements of the Work and the Contract Documents.

2. Each submittal shall bear a stamp or specific written certification that Contractor has satisfied Contractor's obligations under the Contract Documents

with respect to Contractor's review and approval of that submittal.

3. With each submittal, Contractor shall give Engineer specific written notice of any variations, that the Shop Drawing or Sample may have from the requirements of the Contract Documents. This notice shall be both a written communication separate from the Shop Drawing's or Sample Submittal; and, in addition, by a specific notation made on each Shop Drawing or Sample submitted to Engineer for review and approval of each such variation.

### D. Engineer's Review

1. Engineer will provide timely review of Shop Drawings and Samples in accordance with the Schedule of Submittals acceptable to Engineer. Engineer's review and approval will be only to determine if the items covered by the submittals will, after installation or incorporation in the Work, conform to the information given in the Contract Documents and be compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents.

2. Engineer's review and approval will not extend to means, methods, techniques, sequences, or procedures of construction (except where a particular means, method, technique, sequence, or procedure of construction is specifically and expressly called for by the Contract Documents) or to safety precautions or programs incident thereto. The review and approval of a separate item as such will not indicate approval of the assembly in which the item functions.

3. Engineer's review and approval shall not relieve Contractor from responsibility for any variation from the requirements of the Contract Documents unless Contractor has complied with the requirements of Paragraph 6.17.C.3 and Engineer has given written approval of each such variation by specific written notation thereof incorporated in or accompanying the Shop Drawing or Sample. Engineer's review and approval shall not relieve Contractor from responsibility for complying with the requirements of Paragraph 6.17.C.1.

### E. Resubmittal Procedures

1. Contractor shall make corrections required by Engineer and shall return the required number of corrected copies of Shop Drawings and submit, as required, new Samples for review and approval. Contractor shall direct specific attention in writing to revisions other than the corrections called for by Engineer on previous submittals.

### 6.18    Continuing the Work

A. Contractor shall carry on the Work and adhere to the Progress Schedule during all disputes or

disagreements with Owner. No Work shall be delayed or postponed pending resolution of any disputes or disagreements, except as permitted by Paragraph 15.04 or as Owner and Contractor may otherwise agree in writing.

### 6.19    Contractor's General Warranty and Guarantee

A. Contractor warrants and guarantees to Owner that all Work will be in accordance with the Contract Documents and will not be defective. Engineer and its Related Entities shall be entitled to rely on representation of Contractor's warranty and guarantee.

B. Contractor's warranty and guarantee hereunder excludes defects or damage caused by:

1. abuse, modification, or improper maintenance or operation by persons other than Contractor, Subcontractors, Suppliers, or any other individual or entity for whom Contractor is responsible; or

2. normal wear and tear under normal usage.

C. Contractor's obligation to perform and complete the Work in accordance with the Contract Documents shall be absolute. None of the following will constitute an acceptance of Work that is not in accordance with the Contract Documents or a release of Contractor's obligation to perform the Work in accordance with the Contract Documents:

1. observations by Engineer;

2. recommendation by Engineer or payment by Owner of any progress or final payment;

3. the issuance of a certificate of Substantial Completion by Engineer or any payment related thereto by Owner;

4. use or occupancy of the Work or any part thereof by Owner;

5. any review and approval of a Shop Drawing or Sample submittal or the issuance of a notice of acceptability by Engineer;

6. any inspection, test, or approval by others; or

7. any correction of defective Work by Owner.

### 6.20    Indemnification

A. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or

arbitration or other dispute resolution costs) arising out of or relating to the performance of the Work, provided that any such claim, cost, loss, or damage is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property (other than the Work itself), including the loss of use resulting therefrom but only to the extent caused by any negligent act or omission of Contractor, any Subcontractor, any Supplier, or any individual or entity directly or indirectly employed by any of them to perform any of the Work or anyone for whose acts any of them may be liable .

B. In any and all claims against Owner or Engineer or any of their respective consultants, agents, officers, directors, partners, or employees by any employee (or the survivor or personal representative of such employee) of Contractor, any Subcontractor, any Supplier, or any individual or entity directly or indirectly employed by any of them to perform any of the Work, or anyone for whose acts any of them may be liable, the indemnification obligation under Paragraph 6.20.A shall not be limited in any way by any limitation on the amount or type of damages, compensation, or benefits payable by or for Contractor or any such Subcontractor, Supplier, or other individual or entity under workers' compensation acts, disability benefit acts, or other employee benefit acts.

C. The indemnification obligations of Contractor under Paragraph 6.20.A shall not extend to the liability of Engineer and Engineer's officers, directors, partners, employees, agents, consultants and subcontractors arising out of:

1. the preparation or approval of, or the failure to prepare or approve, maps, Drawings, opinions, reports, surveys, Change Orders, designs, or Specifications; or

2. giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

### 6.21    Delegation of Professional Design Services

A. Contractor will not be required to provide professional design services unless such services are specifically required by the Contract Documents for a portion of the Work or unless such services are required to carry out Contractor's responsibilities for construction means, methods, techniques, sequences and procedures. Contractor shall not be required to provide professional services in violation of applicable law.

B. If professional design services or certifications by a design professional related to systems, materials or equipment are specifically required of Contractor by the Contract Documents, Owner and Engineer will specify all performance and design criteria that such services must satisfy. Contractor shall cause such services or certifications to be provided by a properly licensed professional, whose signature and seal shall appear on all drawings, calculations, specifications, certifications, Shop Drawings and other submittals prepared by such professional. Shop Drawings and other submittals related to the Work designed or certified by such professional, if prepared by others, shall bear such professional's written approval when submitted to Engineer.

C. Owner and Engineer shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications or approvals performed by such design professionals, provided Owner and Engineer have specified to Contractor all performance and design criteria that such services must satisfy.

D. Pursuant to this Paragraph 6.21, Engineer's review and approval of design calculations and design drawings will be only for the limited purpose of checking for conformance with performance and design criteria given and the design concept expressed in the Contract Documents. Engineer's review and approval of Shop Drawings and other submittals (except design calculations and design drawings) will be only for the purpose stated in Paragraph 6.17.D.1.

E. Contractor shall not be responsible for the adequacy of the performance or design criteria required by the Contract Documents.

## ARTICLE 7 - OTHER WORK AT THE SITE

### 7.01    Related Work at Site

A. Owner may perform other work related to the Project at the Site with Owner's employees, or via other direct contracts therefor, or have other work performed by utility owners. If such other work is not noted in the Contract Documents, then:

1. written notice thereof will be given to Contractor prior to starting any such other work; and

2. if Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any adjustment in the Contract Price or Contract Times that should be allowed as a result of such other work, a Claim may be made therefor as provided in Paragraph 10.05.

B. Contractor shall afford each other contractor who is a party to such a direct contract, each utility owner and Owner, if Owner is performing other work with Owner's employees, proper and safe access to the Site, a reasonable opportunity for the introduction and storage of materials and equipment and the execution of such other work, and shall properly coordinate the Work with theirs. Contractor shall do all cutting, fitting, and patching of the Work that may be required to properly connect or otherwise make its several parts come together and

properly integrate with such other work. Contractor shall not endanger any work of others by cutting, excavating, or otherwise altering their work and will only cut or alter their work with the written consent of Engineer and the others whose work will be affected. The duties and responsibilities of Contractor under this Paragraph are for the benefit of such utility owners and other contractors to the extent that there are comparable provisions for the benefit of Contractor in said direct contracts between Owner and such utility owners and other contractors.

C. If the proper execution or results of any part of Contractor's Work depends upon work performed by others under this Article 7, Contractor shall inspect such other work and promptly report to Engineer in writing any delays, defects, or deficiencies in such other work that render it unavailable or unsuitable for the proper execution and results of Contractor's Work. Contractor's failure to so report will constitute an acceptance of such other work as fit and proper for integration with Contractor's Work except for latent defects and deficiencies in such other work.

### 7.02    Coordination

A. If Owner intends to contract with others for the performance of other work on the Project at the Site, the following will be set forth in Supplementary Conditions:

1. the individual or entity who will have authority and responsibility for coordination of the activities among the various contractors will be identified;

2. the specific matters to be covered by such authority and responsibility will be itemized; and

3. the extent of such authority and responsibilities will be provided.

B. Unless otherwise provided in the Supplementary Conditions, Owner shall have sole authority and responsibility for such coordination.

### 7.03    Legal Relationships

A. Paragraphs 7.01.A and 7.02 are not applicable for utilities not under the control of Owner.

B. Each other direct contract of Owner under Paragraph 7.01.A shall provide that the other contractor is liable to Owner and Contractor for the reasonable direct delay and disruption costs incurred by Contractor as a result of the other contractor's actions or inactions.

C. Contractor shall be liable to Owner and any other contractor for the reasonable direct delay and disruption costs incurred by such other contractor as a result of Contractor's action or inactions.

## ARTICLE 8 - OWNER'S RESPONSIBILITIES

### 8.01    Communications to Contractor

A. Except as otherwise provided in these General Conditions, Owner shall issue all communications to Contractor through Engineer.

### 8.02    Replacement of Engineer

A. In case of termination of the employment of Engineer, Owner shall appoint an engineer to whom Contractor makes no reasonable objection, whose status under the Contract Documents shall be that of the former Engineer.

### 8.03    Furnish Data

A. Owner shall promptly furnish the data required of Owner under the Contract Documents.

### 8.04    Pay When Due

A. Owner shall make payments to Contractor when they are due as provided in Paragraphs 14.02.C and 14.07.C.

### 8.05    Lands and Easements; Reports and Tests

A. Owner's duties in respect of providing lands and easements and providing engineering surveys to establish reference points are set forth in Paragraphs 4.01 and 4.05. Paragraph 4.02 refers to Owner's identifying and making available to Contractor copies of reports of explorations and tests of subsurface conditions and drawings of physical conditions in or relating to existing surface or subsurface structures at or contiguous to the Site that have been utilized by Engineer in preparing the Contract Documents.

### 8.06    Insurance

A. Owner's responsibilities, if any, in respect to purchasing and maintaining liability and property insurance are set forth in Article 5.

### 8.07    Change Orders

A. Owner is obligated to execute Change Orders as indicated in Paragraph 10.03.

### 8.08    Inspections, Tests, and Approvals

A. Owner's responsibility in respect to certain inspections, tests, and approvals is set forth in Paragraph 13.03.B.

## 8.09   Limitations on Owner's Responsibilities

A. The Owner shall not supervise, direct, or have control or authority over, nor be responsible for, Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work. Owner will not be responsible for Contractor's failure to perform the Work in accordance with the Contract Documents.

## 8.10   Undisclosed   Hazardous   Environmental Condition

A. Owner's responsibility in respect to an undisclosed Hazardous Environmental Condition is set forth in Paragraph 4.06.

## 8.11   Evidence of Financial Arrangements

A. If and to the extent Owner has agreed to furnish Contractor reasonable evidence that financial arrangements have been made to satisfy Owner's obligations under the Contract Documents, Owner's responsibility in respect thereof will be as set forth in the Supplementary Conditions.

## ARTICLE 9 - ENGINEER'S STATUS DURING CONSTRUCTION

## 9.01   Owner's Representative

A. Engineer will be Owner's representative during the construction period. The duties and responsibilities and the limitations of authority of Engineer as Owner's representative during construction are set forth in the Contract Documents and will not be changed without written consent of Owner and Engineer.

## 9.02   Visits to Site

A. Engineer will make visits to the Site at intervals appropriate to the various stages of construction as Engineer deems necessary in order to observe as an experienced and qualified design professional the progress that has been made and the quality of the various aspects of Contractor's executed Work. Based on information obtained during such visits and observations, Engineer, for the benefit of Owner, will determine, in general, if the Work is proceeding in accordance with the Contract Documents. Engineer will not be required to make exhaustive or continuous inspections on the Site to check the quality or quantity of the Work. Engineer's efforts will be directed toward providing for Owner a greater degree of confidence that the completed Work will conform generally to the Contract Documents. On the basis of such visits and observations, Engineer will keep

Owner informed of the progress of the Work and will endeavor to guard Owner against defective Work.

B. Engineer's visits and observations are subject to all the limitations on Engineer's authority and responsibility set forth in Paragraph 9.09. Particularly, but without limitation, during or as a result of Engineer's visits or observations of Contractor's Work Engineer will not supervise, direct, control, or have authority over or be responsible for Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work.

## 9.03   Project Representative

A. If Owner and Engineer agree, Engineer will furnish a Resident Project Representative to assist Engineer in providing more extensive observation of the Work. The authority and responsibilities of any such Resident Project Representative and assistants will be as provided in the Supplementary Conditions, and limitations on the responsibilities thereof will be as provided in Paragraph 9.09. If Owner designates another representative or agent to represent Owner at the Site who is not Engineer's consultant, agent or employee, the responsibilities and authority and limitations thereon of such other individual or entity will be as provided in the Supplementary Conditions.

## 9.04   Authorized Variations in Work

A. Engineer may authorize minor variations in the Work from the requirements of the Contract Documents which do not involve an adjustment in the Contract Price or the Contract Times and are compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents. These may be accomplished by a Field Order and will be binding on Owner and also on Contractor, who shall perform the Work involved promptly. If Owner or Contractor believes that a Field Order justifies an adjustment in the Contract Price or Contract Times, or both, and the parties are unable to agree on entitlement to or on the amount or extent, if any, of any such adjustment , a Claim may be made therefor as provided in Paragraph 10.05.

## 9.05   Rejecting Defective Work

A. Engineer will have authority to reject Work which Engineer believes to be defective, or that Engineer believes will not produce a completed Project that conforms to the Contract Documents or that will prejudice the integrity of the design concept of the completed Project as a functioning whole as indicated by the Contract Documents. Engineer will also have authority to require special inspection or testing of the Work as provided in Paragraph 13.04, whether or not the Work is fabricated, installed, or completed.

*9.06   Shop Drawings, Change Orders and Payments*

A. In connection with Engineer's authority, and limitations thereof, as to Shop Drawings and Samples, see Paragraph 6.17.

B. In connection with Engineer's authority, and limitations thereof, as to design calculations and design drawings submitted in response to a delegation of professional design services, if any, see Paragraph 6.21.

C. In connection with Engineer's authority as to Change Orders, see Articles 10, 11, and 12.

D. In connection with Engineer's authority as to Applications for Payment, see Article 14.

*9.07   Determinations for Unit Price Work*

A. Engineer will determine the actual quantities and classifications of Unit Price Work performed by Contractor. Engineer will review with Contractor the Engineer's preliminary determinations on such matters before rendering a written decision thereon (by recommendation of an Application for Payment or otherwise). Engineer's written decision thereon will be final and binding (except as modified by Engineer to reflect changed factual conditions or more accurate data) upon Owner and Contractor, subject to the provisions of Paragraph 10.05.

*9.08   Decisions   on   Requirements   of   Contract Documents and Acceptability of Work*

A. Engineer will be the initial interpreter of the requirements of the Contract Documents and judge of the acceptability of the Work thereunder. All matters in question and other matters between Owner and Contractor arising prior to the date final payment is due relating to the acceptability of the Work, and the interpretation of the requirements of the Contract Documents pertaining to the performance of the Work, will be referred initially to Engineer in writing within 30 days of the event giving rise to the question

B. Engineer will, with reasonable promptness, render a written decision on the issue referred. If Owner or Contractor believe that any such decision entitles them to an adjustment in the Contract Price or Contract Times or both, a Claim may be made under Paragraph 10.05. The date of Engineer's decision shall be the date of the event giving rise to the issues referenced for the purposes of Paragraph 10.05.B.

C. Engineer's written decision on the issue referred will be final and binding on Owner and Contractor, subject to the provisions of Paragraph 10.05.

D. When functioning as interpreter and judge under this Paragraph 9.08, Engineer will not show

partiality to Owner or Contractor and will not be liable in connection with any interpretation or decision rendered in good faith in such capacity.

*9.09   Limitations   on   Engineer's   Authority   and Responsibilities*

A. Neither Engineer's authority or responsibility under this Article 9 or under any other provision of the Contract Documents nor any decision made by Engineer in good faith either to exercise or not exercise such authority or responsibility or the undertaking, exercise, or performance of any authority or responsibility by Engineer shall create, impose, or give rise to any duty in contract, tort, or otherwise owed by Engineer to Contractor, any Subcontractor, any Supplier, any other individual or entity, or to any surety for or employee or agent of any of them.

B. Engineer will not supervise, direct, control, or have authority over or be responsible for Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work. Engineer will not be responsible for Contractor's failure to perform the Work in accordance with the Contract Documents.

C. Engineer will not be responsible for the acts or omissions of Contractor or of any Subcontractor, any Supplier, or of any other individual or entity performing any of the Work.

D. Engineer's review of the final Application for Payment and accompanying documentation and all maintenance and operating instructions, schedules, guarantees, bonds, certificates of inspection, tests and approvals, and other documentation required to be delivered by Paragraph 14.07.A will only be to determine generally that their content complies with the requirements of, and in the case of certificates of inspections, tests, and approvals that the results certified indicate compliance with the Contract Documents.

E. The limitations upon authority and responsibility set forth in this Paragraph 9.09 shall also apply to, the Resident Project Representative, if any, and assistants, if any.

ARTICLE 10 - CHANGES IN THE WORK; CLAIMS

*10.01   Authorized Changes in the Work*

A. Without invalidating the Contract and without notice to any surety, Owner may, at any time or from time to time, order additions, deletions, or revisions in the Work by a Change Order, or a Work Change Directive. Upon receipt of any such document, Contractor shall

promptly proceed with the Work involved which will be performed under the applicable conditions of the Contract Documents (except as otherwise specifically provided).

B. If Owner and Contractor are unable to agree on entitlement to, or on the amount or extent, if any, of an adjustment in the Contract Price or Contract Times, or both, that should be allowed as a result of a Work Change Directive, a Claim may be made therefor as provided in Paragraph 10.05.

### 10.02    Unauthorized Changes in the Work

A.Contractor shall not be entitled to an increase in the Contract Price or an extension of the Contract Times with respect to any work performed that is not required by the Contract Documents as amended, modified, or supplemented as provided in Paragraph 3.04, except in the case of an emergency as provided in Paragraph 6.16 or in the case of uncovering Work as provided in Paragraph 13.04.B.

### 10.03    Execution of Change Orders

A. Owner and Contractor shall execute appropriate Change Orders recommended by Engineer covering:

1. changes in the Work which are: (i) ordered by Owner pursuant to Paragraph 10.01.A, (ii) required because of acceptance of defective Work under Paragraph 13.08.A or Owner's correction of defective Work under Paragraph 13.09, or (iii) agreed to by the parties;

2. changes in the Contract Price or Contract Times which are agreed to by the parties, including any undisputed sum or amount of time for Work actually performed in accordance with a Work Change Directive; and

3. changes in the Contract Price or Contract Times which embody the substance of any written decision rendered by Engineer pursuant to Paragraph 10.05; provided that, in lieu of executing any such Change Order, an appeal may be taken from any such decision in accordance with the provisions of the Contract Documents and applicable Laws and Regulations, but during any such appeal, Contractor shall carry on the Work and adhere to the Progress Schedule as provided in Paragraph 6.18.A.

### 10.04    Notification to Surety

A. If notice of any change affecting the general scope of the Work or the provisions of the Contract Documents (including, but not limited to, Contract Price or Contract Times) is required by the provisions of any bond to be given to a surety, the giving of any such notice will be Contractor's responsibility. The amount of each applicable bond will be adjusted to reflect the effect of any such change.

### 10.05    Claims

A. Engineer's Decision Required: All Claims, except those waived pursuant to Paragraph 14.09, shall be referred to the Engineer for decision. A decision by Engineer shall be required as a condition precedent to any exercise by Owner or Contractor of any rights or remedies either may otherwise have under the Contract Documents or by Laws and Regulations in respect of such Claims.

B. Notice: Written notice stating the general nature of each Claim, shall be delivered by the claimant to Engineer and the other party to the Contract promptly (but in no event later than 30 days) after the start of the event giving rise thereto. The responsibility to substantiate a Claim shall rest with the party making the Claim. Notice of the amount or extent of the Claim, with supporting data shall be delivered to the Engineer and the other party to the Contract within 60 days after the start of such event (unless Engineer allows additional time for claimant to submit additional or more accurate data in support of such Claim). A Claim for an adjustment in Contract Price shall be prepared in accordance with the provisions of Paragraph 12.01.B. A Claim for an adjustment in Contract Time shall be prepared in accordance with the provisions of Paragraph 12.02.B. Each Claim shall be accompanied by claimant's written statement that the adjustment claimed is the entire adjustment to which the claimant believes it is entitled as a result of said event. The opposing party shall submit any response to Engineer and the claimant within 30 days after receipt of the claimant's last submittal (unless Engineer allows additional time).

C. Engineer's Action: Engineer will review each Claim and, within 30 days after receipt of the last submittal of the claimant or the last submittal of the opposing party, if any, take one of the following actions in writing:

1. deny the Claim in whole or in part,

2. approve the Claim, or

3. notify the parties that the Engineer is unable to resolve the Claim if, in the Engineer's sole discretion, it would be inappropriate for the Engineer to do so. For purposes of further resolution of the Claim, such notice shall be deemed a denial.

D. In the event that Engineer does not take action on a Claim within said 30 days, the Claim shall be deemed denied.

E. Engineer's written action under Paragraph 10.05.C or denial pursuant to Paragraphs 10.05.C.3 or 10.05.D will be final and binding upon Owner and Contractor, unless Owner or Contractor invoke the dispute resolution procedure set forth in Article 16 within 30 days of such action or denial.

F. No Claim for an adjustment in Contract Price or Contract Times will be valid if not submitted in accordance with this Paragraph 10.05.

ARTICLE 11 - COST OF THE WORK; ALLOWANCES; UNIT PRICE WORK

### 11.01    Cost of the Work

A. *Costs Included:* The term Cost of the Work means the sum of all costs, except those excluded in Paragraph 11.01.B, necessarily incurred and paid by Contractor in the proper performance of the Work. When the value of any Work covered by a Change Order or when a Claim for an adjustment in Contract Price is determined on the basis of Cost of the Work, the costs to be reimbursed to Contractor will be only those additional or incremental costs required because of the change in the Work or because of the event giving rise to the Claim. Except as otherwise may be agreed to in writing by Owner, such costs shall be in amounts no higher than those prevailing in the locality of the Project, shall include only the following items, and shall not include any of the costs itemized in Paragraph 11.01.B.

1. Payroll costs for employees in the direct employ of Contractor in the performance of the Work under schedules of job classifications agreed upon by Owner and Contractor. Such employees shall include, without limitation, superintendents, foremen, and other personnel employed full time at the Site. Payroll costs for employees not employed full time on the Work shall be apportioned on the basis of their time spent on the Work. Payroll costs shall include, but not be limited to, salaries and wages plus the cost of fringe benefits, which shall include social security contributions, unemployment, excise, and payroll taxes, workers' compensation, health and retirement benefits, bonuses, sick leave, vacation and holiday pay applicable thereto. The expenses of performing Work outside of regular working hours, on Saturday, Sunday, or legal holidays, shall be included in the above to the extent authorized by Owner.

2. Cost of all materials and equipment furnished and incorporated in the Work, including costs of transportation and storage thereof, and Suppliers' field services required in connection therewith. All cash discounts shall accrue to Contractor unless Owner deposits funds with Contractor with which to make payments, in which case the cash discounts shall accrue to Owner. All trade discounts, rebates and refunds and returns from sale of surplus materials and equipment shall accrue to Owner, and Contractor shall make provisions so that they may be obtained.

3. Payments made by Contractor to Subcontractors for Work performed by Subcontractors. If required by Owner, Contractor shall obtain competitive bids from subcontractors acceptable to Owner and

Contractor and shall deliver such bids to Owner, who will then determine, with the advice of Engineer, which bids, if any, will be acceptable. If any subcontract provides that the Subcontractor is to be paid on the basis of Cost of the Work plus a fee, the Subcontractor's Cost of the Work and fee shall be determined in the same manner as Contractor's Cost of the Work and fee as provided in this Paragraph 11.01.

4. Costs of special consultants (including but not limited to Engineers, architects, testing laboratories, surveyors, attorneys, and accountants) employed for services specifically related to the Work.

5. Supplemental costs including the following:

a. The proportion of necessary transportation, travel, and subsistence expenses of Contractor's employees incurred in discharge of duties connected with the Work.

b. Cost, including transportation and maintenance, of all materials, supplies, equipment, machinery, appliances, office, and temporary facilities at the Site, and hand tools not owned by the workers, which are consumed in the performance of the Work, and cost, less market value, of such items used but not consumed which remain the property of Contractor.

c. Rentals of all construction equipment and machinery, and the parts thereof whether rented from Contractor or others in accordance with rental agreements approved by Owner with the advice of Engineer, and the costs of transportation, loading, unloading, assembly, dismantling, and removal thereof. All such costs shall be in accordance with the terms of said rental agreements. The rental of any such equipment, machinery, or parts shall cease when the use thereof is no longer necessary for the Work.

d. Sales, consumer, use, and other similar taxes related to the Work, and for which Contractor is liable, imposed by Laws and Regulations.

e. Deposits lost for causes other than negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, and royalty payments and fees for permits and licenses.

f. Losses and damages (and related expenses) caused by damage to the Work, not compensated by insurance or otherwise, sustained by Contractor in connection with the performance of the Work (except losses and damages within the deductible amounts of property insurance established in accordance with Paragraph 5.06.D), provided such losses and damages have

EJCDC C-700 Standard General Conditions of the Construction Contract.
Copyright © 2002 National Society of Professional Engineers for EJCDC. All rights reserved.
00700 - 30

resulted from causes other than the negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable. Such losses shall include settlements made with the written consent and approval of Owner. No such losses, damages, and expenses shall be included in the Cost of the Work for the purpose of determining Contractor's fee.

g. The cost of utilities, fuel, and sanitary facilities at the Site.

h. Minor expenses such as telegrams, long distance telephone calls, telephone service at the Site, expresses, and similar petty cash items in connection with the Work.

i. The costs of premiums for all bonds and insurance Contractor is required by the Contract Documents to purchase and maintain.

B. *Costs Excluded:* The term Cost of the Work shall not include any of the following items:

1. Payroll costs and other compensation of Contractor's officers, executives, principals (of partnerships and sole proprietorships), general managers, safety managers, engineers, architects, estimators, attorneys, auditors, accountants, purchasing and contracting agents, expediters, timekeepers, clerks, and other personnel employed by Contractor, whether at the Site or in Contractor's principal or branch office for general administration of the Work and not specifically included in the agreed upon schedule of job classifications referred to in Paragraph 11.01.A.1 or specifically covered by Paragraph 11.01.A.4, all of which are to be considered administrative costs covered by the Contractor's fee.

2. Expenses of Contractor's principal and branch offices other than Contractor's office at the Site.

3. Any part of Contractor's capital expenses, including interest on Contractor's capital employed for the Work and charges against Contractor for delinquent payments.

4. Costs due to the negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, including but not limited to, the correction of defective Work, disposal of materials or equipment wrongly supplied, and making good any damage to property.

5. Other overhead or general expense costs of any kind and the costs of any item not specifically and expressly included in Paragraphs 11.01.A and 11.01.B.

C. *Contractor's Fee:* When all the Work is performed on the basis of cost-plus, Contractor's fee shall

be determined as set forth in the Agreement. When the value of any Work covered by a Change Order or when a Claim for an adjustment in Contract Price is determined on the basis of Cost of the Work, Contractor's fee shall be determined as set forth in Paragraph 12.01.C.

D. *Documentation:* Whenever the Cost of the Work for any purpose is to be determined pursuant to Paragraphs 11.01.A and 11.01.B, Contractor will establish and maintain records thereof in accordance with generally accepted accounting practices and submit in a form acceptable to Engineer an itemized cost breakdown together with supporting data.

*11.02    Allowances*

A. It is understood that Contractor has included in the Contract Price all allowances so named in the Contract Documents and shall cause the Work so covered to be performed for such sums and by such persons or entities as may be acceptable to Owner and Engineer.

    *B. Cash Allowances*

    1. Contractor agrees that:

    a. the cash allowances include the cost to Contractor (less any applicable trade discounts) of materials and equipment required by the allowances to be delivered at the Site, and all applicable taxes; and

    b. Contractor's costs for unloading and handling on the Site, labor, installation , overhead, profit, and other expenses contemplated for the cash allowances have been included in the Contract Price and not in the allowances, and no demand for additional payment on account of any of the foregoing will be valid.

    C. Contingency Allowance

    1. Contractor agrees that a contingency allowance, if any, is for the sole use of Owner to cover unanticipated costs.

D. Prior to final payment, an appropriate Change Order will be issued as recommended by Engineer to reflect actual amounts due Contractor on account of Work covered by allowances, and the Contract Price shall be correspondingly adjusted.

*11.03    Unit Price Work*

A. Where the Contract Documents provide that all or part of the Work is to be Unit Price Work, initially the Contract Price will be deemed to include for all Unit Price Work an amount equal to the sum of the unit price for each separately identified item of Unit Price Work times the estimated quantity of each item as indicated in the Agreement.

B. The estimated quantities of items of Unit Price Work are not guaranteed and are solely for the purpose of comparison of Bids and determining an initial Contract Price. Determinations of the actual quantities and classifications of Unit Price Work performed by Contractor will be made by Engineer subject to the provisions of Paragraph 9.07.

C. Each unit price will be deemed to include an amount considered by Contractor to be adequate to cover Contractor's overhead and profit for each separately identified item.

D. Owner or Contractor may make a Claim for an adjustment in the Contract Price in accordance with Paragraph 10.05 if:

1. the quantity of any item of Unit Price Work performed by Contractor differs materially and significantly from the estimated quantity of such item indicated in the Agreement; and

2. there is no corresponding adjustment with respect any other item of Work; and

3. Contractor believes that Contractor is entitled to an increase in Contract Price as a result of having incurred additional expense or Owner believes that Owner is entitled to a decrease in Contract Price and the parties are unable to agree as to the amount of any such increase or decrease.

ARTICLE 12 - CHANGE OF CONTRACT PRICE; CHANGE OF CONTRACT TIMES

*12.01    Change of Contract Price*

A. The Contract Price may only be changed by a Change Order. Any Claim for an adjustment in the Contract Price shall be based on written notice submitted by the party making the Claim to the Engineer and the other party to the Contract in accordance with the provisions of Paragraph 10.05.

B. The value of any Work covered by a Change Order or of any Claim for an adjustment in the Contract Price will be determined as follows:

1. where the Work involved is covered by unit prices contained in the Contract Documents, by application of such unit prices to the quantities of the items involved (subject to the provisions of Paragraph 11.03); or

2. where the Work involved is not covered by unit prices contained in the Contract Documents, by a mutually agreed lump sum (which may include an

allowance for overhead and profit not necessarily in accordance with Paragraph 12.01.C.2); or

3. where the Work involved is not covered by unit prices contained in the Contract Documents and agreement to a lump sum is not reached under Paragraph 12.01.B.2, on the basis of the Cost of the Work (determined as provided in Paragraph 11.01) plus a Contractor's fee for overhead and profit (determined as provided in Paragraph 12.01.C).

C. *Contractor's Fee:* The Contractor's fee for overhead and profit shall be determined as follows:

1. a mutually acceptable fixed fee; or

2. if a fixed fee is not agreed upon, then a fee based on the following percentages of the various portions of the Cost of the Work:

a. for costs incurred under Paragraphs 11.01.A.1 and 11.01.A.2, the Contractor's fee shall be 15 percent;

b. for costs incurred under Paragraph 11.01.A.3, the Contractor's fee shall be five percent;

c. where one or more tiers of subcontracts are on the basis of Cost of the Work plus a fee and no fixed fee is agreed upon, the intent of Paragraph 12.01.C.2.a is that the Subcontractor who actually performs the Work, at whatever tier, will be paid a fee of 15 percent of the costs incurred by such Subcontractor under Paragraphs 11.01.A.1 and 11.01.A.2 and that any higher tier Subcontractor and Contractor will each be paid a fee of five percent of the amount paid to the next lower tier Subcontractor;

d. no fee shall be payable on the basis of costs itemized under Paragraphs 11.01.A.4, 11.01.A.5, and 11.01.B;

e. the amount of credit to be allowed by Contractor to Owner for any change which results in a net decrease in cost will be the amount of the actual net decrease in cost plus a deduction in Contractor's fee by an amount equal to five percent of such net decrease; and

f. when both additions and credits are involved in any one change, the adjustment in Contractor's fee shall be computed on the basis of the net change in accordance with Paragraphs 12.01.C.2.a through 12.01.C.2.e, inclusive.

*12.02    Change of Contract Times*

A. The Contract Times may only be changed by a Change Order. Any Claim for an adjustment in the Contract Times shall be based on written notice submitted

by the party making the Claim to the Engineer and the other party to the Contract in accordance with the provisions of Paragraph 10.05.

B. Any adjustment of the Contract Times covered by a Change Order or any Claim for an adjustment in the Contract Times will be determined in accordance with the provisions of this Article 12.

### 12.03   Delays

A. Where Contractor is prevented from completing any part of the Work within the Contract Times due to delay beyond the control of Contractor, the Contract Times will be extended in an amount equal to the time lost due to such delay if a Claim is made therefor as provided in Paragraph 12.02.A. Delays beyond the control of Contractor shall include, but not be limited to, acts or neglect by Owner, acts or neglect of utility owners or other contractors performing other work as contemplated by Article 7, fires, floods, epidemics, abnormal weather conditions, or acts of God.

B. If Owner, Engineer, or other contractors or utility owners performing other work for Owner as contemplated by Article 7, or anyone for whom Owner is responsible, delays, disrupts, or interferes with the performance or progress of the Work, then Contractor shall be entitled to an equitable adjustment in the Contract Price or the Contract Times , or both. Contractor's entitlement to an adjustment of the Contract Times is conditioned on such adjustment being essential to Contractor's ability to complete the Work within the Contract Times.

C If Contractor is delayed in the performance or progress of the Work by fire, flood, epidemic, abnormal weather conditions, acts of God, acts or failures to act of utility owners not under the control of Owner, or other causes not the fault of and beyond control of Owner and Contractor, then Contractor shall be entitled to an equitable adjustment in Contract Times, if such adjustment is essential to Contractor's ability to complete the Work within the Contract Times. Such an adjustment shall be Contractor's sole and exclusive remedy for the delays described in this Paragraph 12.03.C.

D. Owner, Engineer and the Related Entities of each of them shall not be liable to Contractor for any claims, costs, losses, or damages (including but not limited to all fees and charges of Engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) sustained by Contractor on or in connection with any other project or anticipated project.

E. Contractor shall not be entitled to an adjustment in Contract Price or Contract Times for delays within the control of Contractor. Delays attributable to and within the control of a Subcontractor or Supplier shall be deemed to be delays within the control of Contractor.

### ARTICLE 13 - TESTS AND INSPECTIONS; CORRECTION, REMOVAL OR ACCEPTANCE OF DEFECTIVE WORK

### 13.01   Notice of Defects

A. Prompt notice of all defective Work of which Owner or Engineer has actual knowledge will be given to Contractor. All defective Work may be rejected, corrected, or accepted as provided in this Article 13.

### 13.02   Access to Work

A. Owner, Engineer, their consultants and other representatives and personnel of Owner, independent testing laboratories, and governmental agencies with jurisdictional interests will have access to the Site and the Work at reasonable times for their observation, inspecting, and testing. Contractor shall provide them proper and safe conditions for such access and advise them of Contractor's Site safety procedures and programs so that they may comply therewith as applicable.

### 13.03   Tests and Inspections

A. Contractor shall give Engineer timely notice of readiness of the Work for all required inspections, tests, or approvals and shall cooperate with inspection and testing personnel to facilitate required inspections or tests.

B. Owner shall employ and pay for the services of an independent testing laboratory to perform all inspections, tests, or approvals required by the Contract Documents except:

1. for inspections, tests, or approvals covered by Paragraphs 13.03.C and 13.03.D below;

2. that costs incurred in connection with tests or inspections conducted pursuant to Paragraph 13.04.B shall be paid as provided in said Paragraph 13.04.C; and

3. as otherwise specifically provided in the Contract Documents.

C. If Laws or Regulations of any public body having jurisdiction require any Work (or part thereof) specifically to be inspected, tested, or approved by an employee or other representative of such public body, Contractor shall assume full responsibility for arranging and obtaining such inspections, tests, or approvals, pay all costs in connection therewith, and furnish Engineer the required certificates of inspection or approval.

D. Contractor shall be responsible for arranging and obtaining and shall pay all costs in connection with any inspections, tests, or approvals required for Owner's and Engineer's acceptance of materials or equipment to

be incorporated in the Work; or acceptance of materials, mix designs, or equipment submitted for approval prior to Contractor's purchase thereof for incorporation in the Work. Such inspections, tests, or approvals shall be performed by organizations acceptable to Owner and Engineer.

E. If any Work (or the work of others) that is to be inspected, tested, or approved is covered by Contractor without written concurrence of Engineer, it must, if requested by Engineer, be uncovered for observation.

F. Uncovering Work as provided in Paragraph 13.03.E shall be at Contractor's expense unless Contractor has given Engineer timely notice of Contractor's intention to cover the same and Engineer has not acted with reasonable promptness in response to such notice.

### 13.04   Uncovering Work

A. If any Work is covered contrary to the written request of Engineer, it must, if requested by Engineer, be uncovered for Engineer's observation and replaced at Contractor's expense.

B. If Engineer considers it necessary or advisable that covered Work be observed by Engineer or inspected or tested by others, Contractor, at Engineer's request, shall uncover, expose, or otherwise make available for observation, inspection, or testing as Engineer may require, that portion of the Work in question, furnishing all necessary labor, material, and equipment.

C. If it is found that the uncovered Work is defective, Contractor shall pay all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such uncovering, exposure, observation, inspection, and testing, and of satisfactory replacement or reconstruction (including but not limited to all costs of repair or replacement of work of others); and Owner shall be entitled to an appropriate decrease in the Contract Price. If the parties are unable to agree as to the amount thereof, Owner may make a Claim therefor as provided in Paragraph 10.05.

D. If, the uncovered Work is not found to be defective, Contractor shall be allowed an increase in the Contract Price or an extension of the Contract Times, or both, directly attributable to such uncovering, exposure, observation, inspection, testing, replacement, and reconstruction. If the parties are unable to agree as to the amount or extent thereof, Contractor may make a Claim therefor as provided in Paragraph 10.05.

### 13.05   Owner May Stop the Work

A. If the Work is defective, or Contractor fails to supply sufficient skilled workers or suitable materials or equipment, or fails to perform the Work in such a way that the completed Work will conform to the Contract Documents, Owner may order Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, this right of Owner to stop the Work shall not give rise to any duty on the part of Owner to exercise this right for the benefit of Contractor, any Subcontractor, any Supplier, any other individual or entity, or any surety for, or employee or agent of any of them.

### 13.06   Correction or Removal of Defective Work

A. Promptly after receipt of notice, Contractor shall correct all defective Work, whether or not fabricated, installed, or completed, or, if the Work has been rejected by Engineer, remove it from the Project and replace it with Work that is not defective. Contractor shall pay all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such correction or removal (including but not limited to all costs of repair or replacement of work of others).

B. When correcting defective Work under the terms of this Paragraph 13.06 or Paragraph 13.07, Contractor shall take no action that would void or otherwise impair Owner's special warranty and guarantee, if any, on said Work.

### 13.07   Correction Period

A. If within one year after the date of Substantial Completion (or such longer period of time as may be prescribed by the terms of any applicable special guarantee required by the Contract Documents) or by any specific provision of the Contract Documents, any Work is found to be defective, or if the repair of any damages to the land or areas made available for Contractor's use by Owner or permitted by Laws and Regulations as contemplated in Paragraph 6.11.A is found to be defective, Contractor shall promptly, without cost to Owner and in accordance with Owner's written instructions:

> 1. repair such defective land or areas; or

> 2. correct such defective Work; or

> 3. if the defective Work has been rejected by Owner, remove it from the Project and replace it with Work that is not defective, and

> 4. satisfactorily correct or repair or remove and replace any damage to other Work, to the work of others or other land or areas resulting therefrom.

B. If Contractor does not promptly comply with the terms of Owner's written instructions, or in an emergency where delay would cause serious risk of loss or damage, Owner may have the defective Work corrected or repaired or may have the rejected Work removed and replaced. All claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such correction or repair or such removal and replacement (including but not limited to all costs of repair or replacement of work of others) will be paid by Contractor.

C. In special circumstances where a particular item of equipment is placed in continuous service before Substantial Completion of all the Work, the correction period for that item may start to run from an earlier date if so provided in the Specifications.

D. Where defective Work (and damage to other Work resulting therefrom) has been corrected or removed and replaced under this Paragraph 13.07, the correction period hereunder with respect to such Work will be extended for an additional period of one year after such correction or removal and replacement has been satisfactorily completed.

E. Contractor's obligations under this Paragraph 13.07 are in addition to any other obligation or warranty. The provisions of this Paragraph 13.07 shall not be construed as a substitute for or a waiver of the provisions of any applicable statute of limitation or repose.

### 13.08   Acceptance of Defective Work

A. If, instead of requiring correction or removal and replacement of defective Work, Owner (and, prior to Engineer's recommendation of final payment, Engineer) prefers to accept it, Owner may do so. Contractor shall pay all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) attributable to Owner's evaluation of and determination to accept such defective Work (such costs to be approved by Engineer as to reasonableness) and the diminished value of the Work to the extent not otherwise paid by Contractor pursuant to this sentence. If any such acceptance occurs prior to Engineer's recommendation of final payment, a Change Order will be issued incorporating the necessary revisions in the Contract Documents with respect to the Work, and Owner shall be entitled to an appropriate decrease in the Contract Price, reflecting the diminished value of Work so accepted. If the parties are unable to agree as to the amount thereof, Owner may make a Claim therefor as provided in Paragraph 10.05. If the acceptance occurs after such recommendation, an appropriate amount will be paid by Contractor to Owner.

### 13.09   Owner May Correct Defective Work

A. If Contractor fails within a reasonable time after written notice from Engineer to correct defective Work or to remove and replace rejected Work as required by Engineer in accordance with Paragraph 13.06.A, or if Contractor fails to perform the Work in accordance with the Contract Documents, or if Contractor fails to comply with any other provision of the Contract Documents, Owner may, after seven days written notice to Contractor, correct or remedy any such deficiency.

B. In exercising the rights and remedies under this Paragraph 13.09, Owner shall proceed expeditiously. In connection with such corrective or remedial action, Owner may exclude Contractor from all or part of the Site, take possession of all or part of the Work and suspend Contractor's services related thereto, take possession of Contractor's tools, appliances, construction equipment and machinery at the Site, and incorporate in the Work all materials and equipment stored at the Site or for which Owner has paid Contractor but which are stored elsewhere. Contractor shall allow Owner, Owner's representatives, agents and employees, Owner's other contractors, and Engineer and Engineer's consultants access to the Site to enable Owner to exercise the rights and remedies under this Paragraph.

C. All claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) incurred or sustained by Owner in exercising the rights and remedies under this Paragraph 13.09 will be charged against Contractor, and a Change Order will be issued incorporating the necessary revisions in the Contract Documents with respect to the Work; and Owner shall be entitled to an appropriate decrease in the Contract Price. If the parties are unable to agree as to the amount of the adjustment, Owner may make a Claim therefor as provided in Paragraph 10.05. Such claims, costs, losses and damages will include but not be limited to all costs of repair, or replacement of work of others destroyed or damaged by correction, removal, or replacement of Contractor's defective Work.

D. Contractor shall not be allowed an extension of the Contract Times because of any delay in the performance of the Work attributable to the exercise by Owner of Owner's rights and remedies under this Paragraph 13.09.

## ARTICLE 14 - PAYMENTS TO CONTRACTOR AND COMPLETION

### 14.01   Schedule of Values

A. The Schedule of Values established as provided in Paragraph 2.07.A will serve as the basis for progress

payments and will be incorporated into a form of Application for Payment acceptable to Engineer. Progress payments on account of Unit Price Work will be based on the number of units completed.

### 14.02  Progress Payments

#### A. Applications for Payments

1. At least 20 days before the date established in the Agreement for each progress payment (but not more often than once a month), Contractor shall submit to Engineer for review an Application for Payment filled out and signed by Contractor covering the Work completed as of the date of the Application and accompanied by such supporting documentation as is required by the Contract Documents. If payment is requested on the basis of materials and equipment not incorporated in the Work but delivered and suitably stored at the Site or at another location agreed to in writing, the Application for Payment shall also be accompanied by a bill of sale, invoice, or other documentation warranting that Owner has received the materials and equipment free and clear of all Liens and evidence that the materials and equipment are covered by appropriate property insurance or other arrangements to protect Owner's interest therein, all of which must be satisfactory to Owner.

2. Beginning with the second Application for Payment, each Application shall include an affidavit of Contractor stating that all previous progress payments received on account of the Work have been applied on account to discharge Contractor's legitimate obligations associated with prior Applications for Payment.

3. The amount of retainage with respect to progress payments will be as stipulated in the Agreement.

#### B. Review of Applications

1. Engineer will, within 10 days after receipt of each Application for Payment, either indicate in writing a recommendation of payment and present the Application to Owner or return the Application to Contractor indicating in writing Engineer's reasons for refusing to recommend payment. In the latter case, Contractor may make the necessary corrections and resubmit the Application.

2. Engineer's recommendation of any payment requested in an Application for Payment will constitute a representation by Engineer to Owner, based on Engineer's observations on the Site of the executed Work as an experienced and qualified design professional and on Engineer's review of the Application for Payment and the accompanying data and schedules, that to the best of Engineer's knowledge, information and belief:

a. the Work has progressed to the point indicated;

b. the quality of the Work is generally in accordance with the Contract Documents (subject to an evaluation of the Work as a functioning whole prior to or upon Substantial Completion, to the results of any subsequent tests called for in the Contract Documents, to a final determination of quantities and classifications for Unit Price Work under Paragraph 9.07, and to any other qualifications stated in the recommendation); and

c. the conditions precedent to Contractor's being entitled to such payment appear to have been fulfilled in so far as it is Engineer's responsibility to observe the Work.

3. By recommending any such payment Engineer will not thereby be deemed to have represented that:

a. inspections made to check the quality or the quantity of the Work as it has been performed have been exhaustive, extended to every aspect of the Work in progress, or involved detailed inspections of the Work beyond the responsibilities specifically assigned to Engineer in the Contract Documents; or

b. that there may not be other matters or issues between the parties that might entitle Contractor to be paid additionally by Owner or entitle Owner to withhold payment to Contractor.

4. Neither Engineer's review of Contractor's Work for the purposes of recommending payments nor Engineer's recommendation of any payment, including final payment, will impose responsibility on Engineer:

a. to supervise, direct, or control the Work, or

b. for the means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or

c. for Contractor's failure to comply with Laws and Regulations applicable to Contractor's performance of the Work, or

d. to make any examination to ascertain how or for what purposes Contractor has used the moneys paid on account of the Contract Price, or

e. to determine that title to any of the Work, materials, or equipment has passed to Owner free and clear of any Liens.

5. Engineer may refuse to recommend the whole or any part of any payment if, in Engineer's opinion, it would be incorrect to make the representations to Owner stated in Paragraph 14.02.B.2. Engineer may also refuse to recommend any such payment or, because of subsequently discovered evidence or the results of subsequent

inspections or tests, revise or revoke any such payment recommendation previously made, to such extent as may be necessary in Engineer's opinion to protect Owner from loss because:

> a. the Work is defective, or completed Work has been damaged, requiring correction or replacement;
>
> b. the Contract Price has been reduced by Change Orders;
>
> c. Owner has been required to correct defective Work or complete Work in accordance with Paragraph 13.09; or
>
> d. Engineer has actual knowledge of the occurrence of any of the events enumerated in Paragraph 15.02.A.

*C. Payment Becomes Due*

1. Forty-five~~Ten~~ days after presentation of the Application for Payment to Owner with Engineer's recommendation, the amount recommended will (subject to the provisions of Paragraph 14.02.D) become due, and when due will be paid by Owner to Contractor.

*D. Reduction in Payment*

1. Owner may refuse to make payment of the full amount recommended by Engineer because:

> a. claims have been made against Owner on account of Contractor's performance or furnishing of the Work;
>
> b. Liens have been filed in connection with the Work, except where Contractor has delivered a specific bond satisfactory to Owner to secure the satisfaction and discharge of such Liens;
>
> c. there are other items entitling Owner to a set-off against the amount recommended; or
>
> d. Owner has actual knowledge of the occurrence of any of the events enumerated in Paragraphs 14.02.B.5.a through 14.02.B.5.c or Paragraph 15.02.A.

2. If Owner refuses to make payment of the full amount recommended by Engineer, Owner will give Contractor immediate written notice (with a copy to Engineer) stating the reasons for such action and promptly pay Contractor any amount remaining after deduction of the amount so withheld. Owner shall promptly pay Contractor the amount so withheld, or any adjustment thereto agreed to by Owner and Contractor, when Contractor corrects to Owner's satisfaction the reasons for such action.

3. If it is subsequently determined that Owner's refusal of payment was not justified, the amount wrongfully withheld shall be treated as an amount due as determined by Paragraph 14.02.C.1.

*14.03    Contractor's Warranty of Title*

A. Contractor warrants and guarantees that title to all Work, materials, and equipment covered by any Application for Payment, whether incorporated in the Project or not, will pass to Owner no later than the time of payment free and clear of all Liens.

*14.04    Substantial Completion*

A. When Contractor considers the entire Work ready for its intended use Contractor shall notify Owner and Engineer in writing that the entire Work is substantially complete (except for items specifically listed by Contractor as incomplete) and request that Engineer issue a certificate of Substantial Completion.

B. Promptly after Contractor's notification, Owner, Contractor, and Engineer shall make an inspection of the Work to determine the status of completion. If Engineer does not consider the Work substantially complete, Engineer will notify Contractor in writing giving the reasons therefor.

C. If Engineer considers the Work substantially complete, Engineer will deliver to Owner a tentative certificate of Substantial Completion which shall fix the date of Substantial Completion. There shall be attached to the certificate a tentative list of items to be completed or corrected before final payment. Owner shall have seven days after receipt of the tentative certificate during which to make written objection to Engineer as to any provisions of the certificate or attached list. If, after considering such objections, Engineer concludes that the Work is not substantially complete, Engineer will within 14 days after submission of the tentative certificate to Owner notify Contractor in writing, stating the reasons therefor. If, after consideration of Owner's objections, Engineer considers the Work substantially complete, Engineer will within said 14 days execute and deliver to Owner and Contractor a definitive certificate of Substantial Completion (with a revised tentative list of items to be completed or corrected) reflecting such changes from the tentative certificate as Engineer believes justified after consideration of any objections from Owner.

D. At the time of delivery of the tentative certificate of Substantial Completion, Engineer will deliver to Owner and Contractor a written recommendation as to division of responsibilities pending final payment between Owner and Contractor with respect to security, operation, safety, and protection of the Work, maintenance, heat, utilities, insurance, and warranties and guarantees. Unless Owner and Contractor agree otherwise in writing and so inform Engineer in writing prior to Engineer's issuing the definitive certificate of Substantial

Completion, Engineer's aforesaid recommendation will be binding on Owner and Contractor until final payment.

E. Owner shall have the right to exclude Contractor from the Site after the date of Substantial Completion subject to allowing Contractor reasonable access to complete or correct items on the tentative list.

### 14.05   Partial Utilization

A. Prior to Substantial Completion of all the Work, Owner may use or occupy any substantially completed part of the Work which has specifically been identified in the Contract Documents, or which Owner, Engineer, and Contractor agree constitutes a separately functioning and usable part of the Work that can be used by Owner for its intended purpose without significant interference with Contractor's performance of the remainder of the Work, subject to the following conditions.

1. Owner at any time may request Contractor in writing to permit Owner to use or occupy any such part of the Work which Owner believes to be ready for its intended use and substantially complete. If and when Contractor agrees that such part of the Work is substantially complete, Contractor will certify to Owner and Engineer that such part of the Work is substantially complete and request Engineer to issue a certificate of Substantial Completion for that part of the Work.

2. Contractor at any time may notify Owner and Engineer in writing that Contractor considers any such part of the Work ready for its intended use and substantially complete and request Engineer to issue a certificate of Substantial Completion for that part of the Work.

3. Within a reasonable time after either such request, Owner, Contractor, and Engineer shall make an inspection of that part of the Work to determine its status of completion. If Engineer does not consider that part of the Work to be substantially complete, Engineer will notify Owner and Contractor in writing giving the reasons therefor. If Engineer considers that part of the Work to be substantially complete, the provisions of Paragraph 14.04 will apply with respect to certification of Substantial Completion of that part of the Work and the division of responsibility in respect thereof and access thereto.

4. No use or occupancy or separate operation of part of the Work may occur prior to compliance with the requirements of Paragraph 5.10 regarding property insurance.

### 14.06   Final Inspection

A. Upon written notice from Contractor that the entire Work or an agreed portion thereof is complete, Engineer will promptly make a final inspection with Owner and Contractor and will notify Contractor in writing of all particulars in which this inspection reveals

that the Work is incomplete or defective. Contractor shall immediately take such measures as are necessary to complete such Work or remedy such deficiencies.

### 14.07   Final Payment

#### A. Application for Payment

1. After Contractor has, in the opinion of Engineer, satisfactorily completed all corrections identified during the final inspection and has delivered, in accordance with the Contract Documents, all maintenance and operating instructions, schedules, guarantees, bonds, certificates or other evidence of insurance certificates of inspection, marked-up record documents (as provided in Paragraph 6.12), and other documents, Contractor may make application for final payment following the procedure for progress payments.

2. The final Application for Payment shall be accompanied (except as previously delivered) by:

> a. all documentation called for in the Contract Documents, including but not limited to the evidence of insurance required by Paragraph 5.04.B.7;

> b. consent of the surety, if any, to final payment;

> c. a list of all Claims against Owner that Contractor believes are unsettled; and

> d. complete and legally effective releases or waivers (satisfactory to Owner) of all Lien rights arising out of or Liens filed in connection with the Work.

3. In lieu of the releases or waivers of Liens specified in Paragraph 14.07.A.2 and as approved by Owner, Contractor may furnish receipts or releases in full and an affidavit of Contractor that: (i) the releases and receipts include all labor, services, material, and equipment for which a Lien could be filed; and (ii) all payrolls, material and equipment bills, and other indebtedness connected with the Work for which Owner or Owner's property might in any way be responsible have been paid or otherwise satisfied. If any Subcontractor or Supplier fails to furnish such a release or receipt in full, Contractor may furnish a bond or other collateral satisfactory to Owner to indemnify Owner against any Lien.

#### B. Engineer's Review of Application and Acceptance

1. If, on the basis of Engineer's observation of the Work during construction and final inspection, and Engineer's review of the final Application for Payment and accompanying documentation as required by the Contract Documents, Engineer is satisfied that the Work has been completed and Contractor's other obligations

EJCDC C-700 Standard General Conditions of the Construction Contract.
Copyright © 2002 National Society of Professional Engineers for EJCDC. All rights reserved.
00700 - 38

under the Contract Documents have been fulfilled, Engineer will, within ten days after receipt of the final Application for Payment, indicate in writing Engineer's recommendation of payment and present the Application for Payment to Owner for payment. At the same time Engineer will also give written notice to Owner and Contractor that the Work is acceptable subject to the provisions of Paragraph 14.09. Otherwise, Engineer will return the Application for Payment to Contractor, indicating in writing the reasons for refusing to recommend final payment, in which case Contractor shall make the necessary corrections and resubmit the Application for Payment.

C. Payment Becomes Due

1. Forty-fiveThirty days after the presentation to Owner of the Application for Payment and accompanying docu- mentation, the amount recommended by Engineer, less any sum Owner is entitled to set off against Engineer's recommendation, including but not limited to liquidated damages, will become due and , will be paid by Owner to Contractor.

*14.08    Final Completion Delayed*

A. If, through no fault of Contractor, final completion of the Work is significantly delayed, and if Engineer so confirms, Owner shall, upon receipt of Contractor's final Application for Payment (for Work fully completed and accepted) and recommendation of Engineer, and without terminating the Contract, make payment of the balance due for that portion of the Work fully completed and accepted. If the remaining balance to be held by Owner for Work not fully completed or corrected is less than the retainage stipulated in the Agreement, and if bonds have been furnished as required in Paragraph 5.01, the written consent of the surety to the payment of the balance due for that portion of the Work fully completed and accepted shall be submitted by Contractor to Engineer with the Application for such payment. Such payment shall be made under the terms and conditions governing final payment, except that it shall not constitute a waiver of Claims.

*14.09    Waiver of Claims*

A. The making and acceptance of final payment will constitute:

1. a waiver of all Claims by Owner against Contractor, except Claims arising from unsettled Liens, from defective Work appearing after final inspection pursuant to Paragraph 14.06, from failure to comply with the Contract Documents or the terms of any special guarantees specified therein, or from Contractor's continuing obligations under the Contract Documents; and

2. a waiver of all Claims by Contractor against Owner other than those previously made in accordance

with the requirements herein and expressly acknowledged by Owner in writing as still unsettled.

## ARTICLE 15 - SUSPENSION OF WORK AND TERMINATION

*15.01    Owner May Suspend Work*

A. At any time and without cause, Owner may suspend the Work or any portion thereof for a period of not more than 90 consecutive days by notice in writing to Contractor and Engineer which will fix the date on which Work will be resumed. Contractor shall resume the Work on the date so fixed. Contractor shall be granted an adjustment in the Contract Price or an extension of the Contract Times, or both, directly attributable to any such suspension if Contractor makes a Claim therefor as provided in Paragraph 10.05.

*15.02    Owner May Terminate for Cause*

A. The occurrence of any one or more of the following events will justify termination for cause:

1. Contractor's persistent failure to perform the Work in accordance with the Contract Documents (including, but not limited to, failure to supply sufficient skilled workers or suitable materials or equipment or failure to adhere to the Progress Schedule established under Paragraph 2.07 as adjusted from time to time pursuant to Paragraph 6.04);

2. Contractor's disregard of Laws or Regulations of any public body having jurisdiction;

3. Contractor's disregard of the authority of Engineer; or

4. Contractor's violation in any substantial way of any provisions of the Contract Documents.

B. If one or more of the events identified in Paragraph 15.02.A occur, Owner may, after giving Contractor (and surety ) seven days written notice of its intent to terminate the services of Contractor:

1. exclude Contractor from the Site, and take possession of the Work and of all Contractor's tools, appliances, construction equipment, and machinery at the Site, and use the same to the full extent they could be used by Contractor (without liability to Contractor for trespass or conversion),

2. incorporate in the Work all materials and equipment stored at the Site or for which Owner has paid Contractor but which are stored elsewhere, and

3. complete the Work as Owner may deem expedient.

C. If Owner proceeds as provided in Paragraph 15.02.B, Contractor shall not be entitled to receive any further payment until the Work is completed. If the unpaid balance of the Contract Price exceeds all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) sustained by Owner arising out of or relating to completing the Work, such excess will be paid to Contractor. If such claims, costs, losses, and damages exceed such unpaid balance, Contractor shall pay the difference to Owner. Such claims, costs, losses, and damages incurred by Owner will be reviewed by Engineer as to their reasonableness and, when so approved by Engineer, incorporated in a Change Order. When exercising any rights or remedies under this Paragraph Owner shall not be required to obtain the lowest price for the Work performed.

D. Notwithstanding Paragraphs 15.02.B and 15.02.C, Contractor's services will not be terminated if Contractor begins within seven days of receipt of notice of intent to terminate to correct its failure to perform and proceeds diligently to cure such failure within no more than 30 days of receipt of said notice.

E. Where Contractor's services have been so terminated by Owner, the termination will not affect any rights or remedies of Owner against Contractor then existing or which may thereafter accrue. Any retention or payment of moneys due Contractor by Owner will not release Contractor from liability.

F. If and to the extent that Contractor has provided a performance bond under the provisions of Paragraph 5.01.A, the termination procedures of that bond shall supersede the provisions of Paragraphs 15.02.B, and 15.02.C.

## 15.03   Owner May Terminate For Convenience

A. Upon seven days written notice to Contractor and Engineer, Owner may, without cause and without prejudice to any other right or remedy of Owner, terminate the Contract. In such case, Contractor shall be paid for (without duplication of any items):

1. completed and acceptable Work executed in accordance with the Contract Documents prior to the effective date of termination, including fair and reasonable sums for overhead and profit on such Work;

2. expenses sustained prior to the effective date of termination in performing services and furnishing labor, materials, or equipment as required by the Contract Documents in connection with uncompleted Work, plus fair and reasonable sums for overhead and profit on such expenses;

3. all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) incurred in settlement of terminated contracts with Subcontractors, Suppliers, and others; and

4. reasonable expenses directly attributable to termination.

B. Contractor shall not be paid on account of loss of anticipated profits or revenue or other economic loss arising out of or resulting from such termination.

## 15.04   Contractor May Stop Work or Terminate

A. If, through no act or fault of Contractor, (i) the Work is suspended for more than 90 consecutive days by Owner or under an order of court or other public authority, or (ii) Engineer fails to act on any Application for Payment within 30 days after it is submitted, or (iii) Owner fails for 30 days to pay Contractor any sum finally determined to be due, then Contractor may, upon seven days written notice to Owner and Engineer, and provided Owner or Engineer do not remedy such suspension or failure within that time, terminate the Contract and recover from Owner payment on the same terms as provided in Paragraph 15.03.

B. In lieu of terminating the Contract and without prejudice to any other right or remedy, if Engineer has failed to act on an Application for Payment within 30 days after it is submitted, or Owner has failed for 30 days to pay Contractor any sum finally determined to be due, Contractor may, seven days after written notice to Owner and Engineer, stop the Work until payment is made of all such amounts due Contractor, including interest thereon. The provisions of this Paragraph 15.04 are not intended to preclude Contractor from making a Claim under Paragraph 10.05 for an adjustment in Contract Price or Contract Times or otherwise for expenses or damage directly attributable to Contractor's stopping the Work as permitted by this Paragraph.

## ARTICLE 16 - DISPUTE RESOLUTION

## 16.01   Methods and Procedures

A. Either Owner or Contractor may request mediation of any Claim submitted to Engineer for a decision under Paragraph 10.05 before such decision becomes final and binding. The mediation will be

governed by the Construction Industry Mediation Rules of the American Arbitration Association in effect as of the Effective Date of the Agreement. The request for mediation shall be submitted in writing to the American Arbitration Association and the other party to the Contract. Timely submission of the request shall stay the effect of Paragraph 10.05.E.

B. Owner and Contractor shall participate in the mediation process in good faith. The process shall be concluded within 60 days of filing of the request. The date of termination of the mediation shall be determined by application of the mediation rules referenced above.

C. If the Claim is not resolved by mediation, Engineer's action under Paragraph 10.05.C or a denial pursuant to Paragraphs 10.05.C.3 or 10.05.D shall become final and binding 30 days after termination of the mediation unless, within that time period, Owner or Contractor:

1. elects in writing to invoke any dispute resolution process provided for in the Supplementary Conditions, or

2. agrees with the other party to submit the Claim to another dispute resolution process, or

3. gives written notice to the other party of their intent to submit the Claim to a court of competent jurisdiction.

## ARTICLE 17 - MISCELLANEOUS

### 17.01   Giving Notice

A. Whenever any provision of the Contract Documents requires the giving of written notice, it will be deemed to have been validly given if:

1. delivered in person to the individual or to a member of the firm or to an officer of the corporation for whom it is intended, or

2. delivered at or sent by registered or certified mail, postage prepaid, to the last business address known to the giver of the notice.

### 17.02   Computation of Times

A. When any period of time is referred to in the Contract Documents by days, it will be computed to exclude the first and include the last day of such period. If the last day of any such period falls on a Saturday or Sunday or on a day made a legal holiday by the law of the applicable jurisdiction, such day will be omitted from the computation.

### 17.03   Cumulative Remedies

A. The duties and obligations imposed by these General Conditions and the rights and remedies available hereunder to the parties hereto are in addition to, and are not to be construed in any way as a limitation of, any rights and remedies available to any or all of them which are otherwise imposed or available by Laws or Regulations, by special warranty or guarantee, or by other provisions of the Contract Documents. The provisions of this Paragraph will be as effective as if repeated specifically in the Contract Documents in connection with each particular duty, obligation, right, and remedy to which they apply.

### 17.04   Survival of Obligations

A. All representations, indemnifications, warranties, and guarantees made in, required by, or given in accordance with the Contract Documents, as well as all continuing obligations indicated in the Contract Documents, will survive final payment, completion, and acceptance of the Work or termination or completion of the Contract or termination of the services of Contractor.

### 17.05   Controlling Law

A. This Contract is to be governed by the law of the state in which the Project is located.

### 17.06   Headings

A. Article and paragraph headings are inserted for convenience only and do not constitute parts of these General Conditions.



## SECTION 00 7300
## SUPPLEMENTAL CONDITIONS

### PART 1 - GENERAL

1.01    RELATED DOCUMENTS

A.    Drawings and general provisions of the specifications, including General and Supplemental Conditions and other Division 1 Specification Sections, apply to this Section.

B.    All items addressed in this Specification Section shall be considered a supplement to the "General Conditions to the Contract for Construction."

1.02    OWNER ACTIVITIES

A.    The work required under this Contract must commence and proceed with minimum interruption to the daily operations of the facility at which the Project is being performed. All persons using the facility must have uninhibited access/egress and the necessary protection for the life of the project.

B.    The Contractor is notified that the garage will be fully occupied during the work under this contract. The Contractor will have limited access to the garage during the work. The Contractor shall coordinate and schedule their access with the Owner.

1.03    PROJECT SCHEDULING

A.    The Owner intends to start construction on or about <u>September 10, 2018</u>. It is the project intent that the work be completed by <u>November 16, 2018</u>, including all punchlist items.

1.04    CONSTRUCTION PHASING & SEQUENCING

A.    The work of this project shall be phased and sequenced to complete the work within the stated project duration and milestones.

B.    The Contractor shall supply sufficient access equipment and manpower to complete the work within the stated project duration.

C.    The Contractor must prepare and submit a construction phasing and sequencing plan for the project. The Contractor must prepare and submit a plan with a unique identifier of all equipment on the building, coordinated with the project schedule.



## PART 2 - PRODUCTS

2.01   TEMPORARY WATER

   A.   Temporary water is available at a location to be designated by the Owner.

2.02   TEMPORARY ELECTRIC

   A.   Temporary electric is not available at garage. It is the Contractor's responsibility to provide a generator or other means to satisfy electrical needs.

2.03   TEMPORARY FIELD OFFICE

   A.   A temporary Contractor field office is not required for this project.

2.04   TEMPORARY TELEPHONE

   A.   The Contractor shall provide their on-site superintendent with a cellular telephone for the life of the Contract and shall pay all costs involved therein. The Contractor shall not have access to the Owner's phones.

2.05   TEMPORARY TOILET FACILITIES

   A.   The Contractor shall provide temporary toilet facilities at the Project for use by his workers. These temporary toilets shall be located per the Owner's direction. The Contractor will be responsible for keeping the temporary toilets in clean and satisfactory condition. The Contractor must service the portable bathroom facilities at least once a week (copy of service agreement is acceptable).

2.06   STORAGE AREAS / DELIVERY ROUTES / ERECTION PROCEDURES

   A.   Storage areas and delivery routes will be set up at the site as directed by the Owner. Construction activities shall maintain safe access and means of egress from the facility at all times.

   B.   Storage areas shall be limited to the area of construction and adjacent areas as designated by the Owner.

2.07   JOB CONFERENCES

   A.   Meetings with the representative of the Contractor and Owner will be held bi-weekly for the purposes of furthering the progress of the work and the issuance of instructions by the Engineer. Attendance by the Contractor is required. Conferences will be held in areas to be assigned by the Owner. Subcontractors or suppliers are not required to attend Project Meetings unless requested by the Engineer or Owner.



2.08    PROGRESS SCHEDULE

A.    The Owner is concerned about minimizing disruption to the Campus. Therefore, with the Bid, each contractor shall include a preliminary schedule indicating the approximate length of time to complete the Project. This preliminary schedule should reflect the impact of mobilizing scaffolding, if any.

B.    Within ten (10) days after the initial job conference, the Contractor shall furnish to the Engineer a comprehensive Progress Schedule. The Project Schedule shall include sequences and durations of the various construction activities. The Project Schedule shall be prepared taking into account the need to complete the Work in a timely fashion and shall provide for proper coordination among the various Subcontractor's and Contractor's own forces performing the Work  so as to avoid conflicts and delays. All schedules utilized in the Project must be consistent with the Scheduled Completion Date.

C.    After review, revision and acceptance of this Schedule by the Owner, it shall become the official Construction Schedule for the Project. The Contractor shall update the Schedule bi-weekly.

2.09    OWNER OCCUPANCY

A.    The Owner will occupy the site and the existing building during the entire construction period. The Contractor shall cooperate with the Owner during construction operations to minimize conflicts and facilitate the Owner's usage. Perform the work so as not to interfere with the Owner's continued use and occupancy.

2.10    INTERFERENCE WITH EXISTING OPERATIONS

A.    Any and all shutdown(s) of existing utilities necessary to the construction must be scheduled with the Owner at least seven (7) days in advance and will not be undertaken without permission from the Owner.  As required by the Owner, shutdowns will be scheduled for the off-hours.

2.11    TIME OF COMPLETION

A.    It is a condition of the Contract that all work be completed within the time or by the date stated in the final executed Bid Form of the Contract.

B.    The Contractor shall be responsible for all expenses incurred by the Owner for failure, by the Contractor, to complete the work by the date stated in the Contract.

2.12    WATCHMEN

A.    Contractors shall provide such watchmen services for the security of their own equipment as they deem necessary. The Owner will assume no responsibility for safeguarding materials, work in place, tools and/or equipment.



2.13    SECURITY

    A.    Security of the Contractor's property and materials at the work site are the responsibility of the Contractor.

    B.    The Contractor must request authorization from the Owner to perform off-hour work. If approved by the Owner, the Contractor must notify the Owner when off-hour work is planned.

    C.    Except with the specific approval of the Owner, construction personnel may not enter the Owner's buildings.

2.14    SUPERVISION

    A.    The Contractor shall provide supervision on the job at all times that construction activities are being performed. A competent superintendent, not a job foreman, must be on site during all construction working hours.

    B.    The Contractor's superintendent shall represent and act with authority for the Contractor. Any and all communications given to this person shall be binding as if given to the Contractor.

2.15    PERMITS AND ASSOCIATED REQUIREMENTS

    A.    The Contractor is required to comply with the Municipality's registration and business tax ordinances and requirements, if any.

    B.    The Contractor is required to obtain and purchase the necessary project building permit(s). The Contractor is required to satisfy and adhere to all Municipality requirements for reporting, notifications and providing timely access for required inspections, if any.

    C.    The Contractor shall obtain approvals of all work, including electrical, mechanical and plumbing, as required by the municipal authorities.

2.16    INSURANCE

    A.    The Contractor shall maintain insurance coverage in limits and requirements as indicated by the Owner and stated in the Suggested Form of Agreement.

    B.    The statement "shall name St. Christopher's Hospital LLC as Owner, and Joseph B. Callaghan, Inc. as Engineer as Additional Insured with respect to all work and operations being performed by the Contractor and all subcontractors in the project".

        This "Additional Insured" language shall be provided on the General Liability, Business, Automobile and Umbrella Liability Coverages to be carried by the Contractor and all subcontractors.



2.17    PROJECT INVOICING

A.    At least ten (10) days prior to submitting the first Application for Payment, the Contractor shall submit a Schedule of Values for review by the Engineer and Owner. Once this schedule has been accepted, the Contractor can proceed with regular Project invoicing.

B.    Applications for Payment shall be forwarded once a month to the Engineer for review and processing. All applications for payment must be notarized and submitted in triplicate on AIA Form G702 with G703 attached. All applications must include a change order summary.

2.18    RETAINAGE

A.    Project construction retainage will be 10% until 100% of the construction activities and closeout documentation are complete and acceptable to Engineer and Owner.

2.19    WAIVER AND RELEASE LIENS

A.    Partial Release of Liens: Beginning with the second Application for Payment, each subsequent Application shall include an affidavit from the Contractor stating that all previous progress payments received on account of the Work have been applied on account to discharge Contractor's legitimate obligations associated with prior Applications for Payment in accordance with the "Standard General Conditions of the Construction Contract".

B.    Final Release of Liens: The final Application for Payment must be accompanied by a complete and legally effective Release and Waiver of all Liens in connection with the work in a form satisfactory to the Owner in accordance with the "Standard General Conditions of the Construction Contract".

1.    Provide a separate Release and Waiver of Liens from Subcontractors and/or material suppliers who have supplied work or materials in connection with the work, properly executed for record and affidavit.

2.20    WORK HOURS AND HOLIDAYS

A.    Normal work hours will be 8:00 AM to approximately 5:00 PM, Monday through Friday. All other times will be considered off hours. The Contractor must request authorization from the Owner to perform off-hour work.

B.    The Contractor may not perform noise producing work prior to 8:00 AM. The Contractor is only permitted to perform non-noise producing work prior to 8:00 AM.

C.    The Contractor must request authorization from the Owner to perform weekend work. Only upon written approval by the Owner, may the Contractor work Weekends.



Parking Garage Repairs
St. Christopher's Hospital
JBCI Project #185594

D.    Construction activities shall not occur on federal/state holidays.

2.21    CODES, LAWS & ACTS

A.    All references in the Contract Documents to codes, specifications and publications of public and private entities shall be understood to refer to the latest revision or editions thereof at the date of bid receipt, and such codes and specifications shall be considered an integral part of the Contract Documents insofar as they apply.

B.    Contractor and Owner warrant that they are in compliance with all applicable federal, state and local non-discrimination law.

C.    The Contractor agrees, that in carrying out their responsibilities under this Contract, to meet the requirements of the "Americans with Disabilities Act."

2.22    SAFETY

A.    Prior to any work, the Contractor shall prepare and submit a written safety program manual for review by the Owner.

B.    All work shall be performed in accordance with the current OSHA Safety Regulations and the Code of Federal Regulations 29, Part 1926.

C.    The Contractor is totally and solely responsible for the safety of the work site and to perform the work in a safe manner.

D.    All accidents must be reported to the Owner within 24 hours of their occurrence.

E.    A temporary fence or barricade shall be placed around areas where dumpsters and materials are stored on the ground for the safety and protection of pedestrians and vehicles.

2.24    POTENTIALLY HAZARDOUS SUBSTANCES

A.    Contractor agrees to:

1.    Submit all MSDS sheets of hazardous substances to be used in the Project to the Owner's representative.

2.    Keep all hazardous substances to be used in the Project in containers with labels meeting OSHA standards.

3.    Provide safety training to all Owner's employees in the vicinity of the work site. This training shall include a description of the hazards of any chemicals to be used and precautions(s) that should be taken by Owner's personnel.



B.   The Owner requires the submission of all MSDS sheets prior to start of each phase of construction. The construction area will be cleaned of all chemicals prior to the start of construction. However, as appropriate, MSDS sheets of substances used by Owner in the vicinity of the work area will be available.

2.25  TEMPORARY STAGING, FORMWORK, SCAFFOLDING, CHUTES & RAMPS

A.   The Contractor shall arrange, or have his subcontractors arrange, to furnish, install, erect, maintain, protect, dismantle and remove any temporary works used during this project construction.

B.   The Contractor shall assume complete responsibility for stability, safety, wind and fire resistance, warning lights, signs and operating signals and procedures, and shall conform to all applicable safety standards.

2.26  DEBRIS REMOVAL & CLEAN UP

A.   The Contractor shall legally dispose of all waste materials from the project. The Contractor shall provide a dumpster(s) and regular removal service. The Owner's Representative shall approve the location of the dumpster(s).

B.   The dumpster(s) needed by the Contractor must be equipped with a cover or lid, to be kept covered at all times.

C.   The Contractor shall be responsible for cleaning up and restoring all work areas to a finished condition. The Owner's Representative shall be the sole judge of what constitutes a "finished condition."

2.27  PUNCHLISTS

A.   Prior to the Engineer's punchlisting of any given area, the Contractor will first punchlist all construction activities for that given area. The Contractor will then produce a written punchlist of open items and submit the punchlist to the Engineer for his review.

B.   When the items on the Contractor's punchlist have been rectified and completed, the Contractor will notify the Engineer in writing that the construction activities for the area are ready for punchlisting.

2.28  AS-BUILT DRAWINGS

A.   The Contractor shall keep two marked up sets of as-built drawings on site throughout the duration of the Work, in accordance with Paragraph 6.12 of the General Conditions, showing the locations and quantities of:

1.   Concrete repairs
2.   Change order adds & deducts.



B.    At the end of the Project, prior to final payment, the Contractor will complete the as-built drawings and forward both finalized sets to the Engineer for review.  Upon acceptance, one set of Drawings will be forwarded to the Owner for his review.

## PART 3 - EXECUTION

*NOT APPLICABLE*

END OF SECTION



### SECTION 01 10 00
### SUMMARY OF WORK

## PART 1 - GENERAL

### 1.01 RELATED DOCUMENTS

A. Drawings and general provisions of the specifications, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

### 1.02 WORK OF THIS PROJECT

A. The Project consists of all work described herewith along with all drawings, specifications, addendums/bulletins/clarifications and all contract bid documents.

1. Project Location: N. Front Street and E. Erie Avenue
2. Owner: St. Christopher's Hospital for Children

B. The contract documents are those contained in these specifications, drawings and addendum/clarifications issued during the bidding process.

C. The scope of work includes, but is not necessarily limited to, the following,

1. Provide temporary protection, barricades, signs and signals around the work areas.
2. Complete removal and replacement of all sealant joints on the top and fifth garage floors and ramps to the fourth floor.
3. Topside, underside and vertical face concrete repairs at select locations.
4. Other miscellaneous concrete repairs.
5. Lifting lug and other grout pocket repairs.
6. Pressure wash clean entire parking deck surface.
7. Restripe all parking lines and graphics on top and fifth garage floors.
8. Replace the expansion joint assembly at stair and elevator towers on the top and fifth garage floors.
9. New vehicular traffic deck coating on the top and fifth garage floors.
10. Remove, salvage and reinstall window and door system at top tier stair tower.
11. Clean, prepare and paint all exposed steel framing, angles, plates on the top and fifth garage floors.
12. Remove temporary protection, barricades, etc. from site.
13. Clean adjacent surfaces affected by construction. Repair and restore any damaged surfaces or landscaping.



1.03   CONTRACTS

    A.    The project contract shall be between the Owner and the single prime contractor performing the work.

    B.    Definition of Extent of Contract Work: The contract documents, specifications, project drawings, manufacturer's installation handbooks and the contractors' response to the RFP represent the extent of the construction contract.

        1.    The General Construction Contract shall include all labor, materials, equipment and services necessary for the complete construction of all work shown on the Drawings and described in Divisions 1, and 2  through 49 Specifications.

1.04   CONTRACTORS USE OF PREMISES

    A.    General: During the construction period the Contractor shall have limited use of the premises for construction operations, including use of the site. The Contractor's use of the premises is limited by the Owner's continued use and occupancy, right to perform work and retain other contractors on portions of associated projects.

        1.    Contractor must coordinate their work with the activities for each work location.

    B.    Use of the Site: Limit use of the premises to areas required for equipment, material storage and access to the work area. Confine operations to areas within indicated contract limits. DO NOT disturb portions of the site beyond the areas immediately adjacent to where the work is being performed.

        1.    Owner Occupancy: Allow for Owner occupancy and use by the public.

        2.    Driveways and Entrances: Keep driveways and entrances serving the premises clear and available to the Owner, the Owner's employees, and emergency vehicles at all times. DO NOT use these areas for parking or storage of materials unless previously approved by the owner. Schedule deliveries to minimize space and time requirements or storage of materials and equipment on-site.

        3.    Fire Department access to building site shall be kept open and clear at all times.

        4.    Burial of Waste Materials: Disposal of organic and hazardous materials on-site either by burial or burning, will not be permitted.

        5.    Parking: Contractor parking shall be in strict accordance with the Owner's requirements.



C.  Building Access – Contractor Personnel:

1.  The Contractor must access the garage and work area in conformance with the Owner's access requirements.

2.  The Contractor must limit the movement of workers, materials and equipment through the building during the work. Coordinate any required building access with the Owner.

3.  Plastic mats shall be placed on all landings and floor surfaces used as accessways by the Contractor's personnel. All accessways must be maintained in a neat and orderly manner at all times.

4.  All equipment, materials and debris are to be transported from the exterior of the building.

5.  All Contractor Personnel must be dressed appropriately. No shirtless workers will be permitted on site.

6.  No lewd or offensive comments or gestures towards occupants or pedestrians will be permitted on site. Any violations by Contractor personnel will result in immediate dismissal from the project site.

7.  No smoking is allowed in or on the building where the work is being executed. Any violations by Contractor personnel will result in immediate dismissal from the project site

D.  Use of the Existing Building: Maintain the existing building in a weathertight condition throughout the construction period.   Repair damage caused by construction operations. Take all precautions necessary to protect the building and its occupants during the construction period.

1.05   ALTERATIONS AND COORDINATION

A.  The General Contractor shall coordinate the entire work of Project, including preparation of general coordination drawings through the mechanical Contractor, diagrams and schedules, and control of site utilization; from the beginning of activity, through the project closeout and warranty periods.

B.  The General Contractor is responsible to provide all shoring required for any excavations for foundations, trenches, or mass excavations for basements. General Contractor to provide shop drawings and calculations for all shoring details, from a registered Professional Structural Engineer to the Engineer for review prior to the start of any shoring installations.



C.   The General Contractor or any contractor excavating on site shall remove excess excavated materials as part of their base contract (including any rock that may be encountered). All excess excavated materials shall be removed from site at no additional cost to the owner.

## 1.06   KNOWLEDGE OF CONTRACT REQUIREMENTS

A.   Each Contractor will be held to have examined the site of the Work prior to submitting his proposal and informed himself, his Subcontractors, Sub-subcontractors and material suppliers of all existing conditions affecting the execution of the work.

B.   Each Contractor will be held to have examined the Contract Documents, and Modifications thereto, as they may affect subdivisions of the Work and informed himself, his Subcontractors, Sub-subcontractors and material suppliers of all conditions thereof affecting the execution of the Work.

C.   Each Contractor will be held to be thoroughly familiar with all conditions affecting labor in the neighborhood of the Project including, but not limited to, Unions, incentive pay, procurement, living and commuting conditions and to have informed his Subcontractors and Sub-subcontractors thereof.

D.   The Specifications and Drawings shall be considered as a whole and shall not be separated during the bidding or construction period. Division of specifications into Divisions and Sections is solely for organization and is not intended to define trade responsibilities, unless specifically stated. Each Contractor shall be responsible for all work and, if he/she divides the Drawings or Specifications for use of subcontracts and material suppliers, he does so at his own risk.

## 1.07   CONTRACT DOCUMENTS INFORMATION

A.   The Contract Documents are prepared in accordance with available information as to existing conditions and locations. If, during construction, conditions are revealed at variance with the Contract Documents, notify the Engineer immediately so that supplementary instructions may be issued.

B.   The Specifications determine the kinds and methods of installation of the various materials, the Drawings establish the quantities, dimensions and details of materials, the schedules on the Drawings, give the location, type and extent of the materials.

C.   In case of any discrepancy between the various Drawings, or between various parts of the Specifications or between Drawings and Specifications, the matter shall immediately be submitted to the Engineer and for Contractual purposes, the most expensive condition shall apply.

D.   Dimensions given on the Drawings govern scale measurements and large scale drawings govern small scale drawings, except as to anything omitted unless such omission is expressly noted on the larger scale drawings.



E.   The techniques or methods of specifying to record requirements varies throughout text, and may include "prescriptive", "open generic/descriptive", "compliance with standards", "performance", "proprietary", or a combination of these. The method used for specifying one unit of work has no bearing on requirements for another unit of work.

F.   Whenever a material, article or piece of equipment is referred to in the singular number in the Contract Documents, it shall be the same as referring to it in the plural. As many such materials, articles or pieces of equipment shall be provided as are required to complete the Work.

1.08   STANDARDS

A.   Whenever a material, article, or piece of equipment is specified by reference to a governmental, trade association or similar standard, it shall comply with the requirements of the latest publication thereof and amendments thereto in effect on the bid date.

B.   Applicable standards of construction industry have same force and effect, and are made a part of Contract Documents by reference, as if copied directly into Contract Documents, or as if published copies were bound herewith.

C.   Where compliance with two (2) or more industry standards or sets of requirements is specified, and overlapping of those different standards or requirements establishes different or conflicting minimums or levels of quality, most stringent requirement, which is generally recognized to be also most costly, is intended and will be enforced, unless specifically detailed language written into the Contract Documents clearly indicates that a less stringent requirement is to be fulfilled. Refer, apparently equal but different requirements, and uncertainties as to which level of quality is more stringent, to Engineer for a decision before proceeding. Except for overlapping or conflicting requirements, where more than one set of requirements are specified for a particular unit of work, option is intended to be Contractor's regardless of whether specifically indicated as such.

D.   Reference standards referenced directly in Contract Documents or by governing regulations have precedence over nonreferenced standards that are recognized in industry for applicability to work.

## PART 2 - PRODUCTS

*NOT APPLICABLE*

## PART 3- EXECUTION

*NOT APPLICABLE*

### END OF SECTION



Parking Garage Repairs
St. Christopher's Hospital
JBCI Project #185594

### SECTION 01 33 00
### SUBMITTAL PROCEDURES

## PART 1 - GENERAL

1.01    RELATED DOCUMENTS

A.      Drawings and general provisions of the specifications, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

1.02    SUBMITTAL PROCEDURES

A.      Submittal Schedule: Prepare a schedule for all required submittals, arranged in chronological order. Submittal required dates are to be coordinated with the project schedule so as not to delay the construction schedule. Time must be included for review, revisions, resubmittal, ordering, manufacturing, fabrication, and delivery when establishing the submittal schedule. Additional time must also be allotted for potential corrections or revisions.

1.      Coordinate submittal schedule with list of subcontracts, the schedule of values and Contractor's construction schedule.

2.      Coordinate preparation and processing of submittals with performance of the work so that work will not be delayed by submittals. Allow two (2) weeks for initial review by the Engineer. Allow additional time if processing must be delayed to permit coordination with subsequent submittals.

3.      List required date of first submittal and critical date of final submittal.

4.      List critical dates for fabrication, purchasing and installation.

B.      Prepare and submit submittals required by each individual Specification Section. All submittals shall be prepared in an electronic format, preferably PDF, but CAD, DOC or other appropriate file types may be used. Assemble each submittal package into a single indexed file.

C.      All electronic submittal files shall have a unique identifier using the Specification Section number, item number and description to distinguish it from other submittals.

D.      Each submittal shall be complete, with all options clearly marked and with all components required for the assembly fully described and detailed. Submittals missing essential information will be returned Without Review or Action.

E.      Transmittal Form: All submittals shall be accompanied by a transmittal form. Show Contractor's executed certification and signature stating that information submitted complies with requirements of contract documents. Provide a space (5" x 7") for Engineer's Action marking.



F.  Submittals will be accepted only from the Contractor. Submittals received from sources other than the Contractor, will be returned Without Review or Action.

G.  Shop drawings shall contain original, project specific information, drawn accurately to scale and include company name of preparer. Show and note all dimensions and field measurements. Identify materials and products, indicated compliance with standards, and special coordination requirements.

1.  Any shop drawings that are direct reproduction of the Contract Documents will be rejected and returned Without Review or Action.

H.  Use for Construction: Maintain one (1) final reviewed copy of each submittal at the project site, in suitable condition and available for reference by Engineer and by Owner. Only use copies of submittal that are marked with appropriate final Action notations by Engineer in connection with the work.

1.03   PRODUCT SELECTION PROCEDURES

A.  Products: Items purchased for incorporating into the Work, whether Purchased for Project or taken from previously purchased stock. The term "product" includes the terms "material," "equipment," "system," and terms of similar intent.

1.  Named Product: Where Specification paragraphs or subparagraphs titled "Product" name a single product and manufacturer, provide the named product. Equivalent products or Substitution requests must be submitted and reviewed by the Engineer.

2.  Products: Where Specification paragraphs or subparagraphs titled "Products" introduce a list of names of both products and manufacturers, provide one of the products listed that complies with requirements, or an acceptable equivalent.

3.  Manufacturers: Where specification paragraphs or subparagraphs titled "Manufacturers" introduce a list of manufacturers' names, provide a product by one of the manufacturers listed, or an acceptable equivalent, that complies with requirements.

4.  Product Options: Where Specification paragraphs or subparagraphs refer to "Product Options and Substitutions," indicate that size, profiles, and dimensional requirements on Drawings are based on a specific product or system; provide the specific product or system or an acceptable equivalent product or system by another manufacturer.

B.  Basis-of-Design Products: Where a specific manufacturer's product is named and accompanied by the words "Basis-of-Design," including make or model number or other designation, to establish the significant qualities related to type, function, dimension, in-service performance, physical properties, appearance, and other



characteristics.   Provide named product or equivalent products of other named manufacturers, that complies with requirements.

C.   Quality Assurance: Material compatibility is a basic general requirement of product/material selections.  If Contractor is given option of selecting between two or more products for use on the Project, product selected shall be compatible with products previously selected, even if previously selected products were also options. Total compatibility among options is not assured by limitations within Contract Documents, but shall be provided by Contractor.

   1.   If a dispute arises between Contractors over concurrently selected but incompatible products, Engineer will determine which products shall be used.

   2.   To the greatest extent possible, provide products, materials and equipment of a singular generic kind and from a single source

D.   All products shall be new items that have not previously been incorporated into another project or facility.  Products salvaged or recycled from other projects are not considered new products, unless explicitly stated otherwise.

E.   Where matching of an established sample is required, the Engineer will have final and sole judgment on whether a product proposed by Contractor satisfactorily matches established sample.  Where no product within specified cost category is available, which matches sample satisfactorily and complies with requirements, comply with Contract Document provisions concerning substitutions for selection of a matching product outside established cost category or not complying with requirements

1.04   EQUIVALENT PRODUCTS

A.   Equivalent Product:  Product that is demonstrated and approved through submittal process, or where indicated as a product substitution, to have the indicated qualities related to type, function, dimension, in-service performance, physical properties, appearance, and other characteristics that equal or exceed those of specified product.

B.   Contractor must submit the following, in addition to other required submittals, to obtain approval of an unnamed product proposed as an equivalent:

   1.   Evidence the proposed product is consistent with the Contract Documents, will produce the indicated results, is compatible with other portions of the Work and DOES NOT require extensive revisions to the Contract Documents.

   2.   Detailed comparison of significant qualities of proposed product with those named in the specifications.  Significant qualities include attributes such as performance, weight, size, durability, visual effect, and specific features and requirements indicated.



3.  Evidence that proposed product provides specified warranty.

4.  List of similar installations for completed projects with project names and addresses and names and addresses of Engineers and owners, if requested.

5.  Samples (if requested by Engineer).

1.05  PRODUCT SUBSTITUTIONS

A.  Product Substitutions:   Contractor proposed changes in products, materials, equipment and methods of construction from those required by the Contract Documents are considered requests for substitution and are subject to requirements hereto.  Substitutions DO NOT apply to specified Contractor options, equivalent products and construction methods.

B.  After award of contract, the Contractor must declare and submit all proposed substitutions to the Engineer for review fully documented and certified, and accompanied by a proposal for a reduction in the Contract Sum. The Contractor must submit all substitutions within twenty (20) days of execution of their Contract.

C.  Substitutions may be permitted by the Engineer, if, in their opinion, the requirements of the proposed substitution comply with the requirements specified for the material, article or piece of equipment; however, the Engineer is not required to permit substitution.

1.  Engineer's acceptance of shop drawings, product data or samples which indicate work not complying with requirements of the Contract Documents, does not constitute an acceptable and valid request for, nor approval of, a substitution.

D.  Substitution request must include product data/drawings, description of methods, samples where applicable, Contractor's detailed comparison of significant qualities between specified item and proposed substitution, statement of effect on construction time and coordination with other affected work and contractors, cost information or proposal, warranty information, compatibility with other work, approval of all authorities having jurisdiction, and Contractor's statement to the effect that proposed substitution will result in overall work equal to or better than work originally indicated.

E.  General Requirements: Substitution requests will be received and considered when fully documented, properly submitted in the timely manner and when one or more the following conditions are satisfied, as judged by the Engineer:

1.  When extensive revisions to Contract Documents are NOT required and changes are in keeping with general intent of Contract Documents. Otherwise, request will be returned without action except to record noncompliance with these requirements.



2.  Owner is offered a substantial advantage in cost, time, energy conservation, or other considerations, after deducting additional responsibilities Owner must assume. Owner's additional responsibilities may include compensation to Engineer for redesign and evaluation services, increased cost of other construction by Owner, and similar considerations.

3.  If the specified product, material or method cannot be provided in a manner which is compatible with other materials of the work, cannot be properly coordinated, or cannot be warranted (guaranteed) as required, or cannot be used without adversely affecting Owner's insurance coverage on completed work, or will encounter other substantial noncompliances which are not possible to otherwise overcome except by making requested substitution, which Contractor thereby certifies to overcome such incompatibility, uncoordination, nonwarranty, noninsurability or other noncompliance as claimed.

4.  If the specified product, material or method cannot be provided within the Contract Time. However, a substitution due to the Contractor's failure to pursue the work promptly or coordinate various activities properly will be rejected and returned **without action.**

F.  Any and all contractor substitutions that require additional work by other trades not specifically called for in the documents shall be paid for by the Contractor requesting the substitution if any other trade increase is required.

## 1.06  MISCELLANEOUS SUBMITTALS

A.  Miscellaneous submittals related directly to the work include warranties, maintenance agreements, workmanship bonds, survey data and reports, physical work records, quality testing and certifying reports, copies of industry standards, record drawings, field measurement data, operating and maintenance materials, overrun stock, and similar information, devices and materials applicable to the work and not processed as shop drawings, product data or samples.

B.  Refer to individual specification sections for specific general requirements on warranties, product/ workmanship bonds, and maintenance agreements.

C.  For the Owner's records, submit copies of permits, licenses, certifications, inspection reports, releases, jurisdictional settlements, notices, receipts for fee payments, judgments, and similar documents, correspondence and records established in conjunction with compliance with standards and regulations bearing upon performance of the work.

D.  Manufacturer's Warranty:   Preprinted written warranty published by individual manufacturer for a particular product and specifically endorsed by manufacturer to Owner.



E.   Special Warranty: Written warranty required by or incorporated into the Contract Documents, either to extend time limit provided by manufacturer's warranty or to provide more rights for Owner.

1.07   COLOR SELECTIONS

A.   Color Selections: Selections will be reviewed by Engineer for confirmation of color, pattern, texture and finish. Engineer will not test samples, except as otherwise indicated, for compliance with other requirements, which are therefore the exclusive responsibility of the Contractor.

B.   Where specified product requirements include "...as selected from manufacturer's full range of colors, patterns, textures..." or words of similar effect, the selection of manufacturer and basic product data is to comply with requirements of the Contract, and selection shall be from the FULL range of products within the requirements.

C.   Include color range samples, not less than three (3) units, where unavoidable variations will occur in the finished work. Provide full set of optional color samples if required by Engineer for additional consideration and selection.

D.   Prepare samples to match Engineer's sample where so indicated.   Include information with sample to show generic description, source or products name and manufacturer, limitations, and compliance with standards.

E.   All colors selections will be reviewed and selected by the Engineer and Owner. The color selections will be made at one time to provide a complete and coordinated color schedule which, upon acceptance of the Owner, will be provided to the Contractor. Any and all specific color selections for materials not noted on drawings or in specification shall be chosen by Engineer after submittal of samples.

F.   It is imperative that all color information be submitted to the Engineer by the Contractor before color selections can be made. If any color selection information is not available when colors are needed to meet the project schedule, the Engineer will select colors from one of the named manufacturers in the Specifications, and the Contractor will be required to exactly match that color.

1.   A claim for delay will not be accepted if the color schedule is late due to the failure of the Contractor to provide the Engineer with all required color information, nor will an extra be entertained if the selected color is not available from the manufacturer the Contractor intended to use but neglected to submit.

## PART 2 - PRODUCTS

*NOT APPLICABLE*



## PART 3 - EXECUTION

3.01    SUBMITTALS (GENERAL)

A.    Prior to the start of any work on the Project the Contractor shall submit the following for review by Engineer and Owner:

    1.    Contact Information: Provide the names and home and cell phone numbers of three (3) Contractor Representatives whom the Owner can contact in the event of an emergency at the Project site.

    2.    Shop Drawings, Product Data and Samples: Submit shop drawings, manufacturer's product data, technical information and catalog cuts for all items specified in individual specification sections.

    3.    Material Safety Data Sheets (MSDS): Submit for all products and materials.

    4.    Certificate of Insurance: Certificate of Insurance shall name Owner as certificate holder. The Certificate of Insurance shall "Indemnify and Hold Harmless" the Owner and Joseph B. Callaghan, Inc.

    5.    Building/construction permit: Submit copy of permit

    6.    Project Schedule: Submit comprehensive, detailed construction project schedule. Schedule shall be updated bi-weekly.

    7.    Schedule of Values: Submit detailed schedule of values for all portions of the work.

    8.    Any other items as required by the Project Specifications.

3.02    CONTRACTOR ACTION ON SUBMITTALS

A.    Contractor shall review each submittal and check for coordination with other work and compliance with the Contract Documents. Note any corrections and field dimensions prior to submission to Engineer.

B.    Contractor shall stamp and sign each submittal with a uniform, review stamp. Stamp shall identify Project name, Contractor, subcontractor, submittal number, submittal name, date, specification section, drawing reference, and similar information to distinguish it from other submittals. Stamp shall include a statement certifying the submittal has been reviewed, checked and approved by the Contractor for compliance with the Contract Documents.



3.03    ENGINEER ACTION ON SUBMITTALS

A.      One (1) copy of all submissions will be returned to the Contractor for their files. The Contractor shall mark-up any other copies to conform with the returned copy and forward them to all interested Contractors, Subcontractors, and Suppliers.

B.      The Engineer will stamp submitted shop drawings in one of the following ways:

1.      "No Exceptions Taken": Final unrestricted release; that part of the Work covered by the submittal may proceed provided it complies with requirements of the Contract Documents.

2.      "Note Markings": Final-but-restricted release; that part of the Work covered by the submittal may proceed provided it complies with notations or corrections marked on the submittal and requirements of the Contract Documents; final acceptance will depend upon that compliance.

a.      "Confirm" or "Resubmit for Record": May be used in conjunction with "Note Markings" to ensure that noted corrections are clearly understood and documented. Resubmit with corrections without delay.

3.      "Rejected and Resubmit": DO NOT commence with the Work covered by the submittal, including purchasing, fabrication, delivery or other activity. Revise or prepare a new submittal; comply with notations marked on prior submittal. Resubmit without delay; repeat process as necessary to obtain different action mark. DO NOT permit submittals marked "Rejected and Resubmit" to be used at the project site or in the work.

4.      "Rejected": Fundamentally not in compliance; **Prepare a new submittal**.

C.      Work shall be executed in accordance with "No Exceptions Taken", "Note Markings", or "Resubmit for Record" stamp only.

D.      Engineer's review of shop drawings/submittals will constitute checking for general arrangement only, and shall not relieve the Contractor of responsibility for complete compliance with Drawings and Specifications. Contractor shall be responsible for quantities and dimensions to assure a proper fit under field conditions.

3.04    DISTRIBUTION

A.      Contractor shall be responsible for printing and distribution of submittals to subcontractors, suppliers, fabricators, installers, governing authorities and others as necessary for proper performance of the work.

B.      Include such additional copies in transmittal to Engineer where required to receive Action marking before final distribution. Show such distributions on transmittal forms.



C.  DO NOT proceed with installation of materials, products or systems until final copy of applicable shop drawings, product data and samples are in possession of Subcontractors, Fabricator or Installer.

END OF SECTION



### SECTION 01 77 00
### CLOSEOUT PROCEDURES

## PART 1 – GENERAL

1.01   RELATED DOCUMENTS

    A.    Drawings and general provisions of the specifications, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

1.02   DEFINITION

    A.    Closeout is hereby defined to include general requirements near end of Contract Time, in preparation for final acceptance, final payment, normal termination of Contract, occupancy by Owner and similar actions evidencing completion of the work. Specific requirements for individual units of work are specified in individual specification sections.

    B.    Closeout is directly related to Substantial Completion, and therefore may be either a single time period for entire work or a series of time periods for individual parts of the work which have been certified as substantially complete at different dates. That time variation, if any, shall be applicable to other provisions of this section.

    C.    Substantial completion is hereby defined that every element and material of the project and the contract are installed and the work is deemed complete, less minor repairs and/or touch up type work that will be referred to as punchlist work. If any components of the project or associated work with this contract are not installed, the project will NOT be deemed Substantially Complete.

1.03   PREREQUISITES TO SUBSTANTIAL COMPLETION

    A.    Prior to requesting the Engineer's review of substantial completion, for either entire work or portions thereof, complete the following and list known exceptions in request:

        1.    In progress payment request coincident with or first following date claimed, show either 100% completion for portion of work claimed as substantially complete, or list incomplete items, value of incomplete items, and reasons for being incomplete.

        2.    Include supporting documentation for completion as indicated in these Contract Documents.

            a.    Prepare a list of items to be completed and corrected (punch list), the value of items on the list, and reasons why the Work is not complete.



3. Submit statement showing accounting of changes to the Contract Sum.

4. Advise Owner of pending insurance change over requirements.

5. Submit specific warranties, workmanship/maintenance bonds, maintenance agreements, final certifications and similar documents.

6. Obtain and submit releases enabling Owner's full and unrestricted use of the work and access to services and utilities, including occupancy permits, operating certificates, and similar releases.

7. Deliver tools, spare parts, extra stocks of materials, and similar physical items to Owner obtaining a signed receipt of materials delivered. Refer to individual work sections for required quantities of spare parts, extra and overrun stock, maintenance tools and devices, keys, and similar physical units to be submitted.

8. Complete final clean up requirements.

9. Touch up and otherwise repair and restore marred exposed finishes.

B. Submit a written notification and request to Engineer for review of Substantial Completion. Upon receipt of request, Engineer will either proceed with review or notify Contractor of unfulfilled requirements. Following site observation, the Engineer will either prepare the Certificate of Substantial Completion or advise the Contractor of work that shall be performed, completed or corrected prior to issuance of the certificate.

1. If the Certificate of Substantial Completion cannot be issued, request additional Engineer site observations when the identified Work is completed or corrected and the certificate can be issued.

1.03 PREREQUISITES TO FINAL ACCEPTANCE

A. Prior to requesting Engineer's review for final acceptance and final payment, complete the following and list known exceptions in request:

1. Submit final payment request with final Release of Liens and supporting documentation not previously submitted and accepted. Include certificates of insurance for products and completed operations where required.

2. Submit final Release of Liens for all Subcontractors.

3. Submit Contractor's statement that his final payment request, as presented, is the final bill and no other claims will be presented.

4. Submit updated final statement, accounting for additional changes to



Contract Sum including change orders and allowances.

5. Submit written certified copy of Engineer's final punch list stating that each item has been completed or otherwise resolved for acceptance.

6. Submit one (1) set of Record Documents, bound copies of Operation & Maintenance Manuals, final project photographs, damage or settlement survey and similar final record information.

7. Submit Contractor's One (1) Year Warranty Certificate, as required by the Standard General Conditions of the Construction Contract.

8. Submit Warranty Certificates as described in each individual specification section.

9. Submit evidence of final, continuing insurance coverage complying with insurance requirements.

10. Complete final clean up requirements.   Remove all temporary protection devices and facilities to protect previously complete work.

11. Touch up and otherwise repair and restore marred exposed finishes.

C. Upon completion of all work, including punch list items, submit a written notification and request to Engineer for Final Acceptance of the work. Following site observation, the Engineer will either prepare the Certificate of Final Acceptance or advise the Contractor of work not completed or obligations not fulfilled as required for final acceptance.

D. In the event the Engineer finds the work is not complete or obligations are not fulfilled as required for final acceptance, the Engineer may request additional compensation to perform additional site visits, at the rate of $800.00 for each additional visit, and observe the completed work.  The compensation shall be processed by change order as a deduction to the Contractor's Contract Sum, which amount will be paid to the Engineer by the Owner, through a change order as an addition to the Engineer's Contract Sum.

1.04   RECORD (AS-BUILT) DOCUMENTS

A. Maintain a complete set of opaque prints of the contract drawings, marked to show changes in the work. Where the actual work differs from that shown on the drawings, mark this set to show the actual work.

1. Mark location of concealed items before they are covered by other work.

2. Mark either record contract drawings or shop drawings, whichever are best suited to show the change.



B. Mark changes with colored pen or pencil; mark work of separate contracts with different colors.

C. When the contractor is required by a provision of a modification to prepare a new drawing, rather than to revise existing drawings, obtain instructions from the Engineer as to the drawing scale and information required.

D. Where record drawings are also required as part of operation and maintenance data submittals, copy marks to another opaque print obtained from the Engineer.

1.05 RECORD PROJECT MANUAL

A. Maintain a complete copy of the project manual, marked to show changes in the work. Where the actual work differs from that shown in the project manual, mark the record copy to show the actual work.

    1. Include a copy of each addendum and modification to the contract.

    2. In addition to the types of information required on all record documents, record the following types of information:

        a. Product options taken, when the specification allows more than one.
        b. Proprietary name and model number of actual products furnished, for each product, material, and item of equipment specified.
        c. Name of the supplier and installer, for each product for which neither a product data submittal nor a maintenance data submittal was specified.

1.06 OPERATION AND MAINTENANCE (O&M) MANUAL

A. The Contractor shall orient and instruct the maintenance personnel, designated by the Owner, in the Operation of all equipment and shall provide the maintenance personnel with pertinent literature and operational manuals for all equipment. Date and time of demonstrations shall be mutually agreed upon with the Owner. Provide qualified personnel for as long as necessary to fully orient and instruct the Owner. Contractor shall videotape instruction session and provide owner with completed video.

    1. The Contractor shall video record all instructional sessions and demonstrations and provide the Owner with a copy of the video at the end of all demonstrations.

B. Submit three (3) copes of the O&M Manuals to Engineer for review. Manuals shall be submitted in 3-ring loose-leaf type binders and include copies of shop drawings and submittals and operating instructions. Manuals shall be indexed with dividers indicating each system or piece of equipment. The Engineer may request additional information considered necessary for proper servicing and maintenance of all equipment.



C.  O&M Manuals shall include no less than the following:

    1.  Operating Procedures:

        a.  Typewritten procedures indicating each mode of operation of each piece of equipment or system. Procedures shall indicate the status of each component of a system in each operating mode.

        b.  Procedures shall indicate names, symbol numbers, valve tags, circuit numbers, schematic control and wiring diagrams, locations of thermostats, manual starters, control cabinets, and other controls of each system.

        c.  Emergency shutdown procedures for each piece of equipment or system, both automatic and manual as appropriate.

    2.  Maintenance Schedule:   Typewritten schedule describing manufacturer's recommended schedule of maintenance and maintenance procedures.

    3.  Catalog cuts and shop drawings:

        a.  Catalog cuts shall clearly indicate the exact model and type of each product installed in the Project, including all options provided.

        b.  Catalog cuts shall fully describe equipment including physical, electrical, mechanical and other characteristics, performance characteristics and installation or erection diagrams.

        c.  Catalog cuts shall indicate spare part numbers and name, address and telephone number of local representative or service department.

    4.  Typewritten list the Contractor and all Subcontractors on the Project including name, address, telephone number and responsibility on the Project.

    5.  Warranties, permits, inspection stickers/approvals and Certificate of Occupancy.

## PART 2 - PRODUCTS

NOT APPLICABLE

## PART 3 - EXECUTION

3.01   TEMPORARY FACILITIES

    A.  Remove all temporary facilities entirely from site, at the completion of the work and prior to final payment. Temporary facilities shall include, but are not limited to, the



following: Field offices, trailers, shanties, sheds, job telephone, temporary toilets, temporary enclosures, dust barriers and other temporary protection devices.

3.02   FINAL CLEANING

A.   Remove all waste materials from Project site and dispose of in a lawful manner. DO NOT burn or bury debris or waste materials. DO NOT discharge volatile, harmful, or dangerous materials into drainage systems.

B.   Any extra materials, not delivered to the Owner as part of the Contract, shall become the property of the Contractor and shall be disposed of in a lawful manner.

C.   After Substantial Completion of the Work, each Contractor shall do the final cleaning of the surfaces of his installations as may be required by the various Specification sections. Comply with safety standards for cleaning.

D.   After each Contractor has cleaned their work, The General Contractor shall engage a professional cleaning service to perform final cleaning of the work consisting of cleaning each surface or unit to normal clean condition. Comply with manufacturer's instructions for cleaning operations and chemicals. The following are examples, but not by way of limitation, of cleaning levels required:

1.   Remove labels that are not required as permanent labels.

2.   Clean transparent materials, including mirrors and window/door glass, to a polished condition, removing substances that are noticeable as vision obscuring materials. Clean both interior and exterior surfaces. Replace broken glass and damaged transparent materials.

3.   Clean exposed exterior and interior hard surfaced finishes, to a dirt free condition, free of dust, stains, films and similar noticeable distracting substances.   Except as otherwise indicated, avoid disturbance of natural weathering of exterior surfaces. Restore reflective surfaces to original reflective conditions.

4.   Wipe surfaces of mechanical and electrical equipment clean, including elevator equipment and similar equipment; remove excess lubrication and other substances.

5.   Remove debris and surface dust from limited access spaces including roofs, plenums, shafts, trenches, equipment vaults, manholes, attics and similar spaces.

6.   Vacuum and clean carpeted surfaces and similar soft surfaces.

7.   Clean light fixtures and lamps to function with full efficiency.



8. Perform final cleaning in, on and around all casework, sinks, toilets fixtures, etc.

9. Clean Project site, yard, and grounds, in areas disturbed by construction activities, including landscape development areas, of rubbish, waste material, litter, and other foreign substances.

10. Sweep paved areas broom clean. Remove petrochemical spills, stains, and other foreign deposits.

11. Remove tools, construction equipment, machinery, and surplus material from Project site.

12. Remove snow and ice to provide safe access to building.

13. Sweep concrete floors broom clean.

14. Clean plumbing fixtures to a sanitary condition, free of stains, including stains resulting from water exposure.

15. Leave Project clean and ready for occupancy.

END OF SECTION



### SECTION 02 41 19
### SELECTIVE DEMOLITION

## PART 1 - GENERAL

1.01    SCOPE OF WORK

A.    Provide all labor, equipment and materials necessary to complete demolition, removals and temporary protection, as indicated on the Drawings and described in these Specifications. This Section applies to all work of the Project, whether it is described in more detail in a specific specification section or not, and is intended to establish the General Standards for its performance.

B.    Work includes, but is not limited to, demolition and removal of the following for purposes of replacement with new material, rehabilitation, work in place, access to the work or off-site as a permanent condition:

1.    Deteriorated concrete and prior concrete repairs

2.    Deteriorated sealant joints and accessories

3.    Expansion joint assemblies

C.    Work includes, but is not limited to, temporary protection of the following:

1.    All adjacent non-scope of work surfaces, undisturbed surfaces, windows and doors to remain

2.    Building entrances, exits, delivery, drop-off and pedestrian walkway areas around the building.

3.    Temporary protection of adjacent vehicles.

4.    All electrical fixtures, conduit, mechanical equipment and louvers. Protection shall include dust control measures at all air intake and exhaust louvers.

5.    All adjacent surfaces and drainage systems affected by construction activities.

6.    All adjacent landscaping, sidewalk and driveway areas.

D.    The Owner assumes no responsibility for the condition of any existing work or structure at the worksite. The Contractor shall accept the premises as he finds them and perform all demolition and exterior removals required to complete the work.

E.    All electrical and/or mechanical work items to be removed or rerouted shall be done by mechanics trained for the work involved. Items of electrical or mechanical work



shall not be removed or rerouted unless such removal or rerouting is accepted by and coordinated with the Owner.

1.02   RELATED WORK

    A.   Section 03 0130:   Concrete Rehabilitation

    B.   Section 07 1816:   Vehicular Traffic Deck Coating

    C.   Section 07 9200:   Joint Sealants

    D.   Section 07 9513:   Expansion Joint Assemblies

1.03   QUALITY ASSURANCE

    A.   Project Nature:   The nature of restoration work requires that the Contractor performing the work under this project clearly understand the relationship between his responsibilities and the work of other trades.   Cooperate with all trades and coordinate all work under this Section with them.

    B.   All work shall be performed in accordance with NFPA 241, "Safeguarding Building Construction and Demolition Operations", current edition, including all provisions regarding temporary construction and equipment construction processes and hazards, utilities and Appendices 'A', 'B' & 'C'.

    C.   All electrical disconnects and temporary rerouting of existing circuits shall be performed by a licensed electrician and in conformance with applicable provisions of The National Electric Code, latest edition.

1.04   SUBMITTALS

    A.   The Contractor shall submit the following items in writing to the Owner and the Owner's representative prior to the start of Work.

        1.   A list of techniques and equipment proposed for use in the work of this Section.

        2.   Proposed protection and traffic control measures:   Submit a statement and/or drawing that indicates measures proposed for use, proposed locations and time frame for their operation.

1.05   PROJECT CONDITIONS

    A.   Safety

        1.   The Contractor is totally and solely responsible for worksite safety throughout the work. All work shall be performed in accordance with applicable Federal, State and Local requirements for safety.



B.     Existing Electrical, Plumbing and Mechanical Services

    1.   Protect all electrical conduits, boxes, wiring and fixtures from damage. Safe removal of lighting fixtures and existing surface mounted electrical lines to perform repairs shall be the responsibility of the Contractor. All electrical lines shall be reattached to the structure after completion of the repairs.

    2.   Take reasonable precautions to avoid damaging any embedded electrical conduits.    Reasonable precautions shall include, but are not limited to, reviewing existing documents and connected services in combination with non-destructive testing to determine the layout of the conduit. Demolition equipment shall be selected to minimize damage to conduit. Damage to embedded conduits as a result of Contractor negligence shall be repaired by the Contractor at no cost to the Owner.

    3.   Protect mechanical ductwork from intake of dust particles and odor during the work.

    4.   Protect plumbing, mechanical equipment and ductwork from damage.  Safe removal of plumbing, mechanical equipment and ductwork, when require, shall be the responsibility of the Contractor. All plumbing, mechanical equipment and ductwork shall be reattached to the structure after completion of the repairs.

    5.   Maintain electrical, plumbing and mechanical services in continuous operation throughout the work, unless approved in writing by the Owner.

1.06    UNIDENTIFIED HAZARDOUS MATERIALS (ASBESTOS, LEAD, CHEMICALS, ETC.)

A.     The Contractor may encounter hazardous materials not identified in the contract documents during the work.  It is the Contractor's responsibility to identify such materials as they may be encountered during the work. Should hazardous materials be encountered on the job, the Contractor shall comply with all Federal, State and Local statutes and regulations as they apply during construction and demolition work and the disposal of hazardous material.

B.     Should it be determined that some or all of the hazardous materials must be removed, the Contractor shall obtain a proposal for said removal from a Subcontractor who is experienced in the field, has insurance and is knowledgeable of the regulations as they apply. The Contractor may provide the estimate itself if it is qualified in the applicable hazardous materials field.  The Owner shall consider authorizing a Change Order for the removal of the hazardous material to the extent necessary.

C.     The Contractor shall comply fully with the regulations of OSHA as they pertain to the protection of workers exposed to the emission of asbestos fibers, or lead particulate



and shall take all steps necessary to protect its employees, as well as all other people engaged in the building.

D.   Whenever a hazardous material is to be removed or disposed of, the Contractor is required to make proper notification to the Pennsylvania Department of Environmental Protections (PA DEP), and United Stated Environmental Protection Agency (EPA) as applicable, and is required to obtain and pay for any permits required. Disposal shall conform to all applicable regulations and documentation shall be required when applicable.

E.   Whenever hazardous material is encountered, Contractor shall immediately contact the Hospital.

1.07   MOLD

A.   In the event mold is encountered, the Contractor shall implement corrective actions to protect workers, other building occupants, and to prevent the disturbance of mold in affected areas. Although not presently regulated by EPA and/or OSHA, the EPA does provide industry standards regarding worker safety and abatement procedures, which are the minimum procedures to be followed if mold is encountered.

B.   Any mold that appears as a result of construction shall be abated immediately by the Contractor responsible for this condition. The affected surface shall be cleaned, removed and replaced. Inspection and testing shall be done by a qualified testing agency to confirm the mold has been removed in its entirety.

1.08   PERMITS

A.   The Contractor is solely responsible for application and payment of all temporary protection, demolition and building permits required by the City of Philadelphia.

PART 2 - PRODUCTS

*NOT APPLICABLE*

PART 3 - EXECUTION

3.01   GENERAL PROTECTIVE REQUIREMENTS

A.   The Contractor shall provide and erect plastic partitions and/or curtains, as required, or directed by the Owner at all openings or near equipment in the area or work.

B.   The Contractor shall take precautions to protect the Owner's property from damage during demolition work, moving of debris and damage by the elements. Any damages to the Owner's property due to the aforesaid work shall be restored or replaced by the Contractor at his expense and in a manner satisfactory to the Owner.



C.  The Contractor shall provide and maintain suitable barricades, shelters, lights and danger signals during the progress of the work. They shall meet the requirements of OSHA, Federal, State and/or Local Building Codes. The Contractor shall assume full responsibility of the barriers until completion of the Contract and until their removal.

D.  During the Project, special precautions must be taken not to disrupt operations or interrupt services in other occupied portions of the buildings any more than absolutely necessary and then only with the full knowledge and consent of the Owner. Any avoidable service interruption shall be scheduled with the Owner so as to occur at a time which will least interfere with his operations. All junctures between occupied areas and areas undergoing demolition or construction shall be properly and adequately sealed off to prevent dirt infiltration into occupied areas. Where work must necessarily be done in occupied spaces, it shall be accomplished as quickly as possible and all tools and debris shall be removed immediately.

E.  Protect all lighting, conduit and all fixtures; all items that are damaged or broken loose, not scheduled for replacement, must be replaced by the Contractor at no cost to the Owner

F.  Perform the work in a manner to prevent accidents, injury or property damage. Provide all necessary precautions for safety. Provide barricades, guard rails and other protections as required.

G.  Provide adequate protection against weather during demolition maintaining and **ABSOLUTE WATERPROOF AND WATERTIGHT CONDITION THROUGHOUT THE PROJECT.**

H.  All drains shall be protected to prevent dirt and debris from entering or clogging drainage system. Any damages resulting thereto shall be the sole responsibility of the Contractor and all repairs will be made at his expense.

3.02    CONDUCT OF THE WORK

A.  All work shall be conducted in a neat and orderly manner, with a minimum of noise, dust and dirt. The Contractor shall exercise extreme care in demolition. Work in the existing facility must be scheduled with the Owner and shall not commence without the Owner's consent.

1.  Remove all work carefully and only to the extent required for the final work. Remove all loose or damaged materials caused by demolition or noted or specified to be removed.

2.  Where concrete or masonry is indicated to be removed, the removal shall be in such a manner as not to damage any portion of the building. Removal work shall be done by first scoring with a saw, the perimeter of the area to be removed and then breaking out the concrete. DO NOT cut existing



reinforcement unless stated on the Drawings.  Smaller areas may be broken out without sawing.

    3.   Openings and pockets shall be neatly cut for installation of anchors or bearing plates where required/indicated and shall be completely concealed from view at completion of the work.

    4.   Cutting of project metal shall be done in such a manner that edges are left smooth and free of sharp edges and burrs.

B.   Materials and equipment noted or specified to be reused or salvaged shall not be damaged or defaced in any way.  Any damages resulting thereto shall be the sole responsibility of the Contractor and all repairs will be made at his expense.

    1.   Clean and repair salvaged materials and equipment to a functional condition adequate for the intended use.

    2.   Protect salvaged items from damage during storage or transport.

    3.   Reinstall salvaged items in locations indicated.   Comply with installation requirements for new materials and equipment. Provide connections, supports and miscellaneous materials necessary to make items function for use.

C.   Existing work shall be cut, altered, removed or temporarily removed and replaced, as necessary for the performance of the Contract.  In areas disturbed by the new construction work, and in areas noted on the Drawings to be rehabilitated, all damaged building materials and finishes shall be repaired or removed and replaced as necessary to provide a workmanlike completed project. Work remaining in place that is damaged or defaced by reason of work done under this Contract shall be restored equal to its condition at the time of award of the Contract.  New work that is an extension of existing work shall correspond in all respects with that to which it connects or to similar existing work unless otherwise indicated or specified.

    1.   Existing structure to remain shall be supported with shoring, braces and devices or system, as acceptable to the Owner, to prevent collapse, settling or other damage. Supports shall be adequate for the load carrier and shall bear on sound surfaces with load properly distributed to lower levels, if necessary. Supports shall be removed in a manner that will insure the complete safety of the structure.

D.   The Contractor, with use of electrical trades, shall disconnect electric wiring and will remove electrical fixtures and accessories as indicated or required.  Where existing conduits are abandoned or are to be abandoned, remove unused boxes and wire back to the nearest active box.

E.   The Contractor, with use of mechanical trades, shall disconnect plumbing and drainage systems and accessories as indicated or required to complete the work.



3.03   PROTECTION

A.   Contractor shall provide temporary protection and barricades around the work areas. Implement necessary measures to control and limit dust during the work. Pedestrians must be permitted unrestricted access/exit to the building at all existing locations.

B.   Contractor shall provide protection to all non-scope of work surfaces to prevent damage from construction activites. Provide protection at all drains to prevent debris from entering drainage system.

C.   Contractor shall install filters and dust covers on air intake and exhaust systems during the work to minimize dust and dirt intake into building systems. Replace filters and dust covers on a frequent basis to maintain air quality.

D.   Protect all lighting, conduit and all fixtures; all items that are damaged or broken loose, not scheduled for replacement, must be replaced by the Contractor at no cost to the Owner

3.04   STORAGE & DISPOSITION OF MATERIALS

A.   All materials to be salvaged or reused in the work shall be stored on worksite in locations as directed by the Owner.

B.   All furnishings and equipment temporarily removed and to be reinstalled. The work shall be stored adjacent to the opening from which it was removed in a safe and careful manner.

C.   Materials not scheduled for salvage and all other materials or debris resulting from demolition operations shall become the property of the Contractor and shall be removed from the work area daily. No accumulation of debris will be permitted. Wood and flammable debris resulting from demolition operations shall not be burned on the worksite.

D.   The Contractor shall be responsible for, and payment of all, removal and disposal fees of the debris to a permanent landfill

3.05   DUST CONTROL

A.   The Contractor must execute demolition in a manner to prevent or control any unnecessary dust and noise resulting from construction operations. The Contractor shall submit a statement of proposed dust control measures to the Owner prior to the start of work.

B.   The Contractor must comply with all Federal, State and Local governing authority regulations for air quality and management of dust resulting from construction operations.



C.   The Contractor shall use dustless saws wherever possible during demolition. If dustless saws will not be used for certain construction operations, then the Contractor must employ dust control measures to maintain air quality.

D.   The Contractor shall cover openings and air intake system during the work to minimize dust intake. The Contractor shall take every reasonable effect to prevent dust from entering building windows, doors, air intake systems or accumulating on walkway or athletic track surfaces. Replace dust covers on a frequent basis to maintain air quality.

E.   Prevent or control, to the satisfaction of the Owner, any dust or dirt resulting from construction operations. The temporary protection and dustproof enclosures must limit dust and dirt migration from the working areas.

3.07   CLEAN UP

A.   Leave areas affected by the work in a broom clean condition at the end of each work day unless noted otherwise in the documents.

B.   All surfaces within the work area affected by construction must be thoroughly washed clean of any and all construction dust, dirt and related materials following completion of the work. This includes, but is not limited to, all floor, wall, doors, windows and other adjacent surfaces.

C.   All sidewalks and other pedestrian surfaces affected by construction must be washed clean of any and all dust and related materials following completion of work.

D.   Windows, doors and other fixtures within the work area shall be thoroughly cleaned of any and all construction dust and dirt following completion of the work. Professionally clean windows, both surfaces, to a clean streak free condition.

END OF SECTION



## SECTION 03 01 30
## CONCRETE REHABILITATION

### PART 1 - GENERAL

1.01    SCOPE OF WORK

    A.    Provide all labor, superintendence, materials, tools, equipment, transportation and all means of construction necessary to complete all concrete rehabilitation work as shown on the Contract Drawings, described in the Project Specification and as necessary to complete the Contract.

    B.    The scope of work includes, but is not necessarily limited to, the following:

        1.    Repair deteriorated concrete or deteriorated prior repairs.

        2.    Provide and install all equipment and shoring necessary to access slab soffit surfaces and perform repairs.

        3.    Temporarily support existing conduit and fixtures affected by the work. Reanchor to concrete substrate.

    C.    Unit prices for concrete rehabilitation work are specified as required on the "Bid Form".

        1.    Units prices will apply to authorized work covered by quantity allowances and as the basis for computing "Additions" and "Deductions" to the contact amount for extra work and for reductions in quantities included in the Contract Documents. Unit prices shall remain binding and irrevocable for the entire contract period.

        2.    Unit prices shall include all costs by the Contractor, Subcontractors, Suppliers for the work, including labor, material, tools, equipment, insurance, taxes, overhead and profit and bond. The work shall include all incidental items required to complete the work.

1.02    RELATED WORK

    A.    Section 02 4119:    Selective Demolition

1.03    REFERENCE STANDARDS

    A.    American Concrete Institute (ACI)

        1.    ACI 301: Specifications for Structural Concrete

        2.    ACI 305: Hot Weather Concreting



3. ACI 306: Cold Weather Concreting

4. ACI 308: Standard Practice for Curing Concrete

5. ACI 318: Building Code Requirements for Structural Concrete

6. ACI 347: Guide to Formwork for Concrete

7. ACI 503.4: Standard Specification for Repairing Concrete with Epoxy Mortars

8. ACI 546R: Concrete Repair Guide

9. ACI 546.3R: Guide for the Selection of Materials for the Repair of Concrete.

10. ACI 562: Evaluation Repair and Rehabilitation of Existing Buildings

B. American Society for Testing and Materials (ASTM)

1. Refer to ACI 546, "Concrete Repair Guide," for a complete listing of applicable American Society for Testing and Materials Standards and Reports.

C. International Concrete Repair Institute (ICRI)

1. Guideline 130.1R – Guide for Methods of Measurement and Contract Types for Concrete Repair Work.

2. Guideline 310.1R: Guide for Surface Preparation for the Repair of Deteriorated Concrete Resulting from Reinforcing Steel Corrosion.

3. Guideline 320.1R: Guide for Selecting Application Methods for the Repair of Concrete Surfaces.

4. Guideline 320.2R: Guide for Selecting and Specifying Materials for Repair of Concrete Surfaces.

D. Concrete Reinforcing Steel Institute (CRSI)

1. CRSI 63: Recommended Practice for Placing Reinforcing Bars.

2. CRSI 65: Recommended Practice for Placing Bar Supports, Specifications and Nomenclature.



1.04   QUALITY ASSURANCE

A.   <u>All work with special proprietary products shall be done in strict accordance with the manufacturer's instructions and recommendations.</u>

B.   The Contractor shall be a specialty company fully equipped to perform concrete rehabilitation work and be familiar with good construction practices.

   1.   Field Supervision: The Contractor shall maintain an experienced full-time supervisor on the project site during any times when concrete rehabilitation work is being performed.  DO NOT change Field Supervisors during the project except for causes beyond the control of the Contractor.

C.   The Contractor must have a minimum of Five (5) years successful experience in comparable concrete rehabilitation projects and employing personnel skilled in the rehabilitation process and operations indicated.  The Engineer & Owner shall be provided with a list of comparable projects similar in magnitude and utilizing similar products dating back Five (5) years.  The list shall include references from property Owners, Property Managers, Contractors and Design Professionals on previous projects.

   1.   The Contractor shall employ skilled journeymen who are familiar and experienced with the materials and methods specified and are familiar with the design requirements used in concrete rehabilitation work.

   2.   Submit a resume for the Foreman demonstrating experience with previous projects of similar size and complexity. The documentation shall include references from Owners, Property Managers, Contractors and Design Professionals on previous projects.

D.   The Contractor shall be trained and certified by the manufacturer on the proper use and application of all products.  Only skilled, qualified manufacturer's trained personnel shall be present during the execution of the work.  The Contractor must include any costs of the Manufacturer's training and certification in the Contract Base Bid.

E.   Testing Data: All test data submitted by the Contractor must be data generated by an independent testing laboratory.  Product tests must be totally controlled by said testing laboratory; specimens cannot be pretreated by the manufacturer.

1.05   GENERAL REQUIREMENTS

A.   Perform concrete rehabilitation work in accordance with ACI 546, "Concrete Repair Guide", unless specified otherwise.

B.   Perform concrete reinforcing work in accordance with CRSI 63 & 65, unless specified otherwise in this Section.



C.   Construct and erect concrete formwork in accordance with ACI 318 & 347 and applicable construction safety regulations for place of work.

D.   All concrete surface preparation shall conform to the requirements of ICRI Guideline 310.1R "Guide for the Repair of Deteriorated Concrete Resulting from Reinforcing Steel Corrosion"

E.   All repair mortars shall conform to the minimum requirements as stated in ICRI Guideline 320.2R, "Guide for Selecting and Specifying Materials for Repair of Concrete Surfaces"

1.06   SUBMITTALS

A.   Provide submittals in accordance with the provisions of Section 01 3300 "Submittal Procedures".

B.   Product Data: Submit manufacturer's product data, technical literature and detailed application instructions for all products.   Include test reports and certifications substantiating products comply with requirements.

C.   Material Safety Data Sheets (MSDS): Submit manufacturer's MSDS sheets for all components of the work.

D.   Contractor Qualification Statement: Submit written qualification statement for the concrete repair Contractor and the Foreman documenting company and key personnel experience in conformance with the Quality Assurance requirement stated in this specification section.

E.   Contractor Certificate: Submit certificate from the material manufacturer stating all installers of repair materials have successfully completed the manufacturer's training program and are 'Approved Installers'.

F.   Field Mockup Samples: Prior to performing concrete rehabilitation, the Contractor shall prepare a minimum of two (2) sample repair areas to be used as a quality standard for the work of this Section. Locations of field mockups will be determined at the building site.   Prepare mockup samples to comply with the following requirements, using materials indicated for final use in the work.

   1.   Concrete preparation: Prepare a minimum one (1) foot high by one (1) foot long repair mockup of each concrete repair type demonstrating acceptable concrete preparation, repair depth, edge treatment and reinforcement preparation.

   2.   Repair mortar application: Prepare minimum one (1) square foot samples of each concrete repair type demonstrating methods and quality of workmanship expected in the repair work. Prepare samples to match adjacent concrete finishes.



3. Samples of each concrete repair type shall be performed in an area that will be exposed to the same weathering conditions as the building. Allow samples to cure at least 72 hours before obtaining review and acceptance of samples.

4. Sample panels accepted by the Owner and Engineer shall serve as a quality standard for all other similar work on the building. Contractor to retain sample panels during construction in an undisturbed condition.

   a. Acceptance of sample panel does not constitute acceptance of deviations from the Contract Documents, unless such deviations are specifically accepted by the Owner and Engineer in writing.

   b. When directed, demolish and remove sample panels and complete repairs in those areas.

1.07   DELIVERY, STORAGE AND HANDLING

A. Delivery of Materials: Deliver materials to the jobsite in original sealed, undamaged containers with labels intact and legible indicating material name, date of manufacture, expiration date and lot number.

B. Storage of Materials:

   1. Store materials in a protected dry and well ventilated area. Store materials out of direct sunlight and in original packaging. Store all materials at temperatures of 50°F and above to facilitate handling.

   2. Materials stored outside must be raised above ground or floor level on pallets and covered with a waterproof material. Plastic wrapping installed at the factory must not be used as outside storage covers.

   3. Store all cementitious materials to prevent deterioration or damage due to moisture or temperature. DO NOT use materials which have become deteriorated or damaged.

   4. Store all aggregate materials in accordance with manufacturer's requirements to prevent segregation and contamination of aggregate materials.

   5. Store all materials is accordance with MSDS and in compliance with local fire authority and safety requirements. After partial use of materials replace lids promptly and tightly to prevent contamination.

   6. All flammable materials must be stored in a cool, dry area away from open flames or excessive heat. Follow precautions outlined on container or supplied by material manufacturer or supplier.



Parking Garage Repairs
St. Christopher's Hospital
JBCI Project #185594

C.    Handling of Materials: Handle and protect materials prior to and during installation is strict accordance with manufacturer's requirements and recommendations.   DO NOT use materials which have been damaged.   Damaged materials shall be replaced at the Contractor's expense.

1.08   ENVIRONMENTAL REQUIREMENTS

A.    All concrete repair materials must be applied in strict accordance with manufacturer's specifications and recommendations regarding safety and weather conditions.

B.    Do not apply concrete repair materials during rainy or inclement weather and on frost or wet covered surfaces.   DO NOT commence application until environmental conditions are suitable for the application of the materials.

C.    Protect repair materials from rain, high wind or premature drying conditions for a minimum of 24 hours after application.  During the protection and curing period, no part of the repair material may be allowed to become dry.  Provide suitable protection and curing methods as required.

D.    Cold Weather Requirements:  Do not work in temperatures below 40°F, when the substrate is colder than 45°F, or when the temperature is expected to fall below 45°F for 48 hours after installation of repair materials.  Building an enclosure and heating areas to maintain this temperature may only be done with the written approval of the material manufacturer.  Remove work exposed to lower temperatures as directed by the Owner or his agent.

1.    The Contractor shall not proceed with any cold weather work until notified in writing to proceed by the Owner or his agent.

E.    Hot Weather Requirements:  Protect repair materials from direct sunlight and wind using protection measures submitted and approved when the ambient air temperature exceeds 75°F.  Do not use or prepare mortar when substrate or ambient air temperature is above 90°F at the location of the work.

F.    Use all means necessary to protect the materials of this section before, during and after installation and to protect the work and material of other trades, the building and the public.

1.10   CONCRETE REPAIR QUANTITY DOCUMENTATION

A.    The Contractor shall be responsible for keeping a marked up as-built drawing record of the types, locations and quantity of repairs throughout the Project.   This information will be made available to the Engineer for review and will be used as the basis for actual field work versus the bid quantities.



## PART 2 - PRODUCTS

2.01   EQUIPMENT

A.   Select appropriate means and methods of concrete removal, cleaning of reinforcement and preparation of the concrete substrate as defined in these specifications. The following equipment and/or equivalent are permitted to be used.

1.   Chipping hammers shall be hand-held type utilizing proper chisels and blades required to sufficient remove unsound, deteriorated concrete substrate from partial-depth repairs, beneath reinforcing bars are around repair edges. Maximum hammer weight is 15 lb.

2.   Dry abrasive blast cleaning equipment capable of removing rust from the exposed steel reinforcement and cleaning the surface of the exposed concrete substrate.   Cleaning shall include the removal of damaged paste and aggregate.

3.   Pressure washing equipment capable of delivering at least 3,000 psi nozzle pressure for cleaning loose material from repair areas.

4.   Compressed air equipment capable of delivering compressed air free of oil for cleaning loose material from repair areas.

5.   Adjustable depth concrete saw for saw cutting the edges of repair areas shall be hand-held type utilizing diamond or carbide tipped blades.

B.   Select appropriate means and methods for placement of concrete repair materials.

2.02   FORMWORK

A.   Formwork shall conform with requirements of ACI 301 & 347.

B.   Wood: Spruce species, construction grade with grade stamp clearly visible. Free from loose knots and suitable to facilitate finishing concrete surfaces; tongue and grooved.

C.   Plywood: Sound undamaged sheets, PS-1 Exterior Grade B-B (concrete form), 5/8 inch or ¾ inch thick for unlined contact form.

D.   Form Lining: Hardboard ANSI A208.1, Type 2, Grade 2-M-2 not less than 3/16 inch thick or Plywood, Grade B-B Exterior (concrete form) not less than 1/4 inch thick.

E.   Form Release Agent: Commercially formulated form release agent that will not bond with , stain or adversely affect concrete surfaces and will not impair subsequent treatments of concrete surfaces.



F.   Chamfer Strips: Wood or PVC; match existing concrete profile.

2.03   CONCRETE REPAIR SYSTEM

A.   The Contractor shall supply all materials necessary for the repair and rehabilitation of deteriorated concrete surfaces. The Contractor is responsible for the selection of the concrete repair system.

B.   Obtain all concrete repair materials from a single manufacturer.

C.   Concrete repair materials shall be a blend of portland cement, specially graded aggregates, admixtures, designed for low shrinkage, low stress cure and compatibility with existing concrete. Aggregate gradation must be appropriate for the depth of concrete repair specified.

1.   For repairs greater than 1 inch in depth, unless otherwise stated by the manufacturer, coarse aggregate shall be used. The mix ratio, type and gradation of aggregate must be in strict accordance with the manufacturer's specifications.

D.   Concrete repair material must not contain chlorides, added gypsum, lime or high alumina cements. Material must be vapor permeable and shall be thermally compatible with concrete.

2.04   CONCRETE REPAIR SYSTEM

A.   Available Products: Subject to compliance with requirements, Manufacturers' products that may be incorporated into the Work include, but are not necessarily limited to, the following specified products. Comparable manufacturers' products may be incorporated into the work:

B.   Horizontal Repair (Shallow Depth): Two component, polymer modified, portland cement based repair mortar with integral corrosion inhibitor

1.   SikaTop 122 Plus, as manufactured by Sika Corporation, Lyndhurst, NJ.

2.   MasterEmaco T 310 CI, as manufactured by BASF Construction Chemicals, LLC, Building Systems, Shakopee, MN.

3.   Acceptable Equivalent.

C.   Horizontal Repair (Full Depth): One component, polymer modified, self-consolidating, cementitious based repair mortar with integral corrosion inhibitor.

1.   SikaCrete 211 SCC Plus, as manufactured by Sika Corporation, Lyndhurst, NJ.



2.     MasterEmaco S 440 CI, as manufactured by BASF Construction Chemicals, LLC, Building Systems, Shakopee, MN.

3.     Acceptable equivalent.

D.     Vertical or Overhead Repair: Two component, polymer modified, portland cement based, non-sag repair mortar with integral corrosion inhibitor.

1.     SikaTop 123 Plus, as manufactured by Sika Corporation, Lyndhurst, NJ.

2.     MasterEmaco N 425, as manufactured by BASF Construction Chemicals, LLC, Building Systems, Shakopee, MN.

3.     Acceptable Equivalent.

D.     Crack Repair (Routed cracks greater than 1/16 inch wide): Use specified concrete repair mortars or other acceptable materials recommended by material manufacturer.

E.     Reinforcing Steel Primer: Anti-corrosion primer for steel shall be VOC compatible:

1.     Sika Armatec 110 EpoCem, as manufactured by Sika Corporation, Lyndhurst, NJ.

2.     MasterProtect P 8100 AP, as manufactured by BASF Construction Chemicals, LLC, Building Systems, Shakopee, MN

3.     Acceptable Equivalent.

F.     Epoxy & Sand Application over Repair Types 5 & 6:

1.     Epoxy - Ipanol E-Flex, two-component, 100% solids, low-modulus, flexible, moisture insensitive epoxy resin system manufactured by IPA Systems, Inc., Philadelphia, PA, or acceptable equivalent.

2.     Aggregate - Flint Abrasive Rock Specific #3 "Special Blend" with a minimum hardness of 7.0 or greater on MOH's hardness scale or acceptable equivalent.

2.05    REINFORCEMENT

A.     All reinforcing shall be new deformed billet-steel bars conforming to ASTM A615, Grade 60, unless otherwise noted on the Contract Drawings.

B.     All welded wire fabric reinforcing shall be plain type, flat sheets, conforming to ASTM A185. Welded wire fabric shall be 2x2 – W0.9x0.9.



C.   Anchors to secure reinforcement shall be ¼ inch diameter stainless steel power driven fasteners or expansion anchors.

D.   Bar Supports: Provide bolsters, chairs and other devices for spacing, supporting and fastening reinforcing bars and welded wire fabric in place. Manufacture bar supports according to CRSI's "Manual of Standard Practice" from steel wire, plastic, precast concrete or fiber-reinforced concrete of greater compressive strength than concrete. Bar supports shall have plastic or plastic coated feet where bar supports contact forms or are exposed to view.

2.06   AGGREGATES

A.   Aggregates shall be normal weight, uniformly graded, round, washed, low-absorption, high density aggregate complying with ASTM C33 and the repair material manufacturer's requirements.

B.   Nominal maximum size of course aggregate is 3/8 inch.

2.07   WATER

A.   Mixing water shall be fresh, clean and potable, free of oil, acid, injurious amounts of organic matter, alkalis or other salts.

## PART 3 - EXECUTION

3.01   PRE-INSTALLATION MEETING

A.   Convene a pre-construction meeting at the jobsite at least one (1) week prior to the start of concrete rehabilitation work. The Contractor, Installer and Material Manufacturer's Representative, at the very minimum, shall be at this meeting. Review mockup samples, substrate preparation, application, curing and protection procedures along with coordination and scheduling required with related work.

B.   Contractor shall prepare a typed copy of meeting minutes and forward to all attendees and the Owner and Engineer.

3.02   INSPECTION & PROTECTION

A.   Protect pedestrians, motor vehicles, mechanical, electrical and plumbing equipment, surrounding construction, landscaping and surrounding building from damage or injury resulting from concrete rehabilitation work.

1.   Neutralize and collect alkaline and acid wastes from proper disposal off-site in accordance with Local, State and Federal regulations.



2.   Dispose of runoff from wet operations in accordance with local ordinances and in a manner that prevents soil erosion, undermining of paving, foundations, damage to landscaping and water penetration into building interiors.

3.   Comply with local noise and dust ordinance requirements during demolition operations.

4.   Protect all new repair work from vibration, dust and any deleterious environmental effects during the work. Provide adequate cure time from concrete repairs to allow for compressive and bond strength gain prior to performing demolition adjacent to repairs.

B.   The Contractor shall verify that all substrates and site conditions are satisfactory for the installation of concrete repair materials. DO NOT proceed with installation until unsatisfactory conditions are corrected. Should any deficiencies exist, the Engineer and Owner shall be notified in writing and corrections made. Start of application indicates Contractor's acceptance of substrate and site conditions.

C.   Prior to commencing material application, an Authorized Manufacturer's Representative shall inspect jobsite conditions and immediately report his findings to the Contractor, Owner and Engineer. Report all surface preparation deficiencies with required corrections.

### 3.03   FORMWORK

A.   The design and engineering of the formwork, as well as its construction, shall be the responsibility of the Contractor. Contractor shall construct formwork to match existing façade pattern and joints.

B.   Formwork and associated falsework shall be rigid, substantial and unyielding. Form surfaces shall be smooth and free of holes, dents, sags and irregularities.

C.   Design formwork to be readily removed without prying, impact, shock or damage to cast-in-place concrete surfaces and adjacent materials.

D.   Formwork shall be constructed so the finished repair conforms to the existing building dimensions and contours.

E.   Formwork must be sufficiently tight at all joints to prevent leakage.

F.   Thoroughly clean forms and adjacent surfaces to receive repair materials. Remove chips, wood, sawdust, dirt and other debris prior to placing concrete.

G.   Coat contact surfaces of formwork with suitable form-release agent to facilitate the removal of forms in accordance with manufacturer's written instructions.



H.   Provide ports through slabs to vent air during concrete placement at slab soffit and beam soffit repair locations. Completely fill port holes with repair materials.

I.   Provide ports through the side of forms where required to install repair materials. Remove and patch ports immediately after removal of forms.

3.04   SURFACE PREPARATION, GENERAL

A.   Locate areas of delamination or deterioration using hammer sounding and/or chain-drag sounding techniques in accordance with ASTM D4580. Mark boundaries of repair areas and arrange for Engineer to review repair locations and preparation prior to application of repair materials.

B.   All demolition and removals shall be performed in accordance with ACI 546R "Concrete Repair Guide" and ICRI Guideline 310.1R "Guide for Surface Preparation for the Repair of Deteriorated Concrete Resulting from Reinforcing Steel Corrosion".

C.   Repair area configurations shall be kept as simple as possible, i.e. square, rectangular shape, with square corners in conformance with ICRI Guideline 310.1R. Reentrant corners shall be avoided. If they cannot be avoided, reentrant corners shall be mitered or reinforced to limit cracking at these locations.

D.   Completed surface preparation shall yield a clean substrate surface, having complete exposure of sound original material without any deposits of contaminants, foreign matter or loose material which can affect the bond or durability of rehabilitation work.

3.05   SURFACE PREPARATION

A.   All unsound, deteriorated concrete identified on the Contract Drawings or in the field shall be removed. All concrete shall be removed until uncorroded reinforcing steel is found and where the bar is well bonded to surrounding concrete. A minimum ¾ inch clearance shall be provided between exposed reinforcing bars and surrounding concrete.

B.   Do not damage sound, bonded concrete surrounding uncorroded reinforcing steel exposed during removals. Where half or more of the reinforcing steel is exposed or the bond between the reinforcing and surrounding concrete is broken, undercut and remove concrete from the entire perimeter of the bar to provide a minimum 3/4 inch clearance around the reinforcing.

C.   Chipping shall be done in such a manner that the roughness of the finished surface achieves a minimum surface profile of CSP7 and does not exceed 3/4 inch full amplitude.

D.   At edge locations, provide right angle sawcuts to the concrete surface. The existing reinforcing shall not be cut. Corners shall not be over-cut. The cut on the saw side



shall be made just to the corner. The corner on the opposite face may be sawed or chipped out from that face. Feather edge conditions are **not permitted**.

E. After initial removals, the repair area shall be air blasted to remove any dust and/or loose particles. Hammer sound substrate surfaces to locate any remaining delamination or deterioration conditions. Remove additional concrete until unsound concrete is completely removed. Remove bruised or microcracked substrate surfaces by abrasive blasting or high-pressure water blasting with or without abrasive.

F. All exposed reinforcing bars shall be cleaned by oil-free abrasive blasting to achieve a bare metal finish. Remove concrete fragments, corrosion byproduct, mill scale and other contaminants.

   1. Contractor shall supply and install additional reinforcing steel when the existing reinforcing steel has a section loss of 25% or greater, as directed by the Engineer. Lap and secure supplemental reinforcing to existing reinforcing steel. Remove additional concrete as necessary to provide at least 3/4 inch clearance beyond the existing and replacement or supplemental reinforcing.

   2. Apply corrosion inhibitive primer to all exposed reinforcing steel surfaces. The primer coating must be continuous on all steel surfaces. Special attention must be made to prime the back side of the bar. Allow for curing of primer material prior to application of repair materials in conformance with the manufacturer's specifications.

G. After completed removals, the repair area shall be air or low-pressure water blasted to remove any dust and/or loose particles. All concrete substrate surfaces on which new materials are to be bonded must be free of all dirt, debris, oil, laitance and foreign materials.

H. All concrete surfaces on which new materials are to be bonded must be free of all dirt, debris, oil, laitance and foreign materials by abrasive blasting or water blasting.

   1. Following cleaning, inspect the concrete substrate surface to ensure the surface is free of additional cracks, loose materials or additional deterioration. DO NOT proceed with work until all unsatisfactory conditions are corrected.

   2. No water with concrete dust shall be allowed to remain on any surface following washing and must be immediately removed prior to drying and rehardening.

I. Following surface preparation, the Contractor shall maintain work area in a clean condition. Cover the prepared repair areas with 6 mil polyethylene film until repair material is ready to be placed.

J. All surface preparation must be reviewed and accepted by the Engineer prior to any formwork or application of repair materials. The Engineer's review does not relieve



the Contractor from performing their own quality control inspections and performing the work in a proper manner.

3.06   APPLICATION (GENERAL)

A.    All work with special proprietary products shall be done in strict accordance with the manufacturer's instructions and recommendations and as amended by this Specification Section.

B.    Application of concrete repair materials must be performed in strict conformance with manufacturer's specifications and as amended by this Specification.   Special attention must be made to temperature requirements and substrate preparation.

C.    Mix and prepare repair materials in strict accordance with manufacturer's requirements.  Adjust water content according to the environmental conditions and substrate porosity as recommended by the manufacturer.

D.    Extend repair materials with clean, washed, graded aggregate as recommended by . the manufacturer where repair thickness exceeds stated maximum requirements. The mix ratio, type and gradation of aggregate must be in strict accordance with the manufacturer's specifications.

E.    Place repair materials in strict accordance with manufacturer's requirements.  Place materials within open time of any mortar scrub coat, reinforcing primer or bonding agent.  Fully consolidate repair materials ensuring no voids occur within each repair area.

3.07   APPLICATION, HAND TOOL METHOD

A.    All substrate surfaces must be saturated surface dry (SSD) prior to the application of repair materials.  DO NOT apply materials to a dry substrate surface.

B.    Prime and prepare substrate including all edges with a slurry coat of repair materials. Work the slurry into the substrate to ensure intimate contact and establish bond.  DO NOT allow slurry coat to dry out before placing repair materials.

C.    Apply the repair materials using hand tools to place and consolidate materials into the repair area ensuring no voids occur within repair.  Apply materials in strict conformance with manufacturer's minimum/maximum thickness requirements.

D.    If repair materials are applied in multiple layers, roughen each layer and allow materials to cure between subsequent layers.  Prepare and dampen materials before application of additional layers to ensure proper bond is maintained between layers.

E.    Build up repair material so it projects slightly above the adjacent finished surface. Allow materials to set and scrape off excess materials to achieve required finishes. Consult with manufacturer about set time and duration prior to shaving materials.



F.  Repair materials shall be finished to a uniform surface texture by trowel or float finishing. Repeat passes and restraighten until surface is left with a uniform surface texture. DO NOT wet materials or overwork the surface during finishing.

3.08  APPLICATION, FORM AND POUR METHOD

A.  Install rigid formwork at each repair location. Formwork must be tight at all joints to prevent leaks and loss of water and material. Use suitable form-release agent to facilitate the removal of forms from the cast material.

B.  Formwork shall include vent holes at bottom to allow pre-soaking water to drain and at top to allow air to escape during placement. Refer to ACI 347 "Guide to Formwork for Concrete".

C.  Before placing any concrete, verify that installation of formwork, reinforcement and embedded items is complete and all required inspections have been performed.

D.  Fill forms with water several hours prior to placing repair materials. Immediately prior to material placement, completely drain water and seal drainage outlets. All substrate surfaces must be saturated surface dry (SSD) prior to the application of repair materials. DO NOT apply materials to a dry substrate surface.

E.  After mixing, place and deposit repair materials into the formed area. Fill forms with a continuous feed. DO NOT interrupt filling once started.

F.  Consolidate placed repair materials in formed area in strict accordance with manufacturer's requirements. DO NOT use vibrators to transport materials inside forms.

G.  Formwork that does not support weight of repair materials may be removed 24 hours after placing materials. Repair material must attain sufficient strength to not be damaged by form-removal operation.

3.09  CURING

A.  Protect freshly placed repair materials from premature drying, excessive cold or hot temperatures and mechanical injury. All repair materials shall be moist cured following placement and finishing.

B.  Cure repair materials for a minimum of 48 hours and a maximum of 72 hours following placement. Repair materials shall be cured in strict accordance with manufacturer's written instructions and recommendations. During the curing period, no part of the repair material may be allowed to become dry.

C.  Curing of formed surfaces must start immediately after removal of formwork.



D. Mist the repair with water to wet the entire surface within 30 minutes after completion. Continue periodically wetting repair materials throughout the curing period to maintain a moist condition.

E. If repair is inaccessible, a temporary polyethylene cover may be placed over repair to retain moisture. Do not allow cover to contact material.

F. Protect repair materials from direct sunlight, wind, rain and frost during the curing period.

3.10 EPOXY & SAND COATING APPLICATION

A. The Manufacturer's representative and Applicator shall inspect the concrete substrate surfaces prior to coating application and must submit a written statement that surfaces are acceptable to receive deck coating materials.

B. Mix two-component epoxy materials in strict accordance with manufacturer's requirements. DO NOT whip or aerate while mixing.

C. The epoxy resin shall be applied smoothly, uniformly and continuously to the concrete substrate by squeegee, roller or combinations thereof as recommended by the manufacturer. The epoxy shall not be allowed to puddle or accumulate in holes or depressions in the deck.

D. Apply materials in strict accordance with manufacturer's requirements. Apply epoxy resin to the concrete substrate at a rate of 40 sq. feet per gallon. While the epoxy is still wet, broadcast the aggregate at a minimum rate of two (2) pounds per sq. foot or until no wet spots are visible (refusal). Remove excess aggregate from surface by sweeping after each coat.

E. Apply two (2) coats of epoxy resin and sand broadcast to all repair areas.

3.11 DEFECTIVE CONCRETE REPAIR MATERIALS

A. All concrete repair mortar shall be tested in accordance with the procedures stated in this Specification. If adhesion failure or low compressive strength is observed, the concrete repairs shall be considered defective work and shall be removed and replaced at no additional cost to the Owner.

B. All completed concrete repairs shall be sounded with a non-marking mallet or hammer. Concrete repairs exhibiting cracks or bond failure shall be considered defective work and shall be removed and replaced at no additional cost to the Owner.

C. Evidence of improper curing or finishes shall be considered defective work and shall be removed and replaced at no additional cost to the Owner.



3.12    CLEANUP AND PROTECTION

A.    Promptly as the work proceeds and on completion, clean up and remove from the premises all rubbish and surplus materials resulting from the work.

B.    Clean all soiled surfaces, spatters, and damage caused by work of this Section to the satisfaction of the Engineer and Owner.

C.    Protect concrete repairs and all components from damage during construction.  DO NOT permit walking upon or over concrete until it has set for a sufficient length of time.  All concrete that will be permanently exposed in the finished work shall be protected from injury by the falling of tools, mortar or other objects until the final acceptance of the work

D.    Repair any damages to concrete repairs in accordance with the Manufacturer's requirements to the satisfaction of the Engineer and Owner.

END OF SECTION



## SECTION 07 18 16
## VEHICULAR TRAFFIC DECK COATING

### PART 1 - GENERAL

1.01   SCOPE OF WORK

    A.    Provide all labor, superintendence, materials, tools, equipment, transportation and all means of construction necessary to furnish and install all concrete rehabilitation work as shown on the Contract Drawings and described in the Project Specification, or as is necessary to complete the Contract.

    B.    The scope of work includes, but is not necessarily limited to the following:

        1.    Surface preparation of existing coating, concrete and other substrate surfaces.

        2.    Removal and replacement of damaged sealant at all rising walls, penetrations and associated conditions.

        3.    Apply new vehicular traffic deck coating to concrete and previously coated surfaces.

1.02   RELATED WORK

    A.    Section 02 4119:    Selective Demolition

    B.    Section 07 9200:    Joint Sealants

1.03   REFERENCE STANDARDS

    A.    American Society for Testing and Materials (ASTM)

        1.    ASTM C957: Standard Specification for High-Solids Content, Cold Liquid-Applied Elastomeric Waterproofing Membrane With Integral Wearing Surface

        2.    ASTM D412: Test Methods for Vulcanized Rubber and Thermoplastic Rubbers and Thermoplastic Elastomers-Tension

        3.    ASTM D4259: Standard Practice for Abrading Concrete

        4.    ASTM D4263: Standard Test Method for Indicating Moisture in Concrete by Plastic Sheet Method

        5.    ASTM D4541: Pull-Off Strength of Coatings Using Portable Adhesion Testers



B.  International Concrete Repair Institute (ICRI)

    1.  ICRI Guideline 310.2: Selecting and Specifying Concrete Surface Preparation for Sealers, Coatings and Polymer Overlays

    2.  ICRI Guideline 710.1: Guide for Design, Installation and Maintenance of Protective Polymer Flooring Systems for Concrete

1.04  QUALITY ASSURANCE

A.  All work with special proprietary products shall be done in strict accordance with the manufacturer's instructions and recommendations.

B.  Manufacturer Qualifications:

    1.  The Manufacturer shall be a company specializing in applicable deck coating systems for a minimum of **Five (5) years**.

    2.  The Manufacturer must submit a list of five (5) projects dating back five (5) years where their products have been used on similar sized projects with similar jobsite and exposure conditions.

C.  Applicator Qualifications:

    1.  The Applicator shall be familiar with and fully equipped to apply deck coating products and shall be familiar with good construction practices.

    2.  The Applicator shall be an experienced company specializing in applicable deck coating system(s) and has been authorized and trained by the Manufacturer. The applicator must submit written confirmation of "Approved Applicator" status.

    3.  The Applicator must have a minimum **Five (5) years** experience in the application of the same or similar Waterproofing systems. The Engineer and Owner shall be provided with a list of projects similar in magnitude dating back **Five (5) years**.

    4.  The Applicator shall employ skilled journeymen who are familiar and experienced with the materials and methods specified and are familiar with the design requirements used in concrete rehabilitation work

D.  Testing Data: All test data submitted by the Contractor must be data generated by an independent testing laboratory. Product tests must be totally controlled by said testing laboratory; specimens cannot be pretreated by the manufacturer.



1.05    SUBMITTALS

A.    Provide submittals in accordance with the provisions of Section 01 3300 "Submittal Procedures".

B.    Product Data: Submit manufacturer's product literature, and detailed installation instructions for all products.

C.    Color Card: Submit manufacturer's color card samples for initial color selection.

D.    Material Safety Data Sheets (MSDS): Submit manufacturer's MSDS sheets for all specified products.

E.    Mockup Samples:

1.    Upon selection of an initial color range the Contractor shall apply two (2) coating system samples on the existing concrete deck for color(s), texture and general acceptance.

2.    The Contractor shall perform field adhesion/bond testing of the coating sample to the existing coating and concrete substrate. If coating fails adhesion test, the Owner and Engineer have the authorization to request another system. Acceptance of said adhesion test does not relieve the Contractor from performing additional adhesion/bond test to confirm proper adhesion is achieved during installation.

F.    Sample Coating: Upon completion of field mockup samples, the Contractor shall apply one (1), eight (8) square foot samples of the deck coating systems on existing concrete deck for final color selection, texture and general appearance. Color selection shall be reviewed and accepted by the Owner.

1.    Upon acceptance said sample coating will serve as a minimum standard against which the remainder of the coatings will be reviewed and rejected and/or repaired as appropriate.

G.    Contractor shall submit documentation indicating proposed coating is compatible with proposed concrete repair materials and sealants prior to application.

H.    Substrate Acceptance:

1.    Submit a certified statement issued by the manufacturer of the traffic coating materials, and signed by the Applicator, stating that all areas to receive traffic coating have been inspected and found satisfactory to receive this Work and are not in conflict with the "Guarantee" requirements. Application or traffic deck coating will mean the Manufacturer's and Applicator's acceptance of surfaces.



2.  Perform "Standard Test Method for Indicating Moisture in Concrete by Plastic Sheet Method" prior to each days primer applications.

I.  Submit two (2) maintenance manuals which indicate location of membrane in structure, type of coating, thickness of coating, and recommendation for routine care and maintenance.

1.06   SPECIAL CONDITIONS

A.  The Engineer recognizes that the properties of certain proprietary deck coating systems might adversely affect other building materials and/or adjacent building surfaces such as asphalt, paint and other times. The Contractor is totally and solely responsible for identifying these potential problem areas with the proposed deck coating product and advising the Engineer prior to acceptance by the Owner.

B.  Coating manufacturer must submit in writing, seven (7) days prior to initial application, that said coating system is compatible with repair materials to be used.

C.  As required, and as recommended by the manufacturer, the Contractor will protect all plants, vegetation, cars and other items from deck coating overspray.

1.07   DELIVERY, STORAGE & HANDLING

A.  Delivery of Materials:  Materials shall be delivered to the jobsite in original sealed, undamaged containers with labels intact and legible indicating material name, date of manufacture, expiration date and lot number.

B.  Storage of Materials:

1.  Store all materials in strict accordance with manufacturer's requirements and recommendations.

2.  Store materials in a protected dry and well ventilated area. Store materials out of direct sunlight and in original packaging. Store all materials at temperatures of 50°F and above to facilitate handling.

3.  Materials stored outside must be raised above ground or floor level on pallets and covered with a waterproof material. Plastic wrapping installed at the factory must not be used as outside storage covers.

4.  Store all materials is accordance with MSDS and in compliance with local fire authority and safety requirements. After partial use of materials replace lids promptly and tightly to prevent contamination

5.  All flammable materials must be stored in a cool, dry area away from sparks and open flames. Follow precautions outlined on container or supplied by material manufacturer or supplier



C.   Handling of Materials: Handle and protect materials prior to and during installation is strict accordance with manufacturer's requirements and recommendations. Do not use materials which have been damaged. Damaged materials shall be replaced at the Contractor's expense.

1.08   ENVIRONMENTAL REQUIREMENTS

A.   Coating must be applied within strict conformance to manufacturer's specifications regarding safety and weather conditions.

A.   No installation work shall be performed during rainy or inclement weather and on frost or wet covered surfaces. DO NOT commence with the application until environmental conditions are suitable for the application of the materials.

B.   Cold Weather Requirements: DO NOT work when ambient temperature is below 45°F, when the substrate temperature is below than 40°F, or when the ambient temperature is expected to fall below 45°F for 48 hours after installation of repair materials. Ambient temperature must be a minimum of 45°F and rising, and more than 5°F above the dew point. Building an enclosure and heating areas to maintain this temperature may only be done with the written approval of the material manufacturer. Remove work exposed to lower temperatures as directed by the Owner of the Engineer.

   1.   The Contractor shall not proceed with any cold weather masonry until notified in writing to proceed by the Owner or his agent

C.   Hot Weather Requirements: Special precautions must be taken when ambient and/or substrate temperature is at or above 90°F. Consult with system manufacturer for special requirements and precautions.

D.   During coating application it is essential that maximum effort is made to control and eliminate aromatic properties prior to and during the application of coating products. Protect the mechanics and other personnel near the work area from exposure to vapors from coating products.

1.09   FIELD TESTING

A.   Make five (5) 2 inch x 2 inch test cuts in partially-completed or fully-completed membrane. The test cuts shall confirm traffic deck coating system application thickness.

B.   Make five (5) bond tests of the installed membrane(s) to the existing coating materials. Acceptable tensile bond strength shall be in the range of 250 to 300 pounds per square inch (psi) with failure present at the coating/concrete interface. No failure shall be present within the coating system.



C. If any test reveals non-compliance of installed membrane, Contractor shall correct deficiencies in a manner satisfactory to the Engineer at no cost to the Owner.

D. The cost for testing and patching test cut areas is included in the lump sum contract price.

1.10 FIELD INSPECTION SERVICES

A. The Manufacturer's technical representative or qualified field inspector shall perform on-site field inspections during the work. The Manufacturer's technical representative shall provide the following minimum inspections of the membrane application.

1. Job start inspection at the beginning of each phase of the project to review substrate preparation and any special detailing conditions.

2. Perform periodic to continuous inspections throughout the duration of the traffic deck coating installation. The Manufacturer's representative shall have the full authority to require changes to application rates during coating installation to maintain proper system application thickness.

3. Monitor material application rates during installation of traffic deck coating to confirm proper thickness of completed coating system.

4. Final inspection at the completion of each phase of the project.

5. Final Warranty inspection to confirm completion of all punch list and non-conforming conditions.

B. The Manufacturer's technical representative shall forward a written or typed copy of their field observations to the Contractor and Engineer for each visit.

C. The Contractor shall perform their own quality control inspections during the work independent of the manufacturer's field inspections. The Contractor remains responsible for performing the work in a proper and safe manner to comply with the design concept and contract documents.

D. The Contractor must include any costs for the Manufacturer's field inspection services in the Contract Base Bid.

1.11 WARRANTY

A. The coating manufacturer and the Contractor must forward a written guarantee for the product and installation covering all labor and materials for a period of Five (5) years. The manufacturer and Contractor must individually and collectively warrant that the system will function satisfactorily for a period of Five (5) years from the Date



of Substantial Completion of the deck coating application. The following conditions shall be specifically covered under the warranty:

1.   Cohesive or adhesive failure of the system.

2.   Weathering deficiencies resulting in failure of the system.

3.   Abrasion or tear failure of the system resulting from normal traffic use.

B.   As part of the warranty process the coating manufacturer must have a qualified representative on site at least once a week during coating application. Said representative shall forward a typed copy of the field observations to the Engineer for each visit.

## PART 2 - PRODUCTS

### 2.01   TRAFFIC DECK COATING

A.   Elastomeric Urethane Membrane (Basis-of-Design): The design for traffic deck coating system is based on products manufactured by IPA Systems, Inc., Philadelphia, PA. Comparable products may be incorporated into the work,

1.   First & Second Coat, Epoxy Resin System: Ipanol E-Flex, two-component, 100% solids, low-modulus, flexible, high-elongation, moisture insensitive epoxy resin system.

2.   Top Coat: Ipathane TC, two-component, polyurethane top coat.

### 2.02   AGGREGATE FOR DECK COATING

A.   Aggregate shall be Flint Abrasive Rock graded aggregate approved by the manufacturer with two gradations. Aggregate shall have the following physical properties, Hardness (MOHS Scale) shall be 7.0 and moisture content shall be less than 0.2% and LA Abrasion (Grade D) 100 Revolutions 9.0%, 500 Revolutions 30.0%

1.   First Coat:  Flint Abrasive Rock Specific #3 "Special Blend" as graded and Sieve size approved by the manufacturer.

2.   Second Coat:  Flint Abrasive Rock Specific #3 "Special Blend" as graded and Sieve size approved by the manufacturer.

B.   Aggregate shall be clean, dry and free of any dirt, clay or other deleterious materials complying with manufacturer's requirements.

C.   Aggregate shall be packaged and maintained in a moisture-free condition prior to and during the application of the deck coating system.



2.03   PAVEMENT MARKING PAINT

A.   Pavement marking paint: Sherwin Williams, SetFast Low Voc Acrylic Traffic Marking Paint or acceptable equivalent.

## PART 3 - EXECUTION

3.01   PRE-INSTALLATION MEETING

A.   Convene a pre-construction meeting at the jobsite at least one week prior to the start of coating work.   The Contractor, Applicator and coating Manufacturer's Representative, at the very minimum, shall be at this meeting.   Review substrate preparation, installation procedures, coordination and scheduling required with related work and condition and structural loading limitations of deck or substrate.

B.   Contractor shall prepare a typed copy of meeting minutes and forward to all attendees and the Owner and Engineer.

3.02   EXAMINATION

A.   The Contractor and Applicator shall verify that all substrates and site conditions are satisfactory for the installation of coating materials.   DO NOT proceed with installation until unsatisfactory conditions are corrected.   Should any deficiencies exist, the Engineer and Owner shall be notified in writing and corrections made.   Start of application indicates Contractor's acceptance of substrate and site conditions.

B.   Prior to commencing installation, an Authorized Manufacturer's Representative shall inspect jobsite conditions and immediately report his findings to the Contractor, Owner and Engineer.   Report all surface preparation deficiencies with required corrections.

3.03   SUBSTRATE PREPARATION

A.   Inspect and clean substrate surfaces to remove laitance, loose material, grease, oil, dust, dirt and other foreign contaminants which could impair bond of the coating materials.

B.   Clean & remove all existing grease, oil byproducts, marking paint, etc. from substrate surfaces using a chemical cleaning agent.   Apply diluted cleaning agent with soft bristle brush, remove cleaning agent with low pressure waterblast.   Contractor shall limit overspray from waterblasting.   Repeat as necessary to remove all stains or residue.   Remove all cleaning product prior to coating application.

C.   Cracks and Joints:

1.   Repair all cracks and joints greater and 1/16 inch wide as identified on the drawings and in the field.   In lieu of cutting and caulking, these cracks may be



prepared per manufacturer's recommendations. Apply detail coat of coating system over crack following repair.

2. Cracks under 1/16 inch wide shall be cleaned and repaired as required by the coating manufacturer. Apply detail coat of coating system over crack following repair.

D. Repair Materials:

1. All concrete repair materials and sealants that come in contact with the new coating shall conform to the requirements to the coating manufacturer.

2. All concrete repair materials and sealants shall be cured in conformance with the coating manufacturer's requirements prior to coating installation.

E. Preparation:

1. Clean/prepare concrete surfaces using shotblasting techniques in strict accordance with the manufacturer's requirements and recommendations. Concrete surfaces shall achieve a minimum CSP-5 profile.

a. The Contractor shall continuously observe the preparation process and monitor for acceptable surface profile. The Contractor shall make adjustments as necessary to minimize excessively rough surface profiles following surface preparation.

b. All new concrete or concrete repair surfaces shall be prepared in strict accordance with manufacturer's requirements to achieve a minimum CSP-5 profile.

c. Excessively rough surfaces shall be considered any surface where the surface profile exceeds a maximum 3/16 inch amplitude or surface profile CSP-7. The Contractor shall repair and fill excessively rough surfaces at no additional cost to Owner.

3. Test substrate for excessive moisture content, in manner recommended by manufacturer or ASTM D4236.

E. Protect adjacent areas from coatings with drop cloths and/or masking. Mask off adjoining surfaces not to receive traffic coating and close off roof and floor drains to prevent spillage and migration of liquid materials outside membrane area.

F. If acid etching is required, Contractor shall maintain concrete pH at current levels.



3.03   OTHER SURFACE PREPARATION

A.   Sealant:

1.   Remove and replace sealant materials at all horizontal/vertical intersections; all such coating intersections shall be prepared and installed per coating manufacturer's requirements and details.

2.   Seal around all penetrations located in the coating, all per manufacturer's requirements and details.

B.   Exposed reinforcing steel:

1.   Abrasive blast clean any exposed reinforcing steel prior to installation of coating system. Sound concrete surfaces around reinforcing and remove any loose concrete around reinforcing bars. Sawcut edge to a minimum ¼ inch depth.

2.   Place and consolidate epoxy and sand slurry mortar mix around exposed reinforcing steel. It is the Project intent to encapsulate exposed reinforcing bars within an epoxy and sand slurry mortar mix prior to application of coating system.

3.04   COATING APPLICATION

A.   General Coverage: The new coating systems shall extend to the areas noted on the Contract Drawings.

B.   Contractor shall sequence the coating installation and curing to allow Owner access to areas per the Supplementary Conditions and Contract Drawings.

C.   Contractor shall coordinate with Owner to control and manage aromatic properties of coating material. These efforts by the Contractor shall include the potential use of fresh air intake and positive ventilation systems, temporarily covering air intakes and other control methods suitable to the Owner. Contractor shall submit positive ventilation procedures to Owner for review.

D.   The Manufacturer's representative must review substrate preparation prior to new coating application. The Manufacturer's representative must state in writing that substrate conditions are acceptable to receive the coating materials.

E.   Mix two-component epoxy materials in strict accordance with manufacturer's requirements. Do not whip or aerate while mixing.



F.      The epoxy resin shall be applied smoothly, uniformly and continuously to the concrete substrate by squeegee, roller or combinations thereof as recommended by the manufacturer. The epoxy shall not be allowed to puddle or accumulate in holes or depressions in the deck.

G.      First Coat: The epoxy resin shall be applied to the concrete substrate at a rate of 40 sq. feet per gallon. While the epoxy is still wet, broadcast the aggregate at a minimum rate of 1½ pounds per sq. foot or until no wet spots are visible (refusal). When the first coat has cured sufficiently to sustain working traffic, any excess aggregate shall be removed from the surface by sweeping.

H.      Second Coat: The epoxy resin shall be applied to the second coat at a rate of 20 sq. feet per gallon. While the epoxy is still wet, broadcast the aggregate at a minimum rate of 1½ pounds per sq. foot or until no wet spots are visible (refusal).

I.      Top Coat: The polyurethane top coat shall be applied to the second coat at a rate of 50 sq. feet per gallon. Do not allow excess materials to puddle or accumulate on the deck.

J.      The total coating system thickness shall average 3/16 inch (190 mils) including aggregate.

K.      Keep traffic off the newly installed coating system for a minimum of 48 hours and as recommended by the manufacturer.

3.05    PAVEMENT MARKING

A.      Do not apply pavement-marking paint until layout, colors and placement have been verified by the Owner. It is the project intent to match existing striping layout and numbering.

B.      Allow new coating to cure before starting pavement marking. Sweep and clean surfaces to eliminate loose material and dust.

C.      Apply marking paint in strict conformance with manufacturer's specifications.

D.      Apply paint with mechanical equipment to produce pavement markings with uniform, sharp and straight edges. Apply at manufacturer's recommended coverage rates to provide a minimum 15 mil wet film thickness. Do not permit traffic until paint is thoroughly dry.

3.06    FIELD QUALITY CONTROL

A.      Final Inspection: Final inspection of completed work shall be carried out by the Owner, Engineer, Contractor and Manufacturer's representative.



B.      Deck coating system shall be installed to the proper system thickness in such a manner as to be free of dirt, visible imperfections and foreign objects. All such non-conformances shall be repaired or otherwise corrected by the Contractor at no additional cost to Owner.

3.07   CLEANUP AND PROTECTION

A.      Promptly as the work proceeds and on completion, clean up and remove from the premises all rubbish and surplus materials resulting from the work.

B.      Clean to the Engineer's and Owner's satisfaction, soiled surfaces, spatters, and damage caused by work of this Section.

C.      Protect traffic deck coating system and all components from damage during construction. Repair any damages in accordance with the Manufacturer's requirements.

END OF SECTION



## SECTION 07 92 00
## JOINT SEALANTS

### PART 1 - GENERAL

1.01  SCOPE OF WORK

A.  Provide all labor, superintendence, materials, tools, equipment, transportation and all means of construction necessary to complete the work, as indicated on the Contract Drawings, described in the Project Specification, or as is necessary to complete the Contract.

B.  The scope of work shall include, but is not necessarily limited to the following:

1.  Apply high performance sealant at all joints conditions and other locations noted on the drawings.

2.  Provide joint fillers and other backing materials, bond breakers, primers and other required accessories.

1.02  RELATED WORK

B.  Section 03 0130:      Concrete Rehabilitation

C.  Section 07 1816:      Vehicular Traffic Deck Coating

1.03  REFERENCE STANDARDS

A.  Organizations whose standards are referenced herein are as follows:

1.  FS – Federal Specification, TT-S-00227E, Type II, Class 'A'.

2.  ASTM C661: Standard Test Method for Identation Hardness of Elastomeric Type Selaants by Means of a Durometer.

3.  ASTM C719: Standard Test Method for Adhesion and Cohesion of Elastomeric Joint Sealants Under Cyclic Movement.

4.  ASTM C920: Standard Specification for Elastomeric Joint Sealants

5.  ASTM C1135: Standard Test Method for Determining Tensile Adhesion Properties of Structural Sealants

6.  ASTM C1193: Standard Guide for Use of Joint Sealants

7.  ASTM C1248: Standard Test Method for Staining of Porous Substrate by Joint Sealants



8. ASTM C1523: Standard Test Method for Determining Modulus, Tear and Adhesion Properties of Precured Elastomeric Joint Sealants

1.04 QUALITY ASSURANCE

A. Manufacturer Qualifications: The Manufacturer shall be a company specializing in applicable sealant systems for a minimum of Ten (10) years. The Manufacturer shall supply a list of projects where their products have been used on similar sized projects with similar jobsite and exposure conditions.

B. Applicator Qualifications:

1. The Applicator shall be familiar with and fully equipped to apply sealant materials and shall be familiar with good construction practices. The Applicator shall be fully knowledgeable of all requirements of the contract documents and be aware of all job site conditions that will affect their work.

2. The Applicator must have a minimum Five (5) years experience in the application of the same or similar sealant systems. Submit written qualification statement documenting company and key personnel experience and at least Five (5) projects similar in magnitude completed within the last Five (5) years.

C. Obtain sealants materials from a single manufacturer to ensure compatibility throughout the system.

1.05 SUBMITTALS

A. Provide submittals in accordance with the provisions of Section 01 3300 "Submittal Procedures".

B. Product Data: Submit manufacturer's product data, technical literature and detailed installation instructions for each product, primer, joint backup material, including detailed instructions for surface preparation, mixing and application.

C. Material Safety Data Sheets (MSDS): Submit manufacturer's MSDS sheets for all specified products.

D. Samples for Initial Selection Purposes: Manufacturer's standard bead samples consisting of strips of actual products showing full range of colors available, for each product exposed to view.

E. Field Mockup Samples: Install four (4) inch long sample of sealant(s) to the selected in building joints for further verification of colors selected from sample submittals and to represent completed work for qualities of appearance, materials and application.



    1.    Mockup samples shall serve as a quality standard for all other similar work on the same building. Contractor must retain accepted mockup samples during construction in an undisturbed condition.

    2.    Acceptance of samples does not constitute approval of deviations from the Contract Documents, unless such deviations are specifically accepted by the Owner and Engineer in writing.

F.    Manufacturer Certificate: Submit certificates from manufacturers of joint sealers attesting that their product complies with specification requirements and are suitable for the use indicated.

G.    Applicator Qualification Statement: Submit written qualification statement documenting company and key personnel experience and at least Five (5) projects similar in magnitude completed within the last Five (5) years.

H.    Product test reports for each type of joint sealer indicated, evidencing compliance with specification requirements.

1.06    DELIVERY, STORAGE AND HANDLING

A.    Delivery of Materials: Deliver sealant materials to the site in original, sealed, undamaged containers properly labeled or accompanied by acceptable evidence of compliance with specified requirements.

B.    Storage of Materials: Store all materials in strict accordance with Manufacturer's requirements and recommendations.

    1.    Store materials is a protected, dry and well ventilated area, out of direct sunlight and in original packaging. Store all materials at temperatures of 50°F and above to facilitate handling.

    2.    Store all materials is accordance with MSDS and in compliance with local fire authority and safety requirements. After partial use of materials replace lids promptly and tightly to prevent contamination.

    3.    All flammable materials must be stored in a cool, dry area away from sparks and open flames. Follow precautions outlined on container or supplied by material manufacturer or supplier.

C.    Handling of Materials: Handle and protect materials prior to and during installation in strict accordance with manufacturer's requirements and recommendations. DO NOT use materials which have been damaged. Damaged materials shall be replaced at the Contractor's expense.



1.07    ENVIRONMENTAL REQUIREMENTS

A.    Sealant materials must be applied within strict conformance to manufacturer's requirements regarding safety and weather conditions.

B.    No installation work shall be performed during rainy or inclement weather and on frost or wet covered surfaces.  DO NOT commence with the application until environmental conditions are suitable for the application of the materials.

C.    Ensure that substrate materials are dry and free of contaminants.  DO NOT commence with the application unless substrate conditions are suitable.  Contractor shall demonstrate that substrate conditions are suitable for the application of the materials.

D.    Cold Weather Requirements:  DO NOT work when ambient temperature is below 45°F, when the substrate temperature is below than 40°F, or when the ambient temperature is expected to fall below 40°F for 48 hours after installation of repair materials.  Ambient temperature must be a minimum of 40°F and rising, and more than 5°F above the dew point. Building an enclosure and heating areas to maintain this temperature may only be done with the written approval of the material manufacturer.  Remove work exposed to lower temperatures as directed by the Owner or Engineer.

E.    Hot Weather Requirements: Special precautions must be taken when ambient and/or substrate temperature is at or above 90°F.  Consult with system manufacturer for special requirements and precautions.

F.    During application it is essential that maximum effort is made to control and eliminate aromatic odors prior to and during the application of sealant products.   The Contractor shall implement odor control and elimination measures prior to and during the application of the waterproofing materials.

1.    Coordinate with the Owner to close or shut down air-intake equipment in the vicinity of the work that could affect indoor air quality.

2.    Protect Contractor personnel and building occupants near the work area from exposure to vapors from sealant products as necessary to comply with requirements of OSHA, NIOSH and/or governing local authority.

1.08    FIELD TEST SAMPLES

A.    Contractor shall test sealant and primers to insure compatibility with a standard pull test.  A standard pull test shall be performed for every 200 lineal feet of sealant.  The sealant/primer will be rejected if adhesion failure occurs.  Contractor is responsible for providing the primer necessary to achieve adhesion.



1.09   WARRANTY

A.     Submit certificate stating that urethane sealants will be tight in all joints without cracking, splitting or other signs of deterioration for a minimum of **Five (5) years** from substantial completion.

B.     Submit certificate stating that silicone sealants will be tight in all joints without cracking, splitting or other signs of deterioration for a minimum of **Ten (10) years** from substantial completion.

C.     If the sealant(s) fail within the guarantee period, the Contractor will replace this sealant in a satisfactory manner at no additional cost to the Owner. This includes all access, rigging and protection without prorating.

## PART 2 - PRODUCTS

2.01   SEALANT MATERIALS

A.     Urethane Sealant: ASTM C920 multi-part, non-sag urethane sealant, Type M, Grade NS, Class 25 complying with the requirements for uses NT.

   1.   Available Products: Subject to compliance with requirements, Manufacturers' products that may be incorporated into the Work include, but are not necessarily limited to, the following specified products.   Comparable manufacturers' products may be incorporated into the work:

      a.   Dynatrol II, as manufactured by Pecora Corp., Harleysville, PA

      b.   Sikaflex-2c NS, as manufactured by Sika Corporation, Lyndhurst, NJ

      c.   Acceptable Equivalent

   2.   Primer: Compatible with selected sealant as recommended by Manufacturer

   3.   Color: The sealant color shall be a standard color. The Contractor shall provide physical samples of colors to verify match with coating color.

   4.   Locations:

      a.   All tee/tee, topping and cove joints along with routed crack conditions.

      b.   Wherever else indicated on the Drawings or by good construction practice.



B.  Silicone Sealant: ASTM C920 one-part, ultra-low modulus silicone sealant, Type S, Grade NS, Class 50 complying with the requirements for uses NT, M, G, A & O

1.  Available Products: Subject to compliance with requirements, Manufacturers' products that may be incorporated into the Work include, but are not necessarily limited to, the following specified products.    Comparable manufacturers' products may be incorporated into the work:

a.  Pecora 890 NST as manufactured by Pecora Corp., Harleysville, PA.

b.  DOWSIL 790 Building Sealant, as manufactured by Dow Corning Corporation, Midland, MI.

c.  Acceptable equivalent.

2.  Primer: Compatible with selected sealant as recommended by Manufacturer

3.  Color: The sealant color shall be a standard color. The Contractor shall provide physical samples of colors to verify match with coating color.

4.  Locations:

a.  Joints around curtainwall window (metal to masonry/concrete)

b.  Wherever else indicated on the Drawings or by good construction practice.

2.02  JOINT SEALANT PACKING

A.  General: Provide sealant backings of material and type which are non-staining; are compatible with joint substrates, sealants, primers and other joint fillers; and shall be of types as manufactured or recommended by sealant manufacturer based on field experience and laboratory testing.

B.  Bond Breaker Tape:    Provide polyethylene tape or other plastic tapes as recommended by sealant manufacturer to be applied to sealant-contact surfaces where bond to substrate or joint filler must be avoided for proper performance of sealant. Provide self-adhesive tapes where available.

C.  Plastic Foam Joint Filler: Preformed, compressible, closed-cell foam recommended by sealant manufacturer; non-staining, non-gassing, moisture-proof and forming no bond with sealant materials in accordance with ASTM standards. Size, shape and density as required to control sealant depth and otherwise contributing to producing optimum sealant performance.



## PART 3 - EXECUTION

3.01    PRE-INSTALLATION MEETING

A.      Convene a pre-construction meeting at the jobsite at least one (1) week prior to the start of sealant work. The Contractor, Applicator and Material Manufacturer's Representative, at the very minimum, shall be at this meeting.   Review mockup samples, substrate preparation, application and protection procedures along with coordination and scheduling required with related work.

B.      Contractor shall prepare a typed copy of meeting minutes and forward to all attendees and the Owner and Engineer.

3.02    EXAMINATION

A.      Contractor, with Applicator present, shall thoroughly examine all substrate and site conditions to verify actual locations, dimensions and other conditions are satisfactory for the installation of sealant work. Examine and verify substrate surfaces are sound, dry, smooth, clean, sloped for drainage and securely anchored.

B.      DO NOT proceed with installation until any unsatisfactory conditions have been corrected.   Should any deficiencies exist, the Contractor, Engineer and the Owner shall be notified in writing and corrections made.   Absence of such notification shall constitute Contractor's acceptance of existing substrate and site conditions.

3.03    INSTALLATION (GENERAL)

A.      General: Perform sealant work in accordance with ASTM C1193 and Sealant, Waterproofing and Restoration Institute (SWRI) Guide Specifications.

B.      Instructions:  Except as modified herein, perform all phases of sealant work in accordance with manufacturer's instructions.

C.      Job Conditions:  Perform sealant work in proper sequence with painting and other finish work, and only when weather, temperature, humidity, air-borne dust and other ambient conditions are favorable for the type material being applied. Do no sealant work when temperature is below 40°F., unless specifically permitted by manufacturer's instructions.

D.      Workmanship: Employ experienced competent workers.  Furnish and use proper tools, equipment and facilities for performing the work.



3.04   SEALANT INSTALLATION

A.   Surface Preparation:

1.   Preparation: Make sure joint surfaces are dry, frost-free and clean. Use solvents, wire brushing, grinding, compressed air and other appropriate means to remove foreign substances and loose materials, and provide a sound base for adhesion of compounds. If surface treatments are present, test for adhesion to determine whether treatment can remain or must be removed.

a.   Prior to installation of new silicone sealant, all existing sealant remnants and residue **must be completely removed** from the substrate to provide a clean, sound substrate surface.

2.   Priming: Apply primer prior to sealant applications. If primer is not required, Contractor must submit a written letter from the manufacturer stating primer is not required for each particular application.

3.   Protecting: Apply sealant materials as soon as possible after surface preparation. If subsequent operations are delayed, protect joints from contamination and/or recondition prepared surface as necessary.

4.   Masking Tape: Use masking tape where required to prevent contact of sealant with adjoining surfaces which otherwise would be permanently stained or damaged by such contact or by cleaning methods required to remove sealant smears. Remove tape immediately after tooling without disturbing joint seal.

B.   Application:

1.   Materials Preparation: Make sure compounds are uniformly blended and of proper consistency. For two-part materials observe application life recommendations and discard materials which have set up or lost resilience or adhesion. Do not dilute compounds without manufacturer's specific permission. If necessary, heat materials to assist in proper placement.

2.   Conditioning Substrate: Avoid contact of compound with bituminous fillers when they are incompatible. Use backup strips of closed cell plastic foam or other recommended materials to prevent such contact and/or to control joint depth according to details or manufacturer's joint depth limitations. Roll strips uniformly into joints without stretching or twisting. Where necessary for elastomeric compounds, provide polyethylene tape or other recommended bond breaker to prevent adhesion to back of joint.

3.   Masking: Apply masking tape along edges of finish joints when compound is poured and under other conditions as directed when neatness is especially important. Remove tape soon after sealing and tooling.



4. Tooling: Tool filled joints to assure maximum contact and freedom from voids and to provide a smooth, neat appearance, with slightly concave surface. For light colored materials, avoid discoloration by using tool dry or by wetting only with clean water or recommended slicking agent

5. Curing & Protecting: Protect newly applied compounds until cured, in all horizontal planes, and elsewhere when damage to joint is possible. Instruct others as to recommended delay before subsequent work, such as painting, can be started.

3.05   CLEANING

A. Clean off excess sealants or sealant smears adjacent to joints as work progresses by methods and with cleaning materials approved by manufacturer of joint sealants and of products in which joints occur.

B. All work adjacent to sealant shall be protected where required, unless otherwise approved by the owner's representative.

C. Drop cloths shall be provided over all horizontal surfaces liable to receive droppings of sealant operations.

D. Misapplied sealants and droppings shall be immediately removed by methods and materials recommended in writing from the manufacturer.

E. After material is applied and tooled, the contractor shall remove all masking and other protection, and clean up any remaining defacement caused by his work.

3.06   PROTECTION

A. Upon completion of joint sealant work, institute appropriate protection procedures to ensure joint sealants are without deterioration or damage at time of Substantial Completion.

B. Protect joint sealants during and after curing period from contact with contaminating substances or from damage resulting from construction operations or other causes so that they are without deterioration or damage at time of Substantial Completion.

C. If despite such protection, damage or deterioration occurs, immediately cut out and remove damaged or deteriorated joint sealants and reseal joints with new materials to produce joint sealant installation with repaired areas indistinguishable from original work.

END OF SECTION



## SECTION 07 95 13
## EXPANSION JOINT ASSEMBLIES

### PART 1 – GENERAL

1.01    SCOPE OF WORK

    A.    Provide all labor, superintendence, materials, equipment, tools, transportation and all means of construction necessary to complete all expansion joint work as shown on the Contract Drawings and described in the Project Specification or as necessary to complete the contract.

    B.    The scope of work includes, but is not necessarily limited to, the following:

        1.    Removal and replacement of top tier stair tower expansion joint system.

        2.    Removal and replacement of fifth tier stair tower expansion joint system.

        3.    Expansion joint accessories

1.02    RELATED WORK

    A.    Section 02 4119:    Selective Demolition

    B.    Section 03 0130:    Concrete Rehabilitation

    C.    Section 07 9200:    Joint Sealants

1.03    QUALITY ASSURANCE

    A.    Applicator Qualifications:

        1.    The Expansion Joint Installer (Installer) shall install the entire joint system including all base legs, leveling beds, side rails, glands, flashing sheets, cover plates, all anchors and secondary seal. The

        2.    The Installer shall be familiar with and fully equipped to install the expansion joint system assembly materials and shall be familiar with good installation practices.

        3.    The Installer shall be trained and certified by the Expansion Joint Manufacturer for installation of expansion joint system assemblies. The Installer must submit written confirmation of "Certified Installer" status.

            a.    The Contractor must include any costs for the Manufacturer's training and certification in the Contract Base Bid



B.   Manufacturer Qualifications:

1.   Expansion Joint Manufacturer must have directly manufactured expansion joint assemblies for a minimum of ten (10) years with a proven track record of leak-free performance prior to bid date.

2.   The Manufacturer must submit a list to Owner/Engineer of ten (10) projects dating back five (5) years, which includes the specified system(s).

1.04   SUBMITTALS

A.   Product Data:  Submit manufacturer's product/technical literature and detailed installation instructions for all products.

B.   Material Safety Data Sheets (MSDS): Submit manufacturer's MSDS sheets for all components of the work.

C.   Shop Drawings:  Submit complete shop drawings showing full extent of expansion joint assemblies, include details indicating profiles of each type of joint assembly, splice joints between sections, joinery with other types, end conditions and relationship to adjoining work and finishes.

D.   Installer Qualifications: Submit document stating Manufacturer's acceptance of Installer as an 'Certified Installer' for the expansion joint system.

E.   Sample Warranty: Submit a sample warranty identifying the terms and conditions of the warranty.

F.   Maintenance Guidelines:   Submit manufacturer's preventive maintenance requirements for each installed joint system.   Provide any and all special requirements for this specific installation.

1.05   DELIVER, STORAGE AND HANDLING

A.   Delivery of Materials: Deliver materials to the jobsite in undamaged containers with labels intact and legible indicating material name, date of manufacture, expiration date and lot number.

B.   Storage of Materials:

1.   Store materials in a protected and dry, well ventilated area. Store materials out of direct sunlight and in original packaging.

2.   Materials stored outside must be raised above ground or floor level on pallets and covered with a waterproof material.  Plastic wrapping installed at the factory must not be used as outside storage covers.



3.  Store all materials is accordance with MSDS and in compliance with local fire
    authority and safety requirements. After partial use of materials replace lids
    promptly and tightly to prevent contamination.

4.  All flammable materials must be stored in a cool, dry area away from open
    flames or excessive heat. Follow precautions outlined on container or supplied
    by material manufacturer or supplier.

C.  Handling of Materials: Handle and protect materials prior to and during installation is
    strict accordance with manufacturer's requirements and recommendations. Do not
    use materials which have been damaged. Damaged materials shall be replaced at
    the Contractor's expense.

1.06   ENVIRONMENTAL REQUIREMENTS

A.  No installation work shall be performed during rainy or inclement weather and on
    frost or wet covered surfaces. DO NOT commence with the application until
    environmental conditions are suitable for the application of the materials.

B.  Comply with applicable codes, regulations, ordinances and laws regarding use and
    application of products that contain volatile organic compounds (VOC).

C.  Coordinate expansion joint work with other trades. The Installer shall have sole right
    of access to the specified areas for the time needed to complete the installation.

D.  Warn personnel against breathing of vapors and contact of material with skin or eyes.
    Wear applicable protective clothing and respiratory protection gear.

E.  Keep flammable products away from spark or flame. Do not allow the use of spark
    producing equipment during application and until all vapors have dissipated. Post
    "NO SMOKING" sings.

F.  Protect expansion joint system and all components from damage during
    construction. Repair any damages in accordance with the Manufacturer's
    requirements.

1.07   SCHEDULING

A.  Work shall be so scheduled as to provide a watertight seal at the end of each working
    day on the area worked upon during the day.

1.08   WARRANTY

A.  Elastomeric Expansion Joint Assembly: The Contractor must forward a written
    guarantee for the product and installation covering all labor and materials to properly
    repair or replace defective expansion joint for a period of Five (5) years. The
    Manufacturer and Installer must collectively warrant that the system will function



satisfactorily for a period of five (5) years from the Date of Substantial Completion of the joint installation. The following conditions shall be specifically covered under the warranty:

1. Leakage at joint under normal use due to cohesive or adhesive failure.

2. Material failure related to tearing, weathering or abrasion.

3. Physical damage to the expansion joint surfaces due to vehicle or snowplow impacts beyond normal use conditions may be excluded from warranty.

B. As part of the warranty process the expansion joint manufacturer must have a qualified representative, or inspection service, on site at least two (2) times during installation. Said representative shall forward a typed copy of his field observations to the Contractor and Engineer for each visit.

## PART 2 – PRODUCTS

2.01   TOP TIER STAIRTOWER EXPANSION JOINT ASSEMBLY

A. Expansion Joint System Manufacturer (Elastomeric Joint System)

1. Wabo Crete Membrane, 'ME Series' Joint System as manufactured by Watson Bowman Acme, Amherst, NY.

2. Emseal Therma Flex 'TCR Series' Joint System, as manufactured by Watson Bowman Acme, Amherst, NY.

3. MM Lokcrete Membrane System 'LMS Series' Joint System, as manufactured by MM Systems Corp., Pendergass, GA.

4. Acceptable equivalent.

B. Provide new expansion joint system needed to accommodate the joint size and expected movement range and join to existing joint system. Expansion joint shall be set at mid-point of movement range and secured to the substrate.

C. Provide factory fabricated and welded transition and termination pieces to provide continuity of the complete system.

D. Remove and replace damaged portions of the existing elastomeric concrete header at second tier.

E. Elastomeric Concrete: Manufacturer's 100% solids, two component, ambient cure elastomeric concrete header material and pre-graded aggregate.



F.    Epoxy:    Manufacturer's high-strength, zero VOC, 100% solids content, two-component epoxy adhesive compatible with joint system.

G.    Accessories:  Provide all necessary and related accessories including preformed or fabricated wall mount plates with appropriate anchors and sealants for a complete installation.

2.02    FIFTH TIER STAIRTOWER EXPANSION JOINT ASSEMBLY

A.    Expansion Joint System Manufacturer (Premolded Joint System)

    1.    Wabo UreFlex, T-10 Joint System as manufactured by Watson Bowman Acme, Amherst, NY.

    2.    Dynaspan Joint System, as manufactured by Pecora Corp., Harleysville, PA.

    3.    Acceptable equivalent.

B.    Support Plate: Aluminum Alloy 6061-T6.  Provide properly sized plate thickness and width required for each joint condition.

C.    Bedding Compound:  Two component urethane sealant as bedding compound for the support plate.

D.    Nosing Compound:  Two-component urethane sealant for installation of system nosing and splicing material between lengths of seal profile.

## PART 3 – EXECUTION

3.01    PRE-INSTALLATION MEETING

A.    Convene a pre-construction meeting at the jobsite at least one week prior to the start of coating work. The Contractor, Applicator and joint Manufacturer's Representative, at the very minimum, shall be at this meeting.  Review substrate preparation, installation procedures, coordination and scheduling required with related work and condition and structural loading limitations of deck or substrate.

B.    Contractor shall prepare a typed copy of meeting minutes and forward to all attendees and the Owner and Engineer.

3.02    EXAMINATION

A.    The Contractor and Applicator shall verify that all substrate and site conditions are satisfactory for the installation of the expansion joint assembly.  Do not proceed with installation until unsatisfactory conditions are corrected.  Should any deficiencies



exist, the Engineer and Owner shall be notified in writing and corrections made. Start of application means Contractor's acceptance of site conditions.

B.      At commencement of installation, an Authorized Expansion Joint Manufacturer's Representative shall inspect jobsite conditions and demonstrate installation procedures. Immediately report all findings to the Engineer and General Contractor. Correct all unacceptable conditions prior to installation.

1.      The Contractor must include all costs for the Manufacturer's Technical Site Services in the Contract Base Bid.

## 3.03    SURFACE PREPARATION

A.      All new concrete surfaces shall be cured a minimum of 14 days and dry and all new rapid cure mortar surfaces shall be cured a minimum of 7 days and dry. Contractor shall test concrete surfaces for moisture content prior to application. Comply with manufacturer's requirements for moisture content prior to material application.

B.      Concrete surfaces shall have a smooth finish, free of fins, ridges, protrusions, rough spalled areas, loose aggregate, exposed course aggregate, voids or entrained air holes. Remove all raised fins, ridges or protrusions prior to application of the membrane.

C.      Damaged or deteriorated elastomeric header materials shall be removed from the existing expansion joint system on the second tier. Do not damage existing expansion joint gland during removals. Prepare expansion joint and concrete surfaces to receive new elastomeric header.

D.      All expansion joint surfaces shall be prepared in strict accordance with manufacturers' requirements. Use all appropriate preparation techniques to remove foreign substances and loose materials to provide a sound base for adhesion of materials.

1.      Maintain consistent, uniform, dimensionally consistent expansion joint opening. Sawcut and prepare joint edges to maintain uniform dimensions.

2.      Sawcut and remove concrete along existing joint blockouts as required to conform to Manufacturer's installation requirements. Confirm blockout dimensions and elevations conform to Manufacturer's requirements prior to starting joint installation.

3.      Repair and fill the bottom of the joint blockout with concrete repair mortar as required to maintain proper dimensions, depth and elevations. Confirm blockout conforms with Manufacturer's requirements prior to starting joint installation.



4.  Repair any rough or edge spalled areas that will impact the installation of the joint sealant. Repair area in accordance with Manufacturer's recommendations and allow to properly cure prior to joint installation.

3.04  INSTALLATION

A.  Provide watertight protection to existing expansion joint opening throughout the work. Schedule the work to provide a continuous watertight seal during the work.

B.  The Contractor shall clean the concrete blockout of all contaminants prior to starting joint installation. Remove all laitance, surface dirt, rust, old sealant materials and or substances that will impact joint installation.

C.  Areas adjacent to the joint must be masked with tape to ensure a neat, clean joint installation.

D.  Elastomeric Expansion Joint System:

1.  The membrane seal element shall be unpacked a laid in a relaxed position to relieve any temporary coiling from packaging prior to placement.

2.  Prepare winged flaps of membrane gland element in accordance with manufacturer's requirements.  Install elastomeric gland in longest possible continuous lengths.  Heat weld splice points in strict accordance with manufacturer's requirements.

3.  Prepare concrete substrate to remove all latencies and contaminants.  Apply bonding agent (primer) to concrete substrate prior to installation of elastomeric header materials.

4.  Mix and prepare elastomeric concrete header material in strict accordance with manufacturer's requirements.  Apply and finish header material in accordance with manufacturer's requirements.

E.  Premolded Sealant Joint System:

1.  The premolded sealant shall be unpacked a laid in a relaxed position along the side of expansion joint blockout. Wire brush and clean the beveled edges with solvent.

2.  Wipe aluminum plates with solvent to remove any dirt and oil.  Apply a thin film of Plate Primer to the aluminum plate; do not over-prime.

3.  Prime the blockout ledge where the bedding will be installed with Blockout Primer. Allow primer to dry until it is tacky to the touch.



4.    Caulk and trowel a thin section of bedding compound on each side of the expansion joint blockout. The bedding shall be laid for the plate to lay level and flat. Bedding must fully support plate.

5.    On one side of blockout opening, lay a precut piece of polyethylene onto the fresh bedding to act as a bond breaker. Do not extend polyethylene into area that will receive nosing materials.

6.    Bed the aluminum plates in bedding at proper depth.

7.    Apply bond breakers over the top face of the aluminum plate to keep plates free floating under premold sealant.

8.    Place premold seal into the blockout, centered in joint. Apply primer to concrete, tapered premold edge and butt splices.

9.    Install nosing material to secure expansion joint into proper position. Tool joint smooth.

3.05    FIELD QUALITY CONTROL

A.    Final Inspection: Final inspection of completed work shall be carried out by the Owner, Engineer, the Contractor and Manufacturer's representative.

3.06    CLEANUP AND PROTECTION

A.    Promptly as the work proceeds and on completion, clean up and remove from the premises all rubbish and surplus materials resulting from the work.

B.    Clean to the Engineer's and Owner's satisfaction, soiled surfaces, spatters, and damage caused by work of this Section.

C.    Protect expansion joint system and all components from damage during construction. Repair any damages in accordance with the Manufacturer's requirements. After work is complete, clean exposed joint surfaces with a suitable cleaner that will not damage the joint finish.

END OF SECTION



## SECTION 00 01 15
## LIST OF DRAWINGS

DRAWING NO.                 DRAWING TITLE

CS                          Cover Sheet

100                         Top Tier Plan

101                         Fifth Tier Plan

102                         Fourth Tier Plan

103                         Repair Details I

104                         Repair Details II

105                         Repair Details III

106                         Striping Plan

107                         Phasing Plan

SECTION 00 4113
BID FORM

A.   THE FOLLOWING PROPOSAL IS HEREBY MADE TO:

OWNER:              St. Christopher's Hospital for Children
BUSINESS ADDRESS:   160 East Erie Avenue
CITY, STATE, ZIP:   Philadelphia, PA 19134

Sealed bids are due on August 28, 2018 at 3:00 PM. Bids shall be submitted in electronic and hardcopy format. Bids shall be addressed and delivered to the following Owner's Representative:

Mr. Robert Kirschner
Director of Facilities Management & Construction
St. Christopher's Hospital for Children
160 East Erie Avenue
Philadelphia, PA 19134

B.   STIPULATED AMOUNT: The Undersigned hereby proposes and agrees to furnish all the necessary labor, materials, equipment, tools and services necessary for the construction of Parking Garage Repairs all in accordance with the Drawings, Specifications and other Contract Documents prepared by JOSEPH B. CALLAGHAN, INC., Consulting Engineers, One Penn Center, Suite 1655, 1617 John F. Kennedy Boulevard, Philadelphia, PA 19103 for the following stipulated amount:

1.  Base Bid:

Four Hundred Fifty One Thousand Fifty-------------Dollars ($  451,050.00   )

Completion Time:   65   Calendar days

C.   UNIT PRICES: The Undersigned hereby proposes and agrees to furnish, at the following unit prices, all the necessary labor, materials, equipment, tools and services necessary for the construction of the following items. All unit prices shall include all overhead, profit and premium time, if applicable.

| ITEM | | UNIT PRICE |
|------|---|-----------|
| Type 1 – Tee/Tee Joint Repair | $ | 7.50   /LF |
| Type 2 – Topping Joint Repair | $ | 7.00   /LF |
| Type 3 – Crack Repair | $ | 7.00   /LF |
| Type 4 – Cove Joint | $ | 7.00   /LF |
| Type 5 – Concrete Repair at Tee/Tee Joint | $ | 55.00   /LF |

Parking Garage Repairs
St. Christopher's Hospital
JBCI Project #185594

| | | | |
|---|---|---|---|
| Type 6 - Full Depth Repair at Tee/Tee Joint | $ | 105.00 | /LF |
| Type 7 – Concrete Topping Repair | $ | 55.00 | /SF |
| Type 8 – Underside Repair | $ | 125.00 | /SF |
| Type 9 – Full Depth Flange Repair | $ | 100.00 | /SF |
| Type 10 – Wall/Column Face Repair | $ | 100.00 | /LF |
| Type 11 – Column Corner Repair | $ | 100.00 | /LF |
| Type 12 – Grout Pocket Repair | $ | 75.00 | /EA |
| Type 13 – Lifting Loop Pocket Repair | $ | 75.00 | /EA |
| Type 14 - Tee Flange Repair | $ | 125.00 | /LF |

D.   KNOWLEDGE OF LOCAL CONDITIONS & CONTRACT DOCUMENTS: The Undersigned has examined the location of the proposed work, the Drawings, Specifications and other Contract Documents and is familiar with the local conditions at the place where the work is to be performed.

E.   PROPOSAL GUARANTY: A Proposal Guaranty is not required for this project.

F.   EXECUTION OF AGREEMENT & FURNISHING BONDS: Within ten (10) days after being awarded the Contract, the Undersigned agrees to execute the form of Agreement included as one of the Contract Documents. Performance and Payment Bonds are not required for this project.

G.   ADDENDA: The Undersigned hereby acknowledges receipt of the following Addenda to the Contract documents and further acknowledges that the information and changes contained in these Addenda has been included in the bid price:

Addenda No.                                    Dated
N/A

H.   CONTRACT TIME: If awarded the Contract, the Undersigned agrees to complete the work and selected alternates, within the stated calendar days of the commencement of the Contract Time, as defined in the General Conditions of the Contract. It is the Owner's intent to start the work on or about September 10, 2018 with the intent that all work be substantially complete by November 16, 2018.

J.   OWNERS' RIGHTS RESERVED: The Undersigned understands that the Owner reserves the right to reject any or all Proposals or to waive any formality or technicality in any Proposal in the interest of the Owner.

Parking Garage Repairs
St. Christopher's Hospital
JBCI Project #185594

K.    THE ABOVE PROPOSAL IS HEREBY RESPECTFULLY SUBMITTED BY:

Watts Restoration Co., Inc.
CONTRACTOR

*Edward Minnix Jr.*

SIGNATURE OF BIDDER

Edward Minnix, Jr.
NAME OF SIGNATORY (PRINT)

Project Superintendent
TITLE OF SIGNATORY

1704 Bustleton Pike
BUSINESS ADDRESS

Feasterville            PA            19053
CITY                    STATE          ZIP

August 29, 2018
DATE

PLACE CORPORATE SEAL HERE

Issue for Bid
August 16, 2018

Bid Form 00 4113 - 3

Parking Garage Repairs
St. Christopher's Hospital
JBCI Project #185594

### Parking Garage Repairs
### St. Christopher's Hospital for Children
### Philadelphia, PA

Contractor Name: __Watts Restoration Co., Inc.__

## CONTRACTOR'S BID BREAKDOWN

| | | | |
|---|---|---|---|
| A. | General Conditions | $ | 15,000.00 |
| B. | Life Safety & Protection | $ | 10,000.00 |
| C. | Concrete Repairs | $ | 206,550.00 |
| D. | New Coatings and Sealants | $ | 167,000.00 |
| E. | Expansion Joint Replacement | $ | 25,000.00 |
| F. | Cleaning & Striping | $ | 12,000.00 |
| G. | Miscellaneous Construction | $ | 15,500.00 |
| | Base Bid Total = | $ | 451,050.00 |

## Mary Murphy

| | |
|---|---|
| **From:** | Ed Minnix |
| **Sent:** | Tuesday, November 06, 2018 1:19 PM |
| **To:** | Mary Murphy |
| **Subject:** | Fwd: Contracts attached for your review approval and signature. |
| **Attachments:** | Watts Restoration - St Christophers-Stairtower Repair Agreement.pdf; Watts Restoration - St. Christopher-Parking Garage Repair-Agreement.pdf |

Sent from my Verizon HTC Smartphone

----- Forwarded message -----
From: "Robert Kirschner" <Robert.Kirschner@americanacademic.com>
To: "Ed Minnix" <eminnixjr@wattsrestoration.com>
Cc: "Maria Scenna" <Maria.Scenna@americanacademic.com>, "Randle Parker"
<Randle.Parker@americanacademic.com>, "Stephen Voit" <Stephen.Voit@americanacademic.com>
Subject: Contracts attached for your review approval and signature.
Date: Tue, Nov 6, 2018 12:42 PM

Ed let me know if you have any questions or concerns. The contracts are attached for your review, approval and signature. Thanks, Bob.

Robert Kirschner, CHFM, CHC
160 East Erie Avenue
Philadelphia, PA  19134
Office: 215-427-6670
Cell: 215-298-3859
Robert.Kirschner@americanacademic.com

1