IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | **Ref. No. 608** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                         ) SS
NEW CASTLE COUNTY  )

Melissa Ramirez, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, counsel to Watts Restoration Company, Inc. in the above captioned bankruptcy cases, and that on the 30th day of August, 2019, she caused the following:

- **Objection of Watts Restoration Company, Inc. to Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts [D.I. 608]**

to be served on the attached service list in the manner so indicated:

_____
Melissa Ramirez

SWORN TO AND SUBSCRIBED before me this 30th day of August, 2019.

_____
Notary Public

[Notary Seal: DONNA K. KINTZ, MY COMMISSION EXPIRES ON 06-04-2020, NOTARY PUBLIC, STATE OF DELAWARE]

{1253.001-W0057499.}

Center City Healthcare, LLC
d/b/a Hahnemann University Hospital, et al.
Chapter 11
Case No. 19-11466 (KG)
(Jointly Administered)
Service List

**VIA HAND DELIVERY**
Saul Ewing Arnstein & Lehr LLP
Mark Minuti
Monique B. DiSabatino
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
[*Counsel for the Debtors and Debtors in Possession*]

**VIA FIRST CLASS MAIL**
Saul Ewing Arnstein & Lehr LLP
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
[*Counsel for the Debtors and Debtors in Possession*]

**VIA HAND DELIVERY**
Fox Rothschild LLP
Thomas M. Horan
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
[*Proposed Counsel for the Committee of Unsecured Creditors*]

**VIA HAND DELIVERY**
Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Sills Cummis & Gross P.C.
Andrew H. Sherman
Boris I. Mankovetskiy
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
[*Proposed Counsel for the Committee of Unsecured Creditors*]

**VIA HAND DELIVERY**
Stradley, Ronon, Stevens & Young LLP
Joelle E. Polesky, Esquire
1000 N. West Street, Suite 1279
Wilmington, DE 19801
[*Counsel for Prepetition Secured Lender and DIP Agent*]

**VIA FIRST CLASS MAIL**
Stadley, Ronon, Stevens & Young LLP
Gretchen M. Santamour, Esquire
2005 Market Street, Suite 2600
Philadelphia, PA 19103
[*Counsel for Prepetition Secured Lender and DIP Agent*]