**EXHIBIT A**

|   | Contract Party | Title of Agreement | Debtor Party | Proposed Cure Amount |
|---|---|---|---|---|
| 1 | Drexel on Behalf of AJ Drexel Autism Institute | Service Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 2 | Drexel University | Lease Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 3 | Drexel University | Lease Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 4 | Drexel University | Institutional Review Board Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 5 | Drexel University | Service Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 6 | Drexel University | Services Agreement | St. Christopher's Healthcare, LLC | $98,753.39 |
| 7 | Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 8 | Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 9 | Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 10 | Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 11 | Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 12 | Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 13 | Drexel University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 14 | Drexel University | Service Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 15 | Drexel University | Various | St. Christopher's Healthcare, LLC | $0.00 |
| 16 | Drexel University | Lease Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 17 | Drexel University | Leased Employees Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 18 | Drexel University | Institutional Review Board Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 19 | Drexel University | Neuropsychological Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 20 | Drexel University | Service Agreement | SCHC Pediatric Associates, L.L.C. | $961,912.80 |
| 21 | Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 22 | Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 23 | Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 24 | Drexel University | Student Affiliation Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |

| | | | | |
|---|---|---|---|---|
| 25 | Drexel University | Service Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 26 | Drexel University (Adult Cystic Fibrosis Clinic) | Timeshare Sublease (see C.10 for sublease) | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 27 | Drexel University College of Medicine | Restated Research Management Services Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| 28 | Drexel University College of Medicine | Restated Research Management Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 29 | Drexel University College of Medicine | Master Educational Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 30 | Drexel University College of Medicine | Restated Research Management Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 31 | Drexel University College of Medicine - Foundations Master Services (formerly PILS) | Service Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |
| 32 | Drexel University, for its College of Medicine | Amended and Restated Academic Affiliation Agreement | Philadelphia Academic Health System, LLC | $13,116,121.30 |
| 33 | Drexel University, for its College of Medicine | Supplemental Academic Affiliation Agreement - Pediatric Medicine | Philadelphia Academic Health System, LLC | $0.00 |
| 34 | Drexel University, for its College of Medicine | Agreement for Residency Teaching | St. Christopher's Healthcare, LLC | $0.00 |
| 35 | Drexel University, for its College of Medicine | Supplemental Academic Affiliation Agreement - Pediatric Medicine | St. Christopher's Healthcare, LLC | $0.00 |
| 36 | Drexel University, for its College of Medicine | Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 37 | Drexel University, for its College of Medicine | Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| 38 | Drexel University, For Its College Of Medicine | Various | St. Christopher's Healthcare, LLC | $0.00 |
| 39 | Drexel University, for its College of Medicine | Services Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |

| | | | | |
|---|---|---|---|---|
| 40 | The Academy Of Natural Sciences Of Drexel University | Agreement For Venue | St. Christopher's Healthcare, LLC | $0.00 |