**EXHIBIT B**

|   | Contract Name | Expired | Non-Monetary Default | Payment Default Cure Amount[7] |
|---|---|---|---|---|
| 1 | Amended and Restated Academic Affiliation Agreement | | X | $14,439,162.00 |
| 2 | SCHC Pediatric Associates Leased Employees Services Agreement effective 4/15/2016- Master | | | $0.00 |
| 3 | SCHC Pediatric Associates Leased Employees Services SOW Ferreira | X | | $15,071.88 |
| 4 | SCHC Pediatric Associates Neuropsychological Services 12/4/2018 FASD | | | $4,920.97 |
| 5 | SCHC Pediatric Associates Service Agreement Special Needs 2/20/18 | | | $7,426.00 |
| 6 | SCHC Pediatric Associates Services Neuropathology Services (Katsetos) effective 12/15/2016 | X | | $0.00 |
| 7 | SCHC Pediatric Associates Sublease Time Share 153 Brodhead 10/31/2018 | | | $0.00 |
| 8 | Pennsylvania Oral & Maxillofacial Surgery (PAOMS) Residency Teaching | | | $58,333.33 |
| 9 | St. Christopher's Healthcare Services Neuropsychologists 2/15/2018 | | | $2,517.20 |
| 10 | Tenet Affiliation Agreement SCHC MS Pathology Ass't Program | | | $0.00 |
| 11 | Tenet Restated Research Management Services Agreement | | | $0.00 |
| 12 | Tenet SCHC Academic Affiliation (Pediatric) Addendums | | X | $0.00 |
| 13 | Tenet SCHC Services IRB Services effective 10/9/2015 | | | $0.00 |
| 14 | Tenet SCHC Services Laboratory Services effective 12/22/2016 | X | | $128,056.39 |
| 15 | Tenet SCHC Services Radiation Services 3/1/2008 | | | $25,779.00 |

---

[7] All amounts reflected on this Exhibit B are as of July 31, 2019, and are subject to any further accruals. In addition, such amounts reflect only the amount necessary to cure payment defaults, and do not include monetary damages for defaults arising from the closure of Hahnemann.

| | | | | |
|---|---|---|---|---|
| 16 | Tenet SCHC Affiliation Agreement 1/5/2015 | | | |
| 17 | Center for CYSCHN Affiliation Agreement 10/2007 | | | |
| 18 | Dorothy Mann Center at SCHC Affiliation Agreement | | | |
| 19 | SCHC Affiliation Agreement (Chen) | | | |
| 20 | SCHC Affiliation Agreement (DeLago) | | | |
| 21 | SCHC Affiliation Agreement (Haines) | | | |
| 22 | SCHC Affiliation Agreement (Moront) | | | |
| 23 | Tenet SCHC Affiliation Agreement 5/13/2016 | | | |
| 24 | Tenet SCHC Affiliation Agreement 6/2/2017 | | | |
| 25 | Lease of New College Building 5th Floor | | | |
| 26 | Lease of New College Building 1/11/2018 | | | |
| 27 | Lease of Bellet Building 1/11/2018 | | | |
| 28 | Lease of Feinstein Building 1/11/2018 | | | |