**EXHIBIT C**

| Debtor Contract List Number | Possible Corresponding Drexel Contract list Number |
|---|---|
| 1 | Unidentified |
| 2, 3, and 16 | 25, 26, and 27 (in no particular order) |
| 4 | Unidentified |
| 5, 14, 39 | 5, 13, and 15 (in no particular order) |
| 6 | 14 |
| 7, 8, 9, 10, 11, 12, 13, 21, 22 | 16, 17, 18, 19, 20, 21, 22, 23, 24 (in no particular order) |
| 15 | Unidentified |
| 17 | 2 |
| 18 | Unidentified |
| 19 | 4 |
| 20 | Unidentified |
| 23 | Unidentified |
| 24 | Unidentified |
| 25 | Unidentified |
| 26 | 7 |
| 27 | 11 |
| 28 | Appears duplicative of Debtor 27 and Drexel 11 |
| 29 | Unidentified |
| 30 | Appears duplicative of Debtor 27 and Drexel 11. |
| 31 | Unidentified |
| 32 | 1 |
| 33 | 12 |
| 34 | Unidentified |
| 35 | Appears duplicative of Debtor 33 and Drexel 12 |
| 36 | Appears duplicative of Debtor 32/33 and Drexel 1/12 |
| 37 | Appears duplicative of Debtor 32/33 and Drexel 1/12 |
| 38 | Unidentified |
| 40 | Unidentified |

For purposes hereof, "Unidentified Contracts" means (a) any Debtor Contract List Contracts listed above as unidentified, (b) any Debtor Contract List Contracts listed as duplicative if in fact they are non-duplicative separate Contracts, and (c) any Debtor Contract List Contracts that although identified as corresponding to a Drexel Contract List Contract, in fact do not so correspond.