## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, Esquire, do hereby certify that, on this 30th day of August 2019, I caused a true and correct copy of the *Objection of Drexel University to Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases of the Debtors*, to be served on the addresses on the attached list in the manner indicated thereon.

/s/ Tobey M. Daluz
Tobey M. Daluz

### VIA HAND DELIVERY

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Thomas M. Horan
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323

Joelle E. Polesky
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801

### VIA FIRST CLASS MAIL

Gretchen M. Santamour
Deborah Reperowitz
Mark J. Dorval
Joseph W. Catuzzi
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102