IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC | ) | Case No. 19-11466 (KG) |
| d/b/a HAHNEMANN UNIVERSITY | ) | |
| HOSPITAL, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 510** |

**OBJECTION BY LABORATORY CORPORATION OF AMERICA
HOLDINGS TO DEBTORS' PROPOSED CURE AMOUNTS**

Laboratory Corporation of America Holdings ("**LabCorp**") hereby submits this objection to the Debtors' proposed cure amounts referenced in Exhibit A to the *Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (Docket No. 510) (the "**Assumption and Assignment Notice**"). As grounds for this objection, LabCorp states as follows:

**BACKGROUND**

1. On or about June 30, 2019 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. On or about July 9, 2019, St. Christopher's Healthcare, LLC, along with the other debtors on the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed their motion (the "**Sale Motion**") [Docket No. 142] seeking entry of orders (the "**Bidding Procedures Order**"): *(I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief.*

3. On July 19, 2019, the Court entered the Bidding Procedures Order, scheduling a sale hearing, authorizing and approving certain bidding procedures for the sale, and granting related relief [Docket No. 249].

4. On August 16, 2019, the Debtors filed the Assumption and Assignment Notice setting forth proposed cure amounts for certain executory contracts [Docket No. 510].

5. LabCorp and one of the Debtors, St. Christopher's Healthcare, LLC ("SCH") are identified as parties to an executory contract titled Contractor Specimen Collection Agreement (the "**CSCA**").[2] The CSCA appears on Exhibit A to the Assumption and Assignment Notice (page 19).

6. In accordance with the terms and conditions set forth in the CSCA and any related documents or agreements, Debtors were obligated to make certain payments to LabCorp for services rendered. The Debtors have defaulted on their obligation to make all the required payments.

**OBJECTION TO PROPOSED CURE AMOUNTS**

7. Section 365(b) requires that the Debtors cure all monetary defaults under the Leases and Contracts prior to their assumption and assignment. 11 U.S.C. § 365(b)(1)(A). It further requires that the Debtors compensate WPAHS for any actual pecuniary loss resulting from the Debtors' default. 11 U.S.C. § 365(b)(1)(B).

---

[2] LabCorp has requested a copy of the CSCA from the Debtors. LabCorp reserves its rights with respect to whether the CSCA is non-executory, terminated, or otherwise non-assignable.

8. The Assumption and Assignment Notice lists the CSCA on Exhibit A, page 19 as having a cure amount of $0.00.

9. Schedule F filed for SCH lists LabCorp as having a general unsecured claim in the amount of $195,330.33 (Docket No. 449).

10. LabCorp objects to the cure amount listed in the Assumption and Assignment Notice. The correct cure amount under the CSCA is $262,252.79, as set forth in the proof of claim filed by LabCorp with respect to St. Christopher's Healthcare, LLC, a copy of which is attached as Exhibit A.

**RESERVATION OF ADDITIONAL OBJECTION TO ASSUMPTION AND ASSIGNMENT**

11. LabCorp reserves its rights under the Bankruptcy Code to assert any additional monetary defaults and/or pecuniary losses which arise in accordance with the CSCA, including any post-petition changes which remain unpaid as of the proposed date of assumption and assignment of the CSCA.

12. LabCorp reserves the right to amend and/or supplement this Objection and to raise other and further objections with respect to the Debtors' proposed sale transaction and the Assumption and Assignment Notice.

13. Additionally, LabCorp is still investigating the amounts owing to it under the CSCA, and because this reconciliation is still ongoing, LabCorp reserves the right to amend and/or supplement this Objection to claim any additional amounts it discovers owing, or which are continuing to accrue, to LabCorp under the CSCA and to which LabCorp is entitled in order to cure the Debtors' default.

14. Finally, LabCorp reserves the right to object based on the Debtors' inability to provide adequate assurance of future performance on the part of the Debtors and/or any proposed

assignee as required by section 365(f)(2) of the Bankruptcy Code if and when the Debtors provide such information.

## CONCLUSION

WHEREFORE, for the foregoing reasons, LabCorp objects to the Cure Notice and reserves its rights, as set forth herein.

Dated:  August 30, 2019  
        Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*  
William D. Sullivan (No. 2820)  
901 North Market Street, Suite 1300  
Wilmington, DE  19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195  
Email: bsullivan@sha-llc.com

*Attorneys for Laboratory Corporation of America Holdings*