# Exhibit A

Debtor: St. Christopher's Healthcare, LLC

UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

Case Number: 19-11468

**FILED**

Claim No. 47

August 01, 2019

By Omni Claims Agent
For U.S. Bankruptcy Court
District of Delaware

Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Carefully read instructions included with this Proof of Claim before completing.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Laboratory Corporation of America
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor: LabCorp

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes   From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Karen L Whitmer
c/o Johnson Legal Network, PLLC
535 Wellington Way, Suite 380

Lexington, KY 40503

Contact Phone  8592520093
Contact email  kwhitmer@lexlaw.us

Where should payments to the creditor be sent? (if different)

Contact Phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

**4. Does this claim amend one already filed?**
[X] No
[ ] Yes   Claim Number on court claims registry (if known) _____   Filed On _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes   Who made the earlier filing?

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes    Last 4 digits of the debtor's account or any number you use to identify the debtor: 9795

**7. How much is the claim?** $ $262,252.79

Does this amount include interest or other charges?
☒ No
☐ Yes    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information
laboratory services rendered

**9. Is all or part of the claim secured?**
☒ No
☐ Yes    The claim is secured by a lien on property

Nature of property:
☐ Real Estate  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
☐ Motor Vehicle
☐ Other    Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

Value of Property:    $
Amount of the claim that is secured:    $
Amount of the claim that is unsecured:    $    (The sum of the secured and unsecured amounts should match the amount in line 7).

Amount necessary to cure any default as of the date of the petition:    $

Annual Interest Rate:  (when case was filed) _____%
☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes    Amount necessary to cure any default as of the date of the petition.    $

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes    Identify the property: _____

**12. Is this claim for the value of goods received by the debtor within 20 days before the commencement date of this case (11 U.S.C. § 503(b)(9)).?**
☒ No
☐ Yes    Amount of 503(b)(9) Claim:    $

Official Form 410                                Proof of Claim

| 13. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | [X] No <br> [ ] Yes  Check all that apply | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | [ ] Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | [ ] Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | [ ] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | [ ] Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5). | $ |
| | [ ] Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

[ ] I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowlegment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   8/1/2019
                   MM / DD / YYYY

Karen L Whitmer
Signature

Print the name of the person who is completing and signing this claim:

| Name | Karen L Whitmer | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Title | Attorney | | |
| Company | Laboratory Corporation of America | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| | c/o Johnson Legal Network, PLLC | | |
| Address | 535 Wellington Way, Suite 380 | | |
| | Lexington, KY 40503 | | |
| Contact Phone | 8592520093 | Email | kwhitmer@lexlaw.us |

Official Form 410                              Proof of Claim

```
JCBB                                                                  07-22-19
LCBS                        Client Bill Balances List                 16:09:27
HL                                                                    More:
Client Account: 37175170   Report to Name1: ST CHRISTOPHERS HOSPITAL
Corp Account   :           Bill to Name1  : ST CHRISTOPHERS HOSPITAL
                           O ("O"pen or "A"ll)
    Client Balance              Client Payments            Client Adjustments
       298,303.26                    0.00                         0.00
   Sel  Bill Number Bill Switch   Bill Date    Billed Amount     Balance
        61964600         Y        03-30-19        62,746.78      62,746.78
        62269011         Y        04-27-19        42,901.06      42,901.06
        62568718         Y        06-01-19        89,682.49      89,682.49
        62887594         Y        06-29-19        62,485.20      62,485.20
        63188244         N                        40,487.73      40,487.73


F1=HELP F3=EXIT F5=REFRESH F6=BILLSUM  F7=UP F8=DOWN F9=ADJUST F10=CLNT NOTE
F11=TRAN BAL F13=PMNTSRCH F14=BULK ADJ F15=CLNTPYMT F16=CLNT INQ F17=REPRMNT
                                                             Tran: ____
```

*pre-petition to date*
*$257,815.53*

```
JCBB                                                                  07-22-19
LCBS                        Client Bill Balances List                 16:08:41
HL                                                                    More:
Client Account: 37115545   Report to Name1: ST CHRISTOPHERS HOSPITAL
Corp Account   :           Bill to Name1  : ST CHRISTOPHERS HOSPITAL
                            O ("O"pen or "A"ll)
    Client Balance              Client Payments            Client Adjustments
        2,194.15                      0.00                          0.00
  Sel  Bill Number Bill Switch    Bill Date     Billed Amount     Balance
  __    61691861        Y         03-02-19          386.00          60.70
  __    61988411        Y         03-30-19        1,528.91       1,528.91
  __    62369760        Y         04-27-19          540.00         540.00
  __    62667920        Y         06-01-19           20.00          20.00
  __    63143889        Y         06-29-19           40.54          40.54
  __    63283804        N                             4.00           4.00


F1=HELP F3=EXIT F5=REFRESH F6=BILLSUM  F7=UP F8=DOWN F9=ADJUST F10=CLNT NOTE
F11=TRAN BAL F13=PMNTSRCH F14=BULK ADJ F15=CLNTPYMT F16=CLNT INQ F17=REPRMNT
                                                                    Tran: ____
```

*pre-petition $ 2190.15*

```
JCBB                                                              07-23-19
LCBS                        Client Bill Balances List             15:16:49
HL                                                                More:
Client Account: 37139795    Report to Name1: SCPA ENDOCRINOLOGY
Corp Account   :            Bill to Name1  : ST CHRISTOPHER HOSP FOR CHILDREN
                             O ("O"pen or "A"ll)
       Client Balance              Client Payments             Client Adjustments
         2,917.36                      0.00                         0.00
  Sel  Bill Number  Bill Switch   Bill Date     Billed Amount    Balance
   _    62441438        Y          04-27-19         200.00        200.00
   _    62752856        Y          06-01-19       1,610.86      1,610.86
   _    62887530        Y          06-29-19         436.25        436.25
   _    63214304        N                           670.25        670.25


F1=HELP F3=EXIT F5=REFRESH F6=BILLSUM  F7=UP F8=DOWN F9=ADJUST F10=CLNT NOTE
F11=TRAN BAL F13=PMNTSRCH F14=BULK ADJ F15=CLNTPYMT F16=CLNT INQ F17=REPRMNT
                                                                 Tran: ____
```

*pre-petition $2247.11*