# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a/ HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: DI 510**<br>**Hearing Date: 9/23/2019 at 1:00 p.m.**<br>**Objection Deadline (Cure): 8/30/2019 at 4:00 p.m.** |

### OBJECTION OF GLOBAL NEUROSCIENCES INSTITUTE, LLC TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT

Global Neurosciences Institute, LLC ("GNI") hereby objects (the "Objection") to the *Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (the "Notice", DI 510).

## BACKGROUND

**I.  Procedural History.**

1. On June 30, 2019 and July 1, 2019, Center City Healthcare, LLC d/b/a/ Hahnemann University Hospital and certain of its affiliates (collectively, the "Debtors"), including St. Christopher's Healthcare, LLC ("SCH"), each filed their respective voluntary petitions for relief under chapter 11 of 11 U.S.C. § 101 *et seq.*  Each of the Debtors have continued to operate their respective businesses and manage their respective properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**II.     The Master Services Agreement.**

2.      SCH and GNI are party to a Master Services Agreement (the "Services Agreement") effective November 1, 2016. Under the Services Agreement, GNI provides directorship, on-call and on-site neurosurgical physician staffing to SCH.

3.      GNI rendered services under the Services Agreement during May and June, 2019. Invoices for those services totaling $314,337.74 (the "Cure Amount") were submitted on a timely basis and are attached as Exhibit "1" hereto. SCH has not paid for those services.

4.      Exhibit "A" to the Notice is the Debtors' cure schedule (the "Cure Schedule"). The Cure Schedule lists the cure amount under the Services Agreement as $0.00.[2]

**OBJECTION**

5.      Contrary to the Cure Schedule, according to GNI's books and records, as of the date of the Notice, the accrued monetary amount due under the Services Agreement was the Cure Amount.[3] As a condition of assuming the Services Agreement, the Cure Amount must be paid in full. 11 U.S.C. § 365(b). In addition, to the extent that any post-petition amounts remain unpaid as of the date of assumption, such amounts must also be paid in full. *Id.*

6.      GNI also objects to the extent that Debtors are seeking to assume and/or assign (i) any contracts or leases that are inadequately identified in the Cure Schedule or (ii) any contracts or leases that were terminated or expired as of the Petition Date or are otherwise not executory contracts or unexpired leases within the meaning of 11 U.S.C. § 365.

---

[2] The Cure Schedule also lists GNI as party to three (3) lease agreements. GNI is not clear what is being referenced here and reserves any and all of its rights.

[3] GNI continues to render services under the Services Agreement on a post-petition basis. At any particular point in time, there are hence accrued post-petition charges under the Services Agreement. However, Debtors have thus far been paying GNI on a regular basis and such amounts are hence not listed. GNI reserves all of its rights as to any unpaid post-petition amounts.

## **RESERVATION OF RIGHTS**

7.  GNI reserves its right to object to the assumption and assignment of the Services Agreement or any of its contracts or leases with any of the Debtors on the basis of adequate assurance of future performance, as required by 11 U.S.C. § 365(b).  GNI further generally reserves its rights with respect to the assumption and assignment of the Services Agreement or any of its contracts or leases with any of the Debtors.

**WHEREFORE**, GNI objects to the assumption of the Services Agreement without payment in full of the Cure Amount and all other amounts which may be due thereunder at the time of such assumption and/or assignment and requests that the Court not approve any such assumption or assignment absent such payment.

DATED:  August 30, 2019

                        /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
Email: loizides@loizides.com

*Counsel for Global Neurosciences Institute, LLC*