**EXHIBIT "1"**



# INVOICE

Global Neurosciences Institute, LLC
3100 Princeton Pike
Building 3, Suite D
Lawrenceville, NJ 08648
Phone: 844-464-6387

INVOICE #0519-01
DATE: 5/31/2019

TO:
St. Christopher's Hospital for Children, LLC
Accounts Payable Department
160 East Erie Avenue
Philadelphia, PA 19134
Attn: Mary Anderson, Accounts Receivable

FOR:
MASTER SERVICES AGREEMENT INCLUSIVE OF SCHEDULES 1-3 – EFFECTIVE DATE NOVEMBER 1, 2016

TIME PERIOD: MAY 2019

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| ON-CALL NEUROSURGERY COVERAGE SERVICES (SCHEDULE 1) | 62 12-HOUR PERIODS | $1,400 / 12 HOUR PERIOD | $86,800 |
| DIRECTORSHIP SERVICES (SCHEDULE 2) MAXIMUM OF $9,200/MONTH (TIME ALLOCATION WORKSHEETS ATTACHED) | 33.5 HOURS | $368/HOUR TO A MAX OF $9,200/MONTH | $9,200 |
| IN-HOUSE COVERAGE SERVICES (SCHEDULE 3) $63,960 PER MONTH BASED ON ESTIMATED 8 HOURS PER DAY MONDAY – FRIDAY; EXCLUDE MEMORIAL DAY HOLIDAY, SO 22 OF 23 DAYS ONSITE = .9565 MONTHS | .9565 MONTHS | $63,960/MONTH | $61,177.74 |
|  |  | TOTAL | $157,177.74 |

Please make all checks payable to: Global Neurosciences Institute, LLC
   Terms: Net 30 days from end of service month. Overdue accounts subject to a service charge of 1% per month.



# INVOICE

**Global Neurosciences Institute, LLC**
3100 Princeton Pike
Building 3, Suite D
Lawrenceville, NJ 08648
Phone: 844-464-6387

INVOICE #0619-01
DATE: 6/30/2019

**TO:**
St. Christopher's Hospital for Children, LLC
Accounts Payable Department
160 East Erie Avenue
Philadelphia, PA 19134
Attn: Mary Anderson, Accounts Receivable

**FOR:**
MASTER SERVICES AGREEMENT INCLUSIVE OF SCHEDULES 1-3 – EFFECTIVE DATE NOVEMBER 1, 2016

TIME PERIOD: JUNE 2019

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| ON-CALL NEUROSURGERY COVERAGE SERVICES (SCHEDULE 1) | 60 12-HOUR PERIODS | $1,400 / 12 HOUR PERIOD | $84,000 |
| DIRECTORSHIP SERVICES (SCHEDULE 2) MAXIMUM OF $9,200/MONTH (TIME ALLOCATION WORKSHEETS ATTACHED) | 26.5 HOURS | $368/HOUR TO A MAX OF $9,200/MONTH | $9,200 |
| IN-HOUSE COVERAGE SERVICES (SCHEDULE 3) $63,960 PER MONTH BASED ON ESTIMATED 8 HOURS PER DAY MONDAY – FRIDAY | 1 MONTH | $63,960/MONTH | $63,960 |
| | | TOTAL | $157,160 |

Please make all checks payable to: Global Neurosciences Institute, LLC
Terms: Net 30 days from end of service month. Overdue accounts subject to a service charge of 1% per month.