# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a/ HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on August 30, 2019, I did cause to be served true and correct copies of the foregoing Objection of Global Neurosciences Institute, LLC to Notice of Cure Amount With Respect to Executory Contract on the parties listed on the attached service listed as indicated thereon.

DATED:  August 30, 2019

                                                            /s/ Christopher D. Loizides
                                        Christopher D. Loizides (No. 3968)
                                        LOIZIDES, P.A.
                                        1225 King Street, Suite 800
                                        Wilmington, DE  19801
                                        Telephone:    (302) 654-0248
                                        Facsimile:    (302) 654-0728
                                        Email:    loizides@loizides.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**SERVICE LIST – VIA EMAIL**

Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street
Suite 2300
F:(302) 421-5873
mark.minuti@saul.com
*Counsel to the Debtors*

Monique DiSabatino, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street
Suite 2300
F:(215) 972-2297
monique.disabatino@saul.com
*Counsel to the Debtors*

Aaron Applebaum, Esq.
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
F:(215) 972-1817
aaron.applebaum@saul.com
*Counsel to the Debtors*

Jeffrey Hampton, Esq.
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
F:(215) 972-1848
jeffrey.hampton@saul.com
*Counsel to the Debtors*

Adam Isenberg, Esq.
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
F:(215) 972-1853
adam.isenberg@saul.com
*Counsel to the Debtors*

Tom Horan, Esq.
Fox Rothschild LLP
919 N. Market St., Suite 300
P.O. Box 2323
Wilmington, DE, 19899-2323
F:302.656.8920
thoran@foxrothschild.com
*Counsel to the Official Committee of Unsecured Creditors*

Boris Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
F:(973) 643-6500
bmankovetskiy@sillscummis.com
*Counsel to the Official Committee of Unsecured Creditors*

Andrew Sherman, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
F:(973) 643-6500
asherman@sillscummis.com
*Counsel to the Official Committee of Unsecured Creditors*

Joelle Polesky, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
jpolesky@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*

Joseph Catuzzi, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
jcatuzzi@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*

Mark Dorval, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
mdorval@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*

Gretchen Santamour, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
gsantamour@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*

Deborah Reperowitz, Esq.
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, New York 10017
dreperowitz@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*


Benjamin Hackman, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
*Counsel to the Office of the United States Trustee*