# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al., | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors[1]. | Re: Docket No. 510 |

## CERTIFICATE OF SERVICE

I, David P. Primack, Esquire certify that on August 30, 2019, I caused to be served, true and correct copies of *foregoing document* upon all parties receiving notice via CM/ECF and additionally via Hand Delivery or U.S. First Class Mail upon parties on the attached list:

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: August 30, 2019

/s/ *David P. Primack*
David P. Primack (No. 4449)
Gary D. Bressler (No. 5544)
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
Telephone:  302-300-4515
Facsimile: 302-645-4031
dprimack@mdmc-law.com
gbressler@mdmc-law.com

*Counsel to Crothall Healthcare, Inc.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**Service List**

| | |
|---|---|
| **Via Hand Delivery**<br>Mark Minuti, Esquire<br>Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801 | **Via U.S. First Class Mail**<br>Jeffrey C. Hampton, Esquire<br>Saul Ewing Arnstein & Lehr LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |
| **Via U.S. First Class Mail**<br>Andrew Sherman, Esquire<br>Boris Mankovetskiy, Esquire<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | **Via Hand Delivery**<br>Benjamin A. Hackman<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| **Via Hand Delivery**<br>Thomas M. Horan, Esquire<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801 | **Via Hand Delivery**<br>Joelle E. Polesky, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801 |
| **U.S. First Class Mail**<br>Gretchen M. Santamour, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | |