IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | Case No. 19-11466(KG) |
| d/b/a HAHNEMANN UNIVERSITY | : | |
| HOSPITAL, *et al.*, | : | |
| | : | (Jointly Administered) |
| *Debtors.* | : | **Related to Docket Nos. 205, 301** |
| | : | **and 510** |

### LIMITED OBJECTION OF MAYFLOWER LAUNDRY AND TEXTILE SERVICES, LLC TO DEBTOR'S ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Mayflower Laundry and Textile Services, LLC ("Mayflower"), by and through its undersigned counsel, hereby files its limited objection to the cure amount set forth in the *Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* ("Cure Notice") [Doc. 510], and represents in support thereof the following:

### BACKGROUND

1. On June 30, 2019 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for reorganization pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtors have continued to manage their properties and operate their businesses as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. On July 16, 2019, the Debtors filed a *Motion For Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment*

1

*of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief (the Bid Procedures Order); and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* ("Motion") [Doc. 205].

3. On July 26, 2019, the Court entered an *Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially all Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchases, and (IV) Granting Related Relief* ("Bidding Procedures Order") [Doc. 301].

4. On August 16, 2019, Debtors filed the Cure Notice [Doc. 510].

5. Mayflower provides laundry and linen services to St. Christopher's Healthcare, LLC ("St. Christopher's") pursuant to a Master Service Agreement for Laundry Processing and Rental Services, dated November 23, 2015 ("MSA") and a Facility Statement of Work Laundry & Linen Services St. Christopher's Hospital For Children, dated February 16, 2016 ("St. Christopher's SOW"). The MSA and St. Christopher's SOW, as amended and assigned, are collectively referred to herein as the "St. Christopher's Agreement".

6.  Mayflower also provided laundry and linen services for Hahnemann University Hospital ("Hahnemann") pursuant to the MSA and a Facility Statement of Work Laundry & Linen Services Hahnemann University Hospital, dated February 15, 2016 ("Hahnemann SOW"). The MSA and Hahnemann SOW, as amended and assigned, are collectively referred to herein as the "Hahnemann Agreement".

7.  On August 16, 2019, the Debtors filed the Cure Notice. The Cure Notice lists two contracts with Mayflower. See, Cure Notice, p. 22 of 39.

8.  The first entry for Mayflower on the Cure Notice lists a contract between Mayflower and Philadelphia Academic Health Systems, LLC, titled Master Agreement for Laundry Processing and Rental Services and reflects that the amount necessary to cure defaults under this agreement is $0.00 (the "PAHS Stated Cure Amount"). See, Cure Notice, p. 22 of 39.

9.  The second entry for Mayflower on the Cure Notice lists a contract between Mayflower and St. Christopher's Healthcare, LLC, titled Agreement for Laundry & Linen Svcs and reflects that the amount necessary to cure defaults under this agreement is $120,030.01 (the "St. Christopher's Stated Cure Amount"). See, Cure Notice, p. 22 of 39.

10. The PAHS Stated Cure Amount and the St. Christopher's Stated Cure Amount are incorrect.

11. The correct amount of Mayflower's pre-petition claim and the required cure upon assumption of the St. Christopher's Agreement is $169,455.61 ("St. Christopher's Actual Cure Amount"). Attached hereto is Exhibit A which states with specificity the actual pre-petition invoices which are due and owing.

12. The correct amount of Mayflower's pre-petition claim and the required cure upon assumption of the Hahnemann Agreement is $456,883.47 ("Hahnemann Actual Cure Amount").

Attached hereto is Exhibit B which states with specificity the actual pre-petition invoices which are due and owing.

13. While Mayflower reserves all rights with respect to the prospective assumption and assignment of the Agreement, it objects to the PAHS Stated Cure Amount and the St. Christopher's Stated Cure Amount for the reasons hereinafter set forth.

## RELIEF REQUESTED

A. <u>The Cure Amounts Are Understated</u>

14. The discrepancy between the St. Christopher's Stated Cure Amount and the St. Christopher's Actual Cure Amount is illustrated in the following chart:

| Creditor | Actual Cure Amount | Stated Cure Amount | Discrepancy |
|---|---|---|---|
| Mayflower | $169,455.61 | $120,030.01 | $49,425.60 |

15. The discrepancy between the PAHS Stated Cure Amount and the PAHS Actual Cure Amount is illustrated in the following chart:

| Creditor | Actual Cure Amount | Stated Cure Amount | Discrepancy |
|---|---|---|---|
| Mayflower | $456,883.47 | $0.00 | $456,883.47 |

16. In order to assume the St. Christopher's Agreement and/or the Hahnemann Agreement, the Debtors are required to cure defaults existing under the agreements pursuant to § 365(b)(1)(A) of the Bankruptcy Code, which provides in relevant part that "[i]f there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee...cures, or

provides adequate assurance that the trustee will promptly cure, such default..." 11 U.S.C. § 365(b)(1)(A).

17.  The Debtors' cure calculations reflected in the Cure Notice materially understates the Debtors' cure obligations in relation to the amounts actually owed.

### RESERVATION OF RIGHTS

Mayflower specifically reserves its rights to object to any other relief sought by the Debtors in connection with the assumption of the St. Christopher's Agreement and/or the Hahnemann Agreement, including, without limitation, an assignee's proposed adequate assurance of future performance.

### CONCLUSION

For the foregoing reasons, Mayflower seeks an order of this Court fixing the Debtors' cure obligations under the St. Christopher's Agreement and the Hahnemann Agreement in the amount set forth herein (plus any additional post-petition amounts accruing under such agreements through the date thereof) and directing the Debtors promptly to satisfy such amount following the entry of an order approving the assumption of the St. Christopher's Agreement and the Hahnemann Agreement.

**WHEREFORE**, Mayflower Laundry and Textile Services, LLC, respectfully requests the entry of an order granting the relief described herein, together with such other and further relief as is just and proper.

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: /s/ *Charles A. McCauley, III*
Charles A. McCauley III (# 4738)
1201 North Orange Street, Suite 10 East
Wilmington, Delaware 19801
Telephone: (302) 351-0905
Facsimile: (302) 351-0935
Email: cmccauley@offitkurman.com

*Attorney for Creditor,*
*Mayflower Laundry and Textile Services, LLC*

Dated: August 30, 2019

4815-8252-2531, v. 1