5:58 PM

07/24/19

# Mayflower Laundry and Textile Services LLC
## A/R Aging QuickZoom
### As of June 29, 2019

| Type | Date | Num | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Hahnemann University Hospital** | | | | | | | |
| Invoice | 03/31/2019 | FC 5 | Hahnemann Universit... | Net 45 | 05/15/2019 | 45 | 3,044.53 |
| Invoice | 04/15/2019 | 4888079 | Hahnemann Universit... | Net 45 | 05/30/2019 | 30 | 18,835.32 |
| Invoice | 04/29/2019 | 4888135 | Hahnemann Universit... | Net 45 | 06/13/2019 | 16 | 19,652.71 |
| Invoice | 04/30/2019 | FC 9 | Hahnemann Universit... | Net 45 | 06/14/2019 | 15 | 866.46 |
| Invoice | 05/06/2019 | 4888164 | Hahnemann Universit... | Net 45 | 06/20/2019 | 9 | 21,524.32 |
| Invoice | 05/13/2019 | 4888192 | Hahnemann Universit... | Net 45 | 06/27/2019 | 2 | 21,290.67 |
| Invoice | 05/20/2019 | 4888220 | Hahnemann Universit... | Net 45 | 07/04/2019 | | 20,584.26 |
| Invoice | 05/27/2019 | 4888246 | Hahnemann Universit... | Net 45 | 07/11/2019 | | 19,342.26 |
| Invoice | 06/01/2019 | FC 21 | Hahnemann Universit... | Net 45 | 07/16/2019 | | 166.46 |
| Invoice | 06/03/2019 | 4888275 | Hahnemann Universit... | Net 45 | 07/18/2019 | | 19,355.95 |
| Invoice | 06/10/2019 | 4888307 | Hahnemann Universit... | Net 45 | 07/25/2019 | | 17,258.39 |
| Invoice | 06/17/2019 | 4888336 | Hahnemann Universit... | Net 45 | 08/01/2019 | | 19,208.97 |
| Invoice | 06/24/2019 | 4888364 | Hahnemann Universit... | Net 45 | 08/08/2019 | | 20,860.24 |
| Invoice | 06/29/2019 | 4888391 | Hahnemann Universit... | Net 45 | 08/13/2019 | | 17,287.24 |
| Total Hahnemann University Hospital | | | | | | | 219,277.78 |
| **TOTAL** | | | | | | | 219,277.78 |

Mayflower Laundry and Textile Services LLC
2202 Green Cedar Dr
Bel Air, MD 21015

# Finance Charge

| Date | Invoice # |
|---|---|
| 3/31/2019 | FC 5 |

**Bill To**

Hahnemann University Hospital
Accounts Payable
P.O. Box 42487
Philadelphia, PA 19101

| Terms |
|---|
| Net 45 |

| Description |
|---|
| Finance Charges on Overdue Balance |
| Invoice #4887581 for 28,072.31 on 12/24/2018 |
| Invoice #4887610 for 25,414.60 on 12/31/2018 |
| Invoice #4887640 for 25,518.25 on 01/07/2019 |
| Invoice #4887670 for 31,091.32 on 01/14/2019 |
| Invoice #4887700 for 30,558.31 on 01/21/2019 |
| Invoice #4887729 for 27,411.31 on 01/28/2019 |
| Invoice #4887777 for 34,889.09 on 02/04/2019 |
| Invoice #4887808 for 29,466.55 on 02/11/2019 |

| | |
|---|---|
| **Total** | $3,044.53 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,044.53 |

| Billing Invoice From | | | Make Checks Payable To | |
|---|---|---|---|---|
| Mayflower Laundry and Textile Services<br>1350 Brass Mill Rd<br>Belcamp, MD 21017-1211 | | | 1350 Brass Mill Rd<br>Belcamp, MD 21017-1211 | |

| Billing Invoice To | | | Direct Billing Inquiries To | |
|---|---|---|---|---|
| Hahnemann University Hospital<br>Accounts Payable<br>PO BOX 42487<br>Philadelphia, PA 19101-2487 | | | Office Manager | |
| | | | Period Beg | 4/7/2019 |
| | | | Period End | 4/13/2019 |
| | | | Phone | (410) 272-2233 |
| | | | Fax | (410) 272-0019 |
| | | | PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 4/15/2019 | 4888079 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| HAHNEMANN - Hahnemann University Hospital | | | |
| - Processed clean weight | 27,454 | 0.557393 | 15,302.6674 |
| - Processed clean Isolation Gown - Yellow | 500 | 0.4993 | 249.6500 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL2008X) | 10 | 36.5312 | 365.3120 |
| - Processed clean Scrub Shirt - Small (Jade) | 267 | 0.6522 | 174.1374 |
| - Processed clean Scrub Shirt - Medium (Jade) | 264 | 0.6522 | 172.1808 |
| - Processed clean Scrub Shirt - Large (Jade) | 332 | 0.6522 | 216.5304 |
| - Processed clean Scrub Shirt - X Large (Jade) | 250 | 0.6522 | 163.0500 |
| - Processed clean Scrub Pant - Small (Jade) | 232 | 0.6522 | 151.3104 |
| - Processed clean Scrub Pant - Medium (Jade) | 316 | 0.6522 | 206.0952 |
| - Processed clean Scrub Pant - Large (Jade) | 302 | 0.6522 | 196.9644 |
| - Processed clean Scrub Pant - X Large (Jade) | 248 | 0.6522 | 161.7456 |
| - Processed clean Scrub Shirt - 2XL (Jade) | 67 | 0.6522 | 43.6974 |
| - Processed clean Scrub Shirt - 3XL (Jade) | 58 | 0.6522 | 37.8276 |
| - Processed clean Scrub Pant - 2XL (Jade) | 264 | 0.6522 | 172.1808 |
| - Processed clean Scrub Pant - 3XL (Jade) | 52 | 0.6522 | 33.9144 |
| - Processed clean Scrub Shirt - 4XL (Jade) | 12 | 0.6522 | 7.8264 |

| Tax Exempt # | Due Date | Total Amount Due |
|---|---|---|
| | | |

Page 1 of 2

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | |
|---|---|
| Period Beg | 4/7/2019 |
| Period End | 4/13/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 4/15/2019 | 4880079 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Scrub Pant - 4Xl (Jade) | 34 | 0.6522 | 22.1748 |
| - Processed clean 3 Arm Hole Exam - Blue | 85 | 0.3500 | 29.7500 |
| - Processed Clean 3 Arm Hole Exam - Grey | 26 | 0.3500 | 9.1000 |
| - Processed clean Mammo Gown - Like Home | 80 | 0.3500 | 28.0000 |
| - Tax (Balance) | 1 | 1,061.9800 | 1,061.9800 |
| - Tax | | | 29.2250 |

| Tax Exempt # | | |
|---|---|---|
| Page 2 of 2 | Due Date | Total Amount Due |
| | 5/30/2019 | 18,835.32 |

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

| Make Checks Payable To | |
|---|---|
| 1350 Brass Mill Rd | |
| Belcamp, MD 21017-1211 | |

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

| Direct Billing Inquiries To | |
|---|---|
| Office Manager | |
| Period Beg | 4/21/2019 |
| Period End | 4/27/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 4/29/2019 | 4888135 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| HAHNEMANN - Hahnemann University Hospital | | | |
| - Processed clean weight | 28,857 | 0.557393 | 16,084.6899 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL200BX) | 23 | 36.5312 | 840.2176 |
| - Processed clean Scrub Shirt - Small (Jade) | 223 | 0.6522 | 145.4406 |
| - Processed clean Scrub Shirt - Medium (Jade) | 294 | 0.6522 | 191.7468 |
| - Processed clean Scrub Shirt - Large (Jade) | 316 | 0.6522 | 206.0952 |
| - Processed clean Scrub Shirt - X Large (Jade) | 234 | 0.6522 | 152.6148 |
| - Processed clean Scrub Pant - Small (Jade) | 221 | 0.6522 | 144.1362 |
| - Processed clean Scrub Pant - Medium (Jade) | 337 | 0.6522 | 219.7914 |
| - Processed clean Scrub Pant - Large (Jade) | 314 | 0.6522 | 204.7908 |
| - Processed clean Scrub Pant - X Large (Jade) | 238 | 0.6522 | 155.2236 |
| - Processed clean Scrub Shirt - 2XL (Jade) | 46 | 0.6522 | 30.0012 |
| - Processed clean Scrub Shirt - 3XL (Jade) | 39 | 0.6522 | 25.4358 |
| - Processed clean Scrub Pant - 2XL (Jade) | 23 | 0.6522 | 15.0006 |
| - Processed clean Scrub Pant - 3XL (Jade) | 42 | 0.6522 | 27.3924 |
| - Processed clean 3 Arm Hole Exam - Blue | 21 | 0.3500 | 7.3500 |
| - Processed clean 3 Arm Hole Exam - Grey | 28 | 0.3500 | 9.8000 |

| Tax Exempt # | Due Date | Total Amount Due |
|---|---|---|
| | | |

Page 1 of 2

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | |
|---|---|---|
| Period Beg | 4/21/2019 | |
| Period End | 4/27/2019 | |
| Phone | (410) 272-2233 | |
| Fax | (410) 272-0019 | |
| PO | | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 4/29/2019 | 4888135 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Mammo Gown - Like Home | 21 | 0.3500 | 7.3500 |
| - Tax | | 1,118.4200 | 1,118.4200 |
| - Tax | 1 | | 67.2175 |

| Tax Exempt # | Page 2 of 2 | Due Date | Total Amount Due |
|---|---|---|---|
| | | 6/13/2019 | 19,652.71 |

Customer Copy                                                     LinenMaster Invoice

# Finance Charge

Mayflower Laundry and Textile Services LLC
2202 Green Cedar Dr
Bel Air, MD 21015

| Date | Invoice # |
|------|-----------|
| 4/30/2019 | FC 9 |

**Bill To**

Hahnemann University Hospital
Accounts Payable
P.O. Box 42487
Philadelphia, PA 19101

| Terms |
|-------|
| Net 45 |

| Description |
|-------------|
| Finance Charges on Overdue Balance |
| Invoice #4887640 for 25,518.05 on 01/07/2019 |
| Invoice #4887872 for 25,894.02 on 02/25/2019 |
| Invoice #4887906 for 29,890.76 on 03/04/2019 |
| Invoice #4887933 for 28,153.53 on 03/11/2019 |

| | |
|---|---|
| Total | $866.46 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$866.46** |

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | |
|---|---|---|
| Period Beg | 4/28/2019 | |
| Period End | 5/4/2019 | |
| Phone | (410) 272-2233 | |
| Fax | (410) 272-0019 | |
| PO | | |

| Terms | Customer Number | Plant Number | | Invoice Date | Invoice Number |
|---|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | | 5/6/2019 | 4888164 |

HAHNEMANN - Hahnemann University Hospital

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Processed clean weight | 32,181 | 0.557393 | 17,937.4641 |
| Processed clean Disposable Laundry Bag - Case (Item #DTSL200BX) | 30 | 36.5312 | 1,095.9360 |
| Processed clean Scrub Shirt - Small (Jade) | 216 | 0.6522 | 140.8752 |
| Processed clean Scrub Shirt - Medium (Jade) | 165 | 0.6522 | 107.6130 |
| Processed clean Scrub Shirt - Large (Jade) | 174 | 0.6522 | 113.4828 |
| Processed clean Scrub Shirt - X Large (Jade) | 163 | 0.6522 | 106.3086 |
| Processed clean Scrub Pant - Small (Jade) | 145 | 0.6522 | 94.5690 |
| Processed clean Scrub Pant - Medium (Jade) | 204 | 0.6522 | 133.0488 |
| Processed clean Scrub Pant - Large (Jade) | 219 | 0.6522 | 142.8318 |
| Processed clean Scrub Pant - X Large (Jade) | 101 | 0.6522 | 65.8722 |
| Processed clean Scrub Shirt - 2XL (Jade) | 35 | 0.6522 | 22.8270 |
| Processed clean Scrub Shirt - 3XL (Jade) | 32 | 0.6522 | 20.8704 |
| Processed clean Scrub Pant - 2XL (Jade) | 169 | 0.6522 | 110.2218 |
| Processed clean Scrub Pant - 3XL (Jade) | 34 | 0.6522 | 22.1748 |
| Processed clean 3 Arm Hole Exam - Blue | 41 | 0.3500 | 14.3500 |
| Processed clean 3 Arm Hole Exam - Grey | 32 | 0.3500 | 11.2000 |

Tax Exempt #

Page 1 of 2

Due Date

Total Amount Due

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | | |
|---|---|---|---|
| Period Beg | 4/28/2019 | | |
| Period End | 5/4/2019 | | |
| Phone | (410) 272-2233 | | |
| Fax | (410) 272-0019 | | |
| PO | | | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 5/6/2019 | 4888164 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Mammo Gown - Like Home | 50 | 0.3500 | 17.5000 |
| - Tax | 1 | 1,279.5000 | 1,279.5000 |
| - Tax | | | 87.6750 |

| Tax Exempt # | | | |
|---|---|---|---|
| Page 2 of 2 | Due Date | Total Amount Due | |
| | 6/20/2019 | 21,524.32 | |

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | |
|---|---|
| Period Beg | 5/5/2019 |
| Period End | 5/11/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 5/13/2019 | 4888192 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| HAHNEMANN - Hahnemann University Hospital | | | |
| - Processed clean weight | 31,398 | 0.557393 | 17,501.0253 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL2008IX) | 10 | 36.5312 | 365.3120 |
| - Processed clean Scrub Shirt - Small (Jade) | 279 | 0.6522 | 181.9638 |
| - Processed clean Scrub Shirt - Medium (Jade) | 380 | 0.6522 | 247.8360 |
| - Processed clean Scrub Shirt - Large (Jade) | 392 | 0.6522 | 255.6624 |
| - Processed clean Scrub Shirt - X Large (Jade) | 319 | 0.6522 | 208.0518 |
| - Processed clean Scrub Pant - Small (Jade) | 286 | 0.6522 | 186.5292 |
| - Processed clean Scrub Pant - Medium (Jade) | 413 | 0.6522 | 269.3586 |
| - Processed clean Scrub Pant - Large (Jade) | 426 | 0.6522 | 277.8372 |
| - Processed clean Scrub Pant - X Large (Jade) | 343 | 0.6522 | 223.7046 |
| - Processed clean Scrub Shirt - 2XL (Jade) | 157 | 0.6522 | 102.3954 |
| - Processed clean Scrub Shirt - 3XL (Jade) | 44 | 0.6522 | 28.6968 |
| - Processed clean Scrub Pant - 2XL (Jade) | 35 | 0.6522 | 22.8270 |
| - Processed clean Scrub Pant - 3XL (Jade) | 53 | 0.6522 | 34.5666 |
| - Processed clean Scrub Pant - 4XL (Jade) | 2 | 0.6522 | 1.3044 |
| - Processed clean 3 Arm Hole Exam - Blue | 96 | 0.3500 | 33.6000 |

Tax Exempt #

| Page 1 of 2 | Due Date | Total Amount Due |
|---|---|---|

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211  .

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | |
|---|---|---|
| Period Beg | 5/5/2019 | |
| Period End | 5/11/2019 | |
| Phone | (410) 272-2233 | |
| Fax | (410) 272-0019 | |
| PO | | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 5/13/2019 | 4888192 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean 3 Arm Hole Exam - Grey | 70 | 0.3500 | 24.5000 |
| - Processed clean Mammo Gown - Like Home | 151 | 0.3500 | 52.8500 |
| - Tax | | | 1,243.4200 |
| - Tax | 1 | 1,243.4200 | |
| | | | 29.2250 |

| Page 2 of 2 | Due Date | Total Amount Due |
|---|---|---|
| Tax Exempt # | 6/27/2019 | 21,290.67 |

| Billing Invoice From | | Make Checks Payable To | | |
|---|---|---|---|---|
| Mayflower Laundry and Textile Services<br>1350 Brass Mill Rd<br>Belcamp, MD 21017-1211 | | 1350 Brass Mill Rd<br>Belcamp, MD 21017-1211 | | |

| Billing Invoice To | | Direct Billing Inquiries To | | |
|---|---|---|---|---|
| Hahnemann University Hospital<br>Accounts Payable<br>PO BOX 42487<br>Philadelphia, PA 19101-2487 | | Office Manager | | |
| | | Period Beg | 5/12/2019 | |
| | | Period End | 5/18/2019 | |
| | | Phone | (410) 272-2233 | |
| | | Fax | (410) 272-0019 | |
| | | PO | | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 481.78 | 5/20/2019 | 4888220 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| HAHNEMANN - Hahnemann University Hospital | | | |
| - Processed clean weight | 31,261 | 0.557393 | 17,424.6626 |
| - Processed clean Warm Up Jacket | 35 | 0.8662 | 30.3170 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL200BX) | 10 | 36.5312 | 365.3120 |
| - Processed clean Scrub Shirt - Small (Jade) | 217 | 0.6522 | 141.5274 |
| - Processed clean Scrub Shirt - Medium (Jade) | 274 | 0.6522 | 178.7028 |
| - Processed clean Scrub Shirt - Large (Jade) | 294 | 0.6522 | 191.7468 |
| - Processed clean Scrub Shirt - X Large (Jade) | 183 | 0.6522 | 119.3526 |
| - Processed clean Scrub Pant - Small (Jade) | 233 | 0.6522 | 151.9626 |
| - Processed clean Scrub Pant - Medium (Jade) | 261 | 0.6522 | 170.2242 |
| - Processed clean Scrub Pant - Large (Jade) | 300 | 0.6522 | 195.6600 |
| - Processed clean Scrub Pant - X Large (Jade) | 209 | 0.6522 | 136.3098 |
| - Processed clean Scrub Shirt - 2XL (Jade) | 65 | 0.6522 | 42.3930 |
| - Processed clean Scrub Shirt - 3XL (Jade) | 47 | 0.6522 | 30.6534 |
| - Processed clean Scrub Pant - 2XL (Jade) | 46 | 0.6522 | 30.0012 |
| - Processed clean Scrub Pant - 3XL (Jade) | 50 | 0.6522 | 32.6100 |
| - Processed clean 3 Arm Hole Exam - Blue | 47 | 0.3500 | 16.4500 |

| Tax Exempt # | | |
|---|---|---|
| Page 1 of 2 | Due Date | Total Amount Due |

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | |
|---|---|---|
| Period Beg | | 5/12/2019 |
| Period End | | 5/18/2019 |
| Phone | | (410) 272-2233 |
| Fax | | (410) 272-0019 |
| PO | | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 5/20/2019 | 4888220 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean 3 Arm Hole Exam - Grey | 15 | 0.3500 | 5.2500 |
| - Processed clean Mammo Gown - Like Home | 92 | 0.3500 | 32.2000 |
| - Tax | 1 | 1,259.7000 | 1,259.7000 |
| - Tax | | 29.2250 | |

| Tax Exempt # | Page 2 of 2 | Due Date | Total Amount Due |
|---|---|---|---|
| | | 7/4/2019 | 20,584.26 |

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | |
|---|---|---|
| Period Beg | 5/19/2019 | |
| Period End | 5/25/2019 | |
| Phone | (410) 272-2233 | |
| Fax | (410) 272-0019 | |
| PO | | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 5/27/2019 | 4888246 |

HAHNEMANN - Hahnemann University Hospital

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean weight | 28,496 | 0.557393 | 15,883.4709 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL2008X) | 25 | 36.5312 | 913.2800 |
| - Processed clean Scrub Shirt - Small (Jade) | 210 | 0.6522 | 136.9620 |
| - Processed clean Scrub Shirt - Medium (Jade) | 264 | 0.6522 | 172.1808 |
| - Processed clean Scrub Shirt - Large (Jade) | 296 | 0.6522 | 193.0512 |
| - Processed clean Scrub Shirt - X Large (Jade) | 158 | 0.6522 | 103.0476 |
| - Processed clean Scrub Pant - Small (Jade) | 212 | 0.6522 | 138.2664 |
| - Processed clean Scrub Pant - Medium (Jade) | 280 | 0.6522 | 182.6160 |
| - Processed clean Scrub Pant - Large (Jade) | 297 | 0.6522 | 193.7034 |
| - Processed clean Scrub Pant - X Large (Jade) | 162 | 0.6522 | 105.6564 |
| - Processed clean Scrub Shirt - 2XL (Jade) | 66 | 0.6522 | 43.0452 |
| - Processed clean Scrub Shirt - 3XL (Jade) | 23 | 0.6522 | 15.0006 |
| - Processed clean Scrub Pant - 2XL (Jade) | 43 | 0.6522 | 28.0446 |
| - Processed clean Scrub Pant - 3XL (Jade) | 33 | 0.6522 | 21.5226 |
| - Processed clean 3 Arm Hole Exam - Blue | 18 | 0.3500 | 6.3000 |
| - Processed clean 3 Arm Hole Exam - Grey | 24 | 0.3500 | 8.4000 |

| Tax Exempt # | Due Date | Total Amount Due |
|---|---|---|

Page 1 of 2

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| Period Beg | 5/19/2019 |
| Period End | 5/25/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 481.78 | 5/27/2019 | 4888246 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Mammo Gown - Like Home | 54 | 0.3500 | 18.9000 |
| - Tax | 1 | 1,105.7500 | 1,105.7500 |
| - Tax | | 73.0625 | |

| Tax Exempt # | Page 2 of 2 | Due Date | Total Amount Due |
|---|---|---|---|
| | | 7/11/2019 | 19,342.26 |

Mayflower Laundry and Textile Services LLC
2202 Green Cedar Dr
Bel Air, MD 21015

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 6/1/2019 | FC 21 |

**Bill To**

Hahnemann University Hospital
Accounts Payable
P.O. Box 42487
Philadelphia, PA 19101

| Terms |
|-------|
| Net 45 |

| Description |
|-------------|
| Finance Charges on Overdue Balance |
| Invoice #4888050 for 26,765.70 on 04/08/2019 |
| Invoice #4888079 for 18,835.32 on 04/15/2019 |
| Invoice #4888135 for 19,652.71 on 04/29/2019 |

| | |
|---|---|
| **Total** | $166.46 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $166.46 |

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

| | |
|---|---|
| | Office Manager |
| Period Beg | 5/26/2019 |
| Period End | 6/1/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 6/3/2019 | 4888275 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| HAHNEMANN - Hahnemann University Hospital | | | |
| - Processed clean weight | 29,024 | 0.557393 | 16,177.7744 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL2008X) | 18 | 36.5312 | 657.5616 |
| - Processed clean Scrub Shirt - Small (Jade) | 167 | 0.6522 | 108.9174 |
| - Processed clean Scrub Shirt - Medium (Jade) | 251 | 0.6522 | 163.7022 |
| - Processed clean Scrub Shirt - Large (Jade) | 265 | 0.6522 | 172.8330 |
| - Processed clean Scrub Shirt - X Large (Jade) | 181 | 0.6522 | 118.0482 |
| - Processed clean Scrub Pant - Small (Jade) | 175 | 0.6522 | 114.1350 |
| - Processed clean Scrub Pant - Medium (Jade) | 242 | 0.6522 | 157.8324 |
| - Processed clean Scrub Pant - Large (Jade) | 271 | 0.6522 | 176.7462 |
| - Processed clean Scrub Pant - X Large (Jade) | 217 | 0.6522 | 141.5274 |
| - Processed clean Scrub Shirt - 2XL (Jade) | 76 | 0.6522 | 49.5672 |
| - Processed clean Scrub Shirt - 3XL (Jade) | 33 | 0.6522 | 21.5226 |
| - Processed clean Scrub Pant - 2XL (Jade) | 43 | 0.6522 | 28.0446 |
| - Processed clean Scrub Pant - 3XL (Jade) | 49 | 0.6522 | 31.9578 |
| - Processed clean 3 Arm Hole Exam - Blue | 23 | 0.3500 | 8.0500 |
| - Processed clean 3 Arm Hole Exam - Grey | 34 | 0.3500 | 11.9000 |

Tax Exempt #

Page 1 of 2

Due Date

Total Amount Due

LinenMaster Invoice

Billing Invoice From

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

| Make Checks Payable To | |
|---|---|
| 1350 Brass Mill Rd | |
| Belcamp, MD 21017-1211 | |

Billing Invoice To

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

Direct Billing Inquiries To

Office Manager

| Period Beg | 5/26/2019 |
|---|---|
| Period End | 6/1/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 6/3/2019 | 4888275 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Mammo Gown - Like Home | 75 | 0.3500 | 26.2500 |
| - Tax | 1 | 1,153.6900 | 1,153.6900 |
| - Credit 30 lbs for Reject Linen | -30 | 0.5574 | -16.7200 |
| - Tax | | 52.6050 | |

| Tax Exempt # | | | |
|---|---|---|---|
| Page 2 of 2 | Due Date | Total Amount Due | |
| | 7/18/2019 | 19,355.95 | |

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | | PO | | |
|---|---|---|---|---|---|
| | | | Fax | (410) 272-0019 | |
| | | | Phone | (410) 272-2233 | |
| | | | Period End | 6/8/2019 | |
| | | | Period Beg | 6/2/2019 | |

| Terms | Customer Number | Plant Number | Invoice Date | | Invoice Number |
|---|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 6/10/2019 | | 4888307 |

| Description | | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| HAHNEMANN - Hahnemann University Hospital | | | | | |
| - Processed clean weight | | | 25,253 | 0.557393 | 14,075.8454 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL2008BX) | | | 15 | 36.5312 | 547.9680 |
| - Processed clean Scrub Shirt - Small (Jade) | | | 225 | 0.6522 | 146.7450 |
| - Processed clean Scrub Shirt - Medium (Jade) | | | 325 | 0.6522 | 211.9650 |
| - Processed clean Scrub Shirt - Large (Jade) | | | 295 | 0.6522 | 192.3990 |
| - Processed clean Scrub Shirt - X Large (Jade) | | | 222 | 0.6522 | 144.7884 |
| - Processed clean Scrub Pant - Small (Jade) | | | 215 | 0.6522 | 140.2230 |
| - Processed clean Scrub Pant - Medium (Jade) | | | 334 | 0.6522 | 217.8348 |
| - Processed clean Scrub Pant - Large (Jade) | | | 349 | 0.6522 | 227.6178 |
| - Processed clean Scrub Pant - X Large (Jade) | | | 227 | 0.6522 | 148.0494 |
| - Processed clean Scrub Shirt - 2XL (Jade) | | | 85 | 0.6522 | 55.4370 |
| - Processed clean Scrub Shirt - 3XL (Jade) | | | 41 | 0.6522 | 26.7402 |
| - Processed clean Scrub Pant - 2XL (Jade) | | | 52 | 0.6522 | 33.9144 |
| - Processed clean Scrub Pant - 3XL (Jade) | | | 36 | 0.6522 | 23.4792 |
| - Processed clean 3 Arm Hole Exam - Blue | | | 20 | 0.3500 | 7.0000 |
| - Processed clean 3 Arm Hole Exam - Grey | | | 31 | 0.3500 | 10.8500 |

| Tax Exempt # | | Due Date | Total Amount Due |
|---|---|---|---|
| | | | |

Page 1 of 2

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | |
|---|---|
| Period Beg | 6/2/2019 |
| Period End | 6/8/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F48178051 | 48178 | 6/10/2019 | 4888307 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Mammo Gown - Like Home | 125 | 0.3500 | 43.7500 |
| - Tax | 1 | 959.9500 | 959.9500 |
| - Tax | | | 43.8375 |

| | Due Date | Total Amount Due |
|---|---|---|
| Tax Exempt # | 7/25/2019 | 17,258.39 |

Page 2 of 2

Customer Copy

LinenMaster Invoice

| Billing Invoice From | | | | | Make Checks Payable To | | |
|---|---|---|---|---|---|---|---|

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

1350 Brass Mill Rd
Belcamp, MD 21017-1211

| Billing Invoice To | | | | Direct Billing Inquiries To | | | |
|---|---|---|---|---|---|---|---|

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

Office Manager

| | | | | Period Beg | 6/9/2019 |
|---|---|---|---|---|---|---|
| | | | PO | Period End | 6/15/2019 |
| | | | | Phone | (410) 272-2233 |
| | | | | Fax | (410) 272-0019 |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 6/17/2019 | 4888336 |

HAHNEMANN - Hahnemann University Hospital

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean weight | 28,265 | 0.557393 | 15,754.7132 |
| - Processed clean Disposable Laundry Bag - Case (Item #DTSL2008X) | 25 | 36.5312 | 913.2800 |
| - Processed clean Scrub Shirt - Small (Jade) | 220 | 0.6522 | 143.4840 |
| - Processed clean Scrub Shirt - Medium (Jade) | 263 | 0.6522 | 171.5286 |
| - Processed clean Scrub Shirt - Large (Jade) | 268 | 0.6522 | 174.7896 |
| - Processed clean Scrub Shirt - X Large (Jade) | 178 | 0.6522 | 116.0916 |
| - Processed clean Scrub Pant - Small (Jade) | 232 | 0.6522 | 151.3104 |
| - Processed clean Scrub Pant - Medium (Jade) | 272 | 0.6522 | 177.3984 |
| - Processed clean Scrub Pant - Large (Jade) | 287 | 0.6522 | 187.1814 |
| - Processed clean Scrub Pant - X Large (Jade) | 189 | 0.6522 | 123.2658 |
| - Processed clean Scrub Shirt - 2XL (Jade) | 47 | 0.6522 | 30.6534 |
| - Processed clean Scrub Shirt - 3XL (Jade) | 33 | 0.6522 | 21.5226 |
| - Processed clean Scrub Pant - 2XL (Jade) | 40 | 0.6522 | 26.0880 |
| - Processed clean Scrub Pant - 3XL (Jade) | 29 | 0.6522 | 18.9138 |
| - Processed clean 3 Arm Hole Exam - Blue | 10 | 0.3500 | 3.5000 |
| - Processed clean 3 Arm Hole Exam - Grey | 5 | 0.3500 | 1.7500 |

| Tax Exempt # | | Due Date | | Total Amount Due | |
|---|---|---|---|---|---|

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | |
|---|---|
| Period Beg | 6/9/2019 |
| Period End | 6/15/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 6/17/2019 | 4888336 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Mammo Gown - Like Home | 5 | 0.3500 | 1.7500 |
| - Tax | 1 | 1,118.6900 | 1,118.6900 |
| - Tax | | | 73.0625 |

| Tax Exempt # | Due Date | Total Amount Due |
|---|---|---|
| | 8/1/2019 | 19,208.97 |

Page 2 of 2

Customer Copy

LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | | |
|---|---|---|
| PO | | |
| Fax | (410) 272-0019 | |
| Phone | (410) 272-2233 | |
| Period End | 6/22/2019 | |
| Period Beg | 6/16/2019 | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 6/24/2019 | 4888364 |

HAHNEMANN - Hahnemann University Hospital

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Processed clean weight | | | |
| Processed Clean Disposable Laundry Bag - Case (Item #DTSL200BX) | 31,013 | 0.557393 | 17,286.4491 |
| Processed clean Scrub Shirt - Small (Jade) | 20 | 36.5312 | 730.6240 |
| Processed clean Scrub Shirt - Medium (Jade) | 250 | 0.6522 | 163.0500 |
| Processed clean Scrub Shirt - Large (Jade) | 311 | 0.6522 | 202.8342 |
| Processed clean Scrub Shirt - X Large (Jade) | 273 | 0.6522 | 178.0506 |
| Processed clean Scrub Shirt - Small (Jade) | 178 | 0.6522 | 116.0916 |
| Processed clean Scrub Pant - Medium (Jade) | 261 | 0.6522 | 170.2242 |
| Processed clean Scrub Pant - Large (Jade) | 341 | 0.6522 | 222.4002 |
| Processed clean Scrub Pant - X Large (Jade) | 287 | 0.6522 | 187.1814 |
| Processed clean Scrub Shirt - 2XL (Jade) | 201 | 0.6522 | 131.0922 |
| Processed clean Scrub Shirt - 2XL (Jade) | 88 | 0.6522 | 57.3936 |
| Processed clean Scrub Shirt - 3XL (Jade) | 41 | 0.6522 | 26.7402 |
| Processed clean Scrub Pant - 2XL (Jade) | 47 | 0.6522 | 30.6534 |
| Processed clean Scrub Pant - 3XL (Jade) | 44 | 0.6522 | 28.6968 |
| Processed clean 3 Arm Hole Exam - Blue | 30 | 0.3500 | 10.5000 |
| Processed clean 3 Arm Hole Exam - Grey | 26 | 0.3500 | 9.1000 |

| | Tax Exempt # | Due Date | Total Amount Due |
|---|---|---|---|

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd
Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | |
|---|---|
| Period Beg | 6/16/2019 |
| Period End | 6/22/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 6/24/2019 | 4888364 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Processed clean Mammo Gown - Like Home | 90 | 0.3500 | 31.5000 |
| Tax | 1 | 1,219.2300 | 1,219.2300 |
| Tax | | 58.4500 | |

| Page 2 of 2 | Tax Exempt # | Due Date 8/8/2019 | Total Amount Due 20,860.24 |
|---|---|---|---|

Customer Copy                                    LinenMaster Invoice

**Billing Invoice From**

Mayflower Laundry and Textile Services
1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Make Checks Payable To**

1350 Brass Mill Rd

Belcamp, MD 21017-1211

**Billing Invoice To**

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA. 19101-2487

**Direct Billing Inquiries To**

Office Manager

| | |
|---|---|
| Period Beg | 6/23/2019 |
| Period End | 6/29/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 7/1/2019 | 4888391 |

HAHNEMANN - Hahnemann University Hospital

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Processed clean weight | 26,156 | 0.557393 | 14,579.1712 |
| · Processed clean Microfiber Mop | 5 | 0.6115 | 3.0575 |
| · Processed clean Disposable Laundry Bag - Case (Item #DYSL200BX) | 5 | 36.5312 | 182.6560 |
| · Processed clean Scrub Shirt - Small (Jade) | 212 | 0.6522 | 138.2664 |
| · Processed clean Scrub Shirt - Medium (Jade) | 256 | 0.6522 | 166.9632 |
| · Processed clean Scrub Shirt - Large (Jade) | 310 | 0.6522 | 202.1820 |
| · Processed clean Scrub Shirt - X Large (Jade) | 208 | 0.6522 | 135.6576 |
| · Processed clean Scrub Pant - Small (Jade) | 204 | 0.6522 | 133.0488 |
| · Processed clean Scrub Pant - Medium (Jade) | 314 | 0.6522 | 204.7908 |
| · Processed clean Scrub Pant - Large (Jade) | 341 | 0.6522 | 222.4002 |
| · Processed clean Scrub Pant - X Large (Jade) | 207 | 0.6522 | 135.0054 |
| · Processed clean Scrub Shirt - 2XL (Jade) | 59 | 0.6522 | 38.4798 |
| · Processed clean Scrub Shirt - 3XL (Jade) | 24 | 0.6522 | 15.6528 |
| · Processed clean Scrub Pant - 2XL (Jade) | 42 | 0.6522 | 27.3924 |
| · Processed clean Scrub Pant - 3XL (Jade) | 23 | 0.6522 | 15.0006 |
| · Processed clean 3 Arm Hole Exam - Grey | 15 | 0.3500 | 5.2500 |

| Tax Exempt # | Due Date | Total Amount Due |
|---|---|---|
| ' | | |

Page 1 of 2

Billing Invoice From

Mayflower Laundry and Textile Services
1350 Brass Mill Rd

Belcamp, MD 21017-1211

Billing Invoice To

Hahnemann University Hospital
Accounts Payable
PO BOX 42487
Philadelphia, PA 19101-2487

Make Checks Payable To

1350 Brass Mill Rd

Belcamp, MD 21017-1211

Direct Billing Inquiries To

Office Manager

| | |
|---|---|
| Period Beg | 6/23/2019 |
| Period End | 6/29/2019 |
| Phone | (410) 272-2233 |
| Fax | (410) 272-0019 |
| PO | |

| Terms | Customer Number | Plant Number | Invoice Date | Invoice Number |
|---|---|---|---|---|
| NET 45 | F481780051 | 48178 | 7/1/2019 | 4888391 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| - Processed clean Mammo Gown - Like Home | 43 | 0.3500 | 15.0500 |
| - Tax | | | 1,055.0000 |
| - Tax | 1 | 1,055.0000 | 1,055.0000 |
| - Tax | | | 14.6614 |

| | Due Date | Total Amount Due |
|---|---|---|
| Tax Exempt # | | |
| | 8/15/2019 | 17,287.24 |
| Page 2 of 2 | | |

Customer Copy

LinenMaster Invoice

**Hahnemann**

| | Pounds Installed | Linen Value/LB | Install Linen Value | Pounds De-Installer | Loss Poundage | Value of Loss |
|---|---|---|---|---|---|---|
| | 64,799 | $ 4.75 | $ 307,796.44 | 14,777 | 50,022 | $237,805.69 |

| Item | Weight EA | PAR (Hahnemann) | 5 Par | Weight 5 Par |
|---|---|---|---|---|
| Yellow Isolation Gown | 0.7 | 3,500 | 17,500 | 12,250 |
| Tan IV Gown - GALAXY GRAY | 0.68 | 750 | 3,750 | 2,550 |
| Patient Gown - Demure Print (EMBASSY) | 0.68 | 250 | 1,250 | 850 |
| Patient Gown - 3XL - FREESIA | 0.8 | 120 | 600 | 480 |
| TIV 10x Tieside Royal Pacific | 1.3 | 5 | 25 | 33 |
| Bath Towel | 0.66 | 1,800 | 9,000 | 5,940 |
| Flat Sheet | 1 | 2,100 | 10,500 | 10,500 |
| Knit Fitted Sheet | 1.36 | 500 | 2,500 | 3,400 |
| Bath Blanket | 1.52 | 700 | 3,500 | 5,320 |
| Bath Blanket - bleached 2lb | 2 | | 0 | 0 |
| Thermal Blanket | 3 | 700 | 3,500 | 10,500 |
| Baby Blanket - HAHNEMANN | 0.44 | 500 | 2,500 | 1,100 |
| Baby Blanket - St Chris | 0.44 | | 0 | 0 |
| Pillowcase | 0.28 | 1,000 | 5,000 | 1,400 |
| Stretcher Sheet Blue | 0.6 | | 0 | 0 |
| Washcloth | 0.08 | 2,100 | 10,500 | 840 |
| **Baby Diaper** | **0.1** | **150** | **750** | **75** |
| **Kimono - Onsie** | **0.75** | | | |
| crib sheet | 0.6 | | | |
| child pj top small IV | 0.3 | | | |
| child pj top med IV | 0.3 | | | |
| child pj top large IV | 0.3 | | | |
| child pj pant small | 0.3 | | | |
| child pj pant med | 0.3 | | | |
| child pj pant large | 0.3 | | | |
| child gown small TIE | 0.3 | | | |
| child gown med TIE | 0.3 | | | |
| child gown large TIE | 0.3 | | | |
| Infant T-shirt Snap | 0.3 | | | |
| **Infant T-shirt tie** | **0.3** | **100** | **500** | **150** |
| Infant T-shirt tie | 0.3 | | | |
| PJ Pant - Elastic Waist | 0.7 | 10 | 50 | 35 |
| PJ Pant - String Waist | 0.7 | 100 | 500 | 350 |
| OR Gown - Misty Green | 1.8 | 150 | 750 | 1,350 |
| OR Sheet - Misty Green | 1 | 300 | 1,500 | 1,500 |
| OR Towel - Jade | 0.2 | 1,500 | 7,500 | 1,500 |
| Warm Up Jacket Medium - JADE | 3 | 5 | 25 | 75 |
| Scrub Dress - Seaspray M | 3.87 | 5 | 25 | 97 |
| **Laundry Bags** | **0.7** | **700** | **3,500** | **2,450** |
| SM | 0.5 | 82 | 410 | 205 |
| MD | 0.5 | 90 | 450 | 225 |
| LG | 0.5 | 85 | 425 | 213 |
| XL | 0.5 | 75 | 375 | 188 |
| 2XL | 0.6 | 36 | 180 | 108 |
| 3XL | 0.6 | 24 | 120 | 72 |
| 4XL | 0.7 | 5 | 25 | 18 |
| **OR Scrub Pants Jade** | | | | |
| SM | 0.5 | | | |
| MD | 0.5 | | | |
| LG | 0.5 | | | |
| XL | 0.5 | | | |
| 2XL | 0.6 | | | |
| 3XL | 0.6 | | | |
| 4XL | 0.7 | | | |
| **OR Scrub Shirt Jade** | | | | |
| SM | 0.5 | | | |
| MD | 0.5 | | | |
| LG | 0.5 | | | |
| XL | 0.5 | | | |
| **OR Scrub Pants CEIL** | | | | |
| SM | 0.5 | | | |
| MD | 0.5 | | | |
| LG | 0.5 | | | |
| XL | 0.5 | | | |
| **OR Scrub Shirt CEIL** | | | | |
| SM | 0.5 | | | |
| MD | 0.5 | | | |
| LG | 0.5 | | | |
| XL | 0.5 | | | |

**Total**

Value $ Pound: $ 4.75 — $ 307,796.44 — 64,799 — $ 307,796.44

# Hahnemann Hospital Par Sheet
102 Vine St.
Philadelphia, PA 19102

**Date:** TUE   1/12/2016

| Item | PAR | |
|---|---|---|
| Yellow Isolation Gown | | 3500 |
| IV Gown - GALAXY GRAY | 750 | |
| Patient Gown - Embassy (DEMURE) | 250 | |
| Patient Gown - 3XL FREESIA | 120 | |
| TIV 10x Tieside Royal Pacific | 5 | |
| Bath Towel | 1,800 | |
| Flat Sheet | 2,100 | |
| Knit Fitted Sheet | 500 | |
| Bath Blanket | 700 | |
| Thermal Blanket | 700 | |
| Baby Blanket | 500 | |
| Pillowcase | 1,000 | |
| Washcloth | 2,100 | |
| Baby Diaper | 150 | |
| Infant T-shirt Snap | 100 | |
| PJ Pant - Elastic Waist | 10 | |
| PJ Pant - String Waist | 100 | |
| OR Gown - Misty Green | 150 | |
| OR Sheet - Misty Green | 300 | |
| OR Towel - Jade | 1,500 | |
| Warm Up Jacket Medium - JADE | 5 | |
| Scrub Dress - Seaspray M | 5 | |
| Laundry Bags | 700 | |
| **OR Scrub Shirt JADE** | | |
| SM | 82 | |
| MD | 90 | |
| LG | 85 | |
| XL | 75 | |
| 2XL | 36 | |
| 3XL | 24 | |
| 4XL | 5 | |
| **OR Scrub Pants JADE** | | |
| SM | 82 | |
| MD | 90 | |
| LG | 85 | |
| XL | 75 | |
| 2XL | 36 | |
| 3XL | 24 | |
| 4XL | 5 | |
| Bags - Blue OR Towels | | |

PLEASE PUT THE SCRUB BINS INSIDE FOLDING ROOM.
PLEASE PUT ALL CLEAN LINEN INSIDE THE LINEN ROOM.

| Date | Hahnemann | St Chris |
|---|---|---|
| 27-Jun | | 962 |
| 30-Jun | | 468 |
| 1-Jul | | 511 |
| 2-Jul | | 1133 |
| 4-Jul | | 436 |
| 8-Jul | | 306 |
| 10-Jul | | 1864 |
| 14-Jul | | 856 |
| 15-Jul | | 1264 |
| 22-Jul | | 2487 |
| 26-Jul | | 5452 |
| Total | | 14777 |