# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466(KG) |
|  | (Jointly Administered) |
| *Debtors.* | **Related to Docket No. 301 and 510** |

## CERTIFICATE OF SERVICE

I, Charles A. McCauley, III, Esquire, hereby certify that on the August 30, 2019, I caused a true and correct copy of the **Objection of Mayflower Laundry and Textile Services, LLC to Debtor's Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases** to be served via First-Class and electronic mail on the parties listed on the attached service list.

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: */s/ Charles A. McCauley, III*
Charles A. McCauley III (# 4738)
1201 North Orange Street, Suite 10 East
Wilmington, Delaware 19801
Telephone: (302) 351-0905
Facsimile: (302) 351-0935
Email: cmccauley@offitkurman.com

*Attorney for Creditor,*
*Mayflower Laundry and Textile Services, LLC*

Dated: August 30, 2019

1

## SERVICE LIST

Benjamin A. Hackman, Esq.
Office of the United States Trustee for the
District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.hackman@usdoj.gov

Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19899 mark.minuti@saul.com
monique.disabatino@saul.com
*Counsel for the Debtors*

Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19103
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com
*Counsel for the Debtors*

Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
*Counsel to the Committee*

Gretchen Santamour, Esq.
Stradley, Ronan, Stevens & Young, LLP 2005
Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com
*Counsel to MidCap*

Joelle E. Polesky, Esq.
Stradley, Ronan, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801 jpolesky@stradley.com
*Counsel to MidCap*