UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On August 29, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail or hand delivery on the service list attached hereto as Exhibit A:

| | |
|---|---|
| 08/29/2019  585 | Objection *to and Reservation of Rights with Respect to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (related document(s)205, 510) Filed by Premier, Inc. (Attachments: # 1 Exhibit A) (Klein, Julia) (Entered: 08/29/2019) |

                                                                   X _____
                                                                      **Gene Matthews**

Dated: August 29, 2019

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 29th day of August, 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

*[Notary seal: JACQUELINE LATELY, MY COMMISSION EXPIRES AUGUST 12, 2021, NOTARY PUBLIC, STATE OF DELAWARE]*

# EXHIBIT A

**VIA HAND DELIVERY:**
United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street
2nd Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Attn: Andrew H. Sherman, Esq. and
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

**VIA HAND DELIVERY:**
Attn: Thomas M. Horan
Fox Rothschild LLP
919 N Market St
Suite 300
Wilmington, DE 19899

**VIA FIRST CLASS MAIL:**
Attn: Gretchen M. Santamour, Esq
Stradley, Ronan, Stevens & Young, LLP,
2005 Market Street,
Suite 2600,
Philadelphia, PA 19103

**VIA HAND DELIVERY:**
Attn: Joelle E. Polesky, Esq.
Stradley, Ronan, Stevens & Young, LLP,
1000 N. West Street,
Suite 1279,
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Saul Ewing Arnstein & Lehr LLP
Centre Square West,
1500 Market Street,
38th Floor,
Philadelphia, PA 19102

**VIA HAND DELIVERY:**
Attn: Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street,
Suite 2300,
Wilmington, Delaware 19801,

**VIA HAND DELIVERY:**
-(Attn: Domenic E. Pacitti)
Klehr Harrison Harvey Branzburg LLP,
919 N. Market Street,
Suite 1000,
Wilmington, Delaware 19801