**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC *dba* Hahnemann University Hospital,<br><br>Debtor[1]. | CASE NO. 19-11466-KG<br>CHAPTER 11 |

**LIMITED OBJECTION OF PHYSICIAN AND TACTICAL HEALTHCARE SERVICES, LLC TO NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

COMES NOW Physician and Tactical Healthcare Services, LLC, on behalf of itself and its affiliates (collectively, "PATHS, LLC"), creditors, and parties-in-interest of Center City Healthcare, LLC dba Hahnemann University Hospital, et al. ("Debtors), by and through undersigned counsel, files this limited objection and reservation of rights ("Limited Objections") to the Notice of Assumption Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [Docket No. 510] (the "Assumption Notice"). In support of its Limited Objection, PATHS, LLC states as follows:

**BACKGROUND**

1. On June 30, 2019 ("Petition Date"), the Debtors each filed a Petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 – 1532 (The "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Center City Healthercare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, PA 19102.

2. On July 16, 2019, the Debtors filed the Debtors' Motion for the Entry of an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Forum and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 205] (the "Sale Motion").

3. The Debtors' motion proposes to sell the assets of St. Christopher's Healthcare LLC, SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C. SCHC Pediatric Anesthesia Associates, L.L.C., StChris Carte at Northeast Pediatrics, L.L.C. and TPS V of PA, L.L.C.

4. On July 26, 2019, the Court entered an Order [Docket No. 301] (the "Bidding Procedures Order") approving the Bidding Procedures proposed by the Debtors' Sale Motion.

5. The Debtors filed the Assumption Notice on August 16, 2019 in compliance with the Bidding Procedures Order.

6. Exhibit A to the Assumption Notice lists an agreement between St. Christopher's Healthcare, LLC and PATHS, LLC described as "Agreement" (the "Agreement"). The proposed cure amount is listed as $0.00.

**LIMITED OBJECTION**

7. PATHS, LLC does not oppose the proposed sale described in the Sale Motion, nor does PATHS, LLC generally oppose assumption and assignment of the Agreement in the sale. However, with the Assumption Notice, the Debtors are proposing a total payment of $0.00 (an amount less then what is

reflected as due on PATHS, LLC's books and records) to cure all defaults in order to permit an assumption and assignment of the Agreement to a new to-be-determined owner. As more fully set forth in the invoices attached as Exhibit "A", PATHS, LLC's records reflect that a balance of $62,625.00 is presently overdue in connection with the PATHS, LLC Agreement.

8. Consequently, the Proposed Cure Amount does not satisfy the requirement under Section 365(b)(1) of the Bankruptcy Code that Debtors fully cure all monetary defaults in order to assume the PATHS, LLC Agreement. As a result of the foregoing, PATHS, LLC hereby objects to the proposed Cure Amount. Any assumption of the PATHS, LLC Agreement must be conditioned upon full payment of the outstanding balance of $62,625.00. PATHS, LLC continues to provide services to St. Christopher's Hospital for Children under the Agreement.

## **RESERVATION OF RIGHTS**

PATHS, LLC reserves the rights to supplement and/or amend this limited objection and to introduce evidence at any hearings related to the Sale of Motion and/or the Cure Notice and this limited objection.

WHEREFORE, Physician and Tactical Healthcare Services, LL respectfully requests that this Honorable Court condition the assumption and assignment of the PATHS, LLC Agreement on the full payment of the correct amount and provide such further relief as this court deems just and proper.

Respectfully submitted,

/s/ Christina J. Pross

Christina J. Pross, Esq. (Bar No. 5376)
Mattleman Weinroth & Miller, PC
200 Continental Drive, Suite 215
Newark, DE 19713
Ph: 302-731-8349
cpross@mwm-law.com
Attorney for Movant