# EXHIBIT A



# Invoice

| Date | Invoice # |
|------|-----------|
| 04/02/2019 | 10768 |

Cherry Hill, NJ 08002-4502

| Bill To |
|---------|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Clinic Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period March 2019 | 13,000.00 | 13,000.00 |

| | **Total** | $13,000.00 |
|---|---|---|

9 Executive Campus  |  Cherry Hill, NJ 08002-4502  |  tel **856.671.6000**  |  fax **856.671.6015**

7895 Browning Road   |  Pennsauken, NJ 08109  |  tel **856.477.5100**  |  fax **856.488.1043**

2010 Bevin Drive  |  Allentown, PA 18103  |  tel **610.437.0136**  |  fax **610.965.1480**

1352 Marrows Road, Suite 110  |  Newark, DE 19711  |  tel **302.731.0080**  |  fax **302.731.0746**

3028 Javier Road, Suite 200A  |  Fairfax, VA 22031  |  tel **571.378.6413**  |  fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|------|-----------|
| 04/02/2019 | 10769 |

Cherry Hill, NJ 08002-4502

| Bill To |
|---------|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | VAN Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period March 2019 | 2,000.00 | 2,000.00 |

| | **Total** | $2,000.00 |
|--|----------|-----------|

9 Executive Campus  | Cherry Hill, NJ 08002-4502  | tel **856.671.6000**  | fax **856.671.6015**
7895 Browning Road   | Pennsauken, NJ 08109  | tel **856.477.5100**  | fax **856.488.1043**
2010 Bevin Drive   | Allentown, PA 18103  | tel **610.437.0136**  | fax **610.965.1480**
1352 Marrows Road, Suite 110  | Newark, DE 19711  | tel **302.731.0080**  | fax **302.731.0746**
3028 Javier Road, Suite 200A  | Fairfax, VA 22031  | tel **571.378.6413**  | fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|------|-----------|
| 04/02/2019 | 10770 |

Cherry Hill, NJ 08002-4502

| Bill To |
|---------|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Hourly Credentialing Services Project above 100 hours per the attached schedule for the period March 2019 | 725.00 | 725.00 |

| | Total | $725.00 |
|--|-------|---------|

9 Executive Campus  |  Cherry Hill, NJ 08002-4502  |  tel 856.671.6000  |  fax 856.671.6015
7895 Browning Road   |  Pennsauken, NJ 08109  |  tel 856.477.5100  |  fax 856.488.1043
2010 Bevin Drive   |  Allentown, PA 18103   |  tel 610.437.0136   |  fax 610.965.1480
1352 Marrows Road, Suite 110  |  Newark, DE 19711  |  tel 302.731.0080   |  fax 302.731.0746
3028 Javier Road, Suite 200A  |  Fairfax, VA 22031  |  tel 571.378.6413  |  fax 703.698.0170

www.hcpaths.com

PATHS LLC
St. Christophers
March 2019

| Employee | Date | In | Out | Lunch | Hours | Total Hours | Rate | Hourly Amount |
|----------|------|----|-----|-------|-------|-------------|------|---------------|
| Linda Giambri | 03/01/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ 100.00 |
| Linda Giambri | 03/04/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ 100.00 |
| Linda Giambri | 03/05/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ 100.00 |
| Linda Giambri | 03/06/2019 | 8:00 | 11:00 | NO | 3.00 | 3.00 | $50.00 | $ 150.00 |
| Linda Giambri | 03/07/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ 100.00 |
| Linda Giambri | 03/11/2019 | 8:00 | 10:30 | NO | 2.50 | 2.50 | $50.00 | $ 125.00 |
| Linda Giambri | 03/12/2019 | 8:00 | 9:00 | NO | 1.00 | 1.00 | $50.00 | $ 50.00 |
| Total | | | | | 14.50 | 14.50 | | $ 725.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 05/02/2019 | 10863 |

Cherry Hill, NJ 08002-4502

| Bill To |
|---------|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Clinic Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period April 2019 | 13,000.00 | 13,000.00 |

| | **Total** | $13,000.00 |
|-|-----------|-----------|

9 Executive Campus  | Cherry Hill, NJ 08002-4502  | tel **856.671.6000** | fax **856.671.6015**
7895 Browning Road  | Pennsauken, NJ 08109  | tel **856.477.5100** | fax **856.488.1043**
2010 Bevin Drive  | Allentown, PA 18103  | tel **610.437.0136** | fax **610.965.1480**
1352 Marrows Road, Suite 110  | Newark, DE 19711  | tel **302.731.0080** | fax **302.731.0746**
3028 Javier Road, Suite 200A  | Fairfax, VA 22031  | tel **571.378.6413** | fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|------|-----------|
| 05/02/2019 | 10864 |

Cherry Hill, NJ 08002-4502

| Bill To |
|---------|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | VAN Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period April 2019 | 2,000.00 | 2,000.00 |

| | **Total** | $2,000.00 |
|--|-----------|-----------|

9 Executive Campus  |  Cherry Hill, NJ 08002-4502  |  tel **856.671.6000**  |  fax **856.671.6015**
7895 Browning Road  |  Pennsauken, NJ 08109  |  tel **856.477.5100**  |  fax **856.488.1043**
2010 Bevin Drive  |  Allentown, PA 18103  |  tel **610.437.0136**  |  fax **610.965.1480**
1352 Marrows Road, Suite 110  |  Newark, DE 19711  |  tel **302.731.0080**  |  fax **302.731.0746**
3028 Javier Road, Suite 200A  |  Fairfax, VA 22031  |  tel **571.378.6413**  |  fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|------|-----------|
| 05/02/2019 | 10865 |

Cherry Hill, NJ 08002-4502

**Bill To**

St. Christopher's Hospital for Children
Accounts Payable
PO Box 26968
Philadelphia, PA  19134-1095

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | Net 30 |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Hourly Credentialing Services Project above 100 hours per the attached schedule for the period April 2019 | 725.00 | 725.00 |

| | **Total** | $725.00 |
|---|---|---|

9 Executive Campus  | Cherry Hill, NJ 08002-4502  | tel **856.671.6000**  | fax **856.671.6015**
7895 Browning Road  | Pennsauken, NJ 08109  | tel **856.477.5100**  | fax **856.488.1043**
2010 Bevin Drive  | Allentown, PA 18103  | tel **610.437.0136**  | fax **610.965.1480**
1352 Marrows Road, Suite 110  | Newark, DE 19711  | tel **302.731.0080**  | fax **302.731.0746**
3028 Javier Road, Suite 200A  | Fairfax, VA 22031  | tel **571.378.6413**  | fax **703.698.0170**

**www.hcpaths.com**

| | PATHS LLC | | | | | | | | |
| | St. Christophers | | | | | | | | |
| | April 2019 | | | | | | | | |
| | | | | | | Total | | Hourly | |
| Employee | Date | In | Out | Lunch | Hours | Hours | Rate | Amount | |
| | | | | | | | | | |
| Linda Giambri | 04/05/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ | 100.00 |
| Linda Giambri | 04/08/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ | 100.00 |
| Linda Giambri | 04/10/2019 | 8:00 | 10:30 | NO | 2.50 | 2.50 | $50.00 | $ | 125.00 |
| Linda Giambri | 04/17/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ | 100.00 |
| Linda Giambri | 04/22/2019 | 8:00 | 9:30 | NO | 1.50 | 1.50 | $50.00 | $ | 75.00 |
| Linda Giambri | 04/23/2019 | 8:00 | 8:30 | NO | 0.50 | 0.50 | $50.00 | $ | 25.00 |
| Linda Giambri | 04/25/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ | 100.00 |
| Linda Giambri | 04/26/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ | 100.00 |
| | | | | | | | | | |
| Total | | | | | 14.50 | 14.50 | | $ | 725.00 |
| | | | | | | | | | |



# Invoice

| Date | Invoice # |
|------|-----------|
| 06/10/2019 | 10969 |

Cherry Hill, NJ 08002-4502

**Bill To**

St. Christopher's Hospital for Children
Accounts Payable
PO Box 26968
Philadelphia, PA  19134-1095

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Clinic Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period May 2019 | 13,000.00 | 13,000.00 |

| | **Total** | $13,000.00 |
|---|---|---|

9 Executive Campus  |  Cherry Hill, NJ 08002-4502  |  tel **856.671.6000**  |  fax **856.671.6015**
7895 Browning Road  |  Pennsauken, NJ 08109  |  tel **856.477.5100**  |  fax **856.488.1043**
2010 Bevin Drive  |  Allentown, PA 18103  |  tel **610.437.0136**  |  fax **610.965.1480**
1352 Marrows Road, Suite 110  |  Newark, DE 19711  |  tel **302.731.0080**  |  fax **302.731.0746**
3028 Javier Road, Suite 200A  |  Fairfax, VA 22031  |  tel **571.378.6413**  |  fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|---|---|
| 06/10/2019 | 10970 |

Cherry Hill, NJ 08002-4502

| Bill To |
|---|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA 19134-1095 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | VAN Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period May 2019 | 2,000.00 | 2,000.00 |

| **Total** | $2,000.00 |
|---|---|

9 Executive Campus | Cherry Hill, NJ 08002-4502 | tel **856.671.6000** | fax **856.671.6015**

7895 Browning Road | Pennsauken, NJ 08109 | tel **856.477.5100** | fax **856.488.1043**

2010 Bevin Drive | Allentown, PA 18103 | tel **610.437.0136** | fax **610.965.1480**

1352 Marrows Road, Suite 110 | Newark, DE 19711 | tel **302.731.0080** | fax **302.731.0746**

3028 Javier Road, Suite 200A | Fairfax, VA 22031 | tel **571.378.6413** | fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|------|-----------|
| 06/10/2019 | 10971 |

Cherry Hill, NJ 08002-4502

| Bill To |
|---------|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Hourly Credentialing Services Project above 100 hours per the attached schedule for the period May 2019 | 575.00 | 575.00 |
|  |  |  |  |

| | **Total** | $575.00 |
|--|-----------|---------|

9 Executive Campus  |  Cherry Hill, NJ 08002-4502  |  tel **856.671.6000**  |  fax **856.671.6015**

7895 Browning Road   |  Pennsauken, NJ 08109  |  tel **856.477.5100**  |  fax **856.488.1043**

2010 Bevin Drive  |  Allentown, PA 18103  |  tel **610.437.0136**  |  fax **610.965.1480**

1352 Marrows Road, Suite 110  |  Newark, DE 19711  |  tel **302.731.0080**  |  fax **302.731.0746**

3028 Javier Road, Suite 200A  |  Fairfax, VA 22031  |  tel **571.378.6413**  |  fax **703.698.0170**

**www.hcpaths.com**

|  | PATHS LLC | | | | | | | | |
|  | St. Christophers | | | | | | | | |
|  | May 2019 | | | | | | | | |
|  | | | | | | Total | | | Hourly |
| Employee | Date | In | Out | Lunch | Hours | Hours | Rate | | Amount |
| | | | | | | | | | |
| Linda Giambri | 05/09/2019 | 8:00 | 9:30 | NO | 1.50 | 1.50 | $50.00 | $ | 75.00 |
| Linda Giambri | 05/14/2019 | 8:00 | 9:30 | NO | 1.50 | 1.50 | $50.00 | $ | 75.00 |
| Linda Giambri | 05/15/2019 | 8:00 | 10:30 | NO | 2.50 | 2.50 | $50.00 | $ | 125.00 |
| Linda Giambri | 05/16/2019 | 8:00 | 10:30 | NO | 2.50 | 2.50 | $50.00 | $ | 125.00 |
| Linda Giambri | 05/22/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ | 100.00 |
| Linda Giambri | 05/29/2019 | 8:00 | 9:30 | NO | 1.50 | 1.50 | $50.00 | $ | 75.00 |
| | | | | | | | | | |
| Total | | | | | 11.50 | 11.50 | | $ | 575.00 |



# Invoice

| Date | Invoice # |
| --- | --- |
| 07/10/2019 | 11054 |

9 Executive Campus
Cherry Hill, NJ 08002-4502

| Bill To |
| --- |
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA 19134-1095 |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| | Net 30 | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Clinic Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period June 2019 | 13,000.00 | 13,000.00 |

| | **Total** | $13,000.00 |
| --- | --- | --- |

9 Executive Campus | Cherry Hill, NJ 08002-4502 | tel **856.671.6000** | fax **856.671.6015**
7895 Browning Road | Pennsauken, NJ 08109 | tel **856.477.5100** | fax **856.488.1043**
2010 Bevin Drive | Allentown, PA 18103 | tel **610.437.0136** | fax **610.965.1480**
1352 Marrows Road, Suite 110 | Newark, DE 19711 | tel **302.731.0080** | fax **302.731.0746**
3028 Javier Road, Suite 200A | Fairfax, VA 22031 | tel **571.378.6413** | fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|---|---|
| 07/10/2019 | 11055 |

9 Executive Campus
Cherry Hill, NJ 08002-4502

| Bill To |
|---|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | VAN Monthly Management Fee per the addendum to the agreement dated January 1, 2017 for the period June 2019 | 2,000.00 | 2,000.00 |

| | Total | $2,000.00 |
|---|---|---|

9 Executive Campus  |  Cherry Hill, NJ 08002-4502  |  tel **856.671.6000**  |  fax **856.671.6015**
7895 Browning Road  |  Pennsauken, NJ 08109  |  tel **856.477.5100**  |  fax **856.488.1043**
2010 Bevin Drive  |  Allentown, PA 18103  |  tel **610.437.0136**  |  fax **610.965.1480**
1352 Marrows Road, Suite 110  |  Newark, DE 19711  |  tel **302.731.0080**  |  fax **302.731.0746**
3028 Javier Road, Suite 200A  |  Fairfax, VA 22031  |  tel **571.378.6413**  |  fax **703.698.0170**

**www.hcpaths.com**



# Invoice

| Date | Invoice # |
|------|-----------|
| 07/10/2019 | 11056 |

9 Executive Campus
Cherry Hill, NJ 08002-4502

| Bill To |
|---------|
| St. Christopher's Hospital for Children<br>Accounts Payable<br>PO Box 26968<br>Philadelphia, PA  19134-1095 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Hourly Credentialing Services Project above 100 hours per the attached schedule for the period June 2019 | 600.00 | 600.00 |

| **Total** | $600.00 |
|-----------|---------|

9 Executive Campus   |  Cherry Hill, NJ 08002-4502   |  tel **856.671.6000**   |  fax **856.671.6015**

7895 Browning Road   |  Pennsauken, NJ 08109   |  tel **856.477.5100**   |  fax **856.488.1043**

2010 Bevin Drive   |  Allentown, PA 18103   |  tel **610.437.0136**   |  fax **610.965.1480**

1352 Marrows Road, Suite 110   |  Newark, DE 19711   |  tel **302.731.0080**   |  fax **302.731.0746**

3028 Javier Road, Suite 200A   |  Fairfax, VA 22031   |  tel **571.378.6413**   |  fax **703.698.0170**

**www.hcpaths.com**

|  | PATHS LLC | | | | | Total | | Hourly | |
|---|---|---|---|---|---|---|---|---|---|
|  | St. Christophers | | | | | | | | |
|  | June 2019 | | | | | | | | |
|  | | | | | | | | | |
| Employee | Date | In | Out | Lunch | Hours | Hours | Rate | Amount | |
|  | | | | | | | | | |
| Linda Giambri | 06/07/2019 | 8:00 | 10:00 | NO | 2.00 | 2.00 | $50.00 | $ | 100.00 |
| Linda Giambri | 06/12/2019 | 8:00 | 9:00 | NO | 1.00 | 1.00 | $50.00 | $ | 50.00 |
| Linda Giambri | 06/18/2019 | 8:00 | 12:00 | NO | 4.00 | 4.00 | $50.00 | $ | 200.00 |
| Linda Giambri | 06/19/2019 | 8:00 | 1:00 | NO | 5.00 | 5.00 | $50.00 | $ | 250.00 |
|  | | | | | | | | | |
| Total | | | | | 12.00 | 12.00 | | $ | 600.00 |
|  | | | | | | | | | |