# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) **Hearing Date: September 24, 2019 at 10:00 a.m.** <br> ) **Objection Deadline: September 13, 2019 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 30, 2019, the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases filed the *Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **September 13, 2019 at 4:00 p.m. (prevailing Eastern Standard Time)** (the "**Objection Deadline**"), (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **September 24, 2019 at 10:00 a.m. (prevailing Eastern Standard Time)**, before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Dated: August 30, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

        By:*/s/ Mark Minuti*
           Mark Minuti (DE Bar No. 2659)
           Monique B. DiSabatino (DE Bar No. 6027)
           1201 N. Market Street, Suite 2300
           P.O. Box 1266
           Wilmington, DE  19899
           Telephone: (302) 421-6800
           Fax: (302) 421-5873
           mark.minuti@saul.com
           monique.disabatino@saul.com

              -and-

           Jeffrey C. Hampton
           Adam H. Isenberg
           Aaron S. Applebaum (DE Bar No. 5587)
           Centre Square West
           1500 Market Street, 38th Floor
           Philadelphia, PA 19102
           Telephone: (215) 972-7700
           Fax: (215) 972-7725
           jeffrey.hampton@saul.com
           adam.isenberg@saul.com
           aaron.applebaum@saul.com

           *Counsel for Debtors and Debtors in Possession* (*other than with respect to the DUCOM/HSRE Leases*)

              and

| | |
|---|---|
| Dated: August 30, 2019 | **KLEHR HARRISON HARVEY BRANZBURG LLP** |

        By:    */s/ Domenic E. Pacitti*
           Domenic E. Pacitti (DE Bar No. 3989)
           919 N. Market Street, Suite 1000
           Wilmington, DE  19801
           Telephone: (302) 426-1189
           Fax: (302) 426-9193
           dpacitti@klehr.com

           *Counsel for Debtors and Debtor in Possession* (*only as to the DUCOM/HSRE Leases*)