# **EXHIBIT A**

**Proposed Order**

35708190.5 08/30/2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) Case No. 19-11466 (KG) |
| *al*.,[1] | ) |
|  | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Re: Docket No. __** |
|  | ) |

**ORDER APPROVING FIFTH OMNIBUS MOTION**
**OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING**
**THE REJECTION OF CERTAIN UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and

debtors in possession (the "**Debtors**") for the entry of an order (this "**Fifth Omnibus Rejection**

**Order**") pursuant to Bankruptcy Code section 365(a), authorizing the Debtors to reject certain

unexpired leases, subleases and sub-subleases listed on **Exhibits 1 and 2** attached hereto (the

"**Leases**"); and the Court having jurisdiction to consider the Motion and the relief requested

therein; and due and sufficient notice of the Motion having been given; and it appearing that the

relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other

parties in interest; and the Court having reviewed the Motion and considered the arguments made

at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

-2-

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Leases set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date of the entry of this Order.

3.      All leases and subleases between and among the Debtors with respect to the HSRE Buildings, including, without limitation, those set forth on **Exhibit 2** attached hereto, are hereby rejected, effective as of the date of the entry of this Order.

4.      This Order shall not be deemed to be a determination of whether any of the Leases are unexpired leases.

5.      To the extent that a counterparty to a Lease chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

6.      The Debtors' rights with respect to any existing defaults of the counterparties to the Leases, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

7.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

## **Exhibit 1**
## **Rejected Leases**

| No. | Non-Debtor Counterparty | Description | Debtor Party |
|---|---|---|---|
| 1 | Arthur Huppert, MD | Sublease for 231 N. Broad Street – Suite 101 | Center City Healthcare, LLC |
| 2 | Lyons-Chvala Nephrology Associates | Sublease – timeshare for suite 101 of 231 N. Broad Street | Center City Healthcare, LLC |
| 3 | New Cingular Wireless PCS | Sublease – roof space of New College Building | Center City Healthcare, LLC (d/b/a Hahnemann University Hospital) |
| 4 | The Dialysis Unit of Center City Philadelphia, LLC | Sublease – Suite 1200 of Bobst Building | Center City Healthcare, LLC |
| 5 | Drexel University | Sublease – assigned master lease from PAHH Bellet MOB, LLC | St. Christopher's Healthcare, LLC |
| 6 | Drexel University | Sublease – assigned master lease from PAHH Broad Street MOB, LLC | St. Christopher's Healthcare, LLC |
| 7 | Drexel University | Sublease – assigned master lease from PAHH Feinstein MOB, LLC | St. Christopher's Healthcare, LLC |
| 8 | Drexel University | Sublease – assigned master lease from PAHH New College MOB, LLC | St. Christopher's Healthcare, LLC |
| 9 | Drexel University | Sublease – New College Building – Suite 12317 | TPS IV of PA, L.L.C. |
| 10 | Drexel University | Sublease – New College Building – Suite 744 | TPS IV of PA, L.L.C. |
| 11 | Drexel University | Sublease – New College Building - Suites 12316, 12318, 12320, 12322, 12324, 12326, and 12328 | TPS IV of PA, L.L.C. |
| 12 | Drexel University | Sublease – New College Building – Radiation Oncology Suite | Center City Healthcare, LLC |
| 13 | Drexel University | Sublease – New College Building – Radiation Oncology Suite | TPS IV of PA, L.L.C. |
| 14 | PAHH Bellet MOB, LLC | Master Lease for Bellet Building – 1501-1511 Race Street | St. Christopher's Healthcare, LLC |
| 15 | PAHH Broad Street MOB, LLC | Master Lease for 231 N. Broad Street | St. Christopher's Healthcare, LLC |

-2-

| No. | Non-Debtor Counterparty | Description | Debtor Party |
|---|---|---|---|
| 16 | PAHH Feinstein MOB, LLC | Master Lease for Feinstein and Bobst Buildings – 216-220 North Broad Street | St. Christopher's Healthcare, LLC |
| 17 | PAHH New College MOB, LLC | Master Lease for New College Building – 225-251 North 15th Street | St. Christopher's Healthcare, LLC |
| 18 | PAHH Wood Street Garage MOB, LLC | Master Lease for Wood Street Garage  306-320 North Broad Street | St. Christopher's Healthcare, LLC |
| 19 | Respiratory Associates LTD | Sublease – timeshare for suite 101 of 231 N. Broad Street | Center City Healthcare, LLC |
| 20 | Urology Consultants of Southeastern PA | Sublease for 231 N. Broad Street (2nd Floor) | Center City Healthcare, LLC |
| 21 | U.S. Regional Occupational Health (Worknet) | Sublease – Bobst Building – Suites B131, B133, and B134 | Center City Healthcare, LLC |

-2-

**Exhibit 2**
**Rejected Inter-Debtor Leases**

| No. | Debtor Sublessor | Debtor Sublessee | Description |
|-----|------------------|------------------|-------------|
| 1 | St. Christopher's Healthcare, LLC | Center City Healthcare, LLC | Sublease for Bellet Building |
| 2 | St. Christopher's Healthcare, LLC | Center City Healthcare, LLC | Sublease for Feinstein & Bobst buildings |
| 3 | St. Christopher's Healthcare, LLC | Center City Healthcare, LLC | Sublease for New College Building |
| 4 | St. Christopher's Healthcare, LLC | TPS of PA, L.L.C. | Sublease for Feinstein Building, 2nd Floor |
| 5 | St. Christopher's Healthcare, LLC | TPS of PA, L.L.C. | 231 North Broad Street, 3rd Floor |
| 6 | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. | Sublease for Feinstein Building – Radiology Oncology Suite |
| 7 | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. | Sublease for New College Building, 7th and 12th Floors |

35708190.5 08/30/2019