# EXHIBIT "A"

**3M Company Account Summary for Philadelphia Academic Health System, LLC**

| Invoice No. | Amount | Authorized Site | Invoice Date | Due Date | Coverage Dates | Prepetition Amount | Postpetition Amount |
|---|---|---|---|---|---|---|---|
| SC89582 | $15,452.99 | St Christophers Hsp Chldrn | 05/03/19 | 06/17/19 | 01/10/19 to 02/9/19 | $15,452.99 | N/A |
| SC89583 | $15,452.99 | St Christophers Hsp Chldrn | 05/03/19 | 06/17/19 | 02/10/19 to 03/09/19 | $15,452.99 | N/A |
| SC89584 | $15,452.99 | St Christophers Hsp Chldrn | 05/03/19 | 06/17/19 | 03/10/19 to 04/19/19 | $15,452.99 | N/A |
| SC89585 | $15,452.99 | St Christophers Hsp Chldrn | 05/03/19 | 06/17/19 | 04/10/19 to 05/09/19 | $15,452.99 | N/A |
| SC89586 | $15,452.99 | St Christophers Hsp Chldrn | 05/03/19 | 06/17/19 | 05/10/19 to 06/09/19 | $15,452.99 | N/A |
| SC89587 | $15,452.99 | St Christophers Hsp Chldrn | 05/03/19 | 06/17/19 | 06/10/19 to 07/09/19 | $10,817.09 | $4,635.90 |
| SC89588 | $18,966.18 | Hahnemann University Hospital | 05/03/19 | 06/17/19 | 01/10/19 to 02/09/19 | $18,966.18 | N/A |
| SC89590 | $18,966.18 | Hahnemann University Hospital | 05/03/19 | 06/17/19 | 02/10/19 to 03/09/19 | $18,966.18 | N/A |
| SC89591 | $18,966.18 | Hahnemann University Hospital | 05/03/19 | 06/17/19 | 03/10/19 to 04/09/19 | $18,966.18 | N/A |
| SC89592 | $18,966.18 | Hahnemann University Hospital | 05/03/19 | 06/17/19 | 04/10/19 to 05/09/19 | $18,966.18 | N/A |
| SC89593 | $18,966.18 | Hahnemann University Hospital | 05/03/19 | 06/17/19 | 05/10/19 to 06/09/19 | $18,966.18 | N/A |
| SC89594 | $18,966.18 | Hahnemann University Hospital | 05/03/19 | 06/17/19 | 06/10/19 to 07/09/19 | $13,276.33 | $5,689.85 |
| SC89595 | $12,579.00 | St Christophers Hsp Chldrn | 05/03/19 | 06/17/19 | 50% bill upon effective date | $12,579.00 | N/A |
| SC89596 | $180,836.50 | Hahnemann University Hospital | 05/03/19 | 06/17/19 | 50% bill upon effective date | $180,836.50 | N/A |
| SC90639 | $18,966.18 | Hahnemann University Hospital | 06/06/19 | 07/21/19 | 07/10/19 to 08/09/19 | N/A | $18,966.18 |
| SC90641 | $15,452.99 | St Christophers Hsp Chldrn | 06/06/19 | 07/21/19 | 07/10/19 to 08/09/19 | N/A | $15,452.99 |
| SC91682 | $18,966.18 | Hahnemann University Hospital | 07/02/19 | 08/16/19 | 08/10/19 to 09/09/19 | N/A | $18,966.18 |
| SC91684 | $15,452.99 | St Christophers Hsp Chldrn | 07/02/19 | 08/16/19 | 08/10/19 to 09/09/19 | N/A | $15,452.99 |
| SC93364 | $18,966.18 | Hahnemann University Hospital | 08/07/19 | 09/21/19 | 09/10/19 to 10/09/19 | N/A | $18,966.18 |
| SC93365 | $15,452.99 | St Christophers Hsp Chldrn | 08/07/19 | 09/21/19 | 09/10/19 to 10/09/19 | N/A | $15,452.99 |
| **Total** | **$503,188.03** | | | | | **$389,604.77** | **$113,583.26** |