**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>Re: Docket No. 510 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS TO NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

Philadelphia Academic Health Holdings, LLC ("PAHH"), Front Street Healthcare Properties, LLC ("Front Street"), and Front Street Healthcare Properties II, LLC ("Front Street II" and together with Front Street and PAHH, the "Non-Debtor Lessors"), by and through their undersigned counsel, hereby submit this limited objection and reservation of rights (the "Limited Objection") to the *Notice of Assumption, Assignment and Cure Amount With Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 510] (the "Cure Notice")[2] and respectfully state as follows:

**BACKGROUND**

1. St. Christopher's Healthcare, LLC ("SCH"), a debtor in the above-captioned chapter 11 cases, and Front Street, are party to that certain lease agreement dated January 11, 2018 (the "Front Street Lease"), whereby SCH leases the hospital facilities (including the real

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined in this Limited Objection have the meanings used in the Cure Notice.

property) from which it operates St. Christopher's Hospital for Children from Front Street (the "Leased Premises").

2. Under the terms of the Front Street Lease, SCH is obligated to pay PAHH (i) $1,093,750 per year in base rent ("Base Rent") and (ii) $7,656,250 per year in performance-based rent ("Performance-Based Rent"). Front Street Lease at 1. Base Rent is payable in arrears as of the last day of each calendar quarter and Performance-Based Rent is payable upon the occurrence of certain conditions (the "Performance-Based Rent Payment Trigger") tied to that certain *Credit and Security Agreement* dated January 11, 2018, between the Debtors and MidCap Funding IV Trust and MidCap Funding H Trust (together, "MidCap"). *Id.* at 1-2. In the event of a voluntary or involuntary bankruptcy of SCH, any accrued Performance-Based Rent that is not due and payable as of the filing date is waived by Front Street. *Id.* at 2. In addition, under the Front Street Lease, SCH is responsible for the payment of certain taxes applicable to the Leased Premises and all operating expenses (including, without limitation, maintenance, repair, and alternation costs) and utilities associated with the Leased Premises. *Id.* §§ 1.1-1.2.

3. On July 26, 2019, the Bankruptcy Court approved bidding procedures that govern the sale of substantially all of the assets of SCH, SCHC Pediatric Associates, L.L.C, St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C, StChris Care at Northeast Pediatrics, L.L.C. and TPS V of PA, L.L.C. (together, the "SCH Entities") [Docket No. 301]. In connection with the potential sale of the SCH Entities' assets, on August 16, 2019, the Debtors filed the Cure Notice, which identifies certain executory contracts and unexpired leases related to the sale that the Debtors are seeking to assume or assume and assign. The Cure Notice sets forth the Debtors' calculation of the current amounts (the "Cure Amounts") owing under each identified contract or lease, with the representation that the "Cure

Amounts are the only amounts proposed to be paid upon any assumption or assumption and assignment of the Assumed Contracts, in full satisfaction of all amounts outstanding under the Assumed Contracts." Cure Notice at 2.

4.  The Cure Notice includes seven (7) leases between SCH and Front Street each with a Cure Amount of $0.00. Cure Notice, Exhibit A at 14. Additionally, the Cure Notice includes a "Lease Agreement" between SCHC Pediatric Associates, L.L.C. and PAHH with a Cure Amount of $0.00. *Id.* at 26. None of the leases listed on the Cure Notice have any identifying information (date of the lease, lease number, subject of the lease, premises leased, etc.). The Non-Debtor Lessors are aware of only one lease between SCH and Front Street, the Front Street Lease; however, there are several leases and contracts between the Debtors and affiliates of the Non-Debtor Lessors that were not named in the Cure Notice, including Front Street II. Attached as Exhibit A is a non-exclusive list of leases and contracts between SCH and the Non-Debtor Lessors and their affiliates (collectively, the "Affiliate Agreements").

## LIMITED OBJECTION AND RESERVATION OF RIGHTS

5.  The Non-Debtor Lessors do not object to the proposed assumption (and assignment) of the Front Street Lease or any of the other Affiliate Agreements (once properly identified) included in the Cure Notice, provided that as a condition to the assumption (and assignment) of such agreements (i) the Cure Amounts for such agreements reflect all amounts currently outstanding under the agreements and (ii) the Non-Debtors Lessors receive adequate assurance of future performance by the Debtors or any assignee in the event such agreements are assigned to a Stalking Horse Bidder or other bidder of the SCH Entities' assets.

6.  As mentioned above, SCH is responsible for paying Base Rent, Performance-Based Rent, taxes, operating expenses, and utilities under the Front Street Lease. In Base Rent alone, SCH owes Front Street $144,689.64 for the period from January 11, 2018 through

June 30, 2019. In addition, SCH owes $20,669.95 in unpaid rent to Front Street II. The Non-Debtor Lessors do not have access to SCH's invoices; however, upon information and belief, it is the Non-Debtor Lessors' understanding that SCH has not kept current on its obligations under the Front Street Lease to pay for among, other things, parking taxes, property taxes, use taxes, operating expenses, and utilities related to the Leased Premises. Indeed, on August 23, 2019, Herman Goldner Co., Inc. ("HGC") filed a notice of filing and perfection of a mechanic's lien in the amount of $74,468.39 (plus interest) against SCH's interest in the Leased Premises in connection with work performed by HGC at the request of SCH at St. Christopher's Hospital for Children [Docket No. 555]. The mechanic's lien filed by HGC is just one example of the multitude of mechanics' and other liens that have been (or can be) asserted against the Debtors for lack of payment of operating expenses under the Front Street Lease.

7. Moreover, as a result of the rollup of the Debtors' prepetition credit facility with MidCap into the postpetition debtor-in-possession facility with MidCap, certain of the conditions contained in the Performance-Based Rent Payment Trigger no longer exist (*e.g.*, there is no Fixed Charge Coverage Ratio in the debtor-in-possession facility). Given the change in circumstances surrounding the Front Street Lease, the Non-Debtor Lessors believe that Performance-Based Rent is accruing and payable since the Petition Date. Any order authorizing the assumption or assignment of the Front Street Lease must provide that the Debtors or any assignee shall be responsible for the payment of all amounts due under the Front Street Lease, including, without limitation, the full amount of the accrued Performance-Based Rent. Additionally, it is unclear to the Non-Debtor Lessors how the Debtors or any assignee intend to perform under the Front Street Lease. Without such clarity on the going-forward performance of

SCH's obligations under the Front Street Lease, the Debtors are unable to provide Front Street with adequate assurance of future performance with respect to such lease.

8. Further, due to the lack of identifying information with respect to the leases and contracts included in the Cure Notice, the Non-Debtor Lessors and their affiliates are unable to identify which of the Affiliate Agreements the Debtors are seeking to assume. Accordingly, the Non-Debtor Lessors and their affiliates reserve all rights to object to the assumption, assignment, and/or Cure Amount for any of the Affiliate Agreements pending further clarification by the Debtors regarding which agreements the Debtors are actually seeking to assume.

9. The Non-Debtor Lessors and their affiliates reserve all rights with respect to any sale of the SCH Entities' assets to the extent an agreement cannot be reached between the Non-Debtors Lessors and the Debtors, the Stalking Horse Bidder, or any other bidder regarding the Affiliate Agreements, including, without limitation, the Front Street Lease, and reserve their rights to amend, modify, supplement, or otherwise revise this Limited Objection and to raise any additional objections to the Sale at the sale hearing.

10. The Non-Debtor Lessors and their affiliates also reserve all of their rights with respect to the proposed assumption (and assignment) of any of the Affiliate Agreements, including, without limitation, the Front Street Lease, and reserve the right to amend, modify, supplement, or otherwise revise this Limited Objection and to raise any additional objections at any hearing regarding the Cure Notice, including, without limitation, as necessary or appropriate to amend, quantify, or correct amounts necessary to cure any defaults or arrears associated with the leases, to assert as part of the Cure Amounts any additional amounts that may accrue or arise between now and the date of assumption, or to assert additional grounds for objecting to the assumption and assignment of the Affiliate Agreements (including, without limitation, adequate

assurance of future performance of the assignee), or to take any additional or further action with respect to the assumption and assignment of the Affiliate Agreements once a purchaser for the SCH Entities' assets is identified.

*Remainder of Page Intentionally Left Blank*

Dated: August 30, 2019
      Wilmington, Delaware

      /s/ Brendan J. Schlauch
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:   (302) 651-7700
Fax:  (302) 651-7701
Email: collins@rlf.com
        merchant@rlf.com
        schlauch@rlf.com

-and-

Suzzanne Uhland
Daniel S. Shamah
Diana M. Perez
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel:   (212) 326-2000
Fax:  (212) 326-2061
Email: suhland@omm.com
        dshamah@omm.com
        dperez@omm.com

*Attorneys for Philadelphia Academic Health Holdings LLC and Front Street Healthcare Properties LLC*