## EXHIBIT A

### Affiliate Agreements

1. Lease between St. Christopher's Healthcare, LLC (L) and TPS IV of PA (T) for a total of 3,798.99 u.s.f. on the 7th and 12th floors of 225-251 North 15th Street in the building known as New College Building.

2. Master Lease between PAHH Bellet MOB, LLC (L) and St. Christopher's Healthcare, LLC (T) for the building at 1501-1511 Race Street in the building known as the Bellet Building.

3. Lease between St. Christopher's Healthcare, LLC (L) and Center City Healthcare, LLC (T) for 21,811 u.s.f. at 1501-1511 Race Street in the building known as the Bellet Building.

4. Master Lease between PAHH New College MOB, LLC (L) and St. Christopher's Healthcare, LLC (T) for the building at 225-251 N. 15th Street known as the New College Building.

5. Lease between St. Christopher's Healthcare, LLC (L) and Center City Healthcare, LLC (T) for 151,139 u.s.f. at 225-251 N. 15th Street in the building known as New College Building.

6. Master Lease between PAHH Feinstein MOB, LLC (L) and St. Christopher's Healthcare, LLC for 216 – 220 N. Broad Street in the buildings known as Feinstein and Bobst Buildings.

7. Lease between St. Christopher's Healthcare, LLC (L) and TPS IV of PA (T) for 1,237.585 u.s.f. in Radiology Oncology Suite at 216-220 N. Broad Street in the buildings known as Feinstein and Bobst Buildings.

8. Lease between St. Christopher's Healthcare, LLC (L) and Center City Healthcare, LLC (T) for 126,395 usf at 216-220 N. Broad Street in the buildings known as Feinstein and Bobst Buildings.

9. Master Lease between PAHH Broad Street MOB, LLC (L) and St. Christopher's Healthcare, LLC (T) for 231-233 N. Broad Street in the building known as the Medical Office Building.

10. Master Lease between PAHH Wood Street Garage, LLC (L) and St. Christopher's Healthcare, LLC (T) for 306-320 N Broad Street in the building known as the Wood Street Garage.

11. Master Lease between PAHH Erie Street Garage, LLC (L) and St. Christopher's Healthcare, LLC (T) for 120 E. Erie Avenue in the building known as the Erie Street Garage.

12. Lease between St. Christopher's Healthcare, LLC (L) and TPS of PA (T) for 3,380 r.s.f. on the 3rd floor at 231 N. Broad Street Suite 300 in the building known as the Medical Offices Building. Assigned with Lessor Leases by Tenet HealthSystem Hahnemann, LLC

to PAHH Broad Street, LLC. Assigned with Lease Agreement by PAHH Broad Street, LLC to St. Christopher's Healthcare, LLC.

13. Lease, as amended, between St. Christopher's Healthcare, LLC (L) and TPS of PA (T) for 6,865.8 u.s.f on the 2nd floor at 216 N. Broad Street in the building known as the Feinstein Building. Assigned under Lessor Leases by Tenet HealthSystem Hahnemann, LLC to PAHH Feinstein MOB, LLC. Assigned by PAHH Feinstein MOB, LLC to St. Christopher's Healthcare, LLC.

14. Lease between Front Street Healthcare Properties, LLC (L) and St. Christopher's Healthcare, LLC (T) for 160 E. Erie Avenue in the building known as St. Christopher's Hospital for Children.

15. Lease between Front Street Healthcare Properties II, LLC (L) and St. Christopher's Healthcare, LLC (T) for 3647-3669 N. Front Street in the building known as Nelson Pavilion.

16. Lease between Front Street Healthcare Properties II, LLC (L) and St. Christopher's Healthcare, LLC (T) for 3483-3863 D Street in the building known as D Street Warehouse.

17. Operating Agreement between St. Christopher's Healthcare, LLC and SCHC Pediatric Associates, LLC for provision of space in the building known as St. Christopher's Hospital for Children by St. Christopher's Healthcare to SCHC Pediatric Associates, LLC to enable SCHC Pediatric Association to provide professional services to St. Christopher's Healthcare, LLC.

18. Lease between Center City Healthcare, LLC (L) and Drexel University (T) for 5,494 u.s.f. in the Medical Oncology Suite on the 15th floor of 230 N Broad Street in the building known as New College Building. Assigned with Lessor Leases from Tenet HealthSystem Hahnemann, LLC to Broad Street Healthcare Properties, LLC. Assigned by Broad Street Healthcare Properties, LLC.

19. Lease between St. Christopher's Healthcare, LLC (L) and Apple Drugs, Inc t/a The Apple Pharmacy for 843.49 u.s.f. located at 160 E. Erie Avenue on the 1st floor of the building known as St. Christopher's Hospital for Children. Assigned with Lessor Leases by Tenet HealthSystem St. Christopher's Hospital for Children, LLC to Front Street Healthcare Properties, LLC. Assigned with leases by Front Street Healthcare Properties, LLC to St. Christopher's Healthcare, LLC.

20. Management and Operating Agreement between St. Christopher's Healthcare, LLC (L) and Lori's Gifts, Inc (T) for an estimated 523 s.f. located at 160 E. Erie Avenue on the 1st floor of the building known as St. Christopher's Hospital for Children. Assigned with Lessor Leases by Tenet HealthSystem St. Christopher's Hospital for Children, LLC to Front Street Healthcare Properties, LLC. Assigned with leases by Front Street Healthcare Properties, LLC to St. Christopher's Healthcare, LLC.

21. Timeshare Sublease, as amended and extended, between St. Christopher's Healthcare, LLC (L) and Urology for Children for 478.98 sf of private space and 501.48 sf of shared space

located at 160 E. Erie Avenue on the 2nd floor of the building known as St. Christopher's Hospital for Children in Suite 2250. Assigned with Lessor Leases by Tenet Health System St. Christopher's Hospital for Children, LLC to Front Street Healthcare Properties, LLC. Assigned with leases by Front Street Healthcare Properties, LLC to St. Christopher's Healthcare, LLC.

22. Access License and Shared Services Agreement and Agreement Regarding Sublease dated January 11, 2018, by and between Tenet Health System St. Christopher's Hospital for Children, LLC., Center for the Urban Child, Inc., Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, and St. Christopher's Healthcare, LLC.

23. Lease Agreement dated June 20, 2013, by and between Center for the Urban Child, Inc., and SCHC Pediatric Associates, L.L.C.

24. DUCOM Extension Letter Agreement dated January 11, 2018, by and between HSRE-PAHH I, LLC and St. Christopher's Healthcare, LLC.