<u>**CERTIFICATE OF SERVICE**</u>

I, Brendan J. Schlauch, hereby certify that on August 30, 2019, I caused copies of the foregoing *Limited Objection and Reservation of Rights to the Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* to be served upon the following parties in the manner indicated.

<u>Via Hand Delivery</u>
Benjamin A. Hackman
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

<u>Via Hand Delivery</u>
Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801

<u>Via First Class Mail</u>
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

*/s/  Brendan J. Schlauch*
Brendan J. Schlauch (No. 6115)