**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a/ HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: DI 612** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on August 30, 2019, I did cause to be served true and correct copies of the Objection of Global Neurosciences Institute, LLC to Notice of Cure Amount With Respect to Executory Contract (DI 612) on the parties listed on the attached service listed as indicated thereon.

DATED: August 30, 2019

                                     /s/ Christopher D. Loizides
                                    Christopher D. Loizides (No. 3968)
                                    LOIZIDES, P.A.
                                    1225 King Street, Suite 800
                                    Wilmington, DE 19801
                                    Telephone:  (302) 654-0248
                                    Facsimile:  (302) 654-0728
                                    Email:  loizides@loizides.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2

**SERVICE LIST – VIA HAND DELIVERY**

Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street
Suite 2300
F:(302) 421-5873
mark.minuti@saul.com
*Counsel to the Debtors*

Tom Horan, Esq.
Fox Rothschild LLP
919 N. Market St., Suite 300
P.O. Box 2323
Wilmington, DE, 19899-2323
F:302.656.8920
thoran@foxrothschild.com
*Counsel to the Official Committee of Unsecured Creditors*

Joelle Polesky, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
jpolesky@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*