# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No.** _____ |

## ORDER APPROVING STIPULATION BY AND BETWEEN DEBTORS AND PATIENT CARE OMBUDSMAN REGARDING ACCESS TO CONFIDENTIAL PATIENT RECORDS

Upon consideration of the *Stipulation by and between the Debtors and the Patient Care Ombudsman Regarding Access to Confidential Patient Records*, a copy of which is attached hereto as **Exhibit 1**,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation, a copy of which is attached hereto as **Exhibit 1**, is approved.

2. This Order incorporates the terms of the Stipulation, and Paragraph 2 of the Stipulation constitutes a Qualified Protective Order under the Health Insurance Portability and Accountability Act of 1996, as amended.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); St Chris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C. (5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. The Parties (as defined in the Stipulation) are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the terms of the Stipulation.

Dated: September 3rd, 2019
Wilmington, Delaware

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**