# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Re:  Docket Nos. 142, 363, and 591** |

### JOINDER OF THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. TO DEBTORS' REPLY TO OBJECTION OF THE UNITED STATES TO PROPOSED SALE OF RESIDENCY PROGRAM ASSETS

Thomas Jefferson University Hospitals, Inc. ("Jefferson"), by and through its undersigned counsel, hereby joins in the reply [D.I. 591] (the "Reply")[2] filed by the Debtors to the objection [D.I. 591] (the "Objection") of the United States of America, on behalf of the Department of Health and Human Services, acting through its designated component, the Centers for Medicare and Medicaid Services, to the Debtors' Residency Program Sale Motion, and reserves the right to present evidence and argument in support of the proposed transaction at the hearing on the Residency Program Sale Motion (the "Hearing").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Reply.

WHEREFORE, for the reasons set forth in the Reply and as may be further argued at the Hearing, Jefferson respectfully requests that the Court overrule the Objection, grant the Residency Program Sale Motion, and provide such other and further relief as is just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 3, 2019 | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Joseph N. Argentina, Jr. (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel:  (302) 467-4200<br>Fax: (302) 467-4201<br>Patrick.Jackson@dbr.com<br>Joseph.Argentina@dbr.com<br><br>-and-<br><br>Andrew C. Kassner (Del. Bar. No. 4507)<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Tel:  (215) 988-2700<br>Fax:  (215) 988-2757<br>Andrew.Kassner@dbr.com<br><br>-and-<br><br>Marita S. Erbeck (admitted *pro hac vice*)<br>600 Campus Dr.<br>Florham Park, NJ 07932-1047<br>Tel:  (973) 549-7000<br>Fax:  (973 360-9831<br>Marita.Erbeck@dbr.com<br><br>*Counsel to Thomas Jefferson University Hospitals, Inc.* |

120335059.1