**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | |
| | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**PATIENT CARE OMBUDSMAN'S INITIAL REPORT**

In accordance with Section 333(b)(2) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Suzanne Koenig (the "**Ombudsman**"), in her capacity as the patient care ombudsman appointed by this Court in the above-captioned Chapter 11 cases commenced by Center City Healthcare, LLC, d/b/a Hahnemann University Hospital ("**Hahnemann**", the "**Hospital**" or the "**Debtor**"), respectfully submits this first report (the "**First Report**") for the time period from July 3, 2019 to the date of this First Report (the "**Report Period**"). This First Report is an interim report.

I.      **GENERAL BACKGROUND**

   A.      **Overview of the Debtor**

On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "**Court**") for relief under chapter 11 of the Bankruptcy Code. St. Christopher's Hospital for

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Children ("**STC**") and Hahnemann, along with other entities are either directly or indirectly owned by Philadelphia Academic Health System, LLC, which is one of the Debtors. Hahnemann has delivered care to residents of Philadelphia for over 170 years.  As a 496-bed tertiary care facility with a comprehensive array of specialties and services, it has been fully accredited by the Joint Commission on the Accreditation of Healthcare Organizations.  On June 26, 2019, the parent company of Hahnemann announced the closing of the Hospital and filed for bankruptcy shortly thereafter.

### B.    The Appointment of the Ombudsman

On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman [Docket No. 83].

On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Ombudsman in these Cases [Docket No. 95].

### C.    Overview of the Ombudsman's Visits

The Ombudsman and her representative made two visits to Hahnemann and two visits to STC.  The Ombudsman first visited Hahnemann on Sunday, July 7, 2019.  The purpose of the weekend visit was to meet with the chief nursing officer (the "**CNO**") and to determine if there were any concerns regarding the care and safety of the patients.  The Ombudsman had spoken with the CNO several times prior to the visit, and the CNO agreed to come in on Sunday to meet with and accompany the Ombudsman on rounds to monitor the quality of patient care.  The Ombudsman's second visit to Hahnemann occurred in the afternoon of July 18, 2019.  The Ombudsman's first visit to STC occurred on July 19, 2019; the second visit, which was unannounced, occurred on August 22, 2019.

II.        **SUMMARY OF OMBUDSMAN'S MONITORING AND OBSERVATIONS**

The following summarizes the Ombudsman's observations during this Report Period:

**Hahnemann University Hospital**

A.        **Physical Environment**

The Ombudsman toured all of the nursing units that remained open.  The Ombudsman did not observe any infection control violations or health insurance portability and accountability act ("**HIPAA**") breaches.  Interactions between the nursing staff and family visitors appeared friendly and appropriate.  The physical plant appeared clean, and no abhorrent or uncharacteristic odors were noted.  General housekeeping practices appeared to be maintained as no safety concerns were noted regarding equipment placement, with hallway paths remaining clear and unblocked.

B.        **Administrative Staff and Other Staff**

The CNO was friendly, warm and professional.  Having worked at the Hospital for many years, the CNO is familiar with the daily operations of the Hospital.  The patient census on the day of the initial visit was 72.

According to the CNO, there was an air of sadness from most people who entered the Hospital, perhaps from the realization that the Hospital's rich history of care and service was coming to an end.  The CNO reported that although the staff were concerned about their future employment, they endeavored to continue to provide excellent care and service to the patients and their families.  The CNO noted that the Hospital was sufficiently staffed and medical supplies and other items necessary to safely continue the Hospital's daily operations were still readily available.

The CNO indicated that there were concerns about the displacement of the nursing staff and the ability to gain employment at other local hospitals. The CNO advised that many nurses were calling in and canceling themselves (*i.e.*, canceling a duty shift) because they knew the census at the Hospital was dropping and they were not needed. The CNO stated that many of the nurses were concerned about whether they would receive compensation for accrued but unused paid time off. In addition, many nurses had questions about their insurance benefits and how long they would have coverage as several have sick children and they are uneasy about their future well-being. Despite such concerns, the nurses do not let their anxiety interfere with their job performance. One patient was quoted saying to the Ombudsman, "You don't get the attitude from staff that this place is closing. They all treat you with concern and great professionalism."

The CNO also shared concern about the residency program and how the closure would affect the young physicians' lives, including the impact on their ability to complete their educational requirements. Many of the physicians in the program had apartment leases, children in school and spouses with jobs in the community.

### C.    <u>Staff Interviews</u>

The Ombudsman was allowed to speak with the nurses on each unit in private, without the CNO being present. None of the nursing staff indicated any concerns over diminished care or safety of the patients. The nurses agreed that notwithstanding the closure of several units, the daily operations had not changed with respect to patient stays and discharges from the Hospital, and staffing was more than adequate. Many of the nurses did, however, voice their concerns about their employment opportunities.

D.    **Residency Program**

The closure of Hahnemann has impacted multiple stakeholders, including those medical resident physicians engaged in educational programs at the Hospital. Given the large number of residents placed at Hahnemann, the Association of American Medical Colleges (the "**AAMC**") and the Education Commission for Foreign Medical Graduates (the "**ECFMG**") filed a limited objection [Docket No. 186] to the Debtors' motion to establish bidding procedures for the sale of the Hospital's assets in connection with the residency program (the "**Bid Procedures Motion**") [Docket No. 142] requesting, among other things, a modification to the July 2, 2019 order directing the Appointment of a Patient Care Ombudsman and the July 3, 2019 Notice of Appointment of Patient Care Ombudsman.

The objection stated that "the AAMC and the ECFMG would like to ensure, among other things, that there is a timely, orderly and consensual transition of residents whether (i) to the program of each resident's choice, (ii) to Tower Health, as stalking horse bidder, or (iii) to another successful qualified bidder, so as to ensure proper patient care at Hahnemann and that all necessary steps be taken to ensure the continued quality of each resident's medical education." Consequently, the Court modified the Order of Appointment to direct the Ombudsman to do the following and we will address each issue point-by-point:

a.    Take into consideration the potentially irreparable consequences an interruption to resident training will have on patient care.

- Post-graduate medical education through a residency provides a structured means for an individual to transition from being a medical student to becoming an independent, licensed clinician. Residencies are required in the United States in order to secure licensure as a physician. Thus, the uncertainty created by an interruption in resident training might theoretically result in deficiencies in patient care.

- The Ombudsman first approached the CNO regarding this matter. The CNO cannot speak for the residents or their resident chair but noticed that with the census so low, many of the residents did not have the opportunity to do patient workups as they had in the past, prior to the announcement of the closure. The CNO had not observed any disruption to or reduction in the level of care of the patients in respect to the service provided by the residents. The CNO explained that the interns and the residents run the emergency codes in the inpatient units. The Hospital is also heavily reliant on the residents to provide care to the inpatient units at night and to the intensive care unit (the "**ICU**"). The CNO was forthcoming during the Ombudsman's visits to Hahnemann, and offered to send the Ombudsman the daily status reports that are sent to key Hospital staff. The Ombudsman received the first of such reports on July 8, 2019 and continued to receive these updates until the closure of the emergency department (the "**ED**").

- The CNO also referred the Ombudsman to the chair of the resident program. On July 25, 2019, the Ombudsman spoke separately to the chair of the resident educational program (the "**Chair**") to discuss this concern. The Chair told the Ombudsman that the residents serving at Hahnemann exhibited tremendous professionalism and overwhelming attentiveness in the quality of care given to the patients. After considering patient care quality, the Chair's main concern was making sure each resident landed in an accredited program going forward to successfully continue their career.

b.  Take into consideration whether a sale of residency slots to an entity without enough accredited programs to absorb the residents themselves could result in any interruption in resident training and disruption of patient care.

- As of September 1, 2019, the Ombudsman confirmed with the interim chief operating officer (the "**Interim CEO**") that all 570 residents had been successfully placed into accredited training programs; this includes 20 residents that will continue their training at STC. As far as the Ombudsman has been able to determine, there does not appear to have been any interruption in resident training whatsoever.

c.  In interviewing physicians, include physicians-in-training, i.e., medical residents.

- The Ombudsman made efforts to include residents in interviews discussing patient care at Hahnemann, as well as reaching out to other Hospital officials for their observations of care quality delivered by residents. The Ombudsman did not note any substantive concerns by residents or colleagues as to any deficiencies in patient care resulting from the displacement of the residents from the Hahnemann education programs. To the contrary, the residents were acknowledged for their commitment to ensuring quality care for their patients.

- A couple of the residents were present during the tour of the units that remained opened and none of the residents voiced any concerns about changes to, degradation of or risks to the care of the patients, even when directly asked.

## E.    <u>Resident Interviews</u>

Additionally, the Ombudsman interviewed five residents from the pathology, clinical neurology, and internal medicine departments.  Several residents were continuing to see patients from the Drexel University Outpatient setting as well.  This interview was part of a series the Ombudsman conducted while touring the Hospital, however, this particular interview was conducted by conference call on July 26, 2019 with scheduling and advance notifications in order to get maximum participation from several interdisciplinary departments.  Participants on the call expressed their concerns for their future and securing a position to complete their residency program.  However, all agreed that even though the closure had caused much distress for them, they were not aware of any situations where the patient care was compromised.  They were adamant that staffing levels were well above the needed care levels to address patient medical needs and each floor and department where they were assigned had adequate medical supplies to care for the patients.  One resident stated, "Patient care and patient well-being was always the number one concern for all our colleagues."

## F.    <u>Emergency Department</u>

The ED has a Level I Trauma Center rating, and is designed to offer three distinctive services:

1. The trauma center for those with life threatening conditions;
2. Emergent care for those with non-life-threatening problems; and
3. Fast Track to offer rapid care for simpler problems with services available from 7:00 a.m. to 10:00 p.m. daily.

Four patients were receiving care at the time of the Ombudsman's visit.  The staffing was appropriate and included physicians, residents and nurses.  All nurses working in the ED are advanced cardiac life support certified ("**ACLS**"), BSN prepared, trauma nurse core course certified, and pediatric advanced life support certified.

The staff was observed interacting with the patients, and several of the ED nurses that were interviewed voiced their opinions about the closure of the Hospital.  They all concluded that patient care had not been compromised in any way, but some patients had voiced concerns regarding insurance coverage that may be required at other hospitals and the distance that they would have to travel as a result of the Hospital's closure.  The ED residents continued to assert concerns about the future of their residency training programs; however, they were certain that patient care had not been compromised in the ED because of the Hospital closure.

As of July 17, 2019, patients were no longer admitted to the Hospital.  The ED continued to see patients, and would stabilize and transfer those who needed to be admitted to other hospitals.  The CNO stated that, as a precaution, Jefferson Hospital planned to have a second ambulance stationed in the ED dock as soon as ED closure took place.  The ambulance would be available for walk-ins that required emergency treatment.

The Ombudsman and her representatives met with the CNO during their July 18, 2019 visit and the CNO informed them that one sentinel event[2] had occurred.  A patient had fallen in the bathroom and the incident was reported to the proper state authorities.  The patient was cared for and the Hospital was not cited by the Department of Health as a result of the fall.

---

[2]    The Joint Commission defines a Sentinel Event as: "an unexpected occurrence involving death or serious physical or psychological injury, or the risk thereof.  Serious injury specifically includes loss of limb or function".

The CNO reported that the Hospital census and new patient admissions declined daily and that many of the nurses called off (i.e., canceled their shifts) on their own. The CNO told the Ombudsman that the patient census for the inpatient unit was 37 patients that morning and continued to drop to 31 patients that by the evening. The CNO stated that even with the many call offs, due to the drop in the number of patients, they still had to cancel nurses for their shifts. The CNO confirmed that the Hospital had adequate nursing staff to provide for the care and safety of the patients in both the ED and the inpatient areas. The CNO stated that the residency program remained in place and they were observed in the inpatient, the ED and the Drexel University Outpatient setting.

### G.   Nursing Unit Consolidation/Inventory Supply Management

When the Ombudsman and her representative arrived to visit the Hospital, the CNO had begun consolidating some of the nursing units given the census decline and closure of several of the floors. As volume declined in the Hospital units, consolidation of the upper floors occurred first. There were regular meetings with discharge planning and case management personnel to ensure that patients were properly discharged and safely transported home or otherwise transferred to other post-acute facilities to meet the patients' needs. Prior to the cessation of admissions to the inpatient units, new admissions were directed to units that were consolidated on the lower floors. When the last patient on a unit was discharged, the unit was closed.

The CNO indicated that the primary intent was to alleviate as much stress on the patients and staff as possible and to confirm that systems and staffing were in place to meet the needs of the patients. The CNO said new patients who were being admitted prior to July 17, 2019 were unaware that the Hospital units were being closed. Most patients were aware of the news reports about the Hospital closing and a few had questions which the CNO answered to the best of the

CNO's knowledge.  The CNO assured such patients that they would receive the level of care and service as had been provided in the past.  The CNO reported that even though the Hospital was in the process of closing, patient care was not compromised, and patients continued to receive the utmost care from the staff.

The CNO informed the Ombudsman that the CNO met with nursing staff on a daily basis to keep them informed of the unit consolidation and closure process and to dispel rumors and reassure the staff that the CNO was available to assist them, as needed.  The Hospital has a system in place for the nurses to communicate their staffing needs to the central staffing office should they need additional help during the day and to confirm staffing needs for the following shift.  During the unit closure process, the CNO had staff in place to thoroughly sweep the respective area of all medications, nursing supplies and medical equipment, and to place the remaining inventory in a centralized location to fulfill needs in the remaining areas of the Hospital.  The CNO stated that the Hospital had a closure plan in place that detailed how all of the systems had to be addressed and confirmed that all of the staff had the proper credentials to take care of the patients.  The Ombudsman reviewed the Hospital closure plan and noted that every area and department had detailed procedures on how to close the department and where to dispose of equipment, medications, blood products, specimens, reagents, chemicals, sharps, live tissues for grafts, flaps, as well as, medical supplies, radioactive materials, surgical equipment and trays, etc.

### H.    Fifth Floor Tour

The fifth floor unit census was eight patients and the unit was sufficiently staffed with a charge nurse in place.  The CNO explained that the care assignments on the unit are based on the patient's acuity of care.  Some nurses were tasked with caring for five patients while other nurses

were only assigned three patients that had higher acuity levels and, consequently, required more care. The charge nurse stated that the unit was adequately supplied with medications and medical supplies. Residents were observed on the unit and the charge nurse stated that the Hospital staffs two residents per shift. The Ombudsman was able to speak with several of the patients and families and no concerns regarding patient care or safety were voiced.

## I. All Department Closure Activities

The closure of an institution such as Hahnemann is necessarily complex and the closure plan has continued to evolve since it was first published. Throughout this process, however, it has been clear that patient care has been a primary consideration for the clinical professionals and managers encountered by the Ombudsman. The last patient left the inpatient hospital unit on July 25, 2019 and the ED doors were closed on August 16, 2019.

**This schedule was adjusted in alignment with patient volumes to ensure patients received proper care.**

The CNO provided the Ombudsman with a daily status report to keep the Ombudsman apprised as to Hospital activities and the Hospital closure process. The status reports were comprehensive and contained pertinent information about the 24-hour staffing data, which included the number of nurses calling in sick, nurses cancelled hours, ancillary staff calling in sick, ancillary cancelled hours, and the number of patients transferred from the ED to other hospitals. The daily reports also included the Hospital census as recorded at midnight and 5:00 a.m. each day. The daily reports also tracked the number of patients arriving to the ED by ambulance versus on foot and those patients admitted to the Hospital by the different departments, including medical intensive care unit, orthopedics, neurology and trauma, hematology, oncology, telemetry, and the progressive care unit. The Hospital monitored

statistics on discharges, persons who left without being seen or left without treatment.  The Ombudsman reviewed the daily status reports every morning and communicated with the CNO regarding any questions.

The CNO had been in touch with a representative from the Office of Emergency Management and Safety regarding the Hospital closure and the proposed timeline to cease admitting patients and close the ED.  The CNO had frequent calls with ED leadership and members of other local hospitals in the area to keep them abreast of the closure plan.  The CNO had sent Jefferson Hospital the information about the average number of admissions and unit type so it could anticipate the additional inpatient and ED volume to be expected.  The Hospital had a crisis manager in place who was responsible for preparing and providing various communications, including sending letters to patients, placing newspaper advertisements and publishing announcements on the Hospital's web site.

The Ombudsman was in touch with the Hospital leadership, on a daily basis until the closure of the Hospital and the ED, to discuss the closure and to confirm systems were in place for the care and safety of the patients.  Patients requiring admission for inpatient care or emergent services were transferred to Jefferson, Temple, or other hospitals in the area.

The following timeline shows the order of events:

- June 26, 2019: Initial Hospital closure announcement.
- July 3, 2019: Appointment of Ombudsman.
- July 7, 2019: First visit by the Ombudsman to Hahnemann.
- July 8, 2019: First report from the CNO to the Ombudsman.  Inpatient census hovering around 80-90.  Twenty-four-hour ED patient volume at 76 with two transfers to Jefferson Hospital.
- July 9, 2019: 17th floor, North Tower ("**17NT**") (Interventional Cardiology Unit) unable to be closed due to patient volume.  Admissions to this unit have been discontinued, with the plan being to allow census to drop as current patients are discharged.
- July 12, 2019: Began diversion of OB patients at 7:00 a.m.; no new admissions after this time.  All current patients in labor and delivery to remain.  The antenatal testing

unit closed at 5:00 p.m.  17NT closed.  CAT Scan technicians called out sick (middle shift), no coverage for CAT Scan from 8:00 p.m.-midnight.  ED diversion from 8:00 p.m.-midnight.

- July 13, 2019: OB closed to new arrivals, neonatal intensive care unit to be closed on Monday, July 16, 2019.  Babies will be transferred to the mother's choice of hospital.  One supply complaint on cups; nursing supervisor delivered two packages of cups.  Employees inquired about "WARN pay" but are in relatively good spirits and are practicing for job interviews.

- July 16, 2019: OB closed completely on July 15, 2019 with one baby transferred to St. Christopher's Hospital.   ED treated 53 patients, with 24 admissions to Hahnemann.  Two patients transferred from ED to Jefferson Hospital for continued care.

- July 17, 2019: As of 7:00 a.m., the Hospital is no longer admitting patients from ED.  One admission occurred before 7:00 a.m. and one patient converted from observation status to admission.   Patients are transferred to their choice of hospitals; if no preference is expressed, Hahnemann calls the closest hospital (Jefferson).  Letters of support are in place with both Jefferson and Temple Hospitals, and the CNO has been in constant contact with the Department of Emergency Management.   Transfers require accepting facilities as well as physician-to-physician and nurse-to-nurse communication in order to execute the handoff properly.  Protests have sporadically occurred but the Office of Civil Affairs always knows in advance and sends police to ensure streets remain clear for hospital traffic.  Overstaffing continues; there is no incentive to reduce staffing as all staff are required to be paid regardless.   No complaints reported regarding transfers.

- July 18, 2019: ED received 38 patients.  Two patients transferred to Fairmount for psychiatric services, one patient transferred to Methodist, and one patient transferred to Temple Hospital.  Residents remaining in the facility have little to no work to do but have not yet been released to other organizations.  There are more staff and doctors in house than patients.  Downtime incident began at 11:45 p.m. previous evening, affecting Cerner, Spectralink pones, PACs, and accuchecks.  IS department contacted and is working to resolve the problem.  Downtime ended at 8:45 a.m. with incident report filed.

- July 19, 2019: Psychiatric department closed.  Inpatient census at 16.  Five night-shift sick calls in ED; evening nurse willing to stay from 3:00 a.m. to 7:00 a.m. to cover.  Some RNs continue to call out at the last-minute and not report for work; nursing supervisor instructed to overstaff each area by several nurses.

- July 20, 2019: Sewer line break on tenth floor of north hospital tower; no impact on patient care or operations.  Facilities and EVS team on site to contain and clean area.

- July 23, 2019: Fourteenth floor closed, one remaining patient moved to twelfth floor.  Inpatient census at seven.  Patient monitoring service closed.

- July 24, 2019: Inpatient census at three. Two ICU and one medical/surgical patient; all are cohorted in the ICU.

- July 25, 2019: Inpatient census at one.  All Telemetry and PCU nurses cancelled and no longer required to report for duty.  Will staff with three ICU RNs until last patient discharged.  Final patient discharged from inpatient unit today.

- July 26, 2019: All support services are still available to the ED, including laboratory, BB, radiology, nuclear medicine, CT, MRI, cardiology for EKG reads and consults, respiratory, etc.  Residents still here but will begin leaving Monday.  ED residents are still here.  Due to instability of ED staffing, now requiring 2 ICU nurses per shift to report for duty to ED backup.  All ancillary staff (CNAs, ICUAs, sitters) canceled.
- July 29, 2019: ED treated 16 patients.  All arrived on foot.  ED staff calling out sick less frequently; therefore, ICU staff are being canceled.
- August 1, 2019: Continuing work on decommissioning units.  OR bone flaps to be transferred to Capital Health.  Discussion of stem cell storage to occur with Drexel.
- August 8, 2019: Decommission 17NT and 17th Floor, South Tower. Completed decommissioning on 20NT, 19NT, 18NT.  Equipment staging areas 21NT and 21ICU.
- August 13, 2019: Signage for ED closure is being created in three languages. Pennsylvania DOT to coordinate with Hospital on traffic sign removal.  Ambulance ordered for placement beginning August 16, 2019 at 7:00 a.m.  Wind-down continuing on twelfth floor resident on-call rooms, eleventh floor offices and psychiatric unit.  Closure information placed on web site and a contact person is being set up for the next six months to direct anyone with questions.
- August 16, 2019: No patients seen from midnight to 7:00 a.m.  ED closed at 7:00 a.m. and ambulance in place (ACLS truck to remain in place for next two weeks).  Main entrance to be locked Monday, August 19, 2019, Bobst and NCB entrances to remain open.  Entry limited to Hahnemann employees only.  Facilities department directed to remove "H" decals from ED windows to prevent possible confusion with Hospital "H" icon.  City is continuing to use decontamination area in ED.
- August 20, 2019: Posted notice of Ombudsman's first report at main lobby revolving door and Bobst entrance.

Based on observation, daily e-mail and telephone monitoring and tours by the Ombudsman, all regulatory and HIPAA requirements appeared to be performed and followed in accordance with local and federal guidelines.  The Ombudsman commends the Interim CEO and CNO on an excellent job of maintaining patient care and safety during closure of Hahnemann.

### St. Christopher's Hospital for Children

### A.    Overview of Facility

The lobby of STC was brightly decorated with kid friendly colors and a soft white finish. The information desk was very sensitive about making sure visitors were invited or had permission to enter the hospital through the glass locked security partitions, which prevented entry without approval and scanning proper passes.  The CNO (of STC) met the Ombudsman

and her representative in the lobby where they were escorted to the security office and obtained credentials required for entry into the pediatric units.  According to the CNO, parents of the pediatric patients who come to visit their children wear purple wrist bands and grandparents who want to visit wear yellow wrist bands as identifiers to aid in security for the patients.  The CNO accompanied the Ombudsman and her representative during their first visit.  During the Ombudsman's second visit to STC, the CNO was not available.  A nursing supervisor met with the Ombudsman and her representative and provided a tour of the hospital.  The hospital had a capacity of 188 patients.  The Ombudsman observed that all hospital staff were wearing badges that were clearly visible.

### B.    Physical Environment

The entrance of STC was clean and free of offensive odors.  Security personnel were stationed in front of the glass partitions leading into the hospital and were very attentive to all visitors who were seeking entrance.  STC contracts out the housekeeping services and no concerns were identified.  Housekeepers provide services 24-hours a day, seven days a week on all units and monthly rounds are completed to identify any problems.  The service providers meet with the hospital staff on a monthly basis to review any concerns.

### C.    Interview with CNO

The CNO reported that the resident doctors play a large role in providing care to the pediatric patients.  The residents are assigned to a group of patients for care and they use a color-coded system for making the assignments.  The residents are assigned after hours for patient needs, calls from the nursing staff and emergency needs.  All of the nurses working on the inpatient units hold bachelor's-prepared nursing degrees and have pediatric life support ("**PALS**") certification.

D.    **Fourth Floor Unit**

Pediatric patients with medical surgical diagnoses are admitted to this unit. These include kidney disease diagnoses and kidney transplants. The unit is divided into four pods, with patients assigned to a specific pod based on their individual diagnosis. A central monitoring station serves the area and a nurse identification system located above all of the rooms is activated when a nurse enters the room. Emergency resuscitation carts were located throughout the area.

The nurses use the BD Pyxis MedStation system[3] to obtain medication, which requires both the nurse's and patient's information prior to disbursement of the subject medication. Prior to administering the medication, the nurse must scan the patient's identification band to confirm that it is the right patient, proper medication, appropriate dose and correct route. The unit also uses the Omnicell (automated supply dispensing cabinets) for all supplies needed for the patients. Supplies are also removed by name of patient for tracking purposes and safety measures.

All parents and visitors must have a security badge to enter the unit and must wear the badge and the proper color wristband if they are parents or grandparents of the patients. All staff were observed with name tags and appeared to engage with family members on the unit.

Patient rooms are equipped with cribs, hospital beds, couches, and chairs that pull out into beds as parents are encouraged to stay with their children in their rooms.

During this Report Period the fourth floor had one near miss. This is considered a close call, which is defined as an unplanned event that has the potential to cause injury, environmental,

---

3    www.bd.com defines the Pyxis system as: "The BD Pyxis™ MedStation™ automated medication dispensing system supports decentralized medication management with various features for safety and efficiency. The system helps accurately dispense medication, while supporting pharmacy workflows."

equipment damage or interruption to normal operation. The event was investigated by administration and staff to determine the cause and to make adjustments as necessary.

The census on the unit was ten patients. The unit was adequately staffed with several nurses. The patient ratio is usually three patients to one nurse and if the acuity is low, five patients to one nurse. All of the nursing staff receive a six to eight-week orientation and they must have a PALS certification.

### E.   Pediatric Intensive Care Unit

The pediatric intensive care unit (the "**PICU**") is licensed for 31 patients and the census on the day of the visit was 13 patients. The nurse ratio is two patients to one nurse and more staff can be assigned if needed based on the patient's acuity for the day. The PICU also utilizes a child life coach to assist families and patients. The PICU has a four-bed cardiac room equipped with monitors and emergency carts that is primarily used for pediatric cardiac issues. The PICU also contains a burn center that is the only one located between Baltimore, Maryland and New York City. In addition, the PICU has treatment rooms utilized for complex treatments and for the use of conscious sedation during treatments. Conscious sedation is a combination of medications to help relax the patient and to block pain during a medical procedure. Conscious sedation lets patients recover quickly and return to normal activity soon after a procedure.

### F.   Neonatal Intensive Care Unit

The neonatal intensive care unit (the "**NICU**") is licensed for 39 beds and the census during the visit was 21 patients. The NICU staffs by a team method and three teams were in place; they are identified on a white board that is posted each day. An additional team is put into place when the census reaches 30 patients. Staffing on the day of the visit consisted of a physician who is in place 24-hours a day, seven days a week, two residents, three nurse

practitioners (two are doctoral-prepared), two fellows, and trainees.  Per the NICU director, the NICU staffs based on acuity.  The nursing staff ratio is two patients to one nurse or three patients to one nurse depending on the acuity levels of the patients.  All the nurses are certified critical care nurses and certified in PALS.  The NICU is divided into two zones, A/B and C/D, depending on the infants' age and needs.  There are two transport teams that provide 24-hour a day, seven days a week services for infants requiring admittance to the NICU.  There is a charge nurse and one resource nurse that provides assistance and support to the nursing staff and assists with dressing changes, sedations and rapid response to patients in acute distress.  The NICU has a secretary that assists with paperwork.  All NICU and PICU staff carry Spectralink phones for quick communication.  There are no patient care technicians in NICU or PICU.

The NICU utilizes the extracorporeal membrane oxygenation, a treatment pump that is used to circulate blood through an artificial lung and back into the bloodstream for critically ill babies.  This system provides heart-lung bypass support outside of the baby's body.  The NICU also has a donor breast milk program; milk is pasteurized and tested before use.  A breast milk warmer machine is also in the NICU.

When babies enter the NICU they are placed on "auto isolation" for three days, as some of the babies come from other hospitals.  The NICU was very clean with no offensive odors.  Each room has hand sanitizer mounted on the walls and the expectation is that every time staff/visitors enter the room they are to use the sanitizer.  The postings in the NICU glass computer room state, "Sparkle and Shine: Hand Sanitize Every Time".  The colorful postings exemplify STC's commitment in keeping their patient's safe from infection.

G.      **Family Accommodations for PICU and NICU**

In both the PICU and the NICU, parents can sleep at bedside on chairs that pulls out into a bed.  In the NICU there are curtains that provide privacy for the families and also provide easy access for staff in case of a change in condition.  There is a coffee cart with snacks that makes rounds for the families.  If parents want to shower, they have to go to the second floor in the main part of the hospital where they have a Ronald McDonald room for a respite.  There are time limits for the room.  For families that are 25 miles from the hospital, there is a Ronald McDonald house right down the street that works with the hospital to provide support for families.

H.      **Progressive Intensive Care Unit**

The progressive intensive care unit (the "**Progressive ICU**") has a maximum capacity of 26 and the census on the day of the Ombudsman's visit was 18 patients.  The unit accommodates patients 0-21 years old.  The typical staffing pattern is two patients to one nurse, but staffing can increase or decrease based on acuity.  The Progressive ICU and the NICU had no central line infections for a year.

As with the NICU, there are no patient care technicians on the floor.  There is a charge nurse and one resource nurse that does dressing changes, sedations, and rapid response, and assists other nurses as needed.  The Progressive ICU has a secretary that does administrative work.  Per the NICU director, the unit staffs based on acuity.  Each room has hand sanitizer mounted on the walls and the expectation is that every time staff/visitors enter the room they are to use the sanitizer.

I.      **In-house Physicians for Emergency Department**

Two physicians, the medical director (the "**Medical Director**") and the department chief (the "**Department Chief**") were interviewed by the Ombudsman and they reported that attending

physicians and residents are available 24-hours a day, seven days a week, but that due to the bankruptcy, STC has staffing issues due to the lack of available residents.

### J.    Medical Director Interview

The Medical Director reported that STC has its own resident coverage program and they follow the regulatory requirements to determine the number of residents in use. Prior to the bankruptcy, Hahnemann emergency medicine provided coverage 24-hours a day, seven days a week throughout the year and there were at least two residents present, the minimum during low census hours. The Medical Director reported that the residency program closure resulted in a shortage of residents for STC to staff the ED. Temple University Hospital also provides residency physicians, however, not on a consistent basis. Currently, the attending physicians are not only supervising the residents, but are also providing patient care. All residents had concerns about being able to continue the requirements for their program.

### K.    Department Chief Interview

The Department Chief reported that STC would be getting two, third-year residents from Hahnemann for one month. The Department Chief stated that eleven residents from Hahnemann, who were moved to Jefferson Hospital may be returning to STC. If so, they would be available for four months, but they would not be at STC every month. The Department Chief's immediate concern was that no one was scheduled to staff the next rotation block starting soon. The Department Chief indicated that the required minimum staffing is at least two residents on a 24-hours a day, seven days a week basis. If they do not meet the minimum staffing requirements, they may have to decrease the services and care hours in the ED available to patients.

The Medical Director and the Department Chief are at STC Monday through Friday and provide care as needed. STC was using locum tenens providers (i.e., physicians or advanced practice providers who fill in for another clinician), but as of August 20, 2019, they do not have any shifts assigned to locum providers due to the cost.  Two new attending physicians are starting in September 2019 and the Medical Director has gotten approval to bring in a nurse practitioner.  Both of the physicians stated they would never let staffing affect the care and safety of their patients.

**L.**     **Emergency Department Visits**

The Medical Director reported that the ED has had approximately 400 visits during the period of August 19 through August 22, 2019, whereas they usually have an average of 140 to 150 visits daily during this time period.  The patients are triaged to determine their needs and assigned to specific areas so they can receive the appropriate care in a timely manner.  The triage area is staffed with three nurses during their peak time of need: between 3:00 p.m. to 7:00 p.m. The ED is divided into three zones:

Zone 1 provides services to trauma/resuscitation, ambulance patients, codes, and the more severe patient issues and is staffed 24-hours a day, seven days a week with a physician and four nurses;

Zone 2 is the "fast track" designed to quickly treat patients with less severe problems and is serviced by one or two providers depending on patient volume (usually a nurse and two scribes for clerical assistance); and

Zone 3 is for the patients requiring work-up time and oversight.  The area is staffed with a general pediatrician, an emergency-trained pediatrician, a nurse practitioner and three

to four nurses depending on the number of patients.  STC utilizes patient techs to assist the caregivers.

The charge nurse of the ED is comfortable with the staffing patterns and had received two nurses from Hahnemann; they all had the appropriate certifications to work in the ED.  The charge nurse said that nursing education remains in place and they recently received an in-service on the use of nebulizers.

**M.**     **Pharmacy**

No concerns were identified and there were no shortages of medications.  STC has an in-house pharmacist who works in the ED from 3:00 p.m. to 9:00 p.m. and assists with the pediatric medications.

**N.**     **Supplies**

No concerns or shortages were reported and no procedures have been omitted due to lack of supplies.  STC has a daily "patient safety huddle" on weekdays with a representative from every discipline to discuss and address any discrepancies in STC's daily routines.  No concerns were identified with medical supplies, equipment, linen or food supplies.

**O.**     **Electronic Medical Records**

No access concerns were reported.  The staff have access to the electronic medical records (the "**EMR**").  STC currently uses CERNER as the EMR software.

**P.**     **Breast Feeding Program**

STC offers a breast milk feeding program and the hospital gets breast milk from a regulated milk bank (Mid-Atlantic).  The milk is pasteurized, and the supplier has a processing procedure to add calories to the milk to prevent weight loss.  The hospital dietician regulates the delivery and supply of milk for each baby.  The milk comes in different size packaging based on

the baby's needs.  STC has a locked milk room and all milk is labeled with the baby's name.  A double variation check is done prior to delivering the milk to the infant.  The program recognizes the health benefits of breast milk, as well as mothers who are trying to build their own milk supply while a baby is in the NICU.

Q.    **Patient Interview on the Medical Surgical Unit**

The Ombudsman interviewed a young patient who was admitted on August 20, 2019.  The patient's parent was at the bedside and signed/dated the consent form to permit the interview to proceed and for the clinical record to be reviewed.  The patient was a direct admission after being seen by the patient's primary physician due to severe right hip and groin pain.  The patient's pain had been intermittent for two weeks prior to admission, but there was no indication of a recent trauma.  X-rays were taken and the patient underwent surgery.  The patient was evaluated by a physical therapy and discharged to the patient's home on the same day.

R.    **NICU Newborn Discussion and Case Example**

A baby was born and transferred to STC following a complicated birth.  The baby is currently in the NICU on ventilator support.  During the birthing process, the mother had a placental abruption and also sustained a bladder nick.  Infants often do not survive when the mother has a placental abruption as it is related to loss of oxygen and nutrients.  The parents requested a second opinion regarding the infant's condition and was allowed to transfer the infant to STC.  The parents have been given the opportunity to speak with a pediatric neurological physician for options and recommendations.  The parents are currently receiving the support and education they need.

S.    **Resident Concerns**

The Ombudsman held a telephone conference with four of the residents at STC to discuss their concerns about the hospital closure, how it affected their education and the effect on patient care.  All of the residents unanimously agreed that no patient's care had been compromised but did voice concerns about the availability of residents to provide care to the patients and support to the medical staff.  STC depends on the residency program to assist them with caring for patients.

## III.    CONCLUSION

The Ombudsman did not observe any significant concerns.  The Ombudsman will submit her next report within the next sixty (60) days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary.

Dated: September 3, 2019

PATIENT CARE OMBUDSMAN

By: _Suzanne Koenig_

Suzanne Koenig, solely in her Capacity
as Patient Care Ombudsman in the
Above-Captioned Cases