# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) **Re: Docket Nos. 592 and 625** |
|  | ) |

**NOTICE OF SECOND AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 4, 2019 AT <u>10:00 A.M.</u> (PREVAILING EASTERN TIME) <u>BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE</u>[3,4]**

**MATTERS GOING FORWARD:**

1. Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief [D.I. 142; filed: 07/09/19]

   Response Deadline: August 5, 2019 at 4:00 p.m. for approval of the sale to the Stalking Horse Bidder. Extended to August 6, 2019 at 4:00 p.m. for Jefferson/Abington. Objections to the Auction and the sale to a successful bidder may be raised at the hearing.

   Responses Received:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

A. Temple University Health Systems, Inc.'s Limited Objection to Debtor's Notice of Proposed Assumption and Assignment of Executory Contracts [D.I. 359; filed: 08/05/19]

B. Limited Objection of The Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 360; filed: 08/05/19]

C. Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of The Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion [D.I. 361; filed: 08/05/19]

D. Limited Objection of MidCap Funding IV Trust in Response to Debtors' Motion for Sale of Resident Program Assets [D.I. 362; filed: 08/05/19]

E. Objection of the United States to Debtors' Motion for Entry of Order Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the Terms of the Stalking Horse Bid as Set Forth in the Stalking Horse Sale Agreement [D.I. 363; filed: 08/05/19]

F. Commonwealth of Pennsylvania Department of Health's Continuing Limited Objection to the Sale of the Resident Program Assets [D.I. 364; filed: 08/06/19]

G. Reply of Official Committee of Unsecured Creditors to Limited Objection of MidCap Funding IV Trust in Response to Debtors' Motion for Sale of Resident Program Assets [D.I. 393; filed: 08/07/19]

H. Objection of SBJ Group Inc. to the Proposed Sale of Residents Program Assets and the Conduct of the Auction and Adoption of Other Objections [D.I. 410; filed: 08/08/19]

I. Pennsylvania Association of Staff Nurses and Allied Professionals Joinder in the Objection of the United States to Debtors' Motion for Entry of Order Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the Terms of the Stalking Horse Bid as Set Forth in the Stalking Horse Sale Agreement [D.I. 453; filed: 08/14/19]

Reply:

J. Debtors' Reply to Objection of the United States to Proposed Sale of Residency Program Assets [D.I. 591; filed: 08/29/19]

K. Statement of Official Committee of Unsecured Creditors in Support of Proposed Sale of Debtors' Residents Program Assets [D.I. 601; filed: 08/29/19]

  **L.** **Joinder of Thomas Jefferson University Hospitals, Inc. to Debtors' Reply to Objection of the United States to Proposed Sale of Residency Program Assets [D.I. 630; filed: 09/03/19]**

 **Additional Pleadings:**

  **M.** **Objection of the United States to Debtors' Motion for Entry of Order Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests to Jefferson as Set Forth in the Asset Purchase Agreement [D.I. 633; filed: 09/04/19]**

 Related Documents:

  A. Order (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale [D.I. 249; signed and docketed: 07/19/19]

  B. Affidavit of Service of Publication [D.I. 317; filed: 07/30/19]

  C. Notice of Extension/Continuance of Bid Deadline, Auction, and Sale Hearing Date [D.I. 346; filed: 08/02/19]

  D. Certification of Counsel Regarding Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts [D.I. 398; filed: 08/08/19]

  E. Certification of Counsel Regarding Auction Relating to the Sale of the Debtors' Resident Program Assets [D.I. 590; filed: 08/29/19]

  F. Notice of Intention to Participate in Alternative Sale Process Including the Acquisition and Reopening of Hahnemann Hospital and the Acquisition of Saint Christopher's Hospital for Children [D.I. 603; filed: 08/29/19]

  **G.** **Certification of Counsel Regarding Auction Relating to the Sale of the Debtors' Residents Program Assets [D.I. 631; filed: 09/03/19]**

 Status: This matter is going forward.

2. Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* (the "**Committee**") *Nunc Pro Tunc* to July 15, 2019 [D.I. 424; filed: 08/09/19]

 Response Deadline: August 28, 2019 at 4:00 p.m.

 Response Received: None

Related Documents:

A.     Certification of No Objection (D.I. 598; filed: 08/29/19]

Status:   On August 29, 2019, the Committee filed a certificate of no objection on this matter. Accordingly, no hearing is necessary unless the Court has questions or concerns.

3. Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019 [D.I. 425; filed: 08/09/19]

Response Deadline: August 28, 2019 at 4:00 p.m.

Responses Received:

A.     Informal response from the Office of the United States Trustee

Related Documents:

A.     Certification of Counsel (D.I. 599; filed: 08/29/19]

Status:   On August 29, 2019, the Committee filed a certificate of counsel on this matter. Accordingly, no hearing is necessary unless the Court has questions or concerns.

4. Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors Pursuant *Nunc Pro Tunc* to July 22, 2019 [D.I. 426; filed: 08/09/19]

Response Deadline: August 28, 2019 at 4:00 p.m.

Response Received: None

Related Documents:

A.     Certification of No Objection (D.I. 600; filed: 08/29/19]

Status:   On August 29, 2019, the Committee filed a certificate of no objection on this matter. Accordingly, no hearing is necessary unless the Court has questions or concerns.

5. Motion for Payment of Administrative Expenses (Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity) [D.I. 502; filed: 08/16/19]

   <u>Response Deadline</u>:  August 30, 2019 at 4:00 p.m.

   <u>Responses Received</u>:

   A. Debtors' Objection to Motion for Payment of Administrative Expenses [D.I. 619; filed: 08/30/19]

   <u>Related Documents</u>:  None

   <u>Status</u>:  This matter is continued to the hearing scheduled for September 24, 2019 at 10:00 a.m.

Dated: September 4, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

                              By:    */s/ Mark Minuti*
                                     Mark Minuti (DE Bar No. 2659)
                                     Monique B. DiSabatino (DE Bar No. 6027)
                                     1201 N. Market Street, Suite 2300
                                     P.O. Box 1266
                                     Wilmington, DE  19899
                                     Telephone: (302) 421-6800
                                     Fax: (302) 421-5873
                                     mark.minuti@saul.com
                                     monique.disabatino@saul.com

                                           -and-

                                     Jeffrey C. Hampton
                                     Adam H. Isenberg
                                     Aaron S. Applebaum (DE Bar No. 5587)
                                     Centre Square West
                                     1500 Market Street, 38th Floor
                                     Philadelphia, PA 19102
                                     Telephone: (215) 972-7777
                                     Fax: (215) 972-7725
                                     jeffrey.hampton@saul.com
                                     adam.isenberg@saul.com
                                     aaron.applebaum@saul.com

                                     *Counsel for Debtors and Debtors in Possession*