IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) **Re: Docket Nos. 142 and 249** |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING AUCTION RELATING TO THE SALE OF THE DEBTORS' RESIDENTS PROGRAM ASSETS**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On July 1, 2019, the Debtors filed the *Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief* [Docket No. 142] (the "**Residents Program Assets Sale Motion**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2. On July 19, 2019, the Bankruptcy Court entered an order (the "**Bidding Procedures Order**")[2] [D.I. 249] granting certain of the relief sought in the Motion, including, among other things, approving: (a) the Bidding Procedures and (b) the Assumption and Assignment Procedures.

3. On August 8, 2019, the Debtors conducted an Auction pursuant to the Bidding Procedures with respect to the proposed Sale of the Residents Program Assets. At the conclusion of the Auction, Thomas Jefferson University Hospitals, Inc. was determined by the Debtors, in consultation with the Committee, to have submitted the Successful Bid and was designated the Successful Bidder. Reading Hospital, the Stalking Horse Bidder was determined to have submitted the Backup Bid and was thus designated the Backup Bidder.

4. Attached hereto as **Exhibit A** is a copy of the proposed asset purchase agreement with the Backup Bidder. A redline reflecting all changes from the original form of asset purchase agreement submitted with respect to the Stalking Horse Bidder is attached hereto as **Exhibit B**.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

---

[2] Capitalized terms used but not defined herein have the meaning stated in the Bidding Procedures Order.

3

| | |
|---|---|
| Dated: September 4, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By: */s/ Aaron S. Applebaum*<br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>Telephone: (302) 421-6800<br>Fax: (302) 421-5873<br>mark.minuti@saul.com<br>monique.disabatino@saul.com |
| | -and- |
| | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Aaron S. Applebaum (DE Bar No. 5587)<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7700<br>Fax: (215) 972-7725<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>aaron.applebaum@saul.com |
| | *Counsel for Debtors and Debtors in Possession* |