IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (KG) ) Jointly Administered |
| Debtors. | ) |
| | ) Re: D.I. 425 & 599 |

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1103(a) AND BANKRUPTCY RULE 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL EFFECTIVE AS OF JULY 17, 2019**

Upon the Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel effective as of July 17, 2019, (the "Application") filed by the Committee[2] in the above-captioned bankruptcy cases (the "Cases"); and upon the declaration of Thomas M. Horan, a partner of Fox, which is annexed to the Application (the "Horan Declaration"); and the Court being satisfied based on the representations made in the Application and the Horan Declaration that said attorneys hold no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, and that the employment of Fox is necessary and would be in the best interests of the estates; and it appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the Application has

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

101015098

been given under the circumstances; and after due deliberation, and sufficient cause appearing therefor; it is hereby ordered that:

1. The Application is granted as set forth herein.

2. Pursuant to Bankruptcy Code section 1103(a), the Committee is authorized to employ and retain Fox as counsel in the Cases upon the terms and conditions set forth in the Application, the Horan Declaration, and this Order, effective as of July 17, 2019.

3. Fox shall make all reasonable efforts to avoid the duplication of services provided by any of the Committees' other retained professionals in these Cases.

4. Notwithstanding anything to the contrary in the Application, any order entered in connection therewith, or any agreement entered into in connection with the Committee's retention of Fox, Fox shall not seek reimbursement of expenses for office supplies.

5. Fox shall not charge a markup with respect to fees billed by contract attorneys who are employed by outside agencies that contract with Fox to provide services to Fox without prior agreement of the U.S. Trustee or further order of this Court. Fox shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and the Bankruptcy Rules. For the avoidance of doubt, Fox shall not share fees with existing or future contract attorneys who are employed by outside agencies that contract with Fox and advise on the chapter 11 cases or enter into fee sharing arrangements with such contract attorneys without prior agreement of the U.S. Trustee or further order of this Court.

6. Fox shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules,

101015098

Local Bankruptcy Rules, any case-specific fee protocols approved by the Court and any Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered by this Court, and any other applicable procedures and orders of the Court.

7. Fox shall provide ten (10) business days' notice to the Debtors, the Official Committee of Unsecured Creditors, and the U.S. Trustee before any increases in the rates set forth in the Application or Horan Declaration and shall file such notice with the Court.

8. To the extent that there may be any inconsistency between the terms of the Application, the Horan Declaration, and this Order, the terms of this Order shall govern.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 4th, 2019**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

101015098