# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 08/28/2019
Calendar Time: 12:30 PM ET

1st Revision  Aug 27 2019  2:49PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016821 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David Buchbinder / LIVE |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10017239 | Heather Conniff | (310) 322-7500 ext. | Shegerian Conniff LLP | Third-Party Plaintiff, Sergio Gomez / LIVE |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016599 | Robert K. Dakis | (212) 735-8600 ext. | Morrison Cohen, LLP | Representing, Product Resource Group and the Reorganized Debtors / LIVE |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016562 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, Product Resource Group and the Reorganized Debtors / LIVE |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016570 | Peter J. Keane | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, Product Resource Group and the Reorganized Debtors / LIVE |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016641 | Leticia M. Kimble | (310) 440-4100 ext. | Raines Feldman | Representing, Product Resource Group / LIVE |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016654 | David J. Kozlowski | (212) 735-8825 ext. | Morrison Cohen, LLP | Representing, Product Resource Group and the Reorganized Debtors / LISTEN ONLY |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016629 | Robert Manners | (845) 567-5870 ext. | Production Resource Group, LLC | Representing, Product Resource Group / LIVE |
| | | VER Technologies HoldCo LLC | 18-10834 | Hearing | 10016588 | Joseph T. Moldovan | (212) 735-8600 ext. | Morrison Cohen, LLP | Representing, Product Resource Group and the Reorganized Debtors / LIVE |

*Judge Kevin Gross*

Peggy Drasal ext. 802

CourtConfCal2009