IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) Jointly Administered |
| Debtors. | ) Related to Docket No. 404 |

**FIRST SUPPLEMENTAL DECLARATION OF MONIQUE B. DISABATINO PURSUANT TO BANKRUPTCY RULE 2014(a)**

MONIQUE B. DISABATINO hereby declares:

1. I am a partner in the law firm of Saul Ewing Arnstein & Lehr LLP ("**SEAL**"). I have personal knowledge of the facts stated in this declaration (the "**Supplemental Declaration**") except as expressly stated herein.

2. This Supplemental Declaration is submitted in furtherance of the application of the above-captioned debtors (the "**Debtors**") pursuant to section 327(a) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure, for authority to retain SEAL as counsel to the Debtors [Docket No. 227] (the "**Retention Application**").

3. On June 30, 2019 and July 1, 2019, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of the Bankruptcy Code. The Debtors operate their

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On July 17, 2019, the Debtors filed the Retention Application. Attached to the Retention Application was my declaration in support thereof (the "**Initial Declaration**"). As more specifically stated therein, in the Initial Declaration I disclosed that SEAL previously represented, currently represents, and may represent certain parties in interest in matters totally unrelated to these chapter 11 cases. The Court approved the Retention Application by an order entered on August 8, 2019 [Docket No. 404].

5. The Initial Declaration remains true and correct.

6. SEA&L was recently engaged to represent Beazley Insurance Company, Cigna Healthspring, Fonemed LLC and Wa-Spok, in matters wholly unrelated to the Debtors' cases. It is my understanding that such parties or their affiliates may be parties-in-interest in the Debtors' cases.

7. SEAL will continue to supplement its disclosure as additional creditors, equity holders, or parties in interest are identified in these cases.

8. Based upon information available to me, I continue to believe that SEAL is a "disinterested person" within the meaning of the Bankruptcy Code with respect to the matters upon which SEA&L is to be engaged in these chapter 11 cases.

[remainder of page left intentionally blank]

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2019

                                               */s/ Monique B. DiSabatino*
                                               Monique B. DiSabatino
                                               SAUL EWING ARNSTEIN & LEHR LLP
                                               1201 N. Market Street, Suite 2300
                                               P.O. Box 1266
                                               Wilmington, DE 19899
                                               (302) 421-6806
                                               monique.disabatino@saul.com