IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 30, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served via e-mail to the parties listed on **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Fourth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 614]**

Dated: September 4, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 4th day of September, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, P.C<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM |
| GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |
| HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM |

| | | |
|---|---|---|
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM |
| MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM |
| MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM |
| OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM |
| O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM |
| POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | RICHARDS LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, P.A<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |

| | | |
|---|---|---|
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | |

Parties Served: 107

# **EXHIBIT B**

| | | |
|---|---|---|
| ABBOTT LABORATORIES INC.<br>100 ABBOTT PARK RD<br>ABBOTT PARK, IL 60064 | ALERE INFORMATICS, INC.<br>ATTN: COUNSEL<br>2000 HOLIDAY DR<br>CHARLOTTESVILLE, VA 22901 | ALPHA IMAGING, INC.<br>4455 GLENBROOK RD<br>WILLOUGHBY, OH 44094 |
| AMERICAN ACADEMY OF SLEEP MEDICINE<br>ATTN: ASSIST DIR OF ACCREDN<br>2510 NORTH FRONTAGE RD<br>DARIEN, IL 60561-1511 | ANALYTIC SOLUTIONS NETWORK, LLC<br>ATTN: ANTHONY GUIDI, CIO<br>302 DOVE CT, STE 2B<br>FOREST HILL, MD 21050 | ARAMARK UNIFORM AND CAREER APPAREL GROUP<br>1178 MARLKRESS RD<br>CHERRY HILL, NJ 08003 |
| ARIZANT HEALTHCARE, INC.<br>3M CENTER, BLDG 275-4E-01<br>ST PAUL, MN 55144 | ATG CONSULTANTS, LLC<br>ATTN: ANTHONY GUALTIERI, OWNER<br>101 WENDEE WAY<br>SEWELL, NJ 08080 | AVIACODE, INC.<br>257 E 200 S, STE 700<br>SALT LAKE CITY, UT 84111 |
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | BIOMERIEUX INC.<br>100 RODOLPHE ST<br>DURHAM, NC 27712 |
| BIO-RAD LABORATORIES<br>ATTN: CONTRACT ADMIN<br>4000 ALFRED NOBEL DR<br>HERCULES, CA 94547 | CCJ PHYSICS, LLC<br>ATTN: CHRISTOPHER HAND, PHD<br>1823 FT WASHINGTON AVE<br>AMBLER, PA 19002 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA 19102 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | COUNCIL ON ACCREDITATION OF NURSE<br>ANESTHESIA EDUCATIONAL PROGRAMS<br>222 S PROSPECT AVE<br>PARK RIDGE, IL 60068-4001 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 |
| EASTERN SIGN TECH, LLC<br>112 CONNECTICUT DR<br>BURLINGTON, NJ 08016 | EMPLOYERS HEALTH NETWORK, LLC<br>ATTN: MANAGED CARE DEPT<br>1304 E WOODHURST, STE B<br>SPRINGFIELD, MO 65804 | ENVIRONMENTAL CONTROL SERVICES, INC.<br>ATTN: PRESIDENT<br>1232 W BALTIMORE PIKE<br>MEDIA, PA 19063 |
| EUROFINS VIRACOR, INC.<br>1001 NW TECHNOLOGY DR<br>LEE'S SUMMIT, MO 64086 | EUROFINS VRL, INC.<br>DBA VRL EUROFINS<br>ATTN: KEVIN BARFIELD, PRES<br>6665 S KENTON ST, STE 205<br>CENTENNIAL, CO 80111 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| IMMUCOR, INC.<br>3130 GATEWAY DR<br>NORCROSS, GA 30071 | INO THERAPEUTICS LLC<br>DBA MALLINCKRODT<br>ATTN: CRITICAL CARE CONTRACT ADMIN<br>1425 US ROUTE 206<br>BEDMINSTER, NJ 07921 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | KONICA MINOLTA HEALTHCARE AMERICAS, INC.<br>411 NEWARK POMPTON TPK<br>WAYNE, NJ 07470 | LE BOEUF HOLDINGS, INC.<br>DBA JIM'S ENTERPRISES<br>2235 HARTRANFT ST<br>PHILADELPHIA, PA 19145 |
| MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBEKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | NANOSONICS, INC.<br>ATTN: SNR VP - NORTH AMERICA<br>11793 TECHNOLOGY LN<br>FISHERS, IN 46038 |

| | | |
|---|---|---|
| NATIONAL UNION OF HOSPITAL AND HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NOVA BIOMEDICAL CORPORATION<br>200 PROSPECT ST<br>WALTHAM, MA 02454 |
| NUANCE COMMUNICATIONS, INC.<br>1 WAYSIDE RD<br>BURLINGTON, MA 01803 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |
| PATIENT PATHWAYS, LLC<br>ATTN: ANDREW KIM, VP<br>2000 16TH ST<br>DENVER, CO 80202 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 |
| PENNSYLVANIA TRAUMA SYSTEMS FOUNDATION<br>ATTN: JULIET ALTENBURG, EXEC DIR<br>3907 HARTZDALE DR, STE 702<br>CAMP HILL, PA 17011 | PHILADELPHIA UROSURGICAL ASSOCIATES, PC<br>ATTN: KRISTENE WHITMORE, MD<br>207 N BROAD ST, 4TH FL<br>PHILADELPHIA, PA 19107 | RENAL TREATMENT CENTERS - NORTHEAST, INC.<br>ATTN: CLENN FROST, DIV VP<br>1172 S BROAD ST<br>PHILADELPHIA, PA 19146 |
| SHRINERS HOSPITALS FOR CHILDREN<br>ATTN: ADMIN<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140-4131 | SPREEMO, INC.<br>88 PINE ST, 11TH FL<br>NEW YORK, NY 10005 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,<br>DBA INDEMAND INTERPRETING<br>555 ANDOVER PARK W, STE 201<br>TUKWILA, WA 98188 | TERUMO BCT, INC.<br>10811 WEST COLLINS AVE<br>LAKEWOOD, CO 80215 | THE AMERICAN NATIONAL RED CROSS<br>PENN JERSEY REGION<br>ATTN: SNR DIR SALES & MKTG<br>700 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| THE CITY OF PHILADELPHIA FIRE DEPARTMENT<br>ATTN: AYANNA GARNETT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 | THE CODING NETWORK, LLC<br>ATTN: EXEC VP<br>324 SOUTH PALM DR<br>BEVERLY HILLS, CA 90212 | TRINITY BIOTECH, INC.<br>2823 GIRTS RD<br>JAMESTOWN, NY 14701 |
| TRISONICS, INC.<br>3535 WALNUT ST<br>HARRISBURG, PA 17109 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN:  CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC  20005 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20530-0001 |
| UNIVERSAL DIGITAL RESOURCES<br>1333 HIGHLAND RD, STE E<br>MACEDONIA, OH 44056 | US REGIONAL OCCUPATIONAL HEALTH II, PC<br>DBA WORKNET<br>ATTN: VP OF OPS<br>1800 BYBERRY RD, STE 705<br>HUNTINGTON VALLEY, PA 19006 | VARIAN MEDICAL SYSTEMS<br>2250 NEWMARKET PKWY, STE 120<br>MARIETTA, GA 30067 |
| WEST INTERACTIVE SERVICES CORPORATION<br>11808 MIRACLE HILLS DR<br>OMAHA, NE 68154 | | |

Parties Served: 61