# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Re: 424, 598, 634 & 636** |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SILLS CUMMIS & GROSS P.C. AS ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *ET AL. NUNC PRO TUNC* TO JULY 15, 2019

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee") of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, e*t al.* (the "Debtors") certifies the following:

1. On August 9, 2019, the Committee filed its Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al. nunc pro tunc* to July 15, 2019 (the "Application") [D.I. 424].

2. Responses to the Application were required to be filed no later than August 28, 2019 at 4:00 p.m. No formal responses to the Application were filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3.	An order approving the Application to Retain and Employ Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al. nunc pro tunc* to July 15, 2019 was entered on September 4, 2019 [D.I. 636].

4.	The order entered was not the correct order as it was a duplicate of the application. The correct order is attached as <u>Exhibit A</u>.

I respectfully request that the Court enter the proposed order attached as <u>Exhibit A</u> without further notice or hearing.

Dated: September 5, 2019	**FOX ROTHSCHILD LLP**

<u>/s/ Thomas M. Horan</u>
Thomas M. Horan (DE Bar No. 4641)
919 N. Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*