**EXHIBIT "1"**

# August 2019

| July '19 | September '19 |
|---|---|
| S M T W T F S | S M T W T F S |
|   1 2 3 4 5 6 | 1 2 3 4 5 6 7 |
| 7 8 9 10 11 12 13 | 8 9 10 11 12 13 14 |
| 14 15 16 17 18 19 20 | 15 16 17 18 19 20 21 |
| 21 22 23 24 25 26 27 | 22 23 24 25 26 27 28 |
| 28 29 30 31 | 29 30 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1<br><br>HUH: Kristen<br><br>HUH PM: Nicole | 2<br><br>HUH: Kristen<br><br>HUH PM: Nicole | 3<br><br>HUH: Caitlin<br><br>HUH PM: Nicole |
| 4<br><br>HUH: Alex<br><br>HUH PM: Randy | 5<br><br>HUH: Randy<br><br>HUH PM: Nicole | 6<br><br>HUH: Caitlin<br><br>HUH PM: Nicole | 7<br><br>HUH: Caitlin<br><br>HUH PM: Alex | 8<br><br>HUH: Nicole<br><br>HUH PM: Alex | 9<br><br>HUH: Danielle<br><br>HUH PM: Kristen | 10<br><br>HUH: Danielle<br><br>HUH PM: Kristen |
| 11<br><br>HUH: Danielle<br><br>HUH PM: Kristen | 12<br><br>HUH: Eleni<br><br>HUH PM: Danielle | 13<br><br>HUH: Kristen<br><br>HUH PM: Randy | 14<br><br>HUH: Kristen<br><br>HUH PM: Randy | 15<br><br>HUH: Nicole<br><br>HUH PM: Randy | 16<br><br>HUH: Nicole<br><br>HUH PM: Tonya | 17<br><br>HUH: Nicole<br><br>HUH PM: Tonya |
| 18<br><br>HUH: Caitlin<br><br>HUH PM: Tonya | 19<br><br>HUH: Caitlin<br><br>HUH PM: Alex | 20<br><br>HUH: Kristen<br><br>HUH PM: Alex | 21<br><br>HUH: Kristen<br><br>HUH PM: Danielle | 22<br><br>HUH: Nicole<br><br>HUH PM: Danielle | 23<br><br>HUH: Alex<br><br>HUH PM: Eleni | 24<br><br>HUH: Alex<br><br>HUH PM: Eleni |
| 25<br><br>HUH: Alex<br><br>HUH PM: Danielle | 26<br><br>HUH: Eleni<br><br>HUH PM: Danielle | 27<br><br>HUH: Eleni<br><br>HUH PM: Danielle | 28<br><br>HUH: Tonya<br><br>HUH PM: Caitlin | 29<br><br>HUH: Tonya<br><br>HUH PM: Caitlin | 30<br><br>HUH: Tonya<br><br>HUH PM: Caitlin | 31<br><br>HUH: Randy<br><br>HUH PM: Randy |
| 1 | 2 | Notes | | | | |

Calendar Templates by Vertex42
https://www.vertex42.com/calendars/

# August 2019
# Hahnemann Neurosurgery On-Call Calendar

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| *Fax to:*<br>*Operator x1007*<br>*ER 215-246-5793*<br>*Call Ctr 215-750-8552*<br>*Marianne x1940*<br>*Trauma x8778*<br>*Transfer Center x5003* | *GNI*<br>*844-464-7888*<br>*Erol Veznedaroglu, MD*<br>*Zakaria Hakma, MD*<br>*Mandy Binning, MD*<br>*Kenneth Liebman, MD*<br>*Scott Strenger, MD*<br>*Hirad Hedayat, MD*<br>*Jonathan Thomas, MD* | Rev 7/25/2019 | | 1<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Darwal*<br>*Stroke/Vascular: Hedayat*<br>Back up: Liebman | 2<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Hakma*<br>Back up: Binning | 3<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Hakma*<br>Back up: Binning |
| 4<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Hakma*<br>Back up: Binning | 5<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Hakma*<br>Back up: Binning | 6<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Hakma*<br>Back up: Binning | 7<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Hakma*<br>Back up: Binning | 8<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Hakma*<br>Back up: Binning | 9<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Liebman*<br>Back up: Hakma | 10<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Liebman*<br>Back up: Hakma |
| 11<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Liebman*<br>Back up: Hakma | 12<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Darwal*<br>*Stroke/Vascular: Liebman*<br>Back up: Hakma | 13<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Darwal*<br>*Stroke/Vascular: Liebman*<br>Back up: Hakma | 14<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Darwal*<br>*Stroke/Vascular: Liebman*<br>Back up: Hakma | 15<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Darwal*<br>*Stroke/Vascular: Liebman*<br>Back up: Hakma | 16<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Sarkar*<br>*Stroke/Vascular: Hedayat*<br>Back up: Binning | 17<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Sarkar*<br>*Stroke/Vascular: Hedayat*<br>Back up: Binning |
| 18<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Sarkar*<br>*Stroke/Vascular: Hedayat*<br>Back up: Binning | 19<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Sarkar*<br>*Stroke/Vascular: Hedayat*<br>Back up: Binning | 20<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Sarkar*<br>*Stroke/Vascular: Hedayat*<br>Back up: Binning | 21<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Sarkar*<br>*Stroke/Vascular: Hedayat*<br>Back up: Binning | 22<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Sarkar*<br>*Stroke/Vascular: Hedayat*<br>Back up: Binning | 23<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Binning*<br>Back up: Liebman | 24<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Binning*<br>Back up: Liebman |
| 25<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Binning*<br>Back up: Liebman | 26<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Binning*<br>Back up: Liebman | 27<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Thomas*<br>*Stroke/Vascular: Binning*<br>Back up: Liebman | 28<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Binning*<br>Back up: Hedayat | 29<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Binning*<br>Back up: Hedayat | 30<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Hedayat*<br>Back up: Hakma | 31<br>*PA/Resident: 42503*<br>*Trauma/Gen/Spine/OnSite: Strenger*<br>*Stroke/Vascular: Hedayat*<br>Back up: Hakma |