# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC<br>d/b/a/ HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: DI 349, 547**<br>**Hearing Date: 9/24/2019 at 10:00 a.m.**<br>**Objection Deadline: 9/17/2019 at 4:00 p m.** |

### ORDER GRANTING THE MOTION OF GLOBAL NEUROSCIENCES INSTITUTE, LLC FOR RECONSIDERATION OF AND/OR TO VACATE ORDER REJECTING SERVICES AGREEMENT

Upon consideration of the *Motion of Global Neurosciences Institute, LLC For Reconsideration of and/or to Vacate Order Rejecting Services Agreement* (the "Motion")[2]; and due and adequate notice of the Motion having been given; and objections, if any, not having been resolved hereby being overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby ORDERED that:

1.  The Motion is GRANTED.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion to Reconsider or Vacate Rejection Order

2

    2.       The Rejection Order (DI 547) is hereby VACATED to the extent it applies to GNI and/or the Services Agreement.

    3.       The Court will retain jurisdiction over the implementation of this Order.

DATED: _____, 2019

                                          The Honorable Kevin Gross
                                          United States Bankruptcy Court Judge