# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Thomas M. Horan, hereby certify that I caused a copy of the following documents to be served on the individuals on the service list attached on September 5, 2019 as follows: (1) electronically on those parties who consented to electronic service via CM/ECF, and (2) by first class mail.

- **Order Granting Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C.. § 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of July 17, 2019 [D.I. 637]**

- **Order Authorizing Official Committee of Unsecured Creditors to Employ Berkeley Research Group, LLC, as Financial *Nunc Pro Tunc* to July 22, 2019 [D.I. 638]**

- **Certification of Counsel Regarding Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al. Nunc Pro Tunc* to July 15, 2019 [D.I. 649]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

- **Amended Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Attorneys for the Official Committee of Unsecured Creditors of Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al. Nunc Pro Tunc* **to July 15, 2019 [D.I. 650]**

        **FOX ROTHSCHILD LLP**
        */s/ Thomas M. Horan*
        Thomas M. Horan (DE Bar No. 4641)
        919 North Market Street, Suite 300
        Wilmington, DE 19899-2323
        Telephone: (302) 654-7444 Facsimile: (302) 463-4971
        thoran@foxrothschild.com

        *Counsel for the Official Committee of Unsecured Creditors*

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Attention |
|---|---|---|---|---|---|---|---|
| Albert Einstein Healthcare Network | Attn: Penny J. Rezet | 5501 Old York Rd | Philadelphia, PA 19141 | | | rezetp@einstein.edu | Penny J. Rezet |
| Arent Fox LLP | Attn: George Angelich/ Phillip Khezri | 1301 Ave of the Americans, Fl 42 | New York, NY 10019 | | | george.angelich@arentfox.com | George P. Angelich |
| Arent Fox LLP | | | | | | phillip.khezri@arentfox.com | Phillip Khezri |
| Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl. | P.O. Box 1150 | Wilmington, DE 19899-1150 | | gtaylor@ashbygeddes.com | Gregory Taylor |
| Ashby & Geddes, P.A. | | | | | | kearle@ashbygeddes.com | Katharina Earle |
| Attorney for the City of PA, City of PA Law Depart | Attn: Megan Harper | 1401 JFK Building, 5th FL | Philadelphia, PA 19102-1595 | | | Megan.Harper@phila.gov | Megan Harper |
| Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market Street, 51st Floor | Philadelphia, PA 19103 | | | marriott@ballardspahr.com | Vincent J. Marriott |
| Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | | daluzt@ballardspahr.com | Tobey M. Daluz |
| Ballard Spahr LLP | | | | | | mcclambc@ballardspahr.com | Chantelle D. McClamb |
| Barnes & Thornburg LLP | Attn: David Powlen/Kevin Collins | 1000 N West St, Ste 1500 | Wilmington, DE 19801 | | | david.powlen@btlaw.com | David Powlen |
| Barnes & Thornburg, LLP | | | | | | kevin.collins@btlaw.com | Kevin G. Collins |
| Bayard, P.A. | Attn: Justin Alberto/ Sophie Macon | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | jalberto@bayardlaw.com | Justin Alberto |
| Bayard, P.A. | | | | | | smacon@bayardlaw.com | Sophie E. Macon |
| Berger Law Group, P.C. | Attn: Phillip Berger/Matthew Kaufmann | 919 Conestoga Rd., Bldg. 3, Ste. 114 | Rosemont, PA 19010 | | | berger@bergerlawpc.com | Phillip Berger |
| Berger Law Group, P.C. | | | | | | kaufmann@bergerlawpc.com | Matthew R. Kaufmann, |
| Bielli & Klauder, LLC | Attn: David Klauder | 1204 N. King St. | Wilmington, DE 19801 | | | dklauder@bk-legal.com | David Klauder |
| Ciardi Ciardi & Astin | Attn: Daniel Astin/ Joseph McMahon | 1204 N. King St. | Wilmington, DE 19801 | | | jmcmahon@ciardilaw.com | Joseph McMahon |
| Ciardi Ciardi & Astin | Attn: Albert Ciardi | One Commerce Square, Ste 3500 | 2005 Market St | Philadelphia, PA 19103 | | aciardi@ciardilaw.com | Albert Ciardi |
| City of Philadelphia | Attn:  Law Dept | 1515 Arch St, 17th Fl | Philadelphia, PA  19102 | | | | |
| Commonwealth of PA, Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest |
| Denton US, LLP | Attn: Oscar Pinkas/ Lauren Macksoud | 1221 Ave of the Americans | New York, NY 10020 | | | oscar.pinkas@dentons.com | Oscar Pinkas |
| Dentons US, LLP | | | | | | lauren.macksoud@dentons.com | Lauren Macksoud |
| Dilworth Paxson | | | | | | phughes@dilworthlaw.com | Peter C. Hughes, |
| DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | | stuart.brown@dlapiper.com | Stuart M. Brown |
| DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | | richard.chesley@dlapiper.com | Richard A. Chesley |
| Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 | scozen@cozen.com | Stephen A. Cozen, Esq. |
| Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | patrick.jackson@dbr.com | Patrick A. Jackson |
| Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | Florham Park, NJ 07932-1047 | | | marita.erbeck@dbr.com |  Marita S. Erbeck |
| Duane Morris LLP | Attn: Mairi V. Luce | 30 S 17th St | Philadelphia, PA 19103-4196 | | | luce@duanemorris.com | Mairi V. Luce |
| Duane Morris LLP | Attn: Jarret Hitchings | 222 Delaware Ave, Ste 1600 | Wilmington, DE 19801-1659 | | | jphitchings@duanemorris.com | Jarret Hitchings |
| Fineman Krekstein & Harris, P.C | Attn: Deirdre M. Richards | 1300 N. King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com | Deirdre M. Richards |
| Fox Rothschild LLP | Attn: Thomas Horan | 919 N Market St, Ste 300 | Wilmington, DE 19899-2323 | | | thoran@foxrothchild.com | Thomas Horan |
| Freedman & Lorry, P.C. | C/o Susan A. Murray | Attn: Training & Upgrading Fund | 1601 Market St, Ste 1500 | Philadelphia, PA 19103 | | | Susan A. Murray |
| Gibbons P.C | | | | | | dcrapo@gibbonslaw.com | David N. Crapo |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | hcohen@gibbonslaw.com | Howard A. Cohen |
| Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | | dbarney@gibbonslaw.com | Dale E. Barney |
| Gibbons P.C. | Attn: N Songonuga/ R Malone/ D Crapo | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | nsongonuga@gibbonslaw.com | Natasha M. Songonuga |
| Gibbons P.C. | | | | | | rmalone@gibbonslaw.com | Robert K. Malone |
| Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | | MeloroD@gtlaw.com | Dennis A. Meloro |
| Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | | petermann@gtlaw.com | Nancy A. Peterman |
| Hogan & McDaniel | Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick | 1311 Delaware Ave | Wilmington, DE 19805 | | | dkhogan@dkhogan.com | Daniel K. Hogan |
| Hogan & McDaniel | | | | | | gfmcdaniel@dkhogan.com | Garvan F. McDaniel |
| Hogan & McDaniel | | | | | | dckerrick@dkhogan.com | Daniel C. Kerrick |
| Honigman LLP | Attn: E Todd Sable/ Lawrence A.Lichtman | 2290 First National Building | 660 Woodward Ave | Detroit, MI 48226 | | tsable@honigman.com | E Todd Sable |
| Honigman LLP | | | | | | llichtman@honigman.com | Lawrence A. Lichtman |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | | |
| International Brotherhood of | Electrical Workers, Local 98 | 1701 Spring Garden St | Philadelphia, PA 19130 | | | | |
| JD Thompson Law | C/O Sodexo, Inc. | Attn: Judy D. Thompson | P.O. Box 33127 | Charlotte, NC 28233 | | jdt@jdthompsonlaw.com | Judy D. Thompson |
| Jones Walker LLP | Attn: Jeffrey R. Barber | 190 E Capitol St, Ste 800 | P.O. Box 427 | Jackson, MS 39205-0427 | | jbarber@joneswalker.com | Jeffrey R. Barber |
| Kirkland & Ellis LLP | Attn: Nicole Greenblatt | 601 Lexington Ave | New York, NY 10022 | | | nicole.greenblatt@kirkland.com | Nicole Greenblatt |
| Kirkland & Ellis LLP | | | | | | gregory.pesce@kirkland.com | Gregory F. Pesce |
| Kirkland & Ellis LLP | Attn: Stephen Hackney/Gregory Pesce | 300 N LaSalle | Chicago, IL 60654 | | | stephen.hackney@kirkland.com | Stephen C. Hackney |
| Kurtzman, Steady, LLC. | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | | kurtzman@kurtzmansteady.com | Jeffrey Kurtzman |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell J. Malzberg | P.O. Box 5122 | 6 E Main St, Ste 7 | Clinton, NJ 08809 | | mmalzberg@mjmalzberglaw.com | Mitchell J. Malzberg |
| Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | | jwalters@markowitzandrichman.com | |
| Markowitz and Richman | Attn: Claiborne S. Newlin | Legal Arts Building | 1225 King St, Ste 804 | Wilmington, DE 19801 | | cnewlin@markowitzandrichman.com | Claiborne S. Newlin |
| Maron Marvel Bradley Anderson & Tardy, LLC. | Attn: Stephanie A. Fox | 1201 N Market St, Ste 900 | Wilmington, DE 19801 | | | saf@maronmarvel.com | Stephanie A. Fox |
| Mattleman Weinroth & Miller, P.C | Attn: Christina Pross | 200 Continental Drive, Ste 215 | Newark, DE 19713 | | | cpross@mwm-law.com | Christina Pross |
| McCarter & English, LLP | Attn: William F. Taylor | Renaissance Centre | 405 N King St, 8th Fl | Wilmington, DE 19801 | | wtaylor@mccarter.com | William F. Taylor |
| Med One Capital Funding, LLC. | c/o Ray Quinney & Nebecker, P.C | Attn: David H. Leigh | 36 S State St, 14th Fl | Salt Lake City, UT 84111 | | dleigh@rqn.com | |
| Moye White LLP | Attn: Timothy M. Swanson/Vikrama S. Chandrashekar | 1400 16th St, 6th Fl | Denver, CO 80202 | | | tim.swanson@moyewhite.com | Timothy M. Swanson |
| Moye White LLP | | | | | | Vika.Chandrashekar@moyewhite.com | Vikrama S. Chandrashekar |
| National Union of Hospital and | Healthcare Employees, District 1199C | 1319 Locust St | Philadelphia, PA 19107 | | | | |
| National Union of Hospital and | Healthcare Employees, AFSCME, AFL-CIO | 1319 Locust St | Philadelphia, PA 19107 | | | | |
| O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19106 | | | lgeren@odonoghuelaw.com | Lance Geren, Esq. |
| Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | | cmomjian@attorneygeneral.gov | Carol E. Momjian |
| Office of Attorney General | | | | | | crmomjian@attorneygeneral.gov | Christopher R. Momjian |
| Office of Attorney General | | | | | | ddembe@attorneygeneral.gov | David Dembe |
| Office of Attorney General | | | | | | lrhode@attorneygeneral.gov | Lisa M. Rhode |
| Office of Attorney General | | | | | | rbsmith@attorneygeneral.gov | Ryan B. Smith |
| Office of the Attorney General | Attn: Josh Shapiro, Esquire | Attn: Bankruptcy Dept | 16th Fl, Strawberry Square | Harrisburg, PA 17120 | | | |
| Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 | usade.ecfbankruptcy@usdoj.gov | |
| Office of The United States Trustee | Attn: Benjamin Hackman | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801-3519 | | benjamin.a.hackman@usdoj.gov | Benjamin Hackman |

| Firm | Attn | Address 1 | Address 2 | Address 3 | Address 4 | Email | Contact |
|---|---|---|---|---|---|---|---|
| O'Melveny & Myers, LLP | Attn: S Uhland/ D Shamah/ D Perez | Times Square Tower | 7 Times Square | New York, NY 10036 | | suhland@omm.com | Suzzanne Uhland |
| O'Melveny & Myers, LLP | | | | | | dshamah@omm.com | Daniel S. Shamah |
| O'Melveny & Myers, LLP | | | | | | dperez@omm.com | Diana M. Perez |
| Pachulski Stang Ziehl & Jones LLP | | | | | | tcairns@pszjlaw.com | Timothy P. Cairns |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones/Timothy Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | | ljones@pszjlaw.com | Laura Davis Jones |
| Pearlman & Miranda, LLC. | Attn: Patricia A Celano | 110 Edison Pl, Ste 301 | Newark, NJ 07102 | | | pcelano@pearlmanmiranda.com | Patricia A Celano |
| Pennsylvania Association of | Staff Nurses and Allied Professionals | 1 Fayette Street, Suite 475 | Conshohocken, PA 19428 | | | | |
| Pennsylvania Department of Health | Attn: Dr. Rachel Levine | Health and Welfare Building | 625 Forester St, 8th Fl W | Harrisburg, OA 17120 | | | |
| Pepper Hamilton, LLP | Attn: Francis J. Lawall | 3000 Two Logan Square | Eighteenth and Arch Streets | Philadelphia, PA 19103-2799 | | lawallf@pepperlaw.com | Francis J. Lawall |
| Pepper Hamilton, LLP | Attn: Marcy J. McLaughlin | 1313 N Market St, P.O. Box 1709 | Hercules Plaza, Ste 5100 | Wilmington, DE 19899-1709 | | mclaughlinm@pepperlaw.com | Marcy J. McLaughlin |
| Polsinelli P.C | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | | cward@polsinelli.com | Christopher A. Ward |
| Richards Layton & Finger, P.A | Attn: M. Collins/ M Merchant/ B Schlauch | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | collins@rlf.com | Mark D. Collins |
| Richards Layton & Finger, P.A | | | | | | merchant@rlf.com | Michael J. Merchant |
| Richards Layton & Finger, P.A | | | | | | schlauch@rlf.com | Brendan J. Schlauch |
| Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti/Monique DiSabatino | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington, DE 19899 | | mark.minuti@saul.com | Mark Minuti |
| Saul Ewing Arnstein & Lehr LLP | | | | | | monique.disabatino@saul.com | Monique DiSabatino |
| Saul Ewing Arnstein & Lehr LLP | Attn: Jeffrey Hampton/Adam Isenberg | Attn: Aaron Applebaum | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia, PA 19102 | jeffrey.hampton@saul.com | Jeffrey Hampton |
| Saul Ewing Arnstein & Lehr LLP | | | | | | adam.isenberg@saul.com | Adam Isenberg |
| Saul Ewing Arnstein & Lehr LLP | | | | | | aaron.applebaum@saul.com | Aaron Applebaum |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy/Daniel M. Pereira | 824 N. Market St, Ste 800 | Wilmington, DE 19801 | | | rbarkasy@schnader.com | Richard A. Barkasy |
| Schnader Harrison Segal & Lewis LLP | | | | | | dpereira@schnader.com | Daniel M. Pereira |
| Sills Cummis & Gross P.C | Attn: Andrew Sherman/ Boris Mankovetskiy | The Legal Center | One Riverfront Plaza | Newark, NJ 07102 | | asherman@sillscummis.com | Andrew H. Sherman |
| Sills Cummis & Gross P.C | | | | | | bmankovetskiy@sillscummis.com | Boris I. Mankovetskiy |
| Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | | jhh@stevenslee.com | Joseph H. Huston |
| Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Ctr, Ste 200 | King of Prussia, PA 19406 | | | rl@stevenslee.com | Robert Lapowsky |
| Stinson LLP | Attn: Darrell Clark/ Tracey Ohm | 1775 Pennsylvania Ave NW, Ste 800 | Washington, D.C 20006 | | | darrell.clark@stinson.com | Darrell Clark |
| Stinson LLP | | | | | | tracey.ohm@stinson.com | Tracey M. Ohm |
| Stoel Rives LLP | Attn: Marc A. Al | 33 S 6th St, Ste 4200 | Minneapolis, MN 55402 | | | marc.al@stoel.com | Marc A. Al |
| Stradley Ronan Stevens & Young LLP | Attn: Deborah A. Reperowitz | 100 Park Avenue, Suite 2000 | New York, NY 10017 | | | dreperowitz@stradley.com | Deborah A. Reperowitz |
| Stradley, Ronan, Stevens & Young, LLP | Attn: Joelle E. Polesky | 1000 N West St, Ste 1279 | Wilmington, DE 19801 | | | jpolesky@stradley.com | Joelle E. Polesky |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Gretchen M. Santamour | 2005 Market St, Ste 2600 | Philadelphia, PA 19103 | | | gsantamour@stradley.com | Gretchen M. Santamour |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | | streusand@slollp.com | Sabrina L. Streusand |
| Sullivan, Hazeltine, Allison, LLC. | Attn: William D. Sullivan | 901 N Market St, Ste 1300 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com | William D. Sullivan |
| The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N Market St, Ste 810 | Wilmington, DE 19801 | | | rosner@teamrosner.com | Frederick B. Rosner |
| Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 Third Ave | New York, NY 10022 | | louis.curcio@troutman.com | Louis Curcio |
| Troutman Sanders LLP | | | | | | jessica.mikhailevich@troutman.com | Jessica D. Mikhailevich |
| Troutman Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | | matthew.brooks@troutman.com | Matthew R. Brooks |
| U.S. Department of Justice | Attn: Marc Sacks | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-875 | marcus.s.sacks@usdoj.gov | |
| Underwood Perkins, P.C. | Attn: David Campbell/ Eli Pierce | Two Lincoln Centre | 5420 LBJ Fwy, Ste 1900 | Dallas, TX 75240 | | dcampbell@uplawtx.com | David L. Campbell |
| Underwood Perkins, P.C. | | | | | | epierce@uplawtx.com | Eli D. Pierce |
| United States Department of Justice | Attn:  Civil Division | 1100 L St, NW, 10030 | Washington, DC  20005 | | | | |
| United States Deptarment of Justice | 950 Pennsylvania Ave, NW | Washington, DC  20530-0001 | | | | | |
| White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | | casarinom@whiteandwilliams.com | Marc S. Casarino |
| White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th Fl | Philadelphia, PA 19103 | | | vulpioa@whiteandwilliams.com | Amy E. Vulpio |