# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC/    **COURTROOM LOCATION:** 3

HAHNEMANN UNIVERSITY HOSPITAL

**CASE NO.:** 19-11466 (KG)    **DATE:** 9/4/19

(1)

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stuart Brown | DLA | HSREP-VI |
| Paige Topper | MNAT | ACGME |
| Doug Carlson | Carlson Law | ACGME |
| Andrew Sherman | Sills | Committee |
| Boris Mankovetskiy | Sills | Committee |
| Megan Harper | City of Phila. | City of Phila. |
| Meredith Lahaie | GCWF | Christiana Care |
| Mitchell Malzberg | Lewis Brisbois Mitchell Malzberg | PASNAP |
| Gretchen Santamour | Stradley Ronon Stevens Young | MidCap Financial Trust |
| CLAIBORNE S. NEWLIN | MARKOWITZ + RICHMAN | PASNAP |
| VINCENT J. MARRIOTT III | BALLARD SPAHR LLP | DREXEL UNIVERSITY |
| TOBEY DALUZ | BALLARD SPAHR LLP | DREXEL UNIVERSITY |
| Mark Minuti | Saul Ewing Arnstein & Lehr | Debtors |
| Jeffrey Hampton | " " " " | " |
| R. Stephen McNeill | Potter Anderson Corroon | SBJ Group |
| Kate Crawford | Fox Rothschild LLP | Committee |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC/ HAHNEMANN UNIVERSITY HOSPITAL

**COURTROOM LOCATION:** 3

**CASE NO.:** 19-11466 (KG)

**DATE:** 9/4/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Lapowsky | Stevens Lee | Medline Hospital |
| Sophie Macon | Bayard, P.A. | AAMC/ECFMG |
| Justin Alberto | Bayard, P.A. | AAMC/ECFMG |
| Marc Sacks | DOJ | USG/HHS/CMS |
| Marita Erbeck, Andrew Kassner & Patrick Jackson | Drinker Biddle & Reath | Jefferson Health / Tuitt Inc. |
| Aaron Applebaum | Saul Ewing | Debtors |
| Adam Isenberg | " | " |
| Benjamin Hackman | | U.S. Trustee |
| Sommer L. Ross | Duane Morris LLP | Albert Einstein Health Network |
| Daniel K. Hogan | Hogan McDaniel / | Hayes Locum |
| Tim C.S. Ross | PSZJ LLP | TNT Limited |
| Rich Barkasy | Schnader Harrison Segal Lewis LLP | PA Dept. of Health |
| David Smith | " | " |
| Greg Taylor | Ashby + Geddes | Capital One NA |
| Ryan Cewill | RPR | Tenet |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC / HAHNEMANN UNIVERSITY HOSPITAL

**COURTROOM LOCATION:** 3

**CASE NO.:** 19-11466 (KG)

**DATE:** 9/4/19

(3)

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Collins | Richards Layton & Finger | PAHH |
| Zhao (Ruby) Liu | The Rosner Law Group | Cooper University Healthcare |
| Brett Fallon | Morris James LLP | KPC Health, Strategic Global Management |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 09/04/2019
Calendar Time: 10:00 AM ET

Re-sent Calendar Sep 4 2019 8:13AM

Page 1 of 2

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10022219 | Svetlana Attestatova | (302) 421-6839 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10028919 | Monique Bair DiSabatino | (302) 421-6806 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10028260 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10030734 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10022247 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10028106 | Schuyler Carroll | (212) 407-4820 ext. | Perkins Coie LLP | Interested Party, Schuyler Carroll / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10027800 | Richard Chesley | (312) 368-3430 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10028239 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10022206 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 9996343 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Medtronic USA / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10029726 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10024631 | Benjamin Ilhardt | (312) 462-6424 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10030726 | Christopher Kearns | (212) 782-1409 ext. | Berkeley Research Group | Interested Party, Berkeley Research Group / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10023841 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10020125 | Gary E. Klausner | (310) 229-3360 ext. | Levene Neale Bender Yoo & Brill | Interested Party, Strategic Global / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10030698 | Christopher S. Koenig | (312) 862-2372 ext. | Kirkland & Ellis LLP | Interested Party, Christopher S. Koenig / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10028514 | Lisa Lenderman | (301) 841-6741 ext. | Midcap Financial Services | Lender(s), Midcap Financial Services / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10018324 | Lawrence A. Lichtman | (313) 465 7590 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10024195 | Wendy G. Marcari | (212) 351-4500 ext. | Epstein Becker & Green, P.C. | Creditor, Guthrie Health & Medical Care / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10030680 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10022234 | Grace Muranaga | (310) 414-2700 ext. | Paladin Healthcare | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10028769 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10024491 | Diana Perez | (212) 326-2163 ext. | O'Melveny & Myers, LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10018321 | E. Todd Sable | (313) 465-7548 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10022194 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10024472 | Suzzanne S. Uhland | (212) 408-2409 ext. | O'Melveny & Myers, LLP | Interested Party, American Academic Health Systems, et al. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10030678 | Daniel Zoloto | (312) 366-3007 ext. | Harrison Street | Client, Daniel Zoloto / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10028483 | Richard Zucker | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, MidCat / LISTEN ONLY |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

| Calendar Date: | 09/05/2019 |
|---|---|
| Calendar Time: | 03:15 PM ET |

*Amended Calendar  Sep 5 2019 12:07PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10034824 | Joseph N. Argentina | (215) 988-2541 ext. | Drinker Biddle & Reath LLP | Interested Party, Thomas Jefferson University / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10033899 | Svetlana Attestatova | (302) 421-6839 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10033800 | Monique Bair DiSabatino | (302) 421-6806 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10032571 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One, N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10032420 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10033903 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10032491 | Stuart M. Brown | (302) 468-5700 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10033874 | Doug Carlson | (302) 658-9200 ext. | ACGME | Interested Party, ACGME / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10033871 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10032553 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10033507 | Kevin DeLuise | (646) 485-5090 ext. | FTI Consulting | Interested Party, HSRE / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10033964 | David Dembe | (215) 560-3448 ext. | State of Pennsylvania - Office of Attorney General | Interested Party, Common Wealth of Pennsylvania Parenspatriae / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033907 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032936 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Medtronic USA / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033808 | Megan N. Harper | (215) 686-0503 ext. | City of Philadelphia | Creditor, City of Philadelphia / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032464 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10034469 | Jacqueline Helmrick | (312) 609-4562 ext. | Vedder Price P.C. | Creditor, MidCap Funding IV Trust / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10034006 | Joseph H. Huston, Jr. | (302) 425-3312 ext. | Stevens & Lee, P.C. | Debtor, Center City Healthcare, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033891 | Francine Katz | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Educational Committee Foreign Med. Grads / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10035096 | Christopher Kearns | (212) 782-1409 ext. | Berkeley Research Group | Interested Party, Berkeley Research Group / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10035042 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032625 | Gary E. Klausner | (310) 229-3360 ext. | Levene Neale Bender Yoo & Brill | Interested Party, Strategic Global / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033942 | Christopher S. Koenig | (312) 862-2372 ext. | Kirkland & Ellis LLP | Interested Party, Christopher S. Koenig / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10034240 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10034480 | Francis Lawall | (215) 981-4481 ext. | Pepper Hamilton LLP | Interested Party, Temple University Health System / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032400 | Lawrence A. Lichtman | (313) 465-7590 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033921 | Mitchell Malzberg | (908) 323-2958 ext. | Law Offices of Mitchell J. Malzberg, LLC | Creditor, PA Association of Staff Nurses and Allied Professionals / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032706 | Wendy G. Marcari | (212) 351-4500 ext. | Epstein Becker & Green, P.C. | Creditor, Guthrie Health & Medical Care / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032462 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033916 | Grace Muranaga | (310) 414-2700 ext. | Paladin Healthcare | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032427 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033940 | Diana Perez | (212) 326-2163 ext. | O'Melveny & Myers, LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033793 | Sommer L. Ross | (302) 657-4900 ext. | Duane Morris LLP | Creditor, Albert Einstein Medical Center / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032403 | E. Todd Sable | (313) 465-7548 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, SBJ Group Inc. / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10034362 | Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033918 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10032502 | Frank Trinity | (202) 828-0540 ext. | Bayard P.A. | Interested Party, Association of American Medical Colleges / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033945 | Suzzanne S. Uhland | (212) 408-2409 ext. | O'Melveny & Myers, LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10034527 | Craig Warznak | (610) 940-3615 ext. | SSG Capital Advisors, LLC | Interested Party, SSG Capital Advisors, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10034443 | Lee P. Whidden | (212) 632-8389 ext. | Dentons US, LLP | Interested Party, Cooper University Healthcare / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10033365 | Richard Zucker | (215) 564-8000 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, MidCap Funding IV Trust, et al / LISTEN ONLY |