# Penn Medicine

Perelman School *of* Medicine
University *of* Pennsylvania Health System

August 30, 2019

The Honorable Seema Verma
Administrator
Centers for Medicare & Medicaid Services
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Dear Administrator Verma:

We write to you today out of concern for the potential impact the closure of Hahnemann University Hospital, a long-standing medical training institution in Philadelphia, may have on the future of medical training in the United States.

### Background on Penn Medicine

Penn Medicine is a leading academic medical center that currently provides training to 1,275 residents and fellows, including 143 over our statutory Medicare cap. Graduate medical education at the University of Pennsylvania and affiliated hospitals provides residency and fellowship training in over 75 ACGME-accredited specialties and subspecialties in a region that leads the nation in providing quality health care. We strongly believe in the importance of training physicians in Philadelphia to serve our community.

### Residency Slots are a Public Good, Not Solely a Financial Asset

We have serious concerns about the inclusion of Hahnemann's residency slots in bankruptcy proceedings which has thrust the health care community into an untenable position and represents bad public policy. The Graduate Medical Education program was established by law in order to address the costs of educating residents, and a process exists under Section 5506 to preserve resident cap positions when a hospital closes. This process, administered by CMS, ensures an equitable and orderly redistribution should a hospital close.

In this case that process has not been followed. We reluctantly participated in the recent auction for Hahnemann's residency slots, as we saw no alternative means to protect existing residency programs and keep those residents and their training positions in Philadelphia. However, we strongly believe the treatment of residency slots solely as commodity to be bought and sold rather than a government supported public-health resource does a disservice to our national health care delivery system and the patients it serves. We believe it also sets a dangerous precedent that could threaten the very foundation of the program by opening the door for any hospital to auction off residency slots solely for financial gain and without regard for the public good.

CMS and the Accreditation Council for Graduate Medical Education (ACGME) have detailed protocols designed to ensure that the residency slots affected by a hospital closure are apportioned equitably and in a way that best protects the community's interests. To allocate these residency positions instead to the highest bidder at a bankruptcy auction circumvents that process and CMS' authority. It also fails to take into account the contributions of local institutions who responsibly acted in the face of a health care workforce crisis by absorbing displaced residents and staff. The auction process similarly fails to recognize long-standing residency affiliation agreements and the training programs built around them.

### Protecting Against a Decrease in Residents

We are concerned that the auction process will decrease the total number of residency training positions. According to data published earlier this year by the Association of American Medical Colleges, the United States will see a shortage of nearly 122,000 physicians by 2032 as demand for healthcare continues to grow. If these slots are auctioned off and used to merely offset the cost of residency training slots already supported by institutions who operate above their Medicare cap, they do nothing to address our expanding physician workforce needs. The City of Philadelphia has a rich history of residency training. We believe the 541 slots should be allocated to new and expanding programs urgently needed by the region.

We understand CMS has expressed serious concerns with this process – we share those concerns and encourage the agency to assert the primacy of its established protocols to ensure the equitable redistribution of residency slots. The threat of hospital closures in the Philadelphia region, like other areas of the country, remains very real. Treating residency slots solely as financial assets establishes a dangerous precedent for existing training programs, residents, and the patients we serve.

Thank you for your time and attention to this critical matter.

Sincerely,

*J. Larry Jameson MD PhD*

J. Larry Jameson, MD, PhD
Executive Vice President, University of Pennsylvania for the Health System
Dean, Perelman School of Medicine

*Kevin B. Mahoney*

Kevin B. Mahoney
Chief Executive Officer, University of Pennsylvania Health System

*Jeffrey Berns, MD*

Jeffrey S. Berns, MD
Associate Dean for Graduate Medical Education

Cc:    Thomas J. Nasca, MD, MACP, President and Chief Executive Officer, ACGME

*Submitted by Kevin Mahoney Hand delivered*