I. Dr Sanjay Gupta, President, American Pain Association will like to file an objection to the sale of Hospital license & Residency slots. The reasons are given below

① Philadelphia City is at Top in opioid Epidemic deaths 20 years in a row and closing this hospital will have disastrous implications and every attempt should be made to keep it open.

② Residency slots sale & Hospital closure will cause loss of 560 Residency positions for Philadelphia and nation. Reopening of the slots will preserve those 560 slots and provide Educational opportunity.

③ Loss of >2500 Health Care jobs. Now that we have parties interested in keeping the Hospital open — it will be unfortunate to let the hospital close.

Respectfully
Sanjay Gupta
SANJAY GUPTA

FILED 2019 SEP -4 AM 9:34 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE