## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) **Re: Docket Nos. 142 and 249** |
| Debtors. | ) |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED SALE ORDER
### RELATING TO THE SALE OF THE DEBTORS' RESIDENTS PROGRAM ASSETS

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by

and through their undersigned counsel, hereby certify as follows:

1.      On July 1, 2019, the Debtors filed the *Debtors Motion for Entry of Orders (I)(A)*

*Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets,*

*Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption*

*and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts,*

*and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a*

*Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents*

*Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and*

*(B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and*

*(III) Granting Related Relief* [Docket No. 142] (the "**Motion**").

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2.      On July 19, 2019, the Bankruptcy Court entered an order (the "**Bidding Procedures Order**")[2] [D.I. 249] granting certain of the relief sought in the Motion, including, among other things, approving: (a) the Bidding Procedures and (b) the Assumption and Assignment Procedures.

3.      On September 3, 2019, the Debtors filed, under certification of counsel, a proposed sale order related to the sale to the Successful Bidder [D.I. 631].

4.      On September 5, 2019, the Debtors filed, under certification of counsel, a revised proposed sale order related to the sale to the Successful Bidder [D.I. 653].

5.      At the hearing on September 5, 2019, the Court granted the relief requested in the Motion, subject to entry of an order consistent with the Court's oral ruling.

6.      Attached hereto as **Exhibit A** is a revised copy of the proposed sale order related to the sale to the Successful Bidder (the "**Proposed Sale Order**").  A redline reflecting all changes from the form of proposed order filed on September 5, 2019 is attached hereto as **Exhibit B.**

7.      The Debtors circulated a preliminary draft of the proposed sale order to counsel for MidCap, the Committee, the United States (on behalf of CMS), and the Pennsylvania Department of Health (collectively, the "**Notice Parties**"), as well as to counsel for the Successful Bidder, in the evening of September 5, 2019.

8.      Following discussions among the parties, the Debtors further revised the proposed order and circulated the Proposed Sale Order, in the form attached hereto as Exhibit A, to the Notice Parties and the Successful Bidder on September 6, 2019. The revisions only affected two paragraphs (paragraphs 22 and 34) of the proposed order.

---

[2]      Capitalized terms used but not defined herein have the meaning stated in the Bidding Procedures Order.

9.      The Debtors believe that the Proposed Sale Order is consistent with the Court's oral ruling at the hearing on September 5, 2019.  For the reasons stated at the hearing, the Debtors also reiterate that it is imperative that the Proposed Sale Order be entered without any further delay.

10.      The only comments the Debtors have received have been from CMS.  Counsel for CMS has requested certain changes to paragraph 12 of the Proposed Sale Order.  CMS raised an objection with respect to paragraph 12 at the hearing on September 5, 2019, which the Court overruled.  The Debtors believe that paragraph 12 is consistent with the Court's oral ruling and respectfully suggest that the Proposed Sale Order be entered notwithstanding any further objection by CMS.

11.      The Debtors believe that the Proposed Sale Order is consistent with the Court's findings entered during the hearing on September 5, 2019.  The Debtors respectfully request that the Court overrule any remaining objections and enter the Proposed Sale Order at the Court's earliest convenience.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Dated: September 6, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
      Mark Minuti (DE Bar No. 2659)
      Monique B. DiSabatino (DE Bar No. 6027)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE  19899
      Telephone: (302) 421-6800
      Fax: (302) 421-5873
      mark.minuti@saul.com
      monique.disabatino@saul.com

        -and-

      Jeffrey C. Hampton
      Adam H. Isenberg
      Aaron S. Applebaum (DE Bar No. 5587)
      Centre Square West
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7700
      Fax: (215) 972-7725
      jeffrey.hampton@saul.com
      adam.isenberg@saul.com
      aaron.applebaum@saul.com

      *Counsel for Debtors and Debtors in Possession*