## CERTIFICATE OF SERVICE

I, John H. Schanne II, hereby certify that on the 6th day of September, 2019, I caused the foregoing **Limited Objection Of Temple University Health System, Inc. To Notice Of Assumption, Assignment And Cure Amount With Respect To Executory Contracts And Unexpired Leases Of The Debtors** to be served upon the persons listed on the attached service list in the manner indicated.

                                                   /s/ *John H. Schanne, II*
                                                   John H. Schanne, II  (DE No. 5260)

#55052592 v1

**BY EMAIL AND FEDERAL EXPRESS**
*(Debtors)*
Center City Healthcare, LLC
Attn: Allen Wilen, Chief Restructuring Officer
230 North Broad Street
Philadelphia, PA
allen.wilen@eisneramper.com

**BY EMAIL AND HAND DELIVERY**
*(Counsel to Debtors)*
Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti
1201 North Market Street, Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Counsel to Debtors)*
Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
jeffrey.hampton@saul.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Counsel to the Official Committee of Unsecured Creditors)*
Sills Cummis & Gross P.C.,
Attn: Andrew Sherman and Boris Mankovetskiy
One Riverfront Plaza
Newark, NJ  07102
bmankovetskiy@sillscummis.com;
asherman@sillscummis.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Counsel to the Stalking Horse Bidder)*
Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
rl@stevenslee.com

#55052592 v1