## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) **Re: Docket Nos. 142, 249 and 669** |
| Debtors. | ) |

### NOTICE OF TELEPHONIC CONFERENCE

Please be advised that the Court will hold a telephonic conference regarding the proposed

order on the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures*

*Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up*

*Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain*

*Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form*

*and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed*

*Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of*

*Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment*

*of Certain Executory Contracts; and (III) Granting Related Relief* [Docket No. 142] on

**September 9, 2019 at 9:30 a.m.**

Any party who wishes to participate in the telephonic scheduling conference must contact

COURTCALL, LLC at 866-582-6878 to register his/her participation.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Dated: September 6, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

         -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Aaron S. Applebaum (DE Bar No. 5587)
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7700
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       aaron.applebaum@saul.com

       *Counsel for Debtors and Debtors in Possession*