## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) **Related to Docket No. 559** |
| Debtors. | ) |

## CERTIFICATION OF NO OBJECTION ON REPORT BY EISNERAMPER LLP OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF JUNE 30, 2019 THROUGH JULY 31, 2019

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies that:

1.    On August 26, 2019, the *Report by EisnerAmper LLP of Compensation Earned and Expenses Incurred for the Period of June 30, 2019 through July 31, 2019* (the "**Report**") and *Notice of Report* (the "**Notice**") [Docket No. 559] were filed with the Court.

2.    Pursuant to the Notice, and in accordance with the *Order Authorizing (I) Retention and Employment of EisnerAmper LLP to Provide Interim Management Services, a Chief Restructuring Officer, an Interim System CEO and Additional Personnel, and (II) the Designation of Allen Wilen as Chief Restructuring Officer and Ronald Dreskin as Interim System Chief Executive Officer to the Debtors, Nunc Pro Tunc to the Petition Date* [Docket No. 338], objections, if any, to the Report were required to have been filed with the Court and served on

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

the undersigned so as to be received on or before 4:00 p.m. on September 5, 2019 (the

"Objection Deadline").

3.      The Objection Deadline has passed and no further objections or responses were

served upon the undersigned counsel or were entered on the Court's docket.

Dated: September 6, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

                        By:     */s/ Monique B. DiSabatino*
                                Mark Minuti (DE Bar No. 2659)
                                Monique B. DiSabatino (DE Bar No. 6027)
                                1201 N. Market Street, Suite 2300
                                P.O. Box 1266
                                Wilmington, DE  19899
                                Telephone: (302) 421-6800
                                Fax: (302) 421-5873
                                mark.minuti@saul.com
                                monique.disabatino@saul.com

                                        -and-

                                Jeffrey C. Hampton
                                Adam H. Isenberg
                                Centre Square West
                                1500 Market Street, 38th Floor
                                Philadelphia, PA 19102
                                Telephone: (215) 972-7777
                                Fax: (215) 972-7725
                                jeffrey.hampton@saul.com
                                adam.isenberg@saul.com

                                *Counsel for Debtors and Debtors in Possession*