# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) | Case No. 19-11466 (KG) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Re: Doc. No. 669** |
|  | ) |  |

## THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH'S LIMITED OBJECTION TO PROPOSED SALE ORDER

The Commonwealth of Pennsylvania Department of Health (the "PA DOH"), by and through undersigned counsel, by way of *Limited Objection to Proposed Sale Order*, hereby states:

1. The PA DOH objects to paragraph 34 of the Debtors' most recent Proposed Sale Order [Doc. No. 669-1], first circulated at 1:48 p.m. on Friday, September 6, 2019, less than an hour before it was filed.

2. This new version of the Proposed Sale Order purports to improperly limit the PA DOH's police power regulatory authority with regard to the Hahnemann Hospital closure process and Hahnemann Hospital's acute care hospital license.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102

3. As set forth in the PA DOH's prior limited sale objections (*see* Doc. Nos. 185, 364), this Court lacks the authority to interfere with state regulations exercised under the Commonwealth's and the PA DOH's police powers.

4. To the extent that the language recently added to paragraph 34 is included in the final order, paragraph 34 should be modified to provide that PA DOH (like the Centers for Medicare & Medicaid Services ("CMS")) may appeal and seek a stay pending appeal.

5. Further, the PA DOH also objects to paragraph 22 of the new Proposed Sale Order because through its reference to paragraph 34, paragraph 22 impermissibly restricts the PA DOH's police power regulatory authority.

6. In addition, paragraph 22 does not make sufficiently clear that the requirement that the PA DOH follow CMS's directions regarding the CHOW (as defined in the Proposed Sale Order) and transfer of the Participating Provider Agreement is intended to bind the PA DOH only in its capacity as the state survey agency for CMS, and not in the PA DOH's plenary role as the licensing agency of the Commonwealth of Pennsylvania.

7. The PA DOH reserves the right to raise any additional objections it may have to the Proposed Sale Order during the telephonic conference presently scheduled to be held on September 9, 2019 at 9:30 a.m.

Dated: September 6, 2019

By: /s/ Daniel M. Pereira
Richard A. Barkasy (#4683)
Daniel M. Pereira (#6450)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696
rbarkasy@schnader.com
dpereira@schnader.com

-and-

David Smith (admitted *pro hac vice*)
Nicholas J. LePore, III (admitted *pro hac vice*)
Ira Neil Richards (admitted *pro hac vice*)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2000
dsmith@schnader.com
nlepore@schnader.com
irichards@schnader.com

*Counsel for the Commonwealth of Pennsylvania Department of Health*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 6, 2019, I caused a copy of the foregoing to be sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case.

                /s/ Daniel M. Pereira
                Daniel M. Pereira, Esq. (#6450)