# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Michael B. Lampert, of Ropes & Gray LLP to appear as healthcare regulatory counsel to Thomas Jefferson University Hospitals, Inc., exclusively with respect to its acquisition of Medicare residency program assets from Hahnemann University Hospital, in connection with the above-captioned cases.

Dated: September 6, 2019
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

*Counsel for Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

120242529.1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.


Dated: September 6, 2019    */s/ Michael B. Lampert*
              Michael B. Lampert, Esq.
              Ropes & Gray LLP
              Prudential Tower, 800 Boylston Street
              Boston, MA 02199-3600
              Telephone: (617) 951-7000
              Facsimile: (617) 951-7050
              Michael.lampert@ropesgray.com