## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 6, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Telephonic Conference [Docket No. 672]**

Dated: September 6, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 6th day of September, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## EXHIBIT A

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDL<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DOUGLAS CARLSON LLC<br>DOUGLAS CARLTON, ESQUIRE<br>CARLSON@DOUGCARLSONLAW.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM |
| DRINKER BIDDLE & REATH LLP<br> MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FINEMAN KREKSTEIN & HARRIS, P.C<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM |
| GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM |
| GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM |

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients

| | | |
|---|---|---|
| JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>GARY E. KLAUSNER, ESQUIRE<br>GEK@LNBYB.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM |
| MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM | MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MORRIS JAMES LLP<br>BRETT D. FALLON, ESQUIRE<br>BFALLON@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>CURTIS MILLER, ESQUIRE<br>CMILLER@MNAT.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| NEAL, GERBER & EISENBERG LLP<br>THOMAS C. WOLFORD, ESQUIRE<br>TWOLFORD@NGE.COM | O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV |
| O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM |
| PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP<br>JEREMY W. RYAN, ESQUIRE<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>R. STEPHEN MCNEILL, ESQUIRE<br>RMCNEILL@POTTERANDERSON.COM | RICHARDS LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | ROPES & GRAYS LLP<br>MICHAEL B. LAMPERT, ESQUIRE<br>MICHAEL.LAMPERT@ROPESGRAY.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |

**Center City Healthcare, LLC, et al. - Service List to e-mail Recipients**

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>DAVID SMITH, ESQUIRE<br>DSMITH@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE, ESQUIRE<br>NLEPORE@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM |
| THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM |
| UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | VEDDER PRICE P.C.<br>DAVID L. KANE, ESQUIRE<br>DKANE@VEDDERPRICE.COM | VEDDER PRICE P.C.<br>KATHRYN L. STEVENS, ESQUIRE<br>KSTEVENS@VEDDERPRICE.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | |

Parties Served:  119

## **<u>EXHIBIT B</u>**

**Center City Healthcare, LLC, et al. -  Service List to Facsimile Recipients**

FREEDMAN & LORRY, P.C.
SUSAN A. MURRAY
215-925-7516

OFFICE OF THE ATTORNEY GENERAL
717-787-8242

Parties Served:  2

# **EXHIBIT C**

**Center City Healthcare, LLC, et al. - U.S. Mail**

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

Parties Served: 9