# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin Gross
Courtroom

Calendar Date: 09/09/2019
Calendar Time: 09:30 AM ET

Re-sent Calendar  Sep 9 2019  6:36AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038556 | Svetlana Attestatova | (302) 421-6839 ext. | American Academic | Interested Party, American Academic / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038123 | Richard A. Barkasy | (215) 751-2526 ext. | Schnader Harrison Segal & Lewis | Interested Party, Pennsylvania Department of Health / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038076 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One, N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10041723 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038545 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038083 | Stuart M. Brown | (302) 468-5700 ext. | DLA Piper US, LLP | Interested Party, Harrison Street Real Estate, LLC / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038495 | Douglas Carlson | (312) 241-1166 ext. | Douglas Carlson, LLC | Interested Party, ACGME / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038578 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Richards, Layton & Finger, P.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038098 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038162 | Tobey Daluz | (302) 252-4440 ext. | Ballard Spahr LLP | Creditor, Drexel University / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10041727 | Kevin DeLuise | (646) 485-5090 ext. | FTI Consulting | Interested Party, HSRE / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038293 | Marita Erbeck | (973) 549-7076 ext. | Drinker Biddle & Reath LLP | Interested Party, Thomas Jefferson University / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10038566 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LIVE |

Peggy Drasal ext. 802        CourtConfCal2009        Page 1 of 3

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038254 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Interested Party, Cooper University Healthcare / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038156 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | Trustee, Office of the United States Trustee / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10041748 | Megan N. Harper | (215) 686-0503 ext. | City of Philadelphia | Creditor, City of Philadelphia / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038688 | Jacqueline Helmrick | (312) 609-4562 ext. | Vedder Price P.C. | Creditor, MidCap Funding IV Trust / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038108 | Thomas M. Horan | (302) 480-9412 ext. | Fox Rothschild LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038300 | Joseph H. Huston, Jr. | (302) 425-3312 ext. | Stevens & Lee, P.C. | Purchaser, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038077 | Adam H. Isenberg | (215) 972-8662 ext. | Saul Ewing LLP | Debtor, Center City Healthcare, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038281 | Patrick Jackson | (215) 988-2708 ext. | Drinker Biddle & Reath LLP | Creditor, Thomas Jefferson University / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10041728 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038798 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038325 | Michael Lampert | (617) 951-7095 ext. 00 | Ropes & Gray, LLP | Creditor, Thomas Jefferson Hospital / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038316 | Robert Lapowsky | (215) 751-2866 ext. | Stevens & Lee, P.C. | Interested Party, Tower Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038064 | Francis Lawall | (215) 981-4481 ext. | Pepper Hamilton LLP | Interested Party, Temple University Health System / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038401 | Sophie Macon | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Association of American Medical Colleges / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038131 | Boris I. Mankovetskiy | (973) 643-6391 ext. | Sills Cummis & Gross, P.C. | Interested Party, Sills Cummis & Gross, P.C. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038013 | Vince Marriott | (619) 487-0795 ext. | Ballard Spahr LLP | Creditor, Drexel University / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10041800 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Representing, Suzanne Koening / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10041792 | Mariyetta A. Meyers-Lopez | (949) 435-4100 ext. 328 | Jones Turner LLP | Representing, Suzanne Koening / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038068 | Jessica D. Mikhailevich | (212) 704-6350 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038518 | Curtis S. Miller | (302) 351-9412 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, ACGME / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038061 | Mark Minuti | (302) 421-6840 ext. | Saul Ewing Arnstein & Lehr LLP | Debtor, Center City Healthcare, LLC / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038415 | Margaret Newell | (202) 305-7590 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038837 | Diana Perez | (212) 326-2163 ext. | O'Melveny & Myers, LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10041785 | Evan W. Rassman | (302) 425-5800 ext. | Gellert Scali Busenkell & Brown LLC | In Propria Persona, Gellerty Scali Busenkell & Brown LLC / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10041729 | Gretchen M. Santamour | (856) 321-2400 ext. | Stradley Ronon Stevens & Young, LLP - All Offices | Creditor, Midcap Financial / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038530 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038117 | Andrew H. Sherman | (973) 643-6982 ext. | Sills Cummis & Gross, P.C. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038166 | David Smith | (215) 751-2190 ext. | Schnader Harrison Segal & Lewis | Interested Party, Pennsylvania Department of Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038085 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Capital One, N.A. / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038531 | Paige N. Topper | (302) 351-9148 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, ACGME / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038831 | Suzzanne S. Uhland | (212) 408-2409 ext. | O'Melveny & Myers, LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10038373 | Lee P. Whidden | (212) 632-8389 ext. | Dentons US, LLP | Interested Party, Cooper University Healthcare / LIVE |