IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (KG) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Michael B. Lampert, of Ropes & Gray LLP to appear as healthcare regulatory counsel to Thomas Jefferson University Hospitals, Inc., exclusively with respect to its acquisition of Medicare residency program assets from Hahnemann University Hospital, in connection with the above-captioned cases.

Dated: September 6, 2019
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

*Counsel for Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: September 9th, 2019**
**Wilmington, Delaware**
120242529.1

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**