**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) **Re: Docket Nos. 142 and 249** |
| Debtors. | ) |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED SALE ORDER RELATING TO THE SALE OF THE DEBTORS' RESIDENTS PROGRAM ASSETS**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1.   On July 1, 2019, the Debtors filed the *Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief* [Docket No. 142] (the "**Motion**").

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2. On July 19, 2019, the Bankruptcy Court entered an order (the "**Bidding Procedures Order**")[2] [D.I. 249] granting certain of the relief sought in the Motion, including, among other things, approving: (a) the Bidding Procedures and (b) the Assumption and Assignment Procedures.

3. At the hearing on September 5, 2019, the Court granted the relief requested in the Motion, subject to entry of an order consistent with the Court's oral ruling.

4. On September 6, 2019, the Debtors filed, under certification of counsel, a revised proposed sale order related to the sale to the Successful Bidder [D.I. 669].

5. On September 9, 2019, the Court conducted a telephonic conference to address objections raised by the United States (on behalf of CMS) and the Pennsylvania Department of Health (the "**DOH**") with respect to the proposed sale order.

6. Attached hereto as **Exhibit A** is a revised copy of the proposed sale order related to the sale to the Successful Bidder (the "**Proposed Sale Order**"). A redline reflecting all changes from the form of proposed order filed on September 6, 2019 is attached hereto as **Exhibit B.**

7. Counsel for the Debtors circulated a copy of the Proposed Sale Order to counsel for DOH by email at approximately 1:00 p.m. (ET) on September 9, 2019, and sent a further email at approximately 3:00 p.m. (ET) requesting a response. DOH has not responded or otherwise provided any comments to the proposed form of order.

8. The Debtors believe that the revisions to the proposed form of order as attached hereto are consistent with the Court's comments during the September 9, 2019 telephonic

---

[2] Capitalized terms used but not defined herein have the meaning stated in the Bidding Procedures Order.

conference, and respectfully request that the Court enter the Proposed Sale Order at the Court's earliest convenience.

Dated: September 9, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

         By:     */s/ Aaron S. Applebaum*
                 Mark Minuti (DE Bar No. 2659)
                 Monique B. DiSabatino (DE Bar No. 6027)
                 1201 N. Market Street, Suite 2300
                 P.O. Box 1266
                 Wilmington, DE 19899
                 Telephone: (302) 421-6800
                 Fax: (302) 421-5873
                 mark.minuti@saul.com
                 monique.disabatino@saul.com

                         -and-

                 Jeffrey C. Hampton
                 Adam H. Isenberg
                 Aaron S. Applebaum (DE Bar No. 5587)
                 Centre Square West
                 1500 Market Street, 38th Floor
                 Philadelphia, PA 19102
                 Telephone: (215) 972-7700
                 Fax: (215) 972-7725
                 jeffrey.hampton@saul.com
                 adam.isenberg@saul.com
                 aaron.applebaum@saul.com

                 *Counsel for Debtors and Debtors in Possession*