# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a/ HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: DI 349, 547, 652** |

## SUPPLEMENTAL / AMENDMENT TO CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on September 9, 2019, I did cause to be served a true and correct copy of the ***Motion of Global Neurosciences Institute, LLC For Reconsideration of and/or to Vacate Order Rejecting Services Agreement (DI 652)*** on the party listed on the attached service list in the manner indicated thereon as the mailing to such party on September 5, 2019 was returned for postage.

DATED:  September 10, 2019

                                                      /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
Email: loizides@loizides.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**VIA U.S. FIRST CLASS MAIL, POSTAGE PRE-PAID**

Manager
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102