# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | Re:  Docket No. 557 |

## STIPULATION WITH MIDCAP FUNDING IV TRUST DETERMINING CERTAIN COMMITTEE RIGHTS PURSUANT TO FINAL DIP FINANCING ORDER

This stipulation (the "Stipulation") is entered into by and among (i) the Official Committee of Unsecured Creditors (the "Committee")[2] of Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "Debtors"), and (b) MidCap Funding IV Trust, acting in its capacity as administrative agent for MidCap Funding IV Trust and MidCap Financial Trust (successor-by-assignment to MidCap Funding H Trust), the Debtors' prepetition lenders (collectively, the "Prepetition Agent"), and MidCap Funding IV Trust (successor-by-assignment to MidCap Financial Trust), acting in its capacity as administrative agent for MidCap Funding IV Trust (successor-by-assignment to MidCap Financial Trust), the Debtors' post-petition DIP lender (collectively, the "DIP Agent",

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final DIP Financing Order.

and together with the Prepetition Agent, "MidCap," and collectively with the Committee, the "Parties"), in each case, by and through their respective undersigned counsel.

WHEREAS, on June 30, 2019, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

WHEREAS, on August 23, 2019, the Court entered the *Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection; and (IV) Modifying the Automatic Stay* [Docket No. 557] (the "Final DIP Financing Order"), which, among other things, set a challenge period for the Committee of sixty (60) days after the filing of notice of appointment of the Committee with respect to commencing a Lien Challenge.

WHEREAS, on September 10, 2019, the court entered the *Order Under 11 U.S.C. § 105, 106, 363, 365, 503, 507, and 525 (A) Approving Asset Purchase Agreement with Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale of Certain of Debtor's Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtor's Executory Contracts, and (D) Granting Related Relief* [Docket No. 681] (the "HUH Residency Sale Order"), which, among other things, authorized the sale (the "HUH Residency Sale") of certain assets (the "Residency Program Assets") to Thomas Jefferson University Hospitals, Inc. or its permitted assignee.

WHEREAS, in order to clarify certain matters among the Parties under the Final DIP Financing Order, the Parties have agreed to enter this Stipulation.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Notwithstanding anything contained in the Final DIP Financing Order to the contrary, the Committee shall have through and including thirty (30) days after the closing of the HUH Residency Sale (the "Residency Asset Challenge Period") to file an adversary proceeding or contested matter with respect to any lien or security interest asserted by MidCap in the Residency Program Assets or the proceeds thereof (a "Residency Asset Challenge").  During the Residency Asset Challenge Period, any Residency Asset Challenge is hereby expressly reserved and preserved.

2. Except as expressly set forth in paragraph 1 above, the Committee hereby waives all other rights to assert a Lien Challenge against the Prepetition Lenders and acknowledges and agrees that it is hereby barred from asserting any Lien Challenge other than as expressly set forth in paragraph 1 above.

3. For the avoidance of doubt, nothing contained in this Stipulation shall have any impact on the Committee's rights with respect to any Additional Challenge and the challenge deadline with respect thereto, as set forth in paragraph 13(a) of the Final DIP Financing Order.

4. This Stipulation shall be binding and effective upon execution by the Parties hereto.  This Stipulation may not be amended or modified without the written consent of the Parties. This Stipulation may be executed in counterparts by facsimile or other electronic transmission, each of which will be deemed an original, and all of which when taken together will constitute one document.

5. Except as expressly set forth in paragraph 1 above and subject to the reservation of rights in paragraph 3 above, nothing herein shall (or shall be deemed to) modify, amend or derogate from the Final DIP Financing Order.  The Court will retain jurisdiction over all matters related to this Stipulation and the Final DIP Financing Order.

Dated: September 10, 2019

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

- and –

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

*Counsel for the Official Committee
of Unsecured Creditors*

Dated: September 10, 2019

/s/ Joelle E. Polesky
Joelle E. Polesky (I.D. No. 3694)
**STRADLEY RONON STEVENS & YOUNG, LLP**
1000 N. West Street, Suite 1279
Wilmington, DE 19801
Telephone: (302) 295-4856
Facsimile: (302) 295-4801
Email: jpolesky@stradley.com

OF COUNSEL

5

        Gretchen M. Santamour (*pro hac vice*)
        Deborah Reperowitz (*pro hac vice*)
        Mark J. Dorval (*pro hac vice*)
        Joseph W. Catuzzi (*pro hac vice*)
        2005 Market Street, Suite 2600
        Philadelphia, PA 19103
        Telephone: (302) 295-4856
        Facsimile: (302) 295-4801

        Kathryn L. Stevens (*pro hac vice*)
        David L. Kane (*pro hac vice*)
        222 North LaSalle Street
        Chicago, IL 60601
        Telephone: (312) 609 7803

        *Counsel for creditors MidCap Funding IV Trust*
        *and MidCap Financial Trust*