# EXHIBIT A

**Master Landlords**
**Master Lease Indebtedness[1]**

**Pre-Petition**

| Property | Base Rent | Lease Rollover Reserve | Real Estate Taxes | Operating Expenses/Fees | Reimbursements due to Vendors | Total |
|---|---|---|---|---|---|---|
| Bellet | $0 | $0 | $47,541 | $31,245 | $13,127 | $91,913 |
| Broad Street | $0 | $0 | $1,397 | $3,833 | $1,610 | 6,840 |
| Feinstein | $0 | $0 | $38,985 | $52,592 | $22,097 | 113,674 |
| NCB | $0 | $0 | $636,958 | $160,797 | $67,560 | 865,315 |
| Wood Street | $0 | $0 | $284,513 | $0 | $17,500 | 302,013 |
| Erie Street | $0 | $0 | $74,456 | $0 | $12,500 | 86,956 |
| **Total** | **$0** | **$0** | **$1,083,849** | **$248,467** | **$134,394** | **$1,466,710** |

**Post Petition**

| Property | Base Rent | Lease Rollover Reserve | Real Estate Taxes | Operating Expenses/Fees | Reimbursements due to Vendors | Total |
|---|---|---|---|---|---|---|
| Bellet | ($46,302) | $50,300 | $15,164 | $171,750 | $222,291 | $413,202 |
| Broad Street | $7,862 | $6,171 | $446 | $171,750 | $21,322 | 207,550 |
| Feinstein | $143,770 | $84,667 | $12,435 | $171,750 | $365,157 | 777,779 |
| NCB | $9,107 | $258,863 | $203,176 | $171,750 | $1,344,222 | 1,987,118 |
| Wood Street | $154,719 | $0 | $90,754 | $182,250 | $0 | 427,722 |
| Erie Street | $95,612 | $0 | $23,750 | $179,250 | $0 | 298,612 |
| **Total** | **$364,768** | **$400,000** | **$345,725** | **$1,048,497** | **$1,952,992** | **$4,111,982** |
| **Total Lease Indebtedness** | **$364,768** | **$400,000** | **$1,429,574** | **$1,296,964** | **$2,087,386** | **$5,578,693** |

[1] Based on amounts that have been identified and are liquidated.

**Note**: Amounts to cure Master Lease Indebtedness will continue accrue at the rate of not less than $138,461 per diem. This amount is subject to change as additional information becomes available.