IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a<br>Hahnemann University Hospital, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. 361** |

**NOTICE OF WITHDRAWAL OF THE JOINDER OF ACCREDITATION
COUNCIL FOR GRADUATE MEDICAL EDUCATION TO LIMITED
OBJECTION OF THE ASSOCIATION OF AMERICAN MEDICAL
COLLEGES AND THE EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES TO THE RESIDENT
PROGRAM BID PROCEDURES MOTION**

PLEASE TAKE NOTICE that, for the reasons stated at the hearing on September 5, 2019, the Accreditation Council for Graduate Medical Education (the "ACGME"), hereby withdraws the *Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion* (D.I. 361), filed on August 5, 2019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C.(5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Dated: September 12, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Curtis S. Miller*<br>Curtis S. Miller (No. 4583)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>cmiller@mnat.com<br><br>- and –<br><br>NEAL, GERBER & EISENBERG LLP<br>Thomas C. Wolford<br>Two North LaSalle Street, Suite 1700<br>Chicago, Illinois  60602<br>Telephone:  (312) 269-8000<br>Facsimile:   (312) 269-1747<br>twolford@nge.com<br><br>- and –<br><br>DOUGLAS CARLSON LLC<br>Douglas Carlson<br>330 N. Wabash, #3300<br>Chicago, IL  60611<br>Telephone:  (312) 241-1166<br>carlson@dougcarlsonlaw.com<br><br>*Co-Counsel to Accreditation Council for Graduate Medical Education* |