UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 19-11466     BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order (A) Approving Asset Purchase Agreement With Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale Of Certain Of Debtor's Assets Free And Clear Of Interests, (C) Authorizing Assumption And Assignment Of Certain Of The Debtor's Executory Contracts, And (D) Granting Related Relief.

**Docket #:** 681          **Date Entered:** 9/10/2019

Item Transmitted:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: | 690 | Date Filed: | 9/12/2019 |
| ☐ | Amended Notice of Appeal | Docket #: | | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | | Date Filed: | |

**Appellant/Cross Appellant:**

United States of America

**Appellee/Cross Appellee**

1) Center City Healthcare, LLC
   d/b/a Hahnemann University Hospital

2) Thomas Jefferson University Hospitals, Inc.

**Counsel for Appellant/Cross Appellant:**

Marcus Scott Sacks
c/o United States Department of Justice
1100 L Street, NW
Washington, DC 20005

**Counsel for Appellee/Cross Appellee:**

See Notice of Appeal

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number?<br>Civil Action Number: | ○ | ● |

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:**                                  **by:**_____
                                                                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: