# Notice Recipients

District/Off: 0311−1             User: JasonSp                Date Created: 9/12/2019
Case: 19−11466−KG                Form ID: van440              Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Center City Healthcare, LLC        230 North Broad Street        Philadelphia, PA 19102
aty         Benjamin A. Hackman        Office of the United States Trustee        844 King Street        Suite 2207        Wilmington, DE 19801
            Thomas Jefferson University Hospitals, Inc.        Drinker Biddle & Reath LLP        C/O Patrick Jackson        222 Delaware Avenue, Suite 1410        Wilmington, DE 19801

                                                                                              TOTAL: 3