# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | ) Case No.  19-11466 (KG) ) ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Hearing: September 23, 2019 at 1:00 p.m.** |
| | ) |
| | ) **Re:  D.I. 205, 301, 510** |

## RESERVATION OF RIGHTS OF PREMIER, INC. AND ITS SUBSIDIARIES IN RELATION TO THE DEBTORS' MOTION FOR APPROVAL OF THE SALE OR SALES OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED DEBTORS

Premier, Inc. (with its consolidated subsidiaries, including Premier Healthcare Solutions, Inc. ("PHSI"), collectively, "Premier") hereby files this reservation of rights with respect to the *Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases... and (IV) Granting Related Relief* [D.I. 205] (the "Sale Motion") filed by the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), pursuant to which the Debtors seek to, among other things, sell substantially all assets of St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("St. Christopher's"), SCHC Pediatric Associates, L.L.C, St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C, StChris Care at Northeast Pediatrics, L.L.C. and TPS V of PA, L.L.C (collectively, the "Sale").

1.  As set forth in the *Objection of Premier, Inc. and Its Subsidiaries to Proposed Assumption and Assignment of Contracts and Proposed Cure Amount* (the "Premier Objection")

1

[D.I. 585], which is incorporated in all respects herein, Premier has provided, and continues to provide, critical information technology, licenses and related healthcare improvement products and services to certain of the Debtors pursuant to certain agreements between the parties (collectively, the "Premier Agreements"),[1] pursuant to which Premier makes available licenses to use Premier intellectual property, as well as other products, services and benefits to Philadelphia Academic Health System, LLC ("Philadelphia Academic") and certain of its affiliated entities. As also set forth in the Premier Objection, certain of the Debtors (in particular, St. Christopher's, a proposed party to the Sale) utilize the benefits, licenses, services and products provided under the Premier Agreements solely by virtue of their status as subsidiaries or affiliates of Philadelphia Academic. The Sale, which involves the sale of the assets of St. Christopher's (among other Debtors), would impact the Premier Agreements and the parties' respective obligations thereunder. Because of this, and because the Sale Motion asserts that additional information on the Sale may be forthcoming, including in relation to receipt of bids and any auction related to the Sale, Premier is filing this reservation in connection with the Sale.

2. Under the Premier Agreements and applicable law, the Debtors cannot transfer any assets belonging to Premier[2] in connection with the Sale, nor can they seek to assume (or assume and assign) the Premier Agreements, or any rights related thereto, absent Premier's consent and receipt of adequate compensation as determined by Premier and pursuant to

---

[1] As set forth in the Premier Objection, the Premier Agreements include (i) the Performance Suite™ Solutions Subscription Agreement, executed on or about January 1, 2018, by and between PHSI (formerly known as Premier, Inc.) and Philadelphia Academic Health System, LLC (as amended, together with all exhibits, solutions and ancillary agreements and documents related to and/or referenced therein, the "Subscription Agreement"), and (ii) the Business Associate Addendum, entered into as of December 22, 2017, between PHSI, Premier Healthcare Alliance, L.P., any other respective Premier subsidiaries a party thereto and Philadelphia Academic Health System, LLC (as amended by that certain First Amendment to Business Associate Addendum, entered into as of September 11, 2018, and as referenced and incorporated into the Subscription Agreement in all respects).

[2] Such assets of Premier include, but are not limited to, intellectual property rights and licenses used in delivering certain IT solutions and platforms to the Debtors.

applicable law.  Further, absent any such consented-to assumption and assignment of the Premier Agreements to any successful bidder in connection with the Sale, Premier's obligation to provide services to any of the Debtor entities sold in the Sale will cease upon the closing of the Sale.  To the extent that further information reflects that the Sale seeks to transfer any assets or rights of Premier (including any rights under the Premier Agreements) absent its consent, or seeks to contravene Premier's rights with respect to its assets or contractual rights, whether related to the Premier Agreements or otherwise (including any attempt by the Debtors to assume, or assume and assign, the Premier Agreements or other agreements or contractual rights of Premier), Premier hereby reserves its right to object to the Sale, the Sale Motion and any related relief.

       3.      Premier hereby expressly reserves the right to supplement this reservation of rights as additional information is received, both with respect to any Premier Agreements that the Debtors may seek to assume or assume and assign in the Sale (including as to any objections regarding adequate assurance of future performance) and as to any proposed cure amount, and to introduce evidence at any hearing related to the Sale Motion, the Premier Objection and/or any future objection to the Sale.  Premier further reserves all of its rights, claims, defenses and remedies with respect to the Debtors and the Premier Agreements, including but not limited to any right to terminate any of the Premier Agreements based upon any current or future default thereunder, or any right to assert any claims, rights of setoff or rights of recoupment against the

Debtors, under the Premier Agreements, the Bankruptcy Code, applicable law or otherwise.

Dated: September 12, 2019  
       Wilmington, Delaware

Respectfully submitted,

KLEIN LLC

*/s/ Julia B. Klein*  
Julia B. Klein (Bar No. 5198)  
919 North Market Street  
Suite 600  
Wilmington, Delaware 19801  
Phone: (302) 438-0456

and

Marianne S. Mortimer, Esq.  
JEFFER MANGELS BUTLER & MITCHELL, LLP  
1900 Avenue of the Stars  
7th Floor  
Los Angeles, CA 90067  
Phone: (310) 201-3531  
Fax: (310) 203-0567

*Counsel for Premier, Inc. and Its Subsidiaries*