IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Related Docket No. 301** |

**TEMPLE UNIVERSITY HEALTH SYSTEM, INC.'S
PRELIMINARY RESPONSE AND RESERVATION OF RIGHTS REGARDING SALE**

Temple University Health System, Inc. ("Temple"), by and through its undersigned counsel, hereby files this preliminary response and reservation of rights (this "Response") to the potential Sale of the assets of St. Christopher's Healthcare, LLC and certain related affiliates. By way of preliminary Response, Temple states as follows:

1. On June 30 and July 1, 2019 (collectively, the "Petition Date"), each of the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code").

2. On July 26, 2019, the Court entered the *Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially all Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

#55113093 v2

*(III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchases, and (IV) Granting Related Relief* (Docket No. 301) (the "<u>Bidding Procedures Order</u>")[2] related to the potential Sale.

3. On September 6, 2019, Temple timely filed the *Limited Objection of Temple University Health System, Inc. to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (Docket No. 670) (the "<u>Limited Objection</u>"), pursuant to which Temple submitted a limited objection with respect to the Assumption Notice as it relates to the Temple Agreements (as that term is defined in the Limited Objection) to be assumed and assigned pursuant to a Sale.

4. The forthcoming Bid Deadline is September 16, 2019 at 4:00 pm. No Stalking Horse Agreement has been entered into by the Debtors. Accordingly, parties in interest have not yet been provided notice of the terms and conditions of any potential Sale.

5. The Sale Objection Deadline is September 13, 2019 at 4:00 pm (i.e., prior to the Bid Deadline). Sale Objections are defined broadly as "[a]ny objections to the Sale or the relief requested in connection with the Sale." *Bidding Procedures Order*, para. 23.

6. The Auction Objection Deadline is September 20, 2019, and the Bidding Procedures Order makes clear that parties can object at that time to a variety of issues related to any Sale, including "…the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, **<u>the terms (including price) of such bids</u>**, and the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid (or than a Stalking Horse Bid) or Back-Up Bid[.]" *Bidding Procedures Order*, para 23 (emphasis added). However, the Bidding Procedures Order also contains language that possibly limits Auction

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

Objections to the issue of adequate assurance and as noted above, the term "Sale Objections" is defined broadly.

7. Thus, out of an abundance of caution, Temple hereby submits this Response to the Sale prior the Sale Objection Deadline. This Response is being submitted without knowledge of the terms and conditions of any bids, and specifically without yet having notice of the terms and conditions of the bid that ultimately will be designated as the Successful Bid. Consequently, Temple reserves all rights to supplement this Response once sufficient information and notice is provided regarding the Sale.

8. The Temple Agreements are vital to the ongoing operation of St. Christopher's Hospital for Children and assumption and assignment in connection with any Sale will fulfill an important public interest of facilitating continued operation of the hospital. As set forth in the Limited Objection, Temple believes that it has reached agreement with the Debtors regarding the cure amounts related to the Temple Agreements.

9. Temple is optimistic that it similarly will be able to resolve any other issues with respect to a proposed Sale in light of the crucial nature of the Temple Agreements. However, there are significant complexities attendant to the going-concern sale of a hospital and, because the Bid Deadline has not yet occurred, the details regarding the identity of a proposed purchaser and the terms and conditions of any bid remain completely unknown at this time. Due to the resulting uncertainty regarding the Sale, Temple hereby files this Response reserving its right to respond to any and all aspects of any proposed Sale once the Debtors are able to provide notice of same.

Dated: September 12, 2019
      Wilmington, Delaware

**PEPPER HAMILTON LLP**

*/s/ John H. Schanne, II*
John H. Schanne, II (DE 5260)
Marcy J. McLaughlin (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: schannej@pepperlaw.com
           mclaughlinm@pepperlaw.com

-and-

**PEPPER HAMILTON LLP**
Francis J. Lawall (admitted *pro hac vice*)
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: lawallf@pepperlaw.com

*Counsel for Temple University Health System, Inc.*

#55113093 v2