# CERTIFICATE OF SERVICE

I, John H. Schanne, hereby certify that on the 12th day of September, 2019, I caused a copy of the *Temple University Health System, Inc.'s Preliminary Response And Reservation Of Rights Regarding Sale* to be served in the manner indicated on the attached service list.

                                                */s/ John H. Schanne, II*
                                                John H. Schanne, II (DE Bar No. 5260)

#55139011 v1

**BY EMAIL AND FEDERAL EXPRESS**
*(Debtors)*
Center City Healthcare, LLC
Attn: Allen Wilen, Chief Restructuring Officer
230 North Broad Street
Philadelphia, PA
allen.wilen@eisneramper.com

**BY EMAIL AND HAND DELIVERY**
*(Counsel to Debtors)*
Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti
1201 North Market Street, Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Counsel to Debtors)*
Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
jeffrey.hampton@saul.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Counsel to the Official Committee of Unsecured Creditors)*
Sills Cummis & Gross P.C.,
Attn: Andrew Sherman and Boris Mankovetskiy
One Riverfront Plaza
Newark, NJ  07102
bmankovetskiy@sillscummis.com;
asherman@sillscummis.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Counsel to MidCap Financial Trust)*
Stradley Ronon Stevens & Young, LLP
Attn:  Joelle E. Polesky
1000 N. West Street, Suite 1279
Wilmington, DE 19801
jpolesky@stradley.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Of Counsel to MidCap Financial Trust)*
Stradley Ronon Stevens & Young, LLP
Attn: Gretchen M. Santamour, Deborah Reperowitz, Mark J. Dorval, Joseph W. Catuzzi
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com; dreperowitz@stradley.com;
mdorval@stradley.com;  jcatuzzi@stradley.com

**BY EMAIL AND FEDERAL EXPRESS**
*(Counsel to MidCap Financial Trust)*
VEDDER PRICE
Attn:  Kathryn L. Stevens
222 North LaSalle Street
Chicago, IL 60601
kstevens@vedderprice.com

#55139011 v1