# **<u>Exhibit A</u>**

| Fill in this information to identify the case: |
|---|
| Debtor 1   Philadelphia Academic Health System, LLC |
| Debtor 2 |
| (Spouse, if filing) |
| United States Bankruptcy Court   District of Delaware |
| Case number: 19-11467 |

FILED
U.S. Bankruptcy Court
District of Delaware

7/1/2019

Una O'Boyle, Clerk

# Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
The Advisory BoardUHC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
The Advisory BoardUHC
Name
ATTN: CDM/Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103

Contact phone _____9529796215_____
Contact email _____jayson_ronning@uhc.com_____

Where should payments to the creditor be sent? (if different)
Name _____
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410 — Proof of Claim — page 1

467-1
TS

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 8681 |
| 7. How much is the claim? | $ 389118.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Unpaid subscription fees due to The Advisory Board | |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) ____ %<br>☐ Fixed<br>☐ Variable | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410         Proof of Claim         page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   7/1/2019
                   MM / DD / YYYY

/s/ Jayson Ronning
Signature

Print the name of the person who is completing and signing this claim:

Name: Jayson Ronning
      First name   Middle name   Last name

Title: Senior Financial Analyst – Bankruptcy

Company: The Advisory Board/UHC
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 185 Asylum Street 03B
         Number   Street
         Hartford, CT 06103
         City   State   ZIP Code

Contact phone: 9529796215   Email: jayson_ronning@uhc.com

Official Form 410 — Proof of Claim — page 3

# Advisory Board
A subsidiary of Optum®

Contract EIN: 52-1468699

Remit To: Optum
THE ADVISORY BOARD COMPANY
3436 Momentum Place
Chicago IL 60689-5334
United States

**Invoice: 0001099928**
**Amount Due: $109,009.00 USD**

Bill To:
American Academic Health System
Attn: Ravi Sharma
222 N. Sepulveda Blvd Ste 900
El Segundo CA 90245-5670
United States

Ship To:
American Academic Health System
Attn: Ravi Sharma
222 N. Sepulveda Blvd Ste 900
El Segundo CA 90245-5670
United States

| 11/12/2018 | | Due in 30 days | 0000010078 | 12/12/2018 | CON900000004340 |
|---|---|---|---|---|---|
| | Crimson Cont Care-Inptnt Mod - Feb 2018-Jan 2019 | | | | |
| | Crimson Custom Module - Feb 2018-Jan 2019 | | | | |
| | Hospital Outpatient Module - Feb 2018-Jan 2019 | | | | |
| | OPPE Module/Custom Data Module - Feb 2018-Jan 2019 | | | | |

| | | |
|---|---|---|
| | Non-Taxable Subtotal | $109,009.00 |
| | Taxable Subtotal | $0.00 |
| | Tax | $0.00 |
| | Total Invoice | ■ |

**Optum Contacts**
For Billing Inquiries please contact: Optumbilling@Optum.com
Please include Customer# and Contract# in billing inquiries

**Online Payments:**
Please visit the website https://billpay.optum.com to pay invoices electronically.

Page 1 of 2
Invoice 0001099928

**Advisory Board**
A subsidiary of Optum®

| Electronic Funds Transfer Information ||
|---|---|
| Wire Transfer:<br>Fifth Third<br>ABA-042000314; Swift Code: FTBCUS3C<br>Account Name: Optum<br>A/C#: 7026949821 | ACH Transfer:<br>Fifth Third<br>ABA-042000314<br>Account Name: Optum<br>A/C#: 7026949821 |
| Reference Invoice Numbers and Customer Accounts on Electronic Transmittal ||

Page 2 of 2
Invoice 0001099928

**Advisory Board**
A subsidiary of Optum®

| | |
|---|---|
| | Contract EIN: 52-1468699 |
| Remit To: | Optum |
| | THE ADVISORY BOARD COMPANY |
| | PO BOX 84019 |
| | Chicago IL 60689-4002 |
| | United States |

**Invoice: 0001108604**
**Amount Due: $109,009.00 USD**

| Bill To: | Ship To: |
|---|---|
| American Academic Health System | American Academic Health System |
| Attn: Ravi Sharma | Attn: Ravi Sharma |
| 222 N. Sepulveda Blvd Ste 900 | 222 N. Sepulveda Blvd Ste 900 |
| El Segundo CA 90245-5670 | El Segundo CA 90245-5670 |
| United States | United States |

| | | | | | |
|---|---|---|---|---|---|
| 2/19/2019 | | Due in 30 days | 0000010078 | 3/21/2019 | CON900000004340 |

| | | |
|---|---|---|
| Shadle, Barbara | 000000000003191 | American Academic Health System Implementation |

**Fees**

Crimson Cont Care-Inptnt Mod-Feb 2019-Jul 2019

Crimson Custom Module-Feb 2019-Jul 2019

Hospital Outpatient Module-Feb 2019-Jul 2019

OPPE Module/Custom Data Module-Feb 2019-Jul 2019

**Fees Total**

| | |
|---|---|
| Non-Taxable Subtotal | $109,009.00 |
| Taxable Subtotal | $0.00 |
| Tax | $0.00 |
| Total Invoice | |

**Optum Contacts**
For Billing Inquiries please contact: Optumbilling@Optum.com
Please include Customer# and Contract# in billing inquiries

**Online Payments:**
Please visit the website https://billpay.optum.com to pay invoices electronically.

Page 1 of 2
Invoice 0001108604

**Advisory Board**
A subsidiary of Optum®

| Electronic Funds Transfer Information ||
|---|---|
| Wire Transfer:<br>Fifth Third<br>ABA-042000314; Swift Code: FTBCUS3C<br>Account Name: Optum<br>A/C#: 7026949821 | ACH Transfer:<br>Fifth Third<br>ABA-042000314<br>Account Name: Optum<br>A/C#: 7026949821 |
| Reference Invoice Numbers and Customer Accounts on Electronic Transmittal ||

Page 2 of 2
Invoice 0001108604

**Advisory Board**
A subsidiary of Optum®

Contract EIN: 52-1468699

Remit To: Optum
THE ADVISORY BOARD COMPANY
PO BOX 84019
Chicago IL 60689-4002
United States

**Invoice: 0001108625**
**Amount Due: $85,550.00 USD**

Bill To:
American Academic Health System
Attn: Pamela Saechow
222 N Pacific Coast Hwy
El Segundo CA 90245-5648
United States

Ship To:
American Academic Health System
Attn: Pamela Saechow
222 N Pacific Coast Hwy
El Segundo CA 90245-5648
United States

| 2/13/2019 | | Due in 30 days | 0000010078 | 3/15/2019 | CON900000005713 |
|---|---|---|---|---|---|
| | | Crimson Market Advantage - Feb 2019-Jul 2019 | | | |

| | |
|---|---|
| Non-Taxable Subtotal | $85,550.00 |
| Taxable Subtotal | $0.00 |
| Tax | $0.00 |
| Total Invoice | |

**Optum Contacts**
For Billing Inquiries please contact: Optumbilling@Optum.com
Please include Customer# and Contract# in billing inquiries

**Online Payments:**
Please visit the website https://billpay.optum.com to pay invoices electronically.

| Electronic Funds Transfer Information | |
|---|---|
| **Wire Transfer:**<br>Fifth Third<br>ABA-042000314; Swift Code: FTBCUS3C<br>Account Name: Optum<br>A/C#: 7026949821 | **ACH Transfer:**<br>Fifth Third<br>ABA-042000314<br>Account Name: Optum<br>A/C#: 7026949821 |
| Reference Invoice Numbers and Customer Accounts on Electronic Transmittal | |

Page 1 of 1
Invoice 0001108625

# Crimson
## A Division of The Advisory Board Company

Pamela Saechow
CIO
American Academic Health System
El Segundo, CA

Invoice Date: Jun. 13, 2018
Date Due: Jul. 13, 2018
Invoice Number: CINV165135
Account Number: N00128425
Purchase Order:

### Crimson Market Advantage
Membership Term: Jan. 31, 2018 to Jan. 30, 2021
Main Contact: Pamela Saechow

**Total Due (USD)**     **$85,550.00**

Invoice 2 of 6 - Fees for Aug '18 - Jan '19

**Terms: Net 30.** Past due accounts are subject to a finance charge of 1% per month.

| To Pay By Check: | | To Pay By EFT/ACH: |
|---|---|---|
| *Make Payable to:*<br>Crimson<br>P.O. Box 79461<br>Baltimore, MD 21279-0461<br>* Please reference invoice number | *For overnight delivery mail to:*<br>The Advisory Board Company<br>Attn: Accounts Receivable<br>2445 M Street, N.W.<br>Washington, DC 20037 | The Advisory Board Company<br>SunTrust Bank<br>Washington, DC<br>ABA: 061000104<br>Account #: 1000052241444<br>* Please reference invoice number |

PAMELA SAECHOW
AMERICAN ACADEMIC HEALTH SYSTEM
222 N. SEPULVEDA BLVD
EL SEGUNDO, CA 90245

