# **<u>Exhibit B</u>**



Contract EIN: 52-1468699

Remit To: Optum
THE ADVISORY BOARD COMPANY
PO BOX 84019
Chicago IL 60689-4002
United States

**Invoice: 0001123680**
**Amount Due: $109,009.00 USD**

Bill To:
American Academic Health System
Attn: Ravi Sharma
222 N. Sepulveda Blvd Ste 900
El Segundo CA 90245-5670
United States

Ship To:
American Academic Health System
Attn: Ravi Sharma
222 N. Sepulveda Blvd Ste 900
El Segundo CA 90245-5670
United States

| Invoice Date | Purchase Order | Terms | Customer ID | Due Date | Contract |
|---|---|---|---|---|---|
| 8/13/2019 | | Due in 30 days | 0000010078 | 9/12/2019 | CON900000004340 |

| Quantity Count | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|
| | Crimson Cont Care-Inptnt Mod - Aug 2019-Jan 2020 | | | |
| | Crimson Custom Module - Aug 2019-Jan 2020 | | | |
| | Hospital Outpatient Module - Aug 2019-Jan 2020 | | | |
| | OPPE Module/Custom Data Module - Aug 2019-Jan 2020 | | | |

**Optum Contacts**
For Billing Inquiries please contact: Optumbilling@Optum.com
Please include Customer# and Contract# in billing inquiries

**Online Payments:**
For U.S. Dollar (USD) invoices visit the website
https://billpay.optum.com to pay invoices electronically.

| | |
|---|---|
| Non-Taxable Subtotal | $109,009.00 |
| Taxable Subtotal | $0.00 |
| Tax | $0.00 |
| Total Invoice - USD | $109,009.00 |

Page 1 of 2
Invoice 0001123680



| Quantity Count | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Electronic Funds Transfer Information | |
| Wire Transfer:<br>Fifth Third<br>ABA-█████████████████████<br>Account Name: Optum<br>A/C#: ███████ | ACH Transfer:<br>Fifth Third<br>█████████████<br>Account Name: Optum<br>A/C#: ███████ |
| Reference Invoice Numbers and Customer Accounts on Electronic Transmittal | |



Contract EIN: 52-1468699

Remit To: Optum
THE ADVISORY BOARD COMPANY
PO BOX 84019
Chicago IL 60689-4002
United States

**Invoice: 0001123695**
**Amount Due: $85,550.00 USD**

Bill To:
American Academic Health System
Attn: Pamela Saechow
222 N Pacific Coast Hwy
El Segundo CA 90245-5648
United States

Ship To:
American Academic Health System
Attn: Pamela Saechow
222 N Pacific Coast Hwy
El Segundo CA 90245-5648
United States

| Invoice Date | Purchase Order | Terms | Customer ID | Due Date | Contract |
|---|---|---|---|---|---|
| 8/12/2019 | | Due in 30 days | 0000010078 | 9/11/2019 | CON900000005713 |

| Quantity Count | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|
| | Crimson Market Advantage - Aug 2019-Jan 2020 | | | |

| | |
|---|---|
| Non-Taxable Subtotal | $85,550.00 |
| Taxable Subtotal | $0.00 |
| Tax | $0.00 |
| Total Invoice - USD | $85,550.00 |

**Optum Contacts**
For Billing Inquiries please contact: Optumbilling@Optum.com
Please include Customer# and Contract# in billing inquiries

**Online Payments:**
For U.S. Dollar (USD) invoices visit the website
https://billpay.optum.com to pay invoices electronically.

| Electronic Funds Transfer Information | |
|---|---|
| Wire Transfer: <br> Fifth Third <br> ▬▬▬▬▬▬▬▬▬▬ <br> Account Name: Optum <br> A/C#: ▬▬▬▬▬ | ACH Transfer: <br> Fifth Third <br> ▬▬▬▬▬▬▬▬▬▬ <br> Account Name: Optum <br> A/C#: ▬▬▬▬▬ |
| Reference Invoice Numbers and Customer Accounts on Electronic Transmittal | |

Page 1 of 1
Invoice 0001123695