**CERTIFICATE OF SERVICE**

      I, David W. Carickhoff, hereby certify that on September 12, 2019, I caused copies of the *Limited Objection of Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan to the Debtors' Motion Seeking Approval of the Sale of Substantially all of the Assets of St. Christopher's Healthcare, LLC and Certain of its Affiliates* to be served on the parties named on the attached Service List via regular mail.

Date: September 12, 2019                  */s/ David W. Carickhoff*
                                                           David W. Carickhoff (No. 3715)

## **SERVICE LIST**

Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti, Esq.
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey C. Hampton, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky, Esq.
1000 N. West Street, Suite 1279
Wilmington, DE 19801

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour, Esq.
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Sills Cummis & Gross P.C.
Attn: Andrew Sherman, Esq.
        Boris Mankovetskiy, Esq.
One Riverfront Plaza
Newark, NJ 07102

217111425v1