# Exhibit A

**Debtors' Term Sheet**

**SUBJECT TO FRE 408 AND RULES OF SIMILAR IMPORT**
**SETTLEMENT COMMUNICATION**
**9/12/19 VERSION**

Consistent with Judge Gross' oral rulings on August 20, 2019 that (a) the "contract rate" in the TSA and MSA is not an appropriate measure of the value of post-petition services being provided to the Debtors; (b) Tenet and Conifer are entitled to "perhaps a little more than what is being paid to Tenet and Conifer right now" (See Aug. 20 Transcript at p. 169, line 5); and (c) the parties are to attempt to agree upon an appropriate administrative claim, the Debtors hereby offer Tenet and Conifer the following:

1. For an eleven week period, commencing with the week of August 26, 2019, in addition to the currently budgeted weekly payment of $200,000, the Debtors will pay to Tenet/Conifer an additional weekly payment in the amount of $200,000 (resulting in an aggregate $400,000 weekly payment for such eleven week period) (the "Weekly Payments").

2. For the services provided by Tenet/Conifer for the eight week prior to the week of August 26, Tenet/Conifer shall have an allowed administrative expense claim in the amount of $1,600,000 (the "Unpaid Allowed Administrative Claim").

3. Tenet shall sign a consent, in a form reasonably acceptable to the Debtors, HPP and Tenet, authorizing the release to the Debtors of the $2 million held currently by HPP with respect to the 2017 stub period. Subsequent to the Debtors receipt of such funds from HPP, and subject to the consent of Midcap Financial, the Debtors will promptly pay Tenet / Conifer one-half of the Unpaid Allowed Administrative Claim from such funds. The remaining balance of the Unpaid Allowed Administrative Claim will be paid to Tenet/Conifer from the net proceeds received from the sale of Hahnemann's resident program assets or, if such net proceeds are not received, at such later date as agreed by the Debtors and Tenet/Conifer.

4. Tenet may cease, for Hahnemann University Hospital ("HUH") only, providing the applications set forth on the attached HUH service reduction Schedule, effective as of September 30, 2019, provided, however, that Tenet shall continue to provide the Debtors with access to the data related to such applications.

5. The portion of Tenet and Conifer's motion seeking relief from the automatic stay (the "Motion"), shall be continued indefinitely.

6. Absent a default in the Weekly Payments or the Unpaid Allowed Post-Petition Claim, Tenet and Conifer shall not seek assumption or rejection of the TSA or MSA on or prior to the later of (a) October 31, 2019; or (b) fourteen (14) calendar days after the date of the closing of a sale of the operating assets of St. Christopher's Children's Hospital ("STC").

7. Promptly after the closing of the sale of the operating assets of STC, the Debtors and Tenet and Conifer shall negotiate, in good faith, to select a mediator and to agree on a mediation schedule for the Parties' competing pre-petition claims. Each of the Parties shall use good faith efforts to include the non-debtor related parties in the mediation.

8. A failure on the part of the Debtors to timely pay any Weekly Payment or the Unpaid Allowed Post-Petition Claim shall constitute a default under this Settlement (each, a

**SUBJECT TO FRE 408 AND RULES OF SIMILAR IMPORT**
**SETTLEMENT COMMUNICATION**
**9/12/19 VERSION**

"Default"). If the Debtors fail to cure any Default within five (5) business days written notice of such Default by Tenet and Conifer, then Tenet and Conifer shall re-notice the Motion on seven (7) days' written notice, subject to the Court's calendar.

       9.     Tenet / Conifer and the Debtors will meet and confer on or about October 2, 2019 to discuss further modification and/or transition of services from the TSA and MSA in light of the circumstances. Tenet / Conifer and the Debtors will request the Court to schedule a further status conference on or about October 16, 2019.

      10.    All pending state court litigation commenced pre-petition shall be stayed by agreement of the parties for a period of ninety (90) days.

      11.    Other than TSA and Conifer's post-petition claims resolved herein, all other claims of the Parties shall be fully preserved.

# HAHNEMANN - TSA SCHEDULE 1.4 - SUPPORTED

| HSP Code | Numeric Facility Code | Department | Application Name | Vendor Name | Application Description | Hosting Location |
|---|---|---|---|---|---|---|
| HAH | 855 | Clinical | 724Access | Cerner | Downtime Viewer solution provides 7x24 access to a limited subset of clinical data. | NTT Data Center |
| HAH | 855 | Clinical - Laboratory | Care Aware | Cerner | Cerner Lab Instrument Connectivity | NTT Data Center |
| HAH | 855 | Clinical - Laboratory | Cerner Nursing Suite | Cerner | Cerner Nursing applications adding in charting/documentation,administration.  Power Chart/Orders, Zynx, Clinical Doc, iNet/iView, iBus, Mpages, eMAR, CareMobile, CareAdmin | NTT Data Center |
| HAH | 855 | Clinical - Physicians | Cerner Physician Express | Cerner | Physician Express allows Mobile (iOS) access to patient data | NTT Data Center |
| HAH | 855 | Clinical | Cerner Public Health | Cerner | Immunizations | NTT Data Center |
| HAH | 855 | Clinical - Physicians | CPOE | Cerner | Order entry for physicians. | NTT Data Center |
| HAH | 855 | Clinical - Pharmacy | eMar | Cerner | Cerner Medication Reporting Reconciliation | NTT Data Center |
| HAH | 855 | Clinical - Scheduling | Enterprise Scheduling | Cerner | Enterprise Scheduling/OR System | NTT Data Center |
| HAH | 855 | Clinical | eScription | Nuance | Enterprise-wide CAMT platform which provides background speech recognition designed to streamline clinical documentation with integration to Tenet's other systems such as HPF. | NTT Data Center |
| HAH | 855 | Clinical - Emergency Department | FirstNet | Cerner | ED System | NTT Data Center |
| HAH | 855 | Clinical - Case Management | Interqual | McKesson | Intrequal criteria are used to apply evidence based clinical decision suppport to promote appropriate medically necessary care.  Operative and invasive procedures is one example of the type of content provided. | NTT Data Center |

| HAH | 855 | Clinical | Merge iConnect Access | Cerner | Zero footprint web image viewer used to launch and view images in Cerner Powerchart and the eTenet Physician Portal. Also used by Imaging centers for viewing of images and studies | NTT Data Center |
|---|---|---|---|---|---|---|
| HAH | 855 | Clinical | Optilink | Tenet | Optilink Staffing Center - Nurse Scheduling and acuity tracking system - Integrated with Kronos. | NTT Data Center |
| HAH | 855 | Clinical - Laboratory | PathNet | Cerner | Cerner Millennium Laboratory suite of applications. Blood Bank, GL, Micro, AP, MDI, Labcorp | NTT Data Center |
| HAH | 855 | Clinical - Pharmacy | PharmNet | Cerner | Cerner Millennium Pharmacy System and Barcoded Meds | NTT Data Center |
| HAH | 855 | Clinical - Physicians | Physician Portal | Tenet | eTenet Physician portal system used | NTT Data Center |
| HAH | 855 | Clinical - Cardiology | PowerInsight /PowerVision | Cerner | Real time Ad Hoc reporting solution. Leverages data for analysis. | NTT Data Center |
| HAH | 855 | Clinical - Radiology | Powerscribe 360 | Powerscribe 360 | Radiology Dictation System | NTT Data Center |
| HAH | 855 | Clinical | Remedy Force | Salesforce | Tool used to submit incidents and Cerner Change Requests | NTT Data Center |
| HAH | 855 | Clinical | RightBed | Tenet | Bed Management System | NTT Data Center |
| HAH | 855 | Clinical - Pharmacy | Simplifi 797 | Pharmacy One Source | This is a web based Pharmacy tool. Tracks Compliance and Regulatory requirements for IV Rooms. Board of Pharmacy and TJC requirements. Ensures central documentation and alerts for lateness. | Web Based |
| HAH | 855 | Clinical - Surgery | SurgiNet | Cerner | Cerner Millennium Surgery System | NTT Data Center |
| HAH | 855 | Revenue Cycle - Patient Access | PBAR PAS - Patient Access | Tenet | Front End registration module within PBAR | NTT Data Center |
| HAH | 855 | Finance - Payroll | Kronos iSeries Timekeeper | Kronos | Time and Attendance System | NTT Data Center |
| HAH | 855 | Finance | TIBS - The innovative Budget System | Tenet | Innovative Budgeting Tool | NTT Data Center |
| HAH | 855 | Ambulatory - Physician Practices | Dragon | Nuance | Speech to Text | NTT Data Center |
| HAH | 855 | Ambulatory - Physician Practices | Healthwise | Healthwise | Patient Education Content | Vendor |
| HAH | 855 | Ambulatory - Physician Practices | IngeniousMed | IngeniousMed | Remote Charge Capture | Vendor |

| | | | | | | |
|---|---|---|---|---|---|---|
| HAH | 855 | Ambulatory - Physician Practices | PMTK (BPM Pega) | Tenet | Enterprise workflow solution. | NTT Data Center |
| HAH | 855 | Ambulatory - Physician Practices | RCM Services | NextGen / GBS Services | Services provided by NextGen/GBS | Vendor |
| HAH | 855 | Ambulatory - Physician Practices | Phytel | Phytel | Application running in Physician Practices that is not supported by the Tenet / Dell NextGen support team.  Patient Recall phone system that calls patient to remind them of appts. | NTT Data Center |
| HAH | 855 | Ambulatory - Physician Practices | ZocDoc | ZocDoc | Application running in Physician Practices that is not supported by the Tenet / Dell NextGen support team.  Physician finder allows patients to select and schedule appts | NTT Data Center |
| HAH | 855 | Ambulatory - Physician Practices | Availity | Availity | Clearinghouse application/service | Vendor |
| HAH | 855 | Network/Infrastructure Security | My Alerts | Tenet | Communication tool for Incidents, flashes and ISB and/or other system updates to users and other designated groups | NTT Data Center |
| HAH | 855 | Identity / Access Mgmt | eSSO or SiteMinder | Caradigm | Enterprise Single Sign On (SSO) and Proximity Authentication (Tap & Go) | NTT Data Center |
| HAH | 855 | Identity / Access Mgmt | Authminder | NTT | Remote Access Authentication | NTT Data Center |
| HAH | 855 | Infrastructure | ArcSight or ESM | ArcSight | Cerner event logs are sent to proper authorities<br>Security Event Management Tool (SIEM) | NTT Data Center |
| HAH | 855 | Network/Infrastructure Security | Airwatch MDM | Airwatch | Mobile Device Management (MDM):  Available to all locations live on this solution at time of divestiture while leveraging Tenet's email exchange. | NTT Data Center |
| HAH | 855 | Network/Infrastructure Security | Email Gateway | Proofpoint | Email Gateway (Content Filtering) - Available to all locations live on this solution at time of divestiture while leveraging Tenet's email exchange | NTT Data Center |
| HAH | 855 | Network/Infrastructure Security | KACE Patch Management | NTT | Centrally Managed by Dell Services. Application Patch Management and Compliance Reporting | NTT Data Center |
| HAH | 855 | Network/Infrastructure Security | My Alerts | NTT | Communication tool for Incidents, flashes and ISB and/or other system updates to users and other designated groups | NTT Data Center |

| HAH | 855 | Network/Infrastructure Security | Full Disk Encryption | McAfee | McAfee; Centrally Managed via ePO (ePolicy Orchastrator) | NTT Data Center |
|---|---|---|---|---|---|---|
| HAH | 855 | Network/Infrastructure Security | Secure Web Delivery | McAfee | Email Encryption | NTT Data Center |