**Exhibit B**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 303 and ___** |
| ) | |

**ORDER DENYING MOTION OF TENET BUSINESS SERVICES CORPORATION
AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR
ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID
POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(B)(1) OR, IN THE
ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY
TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

Upon the motion (the "**Motion**") of Tenet Business Services Corporation ("**Tenet**") and Conifer Revenue Cycle Solutions, LLC ("**Conifer**" and, collectively with Tenet, the "**Tenet Parties**") seeking entry of an order either (a) compelling the Debtors to pay all unpaid postpetition amounts owing under the transition services agreement between Debtor Philadelphia Academic Health System ("**PAHS**") and Tenet (the "**TSA**") and the master services agreement between PAHS and Conifer (the "**MSA**") pursuant to 11 U.S.C. § 503(b)(1) or, alternatively, (b) lifting the automatic stay to allow for the termination of the TSA and MSA, to the extent such relief is necessary; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2019; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Debtors' objection to the Motion [D.I. 421] (the "**Objection**") and the arguments made in connection with the Motion and the Objection at the hearing on the Motion held on August 19 and 20, 2019 (the "**Hearing**"); and upon the Court's ruling at the Hearing, including directing the parties to negotiate the amount of the administrative expense claim related to the TSA and MSA; and upon consideration of the status report filed by the Debtors with respect to post-hearing negotiations; and upon the further hearing with respect to the Motion on September 13, 2019; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. For the eleven-week period, commencing with the week of August 26, 2019, the Debtors, in addition to the currently budgeted weekly payment of $200,000, shall pay to the Tenet Parties an additional weekly payment in the amount of $200,000 (resulting in aggregate weekly payments of $400,000).

2. For services provided by the Tenet Parties prior to the week of August 26, 2019, the Tenet Parties shall have an allowed administrative claim in the amount of $1,600,000 (the "**Unpaid Allowed Administrative Claim**"). The Debtors shall pay one-half of the Unpaid Allowed Administrative Claim from any recovery from Health Partners Plans ("**HPP**") (to the extent in excess of $800,000), and the balance from the closing of the sale of the Debtors' residency program assets. If such sale does not close, the Debtors shall pay the balance of the Unpaid Allowed Administrative Claim at a later date as agreed by the Debtors and the Tenet Parties.

-3-

3. Tenet may cease, for Hahnemann University Hospital ("**HUH**"), providing the applications set forth on the HUH Service Reduction Schedule (as attached to the Debtors' settlement offer to the Tenet Parties), effective as of September 30, 2019, provided that Tenet shall continue to provide the Debtors with access to the data related to such applications.

4. The Debtors and the Tenet Parties shall meet and confer on or about October 2, 2019 to discuss further modification and/or transition of services from the TSA and MSA in light of the circumstances. A further status conference regarding these matters shall be held before the Court on October ____, 2019 at _____.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.