IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | : | Case No. 19-11466(KG) |
| | : | Jointly Administered |
| Debtors. | : | Re: Docket Nos. **205, 301, 510** |

### RESERVATION OF RIGHTS OF HAYES LOCUM, LLC TO THE DEBTORS' MOTION FOR APPROVAL OF THE SALE(S) OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED DEBTORS

**COMES NOW**, Hayes Locum, LLC, aka Hayes Healthcare, LLC ("**Hayes**"), and hereby files this reservation of rights with respect to the *Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (ii) Approving Bidding Procedures ... and (IV) Granting Related Relief* [D.I. 205] (the "**Sale Motion**") filed by the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "**Debtors**"), pursuant to which the Debtors seek, among other things, to sell substantially the all assets of St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("**St. Christopher's**"), SCHC Pediatric Associates, L.L.C, St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C, St. Chris Care at Northeast

---

[1] 1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); St. Chris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C. (5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Pediatrics, L.L.C. and TPS V of PA, L.L.C.

1. As set forth in the *Limited Objection and Reservation of Rights of Hayes Locum LLC to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (the "**Hayes Limited Objection**") [D.I. 595], which is incorporated herein, Hayes has provided, and continues to provide, specialized medical physician locum tenens staffing services on an as-needed basis to perform critical medical services to certain of the Debtors and their patients pursuant to written agreements between the parties (collectively, the "**Hayes Locum Tenens Agreements**"). As also set forth in the *Hayes Limited Objection*, certain of the Debtors, (St. Christopher's, a proposed party to the Sale) utilize physicians locum tenens services provided pursuant to the Hayes Locum Tenens Agreements. The Sale, which involves the sale of the assets of St. Christopher's, would impact the Hayes Locum Tenens Agreements and the parties' respective obligations thereunder. Hayes is filing this reservation of rights in connection with the Sale because of the likely impact of the Sale on the Hayes Locum Tenens Agreements and because the Sale Motion provides that additional information on the Sale may be forthcoming, including the receipt of bids and proposed auction related to the Sale.

2. Pursuant to the terms of the Hayes Locum Tenens Agreements and applicable law, the Debtors cannot transfer any assets belonging to Hayes in connection with the Sale, nor can they seek to assume (or assume and assign) the Hayes Locum Tenens Agreements, or any rights related thereto, absent Hayes' consent and its' receipt of adequate compensation as determined by Hayes. Furthermore, Hayes' obligation to provide services to any successful buyer of the Debtors' assets sold in the Sale will be cease upon the closing of the Sale, absent Hayes' consent to the assumption and assignment of the Hayes Locum Tenens Agreements. To the extent that additional information indicates that the Sale proposes to transfer any assets or rights of Hayes

(including any rights under the Hayes Locum Tenens Agreements) absent its consent, or seeks to contravene Hayes' rights with respect to its assets or contractual rights, whether related to the Hayes Locum Tenens Agreements or otherwise (including any attempt by the Debtors to assume, or assume and assign, the Hayes Locum Tenens Agreements or other agreements or contractual rights of Hayes), Hayes hereby reserves its right to object to the Sale, the Sale Motion and any related relief.

3.    Hayes hereby expressly reserves the right to supplement this reservation of rights as additional information becomes available, both with respect to the Hayes Locum Tenens Agreements that the Debtors may seek to assume or assume and assign in the Sale (including as to any objections regarding adequate assurance of future performance) and as to any proposed cure amount, and Hayes reserves the right to introduce evidence at any hearing related to the Sale Motion, the Hayes Limited Objection and/or any future objection to the Sale. Hayes further reserves all of its rights, claims, defenses and remedies with respect to the Debtors and the Hayes Locum Tenens Agreements, including but not limited to any right to terminate any of the Hayes Locum Tenens Agreements based upon any current or future default thereunder, or any right to assert any claims, rights of setoff or rights of recoupment against the Debtors, under the Hayes Locum Tenens Agreements, the Bankruptcy Code, or under applicable law.

**HOGAN♦MCDANIEL**

Dated: September 13, 2019  
Wilmington, Delaware

/s/Daniel K. Hogan
Daniel K. Hogan (No. 2814)
Garvan F. McDaniel (No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: dkhogan@dkhogan.com
            gfmcdaniel@dkhogan.com
***Attorneys for Hayes Healthcare, LLC***