# National Framework Agreement
## for the Protection of Vertical Transportation Equipment

This National Framework Agreement for the Protection of Vertical Transportation Equipment (the "Agreement" or "NFA") is made on the ___20th___ day of March, 2019, by and between thyssenkrupp Elevator Corporation (the "Service Provider") and Philadelphia Academic Health System, LLC (the "Purchaser"). Service Provider and Purchaser are sometimes referred to in this Agreement individually as a "Party" or collectively as the "Parties."

WHEREAS,

A. Purchaser owns and operates, through its subsidiaries, namely Center City Healthcare, LLC d/b/a Hahnemann University Hospital ("Hahnemann") and St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children ("St. Christopher's", and together with Hahnemann, the "Facilities") healthcare facilities either as a real property owner, lessee, or manager (or as a part in joint ventures or consortiums to that effect); and

B. Service Provider is engaged in the business of servicing and repairing elevators, escalators and other vertical transportation equipment.

NOW THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound, agree as follows:

1. BACKGROUND

    Purchaser and Service Provider desire to enter into this Agreement for the maintenance and repair of Purchaser's vertical transportation equipment as further described in this Agreement (the "Services"). Under this Agreement, Purchaser may issue written requests to Service Provider to provide certain vertical transportation maintenance services at locations controlled by Purchaser as set forth on Exhibit A, attached hereto and incorporated by reference (hereinafter referred to as the "NFA Location Rider"). **Subject to the terms of this Agreement, Service Provider will provide the Facilities with the Services described in this Agreement and the NFA Location Rider.** This Agreement is to provide an umbrella for those location-specific written requests for vertical transportation maintenance services issued by Purchaser.

2. GOVERNING DOCUMENTS

    The following documents form and are an integral part of this Agreement and are to be taken as mutually explanatory of one another. In the case of any ambiguity or discrepancy between the documents forming the Agreement, then the priority of the documents will be in the order as listed below, unless otherwise agreed in writing between the Parties:

    (a) The NFA Location Rider;
    (b) Any amendments or modifications to this Agreement executed in accordance with Section 22.4;
    (c) This Agreement;
    (d) Any other document mutually agreed and signed by the Parties, forming part of this Agreement.

3. PERFORMANCE

    Service Provider will provide the Services to all vertical transportation equipment described on the NFA Location Rider (the "Equipment") in accordance with the terms and conditions set forth in this Agreement. The term "Property" hereinafter will refer to the real property of the Facilities on which the Equipment is located. Service

Exhibit "A"

Except as otherwise set forth in this Agreement, every notice or other communication to be given by either Party to the other with respect to this Agreement or the NFA Location Rider, shall be given by personal delivery, by national overnight carrier or by United States registered or certified mail postage prepaid, return receipt requested, addressed as hereinafter provided. Notice shall be deemed effective on (a) if sent by personal delivery, the date of receipt, or attempted delivery, if such communication is refused; or (b) if sent by mail (as aforesaid) or national overnight carrier, the date of receipt or delivery is refused. A Party may change its notice address by providing notice in accordance with this Section. Until further notice, notices and other communications under this Agreement shall be addressed to the Parties at:

Philadelphia Academic Health System, LLC
1500 Market Street, Suite 2400, West Tower
Philadelphia, PA 19102
Attn: Legal Department

thyssenkrupp Elevator Corporation
114 Townpark Drive NW, Suite 300
Kennesaw, GA 30144
Attn: National Accounts Department

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date

| Philadelphia Academic Health System, LLC | thyssenkrupp Elevator Corporation |
|---|---|
| By: _____ | By: _____ |
| Print Name: Joel Freedman | Print Name: Mark Hintz |
| Title: President | Title: Vice President, Contracts Dept. |
| Date: 3-22-19 | Date: 3/19/19 |

Exhibit "A"

NFA

Hahnemann University Hospital and St. Christopher's Hospital for Children
Elevator & Escalator Maintenance

| Type | Hahnemann Number of units | St Christopher's Number of units | Coverage |
|---|---|---|---|
| Hydro | 2 | 9 | Platinum |
| Geared | 10 | 7 | Platinum |
| Gearless | 19 | 6 | Platinum |
| Dumbwaiter | 0 | 2 | Platinum |
| Escalator | 8 | 0 | Oil & Grease* |

*Limited preventive maintenance program as described in the Agreement. Repair and/or replacement parts and labor are not included without an additional charge.

Pricing and Preventative Maintenance:
Hahnemann University Hospital
- Full Time and a Half Resident Mechanic: 60 hours preventative maintenance per week
- Price: $54,000.00 per month

   Hahnemann Additional add:
   - Escalator Overtime Maintenance: 16 hours per month
      - Price: $4,160.00 per month
   - Bobst Freight Elevator Overtime Maintenance: 4 hours per month
      - Price: $1,040.00 per month

St Christopher's Hospital for Children
- 10 hours of preventative maintenance per week
- Price: $14,000.00 per month

Billing Rates

|  | Outside of Scope | | | Platinum OT | |
|---|---|---|---|---|---|
|  | Reg time | Callback 1.7 | Double time | Premuim (.7) | Double time (1/1) |
| Mechanic | $ 304.50 | $ 517.65 | $ 609.00 | $ 213.15 | $ 304.50 |
| Helper | $ 243.60 | NA | $ 487.20 | NA | NA |
| Team | $ 548.10 | NA | $ 1,096.20 | NA | $ 548.10 |
| Adjuster | $ 341.04 | | | | |

Pre-Existing Conditions and/or No or Limited Pre-Maintenance Inspection

Service Provider submits this Agreement with the understanding that all existing equipment has been the subject of an appropriate maintenance program. During the first ninety (90) days of this Agreement, Service Provider, at its sole option, will thoroughly inspect the equipment and may submit a comprehensive evaluation of findings to Purchaser. Should the evaluation reveal items that Service Provider determines, in its reasonable opinion, require repair and/or replacement, Service Provider will provide Purchaser with a written proposal for that work at additional cost to you. Should Purchaser fail to accept Service Provider's proposal, Service Provider shall have the exclusive right to exclude the affected component from this Agreement upon written notice to Purchaser.

ThyssenKrupp Communications

ThyssenKrupp Communications is ThyssenKrupp Elevator's 24-hour telephone monitoring and emergency call service at (610) 992-8181. Our representatives are trained to handle elevator calls and they can assess the situation and quickly dispatch a technician when necessary. If needed, they can stay on the line to reassure a stranded passenger that help is on the way. ThyssenKrupp Communications maintains digital recordings and computerized records of the time, date, and location of calls received and action taken for the benefit of passengers and building owners.

Exhibit "A"