

**thyssenkrupp**

**September 13, 2019**

**Philadelphia Academic Health System dba St Christoper Children's Hospital**

**P O Box 42487, Philadelphia, PA  19102**

**Account Number      7118672**

| Date | Invoice # | Orig Amt | Open Amt |
|---|---|---|---|
| 21-Jul-19 | 41823874 | $1,811.78 | $1,811.78 |
| 21-Jul-19 | 41847934 | $1,933.58 | $1,933.58 |
| 31-Jul-19 | US179183 | $44,184.03 | |
| 4-Aug-19 | 42102898 | $870.00 | $870.00 |
| 17-Aug-19 | 42421282 | $1,552.95 | $1,552.95 |
| 31-Aug-19 | 42814178 | $456.75 | $456.75 |
| 7-Sep-19 | 42991236 | $1,644.30 | $1,644.30 |
| 15-Sep-19 | 43043490 | $913.50 | $913.50 |
| 13-Oct-19 | 43821954 | $870.00 | $870.00 |
| 31-Oct-19 | US179183 | $44,184.03 | $44,184.03 |
| | | | |

**Open Balance:          $54,236.89**