# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*. <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-11466 (KG) <br><br> (Jointly Administered) <br><br> **Re: D.I. 205, 301** |

## ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN'S MEDICAL STAFF'S RESERVATION OF RIGHTS REGARDING SALE

St. Christopher's Hospital for Children's Medical Staff ("Medical Staff"), by and through its undersigned counsel, hereby files this reservation of rights (this "Reservation") to the potential Sale of the assets of St. Christopher's Healthcare, LLC and certain related affiliates pursuant to the pending sale process described below. In connection with its Reservation, Medical Staff respectfully submits:

1. On June 30 and July 1, 2019, each of the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On July 26, 2019, this Court entered the *Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially all Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341) ("CCH"), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). On the petition which initiated its case, "lead" Debtor Center City Healthcare listed its principal place of business as: 230 North Broad Street, Philadelphia, PA 19102. The petitions for the other Debtors may be viewed by selecting "Center City Healthcare, *et al.*" under the "Cases" header at the following link: https://omniagentsolutions.com/.

*Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchases, and (IV) Granting Related Relief* (D.I. 301) (the "<u>Bid Procedures Order</u>") related to the potential Sale.

3. The Bid Deadline is September 16, 2019 at 4:00 P.M. ET. As of midnight on September 12, 2019, the Debtors had not filed a Stalking Horse Agreement with this Court.

4. The Sale Objection Deadline is September 13, 2019 at 4:00 pm (i.e., prior to the Bid Deadline). Sale Objections are defined as "[a]ny objections to the Sale or the relief requested in connection with the Sale." Bid Procedures Order ¶ 23.

5. Under the Bid Procedures Order, the Auction Objection Deadline is September 20, 2019. The Bid Procedures Order makes clear that parties can object at that time to a variety of issues related to any Sale, including "…the designation of any Successful Bidder or Bid or Back-Up Bidder or Bid, the terms (including price) of such bids, and the Debtors' inability to satisfy the conditions of section 363(f) of the Bankruptcy Code with respect to a Successful Bid (or than a Stalking Horse Bid) or Back-Up Bid[.]" Bid Procedures Order ¶ 23.

6. Medical Staff submits this Reservation prior the Sale Objection Deadline to reserve all of its rights to be heard with respect to the Sale, including, *inter alia*, the terms and conditions of any bid ultimately designated as the Successful Bid.

| | |
|---|---|
| Dated: September 13, 2019<br>Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ Joseph J. McMahon, Jr.*<br>Daniel K. Astin (No. 4068)<br>Joseph J. McMahon, Jr. (No. 4819)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>(302) 658-1100 telephone<br>(302) 658-1300 facsimile<br>jmcmahon@ciardilaw.com<br><br>-and-<br><br>Albert A. Ciardi III, Esquire<br>One Commerce Square, Suite 3500<br>2005 Market Street<br>Philadelphia, PA 19103<br>(215) 557-3550 telephone<br>(215) 557-3551 facsimile<br>aciardi@ciardilaw.com<br><br>*Attorneys for the St. Christopher's Hospital for Children Medical Staff* |