## **CERTIFICATE OF SERVICE**

I certify that, on September 13, 2019, I caused to be served a copy of the St. Christopher's Hospital for Children Medical Staff's **Notice of Entry of Appearance and Request for Notices and Service of Papers** to be served via electronic mail to the persons listed below.

Center City Healthcare, LLC
Attn: Allen Wilen, Chief Restructuring Officer
230 North Broad Street
Philadelphia, PA 19102
allen.wilen@eisneramper.com

Mark Minuti, Esq.
Monique B. DiSabatino, Esq.
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

Thomas M. Horan, Esq.
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
thoran@foxrothschild.com

Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

Joelle E. Polesky, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
jpolesky@stradley.com

Gretchen M. Santamour, Esq.
Deborah Reperowitz, Esq.
Mark J. Dorval, Esq.
Joseph W. Catuzzi, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com
dreperowitz@stradley.com
mdorval@stradley.com
jcatuzzi@stradley.com

Kathryn L. Stevens, Esq.
VEDDER PRICE
222 North LaSalle Street
Chicago, IL 60601
kstevens@vedderprice.com

Benjamin J. Hackman, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)