## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, Esquire, do hereby certify that, on this 13th day of September 2019, I caused a true and correct copy of the *Limited Objection of Drexel University to Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases* to be served on the addresses on the attached list in the manner indicated thereon.

/s/ *Tobey M. Daluz*
Tobey M. Daluz

### VIA HAND DELIVERY

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

### VIA FIRST CLASS MAIL

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102