# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Joint Administration Requested<br><br>Re: Docket No. 301 |

**STATEMENT AND RESERVATION OF RIGHTS OF MIDCAP FUNDING IV TRUST REGARDING THE SALE OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED AFFILIATES**

MidCap Funding IV Trust, acting in its capacity as administrative agent for MidCap Funding IV Trust and MidCap Financial Trust (successor-by-assignment to MidCap Funding H Trust), the Debtors' prepetition lenders (collectively, the "**Prepetition Agent**"), and MidCap Funding IV Trust (successor-by-assignment to MidCap Financial Trust), acting in its capacity as administrative agent for MidCap Funding IV Trust (successor-by-assignment to MidCap Financial Trust), the Debtors' post-petition DIP lender (collectively, the "**DIP Agent**", and together with the Prepetition Agent, "**MidCap**"), by and through its undersigned counsel, file this statement (the "**Statement**") regarding the sale of substantially all of the assets of St.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Christopher's Healthcare, LLC and certain related affiliates (collectively, "**St. Christopher's Hospital**").

## JURISDICTION

1. These matters constitute core proceedings pursuant to 28 U.S.C. § 157(b) and Rule 9013–1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On July 15, 2019, the Debtors entered into a First Priority Secured Priming Super-Priority Debtor in Possession Credit and Security Agreement (as amended by that certain Amendment No. 1 to First Priority Secured Priming Super-Priority Debtor In Possession Credit and Security Agreement dated August 26, 2019, the "**DIP Credit Agreement**"), with the DIP Agent and MidCap Financial Trust, as Lender.

3. The DIP Credit Agreement provides for credit facilities consisting of: (i) a revolving facility in the aggregate principal amount of $50,000,000 and (b) a term loan facility in the principal amount of $17,000,000 (collectively, the "**DIP Credit Facility**").

4. The Borrowers' obligations under the DIP Credit Facility are secured by, among other collateral, a security interest in substantially all of the Borrowers' assets, which includes all of the assets of St. Christopher's Hospital.

## STATEMENT

5. On July 26, 2019, the Court entered an order (the "**Order**"), which, among other things, scheduled a hearing to consider the approval of the sale of substantially all of the assets of St. Christopher's Hospital (the "**Sale**"). (*See* D.I. 301).

6. Because no stalking horse agreement has been entered into by the Debtors in connection with the Order, MidCap is not aware of the terms and conditions of the Sale.

7. Under the Order, the deadline to object to the Sale is September 13, 2019 at 4:00 pm.

8. While MidCap may not object to the sale of substantially all of the assets of St. Christopher's Hospital, MidCap may object depending on the terms of the sale, including, without limitation, to: (1) any Sale that does not involve payment of the sale's proceeds to MidCap at the closing; and (2) any Sale that does not pay MidCap's claims against the Debtors in full at the closing.

## RESERVATION OF RIGHTS

9. This Statement is being filed without knowledge of the terms and conditions of any bids, and specifically without yet having notice of the terms and conditions of the bid that ultimately will be designated as the successful bid. Therefore, MidCap reserves all rights to supplement this Statement once sufficient information and notice is provided regarding the Sale.

10. MidCap expressly reserves its rights to raise objections to the Sale and the manner in which proceeds from the Sale are distributed.

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (I.D. No. 3694)
1000 N. West Street, Suite 1279
Wilmington, DE 19801
Telephone: (302) 295-4856
Facsimile: (302) 295-4801
Email: jpolesky@stradley.com

OF COUNSEL

Gretchen M. Santamour (*pro hac vice*)
Deborah Reperowitz (*pro hac vice*)
Mark J. Dorval (*pro hac vice*)
Joseph W. Catuzzi (*pro hac vice*)
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (302) 295-4856
Facsimile: (302) 295-4801

Kathryn L. Stevens (*pro hac vice*)
David L. Kane (*pro hac vice*)
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609 7803

*Attorneys for creditor MidCap Funding IV Trust*

Dated: September 13, 2019

**CERTIFICATE OF SERVICE**

I, Joelle E. Polesky, Esquire certify that on September 13, 2019, I caused to be filed a true and correct copy of the *Statement of Reservation of Rights of MidCap Funding IV Trust Regarding the Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates* (the "**Statement**") with the United States Bankruptcy Court for the District of Delaware via the CM/ECF system, and caused a copy of the Statement to be served via electronic means on all parties that have requested service of process in this case.

On September 13, 2019, I also caused a true and correct copy of the Statement to be served via first class, United States mail, postage pre-paid on the following:

Matthew R. Brooks
Troutman Sanders LLP
600 Peachtree Street NE
Suite 5200
Atlanta, GA 30308

Douglas Carlson
Douglas Carlson LLC
330 N. Wabash
#3300
Chicago, IL 60611

Richard A. Chesley
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606

Louis Curcio
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Jeffrey Cutler
PO Box 2806
York, PA 17405

Nicole L. Greenblatt
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Stephen C. Hackney
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Phillip Khezri
Arent Fox LLP
1301 Avenue of the Americas
New York, NY 10019

Suzanne Koenig
SAK Management Services, LLC
300 Saunders Road, Suite 300
Riverwoods, IL 60015

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center
Suite 200
King of Prussia, PA 19046

Mitchell Malzberg
Law Offices of Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
PO Box 5122
Clinton, NJ 08809

Rachel Jaffe Mauceri
Morgan Lewis Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Lawrence G. McMichael
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Jessica Mikhailevich
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA 91367

Gregory Francis Pesce
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Lisa M. Rhode
Office of Attorney General
1600 Arch Street
Suite 300
Philadelphia, PA 19103

Phillip D. Berger
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA 19010

Kelly Ann Cody
Self Inc. Womens Shelter
1305 W. Susquehanna Ave.
Philadelphia, PA 19122

Med One Capital Funding, LLC
c/o Ray Quinney & Nebeker, P.C.
36 South State Street
14th Floor
Salt Lake City, UT 84111
Attn.: David H. Leigh

Tracy M. Ohm
Stinson LLP
1150 18th Street N.W.
Suite 800
Washington, DC 20036

Oscar N. Pinkas
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Ira Neil Richards
David Smith
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103-7286

Shades of Green, Inc.
1777 South Pennsylvania Avenue
Morrisville, PA 19067

William J. Wickward Jr.
2179 East Lyon Station Road
Creedmoor, NC 27522

        STRADLEY RONON STEVENS & YOUNG, LLP

        */s/ Joelle E. Polesky*
        Joelle E. Polesky (I.D. No. 3694)
        1000 N. West Street, Suite 1279
        Wilmington, DE 19801
        Telephone: (302) 295-4856
        Facsimile: 302-295-4801
        Email: jpolesky@stradley.com

Dated: September 13, 2019        *Attorneys for creditors MidCap Funding IV Trust*