**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On September 12, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail or hand delivery on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 09/12/2019 | 695 | Reservation of Rights *with Respect to Sale of Assets* (related document(s)205, 301, 510) Filed by Premier, Inc.. (Klein, Julia) |

x _____
**Gene Matthews**

Dated: September 13, 2019

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 13th day of September, 2019, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

[Notary Seal: JACQUELINE LATELY, MY COMMISSION EXPIRES AUGUST 12, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

**Via Hand Delivery:**
Attn: Benjamin Hackman, Esq.
Office of the United States Trustee
for the District of Delaware
, 844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Via Hand Delivery:**
Attn: Thomas M. Horan
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323

**Via Hand Delivery:**
Stradley, Ronan, Stevens & Young, LLP
1000 N. West Street
Suite 1279
Wilmington, DE 19801
Attn: Joelle E. Polesky, Esq.

**Via Hand Delivery:**
Attn: Mark Minuti
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801

**Via First Class Mail:**
Attn: Andrew H. Sherman, Esq
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

**Via First Class Mail:**
Attn: Gretchen M. Santamour, Esq.
Stradley, Ronan, Stevens & Young, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103

**Via First Class Mail:**
Attn: Jeffrey C. Hampton
Saul Ewing Arnstein & Lehr LLP
Centre Square West,
1500 MarketStreet, 38th Floor
Philadelphia, PA 19102

**Via Hand Delivery:**
Attn: Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801