**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) ) | Case No. 19-11466 (KG) Jointly Administered |
| Debtors. | ) ) ) |  |

**TENET BUSINESS SERVICES CORPORATION AND
CONIFER REVENUE CYCLE SOLUTIONS, LLC'S OBJECTION
AND RESERVATION OF RIGHTS WITH RESPECT TO THE PROPOSED
SALE OF ST. CHRISTOPHER'S HOSPITAL AND CERTAIN RELATED ASSETS**

Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") respectfully represent as follows in support of this objection and reservation of rights (this "Objection") with respect to the Debtors' motion seeking approval of the sale of St. Christopher's Hospital for Children ("STC") and certain related assets [D.I. 301] (the "STC Sale Motion"):

**Background**

1. In January 2018, Tenet sold Hahnemann University Hospital ("Hahnemann") and STC (collectively with Hahnemann, the "Hospitals") to the Debtors and certain of their non-Debtor affiliates. To facilitate that sale and permit the Hospitals to continue to fulfill their public health and medical education missions, Tenet and Debtor Philadelphia Academic Health

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

System, LLC ("PAHS") entered into the Transition Services Agreement (the "TSA") pursuant to which Tenet agreed to provide support to information technology systems for the Hospitals. Additionally, Conifer[2] and PAHS entered into the Master Services Agreement (the "MSA"), whereby Conifer agreed to provide the Hospitals with on-site revenue cycle management services (including patient check-in and registration, patient check-out and payment, patient scheduling for future appointments, other non-medical patient-facing administrative services, and enrollment services). Offsite, Conifer employees track and collect patient receivables using Conifer's proprietary software and, where necessary, refer "bad debts" to a third-party vendor for collection.

2. On June 30, 2019, the Debtors commenced these chapter 11 cases. At the time, the Debtors owed Tenet more than $27 million in unpaid prepetition fees and costs under the TSA (exclusive of any additional liabilities assumed by Tenet at the closing of the sale) and owed Conifer more than $27 million in unpaid prepetition fees and costs under the MSA (in each case, exclusive of late fees and other charges).

3. On July 26, 2019, Tenet and Conifer filed a motion to compel payment of their administrative claim on account of postpetition services provided to the Debtors.[3]

4. On August 2, 2019, Tenet and Conifer filed an objection to final approval of the Debtors' proposed DIP financing.[4] By agreement of the parties, the hearing on the Debtors' DIP

---

[2] Conifer is wholly owned by Conifer Health Solutions, LLC (a joint venture between an affiliate of Tenet Healthcare Corporation and Catholic Health Initiatives).

[3] The *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 303] (the "Administrative Claim Motion") and its supporting declarations [Docket Nos. 304 and 305] are incorporated herein in their entirety by reference. Capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Administrative Claim Motion.

[4] See *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the*

financing motion was adjourned until August 19, 2019 to coincide with the hearing on the Administrative Claim Motion.

5. Beginning on August 19, 2019, the Court conducted a hearing on the Administrative Claim Motion. The Court ruled on the matter on the record at the end of the hearing on the Administrative Claim Motion.

6. On July 15, 2019, the Debtors filed the STC Sale Motion. On July 26, 2019, the Court entered an order approving the bidding procedures for the sale of STC. Under the approved bidding procedures and schedule for the proposed sale, objections to the sale are due no later than September 13, 2019. An auction is currently scheduled to be held on September 18, 2019, and auction-related objections (including to the form of asset purchase agreement, the identity of the winning bidder, and adequate assurance of future performance) are due on September 20, 2019. The sale hearing is scheduled to take place on September 23, 2019.

7. On August 30, 2019, Tenet and Conifer filed an objection to the assumption and assignment of the TSA and MSA as part of the sale of STC [D.I. 618]. That objection has not yet been resolved and remains pending.

8. To date, the Debtors have not disclosed any details regarding the terms of the sale of STC except that the Debtors are seeking to sell substantially all assets comprising STC and certain related assets, and that certain executory contracts and unexpired leases may be assigned to a purchaser. No stalking horse bidder has been selected. Nor has a proposed asset purchase agreement been publicly filed. Put simply, other than the fact that the TSA or MSA may be assumed and assigned to a prospective purchaser, Tenet and Conifer have no information about

---

*Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 348].

the proposed sale, the terms of any proposed purchase agreement, or how Tenet and Conifer's interests may be affected by such sale. The STC Sale Motion cannot be approved without parties having adequate notice of the provisions of the proposed sale and sufficient time and opportunity to respond. Accordingly, given the objection deadline in the bidding procedures and out of an abundance of caution, Tenet and Conifer hereby reserve all rights to object to the STC Sale Motion once additional details regarding the proposed sale are disclosed, including the terms of any purchase agreement, the identity of the purchaser, any proposed assumption and assignment of the TSA and/or MSA and adequate assurance of future performance thereunder, or any other provision of the sale.

## **Reservation of Rights**

9. Tenet and Conifer reserve all rights, remedies, claims, counterclaims, and defenses under the TSA and the MSA, at law, and in equity, including, without limitation, Tenet and Conifer's right to file an administrative expense claim and/or a rejection damages claim. Further, Tenet and Conifer reserve all rights to amend, supplement, and modify this Objection as appropriate, including after additional details regarding the terms of the proposed sale are disclosed.

## **Notice**

10. A copy of the Objection has been provided to: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to MidCap Funding IV Trust; (e) Drexel University d/b/a Drexel University College of Medicine; (f) the Debtors' unions; (g) the Internal Revenue Service; (h) the United States Attorney for the District of Delaware; (i) the United States Department of Justice; (j) the Pennsylvania Attorney General's Office; (k) the Pennsylvania Department of Human Services; (l) the City of Philadelphia; and (m) all applicable federal, state and local taxing and regulatory

authorities having jurisdiction over the Assets; and (n) all parties who have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. Tenet and Conifer submit that, under the circumstances, such notice constitutes good and sufficient notice of this Objection and no other or further notice need be given.

[*Remainder of this page intentionally left blank.*]

WHEREFORE, Tenet and Conifer respectfully request that the STC Sale Motion should not be granted until the Debtors disclose additional information regarding the proposed sale, and all parties have an adequate opportunity to review and respond.

Dated:  September 13, 2019　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:　(302) 652-4100
Facsimile:　(302) 652-4400
Email:　　ljones@pszjlaw.com
　　　　　tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:　(312) 862-2000
Facsimile:　(312) 862-2200
Email:　　stephen.hackney@kirkland.com
　　　　　gregory.pesce@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:　(212) 446-4800
Facsimile:　(212) 446-4900
Email:　　nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*