# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC | ) | Case No. 19-11466 (KG) |
| d/b/a HAHNEMANN UNIVERSITY | ) | |
| HOSPITAL, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket Nos. 205, 301, and 510** |

## OBJECTION BY UROLOGY FOR CHILDREN, LLC
## TO DEBTORS' ST. CHRISTOPHER'S ASSET SALE MOTION
## AND PROPOSED CURE AMOUNTS

Urology for Children, LLC ("**UFC**") hereby submits this objection to the *Debtors' Motion for Entry of ... (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (Docket No. 205) in connection with the sale of substantially all assets of St. Christopher's Healthcare, LLC d/b/a St. Christopher's Hospital for Children and certain of its affiliates (the "**St. Christopher's Sale Motion**").

In particular, UFC objects to the proposed cure amounts referenced in Exhibit A to the *Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (Docket No. 510) (the "**Assumption and Assignment Notice**").

As grounds for this objection, UFC states as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## BACKGROUND

1. UFC is pediatric urology practice with six offices located in Pennsylvania and Southern New Jersey, including one on the grounds of St. Christopher's Hospital for Children. UFC is comprised of five physicians and three nurse practitioners. UFC's pediatric urologists are experts in the diagnosis and treatment of urological problems affecting boys, girls, and adolescents. UFC manages all genitourinary problems that involve the kidney, ureter, bladder, penis, scrotum, and testicles in youth aged newborn to 18 years in the South Jersey and Philadelphia area.

2. Gregory E. Dean, MD, a member of UFC, serves as Chief of Urology at St. Christopher's Hospital for Children. The physicians of UFC are contracted to provide 24/7 emergency room coverage for St. Christopher's Hospital for Children.

3. Pre-petition, UFC entered into three agreements with Debtor St. Christopher's Healthcare, LLC and two agreements with Debtor SCHC Pediatric Associates, L.L.C.[2] From time to time, these Executory Agreements[3] have been renewed, continued, or extended.

4. On or about June 30, 2019 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

5. On or about July 16, 2019, St. Christopher's Healthcare, LLC, along with the other debtors in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the St. Christopher's Sale Motion.

---

[2] As set forth in the Assumption and Assignment Notice, the agreements with St. Christopher's are a Service Agreement, an Emergency Room On-Call Agreement, and a Timeshare Sublease (together, the "**St. Christopher's Executory Agreements**"). The agreements with SCHC Pediatric Associates are a Lease Agreement and a Service Agreement (together, the "**SCHC Pediatric Executory Agreements**," and together with the St. Christopher's Executory Agreements, the "**Executory Agreements**"). UFC is still investigating whether there are additional agreements between the parties and reserves all rights in this regard.

[3] Despite the nomenclature adopted herein, UFC does not concede that the Executory Agreements are, in fact, "executory" within the meaning ascribed to that term in proceedings under the Bankruptcy Code and reserves all rights in this regard. Indeed, the Debtors are in post-petition default of the Net 15 payment terms established under the Executory Agreements. Call Pay Agreement at Sec. 4. The Call Pay Agreement is subject to confidential provisions. UFC will provide a copy to Debtors upon request. A copy of the Extension Agreement is attached hereto as Exhibit A. UFC does not waive the

6. On July 16, 2019, the Debtors filed the St. Christopher's Sale Motion (Docket No. 205).

7. On July 26, 2019, the Court entered that certain *Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchasers, and (IV) Granting Related Relief* (Docket No. 301) (the "**Sale Procedures Order**").

8. On August 16, 2019, the Debtors filed the Assumption and Assignment Notice setting forth proposed cure amounts for certain executory contracts (Docket No. 510). The Debtors listed the cure amounts for each of the Executory Agreements as zero.

9. In accordance with the terms and conditions set forth in the Executory Agreements and any related documents, Debtors were obligated to make certain payments to UFC for services rendered. The Debtors have defaulted on their obligation to make all the required payments.

10. As set forth on Exhibit B, the Debtors owe UFC $37,200 for on call coverage during the pre-petition month of May 2019 and $36,000 for June 2019.

11. As set forth on Exhibit C, the Debtors owe UFC $37,200 for on call coverage during the post-petition month of July 2019 and $37,200 for August 2019.

---

Debtors' post-petition payment default, or any other default, and reserves all rights in this regard.

## OBJECTION TO PROPOSED SALE

12. The Debtors may not assume and assign the Executory Agreements to the successful bidder of the assets of St. Christopher's Hospital for Children without first curing all monetary and non-monetary defaults thereunder. 11 U.S.C. § 365(b)(1), *see*, In re Thane International, Inc., 586 B.R. 540 (Bankr. D. Del. 2018), *see also*, In re Kiwi International Airlines, Inc., 344 F.3d 311, (3d Cir. 2003).

13. Accordingly, UFC objects to the sale of St. Christopher's Hospital for Children to the extent Debtors seek to assume and assign the Executory Contracts to the successful bidder without first curing all monetary defaults or providing adequate assurance that they will promptly to do so.

14. UFC further objects to the sale of St. Christopher's Hospital for Children unless and until the successful bidder has demonstrated its financial wherewithal to perform its future obligations under the Executory Contracts, should they be cured and assigned.

## OBJECTION TO PROPOSED CURE AMOUNTS

15. Section 365(b) of the Bankruptcy Code further requires that the Debtors compensate UFC for any actual pecuniary loss resulting from the Debtors' default. 11 U.S.C. § 365(b)(1)(B).

16. The Assumption and Assignment Notice lists the Executory Contracts on Exhibit A, page 36 as having a cure amount of $0.00.

17. UFC objects to the cure amount listed in the Assumption and Assignment Notice. The correct cure amount under the Executory Agreements is $147,600 plus any additional amounts to which UFC may be entitled under provisions of the Executory Contracts or governing law. See Exhibits B and C.

18. Although the Sale Procedures Order at ¶18(d) set August 30, 2019 as the Contract Objection Deadline with respect to cure amounts, for the reasons set forth in UFC's accompanying

*Motion to Extend Objection Deadline*, filed contemporaneously herewith, UFC respectfully submits that cause exists to extend that deadline.

## RESERVATION OF ADDITIONAL OBJECTIONS
## TO ASSUMPTION AND ASSIGNMENT

19. UFC reserves its rights under the Bankruptcy Code to assert any additional monetary or non-monetary defaults and/or pecuniary losses which arise under the Executory Agreements, which UFC is continuing to analyze, including any additional post-petition charges which remain unpaid as of the proposed date of assumption and assignment.

20. UFC reserves the right to amend and/or supplement this objection and to raise other and further objections with respect to the Debtors' proposed sale transaction and the Assumption and Assignment Notice.

21. Additionally, UFC is still investigating the amounts owing to it under the Executory Agreements, and because this reconciliation is still ongoing, UFC reserves the right to amend and/or supplement this objection to claim any additional amounts it discovers owing, or which are continuing to accrue.

22. Finally, UFC reserves the right to further object based on the Debtors' inability to provide adequate assurance of future performance on the part of the Debtors and/or any proposed assignee as required by section 365(f)(2) of the Bankruptcy Code if and when the Debtors provide such information.

## CONCLUSION

WHEREFORE, for the foregoing reasons, UFC objects to the St. Christopher's Sale Motion and the Assumption and Assignment Notice and reserves its rights as set forth herein.

Dated: September 13, 2019  
       Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ E.E. Allinson III*
_____
Elihu E. Allinson, III (No. 3476)  
901 North Market Street, Suite 1300  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195  
Email: zallinson@sha-llc.com

*Attorneys for Urology for Children, LLC*