# Exhibit A

June 13, 2019

Urology for Children, LLC
200 Bowman Drive
Suite E-360
Voorhees, NJ 08043
Attn: Dr. Gregory Dean

Re: Extension of Emergency Room On-Call Services Agreement by and between St. Christopher's Healthcare, L.L.C., successor by assignment to Tenet HealthSystem St. Christopher's Hospital for Children, LLC ("Hospital") and Urology for Children, L.L.C. ("UFC") dated August 17, 2016 ("Agreement").

Dear Dr. Dean:

As you are aware, the Agreement is scheduled to expire on June 30, 2018 ("Expiration Date"). Hospital now desires to extend the Agreement, upon the same terms and conditions, until the earlier of (i) December 30, 2019; or (ii) until a new agreement is negotiated and executed between Hospital and UFC.

UFC shall comply and abide by Hospital's policies and procedures related to the prevention of fraud and abuse as well as all applicable laws and regulations, including the Anti-Kickback Statute and Stark Law. Hospital's Standards of Conduct, summaries of the Compliance Program, policies and procedures, including a summary of the Federal False Claims Act and any applicable state false claims laws (collectively, "False Claims Laws") with descriptions of penalties and whistleblower protections pertaining to such laws shall be made available to UFC upon request.

If UFC desires to continue the contractual relationship on the terms set forth above, please sign and date this extension letter and return to the Hospital's Legal Department for execution. A fully executed copy will be provided to UFC for your records.

Sincerely yours,

Joel Freedman, President
Date: 6/27/19

The undersigned hereby acknowledges and agrees to the terms and conditions referenced above.

Urology for Children, LLC

By: Michael G. Packot, MD
Title: President, Urology for Children
Date: 6/14/19