# Exhibit B



Urology for Children - May 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children

| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| May 1, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean | |
| May 1, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| May 1, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/1/2019; 12:00AM to 7:59AM on 5/2/2019 | Dr. Jonathan A. Roth | |
| May 2, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 2, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/2/2019; 12:00AM to 7:59AM on 5/3/2019 | Dr. Charles W. Concodora | |
| May 3, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| May 3, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/3/2019; 12:00AM to 7:59AM on 5/4/2019 | Dr. Zarine R. Balsara | |
| May 4, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| May 5, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| May 6, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara | |
| May 6, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 6, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/6/2019; 12:00AM to 7:59AM on 5/7/2019 | Dr. Charles W. Concodora | |
| May 7, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| May 7, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/7/2019; 12:00AM to 7:59AM on 5/8/2019 | Dr. Zarine R. Balsara | |
| May 8, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 8, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/8/2019; 12:00AM to 7:59AM on 5/9/2019 | Dr. Michael G. Packer | |
| May 9, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 9, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/9/2019; 12:00AM to 7:59AM on 5/10/2019 | Dr. Gregory E. Dean | |
| May 10, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 10, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/10/2019; 12:00AM to 7:59AM on 5/11/2019 | Dr. Charles W. Concodora | |
| May 11, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| May 12, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| May 13, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| May 13, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |

| Date | Day | Call Type | Hours | Time | Physician | Signature |
|---|---|---|---|---|---|---|
| May 13, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/13/2019; 12:00AM to 7:59AM on 5/14/2019 | Dr. Zarine R. Balsara | |
| May 14, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 14, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/14/2019; 12:00AM to 7:59AM on 5/15/2019 | Dr. Charles W. Concodora | |
| May 15, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 15, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/15/2019; 12:00AM to 7:59AM on 5/16/2019 | Dr. Michael G. Packer | |
| May 16, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 16, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/16/2019; 12:00AM to 7:59AM on 5/17/2019 | Dr. Gregory E. Dean | |
| May 17, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| May 17, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/17/2019; 12:00AM to 7:59AM on 5/18/2019 | Dr. Jonathan A. Roth | |
| May 18, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| May 19, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| May 20, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Jonathan A. Roth | |
| May 20, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 20, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/20/2019; 12:00AM to 7:59AM on 5/21/2019 | Dr. Charles W. Concodora | |
| May 21, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 21, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/21/2019; 12:00AM to 7:59AM on 5/22/2019 | Dr. Gregory E. Dean | |
| May 22, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| May 22, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/22/2019; 12:00AM to 7:59AM on 5/23/2019 | Dr. Jonathan A. Roth | |
| May 23, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 23, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/23/2019; 12:00AM to 7:59AM on 5/24/2019 | Dr. Gregory E. Dean | |
| May 24, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 24, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/24/2019; 12:00AM to 7:59AM on 5/25/2019 | Dr. Michael G. Packer | |
| May 25, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| May 26, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| May 27, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer | |
| May 27, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 27, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/27/2019; 12:00AM to 7:59AM on 5/28/2019 | Dr. Michael G. Packer | |

| Date | Day | Weekday/After-Hours Call | Hours | Time | Physician |
|---|---|---|---|---|---|
| May 28, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora |
| May 28, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/28/2019; 12:00AM to 7:59AM on 5/29/2019 | Dr. Charles W. Concodora |
| May 29, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth |
| May 29, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/29/2019; 12:00AM to 7:59AM on 5/30/2019 | Dr. Jonathan A. Roth |
| May 30, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean |
| May 30, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/30/2019; 12:00AM to 7:59AM on 5/31/2019 | Dr. Gregory E. Dean |
| May 31, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara |
| May 31, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 7 | 5pm to 11:59PM on 5/31/2019 | Dr. Zarine R. Balsara |

| | |
|---|---|
| TOTAL NUMBER OF ON-CALL HOURS | 744 |
| HOURLY RATE FOR ON-CALL COVERAGE | $50.00 |
| TOTAL FEE FOR MAY 2019 ON-CALL COVERAGE | $37,200.00 |

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Gregory E. Dean) & Date    5/1/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Michael G. Packer) & Date    5/1/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Jonathan A. Roth) & Date    5/1/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Zarine R. Balsara) & Date    5/1/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Charles W. Concodora) & Date

By signing this document St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

**St. Christopher's Hospital for Children Compliance Officer Signature & Date**

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of months remaining in the Agreement Term as stated on Page one, are correct.

Reviewed by St. Christopher's Hospital for Children CEO.    CEO Signature & Date

Approved by St. Christopher's Hospital for Children CFO.    CFO Signature & Date

Urology for Children - June 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children



| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| June 1, 2019 | Saturday | After-Hours Call: 5PM to 8AM - Monday - Friday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara | |
| June 1, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| June 2, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| June 3, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara | |
| June 3, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| June 3, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/3/2019; 12:00AM to 7:59AM on 6/4/2019 | Dr. Gregory E. Dean | |
| June 4, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| June 4, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/4/2019; 12:00AM to 7:59AM on 6/5/2019 | Dr. Michael G. Packer | |
| June 5, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| June 5, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/5/2019; 12:00AM to 7:59AM on 6/6/2019 | Dr. Jonathan A. Roth | |
| June 6, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| June 6, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/6/2019; 12:00AM to 7:59AM on 6/7/2019 | Dr. Charles W. Concodora | |
| June 7, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| June 7, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/7/2019; 12:00AM to 7:59AM on 6/8/2019 | Dr. Jonathan A. Roth | |
| June 8, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| June 9, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| June 10, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Jonathan A. Roth | |
| June 10, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| June 10, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/10/2019; 12:00AM to 7:59AM on 6/11/2019 | Dr. Zarine R. Balsara | |
| June 11, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| June 11, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/11/2019; 12:00AM to 7:59AM on 6/12/2019 | Dr. Gregory E. Dean | |
| June 12, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| June 12, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/12/2019; 12:00AM to 7:59AM on 6/13/2019 | Dr. Jonathan A. Roth | |
| June 13, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |

| Date | Day | Shift | Hours | Time | Physician | Signature |
|---|---|---|---|---|---|---|
| June 13, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/13/2019; 12:00AM to 7:59AM on 6/14/2019 | Dr. Michael G. Packer | |
| June 14, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| June 14, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/14/2019; 12:00AM to 7:59AM on 6/15/2019 | Dr. Gregory E. Dean | |
| June 15, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| June 16, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| June 17, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean | |
| June 17, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| June 17, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/17/2019; 12:00AM to 7:59AM on 6/18/2019 | Dr. Michael G. Packer | |
| June 18, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| June 18, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/18/2019; 12:00AM to 7:59AM on 6/19/2019 | Dr. Gregory E. Dean | |
| June 19, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| June 19, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/19/2019; 12:00AM to 7:59AM on 6/20/2019 | Dr. Zarine R. Balsara | |
| June 20, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| June 20, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/20/2019; 12:00AM to 7:59AM on 6/21/2019 | Dr. Jonathan A. Roth | |
| June 21, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| June 21, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/21/2019; 12:00AM to 7:59AM on 6/22/2019 | Dr. Michael G. Packer | |
| June 22, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| June 23, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| June 24, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer | |
| June 24, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| June 24, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/24/2019; 12:00AM to 7:59AM on 6/25/2019 | Dr. Zarine R. Balsara | |
| June 25, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| June 25, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/25/2019; 12:00AM to 7:59AM on 6/26/2019 | Dr. Michael G. Packer | |
| June 26, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| June 26, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/26/2019; 12:00AM to 7:59AM on 6/27/2019 | Dr. Charles W. Concodora | |
| June 27, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| June 27, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/27/2019; 12:00AM to 7:59AM on 6/28/2019 | Dr. Gregory E. Dean | |

| Date | Day | Weekday Call: 8AM to 5PM - Monday through Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | Weekend Call: 8AM, Saturday to 8AM, Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8:00AM to 5:00PM on Date of Service | 5pm to 11:59PM on 6/28/2019; 12:00AM to 7:59AM on 6/29/2019 | 8:00AM to 11:59PM on Date of Service | 12:00AM to 11:59PM on Date of Service | Physician |
|---|---|---|---|---|---|---|---|---|---|---|
| June 28, 2019 | Friday | | | | | 9 | | | | Dr. Charles W. Concodora |
| June 28, 2019 | Friday | | 15 | | | | | | | Dr. Charles W. Concodora |
| June 29, 2019 | Saturday | | | 16 | | | | | | Dr. Charles W. Concodora |
| June 30, 2019 | Sunday | | | | 24 | | | | | Dr. Charles W. Concodora |

TOTAL NUMBER OF ON-CALL HOURS: 720
HOURLY RATE FOR ON-CALL COVERAGE: $50.00
TOTAL FEE FOR JUNE 2019 ON-CALL COVERAGE: $36,000.00

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

Physician Signature (Dr. Gregory E. Dean) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

Physician Signature (Dr. Michael G. Packer) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

Physician Signature (Dr. Jonathan A. Roth) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

Physician Signature (Dr. Zarine R. Balsara) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

Physician Signature (Dr. Charles W. Concodora) & Date

By signing this document, the Physician hereby affirms and attests St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

St. Christopher's Hospital for Children Compliance Officer Signature & Date

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of months remaining in the Agreement Term as stated on Page one, are correct.

Reviewed by St. Christopher's Hospital for Children CEO, CEO Signature & Date

Approved by St. Christopher's Hospital for Children CFO. CFO Signature & Date