# Exhibit C

Urology for Children - July 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children



urology for children

| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| July 1, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| July 1, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| July 1, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/1/2019; 12:00AM to 7:59AM on 7/2/2019 | Dr. Zarine R. Balsara | |
| July 2, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 2, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/2/2019; 12:00AM to 7:59AM on 7/3/2019 | Dr. Gregory E. Dean | |
| July 3, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 3, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/3/2019; 12:00AM to 7:59AM on 7/4/2019 | Dr. Charles W. Concodora | |
| July 4, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 4, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/4/2019; 12:00AM to 7:59AM on 7/5/2019 | Dr. Gregory E. Dean | |
| July 5, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 5, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/5/2019; 12:00AM to 7:59AM on 7/6/2019 | Dr. Gregory E. Dean | |
| July 6, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 7, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 8, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean | |
| July 8, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| July 8, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/8/2019; 12:00AM to 7:59AM on 7/9/2019 | Dr. Michael G. Packer | |
| July 9, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 9, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/9/2019; 12:00AM to 7:59AM on 7/10/2019 | Dr. Gregory E. Dean | |
| July 10, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| July 10, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/10/2019; 12:00AM to 7:59AM on 7/11/2019 | Dr. Zarine R. Balsara | |
| July 11, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| July 11, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/11/2019; 12:00AM to 7:59AM on 7/12/2019 | Dr. Jonathan A. Roth | |
| July 12, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 12, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/12/2019; 12:00AM to 7:59AM on 7/13/2019 | Dr. Gregory E. Dean | |

| Date | Day | Shift | Hours | Time | Physician | Signature |
|---|---|---|---|---|---|---|
| July 13, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 14, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 15, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean | |
| July 15, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| July 15, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/15/2019; 12:00AM to 7:59AM on 7/16/2019 | Dr. Zarine R. Balsara | |
| July 16, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 16, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/16/2019; 12:00AM to 7:59AM on 7/17/2019 | Dr. Charles W. Concodora | |
| July 17, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| July 17, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/17/2019; 12:00AM to 7:59AM on 7/18/2019 | Dr. Jonathan A. Roth | |
| July 18, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| July 18, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/18/2019; 12:00AM to 7:59AM on 7/19/2019 | Dr. Michael G. Packer | |
| July 19, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 19, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/19/2019; 12:00AM to 7:59AM on 7/20/2019 | Dr. Charles W. Concodora | |
| July 20, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| July 21, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| July 22, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| July 22, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| July 22, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/22/2019; 12:00AM to 7:59AM on 7/23/2019 | Dr. Michael G. Packer | |
| July 23, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 23, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/23/2019; 12:00AM to 7:59AM on 7/24/2019 | Dr. Charles W. Concodora | |
| July 24, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 24, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/24/2019; 12:00AM to 7:59AM on 7/25/2019 | Dr. Gregory E. Dean | |
| July 25, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| July 25, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/25/2019; 12:00AM to 7:59AM on 7/26/2019 | Dr. Jonathan A. Roth | |
| July 26, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| July 26, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/26/2019; 12:00AM to 7:59AM on 7/27/2019 | Dr. Zarine R. Balsara | |
| July 27, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |

| Date | Day | Coverage Period | Hours | Time | Physician |
|---|---|---|---|---|---|
| July 28, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara |
| July 29, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara |
| July 29, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer |
| July 29, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/29/2019; 12:00AM to 7:59AM on 7/30/2019 | Dr. Michael G. Packer |
| July 30, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth |
| July 30, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/30/2019; 12:00AM to 7:59AM on 7/31/2019 | Dr. Jonathan A. Roth |
| July 31, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora |
| July 31, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 7 | 5pm to 11:59PM on 7/31/2019 | Dr. Charles W. Concodora |
| TOTAL NUMBER OF ON-CALL HOURS | | | 744 | | |
| HOURLY RATE FOR ON-CALL COVERAGE | | | $50.00 | | |
| TOTAL FEE FOR JULY 2019 ON-CALL COVERAGE | | | $37,200.00 | | |

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_signature_   8/23/19

Physician Signature (Dr. Gregory E. Deans) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_signature_   8/23/19

Physician Signature (Dr. Michael G. Packer) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_signature_   8/23/19

Physician Signature (Dr. Jonathan A. Roth) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_signature_ Zarine Balsara   8/23/19

Physician Signature (Dr. Zarine R. Balsara) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_signature_   8/23/19

Physician Signature (Dr. Charles W. Concodora) & Date

By signing this document St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

**St. Christopher's Hospital for Children Compliance Officer Signature & Date**

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of hours rendered and the number of months remaining in the Agreement Term as stated on Page one, are correct.

Reviewed by St. Christopher's Hospital for Children CEO. CEO Signature & Date

Approved by St. Christopher's Hospital for Children CFO. CFO Signature & Date

Urology for Children - August 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children



| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| August 1, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| August 1, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 1, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/1/2019; 12:00AM to 7:59AM on 8/2/2019 | Dr. Gregory E. Dean | |
| August 2, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday - Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| August 2, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/2/2019; 12:00AM to 7:59AM on 8/3/2019 | Dr. Michael G. Packer | |
| August 3, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 4, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 5, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer | |
| August 5, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 5, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/5/2019; 12:00AM to 7:59AM on 8/6/2019 | Dr. Gregory E. Dean | |
| August 6, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 6, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/6/2019; 12:00AM to 7:59AM on 8/7/2019 | Dr. Zarine R. Balsara | |
| August 7, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 7, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/7/2019; 12:00AM to 7:59AM on 8/8/2019 | Dr. Charles W. Concodora | |
| August 8, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 8, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/8/2019; 12:00AM to 7:59AM on 8/9/2019 | Dr. Zarine R. Balsara | |
| August 9, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 9, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/9/2019; 12:00AM to 7:59AM on 8/10/2019 | Dr. Charles W. Concodora | |
| August 10, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| August 11, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| August 12, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| August 12, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 12, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/12/2019; 12:00AM to 7:59AM on 8/13/2019 | Dr. Jonathan A. Roth | |
| August 13, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |

| Date | Day | Call Hours | Hours | Service Time | Physician | Signature |
|---|---|---|---|---|---|---|
| August 13, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/13/2019; 12:00AM to 7:59AM on 8/14/2019 | Dr. Charles W. Concodora | |
| August 14, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 14, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/14/2019; 12:00AM to 7:59AM on 8/15/2019 | Dr. Zarine R. Balsara | |
| August 15, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 15, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/15/2019; 12:00AM to 7:59AM on 8/16/2019 | Dr. Jonathan A. Roth | |
| August 16, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 16, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/16/2019; 12:00AM to 7:59AM on 8/17/2019 | Dr. Jonathan A. Roth | |
| August 17, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| August 18, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| August 19, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Jonathan A. Roth | |
| August 19, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 19, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/19/2019; 12:00AM to 7:59AM on 8/20/2019 | Dr. Zarine R. Balsara | |
| August 20, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 20, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/20/2019; 12:00AM to 7:59AM on 8/21/2019 | Dr. Charles W. Concodora | |
| August 21, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 21, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/21/2019; 12:00AM to 7:59AM on 8/22/2019 | Dr. Gregory E. Dean | |
| August 22, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 22, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/22/2019; 12:00AM to 7:59AM on 8/23/2019 | Dr. Gregory E. Dean | |
| August 23, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| August 23, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/23/2019; 12:00AM to 7:59AM on 8/24/2019 | Dr. Michael G. Packer | |
| August 24, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 25, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 26, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer | |
| August 26, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 26, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/26/2019; 12:00AM to 7:59AM on 8/27/2019 | Dr. Zarine R. Balsara | |
| August 27, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 27, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/27/2019; 12:00AM to 7:59AM on 8/28/2019 | Dr. Charles W. Concodora | |

| Date | Day | Shift | Hours | Time | Physician | Signature |
|---|---|---|---|---|---|---|
| August 28, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | *signed* |
| August 28, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/28/2019; 12:00AM to 7:59AM on 8/29/2019 | Dr. Zarine R. Balsara | *signed* |
| August 29, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | *signed* |
| August 29, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/29/2019; 12:00AM to 7:59AM on 8/30/2019 | Dr. Michael G. Packer | *signed* |
| August 30, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | *signed* |
| August 30, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/30/2019; 12:00AM to 7:59AM on 8/31/2019 | Dr. Jonathan A. Roth | *signed* |
| August 31, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | *signed* |
| August 31, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 7 | 5pm to 11:59PM on 8/31/2019 | Dr. Jonathan A. Roth | *signed* |

**TOTAL NUMBER OF ON-CALL HOURS:** 744
**HOURLY RATE FOR ON-CALL COVERAGE:** $50.00
**TOTAL FEE FOR AUGUST 2019 ON-CALL COVERAGE:** $37,200.00

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Gregory E. Dean) & Date    *signed*  9/4/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Michael G. Packer) & Date    *signed*  9/4/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Jonathan A. Roth) & Date    *signed*  9/4/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Zarine R. Balsara) & Date    *signed*  9/4/19

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Charles W. Concodora) & Date    *signed*

By signing this document St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

**St. Christopher's Hospital for Children Compliance Officer Signature & Date**

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of months remaining in the Agreement Term as stated on Page one, are correct.

**Reviewed by St. Christopher's Hospital for Children CEO. CEO Signature & Date**

**Approved by St. Christopher's Hospital for Children CFO. CFO Signature & Date**