# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC | ) | Case No. 19-11466 (KG) |
| d/b/a HAHNEMANN UNIVERSITY | ) | |
| HOSPITAL, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket Nos. 205, 301, and 510** |

## <u>DECLARATION OF GREGORY E. DEAN, MD</u>

I, Gregory E. Dean, MD, hereby declare under penalty of perjury, pursuant to Section 1746 of Title 28 of the United States Code, as follows:

1.      Unless otherwise noted I have personal knowledge of the matters set forth in this declaration. I am making this declaration in connection with the *Motion of Urology for Children, LLC to Extend Objection Deadline* in the above-captioned bankruptcy cases (the "Motion").

2.      I am currently the managing member of Urology for Children, LLC ("UFC") and I also serve as Chief of Urology at St. Christopher's Hospital for Children.

3.      UFC is pediatric urology practice with six offices located in Pennsylvania and Southern New Jersey, including one on the grounds of St. Christopher's Hospital for Children. UFC is comprised of five physicians and three nurse practitioners. UFC's pediatric urologists are experts in the diagnosis and treatment of urological problems affecting boys, girls, and adolescents. UFC manages all genitourinary problems that involve the kidney, ureter, bladder, penis, scrotum, and testicles in youth aged newborn to 18 years in the South Jersey and Philadelphia area.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

The physicians of UFC are contracted to provide 24/7 emergency room coverage for St. Christopher's Hospital for Children.

4.      UFC's correct address is:

UROLOGY FOR CHILDREN, LLC
200 BOWMAN DR, STE E-360
VOORHEES, NJ 08043

5.      UFC has never been located at Suite 560 of the Bowman Drive address.

6.      Pre-petition, UFC entered into three agreements with Debtor St. Christopher's Healthcare, LLC and two agreements with Debtor SCHC Pediatric Associates, L.L.C.[2] From time to time, these Executory Agreements[3] have been renewed, continued, or extended.

7.      Attached hereto as Exhibit A is a true and correct copy of that certain Extension of Emergency Room On-Call Services Agreement.

8.      Section 4 of the Emergency Room On-Call Services Agreement provides for a Net 15 payment term.

9.      Attached hereto as Exhibit B are true and correct copies of invoices for on-call services rendered by UFC during May and June 2019.

10.     Attached hereto as Exhibit C are true and correct copies of invoices for on-call

---

[2] As set forth in the Assumption and Assignment Notice, the agreements with St. Christopher's are a Service Agreement, an Emergency Room On-Call Agreement, and a Timeshare Sublease (together, the "**St. Christopher's Executory Agreements**"). The agreements with SCHC Pediatric Associates are a Lease Agreement and a Service Agreement (together, the "**SCHC Pediatric Executory Agreements**," and together with the St. Christopher's Executory Agreements, the "**Executory Agreements**"). UFC is still investigating whether there are additional agreements between the parties and reserves all rights in this regard.

[3] Despite the nomenclature adopted herein, UFC does not concede that the Executory Agreements are, in fact, "executory" within the meaning ascribed to that term in proceedings under the Bankruptcy Code and reserves all rights in this regard. Indeed, the Debtors are in post-petition default of the Net 15 payment terms established under the Executory Agreements. UFC does not waive the Debtors' post-petition payment default, or any other default, and reserves all rights in this regard.

services rendered by UFC during July and August 2019.

11.    Each of the foregoing invoices has been transmitted to the Debtors in the ordinary course of business.

12.    Each of the foregoing invoices is due and payable.

13.    None of the foregoing invoices have been paid.

14.    An aggregate principal amount of $147,600 is presently due and owing UFC from the Debtors on account of on-call services rendered.

15.    I was on continuous travel from August 16, 2019 through August 30, 2019 and for that reason UFC did not file an objection to cure by the Contract Objection Deadline (as that term is used in these cases).

16.    In my opinion, UFC has acted in good faith in connection with this matter.

*[Remainder of page left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: September 13, 2019

*/s/ Gregory E. Dean*
Gregory E. Dean, MD

# Exhibit A

June 13, 2019

Urology for Children, LLC
200 Bowman Drive
Suite E-360
Voorhees, NJ 08043
Attn: Dr. Gregory Dean

Re:   Extension of Emergency Room On-Call Services Agreement by and between St. Christopher's Healthcare, L.L.C., successor by assignment to Tenet HealthSystem St. Christopher's Hospital for Children, LLC ("Hospital") and Urology for Children, L.L.C. ("UFC") dated August 17, 2016 ("Agreement").

Dear Dr. Dean:

As you are aware, the Agreement is scheduled to expire on June 30, 2018 ("Expiration Date"). Hospital now desires to extend the Agreement, upon the same terms and conditions, until the earlier of (i) December 30, 2019; or (ii) until a new agreement is negotiated and executed between Hospital and UFC.

UFC shall comply and abide by Hospital's policies and procedures related to the prevention of fraud and abuse as well as all applicable laws and regulations, including the Anti-Kickback Statute and Stark Law. Hospital's Standards of Conduct, summaries of the Compliance Program, policies and procedures, including a summary of the Federal False Claims Act and any applicable state false claims laws (collectively, "False Claims Laws") with descriptions of penalties and whistleblower protections pertaining to such laws shall be made available to UFC upon request.

If UFC desires to continue the contractual relationship on the terms set forth above, please sign and date this extension letter and return to the Hospital's Legal Department for execution. A fully executed copy will be provided to UFC for your records.

Sincerely yours,

Joel Freedman, President
Date: _____6/27/19_____

The undersigned hereby acknowledges and agrees to the terms and conditions referenced above.

Urology for Children, LLC

By: _Michael G. Packol, MD_____
Title: _President, Urology for Children_
Date: _5/14/19_____

Exhibit B

Urology for Children - May 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children



| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| May 1, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean | |
| May 1, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| May 1, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/1/2019; 12:00AM to 7:59AM on 5/2/2019 | Dr. Jonathan A. Roth | |
| May 2, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 2, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/2/2019; 12:00AM to 7:59AM on 5/3/2019 | Dr. Charles W. Concodora | |
| May 3, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| May 3, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/3/2019; 12:00AM to 7:59AM on 5/4/2019 | Dr. Zarine R. Balsara | |
| May 4, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| May 5, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| May 6, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara | |
| May 6, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 6, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/6/2019; 12:00AM to 7:59AM on 5/7/2019 | Dr. Charles W. Concodora | |
| May 7, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| May 7, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/7/2019; 12:00AM to 7:59AM on 5/8/2019 | Dr. Zarine R. Balsara | |
| May 8, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 8, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/8/2019; 12:00AM to 7:59AM on 5/9/2019 | Dr. Michael G. Packer | |
| May 9, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 9, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/9/2019; 12:00AM to 7:59AM on 5/10/2019 | Dr. Gregory E. Dean | |
| May 10, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 10, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/10/2019; 12:00AM to 7:59AM on 5/11/2019 | Dr. Charles W. Concodora | |
| May 11, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| May 12, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| May 13, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| May 13, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |

| Date | Day | Schedule | # | Time / Service | Physician | Signature |
|---|---|---|---|---|---|---|
| May 13, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/13/2019; 12:00AM to 7:59AM on 5/14/2019 | Dr. Zairre R. Babiara | |
| May 14, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 14, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/14/2019; 12:00AM to 7:59AM on 5/15/2019 | Dr. Charles W. Concodora | |
| May 15, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 15, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/15/2019; 12:00AM to 7:59AM on 5/16/2019 | Dr. Michael G. Packer | |
| May 16, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 16, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/16/2019; 12:00AM to 7:59AM on 5/17/2019 | Dr. Gregory E. Dean | |
| May 17, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| May 17, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/17/2019; 12:00AM to 7:59AM on 5/18/2019 | Dr. Jonathan A. Roth | |
| May 18, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| May 19, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| May 20, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Jonathan A. Roth | |
| May 20, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 20, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/20/2019; 12:00AM to 7:59AM on 5/21/2019 | Dr. Charles W. Concodora | |
| May 21, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 21, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/21/2019; 12:00AM to 7:59AM on 5/22/2019 | Dr. Gregory E. Dean | |
| May 22, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| May 22, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/22/2019; 12:00AM to 7:59AM on 5/23/2019 | Dr. Jonathan A. Roth | |
| May 23, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 23, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/23/2019; 12:00AM to 7:59AM on 5/24/2019 | Dr. Gregory E. Dean | |
| May 24, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 24, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/24/2019; 12:00AM to 7:59AM on 5/25/2019 | Dr. Michael G. Packer | |
| May 25, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| May 26, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| May 27, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer | |
| May 27, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| May 27, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 5/27/2019; 12:00AM to 7:59AM on 5/28/2019 | Dr. Michael G. Packer | |

| Date | Day | Coverage | Hours | Service Times | Physician | Signature |
|---|---|---|---|---|---|---|
| May 28, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| May 28, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday – Friday | 15 | 5pm to 11:59PM on 5/28/2019; 12:00AM to 7:59AM on 5/29/2019 | Dr. Charles W. Concodora | |
| May 29, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| May 29, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday – Friday | 15 | 5pm to 11:59PM on 5/29/2019; 12:00AM to 7:59AM on 5/30/2019 | Dr. Jonathan A. Roth | |
| May 30, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| May 30, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday – Friday | 15 | 5pm to 11:59PM on 5/30/2019; 12:00AM to 7:59AM on 5/31/2019 | Dr. Gregory E. Dean | |
| May 31, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| May 31, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday – Friday | 7 | 5pm to 11:59PM on 5/31/2019 | Dr. Zarine R. Balsara | |

| | |
|---|---|
| TOTAL NUMBER OF ON-CALL HOURS | 744 |
| HOURLY RATE FOR ON-CALL COVERAGE | $50.00 |
| TOTAL FEE FOR MAY 2019 ON-CALL COVERAGE | $37,200.00 |

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Physician Signature (Dr. Gregory E. Dean) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

5/1/19

Physician Signature (Dr. Michael G. Packer) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

5/1/19

Physician Signature (Dr. Jonathan A. Roth) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

Zarine Balsara    5/1/19

Physician Signature (Dr. Zarine R. Balsara) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

5/1/19

Physician Signature (Dr. Charles W. Concodora) & Date

By signing this document St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

**St. Christopher's Hospital for Children Compliance Officer Signature & Date**

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of months remaining in the Agreement Term as stated on Page one, are correct.

Reviewed by St. Christopher's Hospital for Children CEO.  CEO Signature & Date

Approved by St. Christopher's Hospital for Children CFO. CFO Signature & Date

Urology for Children - June 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children



| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| June 1, 2019 | Saturday | After-Hours Call: 5PM to 8AM - Monday - Friday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara | |
| June 1, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| June 2, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara | |
| June 3, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara | |
| June 3, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| June 3, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/3/2019; 12:00AM to 7:59AM on 6/4/2019 | Dr. Gregory E. Dean | |
| June 4, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| June 4, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/4/2019; 12:00AM to 7:59AM on 6/5/2019 | Dr. Michael G. Packer | |
| June 5, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| June 5, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/5/2019; 12:00AM to 7:59AM on 6/6/2019 | Dr. Jonathan A. Roth | |
| June 6, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| June 6, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/6/2019; 12:00AM to 7:59AM on 6/7/2019 | Dr. Charles W. Concodora | |
| June 7, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| June 7, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/7/2019; 12:00AM to 7:59AM on 6/8/2019 | Dr. Jonathan A. Roth | |
| June 8, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| June 9, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| June 10, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Jonathan A. Roth | |
| June 10, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| June 10, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/10/2019; 12:00AM to 7:59AM on 6/11/2019 | Dr. Zarine R. Balsara | |
| June 11, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| June 11, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/11/2019; 12:00AM to 7:59AM on 6/12/2019 | Dr. Gregory E. Dean | |
| June 12, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| June 12, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/12/2019; 12:00AM to 7:59AM on 6/13/2019 | Dr. Jonathan A. Roth | |
| June 13, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |

| Date | Day | Call Description | Hrs | Coverage Period | Physician |
|---|---|---|---|---|---|
| June 13, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/13/2019; 12:00AM to 7:59AM on 6/14/2019 | Dr. Michael G. Packer |
| June 14, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean |
| June 14, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/14/2019; 12:00AM to 7:59AM on 6/15/2019 | Dr. Gregory E. Dean |
| June 15, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean |
| June 16, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean |
| June 17, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean |
| June 17, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer |
| June 17, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/17/2019; 12:00AM to 7:59AM on 6/18/2019 | Dr. Michael G. Packer |
| June 18, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean |
| June 18, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/18/2019; 12:00AM to 7:59AM on 6/19/2019 | Dr. Gregory E. Dean |
| June 19, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara |
| June 19, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/19/2019; 12:00AM to 7:59AM on 6/20/2019 | Dr. Zarine R. Balsara |
| June 20, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth |
| June 20, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/20/2019; 12:00AM to 7:59AM on 6/21/2019 | Dr. Jonathan A. Roth |
| June 21, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer |
| June 21, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/21/2019; 12:00AM to 7:59AM on 6/22/2019 | Dr. Michael G. Packer |
| June 22, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer |
| June 23, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer |
| June 24, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer |
| June 24, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara |
| June 24, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/24/2019; 12:00AM to 7:59AM on 6/25/2019 | Dr. Zarine R. Balsara |
| June 25, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer |
| June 25, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/25/2019; 12:00AM to 7:59AM on 6/26/2019 | Dr. Michael G. Packer |
| June 26, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora |
| June 26, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/26/2019; 12:00AM to 7:59AM on 6/27/2019 | Dr. Charles W. Concodora |
| June 27, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean |
| June 27, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/27/2019; 12:00AM to 7:59AM on 6/28/2019 | Dr. Gregory E. Dean |

| | | Weekday Call: 8AM to 5PM - Monday through Friday | | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora |
|---|---|---|---|---|---|
| June 28, 2019 | Friday | | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora |
| June 28, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 6/28/2019; 12:00AM to 7:59AM on 6/29/2019 | Dr. Charles W. Concodora |
| June 29, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora |
| June 30, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora |

**TOTAL NUMBER OF ON-CALL HOURS** — 720

**HOURLY RATE FOR ON-CALL COVERAGE** — $50.00

**TOTAL FEE FOR JUNE 2019 ON-CALL COVERAGE** — $36,000.00

By signing this document, the Physician hereby affirms and affirms that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

**Physician Signature (Dr. Gregory E. Dean) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

**Physician Signature (Dr. Michael G. Packer) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

**Physician Signature (Dr. Jonathan A. Roth) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

**Physician Signature (Dr. Zarine R. Balsara) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

7/22/19

**Physician Signature (Dr. Charles W. Concodora) & Date**

By signing this document St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

**St. Christopher's Hospital for Children Compliance Officer Signature & Date**

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of months remaining in the Agreement Term as stated on Page one, are correct.

**Reviewed by St. Christopher's Hospital for Children CEO, CEO Signature & Date**

Approved by St. Christopher's Hospital for Children CFO. CFO Signature & Date

Exhibit C

Urology for Children - July 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children



| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| July 1, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| July 1, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| July 1, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/1/2019; 12:00AM to 7:59AM on 7/2/2019 | Dr. Zarine R. Balsara | |
| July 2, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 2, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/2/2019; 12:00AM to 7:59AM on 7/3/2019 | Dr. Gregory E. Dean | |
| July 3, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 3, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/3/2019; 12:00AM to 7:59AM on 7/4/2019 | Dr. Charles W. Concodora | |
| July 4, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 4, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/4/2019; 12:00AM to 7:59AM on 7/5/2019 | Dr. Gregory E. Dean | |
| July 5, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 5, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/5/2019; 12:00AM to 7:59AM on 7/6/2019 | Dr. Gregory E. Dean | |
| July 6, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 7, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 8, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean | |
| July 8, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| July 8, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/8/2019; 12:00AM to 7:59AM on 7/9/2019 | Dr. Michael G. Packer | |
| July 9, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 9, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/9/2019; 12:00AM to 7:59AM on 7/10/2019 | Dr. Gregory E. Dean | |
| July 10, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| July 10, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/10/2019; 12:00AM to 7:59AM on 7/11/2019 | Dr. Zarine R. Balsara | |
| July 11, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| July 11, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/11/2019; 12:00AM to 7:59AM on 7/12/2019 | Dr. Jonathan A. Roth | |
| July 12, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 12, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/12/2019; 12:00AM to 7:59AM on 7/13/2019 | Dr. Gregory E. Dean | |

| Date | Day | Shift | Hours | Time | Doctor | Signature |
|---|---|---|---|---|---|---|
| July 13, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 14, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Gregory E. Dean | |
| July 15, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Gregory E. Dean | |
| July 15, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zairre R. Balsara | |
| July 15, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/15/2019; 12:00AM to 7:59AM on 7/16/2019 | Dr. Zairre R. Balsara | |
| July 16, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 16, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/16/2019; 12:00AM to 7:59AM on 7/17/2019 | Dr. Charles W. Concodora | |
| July 17, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| July 17, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/17/2019; 12:00AM to 7:59AM on 7/18/2019 | Dr. Jonathan A. Roth | |
| July 18, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| July 18, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/18/2019; 12:00AM to 7:59AM on 7/19/2019 | Dr. Michael G. Packer | |
| July 19, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 19, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/19/2019; 12:00AM to 7:59AM on 7/20/2019 | Dr. Charles W. Concodora | |
| July 20, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| July 21, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| July 22, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| July 22, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| July 22, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/22/2019; 12:00AM to 7:59AM on 7/23/2019 | Dr. Michael G. Packer | |
| July 23, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| July 23, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/23/2019; 12:00AM to 7:59AM on 7/24/2019 | Dr. Charles W. Concodora | |
| July 24, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| July 24, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/24/2019; 12:00AM to 7:59AM on 7/25/2019 | Dr. Gregory E. Dean | |
| July 25, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| July 25, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/25/2019; 12:00AM to 7:59AM on 7/26/2019 | Dr. Jonathan A. Roth | |
| July 26, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zairre R. Balsara | |
| July 26, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/26/2019; 12:00AM to 7:59AM on 7/27/2019 | Dr. Zairre R. Balsara | |
| July 27, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Zairre R. Balsara | |

| | | | | | |
|---|---|---|---|---|---|
| July 28, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Zarine R. Balsara |
| July 29, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Zarine R. Balsara |
| July 29, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer |
| July 29, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/29/2019; 12:00AM to 7:59AM on 7/30/2019 | Dr. Michael G. Packer |
| July 30, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth |
| July 30, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 7/30/2019; 12:00AM to 7:59AM on 7/31/2019 | Dr. Jonathan A. Roth |
| July 31, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora |
| July 31, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 7 | 5pm to 11:59PM on 7/31/2019 | Dr. Charles W. Concodora |

**TOTAL NUMBER OF ON-CALL HOURS** 744

**HOURLY RATE FOR ON-CALL COVERAGE** $50.00

**TOTAL FEE FOR JULY 2019 ON-CALL COVERAGE** **$37,200.00**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_____  8/23/19
Physician Signature (Dr. Gregory E. Dean) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_____  8/23/19
Physician Signature (Dr. Michael G. Packer) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_____  8/23/19
Physician Signature (Dr. Jonathan A. Roth) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_____  8/23/19
Physician Signature (Dr. Zarine R. Balsara) & Date

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

_____  8/23/19
Physician Signature (Dr. Charles W. Concodora) & Date

By signing this document St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

_____

St. Christopher's Hospital for Children Compliance Officer Signature & Date

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of months remaining in the Agreement Term as stated on Page one, are correct.

Reviewed by St. Christopher's Hospital for Children CEO.  CEO Signature & Date

Approved by St. Christopher's Hospital for Children CFO. CFO Signature & Date

Urology for Children - August 2019 - Time Log for On-Call Services - St. Christopher's Hospital for Children



| Date of Services Provided | Day of Week | Type of Coverage | Hours of Coverage | Notes | Physician Name | Signature of Physician |
|---|---|---|---|---|---|---|
| August 1, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| August 1, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 1, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/1/2019; 12:00AM to 7:59AM on 8/2/2019 | Dr. Gregory E. Dean | |
| August 2, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| August 2, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/2/2019; 12:00AM to 7:59AM on 8/3/2019 | Dr. Michael G. Packer | |
| August 3, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 4, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 5, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer | |
| August 5, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 5, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/5/2019; 12:00AM to 7:59AM on 8/6/2019 | Dr. Gregory E. Dean | |
| August 6, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 6, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/6/2019; 12:00AM to 7:59AM on 8/7/2019 | Dr. Zarine R. Balsara | |
| August 7, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 7, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/7/2019; 12:00AM to 7:59AM on 8/8/2019 | Dr. Charles W. Concodora | |
| August 8, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 8, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/8/2019; 12:00AM to 7:59AM on 8/9/2019 | Dr. Zarine R. Balsara | |
| August 9, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 9, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/9/2019; 12:00AM to 7:59AM on 9/10/2019 | Dr. Charles W. Concodora | |
| August 10, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| August 11, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Charles W. Concodora | |
| August 12, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Charles W. Concodora | |
| August 12, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 12, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/12/2019; 12:00AM to 7:59AM on 8/13/2019 | Dr. Jonathan A. Roth | |
| August 13, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |

| Date | Day | Call | # | Service | Name | Signature |
|---|---|---|---|---|---|---|
| August 13, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/13/2019; 12:00AM to 7:59AM on 8/14/2019 | Dr. Charles W. Concodora | |
| August 14, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 14, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/14/2019; 12:00AM to 7:59AM on 8/15/2019 | Dr. Zarine R. Balsara | |
| August 15, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 15, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/15/2019; 12:00AM to 7:59AM on 8/16/2019 | Dr. Jonathan A. Roth | |
| August 16, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 16, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/16/2019; 12:00AM to 7:59AM on 8/17/2019 | Dr. Jonathan A. Roth | |
| August 17, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| August 18, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Jonathan A. Roth | |
| August 19, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Jonathan A. Roth | |
| August 19, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 19, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/19/2019; 12:00AM to 7:59AM on 8/20/2019 | Dr. Zarine R. Balsara | |
| August 20, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 20, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/20/2019; 12:00AM to 7:59AM on 8/21/2019 | Dr. Charles W. Concodora | |
| August 21, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 21, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/21/2019; 12:00AM to 7:59AM on 8/22/2019 | Dr. Gregory E. Dean | |
| August 22, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Gregory E. Dean | |
| August 22, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/22/2019; 12:00AM to 7:59AM on 8/23/2019 | Dr. Gregory E. Dean | |
| August 23, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| August 23, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/23/2019; 12:00AM to 7:59AM on 8/24/2019 | Dr. Michael G. Packer | |
| August 24, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 16 | 8:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 25, 2019 | Sunday | Weekend Call: 8AM, Saturday to 8AM, Monday | 24 | 12:00AM to 11:59PM on Date of Service | Dr. Michael G. Packer | |
| August 26, 2019 | Monday | Weekend Call: 8AM, Saturday to 8AM, Monday | 8 | 12:00AM to 7:59AM on Date of Service | Dr. Michael G. Packer | |
| August 26, 2019 | Monday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 26, 2019 | Monday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/26/2019; 12:00AM to 7:59AM on 8/27/2019 | Dr. Zarine R. Balsara | |
| August 27, 2019 | Tuesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Charles W. Concodora | |
| August 27, 2019 | Tuesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/27/2019; 12:00AM to 7:59AM on 8/28/2019 | Dr. Charles W. Concodora | |

| Date | Day | Coverage | On-Call Hours | Date of Service | Physician | Signature |
|---|---|---|---|---|---|---|
| August 28, 2019 | Wednesday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Zarine R. Balsara | |
| August 28, 2019 | Wednesday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/28/2019; 12:00AM to 7:59AM on 8/29/2019 | Dr. Zarine R. Balsara | |
| August 29, 2019 | Thursday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Michael G. Packer | |
| August 29, 2019 | Thursday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/29/2019; 12:00AM to 7:59AM on 8/30/2019 | Dr. Michael G. Packer | |
| August 30, 2019 | Friday | Weekday Call: 8AM to 5PM - Monday through Friday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 30, 2019 | Friday | After-Hours Call: 5PM to 8AM - Monday - Friday | 15 | 5pm to 11:59PM on 8/30/2019; 12:00AM to 7:59AM on 8/31/2019 | Dr. Jonathan A. Roth | |
| August 31, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 9 | 8:00AM to 5:00PM on Date of Service | Dr. Jonathan A. Roth | |
| August 31, 2019 | Saturday | Weekend Call: 8AM, Saturday to 8AM, Monday | 7 | 5pm to 11:59PM on 8/31/2019 | Dr. Jonathan A. Roth | |

| | |
|---|---|
| TOTAL NUMBER OF ON-CALL HOURS | 744 |
| HOURLY RATE FOR ON-CALL COVERAGE | $50.00 |
| TOTAL FEE FOR AUGUST 2019 ON-CALL COVERAGE | $37,200.00 |

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

9/4/19

**Physician Signature (Dr. Gregory E. Dean) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

9/4/19

**Physician Signature (Dr. Michael G. Packer) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

9/4/19

**Physician Signature (Dr. Jonathan A. Roth) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

9/4/19

**Physician Signature (Dr. Zarine R. Balsara) & Date**

By signing this document, the Physician hereby affirms and attests that the coverage services and dates recorded for such services set forth herein were performed by Physician and that Physician fully performed all designated duties required during this month.

**Physician Signature (Dr. Charles W. Concodora) & Date**

By signing this document St. Christopher's Hospital for Children's (SCHC) Compliance Officer hereby affirms and attests that he/she has reviewed the above Log for completeness, legibility and overall compliance with the terms of Agreement.

**St. Christopher's Hospital for Children Compliance Officer Signature & Date**

By signing this document, the SCHC CEO and CFO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Physicians satisfy the contractual obligations of Physicians, and that the number of months remaining in the Agreement Term as stated on Page one, are correct.

Reviewed by St. Christopher's Hospital for Children CEO,  CEO Signature & Date

Approved by St. Christopher's Hospital for Children CFO, CFO Signature & Date