## CERTIFICATE OF SERVICE

I, Elihu E. Allinson III, do hereby certify I am not less than 18 years of age and that on this 13th day of September 2019, I caused copies of the within *Motion of Urology for Children, LLC to Extend Objection Deadline* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid. All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF.

| | |
|---|---|
| Jeffrey C. Hampton, Esq.<br>Adam H. Isenberg, Esq.<br>Saul Ewing Arnstein & Lehr LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | Mark Minuti, Esq.<br>Saul Ewing Arnstein & Lehr LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801 |
| Thomas M. Horan, Esq.<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>P.O. Box 2323<br>Wilmington, DE 19899 | Andrew H. Sherman, Esq.<br>Boris I. Mankovetskiy, Esq.<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Joelle E. Polesky, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801 | Gretchen M. Santamour, Esq.<br>Deborah Reperowitz, Esq.<br>Mark J. Dorval, Esq.<br>Joseph W. Catuzzi, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 |

<u>September 13, 2019</u>              /s/ *E.E. Allinson III*
Date                                            Elihu E. Allinson III