IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC ) | Case No. 19-11466 (KG) |
| d/b/a HAHNEMANN UNIVERSITY ) | |
| HOSPITAL, et al.,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Related Docket No. 717** |

**MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION
OF UROLOGY FOR CHILDREN, LLC TO EXTEND OBJECTION DEADLINE**

Urology for Children, LLC ("**UFC**"), by and through its counsel, hereby submits this motion ("**Motion to Shorten Notice**") for the entry of an order, pursuant to Fed. R. Bankr. P. 9006(c) and Del. Bankr. L.R. 9006-1(e), shortening the notice period for UFC's motion to extend objection deadline ("**Motion to Extend Deadline**"). In support of this Motion to Shorten Notice, UFC respectfully states as follows:

1. Pursuant to the Motion to Extend Deadline, filed contemporaneously herewith, UFC requests that the Court enter an order deeming its cure objection timely filed or, in the alternative, extending the Contract Objection Deadline to accommodate the filing of its cure objection.

2. Pursuant to Local Rule 9006-1 and Bankruptcy Rule 9006(f), parties are required to provide at least 14 days' notice of routine motions, with an additional three days for service by mail, unless approval of shortened notice is granted by the Court pursuant to Local Rule 9006-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

1

1(e) and Bankruptcy Rule 9006-(c)(1). Del. Bankr. L.R. 9006-1(e) allows the Motion to be heard upon an approved motion to shorten notice, and upon showing of exigent circumstances, which will allow such interim relief to be considered at the next scheduled hearing.

3. Here, ample cause exists to grant the request to shorten notice on the Motion to Extend Deadline by four days. The Sale Hearing is scheduled for September 23, 2019. Since the Motion to Extend Deadline deals with a cure issue that is implicated by the sale, it should be heard at the Sale Hearing.

4. In order to ameliorate the prejudice to any party in interest that may wish to object to the Motion to Extend Deadline, UFC proposes that the hearing be scheduled for September 23, 2019 at 1:00 p.m. and that the objection deadline be scheduled for September 20, 2019 at 4:00 p.m.

WHEREFORE, based on the foregoing, UFC respectfully request the entry of an order, in the form attached hereto, shortening the notice period on the Motion to Extend Deadline by four days and scheduling a hearing on the Motion to Extend Deadline for September 23, 2019 at 1:00 p.m. and setting September 20, 2019 at 4:00 p.m. as the deadline to object to the Motion to Extend Deadline.

Dated: September 13, 2019
       Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

*/s/ E.E. Allinson III*
Elihu E. Allinson III (No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
Email: zallinson@sha-llc.com

*Attorneys for Urology for Children, LLC*