IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC | ) | Case No. 19-11466 (KG) |
| d/b/a HAHNEMANN UNIVERSITY | ) | |
| HOSPITAL, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No.** _____ |

ORDER GRANTING MOTION TO SHORTEN NOTICE
WITH RESPECT TO MOTION OF UROLOGY FOR CHILDREN, LLC
TO EXTEND OBJECTION DEADLINE

Upon consideration of the *Motion of Urology for Children, LLC* ("**UFC**") *to Shorten Notice* (the "**Motion to Shorten**") with respect to UFC's *Motion to Extend Objection Deadline* (the "**Motion to Extend Deadline**") for entry of an order extending the cure objection deadline; and finding just cause for the relief requested therein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing on the Motion to Extend Deadline shall be held on September 23, 2019 at 1:00 p.m.

3. The deadline to object to the Motion to Extend Deadline shall be September 20, 2019 at 4:00 p.m.

Dated: September ___, 2019
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.