## CERTIFICATE OF SERVICE

I, Elihu E. Allinson III, do hereby certify I am not less than 18 years of age and that on this 13th day of September 2019, I caused copies of the within *Motion to Shorten Notice with Respect to Motion of Urology for Children, LLC to Extend Objection Deadline* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid. All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF.

Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801

Thomas M. Horan, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899

Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

Joelle E. Polesky, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801

Gretchen M. Santamour, Esq.
Deborah Reperowitz, Esq.
Mark J. Dorval, Esq.
Joseph W. Catuzzi, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

September 13, 2019
Date

/s/ E.E. Allinson III
Elihu E. Allinson III