# EXHIBIT A

not the Default, if curable, has been cured, the Commencement Date and Expiration Date for the current Term, that Tenant is in possession of the Premises, and any other matters requested by Tenant; it being intended that any such statement delivered pursuant to this Article 14 may be relied upon by Tenant or any prospective purchaser or assignee of the Lease or of the Premises.

## ARTICLE 15

## QUIET ENJOYMENT

Tenant, upon payment of the Rents herein reserved and upon the due performance and observance of all the covenants, conditions and agreements herein contained on Tenant's part to be performed and observed, including without limitation, the compliance by Tenant with all Requirements of Governmental Authorities, shall and may at all times during the Term peaceably and quietly have, hold and enjoy the Premises without any manner of suit, trouble or hindrance of and from any person claiming by, through or under Landlord, subject, nevertheless, to the terms and provisions of this Lease.

## ARTICLE 16

## SURRENDER

16.1   Generally. Tenant shall, on the last day of the Term, or upon the sooner termination of the Term, quit and surrender to Landlord the Premises vacant, free of all Tenant Personal Property, and in the same level of condition and repair as on the Commencement Date, reasonable wear and tear, and damage from condemnation excepted (provided, however, that the reference to reasonable wear and tear shall not be construed to diminish in any way Tenant's obligations pursuant to Article 26), and Tenant shall remove or demolish all of the Fixtures and Related Personal Property, structures and other improvements which Landlord shall have elected to cause Tenant to remove pursuant to and in accordance with Section 5.7 hereof; *provided, however,* that if requested by Landlord, at the termination of the Lease, Tenant shall allow the successor tenant to use Tenant Personal Property for a reasonable period of time until such successor tenant is able to acquire replacements for such Tenant Personal Property, as long as the successor tenant shall pay Tenant the reasonable rental value for such use. Upon the expiration or earlier termination of this Lease, Landlord may, to the extent permitted by Applicable Law, cause the transfer of the operation and management of the Premises and leasing of the Premises to any replacement manager or tenant of the Premises designated by Landlord. In connection with such transfer, Tenant shall cooperate with Landlord (including, if required by Landlord, the execution and delivery of a transfer agreement reasonably acceptable to the parties,) and provide for, at Landlord's expense (i) the transfer to Landlord, or to the successor tenant or property manager, of: (A) all federal, state or municipal licenses, certifications, certificates, approvals, permits, variances, waivers, and other authorizations certificates that are related to the operation of the Premises to the extent same are transferable; and (B) all names associated with the Premises as then known to the general public (but excluding any names that are Tenant Personal Property or any tradename or trademark), (ii) the preparation and filing of all notices reasonably required by Applicable Law in connection with such termination and transfer of management and operations, and (iii) the delivery of copies of all of Tenant's books and records relating to the Premises and their operations that are necessary to transition the Premises to the successor tenant, to Landlord or the successor property manager or tenant, within a reasonable time. Tenant's obligation to observe and perform this covenant shall survive the expiration or earlier termination of the Term. In the event that Tenant fails to surrender the Premises as aforesaid, in addition to the rights of Landlord under Section 16.3, Landlord shall have the right to exercise the applicable remedies upon the occurrence of an Event of Default. Tenant shall have the right, as long as no Event of Default exists under this Lease, upon the expiration of the Term (but

subject to the temporary use by the successor tenant referred to above), to remove from the Premises all of Tenant Personal Property, whether or not the same be attached to the real estate, *provided that* Tenant shall at its own cost and expense reasonably restore and repair any damage to the Premises caused by the removal of Tenant Personal Property. Such removal shall be done upon reasonable advance notice, at a mutually convenient time approved by Landlord and without disruption of the successor tenant's business operations.

16.2  <u>Rent Apportionment</u>. Upon the expiration of the Term, all Base Rent and Supplementary Rent and other items payable by Tenant under this Lease shall be apportioned to the date of termination.

16.3  <u>Holding Over</u>. Tenant acknowledges that possession of the Premises must be surrendered to Landlord at the expiration or sooner termination of the term of this Lease. The parties recognize and agree that the damage to Landlord resulting from any failure by Tenant to timely surrender possession of the Premises as aforesaid will be extremely substantial, will exceed the amount of the Base Rent and Supplementary Rent theretofore payable hereunder, and will be impossible to accurately measure. Tenant therefore agrees that if possession of the Premises is not surrendered to Landlord upon the expiration or sooner termination of the term of this Lease, then, in addition to any other rights or remedies available to Landlord at law or in equity or under this Lease, Tenant shall pay to Landlord, as rent for each month and for each portion of any month during which Tenant holds over in the Premises after the expiration or sooner termination of the term of this Lease, a sum equal to the higher of the then fair market rental value of the Premises as reasonably determined by Landlord, taking into account the effect of all material factors reasonably relevant to such determination, or one and one half (1.5) times the aggregate of the Base Rent and Supplementary Rent which was payable under this Lease with respect to the last month of the term hereof. Nothing herein contained shall be deemed to permit Tenant to retain possession of the Premises after the expiration or sooner termination of the term of this Lease; and in the event of any unauthorized holding over, Tenant shall indemnify each of the Indemnified Parties against (x) all claims for damages by any other lessee or prospective lessee to whom Landlord may have leased all or any part of the Premises effective before or after the expiration or termination of the Term of this Lease and (y) all losses, costs, claims and damages suffered by Landlord as a consequence of the termination of any lease or agreement to lease with any other lessee or prospective lessee, by reason of Tenant's holding over. If Tenant holds over in possession after the expiration or termination of the term of the Lease, such holding over shall not be deemed to extend the term or renew this Lease, but Tenant shall be a tenant at sufferance upon the terms and conditions hereof, at the Base Rent and Supplementary Rent as herein increased. Tenant hereby waives the benefit of any Applicable Law which would contravene or limit the provisions set forth in this <u>Section 16.3</u>. This provision shall survive the expiration or earlier termination of this Lease.

## ARTICLE 17

## <u>ACCESS</u>

17.1  <u>Inspection</u>. Landlord shall have the right and privilege to enter the Premises for the purpose of inspecting the same or for the purpose of showing the same to prospective purchasers or Mortgagees thereof, subject to the following conditions (collectively, "**Access Conditions**"): (i) Landlord must provide to any of Tenant's Representative at least twenty-four (24) hours' prior written notice of Landlord's intent to access the Premises, except that no such notice shall be required in the event of an emergency; (ii) Landlord may only access the Premises during normal business hours, and neither Landlord nor any prospective purchasers of Mortgagees thereof shall disturb or disrupt any of business operations at the Premises; and (iii) at Tenant's election, any one of Tenant's Representative may accompany Landlord or any