# CERTIFICATE OF SERVICE

I, Stuart M. Brown, Esquire, do hereby certify that, on this 13th day of September 2012, I caused a true and correct copy of the *Limited Objection of Master Landlords to Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases* to be served on the following addresses in the manner indicated below.

                                                              */s/ Stuart M. Brown*
                                                              Stuart M. Brown (DE 4050)

**VIA HAND DELIVERY**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 19102