# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | |
| et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 13th day of September, 2019, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

> **Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Objection and Reservation of Rights with Respect to the Proposed Sale of St. Christopher's Hospital and Certain Related Assets [Docket No. 714]**

/s/ Timothy P. Cairns
Timothy P. Cairns (DE Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Center City Healthcare, LLC d/b/a
Hahnemann University Hospital, *et al.*
(2002 FCM)
Case No. 19-11466 (KG)
Document No. 224421
30 – Hand Delivery
90 – First Class Mail


(Counsel to Tenet Business Services Corp.
and Conifer Revenue Cycle Solutions, LLC)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
David C. Weiss, Esquire
c/o Ellen Slights, Esquire
Office of the United States Attorney
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

**Hand Delivery**
(United States Trustee)
Benjamin Hackman, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-6519

**Hand Delivery**
(Counsel to the Debtors)
Mark Minuti, Esquire
Monique DiSabatino, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Capital One, N.A.)
Gregory A. Taylor, Esquire
Katharina Earle, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Drexel University)
Tobey M. Daluz, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Harrison Street Real Estate LLC)
Stuart M. Brown, Esquire
DLA Piper LLP
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

**Hand Delivery**
(Counsel to SpecialtyCare Inc.)
Marc S. Casarino, Esquire
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Commonwealth of Pennsylvania Department of Health)
Richard A. Barkasy, Esquire
Daniel M. Pereira, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel to General Healthcare Resources, LLC)
Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1007 N. Orange Street, Suite 501
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Veolia Energy Philadelphia, Inc.)
Howard A. Cohen, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1761

**Hand Delivery**
(Counsel to Gift of Life Donor Program, Greater Delaware Valley Society)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621

**Hand Delivery**
(Counsel to Tower Health)
Joseph H. Huston, Esquire
Stevens & Lee, P.C.
919 N. Market Street, Suite 1300
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Vitalant)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Suzanne Koenig, Patient Care Ombudsman)
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Temple University Health System, Inc.)
Marcy J. McLaughlin, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

**Hand Delivery**
(Proposed Counsel to the Official Committee of Unsecured Creditors)
Thomas M. Horan, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Counsel to MidCap Funding IV Trust, MidCap Financial Trust, MidCap Funding H Trust)
Joelle E. Polesky, Esquire
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Association of American Medical Colleges (the "AAMC") and the Educational Commission for Foreign Medical Graduates (the "ECFMG")
Justin R. Alberto, Esquire
Sophie E. Macon, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Medline Industries, Inc.)
Frederick B. Rosner, Esquire
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

2

**Hand Delivery**
(Counsel to Roche Diagnostics Corporation)
David M. Powlen, Esquire
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Cerner Corporation)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Suzanne Richards and Pamela Saechow)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Albert Einstein Healthcare Network)
Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**Hand Delivery**
(Counsel to Laboratory Corporation of America® Holdings ("LabCorp") and Monogram Biosciences, Inc. ("Monogram"))
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Hackensack Meridian Health)
Natasha M. Songonuga, Esquire
Robert K. Malone, Esquire
David N. Crapo, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington DE 19801-1761

**Hand Delivery**
(Counsel to Coloplast Corp.)
Stephanie A. Fox, Esquire
Maron Marvel Bradley Anderson & Tardy LLC
1201 N. Market Street, Suite 900
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.)
Patrick A. Jackson, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621

**Hand Delivery**
(Counsel to Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC)
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to St. Christopher's Hospital for Children Medical Staff)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to LEAF Capital Funding, LLC)
Deirdre M. Richards, Esquire
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801

**First Class Mail**
(Counsel to the Debtors)
Jeffrey Hampton, Esquire
Adam Isenberg, Esquire
Aaron Applebaum, Esquire
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

**First Class Mail**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**First Class Mail**
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**First Class Mail**
United States Department of Justice
Civil Division
1100 L Street, NW, 10030
Washington, DC 20005

**First Class Mail**
Josh Shapiro, Esquire
Office of the Attorney General
Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA 17120

**First Class Mail**
Pennsylvania Dept. of Human Services
1401 North Seventh Street
Harrisburg, PA 17105

**First Class Mail**
Pennsylvania Dept. of Human Services
PO Box 2675
Harrisburg, PA 17105-2675

**First Class Mail**
Attn: Law Dept
City of Philadelphia
1515 Arch Street, 17th Floor
Philadelphia, PA 19102

**First Class Mail**
(Top 30 Creditors)
Rob Dubow
City of Philadelphia
Code Violation Enforcement Division
PO Box 56318
Philadelphia, PA 19130

**First Class Mail**
(Top 30 Creditors)
aCandice Henson
Concentra d/b/a Concentra Medical Centers
5080 Spectrum Drive, 1200W
Addison, TX 75001

**First Class Mail**
(Top 30 Creditors)
Kay Ennis
Nthrive Inc.
200 North Point Center E, Suite 600
Alpharetta, GA 30022

4

**First Class Mail**
(Top 30 Creditors)
Peter J Butera, Esquire
Smith & Nephew
150 Minuteman Road
Andover, MA  01810

**First Class Mail**
(Top 30 Creditors)
Brooke Mitch
Ino Therapeutics LLC d/b/a Mallinckrodt Pharmaceuticals
1425 US Route 206
Bedminster, NJ  07921

**First Class Mail**
(Top 30 Creditors)
Eric Vautrin
Olympus America Inc.
3500 Corporate Parkway
Center Valley, PA  18034-0610

**First Class Mail**
(Top 30 Creditors)
Dennis Czaplicki
Crothall Healthcare Inc.
13028 Collections Center Drive
Chicago, IL  60693

**First Class Mail**
(Top 30 Creditors)
Brian Castelein, CBA
Medtronic USA Inc.
4642 Collections Center Drive
Chicago, IL  60693

**First Class Mail**
(Top 30 Creditors)
Kelley Maskeri
Premier Healthcare Solutions
5882 Collections Center Drive
Chicago, IL  60693

**First Class Mail**
(Top 30 Creditors)
Nick Gulland
Optuminsight
11000 Optum Circle
Eden Prairie, MN  55344

**First Class Mail**
(Top 30 Creditors)
Nicole Hassler
Champion Energy
1500 Rankin Road, Suite 200
Houston, TX  77073

**First Class Mail**
(Top 30 Creditors)
John Erickson
Ensemble RCM LLC
13620 Reese Blvd, Suite 200
Huntersville, NC  28078

**First Class Mail**
(Top 30 Creditors)
Quality Systems Inc.
18111 Von Karman Ave, Suite 700
Irvine, CA  92612

**First Class Mail**
(Top 30 Creditors)
Ian Wilson
Cerner Corp
2800 Rockcreek Parkway
Kansas City, MO  64117

**First Class Mail**
(Top 30 Creditors)
Donald J. Damico
Global Neurosciences Institute
3100 Princeton Park, Building 3, Suite D
Lawrenceville, NJ  08648

**First Class Mail**
(Top 30 Creditors)
Clenn Frost
Renal Treatment Centers Se LP - Davita
2476 East Swedesford Road, Suite 150
Malvern, PA 19355

**First Class Mail**
(Top 30 Creditors)
Shane Reed
Medline Industries Inc.
Three Lakes Drive
Northfield, IL 60093

**First Class Mail**
(Top 30 Creditors)
Benefit Fund for Hosp & Health
1319 Locust Street
Philadelphia, PA 19107

**First Class Mail**
(Top 30 Creditors)
Anthony Esposito
Drexel University
3201 Arch Street, Suite 420
Philadelphia, PA 19104

**First Class Mail**
(Top 30 Creditors)
Stacy Cramer
Greater Delaware Valley Society
401 N 3rd Street
Philadelphia, PA 19123

**First Class Mail**
(Top 30 Creditors)
Temple University Hospital
Cashier Office
3401 N. Broad Street, Rm A 131
Philadelphia, PA 19140

**First Class Mail**
(Top 30 Creditors)
Tricia Marts
Veolia Energy Philadelphia Inc.
2600 Christian Street
Philadelphia, PA 19146

**First Class Mail**
(Top 30 Creditors)
Subbarao Pushadapu
NTT Data Services LLC
7950 Legacy Dr, Suite 900
Plano, TX 75024

**First Class Mail**
(Top 30 Creditors)
Al Santosusso
Universal Protection SVS LP
1551 North Tustin Ave, Suite 650
Santa Ana, CA 92705

**First Class Mail**
(Top 30 Creditors)
Patty Paget
DePuy Synthes Sales
Customer Receivables Management
Highway 22 N
Somerville, NJ 08876-1051

**First Class Mail**
(Top 30 Creditors)
Tara Smalls
American Red Cross
430 17th St NW
Washington, DC 20006

**First Class Mail**
(Top 30 Creditors)
Arushi Chandran
General Electric Co. d/b/a GE Healthcare
9900 Innovation Drive
Wauwatosa, WI 53226-4856

**First Class Mail**
(Top 30 Creditors)
Pittsburgh National Bank 640382
Amy Dorfmeister, Esquire
Ernst & Young US LLP
1 PPG Pl #2100
Pittsburgh, PA 15264

**First Class Mail**
(Debtors' Union)
Pennsylvania Association of Staff Nurses
and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428

**First Class Mail**
(Debtors' Union)
International Brotherhood of Electrical
Workers, Local 98
1701 Spring Garden Street
Philadelphia, PA 19130

**First Class Mail**
(Debtors' Union)
National Union of Hospital and Healthcare
Employees, AFSCME, AFL-CIO
1319 Locust Street
Philadelphia, PA 19107

**First Class Mail**
(Debtors' Union)
National Union of Hospital and Healthcare
Employees, District 1199C
1319 Locust Street
Philadelphia, PA 19107

**First Class Mail**
(Counsel to SpecialtyCare, Inc.)
Amy E. Vulpio, Esquire
White and Williams LLP
1650 Market Street, 18th Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel to certain of the union)
Jonathan Walters, Esquire
Markowitz & Richman
123 South Broad Street, Suite 2020
Philadelphia, PA 19109

**First Class Mail**
(Counsel to certain of the unions (1199) and
Benefit Fund for Hospital and Health Care
Employees, Philadelphia and Vicinity)
Lance Geren, Esquire
O'Donoghue & O'Donoghue LLP
325 Chestnut Street, Suite 600
Philadelphia, PA 19106

**First Class Mail**
(Counsel to Harrison Street Real Estate,
LLC)
Richard A. Chesley, Esquire
DLA Piper LLP
444 W. Lake Street, Suite 900
Chicago, IL 60606

**First Class Mail**
(Counsel to MidCap Funding IV Trust)
Deborah A. Reperowitz, Esquire
Stradley Ronan Stevens & Young LLP
100 Park Avenue, Suite 2000
New York, NY 10017

**First Class Mail**
(Counsel to Capital One, N.A.)
Louis A. Curcio, Esquire
Jessica D. Mikhailevich, Esquire
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Capital One, N.A.)
Matthew R. Brooks, Esquire
Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

**First Class Mail**
(Counsel to Drexel University)
Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Drexel University College of Medicine)
Stephen A. Cozen, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC)
Stephen C. Hackney, P.C.
Gregory F. Pesce, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**First Class Mail**
(Counsel to Tenet Business Services Corp. and Conifer Revenue Cycle Solutions, LLC)
Nicole L. Greenblatt, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**First Class Mail**
(Counsel to the City of Philadelphia)
Megan Harper, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**First Class Mail**
(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*)
Carol E. Momjian, Esquire
Christopher R. Momjian, Esquire
Office of the Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Suzanne Koenig, Patient Care Ombudsman)
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601

**First Class Mail**
(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*)
Ryan B. Smith, Esquire
Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Veolia Energy Philadelphia, Inc.)
Dale E. Barney, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

**First Class Mail**
(Counsel to the Commonwealth of Pennsylvania, Office of Attorney General, as *parens patriae*)
David Dembe, Esquire – Sr. Deputy Attorney General
Lisa M. Rhode, Esquire – Sr. Deputy Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel to DaVita, Inc., and Renal Treatment Centers – Northeast, Inc.)
Timothy M. Swanson, Esquire
Vikrama S. Chandrashekar, Esquire
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202

**First Class Mail**
(Counsel to Rydal Square L.P.)
Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147-1222

**First Class Mail**
(Counsel to Tower Health)
Robert Lapowsky, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406

**First Class Mail**
(Counsel to NTT Data Services)
Sabrina L. Streusand, Esquire
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, TX 78746

**First Class Mail**
(Counsel to General Healthcare Resources, LLC)
Rachel Jaffe Mauceri, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

**First Class Mail**
(Counsel to United States of America)
Marc S. Sacks, Esquire
U.S. Department of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

**First Class Mail**
(Counsel to Temple University Health System, Inc.)
Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

**First Class Mail**
(Counsel to Hayes Locum, LLC)
Daniel K. Hogan, Esquire
Garvan F. McDaniel, Esquire
Daniel C. Kerrick, Esquire
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, DE 19805

**First Class Mail**
(Proposed Counsel to the Official Committee of Unsecured Creditors)
Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

**First Class Mail**
(Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals)
Mitchell Malzberg, Esquire
Law Offices of Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
PO Box 5122
Clinton, NJ 08809

**First Class Mail**
(Counsel to MidCap Funding IV Trust, MidCap Financial Trust, MidCap Funding H Trust)
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Association of American Medical Colleges (the "AAMC") and the Educational Commission for Foreign Medical Graduates (the "ECFMG")
Oscar N. Pinkas, Esquire
Lauren Macksoud, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

**First Class Mail**
(Counsel to Medline Industries, Inc.)
George P. Angelich, Esquire
Phillip Khezri, Esquire
Arent Fox LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

**First Class Mail**
(Office of Unemployment Compensation Tax Services ("UCTS"))
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**First Class Mail**
(Counsel to Cerner Corporation)
Darrell W. Clark, Esquire
Tracey M. Ohm, Esquire
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006

**First Class Mail**
(Counsel to Paths, LLC)
Christina J. Pross, Esquire
Mattleman Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

**First Class Mail**
(Counsel to Suzanne Richards and Pamela Saechow)
Phillip D. Berger, Esquire
Matthew R. Kaufmann, Esquire
Berger Law Group, P.C.
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010

**First Class Mail**
(Counsel to Albert Einstein Healthcare Network)
Mairi V. Luce, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196

**First Class Mail**
Penny J. Rezet
Executive Vice President & Chief Legal Officer
Albert Einstein Healthcare Network
5501 Old York Road
Philadelphia, PA 19141

**First Class Mail**
William J. Wickward, Jr., Esquire
General Counsel
CS Medical
2179 E. Lyon Station Road
Creedmoor, NC 27522

10

**First Class Mail**
(Counsel to Med One Capital Funding, LLC)
David H. Leigh, Esquire
Ray Quinney & Nebeker, P.C.
36 S. State Street, 14th Floor
Salt Lake City, UT  84111

**First Class Mail**
(Counsel to Philadelphia Hospital and Healthcare Employees – District 1199C Training and Upgrading Fund ("Training Fund"))
Training & Upgrading Fund
c/o Susan A. Murray, Esquire
Freedman & Lorry, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA  19103

**First Class Mail**
(Counsel to Ensemble RCM, LLC d/b/a Ensemble Health Partners)
Jeffrey R. Barber, Esquire
Jones Walker LLP
190 E. Capitol Street, Suite 800 (39201)
PO Box 427
Jackson, MS  39205-0427

**First Class Mail**
(Counsel to Sodexo Management, Inc. aka Sodexo, Inc. & Affiliates)
Judy D. Thompson, Esquire
JD Thompson Law
PO Box 33127
Charlotte, NC  28233

**First Class Mail**
(Counsel to Pennsylvania Association of Staff Nurses and Allied Professionals)
Claiborne S. Newlin, Esquire
Markowitz and Richman
123 S. Broad Street, Suite 2020
Philadelphia, PA  19109

**First Class Mail**
(Counsel to Hackensack Meridian Health)
Patricia A. Celano, Esquire
Pearlman & Miranda, LLC
110 Edison Place, Suite 301
Newark, NJ  07102

**First Class Mail**
(Counsel to SBJ Group Inc.)
E. Todd Sable, Esquire
Lawrence A. Lichtman, Esquire
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

**First Class Mail**
(Counsel to Vizient, Inc.)
David L. Campbell, Esquire
Eli D. Pierce, Esquire
Underwood Perkins, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 1900
Dallas, TX  75240

**First Class Mail**
(Counsel to ThermaSolutions, Inc.)
Marc A. Al, Esquire
Stoel Rives LLP
33 S. 6th Street, Suite 4200
Minneapolis, MN  55402

**First Class Mail**
(Counsel to Thomas Jefferson University and Thomas Jefferson University Hospitals, Inc.)
Marita S. Erbeck, Esquire
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047

...

**First Class Mail**
(Counsel to Joel Freedman, American Academic Health Systems, LLC and Philadelphia Academic Health Holdings LLC)
Suzzanne Uhland, Esquire
Daniel S. Shamah, Esquire
Diana M. Perez, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

**First Class Mail**
(Counsel to St. Christopher's Hospital for Children Medical Staff)
Albert A. Ciardi III, Esquire
Ciardi Ciardi & Astin
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493