# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Center City Healthcare, LLC

**Case No.:** 19–11466–KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_____

Una O'Boyle, Clerk of Court

Date: 9/12/19
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:  
Center City Healthcare, LLC  
    Debtor

Case No. 19-11466-KG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: JasonSp     Page 1 of 4     Date Rcvd: Sep 12, 2019  
                        Form ID: van440     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db             +Center City Healthcare, LLC,    230 North Broad Street,    Philadelphia, PA 19102-1121
aty            +Benjamin A. Hackman,    Office of the United States Trustee,    844 King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
               +Thomas Jefferson University Hospitals, Inc.,    Drinker Biddle & Reath LLP,
                 C/O Patrick Jackson,    222 Delaware Avenue, Suite 1410,    Wilmington, DE 19801-1633
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
```
              Aaron S. Applebaum    on behalf of Debtor    Center City Healthcare, LLC aaron.applebaum@saul.com
              Adam H. Isenberg    on behalf of Debtor    Center City Healthcare, LLC aisenberg@saul.com
              Andrew Kelser    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees,
               Philadelphia and Vicinity akelser@odonoghuelaw.com
              Andrew H. Sherman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               asherman@sillscummis.com
              Andrew L. Cole    on behalf of Creditor    Sodexo Management, Inc. acole@coleschotz.com,
               pratkowiak@coleschotz.com;bankruptcy@coleschotz.com
              Benjamin A. Hackman    on behalf of U.S. Trustee    U.S. Trustee benjamin.a.hackman@usdoj.gov
              Boris I. Mankovetskiy    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors bmankovetskiy@sillscummis.com
              Brendan Joseph Schlauch    on behalf of Interested Party    American Academic Health Systems, LLC
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties, LLC
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Philadelphia Academic Health Holdings
               LLC schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties II,
               LLC schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party Joel    Freedman schlauch@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brett D. Fallon    on behalf of Interested Party    Strategic Global Management, Inc.
               bfallon@morrisjames.com,    wweller@morrisjames.com;rzerbe@morrisjames.com
              Brett D. Fallon    on behalf of Interested Party    KPC Global bfallon@morrisjames.com,
               wweller@morrisjames.com;rzerbe@morrisjames.com
              Bryan J Hall    on behalf of Creditor    224 E. 13th Street Realty Corp. bhall@blankrome.com
              Bryan J Hall    on behalf of Creditor    Philadelphia College of Osteopathic Medicine
               bhall@blankrome.com
              Carol E. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of
               Attorney General cmomjian@attorneygeneral.gov
              Chantelle D'nae McClamb    on behalf of Creditor    Drexel University mcclambc@ballardspahr.com,
               maddoxm@ballardspahr.com
              Charles A. McCauley III    on behalf of Creditor    Mayflower Laundry and Textile Services, LLC
               cmccauley@offitkurman.com,    rcovington@offitkurman.com
              Christina J. Pross    on behalf of Creditor    PATHS LLC cpross@mwm-law.com
              Christopher A. Ward    on behalf of Creditor    BioCare, Inc., an Arizona for-profit corporation
               cward@polsinelli.com,    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
```

```
District/off: 0311-1          User: JasonSp              Page 2 of 4              Date Rcvd: Sep 12, 2019
                              Form ID: van440            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher A. Ward   on behalf of Creditor   Vitalant, an Arizona non-profit corporation cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher Dean Loizides   on behalf of Creditor   Global Neurosciences Institute, LLC loizides@loizides.com
          Christopher R. Momjian   on behalf of Interested Party   Commonwealth of Pennsylvania, Office of Attorney General crmomjian@attorneygeneral.gov
          Claiborne S. Newlin   on behalf of Creditor   Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com, kbrookes@markowitzandrichman.com
          Curtis S. Miller   on behalf of Interested Party   Accreditation Council for Graduate Medical Education cmiller@mnat.com, rfusco@mnat.com;greimann@mnat.com
          Dale E. Barney   on behalf of Creditor   Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com
          Daniel K. Hogan   on behalf of Creditor   Hayes Locum, LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel Michael Pereira   on behalf of Interested Party   Commonwealth of Pennsylvania Department of Health dpereira@schnader.com, 5283212420@filings.docketbird.com,EMcCarthy@schnader.com
          Daniel S. Shamah   on behalf of Interested Party Joel   Freedman dshamah@omm.com
          Daniel S. Shamah   on behalf of Interested Party   American Academic Health Systems, LLC dshamah@omm.com
          Daniel S. Shamah   on behalf of Interested Party   Philadelphia Academic Health Holdings LLC dshamah@omm.com
          Darrell W. Clark   on behalf of Creditor   Cerner Corporation dclark@stinson.com, cscott@stinson.com
          David Dembe   on behalf of Interested Party   Commonwealth of Pennsylvania, Office of Attorney General ddembe@attorneygeneral.gov
          David L. Campbell   on behalf of Creditor   Vizient, Inc. dcampbell@uplawtx.com, epierce@uplawtx.com
          David M. Klauder   on behalf of Creditor Corinthia   Shields dklauder@bk-legal.com
          David M. Klauder   on behalf of Creditor   Suzanne Richards & Pamela Saechow dklauder@bk-legal.com
          David P. Primack   on behalf of Creditor   Crothall Healthcare, Inc. dprimack@mdmc-law.com, kpatterson@mdmc-law.com
          Deirdre M. Richards   on behalf of Creditor   LEAF Capital Funding LLC drichards@finemanlawfirm.com
          Deirdre M. Richards   on behalf of Creditor   Rydal Square, L.P. drichards@finemanlawfirm.com
          Dennis A. Meloro   on behalf of Health Care Ombudsman   Suzanne Koenig, as Patient Care Ombudsman melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro   on behalf of Creditor   3M Company melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Drew McGehrin   on behalf of Creditor   The Chubb Companies dsmcgehrin@duanemorris.com
          E. Todd Sable   on behalf of Interested Party   SBJ Group Inc. tsable@honigman.com
          Frederick B. Rosner   on behalf of Creditor   Medline Industries, Inc. rosner@teamrosner.com
          George P. Angelich   on behalf of Creditor   Medline Industries, Inc. angelich.george@arentfox.com, beth.brownstein@arentfox.com;phillip.khezri@arentfox.com
          Gregory A. Taylor   on behalf of Interested Party   Capital One, N.A. gtaylor@ashbygeddes.com
          Holly M Smith   on behalf of Interested Party   Watts Restoration Company, Inc. smith@lrclaw.com, Ramirez@lrclaw.com;Dellose@lrclaw.com;Butler@lrclaw.com
          Howard A. Cohen   on behalf of Creditor   Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com
          Jarret P. Hitchings   on behalf of Creditor   Albert Einstein Healthcare Network jphitchings@duanemorris.com
          Jason A. Gibson   on behalf of Creditor   Medline Industries, Inc. gibson@teamrosner.com
          Jason A. Gibson   on behalf of Interested Party   Cooper University Healthcare gibson@teamrosner.com
          Jeffrey Kurtzman   on behalf of Creditor   Rydal Square, L.P. kurtzman@kurtzmansteady.com
          Jeffrey C. Hampton   on behalf of Debtor   Center City Healthcare, LLC jeffrey.hampton@saul.com
          Jeffrey R Barber   on behalf of Creditor   Ensemble RCM, LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com
          Jeffrey R. Waxman   on behalf of Creditor   Herman Goldner Co., Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com;rzerbe@morrisjames.com
          Jeremy William Ryan   on behalf of Interested Party   SBJ Group Inc. jryan@potteranderson.com, bankruptcy@potteranderson.com
          Jody C. Barillare   on behalf of Creditor   General Healthcare Resources, LLC jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
          Joelle E. Polesky   on behalf of Creditor   MidCap Financial Trust jpolesky@stradley.com, tmitchell@stradley.com
          Joelle E. Polesky   on behalf of Creditor   MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) jpolesky@stradley.com, tmitchell@stradley.com
          Joelle E. Polesky   on behalf of Creditor   MidCap Funding H Trust jpolesky@stradley.com, tmitchell@stradley.com
          John Henry Schanne, II   on behalf of Interested Party   Temple University Health System, Inc. schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Joseph H. Huston, Jr.   on behalf of Interested Party   TOWER HEALTH SERVICES jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Interested Party   St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com
          Judy D. Thompson   on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia Bettina Klein   on behalf of Creditor   Premier, Inc. klein@kleinllc.com
          Justin R. Alberto   on behalf of Creditor   Association of American Medical Colleges jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

```
District/off: 0311-1           User: JasonSp            Page 3 of 4             Date Rcvd: Sep 12, 2019
                               Form ID: van440         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Justin R. Alberto   on behalf of Creditor   Educational Commission for Foreign Medical Graduates jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck   on behalf of Creditor   PECO Energy Company kbuck@mccarter.com
          Kate R. Buck   on behalf of Creditor   Atlantic City Energy Company kbuck@mccarter.com
          Katharina Earle   on behalf of Interested Party   Capital One, N.A. kearle@ashbygeddes.com
          Kevin G. Collins   on behalf of Creditor   Roche Diagnostics Corporation kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Lance Michael Geren   on behalf of Creditor   Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Lance Michael Geren   on behalf of Creditor   Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Laura Davis Jones   on behalf of Creditor   Tenet Business Services Corp. ljones@pszjlaw.com
          Laura Davis Jones   on behalf of Creditor   Conifer Revenue Cycle Solutions, LLC ljones@pszjlaw.com
          Lawrence A. Lichtman   on behalf of Interested Party   SBJ Group Inc. LLichtman@honigman.com
          Louis A. Curcio   on behalf of Interested Party   Capital One, N.A. louis.curcio@troutman.com, john.murphy@troutman.com
          Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare, Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
          Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare IOM Services, LLC casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
          Marcus Scott Sacks   on behalf of Creditor   UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov, Hillary.Burchuk@fcc.gov
          Marcy J. McLaughlin   on behalf of Interested Party   Temple University Health System, Inc. mclaughlinm@pepperlaw.com, molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Marita Erbeck   on behalf of Interested Party   Thomas Jefferson University marita.erbeck@dbr.com
          Marita Erbeck   on behalf of Interested Party   Thomas Jefferson University Hospitals, Inc. marita.erbeck@dbr.com
          Mark Minuti   on behalf of Debtor   St. Christopher's Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   St. Christopher's Pediatric Urgent Care Center, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   HPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   Philadelphia Academic Health System, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   TPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   TPS V of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   Philadelphia Academic Medical Associates, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   TPS III of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   TPS II of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   TPS IV of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   Center City Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   SCHC Pediatric Anesthesia Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark Minuti   on behalf of Debtor   StChris Care at Northeast Pediatrics, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
          Mark D. Collins   on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Interested Party   American Academic Health Systems, LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Interested Party   Philadelphia Academic Health Holdings LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Megan N. Harper   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov
          Monica Mathews Reynolds   on behalf of Interested Party   Watts Restoration Company, Inc. mreynolds@cwolaw.com
          Monique Bair DiSabatino   on behalf of Debtor   Center City Healthcare, LLC monique.disabatino@saul.com, robyn.warren@saul.com
          Natasha M. Songonuga   on behalf of Interested Party   Hackensack Meridian Health nsongonuga@gibbonslaw.com
          Nicholas J. LePore, III   on behalf of Interested Party   Commonwealth of Pennsylvania Department of Health nlepore@schnader.com
          Paige Noelle Topper   on behalf of Interested Party   Accreditation Council for Graduate Medical Education ptopper@mnat.com, rfusco@mnat.com
          Pamela Elchert Thurmond   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, pelchertthurmond@gmail.com

```
District/off: 0311-1           User: JasonSp              Page 4 of 4                Date Rcvd: Sep 12, 2019
                               Form ID: van440            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Patrick A. Jackson    on behalf of Interested Party    Thomas Jefferson University Hospitals, Inc. Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
        Patrick A. Jackson    on behalf of Interested Party    Thomas Jefferson University Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
        Patrick A. Jackson    on behalf of Creditor    Gift of Life Donor Program, Greater Delaware Valley Society Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
        Pearl Pham    on behalf of Creditor    PHILADELPHIA GAS WORKS pearl.pham@pgworks.com
        R. Stephen McNeill    on behalf of Interested Party    SBJ Group Inc. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
        Reliable Companies    gmatthews@reliable-co.com
        Richard A. Barkasy    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com
        Ryan B Smith    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General rbsmith@attorneygeneral.gov
        Sabrina L. Streusand    on behalf of Creditor    NTT Data Services , prentice@slollp.com
        Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
        Sophie E. Macon    on behalf of Creditor    Association of American Medical Colleges smacon@bayardlaw.com, ehendry@bayardlaw.com
        Sophie E. Macon    on behalf of Creditor    Educational Commission for Foreign Medical Graduates smacon@bayardlaw.com, ehendry@bayardlaw.com
        Stephanie A. Fox    on behalf of Creditor    Coloplast Corp. saf@maronmarvel.com, kkw@maronmarvel.com
        Stuart M. Brown    on behalf of Interested Party    PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
        Stuart M. Brown    on behalf of Interested Party    Harrison Street Real Estate, LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
        Susan Murray    on behalf of Creditor    Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund smurray@freedmanlorry.com
        Thomas M. Horan    on behalf of Creditor Committee    Official Committee of Unsecured Creditors thoran@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
        Timothy Swanson    on behalf of Interested Party    Renal Treatment Centers-Northeast, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
        Timothy Swanson    on behalf of Interested Party    DaVita, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
        Timothy P. Cairns    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC tcairns@pszjlaw.com
        Timothy P. Cairns    on behalf of Creditor    Tenet Business Services Corp. tcairns@pszjlaw.com
        Tobey M. Daluz    on behalf of Creditor    Drexel University daluzt@ballardspahr.com, maddoxm@ballardspahr.com
        U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
        Vikrama S. Chandrashekar    on behalf of Creditor    Renal Treatment Centers-Northeast, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
        Vikrama S. Chandrashekar    on behalf of Creditor    DaVita, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
        Vincent J Marriott, III    on behalf of Creditor    Drexel University marriott@ballardspahr.com
        William D. Sullivan    on behalf of Creditor    Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com
        William D. Sullivan    on behalf of Creditor    Monogram Biosciences, Inc. wdsecfnotices@sha-llc.com
        William F. Taylor, Jr.    on behalf of Creditor    Constellation New Energy - Gas Division, LLC bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
        William F. Taylor, Jr.    on behalf of Creditor    PECO Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
        William F. Taylor, Jr.    on behalf of Creditor    Cerner Corporation bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
        William F. Taylor, Jr.    on behalf of Creditor    Atlantic City Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

                                                    TOTAL: 140