# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
|  | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Re: Docket Nos. 205 and 301** |

## NOTICE OF EXTENSION OF BID DEADLINE AND AUCTION

**PLEASE TAKE NOTICE** that on July 16, 2019, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets; (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "**Sale Motion**") [D.I. 205].

**PLEASE TAKE FURTHER NOTICE** that on July 26, 2019, the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchasers, and (IV) Granting Related Relief* (the "**Bidding Procedures Order**") [D.I. 301] that, among other things, approved the process and procedures (the "**Bidding**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

**Procedures**"), through which the Debtors will solicit bids for the sale of substantially all the assets of the STC Entities.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and Bidding Procedures, the Debtors, in consultation with the Consultation Parties, are permitted to modify the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, after consultation with the Consultation Parties, to extend the Bid Deadline and the Auction as follows:

1. The deadline to submit a Qualified Bid shall be **September 18, 2019 at 2:00 p.m. (prevailing Eastern time)**.

2. In the event that the Debtors timely receive more than one Qualified Bid, the Debtors shall conduct an Auction for the sale of substantially all the assets of the STC Entities. The Auction, if one is necessary, will commence on **September 19, 2019 at 10:00 a.m. (prevailing Eastern time)**, or such other date as determined by the Debtors, in consultation with the Consultation Parties, at the offices of Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (or at any other location as the Debtors may hereafter designate on proper notice).

**PLEASE TAKE FURTHER NOTICE** that all other deadlines set forth in the Bidding Procedures Order and Bidding Procedures remain unchanged.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion, Bidding Procedures Order and Bidding Procedures, as applicable.

-3-

Dated: September 16, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*