## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 13, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Sale, Bidding Procedures, Auction, and Sale Hearing**[2]

Dated: September 16, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 16th day of September, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] A copy of the Notice is attached as **Exhibit B**.

# **EXHIBIT A**

| | | |
|---|---|---|
| AA CASA INC<br>DBA PM ASSOCIATES<br>PO BOX 2104<br>MEDIA, PA 19063 | AA CASA INC<br>T/A PM ASSOCIATES<br>PO BOX 2104<br>MEDIA, PA 19063 | AANCHAL CHHANTYAL<br>ADDRESS REDACTED |
| ACCESS CREDENTIAL SYSTEMS LLC<br>DBA AUTOMATED CARD SYSTEMS INC<br>104 HIGHCROFT CIR<br>EIGHTY FOUR, PA 15330 | ACS RECOVERY SERVICES<br>PO BOX 3009<br>NAPERVILLE, IL 60566 | AETNA<br>PO BOX 3009<br>NAPERVILLE, IL 60566 |
| AETNA HEALTHCARE<br>PO BOX 981106<br>EL PASO, TX 79998 | ALAN DOUGHERTY<br>ADDRESS REDACTED | ALBERTO NUNEZ<br>ADDRESS REDACTED |
| ALEXANDRA HANRETTY<br>ADDRESS REDACTED | ALI BARBAR RAZA MD<br>ADDRESS REDACTED | ALICIA CARTER<br>ADDRESS REDACTED |
| AMANDA MALAMUD<br>ADDRESS REDACTED | AMERICAN HEART ASSOCIATION INC<br>9200 ESTERO PARK COMMONS BLVD STE 7<br>ESTERO, FL 33928 | ANNA MARO<br>ADDRESS REDACTED |
| ANNIE NGUYEN<br>ADDRESS REDACTED | ANTHONY COLLINS<br>ADDRESS REDACTED | ANTONIA KARFAKIS<br>ADDRESS REDACTED |
| ARROHEAD SCIENTIFIC INC<br>ARROWHEAD FORENSICS<br>11006 STRANG LINE RD<br>LENEXA, KS 66215 | BASANT NASSAR<br>ADDRESS REDACTED | BIANCA DAVIES<br>ADDRESS REDACTED |
| BIOLOGICAL CONTROLS<br>41 GLENWOOD RD<br>COLTS NECK, NJ 07722 | BLACK & BLACK SURGICAL INC<br>5175 S ROYAL ATLANTA DR<br>TUCKER, GA 30084 | BRENDAN MATTHEWS<br>ADDRESS REDACTED |
| BRIAN BERG<br>ADDRESS REDACTED | BRIAN MILLER<br>ADDRESS REDACTED | BRIANA PLY<br>ADDRESS REDACTED |
| BRITTANY STEPHENS<br>ADDRESS REDACTED | BUDGET TRUCK RENTAL<br>1661 S DIXIE HWY<br>POMPANO BEACH, FL 33060 | C IGOR MESIA MD<br>ADDRESS REDACTED |
| CAINE & WEINER<br>ATTN: TRACY DAVIS<br>PO BOX 55848<br>SHERMAN OAKS, CA 91413 | CAROLINE AGNEW<br>ADDRESS REDACTED | CASARES PHOTOGRAPHY INC<br>DBA ALL ANGLES<br>PO BOX 597<br>BLAKESLEE, PA 18610 |

Center City Healthcare, LLC, et al - U.S. Mail      Served 9/13/2019

| | | |
|---|---|---|
| CECILIA LEATHAM<br>ADDRESS REDACTED | CHARU GUPTA MD<br>ADDRESS REDACTED | CHASA CONTINO<br>ADDRESS REDACTED |
| CHELSEA COHEN<br>ADDRESS REDACTED | CHRISTINE CULKIN<br>ADDRESS REDACTED | CHRISTOPHER WALKER<br>ADDRESS REDACTED |
| CRAIG TINKER<br>ADDRESS REDACTED | CRYSTAL NEGRON<br>ADDRESS REDACTED | DAVID W DANNER<br>ADDRESS REDACTED |
| DEVINDER SINGH<br>ADDRESS REDACTED | DEVON INTERNATIONAL INC<br>700 AMERICAN AVE STE 100<br>KNG OF PRUSSA, PA 19406 | DIANA GARCIA<br>ADDRESS REDACTED |
| DOMINIQUE WASHINGTON<br>ADDRESS REDACTED | DORIS RIVAS<br>ADDRESS REDACTED | DOUGLAS PARRILLO<br>ADDRESS REDACTED |
| DOUGLAS W PARRILLO MD<br>ADDRESS REDACTED | EKAMJEET RANDHAWA<br>ADDRESS REDACTED | EMILY BASS<br>ADDRESS REDACTED |
| ERICA BROOKS<br>ADDRESS REDACTED | ERIN BARNES<br>ADDRESS REDACTED | EUROTROL INC<br>ATTN: ACCOUNTS RECEIVABLE<br>850 N BLACK BRANCH RD<br>ELIZABETHTOWN, KY 42701 |
| FRANCIS E SCHNEIDER<br>ADDRESS REDACTED | FRAZIER KEITT<br>ADDRESS REDACTED | FREDERICK L REIGLE ESQ<br>2901 SAINT LAWRENCE AVE STE 100<br>READING, PA 19606 |
| FREDERICK REIGLE, TRUSTEE<br>RE TH HERNANDEZ CS#101663652<br>2901 SAINT LAWRENCE AVE STE 100<br>READING, PA 19606 | GAYLA WERLINE<br>ADDRESS REDACTED | GENE BURTON & ASSOCIATES INC<br>393 NICHOL MILL LN STE 15<br>FRANKLIN, TN 37067 |
| GENISE GADDY<br>ADDRESS REDACTED | GLENN R BRESSNER<br>ADDRESS REDACTED | GLOBAL PARTNERS IN SHIELDING INC<br>5 JUST RD<br>FAIRFIELD, NJ 07004 |
| GLOLITE NU-DELL LLC<br>GLOLITE NUDELL LLC<br>345 OSER AVE<br>HAUPPAUGE, NY 11788 | GRANT HUBBARD<br>ADDRESS REDACTED | HAND SURGEONS INC<br>DBA SOUTH JERSEY HAND CENTER<br>950 PULASKI DR<br>KNG OF PRUSSA, PA 19406 |

| | | |
|---|---|---|
| HANNA WARDELL<br>ADDRESS REDACTED | HARDIK BHATT<br>ADDRESS REDACTED | HARMA TURBENDIAN, MD<br>ADDRESS REDACTED |
| HEALTH CHOICE<br>HPSI<br>PO BOX 99011<br>LUBBOCK, TX 79490 | HEATHER NOA<br>ADDRESS REDACTED | HENRY H BERNSTEIN MD<br>ADDRESS REDACTED |
| HENRY LIU MD<br>ADDRESS REDACTED | IASHIA PALMER<br>ADDRESS REDACTED | INSTITUTE FOR PEDIATRIC MEDICAL E<br>J THOMAS STOCKER MD EXEC DIR<br>7620 OLD GEORGETOWN RD APT 1021<br>BETHESDA, MD 20814 |
| ITENTIVE CORPORATION<br>1 PIERCE PL STE 400E<br>ITASCA, IL 60143 | JACKELINE VALLADARES-RUIZ<br>ADDRESS REDACTED | JACQUELINE VERESS<br>ADDRESS REDACTED |
| JAMAL SCHOOLFIELD<br>ADDRESS REDACTED | JAMES R PARKER<br>DBA PARKER ENTERPRISES EMS<br>CIVIL SERVICE<br>5228 COUNTRY CLUB RD<br>HARRISON, AR 72601 | JASON JUNTUNEN<br>ADDRESS REDACTED |
| JAZMYN TAYLOR<br>ADDRESS REDACTED | JEANNETT GIAMMATTEI MD<br>ADDRESS REDACTED | JEFFREY KIM<br>ADDRESS REDACTED |
| JILL CLARK<br>ADDRESS REDACTED | JILLIAN SPRING<br>ADDRESS REDACTED | JOHN DURKIN<br>ADDRESS REDACTED |
| JOHN MACDONALD<br>ADDRESS REDACTED | JONATHAN ROSA<br>ADDRESS REDACTED | JOSEPH LEVINSKY<br>ADDRESS REDACTED |
| JOSEPH M CAMPOS PHD<br>ADDRESS REDACTED | JOSEPH MUNIAK<br>ADDRESS REDACTED | JOSEPH SWEENEY<br>ADDRESS REDACTED |
| JUDIT MACHNITZ MD<br>ADDRESS REDACTED | JUSTIN HAMES<br>ADDRESS REDACTED | JUSTRIGHT SURGICAL LLC<br>331 S 104TH ST STE 200<br>LOUISVILLE, CO 80027 |
| KATHERINE MONTANA<br>ADDRESS REDACTED | KATHRYN DONAGHY<br>ADDRESS REDACTED | KATHRYN JARRETT MD<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| KATHRYN SCOTT<br>ADDRESS REDACTED | KATHY MONTANA<br>ADDRESS REDACTED | KAVITA GOYAL<br>ADDRESS REDACTED |
| KEDESHA SIBLISS<br>ADDRESS REDACTED | KEERTHANA KESAVARAPU<br>ADDRESS REDACTED | KEITH PASICHOW MD<br>ADDRESS REDACTED |
| KEN-CREST SERVICES<br>827 GLENSIDE AVE. STE C-100<br>WYNCOTE, PA 19095 | KEVIN DONNELLY<br>ADDRESS REDACTED | KEVIN KELLY MD<br>ADDRESS REDACTED |
| KHAJISTA QAZI MD<br>ADDRESS REDACTED | KIMBERLY TURCOTTE<br>ADDRESS REDACTED | KUNAL SHAH<br>ADDRESS REDACTED |
| LANA RESUELLO<br>ADDRESS REDACTED | LAURA OSBORNE<br>ADDRESS REDACTED | LAUREN DENNISON<br>ADDRESS REDACTED |
| LIA CRUZ<br>ADDRESS REDACTED | LIAM MALLEY<br>ADDRESS REDACTED | LINDSEY WILLIAMS<br>ADDRESS REDACTED |
| LUIS GONZALEZ<br>ADDRESS REDACTED | LUIZ MARCONCINI<br>ADDRESS REDACTED | LUKASZ KILJANEK<br>ADDRESS REDACTED |
| MAIOCCO & ASSOCIATES INC<br>PO BOX 763<br>BROOMALL, PA 19008 | MARCIN JANKOWSKI<br>ADDRESS REDACTED | MARCUS WALTON<br>ADDRESS REDACTED |
| MARIBEL SANABRIA<br>ADDRESS REDACTED | MARINELA INGILIZOVA<br>ADDRESS REDACTED | MARIO MANGIARDI<br>ADDRESS REDACTED |
| MARLON PASTRANA<br>ADDRESS REDACTED | MARY LARIJANI<br>ADDRESS REDACTED | MARY M BAILEY<br>ADDRESS REDACTED |
| MARY MORAN<br>ADDRESS REDACTED | MEGHA PATEL<br>ADDRESS REDACTED | MEGHA SHAH<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| MEGHAN BROOKING<br>ADDRESS REDACTED | MELANIE DASH<br>ADDRESS REDACTED | MELISSA DAWSON<br>ADDRESS REDACTED |
| METANOIA PEACE COMMUNITY UMC INC<br>GRIEF WATCH/PERINATAL LOSS<br>14511 NE 10TH AVE STE E | MICHAEL C. SCHNEIDER MD<br>ADDRESS REDACTED | MICHAEL D DUNCAN MD<br>ADDRESS REDACTED |
| MICHAEL DOTI MD<br>ADDRESS REDACTED | MICHAEL HARENZA<br>ADDRESS REDACTED | MICHAEL KIMBALL MD<br>ADDRESS REDACTED |
| MICHAEL LUNDY<br>RE T SYDNOR CS#197568616<br>3553 SOUTHERN TRL<br>FULTONDALE, AL 35068 | MICHAEL SCHMITZ<br>ADDRESS REDACTED | MICHAEL SCHNEIDER<br>ADDRESS REDACTED |
| MOHAMMAD SHAIKH<br>ADDRESS REDACTED | MONICA CISTRONE<br>ADDRESS REDACTED | MUHAMMAD KHALID<br>ADDRESS REDACTED |
| MVAP MEDICAL SUPPLIES INC<br>2001 CORPORATE CENER DR STE B<br>NEWBURY PARK, CA 91320 | MYKAEL GARCIA<br>ADDRESS REDACTED | NABIL ZEINEDDINE<br>ADDRESS REDACTED |
| NACHUM STOLLMAN MD<br>ADDRESS REDACTED | NAFISA HASAN MD<br>ADDRESS REDACTED | NATIONAL ASSOC FOR HEALTH CARE RECRUITMENT<br>NAHCR EXECUTIVE OFFICE<br>222 S WESTMONTE DR STE 111<br>ALTAMONTE SPG, FL 32714 |
| NEEHAR RAJ<br>ADDRESS REDACTED | NEENA JUBE<br>ADDRESS REDACTED | NEIL AGARWAL<br>ADDRESS REDACTED |
| NICOLE PALLADINO<br>ADDRESS REDACTED | NORTH COAST MEDICAL INC<br>ATTN: ACCOUNTS RECEIVABLE<br>780 JARVIS DR STE 100<br>MORGAN HILL, CA 95037 | NOURAH MAZID<br>ADDRESS REDACTED |
| OLD DUTCH INTERNATIONAL<br>777 TERRACE AVE STE 502<br>HASBROUCK, HTS, NJ 07604 | OLIVIA RAUSCHENBACH<br>ADDRESS REDACTED | PAMELA DUNUAN<br>ADDRESS REDACTED |
| PARRIS JOHNSON<br>ADDRESS REDACTED | PATRICK PLUNKETT<br>ADDRESS REDACTED | PETER RAUCHET<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| PETTINA WALTON<br>ADDRESS REDACTED | PHILADELPHIA HAND CENTER, PC<br>950 PULASKI DR<br>KNG OF PRUSSA, PA 19406 | PRAXIS DATA SYSTEMS INC<br>310 COMMERCE DR<br>MOORESTOWN, NJ 08057 |
| PRECISE BIOMEDICAL INC<br>11411 PRICE RD<br>HEBRON, IL 60034 | PREETI SOI<br>ADDRESS REDACTED | PREFERRED SYSTEMS INC<br>3504 STATE ST<br>ERIE, PA 16508 |
| PREMIUM ASSIGNMENT CORPORATION LI<br>3 HUTTON CENTRE DR STE 630<br>SANTA ANA, CA 92707 | PRIME EDUCATION INC<br>5900 N ANDREWS AVE STE 500<br>FT LAUDERDALE, FL 33309 | PSHP<br>PO BOX 22520<br>PHILADELPHIA, PA 19110 |
| QADRIYYAH THOMPSON<br>ADDRESS REDACTED | RACHEL EDELMAN<br>ADDRESS REDACTED | RACHEL NATHAN<br>ADDRESS REDACTED |
| RAYHAN TARIQ<br>ADDRESS REDACTED | REACH LOCAL INC<br>ATTN: JULIE LEWER HEALTHCARE DIV<br>205 N MICHIGAN AVE STE 1600<br>CHICAGO, IL 60601 | REPLACEMENT PARTS INDUSTRIES<br>PO BOX 940250<br>SIMI VALLEY, CA 93094 |
| ROBERT HINMAN<br>ADDRESS REDACTED | ROCHESTER ELECTRO-MEDICAL INC<br>11711 NW 39TH ST<br>CORAL SPRINGS, FL 33065 | RONAK PATEL<br>ADDRESS REDACTED |
| SAHIL PATEL<br>ADDRESS REDACTED | SANDRA MACHADO<br>ADDRESS REDACTED | SANGHEE SUH<br>ADDRESS REDACTED |
| SANINUJI MALAYAMAN MD<br>ADDRESS REDACTED | SARA BACHANI<br>ADDRESS REDACTED | SCOTT POMPA<br>ADDRESS REDACTED |
| SHANNON RUNGE<br>ADDRESS REDACTED | SHANNON WELLS<br>ADDRESS REDACTED | SHAQUANA JACKSON-GREEN<br>ADDRESS REDACTED |
| SHARON O'BRIEN<br>ADDRESS REDACTED | SHEILIAH FRENCH<br>ADDRESS REDACTED | SHIRLEY DAUGHTRY<br>ADDRESS REDACTED |
| SHIVAM PATEL<br>ADDRESS REDACTED | SHONTREAL COOPER<br>ADDRESS REDACTED | SNEHA PATEL<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| SOFIUL NOMAN<br>ADDRESS REDACTED | SONIA BHANDARI<br>ADDRESS REDACTED | SONOMA ORTHOPEDIC PRODUCTS INC<br>2735 SAND HILL RD STE 205<br>MENLO PARK, CA 94025 |
| SPECIALTYCARE IOM SERVICES, LLC<br>ATTN: PRESIDENT, IOM SERVICES<br>3 MARYLAND FARMS STE 200<br>BRENTWOOD, TN 37027 | STACY GOLDBAUM<br>ADDRESS REDACTED | STEPHANIE ESSENMACHER<br>ADDRESS REDACTED |
| STEPHANIE SPANO<br>ADDRESS REDACTED | SUSAN G LORENZ<br>ADDRESS REDACTED | SUSANNA RULLO<br>ADDRESS REDACTED |
| SUZANNE WHILDIN<br>ADDRESS REDACTED | SWAIMAN SINGH<br>ADDRESS REDACTED | TARYN MCKILLION<br>ADDRESS REDACTED |
| TETYANA USOVA<br>ADDRESS REDACTED | TGB CTS CORPORATION<br>FLOYD B BRINGLE<br>1011 TYNE BLVD<br>NASHVILLE, TN 37220 | THE PHILADELPHIA HAND CENTER PC<br>ATTN: ANDREW COONEY<br>950 PULASKI DR<br>KNG OF PRUSSA, PA 19406 |
| THEODORE HUFNAL<br>ADDRESS REDACTED | THOMPSON TELEPHONE INC<br>DBA THOMPSON NETWORKS<br>PO BOX 1347<br>DOYLESTOWN, PA 18901 | TRANSMISSION ENGINEERING CO INC<br>15 COLWELL LN<br>CONSHOHOCKEN, PA 19428 |
| TRAVELERS & AETNA CALIFORNIA<br>PO BOX 660055<br>DALLAS, TX 75266 | TRAVELERS GROUP<br>PO BOX 660456<br>DALLAS, TX 75266 | TRAVELERS INSURANCE<br>PO BOX 430<br>BUFFALO, NY 14240 |
| UHURA RUSS<br>ADDRESS REDACTED | UNIVERSAL MEDICAL INC<br>PO BOX 1829<br>OLDSMAR, FL 34677 | UNIVERSAL MEDICAL INC<br>PO BOX 1829<br>OLDSMAR, FL 34677 |
| VALERIE MARTIN DO<br>ADDRESS REDACTED | VERNICA BERRY<br>ADDRESS REDACTED | VERONICA SWANSON MD<br>ADDRESS REDACTED |
| VIDCO INC<br>PO BOX 805<br>BEAVERTON, OR 97075 | VIKRAM PRASAD<br>ADDRESS REDACTED | VRI GREENTREE ASSOCIATES LLC<br>701 ROUTE 73 N STE 4<br>MARLTON, NJ 08053 |
| WANDA-LAM INC<br>PO BOX 97<br>LIMA, NY 14485 | WAQAS SIDDIQUI<br>ADDRESS REDACTED | WELLSOURCE INC<br>8100 SW NYBERG ST STE 450<br>TUALATIN, OR 97062 |

| | | |
|---|---|---|
| WHEATON PARTNERS LLC<br>DBA CODE MAP<br>150 N WACKER DR STE 1870<br>CHICAGO, IL 60606 | WHITNEY STUBBS<br>ADDRESS REDACTED | WILLIAM HAWKINS<br>ADDRESS REDACTED |
| WOUND CARE TECHNOLOGIES INC<br>439 INDUSTRIAL LN<br>BIRMINGHAM, AL 35211 | XIAOHUAN LI, MD<br>ADDRESS REDACTED | |

Parties Served: 236

# **EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 30, 2019 and July 1, 2019.

**PLEASE TAKE FURTHER NOTICE** that on July 9, 2019, the Debtors filed a motion (the "**Sale and Bidding Procedures Motion**")[2] seeking the entry of orders, among other things, approving (a) procedures for the solicitation of bids in connection with the proposed sale of certain of the Debtors' assets to Tower Health (the "**Stalking Horse Bidder**") for $7.5 million plus the assumption of certain contracts and responsibilities of the Debtors with respect to Residents at Hahnemann University Hospital (the "**Sale**"), subject to the submission of higher or better offers in an auction process (the "**Auction**"); (b) the form and manner of notices related to the Sale; and (c) procedures for the assumption and assignment of contracts in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that on July 19, 2019, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety. To the extent that there are any inconsistencies between the Bidding Procedures and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale and Bidding Procedures Motion.

summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects. The deadline by which all Bids must be *actually received* by the parties specified in the Bidding Procedures Order is August 5, 2019 at 4:00 p.m. (prevailing Eastern time) (the "**Bid Deadline**").

### Contact Persons for Parties Interested in Submitting a Bid

The Bidding Procedures set forth the requirements for submitting a Qualified Bid, and any person interested in making an offer to purchase the Residents Program Assets **must** comply strictly with the Bidding Procedures. **Only Qualified Bids will be considered by the Debtors**. Any interested persons should contact:

| **Proposed Investment Banker to Debtors** | **Proposed Counsel to Debtors** |
|---|---|
| SSG Advisors, LLC<br>Five Tower Bridge, Suite 420<br>300 Barr Harbor Drive<br>West Conshohocken, PA 19428<br>J. Scott Victor (jsvictor@ssgca.com)<br>Teresa Kohl (tkohl@ssgca.com)<br>Craig Warznak (cwarznak@ssgca.com)<br>(610) 940-3615 | Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street, Suite 2300<br>Wilmington, Delaware 19899<br>Mark Minuti (mark.minuti@saul.com),<br>Jeffrey C. Hampton (jeffrey.hampton@saul.com),<br>Aaron S. Applebaum (aaron.applebaum@saul.com)<br>(215) 972-7777 |

### Obtaining Additional Information

Copies of the Sale and Bidding Procedures Motion, the Bidding Procedures, and the Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse Purchase Agreement and all other documents filed with the Court, are available free of charge on the website of the Court-appointed claims and noticing agent for the Debtors' chapter 11 cases, Omni Management Group, https://omnimgt.com/sblite/centercityhealthcare/.

### Important Dates and Deadlines

1. The deadline to submit a Qualified Bid is August 5, 2019 at 4:00 p.m. (prevailing Eastern time).

2. The deadline to file an objection with the Bankruptcy Court to the entry of an order approving the Sale (the "**Sale Order**") and all objections relating to the Stalking Horse Bidder (collectively, "**Sale Objections**") is **August 5, 2019 at 4:00 p.m.** (prevailing Eastern time) (the "**Sale Objection Deadline**").

3. In the event that the Debtors timely receive a Qualified Bid in addition to the Qualified Bid of the Stalking Horse Bidder, the Debtors intend to conduct an Auction for the Residents Program Assets. The Auction, if one is necessary, will commence on August 7, 2019 at 10:00 a.m. (prevailing Eastern time), or such other date as determined by the Court, at the offices of Saul Ewing Arnstein & Lehr LLP, Centre

Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (or at any other location as the Debtors may hereafter designate on proper notice).

4. Objections to the conduct of the Auction and the terms of a sale to a Successful Bidder other than the Stalking Horse Bidder (collectively, "**Auction Objections**") may be raised at the Sale Hearing (as defined below).

5. A hearing (the "**Sale Hearing**") to consider the proposed Sale will be held before the Court on **August 9, 2019 at 11:00 a.m. (ET)**, or such other date as determined by the Bankruptcy Court, at 824 North Market Street, Wilmington, Delaware 19801.

## Filing Objections

Sale Objections, if any, must (a) be in writing, (b) state the basis of such objection with specificity and (c) be filed with the Court and served upon, so as to be **actually received on or prior to the Sale Objection Deadline**: (a) the Debtors Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, Pennsylvania, Attn: Allen Wilen, Chief Restructuring Officer; (b) proposed counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19899, Attn: Mark Minuti and Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102, Attn: Jeffrey C. Hampton; (c) proposed counsel to the Official Committee of Unsecured Creditors, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey, 07102, Attn: Andrew Sherman and Boris Mankovetskiy; and (d) counsel to the Stalking Horse Bidder, Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, Pennsylvania 19406, Attn: Robert Lapowsky.

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY ASSERT AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE RESIDENTS PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS.  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.  ANY CREDITOR THAT RECEIVES NOTICE OF THE SALE HEARING AND FAILS TO TIMELY FILE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE DEEMED TO HAVE CONSENTED UNDER SECTION 363(f)(2) OF THE BANKRUPTCY CODE TO SUCH SALE FREE AND CLEAR OF SUCH CREDITOR'S LIEN OR INTERESTS, IF ANY.**

-4-

Dated: July 19, 2019                              **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
  Mark Minuti (DE Bar No. 2659)
  Monique B. DiSabatino (DE Bar No. 6027)
  1201 N. Market Street, Suite 2300
  P.O. Box 1266
  Wilmington, DE  19899
  Telephone: (302) 421-6800
  Fax: (302) 421-5873
  mark.minuti@saul.com
  monique.disabatino@saul.com

           -and-

  Jeffrey C. Hampton
  Adam H. Isenberg
  Aaron S. Applebaum (DE Bar No. 5587)
  Centre Square West
  1500 Market Street, 38th Floor
  Philadelphia, PA 19102
  Telephone: (215) 972-7700
  Fax: (215) 972-7725
  jeffrey.hampton@saul.com
  adam.isenberg@saul.com
  aaron.applebaum@saul.com

  *Proposed Counsel for Debtors and Debtors in Possession*