# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al*.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 614 and __** |
| | ) |

**ORDER APPROVING FOURTH OMNIBUS MOTION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION**
**OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Fourth Omnibus Rejection Order**") pursuant to section 365(a) of the Bankruptcy Code, authorizing the Debtors to reject certain executory contracts and unexpired leases listed on **Exhibit 1** attached hereto (the "**Contracts**"), effective as of the date specified on **Exhibit 1**; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors and other parties in interest; and the Court having

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]   Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.       The Motion is GRANTED as set forth herein.

2.       The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of the date specified on **Exhibit 1**, to the extent such Contracts are executory contracts or unexpired leases.

3.       This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4.       To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5.       The Debtors' rights with respect to any existing defaults of the counterparties to the Contracts, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6.       This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Exhibit 1**

**Rejected Contracts**

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | Abbott Laboratories Inc. | Master Agreement | Rental of equipment and minimum purchase requirements for laboratory tests | Center City Healthcare, LLC | 8/30/2019 |
| 2 | Alere Informatics, Inc. | Master License Agreement | License of software module for glucose monitors, maintenance and support services including all schedules | Center City Healthcare, LLC | 8/30/2019 |
| 3 | Alpha Imaging, Inc. | Services Agreement | Service agreement for radiology equipment | Center City Healthcare, LLC | 8/30/2019 |
| 4 | American Academy of Sleep Medicine | Business Associate Agreement | Business associate agreement | Center City Healthcare, LLC | 8/30/2019 |
| 5 | Analytic Solutions Network, LLC | ASN Data Use Agreement | Data use agreement for the Pennsylvania Trauma Systems Foundation data registry | Center City Healthcare, LLC | 8/30/2019 |
| 6 | Aramark Uniform and Career Apparel Group, Inc. | Services Agreement | Lab coat cleaning and replacement | Center City Healthcare, LLC | 8/30/2019 |
| 7 | Arizant Healthcare Inc. | Partnership Program Agreement | Rental of forced-air warming units | Center City Healthcare, LLC | 8/30/2019 |
| 8 | Arizant Healthcare Inc. | Partnership Program Agreement | Rental of forced-air warming units | St. Christopher's Healthcare, LLC | 8/30/2019 |
| 9 | ATG Consultants, LLC | Services Agreement | Maintenance services on radiology equipment | Center City Healthcare, LLC | 8/30/2019 |
| 10 | Aviacode, Inc. | Statement of Work No. 1 | Physician coding audits | Center City Healthcare, LLC | 8/30/2019 |
| 11 | bioMerieux Inc. | Service Agreement | Maintenance service for laboratory equipment | Center City Healthcare, LLC | 8/30/2019 |
| 12 | bioMerieux Inc. | Reagent Pricing Agreement | Pricing for reagents with minimum annual utilization | Center City Healthcare, LLC | 8/30/2019 |
| 13 | Bio-Rad Laboratories | Geenius System Reagent Rental Plan | Lease of Geenius Reader device for the laboratory | Center City Healthcare, LLC | 8/30/2019 |
| 14 | CCJ Physics, LLC | Services Agreement | Physics services for Radiation Oncology | Center City Healthcare, LLC | 8/30/2019 |
| 15 | Council on Accreditation of Nurse Anesthesia Educational Programs | Business Associate Agreement | Business associate agreement | Center City Healthcare, LLC | 8/30/2019 |
| 16 | Eastern Sign Tech, LLC | Services Agreement | Exterior lighting maintenance | Center City Healthcare, LLC | 8/30/2019 |
| 17 | Employers Health Network, LLC | Provider Services Agreement | Agreement for Practice Group to provide services to Employers Health Network members (co-parties with other TPS entities) | TPS II of PA, LLC | 8/30/2019 |
| 18 | Employers Health Network, LLC | Provider Services Agreement | Agreement for Practice Group to provide services to Employers Health Network members (co-parties with other TPS entities) | TPS III of PA, LLC | 8/30/2019 |
| 19 | Environmental Control Services, Inc. | Services Agreement | Cafeteria hood cleaning | Center City Healthcare, LLC | 8/30/2019 |
| 20 | Eurofins Viracor, Inc. | Laboratory Services Agreement | Laboratory services | Center City Healthcare, LLC | 8/30/2019 |
| 21 | Eurofins VRL, Inc. d/b/a VRL Eurofins | Laboratory Service Agreement | Reference laboratory services | Center City Healthcare, LLC | 8/30/2019 |
| 22 | Konica Minolta Healthcare Americas, Inc. | Konica Minolta Lifecycle and Customer Satisfaction Agreement | Service agreement for imaging equipment | Center City Healthcare, LLC | 8/30/2019 |
| 23 | Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises | Services Agreement | Dry ice services | Center City Healthcare, LLC | 8/30/2019 |
| 24 | Nanosonics, Inc. | Services Agreement | Preventive maintenance and repair services for ultrasound disinfection system | Center City Healthcare, LLC | 8/30/2019 |
| 25 | Nova Biomedical Corporation | Commitment Agreement | Lease of glucome meter for laboratory | Center City Healthcare, LLC | 8/30/2019 |
| 26 | Nuance Communications, Inc. | Critical Results Addendum | Radiology reports software | Center City Healthcare, LLC | 8/30/2019 |
| 27 | Nuance Communications, Inc. | Service Agreement Quote | Maintenance for radiology reports software | Center City Healthcare, LLC | 8/30/2019 |
| 28 | Patient Pathways, LLC | Acute Dialysis Services Agreement | Provides acute dialysis services at the facility | Center City Healthcare, LLC | 8/30/2019 |
| 29 | Pennsylvania Trauma Systems Foundation | Central Site Participation Agreement | Participation in a database for outcomes of trauma cases | Center City Healthcare, LLC | 8/30/2019 |
| 30 | Philadelphia Urosurgical Associates, PC | Professional Services Agreement | Physician coverage services for urology and gynecologic medical services | TPS IV of PA, LLC | 8/30/2019 |
| 31 | Renal Treatment Centers - Northeast, Inc. | Acute Dialysis Services Agreement | Provides acute dialysis services at the facility | Center City Healthcare, LLC | 8/30/2019 |
| 32 | Shriners Hospitals for Children | Professional Services Agreement | Practice Plan provides physicians to Shriners for orthopedic hip and joint surgery services | TPS III of PA, LLC | 8/30/2019 |
| 33 | Spreemo, Inc. | Letter of Agreement | Practice Plan provides diagnostic radiology services to patients referred by Spreemo | TPS IV of PA, LLC | 8/30/2019 |
| 34 | Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting | Interpreting Services Agreement | Interpretation services | St. Christopher's Healthcare, LLC | 8/30/2019 |
| 35 | Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting | Services Agreement | Interpretation services | Center City Healthcare, LLC | 8/30/2019 |
| 36 | Terumo BCT, Inc. | Equipment Maintenance Agreement | Maintenance of laboratory equipment | Center City Healthcare, LLC | 8/30/2019 |
| 37 | The City of Philadelphia Fire Department | Provider Agreement | Hospital provides medical command services by phone to fire department members in medic units | Center City Healthcare, LLC | 8/30/2019 |
| 38 | The Coding Network, LLC | Services Agreement | Provides coding and coding compliance review services | TPS of PA, LLC | 8/30/2019 |
| 39 | Trinity Biotech, Inc. | Cost Per Reportable Agreement | Equipment rental on a cost per reportable basis | Center City Healthcare, LLC | 8/30/2019 |
| 40 | Trisonics, Inc. | Services Agreement | Preventive maintenance services for GE Logiq P5 device | Center City Healthcare, LLC | 8/30/2019 |
| 41 | Universal Digital Resources | Quote # UDRHUH042915-V2-SMA | Service agreement for radiology devices | Center City Healthcare, LLC | 8/30/2019 |
| 42 | US Regional Occupational Health II, PC d/b/a WORKNET | Services Agreement | Hospital provides radiology services to potential employees of Worknet | Center City Healthcare, LLC | 8/30/2019 |
| 43 | Varian Medical Systems | Maintenance Agreement | Maintenance services for radiation oncology equipment | Center City Healthcare, LLC | 8/30/2019 |
| 44 | West Interactive Services Corporation | Service Agreement | Subscription for voice, email and text messages to patients | TPS of PA, LLC | 8/30/2019 |