**Exhibit 1**

**Rejected Contracts**

| No. | Non-Debtor Counterparty | Agreement Title | Description | Debtor Counterparty | Effective Date of Rejection |
|---|---|---|---|---|---|
| 1 | Abbott Laboratories Inc. | Master Agreement | Rental of equipment and minimum purchase requirements for laboratory tests | Center City Healthcare, LLC | 8/30/2019 |
| 2 | Alere Informatics, Inc. | Master License Agreement | License of software module for glucose monitors, maintenance and support services including all schedules | Center City Healthcare, LLC | 8/30/2019 |
| 3 | Alpha Imaging, Inc. | Services Agreement | Service agreement for radiology equipment | Center City Healthcare, LLC | 8/30/2019 |
| 4 | American Academy of Sleep Medicine | Business Associate Agreement | Business associate agreement | Center City Healthcare, LLC | 8/30/2019 |
| 5 | Analytic Solutions Network, LLC | ASN Data Use Agreement | Data use agreement for the Pennsylvania Trauma Systems Foundation data registry | Center City Healthcare, LLC | 8/30/2019 |
| 6 | Aramark Uniform and Career Apparel Group, Inc. | Services Agreement | Lab coat cleaning and replacement | Center City Healthcare, LLC | 8/30/2019 |
| 7 | Arizant Healthcare Inc. | Partnership Program Agreement | Rental of forced-air warming units | Center City Healthcare, LLC | 8/30/2019 |
| 8 | Arizant Healthcare Inc. | Partnership Program Agreement | Rental of forced-air warming units | St. Christopher's Healthcare, LLC | 8/30/2019 |
| 9 | ATG Consultants, LLC | Services Agreement | Maintenance services on radiology equipment | Center City Healthcare, LLC | 8/30/2019 |
| 10 | Aviacode, Inc. | Statement of Work No. 1 | Physician coding audits | Center City Healthcare, LLC | 8/30/2019 |
| 11 | bioMerieux Inc. | Service Agreement | Maintenance service for laboratory equipment | Center City Healthcare, LLC | 8/30/2019 |
| 12 | bioMerieux Inc. | Reagent Pricing Agreement | Pricing for reagents with minimum annual utilization | Center City Healthcare, LLC | 8/30/2019 |
| 13 | Bio-Rad Laboratories | Geenius System Reagent Rental Plan | Lease of Geenius Reader device for the laboratory | Center City Healthcare, LLC | 8/30/2019 |
| 14 | CCJ Physics, LLC | Services Agreement | Physics services for Radiation Oncology | Center City Healthcare, LLC | 8/30/2019 |
| 15 | Council on Accreditation of Nurse Anesthesia Educational Programs | Business Associate Agreement | Business associate agreement | Center City Healthcare, LLC | 8/30/2019 |
| 16 | Eastern Sign Tech, LLC | Services Agreement | Exterior lighting maintenance | Center City Healthcare, LLC | 8/30/2019 |
| 17 | Employers Health Network, LLC | Provider Services Agreement | Agreement for Practice Group to provide services to Employers Health Network members (co-parties with other TPS entities) | TPS II of PA, LLC | 8/30/2019 |
| 18 | Employers Health Network, LLC | Provider Services Agreement | Agreement for Practice Group to provide services to Employers Health Network members (co-parties with other TPS entities) | TPS III of PA, LLC | 8/30/2019 |
| 19 | Environmental Control Services, Inc. | Services Agreement | Cafeteria hood cleaning | Center City Healthcare, LLC | 8/30/2019 |
| 20 | Eurofins Viracor, Inc. | Laboratory Services Agreement | Laboratory services | Center City Healthcare, LLC | 8/30/2019 |
| 21 | Eurofins VRL, Inc. d/b/a VRL Eurofins | Laboratory Service Agreement | Reference laboratory services | Center City Healthcare, LLC | 8/30/2019 |
| 22 | Konica Minolta Healthcare Americas, Inc. | Konica Minolta Lifecycle and Customer Satisfaction Agreement | Service agreement for imaging equipment | Center City Healthcare, LLC | 8/30/2019 |
| 23 | Le Boeuf Holdings, Inc. d/b/a Jim's Enterprises | Services Agreement | Dry ice services | Center City Healthcare, LLC | 8/30/2019 |
| 24 | Nanosonics, Inc. | Services Agreement | Preventive maintenance and repair services for ultrasound disinfection system | Center City Healthcare, LLC | 8/30/2019 |
| 25 | Nova Biomedical Corporation | Commitment Agreement | Lease of glucome meter for laboratory | Center City Healthcare, LLC | 8/30/2019 |
| 26 | Nuance Communications, Inc. | Critical Results Addendum | Radiology reports software | Center City Healthcare, LLC | 8/30/2019 |
| 27 | Nuance Communications, Inc. | Service Agreement Quote | Maintenance for radiology reports software | Center City Healthcare, LLC | 8/30/2019 |
| 28 | Patient Pathways, LLC | Acute Dialysis Services Agreement | Provides acute dialysis services at the facility | Center City Healthcare, LLC | 8/30/2019 |
| 29 | Pennsylvania Trauma Systems Foundation | Central Site Participation Agreement | Participation in a database for outcomes of trauma cases | Center City Healthcare, LLC | 8/30/2019 |
| 30 | Philadelphia Urosurgical Associates, PC | Professional Services Agreement | Physician coverage services for urology and gynecologic medical services | TPS IV of PA, LLC | 8/30/2019 |
| 31 | Renal Treatment Centers - Northeast, Inc. | Acute Dialysis Services Agreement | Provides acute dialysis services at the facility | Center City Healthcare, LLC | 8/30/2019 |
| 32 | Shriners Hospitals for Children | Professional Services Agreement | Practice Plan provides physicians to Shriners for orthopedic hip and joint surgery services | TPS IV of PA, LLC | 8/30/2019 |
| 33 | Spreemo, Inc. | Letter of Agreement | Practice Plan provides diagnostic radiology services to patients referred by Spreemo | TPS IV of PA, LLC | 8/30/2019 |
| 34 | Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting | Interpreting Services Agreement | Interpretation services | St. Christopher's Healthcare, LLC | 8/30/2019 |
| 35 | Systematech Technical Management Services, Inc. d/b/a InDemand Interpreting | Services Agreement | Interpretation services | Center City Healthcare, LLC | 8/30/2019 |
| 36 | Terumo BCT, Inc. | Equipment Maintenance Agreement | Maintenance of laboratory equipment | Center City Healthcare, LLC | 8/30/2019 |
| 37 | The City of Philadelphia Fire Department | Provider Agreement | Hospital provides medical command services by phone to fire department members in medic units | Center City Healthcare, LLC | 8/30/2019 |
| 38 | The Coding Network, LLC | Services Agreement | Provides coding and coding compliance review services | TPS of PA, LLC | 8/30/2019 |
| 39 | Trinity Biotech, Inc. | Cost Per Reportable Agreement | Equipment rental on a cost per reportable basis | Center City Healthcare, LLC | 8/30/2019 |
| 40 | Trisonics, Inc. | Services Agreement | Preventive maintenance services for GE Logiq P5 device | Center City Healthcare, LLC | 8/30/2019 |
| 41 | Universal Digital Resources | Quote # UDRHUH042915-V2-SMA | Service agreement for radiology devices | Center City Healthcare, LLC | 8/30/2019 |
| 42 | US Regional Occupational Health II, PC d/b/a WORKNET | Services Agreement | Hospital provides radiology services to potential employees of Worknet | Center City Healthcare, LLC | 8/30/2019 |
| 43 | Varian Medical Systems | Maintenance Agreement | Maintenance services for radiation oncology equipment | Center City Healthcare, LLC | 8/30/2019 |
| 44 | West Interactive Services Corporation | Service Agreement | Subscription for voice, email and text messages to patients | TPS of PA, LLC | 8/30/2019 |