**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter 11

Case No. 19-11466 (KG)

Debtor: Center City Healthcare LLC dba Hahnemann Univ. Hosp., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Maggie Finkelstein, Esq. to represent proposed Amicus Curiae in this action.

/s/ Michael Heyden

Firm Name: Gordon & Rees
Address: 100 N. West St. 12th Floor
Wilmington, DE 19801
Phone: 302-992-8955
Email: mheyden@grsm.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/Maggie Finkelstein

Firm Name: Gordon & Rees
Address: 111 North Front Street
Harrisburg, PA 17101
Phone: 717-775-3308
Email: mdicostanzo@grsm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105