**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Chapter 11 |
| | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | **Objection Deadline: 10/8/2019 at 4:00 p.m.** **Hearing Date: TBD if objection filed** |

**SUMMARY OF FIRST MONTHLY APPLICATION OF SAK**
**MANAGEMENT SERVICES, LLP, AS MEDICAL OPERATIONS ADVISOR**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM JULY 3, 2019 THROUGH JULY 31, 2019**

| | |
|---|---|
| Name of Applicant: | SAK Management Services, LLC |
| Authorized to Provide Professional Services to: | The Patient Care Ombudsman |
| Date of Retention: | September 16, 2019 (Nunc Pro Tunc to July 3, 2019) |
| Period for Which Compensation and Reimbursement sought: | July 3, 2019 through July 31, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $21,555.00 |
| Amount of Compensation for Which Payment is Sought Pursuant to this Application: | $17,244.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,951.93 |

This is a(n):   _X_ Monthly          __ Interim          __ Final Application

This Application does not include any hours incurred in connection with preparation of this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Application.

Prior applications: None

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Suzanne Koenig | Ombudsman | $400 | 33.60 | $13,440.00 |
| Joyce Ciyou | CRO | $350 | 12.10 | $4,235.00 |
| Tammie Denning | Nurse Consultant | $350 | 11.00 | $3,850.00 |
| Danielle Prosperini | Paralegal | $100 | 0.30 | $30.00 |
| **Grand Total:** | | | **57.00** | **$21,555.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 10.00 | $3,905.00 |
| Court Hearings | 6.00 | $2,400.00 |
| Data Analysis | 33.20 | $12.470.00 |
| Fee/Employment Application | 0.50 | $200.00 |
| Report Preparation | 7.30 | $2,580.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Accommodations | $364.66 |
| Airfare | $2,951.40 |
| Business Meals | $124.65 |
| Transportation | $511.22 |
| **Total Disbursements:** | **$3,951.93** |

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>**Objection Deadline: 10/8/2019 at 4:00 p.m.**<br>**Hearing Date: TBD if objection filed** |

### FIRST MONTHLY APPLICATION OF SAK
### MANAGEMENT SERVICES, LLP, AS MEDICAL OPERATIONS ADVISOR
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD FROM JULY 3, 2019 THROUGH JULY 31, 2019

SAK Management Services, LLP ("**SAK**"), the medical operations advisor to the patient care ombudsman (the "**Ombudsman**"), hereby submits its first monthly application (the "**Application**") for compensation and reimbursement of expenses for the period from July 3, 2019 through July 31, 2019 (the "**Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Delaware Bankruptcy Local Rule 2016-2, and this Court's *Order Establishing Interim Compensation Procedures* [Docket No. 341] (the "**Interim Compensation Order**").

By this Application, SAK seeks a monthly interim allowance of compensation in the amount of $21,555.00 and actual expenses in the amount of $3,951.93, for an aggregate total of $25,506.93 in accordance with the Interim Compensation Order.  SAK hereby seeks payment of $17,244.00 (80% of the allowed fees) and reimbursement of expenses in the amount of $3,951.93

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

(100% of allowed expenses), for an aggregate total payment of $21,195.93 for the Application Period.  In support of the Application, SAK respectfully represents as follows:

## BACKGROUND

1.      On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.

2.      On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman [Docket No. 83].  On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Ombudsman in these Cases.  [Docket No. 95]

3.      On September 16, 2019 the Court entered the *Order Authorizing the Retention and Employment of SAK Management Services, LLC as Medical Operations Advisor, Nunc Pro Tunc as of July 3, 2010* [Docket No. 724].

## COMPENSATION PAID AND ITS SOURCE

4.      All services performed during the Application Period for which SAK is requesting compensation were performed for or on behalf of the Ombudsman.

5.      As of the date of this Application, SAK has not received any payment or any promise of payment for the services rendered from anyone in any capacity, nor is there an agreement in place between SAK and any person or otherwise in connection with the matters in this Application.

## SUMMARY OF SERVICES RENDERED

6.      This Application is the first monthly fee application filed by SAK in these cases. In connection with the professional services described below, by this Application, SAK seeks compensation in the amount of $21,555.00 for the Application Period.

2

7.    The services rendered during this Application Period by SAK professionals and paraprofessionals (the "**Professionals**") are listed in the chart below. Each of the Professionals have been in contact with and have advised the Ombudsman regularly with respect to various matters involving these cases and have performed various services which are described within the monthly fee statement.

8.    The majority of services rendered by SAK during the Application Period as counsel to the Ombudsman are summarized below.    Each of the following is set forth in the invoice attached hereto as **<u>Exhibit A</u>**: (i) a description of the professional or paraprofessional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the related time expended; and (iv) a summary of the fees and hours of each professional and other timekeepers listed by project category (which applicable categories are set forth below).    Specifically, SAK rendered the following services during the Application Period as counsel to the Committee:

a)    <u>Case Administration</u>

Fees: $3,905.00          Hours: 10.00

This category includes services relating to the general administration of these cases, including, without limitation, multiple calls with hospital administrators, review of daily hospital reports, and conferences and email exchanges with counsel regarding various issues, including patient care issues.

b)    <u>Court Hearings</u>

Fees: $2,400.00          Hours: 6.00

This category includes services relating to preparing for, and attending, hearings.

c)    <u>Data Analysis</u>

Fees: $12,470.00        Hours: 33.20

This category includes services relating to time spent preparing for and visiting the hospital to observe the hospital staff, reviewing hospital policy and generally reviewing the patient care.

d)  Fee/Employment Applications

Fees: $200.                Hours: 0.50

This category includes services relating to the review of SAK and Greenberg Traurig's retention applications.

e)  Report Preparation

Fees: $2,380.00        Hours: 7.30

This category includes services relating drafting and preparing the Ombudsman report.

### SUMMARY OF EXPENSES

9.      During the Application Period, SAK incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $3,951.93.  The expenses incurred include accommodations, airfare, business meals and transportation.  A detailed description of the necessary costs and expenses incurred by SAK is attached hereto as **Exhibit B**.

10.     Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, SAK represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period:

a.      Copy Charges were $.10 per page, which charge is reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related expenditures.  In addition, SAK often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable;

4

b.      Incoming facsimiles are not billed;

c.      Out-going facsimiles are billed at the rate of $1.00 per page.  The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of related expenditures;

d.      Toll telephone charges are not billed; and

e.      Computer assisted legal research charges are billed at actual costs

## VALUATION OF SERVICES

11.      SAK expended a total of 57.00 hours in connection with this matter during the Application Period. A list of the Professionals who billed time during the Application Period is set forth below. The nature of the work performed by the Professionals is detailed in **Exhibit A** of this Application.

| Attorneys | Hourly Rate | Hours |
|-----------|-------------|-------|
| Suzanne Koenig | $400 | 33.60 |
| Joyce Ciyou | $350 | 12.10 |
| Tammie Denning | $350 | 11.00 |
| Danielle Propserini | $100 | 0.30 |

The above hourly rates are SAK's normal hourly rates for work of this character.  The reasonable value of the services rendered by SAK to the Ombudsman during the Application Period is $21,555.00.

12.      In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the Ombudsman and SAK, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

ADMIN 35849076v1

13.     SAK hereby certifies that (i) it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures and (ii) this Application complies with such rule.

14.     SAK has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

## CONCLUSION

WHEREFORE, SAK respectfully requests that (a) it be allowed compensation in the amount of $21,555.00 for professional services rendered and reimbursement of expenses in the amount of $3,951.93 for the Application Period; (b) the Court authorize the Debtors to pay SAK the amount of $21,195.93, representing 80% of fees ($17,244.00) and 100% of expenses ($3,951.93) upon the filing of a certificate of no objection) for the Application Period on an interim basis; and (c) the Court grant such other and further relief deemed appropriate under the circumstances.

Dated: September 18, 2019

GREENBERG TRAURIG, LLP

/s/ *Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
Email: petermann@gtlaw.com

*Counsel to Suzanne Koenig, the Patient Care Ombudsman*