# EXHIBIT A

Center City Healthcare, LLC  
d/b/a Hahnemann University Hospital  
230 N Broad St  
Philadelphia,, PA 19102-1121

August 28, 2019

Invoice # 11950

In Reference To:

**Statement of Professional Services Rendered Through:** July 31, 2019

**Timekeeper Summary**

| | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 33.60 | 400.00 | $13,440.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 12.10 | 350.00 | $4,235.00 |
| Danielle Prosperini | 0.30 | 100.00 | $30.00 |
| TD Denning, Tammie | 11.00 | 350.00 | $3,850.00 |
| | **57.00** | | **$21,555.00** |

| | |
|---|---|
| Total Professional Services | $21,555.00 |
| Total Expenses | $3,951.93 |
| **Total Current Charges** | **$25,506.93** |

Center City Healthcare, LLC                                                                                    Page    2

|            |    |                                                                                                                                                              | Rate    | Hours | Amount |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|-------|--------|
| Case Administration |    |                                                                                                                                                              |         |       |        |
| 7/3/2019   | SK | Exchange emails with US Trustee, B. Hackman re PCO application notice of PCO appointment, Verified Statement and acknowledgment. (.6); exchange emails with PCO Counsel, N. Peterman and C. Greenberg, GT re PCO appointment (.6). | 400.00  | 1.00  | 400.00 |
| 7/3/2019   | SK | Draft email to N. Peterman re: planning a site visit as soon as possible. (.1) re: needing to get SAK involved due to pending ER closure.(.2) | 400.00  | 0.30  | 120.00 |
| 7/5/2019   | SK | Telephone conference with R. Drescott EA Chief Officer and J. Hampton re; Hahnemann hospital and pending status of Trauma 1 and 2 and transports to other hospital. | 400.00  | 0.50  | 200.00 |
| 7/6/2019   | SK | Phone call with R. Dreskin, Interim System CEO Re; scheduling site visits. | 400.00  | 0.30  | 120.00 |
| 7/9/2019   | SK | Exchange emails with PCO Counsel N. Peterman and D. Meloro, GT Re: possible closure of hospital.(.2) | 400.00  | 0.20  | 80.00  |
| 7/9/2019   | JC | Review daily report on status of current patients by C. Marino. | 350.00  | 0.10  | 35.00  |
| 7/11/2019  | SK | Emails with D. Meloro re: hearing, hospital closure, motion and scheduling | 400.00  | 0.30  | 120.00 |
| 7/12/2019  | SK | Review letter from Dr. J. Orlowski re: AAMC concerns with patients and concerns with the current status of hospital. | 400.00  | 0.30  | 120.00 |
| 7/12/2019  | SK | Review and draft emails with B. Hackman, US Trustee re: Status of the OB department, current plans for patients and patient care. | 400.00  | 0.40  | 160.00 |
| 7/12/2019  | JC | Review morning update and evening update on hospital census. | 350.00  | 0.20  | 70.00  |
| 7/14/2019  | SK | Review Stipulation between Debtors and PCO re: access to patient records. | 400.00  | 0.40  | 160.00 |
| 7/14/2019  | JC | Exchange of emails with S. Koenig and C. Marino, Hahnemann re: daily update report on ER and patient numbers. | 350.00  | 0.40  | 140.00 |
| 7/15/2019  | SK | Telephone Conference and exchanged emails with D. Meloro, GT re: hearings on the closure motion and bid procedures (.3) Re: residents and seeking to expand PCO role (.2). | 400.00  | 0.50  | 200.00 |
| 7/15/2019  | JC | Review morning update on current hospital census from C. Marino | 350.00  | 0.10  | 35.00  |
| 7/16/2019  | SK | Review Interdisciplinary Discharge Planning and Skilled Nursing Placement plans. | 400.00  | 0.50  | 200.00 |
| 7/16/2019  | JC | Review daily report on status of current patients by C. Marino. | 350.00  | 0.10  | 35.00  |

Center City Healthcare, LLC  Page 3

| | | | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 7/16/2019 | JC | Emails with C. Marino, Hahnemann Hospital re: when emergency room will stop admitting patients and status of Children's Hospital. | 350.00 | 0.30 | 105.00 |
| 7/17/2019 | SK | Telephone conference with N. Peterman re resident and patient issues. | 400.00 | 0.20 | 80.00 |
| 7/17/2019 | SK | Exchange emails with N. Peterman, PCO Counsel re: patient care issues | 400.00 | 0.20 | 80.00 |
| 7/17/2019 | SK | Emails with I. Mcgovern, St Christopher's Children's hospital and C. Marino, Hahnemann University Hospital re: Upcoming site visit to both places (.3) DJ. Ciyou re: hospital staff calling off, current emergency staffing procedures (.3) | 400.00 | 0.60 | 240.00 |
| 7/18/2019 | SK | Exchange of emails with D. Meloro re: prepare for court hearing on motion to approve. | 400.00 | 0.60 | 240.00 |
| 7/19/2019 | JC | Review daily report on status of current patients by M. Covevey. | 350.00 | 0.20 | 70.00 |
| 7/20/2019 | JC | Review daily report on status of current patients by C. Marino. | 350.00 | 0.20 | 70.00 |
| 7/21/2019 | JC | Review morning update report from M. Coveney, Hahnemann Hospital | 350.00 | 0.20 | 70.00 |
| 7/22/2019 | SK | Prepare draft of updated budget. | 400.00 | 0.30 | 120.00 |
| 7/26/2019 | SK | Telephone conference with N. Peterman re options on patient interviews and record reviews. | 400.00 | 0.30 | 120.00 |
| 7/26/2019 | SK | Telephone conference with D. Meloro, GT re; prepare for hearing. | 400.00 | 0.20 | 80.00 |
| 7/26/2019 | SK | Review emails from US Trustee B. Hackman re: patients receiving notice, ER department and Children's Hospital | 400.00 | 0.30 | 120.00 |
| 7/26/2019 | JC | Review morning update on current census of hospital. | 350.00 | 0.10 | 35.00 |
| 7/28/2019 | SK | Emails with N. Peterman, PCO Counsel re: possible patient care issues. | 400.00 | 0.30 | 120.00 |
| 7/28/2019 | SK | Draft letter C. Marino and R. Dreskin, re: Hospital closure plan, transfer of patients, new doctors for patients, medical records, Dept of Public Health. | 400.00 | 0.40 | 160.00 |
| | | Subtotal: | | 10.00 | 3,905.00 |

Court Hearings - CH

| | | | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 7/19/2019 | SK | Attended court hearing with counsel D. Meloro re hearing on bidding procedures re: residency program. | 400.00 | 6.00 | 2,400.00 |
| | | Subtotal: | | 6.00 | 2,400.00 |

Center City Healthcare, LLC  Page    4

| | | | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|

Data Analysis - DA

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 7/7/2019 | SK | Site visit to Hahnemann University Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 400.00 | 8.00 | 3,200.00 |
| 7/7/2019 | JC | Site visit to Hahnemann University Hospital to interview patients (2.0), staff (2.0), review nursing policies (2.0) and procedures (2.0). | 350.00 | 8.00 | 2,800.00 |
| 7/8/2019 | SK | Review daily Emergency Room report from Hahnemann University Hospital. | 400.00 | 0.30 | 120.00 |
| 7/8/2019 | SK | Review of Hahnemann Downtime Policy | 400.00 | 0.70 | 280.00 |
| 7/14/2019 | JC | Review morning and evening report on current hospital census. | 350.00 | 0.20 | 70.00 |
| 7/18/2019 | SK | Site visit to Hahnemann University Hospital to interview staff (1.0), patients (1.0), physicians (1.0) and evaluate patient care (1.0). | 400.00 | 4.00 | 1,600.00 |
| 7/18/2019 | SK | Site visit to St Christopher's Children's Hospital to interview staff (1.0), patients (1.0), physicians (1.0) and evaluate patient care (1.0). | 400.00 | 4.00 | 1,600.00 |
| 7/18/2019 | TD | Site visit to Hahnemann University Hospital to interview patients (1.0), staff (1.0), review nursing policies (1.0) and procedures (1.0). | 350.00 | 4.00 | 1,400.00 |
| 7/18/2019 | TD | Site visit to St Christopher's Children's Hospital to interview patients (1.0), staff (1.0), review nursing policies (1.0) and procedures (1.0). | 350.00 | 4.00 | 1,400.00 |
| | | Subtotal: | | 33.20 | 12,470.00 |

Fee/Employment Application

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 7/29/2019 | SK | Review re retention applications, exhibits and Affidavit | 400.00 | 0.50 | 200.00 |
| | | Subtotal: | | 0.50 | 200.00 |

Report Preparation

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 7/16/2019 | DP | Prepare draft of budget. | 100.00 | 0.30 | 30.00 |
| 7/21/2019 | JC | Draft Clinical portion of PCO report on Hahnemann University Hospital. | 350.00 | 2.00 | 700.00 |
| 7/21/2019 | TD | Draft clinical portion of PCO report on Children's Hospital. | 350.00 | 3.00 | 1,050.00 |
| 7/23/2019 | SK | Draft administrative portion of PCO report. | 400.00 | 2.00 | 800.00 |
| | | Subtotal: | | 7.30 | 2,580.00 |

# EXHIBIT B

Center City Healthcare, LLC                                                                                           Page    5

|  |  | Hours | Amount |
|---|---|---|---|
| **Total Professional Services:** | | 57.00 | $21,555.00 |

**EXPENSES:**

Accommodations

| 7/18/2019 | SK | Double Tree Confirmation # 97858711 1 Night - S. Koenig | 182.33 |
| 7/18/2019 | TD | Double Tree Confirmation # 97858711 1 Night - T. Denning | 182.33 |
|  |  | Subtotal: | 364.66 |

Airfare

| 7/7/2019 | SK | United Airlines Confirmation # L8PGHJ  ORD to PHL to ORD - S. Koenig | 819.60 |
| 7/7/2019 | JC | United Airlines Confirmation # L8PGHJ  ORD to PHL to ORD - J. Ciyou | 819.60 |
| 7/18/2019 | SK | United Airlines Confirmation # AWLZ23 ORD to PHL to ORD - S. Koenig | 559.60 |
| 7/18/2019 | TD | United Airlines Confirmation # AWS222 ORD to PHL to ORD - T Denning | 752.60 |
|  |  | Subtotal: | 2,951.40 |

Meals

| 7/7/2019 | SK | GreenLeaf's & Bananas  Ticket #1809  Beverages  - S. Koenig J. Ciyou | 5.08 |
| 7/7/2019 | SK | Currito Philly Airport Ticket # 105169 Dinner for S. Koenig J. Ciyou | 23.84 |
| 7/7/2019 | SK | Villas Pizza Ticket #40036 lunch - S. Koenig | 5.08 |
| 7/8/2019 | SK | Starbucks Ticket # 121  Breakfast - S. Koenig J. Ciyou | 22.79 |
| 7/18/2019 | SK | Big Fish Grill Ticket #835747  Dinner - S. Koenig | 39.70 |
| 7/18/2019 | SK | Vino Volo - Ticket # 10254 Lunch  - S. Koenig T. Denning | 25.14 |

Center City Healthcare, LLC                                                                                                           Page     6

|  |  |  | Amount |
|---|---|---|---:|
| 7/18/2019 | SK | Dunkin Donuts Ticket # 3432  Breakfast. S. Koenig | 3.02 |
|  |  | Subtotal: | 124.65 |

<u>Transportation</u>

|  |  |  |  |
|---|---|---|---:|
| 7/7/2019 | SK | Uber Ride Service -  tfrom Hahnemann Hospital to hotel - S. Koenig and J. Ciyou | 28.60 |
| 7/7/2019 | SK | Lyft Transportation Service PHL to Center City . S. Koenig J. Ciyou | 29.06 |
| 7/7/2019 | SK | Base Car Service Confirmation # 33901 residence to airport S. Koenig | 85.00 |
| 7/8/2019 | SK | Base Car Service Confirmation # 33915 airport to residence - S. Koenig | 89.00 |
| 7/18/2019 | SK | Uber Car Service to Hahnemann Hospital -  S. Koenig. T. Denning | 75.28 |
| 7/18/2019 | SK | Uber Car Service - from Hahnemann Hospital to hotel - S. Koenig T. Denning | 30.28 |
| 7/18/2019 | SK | Base Car Service Confirmation # 33970 residence to airport  - S. Koenig | 85.00 |
| 7/19/2019 | SK | Base Car Service Confirmation # 33975 from airport to residence S. Koenig | 89.00 |
|  |  | Subtotal: | 511.22 |
|  |  | **Total Expenses:** | **$3,951.93** |