IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) ) Jointly Administered |
| Debtors. | ) **Related to Docket No. 301 and 510** |

### NOTICE OF FILING OF *AMENDED* CURE SCHEDULE

PLEASE TAKE NOTICE that on July 26, 2019, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [D.I. 301] (the "**Bidding Procedures Order**")[2] in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") that, among other things, (a) approved auction and bidding procedures the sale of the STC Entities' assets (the "**Assets**"), (b) approved procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts, and (c) scheduled a hearing to approve such sale.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, on August 16, 2019, the Debtors filed a *Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* [D.I. 510] (the "**Cure**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to the min the Bidding Procedures Order.

Notice"), attached to which as Exhibit "A" was a list of Assumed Contracts and corresponding Cure Amounts (the "**Original Cure Schedule**").

PLEASE TAKE FURTHER NOTICE that the deadline for parties to object to the assumption and assignment of such party's Assumed Contract or the applicable Cure Amounts was August 30, 2019 at 4:00 p.m. (EST) (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that in resolution of certain informal and formal responses received prior to the Objection Deadline, the Debtors have revised the Original Cure Schedule.

PLEASE TAKE FURTHER NOTICE that an *amended* cure schedule (the "**Amended Cure Schedule**"), which replaces the Original Contracts Schedule in its entirety, is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that a redline comparing the Amended Cure Schedule with the Original Cure Schedule is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to further revise the Amended Cure Schedule to reflect further resolutions of responses received prior to the Objection Deadline or other necessary changes, and to file a Supplemental Assumption Notice (as defined in the Bidding Procedures Order), if needed.

PLEASE TAKE FURTHER NOTICE that the inclusion of a contract, lease, or agreement on this Amended Contracts Schedule, or a Supplemental Assumption Notice, shall not constitute an admission that such contract, lease, or agreement is an executory contract or lease.

3

| | |
|---|---|
| Dated: September 19, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By: */s/ Monique B. DiSabatino* |
| | Mark Minuti (DE Bar No. 2659) |
| | Monique B. DiSabatino (DE Bar No. 6027) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE  19899 |
| | Telephone: (302) 421-6800 |
| | Fax: (302) 421-5873 |
| | mark.minuti@saul.com |
| | monique.disabatino@saul.com |
| | |
| | -and- |
| | |
| | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| | Aaron S. Applebaum (DE Bar No. 5587) |
| | Centre Square West |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | aaron.applebaum@saul.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |