**Exhibit A**

**Supplemental Assumed Contracts**

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Center for the Urban Child, Inc. | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC | $0.00 |
| Front Street Healthcare Properties, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC | $0.00 |
| Front Street Healthcare Properties II, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC | $0.00 |
| HSRE-PAHH I | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Jewish Family and Children's Service of Greater Philadelphia | Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Paladin Healthcare Capital, LLC | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC | $0.00 |