IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC,<br>d/b/a HAHNEMANN UNIVERSITY<br>HOSPITAL *et al.*,[4]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 21, 2019 at 11 a.m. (ET)**<br>**Objection Deadline**: October 3, 2019 at 4:00 p.m. (ET) |

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
MOTION FOR AN ORDER ESTABLISHING INFORMATION SHARING
PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. §§ 1102(b)(3)
AND 1103(c),** *NUNC PRO TUNC* **TO JULY 15, 2019**

PLEASE TAKE NOTICE that, on September 19, 2019, the Official Committee of Unsecured Creditors filed the **Official Committee of Unsecured Creditors' Motion For an Order Establishing Information Sharing Procedures For Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c),** *Nunc Pro Tunc* **to July 15, 2019** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, **on or before October 3, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned counsel to the Official Committee of Unsecured Creditors.

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion is scheduled to be held before The Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 3, 824 Market Street, Wilmington, Delaware 19801 **on October 21, 2019 at 11 a.m.  (Eastern Time).**

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: September 19, 2019
Wilmington, Delaware

Respectfully submitted,

/s/ *Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: 302-654-7444
Facsimile: 302-6568920
Email: thoran@foxrothschild.com

-and-

Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
Email:  asherman@sillscummis.com
              bmankovetskiy@sillscummis.com

*Counsel for the Official Committee of Unsecured Creditors*