# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | : | Case No. 19-11466 (k) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Objection Deadline: September 30, 2019 at 4:00 p.m. (ET)** |

-------------------------------------------------------------x

## REPORT BY EISNERAMPER LLP OF
## COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
## PERIOD OF AUGUST 1, 2019 THROUGH AUGUST 31, 2019

Exhibit A:      Summary of Compensation by Project Category
                    Summary of Hours by Professional
                    Summary Description of Services Provided
Exhibit B:      Itemized Expenses

EisnerAmper LLP ("**EisnerAmper**") hereby submits this Second Monthly Report of Compensation Earned and Expenses Incurred (the "**Report**") for the period August 1, 2019 through August 31, 2019[2] for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $405,900.00. EisnerAmper incurred $6,875.76 expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    The fee and expenses structure approved per the Court Order dated August 2, 2019 [D.I. 338] reflects that EisnerAmper will bill the Debtors $92,250 on a weekly basis for fees incurred. Based on a normal five (5)-day work week, the period of August 1, 2019 through August 2, 2019, represents 2/5 of a week ($36,900).

# **EXHIBIT A**

**Summary of Compensation by Project Category**
**Summary of Hours by Professional**

Exhibit A

| Professionals | Sum of Hours |
|---|---|
| **Allen Wilen** | **231.6** |
| Business Analysis | 17.5 |
| Business Operations | 85.2 |
| Client Meeting | 7.5 |
| Consulting | 102.9 |
| Data Analysis | 9 |
| Testimony | 9.5 |
| **Andrew Still** | **168.21** |
| Business Analysis | 102.75 |
| Data Analysis | 65.46 |
| **Anthony Calascibetta** | **1.2** |
| Fee/Employment Application | 1.2 |
| **Benjamin Sternberg** | **15.44** |
| Data Analysis | 15.44 |
| **DelMarie Velazquez** | **1.4** |
| Fee/Employment Application | 1.4 |
| **Dion Oglesby** | **306.7** |
| Business Operations | 103.4 |
| Client Meeting | 12.4 |
| Data Analysis | 190.9 |
| **Gabrielle Goitiandia** | **2.9** |
| Data Analysis | 2.9 |
| **Helen Boateng** | **5** |
| Data Analysis | 5 |
| **Robert Champion Jr.** | **101** |
| Consulting | 101 |
| **Ronald Dreskin** | **242** |
| Consulting | 234 |
| Data Analysis | 8 |
| **Sheldon Orlov** | **63** |
| Consulting | 63 |
| **Steven Bisciello** | **17** |
| Business Operations | 8 |
| Consulting | 6 |
| Data Analysis | 3 |
| **Timothy Gorton** | **10.25** |
| Consulting | 10.25 |
| **Tyler Tracewski** | **4.5** |
| Business Operations | 1 |
| Consulting | 1.5 |
| Data Analysis | 2 |
| **Grand Total** | **1170.2** |

| Project Category | Sum of Hours |
|---|---|
| Business Analysis | 120.25 |
| Business Operations | 197.6 |
| Client Meeting | 19.9 |
| Consulting | 518.65 |
| Data Analysis | 301.7 |
| Fee/Employment Application | 2.6 |
| Testimony | 9.5 |
| **Grand Total** | **1170.2** |

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional**
**August 1, 2019 through August 31, 2019**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Ronald Dreskin | Partner | 242.0 | $  650.00 | $  157,300.00 |
| Allen D. Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 231.6 | 640.00 | 148,224.00 |
| Anthony Calascibetta, CPA/CFF, CTP | Partner | 1.2 | 570.00 | 684.00 |
| Dion Oglesby | Director | 306.7 | 540.00 | 165,618.00 |
| Sheldon Orlov | Director | 63.0 | 520.00 | 32,760.00 |
| Steven Bisciello | Director | 17.0 | 460.00 | 7,820.00 |
| Timothy Gorton | Manager | 10.3 | 420.00 | 4,326.00 |
| Tyler Tracewski | Manager | 4.5 | 420.00 | 1,890.00 |
| Andrew Still | Manager | 168.3 | 320.00 | 53,856.00 |
| Helen Boateng | Staff II | 5.0 | 280.00 | 1,400.00 |
| Robert Champion, Jr. | Staff II | 101.0 | 265.00 | 26,765.00 |
| Benjamin Sternberg | Staff II | 15.5 | 255.00 | 3,952.50 |
| Gabrielle Goitiandia | Staff I | 2.9 | 150.00 | 435.00 |
| DelMarie Velazquez | Para | 1.4 | 130.00 | 182.00 |
| **TOTAL HOURS AND FEES** | | | | **605,212.50** |
| **LESS:  VOLUNTARY REDUCTION RELATING TO MONTHLY CAP** | | | | **(199,312.50)** |
| **GRAND TOTAL** | | **1170.4** | **$  346.80** | **$405,900.00** |

Exhibit A

**Services provided during the period from August 1, 2019 to August 31, 2019**

**Auction of Residency Slots** - Worked with Debtor personnel related to the sale of residency slots of Hahnemann University Hospital.  Retained primary consultant to evaluate and implement process. Served as primary leadership in negotiations with potential bidders, governmental organizations and financial entities.

**Hospital Closure**  - Worked with Debtor personnel related to the closure of Hahnemann University Hospital.  Served as primary leadership in guiding daily operations, negotiations with governmental organizations, suppliers and financial entities.

**Internal Accounting and Operations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system.  Served as primary accounting leadership in generating reports for various vendor and third party requests, and coordinating the creation and timely reporting of financial information.

**Cash Management / Vendor Relations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system.  Served as primary accounting leadership in cash management, and the monitoring of daily and projected cash flow needs.

**Cure Amount Objections** – Coordinate timely response to legal team on objections to cure amounts through corroboration of information filed as support, to the debtors' records.

**Unsecured Creditors Committee** – facilitate timely responses for documents and information requested by the financial advisor to the UCC.

**Preparation of Monthly Operating Reports** – Assisted in the compilation of data and preparation of the monthly operating reports for the 14 Debtors.

**Billing and Information Technology Analysis** – Secured third party vendors for billing and IT needs. Continued ongoing communications/negotiations with Tenet. Coordinate the resolution of IT issues resulting from significant turnover.

**Union Negotiations and Discussions** – worked with the general counsel team for the hospital system in negotiations and discussions with PASNAP and 1199C union leaders in achieving the best possible outcomes for all parties involved.

**Pension Plan Issues** – Included a review and assessment of the withdrawal liability claim filed by 1199C including discussions with counsel regarding next steps and valuation issues. Directed the continuation of processing payments of current pension liabilities and obligations.

**Financing Related Activities** – Continuously monitor weekly DIP performance and coordination of Debtor employees in order to make appropriate adjustments.

**Lease and Property related analyses** – Continued coordination with legal counsel to evaluate leases and property to keep/reject during bankruptcy process. Included the evaluation and analysis of approximately 200 inter-related leases.

**Graduate Medical Education Closure and Sale** – Coordinated negotiations with CMS, ACMGE, Regulators, and City/State officials around the GME closure and sale issues. Worked with residents and officials to confirm funding information and relevant steps required to ensure the continuation of their residencies at other institutions. Sought to ensure the best possible outcome for all involved.

Exhibit A

**Process improvement and Physician Practice Assessment –** Continued evaluation and execution of revenue cycle initiatives and the denial recovery analysis. Managed the shutdown of HUH Physician Groups. Coordinated on-going dialogue and communications with Conifer.

**Drexel / AAA related issues –** Incorporated the analysis of Drexel AAA agreement as it relates to the liquidation of HUH and the impact of the contract on claims.

**Tenet and Conifer Issues –** On-going dialogue and communications with Tenet/Conifer and their legal and financial advisors.

# EXHIBIT B

## Itemized Expenses

Exhibit B

| Date | Professional Name | Expense | Amount | Narrative |
|------|-------------------|---------|--------|-----------|
| 08/05/2019 | Gorton, Timothy | Airline,RR,etc | $    60.00 | Airline,RR,etc Travel from client site to NYC/Home |
| 08/05/2019 | Dreskin, Ronald | Airline,RR,etc | 266.00 | Airline,RR,etc train |
| 08/09/2019 | Dreskin, Ronald | Airline,RR,etc | 296.00 | Airline,RR,etc train |
| 08/15/2019 | Dreskin, Ronald | Airline,RR,etc | 292.00 | Airline,RR,etc train |
| 08/20/2019 | Dreskin, Ronald | Airline,RR,etc | 291.60 | Airline,RR,etc train |
| 08/22/2019 | Boateng, Helen | Airline,RR,etc | 152.00 | Airline,RR,etc Travel |
| 08/22/2019 | Dreskin, Ronald | Airline,RR,etc | 299.00 | Airline,RR,etc train |
| 08/23/2019 | Boateng, Helen | Airline,RR,etc | 152.00 | Airline,RR,etc Travel |
| 08/25/2019 | Dreskin, Ronald | Airline,RR,etc | 299.00 | Airline,RR,etc train |
| 08/29/2019 | Dreskin, Ronald | Airline,RR,etc | 232.00 | Airline,RR,etc train |
| | | **Airline,RR,etc Total** | **2,339.60** | |
| 07/28/2019 | Gorton, Timothy | Hotel | 143.00 | Hotel Hotel stay for work week |
| 07/28/2019 | Gorton, Timothy | Hotel | 23.41 | Hotel Hotel stay for work week |
| 07/29/2019 | Gorton, Timothy | Hotel | 26.68 | Hotel Hotel stay for work week |
| 07/29/2019 | Gorton, Timothy | Hotel | 163.00 | Hotel Hotel stay for work week |
| 07/30/2019 | Gorton, Timothy | Hotel | 191.00 | Hotel Hotel stay for work week |
| 07/30/2019 | Gorton, Timothy | Hotel | 31.26 | Hotel Hotel stay for work week |
| 07/31/2019 | Gorton, Timothy | Hotel | 43.86 | Hotel Hotel stay for work week |
| 07/31/2019 | Gorton, Timothy | Hotel | 268.00 | Hotel Hotel stay for work week |
| 08/04/2019 | Gorton, Timothy | Hotel | 195.00 | Hotel Hotel overnight for client |
| 08/05/2019 | Gorton, Timothy | Hotel | 31.81 | Hotel Hotel overnight for client |
| | | **Hotel Total** | **1,117.02** | |
| 07/31/2019 | Gorton, Timothy | Local Fares | 16.51 | Local Fares Travel from client to hotel |
| 08/01/2019 | Gorton, Timothy | Local Fares | 18.30 | Local Fares Travel from hotel to client location |
| 08/01/2019 | Gorton, Timothy | Local Fares | 52.77 | Local Fares Travel from client to home/location for weekend |
| 08/04/2019 | Gorton, Timothy | Local Fares | 49.36 | Local Fares Travel from home/location for weekend to hotel f |
| 08/05/2019 | Gorton, Timothy | Local Fares | 16.34 | Local Fares Travel from hotel to St Chris/client |
| 08/05/2019 | Gorton, Timothy | Local Fares | 15.34 | Local Fares Travel from client to hotel |
| 08/05/2019 | Gorton, Timothy | Local Fares | 10.63 | Local Fares Travel from hotel to Philly Amtrak to go home |
| 08/05/2019 | Gorton, Timothy | Local Fares | 27.98 | Local Fares Travel from NY Penn Station to home |
| 08/05/2019 | Dreskin, Ronald | Local Fares | 10.27 | Local Fares taxi |
| 08/07/2019 | Dreskin, Ronald | Local Fares | 21.17 | Local Fares uber |
| 08/08/2019 | Dreskin, Ronald | Local Fares | 17.94 | Local Fares uber |
| 08/09/2019 | Dreskin, Ronald | Local Fares | 9.30 | Local Fares uber |
| 08/13/2019 | Dreskin, Ronald | Local Fares | 24.54 | Local Fares uber |
| 08/13/2019 | Dreskin, Ronald | Local Fares | 8.49 | Local Fares uber |
| 08/14/2019 | Dreskin, Ronald | Local Fares | 9.94 | Local Fares uber |
| 08/14/2019 | Dreskin, Ronald | Local Fares | 8.62 | Local Fares uber |
| 08/15/2019 | Dreskin, Ronald | Local Fares | 19.27 | Local Fares uber |
| 08/20/2019 | Dreskin, Ronald | Local Fares | 35.14 | Local Fares taxi |
| 08/22/2019 | Dreskin, Ronald | Local Fares | 10.33 | Local Fares uber |
| 08/23/2019 | Boateng, Helen | Local Fares | 7.15 | Local Fares Travel |
| 08/23/2019 | Boateng, Helen | Local Fares | 52.78 | Local Fares Travel |
| 08/26/2019 | Dreskin, Ronald | Local Fares | 15.17 | Local Fares uber |
| 08/26/2019 | Dreskin, Ronald | Local Fares | 9.62 | Local Fares uber |
| 08/27/2019 | Dreskin, Ronald | Local Fares | 18.57 | Local Fares uber |
| 08/27/2019 | Dreskin, Ronald | Local Fares | 19.54 | Local Fares uber |
| 08/27/2019 | Dreskin, Ronald | Local Fares | 8.32 | Local Fares taxi |
| 08/27/2019 | Dreskin, Ronald | Local Fares | 18.16 | Local Fares uber |
| 08/29/2019 | Dreskin, Ronald | Local Fares | 8.19 | Local Fares uber |
| | | **Local Fares Total** | **539.74** | |
| 08/01/2019 | Gorton, Timothy | Meals | 11.09 | Meals Lunch at client location |
| 08/05/2019 | Dreskin, Ronald | Meals | 80.00 | Meals dinner |
| 08/06/2019 | Dreskin, Ronald | Meals | 39.00 | Meals dinner |
| 08/06/2019 | Still, Andrew | Meals | 48.60 | Meals Team Lunch |
| 08/07/2019 | Dreskin, Ronald | Meals | 307.84 | Meals dinner |

Exhibit B

| Date | Professional Name | Expense | Amount | Narrative |
|------|-------------------|---------|--------|-----------|
| 08/07/2019 | Dreskin, Ronald | Meals | 93.57 | Meals dinner |
| 08/12/2019 | Still, Andrew | Meals | 45.69 | Meals Team Dinner |
| 08/12/2019 | Still, Andrew | Meals | 160.00 | Meals Team Meal |
| 08/14/2019 | Dreskin, Ronald | Meals | 24.25 | Meals dinner |
| 08/15/2019 | Dreskin, Ronald | Meals | 111.60 | Meals groceries |
| 08/16/2019 | Dreskin, Ronald | Meals | 9.27 | Meals lunch |
| 08/20/2019 | Dreskin, Ronald | Meals | 85.10 | Meals dinner |
| 08/21/2019 | Dreskin, Ronald | Meals | 738.90 | Meals dinner |
| 08/26/2019 | Dreskin, Ronald | Meals | 109.70 | Meals dinner |
| 08/27/2019 | Dreskin, Ronald | Meals | 8.19 | Meals lunch |
| 08/28/2019 | Dreskin, Ronald | Meals | 43.39 | Meals dinner |
| 08/28/2019 | Dreskin, Ronald | Meals | 72.25 | Meals dinner |
| 08/23/2019 | Boateng, Helen | Meals | 30.00 | Meals |
| | | **Meals Total** | **2,018.44** | |
| 08/07/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Site |
| 08/07/2019 | Wilen, Allen | Mileage | 55.39 | Mileage 341(a) Meeting |
| 08/09/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Site |
| 08/09/2019 | Wilen, Allen | Mileage | 55.39 | Mileage Wilmington Court |
| 08/13/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Site |
| 08/19/2019 | Wilen, Allen | Mileage | 55.39 | Mileage Hearing to Approve Sale |
| 08/20/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Site |
| 08/21/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Site |
| 08/22/2019 | Wilen, Allen | Mileage | 55.39 | Mileage Hearing Wilmington |
| 08/27/2019 | Wilen, Allen | Mileage | 25.58 | Mileage PAHS Insurance meeting |
| 08/30/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Site |
| | | **Mileage Total** | **400.26** | |
| 08/01/2019 | Dreskin, Ronald | Parking/Tolls | 105.00 | Parking/Tolls parking |
| 08/01/2019 | Dreskin, Ronald | Parking/Tolls | 5.00 | Parking/Tolls parking |
| 08/09/2019 | Dreskin, Ronald | Parking/Tolls | 40.00 | Parking/Tolls parking |
| 08/15/2019 | Dreskin, Ronald | Parking/Tolls | 38.00 | Parking/Tolls parking |
| 08/29/2019 | Dreskin, Ronald | Parking/Tolls | 38.00 | Parking/Tolls parking |
| 08/07/2019 | Wilen, Allen | Parking/Tolls | 35.00 | Parking/Tolls 341(a) Meeting |
| 08/07/2019 | Wilen, Allen | Parking/Tolls | 10.00 | Parking/Tolls Parking |
| 08/07/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Site |
| 08/09/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Site |
| 08/09/2019 | Wilen, Allen | Parking/Tolls | 41.00 | Parking/Tolls Motion to Sale |
| 08/09/2019 | Wilen, Allen | Parking/Tolls | 7.90 | Parking/Tolls Motion to Sale |
| 08/13/2019 | Wilen, Allen | Parking/Tolls | 35.00 | Parking/Tolls Deposition |
| 08/13/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Site |
| 08/19/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls Parking |
| 08/19/2019 | Wilen, Allen | Parking/Tolls | 7.90 | Parking/Tolls Hearing to Approve Sale |
| 08/20/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Site |
| 08/20/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls CRO Engagement |
| 08/21/2019 | Wilen, Allen | Parking/Tolls | 10.00 | Parking/Tolls CRO Engagement |
| 08/21/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls CRO Engagement |
| 08/22/2019 | Wilen, Allen | Parking/Tolls | 7.90 | Parking/Tolls Hearing Wilmington |
| 08/27/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls PAHS Insurance Meeting |
| 08/30/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls CRO Engagement |
| 08/30/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Site |
| | | **Parking/Tolls Total** | **460.70** | |
| | | **Grand Total** | **$ 6,875.76** | |