# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                         :    Chapter 11
                                               :
CENTER CITY HEALTHCARE, LLC d/b/a              :
HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,       :    Case No. 19-11466 (k)
                                               :
                                               :    (Jointly Administered)
                    Debtors.                   :
                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Monique B. DiSabatino, hereby certify that on September 19, 2019, I caused a copy of the **Report by EisnerAmper LLP of Compensation Earned and Expenses Incurred for the Period of August 1, 2019 through August 31, 2019** to be served on the below parties in the manner specified below.

| | |
|---|---|
| Benjamin Hackman, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>**(Via Hand Delivery)** | Thomas M. Horan, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899<br>**(Via Hand Delivery)** |

Andrew H. Sherman, Esquire
Boris I. Mankovetskiy, Esquire
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
**(Via First Class Mail)**

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: September 19, 2019