## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| Debtors. | **Related to Docket Nos. 527 and 640** |

## CERTIFICATION OF NO OBJECTION ON STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO PERSONAL INJURY CLAIM ASSERTED BY CORINTHIA SHIELDS

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1.      On September 4, 2019, the **Notice of Stipulation Granting Limited Relief From the Automatic Stay With Respect to Personal Injury Claim Asserted by Corinthia Shields** [Docket No. 640] (the "**Notice**")[2] was filed with the Court.

2.      Pursuant to the Notice, objections to the Stipulation Granting Limited Relief from the Automatic Stay with Respect to Personal Injury Claim Asserted by Corinthia Shields (the "**Stipulation**") were to be filed by September 18, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4.    Accordingly, the proposed order approving the Stipulation may be entered.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Stipulation and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: September 19, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for the Debtors and Debtors in Possession*