# EXHIBIT A

# GT GreenbergTraurig

Invoice No. :   5146927
File No.      :   102171.014000
Bill Date    :   August 16, 2019

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## **INVOICE**

Re:   Center City Healthcare, LLC d/b/a Hahnemann University Hospital

Legal Services through July 31, 2019:

| | | |
|---|---|---:|
| BUSINESS OPERATIONS: | $ | 2,502.50 |
| CASE ADMINISTRATION: | $ | 15,336.50 |
| FINANCING MATTERS & CASH COLL: | $ | 190.00 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 4,745.00 |
| CREDITOR INQUIRIES: | $ | 687.50 |
| COURT HEARINGS: | $ | 12,812.50 |
| SALE OF PROPERTY: | $ | 190.00 |
| | | |
| Total Fees: | $ | 36,464.00 |

Expenses:

| | | |
|---|---|---:|
| Filing Fees | 30.00 | |
| Total Expenses: | $ | 30.00 |
| **Current Invoice**: | **$** | **36,494.00** |

NAP:MK
Tax ID:  13-3613083

| Invoice No.: | 5146927 | Page 1 |
|---|---|---|
| Matter No.: | 102171.014000 | |

## Description of Professional Services Rendered:

TASK CODE:        803        BUSINESS OPERATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/09/19 | Dennis A. Meloro | Review and analysis re: motion to approve hospital closure and related pleadings (1.1);. email with N. Peterman and S. Koenig re: same (.1). | 1.20 | 1,230.00 |
| 07/15/19 | Dennis A. Meloro | Call/emails with S. Koenig re: hearings on closure motion and bid procedures re: residents / objection seeking to expand PCO role (.4); email with UST re: same (.1). | 0.50 | 512.50 |
| 07/28/19 | Nancy A. Peterman | Review and analysis of closure motion and related objections. | 0.80 | 760.00 |

Total Hours:        2.50

Total Amount:        $ 2,502.50

TIMEKEEPER SUMMARY FOR TASK CODE 803,

BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 1.70 | 1,025.00 | 1,742.50 |
| Nancy A. Peterman | 0.80 | 950.00 | 760.00 |
| Totals: | 2.50 | 1,001.00 | $    2,502.50 |

Invoice No.:  5146927                                                                          Page 2
Matter No.:  102171.014000

<u>Description of Professional Services Rendered</u>

TASK CODE:      804      CASE ADMINISTRATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 07/08/19 | Nancy A. Peterman | Begin to review and analyze case status, including DIP financing/cash collateral issues. | 0.30 | 285.00 |
| 07/09/19 | Eleanor A. Kolton | Revise stipulation and protective order for HIPAA compliance. | 0.50 | 325.00 |
| 07/09/19 | Dennis A. Meloro | Draft, file notice of appearance. | 0.30 | 307.50 |
| 07/09/19 | Nancy A. Peterman | Revise stipulation re PCO/PCO representatives access to patient records. | 0.40 | 380.00 |
| 07/17/19 | Nancy A. Peterman | Telephone conference with S. Koenig re resident/patient issues. | 0.20 | 190.00 |
| 07/17/19 | Nancy A. Peterman | Exchange emails with S. Koenig re various patient care issues/questions. | 0.20 | 190.00 |
| 07/22/19 | Sara Hoffman | Call with N. Peterman re: Center City Healthcare bankruptcy (0.2); review docket filings (0.4) | 0.60 | 432.00 |
| 07/22/19 | Eleanor A. Kolton | Revise HIPAA protective order based on debtors' comments. | 0.30 | 195.00 |
| 07/22/19 | Nancy A. Peterman | Telephone conference with S. Hoffman re case review for patient care issues. | 0.20 | 190.00 |
| 07/23/19 | Sara Hoffman | Review relevant filings of Center City Healthcare bankruptcy docket for N. Peterman. | 7.20 | 5,184.00 |
| 07/24/19 | Sara Hoffman | Review and summarize relevant docket filings for upcoming deadlines. | 4.90 | 3,528.00 |
| 07/25/19 | Sara Hoffman | Review docket updates. | 0.30 | 216.00 |
| 07/25/19 | Dennis A. Meloro | Review stipulation and order re: access to confidential patient information and related agreement (.6); draft certification re: approval of order (.6); email with N. Peterman (.1). | 1.30 | 1,332.50 |
| 07/25/19 | Nancy A. Peterman | Review S. Hoffman summary of case issues/impact on patient care. | 0.40 | 380.00 |
| 07/25/19 | Nancy A. Peterman | Draft email to UST, UCC and Debtors re patient records stipulation. | 0.20 | 190.00 |
| 07/26/19 | Nancy A. Peterman | Review and respond to emails from UST re HIPPA issues. | 0.20 | 190.00 |
| 07/26/19 | Nancy A. Peterman | Telephone conference with S. Koenig re options on patient interviews/record reviews. | 0.30 | 285.00 |
| 07/28/19 | Nancy A. Peterman | Draft email to S. Koenig re possible patient care issues to consider. | 0.20 | 190.00 |
| 07/28/19 | Nancy A. Peterman | Review and analysis of first day declaration to understand case plan and possible issues to watch for. | 0.40 | 380.00 |
| 07/29/19 | Sara Hoffman | Review docket for relevant filing updates (.60); summarize same (.60). | 1.20 | 864.00 |
| 07/31/19 | Dennis A. Meloro | Call to B. Hackman re: stipulation on | 0.10 | 102.50 |

Invoice No.:    5146927
Matter No.:    102171.014000

<u>Description of Professional Services Rendered</u>

access to patient information; email with N. Peterman.

| | | |
|---|---|---|
| Total Hours: | 19.70 | |
| Total Amount: | $ 15,336.50 | |

<u>TIMEKEEPER SUMMARY FOR TASK CODE 804,</u>

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 1.70 | 1,025.00 | 1,742.50 |
| Nancy A. Peterman | 3.00 | 950.00 | 2,850.00 |
| Sara Hoffman | 14.20 | 720.00 | 10,224.00 |
| Eleanor A. Kolton | 0.80 | 650.00 | 520.00 |
| Totals: | 19.70 | 778.50 | $    15,336.50 |

Invoice No.:     5146927
Matter No.:      102171.014000

Page  4

Description of Professional Services Rendered

TASK CODE:          809          FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/21/19 | Nancy A. Peterman | Review interim financing order and carveout. | 0.20 | 190.00 |
| | | Total Hours: | 0.20 | |
| | | Total Amount: | | $ 190.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 0.20 | 950.00 | 190.00 |
| Totals: | 0.20 | 950.00 | $      190.00 |

Description of Professional Services Rendered

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/22/19 | Wendy Cathers | Prepare GT Retention papers (.80); prepare SAK retention papers (.80). | 1.60 | 480.00 |
| 07/22/19 | Wendy Cathers | Revise GT (.20) and SAK (.30) retention papers. | 0.50 | 150.00 |
| 07/22/19 | Dennis A. Meloro | Review/revise GT (.8) and SAK (.8) retention applications and related documents. | 1.60 | 1,640.00 |
| 07/26/19 | Dennis A. Meloro | Review/revise SAK retention papers. | 0.30 | 307.50 |
| 07/26/19 | Nancy A. Peterman | Revise SAK retention papers. | 0.20 | 190.00 |
| 07/28/19 | Nancy A. Peterman | Revise GT retention papers. | 0.20 | 190.00 |
| 07/28/19 | Nancy A. Peterman | Revise SAK retention papers. | 0.20 | 190.00 |
| 07/29/19 | Wendy Cathers | Prepare Exhibits 1 and 2 to the Koenig Affidavit. | 0.20 | 60.00 |
| 07/30/19 | Dennis A. Meloro | Review, finalize, file SAK retention application. | 0.70 | 717.50 |
| 07/30/19 | Dennis A. Meloro | Review, finalize, file GT retention application. | 0.80 | 820.00 |

Total Hours:        6.30

Total Amount:        $ 4,745.00

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 3.40 | 1,025.00 | 3,485.00 |
| Nancy A. Peterman | 0.60 | 950.00 | 570.00 |
| Wendy Cathers | 2.30 | 300.00 | 690.00 |
| Totals: | 6.30 | 753.17 | $    4,745.00 |

Invoice No.:      5146927
Matter No.:       102171.014000

<u>Description of Professional Services Rendered</u>

TASK CODE:          832          CREDITOR INQUIRIES

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 07/17/19 | Dennis A. Meloro | Call with AAMC and ECFMG counsel re: objection to closure and request for ombudsman to address/monitor resident issues. | 0.30 | 307.50 |
| 07/17/19 | Nancy A. Peterman | Telephone conference with O. Pinkas re resident issues (.30); review objections re: same (.10). | 0.40 | 380.00 |
| | | Total Hours: | 0.70 | |
| | | Total Amount: | | $ 687.50 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE 832</u>,

CREDITOR INQUIRIES

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.30 | 1,025.00 | 307.50 |
| Nancy A. Peterman | 0.40 | 950.00 | 380.00 |
| Totals: | 0.70 | 982.14 | $     687.50 |

| Invoice No.: | 5146927 | Page 7 |
|---|---|---|
| Matter No.: | 102171.014000 | |

Description of Professional Services Rendered

TASK CODE:        833        COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/09/19 | Dennis A. Meloro | Review/circulate 7/11 hearing agenda. | 0.20 | 205.00 |
| 07/10/19 | Dennis A. Meloro | Review amended 7/11 hearing agenda (.1); email to S. Koenig re: same (.1). | 0.20 | 205.00 |
| 07/11/19 | Dennis A. Meloro | Attend 6/11 hearing (3.0); emails with S. Koenig re: hearing, hospital closure motion and scheduling of same (.3). | 3.30 | 3,382.50 |
| 07/15/19 | Dennis A. Meloro | Review 7/16 hearing agenda; email to S. Koenig re: same. | 0.10 | 102.50 |
| 07/18/19 | Dennis A. Meloro | Review 7/19 hearing agenda (.1); emails with S. Koening re: hearing (.1). | 0.20 | 205.00 |
| 07/19/19 | Dennis A. Meloro | Prepare for / meet with S. Koenig and attend 7/19 hearing on motion to approve bidding procedures re: residency program. | 6.00 | 6,150.00 |
| 07/24/19 | Dennis A. Meloro | Review agenda for 7/26 hearing. | 0.10 | 102.50 |
| 07/25/19 | Dennis A. Meloro | Review amended agenda for 7/26 hearing. | 0.10 | 102.50 |
| 07/26/19 | Dennis A. Meloro | Attend 7/26 hearing (2.2); call with S. Koenig in advance of hearing (.1). | 2.30 | 2,357.50 |

Total Hours:        12.50

Total Amount:        $ 12,812.50

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 12.50 | 1,025.00 | 12,812.50 |
| Totals: | 12.50 | 1,025.00 | $    12,812.50 |

Invoice No.:    5146927
Matter No.:    102171.014000

Description of Professional Services Rendered

TASK CODE:    838    SALE OF PROPERTY

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/21/19 | Nancy A. Peterman | Review motion to sell pediatric hospital. | 0.20 | 190.00 |

Total Hours:    0.20

Total Amount:    $ 190.00

TIMEKEEPER SUMMARY FOR TASK CODE 838,

SALE OF PROPERTY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 0.20 | 950.00 | 190.00 |
| Totals: | 0.20 | 950.00 | $    190.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 19.60 | 1,025.00 | 20,090.00 |
| Nancy A. Peterman | 5.20 | 950.00 | 4,940.00 |
| Sara Hoffman | 14.20 | 720.00 | 10,224.00 |
| Eleanor A. Kolton | 0.80 | 650.00 | 520.00 |
| Wendy Cathers | 2.30 | 300.00 | 690.00 |
| Totals: | 42.10 | 866.13 | $ 36,464.00 |

# EXHIBIT B

Invoice No.:     5146927                                                                        Page  10
Re:              Center City Healthcare, LLC d/b/a Hahnemann University Hospital
Matter No.:      102171.014000


<u>Description of Expenses Billed</u>:

| <u>DATE</u> | <u>DESCRIPTION</u> | | <u>AMOUNT</u> |
|------|-------------|---|--------|
| 07/15/19 | VENDOR: Giannini, Cynthia INVOICE#: 3494598208011233 DATE: 8/1/2019  Filing Fees; 07/15/19 - COURTCALL    9922469 - Appearance fee for Suzanne Koenig; Merchant: COURTCALL    #9922469 | $ | 30.00 |
| | | Total Expenses:  $ | 30.00 |