**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 24, 2019 AT 9:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE <u>HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE</u>[2,3]**

**CONTINUED MATTERS:**

1. Motion for Payment of Administrative Expenses (Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity) [D.I. 502; filed: 08/16/19]

   <u>Response Deadline</u>: August 30, 2019 at 4:00 p.m.

   <u>Responses Received</u>:

   A. Debtors' Objection to Motion for Payment of Administrative Expenses [D.I. 619; filed: 08/30/19]

   <u>Related Documents</u>: None

   <u>Status</u>: This matter is continued to the hearing scheduled for October 21, 2019 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

2. Motion of Global Neurosciences Institute, LLC for Reconsideration of and/or to Vacate Order Rejecting Services Agreement [D.I. 652; filed: 09/05/19]

   Responses Deadline: September 17, 2019 at 4:00 p.m. Extended to October 14, 2019 at 4:00 p.m. for the Debtors.

   Responses Received: None to date

   Related Documents: None to date

   Status: This matter is continued to the hearing scheduled for October 21, 2019 at 11:00 a.m.

**RESOLVED MATTERS:**

3. Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of SAK Management Services, LLC, as Medical Operations Advisor, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 318; filed: 07/30/19]

   Responses Deadline: August 13, 2019 at 4:00 p.m.

   Responses Received: Informal response from the Office of the United States Trustee (the "**UST**")

   Related Documents:

   A. Corrected Affidavit of Suzanne Koenig in Support of the Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of SAK Management Services, LLC, as Medical Operations Advisor, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 354; filed: 08/05/19]

   B. Certification of Counsel Requesting Entry of Order Authorizing the Retention and Employment of SAK Management Services, LLC, as Medical Operations Advisor, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 579; filed: 08/28/19]

   C. Order Authorizing the Retention and Employment of SAK Management Services, LLC, as Medical Operations Advisor, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 724; signed and docketed: 09/16/19]

   Status: On September 16, 2019, the Court entered an order approving this application.

4. Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP, as Counsel, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 319; filed: 07/30/19]

   Responses Deadline: August 13, 2019 at 4:00 p.m.

    Responses Received:

    A.    Informal response from the UST

    Related Documents:

    A.    Corrected Affidavit of Nancy A. Peterman in Support of the Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP, as Counsel, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 353; filed: 08/05/19]

    B.    Declaration of Suzanne Koenig in Support of the Application of the Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 577; filed: 08/28/19]

    C.    Certification of Counsel Requesting Entry of Order Authorizing the Retention and Employment of Greenberg Traurig, LLP, as Counsel, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 594; filed: 08/29/19]

    D.    Order Authorizing the Retention and Employment of Greenberg Traurig, LLP, as Counsel, *Nunc Pro Tunc* as of July 3, 2019 [D.I. 704; signed and docketed: 09/13/19]

    Status: On September 13, 2019, the Court entered an order approving this application.

5.    Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Motion for Approval of Key Employee Incentive Plan [D.I. 500; filed: 08/15/19]

    Responses Deadline:  August 29, 2019 at 4:00 p.m.  Extended to September 9, 2019 at 4:00 p.m. for the UST.

    Responses Received:  None

    Related Documents:

    A.    Certification of No Objection [D.I. 736; filed: 09/19/19]

    B.    Order Authorizing the Debtors to File Under Seal the Unredacted Version of the Debtors' Motion for Approval of Key Employee Incentive Plan [D.I. 741; signed and docketed:  09/19/19]

    Status: On September 19, 2019, the Court entered an order approving this application.

6.    Fourth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 614; filed: 08/30/19]

Responses Deadline:  September 13, 2019 at 4:00 p.m.

Responses Received:  None

Related Documents:

A. Certificate of No Objection [D.I. 726; filed: 09/17/19]

B. Order Approving Fourth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [D.I. 727; signed and docketed: 09/18/19]

Status: On September 18, 2019, the Court entered an order approving this motion.

## CERTIFICATION OF NO OBJECTION MATTER:

7. Motion of Corinthia Shields for Relief from the Automatic Stay [D.I. 527; filed: 08/19/19]

   Responses Deadline:  September 3, 2019 at 4:00 p.m.  Extended to September 10, 2019 at 4:00 p.m. for the Debtors.

   Responses Received:  None

   Related Documents:

   A. Notice of Stipulation Granting Limited Relief From the Automatic Stay With Respect to Personal Injury Claim Asserted by Corinthia Shields [D.I. 640; filed: 09/04/19]

   B. Certification of No Objection on Stipulation Granting Limited Relief From the Automatic Stay With Respect to Personal Injury Claim Asserted by Corinthia Shields [D.I. 739; filed: 09/19/19]

   Status: On September 19, 2019, the Debtors filed a certificate of no objection regarding the stipulation resolving this motion.  Pursuant to the stipulation, the Debtors anticipate that this motion will be withdrawn.  Accordingly, no hearing is necessary unless the Court has questions or concerns.

## MATTERS GOING FORWARD:

8. **[FILED UNDER SEAL]** Motion of the Debtors for Entry of an Order Approving Key Employee Incentive Plan [D.I. 498; filed: 08/15/19]

   Responses Deadline:  August 29, 2019 at 4:00 p.m.  Extended to September 5, 2019 at 4:00 p.m. for MidCap IV Funding Trust and extended to September 20, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

      Responses Received:  None to date

      Related Documents:

      A.    **[REDACTED]** Motion of the Debtors for Entry of an Order Approving Key Employee Incentive Plan [D.I. 498; filed: 08/15/19]

      B.    Declaration of Allen Wilen in Support of the Motion of the Debtors for Entry of an Order Approving Key Employee Incentive Plan [D.I. 501; filed: 08/15/19]

      Status: This matter will be going forward.

9.    Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases [D.I. 620; filed: 08/30/19]

      Responses Deadline:  September 13, 2019 at 4:00 p.m.

      Responses Received:

      A.    Limited Objection of Drexel University to Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases [D.I. 710; filed: 09/13/19]

      B.    Limited Objection of Master Landlords to the Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases [D.I. 719; filed: 09/13/19]

      Related Documents:  None

      Status: This matter will be going forward.

Dated: September 20, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*