## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re D.I. No.: 744** |

### CERTIFICATE OF SERVICE

I, Stuart M. Brown, Esquire, do hereby certify that, on this 20th day of September 2019, I caused a true and correct copy of the *Master Landlord's Preliminary Objection and Reservation of Rights Regarding the Sale to Successful Bidder and Adequate Assurance of Future Performance by Successful Bidder* to be served on the following addresses in the manner indicated below.

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)

**VIA HAND DELIVERY**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

EAST\169390734.1

2

**VIA FIRST CLASS MAIL**

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 1910

**VIA HAND DELIVERY**

Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Boris I. Mankovetskiy
Andrew H. Sherman
Sills,Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

**VIA HAND DELIVERY**

Joelle E. Polesky
Stradley Ronon Stevens & Young
1000 N. West Street, Suite 1279
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Gretchen M. Santamour
Deborah Reperowitz
Mark J. Dorval
Joseph W. Catuzzi
Stradley Ronon Stevens & Young
2005 Market Street, Suite 2600
Philadelphia, PA 19103

**VIA FIRST CLASS MAIL**

Kathryn L. Stevens
David L. Kane
VedderPrice
222 North LaSalle Street
Chicago, IL 60601

EAST\169390734.1