# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____

In re:  :  Chapter 11
 :
    CENTER CITY HEALTHCARE, LLC  :  Case No. 19-11466 (KG)
    d/b/a HAHNEMANN UNIVERSITY  :
    HOSPITAL, et al.[1]  :
 :
 :  Jointly Administered
    Debtors.  :
_____  :

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for The Advisory Board Company, creditor and party-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Eric S. Goldstein, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5000
> Facsimile: (860) 251-5218
> egoldstein@goodwin.com
> bankruptcy@goodwin.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

bankruptcyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 20th day of September 2019.

By: /s/ Eric S. Goldstein
    Eric S. Goldstein (ct 27195)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    (860) 251-5000

*Counsel for The Advisory Board Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2019, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Eric S. Goldstein
      Eric S. Goldstein