## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC | : | Case No. 19-11466 (KG) |
| d/b/a HAHNEMANN UNIVERSITY | : | |
| HOSPITAL, *et al.*, [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket Nos. **205, 301,** |
| | : | **595, & 722** |
| | : | |

### PRELIMINARY OBJECTION AND RESERVATION OF RIGHTS REGARDING THE SALE OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED DEBTORS TO SUCCESSFUL BIDDER AND ADEQUATE ASSURANCE OF FUTURE PERFORMANCE BY SUCCESSFUL BIDDER

**COMES NOW**, Hayes Locum, LLC, f/k/a Hayes Healthcare, LLC ("**Hayes**"), and hereby

files this this preliminary objection and reservation of rights (the "**Preliminary Objection**") to the

sale to Successful Bidder and adequate assurance of future performance by the Successful Bidder

in accordance with the Bidding Procedures and deadlines set for in the *Order (I) Scheduling a*

*Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's*

*Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain*

*Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures,*

*Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III)*

*Establishing Procedures in Connection with the Selection of and Protections Afforded to Any*

*Stalking Horse Purchasers, and (IV) Granting Related Relief* [D.I. 301] (the "**Bidding Procedures**

---

[1] 1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341); Philadelphia Academic Health System, LLC (8681); St. Christopher's Healthcare, LLC (8395); Philadelphia Academic Medical Associates, LLC (8165); HPS of PA, L.L.C. (1617); SCHC Pediatric Associates, L.L.C. (0527); St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447); SCHC Pediatric Anesthesia Associates, L.L.C. (2326); St. Chris Care at Northeast Pediatrics, L.L.C. (4056); TPS of PA, L.L.C. (4862); TPS II of PA, L.L.C. (5534); TPS III of PA, L.L.C. (5536); TPS IV of PA, L.L.C. (5537); and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Order"). At the time of this Preliminary Objection, the auction that commenced on September 19, 2019 has not yet concluded and there has not been an official announcement of a Successful Bidder.

## OBJECTION

1.      As set forth in the Limited Objection and Reservation of Rights of Hayes Locum LLC to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors (the "**Hayes Limited Objection**") [D.I. 595], which is incorporated herein, Hayes objected to the Debtors' ability to assume and assign Hayes' written agreements to provide specialized medical physician locum tenens staffing services for the performance of critical medical services to certain of the Debtors and their patients (collectively, the "**Hayes Locum Tenens Agreements**"). As also set forth in the Hayes Limited Objection, certain of the Debtors, (St. Christopher's, a proposed party to the Sale) utilize physicians locum tenens services provided pursuant to the Hayes Locum Tenens Agreements. The Sale, which involves the sale of the assets of St. Christopher's, would impact the Hayes Locum Tenens Agreements and the parties' respective obligations thereunder. Furthermore, Hayes asserted cure obligations of not less than approximately $374,000 with per diem obligations continuing to accrue, as more fully set forth in such objections.

2.      The Bidding Procedures Order provides that the deadline to object to the Sale is September 20, 2019 at 4:00 p.m. On September 16, 2019, the Debtors filed the Notice of Extension of Bid Deadline and Auction [D.I. 722], extending the deadline to submit Qualified Bids, and in the event the Debtors received more the one Qualified Bid, the date on which the Auction will commence to September 19, 2019.

3.      As of the filing of this Preliminary Objection, Hayes has not received any

information from the Debtors regarding the result of the auction other than that it commenced on September 19, 2019.  Furthermore, as of the filing of this Preliminary Objection no Successful Bidder has been announced and the auction has yet to conclude. Finally, Hayes has not received any information from any bidder, let alone the Successful Bidder, related to such bidder's adequate assurance of future performance under the Hayes Locum Tenens Agreements.

4.      Pursuant to the terms of the Hayes Locum Tenens Agreements and applicable law, the Debtors cannot transfer any assets belonging to Hayes in connection with the Sale, nor can they seek to assume (or assume and assign) the Hayes Locum Tenens Agreements, or any rights related thereto, absent Hayes' consent and its' receipt of adequate compensation as determined by Hayes. Furthermore, Hayes' obligation to provide services to any successful buyer of the Debtors' assets sold in the Sale will cease upon the closing of the Sale, absent Hayes' consent to the assumption and assignment of the Hayes Locum Tenens Agreements. To the extent that additional information indicates that the Sale proposes to transfer any assets or rights of Hayes (including any rights under the Hayes Locum Tenens Agreements) absent its consent, or seeks to contravene Hayes' rights with respect to its assets or contractual rights, whether related to the Hayes Locum Tenens Agreements or otherwise (including any attempt by the Debtors to assume, or assume and assign, the Hayes Locum Tenens Agreements or other agreements or contractual rights of Hayes), Hayes hereby reserves its right to object to the Sale, the Sale Motion and any related relief.

5.      Hayes acknowledges that until such time as the Debtors select a successful Bidder and the Successful Bidder designates the Hayes Locum Tenens Agreements to be assumed, this Preliminary Objection is premature, but Hayes files it out of an abundance of caution.

6.      Hayes hereby expressly reserves the right to amend and/or supplement this Preliminary Objection and reservation of rights as additional information becomes available, both

with respect to the Hayes Locum Tenens Agreements that the Debtors may seek to assume or assume and assign in the Sale (including as to any objections regarding adequate assurance of future performance) and as to any proposed cure amount, and Hayes reserves the right to introduce evidence at any hearing related to the Sale Motion, the Hayes Limited Objection, this Preliminary Objection and/or any future objection to the Sale. Hayes further reserves all of its rights, claims, defenses and remedies with respect to the Debtors and the Hayes Locum Tenens Agreements, including but not limited to any right to terminate any of the Hayes Locum Tenens Agreements based upon any current or future default thereunder, or any right to assert any claims, rights of setoff or rights of recoupment against the Debtors, under the Hayes Locum Tenens Agreements, the Bankruptcy Code, or under applicable law.

WHEREFORE, for the reasons set forth herein, Hayes respectfully requests that the Court grant relief consistent with this Preliminary Objection and Reservation of Rights, and such other relief as is just and proper.

<strong>HOGAN♦MCDANIEL</strong>

Dated: September 20, 2019
Wilmington, Delaware

/s/Daniel K. Hogan
Daniel K. Hogan (No. 2814)
Garvan F. McDaniel (No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: dkhogan@dkhogan.com
            gfmcdaniel@dkhogan.com
*Attorneys for Hayes Healthcare, LLC*