IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) |
| *et al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

**TENET BUSINESS
SERVICES CORPORATION AND CONIFER
REVENUE CYCLE SOLUTIONS, LLC'S SUPPLEMENTAL
OBJECTION AND RESERVATION OF RIGHTS REGARDING
THE POTENTIAL ASSUMPTION AND ASSIGNMENT OF TSA AND MSA**

Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") respectfully represent as follows in support of this supplemental objection and reservation of rights (this "Objection") to the proposed potential assumption and assignment of the TSA and MSA (each as defined below), as noticed in the *Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 510] (as amended, the "Assumption Notice"):[2]

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]   On September 19, 2019, the Debtors filed a *Notice of Filing of Amended Cure Schedule* [Docket No. 734], which did not alter the proposed treatment of the TSA or the MSA (each as defined herein).

**Background**

1. In January 2018, Tenet sold Hahnemann University Hospital ("Hahnemann") and St. Christopher's Hospital for Children ("St. Christopher's" and, collectively with Hahnemann, the "Hospitals") to the Debtors and certain of their non-Debtor affiliates. To facilitate that sale and permit the Hospitals to continue to fulfill their public health and medical education missions, Tenet and Debtor Philadelphia Academic Health System, LLC ("PAHS") entered into the Transition Services Agreement (the "TSA") pursuant to which Tenet agreed to provide support to information technology systems for the Hospitals. Additionally, Conifer[3] and PAHS entered into the Master Services Agreement (the "MSA"), whereby Conifer agreed to provide the Hospitals with on-site revenue cycle management services (including patient check-in and registration, patient check-out and payment, patient scheduling for future appointments, other non-medical patient-facing administrative services, and enrollment services). Offsite, Conifer employees track and collect patient receivables using Conifer's proprietary software and, where necessary, refer "bad debts" to a third-party vendor for collection.

2. On June 30, 2019, the Debtors commenced these chapter 11 cases. At the time, the Debtors owed Tenet more than $27 million in unpaid prepetition fees and costs under the TSA (exclusive of any additional liabilities assumed by Tenet at the closing of the sale) and owed Conifer more than $27 million in unpaid prepetition fees and costs under the MSA (in each case, exclusive of late fees and other charges).

---

[3] Conifer is wholly owned by Conifer Health Solutions, LLC (a joint venture between an affiliate of Tenet Healthcare Corporation and Catholic Health Initiatives).

3.      On July 15, 2019, the Debtors filed a motion to establish bidding procedures for the sale of substantially all of the assets of St. Christopher's.[4]  On July 26, 2019, the Court entered an order approving the bidding procedures for the sale of St. Christopher's.  The approved bidding procedures provided for a bid deadline of September 16, 2019, an auction on September 18, 2019, notice of the result of the auction within one day thereafter, and a related objection deadline on September 20, 2019.

4.      On July 26, 2019, Tenet and Conifer filed a motion to compel payment of their administrative claim on account of postpetition services provided to the Debtors.[5]

5.      On August 2, 2019, Tenet and Conifer filed an objection to final approval of the Debtors' proposed DIP financing.[6]  By agreement of the parties, the hearing on the Debtors' DIP financing motion was adjourned until August 19, 2019 to coincide with the hearing on the Administrative Claim Motion.

---

[4]    See *Debtors' Motion for Entry of (A) an Order (I) Scheduling A Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (Ii) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 205].

[5]    The *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 303] (the "Administrative Claim Motion") and its supporting declarations [Docket Nos. 304 and 305] are incorporated herein in their entirety by reference.  Capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Administrative Claim Motion.

[6]    See *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 348].

6.      Beginning on August 19, 2019, the Court conducted a hearing on the Administrative Claim Motion.  The Court ruled on the record at the end of the hearing and subsequently entered a related order on September 19, 2019.[7]

7.      On August 16, 2019, the Debtors filed the Assumption Notice.  The Assumption Notice asserts a cure amount of "$21,730,328.02 (Disputed)" owed to Tenet under the TSA and "$22,813,143.91 (Disputed)" owed to Conifer under the MSA.

8.      On August 30, 2019, Tenet and Conifer filed an objection to the potential assumption and assignment of the TSA and MSA.[8]  Additionally, on September 13, 2019, Tenet and Conifer filed an objection and reservation of rights regarding the sale of St. Christopher's.[9]

9.      On September 16, 2019, the Debtors extended the bid deadline (to September 18, 2019) and the auction date (to September 19, 2019); the Debtors did not modify the deadlines regarding notice of the result of the auction and the corresponding objection deadline.[10]

10.     Tenet and Conifer understand that the Debtors held an auction on September 19, 2019.  As of the filing of this Objection, Tenet and Conifer have not received any additional information regarding the result of the auction or any information regarding adequate

---

[7]    *See Order Granting in Part the* Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(B)(1) or, in the Alternative, (II) Granting Related Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [Docket No. 733] (the "Administrative Claim Order").

[8]    *See Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Objection to the Potential Assumption and Assignment of TSA and MSA* [Docket No. 618] (the "Original Objection").

[9]    *See Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Objection and Reservation of Rights with Respect to the Proposed Sale of St. Christopher's Hospital and Certain Related Assets* [Docket No. 714].

[10]   *See Notice of Extension of Bid Deadline and Auction* [Docket No 722].

assurance of future performance by any proposed purchaser, and the Original Objection remains unresolved.

11.  Tenet and Conifer respectfully submit that the Debtors cannot assign the TSA and MSA to any prospective purchaser because the proposed cure amounts are inadequate and because the Debtors have not demonstrated adequate assurance of future performance under the TSA and MSA.

## Objection

**I.  The Proposed Cure Amounts Are Inadequate, and the Debtors Have Not Provided Adequate Assurance of Future Performance.**

12.  The Debtors cannot assume and assign the TSA and the MSA because they have failed to meet the requirements of section 365 of the Bankruptcy Code. To assign an executory contract under which a debtor has defaulted, the debtor must: (a) cure, or provide adequate assurance of prompt cure, of any outstanding defaults, (b) compensate the non-debtor contract party for any actual pecuniary loss resulting from the debtor's default, and (c) provide adequate assurance of future performance under the contract. 11 U.S.C. § 365(B)(1); *In re DBSI, Inc.*, 405 B.R. 698, 704 (Bankr. D. Del. 2009). The Debtors have not met this burden.

**A.  The Proposed Cure Amounts are Inadequate.**

13.  The Assumption Notice asserts a cure amount of "$21,730,328.02 (Disputed)" owed to Tenet under the TSA and "$22,813,143.91 (Disputed)" owed to Conifer under the MSA. Each amount understates the amounts owed to Tenet and Conifer. More specifically, as set forth in the invoices previously filed under seal in these chapter 11 cases, the prepetition amount owing to Tenet on account of services provided under the TSA is over $27 million and prepetition amount owing to Conifer on account of services provided under the MSA is over $27 million (in each case, exclusive of late fees and other charges).

14.    The cure must also include any postpetition amounts the Court rules that the Debtors owe that remain unpaid at closing.  As referenced in the Administrative Claim Order, certain postpetition amounts remain unpaid.

15.    Accordingly, the Debtors' proposed cure figure is deficient by at least $5 million as to Tenet and at least $4 million as to Conifer, solely with respect to prepetition amounts, and by at least a combined $2.2 million as to postpetition amounts.

**B.    The Debtors Have Not Provided Adequate Assurance of Performance.**

16.    Section 365(b)(1)(C) of the Bankruptcy Code requires that the Debtors provide adequate assurance of future performance under the TSA and MSA.  The auction was scheduled to occur on September 19, 2019; however, the results are not yet public, no prospective assignee of the TSA and MSA has been identified, and no evidence on adequate assurance has been presented.  Accordingly, Tenet and Conifer expressly reserve the right to supplement this Objection with respect to adequate assurance of future performance of any prospective assignee.

**Reservation of Rights**

17.    Tenet and Conifer reserve all rights, remedies, claims, counterclaims, and defenses under the TSA and the MSA, at law, and in equity, including, without limitation, Tenet and Conifer's right to file an administrative expense claim and/or a rejection damages claim.  Further, Tenet and Confer reserve all rights to amend, supplement, and modify this Objection as appropriate.

**Notice**

18.    A copy of the Objection has been provided to (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to MidCap Funding IV Trust; (e) Drexel University d/b/a Drexel University College of Medicine; (f) the Debtors' unions; (g) the Internal Revenue Service; (h) the United

States Attorney for the District of Delaware; (i) the United States Department of Justice; (j) the Pennsylvania Attorney General's Office; (k) the Pennsylvania Department of Human Services; (l) the City of Philadelphia; and (m) all applicable federal, state and local taxing and regulatory authorities having jurisdiction over the Assets; and (n) all parties who have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. Tenet and Conifer submit that, under the circumstances, such notice constitutes good and sufficient notice of this Objection and no other or further notice need be given.

*[Remainder of this page intentionally left blank.]*

WHEREFORE, Tenet and Conifer respectfully request that the Court deny the relief requested in the Assumption Notice with respect to the TSA and MSA.

Dated: September 20, 2019      PACHULSKI STANG ZIEHL & JONES LLP

*/s Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:       ljones@pszjlaw.com
             tcairns@pszjlaw.com


- and -


KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C.
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       stephen.hackney@kirkland.com
             gregory.pesce@kirkland.com


-and-


KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*