## CERTIFICATE OF SERVICE

I, Stuart M. Brown, Esquire, do hereby certify that, on this 20th day of September 2019, I caused a true and correct copy of the foregoing *Master Landlords' Omnibus and Supplemental Objection to Cure Amounts* to be served on the following addresses in the manner indicated below.

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)

**VIA HAND DELIVERY**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 1910

**VIA HAND DELIVERY**
Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

**VIA HAND DELIVERY**
Joelle E. Polesky
Stradley Ronon Stevens & Young
1000 N. West Street, Suite 1279
Wilmington, DE 19801

EAST\169399221.1

**VIA FIRST CLASS MAIL**
Gretchen M. Santamour
Deborah Reperowitz
Mark J. Dorval
Joseph W. Catuzzi
Stradley Ronon Stevens & Young
2005 Market Street, Suite 2600
Philadelphia, PA 19103

**VIA FIRST CLASS MAIL**
Kathryn L. Stevens
David L. Kane
VedderPrice
222 North LaSalle Street
Chicago, IL 60601