# EXHIBIT A

**SUMMARY OF BLENDED RATE**

## BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Blended Hourly Rate | |
| --- | --- | --- | --- |
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $551.00 | $676 |
| Junior Partners | 2 | $434.00 | $435 |
| Special Counsel | 1 | $466.00 | $545 |
| Senior Associates | 2 | $336.00 | $395 |
| Junior Associates | 5 | $279.00 | $315 |
| Paralegal | 1 | $233.00 | $310 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $193.00 | $225 |
| **Aggregated:** | | **$437.00** | **$480.27** |