# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

### For the Period from June 30, 2019 through July 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (5,257 pages @ $.10 per page) | | $525.70 |
| Color Photocopying (4,470 pages @ $.10 per page) | | $447.00 |
| Cab / Car Service | *See attached chart* | $25.92 |
| Certificates of Good Standing | ATA Corporate Services LLC | $740.00 |
| Certified Corporate Documents | ATA Corporate Services LLC | $797.00 |
| Docket Retrieval / Case Monitoring | Pacer Service Center | $75.70 |
| Filing Fees | United States District Court (pro hac motions) | $50.00 |
| Legal Research | Westlaw | $4,540.34 |
| Meals | *See attached chart* | $506.60 |
| Mileage | *See attached chart* | $193.36 |
| Overnight Delivery | Federal Express | $100.86 |
| Parking | *See attached chart* | $161.00 |
| Teleconferencing | CourtCall | $499.00 |
| Transcript | Reliable Copy Service | $739.50 |
| **Total** | | **$9,401.98** |

35835968.2 09/20/2019

| TRAVEL DETAIL ||||| 
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/01/19 | Uber | (1) Jeffrey C. Hampton | Cab from office to home working after hours | $11.79 |
| 07/17/19 | Uber | (1) Jeffrey C. Hampton | Cab from Hahnemann to home after hours meeting with client | $14.13 |
| 07/01/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Philadelphia office and back for working on first day motions | $11.60 |
| 07/02/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for first day hearing | $45.44 |
| 07/11/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for DIP hearing | $45.44 |
| 07/12/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for DIP hearing | $45.44 |
| 07/15/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington, DE and back for meetings regarding DIP meeting | $45.44 |
| 07/01/19 | Centre Square Parking | (1) Adam H. Isenberg | Parking in Philadelphia, PA working on first day motions | $41.00 |
| 07/02/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for first day hearing | $20.00 |
| 07/11/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for hearing | $20.00 |
| 07/12/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for DIP hearing | $20.00 |
| 07/15/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington, DE for hearing | $20.00 |
| 07/16/19 | Philadelphia Family Court Garage | (1) Aaron S. Applebaum | Parking in Philadelphia, PA to travel to West Chester to deliver signature pages for DIP financing | $28.00 |
| 07/19/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington, DE for hearing | $12.00 |
| | | | **TOTAL** | **$380.28** |

| **MEALS DETAIL** |||||
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/02/19 | Urban Cafe | (10) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome | Breakfast preparing for first day hearing | $85.00 |
| 07/11/19 | Urban Cafe | (11) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome | Breakfast preparing for DIP hearing | $68.00 |
| 07/11/19 | Urban Cafe | (11) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome | Lunch preparing for DIP hearing | $157.50 |
| 07/12/19 | Urban Cafe | (14) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Paul Deutch, Svetlana Attestatova, John Dinome; Debbie Reperowitz; Aaron Arnold; Lisa Lenderman; Joe Catuzzi | Lunch preparing for second day DIP hearing | $187.35 |
| 07/13/19 | Chipotle | (1) Christian Kaiser | Saturday working on closing documents | $8.75 |
| | | **TOTAL** | | **$506.60** |



| Philadelphia Academic Health System, LLC | Invoice Number | 2508927 |
| --- | --- | --- |
| 222 N. Sepulveda Blvd. | Invoice Date | 09/17/19 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
| --- | --- | --- | --- |
| 07/01/19 | Photocopying | 345.00 | |
| 07/02/19 | Photocopying | 0.50 | |
| 07/09/19 | Photocopying | 18.50 | |
| 07/12/19 | Photocopying | 0.80 | |
| 07/12/19 | Photocopying | 44.00 | |
| 07/15/19 | Photocopying | 2.30 | |
| 07/15/19 | Photocopying | 1.10 | |
| 07/15/19 | Photocopying | 1.20 | |
| 07/15/19 | Photocopying | 19.60 | |
| 07/15/19 | Photocopying | 19.60 | |
| 07/22/19 | Photocopying | 0.40 | |
| 07/22/19 | Photocopying | 0.40 | |
| 07/23/19 | Photocopying | 0.10 | |
| 07/23/19 | Photocopying | 0.10 | |
| 07/23/19 | Photocopying | 0.10 | |
| 07/25/19 | Photocopying | 0.80 | |
| 07/25/19 | Photocopying | 0.20 | |
| 07/25/19 | Photocopying | 6.00 | |
| 07/29/19 | Photocopying | 65.00 | |
| | Total Photocopying | | 525.70 |
| 07/02/19 | Photocopying - Color | 447.00 | |
| | Total Photocopying - Color | | 447.00 |
| 07/03/19 | Cab Fare Taxi/Car Service; VENDOR: 07/01/19; Uber home - working after hours on case | 11.79 | |
| 07/19/19 | Cab Fare Taxi/Car Service; VENDOR:; 07/17/19; Uber home after hours from client meeting at Hahnemann | 14.13 | |
| | Total Cab Fare | | 25.92 |
| 07/19/19 | Mileage; VENDOR: Adam H. Isenberg; 7/1/2019 - Mileage - travel from Elkins Park, PA to Philadelphia office and return (early arrival and late departure) | 11.60 | |
| 07/22/19 | Mileage; VENDOR: Adam H. Isenberg; 7/2/2019 - Wilmington parking - travel from Elkins Park, PA to Wilmington, DE and return to attend first-day hearings | 45.44 | |

| | | |
|---|---|---|
| 376719<br>00002<br>09/17/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2508927<br>Page 2 |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 07/22/19 | Mileage; VENDOR: Adam H. Isenberg; 7/11/2019 - mileage - travel from Elkins Park, PA to Wilmington, DE to attend hearing | 45.44 | |
| 07/25/19 | Mileage; VENDOR: Adam H. Isenberg; 7/12/2019 - mileage - travel from Elkins Park, PA to Wilmington, DE to attend DIP hearing) | 45.44 | |
| 07/25/19 | Mileage; VENDOR: Adam H. Isenberg; 7/15/2019 - mileage from Elkins Park, PA to Wilmington, DE and return (travel to Wilmington office re: DIP closing issues) | 45.44 | |
| | Total Mileage | | 193.36 |
| 07/11/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/10/19; St. Christopher's Healthcare, LLC | 80.00 | |
| 07/11/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/10/19; Philadelphia Academic Health System, LLC | 80.00 | |
| 07/11/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/10/19; Philadelphia Academic Medical Associates, LLC | 80.00 | |
| 07/11/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/10/19; Center City Healthcare, LLC | 90.00 | |
| 07/12/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/11/19; Physicians Clinical Network, LLC | 80.00 | |
| 07/12/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/11/19; Broad Street Healthcare Properties III, LLC | 80.00 | |
| 07/12/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/11/19; Broad Street Healthcare Properties II, LLC | 80.00 | |
| 07/12/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/11/19; Broad Street Healthcare Properties, LLC | 80.00 | |
| 07/12/19 | Good Standing Certificate(s); VENDOR: ATA Corporate Services LLC; 07/11/19; Philadelphia Academic Health Holdings, LLC | 90.00 | |
| | Total Good Standing Certificate(s) | | 740.00 |
| 07/25/19 | Docket Entries; VENDOR: Pacer Service Center; 07/08/19; Quarterly charges for documents from Federal Courts | 75.70 | |
| | Total Docket Entries | | 75.70 |
| 07/19/19 | Parking; VENDOR: Aaron S. Applebaum; 7/16/2019 - Philadelphia Family Court Garage, Philadelphia (traveled to West Chester to deliver signature pages for DIP financing then traveled to Philadelphia office) | 28.00 | |
| 07/19/19 | Parking; VENDOR: Adam H. Isenberg; 7/1/2019 - Centre Square parking (early arrival and late departure) | 41.00 | |
| 07/22/19 | Parking; VENDOR: Adam H. Isenberg; 7/2/2019 - Wilmington parking - travel to Wilmington to attend first-day hearings | 20.00 | |
| 07/22/19 | Parking; VENDOR: Adam H. Isenberg; 7/11/2019 - Wilmington parking - travel to Wilmington for hearings | 20.00 | |
| 07/25/19 | Parking; VENDOR: Adam H. Isenberg; 7/15/2019 - Wilmington parking (travel to Wilmington office re: DIP closing issues) | 20.00 | |
| 07/25/19 | Parking; VENDOR: Adam H. Isenberg; 7/12/2019 - Wilmington parking (travel to Wilmington to attend DIP hearing) | 20.00 | |
| 07/26/19 | Parking; VENDOR: Aaron S. Applebaum; 7/19/2019 - Wilmington parking (drove to Wilmington to attend hearing) | 12.00 | |
| | Total Parking | | 161.00 |
| 07/18/19 | Filing Fees - - VENDOR: United States District Court 7/1/19 Pro Hac motions J. Hampton & A. Isenberg | 50.00 | |
| | Total Filing Fees | | 50.00 |
| 07/11/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/10/19; Center City Healthcare, LLC | 77.00 | |
| 07/11/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/10/19; St. Christopher's Healthcare, LLC | 77.00 | |
| 07/11/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/10/19; Philadelphia Academic Health System, LLC | 77.00 | |

| | | | |
|---|---|---|---|
| 376719<br>00002<br>09/17/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number 2508927<br>Page 3 | |
| 07/11/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/10/19; Philadelphia Academic Medical Associates, LLC | 77.00 | |
| 07/12/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/11/19; Broad Street Healthcare Properties, LLC | 77.00 | |
| 07/12/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/11/19; Philadelphia Academic Health Holdings, LLC | 77.00 | |
| 07/12/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/11/19; Physicians Clinical Network, LLC | 77.00 | |
| 07/12/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/11/19; Broad Street Healthcare Properties III, LLC | 129.00 | |
| 07/12/19 | Certified Copies; VENDOR: ATA Corporate Services LLC; 07/11/19; Broad Street Healthcare Properties II, LLC | 129.00 | |
| | Total Certified Copies | | 797.00 |
| 07/23/19 | Federal Express 07/12/2019 To: Neda M Ryan, Esq From: Jeremiah Vandermark | 25.01 | |
| 07/23/19 | Federal Express 07/16/2019 To: Jacqueline Helmrick, Esq From: Mark Minuti Bank | 75.85 | |
| | Total Federal Express | | 100.86 |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/11/19; Telephonic court appearance for Kyle Schmidt | 51.00 | |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/11/19; Telephonic court appearance for Phil Porter | 51.00 | |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/11/19; Telephonic court appearance for Grace Muranaga | 51.00 | |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/16/19; Telephonic court appearance for Joel Friedman | 72.00 | |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/12/19; Telephone court appearance for Phil Porter | 58.00 | |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/12/19; Telephonic court appearance for Kyle Schmidt | 72.00 | |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/12/19; Telephonic court appearance for Joel Freedman | 51.00 | |
| 07/23/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/12/19; Telephonic court appearance for Grace Muranaga | 93.00 | |
| | Total Teleconferencing | | 499.00 |
| 07/18/19 | Meals; VENDOR: Chipotle; 07/13/19; Lunch while in office on Saturday working on closing documents (Christian Kaiser) | 8.75 | |
| 07/23/19 | Meals; VENDOR: Urban Cafe; 07/11/19; Breakfast preparing for financing hearing Lunch preparing for first day hearing (Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome) | 68.00 | |
| 07/23/19 | Meals; VENDOR: Urban Cafe; 07/02/19; Breakfast preparing for first day hearing (Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome) | 85.00 | |
| 07/23/19 | Meals; VENDOR: Urban Cafe; 07/12/19; Lunch preparing for second day of financing hearing (Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Paul Deutch, Svetlana Attestatova, John Dinome; Debbie Reperowitz; Aaron Arnold; Lisa Lenderman; Joe Catuzzi) | 187.35 | |
| 07/23/19 | Meals; VENDOR: Urban Cafe; 07/11/19; Lunch preparing for first day hearing (Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Domenic Pacitti, Paul Deutch, Svetlana Attestatova, John Dinome) | 157.50 | |
| | Total Meals | | 506.60 |

35917426.1 09/20/2019

| | | | |
|---|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number  2508927 | |
| 00002 | Expenses | Page 4 | |
| 09/17/19 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 07/29/19 | Transcript; VENDOR: Reliable Copy Service - DE; 07/2/19; Expedited hearing transcript | 739.50 | |
| | Total Transcript | | 739.50 |
| 07/01/19 | Westlaw Legal Research | 77.22 | |
| 07/02/19 | Westlaw Legal Research | 71.50 | |
| 07/04/19 | Westlaw Legal Research | 308.88 | |
| 07/05/19 | Westlaw Legal Research | 77.22 | |
| 07/08/19 | Westlaw Legal Research | 154.44 | |
| 07/08/19 | Westlaw Legal Research | 71.50 | |
| 07/11/19 | Westlaw Legal Research | 154.44 | |
| 07/12/19 | Westlaw Legal Research | 154.44 | |
| 07/15/19 | Westlaw Legal Research | 928.80 | |
| 07/16/19 | Westlaw Legal Research | 463.32 | |
| 07/16/19 | Westlaw Legal Research | 154.44 | |
| 07/16/19 | Westlaw Legal Research | 71.50 | |
| 07/18/19 | Westlaw Legal Research | 319.68 | |
| 07/21/19 | Westlaw Legal Research | 71.50 | |
| 07/24/19 | Westlaw Legal Research | 308.88 | |
| 07/25/19 | Westlaw Legal Research | 77.22 | |
| 07/30/19 | Westlaw Legal Research | 463.32 | |
| 07/30/19 | Westlaw Legal Research | 71.50 | |
| 07/31/19 | Westlaw Legal Research | 386.10 | |
| 07/31/19 | Westlaw Legal Research | 154.44 | |
| | Total Westlaw Legal Research | | 4,540.34 |
| | CURRENT EXPENSES | | 9,401.98 |

**TOTAL AMOUNT OF THIS INVOICE**                                                                9,401.98

35917426.1 09/20/2019