# EXHIBIT F

**PROFESSIONALS' BACKGROUND**

**Attorney Biographies**

**Timothy J. Pastore**, *Partner.* Mr. Pastore is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its New York, New York office. Mr. Pastore is a former military and federal prosecutor and now provides legal counsel to corporate clients and individuals in litigation and arbitration matters across the country, particularly involving commercial real estate, electronic security/home automation, and cybersecurity/data privacy.

**Mark Minuti**, *Partner.* Mr. Minuti is Co Vice-Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department and is a Partner in its Wilmington, Delaware office. Mr. Minuti concentrates his practice in bankruptcy law. Mr. Minuti's practice includes the representation of debtors, unsecured creditors' committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

**Paul M. Heylman**, *Partner.* Mr. Heylman is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Department, in the Labor, Employment and Employee Benefits Practice Group in its Washington, DC office. In addition to representing management in the broad range of labor and employment law issues for over 30 years, Mr. Heylman has concentrated on two subspecialties in the last decade — Employee Benefits and Maritime Law.

**Michael S. Burg**, *Partner.* Mr. Burg is a Partner in Saul Ewing Arnstein & Lehr's Real Estate Department and is the Managing Partner of its Chesterbrook, Pennsylvania office. Mr. Burg represents developers, landlords and tenants in real estate matters, including the development approval process, financing, acquisitions and dispositions, leasing, construction and tax planning.

**Jeffrey C. Hampton,** *Partner.* Mr. Hampton is Chair of Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department and is a Partner in its Philadelphia, Pennsylvania office. Mr. Hampton concentrates his practice on restructuring matters, including chapter 11 bankruptcy proceedings, out-of-court workouts, loan restructurings, corporate reorganizations and general insolvency law. Mr. Hampton also represents the purchasers of assets and business units of troubled or failing companies, both in and out of chapter 11.

Mr. Hampton represents numerous constituencies in corporate restructurings, both in and out of bankruptcy, including debtors, creditors' committees, troubled borrowers, trade creditors, contract parties, real estate developers, plan trustees, examiners, acquirers of distressed assets, landlords and equity holders. Mr. Hampton also represents officers and directors of companies involved in financial restructurings concerning fiduciary duties and corporate governance matters. In addition to being an attorney, Mr. Hampton is a licensed Certified Public Accountant.

**Adam H. Isenberg,** *Partner*.  Mr. Isenberg is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department in its Philadelphia, Pennsylvania office.  Mr. Isenberg concentrates his practice in bankruptcy and out-of-court workouts.  Mr. Isenberg represents creditors' committees, secured creditors, trustees and debtors in cases throughout the country.

**David A. Golin**, *Partner*.  Mr. Golin is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department in its Chicago, Illinois office.  Mr. Golin's practice focuses primarily on commercial bankruptcy and insolvency matters, representing both debtors and creditors; commercial real estate foreclosures and workouts; and real estate title disputes.  Mr. Golin has extensive experience representing financially distressed businesses in loan restructurings, workouts, chapter 11 reorganizations, chapter 7 liquidations, and assignments for the benefit of creditors.  Mr. Golin has substantial experience representing landlords, equipment lessors, and other creditors in defending and pursuing their claims against debtors.  Mr. Golin also represents purchasers of assets out of a bankruptcy estate or from an assignee.

**Dennis J. Brennan**, *Partner*.  Mr. Brennan is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Department in its Philadelphia, Pennsylvania office.  Mr. Brennan helps companies navigate the legal risks they face when they enter into mergers and acquisitions, purchase agreements and other major transactions.  Mr. Brennan represents clients in the insurance industry, and also provides clients with legal advice on corporate governance and financing.

**Laurie A. Kamaiko**, *Partner*.  Ms. Kamaiko is a Partner in Saul Ewing Arnstein & Lehr's Litigation Department in its New York, New York office.  Ms. Kamaiko has extensive experience in counseling insurers and reinsurers on the handling of claims and coverage issues arising from these events, as well as from terrorism and natural catastrophes, and works closely with them on new product development and policy wordings.

**Richard T. Frazier,** *Partner*.  Mr. Frazier is a Partner in Saul Ewing Arnstein & Lehr's Business and Finance Practice and Health Law Practice Group in its Philadelphia, Pennsylvania office.  Mr. Frazier is engaged in a diverse health law and tax practice.  Mr. Frazier advises hospitals and related entities, ancillary healthcare providers, and joint venture arrangements.  Mr. Frazier has been actively involved in the planning and implementation of numerous hospital mergers and acquisitions as well as corporate restructurings, alternative healthcare delivery systems, and joint ventures.

**Monique B. DiSabatino**, *Partner*.  Ms. DiSabatino is a Partner in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department in its Wilmington, Delaware office.  Ms. DiSabatino concentrates her practice on a broad range of commercial bankruptcy, workout and restructuring matters in which she represents a variety of parties, including debtors, creditors' committees, unsecured creditors, landlords and contract parties.

**Paul A. Kasicky,** *Special Counsel*.  Mr. Kasicky is Counsel in Saul Ewing Arnstein & Lehr's Business and Finance Department in its Pittsburgh, Pennsylvania office.  Mr. Kasicky focuses his practice primarily on ERISA and tax issues related to employee benefits and executive compensation.  Mr. Kasicky's experience includes qualified retirement plans (including ESOPs and multiemployer plans), equity incentive arrangements, VEBAs and 409A deferred compensation considerations.

**Carolyn A. Pellegrini**, *Associate*.  Ms. Pellegrini is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its Philadelphia, Pennsylvania office.  Ms. Pellegrini assists employers with labor and employment disputes and other sensitive matters affecting their professional relationships with their employees. Ms. Pellegrini represents clients in federal and state employment litigation and arbitration, including matters involving Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family Medical Leave Act, the Fair Labor Standards Act and the National Labor Relations Act.

**Aaron S. Applebaum**, *Associate*.  Mr. Applebaum is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department in its Philadelphia, Pennsylvania office.  Mr. Applebaum focuses his practice in commercial bankruptcy and corporate reorganization. Mr. Applebaum represents debtors, creditors, committees and trustees in complex bankruptcy cases. Mr. Applebaum also has experience assisting clients in bankruptcy litigation, including preference and fraudulent conveyance adversary proceedings, declaratory judgment actions and other contested matters arising in the course of adversarial bankruptcy proceedings.

**Jeremiah J. Vandermark**, *Associate*.  Mr. Vandermark is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department in its Philadelphia, Pennsylvania office. Mr. Vandermark assists large and small businesses and municipalities in matters involving bankruptcy, bankruptcy-related litigation and commercial law.  Mr. Vandermark also handles negotiations with creditors' committees and DIP lenders, and he assists with negotiating loan workouts and defending and restructuring commercial debtors in bankruptcy.

**Brandon M. Savran**, *Associate*.  Mr. Savran is an Associate in Saul Ewing Arnstein & Lehr's Real Estate Department in its Chesterbrook, Pennsylvania office.  Mr. Savran handles purchases and sales, development, leasing and financing for commercial real estate operators.  Mr. Savran's practice includes negotiation, due diligence, community engagement and representation before municipal officials to obtain zoning approvals.

**Stephanie L. Denker**, *Associate*.  Ms. Denker is an Associate in Saul Ewing Arnstein & Lehr's Litigation Department in its New York, New York office.  Ms. Denker focuses on securities law. Ms. Denker's practice includes defending individuals and companies in FINRA arbitrations, state and federal lawsuits, and matters connected with the Department of Justice's enforcement of antitrust law.

**Christian Kaiser**, *Associate*.  Mr. Kaiser is an Associate in Saul Ewing Arnstein & Lehr's Business and Finance Department in its Washington, DC office.  Mr. Kaiser is a corporate attorney who assists public and private companies with an array of transactions such as mergers, acquisitions, and financings.  Ms. Kaiser serves as an advisor to clients on corporate formation and startup matters, including entity structuring and debt and equity financings.

**Melissa A. Martinez**, *Associate*.  Ms. Martinez is an Associate in Saul Ewing Arnstein & Lehr's Bankruptcy and Restructuring Department in its Philadelphia, Pennsylvania office.  Ms. Martinez focuses her practice in commercial bankruptcy and corporate reorganization.