### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) <br> ) <br> ) Jointly Administered <br> ) |
| Debtors. | ) **Re: Docket Nos. 205 and 301** <br> ) |

### NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION OF STC OPCO, LLC AS THE PROPOSED PURCHASER IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL ASSETS OF ST. CHRISTOPHER'S HEALTHCARE, LLC AND CERTAIN RELATED DEBTORS

**PLEASE TAKE NOTICE** that on July 16, 2019, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets; (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "**Sale Motion**") [D.I. 205].

**PLEASE TAKE FURTHER NOTICE** that on July 26, 2019, the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

*any Stalking Horse Purchasers, and (IV) Granting Related Relief* (the "**Bidding Procedures Order**") [D.I. 301] that, among other things, approved the process and procedures (the "**Bidding Procedures**"), through which the Debtors solicited bids for the sale of substantially all the assets of the STC Entities.[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, after consultation with the Consultation Parties, to cancel the auction and designate the bid of STC Opco, LLC as the proposed purchaser (the "**Purchaser**") with respect to the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain related Debtors and the assumption and assignment of certain executory contracts and unexpired leases.  Purchaser is a limited liability company, the members of which are Tower Health and Drexel University.   A copy of the asset purchase agreement with respect to the proposed Sale, including the proposed form of sale order, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that counterparties to contracts or leases that may be assumed and assigned in connection with the Sale may obtain Adequate Assurance Information by contacting counsel for the Purchaser, Robert Lapowsky, Stevens & Lee, P.C., by email at RL@stevenslee.com or by telephone at (215) 751-2866, or Vincent J. Marriott III, Ballard Spahr LLP, by email at marriott@ballardspahr.com or by telephone at (215) 864-8236.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing remains scheduled to be held on **September 23, 2019 at 1:00 p.m. (Prevailing Eastern Time)**. At the Sale Hearing, the Debtors will seek approval of the Sale to the Purchaser.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion, Bidding Procedures Order and Bidding Procedures, as applicable.

35932465.1 09/20/2019

-3-

Dated: September 20, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:*/s/ Aaron S. Applebaum*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE  19899
    Telephone: (302) 421-6800
    Fax: (302) 421-5873
    mark.minuti@saul.com
    monique.disabatino@saul.com

      -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Aaron S. Applebaum (DE Bar No. 5587)
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Fax: (215) 972-7725
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    aaron.applebaum@saul.com

    *Counsel for Debtors and Debtors in Possession*

35932465.1 09/20/2019