## **EXHIBIT A**

**Cure Analysis**

**Landlord: Front Street Healthcare Properties I and II**
Real Property Lease Cure Analytics

**PRE-PETION AMOUNTS: CURE AMOUNTS FOR ASSUMED REAL PROPERTY LEASES**

| Landlord | Property | Base Rent | Performance Based Rent [1] | Real Estate Taxes [2] | Business Use & Occupancy [3] | Parking Lot Tax [4] | Operating Expenses/Fees [5] | Mechanics Liens | Total |
|---|---|---|---|---|---|---|---|---|---|
| Front Street Healthcare Properties, LLC | STC Hospital | $ 138,503 | $ - | $ 63,440 | $ 54,838 | $ 20,725 | Unknown | $ 85,561 | $ 363,066 |
| Front Street Healthcare Properties II, LLC | Nelson Pavilion | $ 12,663 | $ - | $ 25,749 | $ 22,257 | Unknown | Unknown | $ - | $ 60,669 |
| Front Street Healthcare Properties II, LLC | D Street Garage | 7,123 | - | 3,681 | 3,182 | Unknown | Unknown | - | 13,985 |
| **Pre-Petition Total: Front I and Front II** | | **$ 158,289** | **$ -** | **$ 92,869** | **$ 80,277** | **$ 20,725** | **$ -** | **$ 85,561** | **$ 437,721** |

**POST-PETION AMOUNTS: ESTIMATED CURED AMOUNTS FOR ASSUMED REAL PROPERTY LEASES (through September 23, 2019)**

| Landlord | Property | Base Rent [6] | Performance Based Rent [1] | Real Estate Taxes [2] | Business Use & Occupancy [3] | Parking Lot Tax [4] | Operating Expenses/Fees [5] | Mechanics Liens | Total [7] |
|---|---|---|---|---|---|---|---|---|---|
| Front Street Healthcare Properties, LLC | STC Hospital | $ 251,712 | $ 1,761,986 | $ 29,605 | $ 25,591 | Unknown | Unknown | $ - | $ 2,068,895 |
| Front Street Healthcare Properties II, LLC | Nelson Pavilion | $ 23,014 | $ 161,096 | $ 12,016 | $ 10,387 | Unknown | Unknown | $ - | $ 206,512 |
| Front Street Healthcare Properties II, LLC | D Street Garage | 12,945 | 90,616 | 1,718 | 1,485 | Unknown | Unknown | - | 106,764 |
| **Post-Petition Total: Front I and Front II** | | **$ 287,671** | **$ 2,013,699** | **$ 43,339** | **$ 37,463** | **$ -** | **$ -** | **$ -** | **$ 2,382,171** |

Footnotes:
(1) Pre-petition Performance Based Rent assumed to be eliminated per agreement, and post-petition amounts are assumed to accrue and to be payable.
(2) Estimated Real Estate Taxes based on assessed property values at City tax rate of 1.3998%.
(3) Estimated Business Use & Occupancy Taxes based on assessed property values at City tax rate of 1.21%.
(4) Parking Taxes are generally unknown at this time; however, the City filed a lien for $20,725 relaed to self-assessed parking taxes.
(5) Pre-petition and post-petition operating expenses currently unknown and need to be reconciled with the Debtor.
(6) Cure estimates assume full lease payments including those previously paid per payment direction letter.
(7) Total post-petition amounts accrue at daily rate of $24,630 for Front Street Healthcare Properties, LLC, $2,458 for Front Street Healthcare Properties II (Nelson Paviliion), and $1,271 for Front Street Healthcare Properties II (D Street Garage).