# **CERTIFICATE OF SERVICE**

       I, Brendan J. Schlauch, hereby certify that on September 23, 2019, I caused copies of the foregoing *Supplemental Objection and Reservation of Rights to the Notice of Filing* Amended *Cure Schedule* to be served upon the following parties in the manner indicated.

<u>Via Hand Delivery</u>
Benjamin A. Hackman
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

<u>Via Hand Delivery</u>
Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801

<u>Via First Class Mail</u>
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

                                                       */s/ Brendan J. Schlauch*
                                                       Brendan J. Schlauch (No. 6115)