# CERTIFICATE OF SERVICE

I, John H. Schanne, hereby certify that on the 23rd day of September, 2019, I caused a copy of the ***Supplemental Objection Of Temple University Health System, Inc., Temple University Hospital, And Temple University Lewis Katz School Of Medicine Regarding Sale*** to be served in the manner indicated on the attached service list.

                                                 */s/ John H. Schanne, II*
                                               John H. Schanne, II (DE Bar No. 5260)

| | |
|---|---|
| **BY EMAIL**<br>*(Debtors)*<br>Center City Healthcare, LLC<br>Attn: Allen Wilen, Chief Restructuring Officer<br>230 North Broad Street<br>Philadelphia, PA<br>allen.wilen@eisneramper.com | **BY EMAIL AND HAND DELIVERY**<br>*(Counsel to Debtors)*<br>Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19899<br>mark.minuti@saul.com |
| **BY EMAIL**<br>*(Counsel to Debtors)*<br>Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey C. Hampton<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102<br>jeffrey.hampton@saul.com | **BY EMAIL**<br>*(Counsel to the Official Committee of Unsecured Creditors)*<br>Sills Cummis & Gross P.C.,<br>Attn: Andrew Sherman and Boris Mankovetskiy<br>One Riverfront Plaza<br>Newark, NJ  07102<br>bmankovetskiy@sillscummis.com;<br>asherman@sillscummis.com |
| **BY EMAIL AND HAND DELIVERY**<br>*(Counsel to MidCap Financial Trust)*<br>Stradley Ronon Stevens & Young, LLP<br>Attn:  Joelle E. Polesky<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801<br>jpolesky@stradley.com | **BY EMAIL**<br>*(Of Counsel to MidCap Financial Trust)*<br>Stradley Ronon Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Deborah Reperowitz, Mark J. Dorval, Joseph W. Catuzzi<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>gsantamour@stradley.com; dreperowitz@stradley.com; mdorval@stradley.com;  jcatuzzi@stradley.com |
| **BY EMAIL**<br>*(Counsel to MidCap Financial Trust)*<br>VEDDER PRICE<br>Attn:  Kathryn L. Stevens<br>222 North LaSalle Street<br>Chicago, IL 60601<br>kstevens@vedderprice.com | **BY EMAIL**<br>*(Counsel to MidCap Financial Trust)*<br>VEDDER PRICE<br>Attn:  Kathryn L. Stevens<br>222 North LaSalle Street<br>Chicago, IL 60601<br>kstevens@vedderprice.com |

#55270135 v1

| | |
|---|---|
| **BY EMAIL AND HAND DELIVERY**<br>*(Counsel to Drexel University)*<br>Ballard Spahr LLP<br>Attn:  Tobey M. Daluz and Chantelle D. McClamb<br>919 N. Market Street<br>Wilmington, DE  19801<br>daluzt@ballardspahr.com; mcclambc@ballardspahr.com | **BY EMAIL**<br>*(Counsel to Drexel University)*<br>Ballard Spahr LLP<br>Attn:  Vincent J. Marriott, III<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>marriott@ballardspahr.com |
| **BY EMAIL AND HAND DELIVERY**<br>*(Counsel to Tower Health)*<br>Stevens & Lee, P.C.<br>Attn:  Joseph H. Huston, Jr.<br>919 N. Market Street, Suite 1300<br>Wilmington, DE  19801<br>jhh@stevenslee.com | **BY EMAIL**<br>*(Counsel to Tower Health)*<br>Stevens & Lee, P.C.<br>Attn:  Robert Lapowsky<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia, PA  19406<br>rl@stevenslee.com |
| **BY EMAIL AND HAND DELIVERY**<br>*(Counsel to Committee)*<br>Fox Rothschild LLP<br>Attn:  Thomas Horan<br>919 N. Market Street, Suite 300<br>Wilmington, DE  19899-2323<br>thoran@foxrothschild.com | |

#55270135 v1