**Exhibit A**

**Supplemental Assumed Contracts**

Exhibit A - Amended Cure Schedule
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)
Second Supplemental Cure Schedule

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| A.I. Dupont | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Pediatric Subspecialties) | $0.00 |
| A.I. Dupont | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Cardiac ICU) | $0.00 |
| Abington Memorial Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Adirim, Terry | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Aetna Better Health, Inc. | Medicaid Physician Hospital Organization Agreement | St. Christopher's Healthcare, LLC; SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Aetna Health, Inc. | Letter of Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Ahmed, Mian | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Amerigroup New Jersey, Inc. | Participating Provider Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Amerihealth Caritas Health Plan | Bridge Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| AmeriHealth HMO | Professional Group Provider Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| AmierHealth HMO | Managed Care Participating Hospital Agreement | Philadelphia Academic Health System, LLC; St. Christopher's Healthcare, LLC | $0.00 |
| BIPAI International Pediatric AIDS Initiative Texas (Baylor College of Medicine) City of Houston Harris County Texas | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Bryn Mawr Hospital (Main Line Health System) | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Centro de Estudios de Espanol Pop Wuj | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Children's Hospital of Philadelphia | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Anesthesia) | $0.00 |
| Children's Hospital of Philadelphia | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Multiple Specialties) | $0.00 |

Exhibit A - Amended Cure Schedule
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)
Second Supplemental Cure Schedule

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Cigna Health and Life Insurance Company, Inc. | Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Cigna Health and Life Insurance Company, Inc. | Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| City of Philadelphia | Contract | St. Christopher's Healthcare, LLC | $0.00 |
| Cooper University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Pediatric Specialties - Cooper Receives) | $0.00 |
| Cooper University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Pediatric Specialties - SCHC Receives) | $0.00 |
| Cooper University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Radiology) | $0.00 |
| Cross-Knorr, Samuel | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Crozer Chester Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Drexel University for its School of Public Health, for its Healing Hurt People Program | Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Gateway Health Plan, Inc. | Bridge Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Geisinger Health Plan | Letter of Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Hamilton, Richard | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Health Partners of Philadelphia, Inc. | Participating Specialist Provider Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC | $0.00 |
| Health Partners Plans, Inc. | Participating Hospital/Facility Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Horizon Blue Corss Blue Shield of New Jersey | Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Horizon NJ Health | Hospital Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Humana | Bridge Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Independence Blue Cross | IBC Member Hospital Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Jeanes Hospital (Temple) | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Jersey Shore University Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Karolyn Kempton Memorial | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |

Exhibit A - Amended Cure Schedule
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)
Second Supplemental Cure Schedule

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Keyston Health Plan East | Managed Care Participating Hospital Agreement | Philadelphia Academic Health System, LLC; St. Christopher's Healthcare, LLC | $0.00 |
| Keyston Health Plan East | Professional Group Provider Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Keystone Family Health Plan | Community Healthchoices Addendum | St. Christopher's Healthcare, LLC | $0.00 |
| Keystone Family Health Plan | Community Healthchoices Addendum | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC | $0.00 |
| King Abdullah University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Korle-Bu Teaching Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Lankenau Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Lehigh Valley Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Marinescu, Andreea | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Medicaid FFS – Connecticut | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – Delaware | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – New Jersey | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – Ohio | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – Pennsylvania | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medical Cost Containment Professionals, LLC | Facility Participation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Medical Cost Containment Professionals, LLC | Physician Group Participation Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Medicare | Provider Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Nazareth Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Necker-Enfants | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Northeast Regional Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |

Exhibit A - Amended Cure Schedule
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)
Second Supplemental Cure Schedule

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Pennsylvania Health & Wellness, Inc. | Participating Provider Agreement | St. Christopher's Healthcare, LLC; SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC | $0.00 |
| Pennsylvania Health & Wellness, Inc. | Participating Provider Agreement | St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Philadelphia College of Osteopathic Med. | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Prime Healthcare Services - Suburban Hospital, LLC | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Prospect CCMC, LLC | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| QCC Insurance Company | Managed Care Participating Hospital Agreement | Philadelphia Academic Health System, LLC; St. Christopher's Healthcare, LLC | $0.00 |
| QCC Insurance Company | Professional Group Provider Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Reading Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Rowan University School of Osteopathic Medicine | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Schaffer, Jillian | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Secretary of Health and Human Services | St. Christopher's Healthcare, LLC | Health Insurance Benefit Agreement | $0.00 |
| Shriners Hospital for Children | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| St. Lukes Hosptial and Healthcare Network | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| St. Peter's University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Temple University | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (NICU) | $0.00 |
| Temple University | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Neurology) | $0.00 |
| Temple University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (PGY 1 to Well Baby Nursery) | $0.00 |
| Todorow, Carlyn | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |

Exhibit A - Amended Cure Schedule
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)
Second Supplemental Cure Schedule

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| UnitedHealthcare Insurance Company | Facility Participation Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| UnitedHealthcare Insurance Company | Medical Group Participation Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| University of Vermont | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| UPMC Health Plan, Inc. | Provider Group Participation Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| UPMC Health Plan, Inc. | Hospital Participation Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| VOYCE, Inc. | Service Agreement | St. Christopher's Healthcare, LLC | $0.00 |