## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | Case No. 19-11466 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Re: Docket Nos. 731 and 756** |
| | ) | |

### NOTICE OF SECOND AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 23, 2019 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3,4]

## CONTINUED MATTERS:

1.      Motion of Urology for Children, LLC to Extend Objection Deadline [D.I. 717; filed: 09/13/19]

        Responses Deadline:  September 20, 2019 at 4:00 p.m.  Extended to October 14, 2019 at 4:00 p.m. for the Debtors.

        Responses Received:  None to date

        Related Documents:

        A.      Order Granting Motion to Shorten Notice with Respect to Motion of Urology for Children, LLC to Extend Objection Deadline [D.I. 723; signed and docketed: 09/16/19]

        Status: This matter is continued to the hearing scheduled for October 21, 2019 at 11:00 a.m.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     **All Amended Agenda items appear in bold.**

[3]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4]     Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

**MATTERS GOING FORWARD:**

2.     Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 205; filed: 07/16/19]

Response Deadline:
*Assumption Notice Objection* - August 30, 2019 at 4:00 p.m.  Extended to September 11, 2019 at 4:00 p.m. for PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Erie Street Garage, LLC, PAHH Feinstein MOB, LLC, PAHH Broad Street MOB, LLC and PAHH Broad Street MOB.  Extended to September 16, 2019 for Premier, Inc.
*Sale Objection* – September 13, 2019 at 4:00 p.m.
*Auction or Adequate Assurance Objection* – September 20, 2019 at 4:00 p.m.

Sale Responses Received:

A.     Reservation of Rights of *The Chubb Companies (ACE American Insurance Company, Federal Insurance Company and Great Northern Insurance Company)* [D.I. 415; filed: 08/09/19]

B.     Objection of *Herman Goldner Co., Inc.* to (I) Proposed Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors, and (II) Assumption and Assignment of the Executory Contract, Including the Proposed Cure Amount [D.I. 575; filed: 08/27/19]

C.     Reservation of Rights of *Premier, Inc.* and Its Subsidiaries in Relation to the Debtors' Motion for Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors [D.I. 695; filed: 09/12/19]

D.     *Temple University Health System, Inc.'s* Preliminary Response and Reservation of Rights Regarding Sale [D.I. 697; filed: 09/12/19]

E.     Limited Objection of Certain *Physicians Under the Philadelphia Academic Health System Physician Practice Plan* to the Debtors' Motion Seeking Approval of the Sale of Substantially All of the Assets of St. Christopher's Healthcare, LLC and Certain of Its Affiliates [D.I. 699; filed: 09/12/19]

F.      *The Commonwealth of Pennsylvania Department of Health's* Continuing Limited Response to the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors [D.I. 700; filed: 09/12/19]

G.      Reservation of Rights of *Hayes Locum, LLC* to the Debtors' Motion for Approval of the Sale(s) of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors [D.I. 703; filed: 09/13/19]

H.      *St. Christopher's Hospital for Children's Medical Staff's* Reservation of Rights Regarding Sale [D.I. 709; filed: 09/13/19]

I.      Statement and Reservations of Rights of *MidCap Funding IV Trust* Regarding the Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates [D.I. 711; filed: 09/13/19]

J.      Limited Objection to Debtor's Motion for Entry of an Order Approving Sale of St. Christopher's filed by *Pennsylvania Association of Staff Nurses and Allied Professionals* [D.I. 712; filed: 09/13/19]

K.      *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's* Objection and Reservation of Rights with Respect to the Proposed Sale of St. Christopher's Hospital and Certain Related Assets [D.I. 714; filed 09/13/19]

L.      Limited Objection of the *United States* to the Sale of the Assets of St. Christopher's Healthcare [D.I. 715; filed: 09/13/19]

M.      Objection by *Urology for Children, LLC* to Debtors' St. Christopher's Asset Sale Motion and Proposed Cure Amounts [D.I. 716; filed: 09/13/19]

**N.      Supplemental Objection of *Temple University Health System, Inc., Temple University Hospital, and Temple University Lewis Katz School of* Medicine Regarding Sale [D.I. 758; filed: 09/23/19]**

**O.      *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's* Supplemental Limited Objection and Reservation of Rights Regarding the Sale of St. Christopher's Hospital for Children [D.I. 762; filed 09/23/19]**

Cure Responses Received:

A.      Objection of *Rydal Square L.P.* to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 562; filed: 08/26/19]

B.      Limited Objection and Reservation of Rights of *SpecialtyCare IOM Services, LLC* to Notice of Assumption, Assignment and Cure Amount with Respect to

Executory Contracts and Unexpired Leases of the Debtors [D.I. 573; filed: 08/27/19]

C.      Objection of *Herman Goldner Co., Inc.* to (I) Proposed Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors, and (II) Assumption and Assignment of the Executory Contract, Including the Proposed Cure Amount [D.I. 575; filed: 08/27/19]

D.      Limited Objection of *Cerner Corporation* to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 581; filed: 08/28/19]

E.      Objection of *Sodexo Management, Inc.* to Debtor's Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases [D.I. 583; filed: 08/28/19]

F.      Objection of *Premier, Inc. and Its Subsidiaries* to Proposed Assumption and Assignment of Contracts and Proposed Cure Amount [D.I. 585; filed: 08/29/19]

G.      Objection of *Leaf Capital Funding, LLC* to Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases [D.I. 593; filed: 08/29/19]

H.      Limited Objection and Reservation of Rights of *Hayes Locum, LLC* to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 595; filed: 08/29/19]

I.      Limited Objection and Reservations of Rights of *Albert Einstein Healthcare Network and Certain of Its Affiliates* to Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 605; filed: 08/30/19]

J.      Limited Objection and Reservation of Rights of *Philadelphia College of Osteopathic Medicine* to the Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases [D.I. 606; filed: 08/30/19]

K.      Objection of *Watts Restoration Company, Inc.* to Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts [D.I. 608; filed: 08/30/19]

L.      Objection of *Drexel University* to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 610; filed: 08/30/19]

M.      Objection by *Laboratory Corporation of America Holding*s to Debtors' Proposed Cure Amounts [D.I. 611; filed: 08/30/19]

N.   Objection of *Global Neurosciences Institute, LLC* to Notice of Cure Amount with Respect to Executory Contracts [D.I. 612; filed: 08/30/19]

O.   Objection of *Crothall Healthcare, Inc.* to Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases [D.I. 613; filed: 08/30/19]

P.   Limited Objection of *Mayflower Laundry and Textile Services, LLC* to Debtor's Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases [D.I. 615; filed: 08/30/19]

Q.   Limited Objection of *Physician and Tactical Healthcare Services, LLC* to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 617; filed: 08/30/19]

R.   *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's* Objection to Potential Assumption and Assignment of TSA and MSA [D.I. 618; filed: 08/30/19]

S.   Objection of *3M Company* to Assumption, Assignment and Cure Amount with Respect to Executory Contract Proposed to be Assumed and Assigned to Purchaser [D.I. 621; filed: 08/30/19]

T.   Limited Objection and Reservation of Rights to Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors filed by *Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC* [D.I. 622; filed: 08/30/19]

U.   *Master Landlords*' Omnibus Objection to Cure Amounts [D.I. 689; filed: 09/11/19]

V.   Limited Objection to Debtor's Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors filed by *The Advisory Board Company* [D.I. 698; filed: 09/12/19]

W.   *Thyssenkrupp Elevator Corporation's* Objection to Cure Amounts [D.I. 705; filed: 09/13/19]

X.   Objection by *Urology for Children, LLC* to Debtors' St. Christopher's Asset Sale Motion and Proposed Cure Amounts [D.I. 716; filed: 09/13/19]

Y.   *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's* Supplemental Objection and Reservation of Rights Regarding the Potential Assumption and Assignment of TSA and MSA [D.I. 750; filed: 09/20/19]

Z.      *Master Landlords*' Omnibus and Supplemental Objection to Cure Amounts [D.I. 751; filed: 09/20/19]

AA.    Supplemental Objection and Reservation of Rights to Notice of Filing of *Amended* Cure Schedule filed by *Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC* [D.I. 757; filed: 09/23/19]

<u>Auction or Adequate Assurance Responses Received</u>:

A.      *Master Landlords*' Preliminary's Objection and Reservation of Rights Regarding the Sale to Successful Bidder and Adequate Assurance of Future Performance by Successful Bidder [D.I. 744; filed: 09/20/19]

B.      Preliminary Objection and Reservation of Rights Regarding the Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors to Successful Bidder and Adequate Assurance of Future Performance by Successful Bidder **filed by Hayes Locum, LLC, f/k/a Hayes Healthcare** [D.I. 748; filed: 09/20/19]

<u>Related Documents</u>:

A.      Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief [D.I. 301; signed and docketed: 07/26/19]

B.      Notice of Sale of Assets [D.I. 309; filed: 07/29/19]

C.      Notice of Publication of The Philadelphia Inquirer of Notice of Sale of Assets [D.I. 343; filed: 08/02/19]

D.      Notice of Publication of The Wall Street Journal of Notice of Sale of Assets [D.I. 344; filed: 08/02/19]

E.      Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 510; filed: 08/16/19]

F.      Notice of Extension of Bid Deadline and Auction [D.I. 722; filed: 09/16/19]

G.      Notice of Filing of Amended Cure Schedule [D.I. 734; filed: 09/19/19]

H.      Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 735; filed: 09/19/19]

I.      Notice of Cancellation of Auction and Designation of STC Opco, LLC as the Proposed Purchaser in Connection with the Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors [D.I. 753; filed: 09/20/10]

**J.      Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 763; filed: 09/23/19]**

**<u>Status</u>: This matter will be going forward.  On September 19, 2019, the Debtors filed a revised cure schedule which resolved most of the pending cure objections.**

Dated: September 23, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:      */s/ Mark Minuti*
         Mark Minuti (DE Bar No. 2659)
         Monique B. DiSabatino (DE Bar No. 6027)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE  19899
         Telephone: (302) 421-6800
         Fax: (302) 421-5873
         mark.minuti@saul.com
         monique.disabatino@saul.com

                 -and-

         Jeffrey C. Hampton
         Adam H. Isenberg
         Aaron S. Applebaum (DE Bar No. 5587)
         Centre Square West
         1500 Market Street, 38th Floor
         Philadelphia, PA 19102
         Telephone: (215) 972-7777
         Fax: (215) 972-7725
         jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         aaron.applebaum@saul.com

         *Counsel for Debtors and Debtors in Possession*