# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CENTER CITY HEALTHCARE, LLC,<br>D/B/A HAHNEMANN UNIVERSITY<br>HOSPITAL, *et al.*[1],<br>                Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC, hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Dr. Achintya Moulick in the above-referenced cases; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

> David M. Klauder, Esquire
> **BIELLI & KLAUDER, LLC**
> 1204 N. King Street
> Wilmington, DE 19801
> Phone: (302) 803-4600
> Facsimile: (302) 397-2557
> dklauder@bk-legal.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

**BIELLI & KLAUDER, LLC**

Dated: September 23, 2019
      Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*Counsel to Dr. Achintya Moulick*