# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMAN UNIVERSITY HOSPITAL,** *et al.*[1], | : | Case No. 19-11466 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | Re.: D.I. 205, 301 & 753 |

## DR. ACHINTYA MOULICK'S RESERVATION OF RIGHTS AND LIMITED OBJECTION REGARDING SALE AND CONTRACT REJECTION

Dr. Achintya Moulick ("Dr. Moulick"), by and through his undersigned counsel, hereby files this reservation of Rights (the "Reservation") to the potential Sale of the assets of St. Christopher's Healthcare, LLC's ("St. Christopher"). In connection with his Reservation, Dr. Moulick respectfully submits the following:

1. On June 30 and July 1, 2019, each of the above-cptioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Dr. Moulick is the Chief Medical Officer, Chair of Cardiac Surgery at St. Christopher and Executive Director of the Heart Center.

3. In connection with the Sale the Debtors are seeking to reject Dr. Moulick's contract.

4. The Debtors are singling-out Dr. Moulick by only rejecting his contract and not rejecting other physicians' contracts.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341)("CCH"), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Association, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, LLC (4056), TPS of PA, LLC (4862), TPS II of PA, LLC (5534), TPS III of PA, LLC (5536), TPS IV of PA, LLC (5537), and TPS V of PA, LLC (5540). On the petition which initiated its case, "lead" Debtor Center City Healthcare listed its principal place of business as 230 North Broad Street, Philadelphia, PA 19102. The petitions for the other Debtors may be viewed by selecting "Center City Healthcare, et al." under the "Cases" header at the following link: https://omniagentsolutions.com/.

5. Dr. Moulick's desire for a stronger and bigger hospital to sustain the care of the children in the community is paramount. Dr. Moulick supported the staff of St. Christopher who came together along with the community to uplift the morale of the physicians, who were worried about the future of St. Christopher when the hospital went through a previous bankruptcy.

6. By keeping the physicians engaged, Dr. Moulick helped to keep the physicians together and hopeful about their futures and that of St. Christopher. It is Dr. Moulick's desire that all parties to work together and not go into a competition that would negatively impact the future of St. Christopher and the training of the students and residents that come to St. Christopher. Further, and by way of example, by the rejection of the residency contracts, the Debtors are eliminating the ability of the residents to come to St. Christopher and have a symbiotic relationship with major referral centers and effecting various subspecialty programs and residents' ability to learn from a specially-challenging patient population.

7. By rejecting Dr Moulick's contract no one will be left at St. Christopher who is capable of performing complex cardiac surgeries. Recruiting someone with Dr. Moulick's skill set will take quite some time.

8. The Debtor's decision to reject Dr. Moulick's contract is hasty and not well thought out, unless St. Christopher plans to bring in another institution to perform cardiac surgeries. Such a transaction will not benefit St. Christopher or its patients.

9. If the Debtors reject Dr. Moulick's contract, there will be a significant dent to the advocacy for the community and well-being of St. Christopher's patients.

10. Dr. Moulick submits this Reservation and Limited Objection to the Sale and rejection of his contract to reserve all of his rights to be heard with respect to the Sale, including, *inter alia*, any terms and conditions.

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: September 23, 2019<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com<br><br>*Counsel to Dr. Achintya Moulick* |