# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC    **COURTROOM LOCATION:** 3

HAHNEMANN UNIVERSITY HOSPITAL

**CASE NO.:** 19-11466 (KG)    **DATE:** 9/23/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Bryan | McUly Deutsch | Catholic Healthcare Svc |
| Benjamin Hackman | | US Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Tenet/Conifer |
| Chris Koenig | Kirkland & Ellis | Tenet/Conifer |
| Curtis Miller | Morris Nichols | ACGME |
| John Scherel | Pepper Hamilton | Temple |
| Fran Lawall | | |
| Kelly Smith | Landis Rath & Cobb | Watts Restoration |
| Marie Collins | Richards Layton | PAHH / Front Street |
| Suzanne Uhland | O'Melveny | |
| Thomas Horan | Fox Rothschild | Committee |
| Andrew Sherman | Sills Cummis | Committee |
| Boris Mankovetskiy | Sills Cummis | Committee |
| David Carrickhoff | Archer & Greiner | Certain Physicians |
| Justin Alberto | Bayard | EC FMG |

# SIGN-IN-SHEET

**CASE NAME:** CENTER CITY HEALTHCARE, LLC  **COURTROOM LOCATION:** 3
HAHNEMANN UNIVERSITY HOSPITAL

**CASE NO.:** 19-11466 (KG)  **DATE:** 9/23/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gretchen Santamour | Stradley Ronon | MidCap |
| Rich Barkasy | Schnader Harrison | PA Dept. of Health |
| David Smith | " | " |
| Kaitlin MacKenzie | DLA Piper | HSRE |
| Stuart Brown | DLA Piper | HSRE |
| Mark Minuti | Saul Ewing | Debtors |
| Jeffrey Hampton | " | " |
| Monique DiSabatino | " | " |
| Megan Harper | City of Phila | City of Phila |
| Claiborne S. Newlin (Mitchell Mackey) Marrow LTZ + Ricama | | PASNAP |
| Tori Dalez | Ballard Spahr | Drexel |
| Vince Marriott | " | " |
| Bill Hazeltine | Sullivan Hazeltine Allinson | Laboratory Corp of America |
| Zale Allison | " | Urology for Children LLC |
| Dennis A. Meloro | Greenberg Traurig LLP | Patient Care Ombudsman |

# SIGN-IN-SHEET

**CASE NAME:** Center City Healthcare/Hahnemann Hospital
**CASE NO.:** 19-11466 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 9/23/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Waxman | Morris James | Thomas Geldner |
| David Fitzy | Duane Morris | Einstein |
| Kate Buck | McCarter English | Conner Corp. |
| Michael Lastowski | Duane Morris | Chubb |
| Daul K. Logan | Hogan McDaniel | Hayes Locum |
| David Klauder | Bielli & Klauder | Dr. Schatzky Novlick |
| Louis Curcio | Troutman Sanders | Capital One |
| Greg Taylor | Ashby + Geddes | Capital One |
| Albert A. Ciardi III | Ciardi Ciardi & Astin | Medical Staff |
| Joseph T. McMahon, Jr. | " " | Medical Staff |
| Robert Lapowski | Shreenstone P.C. | Tower Health |
| Joseph H. Huston Jr. | " | " |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 09/23/2019
Calendar Time: 01:00 PM ET

Amended Calendar  Sep 23 2019  9:04AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10069518 | Svetlana Attestatova | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10066700 | Tressa Bauer | (800) 785-4001 ext. | Capital One Bank | Interested Party, Capital One, N.A. / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10069522 | Bill Brinkman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10066698 | Louis A. Curcio | (212) 704-6000 ext. | Troutman Sanders LLP | Interested Party, Capital One, N.A. / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10073460 | Allison Elko-Franklin | (678) 553-7345 ext. | Greenberg Traurig, LLP | Debtor, 3M / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10069520 | Joel Freedman | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10070802 | David M. Guess | (949) 369-3700 ext. | Bienert | Katzman, PLC | Interested Party, Medtronic USA / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10070909 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10064250 | Andrew Kelser | (202) 274-2414 ext. | O'Donoghue & O'Donoghue, LLP | Creditor, Hospital and Health Care Employees Pension Fund / LIVE |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10073724 | Suzanne Koenig | (847) 446-8400 ext. | FAK Management Services | Trustee, Suzanne Koenig / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10073469 | Alexander Lamm | (610) 940-3882 ext. | SSG Capital Advisors, LLC | Interested Party, SSG Capital Advisors, LLC / LISTEN ONLY |
| | | Center City Healthcare, LLC | 19-11466 | Hearing | 10069532 | Grace Muranaga | (310) 414-2700 ext. | Paladin Healthcare | Interested Party, American Academic / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Center City Healthcare, LLC | 19-11466 | Hearing | 10069531 | Diana Perez | (212) 326-2163 ext. | O'Melveny & Myers, LLP | Interested Party, AAHS, Joel Freedman and Philadelphia Academic Health / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10071060 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Creditor, Tenent & Conifer / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10073385 | Marc S. Sacks | (202) 616-7932 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10069513 | Kyle Schmidt | (310) 414-2700 ext. | American Academic | Interested Party, American Academic / LISTEN ONLY |
| Center City Healthcare, LLC | 19-11466 | Hearing | 10073496 | Kathryn Stevens | (312) 609-7803 ext. | Vedder Price P.C. | Creditor, MidCap Funding / LISTEN ONLY |