# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CENTER CITY HEALTHCARE LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | : Case No. 19-11466 (KG) |
| | : |
| | : **Re Docket No. 527** |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF MOTION OF CORINTHIA SHIELDS FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that David M. Klauder, Esquire, of Bielli & Klauder, LLC, counsel to Corinthia Shields (the "Movant"), hereby withdraws the previously-*filed Motion of Corinthia Shields for Relief from the Automatic Stay* [D.I. 527].

Dated: September 24, 2019
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*Counsel to the Movant*