IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,*[1] | : | Case No. 19-11466 (KG) |
| | : | **Re Docket No. 527** |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, David M. Klauder, Esquire, hereby certify that on September 24, 2019, I caused a true and correct copy of the *Notice of Withdrawal of Motion of Corinthia Shields for Relief from the Automatic Stay* to be served upon the parties on the attached Service List, via First Class Mail, postage prepaid.

BIELLI & KLAUDER, LLC

Date: September 24, 2019

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

*Counsel to Movant*