IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. 499** |

## CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER APPROVING KEY EMPLOYEE INCENTIVE PLAN, AND (B) NO OBJECTION TO SAME

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On August 15, 2019, the *Motion of the Debtors for Entry of an Order Approving Key Employee Incentive Plan* (the "**Motion**") [Docket No. 499] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 499-1], objections to the Motion were to be filed by August 29, 2019 at 4:00 p.m. (prevailing Eastern Standard Time) (the "**Objection Deadline**"). The Debtors agreed to extend the Objection Deadline for the Official Committee of Unsecured Creditors (the "**Committee**") until the hearing on the Motion.

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or appear on the Court's docket in these cases.

4. The Committee requested that certain changes be made to the original proposed order accompanying the Motion (the "**Original Proposed Order**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

5. Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates the changes requested by the Committee (the "**Revised Order**").  Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Debtors have confirmed that the Committee has no objections to the Revised Order.

7. We respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: September 24, 2019                              **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Aaron S. Applebaum*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

                -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Aaron S. Applebaum (DE Bar No. 5587)
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7700
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       aaron.applebaum@saul.com

       *Counsel for Debtors and Debtors in Possession*

35934813.3 9/24/19                              2