## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 23, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, (ii) via facsimile to the parties listed in **Exhibit B**, and (iii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit C** attached hereto:

- **Notice of Amended Agenda for Hearing Scheduled for September 24, 2019 at 9:00 A.M. (Prevailing Eastern Time) Before the Honorable Kevin Gross, U.S. Bankruptcy Court Judge [Docket No. 767]**

Dated: September 24, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                                    } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# EXHIBIT A

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLI & KLAUDER, LLC
DAVID M. KLAUDER
DKLAUDER@BK-LEGAL.COM

BIELLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDL
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
 MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

FINEMAN KREKSTEIN & HARRIS, P.C
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GIBBONS P.C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITHCELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
LOIZIDES@LOIZIDES.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A. CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

RICHARDS LAYTON & FINGER, P.A
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, P.A
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, P.A
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
DANIEL M. PEREIRA
DPEREIRA@SCHNADER.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  111

## __EXHIBIT B__

**Center City Healthcare, LLC, et al. -  Service List to Facsimile Recipients**

FREEDMAN & LORRY, P.C.
SUSAN A. MURRAY
215-925-7516

OFFICE OF THE ATTORNEY GENERAL
717-787-8242

Parties Served:  2

**EXHIBIT C**

Center City Healthcare, LLC, et al. - U.S. Mail                                                           Served 9/23/2019

ABBOTT LABORATORIES INC.
100 ABBOTT PARK RD
ABBOTT PARK, IL 60064

ALPHA IMAGING, INC.
4455 GLENBROOK RD
WILLOUGHBY, OH 44094

AMERICAN ACADEMY OF SLEEP MEDICINE
ATTN: ASSIST DIR OF ACCREDN
2510 NORTH FRONTAGE RD
DARIEN, IL 60561-1511

ANALYTIC SOLUTIONS NETWORK, LLC
ATTN: ANTHONY GUIDI, CIO
302 DOVE CT, STE 2B
FOREST HILL, MD 21050

ARAMARK UNIFORM AND CAREER APPAREL GROUP, I
1178 MARLKRESS RD
CHERRY HILL, NJ 08003

ARIZANT HEALTHCARE, INC.
3M CENTER, BLDG 275-4E-01
ST PAUL, MN 55144

ARTHUR HUPPERT, MD
RE: LANDLORD
ADDRESS REDACATED

ATG CONSULTANTS, LLC
ATTN: ANTHONY GUALTIERI, OWNER
101 WENDEE WAY
SEWELL, NJ 08080

AVIACODE, INC.
257 E 200 S, STE 700
SALT LAKE CITY, UT 84111

BIOMERIEUX INC.
100 RODOLPHE ST
DURHAM, NC 27712

BIO-RAD LABORATORIES
ATTN: CONTRACT ADMIN
4000 ALFRED NOBEL DR
HERCULES, CA 94547

CCJ PHYSICS, LLC
ATTN: CHRISTOPHER HAND, PHD
1823 FT WASHINGTON AVE
AMBLER, PA 19002

CITY OF PHILADELPHIA
ATTN:  LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

COUNCIL ON ACCREDIATION OF NURSE
ANESTHESIA EDUCATIONAL PROGRAMS
222 S PROSPECT AVE
PARK RIDGE, IL 60068-4001

EASTERN SIGN TECH, LLC
112 CONNECTICUT DR
BURLINGTON, NJ 08016

EMPLOYERS HEALTH NETWORK, LLC
ATTN: MANAGED CARE DEPT
1304 E WOODHURST, STE B
SPRINGFIELD, MO 65804

ENVIRONMENTAL CONTROL SERVICES, INC.
ATTN: PRESIDENT
1232 W BALTIMORE PIKE
MEDIA, PA 19063

EUROFINS VIRACOR, INC.
1001 NW TECHNOLOGY DR
LEE'S SUMMIT, MO 64086

EUROFINS VRL, INC.
DBA VRL EUROFINS
ATTN: KEVIN BARFIELD, PRES
6665 S KENTON ST, STE 205
CENTENNIAL, CO 80111

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

KONICA MINOLTA HEALTHCARE AMERICAS, INC.
411 NEWARK POMPTON TPK
WAYNE, NJ 07470

LE BOEUF HOLDINGS, INC.
DBA JIM'S ENTERPRISES
2235 HARTRANFT ST
PHILADELPHIA, PA 19145

LYONS-CHVALA NEPHROLOGY ASSOC
RE: (TENANT)
730 N BROAD ST, STE 101
WOODBURY, NJ 08096

NANOSONICS, INC.
ATTN: SNR VP - NORTH AMERICA
11793 TECHNOLOGY LN
FISHERS, IN 46038

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NEW CINGULAR WIRELESS PCS LLC D/B/A CINGULAR
ATTN: REAL ESTATE CONTRACTS,
CINGULAR WIRELESS
2013 HAHNEMANN HOSPITAL
6100 ATLANTIC BLVD
NORCROSS, GA 30071

NOVA BIOMEDICAL CORPORATION
200 PROSPECT ST
WALTHAM, MA 02454

NUANCE COMMUNICATIONS, INC.
1 WAYSIDE RD
BURLINGTON, MA 01803

PATIENT PATHWAYS, LLC
ATTN: ANDREW KIM, VP
2000 16TH ST
DENVER, CO 80202

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PENNSYLVANIA TRAUMA SYSTEMS FOUNDATION
ATTN: JULIET ALTENBURG, EXEC DIR
3907 HARTZDALE DR, STE 702
CAMP HILL, PA 17011

PHILADELPHIA UROSURGICAL ASSOCIATES, PC
ATTN: KRISTENE WHITMORE, MD
207 N BROAD ST, 4TH FL
PHILADELPHIA, PA 19107

RENAL TREATMENT CENTERS - NORTHEAST, INC.
ATTN: CLENN FROST, DIV VP
1172 S BROAD ST
PHILADELPHIA, PA 19146

RESPIRATORY ASSOCIATES
ATTN: ROBERT PROMISLOFF, MD
1001 CITY LINE AVE, STE WB 113
WYNNEWOOD, PA 19096

SHRINERS HOSPITALS FOR CHILDREN
ATTN: ADMIN
3551 N BROAD ST
PHILADELPHIA, PA 19140-4131

SPREEMO, INC.
88 PINE ST, 11TH FL
NEW YORK, NY 10005

SYSTEMATECH TECHNICAL MANAGEMENT SERVICES,
DBA INDEMAND INTERPRETING
555 ANDOVER PARK W, STE 201
TUKWILA, WA 98188

TERUMO BCT, INC.
10811 WEST COLLINS AVE
LAKEWOOD, CO 80215

THE CITY OF PHILADELPHIA FIRE DEPARTMENT
ATTN: AYANNA GARNETT
240 SPRING GARDEN ST
PHILADELPHIA, PA 19123

THE CODING NETWORK, LLC
ATTN: EXEC VP
324 SOUTH PALM DR
BEVERLY HILLS, CA 90212

THE DIALYSIS UNIT OF CENTER CITY PHILA, LLC
230 N BROAD ST, 12TH FL
PHILADELPHIA, PA 19102

TRINITY BIOTECH, INC.
2823 GIRTS RD
JAMESTOWN, NY 14701

TRISONICS, INC.
3535 WALNUT ST
HARRISBURG, PA 17109

U.S. REGIONAL OCCUPATIONAL HEALTH (WORKNET)
230 N BROAD ST, RM 131
PHILADELPHIA, PA 19102

U.S. REGIONAL OCCUPATIONAL HEALTH II, P.C.
D/B/A WORKNET
ATTN: COURTNEY SMITH
4714 GETTYSBURG RD.
MECHANICSBURG, PA 17055

U.S. REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET OCCUPATIONAL MEDICINE (TENANT)
ATTN: JEREMY TURNER, FOR LANDLORD
6005 PARK AVE, STE 404
MEMPHIS, TN 38119

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

UNIVERSAL DIGITAL RESOURCES
1333 HIGHLAND RD, STE E
MACEDONIA, OH 44056

UROLOGY CONSULTANTS OF SE PA (TENANT)
ATTN: LAURENCE BELKOFF, MD
231 N BROAD ST, STE 201
PHILADELPHIA, PA 19111

UROLOGY CONSULTANTS OF SE PENNSYLVANIA
7604 CENTRAL AVE, #104
PHILADELPHIA, PA 19111

UROLOGY CONSULTANTS OF SOUTHEASTERN PA
ATTN: LAURENCE BELKOFF, D.O.
1 PRESIDENTIAL BLVD, STE 100
BALA CYNWYD, PA 19004

US REGIONAL OCCUPATIONAL HEALTH II, PC
DBA WORKNET
ATTN: VP OF OPS
1800 BYBERRY RD, STE 705
HUNTINGTON VALLEY, PA 19006

VARIAN MEDICAL SYSTEMS
2250 NEWMARKET PKWY, STE 120
MARIETTA, GA 30067

WEST INTERACTIVE SERVICES CORPORATION
11808 MIRACLE HILLS DR
OMAHA, NE 68154

Parties Served: 58