IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERISTY HOSPITAL, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

### ORDER REGARDING FILINGS BY JEFFREY CUTLER[1]

Jeffrey Cutler ("Mr. Cutler") has attempted to file motions and./or objections with the Court. Mr. Cutler is not a creditor of Debtors, and his attempted filings contain what the Court finds are irrelevant and scandalous contentions. The Court is sensitive to *pro se* litigants but Mr. Cutler lacks standing, and his arguments cross the bounds of decency, raising allegations of murders, fraud, and conspiracy which simply do not relate at all to the bankruptcy case.

Accordingly, the Court directs the Clerk not to accept for filing any documents which Mr. Cutler submits unless the Court first approves.

SO ORDERED

                                                                       _____
                                                                       KEVIN GROSS, U.S.B.J.

---

[1] A copy of this Order has been mailed to Mr. Jeffrey Cutler.