## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 23, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [Docket No. 763]**

Dated: September 25, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, P.C<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM |
| GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |
| HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM |

| | | |
|---|---|---|
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM |
| O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM |
| PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | RICHARDS LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM |
| SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM |

| | | |
|---|---|---|
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM |
| STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM |
| SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV |
| UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | | |

Parties Served:  109

**EXHIBIT B**

| | | |
|---|---|---|
| A. I. DUPONT HOSPITAL FOR CHILDREN<br>ATTN: ALFRED DU PONT<br>OF THE NENOURS FOUNDATION<br>1600 ROCKLAND RD<br>WILMINGTON, DE 19803 | A. I. DUPONT HOSPITAL FOR CHILDREN<br>ATTN: OFFICE OF CONTRACT ADMIN<br>THE NEMOURS FOUNDATION<br>10140 CENTURION PKWY N<br>LEGAL DEPT-2 W<br>JACKSONVILLE, FL 32256 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: DIR OF PHARMACY<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 |
| ABINGTON MEMORIAL HOSPITAL<br>DIXON SCHOOL OF NURSING<br>3500 MARYLAND RD<br>WILLOW GROVE, PA 19090 | ABINGTON MEMORIAL HOSPITAL<br>P.O. BOX 7417<br>PHILADELPHIA, PA 19101-7417 | ABINGTON MEMORIAL HOSPITAL<br>PUBLIC RELATIONS & MKTG DEPT<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 |
| ABINGTON MEMORIAL HOSPITAL (JEFFFERSON)<br>ATTN: CEO<br>1200 OLD YORK RD<br>ABINGTON, PA 19001 | ABINGTON MERMORIAL HOSPITAL<br>ATTN: EXEC VP & COO<br>1200 OLD YORK RD<br>ABINGTON MEMORIAL HOSPITAL, PA 19001 | AETNA BETTER HEALTH<br>2000 MARKET ST, STE 850<br>PHILADELPHIA, PA 19101 |
| AETNA BETTER HEALTH<br>2000 MARKET ST, STE 850<br>PHILADELPHIA, PA 19103 | AETNA BETTER HEALTH<br>4500 E COTTON CENTER BLVD<br>PHOENIX, AZ 85040 | AETNA BETTER HEALTH<br>P.O. BOX 61445<br>PHOENIX, AZ 85082 |
| AETNA BETTER HEALTH<br>P.O. BOX 61445<br>PHOENIX, AZ 85082 | AETNA HEALTH OF CALIFORNIA<br>P.O. BOX 1109<br>BLUE BELL, PA 19422 | AMERICHOICE OF NEW JERSEY<br>TWO GATEWAY CENTER 13 FL<br>NEWARK, NJ 07102 |
| AMERIHEALTH CARITAS<br>200 STEVENS DR<br>PHILADELPHIA, PA 19113 | AMERIHEALTH HMO<br>P.O. BOX 18693<br>NEWARK, NJ 07191-8683 | ANDREEA MARINESCU<br>ADDRESS REDACTED |
| ANDREEA MARINESCU<br>ADDRESS REDACTED | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 |
| BAYLOR COLLEGE OF MEDICINE<br>MEDICAL GENETICS LABS<br>BAYLOR GENETICS<br>P.O. BOX 847228<br>DALLAS, TX 75284-7228 | BAYLOR COLLEGE OF MEDICINE<br>ONE BAYLOR PLZ, STE T-100<br>HOUSTON, TX 77030-3411 | BAYLOR UNIVERSITY MEDICAL CNTR<br>3812 ELM ST<br>DALLAS, TX 75226 |
| BRYN MAWR GRADUATE SCHOOL<br>SCHOOL OF SOCIAL WORK AND SOCIAL RESEARCH<br>300 AIRDALE RD<br>BRYN MAWR, PA 19010 | BRYN MAWR REHAB HOSPITAL<br>130 S BRYN MAWR AVE<br>BRYN MAWR, PA 19010 | CARLYN TODOROW<br>254 OLD GRADYVILLE RD<br>GLEN MILLS, PA 19342 |
| CARLYN TODOROW<br>ADDRESS REDACTED | CATRINEL MARINESCU<br>ADDRESS REDACTED | CHILDREN'S HOSP OF PHILA (CHOP)<br>ATTN: STEPHEN LUDWIG, MD<br>OFFICE OF MEDICAL STAFF AFFAIRS<br>34TH ST & CIVIC CENTER BLVD<br>PHILADELPHIA, PA 19104 |
| CHILDREN'S HOSPITAL OF PHILADELPHIA<br>34TH ST & CIVIC CTR BLVD<br>CHOP NORTH 12FL, STE 1220<br>PHILADELPHIA, PA 19104-4399 | CHILDREN'S HOSPITAL OF PHILADELPHIA<br>ATTN: STEPHEN LUDWIG, MD<br>OFFICE OF MEDICAL STAFF AFFAIRS<br>34TH ST & CIVIC CENTER BLVD<br>PHILADELPHIA, PA 19104 | CIGNA HEALTH AND LIFE INSURANCE<br>ATTN: MARYLOU KILIAN RICE, CIGNA LEGAL<br>900 COTTAGE GROVE RD, B6LPA<br>HARTFORD, CT 06152 |

| | | |
|---|---|---|
| CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>C/O CIGNA LEGAL<br>ATTN: MARYLOU KILIAN RICE<br>900 COTTAGE GROVE RD, B6LPA<br>HARTFORD, CT 06152 | CITY OF PHILADELPHIA<br>1101 MARKET ST, 7TH FL<br>PHILADELPHIA, PA 19107-2907 | CITY OF PHILADELPHIA<br>1401 JFK BLVD<br>PHILADELPHIA, PA 19102 |
| CITY OF PHILADELPHIA<br>1401 JFK BLVD, MUNICIPAL CT BLD<br>PHILADELPHIA, PA 19102-1697 | CITY OF PHILADELPHIA<br>1401 JFK BLVD, RM 530<br>PHILADELPHIA, PA 19102-1697 | CITY OF PHILADELPHIA<br>ATTN: ADAM K. THIEL, FIRE COMMISSIONER<br>FIRE AND EMS DEPT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| CITY OF PHILADELPHIA<br>ATTN: COMMISSIONER<br>DEPARTMENT OF PUBLIC PROPERTY<br>CITY OF PHILADELPHIA<br>CITY HALL, RM 790<br>PHILADELPHIA, PA 19107 | CITY OF PHILADELPHIA<br>ATTN: COMMISSIONER THEIL<br>FIRE & EMS DEPT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19122 | CITY OF PHILADELPHIA<br>ATTN: HEALTH COMMISSIONER<br>DEPARTMENT OF PUBLIC HEALTH<br>1101 MARKET ST, 13TH FL<br>PHILADELPHIA, PA 19107 |
| CITY OF PHILADELPHIA<br>ATTN: ROB DUBOW<br>CODE VIOLATION ENFORCEMENT DIV<br>P.O. BOX 56318<br>PHILADELPHIA, PA 19130 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CITY OF PHILADELPHIA<br>ATTN: LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 |
| CITY OF PHILADELPHIA<br>C/O MATTHEW HUBBARD, ESQ<br>LAW DEPT<br>CIVIL RIGHTS UNIT<br>1515 ARCH ST, 14TH FL<br>PHILADELPHIA, PA 19102-1595 | CITY OF PHILADELPHIA<br>DEPT OF LIC & INSPECTIONS<br>P.O. BOX 53310<br>PHILADELPHIA, PA 19105-3310 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1049<br>PHILADELPHIA, PA 19105-1409 |
| CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1529<br>PHILADELPHIA, PA 19105-1529 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1630<br>PHILADELPHIA, PA 19105-1630 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1660<br>PHILADELPHIA, PA 19105-1660 |
| CITY OF PHILADELPHIA<br>P.O. BOX 124<br>PHILADELPHIA, PA 19105-0124 | CITY OF PHILADELPHIA<br>P.O. BOX 1942<br>DEPT OF LIC INSPECTIONS<br>PHILADELPHIA, PA 19105-1942 | CITY OF PHILADELPHIA<br>P.O. BOX 41818<br>PHILADELPHIA, PA 19101 |
| CITY OF PHILADELPHIA<br>P.O. BOX 56318<br>FINANCE DEPT<br>PHILADELPHIA, PA 19130-0318 | CITY OF PHILADELPHIA<br>P.O. BOX 5879<br>PHILADELPHIA, PA 19102 | CITY OF PHILADELPHIA<br>TIER II REPORTING MANAGER<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123-2991 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | COOPER UNIVERSITY HEALTH CARE<br>ATTN: ANTHONY MAZZARELLI<br>ONE COOPER PLZ<br>CAMDEN, NJ 08103 | CROZER-CHESTER MED CTR (PROSPECT CCMC)<br>ATTN: SHARIF OMAR/ RICHARD IMBIMBO<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19013 |
| CROZER-CHESTER MEDICAL CENTER<br>CROZER TAYLOR SPRINGFIELD<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19103-3995 | CROZER-CHESTER MEDICAL CENTER<br>DELAWARE COUNTY MEMORIAL HOSPITAL<br>501 N LANSDOWNE AVE<br>DREXEL HILL, PA 19026 | CROZER-CHESTER MEDICAL CENTER<br>MEDICAL CTR BLVD<br>UPLAND, PA 19013 |
| CROZER-CHESTER MEDICAL CENTER<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19013 | DELAWARE MEDICAID<br>HP ENTERPRISE SERVICES FINANCIAL<br>P.O. BOX 909<br>NEW CASTLE, DE 19720 | DREXEL UNIVERSITY<br>1505 RACE ST, 10TH FL<br>PHILADELPHIA, PA 19102 |

DREXEL UNIVERSITY
245 N 15TH ST, MS 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
2900 W QUEEN LN
PHILADELPHIA, PA 19129

DREXEL UNIVERSITY
3141 CHESTNUT ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
3141 CHESTNUT ST
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY
3141 CHESTNUT ST, STE 103
MAIN BUILDING
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO
3201 ARCH ST, STE 420
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO
DREXEL UNIVERSITY COLLEGE OF MEDICINE
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: ANTHONY ESPOSITO, ASSOC DEAN, FIN AFF
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: ANTHONY M. ESPOSITO, JR
AS SUCCESSOR BY MRGR TO PHIL HEALTH & EDUC C
15TH AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: ANTHONY M. ESPOSITO, JR
AS SUCCESSOR BY MRGR TO PHIL HEALTH & EDUC C
245 N 15TH ST, #19F
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: ASSISTANT DIR STUDENT CIVIC LEADERSHI
3210 CHERRY ST
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY
ATTN: CHAIR, DEPT OF EMCY MED
RE: SEXUAL ASSAULT NURSE EXAMINER
245 N 15TH ST
MS 1011
PHILADELPHIA, PA 19102-1192

DREXEL UNIVERSITY
ATTN: CHIEF FINANCIAL OFFICER
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: DANIEL SCHIDLOW, MD
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: DEAN
3141 CHESTNUT ST
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY
ATTN: DEAN OF THE SCHOOL OF MEDICINE
RE: ER COVERAGE AGREEMENT
PHILADELPHIA HEALTH & EDUCATION CORP
245 N 15TH ST, MAIL STOP 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: DR GLASGROW
1505 RACE ST MS 501 2ND FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: EXEC DIR, HUMAN RESEARCH PROTECTION
1601 CHERRY ST, 10TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: JOHN A. FRY, PRESIDENT
3141 CHESTNUT ST
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY
ATTN: OFFICE OF RESEARCH
1601 CHERRY ST, STE 10444
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
ATTN: OFFICE OF THE GENERAL COUNSEL
RE: TRAUMA CALL COVERAGE
245 N 15TH ST
MAIL STOP 627
PHILADELPHIA, PA 19102-1192

DREXEL UNIVERSITY
ATTN: RADIATION SAFETY OFFICE
1601 CHERRY ST, STE 10444
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
C/O STEVE COZEN, FRED JACOBY
ONE LIBERTY PL
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

DREXEL UNIVERSITY
COLLEGE OF MED/MEDICAL SCHOOL
ANNENBERG DEAN
245 N 15TH ST
MAIL STOP 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
COLLEGE OF MEDICINE
1601 CHERRY ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
COLLEGE OF MEDICINE
BROAD AND VINE ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
COLLEGE OF NURSING AND HEALTH PROFESSIONALS
ATTN: DEAN
1601 CHERRY ST, MAIL STOP 10501
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
DBA DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: ANTHONY ESPOSITO
245 N 15TH ST, #19F
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
DBA DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: JEFFREY EBERLY, VP OF FINANCE
245 N 15TH ST, #19F
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
DBA DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: JEFFREY EBERLY, VP OF FINANCE
SUCCESS IN INTEREST TO PHIL HEALTH AND EDU CO
245 N 15TH ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
FOR ITS COLLEGE OF NURSING AND HEALTH PROFES
ATTN: DEAN
1601 CHERRY ST, MAIL STOP 10501
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
OFFICE OF RESEARCH
1505 RACE ST, 10TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
PAYMENTS FOR HAHNEMANN
3201 ARCH ST, STE 420
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY
RE: COVERAGE OF ANATOMIC & MOLECULAR PATH LA
245 N BROAD ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
RE: COVERAGE OF DREXELS ANATOMIC & MOLEC
245 N BROAD ST
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
RE: HEPATITIS C VIRUS LAB TESTING AGREEMENT
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY
RE: STEMI CALL COVERAGE
245 N 15TH ST
MAIL STOP 400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: DEAN
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY COLLEGE OF MEDICINE
ATTN: JENNIFER MICHAELS, STRAT SOURCING SPEC
3201 ARCH ST, STE 400
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

DREXEL UNIVERSITY COLLEGE OF MEDICINE
PROCUREMENT SERVICES
3201 ARCH ST, STE 400
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY COLLEGE OF MEDICINE - FOUND
PROCUREMENT SERVICES
3201 ARCH ST, STE 400
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: DANIEL SCHIDLOW, MD
245 N 15TH ST, MS400
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC
ATTN: DEAN
245 N 15TH ST, 19TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: DEPT OF SURGERY
245 N 15TH ST, MS 413
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: OFFICE OF RESEARCH
1505 RACE ST, 10TH FL
PHILADELPHIA, PA 19102

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDIC
ATTN: PRESIDENT
3141 CHESTNUT ST
PHILADELPHIA, PA 19104

DREXEL UNIVERSITY, FOR ITS COLLEGE OF MEDICINE
ATTN: PROGRAM CO-DIRECTOR
1601 CHERRY ST, STE 10627
PHILADELPHIA, PA 19102

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

GATEWAY
ADDRESS REDACTED

GATEWAY HEALTH
444 LIBERTY AVE, STE 2100
PITTSBURGH, PA 15222

GATEWAY HEALTH PLAN
600 GRANT ST FL 41
PITTSBURGH, PA 15219

GATEWAY HEALTH PLAN
P.O. BOX 11-718
ALBANY, NY 12211

GATEWAY HEALTH PLAN
P.O. BOX 69360
HARRISBURG, PA 17106

GEISINGER HEALTH SYSTEM
ATTN: KEVIN BRENNAN
100 NORTH ACADEMY AVE
DANVILLE, PA 17822

GEISINGER MEDICAL CENTER
ATTN: GEORGE GODLEWSKI
100 N ACADEMY AVE
DANVILLE, PA 17822-0145

GEISINGER SYSTEMS SERVICES
ATTN: DEPT OF CONTRACT ADMIN
100 N ACADEMY AVE
DANVILLE, PA 17822-3023

HEALTH PARTNERS
333 E WETMORE RD
TUCSON, AZ 85705-1759

HEALTH PARTNERS
833 CHESTNUT ST
PHILADELPHIA, PA 19102

HEALTH PARTNERS
833 CHESTNUT ST
PHILADELPHIA, PA 19102

HEALTH PARTNERS
P.O. BOX 1220
PHILADELPHIA, PA 19105-1220

HEALTH PARTNERS
P.O. BOX 1220
PHILADELPHIA, PA 19105-1220

HEALTH PARTNERS
P.O. BOX 1289
MINNEAPOLIS, MN 55440-1289

HEALTH PARTNERS
P.O. BOX 5194
NEW YORK, NY 10004

HEALTH PARTNERS
P.O. BOX 5194
NEW YORK, NY 10004

| | | |
|---|---|---|
| HEALTH PARTNERS<br>TWO PERIMETER PARK S<br>STE 200 WEST<br>BIRMINGHAM, AL 35209 | HEALTH PARTNERS MANAGEMENT GROUP<br>P.O. BOX 669<br>POPLAR BLUFF, MO 63902 | HEALTH PARTNERS PLAN<br>PHILADELPHIA DEPT OF PUBLIC HEALTH<br>ENVIRONMENTAL HEALTH SERVICES<br>EHS AND HEALTHY HOMES PROGRAM<br>321 UNIVERSITY AVE<br>PHILADELPHIA, PA 19104 |
| HEALTH PARTNERS PLANS<br>901 MARKET ST, STE 500<br>PHILADELPHIA, PA 19107 | HEALTH PARTNERS PLANS<br>901 MARKET ST, STE 500<br>PHILADELPHIA, PA 19107 | HORIZON BC OF NJ<br>P.O. BOX 1770<br>NEWARK, NJ 07101 |
| HORIZON BCBSNJ<br>P.O. BOX 11595<br>NEWARK, NJ 07193-1595 | HORIZON BLUE<br>1901 MARKET ST<br>PHILADELPHIA, PA 19102 | HORIZON BLUE CROSS<br>BLUE SHIELD OF NJ<br>P.O. BOX 420<br>NEWARK, NJ 07101-0420 |
| HORIZON BLUE CROSS<br>BOX 247 DEPT V<br>NEWARK, NJ 07101-0247 | HORIZON BLUE CROSS<br>C/O AIM HEALTHCARE<br>BLUE SHIELD NJ<br>P.O. BOX 292377<br>NASHVILLE, TN 37229 | HORIZON BLUE CROSS BLUE SHIELD<br>3 PENN PLAZA EAST<br>NEWARK, NJ 07105-2200 |
| HORIZON BLUE CROSS BLUE SHIELD NJ<br>C/O AAI<br>FINANCE DEPT OVERPAYMENT, UNIT<br>P.O. BOX 311<br>HAMMONTON, NJ 08037-0311 | HORIZON BLUE CROSS BLUE SHIELD NJ<br>C/O AAI<br>FINANCE DEPT OVERPAYMENT, UNIT<br>P.O. BOX 311<br>HAMMONTON, NJ 08037-0311 | HORIZON NJ HEALTH<br>P.O. BOX 24078<br>NEWARK, NJ 07101-0406 |
| HORIZON NJ HEALTH<br>P.O. BOX 7117<br>LONDON, KY 40742 | HORIZON NJ HEALTH<br>P.O. BOX 7117<br>LONDON, KY 40742 | HUMANA<br>500 W MAIN ST<br>LOUISVILLE, KY 40202 |
| HUMANA<br>P.O. BOX 14601<br>LEXINGTON, KY 40512-4601 | HUMANA<br>P.O. BOX 14602<br>LEXINGTON, KY 40512-4602 | HUMANA<br>P.O. BOX 14602<br>LEXINGTON, KY 40512-4602 |
| HUMANA<br>P.O. BOX 14605<br>LEXINGTON, KY 40578 | HUMANA<br>P.O. BOX 931655<br>ATLANTA, GA 31193-0001 | HUMANA<br>P.O. BOX 931655<br>ATLANTA, GA 31193-0001 |
| INDEPENDENCE BLUE CROSS<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1400 | INDEPENDENCE BLUE CROSS<br>1901 MARKET ST, 43RD FL<br>PHILADELPHIA, PA 19103-1480 | INDEPENDENCE BLUE CROSS<br>ATTN: CAROLYN GOLDEN<br>FOUNDATION<br>1901 MARKET ST, 37TH FL<br>PHILADELPHIA, PA 19102 |
| INDEPENDENCE BLUE CROSS<br>P.O. BOX 59480<br>PHILADELPHIA, PA 19102-9480 | INDEPENDENCE BLUE CROSS<br>P.O. BOX 59480<br>PHILADELPHIA, PA 19102-9480 | INDEPENDENCE BLUE CROSS &<br>HIGHMARK BLUE SHIELD<br>CARING FOUNDATION FOR CHILDREN<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1480 |
| INDEPENDENCE BLUE CROSS OF PA<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103 | INDEPENDENCE BLUE CROSS OF PA<br>P.O. BOX 898815<br>CAMPHILL, PA 17089 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JEANES HOSPITAL<br>C/O TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ATTN: CHIEF COUNSEL<br>1316 W ONTARIO ST<br>RM 903, JONES HALL (700-00)<br>PHILADELPHIA, PA 19140 | JEANS HOSPITAL<br>ATTN: EXEC DIR/CEO<br>7600 CENTRAL AVE<br>PHILADELPHIA, PA 19111 |
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | JILLIAN SCHAFFER<br>1247 E COLUMBIA AVE, APT 15<br>PHILADELPHIA, PA 19125 | JILLIAN SCHAFFER<br>ADDRESS REDACTED |
| KEYSTONE ACADEMY CHARTER SCHOOL<br>ATTN: CEO<br>4521 LONGSHORE AVE<br>PHILADELPHIA, PA 19135 | KEYSTONE HEALTH PLAN EAST<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1480 | KEYSTONE HEALTH PLAN EAST<br>CLAIMS OVERPAYMENT<br>P.O. BOX 18683<br>NEWARK, NJ 07191-8683 |
| KEYSTONE HEALTH PLAN EAST<br>P.O. BOX 7616<br>PHILADELPHIA, PA 19101-7616 | KEYSTONE HEALTH PLAN EAST<br>SYNERTECH COB OPL DEPT<br>P.O. BOX 69300<br>HARRISBURG, PA 17016-9300 | KEYSTONE QUALITY TRANSPORT COMPANY<br>1260 E WOODLAND AVE<br>SPRINGFIELD, PA 19064 |
| KEYSTONE QUALITY TRANSPORT COMPANY DBA EMS<br>1260 E WOODLAND AVE, STE 220<br>SPRINGFIELD, PA 19064 | LANKENAU HOSPITAL<br>SCHOOL OF NURSE ANESTHESIA<br>ATTN: PROGRAM DIR<br>100 E LANCASTER AVE<br>WYNNEWOOD, PA 19096 | LEHIGH VALLEY HEALTH NETWORK (FORMERLY P(<br>206 E BROWN ST<br>EAST STROUDSBURG, PA 18301 |
| LEHIGH VALLEY HEALTH NETWORK, INC.<br>ATTN: THOMAS MARCHOZZI<br>2100 MACK BLVD<br>ALLENTOWN, PA 18103 | LEHIGH VALLEY HOSP & HEALTH NETWORK<br>ATTN: COO<br>CEDAR CREST &I-78<br>ALLENTOWN, PA 18105-1556 | LEHIGH VALLEY HOSPITAL<br>CENTER FOR EDUCATION<br>P.O. BOX 7017<br>ALLENTOWN, PA 18105-7017 |
| MAIN LINE HEALTH SYSTEM<br>130 S BRYN MAWR AVE, 1ST FL GERHARD<br>BRYN MAWR, PA 19010 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 |
| MEDICAID<br>150 S INDEPENDENCE MALL W<br>PHILADELPHIA, PA 19106 | MEDICAID<br>7500 SECURITY BLVD<br>BALTIMORE, MD 21244-1850 | MEDICAID<br>P.O. BOX 909<br>NEW CASLTE, DE 19720-0909 |
| MEDICAID OF PA<br>P.O. BOX 8194<br>HARRISBURG, PA 17105 | MEDICAID OF PENNSYLVANIA<br>P.O. BOX 8150<br>HARISBURG, PA 17120 | MEDICARE<br>P.O. BOX 1602<br>OMAHA, NE 88101 |
| MEDICARE<br>P.O. BOX 247006<br>OMAHA, NE 68124-7706 | MIAN A AHMAD<br>ADDRESS REDACTED | MIAN AHMAD<br>ADDRESS REDACTED |
| MIAN AHMAD<br>ADDRESS REDACTED | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |

| | | |
|---|---|---|
| NAZARETH HOSPITAL<br>C/O MERCY HEALTH SYSTEM<br>ATTN: ROBERT BROWN<br>ONE W ELM ST, STE 100<br>CONSHOHOCKEN, PA 19428 | NAZARETH HOSPITAL<br>SCHOOL OF NURSE ANESTHESIOLOGY<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 | NAZARETH HOSPITAL, SCHOOL OF NURSING<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 |
| NEW JERSEY MEDICAID<br>C/O UNISYS CORPS<br>3705 QUAKERBRIDGE RD, STE 101<br>TRENTON, NJ 08619 | NJ MEDICAID<br>MOLINA MEDICAID SOLUTIONS<br>P.O. BOX 4802<br>TRENTON, NJ 08650 | NORTHEASTERN HOSPITAL<br>ATTN: CEO<br>2301 E ALLEGHENY AVE<br>PHILADELPHIA, PA 19134 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | PA HEALTH CARE COST CONTAINMENT<br>COUNCIL<br>225 MARKET ST, STE 400<br>HARRISBURG, PA 17101 |
| PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | PENNSYLVANIA DEPT OF HEALTH<br>P.O. BOX 90<br>HARRISBURG, PA 17108 |
| PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE<br>4170 CITY AVE, DEANS STE<br>PHILADELPHIA, PA 19131 | PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE<br>4190 CITY LINE AVE<br>PHILADELPHIA, PA 19131 | PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDIC<br>ATTN: JAY FELDSTEIN<br>4180 CITY AVE<br>PHILADELPHIA, PA 19131 |
| PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE<br>P.O. BOX 824101<br>PHILADELPHIA, PA 19182-4101 | PRIME HEALTHCARE SERVICES<br>DBA LOWER BUCKS HOSPITAL<br>2100 W GIRARD AVE<br>PHILADELPHIA, PA 19130 | PRIME HEALTHCARE SERVICES<br>DBA LOWER BUCKS HOSPITAL<br>2100 W GIRARD AVE<br>PHILADELPHIA, PA 19130 |
| PRIME HEALTHCARE SERVICES - ROXBOROUGH, LLC<br>5800 RIDGE AVE<br>PHILADELPHIA, PA 19128 | PRIME HEALTHCARE SERVICES ROXBOROUGH, LLC<br>DBA ROXBOROUGH MEMORIAL HOSPITAL<br>5800 RIDGE AVE<br>PHILADELPHIA, PA 19128 | PRIME HEALTHCARE SERVICES, INC.<br>ATTN: PREM REDDY<br>3300 EAST GUASTI RD<br>ONTARIO, CA 91761 |
| PROSPECT CCMC<br>DBA CROZER CHESTER MEDICAL CENTRE<br>ON BEHALF OF ITS SCHOOL OF CLINICAL NEUROPHYS<br>1 MEDICAL BLVD<br>UPLAND, PA 19103 | READING HOSPITAL<br>420 S 5TH AVE<br>WEST READING, PA 19611 | READING HOSPITAL AND MEDICAL CENTER<br>SIXTH AVE AND SPRUCE ST<br>READING, PA 19611 |
| SAMUEL CROSS-KNORR<br>806 S 5TH ST, APT 3<br>PHILADELPHIA, PA 19147 | SAMUEL CROSS-KNORR<br>ADDRESS REDACTED | SHRINERS HOSPITAL FOR CHILDREN<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: ADMINISTRATOR<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 | SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: ADMINISTRATOR<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 | SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: LEGAL DEPT<br>P.O. BOX 31356<br>TAMPA, FL 33631-3356 |
| SHRINERS HOSPITAL FOR CHILDREN<br>P.O. BOX 26717<br>GREENSBORO, NC 27417 | SHRINERS HOSPITALS FOR CHILDREN<br>PHILADELPHIA HOSPITAL<br>ATTN: ADMINISTRATOR<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 | SOUTH JERSEY HEALTHCARE REGIONAL MED CTR<br>1505 WEST SHERMAN AVE<br>VINELAND, NJ 08360 |

| | | |
|---|---|---|
| ST LUKES HEALTH NETWORK, INC<br>801 OSTRUM ST<br>BETHLEHEM, PA 18015 | ST LUKES HEALTH NETWORK, INC<br>DBA ST LUKES UNIVERSITY HEALTH NETWORK<br>801 OSTRUM ST<br>BETHLEHEM, PA 19130 | ST LUKES HOSPITAL<br>P.O. BOX 5329<br>BETHLEHAM, PA 18015 |
| ST PETER'S UNIVERSITY HOSPITAL<br>254 EASTON AVE<br>NEW BRUNSWICK, NJ 08901 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | TEMPLE UNIVERSITY<br>1803 NORTH BROAD ST<br>615 CARNELL HALL, 040-08<br>PHILADELPHIA, PA 19122-6104 |
| TEMPLE UNIVERSITY<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY<br>ATTN: EXEC DIR/CEO<br>3401 NORTH BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY<br>C/O MARIA L MORSI/DEPT NURSING<br>3307 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY HOSPITAL<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ACTING EXEC DIR & CEO<br>ATTN: HOSPITAL ADMIN<br>3401 N BROAD ST, STE B<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ROBIN DE SHIELDS<br>3333 N BROAD ST, RM 120 GSB<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>CASHIER OFFICE<br>3401 N BROAD ST, RM A 131<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>OFFICE OF STUDENT AFFAIRS<br>3420 N BROAD ST<br>PHILADELPHIA, PA 19140-0001 |
| TEMPLE UNIVERSITY HOSPITAL, INC.<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL, INC.<br>DBA NORTHEASTERN HOSPITAL<br>COLLEGE HEALTH PROFESSIONS<br>3307 N BROAD ST, (602-00)<br>PHILADELPHIA, PA 19140 | TERRY ADIRIM MD<br>ADDRESS REDACTED |
| TERRY ADIRIM MD<br>ADDRESS REDACTED | THE UNIVERSITY OF VERMONT HEALTH NETWORK<br>ATTN: RICK VINCENT<br>111 COLCHESTER AVE<br>BURLINGTON, VT 05401 | UNITED HEALTH LIFE INSURANCE<br>9900 BREN RD E<br>MINNEAPOLIS, MN 55440 |
| UNITED HEALTHCARE INS<br>P.O. BOX 30304<br>SALT LAKE CITY, UT 84130 | UNITED HEALTHCARE INS CO<br>P.O. BOX 740800<br>ATLANTA, GA 30374 | UNITED HEALTHCARE INSURANCE<br>OF NEW YORK<br>THE EMPIRE PLAN<br>P.O. BOX 1600<br>KINGSTON, NY 12402-1600 |
| UNITED HEALTHCARE INSURANCE<br>P.O. BOX 31350<br>SALT LAKE CITY, UT 84131 | UNITED HEALTHCARE INSURANCE CO<br>EMPLOYEE BENEFITS<br>P.O. BOX 30015<br>TAMPA, FL 33630 | UNITED HEALTHCARE INSURANCE CO<br>P.O. BOX 740800<br>ATLANTA, GA 30374 |
| UNITED HEALTHCARE INSURANCE CO<br>P.O. BOX 740801<br>ATLANTA, GA 30374-0801 | UNITED HEALTHCARE INSURANCE CO<br>P.O. BOX 740802<br>ATLANTA, GA 30374-0802 | UNITED HEALTHCARE INSURANCE COMPA<br>P.O. BOX 809025<br>DALLAS, TX 75380 |
| UNITED HEALTHCARE INSURANCE COMPA<br>THE MAILHANDLERS BENEFIT PLAN<br>P.O. BOX 8570<br>EMERYVILLE, CA 94662 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |

| | | |
|---|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM/BANKRUPTCY<br>185 ASYLUM ST, 03B<br>HARTFORD, CT 06103 | UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM/BANKRUPTCY / PRIYA MUTHU<br>185 ASYLUM ST, 03B<br>HARTFORD, CT 06103 | UNITEDHEALTHCARE INSURANCE COMPANY<br>C/O CDM/BANKRUPTCY<br>ATTN: JAY A RONNING<br>185 ASYLUM ST - 03B<br>HARTFORD, CT 06103 |
| UPMC BENEFIT MANAGEMENT SERVICES, INC.<br>DBA WORKPARTNERS<br>ATTN: LINDA CROUSHORE<br>600 GRANT ST, 8TH FL<br>PITTSBURGH, PA 15219 | UPMC HEALTH PLAN<br>600 GRANT ST 12TH FL USC TOWERS<br>PITTSBURGH, PA 15219 | UPMC HEALTH PLAN<br>ONE CHATMAN CENTER, STE 600<br>112 WASHINGTON PL<br>PITTSBURG, PA 15219 |
| VOYCE, INC.<br>12555 ORANGE DR, STE 100A<br>DAVIE, FL 33330 | | |

Parties Served: 271