**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 205, 301 and 753** |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER UNDER 11 U.S.C. § 105, 363, 365, 503 AND 507 (A) APPROVING ASSET PURCHASE AGREEMENT WITH STC OPCO, LLC (B) AUTHORIZING SALE OF CERTAIN OF DEBTORS' ASSETS FREE AND CLEAR OF INTERESTS, (C) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' EXECUTORY CONTRACTS, AND (D) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On July 16, 2019, the Debtors filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

*Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 205] (the "**Sale and Bidding Procedures Motion**").

2. On July 26, 2019, the Bankruptcy Court entered an order [D.I. 301] (the "**Bidding Procedures Order**")[2] granting certain of the relief sought in the Sale and Bidding Procedures Motion, including, among other things, (a) the Bidding Procedures and (b) the Assumption and Assignment Procedures.

3. On September 20, 2019, the Debtors filed a *Notice of Cancellation of Auction and Designation of STC Opco, LLC as the Proposed Purchaser in Connection with the Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors* [D.I. 753] (the "**Notice of Proposed Purchaser**"), in which the Debtors identified STC Opco, LLC as the proposed purchaser of the Assets (the "**Purchaser**"). The Debtors further attached to the Notice of Proposed Purchaser as Exhibit "A" a copy of the asset purchase agreement with respect to the proposed Sale (the "**Original APA**") and the proposed form of sale order (the "**Original Proposed Order**").

4. The Sale Hearing was held on September 23, 2019, at which time the Court ruled that it would approve the sale to the Purchaser subject to certain revisions discussed on the record at the hearing.

5. Attached hereto as **Exhibit "A"** is a revised proposed order approving the Sale to the Purchaser (the "**Revised Proposed Order**"), and attached to the Revised Proposed Order as Exhibit A is a revised proposed asset purchase agreement (the "**Revised APA**"). Both the

---

[2] Capitalized terms used but not defined herein have the meaning stated in the Bidding Procedures Order.

-2-

-3-

Revised Proposed Order and Revised APA reflect changes discussed at the Sale Hearing and certain other agreed changes.

6. Attached hereto as **Exhibit "B"** is a redline of the Revised Proposed Order and Revised APA, which reflects the changes made to the Original Proposed Order and the Original APA.

7. The Revised Proposed Order and Revised APA were circulated to the Office of the United States Trustee and counsel to the Purchaser, MidCap IV Funding Trust, the Official Committee of Unsecured Creditors, the United States of America on behalf of the Department of Health and Human Services, acting through its designated component, the Centers for Medicare and Medicaid Services, the Pennsylvania Department of Health, Temple University, PASNAP, and Herman Goldner Co., Inc. The Debtors are not aware of any objections to the Revised Proposed Order or the Revised APA.

8. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

[remainder of page intentionally left blank]

-4-

Dated: September 26, 2019          **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE  19899
    Telephone: (302) 421-6800
    Fax: (302) 421-5873
    mark.minuti@saul.com
    monique.disabatino@saul.com

    -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Aaron S. Applebaum (DE Bar No. 5587)
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Fax: (215) 972-7725
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    aaron.applebaum@saul.com

    *Counsel for Debtors and Debtors in Possession*