**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1] | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### APPELLANT'S STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL

Appellant, the United States of America (the "United States"), on behalf of the

Department of Health and Human Services ("HHS"), acting through its designated component,

the Centers for Medicare & Medicaid Services ("CMS"), pursuant to Rule 8009(a) of the Federal

Rules of Bankruptcy Procedure, hereby states the issues to be presented on appeal from the

*Order under 11 U.S.C. § 105, 106, 363, 365, 503, 507, and 525 (A) Approving Asset Purchase*

*Agreement with Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale of Certain of*

*Debtor's Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of*

*Certain of the Debtor's Executory Contracts, and (D) Granting Related Relief*, Dkt. 681, and

designates the following items to be included in the record on appeal.  Pursuant to Local Rule

---

[1] The Debtors in these jointly administered cases, along with the last four digits of each Debtor's federal tax identification number, are:  Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

8009-1 of the Federal Rules of Bankruptcy Procedure, the United States attaches, as Exhibit 1, an index identifying by docket number of the documents identified in the designation.[2]

## Statement of Issues Presented on Appeal

1.      May Hahnemann University Hospital ("Hahnemann") sell its Medicare provider agreement and associated federal funding of graduate medical education residency positions, which are not property of Hahnemann's estate, where federal statutes and regulations give the Secretary of HHS the exclusive right and authority to allocate and distribute the positions?

2.      May Hahnemann sell its Medicare provider agreement and associated federal funding for graduate medical education residency positions free and clear of CMS's interests under section 363 of the Bankruptcy Code when controlling Third Circuit precedent requires Medicare provider agreements to be assumed and assigned with full successor liability under section 365 of the Bankruptcy Code?

3.      Did the bankruptcy court have jurisdiction to consider and make rulings on issues arising under the Medicare laws and regulations despite the Social Security Act's jurisdictional bar?

4.      Did the bankruptcy court err in determining that Hahnemann's Medicare provider agreement had not terminated pursuant to Medicare regulation, despite the fact that Hahnemann employed no doctors, all of the former Hahnemann residents had left for new hospitals, and Hahnemann had no patients?

5.      Where no adversary proceeding against the Secretary was filed, and Hahnemann's entitlement to injunctive relief was never litigated, did the bankruptcy court have jurisdiction to

---

[2] The Unites States believes that all transcripts identified in the designation, and in the attached index, have been ordered.

enjoin CMS from regulating while mandating that CMS take certain regulatory actions in order

to effectuate the sale of Hahnemann's Medicare provider agreement and associated federal

funding of graduate medical education residency positions?

### Designation of Items for Record on Appeal

The United States designates the following items to be included in the record on appeal,

which includes all exhibits and addenda attached thereto and all documents incorporated by

reference therein:

| Bankr. Case No. 19-11466, Docket No. | Date | Description |
|---|---|---|
| 1 | 06/30/2019 | Chapter 11 Voluntary Petition . Fee Amount $1717. Filed by Center City Healthcare, LLC. Appointment of health care ombudsman due by 07/30/2019 |
| 2 | 07/01/2019 | Affidavit/Declaration in Support of First Day Motion Filed By Center City Healthcare, LLC (Attachments: # 1 Exhibit A) |
| 15 | 07/01/2019 | Motion to Authorize Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Interim Order # 2 Exhibit B - Proposed Final Order) |
| 49 | 07/01/2019 | Response to Motion for Approval of Plan of Closure (related document(s)15 ) Filed by City of Philadelphia (Attachments: # 1 Certificate of Service # 2 Exhibit A- City Regulation # 3 Exhibit B-Affidavit of Dr. Farley) |
| 51 | 07/01/2019 | Response The Commonwealth of Pennsylvania Department of Health"s Objection to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Commonwealth of Pennsylvania Department of Health (Attachments: # 1 Exhibit A -- Cease and Desist Order) |
| 66 | 07/02/2019 | Limited Objection of Drexel University to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann |

| | | University Hospital and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Drexel University (Attachments: # 1 Exhibit A # 2 Certificate of Service) |
|---|---|---|
| 83 | 07/02/2019 | Order Directing The Appointment Of A Patient Care Ombudsman(related document(s)59 ) Order Signed on 7/2/2019. |
| 95 | 07/03/2019 | Appointment of Health Care Ombudsman, Suzanne Koenig Filed by U.S. Trustee. |
| 99 | 07/03/2019 | Transcript regarding Hearing Held 7/2/2019 RE: First Days. |
| 101 | 07/03/2019 | Order in Reference to the Proposed Closure of the Hospital. Order Signed on 7/3/2019. |
| 102 | 07/05/2019 | Objection to Debtors" Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Commonwealth of Pennsylvania, Office of Attorney General. |
| 105 | 07/05/2019 | Objection to Debtors" Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Pennsylvania Association of Staff Nurses and Allied Professionals. |
| 122 | 07/08/2019 | Response to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Accreditation Council for Graduate Medical Education |
| 142 | 07/09/2019 | Motion For Sale of Property Free and Clear of Liens under Section 363(f)(FEE) / Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief Fee Amount $181 Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Bidding Procedures Order # 2 Exhibit B - Bidding Procedures # 3 Exhibit C - Stalking Horse LOI # 4 Exhibit D - Auction and Sale Notice # 5 Exhibit E - Assumption and Assignment Notice) |

| 161 | 07/12/2019 | Transcript regarding Hearing Held 7/11/2019 RE: Omnibus. |
|-----|-----------|----------------------------------------------------------|
| 174 | 07/15/2019 | Transcript regarding Hearing Held 7/12/2019 RE: Omnibus. |
| 185 | 07/15/2019 | Limited Objection of the Commonwealth of Pennsylvania Department of Health to the Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief (related document(s)142) |
| 186 | 07/15/2019 | Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (related document(s)142 ) Filed by Association of American Medical Colleges, Educational Commission for Foreign Medical Graduates (Attachments: # 1 Certificate of Service) |
| 188 | 07/15/2019 | Limited Objection to the Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief (related document(s)142) |
| 191 | 07/15/2019 | Reply Response and Reservaton of Rights of the Accreditation Council for Graduate Medical Education to Debtors" Bidding Procedures Motion (related document(s)142 ) Filed by Accreditation Council for Graduate Medical Education |
| 205 | 07/16/2019 | Motion For Sale of Property Free and Clear of Liens under Section 363(f)(FEE) Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher"s Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the |

| | | |
|---|---|---|
| | | Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief (the Bid Procedures Order); and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief Fee Amount $181 Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Order) |
| 249 | 07/19/2019 | Order (I) (A) Establishing Bidding Procedures Relating to the Sale of the Debtors" Resident Program Assets, Including Approving a Break-up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale (related document(s)142 ) Order Signed on 7/19/2019. (Attachments: # 1 Schedule 1 - Bidding Procedures # 2 Schedule 2 - Resident's Notice # 3 Schedule 3 - Publication Notice # 4 Schedule 4 - Initial Notice of Assumption and Assignment # 5 Schedule 5 - Auction and Sale Notice) |
| 251 | 07/22/2019 | Transcript regarding Hearing Held 07/22/19 RE: Bidding Procedures. |
| 252 | 07/22/2019 | Transcript regarding Hearing Held 7/19/2019 RE: Omnibus. |
| 280 | 07/24/2019 | Limited Response of the Commonwealth of Pennsylvania Department of Health to the Debtors Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christophers Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief Filed by Commonwealth of Pennsylvania Department of Health (related document(s)205 ). |
| 281 | 07/25/2019 | Limited Objection to Debtors Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher"s Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of |

| | | |
|---|---|---|
| | | Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief (related document(s)205 ) Filed by City of Philadelphia (Attachments: # 1 Service List) |
| 288 | 07/26/2019 | Exhibit(s) Notice of Filing of Revised Proposed Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher"s Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief (related document(s)205 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Revised Bid Procedures Order # 2 Exhibit B - Blackline Order) |
| 312 | 07/30/2019 | Transcript regarding Hearing Held 7/26/2019 RE: Omnibus. |
| 360 | 08/05/2019 | Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (related document(s)142 ) Filed by Association of American Medical Colleges (Attachments: # 1 Certificate of Service) |
| 361 | 08/05/2019 | WITHDRAWN SEE DOCKET NUMBER 692 . Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (related document(s)142 , 249 , 360 ) Filed by Accreditation Council for Graduate Medical Education. (Attachments: # 1 Certificate of Service) |
| 363 | 08/05/2019 | Objection to Debtors Motion for Entry of Order Approving the Sale of the Debtors Resident Program Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the Terms of the Stalking Horse Bid as Set Forth in the Stalking Horse Sale Agreement (related document(s)142 , 246 , 249 ) Filed by UNITED STATES OF AMERICA |

| | | |
|---|---|---|
| 364 | 08/06/2019 | Limited Objection The Commonwealth of Pennsylvania Department of Health"s Continuing Limited Objection to the Sale of the Resident Program Assets (related document(s)142 ) Filed by Commonwealth of Pennsylvania Department of Health (Attachments: # 1 Exhibit A) |
| 397 | 08/08/2019 | (ENTERED IN ERROR) WRONG DATE) Transcript regarding Hearing Held 7/2/2019 RE: Omnibus. |
| 399 | 08/08/2019 | Transcript regarding Hearing Held 08/7/2019 RE: Telephonic. |
| 410 | 08/08/2019 | Objection of SBJ Group Inc. to the Proposed Sale of Residents Program Assets and the Conduct of the Auction and Adoption of Other Objections Filed by SBJ Group Inc. (Attachments: # 1 Certificate of Service) |
| 416 | 08/09/2019 | Limited Objection of SBJ Group Inc. to (I) First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases; (II) Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases; and (III) Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Employment Agreements in Connection with the Closure of Hahnemann University Hospital (related document(s)349 , 350 , 351 ) Filed by SBJ Group Inc. (Attachments: # 1 Certificate of Service) |
| 453 | 08/14/2019 | Motion to Join in the objection of the United States to debtor"s motion for entry of order approving sale of the debtor"s resident program to stalking horse bidder Filed by Pennsylvania Association of Staff Nurses and Allied Professionals. |
| 529 | 08/20/2019 | Transcript regarding Hearing Held 8/19/2019 RE: Omnibus. |
| 539 | 08/21/2019 | Transcript regarding Hearing Held 8/20/2019 RE: Omnibus. |
| 543 | 08/21/2019 | Transcript regarding Hearing Held 8/21/2019 RE: DIP Financing. |
| 590 | 08/29/2019 | Certification of Counsel Regarding Auction Relating to the Sale of the Debtors" Residents Program Assets (related document(s)142 , 249 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - APA - Successful Bid # 2 Exhibit B - Redline APA - Successful Bid # 3 Exhibit C - Second Supplemental Notice) |
| 591 | 08/29/2019 | Reply to Objection of the United States to Proposed Sale of Residency Program Assets (related document(s)142 , 246 , 249 , 363 ) Filed by Center City Healthcare, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) |
| 601 | 08/29/2019 | Response // Statement of Official Committee of Unsecured Creditors in Support of Proposed Sale of Debtors" Residents Program Assets (related document(s)142 , 246 , 249 , 363 , 591 ) Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) |

| 603 | 08/29/2019 | Notice of Intent Notice of Intention to Participate in Alternative Sale Process Including the Acquisition and Reopening of Hahnemann Hospital and the Acquisition of Saint Christopher"s Hospital for Children (related document(s)142 , 246 , 249 ) Filed by Strategic Global Management, Inc., KPC Global. |
| --- | --- | --- |
| 605 | 08/30/2019 | Limited Objection and Reservation of Rights (related document(s)510 ) Filed by Albert Einstein Healthcare Network |
| 630 | 09/03/2019 | Reply Joinder of Thomas Jefferson University Hospitals, Inc. to Debtors" Reply to Objection of the United States to Proposed Sale of Residency Program Assets (related document(s)142 , 363 , 591 ) Filed by Thomas Jefferson University, Thomas Jefferson University Hospitals, Inc. |
| 632 | 09/03/2019 | Ombudsman Report for the period of 07/03/19 through 09/03/19 Filed by Suzanne Koenig, as Patient Care Ombudsman. |
| 633 | 09/04/2019 | Objection TO DEBTORS MOTION FOR ENTRY OF ORDER APPROVING THE SALE OF THE DEBTORS RESIDENT PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS TO JEFFERSON AS SET FORTH IN THE ASSET PURCHASE AGREEMENT (related documents 142 , 249 , 590 , 591 , 631 ) Filed by UNITED STATES OF AMERICA |
| 667 | 09/04/2019 | Letter To Court Regarding Potential Impact The Closure Of Hahnemann Hospital Filed by Kevin B. Mahoney University of Pennsylvania Health System . |
| 651 | 09/05/2019 | Transcript regarding Hearing Held 09/04/2019 RE: Omnibus. |
| 653 | 09/05/2019 | Certification of Counsel Regarding Auction Relating to the Sale of the Debtors" Residents Program Assets (related document(s)142 , 249 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Sale Order - Successful Bid # 2 Exhibit B - Redline Sale Order - Successful Bid) |
| 654 | 09/05/2019 | Objection And Non-Consent Of The United States To Final Order Approving Sale Of Alleged Hahnemann University Hospital Residency Program Assets To Jefferson To The Extent The Court Exceeds Its Constitutional Authority And Jurisdiction By Enjoining Or Otherwise Constraining The Rights Of The United States Against Non-Debtor Parties (related document(s)142 , 631 ) Filed by UNITED STATES OF AMERICA |
| 664 | 09/06/2019 | Transcript regarding Hearing Held 09/5/2019 RE: Omnibus. |
| 669 | 09/06/2019 | Certification of Counsel Regarding Proposed Sale Order Relating to the Sale of the Debtors" Residents Program Assets (related document(s)142 , 249 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Sale Order - Successful Bid # 2 Exhibit B - Redline Sale Order - Successful Bid) |
| 671 | 09/06/2019 | Limited Objection to Proposed Sale Order (related document(s)669 ) Filed by UNITED STATES OF AMERICA |

| 675 | 09/06/2019 | Response The Commonwealth of Pennsylvania Department of Health"s Limited Objection to Proposed Sale Order Filed by Commonwealth of Pennsylvania Department of Health (related document(s)669 ). |
|---|---|---|
| 681 | 09/10/2019 | Order (A) Approving Asset Purchase Agreement With Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale Of Certain Of Debtor"s Assets Free And Clear Of Interests, (C) Authorizing Assumption And Assignment Of Certain Of The Debtor"s Executory Contracts, And (D) Granting Related Relief. (related document(s)142 , 246 , 249 , 590 , 680 ) Order Signed on 9/10/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) |
| 682 | 09/10/2019 | Transcript regarding Hearing Held 09/09/2019 RE: Telephonic. |
| 690 | 09/12/2019 | Notice of Appeal (BAP 19-51)of the United States w/ Certificate of Service. Fee Amount $298. (related document(s)681 ) Appellants listed as: United States of America. Appellees listed as: Center City Healthcare, LLC, d/b/a Hahnemann University Hospital (Debtor); Thomas Jefferson University Hospitals, Inc. (Purchaser). Filed by UNITED STATES OF AMERICA. |
| 693 | 09/12/2019 | Transmittal of Record on Appeal to District Court. BAP 19-51 (Attachments: # 1 Notice of Appeal # 2 Order on Appeal) (related document(s)690 ) |
| 694 | 09/12/2019 | Clerk"s Notice Regarding Filing of Appeal (related document(s)690 , 693 ) |
| 696 | 09/12/2019 | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 19-1711 ; BAP Number: 19-51 (related document(s)690 ) |
| 715 | 09/13/2019 | Limited Objection of The United States to the Sale of the Assets of St. Christophers Healthcare w/Certificate of Service(related document(s)205 , 301 ) Filed by UNITED STATES OF AMERICA |
| 753 | 09/20/2019 | Notice of Intent / Notice of Cancellation of Auction and Designation of STC Opco, LLC as the Proposed Purchaser in Connection with the Sale of Substantially All Assets of St. Christopher"s Healthcare, LLC and Certain Related Debtors (related document(s)205 , 301 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Asset Purchase Agreement) |
| 761 | 09/23/2019 | Status Report REGARDING STAY PENDING APPEAL OF HAHNEMANN SALE ORDER ENTERED BY DISTRICT COURT Filed by UNITED STATES OF AMERICA. |
| 777 | 09/24/2019 | Transcript regarding Hearing Held 9/23/2019 RE: Omnibus. |
| 789 | 09/26/2019 | Certification of Counsel Regarding Revised Proposed Order Under 11 U.S.C. §§ 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC Opco, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the |

| | | Debtors Executory Contracts, and (D) Granting Related Relief (related document(s)[205], [301], [753]) Filed by Center City Healthcare, LLC. (Attachments: # (1) Exhibit A - Revised Sale Order # (2) Exhibit B - Redline Sale Order) |
|---|---|---|

Dated:  September 26, 2019                    Respectfully submitted,


                                             JOSEPH H. HUNT
                                             Assistant Attorney General

                                             DAVID C. WEISS
                                             United States Attorney

                                             ELLEN SLIGHTS
                                             Assistant United States Attorney

                                             /s/ Marc S Sacks
                                             RUTH A. HARVEY
                                             MARGARET M. NEWELL
                                             MARC S. SACKS

                                             Department of Justice
                                             Commercial Litigation Branch,
                                             Civil Division
                                             P.O. Box 875, Ben Franklin Station
                                             Washington, DC 20044-0875
                                             Tel. (202) 307-1104
                                             Fax (202) 514-9163
                                             marcus.s.sacks@usdoj.gov

                                             ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2019, I caused a true and correct copy of the foregoing filing to be served via electronic mail upon all parties receiving electronic notice under the Court's CM/ECF system.


s/ Marc S Sacks
MARC S. SACKS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*, | Case No. 19-11466 (KG) |
| | (Jointly Administered) |
| Debtors. | |

# Exhibit 1

**INDEX FOR THE UNITED STATES' DESIGNATION OF RECORD ON APPEAL**

| Index No. | Bankr. Case No. 19-11466, Docket No. | Description |
|---|---|---|
| 1 | 1 | Chapter 11 Voluntary Petition . Fee Amount $1717. Filed by Center City Healthcare, LLC. Appointment of health care ombudsman due by 07/30/2019 |
| 2 | 2 | Affidavit/Declaration in Support of First Day Motion Filed By Center City Healthcare, LLC (Attachments: # 1 Exhibit A) |
| 3 | 15 | Motion to Authorize Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Interim Order # 2 Exhibit B - Proposed Final Order) |
| 4 | 49 | Response to Motion for Approval of Plan of Closure (related document(s)15 ) Filed by City of Philadelphia (Attachments: # 1 Certificate of Service # 2 Exhibit A- City Regulation # 3 Exhibit B- Affidavit of Dr. Farley) |
| 5 | 51 | Response The Commonwealth of Pennsylvania Department of Health"s Objection to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Commonwealth of Pennsylvania Department of Health (Attachments: # 1 Exhibit A -- Cease and Desist Order) |
| 6 | 66 | Limited Objection of Drexel University to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Drexel University (Attachments: # 1 Exhibit A # 2 Certificate of Service) |
| 7 | 83 | Order Directing The Appointment Of A Patient Care Ombudsman(related document(s)59 ) Order Signed on 7/2/2019. |
| 8 | 95 | Appointment of Health Care Ombudsman, Suzanne Koenig Filed by U.S. Trustee. |
| 9 | 99 | Transcript regarding Hearing Held 7/2/2019 RE: First Days. |
| 10 | 101 | Order in Reference to the Proposed Closure of the Hospital. Order Signed on 7/3/2019. |

| 11 | 102 | Objection to Debtors" Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Commonwealth of Pennsylvania, Office of Attorney General. |
| 12 | 105 | Objection to Debtors" Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Pennsylvania Association of Staff Nurses and Allied Professionals. |
| 13 | 122 | Response to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a), 363, and 1108 of the Bankruptcy Code (A) Authorizing the Debtors to Implement a Plan of Closure for Hahnemann University Hospital; and (B) Scheduling a Final Hearing (related document(s)15 ) Filed by Accreditation Council for Graduate Medical Education |
| 14 | 142 | Motion For Sale of Property Free and Clear of Liens under Section 363(f)(FEE) / Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief Fee Amount $181 Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Bidding Procedures Order # 2 Exhibit B - Bidding Procedures # 3 Exhibit C - Stalking Horse LOI # 4 Exhibit D - Auction and Sale Notice # 5 Exhibit E - Assumption and Assignment Notice) |
| 15 | 161 | Transcript regarding Hearing Held 7/11/2019 RE: Omnibus. |
| 16 | 174 | Transcript regarding Hearing Held 7/12/2019 RE: Omnibus. |
| 17 | 185 | Limited Objection of the Commonwealth of Pennsylvania Department of Health to the Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and |

| | | |
|---|---|---|
| | | (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief (related document(s)142) |
| **18** | 186 | Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (related document(s)142 ) Filed by Association of American Medical Colleges, Educational Commission for Foreign Medical Graduates (Attachments: # 1 Certificate of Service) |
| **19** | 188 | Limited Objection to the Debtors Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief (related document(s)142) |
| **20** | 191 | Reply Response and Reservaton of Rights of the Accreditation Council for Graduate Medical Education to Debtors'' Bidding Procedures Motion (related document(s)142 ) Filed by Accreditation Council for Graduate Medical Education |
| **21** | 205 | Motion For Sale of Property Free and Clear of Liens under Section 363(f)(FEE) Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher''s Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief (the Bid Procedures Order); and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief Fee Amount $181 Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Order) |
| **22** | 249 | Order (I) (A) Establishing Bidding Procedures Relating to the Sale of the Debtors'' Resident Program Assets, Including Approving a Break-up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the |

| | | Proposed Sale (related document(s)142 ) Order Signed on 7/19/2019. (Attachments: # 1 Schedule 1 - Bidding Procedures # 2 Schedule 2 - Resident's Notice # 3 Schedule 3 - Publication Notice # 4 Schedule 4 - Initial Notice of Assumption and Assignment # 5 Schedule 5 - Auction and Sale Notice) |
|---|---|---|
| 23 | 251 | Transcript regarding Hearing Held 07/22/19 RE: Bidding Procedures. |
| 24 | 252 | Transcript regarding Hearing Held 7/19/2019 RE: Omnibus. |
| 25 | 280 | Limited Response of the Commonwealth of Pennsylvania Department of Health to the Debtors Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christophers Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief Filed by Commonwealth of Pennsylvania Department of Health (related document(s)205 ). |
| 26 | 281 | Limited Objection to Debtors Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher"s Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief (related document(s)205 ) Filed by City of Philadelphia (Attachments: # 1 Service List) |
| 27 | 288 | Exhibit(s) Notice of Filing of Revised Proposed Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher"s Healthcare, LLC and Certain Related Affiliates and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any |

|    |     | |
|----|-----|---|
|    |     | Stalking Horse Purchasers, and (IV) Granting Related Relief (related document(s)205 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Revised Bid Procedures Order # 2 Exhibit B - Blackline Order) |
| 28 | 312 | Transcript regarding Hearing Held 7/26/2019 RE: Omnibus. |
| 29 | 360 | Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (related document(s)142 ) Filed by Association of American Medical Colleges (Attachments: # 1 Certificate of Service) |
| 30 | 361 | WITHDRAWN SEE DOCKET NUMBER 692 . Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (related document(s)142 , 249 , 360 ) Filed by Accreditation Council for Graduate Medical Education. (Attachments: # 1 Certificate of Service) |
| 31 | 363 | Objection to Debtors Motion for Entry of Order Approving the Sale of the Debtors Resident Program Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests to the Stalking Horse Bidder on the Terms of the Stalking Horse Bid as Set Forth in the Stalking Horse Sale Agreement (related document(s)142 , 246 , 249 ) Filed by UNITED STATES OF AMERICA |
| 32 | 364 | Limited Objection The Commonwealth of Pennsylvania Department of Health"s Continuing Limited Objection to the Sale of the Resident Program Assets (related document(s)142 ) Filed by Commonwealth of Pennsylvania Department of Health (Attachments: # 1 Exhibit A) |
| 33 | 397 | (ENTERED IN ERROR) WRONG DATE) Transcript regarding Hearing Held 7/2/2019 RE: Omnibus. |
| 34 | 399 | Transcript regarding Hearing Held 08/7/2019 RE: Telephonic. |
| 35 | 410 | Objection of SBJ Group Inc. to the Proposed Sale of Residents Program Assets and the Conduct of the Auction and Adoption of Other Objections Filed by SBJ Group Inc. (Attachments: # 1 Certificate of Service) |
| 36 | 416 | Limited Objection of SBJ Group Inc. to (I) First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases; (II) Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases; and (III) Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Employment Agreements in Connection with the Closure of Hahnemann University Hospital (related document(s)349 , 350 , 351 ) Filed by SBJ Group Inc. (Attachments: # 1 Certificate of Service) |
| 37 | 453 | Motion to Join in the objection of the United States to debtor"s motion for entry of order approving sale of the debtor"s resident program to |

| | | stalking horse bidder Filed by Pennsylvania Association of Staff Nurses and Allied Professionals. |
|---|---|---|
| **38** | 529 | Transcript regarding Hearing Held 8/19/2019 RE: Omnibus. |
| **39** | 539 | Transcript regarding Hearing Held 8/20/2019 RE: Omnibus. |
| **40** | 543 | Transcript regarding Hearing Held 8/21/2019 RE: DIP Financing. |
| **41** | 590 | Certification of Counsel Regarding Auction Relating to the Sale of the Debtors" Residents Program Assets (related document(s)142 , 249 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - APA - Successful Bid # 2 Exhibit B - Redline APA - Successful Bid # 3 Exhibit C - Second Supplemental Notice) |
| **42** | 591 | Reply to Objection of the United States to Proposed Sale of Residency Program Assets (related document(s)142 , 246 , 249 , 363 ) Filed by Center City Healthcare, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) |
| **43** | 601 | Response // Statement of Official Committee of Unsecured Creditors in Support of Proposed Sale of Debtors" Residents Program Assets (related document(s)142 , 246 , 249 , 363 , 591 ) Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) |
| **44** | 603 | Notice of Intent Notice of Intention to Participate in Alternative Sale Process Including the Acquisition and Reopening of Hahnemann Hospital and the Acquisition of Saint Christopher"s Hospital for Children (related document(s)142 , 246 , 249 ) Filed by Strategic Global Management, Inc., KPC Global. |
| **45** | 605 | Limited Objection and Reservation of Rights (related document(s)510 ) Filed by Albert Einstein Healthcare Network |
| **46** | 630 | Reply Joinder of Thomas Jefferson University Hospitals, Inc. to Debtors" Reply to Objection of the United States to Proposed Sale of Residency Program Assets (related document(s)142 , 363 , 591 ) Filed by Thomas Jefferson University, Thomas Jefferson University Hospitals, Inc. |
| **47** | 632 | Ombudsman Report for the period of 07/03/19 through 09/03/19 Filed by Suzanne Koenig, as Patient Care Ombudsman. |
| **48** | 633 | Objection TO DEBTORS MOTION FOR ENTRY OF ORDER APPROVING THE SALE OF THE DEBTORS RESIDENT PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS TO JEFFERSON AS SET FORTH IN THE ASSET PURCHASE AGREEMENT (related documents 142 , 249 , 590 , 591 , 631 ) Filed by UNITED STATES OF AMERICA |
| **49** | 667 | Letter To Court Regarding Potential Impact The Closure Of Hahnemann Hospital Filed by Kevin B. Mahoney University of Pennsylvania Health System . |
| **50** | 651 | Transcript regarding Hearing Held 09/04/2019 RE: Omnibus. |
| **51** | 653 | Certification of Counsel Regarding Auction Relating to the Sale of the Debtors" Residents Program Assets (related document(s)142 , 249 ) |

| | | |
|---|---|---|
| | | Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Sale Order - Successful Bid # 2 Exhibit B - Redline Sale Order - Successful Bid) |
| 52 | 654 | Objection And Non-Consent Of The United States To Final Order Approving Sale Of Alleged Hahnemann University Hospital Residency Program Assets To Jefferson To The Extent The Court Exceeds Its Constitutional Authority And Jurisdiction By Enjoining Or Otherwise Constraining The Rights Of The United States Against Non-Debtor Parties (related document(s)142 , 631 ) Filed by UNITED STATES OF AMERICA |
| 53 | 664 | Transcript regarding Hearing Held 09/5/2019 RE: Omnibus. |
| 54 | 669 | Certification of Counsel Regarding Proposed Sale Order Relating to the Sale of the Debtors" Residents Program Assets (related document(s)142 , 249 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Sale Order - Successful Bid # 2 Exhibit B - Redline Sale Order - Successful Bid) |
| 55 | 671 | Limited Objection to Proposed Sale Order (related document(s)669 ) Filed by UNITED STATES OF AMERICA |
| 56 | 675 | Response The Commonwealth of Pennsylvania Department of Health"s Limited Objection to Proposed Sale Order Filed by Commonwealth of Pennsylvania Department of Health (related document(s)669 ). |
| 57 | 681 | Order (A) Approving Asset Purchase Agreement With Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale Of Certain Of Debtor"s Assets Free And Clear Of Interests, (C) Authorizing Assumption And Assignment Of Certain Of The Debtor"s Executory Contracts, And (D) Granting Related Relief. (related document(s)142 , 246 , 249 , 590 , 680 ) Order Signed on 9/10/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) |
| 58 | 682 | Transcript regarding Hearing Held 09/09/2019 RE: Telephonic. |
| 59 | 690 | Notice of Appeal (BAP 19-51)of the United States w/ Certificate of Service. Fee Amount $298. (related document(s)681 ) Appellants listed as: United States of America. Appellees listed as: Center City Healthcare, LLC, d/b/a Hahnemann University Hospital (Debtor); Thomas Jefferson University Hospitals, Inc. (Purchaser). Filed by UNITED STATES OF AMERICA. |
| 60 | 693 | Transmittal of Record on Appeal to District Court. BAP 19-51 (Attachments: # 1 Notice of Appeal # 2 Order on Appeal) (related document(s)690 ) |
| 61 | 694 | Clerk"s Notice Regarding Filing of Appeal (related document(s)690 , 693 ) |
| 62 | 696 | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 19-1711 ; BAP Number: 19-51 (related document(s)690 ) |
| 63 | 715 | Limited Objection of The United States to the Sale of the Assets of St. Christophers Healthcare w/Certificate of Service(related document(s)205 , 301 ) Filed by UNITED STATES OF AMERICA |

| 64 | 753 | Notice of Intent / Notice of Cancellation of Auction and Designation of STC Opco, LLC as the Proposed Purchaser in Connection with the Sale of Substantially All Assets of St. Christopher"s Healthcare, LLC and Certain Related Debtors (related document(s)205 , 301 ) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Asset Purchase Agreement) |
|----|-----|---|
| 65 | 761 | Status Report REGARDING STAY PENDING APPEAL OF HAHNEMANN SALE ORDER ENTERED BY DISTRICT COURT Filed by UNITED STATES OF AMERICA. |
| 66 | 777 | Transcript regarding Hearing Held 9/23/2019 RE: Omnibus. |
| 67 | 789 | Certification of Counsel Regarding Revised Proposed Order Under 11 U.S.C. Â§ 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC Opco, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors Executory Contracts, and (D) Granting Related Relief (related document(s)[205], [301], [753]) Filed by Center City Healthcare, LLC. (Attachments: # (1) Exhibit A - Revised Sale Order # (2) Exhibit B - Redline Sale Order) |