# EXHIBIT A

# GT GreenbergTraurig

Invoice No. :   5174237
File No.     :   102171.014000
Bill Date   :   September 26, 2019

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## <u>INVOICE</u>

Re:   Center City Healthcare, LLC d/b/a Hahnemann University Hospital

<u>Legal Services through August 31, 2019</u>:

| | | |
|---|---|---:|
| CASE ADMINISTRATION: | $ | 2,777.00 |
| FINANCING MATTERS & CASH COLL: | $ | 512.50 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 1,782.50 |
| PREPARATION/REVIEW REPORTS: | $ | 1,110.00 |
| COURT HEARINGS: | $ | 4,612.50 |
| Total Fees: | $ | 10,794.50 |

<u>Expenses</u>:

| | | |
|---|---|---:|
| Off-site Printing and Copying Charges | | 1,284.15 |
| Postage | | 584.40 |
| Total Expenses: | $ | 1,868.55 |
| **Current Invoice**: | **$** | **12,663.05** |

NAP:MK
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:     5174237                                                      Page 1
Matter No.:      102171.014000

## Description of Professional Services Rendered:

TASK CODE:       804        CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/19 | Sara Hoffman | Review recent docket filings. | 0.40 | 288.00 |
| 08/06/19 | Nancy A. Peterman | Draft email to UST re patient confidentiality issues. | 0.20 | 130.00 |
| 08/09/19 | Sara Hoffman | Review docket for relevant filings for PCO. | 0.40 | 288.00 |
| 08/09/19 | Dennis A. Meloro | Revise stipulation re: patient confidentiality (.3); discuss with N. Peterman (.1). | 0.40 | 410.00 |
| 08/13/19 | Sara Hoffman | Check docket for filing updates. | 0.10 | 72.00 |
| 08/15/19 | Sara Hoffman | Review updates to docket. | 0.40 | 288.00 |
| 08/23/19 | Wendy Cathers | Prepare Certification of Counsel and exhibits A and B for patient confidentiality order/stipulation (.5); draft email to counsel for review (.2). | 0.70 | 210.00 |
| 08/26/19 | Sara Hoffman | Review docket for filing updates. | 0.80 | 576.00 |
| 08/27/19 | Nancy A. Peterman | Review revised patient confidentiality stipulation (.10); draft email to D. Meloro re same (.10). | 0.20 | 130.00 |
| 08/28/19 | Dennis A. Meloro | Finalize patient record confidentiality stipulation (.1); email with parties (debtor, committee, UST) re: same (.1). | 0.20 | 205.00 |
| 08/29/19 | Wendy Cathers | Finalize and file Certification of Counsel Requesting Entry of Order Approving Stipulation By and Between Debtors and Patient Care Ombudsman Regarding Access to Confidential Patient Records with the Court. | 0.60 | 180.00 |

Total Hours:     4.40

Total Amount:     $ 2,777.00

Invoice No.:      5174237                                                                     Page 2
Matter No.:       102171.014000

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE 804,

      CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.60 | 1,025.00 | 615.00 |
| Nancy A. Peterman | 0.40 | 650.00 | 260.00 |
| Sara Hoffman | 2.10 | 720.00 | 1,512.00 |
| Wendy Cathers | 1.30 | 300.00 | 390.00 |
| Totals: | 4.40 | 631.14 | $ 2,777.00 |

Invoice No.:      5174237                                                                                    Page  3
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:          809          FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/16/19 | Dennis A. Meloro | Review proposed final DIP order (.4); email with N. Peterman re: same (.1). | 0.50 | 512.50 |

|  |  | Total Hours: | 0.50 |  |
|  |  | Total Amount: | | $ 512.50 |

TIMEKEEPER SUMMARY FOR TASK CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Dennis A. Meloro | 0.50 | 1,025.00 | | 512.50 |
| Totals: | 0.50 | 1,025.00 | $ | 512.50 |

Description of Professional Services Rendered

TASK CODE:     813          FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/01/19 | Dennis A. Meloro | Revise supplemental declarations in support of SAK and GT retention applications (.2); email with S. Koenig re: same (.1). | 0.30 | 307.50 |
| 08/14/19 | Dennis A. Meloro | Revise SAK retention order; email with B. Hackman, S. Koenig re same. | 0.10 | 102.50 |
| 08/15/19 | Dennis A. Meloro | Draft supplemental Koenig declaration in support of GT retention (UST large case guidelines). | 0.40 | 410.00 |
| 08/22/19 | Carla Greenberg | Draft GT (.5) and SAK's (.5) monthly fee applications. | 1.00 | 150.00 |
| 08/28/19 | Wendy Cathers | File Declaration of Suzanne Koenig re Retention of Greenberg Traurig, LLP. | 0.30 | 90.00 |
| 08/28/19 | Wendy Cathers | File Certification of Counsel Requesting Entry of Order Authorizing the Retention and Employment of SAK Management Services LLC, as Medical Operations Advisor, Nunc Pro Tunc as of July 3, 2019 with the Court. | 0.40 | 120.00 |
| 08/29/19 | Wendy Cathers | Finalize and file Certification of Counsel Requesting Entry of Order Authorizing the Retention and Employment of Greenberg Traurig, LLP, as Counsel, Nunc Pro Tunc as of July 3, 2019. | 0.30 | 90.00 |
| 08/29/19 | Dennis A. Meloro | Review/revise SAK first monthly fee application. | 0.50 | 512.50 |

Total Hours:     3.30

Total Amount:     $ 1,782.50

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 1.30 | 1,025.00 | 1,332.50 |
| Wendy Cathers | 1.00 | 300.00 | 300.00 |
| Carla Greenberg | 1.00 | 150.00 | 150.00 |
| Totals: | 3.30 | 540.15      $ | 1,782.50 |

Invoice No.:      5174237                                                                                          Page 5
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:          824          PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/19/19 | Dennis A. Meloro | Review, file and serve notice of initial report (.3); emails with N. Peterman re: same (.2); review appointment order and notice re: service requirements (.2). | 0.70 | 717.50 |
| 08/19/19 | Nancy A. Peterman | Review and comment on report notice. | 0.20 | 130.00 |
| 08/19/19 | Nancy A. Peterman | Review report notice requirements. | 0.20 | 130.00 |
| 08/22/19 | Wendy Cathers | File Affidavit of Posting Notice of Patient Care Ombudsman's Initial Report with Court. | 0.10 | 30.00 |
| 08/22/19 | Dennis A. Meloro | Review affidavit of posting of initial ombudsman report, prepare for filing. | 0.10 | 102.50 |

Total Hours:          1.30

Total Amount:          $ 1,110.00

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 0.80 | 1,025.00 | 820.00 |
| Nancy A. Peterman | 0.40 | 650.00 | 260.00 |
| Wendy Cathers | 0.10 | 300.00 | 30.00 |
| Totals: | 1.30 | 853.85 | $      1,110.00 |

Description of Professional Services Rendered

TASK CODE:        833        COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/07/19 | Dennis A. Meloro | Review amended 8/9 hearing agenda (.1); email to S. Koenig re: same (.1). | 0.20 | 205.00 |
| 08/07/19 | Dennis A. Meloro | Review amended 8/9 hearing agenda; email with S. Koenig re: same. | 0.10 | 102.50 |
| 08/14/19 | Dennis A. Meloro | Review 8/16 hearing agenda; email to S. Koenig re: same. | 0.10 | 102.50 |
| 08/16/19 | Dennis A. Meloro | Review amended 8/19 hearing agenda; email to S. Koenig re: same. | 0.10 | 102.50 |
| 08/19/19 | Dennis A. Meloro | Attend 8/19 hearing. | 3.90 | 3,997.50 |
| 08/29/19 | Dennis A. Meloro | Review 9/4 hearing agenda. | 0.10 | 102.50 |

Total Hours:        4.50

Total Amount:    $ 4,612.50

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 4.50 | 1,025.00 | 4,612.50 |
| Totals: | 4.50 | 1,025.00 | $    4,612.50 |

Invoice No.:    5174237                                                                    Page  7
Matter No.:    102171.014000

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 7.70 | 1,025.00 | 7,892.50 |
| Nancy A. Peterman | 0.80 | 650.00 | 520.00 |
| Sara Hoffman | 2.10 | 720.00 | 1,512.00 |
| Wendy Cathers | 2.40 | 300.00 | 720.00 |
| Carla Greenberg | 1.00 | 150.00 | 150.00 |
| Totals: | 14.00 | 771.04 | $ 10,794.50 |

# EXHIBIT B

Invoice No.:     5174237                                                                                          Page  8
Re:              Center City Healthcare, LLC d/b/a Hahnemann University Hospital
Matter No.:      102171.014000

<u>Description of Expenses Billed</u>:

| <u>DATE</u> | <u>DESCRIPTION</u> | | <u>AMOUNT</u> |
|---|---|---|---|
| 08/07/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL086494 DATE: 8/7/2019  Customer ID: DEC0038 Order No. WL086494 - Mailout Services | $ | 1,247.70 |
| 08/07/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL086494 DATE: 8/7/2019  Customer ID: DEC0038 Order No. WL086494 - Mailout Services | $ | 543.90 |
| 08/21/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL086740 DATE: 8/21/2019  Customer ID: DEC0038 Order No WL086740 - Mailout Services | $ | 36.45 |
| 08/21/19 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL086740 DATE: 8/21/2019  Customer ID: DEC0038 Order No WL086740 - Mailout Services | $ | 40.50 |
| | | Total Expenses: $ | 1,868.55 |