**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 205, 301, 753 and 789** |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED
ORDER UNDER 11 U.S.C. § 105, 363, 365, 503 AND 507 (A) APPROVING ASSET
PURCHASE AGREEMENT WITH STC OPCO, LLC (B) AUTHORIZING SALE
OF CERTAIN OF DEBTORS' ASSETS FREE AND CLEAR OF INTERESTS,
(C) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE
DEBTORS' EXECUTORY CONTRACTS, AND (D) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On July 16, 2019, the Debtors filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

*Assets, (II) Authorizing the Sales Free and Clear of all Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 205] (the "**Sale and Bidding Procedures Motion**").

2. On July 26, 2019, the Bankruptcy Court entered an order [D.I. 301] (the "**Bidding Procedures Order**")[2] granting certain of the relief sought in the Sale and Bidding Procedures Motion, including, among other things, (a) the Bidding Procedures and (b) the Assumption and Assignment Procedures.

3. On September 20, 2019, the Debtors filed a *Notice of Cancellation of Auction and Designation of STC Opco, LLC as the Proposed Purchaser in Connection with the Sale of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors* [D.I. 753] (the "**Notice of Proposed Purchaser**"), in which the Debtors identified STC Opco, LLC as the proposed purchaser of the Assets (the "**Purchaser**"). The Debtors further attached to the Notice of Proposed Purchaser as Exhibit "A" a copy of the asset purchase agreement with respect to the proposed Sale (the "**Original APA**") and the proposed form of sale order (the "**Original Proposed Order**").

4. The Sale Hearing was held on September 23, 2019, at which time the Court ruled that it would approve the sale to the Purchaser subject to certain revisions discussed on the record at the hearing.

5. On September 26, 2019, the Debtors filed a certification of counsel [D.I. 789] (the "**Certification of Counsel**") attached to which as Exhibit "A" was a revised proposed order approving the Sale to the Purchaser (the "**Revised Proposed Order**"). Attached to the Revised Proposed Order as Exhibit A was a revised proposed asset purchase agreement (the "**Revised**

---

[2]      Capitalized terms used but not defined herein have the meaning stated in the Bidding Procedures Order.

-2-

-3-

**APA**"). Moreover, attached to the Certification of Counsel as Exhibit "B" was a redline of the Revised Proposed Order and Revised APA, which reflected the changes made to the Original Proposed Order and the Original APA.

6. Prior to filing the Certification of Counsel, the Debtors circulated the Revised Proposed Order and Revised APA to the Office of the United States Trustee and counsel to the Purchaser, MidCap IV Funding Trust, the Official Committee of Unsecured Creditors, the United States of America on behalf of the Department of Health and Human Services, acting through its designated component, the Centers for Medicare and Medicaid Services, the Pennsylvania Department of Health, Temple University, PASNAP, and Herman Goldner Co., Inc. The Debtors are not aware of any objections to the Revised Proposed Order or the Revised APA by such parties.

7. Following the filing of the Certification of Counsel, counsel to PAHH Bellet MOB, LLC, PAHH Broad Street MOB, LLC, PAHH Erie Street Garage, LLC, PAHH Feinstein MOB, LLC, PAHH New College, MOB, LLC and PAHH Wood Street Garage, LLC (together, the "**Master Landlords**") and counsel to Philadelphia Academic Health Holdings, LLC, Front Street Healthcare Properties, LLC, and Front Street Healthcare Properties II, LLC (the "**Non-Debtor Lessors**") requested that certain clarifying language be added to the Revised Proposed Sale Order. *The Debtors have added such language to paragraph 2 (and a new footnote 3) of the Revised Proposed Sale Order, and <u>such revisions are the only revisions made to the Revised Proposed Sale Order since it was filed with the Certification of Counsel</u>*. The Debtors have confirmed that the added language is acceptable to the Purchaser, counsel to the Master Landlords and counsel to the Non-Debtor Lessors.

8. Attached hereto as **Exhibit "A"** is the further revised Revised Proposed Order that includes the revisions requested by the Master Landlords and the Non-Debtor Lessors.

9. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: September 27, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*