**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On September 19, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 09/18/2019 | <u>730</u> | Application for Compensation *First Monthly Application of SAK Management Services, LLP, as Medical Operations Advisor for Compensation and Reimbursement of Expenses* for the period *July 3, 2019* to *July 31, 2019* Filed by Suzanne Koenig, as Patient Care Ombudsman. |
| 09/19/2019 | <u>742</u> | Application for Compensation *First Monthly Application of Greenberg Traurig, LLP, as Counsel to the Patient Care Ombudsman for Allowance of Compensation for the Services Rendered and Reimbursement of Expenses* for the period *from July 3, 2019* to *July 31, 2019* Filed by Suzanne Koenig, as Patient Care Ombudsman. Objections due by 10/9/2019. |

×  _____

**Gene Matthews**

Dated: September 26, 2019
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 26th day of September, 2019, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

×  _____

# EXHIBIT A

**Hand Delivery**
Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

*First Class Mail*
Morton Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

*First Class Mail*
Joshua A. Sussberg, Esq.
Christopher T. Greco, Esq.
Aparna Yenamandra, Esq.
Rebecca Blake Chaikin, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

*First Class Mail*
James H.M. Sprayregen, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Center City Healthcare, LLC
230 North Broad Street
Philadelphia, Pennsylvania 19102

Saul Ewing Arnstein & Lehr LLP,
1201 North Market Street,
Suite 2300,
Wilmington, Delaware 19801

Sills Cummis & Gross P.C.,
Andrew H. Sherman, Boris I. Mankovetskiy,
One Riverfront Plaza
Newark, NJ 07102

Saul Ewing Arnstein & Lehr LLP,
Mark Minuti, Monique B.DiSabatino,
Jeffery Hampton, Adam H. Isenberg,
1500 MarketStreet,
38th Floor,
Philadelphia, Pennsylvania 19102

Fox Rothschild LLP,
Thomas M. Horan,
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323

The Office of the United States Trustee
Benjamin A. Hackman
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Counsel for the DIP Agent,
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Stradley, Ronon, Stevens & Young, LLP
Gretchen M. Santamour, Joelle E. Polesky,
1000 N. West Street, Suite 1279
Wilmington, DE 19801