# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 790** |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Appellant, | ) BAP No. 19-51 |
| | ) |
| v. | ) Case No. 19-cv-01711-UNA |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
| | ) |
| Appellees. | ) |

## APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

The debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned bankruptcy cases, as appellees with respect to the appeal by the United States of America, on behalf of the Department of Health and Human Services, acting through its designated component, the Centers for Medicare and Medicaid Services ("**CMS**") of the Bankruptcy Court's *Order under 11 U.S.C. § 105, 106, 363, 365, 503, 507, and 525 (A) Approving Asset Purchase Agreement with Thomas Jefferson University Hospitals, Inc., (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtor's Executory Contracts, and (D) Granting Related Relief* [D.I. 681], pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Procedure, hereby designate additional items to be included in the record on appeal. Pursuant to Local Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Debtors attach as **Exhibit A** hereto an index identifying by docket number, where available, the documents identified in this designation. For ease of reference, the Debtors numbered the items on the attached index from number 68, so as to coincide with the items designated for the record by CMS in its designation of the record on appeal [D.I. 790].

### Designation of Additional Items for Record on Appeal

The Debtors designate the following additional items to be included in the record on appeal, inclusive of all exhibits and addenda attached thereto and all documents incorporated by reference therein:

| Bankr. Dkt. No. Case No. 19-11466 | Date | Description |
|---|---|---|
| n/a | n/a | Exhibit D-1 from Bankruptcy Court Hearing of September 4, 2019 – Copy of the Auction Transcript (attached hereto as **Exhibit B**) |
| n/a | n/a | Exhibit D-4 from Bankruptcy Court Hearing of September 4, 2019 – Demonstrative Exhibit (attached hereto as **Exhibit C**) |
| n/a | n/a | Exhibit D-5 from Bankruptcy Court Hearing of September 4, 2019 – Provider Agreement (attached hereto as **Exhibit D**) |
| 53 | 7/1/2019 | Motion to Approve Debtor In Possession Financing Filed By Center City Healthcare, LLC Hearing scheduled for 7/2/2019 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom 3, Wilmington, Delaware. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - DIP Term Sheet) |
| 54 | 7/2/2019 | Response // Preliminary Response of HSREP VI Holding, LLC to Certain First Day Motions and Reservation of Rights (related document(s)9, 53) Filed by Harrison Street Real Estate, LLC and its affiliates |
| 67 | 7/2/2019 | Limited Response and Reservation of Rights with respect to DIP Financing Motion (related document(s)53) Filed by City of Philadelphia (Attachments: # 1 Certificate of Service) |
| 85 | 7/2/2019 | [INTERIM] Order (I) Authorizing The Debtor To Use Cash Collateral, (II) Granting Adequate Protection, (II) Scheduling A Further Hearing, And (IV) Granting Related Relief (Related Doc # 53) Order Signed on 7/2/2019. |

| 106 | 7/8/2019 | Limited Objection and Reservation of Rights of Tenet Business Service Corporation and Conifer Revenue Cycle Solutions, LLC to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant To Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (related document(s)53) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. (Attachments: # 1 Certificate of Service) |
|---|---|---|
| 144 | 7/9/2019 | Motion to Shorten / Debtors' Motion for Order Shortening the Time for Notice of the Hearing to Consider Bidding Procedures Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Order) |
| 147 | 7/10/2019 | Order (WITH CHANGES) Shortening the Time for Notice of the Hearing to Consider Bidding Procedures in the Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Residents Program Assets, Including Approving a Break-up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the sale of the Debtors' Residents Program Assets Free and Clear of all Liens, Claims Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief. (Related Doc # 144)(related document(s)142, 144) Order Signed on 7/10/2019. |
| 155 | 7/11/2019 | Notice of Hearing on Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief (related document(s)142, 147) Filed by Center City Healthcare, LLC. Hearing scheduled for 7/16/2019 at 11:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 7/15/2019. |

| 172 | 7/12/2019 | Interim Order (I) Authorizing Debtors To Obtain Postpetition Financing; (II) Authorizing The Debtors To Use Cash Collateral; (III) Granting Adequate Protection; And (IV) Scheduling A Final Hearing(related document(s)53, 164) Order Signed on 7/12/2019. (Attachments: # 1 Exhibit 1 - DIP Credit Agreement # 2 Declaration 2 - DIP Budget) |
|---|---|---|
| 175 | 7/15/2019 | Declaration in Support Statement of Drexel University in Support of Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Resident Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief (related document(s)142) Filed by Drexel University. (Attachments: # 1 Certificate of Service) |
| 187 | 7/15/2019 | Response and Reservation of Rights to Debtors' Bidding Procedures Motion (related document(s)142) |
| 238 | 7/18/2019 | Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Residents Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (C) Approving the Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale; and (II)(A) Approving the Sale of the Debtors' Residents Program Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (III) Granting Related Relief (related document(s)142) Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 246 | 7/19/2019 | Certification of Counsel Regarding Asset Purchase Agreement and Revised Order (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Resident Program Assets, Including Approving a Break-Up Fee, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, (C) Approving Form and Manner of Notice Relating Thereto, and (D) Scheduling a Hearing to Consider the Proposed Sale (related document(s)142) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Stalking Horse Asset Purchase Agreement # 2 Exhibit B - Proposed Revised Bidding Procedures Order # 3 Exhibit C - Redline Revised Bidding Procedures Order # 4 Exhibit D - Redline Revised Bidding Procedures) |

| 247 | 7/19/2019 | Minute Entry Re: Appearance:SEE AMENDED SIGN-IN-SHEET(Sherrys); HEARING HELD. AGENDA ITEMS:#1 - CONTINUED TO 7/26/19 AT 10:00 A.M.;#2 - BIDDING PROCEDURES APPROVED, ORDER TO BE SUBMITTED; SCHEDULED SALE HEARING FOR 8/9/19 AT 11:00 AM |
|---|---|---|
| 303 | 7/26/2019 | Motion to Compel [REDACTED] Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)302) Filed by Tenet Business Services Corp.. Hearing scheduled for 8/16/2019 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom 3, Wilmington, Delaware. Objections due by 8/9/2019. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Certificate of Service and Service List)[2] |
| 304 | 7/26/2019 | Declaration in Support of Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)302) Filed by Tenet Business Services Corp. |
| 305 | 7/26/2019 | Declaration in Support of Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)302, 303) Filed by Tenet Business Services Corp. |
| 348 | 8/2/2019 | Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (related document(s)53) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. (Attachments: # 1 Certificate of Service) |

---

[2] The Debtors reserve the right, pursuant to Bankruptcy Rule 8009(f), to seek to designate the sealed versions of any redacted documents as part of the record on appeal.

| 352 | 8/2/2019 | Limited Objection To Entry Of Final Order On Debtors' Motion Authorizing Debtors To Obtain Postpetition Secured Superpriority Financing Pursuant To Section 364 Of The Bankruptcy Code (related document(s)53, 54, 172) Filed by Harrison Street Real Estate, LLC and its affiliates (Attachments: # 1 Certificate of Service) |
|---|---|---|
| 362 | 8/5/2019 | Limited Objection to Debtors Motion for Sale of Resident Program Assets (related document(s)142) Filed by MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) |
| 368 | 8/6/2019 | Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender; (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (related document(s)53, 172) Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) |
| 378 | 8/6/2019 | Motion to Approve /Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLCs Motion to Adjourn the Final DIP Hearing (related document(s)53) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp.. (Attachments: # 1 Exhibit A - August 5 Email from M. Minuti to N. Wasdin # 2 Exhibit B - August 5 Email from N. Wasdin to M. Minuti # 3 Exhibit C - Deposition Notice of Allen Wilen # 4 Exhibit D - Deposition Notice of J. Scott Victor # 5 Exhibit E - August 6 Email from M. Minuti to N. Wasdin # 6 Exhibit F - August 6 Email from G. Pesce to M. Minuti) |
| 385 | 8/7/2019 | Order Granting Motion to Shorten Notice Period and Schedule Expedited Hearing on Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLCs Motion to Adjourn the Final DIP Hearing. (Related Doc # 379)(related document(s)379) Order Signed on 8/7/2019. |
| 393 | 8/7/2019 | Reply of Official Committee of Unsecured Creditors to Limited Objection of MidCap Funding IV Trust in Response to Debtors' Motion for Sale of Resident Program Assets (related document(s)142, 362) Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) |
| 398 | 8/8/2019 | Certification of Counsel Regarding Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts (related document(s)142) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts) |
| 417 | 8/9/2019 | Response to Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC (Dkt. No. 303) Filed by MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) |

| 421 | 8/9/2019 | Objection (REDACTED) Debtors' Objection to the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)302, 303, 420) Filed by Center City Healthcare, LLC (Attachments: # 1 Exhibit A - Wilen Declaration # 2 Exhibit B - Proposed Order) |
| --- | --- | --- |
| 423 | 8/9/2019 | Joinder // Official Committee of Unsecured Creditors Joinder in the Debtors' Objection to the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)320, 420, 421) Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Certificate of Service) |
| 439 | 8/13/2019 | Motion in Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude From the August 19 Hearing Evidence or Argument Regarding the Debtors' Prepetition Lawsuits Against Tenet for Alleged Violations of the Asset Sale Agreement [Related to Docket No. 53] Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp.. (Attachments: # 1 Exhibit A - Proposed Order) |
| 486 | 8/15/2019 | Omnibus Reply / [REDACTED] Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLCs Omnibus Reply in Support of Their Motion for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(b)(1) or, In The Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)303, 417, 420, 423) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
| 502 | 8/16/2019 | Motion for Payment of Administrative Expenses/Claims for Postpetition Employee Benefit Fund Contributions Filed by Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity, Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity. Hearing scheduled for 9/4/2019 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom 3, Wilmington, Delaware. Objections due by 8/30/2019. (Attachments: # 1 Appendix # 2 Notice # 3 Proposed Form of Order) |

| | | |
|---|---|---|
| 511 | 8/16/2019 | Response of Midcap Funding IV Trust to Objection of Official Committee of Unsecured Creditors to Motion of Debtors For Entry of Final Order (I) Authorizing Debtors to Obtain Postpetition Secured Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection; And (IV) Modifying the Automatic Stay Filed by MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC). |
| 512 | 8/16/2019 | Motion in Limine of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to Exclude Evidence or Argument Regarding Alleged Pre-Petition Performance Deficiencies Under the Conifer Master Services Agreement [Related to Docket Nos. 53, 303, 348 and 420] Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp.. (Attachments: # 1 Exhibit A - Proposed Order # 2 Certificate of Service and Service List) |
| 515 | 8/19/2019 | Objection to Tenet Business Services Corporations and Conifer Revenue Cycle Solutions, LLCs Motions in Limine (related document(s)439, 512) Filed by Center City Healthcare, LLC (Attachments: # 1 Exhibit A - August 6, 2019 Email # 2 Exhibit B - Proposed Order) |
| 516 | 8/19/2019 | Reservation of Rights of Non-Debtor Guarantors Regarding Proposed Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying the Automatic Stay (related document(s)508) Filed by Philadelphia Academic Health Holdings LLC. |
| 556 | 8/23/2019 | Certification of Counsel Regarding Revised Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying the Automatic Stay (related document(s)53, 172, 508) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Revised Proposed Order # 2 Exhibit B - Blackline Order) |
| 557 | 8/23/2019 | Final Order (I) Authorizing Debtors To Obtain Postpetition Financing; (II) Authorizing The Debtors To Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying The Automatic Stay. (related document(s)53, 172, 556) Order Signed on 8/23/2019. (Attachments: # 1 Exhibit 1 - DIP Credit Agreement # 2 Exhibit 2 - DIP Budget) |
| 631 | 9/3/2019 | Certification of Counsel Regarding Auction Relating to the Sale of the Debtors' Residents Program Assets (related document(s)142, 249) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 635 | 9/4/2019 | Certification of Counsel Regarding Auction Relating to the Sale of the Debtors' Residents Program Assets (related document(s)142, 249) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed APA - Backup Bid # 2 Exhibit B - Redline APA - Backup Bid) |

| | | |
|---|---|---|
| 680 | 9/9/2019 | Certification of Counsel Regarding Proposed Sale Order Relating to the Sale of the Debtors' Residents Program Assets (related document(s)142, 249) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Sale Order - Successful Bid # 2 Exhibit B - Redline Sale Order - Successful Bid) |
| 686 | 9/10/2019 | Stipulation Determining Certain Committee Rights Pursuant to Final DIP Financing Order Between Official Committee of Unsecured Creditors and MidCap Funding IV Trust.(related document(s)557) Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Certificate of Service) |
| 689 | 9/11/2019 | Objection / Master Landlords Omnibus Objection to Cure Amounts (related document(s)205, 510) Filed by PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC (Attachments: # 1 Exhibit A) |
| 692 | 9/12/2019 | Notice of Withdrawal of the Joinder of Accreditation Council for Graduate Medical Education to Limited Objection of the Association of American Medical Colleges and the Educational Commission for Foreign Medical Graduates to the Resident Program Bid Procedures Motion (related document(s)361) Filed by Accreditation Council for Graduate Medical Education. |
| 701 | 9/13/2019 | Status Report of Debtors Regarding Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)303 421) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A – Debtors' Term Sheet # 2 Exhibit B - Proposed Order) |
| 714 | 9/13/2019 | Objection / Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLCs Objection and Reservation of Rights with Respect to the Proposed Sale of St. Christophers Hospital and Certain Related Assets (related document(s)301) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. |
| 719 | 9/13/2019 | Limited Objection to Fifth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Unexpired Real Estate Leases (related document(s)620) Filed by PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC (Attachments: # 1 Exhibit A # 2 Certificate of Service) |
| 733 | 9/19/2019 | Order Granting In Part The Motion Of Tenet Business Services Corporation And Conifer Revenue Cycle Solutions, LLC For Entry Of An Order (I)Compelling Payment Of All Unpaid Postpetition Amounts Or, In The Alternative, (II) Granting Relief From The Automatic Stay To The Extent Necessary To Terminate The TSA And MSA. (Related Document(s) 302, 303) Order Signed on 9/19/2019. |

| | | |
|---|---|---|
| 744 | 9/20/2019 | Objection - Master Landlords Preliminary Objection and Reservation of Rights Regarding the Sale to Successful Bidder and Adequate Assurance of Future Performance by Successful Bidder (related document(s)205, 301) Filed by PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC |
| 795 | 9/27/2019 | Order under 11 U.S.C. Sections 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OPCO, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief (related document(s)[205], [301], [753], [793]) Order Signed on 9/27/2019. (Attachments: # (1) Exhibit A # (2) Exhibit B) |

Dated: September 30, 2019      **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*