## EXHIBIT C

**Exhibit D-4 from Bankruptcy Court Hearing of September 4, 2019– Demonstrative Exhibit**



8,996 HUH Cases
within 3 miles of Einstein

27,663 HUH Cases
within 3 miles of Temple

22,608 HUH Cases
within 3 miles of Jefferson