**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
|  | ) Case No. 19-11466 (KG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Monique B. DiSabatino, hereby certify that on this 2nd day of October 2019, I caused a true and correct copy of the foregoing **Notice of Appeal Under 28 U.S.C. § 158(a)(1) and Statement of Election** to be served via electronic mail upon all parties receiving electronic notice under the Court's CM/ECF system, which includes counsel to the Official Committee of Unsecured Creditors, and Benjamin Hackman of the Office of the United States Trustee for the District of Delaware.

                              **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Monique B. DiSabatino*
        Monique B. DiSabatino (DE Bar No. 6027)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE  19899
        (302) 421-6800