# Exhibit C

**(Kirschner Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

**DECLARATION OF ROBERT KIRSCHNER IN SUPPORT OF
DEBTORS' MOTION FOR STAY PENDING APPEAL OF ORDER
GRANTING IN PART THE MOTION OF TENET BUSINESS SERVICES
CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC
FOR ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID
POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(B)(1) OR, IN THE
ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY
TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

I, Robert Kirschner, hereby declare the following, under the penalty of perjury:

1. I am the Director of Facilities Management and Construction of St. Christopher's Hospital for Children ("**STC**") and have served in this role for the past six years. In my capacity as Director of Facilities Management and Construction, I am generally responsible for overseeing facilities operations, managing facilities budgets, directing routine maintenance, managing contractors and conducting inspections, among other tasks. I am therefore familiar with STC's day-to-day operations and business affairs. I am above 18 years of age, and am competent to testify.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2. I submit this declaration in support of the *Debtors' Motion for Stay Pending Appeal of the Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (the "**Stay Motion**").[2] Specifically, I am submitting this declaration to describe the irreparable harm that would result from Tenet Business Services Corporation ("**Tenet**") and Conifer Revenue Sycle Solutions, LLC ("**Conifer,**" together with Tenet, the "**Tenet Parties**") terminating services under the TSA and MSA by October 18, 2019.

3. Except as otherwise indicated herein, all facts set forth in this declaration are based on my personal knowledge and my review of the relevant documents and information concerning the operations of the above-captioned debtors (the "**Debtors**"). If called upon to testify, I could and would testify competently to the facts set forth herein.

**I.    The Tenet IT Platform is Critical in Ensuring that the Hospital Operates Safely**

4. The services provided by Tenet and, in particular, the software applications provided by Tenet, are crucial to STC's ability to operate safely from a facilities standpoint. By way of example, one of the software applications provided by Tenet under the TSA is called TMS Accruent Four Rivers (the "**TMS**"). The TMS lists every piece of equipment maintained at STC – from blood pressure cuffs to radiology scanners – and contains significant detail regarding such equipment. Specifically, for each piece of equipment, the TMS contains the serial number, the preventative maintenance history, future inspection and service dates, and any work order history. The TMS also permits collaboration between the facilities department and others

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stay Motion.

departments at the hospital: to the extent there is an issue with a piece of equipment, a work order can be entered into the TMS. The facilities department will then receive prompt notice of the work order so that it can take steps to address the issue as quickly as possible.

5. Equipment that is not properly inspected and maintained – particularly bio-medical equipment such as ultrasound scanners, thermometers, and blood pressure pumps – poses a direct threat to patient safety, and the TMS system is integral in ensuring that equipment is properly maintained. Treatment for patients can depend on the results of tests performed using this equipment. If, for example, a blood pressure pump is not properly maintained and results in a faulty reading, the proposed course of treatment for a patient may not be appropriate, and could result in harm.

6. The TMS is also critical in ensuring that regulatory requirements are met. The TMS sequences the inventory of equipment in the order of when inspection or service dates are forthcoming so that the facilities team can ensure that equipment is inspected and, if necessary, repaired on a timely basis in compliance with Joint Commission, Department of Health and other regulatory requirements. Emergency generators, for example, are required to be tested on a monthly basis and the required dates for these tests are programmed into the TMS. Likewise, each piece of bio-medical equipment at the hospital has particular inspection and service dates, all of which are programmed into the TMS. Given the importance of the TMS system in maintaining STC's facilities and equipment in a safe manner, an abrupt loss of access to the Tenet IT System would cause the Debtors to lose their ability to properly maintain hospital equipment in a manner compliant with applicable regulations.

## II. Alternatives to the Tenet IT System

7. In the absence of the Tenet IT Platform, it could be possible that with unlimited

time and resources – which we do not have -- the information stored on the TMS could be transitioned to a new platform; however, given the significant volume of information stored in TMS, it would not be possible to complete this transition by the Outside Date of October 18, 2019.

8. Moreover, the shutdown of the Tenet IT system without an alternative IT system in place would put the hospital system in jeopardy. Both the extensive historical information and preventative maintenance programs for the Debtors' equipment would be lost. At a minimum, we would need to triple our staff in the facilities department to attempt to stay on top of future maintenance and facilities issues and even then, given the volume information that is processed through the TMS on a daily basis, a switch back to paper record-keeping in this short time frame would make operations nearly impossible. More pressingly, given the undisputed importance of the integrity of STC's equipment in providing care to patients, the loss of the Tenet IT system would jeopardize STC's ability to treat patients in a proper and ethical manner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2019

*Robert Kirschner*
Robert Kirschner
Director of Facilities Management and Construction