**EXHIBIT A**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[3] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related to Docket No. ___** |
| | ) |

**ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF DEBTORS' MOTION FOR STAY PENDING APPEAL OF ORDER GRANTING IN PART THE MOTION OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(B)(1) OR, IN THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

Upon the motion (the "**Motion for Expedited Consideration**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") seeking expedited consideration of the Stay Motion; and no previous motion for such relief having been made; and for good cause shown

IT IS HEREBY ORDERED THAT:

1. The Motion for Expedited Consideration is GRANTED.

2. The Court will consider the Stay Motion at a hearing to be held on _____, 2019 at __:__ _.m. (EST).

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion for Expedited Consideration.

3. Any objections to the Stay Motion shall be served and filed on or before _____, 2019 at __:00 p.m. (ET).

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.