## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) Related Docket Nos. 302 and 303 |

**ORDER GRANTING IN PART THE *MOTION OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(B)(1) OR, IN THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA***

Upon consideration of (i) the *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 303] (the "Motion")[2] and (ii) the *Debtors' Status Report Regarding Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) Or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Terms capitalized but not used herein shall have the meanings ascribed to such terms in the Motion.

*Terminate the TSA and MSA* [Docket No. 701] (the "Debtors' Status Report"); and due and proper notice of the Motion having been given; and upon consideration of all objections and responses to the Motion, including the objection filed by the Debtors, the joinder to the Debtors' objection filed by Official Committee of Unsecured Claimants (the "Committee") and the response filed by MidCap Funding IV Trust ("MidCap"); and upon the arguments and evidence presented at hearings before this Court and following a confidential September 13, 2019 Chamber's Conference among counsel to the Debtors, Tenet, Conifer and the Committee; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted, in part, as set forth herein. The Court directs Tenet, Conifer, the Debtors, and the Committee (collectively, the "Parties") to engage in mediation (the "Mediation") to resolve their disputes related to the Motion.

2. The Parties shall select a mediator not later than 5:00 p.m. (prevailing Eastern Time) on September 23, 2019, and promptly engage in Mediation, subject to the terms and schedule established by such mediator.

3. The Mediation shall consist of the following: (a) the asserted and potential claims and causes of action of the Debtors against Tenet and/or Conifer (including any prepetition litigation claims of, or asserted on behalf of, the Debtors and any asserted and potential claims and causes of action under chapter 5 of the Bankruptcy Code); (b) the allowed amount of Tenet and Conifer's prepetition unsecured claims against the Debtors; and (c) the allowed amount of Tenet and Conifer's administrative expense claims against the Debtors for the period of the Petition Date through August 20, 2019 (which, for the avoidance of doubt, shall not be less than $400,000 per week).

4. If there is no agreement between the Parties by 5:00 p.m. (prevailing Eastern Time) on October 18, 2019, regarding the ongoing provision of services by Tenet and Conifer, then Tenet and Conifer may terminate the TSA and/or MSA at any time thereafter and the automatic stay shall be deemed lifted on the date of any such termination, in each case without any further order of the Court. In the event the TSA or MSA are terminated, Tenet and Conifer, as applicable, will engage in good faith discussions with the Debtors to mitigate any potential effects of such termination on patient safety at St. Christopher's Hospital for Children.

5. Except as modified solely as to payment pursuant to paragraph 6 of this Order, Tenet and the Debtors will continue to perform as required by the TSA through October 18, 2019, and Conifer and the Debtors will continue to perform as required by the MSA through October 18, 2019.

6. Tenet and Conifer shall have an allowed administrative expense claim in the amount of at least $400,000 per week for the period of the Petition Date through August 20, 2019 (before giving credit for the weekly $200,000 payments made by the Debtors to date for such period), and Tenet and Conifer reserve the right to argue that they are entitled to more than $400,000 per week for such period and the Debtors reserve the right to contest such arguments. Additionally, provided that Tenet and Conifer perform services in the manner contemplated by the TSA and MSA, commencing on August 20, 2019, Tenet and Conifer shall have an allowed administrative expense claim in the amount of $400,000 per week (before giving credit for the weekly $200,000 payments made by the Debtors to date for such period).

7. The Debtors shall pay $400,000 per week to Tenet and Conifer commencing on September 20, 2019 (which, for the avoidance of doubt, shall be applied as payment of Tenet and Conifer's administrative expense claims on a dollar-for-dollar basis).

8. Additionally, subject to the terms of the *Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection; and (IV) Modifying the Automatic Stay* [Docket No. 557], the Debtors shall make the following payments to Tenet and Conifer up to the amount of Tenet and Conifer's unpaid administrative expense claims (which, for the avoidance of doubt, shall be applied as payment of Tenet and Conifer's administrative expense claims relating to the pre-September 20, 2019 period on a dollar-for-dollar basis): (a) $1 million from the HPP Funds (as defined below) promptly after receiving such funds; and (b) $1 million upon the earlier of (i) the closing of the sale of the Debtors' residency assets (subject to the terms of the order approving such sale) and (ii) the closing of the sale of St. Christopher's Hospital for Children.

9. Tenet shall sign a consent, in a form reasonably acceptable to the Debtors, Health Partners Plans and Tenet, authorizing the release to the Debtors of the $2 million currently held by Health Partners Plans with respect to the 2017 stub period (the "HPP Funds"). Tenet shall reasonably cooperate with the Debtors' reasonable requests with respect to seeking the release of such funds.

10. Tenet and Conifer shall cause their respective information technology representatives most reasonably knowledgeable for such proposes to meet with the Debtors in Philadelphia, Pennsylvania on a mutually agreeable date during the week of September 16, 2019 regarding the process for the Debtors to transition to alternative information technology and revenue cycle management providers.

11. This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

12. The Parties may take any actions necessary to enforce the terms of this Order.

13. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Wilmington, Delaware
Dated: Sept. 19, 2019

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE