# Notice Recipients

District/Off: 0311−1            User: JasonSp            Date Created: 10/3/2019
Case: 19−11466−KG            Form ID: van440            Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Center City Healthcare, LLC | 230 North Broad Street | Philadelphia, PA 19102 |
| aty | Benjamin A. Hackman | Office of the United States Trustee | 844 King Street    Suite 2207    Wilmington, DE 19801 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor    Wilmington, DE 19801 |

TOTAL: 3