**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) |  |
| *et al.,*[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | **Docket Ref. No. 805** |

**TENET BUSINESS SERVICES CORPORATION AND CONIFER
REVENUE CYCLE SOLUTIONS, LLC'S RESPONSE TO DEBTORS'
MOTION TO SHORTEN FOR THE MOTION TO STAY PENDING APPEAL
OF ORDER GRANTING IN PART THE MOTION OF TENET BUSINESS
SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC
FOR ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID
POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(b)(1) OR, IN THE
ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY
TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") respectfully represent as follows with respect to the motion to shorten notice [Docket No. 805] (the "Motion to Shorten") of the *Debtors' Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of all Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief From the*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 804] (the "Motion for Stay"):

### Response

1.     As the Court recognized at the August 20, 2019 hearing on Tenet and Conifer's administrative claim motion [Docket No. 303], "There's just no involuntary servitude in this country and I think that is where we are."  Aug. 20, 2019 Hrg. Tr. at 169.  Consistent with this fundamental principle, pursuant to the *Order Granting In Part the Motion Of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts or, In The Alternative, (II) Granting Relief From the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 733] (the "Mediation Order"), the Court ordered the Debtors to pay Tenet and Conifer $400,000 per week on account of postpetition services while the parties engaged in mediation regarding certain other disputed claims and possible causes of action.

2.     Even prior to entry of that order on September 19, 2019, Tenet and Conifer have upheld their end of the bargain contemplated by the Mediation Order.  More specifically, on September 17, 2019, two days prior to entry of the Mediation Order, Tenet and Conifer recommended a former federal district court judge to serve as mediator.  Three days later, on September 20, 2019, the Debtors rejected Tenet and Conifer's recommendation without explanation.  Likewise, the Debtors rejected (again without explanation) Tenet and Conifer's recommendation that an acting bankruptcy judge to serve as mediator.  The Debtors' gamesmanship regarding the selection of a mediator continued for more than a week, until September 25, 2019, when the parties selected the Honorable Judith Fitzgerald, the former chief judge of the U.S. Bankruptcy Court for the Western District of Pennsylvania, as mediator.

3.      Since that time, Tenet and Conifer have engaged in active dialogue with the mediator, the Debtors, and the Creditors' Committee regarding the scope, duration, and nature of the mediation.  As the Debtors note in the Motion for Stay, certain matters related to the mediation remain outstanding.  Tenet and Conifer respectfully dispute the Debtors' disclosure in the Motion for Stay of matters subject to the mediation privilege.  Indeed, Tenet and Conifer have agreed to keep all matters related to the mediation confidential and, accordingly, Tenet and Conifer will withhold further comment regarding such matters.  Nevertheless, Tenet and Conifer are prepared to engage and resolve those matters.  Additionally, Tenet and Conifer have also engaged in productive dialogue with Tower Health, the proposed buyer of St. Christopher's Hospital for Children, regarding the terms on which Tenet and Conifer may agree to continue to provide transition and collection services to the buyer post-closing.

4.      At the same time, cognizant of the limitations imposed by the Mediation Order's October 18, 2019 termination date, Tenet and Conifer socialized their willingness, subject to appropriate progress with the mediation and the buyer, to extend that date by several weeks. Finally, Tenet and Conifer have continued to provide services to the Debtors following entry of the Mediation Order in accordance with the terms thereof.

5.      Tenet and Conifer, therefore, were stunned to receive notice of the Debtors' pretextual Mediation Order appeal, which was commenced without advance notice to, or discussion with, Tenet and Conifer.  Tenet and Conifer strongly dispute the Motion for Stay's factual and legal assertions and will respond to the Motion for Stay at the appropriate time.  At the same time, Tenet and Conifer believe that it is imperative to begin the mediation in earnest and continue their constructive dialogue with Tower Health.

6.    ***Accordingly, Tenet and Conifer will agree, notwithstanding the Mediation Order to the contrary, to withhold terminating the TSA and the MSA until at least October 21, 2019, the date of the next omnibus hearing in this case.***   Therefore, Tenet and Conifer respectfully submit that the Court should consider the Motion for Stay at the October 21, 2019 omnibus hearing. Pending that hearing, Tenet and Conifer will continue to engage in good faith dialogue with Tower Health and participate in the mediation, during which time Tenet and Conifer expect the Debtors to engage in good-faith to resolve the matters subject to mediation.

## <u>Conclusion</u>

WHEREFORE, for all of the foregoing reasons, Tenet and Conifer respectfully request that the Court set the Motion for Stay for hearing on October 21, 2019, and grant such other and further relief as may be appropriate.

Dated:  October 3, 2019          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                     tcairns@pszjlaw.com


- and -


**KIRKLAND & ELLIS LLP**
Stephen C. Hackney, P.C. (*admitted pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Nicholas F. Wasdin (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            stephen.hackney@kirkland.com
                     gregory.pesce@kirkland.com
                     nick.wasdin@kirkland.com


-and-


KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and*
*Conifer Revenue Cycle Solutions, LLC*