IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CENTER CITY HEALTHCARE, LLC d/b/a** | ) | **Case No. 19-11466 (KG)** |
| **HAHNEMANN UNIVERSITY HOSPITAL,** | ) | **(Jointly Administered)** |
| *et al.,* | ) | |
| | ) | **D.I. 804, 805** |
| **Debtors** | ) | |

**ORDER ON DEBTORS' MOTION FOR EXPEDITED CONSIDERATION**

Upon the motion of the above-captioned debtors and debtors in possession (the "Debtors") seeking expedited consideration of the Stay Motion (the "Motion for Expedited Consideration"), and the Court being aware of mediation taking place,

IT IS HEREBY ORDERED THAT:

1. The Motion for Expedited Consideration is DENIED based upon the agreement of Tenet and Conifer to withhold terminating the Transition Services Agreement and the Master Services Agreement to October 21, 2019, which is the next omnibus hearing date. The agreement serves as a *de facto* stay and, to be clear and careful, the Court's Order of September 19, 2019 is stayed to at least October 21, 2019.

2. The Court will consider the Stay Motion at a hearing to be held on October 21, 2019 at 11:00 a.m. (ET).

3. Any objections to the Stay Motion shall be served and filed on or before October 16, 2019 at 4:00 p.m. (ET).

-2-

4. The parties are ordered to continue mediating their disputes and to engage in good faith discussions.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 3, 2019

_____
KEVIN GROSS, U.S.B.J.