IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| | Jointly Administered |
| | Hearing Date: 9/23/19 at 1:00 p.m. (ET) |
| | Obj. Deadline: 10/7/19 at 4:00 p.m. (ET) |
| Debtors. | Re: D.I. 205, 301 and 763 |

## LIMITED OBJECTION TO DEBTOR'S NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS

UnitedHealthcare Insurance Company ("United") submits this limited objection to the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing to Consider Approval of the Sale or Sales of Substantially All Assets of St. Christopher's Healthcare, LLC and Certain Related Debtors and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Establishing Procedures in Connection with the Selection of and Protections Afforded to Any Stalking Horse Purchasers, and (IV) Granting Related Relief; and (B) One or More Orders (I) Approving the Sales or Other Acquisition Transactions for the Assets, (II) Authorizing the Sales Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, LLC (1617), SCHC Pediatric Associates, LLC (0527), St. Christopher's Pediatric Urgent Care Center, LLC (6447), SCHC Pediatric Anesthesia Associates, LLC (2326), StChris Care at Northeast Pediatrics, LLC (4056), TPS of PA, LLC (4862), TPS II of PA, LLC (5534), TPS III of PA, LLC (5536), TPS IV of PA, LLC (5537), and TPS V of PA, LLC (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*and Unexpired Leases, and (IV) Granting Related Relief*, [D.I. 205] (the "Sale Motion"), and the proposed assumption and assignment of certain Assumed Contracts as set forth in the *Second Supplemental Notice Of Assumption, Assignment And Cure Amount With Respect To Executory Contracts And Unexpired Leases Of The Debtors* [D.I. 763] (the "Cure Notice"). In support of this limited objection, United states as follows:

## I.     BACKGROUND

1.     United, contracting on behalf of itself and its affiliates, and Philadelphia Academic Health System, LLC, contracting on behalf of itself and its subsidiaries St. Christopher's Healthcare LLC and Center City Healthcare, LLC (collectively, the "Facility Debtors"), are parties to a Facility Participation Agreement with an effective date of January 12, 2018 (the "FPA").

2.     Effective as of July 12, 2019, United and the Facility Debtors entered into an amendment to the FPA. Hereinafter, reference to the FPA will include reference to the July 12, 2019 amendment.[2]

3.     United, contracting on behalf of itself and its affiliates, and Philadelphia Academic Health System, LLC, contracting on behalf of itself and its affiliate Philadelphia Academic Medical Associates, LLC (collectively, the "Medical Group Debtors" and together with the Facility Debtors, the "Debtors"), are parties to a Medical Group Participation Agreement with an effective date of January 12, 2018 (the "MGA" and together with the FPA, the "United Agreements"). Under the MGA, the contracted Medical Group Debtors include SCHC Pediatric Associates, LLC.

---

[2] The FPA contains United's highly confidential and sensitive commercial information. While the Facility Debtors should have copies of the FPA, other parties in interest may request copies of such FPA by written request to the undersigned counsel and upon the entry into either an acceptable confidentiality agreement or the entry of an appropriate protective order.

2

8032298

4.Effective as of July 12, 2019, United and the Medical Group Debtors entered into an amendment to the MGA. Hereinafter, reference to the MGA will include reference to the July 12, 2019 amendment.[3]

5.Pursuant to the United Agreements, the Facility Debtors and the Medical Group Debtors agreed to provide certain covered medical services to members enrolled in United's or its affiliates' health insurance plans, including Medicaid and Medicare managed care plans, as well as self-funded health plans administered by United and its affiliates, in exchange for certain fees.

6.In connection with paying claims submitted by the Facility Debtors and the Medical Group Debtors under the United Agreements, respectively, United will periodically overpay a claim for a variety of reasons. When this occurs, United has the right to be reimbursed for such overpayments under Section 6.10 of the FPA and under Section 7.10 of the MGA.

7.On June 30, 3019 (the "Petition Date"), the Debtors filed voluntary petitions in this Court under Chapter 11 of the Bankruptcy Code.

8.In connection with prepetition overpayments to the Debtors, United has filed the following proofs of claims against the Debtors:

a.United has filed a proof of claim for $266,278.90 against St. Christopher's Healthcare LLC (Case No. 19-11468, Claim No. 14) (the "St. Christopher's Proof of Claim") for prepetition overpayments under the FPA.

---

[3] The MGA contains United's highly confidential and sensitive commercial information. While the Medical Group Debtors should have copies of the MGA, other parties in interest may request copies of such MGA by written request to the undersigned counsel and upon the entry into either an acceptable confidentiality agreement or the entry of an appropriate protective order.

8032298

b.  United has filed two proofs of claim against Center City Healthcare, LLC: one for $21,414.55 (Case No. 19-11466, Claim No. 187) and one for $184,142.13 (Case No. 19-11466, Claim No. 2) (collectively, the "Center City Proofs of Claim").

c.  United has filed a proof of claim for $3,164.10 against SCHC Pediatric Associates, LLC (Case No. 19-11471, Claim No. 2) (the "SCHC Proof of Claim" and together with the St. Christopher's Proof of Claim and the Center City Proofs of Claim, the "United Proofs of Claim").

9.  Copies of the United Proofs of Claim are attached hereto as **Exhibit A**.

10.  In total, United is owed $474,999.68 in prepetition overpayments under the United Agreements.

## II.  LIMITED OBJECTION

11.  In Exhibit A to the Cure Notice, the Debtors identify certain executory contracts to be assumed and assigned to the Purchaser (as defined in the Cure Notice). *See* Cure Notice, Ex. A [D.I. 763-1]. Included on that list are the FPA and the MGA. *Id.* Exhibit A designates the cure amounts for the FPA and the MGA as $0, which does not align with the actual cure amount due in connection with either contract. *See id.*

12.  United submits this limited objection to the Cure Notice to require that the Debtors update Exhibit A to the Cure Notice to accurately reflect the cure amounts for the FPA and the MGA, as reflected in the United Proofs of Claim. Specifically, pursuant to 11 U.S.C. §§ 365(b) and 365(f), as of the date of this limited objection: (a) the total cure due for the FPA is $471,835.58; and (b) the total cure due for the MGA is $3,164.10.

13.  In addition to the cure amounts due under the FPA, United has recently requested medical records related to prepetition services that Center City Healthcare, LLC provided to United members. United is currently seeking the medical records pertaining to eight claims,

which total $108,773.90, to audit whether the underlying claims were overpaid for those prepetition services. If the medical records do not substantiate the validity of United's payments under the FPA, then United reserves the right to amend its proof of claim to include such amounts and amend this cure objection to require payment of the same.

14. Further, through the ongoing operation of the Debtors' businesses subsequent to the Petition Date, additional overpayments may become due and owing before the asset sale closes. The cure amount must include any and all post-petition, pre-closing overpayments that arise under the United Agreements.

15. United intends to engage in discussions with the Debtors regarding the cure amounts and hopes to resolve this objection through those discussions.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, United respectfully requests that the Court enter an order requiring: (i) the Debtors to update Exhibit A to the Cure Notice to accurately reflect the cure amounts due under the FPA and the MGA as reflected herein, and (ii) granting such further relief as the Court deems appropriate.

Dated: October 3, 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Justin R. Alberto (No. 5126)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email:  jalberto@bayardlaw.com
        gflasser@bayardlaw.com

and

Eric S. Goldstein, Esq.
Jaime Welsh, Esq.
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5218
E-mail: egoldstein@goodwin.com
       jwelsh@goodwin.com

*Attorneys for UnitedHealthcare Insurance Company*