# Exhibit A

 **UnitedHealthcare**®

*Priya Muthu*
*Credit & Delinquency Management*
*185 Asylum Street, 03B*
*Hartford, CT  06115-0450*
*Telephone: (860)702-7641*
*Facsimile: (860) 702-8870*

July 10, 2019

**VIA 2ⁿᵈ DAY MAIL**
Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA   91367

> Re:   SCHC Pediatric Associates, LLC.
> Chpt. 11 Bankruptcy filed 7/1/19 | Case No. 19-11471
> Proof of Claim for $3,164.10

Dear Omni Management:

Enclosed is the signed Proof of Claim to be filed in the above referenced case.

Should you have any questions or concerns in the interim, please do not hesitate to contact me.

Thank you,

Priya Muthu
Legal Services Specialist - Bankruptcy
Credit and Delinquency Management

/jar
Enclosures

(UPS Tracking No.: 1Z R84 73F 02 9883 4183)

**Fill in this information to identify the case:**

Debtor 1    SCHC Pediatric Associates, LLC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Delaware

Case number   19-11471

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | UnitedHealthcare Insurance Company <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☒ No <br> ☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> ATTN: CDM/Bankruptcy <br> Name <br><br> 185 Asylum Street - 03B <br> Number      Street <br> Hartford          CT          06103 <br> City          State          ZIP Code <br><br> Contact phone  860-702-7641 <br><br> Contact email  priya_muthu@uhc.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _ _ _ _ _ — _ _ _ _ _ — _ _ _ _ _ — _ _ _ _ _ |
| | **Where should payments to the creditor be sent? (if different)** <br><br> Name <br><br> Number      Street <br> City          State          ZIP Code <br><br> Contact phone <br><br> Contact email |
| 4. **Does this claim amend one already filed?** | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____          Filed on ____ / ____ / _____ <br>          MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No <br> ☐ Yes. Who made the earlier filing? |

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   0   5   2   7 |

7. **How much is the claim?**    $_____$3,164.10. **Does this amount include interest or other charges?**
     ☑ No
     ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
         charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Claims overpayments not properly reimbursed.

9. **Is all or part of the claim secured?**

☑ No
☐ Yes.   The claim is secured by a lien on property.

     **Nature of property:**
     ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
     ☐ Motor vehicle
     ☐ Other. Describe: _____

     **Basis for perfection:** _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     **Value of property:**       $_____
     **Amount of the claim that is secured:**    $_____
     **Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     **Amount necessary to cure any default as of the date of the petition:**   $_____

     **Annual Interest Rate (when case was filed)** _____%
     ☐ Fixed
     ☐ Variable

10. **Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

                                                                 **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).        $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).        $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).        $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).        $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).        $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.        $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    07/10/2019
                 MM / DD / YYYY

*M. Priya.*
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Priya Muthu | | |
| | First name | Middle name | Last name |
| Title | Legal Services Specialist | | |
| Company | UnitedHealthcare Insurance Company | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 185 Asylum St | | |
| | Number    Street | | |
| | Hartford | C | 06103 |
| | City | State | ZIP Code |
| Contact phone | 860-702-7641 | Email priya_muthu@uhc.com | |



July 10, 2019

SCHC Pediatric Associates, LLC

Chpt. 11 Bankruptcy
Filed: 7/1/19 | Case No. 19-11471

**Reservation of Rights:**
*UnitedHealthcare Insurance Company ("United") reserves its right to amend this claim to further liquidate the amount of overpayment owed by the Debtor to United based on the results of United's ongoing audit of claims submitted by the Debtor.*

| Provider Tin | Provider Name | State | Date of Service | Amount of Claim Paid by UHC | Claim Audit Amount | Balance Due | Collection Description |
|---|---|---|---|---|---|---|---|
| 752870527 | KIMBERLY RARICK DO | PA | 2016 | $50.00 | $50.00 | $50.00 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 752870527 | ENITAN ADEGITE | PA | 2016 | $144.96 | $72.48 | $72.48 | This claim was reconsidered by UnitedHealthcare medical benefits. We are seeking the Healthcare Reimbursement payment of $72.48, issued on 12/06/16 on check number PH 17568165. |
| 752870527 | SHARON R WEIL CHALKER | PA | 2017 | $63.71 | $63.71 | $63.71 | This claim was reconsidered by UnitedHealthcare medical benefits. We are seeking the Healthcare Reimbursement payment of $63.71, issued on 02/24/17 on check number PH 19516634. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2015 | $182.05 | $182.05 | $182.05 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 752870527 | SCPA CHILD ADOLESCENT DEPT | PA | 2015 | $117.18 | $117.18 | $117.18 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2016 | $22.66 | $22.66 | $22.66 | These services are considered included in payment made for CPT 99469 on claim 16H849832000 account number 71010 processed 12/21/2016 with check 2016122114800366. |
| 752870527 | SCPA GASTROENTEROLOGY | PA | 2016 | $82.17 | $82.17 | $82.17 | CPT Code 99214 is not seperately reimburseable. Reimbursement for CPT 99214 is included in the payment for other services. |
| 752870527 | SCPA NEONATOLOGY | PA | 2016 | $361.78 | $361.78 | $361.78 | These services are considered included in payment made for CPT 71010 on claim 16GM69956000 account number processed 08/24/2016 with check 2016082413201181. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2016 | $1,463.00 | $1,463.00 | $1,463.00 | These services are considered included in payment made for CPT 71010 on claim 16E982945801 account number processed 10/15/2016 with check 2016101510900222. |
| 752870527 | SHANNON D SAFIER | PA | 2018 | $209.56 | $209.56 | $209.56 | Timely Filing Limit was exceeded. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2017 | $1,046.56 | $288.56 | $288.56 | Per member's benefit plan claims for non-participating providers are processed according to fees calculated at Non Par agreement was updated. 25% default to be placed on the CMS Fee Schedules.the published rates allowed by Medicare. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2017 | $385.80 | $107.55 | $107.55 | Per member's benefit plan claims for non-participating providers are processed according to fees calculated at Non Par agreement was updated. 25% default to be placed on the CMS Fee Schedules.the published rates allowed by Medicare. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2017 | $257.20 | $71.70 | $71.70 | Per member's benefit plan claims for non-participating providers are processed according to fees calculated at Non Par agreement was updated. 25% default to be placed on the CMS Fee Schedules.the published rates allowed by Medicare. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2017 | $128.60 | $35.85 | $35.85 | Per member's benefit plan claims for non-participating providers are processed according to fees calculated at Non Par agreement was updated. 25% default to be placed on the CMS Fee Schedules.the published rates allowed by Medicare. |
| 752870527 | SCHC PEDIATRIC ASSOCIATES | PA | 2017 | $128.60 | $35.85 | $35.85 | Per member's benefit plan claims for non-participating providers are processed according to fees calculated at Non Par agreement was updated. 25% default to be placed on the CMS Fee Schedules.the published rates allowed by Medicare. |
| | | | | **TOTAL** | **$3,164.10** | | |

 **UnitedHealthcare®**

*Priya Muthu*
*Credit & Delinquency Management*
*185 Asylum Street, 03B*
*Hartford, CT  06115-0450*
*Telephone: (860)702-7641*
*Facsimile: (860) 702-8870*

July 11, 2019

**VIA 2ⁿᵈ DAY MAIL**
Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA   91367

   Re: St Christophers Healthcare, LLC.
     Chpt. 11 Bankruptcy filed 7/1/19 | Case No. 19-11468
     <u>Proof of Claim for $266,278.90</u>

Dear Omni Management:

Enclosed is the signed Proof of Claim to be filed in the above referenced case.

Should you have any questions or concerns in the interim, please do not hesitate to contact me.

Thank you,

*M.Priya .*

Priya Muthu
Legal Services Specialist - Bankruptcy
Credit and Delinquency Management

/jar
Enclosures

  (UPS Tracking No.: 1Z R84 73F 02 9883 4183)

**Fill in this information to identify the case:**

Debtor 1    St Christophers Healthcare, LLC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Delaware

Case number    19-11468

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

1. **Who is the current creditor?**

   UnitedHealthcare Insurance Company
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**

   ☑ No
   ☐ Yes.  From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   ATTN: CDM/Bankruptcy
   Name

   185 Asylum Street - 03B
   Number        Street

   Hartford          CT          06103
   City              State       ZIP Code

   Contact phone  860-702-7641

   Contact email  priya_muthu@uhc.com

   Where should payments to the creditor be sent? (if different)

   Name

   Number      Street

   City        State       ZIP Code

   Contact phone

   Contact email

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**

   ☑ No
   ☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
                                                                       MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☑ No
   ☐ Yes.  Who made the earlier filing? _____

Official Form 410                    **Proof of Claim**                    page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __3__ __9__ __5__ |

7. **How much is the claim?**     $_____$266,278.90. **Does this amount include interest or other charges?**

   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
     charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Claims overpayments not properly reimbursed.

9. **Is all or part of the claim secured?**

   ☑ No
   ☐ Yes.  The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**     $_____
   **Amount of the claim that is secured:**     $_____
   **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**  $_____

   **Annual Interest Rate (when case was filed)_____%**
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

11. **Is this claim subject to a right of setoff?**

    ☑ No
    ☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*                                                          **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                        $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).          $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                                                           $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).          $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).              $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.             $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/11/2019
                 MM / DD / YYYY

*M. Priya.*
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Priya Muthu | | |
|---|---|---|---|
| | First name | Middle name | Last name |

Title          Legal Services Specialist

Company        UnitedHealthcare Insurance Company
               Identify the corporate servicer as the company if the authorized agent is a servicer.

Address        185 Asylum St
               Number     Street

               Hartford                              C            06103
               City                                  State        ZIP Code

Contact phone  860-702-7641                          Email priya_muthu@uhc.com

---

Official Form 410                          **Proof of Claim**                          page 3



July 11, 2019

St Christophers Healthcare, LLC.

Chpt. 11 Bankruptcy
Filed: 7/1/19 | Case No. 19-11468

**Reservation of Rights:**
*UnitedHealthcare Insurance Company ("United") reserves its right to amend this claim to further liquidate the amount of overpayment owed by the Debtor to United based on the results of United's ongoing audit of claims submitted by the Debtor.*

| Provider Tin | Provider Name | State | Date of Service | Amount of Claim Paid by UHC | Claim Audit Amount | Balance Due | Collection Description |
|---|---|---|---|---|---|---|---|
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2019 | $597.28 | $597.28 | $597.28 | CPT G0378 or Revenue code 762 billed for 1 unit in error on 01/18/2019. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $2,033.00 | $2,033.00 | $2,033.00 | Per contractual agreement outpatient services that occurs the same or next two calendar days are considered included in inpatient rate paid under claim 759971868101processed 02/08/2019 with check TR28503523. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $2,033.00 | $2,033.00 | $2,033.00 | Per contractual agreement outpatient services that occurs the same or next two calendar days are considered included in inpatient rate paid under claim 759971868101processed 02/08/2019 with check TR28503523. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $976.54 | $976.54 | $976.54 | CPT G0378 or Revenue code 762 billed for 4 units in error. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $976.54 | $976.54 | $976.54 | CPT G0378 or Revenue code 762 billed for 4 units in error. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $702.28 | $702.28 | $702.28 | CPT G0378 or Revenue code 762 billed for 2 units in error. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2019 | $976.54 | $976.54 | $31.43 | CPT G0378 or Revenue code 762 billed for 7 units in error. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $87.50 | $87.50 | $87.50 | Services provided before Member Coverage Begin Date. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $236,058.18 | $236,058.18 | $236,058.18 | Charge paid at incorrect contract rate. See A#010018444 |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2019 | $7,636.44 | $2,323.16 | $2,323.16 | This 14 Year old patient presented to the hospital on 2019-01-18 with a diagnosis of J4542. A DRG review was performed which resulted in a change in DRG from 1413 to 1412. Please refer the letter for more details. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2019 | $976.54 | $976.54 | $364.05 | CPT G0378 or Revenue code 762 billed for 6 units in error. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2019 | $125.18 | $125.18 | $125.18 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $182,825.57 | $18,132.00 | $18,132.00 | This Less than 1 year old patient presented to the hospital on 2018-10-18 with a diagnosis of I313. A Cost Outlier/DRG review was performed which resulted in findings of 269258.06 of Non-Validated Charges. Please refer the letter for more details. |
| 822828395 | ST CHRISTOPHERS HOSPITAL FOR CHILDREN | PA | 2018 | $50.00 | $50.00 | $50.00 | Corrected bill submitted on claim 19A042383301 check number 2019051516500154 on 05/15/2019. |
| 822828395 | ST CHRISTOPHERS HOSPITAL FOR CHILDREN | PA | 2018 | $102.58 | $102.58 | $102.58 | Provider NPI is not registered with the state of Mississippi. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $776.20 | $776.20 | $776.20 | CPT G0378 or Revenue code 762 billed for 2 units in error. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2019 | $568.84 | $568.84 | $568.84 | CPT G0378 or Revenue code 762 billed for 2 units in error. Correct allowable for claim should be $0. |
| 822828395 | ST CHRISTOPHER'S HOSPITAL FOR CHILDREN | PA | 2018 | $341.14 | $341.14 | $341.14 | CPT G0378 or Revenue code 762 billed for 1 unit in error. Correct allowable for claim should be $0.00. |
| | | | | | Total | $266,278.90 | |

 UnitedHealthcare®

*Jay Ronning*
*Credit & Delinquency Management*
*185 Asylum Street, 03B*
*Hartford, CT  06115-0450*
*Telephone: (952)979-6215*
*Facsimile: (860) 702-8870*

August 27, 2019

**VIA 2ⁿᵈ DAY MAIL**
Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA   91367

     Re:   Center City Healthcare, LLC dba Hahnemann U Hospital
           Chpt. 11 Bankruptcy filed 6/30/19 | Case No. 19-11466
           <u>Proof of Claim for $21,414.55</u>

Dear Omni Management:

Enclosed is the signed Proof of Claim to be filed in the above referenced case.

Should you have any questions or concerns in the interim, please do not hesitate to contact me.

Thank you,

Jay Ronning
Senior Financial Analyst - Bankruptcy
Credit and Delinquency Management

/jar
Enclosures

(UPS Tracking No.: 1Z177A8A0294239200)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Center City Healthcare, LLC dba Hahnemann University Ho... |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number | 19-11466 |

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

UnitedHealthcare Insurance Company
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

ATTN: CDM/Bankruptcy
Name

185 Asylum Street - 03B
Number      Street

Hartford               CT          06103
City             State             ZIP Code

Contact phone  952 979 6215

Contact email  jayson_ronning@uhc.com

**Where should payments to the creditor be sent?** (if different)

Name
Number      Street

City             State             ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

**Part 2:**   Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  _3_  _3_  _4_  _1_ |

7. **How much is the claim?**   $_____ 21,414.55 . **Does this amount include interest or other charges?**
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
   charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Claims overpayments not properly reimbursed.

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes.  The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe:  _____

   **Basis for perfection:**  _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                                        $_____
   **Amount of the claim that is secured:**            $_____

   **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____

   **Annual Interest Rate** (when case was filed)_____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/27/2019
                  MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Jay | A | Ronning |
| | First name | Middle name | Last name |
| Title | Senior Financial Analyst - Bankruptcy | | |
| Company | UnitedHealthcare Insurance Company | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 185 Asylum Street 03B | | |
| | Number        Street | | |
| | Hartford | CT | 06103 |
| | City | State | ZIP Code |
| Contact phone | 952 979 6215 | Email | jayson_ronning@uhc.com |

August 27, 2019

Center City Healthcare, LLC dba Hahnemann
University Hospital

Chpt. 11 Bankruptcy
Filed: 6/30/19 | Case No. 19-11466

# UnitedHealthcare®

**Reservation of Rights:**

*UnitedHealthcare Insurance Company ("United") reserves its right to amend this claim to further liquidate the amount of overpayment owed by the Debtor to United based on the results of United's ongoing audit of claims submitted by the Debtor.*

| Provider Tin | Provider Name | State | Date of Service | Amount of Claim Paid by UHC | Claim Audit Amount | Balance Due | Collection Description |
|---|---|---|---|---|---|---|---|
| 82-2813341 | Hahnemann University Hospital, LLC | PA | 2/14/2019 | $16,868.44 | $11,300.17 | $11,300.17 | Failure to submit requested medical records. |
| 82-2813341 | Hahnemann University Hospital, LLC | PA | 3/19/2019 | $15,098.35 | $10,114.38 | $10,114.38 | Failure to submit requested medical records. |
| | | | | | | **Total Balance Due UHC** | **$21,414.55** |

 **UnitedHealthcare®**

*Priya Muthu*
*Credit & Delinquency Management*
*185 Asylum Street, 03B*
*Hartford, CT  06115-0450*
*Telephone: (860)702-7641*
*Facsimile: (860) 702-8870*

September 25, 2019

**VIA 2nd DAY MAIL**
Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA   91367

   Re: Center City Healthcare, LLC dba Hahnemann University Hospital
     Chpt. 11 Bankruptcy filed 6/30/19 | Case No. 19-11466
     <u>Proof of Claim for $184,142.13</u>

Dear Omni Management:

Enclosed is the Amended Proof of Claim to be filed in the above referenced case.

Should you have any questions or concerns in the interim, please do not hesitate to contact me.

Thank you,

*M.Priya -*

Priya Muthu
Legal Services Specialist - Bankruptcy
Credit and Delinquency Management

/pm
Enclosures

  (UPS Tracking No.: 1ZR8473F0296925749)

**Fill in this information to identify the case:**

Debtor 1    Center City Healthcare, LLC dba Hahnemann University H

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the:    District of Delaware

Case number    19-11466

---

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | UnitedHealthcare Insurance Company |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
| --- | --- |
| | ☐ Yes.  From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | ATTN: CDM/Bankruptcy | |
| | Name | Name |
| | 185 Asylum Street - 03B | |
| | Number     Street | Number     Street |
| | Hartford          CT          06103 | |
| | City          State          ZIP Code | City          State          ZIP Code |
| | Contact phone  8607027641 | Contact phone _____ |
| | Contact email  priya_muthu@uhc.com | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): |
| | ___ ___ ___ ___ ___ ___ ___ ___ |

| 4. Does this claim amend one already filed? | ☐ No | |
| --- | --- | --- |
| | ☑ Yes.  Claim number on court claims registry (if known) 2 | Filed on 07/25/2019 |
| | | MM  / DD  / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- |
| | ☐ Yes.  Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6.  Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __3__  __3__  __4__  __1__ |

7.  How much is the claim?    $_____184142.13 .  Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8.  What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Claims overpayments not properly reimbursed. _____

9.  Is all or part of the claim secured?

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**  _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                        $_____

Amount of the claim that is secured:       $_____

Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

10.  Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11.  Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/25/2019
                  MM / DD / YYYY

*signature:* M. Priya.
Signature

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | Priya | Muthu |
| | First name          Middle name | Last name |
| Title | Legal Services Specialist | |
| Company | UnitedHealthcare Insurance Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 185 Asylum Street 03B | |
| | Number          Street | |
| | Hartford | CT          06103 |
| | City | State     ZIP Code |
| Contact phone | 8607027641 | Email priya_muthu@uhc.com |



## UnitedHealthcare®

September 25, 2019

Center City Healthcare, LLC dba Hahnemann
University Hospital

Chpt. 11 Bankruptcy
Filed: 6/30/19 | Case No. 19-11466

**Reservation of Rights:**
*UnitedHealthcare Insurance Company ("United") reserves its right to amend this claim to
further liquidate the amount of overpayment owed by the Debtor to United based on the
results of United's ongoing audit of claims submitted by the Debtor.*

| Provider Tin | Provider Name | State | Date of Service | Amount of Claim Paid by UHC | Claim Audit Amount | Balance Due | Collection Description |
|---|---|---|---|---|---|---|---|
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $14,440.06 | $4,576.40 | $4,576.40 | Claim paid at incorrect network participation status. Allowable should be the contracted base rate of $18813.00 times weight 0.5243 for DRG 894 in the amount of $9863.66. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $158.16 | $158.16 | $158.16 | Corrected bill submitted on claim 18L568891801 check number 20190321112601018 on 03/21/2019. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $806.96 | $806.96 | $806.96 | CPT G0378 or Revenue code 762 billed for 2 units in error. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $65,302.60 | $65,302.60 | $65,302.60 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $9,389.44 | $2,836.28 | $75.46 | This 45 Year old patient presented to the hospital on 2018-10-07 with a diagnosis of E1022. A DRG review was performed which resulted in a change in DRG from 4683 to 4662. Please refer the letter for more details. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $976.54 | $976.54 | $406.02 | CPT G0378 or Revenue code 762 billed for 1 unit in error on 08/05/2018. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $976.54 | $976.54 | $976.54 | CPT G0378 or Revenue code 762 billed for 3 units in error. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $976.54 | $976.54 | $544.77 | CPT G0378 or Revenue code 762 billed for 1 unit in error on 12/20/2018. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $125.14 | $125.14 | $125.14 | This claim for late charges was submitted without a Late Charge Identifier causing it to exceed the total contracted allowed amount of $11,901.00 which was considered payment in full on 12/24/2018 under claim number 752777817201 with remittance number TR 27226159. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $561.62 | $561.62 | $561.62 | Please refund -Coordination of benefits - submit claim to Medicare |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $1.34 | $1.34 | $1.34 | Please refund -Coordination of benefits - submit claim to Medicare |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $18,158.35 | $14,168.04 | $14,168.04 | This 45 Year old patient presented to the hospital on 2018-08-18 with a diagnosis of E875. The DRG was changed from 4254 to 4251 because of No Medical Record Receives. Please refer to letter for more details. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $10,395.22 | $2,822.95 | $2,822.95 | This 28 Year old patient presented to the hospital on 2018-10-18 with a diagnosis of J9601. A DRG review was performed which resulted in a change in DRG from 1333 to 1413. Please refer the letter for more details. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $41,062.46 | $9,846.05 | $9,846.05 | This 47 year old patient presented to the hospital on Aug 16 2018. A DRG review was performed which resulted in a change in DRG from 919 to 438. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $5,811.09 | $4,917.93 | $4,917.93 | This claim processed using an incorrect allowed amount according to the network contract in effect for this date of service. The allowed amount for revenue code 0450 should have been calculated using 15.37% of the billed allowable charge plus an additional 90% ER service discount. Total allowable = $893.16. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $976.54 | $976.54 | $976.54 | CPT G0378 or Revenue code 762 billed for 5 units in error. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $4,813.23 | $4,813.23 | $4,813.23 | Per the authorization A054911522 the Inpatient Stay was denied. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $73.50 | $73.50 | $73.50 | Member had primary coverage through Medicare for this date of service. Please submit claim to Medicare for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $683.56 | $683.56 | $683.56 | CPT G0378 or Revenue code 762 billed for 2 units in error. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $221.28 | $221.28 | $221.28 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $7,060.05 | $7,060.05 | $7,060.05 | Claim paid for services not authorized. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $1,322.35 | $347.81 | $347.81 | This claim processed using an incorrect allowed amount according to the network contract in effect for this date of service. This claim should have allowed a per diem rate of $976.54 per diem limited to $974.54 for observation. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $976.54 | $976.54 | $976.54 | CPT G0378 or Revenue code 762 billed for 7 units in error. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $976.54 | $976.54 | $976.54 | CPT G0378 or Revenue code 762 billed for 3 units in error. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $64.85 | $64.85 | $64.85 | Corrected bill submitted on claim 19B991834201 check number 2019050215500672 on 05/02/2019. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $207.26 | $207.26 | $207.26 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $207.26 | $207.26 | $207.26 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $135.20 | $135.20 | $135.20 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $737.36 | $737.36 | $737.36 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $326.94 | $326.94 | $326.94 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $1,221.82 | $245.28 | $245.28 | This claim processed using an incorrect allowed amount according to the network contract in effect for this date of service. This claim should have allowed a per diem rate of $976.54 per diem limited to $976.54 for observation. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $4,706.65 | $4,706.65 | $4,706.65 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $13,001.73 | $7,814.41 | $7,814.41 | Payment of DRG 871 is not supported. Review supports DRG 690. A review of the medical records submitted did not validate A41.59 and G93.49 as diagnoses for this admission. The member presented for multiple falls. It was noted that the physician documented Sepsis and Metabolic Encephalopathy. The medical record is examined for consistent documentation of the conditions. While the patient presentation warranted consideration of sepsis as a possible diagnosis a localized infection of Acute Pyelonephritis was identified upon further investigation. It is acknowledged that the patient had elevations of WBCs temp and HR but there was no evidence in the medical record provided of a systemic response to infection. The member was noted to have altered mental status and found to be more lethargic. The member was noted to have encephalopathy likely secondary to delirium. The documentation and treatment provided does not support A41.59 and G93.41. The diagnosis codes A41.59 and G93.41 have been removed and N10 has been assigned as the principal diagnosis. Levy M et al. 2001 SCCM ESICM ACCP ATS SIS International Sepsis Definitions Conference. Int Care Med 2003 29 530 538. com Diagnosis of delirium and confusional states www.uptodate.com Lee WL Slutsky AS. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $976.54 | $976.54 | $976.54 | CPT G0378 or Revenue code 762 billed for 6 units in error. Correct allowable for claim should be $0. |
| 822813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2018 | $844.52 | $844.52 | $844.52 | CPT G0378 or Revenue code 762 billed for 1 unit in error on 10/24/2018. Correct allowable for claim should be $0. |
| 82-2813341 | HAHNEMANN UNIVERSITY HOSPITAL | PA | 2019 | $47,470.84 | $45,478.30 | $46,456.83 | Secondary diagnosis of J96.22 ACUTE ON CHRONIC RESPIRATORY FAILURE WITH HYPERCAPNIA AND J96.21 ACUTE ON CHRONIC RESPIRATORY FAILURE WITH HYPOXIA are not supported based on review of the submitted medical records. |

| Total Balance Due UHC | $184,142.13 |
|---|---|