# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Center City Healthcare, LLC

**Case No.:** 19–11466–KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 10/3/19
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:
Center City Healthcare, LLC
    Debtor

Case No. 19-11466-KG
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1    User: JasonSp    Page 1 of 4    Date Rcvd: Oct 03, 2019
Form ID: van440    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db    +Center City Healthcare, LLC,   230 North Broad Street,   Philadelphia, PA 19102-1121
aty   +Benjamin A. Hackman,   Office of the United States Trustee,   844 King Street,   Suite 2207,   Wilmington, DE 19801-3519
aty   +Laura Davis Jones,   Pachulski Stang Ziehl & Jones LLP,   919 N. Market Street, 17th Floor,   Wilmington, DE 19801-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:

    Aaron S. Applebaum   on behalf of Debtor   Center City Healthcare, LLC aaron.applebaum@saul.com
    Adam H. Isenberg   on behalf of Debtor   Center City Healthcare, LLC aisenberg@saul.com
    Andrew Kelser   on behalf of Creditor   Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity akelser@odonoghuelaw.com
    Andrew H. Sherman   on behalf of Creditor Committee   Official Committee of Unsecured Creditors asherman@sillscummis.com
    Andrew L. Cole   on behalf of Creditor   Sodexo Management, Inc. acole@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com
    Benjamin A. Hackman   on behalf of U.S. Trustee   U.S. Trustee benjamin.a.hackman@usdoj.gov
    Boris I. Mankovetskiy   on behalf of Creditor Committee   Official Committee of Unsecured Creditors bmankovetskiy@sillscummis.com
    Brendan Joseph Schlauch   on behalf of Interested Party   American Academic Health Systems, LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch   on behalf of Interested Party   Front Street Healthcare Properties, LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch   on behalf of Interested Party   Philadelphia Academic Health Holdings LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch   on behalf of Interested Party   Front Street Healthcare Properties II, LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brendan Joseph Schlauch   on behalf of Interested Party Joel   Freedman schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Brett D. Fallon   on behalf of Interested Party   Strategic Global Management, Inc. bfallon@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
    Brett D. Fallon   on behalf of Interested Party   KPC Global bfallon@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
    Bryan J Hall   on behalf of Creditor   224 E. 13th Street Realty Corp. bhall@blankrome.com
    Bryan J Hall   on behalf of Creditor   Philadelphia College of Osteopathic Medicine bhall@blankrome.com
    Carol E. Momjian   on behalf of Interested Party   Commonwealth of Pennsylvania, Office of Attorney General cmomjian@attorneygeneral.gov
    Chantelle D'nae McClamb   on behalf of Creditor   Drexel University mcclambc@ballardspahr.com, maddoxm@ballardspahr.com
    Charles A. McCauley III   on behalf of Creditor   Mayflower Laundry and Textile Services, LLC cmccauley@offitkurman.com, rcovington@offitkurman.com
    Christina J. Pross   on behalf of Creditor   PATHS LLC cpross@mwm-law.com
    Christopher A. Ward   on behalf of Creditor   BioCare, Inc., an Arizona for-profit corporation cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

```
District/off: 0311-1          User: JasonSp            Page 2 of 4           Date Rcvd: Oct 03, 2019
                              Form ID: van440          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christopher A. Ward    on behalf of Creditor    Vitalant, an Arizona non-profit corporation cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
        Christopher Dean Loizides    on behalf of Creditor    Global Neurosciences Institute, LLC loizides@loizides.com
        Christopher R. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General crmomjian@attorneygeneral.gov
        Claiborne S. Newlin    on behalf of Creditor    Pennsylvania Association of Staff Nurses and Allied Professionals cnewlin@markowitzandrichman.com, kbrookes@markowitzandrichman.com
        Curtis S. Miller    on behalf of Interested Party    Accreditation Council for Graduate Medical Education cmiller@mnat.com, rfusco@mnat.com;greimann@mnat.com
        Dale E. Barney    on behalf of Creditor    Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com
        Daniel K. Hogan    on behalf of Creditor    Hayes Locum, LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,lparalegal@dkhogan.com
        Daniel Michael Pereira    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health dpereira@schnader.com, 5283212420@filings.docketbird.com,EMcCarthy@schnader.com
        Daniel S. Shamah    on behalf of Interested Party Joel    Freedman dshamah@omm.com
        Daniel S. Shamah    on behalf of Interested Party    American Academic Health Systems, LLC dshamah@omm.com
        Daniel S. Shamah    on behalf of Interested Party    Philadelphia Academic Health Holdings LLC dshamah@omm.com
        Darrell W. Clark    on behalf of Creditor    Cerner Corporation dclark@stinson.com, cscott@stinson.com
        David Dembe    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General ddembe@attorneygeneral.gov
        David L. Campbell    on behalf of Creditor    Vizient, Inc. dcampbell@uplawtx.com, epierce@uplawtx.com
        David M. Klauder    on behalf of Interested Party Achintya    Moulick dklauder@bk-legal.com
        David M. Klauder    on behalf of Creditor Corinthia    Shields dklauder@bk-legal.com
        David M. Klauder    on behalf of Creditor    Suzanne Richards & Pamela Saechow dklauder@bk-legal.com
        David P. Primack    on behalf of Creditor    Crothall Healthcare, Inc. dprimack@mdmc-law.com, kpatterson@mdmc-law.com
        David W. Carickhoff    on behalf of Interested Party    Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan dcarickhoff@archerlaw.com
        Deirdre M. Richards    on behalf of Creditor    LEAF Capital Funding LLC drichards@finemanlawfirm.com
        Deirdre M. Richards    on behalf of Creditor    Rydal Square, L.P. drichards@finemanlawfirm.com
        Dennis A. Meloro    on behalf of Health Care Ombudsman    Suzanne Koenig, as Patient Care Ombudsman melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
        Dennis A. Meloro    on behalf of Creditor    3M Company melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
        Drew McGehrin    on behalf of Creditor    The Chubb Companies dsmcgehrin@duanemorris.com
        E. Todd Sable    on behalf of Interested Party    SBJ Group Inc. tsable@honigman.com
        Elihu Ezekiel Allinson, III    on behalf of Creditor    Urology for Children, LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
        Eric S. Goldstein    on behalf of Creditor    The Advisory Board Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
        Frederick B. Rosner    on behalf of Creditor    Medline Industries, Inc. rosner@teamrosner.com
        George P. Angelich    on behalf of Creditor    Medline Industries, Inc. angelich.george@arentfox.com, beth.brownstein@arentfox.com;phillip.khezri@arentfox.com
        Gregory A. Taylor    on behalf of Interested Party    Capital One, N.A. gtaylor@ashbygeddes.com
        Gregory Joseph Flasser    on behalf of Interested Party    Attorneys for The Advisory Board Company gflasser@bayardlaw.com
        Holly M Smith    on behalf of Interested Party    Watts Restoration Company, Inc. smith@lrclaw.com, Ramirez@lrclaw.com;Dellose@lrclaw.com;Butler@lrclaw.com
        Howard A. Cohen    on behalf of Creditor    Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com
        Jarret P. Hitchings    on behalf of Creditor    Albert Einstein Healthcare Network jphitchings@duanemorris.com
        Jason A. Gibson    on behalf of Creditor    Medline Industries, Inc. gibson@teamrosner.com
        Jason A. Gibson    on behalf of Interested Party    Cooper University Healthcare gibson@teamrosner.com
        Jeffrey Kurtzman    on behalf of Creditor    Rydal Square, L.P. kurtzman@kurtzmansteady.com
        Jeffrey C. Hampton    on behalf of Debtor    Center City Healthcare, LLC jeffrey.hampton@saul.com
        Jeffrey R Barber    on behalf of Creditor    Ensemble RCM, LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com
        Jeffrey R. Waxman    on behalf of Creditor    Herman Goldner Co., Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com;rzerbe@morrisjames.com
        Jeremy William Ryan    on behalf of Interested Party    SBJ Group Inc. jryan@potteranderson.com, bankruptcy@potteranderson.com
        Jody C. Barillare    on behalf of Creditor    General Healthcare Resources, LLC jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
        Joelle E. Polesky    on behalf of Creditor    MidCap Financial Trust jpolesky@stradley.com, tmitchell@stradley.com
        Joelle E. Polesky    on behalf of Creditor    MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) jpolesky@stradley.com, tmitchell@stradley.com
        Joelle E. Polesky    on behalf of Creditor    MidCap Funding H Trust jpolesky@stradley.com, tmitchell@stradley.com

```
District/off: 0311-1                  User: JasonSp                Page 3 of 4                  Date Rcvd: Oct 03, 2019
                                      Form ID: van440              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John Henry Schanne, II   on behalf of Interested Party    Temple University Health System, Inc. schannej@pepperlaw.com,
        wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com

        Joseph H. Huston, Jr.   on behalf of Interested Party    TOWER HEALTH SERVICES jhh@stevenslee.com
        Joseph J. McMahon, Jr.   on behalf of Interested Party    St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com
        Judy D. Thompson   on behalf of Creditor    Sodexo, Inc. jdt@jdthompsonlaw.com
        Julia Bettina Klein   on behalf of Creditor    Premier, Inc. klein@kleinllc.com
        Justin R. Alberto   on behalf of Creditor    Association of American Medical Colleges jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
        Justin R. Alberto   on behalf of Creditor    Educational Commission for Foreign Medical Graduates jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
        Kate R. Buck   on behalf of Creditor    PECO Energy Company kbuck@mccarter.com
        Kate R. Buck   on behalf of Creditor    Atlantic City Energy Company kbuck@mccarter.com
        Katharina Earle   on behalf of Interested Party    Capital One, N.A. kearle@ashbygeddes.com
        Kevin G. Collins   on behalf of Creditor    Roche Diagnostics Corporation kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
        Lance Michael Geren   on behalf of Creditor    Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
        Lance Michael Geren   on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
        Laura Davis Jones   on behalf of Creditor    Tenet Business Services Corp. ljones@pszjlaw.com
        Laura Davis Jones   on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC ljones@pszjlaw.com
        Lawrence A. Lichtman   on behalf of Interested Party    SBJ Group Inc. LLichtman@honigman.com
        Louis A. Curcio   on behalf of Interested Party    Capital One, N.A. louis.curcio@troutman.com, john.murphy@troutman.com
        Marc Stephen Casarino   on behalf of Creditor    SpecialtyCare, Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
        Marc Stephen Casarino   on behalf of Creditor    SpecialtyCare IOM Services, LLC casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
        Marcus Scott Sacks   on behalf of Creditor    UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov, Hillary.Burchuk@fcc.gov
        Marcy J. McLaughlin   on behalf of Interested Party    Temple University Health System, Inc. mclaughlinm@pepperlaw.com, molitorm@pepperlaw.com;hardinp@pepperlaw.com
        Marita Erbeck   on behalf of Interested Party    Thomas Jefferson University marita.erbeck@dbr.com
        Marita Erbeck   on behalf of Interested Party    Thomas Jefferson University Hospitals, Inc. marita.erbeck@dbr.com
        Mark Minuti   on behalf of Debtor    St. Christopher's Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    St. Christopher's Pediatric Urgent Care Center, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    HPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    Philadelphia Academic Health System, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    TPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    TPS V of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    Philadelphia Academic Medical Associates, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    TPS III of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    TPS II of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    TPS IV of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    Center City Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    SCHC Pediatric Anesthesia Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark Minuti   on behalf of Debtor    StChris Care at Northeast Pediatrics, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
        Mark D. Collins   on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins   on behalf of Interested Party    American Academic Health Systems, LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Mark D. Collins   on behalf of Interested Party    Philadelphia Academic Health Holdings LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Megan N. Harper   on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov
        Michael Comrie Heyden, Jr.   on behalf of Interested Party    Amicus Curiae mheyden@grsm.com

```
District/off: 0311-1          User: JasonSp                Page 4 of 4                  Date Rcvd: Oct 03, 2019
                              Form ID: van440              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Monica Mathews Reynolds    on behalf of Interested Party    Watts Restoration Company, Inc. mreynolds@cwolaw.com
         Monique Bair DiSabatino    on behalf of Debtor    Center City Healthcare, LLC monique.disabatino@saul.com, robyn.warren@saul.com
         Natasha M. Songonuga    on behalf of Interested Party    Hackensack Meridian Health nsongonuga@gibbonslaw.com
         Nicholas J. LePore, III    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health nlepore@schnader.com
         Paige Noelle Topper    on behalf of Interested Party    Accreditation Council for Graduate Medical Education ptopper@mnat.com, rfusco@mnat.com
         Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, pelchertthurmond@gmail.com
         Patrick A. Jackson    on behalf of Creditor    Gift of Life Donor Program, Greater Delaware Valley Society Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
         Patrick A. Jackson    on behalf of Interested Party    Thomas Jefferson University Hospitals, Inc. Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
         Patrick A. Jackson    on behalf of Interested Party    Thomas Jefferson University Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
         Pearl Pham    on behalf of Creditor    PHILADELPHIA GAS WORKS pearl.pham@pgworks.com
         R. Stephen McNeill    on behalf of Interested Party    SBJ Group Inc. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
         Reliable Companies    gmatthews@reliable-co.com
         Richard A. Barkasy    on behalf of Interested Party    Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com
         Rick S. Miller    on behalf of Creditor    ThyssenKrupp Elevator Corporation rmiller@ferryjoseph.com, mstucky@ferryjoseph.com
         Ryan B Smith    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney General rbsmith@attorneygeneral.gov
         Sabrina L. Streusand    on behalf of Creditor    NTT Data Services , prentice@slollp.com
         Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
         Sophie E. Macon    on behalf of Creditor    Association of American Medical Colleges smacon@bayardlaw.com, ehendry@bayardlaw.com
         Sophie E. Macon    on behalf of Creditor    Educational Commission for Foreign Medical Graduates smacon@bayardlaw.com, ehendry@bayardlaw.com
         Stephanie A. Fox    on behalf of Creditor    Coloplast Corp. saf@maronmarvel.com, kkw@maronmarvel.com
         Stuart M. Brown    on behalf of Interested Party    PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
         Stuart M. Brown    on behalf of Interested Party    Harrison Street Real Estate, LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
         Susan Murray    on behalf of Creditor    Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund smurray@freedmanlorry.com
         Thomas M. Horan    on behalf of Creditor Committee    Official Committee of Unsecured Creditors thoran@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
         Timothy Swanson    on behalf of Interested Party    Renal Treatment Centers-Northeast, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
         Timothy Swanson    on behalf of Interested Party    DaVita, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
         Timothy P. Cairns    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC tcairns@pszjlaw.com
         Timothy P. Cairns    on behalf of Creditor    Tenet Business Services Corp. tcairns@pszjlaw.com
         Tobey M. Daluz    on behalf of Creditor    Drexel University daluzt@ballardspahr.com, maddoxm@ballardspahr.com
         U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
         Vikrama S. Chandrashekar    on behalf of Creditor    Renal Treatment Centers-Northeast, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
         Vikrama S. Chandrashekar    on behalf of Creditor    DaVita, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com
         Vincent J Marriott, III    on behalf of Creditor    Drexel University marriott@ballardspahr.com
         William D. Sullivan    on behalf of Creditor    Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com
         William D. Sullivan    on behalf of Creditor    Monogram Biosciences, Inc. wdsecfnotices@sha-llc.com
         William F. Taylor, Jr.    on behalf of Creditor    Atlantic City Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
         William F. Taylor, Jr.    on behalf of Creditor    Constellation New Energy - Gas Division, LLC bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
         William F. Taylor, Jr.    on behalf of Creditor    PECO Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
         William F. Taylor, Jr.    on behalf of Creditor    Cerner Corporation bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

                                                                                                    TOTAL: 147