IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY ) | Bankruptcy No. 19-11466 |
| HOSPTIAL *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**THE CITY OF PHILADELPHIA'S LIMITED OBJECTION AND
RESERVATION OF RIGHTS TO SECOND SUPPLEMENTAL NOTICE OF
ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO
EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

The City of Philadelphia ("the City") respectfully represents as follows in support of this limited objection and reservation of rights (this "Objection") to the *Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (the "Supplemental Notice"):

1. On June 30, 2019, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

2. On September 27, 2019, the Court entered an order [D.I. 795] (the "STC Sale Order") approving the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain affiliated entities to STC Opco, LLC (the "Purchaser").

3. On September 23, 2019, the Debtors filed the Supplemental Notice of contracts to be assumed and assigned to the Purchaser.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

4. Exhibit A to the Supplemental Notice identifies certain executory contracts to be assumed and assigned to the Purchaser. *See* Supplemental Notice, Ex. A [D.I. 763-1].

5. Included on that list is a "Contract" with the City with a designated the cure amount of $0. *Id*.

6. The Supplemental Notice provides insufficient information regarding the nature of the contract with City that the Debtors intend to assume and assign to the Purchaser.

7. The City is unable to identify which contract Debtors seek to assume and assign.

8. Accordingly, City submits its Objection to the Supplemental Notice and reserves all rights and claims it may have with respect to the proposed assumption of the contract including, but not limited to, the right to assert that it is owed a cure greater than $0.00 in connection with any contractual assumption which amount may vary depending on the contract being assumed.

WHEREFORE, the City respectfully requests that the Court enter an order requiring the Debtors to update Exhibit A to the Supplemental Notice to sufficiently identify the contract and accurately reflect the cure amount due and granting such further relief as the Court deems appropriate.

Respectfully submitted,

Dated: October 7, 2019     By:     */s/ Megan N. Harper*
Megan N. Harper (No. 4103)
Deputy City Solicitor
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Tax & Revenue Unit
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov