# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY ) | Bankruptcy No. 19-11466 |
| HOSPTIAL *et al*., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2019, I caused a copy of the foregoing *Limited Objection and Reservation of Rights to the Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* to be sent via ECF Noticing to all parties receiving ECF Notices in these Chapter 11 proceedings and on the following via electronic mail:

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801
mark.minuti@saul.com
monique.disabatino@saul.com

Benjamin Hackman
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Rm. 2207
Lockbox #35
Wilmington, DE 19899-0035
benjamin.a.hackman@usdoj.gov

Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
thoran@foxrothschild.com

Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 0702
bmankovetskiy@sillscummis.com
asherman@sillcummis.com

Joelle E. Polesky
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
jpolesky@stradley.com

Gretchen M. Santamour
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com

Dated: October 7, 2019    By:  */s/ Megan N. Harper*
                                    Megan N. Harper (No. 4103)