**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 763** |

**UNITED STATES' RESERVATION OF RIGHTS TO SECOND SUPPLEMENTAL NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

The United States of America (the "United States"), on behalf of the Department of Health and Human Services, acting through its designated component, the Centers for Medicare & Medicaid Services, submits this reservation of rights to the *Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* (the "Supplemental Notice"), Dkt. 763, which proposes a cure amount of $0 for St. Christopher's Healthcare, LLC's ("STC") Medicare provider agreement. Dkt. 763-1 at 3.

1. On September 27, 2019, the Court entered an order (the "STC Sale Order") approving the sale of substantially all assets of STC and certain affiliated entities to STC Opco, LLC (the "Purchaser"). Dkt. 795.

2. The United States objected to the potential sale. Dkt. 715.

---

[1] The Debtors in these jointly administered cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. The United States, Debtors and the Purchaser negotiated to resolve the United States' objection.

4. The STC Sale Order reflects the results of that negotiation. *See, e.g.*, Dkt. 795 at ¶¶ 11-14. Paragraph 12 of the STC Sale Order provides that the STC Medicare provider agreements "shall be assumed and assigned, including, without limitation, any and all liability arising from or under the Provider Agreements." *Id.* at ¶ 12.

5. Paragraph 14 of the STC Sale Order provides that "[a]ny cure amount set forth by Debtors is not binding on the United States, and shall not be interpreted to set a cure amount related to the Provider Agreements or limit successor liability with respect to the Provider Agreements that are assumed and assigned to Purchaser." *Id.* at ¶ 14. That same paragraph provides: "At Closing, . . . on account of STC's estimated Medicare liabilities, there shall be paid via wire transfer of immediately available funds to an account designated by the Department of Justice such amount as is agreed upon by the Purchaser, the Debtors and the Department of Justice . . . ." *Id.*

6. The STC Sale Order, and not the Supplemental Notice, controls any cure amount the United States may receive.

7. Therefore, the United States respectfully requests that any order entered by the Court on the Supplemental Notice reflect that the cure amount for the STC Medicare provider agreements shall be controlled by the STC Sale Order. To the extent any order in response to the Supplemental Notice is inconsistent with the STC Sale Order, the United States reserves all rights and claims it may have with respect to the proposed assumption of the STC Medicare provider agreements including, but not limited to, the right to assert, consistent with the STC Sale Order, that the United States is owed a cure greater than $0.

Dated: October 7, 2019                                 Respectfully submitted,

                                                JOSEPH H. HUNT
                                                Assistant Attorney General

                                                DAVID C. WEISS
                                                United States Attorney

                                                ELLEN SLIGHTS
                                                Assistant United States Attorney

                                                <u>/s/ Marc S Sacks</u>
                                                RUTH A. HARVEY
                                                MARGARET M. NEWELL
                                                MARC S. SACKS

                                                Department of Justice
                                                Commercial Litigation Branch,
                                                Civil Division
                                                P.O. Box 875, Ben Franklin Station
                                                Washington, DC 20044-0875
                                                Tel. (202) 307-1104
                                                Fax (202) 514-9163
                                                [marcus.s.sacks@usdoj.gov](mailto:marcus.s.sacks@usdoj.gov)

                                                ATTORNEYS FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of October 2019, I caused a true and correct copy of the foregoing reservation of rights to be served via electronic mail upon all parties receiving electronic notice under the Court's CM/ECF system.

<u>s/ Marc S Sacks</u>
MARC S. SACKS