# **EXHIBIT 1**

# **Invoice**

#55423253 v1



# Temple University Hospital

Financial Administration

2450 W. Hunting Park Avenue, 2nd Floor
Philadelphia, PA  19129

## Account Summary for Temple University Hospital Residents

**Invoice To:**
Theresa DiBenedetto
Assoc. Coordinator of GME
St. Christopher's Hospital
Erie Avenue and Front Street
Philadelphia, PA 19134-1095

**Invoice Date :** 10/03/19

**Payment Due :** Upon Receipt

### A. PRIOR PAYMENT ACTIVITY

| Description | Date | Amount |
|---|---|---|
| FY18 AS&T for Neurology Resident (incl 3% increase) - Jul 17 to Sep 17 | | 7,617.26 |
| Payment | 11/15/17 | (7,617.26) |
| FY18 AS&T for Neurology Resident (incl 3% increase) - Oct 17 to Dec 17 | | 7,617.26 |
| Payment | 01/10/18 | (7,617.26) |
| FY18 AS&T for Neurology Resident (incl 3% increase) - Jan 18 to Mar 18 | | 7,617.26 |
| Payment | 07/31/18 | (7,617.26) |
| FY18 AS&T for Neurology Resident (incl 3% increase) - Apr 18 to Jun 18 | | 7,617.26 |
| Payment | 02/05/19 | (7,617.26) |
| FY19 AS&T for Neurology Resident (incl 3% increase) - Jul 18 to Sep 18 | | 7,845.78 |
| Payment | 12/12/18 | (7,845.78) |
| FY19 AS&T for Neurology Resident (incl 3% increase) - Oct 18 to Dec 18 | | 7,845.78 |
| FY19 AS&T for Neurology Resident (incl 3% increase) - Jan 19 to Mar 19 | | 7,845.78 |
| FY19 AS&T for Neurology Resident (incl 3% increase) - Apr 19 to Jun 19 | | 7,845.78 |

**Total Account Balance Before Current Invoice**     **23,537.34**

### B. CURRENT MONTHS ACTIVITY

FY20 AS&T for Neurology Resident (incl 3% increase) - Jul 19 to Sep 19     **8,081.15**

### C. OUTSTANDING BALANCE DUE TUH FROM AAHS     31,618.49

**Check Payable To:**
**Remit To:**
Temple University Hospital
Cashier Office
Room A131
3401 N. Broad Street
Philadelphia, PA  19140

39,699.64

If there are any questions, please contact Noelle Stuart at (215) 707-2945