**CERTIFICATE OF SERVICE**

      I, Marcy J. McLaughlin, hereby certify that on the 7th day of October, 2019, I caused copies of the foregoing *Limited Objection of Temple University Health System, Inc. to Second Supplemental Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors* to be served upon the parties set forth on the attached service list in the manner indicated.

                                            */s/ Marcy J. McLaughlin*
                                            Marcy J. McLaughlin (DE 6184)

**Center City Healthcare, LLC (Hahnemann)**

**19-11466 (KG)**

**SUPPLEMENTAL ASSUMPTION/ASSIGNMENT/CURE
OBJECTION SERVICE LIST
Re:  DI 301, 697 & 763**

| | |
|---|---|
| **BY EMAIL & FIRST CLASS MAIL**<br>*(Debtors)*<br>Center City Healthcare, LLC<br>Attn: Allen Wilen, Chief Restructuring Officer<br>230 North Broad Street<br>Philadelphia, PA<br>allen.wilen@eisneramper.com | **BY EMAIL & HAND DELIVERY**<br>*(Counsel to Debtors)*<br>Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19899<br>mark.minuti@saul.com |
| **BY EMAIL & FIRST CLASS MAIL**<br>*(Counsel to Debtors)*<br>Saul Ewing Arnstein & Lehr LLP<br>Attn: Jeffrey C. Hampton<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102<br>jeffrey.hampton@saul.com | **BY EMAIL & FIRST CLASS MAIL**<br>*(Counsel to the Official Committee of Unsecured Creditors)*<br>Sills Cummis & Gross P.C.,<br>Attn: Andrew Sherman and Boris Mankovetskiy<br>One Riverfront Plaza<br>Newark, NJ  07102<br>bmankovetskiy@sillscummis.com;<br>asherman@sillscummis.com |
| **BY EMAIL AND HAND DELIVERY**<br>*(Counsel to MidCap Financial Trust)*<br>Stradley Ronon Stevens & Young, LLP<br>Attn:  Joelle E. Polesky<br>1000 N. West Street, Suite 1279<br>Wilmington, DE 19801<br>jpolesky@stradley.com | **BY EMAIL & FIRST CLASS MAIL**<br>*(Co-Counsel to MidCap Financial Trust)*<br>Stradley Ronon Stevens & Young, LLP<br>Attn: Gretchen M. Santamour, Deborah Reperowitz, Mark J. Dorval, Joseph W. Catuzzi<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>gsantamour@stradley.com; dreperowitz@stradley.com;<br>mdorval@stradley.com;  jcatuzzi@stradley.com |

**BY EMAIL & FIRST CLASS MAIL**
*(Counsel to MidCap Financial Trust)*
VEDDER PRICE
Attn: Kathryn L. Stevens
222 North LaSalle Street
Chicago, IL 60601
kstevens@vedderprice.com

**BY EMAIL & HAND DELIVERY**
*(Counsel to Committee)*
Fox Rothschild LLP
Attn: Thomas Horan
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
thoran@foxrothschild.com

**BY EMAIL & HAND DELIVERY**
*(Counsel to Drexel University)*
Ballard Spahr LLP
Attn: Tobey M. Daluz and Chantelle D. McClamb
919 N. Market Street
Wilmington, DE 19801
daluzt@ballardspahr.com; mcclambc@ballardspahr.com

**BY EMAIL & FIRST CLASS MAIL**
*(Counsel to Drexel University)*
Ballard Spahr LLP
Attn: Vincent J. Marriott, III
1735 Market Street, 51st Floor
Philadelphia, PA 19103
marriott@ballardspahr.com

**BY EMAIL & HAND DELIVERY**
*(Counsel to Tower Health)*
Stevens & Lee, P.C.
Attn: Joseph H. Huston, Jr.
919 N. Market Street, Suite 1300
Wilmington, DE 19801
jhh@stevenslee.com

**BY EMAIL & FIRST CLASS MAIL**
*(Counsel to Tower Health)*
Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406
rl@stevenslee.com