UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-11466-KG |
| CENTER CITY HEALTHCARE, LLC, *et al.,* | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Creditor **Philadelphia Hospital and Healthcare Employees – District 1199C Training and Upgrading Fund.**

Respectfully submitted,

Date: October 9, 2019

/s/ *Claiborne S. Newlin*
CLAIBORNE S. NEWLIN, ESQUIRE
Markowitz and Richman
Legal Arts Building
1225 King Street, Suite 804
Wilmington, DE 19801

Telephone: 215-875-3111
E-mail: cnewlin@markowitzandrichman.com

*Attorneys for Philadelphia Hospital and Healthcare Employees – District 1199C Training and Upgrading Fund*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9 day of October 2019, the foregoing Notice of Appearance was served through the Court's electronic filing system.

Date:   October 9, 2019            /s/ *Claiborne S. Newlin*
                                   CLAIBORNE S. NEWLIN, ESQUIRE