UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                       Chapter  11

Case No.  19 - 11466  ( KG )

Debtor:  Center City Healthcare, LLC d/b/a Hahnemann University Hospital

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Susan A. Murray  to represent  Philadelphia Hospital and Healthcare Employees - District 1199C Training and Upgrading Fund  in this action.

/s/ Claiborne S. Newlin

Firm Name: Markowitz & Richman
Address: 1225 King Street, Suite 804
Wilmington, DE 19801
Phone: 302-656-2308
Email: cnewlin@markowitzandrichman.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Pennsylvania  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Susan A. Murray

Firm Name: Freedman & Lorry, P.C.
Address: 1601 Market Street, Suite 1500
Philadelphia, PA 19103
Phone: 215-931-2506
Email: smurray@freedmanlorry.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: October 9th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105