## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket No. ___** |
| | ) |

### ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

Upon the motion (the "<u>Motion</u>")[2] of the Debtors for entry of an order granting the

Debtors an extension, through and including January 27, 2020, of the statutory deadline for the

Debtors to assume or reject the Real Property Leases; and it appearing that the relief requested in

the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in

interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334 and the Amended Standing Order of Reference from the United States District Court for

the District of Delaware, dated February 29, 2012; and this Court having found that this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order

consistent with Article III of the United States Constitution; and this Court having found that

venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    Capitalized terms used herein, but not otherwise defined, have the meaning given to them in the Motion.

U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the Assumption/Rejection Deadline is hereby extended through and including January 27, 2020.

3.      This Order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Assumption/Rejection Deadline with the consent of the affected lessors.

4.      Nothing contained herein shall be deemed to (a) authorize the assumption or rejection of any of the Real Property Leases or (b) determine whether any of the Real Property Leases or other agreements to which any of the Debtors is a party is an unexpired lease of nonresidential real property with the meaning of section 365(d) of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

36003345.1 10/09/2019