## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* | ) |
| *al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **Hearing Date: N/A** |
| | ) **Objection Deadline: N/A** |

## MOTION OF THE DEBTORS TO SHORTEN NOTICE OF DEBTORS' MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, having filed contemporaneously the *Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* (the "365(d)(4) Motion"),[2] respectfully submit this motion (the "Motion") pursuant to section 105 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening the time for notice of the

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Emergency Motion.

hearing to consider the 365(d)(4) Motion so that the 365(d)(4) Motion may be considered by the Court at the omnibus hearing scheduled for October 21, 2019 at 11:00 a.m. (EST) (the "Hearing"), with any objections to the 365(d)(4) Motion to be filed by October 18, 2019 at 12:00 p.m. (EST); provided, however, that such a Hearing will be required only if objections to the 365(d)(4) Motion are filed.  In support of this Motion, the Debtors respectfully represent as follows:

## Jurisdiction

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this judicial district under 28 U.S.C. §§ 1408 and 1409.  The Debtors confirm their consent pursuant to Local Rule 9013-1(f) to the entry of a final order by the Court in connection with this Motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      The statutory bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e).

## Background

3.      On June 30 and July 1, 2019 (collectively, the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").  The Debtors are operating their businesses and managing their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner in these Chapter 11 Cases.  On July 15, 2019, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors.

4.     A description of the Debtors' businesses and the reasons for commencing these Chapter 11 Cases is set forth in the *Declaration of Allen Wilen in Support of First Day Relief* [D.I. 2], which is incorporated herein by reference.

5.     As more fully explained in the 365(d)(4) Motion, the current Assumption/Rejection Deadline is set to expire on October 28, 2019 and the Debtors require additional time to make a final determination regarding the assumption or rejection of their Real Property Leases.  In particular, until the closing of the STC Sale, the Debtors will not know which Real Property Leases have been designated by the Buyer for assumption and assignment, which will in turn impact the Debtors' determination as to which Real Property Leases to assume or reject.

6.     To ensure that the Debtors' rights are preserved, the Debtors are filing this Motion, in an abundance of caution, in light of the language of Bankruptcy Code section 365(d)(4)(B)(i), which provides that "the court may extend the period determined under subparagraph (A), *prior to the expiration of the 120-day period*[.]"  *See* 11 U.S.C. § 365(d)(4)(B)(i) (emphasis added).

## Relief Requested

7.     By this Motion, the Debtors seek the entry of an order shortening notice of the hearing to consider the 365(d)(4) Motion so that the 365(d)(4) Motion can be considered at the Hearing, with any objections to the 365(d)(4) Motion to be filed by October 18, 2019 at 12:00 p.m. (EST); provided, however, that such a Hearing will be required only if objections to the 365(d)(4) Motion are filed by the proposed objection deadline.

## Basis for Relief Requested

8.     Local Rule 9006-1(c)(i) requires that all motion papers be filed and served at least fourteen days prior to the proposed hearing.  *See* Del. Bankr. L.R. 9006-1(c)(i).  Local Rule

9006-1(c)(ii) provides that objections, if any, to such a motion are to be received at least seven days prior to the proposed hearing date.  *See* Del. Bankr. L.R. 9006-1(c)(ii).

9.       Local Rule 9006-1(e), however, provides that a motion may be heard on less notice than as otherwise required if authorized "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice."  Del. Bankr. L.R. 9006-1(e).  Indeed, as stated in Bankruptcy Code section 102(1), "notice and a hearing" is an elastic phrase meant to take into account the "particular circumstances" of a motion.  *See* 11 U.S.C. § 102(1) (stating that "'after notice and a hearing', or similar phrase . . . means after such notice as is appropriate in the particular circumstances . . . ."); *Rockwell Int'l Corp. v. Harnischfeger Indus., Inc. (In re Harnischfeger Indus., Inc.)*, 316 B.R. 616, 620 (D. Del. 2003) ("The policy of Section 102 is to permit the court flexibility, while ensuring that all parties have proper notice.").

10.      The Debtors' ability to extend the Assumption/Rejection Deadline is a pressing matter that justifies shortened notice of the 365(d)(4) Motion.  Specifically, it is critical that this Court consider the relief requested in the 365(d)(4) Motion before the expiration of the current Assumption/Rejection Deadline, which is October 28, 2019, to avoid the potential inadvertent rejection of any of the Real Property Leases, which could jeopardize the pending sale of the Sellers' assets and result in  a diminished recovery for creditors.

11.      Additionally, the Debtors do not believe that parties in interest will be prejudiced by the relief requested in this Motion.  The Debtors will serve this Motion and the 365(d)(4) Motion on parties in interest by expedited mail, and such parties will have nine (9) days to object to the 365(d)(4) Motion.  This objection deadline provides *greater* time for parties to respond to the 365(d)(4) Motion than is otherwise required by Local Rules 9006-1(c)(i) and (ii), which

permit a seven (7)-day objection period. The proposed objection deadline will also permit the Debtors to alleviate the need for a hearing on the 365(d)(4) Motion to the extent there are no responses filed to the motion.

12. Accordingly, for the reasons set forth above, the Debtors submit that the relief requested herein is in the best interests of the Debtors' estates, creditors and parties in interest, and should be granted.

### Notice

13. Notice of this Motion will be given to the following parties, or in lieu thereof, to their counsel: (i) the Office of the United States Trustee; (ii) the Official Committee of Unsecured Creditors; (iii) counsel to MidCap Funding IV Trust; (iv) Drexel University d/b/a Drexel University College of Medicine; (v) the Debtors' unions; (vi) the Internal Revenue Service; (vii) the United States Attorney for the District of Delaware; (viii) the United States Department of Justice; (ix) the Pennsylvania Attorney General's Office; (x) the Pennsylvania Department of Health; (xi) the City of Philadelphia; and (xii) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

[remainder of page left intentionally blank]

36003370.1 10/9/19

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto: (i) granting the relief requested in the Motion; (ii) considering the 365(d)(4) Motion at the Hearing, with any objections, if any, to the 365(d)(4) Motion to be filed by October 18, 2019 at 12:00 p.m. (EST), and provided, further, that such Hearing will be required only if objections to the 365(d)(4) Motion are filed by the proposed objection deadline; and (iii) granting such other further relief as is just and proper.

Dated: October 9, 2019 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
    Mark Minuti (DE Bar No. 2659)
    Monique B. DiSabatino (DE Bar No. 6027)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE  19899
    Telephone: (302) 421-6800
    Fax: (302) 421-5873
    mark.minuti@saul.com
    monique.disabatino@saul.com

      -and-

    Jeffrey C. Hampton
    Adam H. Isenberg
    Aaron S. Applebaum (DE Bar No. 5587)
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-777
    Fax: (215) 972-7725
    jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    aaron.applebaum@saul.com

    *Counsel for Debtors and Debtors in Possession*