IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) Related to Docket No. 830, 831 |

## ORDER GRANTING MOTION TO SHORTEN NOTICE OF DEBTORS' MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for shortened notice of the *Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* (the "365(d)(4) Motion"); and no previous motion for such relief having been made; and for good cause shown; it is hereby ORDERED that

1. The Motion is GRANTED as set forth herein.

2. The 365(d)(4) Motion shall be considered by the Court at 11:00 a.m./p.m. (EST) on October 21, 2019; provided, however, that such a Hearing will be required only if objections to the 365(d)(4) Motion are filed by the objection deadline set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3. Objections, if any, to the 365(d)(4) Motion shall be served and filed on or before 12:00 ~~a.m.~~/p.m. (EST) on October 17, 2019. *

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

\* The agenda for the hearing will not be due until 5:00 p.m. on October 17, 2019

October 10, 2019

_____
Kevin Gross, U.S.B.J.