FILED

2019 OCT -8 AM 9: 01

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
District of Delaware
Honorable Kevin Gross - Judge

Thomas Hall
487 Rowan Street
Warminster, PA 18974
PHONE: 267-255-0429

RE: AMERICAN ACADEMIC HEALTHCARE, HAHNEMANN UNIVERSITY HOSPITAL

Your Honor:

I am addressing this letter to you out of concern, confusion, and bewilderment concerning the bankruptcy proceedings involving American Academic Healthcare, Hahnemann University hospital.

First allow me to introduce myself. My name is Tom Hall and I have been employed at the hospital for approximately 12 years. I am a member of the Anesthesia department, providing all types of anesthesia for all types of surgeries. This department along with many members of the hospital have performed life saving care to all within the community and outside of it. Saved many lives and have devoted many hours, days and years training future caregivers and caring for lots of people.
It's with great pleasure that we all served in that capacity and I am sure all would feel the same in expressing their gratitude in those roles.

As the community and medical care have drastically changed, we have found ourselves in the middle of the inability of the hospital to operate efficiently with the given resources, and I understand that.

The confusion concerns when the owner whose insurance company carrier is his company, drops the coverage of over 2000 employees. This coverage is malpractice coverage. This coverage adversely affects well over a 2000 employees, if not more, who have devoted their careers and many hours helping and saving peoples lives. I also find it sad that an article in the paper sadly stated that the creditors are of most importance. That may have been taken out of context, however the connotation is difficult to swallow, given the deep pockets of both owner and mortgage holder.

American Academic is not providing tail quotes from his current insurance carrier or covering our time we worked there. This act adversely affect every employee, and every citizen who has walked through the hospital entrance.

Your Honor, I am requesting that you may Please consider the circumstances surrounding his BANKRUPTCY filings and impose at least some partial relief for all of

the professional employees and all the citizens of Philadelphia. I hope you find it in your heart and within the law to impose American Academic to provide some period of tail insurance or their current carrier to provide coverage.

Your Honor I could obtain at least 2000 signatures if required. I am hoping that you find within the law a way of at least enforcing him to do what is right.

I want to thank you if you read this request and I am hopeful that YOUR HONNOR will consider the request.

SINCERELY,

Tom Hall