UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.,
Debtors

Case No. 19-11466 (KG)
Reporting Period: August 1, 2019 – August 31, 2019

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Available to the U.S. Trustee upon request | | |
| Schedule of Professional Fees Paid | MOR-1b | Available to the U.S. Trustee upon request | | |
| Copies of bank statements | | Available to the U.S. Trustee upon request | | |
| Cash disbursements journals | | Available to the U.S. Trustee upon request | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | No | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

*10-10-19*
Date

Allen Wilen
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,*et al.*
Debtors

Case No. 19-11466 (KG)
Reporting Period: August 1, 2019 – August 31, 2019

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
August 1, 2019 – August 31, 2019

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. | TPS III of PA, L.L.C. | SCHC Pediatric Associates, L.L.C. | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance - Books | $ 943,407 | $ 1,185,982 | $ (7,207) | $ 275 | $ 1,150 | $ 200 | $ 50 | $ 250 | $ 3,894,484 | $ 20,620,816 |
| Collections | 815,654 | 18,111,808 | 144,079 | 17,741 | 2,837,869 | 208,560 | 21,229 | 477,830 | - | 22,634,770 |
| Other Revenue | 370,780 | 2,811,921 | 573,187 | 42,633 | 2,378,843 | 15,748 | 498,198 | - | 360 | 6,691,679 |
| **Total Receipts** | 1,186,443 | 20,923,729 | 717,266 | 60,374 | 5,216,712 | 224,308 | 519,427 | 477,830 | 360 | 29,326,449 |
| Salaries, wages and benefits | (8,821,401) | (7,737,546) | (1,080,721) | (44,945) | (7,068,835) | (141,256) | (453,316) | (184,496) | (446,627) | (25,979,143) |
| Supplies expense | (40,592) | (3,271,187) | (2,753) | (567) | (76,252) | (22,264) | (132) | (138,231) | (5,466) | (3,557,444) |
| Other controllable expenses | (10,944,116) | (6,203,835) | (298,962) | (43,546) | (1,436,673) | (47,274) | (87,420) | (84,007) | (3,529,483) | (22,675,316) |
| Non-controllable expenses | (1,485,874) | (1,646,939) | (123,160) | (34,143) | (547,103) | (19,448) | (13,807) | (12,125) | (21,363) | (3,903,962) |
| Total Operating Disbursements | (21,291,983) | (18,859,507) | (1,505,596) | (123,201) | (9,128,863) | (230,242) | (554,675) | (418,859) | (4,002,939) | (56,115,865) |
| *Restructuring Related Disbursements* | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow Prior to Financing Activities | (20,105,540) | 2,064,222 | (788,330) | (62,827) | (3,912,151) | (5,934) | (35,248) | 58,971 | (4,002,579) | (26,789,416) |
| *Financing Activities* | | | | | | | | | | |
| DIP Revolver Borrowings | 30,145,987 | - | - | - | - | - | - | - | - | 30,145,987 |
| DIP Revolver Paydown | (49,368,160) | - | - | - | - | - | - | - | - | (49,368,160) |
| Interest | (8,996) | (3,624) | (88) | (50) | (712) | (103) | (105) | (392) | (584,036) | (598,006) |
| Total Financing Activities | (19,231,070) | (3,624) | (88) | (50) | (712) | (103) | (105) | (392) | (584,036) | (19,820,180) |
| Net Cash Flow | (39,336,610) | 2,060,598 | (788,418) | (62,877) | (3,912,863) | (6,037) | (35,353) | 58,579 | (4,586,615) | (46,609,596) |
| Transfers | 39,782,117 | (1,603,971) | 859,508 | 62,877 | 3,912,863 | 6,037 | 35,353 | (58,579) | 1,877,542 | 30,271,522 |
| Ending Balance - Books | 1,388,914 | 1,642,609 | 63,883 | 275 | 1,150 | 200 | 50 | 250 | 1,185,411 | 4,282,742 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ (21,291,983) | $ (18,859,507) | $ (1,505,596) | $ (123,201) | $ (9,128,863) | $ (230,242) | $ (554,675) | $ (418,859) | $ (4,002,939) | $ (56,115,865) |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*

Debtors

Case No. 19-11466 (KG)
Reporting Period: August 1, 2019 - August 31, 2019

Schedule of Debtor Bank Account Balances

| Bank Account | Bank | Account Holder | Account Name | Beginning Account Balance | Debits | Credits | Ending Account Balance |
|---|---|---|---|---|---|---|---|
| ****-4834 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | Voluntary Benefits | 34,981.64 | 160,604.92 | -154,964.57 | 40,621.99 |
| ****-5202 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | Merchant Credit Card Deposits | 3,009.98 | 142,707.42 | -112,117.48 | 33,599.92 |
| ****-5981 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | Non-Government Account | 0.00 | 7,882,603.81 | -7,882,603.81 | 0.00 |
| ****-6005 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | Non-Government Account | 0.00 | 15,607,918.49 | -15,607,918.49 | 0.00 |
| ****-6021 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | Concentration Account | 2,988,227.36 | 42,180,641.22 | -44,971,153.93 | 197,714.65 |
| ****-6030 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | Benefits Claim Self-Funding | 845,703.62 | 209.13 | 0.00 | 845,912.75 |
| ****-6039 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | Operating Account | 0.00 | 11,097.86 | -11,097.86 | 0.00 |
| ****-6048 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | Dental Claims Self-Funding | 5,000.00 | 178,332.87 | -133,332.87 | 50,000.00 |
| ****-6054 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | Operating Account | 0.00 | 8,488.71 | -8,488.71 | 0.00 |
| ****-6063 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | Master Deposit Account | 2,643,594.20 | 46,715,009.96 | -48,447,801.22 | 910,802.94 |
| ****-6070 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | Payroll Account | 122,286.44 | 13,272,524.37 | -13,362,317.81 | 32,493.00 |
| ****-6071 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | Government Deposit Account | 0.00 | 8,069,215.09 | -8,069,215.09 | 0.00 |
| ****-6096 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | Payroll Account | 215,219.81 | 15,037,982.73 | -14,363,364.53 | 889,838.01 |
| ****-6097 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | Government Deposit Account | 0.00 | 10,766,859.69 | -10,766,859.69 | 0.00 |
| ****-8873 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES | Operating Account | $206.64 | $4,850.18 | ($5,056.82) | ($0.00) |
| ****-9146 | WELLS FARGO BANK, N.A. | TPS V OF PA, L.L.C. | Non-Government Account | 0.00 | 474,625.15 | -474,625.15 | 0.00 |
| ****-9310 | WELLS FARGO BANK, N.A. | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | Government Account | 0.00 | 530.00 | -530.00 | 0.00 |
| ****-9328 | WELLS FARGO BANK, N.A. | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | Non-Government Account | 0.00 | 188,792.44 | -188,792.44 | 0.00 |
| ****-9336 | WELLS FARGO BANK, N.A. | TPS OF PA, L.L.C. | Government Account | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9344 | WELLS FARGO BANK, N.A. | TPS OF PA, L.L.C. | Non-Government Account | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9351 | WELLS FARGO BANK, N.A. | TPS II OF PA, L.L.C. | Government Account | 0.00 | 25,294.71 | -25,294.71 | 0.00 |
| ****-9369 | WELLS FARGO BANK, N.A. | TPS II OF PA, L.L.C. | Non-Government Account | 0.00 | 140,043.69 | -140,043.69 | 0.00 |
| ****-9377 | WELLS FARGO BANK, N.A. | TPS III OF PA, L.L.C. | Government Account | 0.00 | 205.11 | -205.11 | 0.00 |
| ****-9385 | WELLS FARGO BANK, N.A. | TPS III OF PA, L.L.C. | Non-Government Account | 0.00 | 310.92 | -310.92 | 0.00 |
| ****-9393 | WELLS FARGO BANK, N.A. | TPS IV OF PA, L.L.C. | Government Account | 0.00 | 44,669.08 | -44,669.08 | 0.00 |
| ****-9401 | WELLS FARGO BANK, N.A. | TPS IV OF PA, L.L.C. | Non-Government Account | 0.00 | 131,512.87 | -131,512.87 | 0.00 |
| ****-9419 | WELLS FARGO BANK, N.A. | TPS V OF PA, L.L.C. | Government Account | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9500 | WELLS FARGO BANK, N.A. | HPS OF PA, L.L.C. | Government Account | 0.00 | 13,201.79 | -13,201.79 | 0.00 |
| ****-9518 | WELLS FARGO BANK, N.A. | HPS OF PA, L.L.C. | Non-Government Account | 0.00 | 3,560.84 | -3,560.84 | 0.00 |
| ****-9526 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ASSOCIATES, L.L.C. | Government Account | 0.00 | 65,664.30 | -65,664.30 | 0.00 |
| ****-9534 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ASSOCIATES, L.L.C. | Non-Government Account | 0.00 | 2,462,428.87 | -2,462,428.87 | 0.00 |
| ****-9542 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S PEDIATRIC URGENT CARECENTER, L.L.C. | Government Account | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9559 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C. | Non-Government Account | 0.00 | 46,412.43 | -46,412.43 | 0.00 |
| ****-9567 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C. | Government Account | 0.00 | 475.75 | -475.75 | 0.00 |
| ****-9575 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C. | Non-Government Account | 0.00 | 317,280.49 | -317,280.49 | 0.00 |
| Total | | | | $6,858,229.69 | $163,954,054.89 | ($167,811,301.32) | $3,000,983.26 |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*    Case No. 19-11466 (KG)

Debtors    Reporting Period: August 1, 2019 - August 31, 2019

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

August Expenses

| Payee | Period Covered | Amount Approved | Payor | Wire Number | Date | Fees | Expenses |
|-------|----------------|-----------------|-------|-------------|------|------|----------|
|       |                |                 |       |             |      |      |          |
|       |                |                 |       |             |      |      |          |
|       |                |                 |       |             |      |      |          |
|       |                |                 |       |             |      |      |          |
|       |                |                 |       |             |      |      |          |
|       |                |                 |       |             |      |      |          |
|       |                |                 |       |             |      |      |          |
|       |                |                 |       | **Total**   |      | $0   |          |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*      Case No. 19-11466 (KG

Debtors      Reporting Period: August 1, 2019 - August 31, 2019

## STATEMENT OF OPERATIONS

(Consolidated Income Statement)[1]

| REVENUES | July 2019 | August 2019 | Cumulative Filing to Date |
|---|---|---|---|
| Gross Patient Revenues | $222,080,436 | $149,794,416 | $371,874,852 |
| Less:  Reductions | ($190,358,540) | ($127,159,646) | ($317,518,186) |
| Net Patient Revenue | $31,721,896 | $22,634,770 | $54,356,666 |
| **OPERATING EXPENSES** | | | |
| Salaries, wages and benefits | 28,163,135 | 25,979,143 | 54,142,278 |
| Supplies expense | 4,706,936 | 3,557,444 | 8,264,380 |
| Other controllable expenses (See #1 on attached Continuation Sheet) | 25,689,546 | 22,675,316 | 48,364,862 |
| Non-controllable expenses (See #2 on attached Continuation Sheet) | 5,158,804 | 3,903,962 | 9,062,766 |
| E.H.R. Incentive | - | - | - |
| Total Operating Expenses Before Depreciation | 63,718,421 | 56,115,865 | 119,834,286 |
| Depreciation/Depletion/Amortization | 23,546 | 67,047 | 90,593 |
| Net Profit (Loss) Before Other Income & Expenses | ($32,020,071) | ($33,548,142) | ($65,568,213) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Revenue  (See #3 on attached Continuation Sheet) | $8,529,756 | $6,691,679 | $15,221,435 |
| Other Non-Operating Income | (41) | - | (41) |
| Interest Expense | 49,551 | 598,006 | 647,557 |
| Net Profit (Loss) Before Reorganization Items | ($23,539,825) | ($27,454,469) | ($50,994,294) |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | $50,000 | $0 | $50,000 |
| U. S. Trustee Quarterly Fees | - | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 | - | - | - |
| Gain (Loss) from Sale of Equipment | - | - | - |
| Other Reorganization Expenses | - | - | - |
| Total Reorganization Expenses | 50,000 | - | 50,000 |
| Income Taxes | - | - | - |
| Net Profit (Loss) | ($23,589,825) | ($27,454,469) | ($51,044,294) |

1 - The unconsolidated Statements of Income (unaudited) are provided subsequent to the continuation sheet.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.    Case No. 19-11466 (KG)
Debtors    Reporting Period: August 1, 2019 - August 31, 2019

STATEMENT OF OPERATIONS - continuation sheet

| Ref | BREAKDOWN OF "OTHER" CATEGORY | July 2019 | August 2019 | Cumulative Filing to Date |
|---|---|---|---|---|
| 1 | **Other Controllable Expenses** | | | |
| 2000 | OCE PHYSICIANS MED | $322,066 | $352,581 | $674,647 |
| 2005 | OCE PHYSICIANS GROU | 732,659 | 729,435 | 1,462,094 |
| 2005 | OCE PHYSICIANS MED | 2,649,439 | 1,655,997 | 4,305,436 |
| 2020 | OCE DIRECTORS MED F | 48,113 | (1,870) | 46,243 |
| 2021 | OCE PHYSICIAN STIPE | 4,687,473 | 2,685,748 | 7,373,221 |
| 2100 | OCE MED-THERP/OTHER | 338,283 | 198,082 | 536,365 |
| 2200 | OCE CONSULTING/MGMT | 1,439,215 | 1,567,020 | 3,006,235 |
| 2250 | OCE LOBBYING | 4,242 | 4,242 | 8,484 |
| 2300 | OCE LEGAL FEE-NON L | 268,900 | 728,516 | 997,416 |
| 2400 | OCE AUDIT FEES | (5,357) | - | (5,357) |
| 2500 | OCE OTHER FEE-NON M | 629,407 | 1,910,788 | 2,540,195 |
| 2520 | OCE BOARD DIRECTOR | (5,400) | - | (5,400) |
| 4700 | OCE DOCTOR/EMPL APP | 410 | (20) | 390 |
| 4800 | OCE INSTRUMENTS/MIN | 24,650 | 5,874 | 30,524 |
| 4800 | OCE MINOR NON-MED E | 11,104 | 5,447 | 16,551 |
| 4900 | OCE MINOR NON-MED E | 197 | 3,802 | 3,999 |
| 6105 | OCE OTHER MED FEES | 570,496 | 283,562 | 854,058 |
| 6106 | OCE NON-MED CONTRAC | 5,653,805 | 4,992,003 | 10,645,808 |
| 6107 | OCE OUTSOURCED NON- | 366,304 | 366,304 | 732,608 |
| 6108 | OCE OUTSOURCE NON-S | 52,012 | (5,680) | 46,332 |
| 6110 | OCE OUTSIDE MED TES | 156,677 | 123,068 | 279,745 |
| 6210 | OCE REPAIR - EQUIPM | 473,281 | 228,929 | 702,210 |
| 6220 | OCE REPAIR & MAINT | 582 | 37 | 619 |
| 6230 | OCE SVC & MAINT CON | 722,506 | 818,857 | 1,541,363 |
| 6231 | OCE ROBOTICS SVC CO | 11,167 | 11,167 | 22,334 |
| 6504 | OCE CONFIT COLL FEE | 135,913 | 135,913 | 271,826 |
| 6505 | OCE CONFIT COLL FEE | 1,068,902 | 872,957 | 1,941,859 |
| 6507 | OCE OTHER AGENCY FE | 220,306 | 218,458 | 438,764 |
| 6509 | OCE CON FEE PATACCT | 669,302 | 554,828 | 1,224,130 |
| 6600 | OCE PURCHASED SERVI | 1,111,897 | 1,004,264 | 2,116,161 |
| 6601 | OCE PENALTIES | 15,093 | 5,563 | 20,656 |
| 6604 | OCE SOFTWARE COSTS | 219,536 | 120,106 | 339,642 |
| 6611 | OCE DRUG SCREENING | 29,794 | 57,737 | 87,531 |
| 6613 | OCE BACKGROUND CHEC | 385 | 407 | 792 |
| 6650 | OCE DP FEES - CORE | 1,313,019 | 1,178,248 | 2,491,267 |
| 6710 | OCE ADVERTISING | 49,641 | 106,810 | 156,451 |
| 6720 | OCE EMPLOYMENT ADVE | 5,068 | 5,068 | 10,136 |
| 6730 | OCE MILEAGE | 4,948 | 7,932 | 12,880 |
| 6760 | OCE CHARITY CONTRIB | 833 | 833 | 1,666 |
| 6767 | OCE RECORDS STOR AN | 33,866 | 27,863 | 61,729 |
| 6790 | OCE COPYING COST/SU | 20,655 | 23,780 | 44,435 |
| 6800 | OCE FREIGHT / EXPRE | 61,878 | 49,024 | 110,902 |
| 6830 | OCE POSTAGE | 45,331 | 36,830 | 82,161 |
| 7600 | OCE RENT LEASE AUTO | 620 | 620 | 1,240 |
| 7640 | OCE RENT-OFFICE FUR | 8,073 | 12,153 | 20,226 |
| 7642 | OCE RENT COPIERS/FA | 17,734 | 15,183 | 32,917 |
| 7646 | OCE RENT MED EQUIPM | 253,220 | 219,625 | 472,845 |
| 7648 | OCE EQUIPMENT LEASE | 109,771 | 107,563 | 217,334 |
| 7700 | OCE UTILITIES ELECT | 342,624 | 453,159 | 795,783 |
| 7800 | OCE UTILITIES GAS | 24,061 | 26,894 | 50,955 |
| 7900 | OCE UTILITIES WATER | 338,294 | 369,250 | 707,544 |
| 8000 | OCE UTILITIES RUBBI | 61,618 | 54,869 | 116,487 |
| 8500 | OCE TELEPHONE | 88,550 | 85,366 | 173,916 |
| 8501 | OCE ANSWERING SERVI | 31,839 | 31,259 | 63,098 |
| 8600 | OCE SUBSCRIPTIONS A | 21,076 | 22,089 | 43,165 |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*
Debtors

Case No. 19-11466 (KG)
Reporting Period: August 1, 2019 - August 31, 2019

STATEMENT OF OPERATIONS - continuation sheet

| Ref | BREAKDOWN OF "OTHER" CATEGORY | July 2019 | August 2019 | Cumulative Filing to Date |
|---|---|---|---|---|
| | 8601   OCE MSO/PHYS SUSCRI | 134 | (9) | 125 |
| | 8610   OCE NON-DEDUCT DUE | 7,728 | 7,728 | 15,456 |
| | 8620   OCE OTHER DUES/MEMB | 82,014 | 87,191 | 169,205 |
| | 8700   OCE OUTSIDE TRAININ | 44,335 | 35,821 | 80,156 |
| | 8701   OCE OUTSIDE TRAININ | 53,245 | 42,681 | 95,926 |
| | 8710   OCE TRAINING & DEVE | 14,814 | 14,814 | 29,628 |
| | 8800   OCE TRAVEL & LODGIN | 32,022 | 13,160 | 45,182 |
| | 8801   OCE MSO/PHYS TRAVEL | | 665 | 665 |
| | 8810   OCE MEALS / ENTERTA | 1,650 | 2,949 | 4,599 |
| | 8815   OCE AIRFARE | 1,449 | 1,604 | 3,053 |
| | 9200   OCE TRNFR - OUT/OTH | (98,573) | (1,275) | (99,848) |
| | 9400   OCE TRNFR-IN/OTHR | 93,980 | 1,275 | 95,255 |
| | 8820   OCE RECRUITMENT/TRA | - | 837 | 837 |
| | Total Other Controllable Expenses | $25,689,541 | $22,675,316 | $25,689,541 |
| 2 | **Non-Controllable Expenses** | | | |
| | 3910   NON PATIENT BAD DEB | $58,505 | $81,803 | $140,308 |
| | 7500   NCE RENT/LEASE BUIL | 973,623 | 973,623 | 1,947,246 |
| | 7520   NCE RENT EXP I/C | 232,844 | 230,530 | 463,374 |
| | 7552   NCE MASTER LEASE RE | 623,635 | 623,635 | 1,247,270 |
| | 7554   NCE RENT OFFICE SPA | 95,582 | 80,805 | 176,387 |
| | 7556   NCE RENT - STORAGE | 40 | 425 | 465 |
| | 7558   NCE RENT - PARKING | 100,797 | 88,114 | 188,911 |
| | 7560   NCE RENT O/P ACTIVI | 81,322 | 90,476 | 171,798 |
| | 7575   NCE SUB-LEASE INCOM | (362) | (962) | (1,324) |
| | 8100   NCE PROF. LIAB (MAL | 1,961,508 | 643,280 | 2,604,788 |
| | 8200   NCE OTHER INSURANCE | 1,067 | 1,067 | 2,134 |
| | 8250   NCE ALL RISK INSURA | 563,619 | 563,619 | 1,127,238 |
| | 8300   NCE PROPERTY TAX | 210,743 | 210,743 | 421,486 |
| | 8310   NCE LICENSES | 42,797 | 49,642 | 92,439 |
| | 8320   NCE OTHER TAXES | 213,607 | 267,763 | 481,370 |
| | 9999   NCE G/L SUSPENSE | (523) | (601) | (1,124) |
| | Total Non-Controllable Expenses | $5,158,804 | $3,903,962 | $9,062,766 |
| 3 | **Other Revenue** | | | |
| | 8727   REV - CAPITATION & | $90,417 | 90,384 | $180,801 |
| | 8904   RENTAL REVENUE | 2,175 | 2,175 | 4,350 |
| | 8905   OTHER REV-PARKING L | 150,043 | 111,089 | 261,132 |
| | 8908   SUB-LEASE INCOME | 59,348 | 15,008 | 74,356 |
| | 8913   RESIDENCY PROGRAM R | 623,053 | (19,027) | 604,026 |
| | 8946   VENDING MACHINES CO | 2,500 | - | 2,500 |
| | 8955   OTHER INCOME MED RE | 3,288 | 4,452 | 7,740 |
| | 8975   MISC REVENUE | 2,215,325 | 2,138,536 | 4,353,861 |
| | 8909   INCOME RELATED INTI | 1,693,753 | 1,652,188 | 3,345,941 |
| | 8910   NURSING SCHOOL TUIT | 26,889 | 24,290 | 51,179 |
| | 8916   CAFETERIA REVENUE | 107,057 | 107,057 | 214,114 |
| | 8970   OTHER REV-SHARED RI | 1,384 | 1,384 | 2,768 |
| | 8980   OTHER REVENUES | 3,382,098 | 2,385,432 | 5,767,530 |
| | 8972   MANAGEMENT FEES REV | 172,428 | 178,711 | 351,139 |
| | Total Other Revenue | $8,529,758 | $6,691,679 | $15,221,437 |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Debtors

Case No. 19-11466 (KG)
Reporting Period: August 1, 2019 - August 31, 2019

Statements of Income (unaudited)[1]

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of P.A. L.L.C.[3] | TPS III of P.A. L.L.C.[3] | SCHC Pediatric Associates, L.L.C.[4] | StChris Care at Northeast Pediatrics. L.L.C. | TPS II of P.A. L.L.C.[5] | TPS V of P.A. L.L.C | Philadelphia Academic Health System. LLC[1] | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Net patient revenue[2] | $815,654 | $18,111,808 | $144,079 | $17,741 | $2,837,869 | $208,560 | $21,229 | $477,830 | | $22,634,770 |
| Other revenue | 370,789 | 2,811,921 | 573,187 | 42,633 | 2,378,843 | 15,748 | 498,198 | | 360 | $6,691,679 |
| Net revenue | 1,186,443 | 20,923,729 | 717,266 | 60,374 | 5,216,712 | 224,308 | 519,427 | 477,830 | 360 | $29,326,449 |
| Operating charges: | | | | | | | | | | |
| Salaries, wages and benefits | 8,821,401 | 7,737,546 | 1,080,721 | 44,945 | 7,068,835 | 141,256 | 453,316 | 184,496 | 446,627 | 25,979,143 |
| Supplies expense | 40,592 | 3,271,187 | 2,753 | 567 | 76,252 | 22,264 | 132 | 138,231 | 5,466 | 3,557,444 |
| Other controllable expenses | 10,944,116 | 6,203,835 | 298,962 | 43,546 | 1,436,673 | 47,274 | 87,420 | 84,007 | 3,529,483 | 22,675,316 |
| Non-controllable expenses | 1,485,874 | 1,646,939 | 123,160 | 34,143 | 547,103 | 19,448 | 13,807 | 12,125 | 21,363 | 3,903,962 |
| E H R Incentive | | | | | | | | | | |
| Total operating expenses | 21,291,983 | 18,859,507 | 1,505,596 | 123,201 | 9,128,863 | 230,242 | 554,675 | 418,859 | 4,002,939 | $56,115,865 |
| EBITDA | (20,105,539) | 2,064,221 | (788,329) | (62,827) | (3,912,150) | (5,935) | (35,248) | 58,970 | (4,002,579) | (26,789,416) |
| Depreciation and amortization | | | | | | | | | | 67,047 |
| Interest expense | 8,896 | 3,624 | 88 | 50 | 712 | 103 | 105 | 392 | 584,036 | 598,006 |
| Other non-operating revenue | | | | | | | | | | |
| PRE-TAX INCOME | $ (20,114,435) | $ 2,060,597 | $ (788,417) | $ (62,876) | $(3,913,756) | $ (6,994) | $ (35,353) | $ 58,380 | $ (4,586,615) | $(27,454,46 |

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS")  Only 9 of the 14 debtor entities are shown in the consolidated financials  The other debtor entities  roll up to the listed debtor entities  explained in the below notes

2 - Intercompany transactions are subject to offsetting revenue and expense elimination between affiliates

3 - TPS of PA, L L C  does not report financials; however, has leasehold interests reported on  respective subsidiary entities

4 - Includes consolidated subsidiary debtor entities: St  Christopher's Pediatric Urgent Care Center, L L C  and SCHC Pediatric Anesthesia Associates, L L C

5 - Includes consolidated subsidiary debtor entities HPS of PA L L C  and Philadelphia Academic Medical Associates

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*          Case No. 19-11466 (KG)
Debtors          Reporting Period: August 1, 2019 – August 31, 2019

BALANCE SHEET
(Consolidated)

### ASSETS

| CURRENT ASSETS | July 2019 | August 2019 |
|---|---|---|
| Unrestricted Cash and Equivalents | $6,018,591.00 | $4,282,742.00 |
| Restricted Cash and Cash Equivalents | 2,643,594.00 | 910,803.00 |
| Accounts Receivable (Net) | 91,785,722.00 | 77,491,069.00 |
| Inventories | 13,254,180.00 | 13,115,204.00 |
| Prepaid Expenses | 4,818,301.00 | 5,357,924.00 |
| Other Current Assets (See #1 on attached Continuation Sheet) | 41,194,897.00 | 33,389,855.00 |
| *TOTAL CURRENT ASSETS* | **$159,715,285.00** | **$134,547,597.00** |
| **PROPERTY AND EQUIPMENT** | | |
| Purchased assets - unallocated | 50,000,000.00 | 50,000,000.00 |
| Property and equipment | 9,771,717.00 | 10,081,906.00 |
| Less: accumulated depreciation | (5,117,381.00) | (5,174,740.00) |
| *TOTAL PROPERTY & EQUIPMENT* | **54,654,336.00** | **54,907,166.00** |
| **OTHER ASSETS** | | |
| Other Assets (See #2 on attached Continuation Sheet) | 194,007.00 | 190,091.00 |
| Due from Philadelphia Academic Health Holdings, LLC | (2,359,570.00) | (2,359,570.00) |
| Other intangibles and deferred assets (See #3 on attached Continuation Sheet) | 22,189,183.00 | 22,194,950.00 |
| Accumulated amortization | (3,647,209.00) | (3,656,897.00) |
| *TOTAL OTHER ASSETS* | **$16,376,411.00** | **$16,368,574.00** |
| **TOTAL ASSETS** | **$230,746,032.00** | **$205,823,337.00** |

### LIABILITIES AND OWNER EQUITY

| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | July 2019 | August 2019 |
|---|---|---|
| Accounts payable [1] | $7,385,555.79 | $18,051,605.46 |
| Patient credit balances | 15,216,130.00 | 13,310,191.00 |
| Accrued Liabilities - Payroll | 22,036,500.86 | 18,062,012.19 |
| Accrued Liabilities - Other | 69,379,363.18 | 73,912,348.18 |
| MidCap Financial Trust | 43,011,706.00 | 36,263,904.00 |
| Short term debt | 318,300.00 | 279,695.00 |
| Long Term Debt | 7.00 | 7.00 |
| Interest Payable | 0.00 | 0.00 |
| Due to PAHH | (5,290.00) | (5,715.00) |
| Intercompany | 604,839.00 | 604,839.00 |
| *TOTAL POSTPETITION LIABILITIES* | **$157,947,111.83** | **$160,478,886.83** |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) - See continuation schedule #2** | | |
| Secured Debt | $0.00 | $0.00 |
| Priority Unsecured Debt - Taxes | 578,978.10 | 578,978.10 |
| Priority Unsecured Debt - Wage/PTO Claims | 6,223,591.00 | 6,223,591.00 |
| Unsecured Debt - A/P | 139,273,603.07 | 139,273,603.07 |
| Unsecured Debt - Wage/PTO Claims | 1,724,686.00 | 1,724,686.00 |
| *TOTAL PRE-PETITION LIABILITIES* | **147,800,858.17** | **147,800,858.17** |
| | | |
| *TOTAL LIABILITIES* | **$305,747,970.00** | **$308,279,745.00** |
| **OWNER EQUITY** | | |
| Capital surplus | $96,522,038.00 | $96,522,038.00 |
| *Retained earnings* | *(83,306,650.00)* | *(83,306,650.00)* |
| *Additions* | *0.00* | *0.00* |
| Profit (loss) | (88,217,326.00) | (115,671,796.00) |
| *NET OWNER EQUITY* | **($75,001,938.00)** | **($102,456,408.00)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$230,746,032.00** | **$205,823,337.00** |

*Notes:*

1 - Unconsolidated Balance Sheet (unaudited) provided on the subsequent pages.

2 - Accounts payable for this schedule includes trade payable accruals. On the debtors financial statements, trade payable accruals are captured in "Accrued Liabilities - Other". These amounts for July and August are, $39,239,995.18, and $29,671,515.27, respectively.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*
Debtors

Case No. 19-11466 (KG)
Reporting Period: August 1, 2019 –  August 31, 2019

## BALANCE SHEET - continuation schedule 1

| Ref | ASSETS | | | |
|---|---|---|---|---|
| 1 | **Other Current Assets** | **June 2019** | **July 2019** | **August 2019** |
| | 1065 0039   OTHR REC EMPLO | ($77,693) | ($64,500) | ($56,775) |
| | 1065 0419   OTHER REC TUIT | 1,282,833 | 1,274,574 | 1,210,923 |
| | 1065 1018   OTHER REC FAC | 13,333,217 | 10,259,378 | 10,874,992 |
| | 1065 1018.02 OTHER REC FAC | 2,468,953 | 2,732,342 | 2,443,077 |
| | 1065 1018.03 OTHER REC FAC | 52,713 | 52,713 | 52,713 |
| | 1065 1018 04 OTHER REC FAC | (33,194) | (33,194) | (33,194) |
| | 1065 1018 06 OTHER REC FAC | (25,316) | (25,316) | (25,316) |
| | 1067 0048   OTR CURR ASSET | 1,826,873 | 2,046,390 | 137,936 |
| | 1067 1148   OTR RECEIVABLE | 141,959 | 181,405 | 220,852 |
| | 1067 1248   OTR RECEIVABLE | 530,484 | 556,292 | 598,924 |
| | 1067 1448   OTR REC - FAC | (183,024) | (183,024) | (183,024) |
| | 1067 1548   OTR REC - FAC | 3,796,716 | 4,041,522 | 4,236,205 |
| | 1067 1648   OTR REC - FAC | 999,161 | 792,826 | 1,093,925 |
| | 1067 1748   OTR REC - FAC | 811,255 | 1,900,279 | 3,212,201 |
| | 1067 1848   OTR REC - FAC | 1,326 | (14,096,880) | (14,096,880) |
| | 1067 1890   MCAID SUPP PAY | 3,181,228 | 4,338,029 | 2,627,222 |
| | 1067 1891   MCAID SUPP PAY | 1,154,190 | 1,734,714 | 1,616,907 |
| | 1067 1894   MCAID SUPP PAY | 17,799,729 | 21,361,704 | 15,020,737 |
| | 1067 1896   MCAID SUPP PAY | 2,905,649 | 3,077,480 | 3,249,311 |
| | 1067 2348   OTR RECEIVABLE | (209,766) | (196,849) | (183,418) |
| | 1068 0004   OTHER REC RENT | (300) | (300) | (300) |
| | 1044 1181   BAD DEBT ALLOW | (515,654) | (574,159) | (655,962) |
| | 1067 1892   MCAID SUPP PAY | 423,898 | 459,223 | 474,315 |
| | 1067 2344   MISC REC MCAID | 586,500 | 586,500 | 586,500 |
| | 1065 0619   OTHER REC PHYS | 41,514 | 19,930 | 14,167 |
| | 1067 1948   OTR RECEIVABLE | (46,180) | (46,182) | (46,181) |
| | 1100 1001   OTHER CURR ASS | 1,000,000 | 1,000,000 | 1,000,000 |
| | **Total Other Current Assets** | **$51,247,071** | **$41,194,897** | **$33,389,855** |

| 2 | **Other Assets** | **June 2019** | **July 2019** | |
|---|---|---|---|---|
| | 1343 0035   NON CURR DEPOS | $5,833 | $5,833 | $5,833 |
| | 1336 2921   OTR L/T ASSETS | 139,209 | 141,150 | 137,235 |
| | 1343 0035   NON CURR DEPOS | 47,024 | 47,024 | 47,024 |
| | **Total Other Assets** | **$192,066** | **$194,007** | **$190,092** |

| 3 | **Other Intangibles and deferred assets** | | | |
|---|---|---|---|---|
| | 1336 2921   OTR L/T ASSETS | $114,085 | $109,668 | $115,435 |
| | 1344 0092   COMPUTER PRG S | 3,049,920 | 3,049,920 | 3,049,920 |
| | 1348 1050   INTGIBLES - SW | 6,532,452 | 8,607,335 | 8,607,335 |
| | 1348 0093   INTANGIBLES L/ | 10,422,261 | 10,422,261 | 10,422,261 |
| | **Total Other Intangibles** | **$20,257,927** | **$22,189,184** | **$22,194,951** |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*    Case No. 19-11466 (KG)

Debtors    Reporting Period: August 1, 2019 – August 31, 2019

## PRE-PETITION LIABILITIES - Continuation schedule 2

| *PRE-PETITION LIABILITIES* | Priority Unsecured | | Non-Priority - Unsecured | | |
| Debtor | Taxes | Wage/PTO Claims | Accounts Payable | Wage/PTO Claims | TOTAL |
| --- | --- | --- | --- | --- | --- |
| Center City Healthcare, LLC | $ 576,298 | $ 10,283,655 | $ 89,136,898 | $ 665,655 | $ 100,662,506 |
| St. Christopher's Healthcare, LLC | 1,258 | 10,083,496 | 12,503,092 | 1,059,032 | 23,646,878 |
| TPS IV of PA, L.L.C. | 50 | - | 9,664,872 | - | 9,664,922 |
| TPS III of PA, L.L.C. | - | - | 296,463 | - | 296,463 |
| SCHC Pediatric Associates, L.L.C. | 1,372 | - | 13,322,719 | - | 13,324,091 |
| StChris Care at Northeast Pediatrics, L.L.C. | - | - | 246,436 | - | 246,436 |
| TPS II of PA, L.L.C. | - | - | 364,338 | - | 364,338 |
| TPS V of PA, L.L.C. | - | - | 426,784 | - | 426,784 |
| Philadelphia Academic Health System, LLC | - | - | 13,312,002 | - | 13,312,002 |
| Less: Pre-Petition Payroll Paid Post-Petition | - | (14,143,560) | - | - | (14,143,560) |
| Total | $ 578,978 | $ 6,223,591 | $ 139,273,603 | $ 1,724,686 | $ 147,800,859 |

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Debtors

Case No. 19-11466 (KG)
Reporting Period: August 1, 2019 - August 31, 2019

**Balance Sheets (unaudited) [1]**
As of August 31, 2019

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [2] | TPS III of PA, L.L.C. [2] | SCHC Pediatric Associates, L.L.C. [3] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [2] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [4] | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Cash and cash equivalents | | | | | | | | | | |
| Unrestricted cash | $ 1,388,914 | $ 1,642,609 | $ 63,883 | $ 275 | $ 1,150 | $ 200 | $ 50 | $ 250 | $ 1,185,411 | $ 4,282,742 |
| Restricted cash | - | - | - | - | - | - | - | - | 910,803 | 910,803 |
| Accounts receivable, net | 35,894,545 | 36,994,718 | 1,232,304 | 211,274 | 2,157,243 | 504,776 | 573,361 | 122,850 | - | 77,491,069 |
| Inventory | 7,735,130 | 5,225,736 | - | - | - | 72,553 | - | 81,785 | - | 13,115,204 |
| Prepaid expenses | 2,367,564 | 934,131 | 121,399 | 10,862 | 1,016,112 | 24,477 | - | 11,496 | 871,883 | 5,357,924 |
| Other current assets | 17,856,177 | 22,946,790 | (1,945,323) | 127,030 | (4,516,271) | (593,746) | (376,000) | (1,107,430) | 998,622 | 33,389,855 |
| Total current assets | 65,242,528 | 67,743,984 | (527,737) | 349,441 | (1,341,766) | 8,266 | (2,589) | (891,049) | 3,966,719 | 134,547,597 |
| Purchased assets - unallocated | - | - | - | - | - | - | - | - | 50,000,000 | 50,000,000 |
| Property and equipment4 | 1,090,511 | 1,195,744 | 1,177,810 | 12,568 | 6,162,136 | 264,029 | - | 179,108 | - | 10,081,906 |
| Less: accumulated depreciation | - | - | (436,157) | (722) | (4,398,221) | (181,629) | - | (158,011) | - | (5,174,740) |
| Property and equipment, net | 1,090,511 | 1,195,744 | 741,653 | 11,846 | 1,763,915 | 82,400 | - | 21,097 | 50,000,000 | 54,907,166 |
| Other assets | - | 5,833 | - | - | 184,258 | - | - | - | - | 190,091 |
| Philadelphia Academic Risk Retention Group, LLC | - | - | - | - | - | - | - | - | (2,359,570) | (2,359,570) |
| Due from Philadelphia Academic Health Holdings, LLC | - | - | - | - | - | - | - | - | - | - |
| Other intangibles and deferred assets | - | 115,435 | 129,857 | 569 | 4,405,532 | 14,538 | - | 3,124 | 17,525,895 | 22,194,950 |
| Accumulated amortization | - | - | (62,266) | (301) | (3,576,668) | (14,538) | - | (3,124) | - | (3,656,897) |
| **TOTAL ASSETS** | $ 66,332,839 | $ 69,055,163 | $ 287,340 | $ 361,555 | $ 1,435,271 | $ 90,666 | $ (2,589) | $ (869,952) | $ 69,133,044 | $ 205,823,337 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| Accounts payable | $ 70,263,824 | $ 33,264,211 | $ 2,513,098 | $ 417,809 | $ 6,910,200 | $ 496,372 | $ 665,987 | $ 314,313 | $ 44,654,672 | $ 159,500,486 |
| Patient credit balances | 6,244,523 | 3,287,567 | 678,246 | 8,508 | 2,690,080 | 157,175 | 62,121 | 181,971 | - | 13,310,191 |
| Accrued liabilities | | | | | | | | | | |
| Payroll | 6,770,078 | 5,074,634 | 2,452,099 | 76,848 | 8,172,677 | 128,380 | 912,761 | 187,853 | 97,144 | 23,872,474 |
| Other | 59,920,193 | 11,865,426 | 223,396 | 6,009 | 1,694,102 | 52,503 | - | 118,804 | 31,915 | 73,912,348 |
| MidCap Financial Trust | - | - | - | - | - | - | - | - | 36,263,904 | 36,263,904 |
| Short term debt | 279,695 | - | - | - | - | - | - | - | - | 279,695 |
| Total current liabilities | 143,478,313 | 53,491,838 | 5,866,839 | 509,174 | 19,467,059 | 834,430 | 1,640,869 | 802,941 | 81,047,635 | 307,139,098 |
| Long-term debt | 7 | - | - | - | - | - | - | - | - | 7 |
| Tenet Business Services Corporation | - | - | - | - | - | - | - | - | - | - |
| Interest payable | - | - | - | - | - | - | - | - | - | - |
| Other payable | - | - | - | - | - | - | - | - | 541,516 | 541,516 |
| Other liabilities | (26,597) | 20,882 | - | - | - | - | - | - | - | (5,715) |
| Due to PAHH | - | 604,839 | - | - | - | - | - | - | - | 604,839 |
| Due to AAHS | - | - | - | - | - | - | - | - | - | - |
| Intercompany | 20,996,929 | (109,937,590) | 10,054,247 | 1,470,679 | 41,354,682 | (51,026) | (2,263,358) | (1,332,332) | 39,707,799 | - |
| Total liabilities | 164,448,652 | (55,820,031) | 15,921,086 | 1,979,855 | 60,821,711 | 783,404 | (622,489) | (529,391) | 121,296,950 | 308,279,745 |
| **EQUITY** | | | | | | | | | | |
| Capital surplus | 44,142,262 | 46,129,259 | 2,214,190 | 403,277 | 2,620,965 | 185,750 | 773,229 | 53,106 | - | 96,522,038 |
| Retained earnings | (66,468,120) | 54,429,343 | (10,512,544) | (1,292,396) | (36,094,929) | (580,268) | (58,882) | (151,453) | (22,577,400) | (83,306,650) |
| Profit (loss) | (75,789,955) | 24,316,592 | (7,335,392) | (729,179) | (25,912,476) | (298,220) | (94,446) | (242,214) | (29,586,506) | (115,671,796) |
| **TOTAL EQUITY** | (98,115,813) | 124,875,194 | (15,633,746) | (1,618,298) | (59,386,440) | (692,738) | 619,900 | (340,561) | (52,163,906) | (102,436,408) |
| **TOTAL LIABILITIES & EQUITY** | $ 66,332,839 | $ 69,055,163 | $ 287,340 | $ 361,555 | $ 1,435,271 | $ 90,666 | $ (2,589) | $ (869,952) | $ 69,133,044 | $ 205,823,337 |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The debtor entities not listed roll up to the listed debtor entities, explained in the below notes.

2 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

3 - SCHC Pediatric Associates, L.L.C. includes consolidated subsidiary-debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

4 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*

Debtors

Case No. **19-11466 (KG)**

Reporting Period: August 1, 2019 – August 31, 2019

## SUMMARY OF UNPAID POSTPETITION DEBTS

| Type | Number of Days Past Due | | | | |
|------|-------------------------|---------|---------|---------|---------|
|      | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable [1] | $2,866,901.55 | $6,903,960.54 | $8,280,743.37 | $0.00 | $18,051,605.46 |

*Notes:*

1 - Entered A/P data obtained from debtors A/P system as of 9/20/2019. Aged Accounts Payable include invoices with relevant post-petition Invoice dates (July 1, 2019 - August 31, 2019).

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*

Debtors

Case No. 19-11466 (KG)

Reporting Period: August 1, 2019 – August 31, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | July | August |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $111,748,817 | $91,785,722 |
| + Amounts billed during the period | 32,108,062 | 17,044,966 |
| - Amounts collected during the period | (52,071,157) | (31,339,620) |
| Total Accounts Receivable at the end of the reporting period | $91,785,722 | $77,491,068 |

| Accounts Receivable Aging | Amount | Amount |
|---|---|---|
| Physician Groups (not aged) | 4,574,366.00 | 4,601,807.00 |
| 0 - 30 days old | 22,105,900.00 | 16,167,334.00 |
| 31 - 60 days old | 18,800,811.00 | 8,051,891.00 |
| 61 - 90 days old | 7,332,345.00 | 8,982,280.00 |
| 91+ days old | 38,972,300.00 | 39,687,756.00 |
| **Accounts Receivable (Net)** | **$91,785,722.00** | **$77,491,068.00** |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

1 - As census dropped at Hahnemann, certain assets (inventory and equipment) were transferred to St. Christopher's.  Such transfers are classified as intercompany transfers.

2 - Pass through taxpayer.  No return needs to be filed.