**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | Case No. 19-11466 (KG) |
| *al*.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | **Re: Docket No. 803** |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*., ) | BAP No. 19-54 |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Case No. 19-cv-01858-RGA |
| ) | |
| TENET BUSINESS SERVICES CORPORATION ) | |
| AND CONIFER REVENUE CYCLE ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Appellees. ) | |

**APPELLANTS' STATEMENT OF THE ISSUES TO BE PRESENTED
ON APPEAL AND DESIGNATION OF RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby submit this statement of issues on appeal and designation of the record on appeal in connection with the Debtors' appeal of a portion of the United States

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Bankruptcy Court for the District of Delaware's (the "**Bankruptcy Court**") *Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA*, dated September 19, 2019  [D.I. 733] (the "**Tenet Parties Order**")[2] in the above-captioned bankruptcy case.

## ISSUES ON APPEAL

The following are the issues on appeal:

1. Did the Bankruptcy Court err in concluding that "cause" existed to lift the automatic stay under 11 U.S.C. § 362(a) to permit Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC (together, the "**Tenet Parties**") to terminate the TSA and MSA?

2. Did the Bankruptcy Court err in concluding that "cause" existed to lift the automatic stay to permit the Tenet Parties to terminate the TSA and MSA where, in its ruling, the Bankruptcy Court did not make any specific findings as to whether: (i) the Debtors would be greatly prejudiced by the ruling; (ii) the hardship to the Tenet Parties by maintenance of the automatic stay considerably outweighed the hardship to the Debtors; and (iii) the Tenet Parties had a reasonable chance of prevailing on the merits?

3. Even if such findings were made, did the Bankruptcy Court err in determining that the hardship to the Tenet Parties by maintenance of the automatic stay considerably outweighed the hardship to the Debtors, particularly in light of the fact that evidence demonstrated that any termination of the TSA and MSA would lead to an abrupt and immediate shut down of operations at the Hospitals, the results of which would be disastrous and risk harm to patients, employees and the community at large?

4. Even if such findings were made, did the Bankruptcy Court err in determining that the hardship to the Tenet Parties by maintenance of the automatic stay considerably outweighed the hardship to the Debtors where, in the same order, the Bankruptcy Court granted to the Tenet Parties the alternative relief that the Tenet Parties had requested, in the form of an allowed administrative expense claim and increased weekly payments?

5. Even if such findings were made, did the Bankruptcy Court err in concluding that the Tenet Parties had a reasonable chance of prevailing on the merits of their arguments where,

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Tenet Parties Order.

in the same ruling, the Bankruptcy Court found that the Tenet Parties were not entitled to the contract rates for their post-petition services?

6. Did the Bankruptcy Court err in concluding that "cause" existed to establish an outside date of October 18, 2019, after which the Tenet Parties could proceed in termination their services under the TSA and MSA?

## DESIGNATION OF THE RECORD ON APPEAL

Set forth below is an index listing the items to be included in the record on appeal:[3]

| Index No. | Bankr. Dkt. No. (Case No. 19-11466) | Date | Description[4] |
|---|---|---|---|
| 1 | 53 | 7/01/2019 | Motion to Approve Debtor In Possession Financing Filed By Center City Healthcare, LLC Hearing scheduled for 7/2/2019 at 02:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom 3, Wilmington, Delaware. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - DIP Term Sheet) |
| 2 | 85 | 7/02/2019 | [INTERIM] Order (I) Authorizing The Debtor To Use Cash Collateral, (II) Granting Adequate Protection, (II) Scheduling A Further Hearing, And (IV) Granting Related Relief (Related Doc # 53) Order Signed on 7/2/2019 |
| 3 | 99 | 7/03/2019 | Transcript regarding Hearing Held 7/2/2019 RE: First Days |
| 4 | 172 | 7/12/2019 | Interim Order (I) Authorizing Debtors To Obtain Postpetition Financing; (II) Authorizing The Debtors To Use Cash Collateral; (III) Granting Adequate Protection; And (IV) Scheduling A Final Hearing(related document(s)53, 164) Order Signed on 7/12/2019. (Attachments: # 1 Exhibit 1 - DIP Credit Agreement # 2 Declaration 2 - DIP Budget) |

---

[3] The Debtors believe that all transcripts identified herein have been ordered.

[4] Portions of the record designated for appeal were filed or admitted under seal. Contemporaneously with the filing of this designation, the Debtors will file a motion with the District Court pursuant to Federal Rule of Bankruptcy Procedures 8009(f), requesting that the District Court accept these portions of the record under seal.

| 5 | 303 | 7/26/2019 | Motion to Compel *[REDACTED] Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. §503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (related document(s)302) Filed by Tenet Business Services Corp.. Hearing scheduled for 8/16/2019 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 8/9/2019. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Certificate of Service and Service List) |
| --- | --- | --- | --- |
| 6 | 304 | 7/26/2019 | Declaration in Support *of Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. §503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (related document(s)302) Filed by Tenet Business Services Corp. |
| 7 | 305 | 7/26/2019 | Declaration in Support *of Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. §503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (related document(s)302, 303) Filed by Tenet Business Services Corp. |
| 8 | 306 | 7/26/2019 | Motion to File Under Seal *Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order Authorizing Tenet Business Services Corporation and Confer Revenue Cycle Solutions, LLC to File Exhibits Under Seal [Related to Docket No. 302]* Filed by Tenet Business Services Corp.. Hearing scheduled for 8/16/2019 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 8/9/2019. (related document 302) (Attachments: # 1 Notice # 2 Exhibit A # 3 Certificate of Service and Service List) |
| 9 | 476 | 8/14/2019 | Order (with additions) Authorizing Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC to File Exhibits Under Seal. (Related Doc # 306)(related document(s)306) Order Signed on 8/14/2019. (GM) (Entered: 08/14/2019) |

| 10 | 348 | 8/02/2019 | Objection *to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lender, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (related document(s)53) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. |
|---|---|---|---|
| 11 | 397 | 8/08/2019 | Transcript regarding Hearing Held 7/2/2019 RE: Omnibus |
| 12 | 417 | 8/09/2019 | Statement and Reservation of Rights *to Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC (Dkt. No. 303)* Filed by MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) |
| 13 | 420 | 8/09/2019 | [SEALED] Objection *to the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (related document(s)302, 303) Filed by Center City Healthcare, LLC (Attachments: # 1 Exhibit A - Wilen Declaration # 2 Exhibit B - Proposed Order) |
| 14 | 421 | 8/09/2019 | Objection (REDACTED) Debtors' Objection to the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)302, 303, 420) Filed by Center City Healthcare, LLC (Attachments: # 1 Exhibit A - Wilen Declaration # 2 Exhibit B - Proposed Order) |
| 15 | 422 | 8/09/2019 | Motion to File Under Seal *Portions of (A) the Debtors' Objection to Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA, and (B) the Declaration of Allen Wilen in Support Thereof* Filed by Center City Healthcare, LLC. Hearing scheduled for 8/19/2019 at 01:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. (Attachments: # 1 Notice # 2 Exhibit 1 - Proposed Order) |

| | | | |
|---|---|---|---|
| 16 | 535 | 8/20/2019 | Order Authorizing the Debtors to File Under Seal Portions of (A) The Debtors' Objection to Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of all Unpaid Postpetition Amounts or in the Alternative, (II) Granting Relief From the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA, and (B) The Declaration of Allen Wilen in Support Thereof. . (Related Doc # 422) (related document(s)420, 422) Order Signed on 8/20/2019. (GM) (Entered: 08/20/2019) |
| 17 | 423 | 8/09/2019 | Joinder // Official Committee of Unsecured Creditors Joinder in the Debtors' Objection to the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. 503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)320, 420, 421) Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Certificate of Service) |
| 18 | 429 | 8/12/2019 | Notice of Deposition *of J. Scott Victor* Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. |
| 19 | 430 | 8/12/2019 | Notice of Deposition *of Allen Wilen* Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. |
| 20 | 477 | 8/14/2019 | Notice of Deposition *of Michael Maloney* Filed by Center City Healthcare, LLC |
| 21 | 478 | 8/14/2019 | Notice of Deposition *of David Dawson* Filed by Center City Healthcare, LLC |
| 22 | 485 | 8/15/2019 | [SEALED]Omnibus Reply // *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Omnibus Reply in Support of Their Motion for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, In The Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (related document(s)303, 417, 420, 423) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |

35983089.2 10/10/2019

| 23 | 486 | 8/15/2019 | Omnibus Reply // *[REDACTED] Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Omnibus Reply in Support of Their Motion for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, In The Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (related document(s)303, 417, 420, 423) Filed by Conifer Revenue Cycle Solutions, LLC, Tenet Business Services Corp. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) |
|---|---|---|---|
| 24 | 529 | 8/20/2019 | Transcript regarding Hearing Held 8/19/2019 RE: Omnibus |
| 25 | N/A | N/A | Debtors' Exhibit 1 from Bankruptcy Court Hearing of August 19, 2019 – Amendment No. 1 to First Priority Security Priming Super-Priority Debtor in Possession Credit and Security Agreement – a copy of which is attached hereto as **Exhibit A**. |
| 26 | N/A | N/A | Debtors' Exhibit 2 from Bankruptcy Court Hearing of August 19, 2019 – Debtor in Possession Financing Budget – a copy of which is attached hereto as **Exhibit B**. |
| 27 | N/A | N/A | Debtors' Exhibit 3 from Bankruptcy Court Hearing of August 19, 2019 – June 20, 2019 Default Letter from PAHH Erie Street Garage, LLC to St. Christopher's Healthcare, LLC – a copy of which is attached hereto as **Exhibit C**. |
| 28 | N/A | N/A | Debtors' Exhibit 14 from Bankruptcy Court Hearing of August 19, 2019 – Pre-Petition Credit Agreement – a copy of which is attached hereto as **Exhibit D**. |
| 29 | N/A | N/A | Tenet Exhibit 1 from Bankruptcy Court Hearing of August 19, 2019 – Transition Services Agreement between Tenet Business Services Corporation and Philadelphia Academic Health System, LLC – a copy of which is attached hereto as **Exhibit E. (Sealed)** |
| 30 | N/A | N/A | Tenet Exhibit 2 from Bankruptcy Court Hearing of August 19, 2019 – TSA Invoice Summary – a copy of which is attached hereto as **Exhibit F. (Sealed)** |
| 31 | N/A | N/A | Tenet Exhibit 3 from Bankruptcy Court Hearing of August 19, 2019 – Notice of Termination of TSA dated May 2, 2019 – a copy of which is attached hereto as **Exhibit G. (Sealed)** |
| 32 | | | Tenet Exhibit 4 from Bankruptcy Court Hearing of August 19, 2019 – Master Services Agreement between Philadelphia Academic Health System, LLC and Conifer Revenue Cycle Solutions, LLC – a copy of which is attached hereto as **Exhibit H. (Sealed)** |

| 33 | N/A | N/A | Tenet Exhibit 7 from Bankruptcy Court Hearing of August 19, 2019 – MSA Invoice Summary – a copy of which is attached hereto as **Exhibit I.** **(Sealed)** |
|---|---|---|---|
| 34 | 539 | 8/21/2019 | Transcript regarding Hearing Held 8/20/2019 RE: Omnibus |
| 35 | N/A | N/A | Tenet Exhibit 2-B from Bankruptcy Court Hearing of August 20, 2019 – Revised TSA Invoice Summary – a copy of which is attached hereto as **Exhibit J.** **(Sealed)** |
| 36 | N/A | N/A | Tenet Exhibit 7-B from Bankruptcy Court Hearing of August 20, 2019 – Revised MSA Invoice Summary – a copy of which is attached hereto as **Exhibit K.** **(Sealed)** |
| 37 | N/A | N/A | Debtors' Exhibit 6 from Bankruptcy Court Hearing of August 20, 2019 – June 28, 2019 Letter from Tenet/Conifer to Philadelphia Academic Health Holdings, LLC Extending Termination Date to July 5, 2019 – a copy of which is attached hereto as **Exhibit L**. **(Sealed)** |
| 38 | N/A | N/A | Debtors' Exhibit 10 from Bankruptcy Court Hearing of August 20, 2019 – Conifer Invoice for July Services – a copy of which is attached hereto as **Exhibit M**. **(Sealed)** |
| 39 | N/A | N/A | Debtors' Exhibit 11 from Bankruptcy Court Hearing of August 20, 2019 – Conifer Invoice for August Services – a copy of which is attached hereto as **Exhibit N**. **(Sealed)** |
| 40 | 543 | 8/21/2019 | Transcript regarding Hearing Held 8/21/2019 RE: DIP Financing |
| 41 | 557 | 8/23/2019 | Final Order (I) Authorizing Debtors To Obtain Postpetition Financing; (II) Authorizing The Debtors To Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying The Automatic Stay. (related document(s)53, 172, 556) Order Signed on 8/23/2019. (Attachments: # 1 Exhibit 1 - DIP Credit Agreement # 2 Exhibit 2 - DIP Budget) |
| 42 | 651 | 9/05/2019 | Transcript regarding Hearing Held 09/04/2019 RE: Omnibus |
| 43 | 664 | 9/06/2019 | Transcript regarding Hearing Held 09/5/2019 RE: Omnibus |
| 44 | 701 | 9/13/2019 | Status Report *of Debtors Regarding Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (related document(s)303 421)* Filed by Center City Healthcare, LLC |

| 45 | 733 | 9/19/2019 | Order Granting In Part The Motion Of Tenet Business Services Corporation And Conifer Revenue Cycle Solutions, LLC For Entry Of An Order (I) Compelling Payment Of All Unpaid Postpetition Amounts Or, In The Alternative, (II) Granting Relief From The Automatic Stay To The Extent Necessary To Terminate The TSA And MSA. (Related Document(s) 302, 303) Order Signed on 9/19/2019 |
| --- | --- | --- | --- |
| 46 | 803 | 10/02/2019 | Notice of Appeal *Under 28 U.S.C. § 158(a)(1) and Statement of Election*. Fee Amount $298. (related document(s)733) Appellants listed as: Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession. Appellees listed as: Tenet Business Services Corporation; Conifer Revenue Cycle Solutions, LLC. Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Order # 2 Certificate of Service) |
| 47 | 804 | 10/02/2019 | Motion for Stay Pending Appeal *of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (related document(s)733, 803) Filed by Center City Healthcare, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - McGovern Declaration # 3 Exhibit C - Kirschner Declaration) |
| 48 | 820 | 10/04/2019 | Response *to Debtors Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for an Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant To 11 U.S.C. § 503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* Filed by MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) |

[remainder of page left intentionally blank]

Dated: October 10, 2019                        **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*

-10-