# **EXHIBIT B**

**Budget**

PAHS - Consolidated (including most subsidiaries)    - DRAFT -    The accompanying summary of significant assumptions is an integral part of this prospective financial information.
DIP Financing Report - Consolidated
($ in 000s)

| Act./Fcst. | Fcst. 1 | Fcst. 2 | Fcst. 3 | Fcst. 4 | Fcst. 5 | Fcst. 6 | Fcst. 7 | Fcst. 8 | Fcst. 9 | Fcst. 10 | Fcst. 11 | Fcst. 12 | Fcst. 13 | Forecast 13-Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Week Ending | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct | 18-Oct | 25-Oct | 1-Nov | 8-Nov | Total |
| **Cash Flow** | | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | | |
| **Patient Cash** | | | | | | | | | | | | | | |
| HUH | 3,695 | 2,896 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 796 | - | |
| HUH - PGs | 165 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | 286 | - | - | |
| STC | 2,833 | 3,745 | 4,245 | 3,396 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | 4,245 | |
| STC - PGs | 899 | 1,061 | 1,061 | 849 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | 1,061 | |
| Unallocated | - | 80 | 80 | 80 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | |
| Patient Cash | $7,592 | $8,069 | $7,069 | $6,008 | $7,031 | $7,031 | $7,031 | $7,031 | $7,031 | $7,031 | $7,031 | $6,145 | $5,349 | $89,451 |
| **Supplemental Cash** | | | | | | | | | | | | | | |
| HUH | - | - | 537 | - | - | - | - | - | - | - | - | - | - | 537 |
| HUH - PGs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| STC | - | - | 424 | - | - | - | 902 | - | - | - | - | - | - | 1,326 |
| STC - PGs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unallocated | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplemental Cash | - | - | 961 | - | - | - | 902 | - | - | - | - | - | - | 1,863 |
| Other (HPP) | - | - | - | 2,000 | - | - | - | - | - | - | - | - | - | 2,000 |
| **Total Cash Receipts** | $7,592 | $8,069 | $8,030 | $8,008 | $7,031 | $7,031 | $7,933 | $7,031 | $7,031 | $7,031 | $7,031 | $6,145 | $5,349 | $93,314 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| **Employees Costs** | | | | | | | | | | | | | | |
| Salaries and Wages | 6,100 | - | 9,000 | - | 6,300 | - | 6,300 | - | 6,300 | - | 6,300 | - | 6,300 | 46,600 |
| HUH Employee Separation Costs | - | - | - | - | - | 93 | - | - | - | - | - | - | - | 93 |
| Independence Blue Cross | 723 | 559 | - | 600 | - | 600 | - | 600 | 225 | 225 | 225 | 225 | 225 | 4,205 |
| 401(k) Funding | 550 | - | - | 280 | - | 280 | - | 280 | 280 | - | 280 | - | 280 | 2,232 |
| Caremark (CVS) | 201 | 323 | - | 240 | - | 150 | - | 150 | 75 | 75 | 75 | 75 | 75 | 1,439 |
| Benefit/Pension Funding | - | - | - | - | - | - | - | - | - | - | - | 1,011 | - | 1,011 |
| Delta Dental/Voluntary | 60 | 46 | 46 | 46 | 46 | 46 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 514 |
| **Total Salaries/Benefits** | $7,634 | $929 | $9,046 | $1,166 | $6,346 | $1,169 | $6,332 | $1,062 | $6,912 | $332 | $6,912 | $1,343 | $6,912 | $56,095 |
| **Vendor Payments** | | | | | | | | | | | | | | |
| Amerisource Prepay | 150 | 361 | - | 350 | - | 350 | - | 350 | - | 350 | - | 350 | - | 2,261 |
| Crothall Patient Transport | 600 | 486 | - | 170 | - | 170 | - | 85 | 85 | 85 | 85 | 85 | 85 | 1,936 |
| Sodexo | - | 85 | - | - | - | - | - | 85 | - | - | - | 85 | - | 255 |
| Insurance (Other) | - | 678 | - | - | - | 2,103 | - | - | - | 678 | - | - | - | 3,459 |
| Utilities | - | 400 | - | 400 | - | - | - | - | - | - | 400 | - | - | 1,200 |
| Rent | - | 350 | - | 350 | - | - | - | - | - | 350 | - | - | - | 1,050 |
| ADP Stop Loss | 500 | - | - | - | - | - | - | 500 | - | 264 | - | - | 264 | 1,529 |
| Lockton (Workers Comp) | 246 | - | - | 246 | - | - | - | - | - | 246 | - | - | 246 | 984 |
| Allied Universal - Security | 160 | 160 | 160 | 160 | 160 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 1,440 |
| Tenet/Conifer | 200 | 400 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,800 |
| Vendors Pool Payments | 177 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 100 | 100 | 100 | 1,971 |
| **Information Technology** | | | | | | | | | | | | | | |
| IT - NTT | 330 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 2,313 |
| **Total Operating Disbursements** | $9,998 | $4,180 | $9,737 | $3,373 | $7,037 | $4,404 | $6,943 | $2,694 | $7,608 | $3,316 | $7,542 | $2,408 | $8,563 | $77,804 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| MidCap Interest | - | 841 | - | 306 | - | - | - | 279 | - | - | - | - | 351 | 1,778 |
| MidCap Term Paydown | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | - | 425 | - | 425 | - | - | - | 300 | - | 125 | - | - | - | 1,275 |
| Consultants | 100 | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,400 |
| Debtor Professionals (Legal, CPA, etc.) | 200 | 400 | 200 | 200 | 200 | 200 | 200 | 88 | 88 | - | - | - | - | 1,775 |
| Investment Banking Fees | - | - | - | 50 | - | - | - | - | - | 50 | - | - | 50 | 150 |
| Committee Professionals | - | 150 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | - | - | - | - | 325 |
| Public Relations Firm | 20 | - | 15 | 15 | - | - | 15 | 15 | - | - | - | 15 | - | 95 |
| Court Fees (Trustee, Claims Agent, etc.) | - | - | - | - | - | - | - | 500 | - | - | - | - | - | 500 |
| Lender Profesional Fees | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 325 |
| Patient Care Ombudsman | - | 58 | - | 58 | 58 | - | - | - | - | 58 | - | - | - | 233 |
| Publication/Notice | - | 379 | - | - | - | - | - | - | - | - | - | - | - | 379 |
| Hospital Shutdown Plan (non-labor) | - | 100 | - | 110 | - | 100 | - | 100 | - | - | - | 100 | - | 510 |
| Key Employee Incentive | - | - | - | - | - | - | - | 157 | - | - | - | 407 | - | 564 |
| Other | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 634 |
| **Total Non-Operating Disbursements** | $394 | $2,628 | $414 | $1,363 | $457 | $499 | $414 | $1,637 | $395 | $299 | $174 | $745 | $525 | $9,943 |
| **Total Disbursements** | $10,392 | $6,808 | $10,151 | $4,737 | $7,494 | $4,902 | $7,357 | $4,331 | $8,003 | $3,615 | $7,716 | $3,154 | $9,088 | $87,747 |
| Total Collections | 7,592 | 8,069 | 8,030 | 8,008 | 7,031 | 7,031 | 7,933 | 7,031 | 7,031 | 7,031 | 7,031 | 6,145 | 5,349 | 93,314 |
| Total Disbursements | 10,392 | 6,808 | 10,151 | 4,737 | 7,494 | 4,902 | 7,357 | 4,331 | 8,003 | 3,615 | 7,716 | 3,154 | 9,088 | 87,747 |
| **Net Cash Flow before Assessments** | ($2,800) | $1,261 | ($2,121) | $3,271 | ($463) | $2,129 | $576 | $2,700 | ($971) | $3,416 | ($685) | $2,991 | ($3,739) | $5,566 |
| **Assessments** | | | | | | | | | | | | | | |
| PA Quality Care Assessment | - | - | - | - | - | - | - | - | - | - | - | 1,575 | - | 1,575 |
| Philadelphia Hospital Assessment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow after Assessments** | ($2,800) | $1,261 | ($2,121) | $3,271 | ($463) | $2,129 | $576 | $2,700 | ($971) | $3,416 | ($685) | $1,416 | ($3,739) | $3,991 |
| **Financing** | | | | | | | | | | | | | | |
| **Operating Cash** | | | | | | | | | | | | | | |
| Beginning Book Balance | 104 | 112 | - | - | - | - | - | - | - | - | - | - | - | 104 |
| Net Cash Flow | (2,800) | 1,261 | (2,121) | 3,271 | (463) | 2,129 | 576 | 2,700 | (971) | 3,416 | (685) | 1,416 | (3,739) | 3,991 |
| Repayments | (7,592) | (8,069) | (8,030) | (8,008) | (7,031) | (7,031) | (7,933) | (7,031) | (7,031) | (7,031) | (7,031) | (6,145) | (5,349) | (93,314) |
| Borrowings | 10,400 | 6,696 | 10,151 | 4,737 | 7,494 | 4,902 | 7,357 | 4,331 | 8,003 | 3,615 | 7,716 | 4,729 | 9,088 | 89,219 |
| Ending Book Balance | 112 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Outstanding Checks | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Bank Balance | 112 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Post-Petition DIP Revolver** | | | | | | | | | | | | | | |
| Beginning DIP Revolver Balance | 23,013 | 25,821 | 24,448 | 26,569 | 23,298 | 23,761 | 21,632 | 21,056 | 18,356 | 19,327 | 15,911 | 16,595 | 15,179 | 15,179 |
| DIP Revolver Repayments | (7,592) | (8,069) | (8,030) | (8,008) | (7,031) | (7,031) | (7,933) | (7,031) | (7,031) | (7,031) | (7,031) | (6,145) | (5,349) | (5,349) |
| DIP Revolver Borrowings | 10,400 | 6,696 | 10,151 | 4,737 | 7,494 | 4,902 | 7,357 | 4,331 | 8,003 | 3,615 | 7,716 | 4,729 | 9,088 | 9,088 |
| DIP Revolver Balance Transfer | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending DIP Revolver Balance | 25,821 | 24,448 | 26,569 | 23,298 | 23,761 | 21,632 | 21,056 | 18,356 | 19,327 | 15,911 | 16,595 | 15,179 | 18,918 | 18,918 |
| Net Borrowing Base - DIP Revolver | 25,861 | 26,547 | 26,672 | 26,246 | 24,016 | 22,689 | 21,361 | 20,229 | 20,229 | 20,229 | 20,229 | 20,229 | 20,229 | 20,229 |
| Availability - DIP Revolver | 40 | 2,098 | 102 | 2,947 | 255 | 1,056 | 305 | 1,874 | 902 | 4,319 | 3,634 | 5,050 | 1,311 | 1,311 |
| **Post-Petition DIP Term Loan** | | | | | | | | | | | | | | |
| Beginning DIP Term Loan | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| DIP Term Loan Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Term Loan Borrowings | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Term Loan Balance Transfer | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending DIP Term Loan | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |

PAHS - Consolidated                                                  - DRAFT -                    The accompanying summary of significant assumptions is an integral part of this prospective financial information.
DIP Financing Report - Borrowers A/R Borrowing Base Rollforward
($ in 000s)                                                                  Weeks Ending:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16-Aug | 23-Aug | 30-Aug | 06-Sep | 13-Sep | 20-Sep | 27-Sep | 04-Oct | 11-Oct | 18-Oct | 25-Oct | 01-Nov | 08-Nov |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Borrowing Base Summary** | | | | | | | | | | | | | |
| Beginning Net Eligible A/R | $37,782 | $34,346 | $32,593 | $32,752 | $32,130 | $29,386 | $27,703 | $26,020 | $24,585 | $24,585 | $24,585 | $24,585 | $24,585 |
| Billed & Unbilled (net of ineligibles) | $5,730 | $7,236 | $7,148 | $5,306 | $4,245 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 | $5,306 |
| (Less): Collections* | ($9,166) | ($8,989) | ($6,989) | ($5,928) | ($6,989) | ($6,989) | ($6,989) | ($6,741) | ($5,306) | ($5,306) | ($5,306) | ($5,306) | ($5,306) |
| **Net Eligible A/R** | $34,346 | $32,593 | $32,752 | $32,130 | $29,386 | $27,703 | $26,020 | $24,585 | $24,585 | $24,585 | $24,585 | $24,585 | $24,585 |
| **Supplemental Income** | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 | $2,155 |
| **Total Eligible Accounts** | $36,502 | $34,749 | $34,907 | $34,285 | $31,541 | $29,858 | $28,175 | $26,740 | $26,740 | $26,740 | $26,740 | $26,740 | $26,740 |
| | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| | $31,026 | $29,536 | $29,671 | $29,142 | $26,810 | $25,379 | $23,949 | $22,729 | $22,729 | $22,729 | $22,729 | $22,729 | $22,729 |
| (Less): Final Order Reserve | ($2,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| (Less): Reserve for Professional Carveout | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) |
| (Less): Medicare Reserve Amount | ($665) | ($490) | ($499) | ($397) | ($294) | ($191) | ($88) | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Availability (not to exceed facility limit) | $25,861 | $26,547 | $26,672 | $26,246 | $24,016 | $22,689 | $21,361 | $20,229 | $20,229 | $20,229 | $20,229 | $20,229 | $20,229 |

* Collections do not include $80k of Unallocated cash, which is included in patient cash collections on 13-week DIP.

PAHS - Consolidated                                                      - DRAFT -        The accompanying summary of significant assumptions is an integral part of this prospective financial information.
DIP Financing Report - DIP Fees & Interest Expense
$000s

| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 16-Aug | 23-Aug | 30-Aug | 06-Sep | 13-Sep | 20-Sep | 27-Sep | 04-Oct | 11-Oct | 18-Oct | 25-Oct | 01-Nov | 08-Nov | |
| | | | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Totals |
| **DIP Fees:** | | | | | | | | | | | | | | | | | |
| Comittment Amount | 1.00% | $ | 50,000 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Deferred Revolving Loan Origination Fee | | $ | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Term Loan Origination Fee | | $ | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Collateral Management Fee (O/S DIP Revolver) | 0.40% | $ | 20,836 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83 | 83 |
| Unused Line Fee | 0.50% | | | 0 | 7 | 0 | 10 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 13 | 42 |
| Total DIP Fees | | | | 0 | 507 | 0 | 10 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 96 | 625 |
| **Interest Rate:** | Base Rate | Margin | | | | | | | | | | | | | | | |
| DIP Revolver - 30-day LIBOR + 425bps | 2.23% | 4.25% | 6.48% | 0 | 182 | 0 | 144 | 0 | 0 | 0 | 114 | 0 | 0 | 0 | 0 | 102 | 541 |
| DIP Term Loan - 30-day LIBOR + 1000bps | 2.23% | 10.00% | 12.23% | 0 | 153 | 0 | 153 | 0 | 0 | 0 | 153 | 0 | 0 | 0 | 0 | 153 | 612 |
| Total Interest Expense | | | | 0 | 334 | 0 | 297 | 0 | 0 | 0 | 267 | 0 | 0 | 0 | 0 | 255 | 1,153 |
| | | | | 0 | 841 | 0 | 306 | 0 | 0 | 0 | 279 | 0 | 0 | 0 | 0 | 351 | 1,778 |