# **EXHIBIT C**

**June 20, 2019 Default Letter from PAHH Erie Street Garage, LLC to St. Christopher's Healthcare, LLC**

PAHH ERIE STREET GARAGE, LLC
c/o Harrison Street Real Estate, LLC
444 West Lake Street, Suite 2100
Chicago, IL 60606

June 20, 2019

<u>FEDERAL EXPRESS (PRIORITY)</u>

St. Christopher's Healthcare, LLC
222 N. Sepulveda Blvd., Suite 900
El Segundo, CA 90245
Attention: Joel Freedman and General Counsel

    Re:    Master Lease dated January 11, 2018, by and between PAHH Erie Street Garage, LLC, a Delaware limited company, as Landlord, and St. Christopher's Healthcare, LLC, a Delaware limited liability company, as Tenant

Ladies and Gentlemen:

    Reference is made to the Master Lease identified above (the "Lease"). All capitalized terms used but not defined in this letter shall have the meanings in the Lease.

    This letter constitutes notice of default pursuant to the Lease by reason of Tenant's failure to pay Real Estate Taxes due the City of Philadelphia.

    This letter further constitutes notice that Landlord, without obligation to do so but with the right to do so, intends to pay to the City of Philadelphia the due and unpaid Real Estate Taxes, with interest.

    As required by Section 3.1 of the Lease, please pay the total amount of unpaid Real Estate Taxes, including, without limitation, interest thereon, to Landlord immediately. We are unable to calculate that amount for the Premises alone, as you appear to have failed to cause the Office of Property Assessment to recognize the Premises as a separately assessed parcel. In the meantime the Premises appears to be, for tax purposes, part of OPA Parcel Number 777011730. Thus, unless and until you can confirm that the OPA has separately assessed the Premises, you are directed to pay all taxes and interest for OPA Parcel Number 777011730, which is equal to $457,662.37. This is without prejudice to our right to pay the unpaid amounts or to demand additional sums if we later learn that all or any portion of the Real Estate Taxes, interest or penalties, or additional Real Estate Taxes, interest or penalties were due (or hereafter become due) and are unpaid.

    Further, pursuant to Section 3.5 of the Lease, commencing July 1, 2019, Tenant is hereby directed to pay Landlord the amount of $48,661.60 on the first day of each month, without further notice or demand, so that sufficient funds will be in hand by March 1, 2020 to

St. Christopher's Healthcare, LLC
June 20, 2019
Page 2

pay Real Estate Taxes for the Premises due March 31, 2020, which amount we are happy to recalculate upon demonstration that the OPA recognizes the Premises as a separate tax parcel. Finally, Landlord reserves the right to direct you to pay such sums to Landlord's mortgagee as permitted by Section 3.5.

    Very truly yours,

    PAHH ERIE STREET GARAGE, LLC, a Delaware limited liability company

    By: _____
       Name: _Daniel G. Zoloto_
       Title: _Authorized Signatory_

#2876668 v1 June 20, 2019 (3:21 PM)