# **EXHIBIT E**

**Transition Services Agreement**

<span style="color:red">FILED UNDER SEAL</span>