## **EXHIBIT F**

**TSA Invoice Summary**

<span style="color:red">FILED UNDER SEAL</span>

24240110.1 10/08/2019