# **<u>EXHIBIT G</u>**

**Notice of Termination of TSA dated May 2, 2019**

<span style="color:red">FILED UNDER SEAL</span>