## EXHIBIT H

**Master Services Agreement**

# FILED UNDER SEAL