# **EXHIBIT I**

**MSA Invoice Summary**

<span style="color:red">FILED UNDER SEAL</span>