# **EXHIBIT J**

**Revised TSA Invoice Summary**

FILED UNDER SEAL