# **EXHIBIT K**

**Revised MSA Invoice Summary**

# FILED UNDER SEAL