# **EXHIBIT L**

**June 28, 2019 Letter from Tenet/Conifer to Philadelphia Academic Health Holdings, LLC Extending Termination Date to July 5, 2019**

<span style="color:red">FILED UNDER SEAL</span>