# **EXHIBIT M**

**Conifer Invoice for July Services**

<span style="color:red">FILED UNDER SEAL</span>