# **EXHIBIT N**

**Conifer Invoice for August Services**

<span style="color:red">**FILED UNDER SEAL**</span>