# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>Jointly Administered<br><br>**Hearing Date: October 21, 2019 at 11:00 a.m. EDT**<br>**Objection Deadline: October 3, 2019 at 4:00 p.m. EDT**<br><br>**Re: D.I. 737** |

**CERTIFICATION OF NO OBJECTION REGARDING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER ESTABLISHING INFORMATION SHARING PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. §§ 1102(b)(3) AND 1103(c), *NUNC PRO TUNC* TO JULY 15, 2019**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced jointly administered cases certifies the following:

1. On September 19, 2019, the Committee filed its Motion for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to July 15, 2019 (the "Motion") [D.I. 737]. Reponses to the Motion were required to be filed and served no later than October 3, 2019.

2. I have reviewed the docket in these cases and found that there have been no formal responses to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. I respectfully request that the Court enter the order attached to the Motion without further notice or hearing.

Dated: October 10, 2019

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*