**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 510, 612, 734, and 795** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION FIXING CURE AMOUNT
OF GLOBAL NEUROSCIENCES INSTITUTE, LLC**

The above-referenced debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby certify as follows:

1. On September 27, 2019, the Court entered an *Order under 11 U.S.C. § 105, 363, 365, 503 and 507 (A) Approving Asset Purchase Agreement with STC OpCo, LLC (B) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Interests, (C) Authorizing Assumption and Assignment of Certain of the Debtors' Executory Contracts, and (D) Granting Related Relief* [D.I. 795] (the "Sale Order"),[2] pursuant to which the Court authorized the sale of substantially all assets of St. Christopher's Healthcare, LLC and certain related Debtors to STC OpCo, LLC (the "Buyer").

2. Attached to the Sale Order as Exhibit "B" ("Exhibit B") is an initial list of contracts that may be assumed and assigned to the Buyer in connection with the sale.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

3.      For certain of the contracts reflected on Exhibit B, a Maximum Unliquidated Cure Amount is reflected, as opposed to a Liquidated Cure Amount.  In particular, Exhibit B identifies Global Neurosciences Institutes, LLC ("GNI") as holding a Maximum Unliquidated Cure Amount of $314,337.74 in connection with the Master Services Agreement between GNI and St. Christopher's Healthcare, LLC (the "Master Services Agreement").

4.      The Debtors, the Buyer and GNI have engaged in discussions and have entered into the *Stipulation Fixing Cure Amount of Global Neurosciences Institute, LLC* (the "Stipulation"), a copy of which is attached as Exhibit 1 to the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to which the parties have agreed on a Liquidated Cure Amount for the Master Services Agreement in the amount of $314,337.74.

[remainder of page left intentionally blank]

-3-

5. We would respectfully request that the Court enter the Proposed Order at its earliest convenience and direct that it be docketed without further notice or hearing.

Dated: October 14, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for the Debtors and Debtors in Possession*