# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et* ) | |
| *al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related D.I.: 830, 837** |

## MASTER LANDLORDS' RESERVATION OF RIGHTS WITH RESPECT TO THE DEBTORS' MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC (collectively, the "Master Landlords") by and through their counsel, DLA Piper LLP (US), submit this reservation of rights (the "Reservation of Rights") to the *Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [D.I. 830] (the "Lease Extension Motion"), and respectfully state as follows:

## RESERVATION OF RIGHTS

1. The Master Landlords file this Reservation of Rights to preserve their right to object to the Debtors' Lease Extension Motion to the extent that the Debtors continue to fail fully and timely to perform their postpetition obligations under the Master Leases (as defined below).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

1

2. Debtor St. Christopher's Healthcare, LLC ("SCH"), is the master lessee under the master leases (collectively, the "Master Leases") for the medical office buildings and parking garages owned by the Master Landlords.[2] The Master Leases are absolute net leases, and SCH is required to pay all amounts owing under the Master Leases and all occupancy costs for the premises leased under the Master Leases and keep the real property lien free.

3. The Debtors state in paragraph 12 of the Lease Extension Motion that they "plan to perform their undisputed obligations under all of the Real Property Leases arising from and after the Petition Date in a timely fashion, to the extent required by section 365(d)(4) of the Bankruptcy Code, pending their decision to assume or reject each Real Property Lease." Lease Extension Motion, ¶ 12.

4. Yet prior to and following the commencement of their Chapter 11 Cases on July 1, 2019 (the "Petition Date"), the Debtors failed and continue to fail fully and timely to perform and pay all of their obligations under the Master Leases.

5. The Debtors have admitted on the record of these Chapter 11 Cases that they are not fully and timely performing all of their obligations under the Master Leases:  (i) the Debtors have not budgeted for the full amount of the Rent and Supplementary Rent (as defined in the Master Leases) due under the Master Leases; (ii) the Debtors have not paid September Rent and Supplementary Rent past due and will not pay in full the postpetition Rent and Supplementary Rent coming due under the Master Leases; and (iii) the Debtors have not performed and are not performing all of their other obligations under the Master Leases, including the ongoing maintenance and repair of the Master Lease properties.

---

[2] The Master Leases are voluminous and copies may be obtained by requesting a copy from counsel for the Master Landlords.

6. The Debtors are obligated to ensure that the Master Landlords receive full payment of amounts currently due and owing under the Master Leases and that all other obligations existing under the Master Leases are fulfilled, as required under section 365(d)(2) of the Bankruptcy Code. 11 U.S.C. § 365(d)(2).

7. Accordingly, the Master Landlords reserve all rights to assert that the Debtors are not fully and timely performing all of their payment and other obligations coming due postpetition under the Master Leases and to amend and supplement this Reservation of Rights from time to time and at any time.

*[Remainder of Page Intentionally Left Blank.]*

Dated: October 14, 2019
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: Richard.Chesley@dlapiper.com

*Counsel to the Master Landlords*