## CERTIFICATE OF SERVICE

I, Stuart M. Brown, Esquire, do hereby certify that, on this 14th day of October 2019, I caused a true and correct copy of the foregoing *Master Landlords' Reservation of Rights with Respect to the Debtors' Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property* to be served on the following addresses in the manner indicated below.

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)

**VIA HAND DELIVERY**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 1910