**<u>Exhibit A</u>**

**Copy of Correspondence dated October 7, 2019**

| | |
|---|---|
| **From:** | Hampton, Jeffrey C. |
| **To:** | Pesce, Gregory F. |
| **Cc:** | *ljones@pszjlaw.com; Hackney, Stephen C.; Wasdin, Nick; Minuti, Mark |
| **Subject:** | [EXT] RE: CCH - HPP Funds |
| **Date:** | Monday, October 7, 2019 3:30:35 PM |
| **Attachments:** | image001.png |

Greg:

      I have connected with counsel to HPP regarding the issue and will be preparing language for HPP's review.  HPP counsel is tracking down some of the details regarding the amount and nature of the payment at issue – the specific dollar amount, whether it relates to just HUH or STC, or both, etc.  We will share the proposed language with you, of course.   As a point of clarification to your email below, the payment referenced in paragraph 8 is qualified by "subject to" the terms of the Final DIP Order.  We are in discussions with Midcap regarding the issue.

Jeffrey



**Jeffrey C. Hampton**
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor | Philadelphia, PA 19102-2186
Tel: 215.972.7118 | Fax: 215.972.1848 | Mobile: 215.479.5290
Jeffrey.Hampton@saul.com | www.saul.com

* Please note that our Firm name and my email address have changed.

**From:** Pesce, Gregory F. [mailto:gregory.pesce@kirkland.com]
**Sent:** Sunday, October 06, 2019 9:09 PM
**To:** Minuti, Mark; Hampton, Jeffrey C.
**Cc:** *ljones@pszjlaw.com; Hackney, Stephen C.; Wasdin, Nick
**Subject:** CCH - HPP Funds

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Dear Jeffrey and Mark:

On September 19, 2019, the Court entered the attached order [Docket No 733], paragraph 9 of which provides that "Tenet shall sign a consent, in a form reasonably acceptable to the Debtors, Health Partners Plans and Tenet, authorizing the release to the Debtors of the $2 million currently held by Health Partners Plans with respect to the 2017 stub period . . . . Tenet shall reasonably cooperate with the Debtors' reasonable requests with respect to seeking the release of such funds."

Tenet is entitled to those funds in accordance with the terms of that order, with the first $1 million thereof to be paid "promptly after receiving such funds." See Order § 8.

Tenet intends to sign the consent, subject to reviewing that consent and the terms thereof. However, Tenet has not received any recent communications regarding your intention to seek Tenet's consent to effectuate release of the HPP Funds. The delay in executing the consent effectively deprives Tenet of its ability to receive $1 million of those funds "promptly after" receipt of such funds.

Please advise when your client will distribute the form of consent to Tenet for its review and execution. Please also advise whether your client has received any communications from HPP regarding the timing for its receipt of any such funds after completion of the consent.

If your client has any questions regarding this request, please do not hesitate to contact me.

Gregory F. Pesce

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2642  M +1 312 613 8501
F +1 312 862 2200

gregory.pesce@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~~+