**Exhibit B**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| *et al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | **Re: Docket No. 733** |

**ORDER GRANTING TENET BUSINESS SERVICES CORPORATION AND
CONIFER REVENUE CYCLE SOLUTIONS, LLC'S MOTION TO ENFORCE THE
ORDER GRANTING IN PART THE MOTION OF TENET BUSINESS SERVICES
CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC
FOR ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID
POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(B)(1) OR, IN
THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC
STAY TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

Upon consideration of the motion (the "Motion")[2] filed by Tenet Business Services

Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") for entry of an

order enforcing the *Order Granting in Part the Motion of Tenet Business Services Corporation*

*and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All*

*Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II)*

*Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA*

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]   Capitalized terms not defined herein shall have the meanings attributed in the Motion or the Administrative Claim Order, as applicable.

[Docket No. 733] (the "Administrative Claim Order"); and the Court having determined after due deliberation that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are directed to immediately sign a consent, in a form reasonably acceptable to the Debtors, Health Partners Plans and Tenet, authorizing the release to the Debtors of the $2 million currently held by Health Partners Plans with respect to the 2017 stub period.

3.      The Debtors shall transfer the HPP Funds to Tenet and Conifer promptly after receiving such funds as provided pursuant to the Administrative Claim Order.

4.      Tenet and Conifer are awarded fees, costs, and expenses in connection with this matter.

5.      This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

6.      Tenet and Conifer may take any actions necessary to enforce the terms of this Order.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Wilmington, Delaware
Dated: _____, 2019

 

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE