IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) ) | Case No. 19-11466 (KG) Jointly Administered |
| Debtors. | ) ) ) |  |

**MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING ON TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC'S MOTION TO ENFORCE THE ORDER GRANTING IN PART THE MOTION OF TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC FOR ENTRY OF AN ORDER (I) COMPELLING PAYMENT OF ALL UNPAID POSTPETITION AMOUNTS PURSUANT TO 11 U.S.C. § 503(b)(1) OR, IN THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT NECESSARY TO TERMINATE THE TSA AND MSA**

Tenet Business Services Corporation ("Tenet") and Conifer Revenue Cycle Solutions, LLC ("Conifer") file this motion (the "Motion to Shorten") for entry of an order pursuant to Bankruptcy Rule 9006(c)(1) and Rule 9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), shortening the notice period and scheduling an expedited hearing on *Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Motion to Enforce the Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (the "Motion"), filed concurrently herewith,[2] so that the Court can consider the relief requested in the Motion during the hearing set for 11:00 a.m. (prevailing Eastern Time) on October 21, 2019.  In support of this Motion to Shorten, Tenet and Conifer respectfully state as follows:

### Relief Requested

1. By this Motion to Shorten, the Tenet and Conifer request, pursuant to Bankruptcy Code section 105(a), Bankruptcy Rule 9006(c)(1), and Local Rule 9006-1(e), that the Court enter an order shortening the notice period, and fixing the date and time, so that the Motion can be heard on October 21, 2019 at 11:00 a.m. (prevailing Eastern time) (the "Hearing") and setting the time of the Hearing as the deadline for responses to the Motion.

### Jurisdiction and Venue

2. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are section 105(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

---

[2] Capitalized terms not otherwise defined in this Motion to Shorten shall have the meanings given to such terms in the Motion.

**Basis for Relief**

4. Pursuant to Bankruptcy Rule 9006, the Court may, for cause shown, shorten the otherwise applicable notice period for motion papers. Fed. R. Bankr. P. 9006(c)(1) ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced"). Similarly, Local Rule 9006-1(e) provides that the Court may shorten the notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

5. Through the Motion, Tenet and Conifer seek entry of an order enforcing the *Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Docket No. 733] (the "Administrative Claim Order"). Given the circumstances, a shortened notice period is necessary and appropriate so that the Court can consider the relief requested in the Motion during the Hearing on the Debtors' motion to stay the Administrative Claim Order pending appeal scheduled for 11:00 a.m. (prevailing Eastern Time) on October 21, 2019.

6. Accordingly, Tenet and Conifer submit that it is appropriate under the circumstances to shorten notice, as necessary, to consider the relief requested in the Motion during the October 21, 2019 hearing.

**Local Rule 9006-1(e) Averment**

4. Pursuant to Local Rule 9006-1(e), concurrently with filing this Motion, counsel for Tenet and Conifer provided notice of this Motion to Shorten to counsel for the Debtors, the Office

of the United States Trustee for the District of Delaware and counsel to the Official Committee of Unsecured Creditors, and inquired whether they objected to shortened time on the Motion. As of this time, none of these parties has responded with a position on the Motion to Shorten. The movant will update the Court on any responses received.

### Notice

5.　A copy of the Motion has been provided to (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to MidCap Funding IV Trust; (e) Drexel University d/b/a Drexel University College of Medicine; (f) the Debtors' unions; (g) the Internal Revenue Service; (h) the United States Attorney for the District of Delaware; (i) the United States Department of Justice; (j) the Pennsylvania Attorney General's Office; (k) the Pennsylvania Department of Human Services; (l) the City of Philadelphia; and (m) all applicable federal, state and local taxing and regulatory authorities having jurisdiction over the Assets; and (n) all parties who have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. Tenet and Conifer submit that, under the circumstances, such notice constitutes good and sufficient notice of this Motion and no other or further notice need be given.

### No Prior Request

6.　No prior request for the relief sought in this Motion to Shorten has been made to this Court or to any other court.

WHEREFORE, Tenet and Conifer respectfully request that the Court enter the Proposed Order and grant such other relief as is just and proper under the circumstances.

Dated: October 15, 2019  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Nicholas F. Wasdin (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: stephen.hackney@kirkland.com
gregory.pesce@kirkland.com
nick.wasdin@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Counsel to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*