# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 547 and 652** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER RESOLVING MOTION OF GLOBAL NEUROSCIENCES INSTITUTE, LLC FOR RECONSIDERATION OF AND/OR TO VACATE ORDER REJECTING SERVICES AGREEMENT**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On August 22, 2019, the Court entered the *Order Approving First Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* (the "**First Omnibus Rejection Order**") [D.I. 547].

2. Pursuant 11 U.S.C. § 365, the First Omnibus Rejection Order approved, among other things, the rejection, effective as of August 2, 2019, of a certain Clinical Service Chief, Neurosurgery Coverage and Neurosurgery/Trauma On-Call Coverage Services Agreement, effective as of March 6, 2015, which was amended several times including by letter agreement dated April 24, 2019 (as so amended, the "**Services Agreement**") between Debtor Center City Healthcare, LLC and Global Neurosciences Institute, LLC ("**GNI**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

3. On September 5, 2019, GNI filed the *Motion of Global Neurosciences Institute, LLC for Reconsideration and/or to Vacate Order Rejecting Services Agreement* (the "**Motion to Vacate**") [D.I. 652].

4. Through the Motion to Vacate, GNI sought, *inter alia*, vacation of the First Omnibus Rejection Order with respect to the Services Agreement because GNI alleged that it had not been served with the underlying motion through which the Debtors sought to reject the Services Agreement.

5. In resolution of the Motion to Vacate, the Debtors and GNI have agreed to entry of the proposed order attached hereto as **Exhibit A** (the "**Proposed Order**"), which, notwithstanding the First Omnibus Rejection Order, modifies the effective date of the rejection of the Services Agreement to August 27, 2019. The Debtors and GNI have agreed that, upon entry of the Proposed Order, the Motion to Vacate shall be deemed resolved.

6. All other rights of the parties relating to the Services Agreement, are reserved and unaffected hereby.

7. We respectfully request that the Court sign the Proposed Order and direct that it be docketed.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

|  |  |
|---|---|
| Dated: October 15, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*