## EXHIBIT A

**Proposed Order**

36018017.5 10/15/19

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 547, 652 and ___** |

## ORDER REGARDING MOTION OF GLOBAL NEUROSCIENCES INSTITUTE, LLC FOR RECONSIDERATION OF AND/OR TO VACATE ORDER REJECTING SERVICES AGREEMENT

Upon the motion (the "**Motion**") [D.I. 652] of Global Neurosciences Institute, LLC ("**GNI**") for Reconsideration of and/or to Vacate Order Rejecting Services Agreement in connection with the *Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* (the "**First Omnibus Rejection Order**") [D.I. 547]; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is granted as provided herein.

2. The First Omnibus Rejection Order is vacated solely with respect to the Services Agreement as defined in the Motion (the "**Services Agreement**").

3. The Services Agreement is hereby rejected pursuant to 11 U.S.C. § 365 effective as of August 27, 2019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

36018017.5 10/15/19

4. All other rights of the Debtors and GNI with respect to the Services Agreement are reserved and unaffected hereby.

5. This Order shall not be deemed to be a determination of whether the Services Agreement is an executory contract or unexpired lease.

6. To the extent that GNI chooses to file a proof of claim for rejection damages consequent to the rejection of the Services Agreement, such proof of claim must be filed on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

7. The Debtors' and GNI's rights with respect to any existing defaults under the Services Agreement, and all defenses and counterclaims, are hereby preserved.

8. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.