# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. ____** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Upon the **Certification of Counsel Regarding Omnibus Hearing Dates**, dated October 15, 2019, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following dates and times have been scheduled as omnibus hearings in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| November 19, 2019 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801 |
| December 9, 2019 at 10:00 a.m. | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801 |