IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>RE: Docket No. 742 |

**CERTIFICATE OF NO OBJECTION TO FIRST MONTHLY
FEE APPLICATION OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE
PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JULY 3, 2019 THROUGH AND JULY 31, 2019**

The undersigned counsel to the Patient Care Ombudsman appointed in the above-captioned cases hereby certifies that:

1. On August 2, 2019, the U.S. Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "**Interim Compensation Order**") [Docket No. 341].

2. In accordance with the Interim Compensation Order, on September 19, 2019 Greenberg Traurig, LLP ("**Greenberg**") filed the *First Monthly Fee Application of Greenberg Traurig, LLP, as Counsel to the Patient Care Ombudsman for Allowance of Compensation for the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ACTIVE 46513123v2

*Services Rendered and Reimbursement of Expenses for the Period From July 3, 2019 Through and July 31, 2019* [Docket No. 742] (the "**Application**").

3. Pursuant to the Notice of Application, objections were due October 9, 2019. As of the date hereof, personnel at Greenberg have not received any responses or objections to the Application.

4. Accordingly, pursuant to the Interim Compensation Order and the Application, the Debtors are authorized to pay Greenberg 80% of the fees requested in the Application, or $29,171.20, and 100% of the expenses requested in the Application, or $30.00, for a total payment of $29,201.20.

Dated:  October 15, 2019                    GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 661-7395
Fax: (302) 661-7165
Email:  melorod@gtlaw.com

-and-

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
Email: petermann@gtlaw.com

*Counsel to the Patient Care Ombudsman*