# Notice Recipients

District/Off: 0311–1          User: Sherrys          Date Created: 10/16/2019
Case: 19–11466–KG           Form ID: pdfgen1        Total: 178

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ombh          Suzanne Koenig
intp          University of Pennsylvania Health System
intp          Sanjay K. Gupta
intp          Thomas Hall

                                                                 TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee          USTPRegion03.WL.ECF@USDOJ.GOV
aty     Aaron S. Applebaum          aaron.applebaum@saul.com
aty     Adam H. Isenberg          aisenberg@saul.com
aty     Andrew Kelser          akelser@odonoghuelaw.com
aty     Andrew H. Sherman          asherman@sillscummis.com
aty     Andrew L. Cole          acole@coleschotz.com
aty     Benjamin A. Hackman          benjamin.a.hackman@usdoj.gov
aty     Boris I. Mankovetskiy          bmankovetskiy@sillscummis.com
aty     Brendan Joseph Schlauch          schlauch@rlf.com
aty     Brett D. Fallon          bfallon@morrisjames.com
aty     Bryan J Hall          bhall@blankrome.com
aty     Carol E. Momjian          cmomjian@attorneygeneral.gov
aty     Chantelle D'nae McClamb          mcclambc@ballardspahr.com
aty     Charles A. McCauley III          cmccauley@offitkurman.com
aty     Christina J. Pross          cpross@mwm–law.com
aty     Christopher A. Ward          cward@polsinelli.com
aty     Christopher Dean Loizides          loizides@loizides.com
aty     Christopher R. Momjian          crmomjian@attorneygeneral.gov
aty     Claiborne S. Newlin          cnewlin@markowitzandrichman.com
aty     Curtis S. Miller          cmiller@mnat.com
aty     Dale E. Barney          dbarney@gibbonslaw.com
aty     Daniel K. Hogan          dkhogan@dkhogan.com
aty     Daniel Michael Pereira          dpereira@schnader.com
aty     Daniel S. Shamah          dshamah@omm.com
aty     Darrell W. Clark          dclark@stinson.com
aty     David Dembe          ddembe@attorneygeneral.gov
aty     David L. Campbell          dcampbell@uplawtx.com
aty     David M. Klauder          dklauder@bk–legal.com
aty     David P. Primack          dprimack@mdmc–law.com
aty     David W. Carickhoff          dcarickhoff@archerlaw.com
aty     Deirdre M. Richards          drichards@finemanlawfirm.com
aty     Dennis A. Meloro          melorod@gtlaw.com
aty     Drew McGehrin          dsmcgehrin@duanemorris.com
aty     E. Todd Sable          tsable@honigman.com
aty     Elihu Ezekiel Allinson, III          ZAllinson@SHA–LLC.com
aty     Eric S. Goldstein          egoldstein@goodwin.com
aty     Frederick B. Rosner          rosner@teamrosner.com
aty     George P. Angelich          angelich.george@arentfox.com
aty     Gregory A. Taylor          gtaylor@ashbygeddes.com
aty     Gregory Joseph Flasser          gflasser@bayardlaw.com
aty     Holly M Smith          smith@lrclaw.com
aty     Howard A. Cohen          hcohen@gibbonslaw.com
aty     Jarret P. Hitchings          jphitchings@duanemorris.com
aty     Jason A. Gibson          gibson@teamrosner.com
aty     Jeffrey Kurtzman          kurtzman@kurtzmansteady.com
aty     Jeffrey C. Hampton          jeffrey.hampton@saul.com
aty     Jeffrey R Barber          jbarber@joneswalker.com
aty     Jeffrey R. Waxman          jwaxman@morrisjames.com
aty     Jeremy William Ryan          jryan@potteranderson.com
aty     Jody C. Barillare          jody.barillare@morganlewis.com
aty     Joelle E. Polesky          jpolesky@stradley.com
aty     John Henry Schanne, II          schannej@pepperlaw.com
aty     Joseph H. Huston, Jr.          jhh@stevenslee.com
aty     Joseph J. McMahon, Jr.          jmcmahon@ciardilaw.com
aty     Judy D. Thompson          jdt@jdthompsonlaw.com
aty     Julia Bettina Klein          klein@kleinllc.com
aty     Justin R. Alberto          jalberto@bayardlaw.com
aty     Kate R. Buck          kbuck@mccarter.com
aty     Katharina Earle          kearle@ashbygeddes.com
aty     Kevin G. Collins          kevin.collins@btlaw.com
aty     Lance Michael Geren          lgeren@odonoghuelaw.com

| | | |
|---|---|---|
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Lawrence A. Lichtman | LLichtman@honigman.com |
| aty | Louis A. Curcio | louis.curcio@troutman.com |
| aty | Marc Stephen Casarino | casarinom@whiteandwilliams.com |
| aty | Marcus Scott Sacks | marcus.s.sacks@usdoj.gov |
| aty | Marcy J. McLaughlin | mclaughlinm@pepperlaw.com |
| aty | Marita Erbeck | marita.erbeck@dbr.com |
| aty | Mark Minuti | mark.minuti@saul.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Megan N. Harper | megan.harper@phila.gov |
| aty | Michael Comrie Heyden, Jr. | mheyden@grsm.com |
| aty | Monica Mathews Reynolds | mreynolds@cwolaw.com |
| aty | Monique Bair DiSabatino | monique.disabatino@saul.com |
| aty | Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| aty | Nicholas J. LePore, III | nlepore@schnader.com |
| aty | Paige Noelle Topper | ptopper@mnat.com |
| aty | Pamela Elchert Thurmond | pamela.thurmond@phila.gov |
| aty | Patrick A. Jackson | Patrick.jackson@dbr.com |
| aty | Pearl Pham | pearl.pham@pgworks.com |
| aty | R. Stephen McNeill | bankruptcy@potteranderson.com |
| aty | Richard A. Barkasy | rbarkasy@schnader.com |
| aty | Rick S. Miller | rmiller@ferryjoseph.com |
| aty | Ryan B Smith | rbsmith@attorneygeneral.gov |
| aty | Sabrina L. Streusand | |
| aty | Shawn M. Christianson | schristianson@buchalter.com |
| aty | Sophie E. Macon | smacon@bayardlaw.com |
| aty | Stephanie A. Fox | saf@maronmarvel.com |
| aty | Stuart M. Brown | stuart.brown@dlapiper.com |
| aty | Susan Murray | smurray@freedmanlorry.com |
| aty | Thomas M. Horan | thoran@foxrothschild.com |
| aty | Timothy Swanson | tim.swanson@moyewhite.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Tobey M. Daluz | daluzt@ballardspahr.com |
| aty | Vikrama S. Chandrashekar | vika.chandrashekar@moyewhite.com |
| aty | Vincent J Marriott, III | marriott@ballardspahr.com |
| aty | William D. Sullivan | bsullivan@sha–llc.com |
| aty | William F. Taylor, Jr. | bankruptcydel@mccarter.com |

TOTAL: 100

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    Center City Healthcare, LLC    230 North Broad Street    Philadelphia, PA 19102

cr    MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC)    Stradley Ronon Stevens & Young    2005 Market Street    Suite 2600    Philadelphia, PA 19103

cr    SpecialtyCare, Inc.    White and Williams LLP    600 N. King Street, Suite 800    Wilmington, DE 19801

intp    Commonwealth of Pennsylvania Department of Health    c/o Richard A. Barkasy    Schnader Harrison Segal & Lewis LLP    824 N. Market Street, Suite 800    Wilmington, DE 19801

cr    City of Philadelphia    City Law Department– Tax & Revenue Unit    c/o Megan N. Harper    Municipal Services Building    1401 John F. Kennedy Blvd, 5th floor    Philadelphia, PA 19102

intp    Omni Management Group, Inc.    www.omnimgt.com    5955 DeSoto Avenue    Suite 100    Woodland Hills, CA 91367

intp    Commonwealth of Pennsylvania, Office of Attorney General    1600 Arch Street    Suite 300    Philadelphia, PA 19103

clagent    Omni Management Group, Inc.    www.omnimgt.com    5955 DeSoto Avenue    Suite 100    Woodland Hills, CA 91367

cr    Pennsylvania Association of Staff Nurses and Allied Professionals    Two Tower Bridge    One Fayette Street, Ste. 475    Conshohocken, PA

intp    Jeffrey Cutler    PO Box 2806    York, PA 17405

cr    Rydal Square, L.P.    c/o Jeffrey Kurtzman, Esquire    Kurtzman | Steady, LLC    401 S. 2nd Street, Suite 200    Philadelphia, PA 19147

cr    NTT Data Services    c/o Streusand Landon Ozburn & Lemmon    1801 S. MoPac Expressway    Suite 320    Suite 320    Austin, TX 78746

intp    Renal Treatment Centers–Northeast, Inc.    c/o DaVita HealthCare Partners Inc.    1551 Wewatta    Denver, CO 80202

cr    Renal Treatment Centers–Northeast, Inc.    c/o DaVita HealthCare Partners Inc.    1551 Wewatta    Denver, CO 80202

cr    224 E. 13th Street Realty Corp.    c/o Blank Rome LLP    1201 N. Market Street    Suite 800    Wilmington, DE 19801

cr    PHILADELPHIA GAS WORKS    800 W. Montgomery Avenue    Philadelphia, PA 19122

crcm    Official Committee of Unsecured Creditors    Fox Rothschild LLP    Attn: Thomas M. Horan    919 N. Market Street    Suite 300    Wilmington, DE 19899–2323

cr    Kelly Ann Cody    Self Inc. Womans Shelter    1305 W. Susquehanna Ave.    Philadelphia, PA 19122

cr    Shades of Green, Inc.    1777 South Pennsylvania Avenue    Morrisville, PA 19067

cr    Med One Capital Funding, LLC    C/O Ray Quinney & Nebeker. P.C.    36 South State Street    14th Floor    ATTN: David H. Leigh    Salt Lake City, UT 84111

| | | | | |
|---|---|---|---|---|
| cr | Laboratory Corporation of America Holdings | CT Corporation Systems | 225 Hillsborough Street    Raleigh, NC 27603 | |
| cr | Philadelphia Hospital and Healthcare Employees– District 1199C Training and Upgrading Fund    C/O Susan Murray, Esquire    1601 Market Street, Suite 1500    Philadelphia, PA 19103 | | | |
| cr | Ensemble RCM, LLC d/b/a Ensemble Health Partners    c/o Jeffrey R. Barber, Esq.    Jones Walker LLP    P. O. Box 427    Jackson, MS 39205–0427 | | | |
| cr | Coloplast Corp.    1601 West River Road North    Minneapolis, MN 55411 | | | |
| cr | The Chubb Companies    c/o Duane Morris LLP    30 S. 17th Street    Philadelphia, PA 19103–4196 | | | |
| cr | Vizient, Inc.    5420 LBJ Freeway, Suite 1900    Dallas, TX 75240 UNITED STATES | | | |
| cr | Marc A. AI ThermaSolutions    Stoel Rives LLP    C/O Marc A. AI    33 South 6th Street    Suite 4200    Minneapolis, MN 55402 | | | |
| cr | SpecialtyCare IOM Services, LLC    White and Williams LLP    600 N. King Street, Suite 800    Wilmington, DE 19801 | | | |
| cr | Oracle America, Inc.    Buchalter, a Professional Corporation    c/o Shawn M. Christianson    55 2nd St. 17th Fl.    San Francisco, Ca 94105 | | | |
| cr | Mayflower Laundry and Textile Services, LLC    2601 West Lexington Street    Baltimore, MD 21223 | | | |
| intp | Certain Physicians Under the Philadelphia Academic Health System Physician Practice Plan    c/o Archer & Greiner, P.C.    Attn: David W. Carickhoff, Esq.    300 Delaware Avenue, Suite 1100    Wilmington, DE 19801 | | | |
| cr | The Advisory Board Company    c/o Shipman & Goodwin LLP    One Constitution Plaza    Hartford, CT 06013–1919 | | | |
| aty | Albert A. Ciardi, III    One Commerce Square    2005 Market Street    Suite 3500    Philadelphia    PA, 19103 U.S.A. | | | |
| aty | Daniel R. Schwartz    Kirkland and Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | | |
| aty | David Pisciotta    Troutman Sanders LLP    875 Third Avenue    New York, NY 10022 | | | |
| aty | David Smith    Schnader Harrison Segal & Lewis LLP    1600 Market Street    Suite 3600    Philadelphia, PA 19103–7286 | | | |
| aty | David L. Kane    VedderPrice    222 North Lasalle Street    Suite 2600    Chicago, IL 60601 | | | |
| aty | Deborah A Reperowitz    Stradley, Ronon, Stevens & Young, LLP    100 Park Avenue, Suite 2000    New York, NY 10017 | | | |
| aty | Diana M. Perez    O'Melveny & Myers LLP    7 Times Square    New York, NY 10036 | | | |
| aty | Douglas Carlson    Douglas Carlson LLC    330 N. Wabash    #3300    Chicago, IL 60611 | | | |
| aty | Francis J. Lawall    Pepper Hamilton LLP    3000 Two Logan Square    Eighteenth & Arch Streets    Philadelphia, PA 19103 | | | |
| aty | Gary E Klausner    Levene Neale Bender Yoo & Brill    10250 Constellation Blvd #1700    Los Angeles, CA 90067 | | | |
| aty | Gregory Francis Pesce    Kirkland & Ellis lLP    300 North LaSalle    Chicago, IL 60654 | | | |
| aty | Gretchen M. Santamour    Stradley Ronon Stevens & Young    2005 Market Street    Suite 2600    Philadelphia, PA 19103 | | | |
| aty | Ira Neil Richards    Schnader Harrison Segal & Lewis LLP    1600 Market Street    Suite 3600    Philadelphia, PA 19103–7286 | | | |
| aty | Jessica Mikhailevich    Troutman Sanders LLP    875 Third Avenue    New York, NY 10022 | | | |
| aty | Joseph Catuzzi    Stradley Ronon et al    2005 Market Street    suuite 2600    Philadelphia, PA 19103 | | | |
| aty | Kathryn L. Stevens    BedderPrice    222 North LaSalle Street    Suite 2600    Chicago, IL 60601 | | | |
| aty | Kent J. Hayden    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | | |
| aty | Lauren Macksoud    Dentons US LLP    1221 Avenue of the Americase    New York, NY 10020–1089 | | | |
| aty | Lee P. Whidden    Dentons US LLP    1221 Avenue of the Americas    New York, NY 10020–1095 | | | |
| aty | Lisa M Rhode    Office of Attorney Genberal    1600 Arch Street    Suite 300    Philadelphia, PA 19103 | | | |
| aty | Mairi V. Luce    Duane Morris LLP    30 South 17th Street    Philadelphia, PA 19103 | | | |
| aty | Mark J. Dorval    Stradley Ronon, et al    2005 Market St.    Ste 2600    Philadelphia, PA 19103 | | | |
| aty | Matthew R Brooks    Troutman Sanders LLP    600 PeachTree Street NE    suite 5200    Atlanta, GA 30308 | | | |
| aty | Matthew R Kaufmann    919 Conestoga Road    Building 3, Suite 114    Rosemont, PA 19010 | | | |
| aty | Michael B. Lampert    Ropes & Gray LLP    Prudential Tower    800 Boylston Street    Boston, MA 02199–3600 | | | |
| aty | Michael J. Merchant    Richards, Layton & Finger    One Rodney Square    920 North King Street    Wilmington, DE 19801 NEW CASTLE | | | |
| aty | Michael W. Glenn    Kirkland & Ellis LLP    300 North Lasallle    Chicago, IL 60654 | | | |
| aty | Mitchell Malzberg    Law Offices of Mitchell J. Malzberg, LLC    6 E. Main Street, Suite 7    PO Box 5122    Clinton, NJ 08809 | | | |
| aty | Nancy A. Peterman    Greenberg Traurig, LLP    77 West Wacker Drive    Suite 3100    Chicago, IL 60601 | | | |
| aty | Nick Wasdin    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | | |
| aty | Nicole L. Greenblatt    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022–4611 | | | |
| aty | Oscar N. Pinkas    Dentons US LLP    1221 Avenue of the Americas    New York, NY 10020–1089 | | | |
| aty | Paul M. Cozzi    Kirkland & Ellis LLP    300 North LaSalle    Chicago, Il 60654 | | | |
| aty | Phillip Khezri    Arent Fox LLP    1301 Avenue of the Americas    New York, NY 10019 | | | |
| aty | Phillip D Berger    919 Conestoga Road    Building 3, Suite 114    Rosemont, PA 19010 | | | |
| aty | Rachel Jaffe Mauceri    Morgan Lewis & Bockius LLP    1701 Market Street    Philadelphia, PA 19103–2921 | | | |
| aty | Richard A. Chesley    DLA Piper LLP (US)    444 West Lake Street    Suite 900    Chicago, IL 60606 | | | |
| aty | Robert Lapowsky    620 Freedom Business Center    Suite 200    King of Prussia, PA 19046 | | | |
| aty | Stephen C. Hackney    Kirkland & Ellis LLP    300 North Lasalle    Chicago, IL 60654 | | | |
| aty | Suzzanne Uhland    O'Melveny & Myers LLP    Times Square Tower    7 Times Square    New York, NY 10036 | | | |
| aty | Tracey M. Ohm    Stinson LLP    1150 18th Street N.W.    Suite 800    Washington, DC 20036 | | | |
| aty | William J Wickward Jr.    2179 East Lyon Station Road    Creedmoor, NC 27522 | | | |

TOTAL: 74