# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-11466-KG |
| | : | |
| CENTER CITY HEALTHCARE LLC | : | Chapter 11 |
| d/b/a HAHNEMANN UNIVERSITY | : | |
| HOSPITAL, *et al.* [1] | : | Jointly Administered |
| Debtor. | : | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that on October 15, 2019, the Trustees of the Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund ("Training Fund") filed a Motion for Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503 (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any to the entry of the order approving the Motion must be in writing and served on or before **November 5, 2019 at 4:00p.m. (prevailing Eastern Standard Time)** ("Objection Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon undersigned counsel to the Training Fund so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held on **November 19, 2019 at 10:00a.m. (prevailing Eastern Standard Time)** before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**IF NO OBJECTION OR RESPONSE TO THIE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Health Systems, LLC (8165), HPS of PA, L.L.C., (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

MARKOWITZ & RICHMAN

Date: October 15, 2019

BY: */s/ Claiborne S. Newlin*_____
    Claiborne S. Newlin, Esquire (No. 4745)
    Legal Arts Building
    1225 King Street, Suite 804
    Wilmington, DE 19801
    Telephone: (302) 656-2308
    Facsimile: (215) 790-0668
    Email: cnewlin@markowitzrichman.com
    Attorney for Philadelphia Hospital and Health Care Employees- District 1199C Training and Upgrading Fund

FREEDMAN AND LORRY, P.C.

BY: */s/ Susan A. Murray*_____
    Susan A. Murray, Esquire (Pro Hac Vice)
    1601 Market Street, Suite 1500
    Philadelphia, PA 19103
    Telephone: (215) 931-2506
    Facsimile: (215) 925-7516
    Email: smurray@freedmanlorry.com
    Attorney for Philadelphia Hospital and Health Care Employees- District 1199C Training and Upgrading Fund