# Exhibit A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-11466-KG |
| | : | |
| CENTER CITY HEALTHCARE LLC | : | Chapter 11 |
| d/b/a HAHNEMANN UNIVERSITY | : | |
| HOSPITAL, et al.[1] | : | Jointly Administered |
| Debtor. | : | |

## ORDER GRANTING MOTION FOR PAYMENT OF ADMISTRATIVE EXPENSES OF PHILADELPHIA HOSPITAL AND HEALTH CARE EMPLOYEES – DISTRICT 1199C TRAINING AND UPGRADING FUND

Upon consideration of the Motion for Payment of Administrative Expenses of Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund and upon consideration of all objections and responses to the Motion, if any, and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtor shall prepare and submit outstanding remittance reports, for May 2019, June 2019, July 2019 and August 2019 to the Trustees of the Philadelphia Hospital and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Health Systems, LLC (8165), HPS of PA, L.L.C., (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Health Care Employees – District 1199C Training and Upgrading ("Training Fund") within five days of the date of this Order.

3. The Administrative Claim in favor of the Training Fund shall be the same hereby ENTERED in the amount of the unpaid post-petition contributions for July 2019 and August 2019 owed as determined by the remittance reports submitted by the Debtor for July 2019 and August 2019, in accordance with this Order.

4. This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

5. The Trustees of the Philadelphia Hospital and Health Care Employees – District 1199C Training and Upgrading Fund may take any actions necessary to enforce the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Wilmington, Delaware
Date: _____, 2019

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE