# Exhibit B

Agreement

By and Between

Hahnemann University Hospital

And

National Union of Hospital and Health Care

Employees, AFSCME, AFL-CIO

and its affiliate District 1199C

Technical Unit

July 1, 2012

through

June 30, 2018

AGREEMENT                                                        1

WITNESSETH:                                                      1

ARTICLE I                                                        2
RECOGNITION

      ARTICLE II                            4
      MANAGEMENT RIGHTS

      ARTICLE III                           5
      CHECKOFF

ARTICLE IV                                                       7
PROBATIONARY EMPLOYEES

ARTICLE V                                                        7
HOURS OF WORK

ARTICLE VI                                                       8
UNION SECURITY

ARTICLE VII                                                      9
GRIEVANCE PROCEDURE

ARTICLE VIII                                                     10
ARBITRATION

ARTICLE IX                                                       10
LAYOFF

ARTICLE X                                                        11
RECALL

ARTICLE XI                                                       12
SENIORITY

ARTICLE XII                                                      14
PROMOTION OR TRANSFER

ARTICLE XIII                                                     14
SHIFT DIFFERENTIAL

ARTICLE XIV                                                      15

DEATH IN THE FAMILY

ARTICLE XV                                                              16
HOLIDAYS

ARTICLE XVI                                                             17
VACATION

ARTICLE XVII                                                            18
JURY DUTY

ARTICLE XVII                                                            19
NON-DISCRIMINATION

ARTICLE XIX                                                             19
PART-TIME EMPLOYEES

ARTICLE XX                                                              19
NO STRIKES, LOCKOUTS AND WORK STOPPAGES

ARTICLE XXI                                                             20
UNION ACTIVITY, ACCESS TO HOSPITAL AND BULLETIN BOARDS

ARTICLE XXII                                                            21
PERSONNEL FILES

ARTICLE XXIII                                                           21
SAFETY

ARTICLE XXIV                                                            22
UNPAID LEAVE

ARTICLE XXV                                                             23
WAGES

ARTICLE XXVI                                                            24
SICK LEAVE

ARTICLE XXVII                                                           25
WELFARE

ARTICLE XXVIII                                                          26
TRAINING AND UPGRADING

ARTICLE XXIX                                          33
PER DIEM EMPLOYEES

ARTICLE XXIX                                          33
PENSION FUND

ARTICLE XXXI                                          35
UNIFORMS

ARTICLE XXXII                                         35
CALL BACK & ON CALL

ARTICLE XXXIII                                        36
TRAVEL REIMBURSEMENT

ARTICLE XXXIV                                         36
COMMITTEES

ARTICLE XXXV                                          37
GENERAL

ARTICLE XXXVI                                         39
TERMINATION

# AGREEMENT

THIS AGREEMENT made and entered into this 1st day of July, 2016, between HAHNEMANN UNIVERSITY HOSPITAL hereinafter called "Hahnemann" and NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES, AFSCME, AFL-CIO, and it's affiliate District 1199C hereinafter called "Union".

## WITNESSETH:

WHEREAS, the parties hereto recognize that the enlightened participation of the public, management and labor is needed if Hahnemann is to make its maximum contribution to the community, and recognizing that complete and uninterrupted patient care is of vital importance to health, welfare and safety of the community, and desiring to establish a standard of wages and other conditions of employment under which members of the Union shall work for Hahnemann during the term of this Agreement, and

WHEREAS, the parties hereto desire to regulate relations  between the parties with a view to securing harmonious cooperation thereby averting interruptions and interferences with services to patients,

NOW THEREFORE, in consideration of the mutual promises hereinafter set forth, it is agreed by and between the parties as follows:

# ARTICLE I

## RECOGNITION

1. Hahnemann hereby recognizes the Union as the sole and exclusive bargaining representative of the Employees of Hahnemann as defined in Section 1.1 below pursuant to a certification by the National Labor Relations Board, Case No. 3-RC-12537 which became final on April 21, 1977 and this Agreement shall apply only to such Employees.

1.1. The bargaining unit shall consist of all full time and regular part-time Employees in the following classifications who regularly work twenty (20) or more hours per week, consisting of Anesthesia Technician I, Anesthesia Technician II, Cardiology Technician, Cardiac Cath Technician (Registered), Cardiac Cath Technician (Non-Registered), Cardiac Ultrasound Technician, Catheterization Technician Aide, Clinical Dietitian Technician I (Clinical Dietetic Technician I), Clinical Dietitian Technician II, CT/MRI Technologist, CT Technologist, Dental Assistant I, Dental Assistant II, Diagnostic Radiology Tech I (Non-Registered), Diagnostic Radiology Tech II, Dialysis Technician/Hemodialysis Technician, Dialysis Equipment Technician, Dosimetrist, EEG Technician, EKG Technician, Senior EKG Technician, EMG Technician, Senior EMG Technician, EPS Lap Technician, Chief Technician - EPS, Exercise EKG Technician, Senior Exercise EKG Technician, Intravenous Admixture Technician, Exterminator, Lab Assistant Technician, Laboratory Technician I, Laboratory Technician II, Senior Laboratory Technician, Diagnostic Lead Technician, Special Procedure, Library Technician, Mammography Technologist, Medical Assistant, Medical Technician, MRI Technologist, Nuclear Medicine Technician I (Non-Registered), Nuclear Medicine Technician II, Senior Nuclear Medicine Technician, Obstetrical Technician (Non- Certified), Obstetrical Technician (Certified), Occupational Therapy Assistant, Perfusionist, Pharmacy Technician, Physical Therapy Assistant, Polysomnographic Technician (Non-Registered), Polysomnographic Technician (Registered), Senior Polysomnographic Technician, Radiation Therapy Technician I (Non-Registered), Radiation Therapy Technician II (Registered),  Senior Radiation Therapy Technician, Respiratory Therapy Technician I, Respiratory Therapist - CRTT, Reuse Technician, Routine Technologist, Simulator Technician, Surgical Technician Certified, Surgical Technician (Non-Certified), Chief Surgical Technician, Ultrasound Technologist AUH, Ultrasound Technologist AUIS, Ultrasonographer AUH, Ultrasonographer AUIS, Vascular Laboratory Technician, Phlebotomist,  Lab Support I, Lab Support II, Technical Lab Assistant, Medical Lab Technician, Activities Therapist, Charge Therapist, Child Monitor, Coordinator of Suicide Prevention Hotline,  Creative Art Therapist I, Creative Art Therapist II, Forensic Homeless Worker, Dental Hygienist I,  Dental Hygienist II, Mental Health Worker I, Mental Health Worker II, Mental Health Worker III, Movement Therapist, Nutritionist I, Nutritionist II, Occupational Therapy Assistant,  Psychiatric Social Worker I, Psychiatric Social Worker 11, Psychiatric Social Worker III,  Pulmonary Function Technologist, Registered Dietitian I, Registered Dietitian II, Registered Renal Dietitian, Research Assistant (MHS), Research Technician- Prison, Recreation Therapist,  Respiratory Therapist I (Registry Eligible), Respiratory Therapist II (Registered), Respiratory Care Practitioner Clinical Associate Registry Eligible (RCP-CA Registry Eligible), Respiratory Care Practitioner Clinical Associate Registered (RCP-CA Registered), Substance Abuse Counselor, Vocational Rehabilitation

Specialist, Youth Opportunities Program Worker I, II, III, IV; and excluding all supervisors and foremen, executives, administrators, department heads, confidential Employees, clerical Employees, registered nurses, faculty, physicians, security guards, chefs, students, professional Employees, temporary Employees, part time Employees who work less than twenty (20) hours per week and all others not specifically listed heretofore as belonging to the bargaining unit.

2. A temporary Employee is one who is hired for a period of up to three (3) months and is so informed at the time he/she is hired, or a person who is hired to fill a temporary job or for a special project to replace any Employee on leave of absence or vacation. Hahnemann shall notify the Union prior to the implementation of special projects. Upon the expiration of the aforesaid three (3) month period. Hahnemann may request an extension of another three (3) month period which extension shall not be denied by the Union. A temporary Employee must become a member of the Union after his first three (3) month period in accordance with Article VI. Hahnemann Agrees to identify temporary Employees on a monthly report.

3. Work regularly and customarily preformed by a bargaining unit Emplotee shall not be performed by a student Employee to the extent that it results in the layoff of the Employee. A portion filled by a full-time Employee which becomes open will not be split into two or more part-time positions in order to provide employment for a student filled on a full-time basis. However, there shall be no such restrictions where such work is part of a student's curriculum.

4. Supervisors shall not do work normally performed by Employees, except for the purpose of instruction, supervision, experimentation, emergencies, or where the normal duties of the supervisors overlap the duties of Employees. An emergency is herein denied as any suddenly arising situation necessitating immediate action by Hahnemann to maintain safety or health, to prevent damage to equipment, facilities, property, and/or materials, to aid in preparing malfunctions, inadequate staffing due to absenteeism of department Employees and unforeseen increase in workload.

5. Hahnemann shall provide fifteen (15) days notice to the Union subsequent to the completion of agreements for all expansions, acquisitions, sales, new facilities, mergers within, Philadelphia, Bucks, Delaware, Montgomery and Camden Counties.

health benefits Employees shall contribute toward their health benefits as set forth by the Fund. Hahnemann remit all employee copays to the Fund.

(a) The exception as to the contract remaining in effect during the welfare contribution re-opener is the Article regrind No Strike and No Lockouts

(b) Retirees: As of April 1, 2012, the same medical coverage will be provided for retirees aged 62-64 with at least 20 years of service as it provided by the Benefit Fund and Medicare to those who have reached age 65. These benefits will be medical, hospital and anesthesia, drug, vision care, and private duty nursing. Disability is not included, and death benefits will be reduced to the level provided to other retirees.

2. The Fund shall be administered under the terms and provisions of the Agreement and Declaration of Trust and any amendments thereof, which provide for equal representation by the Union and Employers contributing to said Fund and that any dispute whatsoever that may arise or deadlock that amy develop among or between said Trustees shall be submitted to arbitration before an Arbitrator or Umpire, except as may be otherwise provided for in said Agreement and Declaration of Trust, and his/her decision shall be final and binding.

3. An independent audit of the Fund shall be made annually and a statement of the results shall be furnished to Hahnemann.

4. Together with the periodic payments herein provided, Hahnemann shall submit regularly monthly reports to the Fund in such form as may be necessary for the sound and efficient administration of the Fund. Such regular monthly reports shall, as a minimum, include Employee's names, classifications, date of fire, hours of work,  Social Security numbers, base and gross wages or salaries paid to Employees, dates of termination or leave and such other information as may be required by law or by the fund in order to determine eligibility for benefits. Hahnemann agrees to permit the fund accountant to audit it's records to verify the accuracy of it's payments.

5. All Employees in the technical unit shall continue to be covered under either the Union's Philadelphia Benefit Fund or Hahnemann's medical plans, whichever is currently applicable, and once each year, on or about November 1, all Employees will have the option to exercise to opt for one plan or the other.

## ARTICLE XXVIII

### TRAINING AND UPGRADING

1. Effective July 1, 1995, Hahnemann shall contribute to the Union's Training & Upgrading Fund a maximum contribution to one and one-half percent (1.5%) of the gross payroll for all Employees covered by this Agreement who have satisfactorily completed their probationary period.

Contributions so received by the Trustees shall be used to study hospital manpower needs, including shortages in entry level jobs, upgraded positions and credential jobs; to develop career ladders, and to subsidize Employees in training and when necessary, the costs

of training in areas of manpower shortages. Such program shall be administered under and Agreement and Declaration of Trust. The Trustees of such Training and Upgrading Fund, in addition to the monies received from hospitals, shall attempt to secure such additional funds as may be available from public or other private sources. In addition, the Trustees shall seek community cooperation in such programs.

The Trustees of the Training and Upgrading Program shall be composed of an equal number of representatives designated by the Union and by the Hospitals contributing to the Training and Upgrading Program. Such Trust Agreement shall provide for bloc voting and for the resolution of any dispute of deadlock between or among the Trustees by arbitration, as provided elsewhere in this Agreement.

Hahnemann agrees to make available to the Fund such records of Employees as classifications, names, social security numbers, and accounts of payroll and/or wages paid which the Fund may require in connection with the sound and efficient administration of the Fund or that may be so required in order to determine the eligibility of Employees for Fund benefit, and to permit an Accountant for the Fund to audit such records.

2.   In the event Hahnemann introduces new or revised job standards, new equipment or new processes that substantially alter or substantially change the work of an Employee, Hahnemann shall establish a training program to afford the affected Employees an opportunity to be retrained for the position.

Those Employees who are not able to perform their job at the endow the retraining period shall be laid off in accordance with Article IX, Layoff, and the new job shall be posted.\

3.   <u>Job Security Program of District 1199C Employment, Training and Job Security Fund.</u>

(a) Under the Job Security Program described hereinafter, a laid off Employee who loses his/her job as a result of restructuring will be eligible for up to eighty percent (80%) of his/her salary inclusive of unemployment compensation and healthy coverage for themselves and their families under the Benefit Fund under the same conditions that prevail in the present Agreement, as may be determined by the Contract Interpretation and Policy Committee in accordance with the procedures set forth in Section 9 herein, provided that the maximum period of time for which any covered Employee may receive Job Security payments and benefits is one (1) year, but no Employee may receive benefits for longer than the period covered Employee has been employed.

The training and replacement process will apply to these laid off Employees as determined by the Job Security Program.

Mandatory re-hiring of laid-off Employees will apply to vacancies with the same classification or grouping before hiring of non-bargaining unit Employees, subject only to probationary period for evaluating performance and providing on-the-job training as reasonable.

An Employee is not covered in the event the institution is faced with a severe economic downturn placing that institution in jeopardy of closing and requiring reduction of its staff; the issue of the appropriateness and the number of layoffs may be determined by the Contract

## TENTATIVE AGREEMENT
### (Technical)

DISTRICT 1199C, NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES, AFSCME, AFL-CIO, herein the "Union," and CENTER CITY HEALTHCARE (HAHNEMANN UNIVERSITY HOSPITAL), agree to modify the current collective bargaining agreement as follows:

1.    Amend Article V, Sections 1 through 8 to reflect the following:

Effective upon ratification of this agreement, full-time employees shall receive a one-time bonus of $400 that shall not be added to the employee's base rate. Part-time employees shall receive a prorated bonus based upon their regularly scheduled hours of work.

Effective January 1, 2019: 2.0% across the board and in the rate

Effective January 1, 2020: 2.0% across the board and in the rate

Effective January 1, 2021: 2.0% across the board and in the rate

2.    Create new language to read:

Preceptor Pay: Any employee responsible for training or orienting an employee shall receive preceptor pay in the amount of $1.00 per hour. Management will designate and assign employees as preceptors on a voluntary basis when appropriate. When there are insufficient volunteers, management shall have the right to assign the work.

3.    Amend Article VI, STEP 2 to read:

**STEP TWO.** The grievance shall be reduced to writing by the grievant or the Union and referred to the grievances Department Head or his/her authorized representative. A hearing on the grievance shall be convened **within ten (10) days of receipt.** if requested by either party. The Department Head or his/her authorized representative shall have ten (10) days after **the hearing** receipt of the grievance to give his/her answer. If no satisfactory settlement is reached within five (5) **ten (10)** days after the Department Head's answer the grievant or the Union may appeal the matter to –

4.    Amend Article VI, Effect of Failure to Appeal to read:

**Effect of Failure to Appeal.** Any grievance shall be considered as settled on the basis of the last answer of Hahnemann if not appealed to the next step or to arbitration within the time limitations set forth herein. **In the event that the Employer fails to answer a grievance in a timely manner, the grievance shall be deemed to be sustained.** Time is of the essence.

1

5.    Amend Article XXXI – CALL BACK & ON CALL to reflect the following:

Increase on-call pay from $3.00 per hour to $5.00 per hour.  Provide on-call pay for all employees scheduled to be on call.

6.    Amend Article XIII - SHIFT DIFFERENTIAL to read:

1.    A shift differential of ten (10%) percent per hour of an employee's regular straight-time rate shall be paid to all employees **who are assigned to work at least half of their scheduled hours between** ~~assigned whose straight-time hours start at or after~~ 2:00 P.M. and ~~before~~ 6:00 A.M.  Shift differential shall be included when calculating an Employee's holiday, vacation or sick pay only, and shall not be included for any other benefit whatsoever.  [*The Employer will endeavor to make this change in its payroll system within 90 days, to become effective at that time.  In the event the change takes more than 90 days, the Employer shall notify the Union with a new effective date*].

7.    Amend Article XIV, DEATH IN FAMILY to read:

In the event of the death of an employee's parent, spouse, child, brother, sister, mother-in-law, father-in-law, grandparent or grandchild, sister-in-law, brother-in-law, stepparent, stepbrother, stepsister and stepchildren an employee who has completed his/her probationary period will be allowed up to ~~three (3)~~ **five (5)** regular scheduled days off with pay at his/her regular straight time rate provided time off is taken between the date of death and the day following the funeral.  In the event the funeral is scheduled on a day that is not a regularly scheduled work day for the employee, s/he shall not receive any pay for that day under this provision.  Advance notice must be given to the employee's supervisor before any time off can be taken.

An employee shall be able to use vacation, personal or unpaid days to extend bereavement leave with the approval of the Department Head.

There shall be no duplication of payment that the employee may otherwise receive under this Agreement.  Proof of death and verification of relationship may be required **prior to the employee receiving bereavement pay**.

8.    Amend Article XXVI, Section 1 – SICK LEAVE to read:

1.    Sick leave is defined as the absence of an employee from his/her regularly scheduled work because of illness or an injury which is non-work connected and not compensable under the Pennsylvania Worker's Compensation Laws.  An employee may use up to ~~two (2)~~ **three (3)** sick days or partial days per year to cover time lost from work for visits to the doctor or dentist, provided such time is requested at least five (5) working days in advance and approved.  Such approval shall not be unreasonably denied.  An employee may use up to two (2) sick days or partial sick days per year to cover time lost from work for care of an employee's parent, spouse, child, brother, sister, mother-in-law, father-in-law, grandparent or grandchild who are ill.

2

9.    Amend Article XVI, Section 2 – VACATION to read:

| 2. | **Continuous Service** | **Paid Vacation (Eff. 1/1/19)** | **(Eff. 1/1/20)** |
|----|------------------------|--------------------------------|-------------------|
|    | One to Five Years      | ~~10~~ 11 Work Days            | **12 Work Days**  |
|    | Five to Fifteen Years  | ~~15~~ 16 Work Days            | **17 Work Days**  |
|    | Over Fifteen Years     | ~~20~~ 21 Work Days            | **22 Work Days**  |

(An employee who has worked for six (6) months bus less than one (1) year may take five (5) work days of their first year's vacation at that time).

10.    Amend Article XXVII, Section 1 to reflect the following:

Effective July 1, 2018, the contribution percentage set forth in Article XXI, Section 1 shall be 36.4%. This rate may be increased by the Trustees of the Benefit Fund, if necessary, but not higher than a rate of 38.8%. Employees electing dependent coverage shall contribute an additional $10.00 per week effective July 1, 2018, and an additional $10.00 per week effective July 1, 2019. Employees electing employee only coverage shall contribute an additional $5.00 per week effective July 1, 2019.

11.    Amend Article XXIX, Section 1 to reflect the following:

The parties adopt the Rehabilitation Plan, Schedule A, adopted by the Pension Trustees in 2017 and which sets forth a contribution rate of $21.55%.

12.    Amend XXXIII to read:

Hahnemann agrees to continue its uniform policy as heretofore. Those employees who are required to wear uniforms and who are not provided uniforms shall receive a uniform allowance of ~~$140.00~~ **$175.00** annually payable in three (3) payments on August 15, December 15, and April 15 of each contract year. These payments will be received in a separate check.

13.    Create a Side Letter to read:

The parties agree to meet within ninety (90) days of ratification of the agreement, or anytime thereafter, to address any issues in assigning overtime within any department.

14.    Create a Side Letter to read:

The Employer agrees to maintain the current cost of employees' parking for the remainder of the agreement unless the Employer provides a better benefit to any other unit of employees.

3

15.    Create Side Letter to read:

     The Employer and the Union agree to meet within ninety (90) days to negotiate changes to the current attendance policy, including allowing the Employer to beginning the progressive discipline process on the eleventh call-out for current employees, and on the eight call-out for employees hired after the effective date of this agreement.  The parties will also address other issues with the attendance policy.

16.    The Employer shall restore any paid leave time utilized by members of the bargaining committee to attend negotiations sessions for the 2018 negotiations with the Employer.

FOR THE EMPLOYER:                    FOR THE UNION:

Date: _____        Date: _____

4

# AGREEMENT

By and Between

HAHNEMANN UNIVERSITY HOSPITAL

&

NATIONAL UNION OF HOSPITAL AND HEALTH CARE

EMPLOYEES, AFSCME, AFL-CIO

and its affiliate

DISTRICT 1199C

## SERVICE AND MAINTENANCE UNIT

July 1, 2012

through

June 30, 2018

INDEX

| ARTICLE | | PAGE |
|---|---|---|
| I | RECOGNITION | 1 |
| II | CHECK-OFF | 4 |
| III | UNION SECURITY | 6 |
| IV | PROBATIONARY EMPLOYEES | 7 |
| V | WAGES | 7 |
| VI | GRIEVANCE PROCEDURE | 11 |
| VII | ARBITRATION | 14 |
| VIII | SENIORITY | 15 |
| IX | PER DIEM EMPLOYEES | 18 |
| X | NURSES AIDES | 18 |
| XI | LAYOFF | 19 |
| XII | RECALL | 20 |
| XIII | PROMOTION OR TRANSFER | 21 |
| XIV | OVERTIME | 22 |
| XV | SHIFT DIFFERENTIAL AND SHIFT ASSIGNMENTS | 23 |
| XVI | DEATH IN FAMILY | 24 |
| XVII | JURY DUTY | 24 |
| XVIII | SICK LEAVE | 25 |
| XIX | HOLIDAYS | 27 |
| XX | VACATIONS | 30 |
| XXI | WELFARE | 32 |
| XXII | NON-DISCRIMINATION | 33 |
| XXIII | NO STRIKES, LOCKOUTS AND WORK STOPPAGES | 34 |
| XXIV | UNION ACTIVITY, ACCESS TO HOSPITAL AND BULLETIN BOARDS | 35 |
| XXV | SAFETY | 36 |
| XXVI | FLU SHOT PROPOSAL | 37 |
| XXVII | MAINTENANCE UNIFORMS AND CALL BACK | 37 |
| XXVIII | PENSION FUND | 38 |
| XXIX | UNPAID LEAVE | 40 |
| XXX | TRAINING AND UPGRADING | 42 |
| XXXI | GROUP LEGAL FUND SERVICES | 53 |
| XXXII | HOURS OF WORK | 54 |
| XXXIII | UNIFORMS | 56 |
| XXXIV | PERSONNEL FILES | 56 |
| XXXV | MANAGEMENT RIGHTS | 57 |
| XXXVI | COMMITTEES | 59 |
| XXXVII | GENERAL | 60 |
| XXXVIII | TERMINATION | 62 |

APPENDIX A – CHECK-OFF AUTHORIZATION
APPENDIX B – POLITICAL ACTION FUND CHECK-OFF AUTHORIZATION
APPENDIX C – CREDIT UNION CHECK-OFF AUTHORIZATION
APPENDIX D – WAGES
APPENDIX E – MULTI-INSTITUTIONAL PREFERRED PROVIDER NETWORK

## AGREEMENT

This Agreement made and entered into this 1st day of July, 2012, between Hahnemann University Hospital, it successors and assigns hereinafter called "Hahnemann", and National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO, and its affiliate District 1199C, hereinafter the called "Union".

## WITNESSETH:

WHEREAS, the parties hereto recognize that the enlightened participation of the public, management and labor is needed if Hahnemann is to make its maximum contribution to the community, and recognizing that complete and uninterrupted patient care is of vital importance to the health, welfare and safety of the community, and desiring to establish a standard of wages and other conditions of employment under which members of the Union shall work for Hahnemann during the term of this Agreement, and

WHEREAS, the parties hereto desire to regulate relations between the parties with a view to securing harmonious cooperation thereby averting interruptions and interferences with services to patients and building occupants,

NOW, THEREFORE, in consideration of the mutual promises hereinafter set forth, it is agreed by and between the parties as follows:

## ARTICLE I

## RECOGNITION

1.      Hahnemann hereby recognizes the Union as the sole and exclusive bargaining representative of the employees of Hahnemann as defined in Section 1.1. below pursuant to certifications of the Pennsylvania labor Relations Board Case No. PERA-R-28-E, Case No.

## TENTATIVE AGREEMENT
### (Service and Maintenance)

DISTRICT 1199C, NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES, AFSCME, AFL-CIO, herein the "Union," and CENTER CITY HEALTHCARE (HAHNEMANN UNIVERSITY HOSPITAL), agree to modify the current collective bargaining agreement as follows:

1.      Amend Article V, Sections 1 through 8 to reflect the following:

Effective upon ratification of this agreement, full-time employees shall receive a one-time bonus of $400 that shall not be added to the employee's base rate.  Part-time employees shall receive a prorated bonus based upon their regularly scheduled hours of work.

Effective January 1, 2019:  2.0% across the board and in the rate

Effective January 1, 2020:  2.0% across the board and in the rate

Effective January 1, 2021:  2.0% across the board and in the rate

2.      Create new language to read:

Preceptor Pay:  Any employee responsible for training or orienting an employee shall receive preceptor pay in the amount of $1.00 per hour.  Management will designate and assign employees as preceptors on a voluntary basis when appropriate.  When there are insufficient volunteers, management shall have the right to assign the work.

3.      Amend Article VI, STEP 2 to read:

**STEP TWO**.  The grievance shall be reduced to writing by the grievant or the Union and referred to the grievances Department Head or his/her authorized representative.  A hearing on the grievance shall be convened **within ten (10) days of receipt**, ~~if requested by either party~~.  The Department Head or his/her authorized representative shall have ten (10) days after **the hearing** ~~receipt of the grievance~~ to give his/her answer.  If no satisfactory settlement is reached within ~~five (5)~~ **ten (10)** days after the Department Head's answer the grievant or the Union may appeal the matter to –

4.      Amend Article VI, Effect of Failure to Appeal to read:

**Effect of Failure to Appeal**.  Any grievance shall be considered as settled on the basis of the last answer of Hahnemann if not appealed to the next step or to arbitration within the time limitations set forth herein.  **In the event that the Employer fails to answer a grievance in a timely manner, the grievance shall be deemed to be sustained.**  Time is of the essence.

1

5.     Amend Article XV, Section 1 to read:

1.     A shift differential of ten (10%) percent per hour of an employee's regular straight-time rate shall be paid to all employees **who are assigned to work at least half of their scheduled hours between** assigned whose straight-time hours start at or after 2:00 P.M. and before 6:00 A.M. Shift differential shall be included when calculating an employee's holiday pay, sick pay or vacation pay only and shall not be included for any other benefit whatsoever. [*The Employer will endeavor to make this change in its payroll system within 90 days, to become effective at that time. In the event the change takes more than 90 days, the Employer shall notify the Union with a new effective date*].

6.     Amend Article XVI, DEATH IN FAMILY to read:

In the event of the death of an employee's parent, spouse, child, brother, sister, mother-in-law, father-in-law, grandparent or grandchild, sister-in-law, brother-in-law, stepparent, stepbrother, stepsister and stepchildren an employee who has completed his/her probationary period will be allowed up to three (3) **five (5)** regular scheduled days off with pay at his/her regular straight time rate provided time off is taken between the date of death and the day following the funeral. In the event the funeral is scheduled on a day that is not a regularly scheduled work day for the employee, s/he shall not receive any pay for that day under this provision. Advance notice must be given to the employee's supervisor before any time off can be taken.

An employee shall be able to use vacation, personal or unpaid days to extend bereavement leave with the approval of the Department Head.

There shall be no duplication of payment that the employee may otherwise receive under this Agreement. Proof of death and verification of relationship may be required **prior to the employee receiving bereavement pay**.

7.     Amend Article XVIII, Section 1 to read:

1.     Sick leave is defined as the absence of an employee from his/her regularly scheduled work because of illness or an injury which is non-work connected and not compensable under the Pennsylvania Worker's Compensation Laws. An employee may use up to two (2) **three (3)** sick days or partial days per year to cover time lost from work for visits to the doctor or dentist, provided such time is requested at least five (5) working days in advance and approved. Such approval shall not be unreasonably denied. An employee may use up to two (2) sick days or partial sick days per year to cover time lost from work for care of an employee's parent, spouse, child, brother, sister, mother-in-law, father-in-law, grandparent or grandchild who are ill.

2

8.    Amend Article XVIII, Section 2 to read:

Upon the completion of a regular full-time employee's probationary period, s/he shall earn paid sick leave at the rate of one (1) day for each month of continuous employment up to a maximum of one hundred-thirty (130) days. **The Employer will indicate sick time balances on employee pay stubs.**

9.    Amend Article XIX, Section 2 to read:

In addition, an employee may request and be granted three (3) **twenty-four (24) hours of personal holidays of their choice (sixteen (16) hours of personal holidays for part-time employees)** provided fifteen (15) days advance notice is given and there is no conflict with the work schedule of the Department. In the event of an emergency, an employee may request the use of his/her three (3) personal holidays without giving fifteen (15) days advance notice provided, that advance approval is sought and obtained, with as must notice as possible and provided further that such approval shall not be unreasonably denied. Each regular full-time employee shall be paid the number of hours s/he is regularly scheduled to work at his/her regular straight-time rate, and each part-time employee shall be paid the number of hours s/he is regularly scheduled to work at his/her regular rate of pay on a pro-rata basis based upon the average hours per day s/he worked during the thirty (30) day period immediately preceding the holiday, provided that:

(a)    such employee has satisfactorily completed his/her probationary period preceding the taking of such holiday; and

(b)    such employee works his/her entire scheduled work day immediately proceeding and his/her entire scheduled work day immediately following the holiday, except for absence approved by Hahnemann.

10.    Amend Article XX, Section 2 to read:

| 2. | **Continuous Service** | **Paid Vacation (Eff. 1/1/19)** | **(Eff. 1/1/20)** |
|---|---|---|---|
| | One to Eight Years | ~~10~~ 11 Work Days | **12 Work Days** |
| | Eight to Fifteen Years | ~~15~~ 16 Work Days | **17 Work Days** |
| | Over Fifteen Years | ~~20~~ 21 Work Days | **22 Work Days** |

(An employee who has worked for six (6) months bus less than one (1) year may take five (5) work days of their first year's vacation at that time).

— 3

11.    Amend Article XXI, Section 1 to reflect the following:

Effective July 1, 2018, the contribution percentage set forth in Article XXI, Section 1 shall be 36.4%. This rate may be increased by the Trustees of the Benefit Fund, if necessary, but not higher than a rate of 38.8%. Employees electing dependent coverage shall contribute an additional $10.00 per week effective July 1, 2018, and an additional $10.00 per week effective July 1, 2019. Employees electing employee only coverage shall contribute an additional $5.00 per week effective July 1, 2019.

12.    Amend Article XXVIII, Section 1 to reflect the following:

The parties adopt the Rehabilitation Plan, Schedule A, adopted by the Pension Trustees in 2017 and which sets forth a contribution rate of $21.55%.

13.    Amend XXXIII to read:

Hahnemann agrees to continue its uniform policy as heretofore. Those employees who are required to wear uniforms and who are not provided uniforms shall receive a uniform allowance of ~~$135.00~~ $175.00 annually payable in three (3) payments on August 15, December 15, and April 15 of each contract year. These payments will be received in a separate check.

Unit Clerks will order five (5) white button down shirts and two navy blue cardigans by August 30, 2018. Beginning in 2019, Unit Clerks will receive two (2) white button down shirts and one navy blue cardigan each year until the expiration of the CBA. Unit Clerks will therefore not receive an allowance.

PCAs will have scrubs provided for them each year and will not receive an allowance.

14.    Create a Side Letter to read:

It shall be the objective of the Employer, consistent with operational needs and management's right, to assign plant operations work to bargaining unit employees. The current job description for the General Mechanic provides that employees in that position may be assigned to a variety of task across crafts. While it is the intent of the Employer to assign work within craft or job title, the Employer reserves its right to assign work to the General Mechanic across all crafts. Further, as the current job descriptions for all positions within plant operations provide that employees may be assigned to a variety of tasks, the Employer reserves the right in an emergency situation or a situation requiring expedited action, to assign work to employees within a particular craft or trade across crafts and trades. It is the Employer's preference to assign employees within their craft or trade.

15.    Create a Side Letter to read:

The parties agree to meet within ninety (90) days of ratification of the agreement, or anytime thereafter, to address any issues in assigning overtime within any department.

16.    Create a Side Letter to read:

The Employer agrees to maintain the current cost of employees' parking for the remainder of the agreement unless the Employer provides a better benefit to any other unit of employees.

17.    Create Side Letter to read:

The Employer and the Union agree to meet within ninety (90) days to negotiate changes to the current attendance policy, including allowing the Employer to beginning the progressive discipline process on the eleventh call-out for current employees, and on the eight call-out for employees hired after the effective date of this agreement.  The parties will also address other issues with the attendance policy.

18.    The Employer shall restore any paid leave time utilized by members of the bargaining committee to attend negotiations sessions for the 2018 negotiations with the Employer.

FOR THE EMPLOYER:                    FOR THE UNION:

Date: _6/26/11_                      Date:_____

5