# Exhibit C

# FREEDMAN & LORRY, P.C.

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY

Susan A. Murray
215-931-2506
smurray@freedmanlorry.com

August 30, 2019

| | |
|---|---|
| Mark Minuti, Esquire | Jeffrey C. Hampton, Esquire |
| Monique B. DiSubatino, Esquire | Adam H. Isenberg, Esquire |
| Saul Ewing Arnstein & Lehr LLP | Aaron S. Applebaum, Esquire |
| 1201 N. Market Street, Suite 2300 | Saul Ewing Arnstein & Lehr LLP |
| P.O. Box 1266 | Centre Square West |
| Wilmington, DE 19899 | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |

Re: Philadelphia Hospital and Health Care Employees-District 1199C Training and Upgrading-Delinquent Contributions and Outstanding Remittance Reports

Dear Sir or Madam:

Our Firm serves as Fund Counsel to the Philadelphia Hospital and Health Care Employees-District 1199C Training & Upgrading Fund ("Fund"). Under Hahnemann University Hospital ("HUH") collective bargaining agreement with District 1199C, contributions and remittance reports for July 2019 is due to the Fund on August 31, 2019. The remittance report gives the employees credits towards eligibility for benefits, which may be more important now than ever. I am providing this reminder to you in that I was concerned that this payment may be overlooked in light of all of the issues being addressed in this matter.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

FREEDMAN AND LORRY, P.C.

SUSAN A. MURRAY

SM/vs
cc: Elizabeth Hammond
    Benjamin Hackman, Esquire, U.S. Trustee

1601 Market Street   Suite 1500   Philadelphia, PA 19103   215-925-8400   Fax: 215-925-7516   Toll Free 888-999-1962
811 Church Road   Suite 214   Cherry Hill, NJ 08002   856-317-2201   Fax: 856-320-2764   Toll Free 888-271-1006
100 Magnolia Road   Suite 2235   Pinehurst, NC 28374   Toll Free 888-999-1962