# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No: 19-11466 (KG)<br><br>Jointly Administered |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION
## OF DALE E. BARNEY

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Dale E. Barney, Esq., of the law firm of Gibbons P.C., at One Gateway Center, Newark, New Jersey 07102, to represent the Veolia Energy Philadelphia, Inc. in the above-captioned cases.

Dated: October 16, 2019
Wilmington, Delaware

**GIBBONS P.C.**

*/s/ Howard A. Cohen*
Howard A. Cohen (DE 4082)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1761
Direct Dial: (302) 518-6330
Facsimile: (302) 429-6294
hcohen@gibbonslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2757218.1 108867-91064

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey, the United States District Courts for the District of New Jersey, the Southern District of New York, the Northern District of New York, the Eastern District of New York, and the United States Court of Appeals for the Third Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 16, 2019              **GIBBONS P.C.**

By: */s/ Dale E. Barney*
Dale E. Barney
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: dbarney@gibbonslaw.com

*Attorneys for Veolia Energy Philadelphia, Inc.*