# CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, hereby certify that on October 17, 2019, I caused copies of the foregoing *Limited Objection and Reservation of Rights of the Non-Debtor Lessors to the Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* to be served upon the following parties in the manner indicated.

<u>Via Hand Delivery</u>
Benjamin A. Hackman
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

<u>Via Hand Delivery</u>
Mark Minuti
Monique B. DiSabatino
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801

<u>Via First Class Mail</u>
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
SAUL EWING ARNSTEIN & LEHR LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

                                                          /s/ Brendan J. Schlauch
                                                          Brendan J. Schlauch (No. 6115)