oN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| | ) |
| Debtors. | ) **Re: Docket Nos. 557, 733 and 804** |

## NOTICE OF (I) AMENDMENT TO DIP FACILITY AND (II) EXTENSION OF TERMINATION DATE UNDER TENET/CONIFER ORDER

**PLEASE TAKE NOTICE** that on August 23, 2019, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Final Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Adequate Protection; (IV) Granting Adequate Protection and Modifying the Automatic Stay* (the "**Final DIP Order**") [Dkt No. 557]. The Final DIP Order authorized, *inter alia*, the above-captioned debtors and debtors-in-possession (the "**Debtors**") to obtain up to $67,000,000 in senior secured super-priority debtor-in-possession financing (the "**DIP Facility**") from MidCap Funding IV Trust (successor-by-assignment to MidCap Financial Trust), as Agent (together with its successors and assigns, the "**DIP Agent**").

**PLEASE TAKE FURTHER NOTICE** that the DIP Facility authorizes the DIP Agent to terminate the DIP Facility if the Debtors fail to repay the DIP Facility and any other obligations owing to the DIP Agent on or before October 14, 2019 (the "**Termination Date**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the DIP Agent have entered into that *Amendment No. 2 to First Priority Secured Priming Super-Priority Debtor in Possession Credit and Security Agreement* ("**DIP Amendment No. 2**"), a copy of which is attached hereto as **Exhibit "A,"** extending the Termination Date from October 14, 2019 until November 11, 2019.

**PLEASE TAKE FURTHER NOTICE THAT** on September 19, 2019, the Court entered the *Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of all*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(B)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* (the "**Tenet/Conifer Order**") [Dkt. No. 733]. The Tenet/Conifer Order provides, among other things, that "Tenet and the Debtors will continue to perform as required by the TSA through October 18, 2019, and Conifer and the Debtors will continue to perform by the MSA through October 18, 2019."

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Debtors' and the DIP Agent's entry into the DIP Amendment No. 2, The Debtors, Tenet[2] and Conifer have agreed to continue to perform as required by the TSA and the MSA, as applicable, through the extended expiration of the DIP Facility under the DIP Amendment No. 2 on November 11, 2019 and for one week thereafter, i.e., November 18, 2019. The Debtors, Tenet and Conifer have further agreed to continue the hearing on the Debtors' motion for a stay pending appeal of the Tenet/Conifer Order [Dkt. No. 804] until November 4, 2019 at 9:30 a.m. (ET).

Dated: October 17, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for the Debtors and Debtors in Possession*

---

[2] Capitalized terms in this paragraph not otherwise defined herein shall have the meanings ascribed to them in the Tenet/Conifer Order.