**Exhibit A**

**Proposed Order**

EAST\169843584.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. \_\_\_** |

### ORDER (A) ALLOWING ADMINISTRATIVE CLAIMS, AND (B) COMPELLING DEBTORS (I) TO PAY POSTPETITION RENT AND OTHER OBLIGATIONS UNDER MASTER LEASES AND (II) TO COORDINATE WITH MASTER LANDLORDS REGARDING REJECTION OF MASTER LEASES AND SURRENDER OF PREMISES

Upon consideration of the motion (the "Motion")[2] of the Master Landlords for entry of an order (a) allowing administrative claims and (b) compelling the Debtors (i) to pay in full postpetition rent and other obligations due under the Master Leases and (ii) to coordinate with the Master Landlords with respect to the contemplated rejection of leases and contracts affecting the Hahnemann University Hospital campus and surrounding properties; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Motion was appropriate under the circumstances; and the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced

---

[1]　　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]　　Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

with respect to the Motion at the hearing; and the objections (if any) to the requested relief having been withdrawn or overruled on the merits; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Master Landlords' administrative claim is allowed in the amount of $_____.

3. The Debtors are hereby ordered and directed to pay to the Master Landlords postpetition Rent and Supplementary Rent due under the Master Leases in the amount of $_____ promptly upon the entry of this Order and in no case more than three (3) business days from the date this Order is entered.

4. The Debtors are further ordered to coordinate in good faith with the Master Landlords with respect to the contemplated rejection of the various leases and contracts affecting the Hahnemann University Hospital campus and surrounding properties.

5. The Court shall retain jurisdiction to determine any and all disputes concerning the interpretation of implementation of this Order.

Dated: _____, 2019
       Wilmington, DE           THE HONORABLE KEVIN GROSS
                                    UNITED STATES BANKRUPTCY JUDGE