**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (KG) |
| *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: November 7, 2019 at 4:00 p.m.** |
| | ) **Hearing Date: Only if an objection is filed** |

**SUMMARY COVER SHEET TO THE SECOND MONTHLY FEE APPLICATION**
**OF SAUL EWING ARNSTEIN & LEHR LLP, COUNSEL TO THE DEBTORS,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| | |
|---|---|
| Name of Applicant: | Saul Ewing Arnstein & Lehr LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | *Nunc pro tunc* to June 30, 2019 |
| Period for which compensation and reimbursement is sought: | August 1, 2019 through August 31, 2019 |
| Amount of Compensation sought as actual, reasonable and necessary: | $629,870.40 (80% of which is $503,896.32 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $39,528.38 |

This is an: **X** monthly     ___ interim     ___ final application.

Saul Ewing Arnstein & Lehr LLP intends to seek compensation in connection with the preparation of this Application at a later date.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Prior Applications:

| Date and Docket No. | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/ Expenses | CNO Date and Docket No. |
|---|---|---|---|---|---|---|---|
| 09/20/2019 D.I. 752 | 06/30/2019 through 07/31/2019 | $649,127.65 | $9,401.98 | $519,302.12 | $9,401.98 | $129,825.53 | 10/14/2019 D.I. 850 |
| | **TOTAL** | **$649,127.65** | **$9,401.98** | **$519,302.12** | **$9,401.98** | **$129,825.53** | |

36006576.2 10/18/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) Case No. 19-11466 (KG) |
| *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: November 7, 2019 at 4:00 p.m.** |
| | ) **Hearing Date: Only if an objection is filed** |

### SECOND MONTHLY FEE APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019

Saul Ewing Arnstein & Lehr LLP ("**Saul Ewing**" or "**Applicant**"), counsel to the

debtors and debtors-in-possession (the "**Debtors**"), hereby applies to the Court for interim

allowance of compensation for the period August 1, 2019 through August 31, 2019 (the

"**Application Period**") with respect to its retention as counsel to the Debtors.  In support of this

Application, Saul Ewing represents as follows:

### Background

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper

pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

2.  The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

### Jurisdiction

3.  On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

4.  On July 15, 2019, the Office of the United States Trustee (the "**UST**") appointed the Official Committee of Unsecured Creditors of Center City Healthcare d/b/a Hahnemann University Hospital, *et al*. (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code.

5.  On August 2, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 341] (the "**Interim Compensation Order**"), which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in the Chapter 11 Cases.

### Retention of Saul Ewing

6.  On August 8, 2019, this Court entered the *Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [D.I. 404].

### Professional Services Rendered

7.  During the Application Period, Saul Ewing partners, associates and paraprofessionals rendered a total of 1299.00 hours of professional services to the Debtors, for which Saul Ewing requests allowance of interim compensation in the amount of $629,870.40. The blended hourly rate for the hours included in this Application is equal to $484.89 per hour,

4

calculated as to attorneys, paralegals and paraprofessionals.  At all times, work was assigned to the attorney, paralegal or paraprofessional with the lowest billing rate possible commensurate with the skill, background, responsibility and expertise needed to do the work efficiently.

8.      Saul Ewing's hourly rates are set at a level designed to compensate Saul Ewing for the work of its attorneys, paralegals and paraprofessionals and to cover fixed and routine expenses.  The hourly rates and corresponding hourly rates structure utilized by Saul Ewing in these Chapter 11 Cases are equivalent to the hourly rates and corresponding rate structure used by Saul Ewing for other corporate restructuring and bankruptcy matters, as well as similar complex corporate, labor, real estate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  Attached hereto as **Exhibit A** is a summary of the blended hourly rates for timekeepers who billed during the Application Period and Saul Ewing's firm-wide range of billing rates for its various positions.

9.      Saul Ewing maintains computerized records of all time expended for the professional services rendered in connection with these Chapter 11 Cases on behalf of the Debtors.  Attached hereto as **Exhibit B** is a summary of fees incurred and hours expended during the Application Period along with a detailed, chronological itemization covering all the services performed by Applicant.  This detailed itemization complies with Local Rule 2016-2(d) in that (i) each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, (ii) all time is billed in increments of one-tenth of an hour, and (iii) time entries are presented chronologically by Applicant.

10.      Attached hereto as **Exhibit C** is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters during the Application Period. Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

11.    Attached hereto as **Exhibit D** is a description of the costs actually expended by the Applicant in the performance of services rendered as counsel to the Debtors during the Application Period.  These costs for which reimbursement is requested total $39,528.38  The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($.25/page – outgoing transmission only), telephone charges, postage, messenger service, outside photocopying, teleconferencing and legal research.   By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

12.    Attached hereto as **Exhibit E** is a Declaration of Applicant with respect to the compensation requested.

<u>**Summary of Legal Services by Project Category**</u>

13.    The services rendered by Saul Ewing during the Application Period can be grouped in the categories set forth below.  The following chart is a summary of the fees and hours billed for each project category during the Application Period.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sale Disposition | 319.80 | $173,586.50 |
| Business Operations | 113.20 | $65,417.50 |
| Case Administration | 43.50 | $15,926.50 |
| Claims Analysis, Objections, Proofs of Claim and Bar Date | 16.00 | $6,690.00 |
| Committee Matters | 2.40 | $1,574.00 |
| Creditor Inquiries | 8.40 | $2,741.50 |
| Employee Benefits and Pensions | 41.30 | $21,786.50 |
| Executory Contracts and Unexpired Leases | 125.30 | $53,374.00 |
| Fee/Employment Application (Saul Ewing) | 4.20 | $1,981.00 |
| Fee/Employment Applications (Other Professionals) | 25.60 | $8,643.00 |
| Fee/Employment Applications (Objections) | 0.50 | $279.50 |
| DIP Financing and Cash Collateral | 118.00 | $72,142.50 |
| Labor Matters | 56.70 | $38,580.00 |
| Litigation: Contested Matters and Adversary Proceedings | 209.20 | $118,744.00 |

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Non-Working Travel | 18.60 | $13,000.50 |
| Preparation for and Attendance at Hearing | 140.10 | $90,089.00 |
| Relief from Stay and Adequate Protection | 21.00 | $7,007.50 |
| Statements and Schedules | 30.90 | $11,522.50 |
| UST Reports, Meetings and Issues | 4.30 | $2,548.00 |
| **TOTAL** | **1299.00** | **$705,634.00** |
| **Minus Non-Working Travel** | | **($6,500.25)** |
| **Minus Agreed Upon Discount** | | **($69,263.35)** |
| **GRAND TOTAL** | **1299.00** | **$629,870.40** |

14.    These categories are generally described below, with a more detailed

identification of the actual services provided set forth in **Exhibit C** attached hereto.

(a)    <u>Asset Sale Disposition</u>.  This category includes all matters relating to the disposition, and other post-petition uses of, property of the estate, including issues arising from the sale of substantially all of the Debtors' assets.  Time in this category includes time spent communicating with SSG Advisors LLC ("**SSG**"), Committee counsel, MidCap IV Funding Trust ("**MidCap**" or **"Lender"**) and the Debtors regarding the sales of St. Christopher's Hospital for Children ("**STC Sale**") and Hahnemann University Hospital's ("**HUH**") resident program assets (the "**Resident Program Sale**"); reviewing and analyzing objections to the sale and bid procedures motions; communicating with potential bidders for the STC Sale and Resident Program Sale regarding bid procedures, bids and the auction; reviewing and analyzing the Resident Program Sale bids; engaging in numerous conferences with the Debtors, Committee counsel and SSG regarding the bids received and the auction; preparing for and participating in the Resident Program Sale auction; drafting, revising and filing a notice of extended bid deadline and new auction date, cure notices, and a response to Resident Program Sale objections; communicating with the Centers for Medicare and Medicaid Services ("**CMS**")  regarding the Resident Program Sale; reviewing and revising asset purchase agreements ("**APA**") with Tower Health and Jefferson; and conducting research concerning the assumption and assignment of provider agreements and drafting a memorandum regarding same.  Saul Ewing spent 319.80 hours of attorney and paraprofessional time on the foregoing services.  Said services have a value of $173,586.50 (discounted to $156,227.85) for which Saul Ewing is seeking compensation.

| Asset Sale Disposition | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 24.70 | $18,401.50 |
| J. Hampton | Partner | 88.30 | $57,395.00 |
| A. Isenberg | Partner | 66.00 | $42,900.00 |
| D. Brennan | Partner | 2.10 | $1,312.50 |
| M. DiSabatino | Partner | 5.50 | $2,392.50 |
| A. Applebaum | Associate | 121.50 | $47,992.50 |
| M. Martinez | Associate | 8.00 | $2,360.00 |
| R. Warren | Paraprofessional | 3.70 | $832.50 |
| **Total** | | **319.80** | **$173,586.50** |
| **Minus Agreed Upon Discount** | | | **($17,358.65)** |
| **Grand Total** | | **319.80** | **$156,227.85** |

(b)     Business Operations.  This category includes all matters relating to the operation of the Debtors' businesses.  Time in this category includes reviewing and analyzing the HUH closure plan; communicating with various vendors regarding payment and service issues; preparing for and participating in meetings with the Pennsylvania Association of School Nurses and Practitioners (the "**PASNAP**") regarding benefits and closure issues; drafting and revising critical trade agreements; preparing for and participating in settlement meetings with Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC (collectively, the "**Tenet Parties**"), Committee counsel and MidCap  regarding contract and service issues; and communicating with the Debtors regarding the closure plan, medical records, the continuation of various services, insurance issues and case status issues.  Saul Ewing spent 113.20 hours of attorney time on the foregoing services.  Said services have a value of $65,417.50 (discounted to $58,875.75) for which Saul Ewing is seeking compensation.

| Business Operations | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 3.80 | $2,831.00 |
| J. Hampton | Partner | 57.80 | $37,570.00 |
| A. Isenberg | Partner | 11.50 | $7,475.00 |
| J. Hopkins | Partner | 9.20 | $5,152.00 |
| M. DiSabatino | Partner | 12.70 | $5,524.50 |
| A. Applebaum | Associate | 12.80 | $5,056.00 |
| J. Vandermark | Associate | 5.40 | $1,809.00 |
| **Total** | | **113.20** | **$65,417.50** |
| **Minus Agreed Upon Discount** | | | **($6,541.75)** |
| **Grand Total** | | **113.20** | **$58,875.75** |

(c)    Case Administration.  This category includes all matters related to work regarding administration of the case.  Time in this category includes drafting, revising and filing notices of agenda; preparing hearing binders; communicating with Chambers regarding hearing issues; updating a case calendar; and communicating with Omni Management Group ("**Omni**") regarding service instructions for various documents and service issues. Saul Ewing spent 43.50 hours of attorney and paraprofessional time on the foregoing services.  Said services have a value of $15,926.50 (discounted to $14,333.85) for which Saul Ewing is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 7.60 | $5,662.00 |
| J. Hampton | Partner | 1.60 | $1,040.00 |
| A. Isenberg | Partner | 0.40 | $260.00 |
| M. DiSabatino | Partner | 2.00 | $870.00 |
| A. Applebaum | Associate | 2.00 | $790.00 |
| J. Vandermark | Associate | 1.30 | $435.50 |
| M. Martinez | Associate | 6.20 | $1,829.00 |
| R. Warren | Paraprofessional | 22.40 | $5,040.00 |
| **Total** | | **43.50** | **$15,926.50** |
| **Minus Agreed Upon Discount** | | | **($1,592.65)** |
| **Grand Total** | | **43.50** | **$14,333.85** |

(d)    Claims Analysis, Objections, Proofs of Claim and Bar Date. This category includes all time spent in connection with claim and bar date issues. Time in this category includes reviewing and analyzing an administrative claim motion; drafting and revising an objection to an administrative claim motion; and communicating with the Debtors regarding claim issues. Saul Ewing spent 16.00 hours of attorney time on the foregoing services. Said services have a value of $6,690.00 (discounted to $6,021.00) for which Saul Ewing is seeking compensation.

| Claims Analysis, Objections, Proofs of Claim and Bar Date | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. Minuti | Partner | 0.30 | $223.50 |
| J. Hampton | Partner | 0.20 | $130.00 |
| A. Isenberg | Partner | 0.40 | $260.00 |
| D. Shapiro | Partner | 0.20 | $125.00 |
| M. DiSabatino | Partner | 9.40 | $4,089.00 |
| A. Applebaum | Associate | 2.40 | $948.00 |
| M. Martinez | Associate | 3.10 | $914.50 |
| Total | | 16.00 | $6,690.00 |
| Minus Agreed Upon Discount | | | ($669.00) |
| Grand Total | | 16.00 | $6,021.00 |

(e)    Committee Matters. This category includes all time spent in connection with issues involving the Committee. Time in this category includes: communicating with the Debtors regarding the Committee's document requests and DIP issues; and communicating with Committee counsel regarding DIP and case issues. Saul Ewing spent 2.40 hours of attorney time on the foregoing services. Said services have a value of $1,574.00 (discounted to $1,416.60) for which Saul Ewing is seeking compensation.

| Committee Matters | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. Minuti | Partner | 0.60 | $447.00 |
| J. Hampton | Partner | 1.60 | $1,040.00 |
| M. DiSabatino | Partner | 0.20 | $87.00 |
| Total | | 2.40 | $1,574.00 |
| Minus Agreed Upon Discount | | | ($157.40) |
| Grand Total | | 2.40 | $1,416.60 |

(f)     Creditor Inquiries.   This category includes all matters related to communicating with creditors regarding the 341 meeting of creditors, contract issues, closure inquiries, vendor matters and case status.  Saul Ewing spent 8.40 hours of attorney and paraprofessional time on the foregoing services.  Said services have a value of $2,741.50 (discounted to $2,467.35) for which Saul Ewing is seeking compensation.

| Creditor Inquiries | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 0.10 | $74.50 |
| J. Hampton | Partner | 0.10 | $65.00 |
| A. Isenberg | Partner | 0.20 | $130.00 |
| M. DiSabatino | Partner | 2.60 | $1,131.00 |
| M. Martinez | Associate | 1.80 | $531.00 |
| R. Warren | Paraprofessional | 3.60 | $810.00 |
| **Total** | | **8.40** | **$2,741.50** |
| **Minus Agreed Upon Discount** | | | **($274.15)** |
| **Grand Total** | | **8.40** | **$2,467.35** |

(g)     Employee Benefits and Pensions.   This category includes all time spent in connection with various employee issues.  Time in this category includes revising and filing a key employee incentive plan ("**KEIP**") motion; conducting research concerning plan funding and life insurance issues and drafting memoranda regarding same; and communicating with the Debtors regarding KEIP, COBRA and pension issues.  Saul Ewing spent 41.30 hours of attorney and paraprofessional time on the foregoing services.  Said services have a value of $21,786.50 (discounted to $19,607.85) for which Saul Ewing is seeking compensation.

| Employee Benefits and Pensions | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 2.70 | $2,011.50 |
| J. Hampton | Partner | 0.50 | $325.00 |
| A. Isenberg | Partner | 0.90 | $585.00 |
| P. Kasicky | Partner | 31.20 | $17,004.00 |
| M. DiSabatino | Partner | 0.60 | $261.00 |
| J. Vandermark | Associate | 3.50 | $1,172.50 |
| R. Warren | Paraprofessional | 1.90 | $427.50 |
| **Total** | | **41.30** | **$21,786.50** |
| **Minus Agreed Upon Discount** | | | **($2,178.65)** |
| **Grand Total** | | **41.30** | **$19,607.85** |

(h)    Executory Contracts and Unexpired Leases.  This category includes all time spent in connection with contract and lease analysis, the assumption, assignment or rejection of executory contracts and unexpired leases, and cure claims.  Time in this category includes drafting, revising and filing omnibus motions to reject contracts, leases and employment contracts; reviewing and analyzing rejection lists and related contracts and leases; reviewing objections to the rejection motions; communicating with landlords regarding rent and lease issues; communicating with vendors regarding contract issues; analyzing and preparing a cure schedule for the STC Sale; negotiating resolutions of cure objections; and communicating with the Debtors regarding the rejection motions, the cure schedule and landlord issues.  Saul Ewing spent 125.30 hours of attorney and paraprofessional time on the foregoing services.  Said services have a value of $53,734.00 (discounted to $48,036.60) for which Saul Ewing is seeking compensation.

| Executory Contracts and Unexpired Leases | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 1.30 | $968.50 |
| M. Burg | Partner | 0.20 | $132.00 |
| J. Hampton | Partner | 10.30 | $6,695.00 |
| A. Isenberg | Partner | 18.00 | $11,700.00 |
| M. DiSabatino | Partner | 24.30 | $10,570.50 |
| A. Applebaum | Associate | 27.10 | $10,704.50 |
| M. Martinez | Associate | 38.30 | $11,298.50 |
| R. Warren | Paraprofessional | 5.80 | $1,305.00 |
| **Total** | | **125.30** | **$53,374.00** |
| **Minus Agreed Upon Discount** | | | **($5,337.40)** |
| **Grand Total** | | **125.30** | **$48,036.60** |

(i)    Fee/Employment Applications (Saul Ewing).  This category includes all matters related to the review and preparation of a retention application and fee applications for Saul Ewing.  Time in this category includes drafting budget and staffing plans; and drafting, revising and filing a certification of no objection for Saul Ewing's retention application.  Saul Ewing spent 4.20 hours of attorney and paraprofessional time on the foregoing services.  Said services have a value of $1,981 (discounted to $1,782.90) for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Saul Ewing) | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| J. Hampton | Partner | 1.40 | $910.00 |
| M. DiSabatino | Partner | 2.00 | $870.00 |
| M. Martinez | Associate | 0.30 | $88.50 |
| R. Warren | Paraprofessional | 0.50 | $112.50 |
| **Total** | | **4.20** | **$1981.00** |
| **Minus Agreed Upon Discount** | | | **($198.10)** |
| **Grand Total** | | **4.20** | **$1,782.90** |

(j)     Fee/Employment Applications (Other Professionals).   This category includes all matters related to the review and analysis and filing of retention and fee applications for other professionals in these Chapter 11 Cases.    Time in this category includes drafting, revising and filing certifications regarding the Debtors' professionals' retention applications, the interim compensation motion and the ordinary course professionals motion; revising and filing ordinary course professional declarations; reviewing, revising and filing EisnerAmper LLP's monthly staffing report and Omni's monthly fee application; and communicating with the Debtors regarding retention and ordinary course professional issues. Saul Ewing spent 25.60 hours of attorney and paraprofessional time on the foregoing services.    Said services have a value of $8,643.00 (discounted to $7,778.70) for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Other Professionals) | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. Minuti | Partner | 1.10 | $819.50 |
| J. Hampton | Partner | 0.30 | $195.00 |
| A. Isenberg | Partner | 1.30 | $845.00 |
| M. DiSabatino | Partner | 5.70 | $2,479.50 |
| M. Martinez | Associate | 6.20 | $1,829.00 |
| R. Warren | Paraprofessional | 11.00 | $2,475.00 |
| **Total** | | **25.60** | **$8,643.00** |
| **Minus Agreed Upon Discount** | | | **($864.30)** |
| **Grand Total** | | **25.60** | **$7,778.70** |

(k)     Fee/Employment Applications (Objections).   This category includes all matters relating to objections to retention and fee applications of the Debtors' and Committee professionals.   Time in this category includes

reviewing the Committee's objection to the retention of Tatum. Saul Ewing spent 0.50 hours of attorney time on the foregoing services. Said services have a value of $279.50 (discounted to $251.55) for which Saul Ewing is seeking compensation.

| Fee/Employment Applications (Objections) | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. Minuti | Partner | 0.20 | $149.00 |
| M. DiSabatino | Partner | 0.30 | $130.50 |
| **Total** | | **0.50** | **$279.50** |
| **Minus Agreed Upon Discount** | | | **($27.95)** |
| **Grand Total** | | **0.50** | **$251.55** |

(l)    <u>DIP Financing and Cash Collateral</u>. This category includes all matters relating to debtor in possession financing and cash collateral issues. Time in this category includes communicating with the Debtors and Lender's counsel regarding the budget, term sheet, DIP financing motion, DIP order and loan closing issues; reviewing and analyzing the DIP loan documents and DIP variance report; reviewing objections to the final DIP order; communicating with objectors to the DIP order and negotiating a resolution of the objections; reviewing and revising the final DIP order and credit agreement; preparing for and participating in settlement meetings with Tenet, MidCap and Committee counsel regarding the financing; and communicating with the Debtors regarding DIP issues. Saul Ewing spent 118.00 hours of attorney and paraprofessional time on the foregoing services. Said services have a value of $72,142.50 (discounted to $64,928.25) for which Saul Ewing is seeking compensation.

| DIP Financing and Cash Collateral | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. Minuti | Partner | 23.20 | $17,284.00 |
| J. Hampton | Partner | 27.70 | $18,005.00 |
| A. Isenberg | Partner | 42.60 | $27,690.00 |
| M. DiSabatino | Partner | 6.20 | $2,697.00 |
| A. Applebaum | Associate | 12.50 | $4,937.50 |
| M. Martinez | Associate | 3.20 | $944.00 |
| R. Warren | Paraprofessional | 2.60 | $585.00 |
| **Total** | | **118.00** | **$72,142.50** |
| **Minus Agreed Upon Discount** | | | **($7,214.25)** |
| **Grand Total** | | **118.00** | **$64,928.25** |

(m)  Labor Matters.  This category includes all matters relating to union and labor issues.  Time in this category includes time spent reviewing employee benefit files; communicating with the Debtors regarding paid time off ("**PTO**"), labor, health insurance, PASNAP and WARN Act issues; reviewing and revising WARN letters; and preparing for and participating in meetings with PASNAP regarding collective bargaining and PTO. Saul Ewing spent 56.70 hours of attorney time on the foregoing services.  Said services have a value of $38,580.00 (discounted to $34,722.00) for which Saul Ewing is seeking compensation.

| Labor Matters | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| P. Heylman | Partner | 43.50 | $31,102.50 |
| J. Hampton | Partner | 5.90 | $3,835.00 |
| A. Isenberg | Partner | 2.80 | $1,820.00 |
| C. Pellegrini | Associate | 4.50 | $1,822.50 |
| **Total** | | **56.70** | **$38,580.00** |
| **Minus Agreed Upon Discount** | | | **($3,858.00)** |
| **Grand Total** | | **56.70** | **$34,722.00** |

(n)  Litigation: Contested Matters and Adversary Proceedings.  This category includes all matters related to litigation.  Time in this category includes communicating with the Debtors regarding pending litigation, disputes with the Tenet Parties and depositions; preparing for and participating in meetings with the Tenet Parties regarding discovery and settlement; drafting, revising and filing responses to the Tenet Parties' motion to compel, motion to adjourn DIP hearing, and motions in limine; communicating with the Tenet Parties regarding depositions and witness and exhibit lists; reviewing and analyzing documents in preparation for depositions; preparing for and defending witnesses at depositions; preparing for and taking depositions of the Tenet Parties' witnesses; preparing and compiling documents in response to the Tenet Parties' discovery request; preparing and assembling trial exhibits; and reviewing and analyzing the Tenet Parties' document production.  Saul Ewing spent 209.20 hours of attorney, paralegal and paraprofessional time on the foregoing services.  Said services have a value of $118,744.00 (discounted to $106,869.60) for which Saul Ewing is seeking compensation.

| Litigation: Contested Matters and Adversary Proceedings | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 40.00 | $29,800.00 |
| J. Demmy | Partner | 57.30 | $39,823.50 |
| J. Hampton | Partner | 0.10 | $65.00 |
| A. Isenberg | Partner | 17.30 | $11,245.00 |
| M. DiSabatino | Partner | 65.60 | $28,536.00 |
| A. Applebaum | Associate | 7.70 | $3,041.50 |
| J. Vandermark | Associate | 5.60 | $1,876.00 |
| M. Martinez | Associate | 12.00 | $3,540.00 |
| C. Murray | Paralegal | 0.10 | $29.50 |
| R. Warren | Paraprofessional | 3.50 | $787.50 |
| **Total** | | **209.20** | **$118,744.00** |
| **Minus Agreed Upon Discount** | | | **($11,874.40)** |
| **Grand Total** | | **209.20** | **$106,869.60** |

(o)     Non-Working Travel.  This category includes all travel time not otherwise chargeable to the Debtors.  This time is charged at a 50% rate.  This category includes time related to traveling between Philadelphia, PA to Wilmington, DE and back for hearings and depositions; and traveling from Washington, DC to Philadelphia, PA and back for a bargaining meeting with PASNAP.  Saul Ewing spent 18.60 hours of attorney time on the foregoing services.  Said services have a value of $13,000.50 (50% - $6,500.25) for which Saul Ewing is seeking compensation.

| Non-Working Travel | | | |
|---|---|---|---|
| **Professionals** | **Position** | **Hours** | **Compensation** |
| M. Minuti | Partner | 9.50 | $7,077.50 |
| P. Heylman | Partner | 3.40 | $2,431.00 |
| A. Isenberg | Partner | 5.10 | $3,315.00 |
| M. Martinez | Associate | 0.60 | $177.00 |
| **Total** | | **18.60** | **$13,000.50** |
| **Less 50% Discount** | | | **($6,500.25)** |
| **Grand Total** | | **18.60** | **$6,500.25** |

(p)     Preparation for and Attendance at Hearing.  This category includes time related to the preparation for and attendance at various court hearings.  Time in this category includes preparing for and attending hearings;

drafting proffers for hearing; preparing witnesses for hearing; preparing hearing and exhibit binders; and preparing orders for hearings. Saul Ewing spent 140.10 hours of attorney and paraprofessional time on the foregoing services. Said services have a value of $90,089.00 (discounted to $81,080.10) for which Saul Ewing is seeking compensation.

| Preparation for and Attendance at Hearing | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. Minuti | Partner | 73.00 | $54,385.00 |
| J. Hampton | Partner | 12.60 | $8,190.00 |
| A. Isenberg | Partner | 22.10 | $14,365.00 |
| M. DiSabatino | Partner | 27.90 | $12,136.50 |
| R. Warren | Paraprofessional | 4.50 | $1,012.50 |
| **Total** | | **140.10** | **$90,089.00** |
| **Minus Agreed Upon Discount** | | | **($9,008.90)** |
| **Grand Total** | | **140.10** | **$81,080.10** |

(q)    Relief From Stay and Adequate Protection. This category includes all matters relating to relief from the automatic stay. Time in this category includes communicating with attorneys for personal injury claimants regarding lift stay requests; drafting and revising stipulations regarding lift stay; and conducting research concerning timing of payment of administrative expenses and estoppel and recoupment arguments. Saul Ewing spent 21.00 hours of attorney time on the foregoing services. Said services have a value of $7,007.50 (discounted to $6,306.75) for which Saul Ewing is seeking compensation.

| Relief From Stay and Adequate Protection | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| A. Isenberg | Partner | 1.50 | $975.00 |
| M. DiSabatino | Partner | 2.00 | $870.00 |
| M. Martinez | Associate | 17.50 | $5,162.50 |
| **Total** | | **21.00** | **$7,007.50** |
| **Minus Agreed Upon Discount** | | | **($700.75)** |
| **Grand Total** | | **21.00** | **$6,306.75** |

(r)    Statements and Schedules. This category includes time related to the preparation of schedules and statements of financial affairs. Time in this category includes revising and filing the schedules and statements of financial affairs. Saul Ewing spent 30.90 hours of attorney and

paraprofessional time on the foregoing services. Said services have a value of $11,522.50 (discounted to $10,370.25) for which Saul Ewing is seeking compensation.

| Statements and Schedules | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. DiSabatino | Partner | 21.60 | $9,396.00 |
| A. Applebaum | Associate | 0.20 | $79.00 |
| R. Warren | Paraprofessional | 9.10 | $2,047.50 |
| **Total** | | **30.90** | **$11,522.50** |
| **Minus Agreed Upon Discount** | | | **($1,152.25** |
| **Grand Total** | | **30.90** | **$10,370.25** |

(s)   UST Reports, Meetings and Issues. This category includes time related to the preparation of operating reports and other information required by the UST or the Court. Time in this category includes preparing for and attending the 341 meeting; and communicating with the Debtors regarding monthly operating report requirements. Saul Ewing spent 4.30 hours of attorney time on the foregoing services. Said services have a value of $2,548.00 (discounted to $2,293.20) for which Saul Ewing is seeking compensation.

| UST Reports, Meetings and Issues | | | |
|---|---|---|---|
| Professionals | Position | Hours | Compensation |
| M. Minuti | Partner | 0.20 | $149.00 |
| J. Hampton | Partner | 2.90 | $1,885.00 |
| M. DiSabatino | Partner | 1.00 | $435.00 |
| A. Applebaum | Associate | 0.20 | $79.00 |
| **Total** | | **4.30** | **$2,548.00** |
| **Minus Agreed Upon Discount** | | | **($254.80)** |
| **Grand Total** | | **4.30** | **$2,293.20** |

(t)   Expenses. **Exhibit D** lists expenses, such as copying costs at $.10¢ per page, postage, filing fees, transcripts, charges for telephonic Court appearances, charges for legal research and travel expenses. Saul Ewing has voluntarily reduced its copying charges from $.25 per page to $.10 per page and has eliminated the cost of sending and receiving faxes. Saul Ewing seeks $9,401.98 in expenses.

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Photocopying (11,484 pages @ $.10 per page) | | $1,148.40 |
| Cab / Car Service | Uber, Lyft, Yellow Cab | $200.13 |
| Certificates of Good Standing | PA Department of State | $1,297.00 |
| Docket Retrieval / Case Monitoring | File & ServeXpress LLC | $35.00 |
| Filing Fees | U.S. Bankruptcy Court (petitions; sale motion), City of Philadelphia (suggestion of bankruptcy), PA Department of State (formation documents) | $24,826.54 |
| Hotel / Room Rental | Delaware State Bar Association; Sheraton | $681.56 |
| Legal Research | Westlaw | $6,695.76 |
| Meals | Urban Café; Mandarin Place, Au Bon Pain, Cobblestones | $441.59 |
| Messenger Service | Parcels, Inc. | $243.00 |
| Mileage | Adam Isenberg, Paul M. Heylman, Monique B. DiSabatino, Mark Minuti | $452.65 |
| Overnight Delivery | Federal Express | $129.60 |
| Parking | Flash Parking, Colonial Parking Authority, MARC | $416.00 |
| Postage | United States Post Office | $307.50 |
| Teleconferencing | CourtCall | $541.00 |
| Train | Amtrak | $530.00 |
| Transcript | Reliable Copy Service | $1,582.65 |
| **Total** | | **$39,528.38** |

36006576.2 10/18/2019

**Compensation Should Be Allowed**

15.     The foregoing services in the total amount of $629,870.40 provided by Saul Ewing on behalf of the Debtors during the Application Period were reasonable, necessary and appropriate to the administration of the Chapter 11 Cases.

16.     The attorneys who worked on these cases during the Application Period have various levels and areas of expertise.  Accordingly, it was necessary for these attorneys to consult with each other on different aspects and issues relating to the Chapter 11 Cases.  The attorneys involved in this case and their areas of expertise is attached hereto as **Exhibit F**.

17.     Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extend, and the value of such services, taking into account all relevant factors, including
>
> (a)     the time spent on such services;
>
> (b)     the rates charged for such services;
>
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(e)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

18.    The services performed by Saul Ewing during the Application Period for which compensation is sought were necessary for, and beneficial to, the Debtors and the Debtors' estates.  Saul Ewing submits that the compensation sought is reasonable.

19.    Saul Ewing submits that the services provided to the Debtors by Saul Ewing during these Chapter 11 Cases were necessary and appropriate given the complexity of these Chapter 11 Cases, the issues involved, the nature and extent of services provided, and the cost of comparable services outside of bankruptcy, all of which are factors set forth in section 330 of the Bankruptcy Code.    Accordingly, Saul Ewing respectfully submits that approval of the compensation sought for the Application Period is appropriate and should be approved.

20.    Saul Ewing has reviewed the requirements of Del. Bank. L.R. 2016-2 and believes that this Application complies with the such requirements.

### Notice

21.    Notice of this Application is being provided to the Notice Parties identified in the Interim Compensation Order and to all other parties who have requested notice pursuant to Bankruptcy Rule 2002.

22.    No prior request for the relief sought by this Application has been made to this or any other court.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an Order (i) allowing, authorizing and directing payment of interim compensation in the amount of $629,870.40 (80% of which is $503,896.32) for legal services rendered on behalf of the Debtors

during the Application Period, together with reimbursement of disbursements in the amount of

$39,528.38 and, (ii) granting such other and further relief as the Court deems just and proper.

Dated: October 18, 2019             **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Monique B. DiSabatino*
          Mark Minuti (DE Bar No. 2659)
          Monique B. DiSabatino (DE Bar No. 6027)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE  19899
          Telephone: (302) 421-6800
          Fax: (302) 421-5873
          mark.minuti@saul.com
          monique.disabatino@saul.com

               -and-

          Jeffrey C. Hampton
          Adam H. Isenberg
          Centre Square West
          1500 Market Street, 38th Floor
          Philadelphia, PA 19102
          Telephone: (215) 972-7777
          Fax: (215) 972-7725
          jeffrey.hampton@saul.com
          adam.isenberg@saul.com

          *Counsel for Debtors and Debtors in Possession*