# EXHIBIT A

## SUMMARY OF BLENDED RATE

36006576.2 10/18/2019

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
| Senior Partners | 9 | $551.00 | $682.07 |
| Junior Partners | 1 | $434.00 | $435.00 |
| Special Counsel | 1 | $466.00 | $545.00 |
| Senior Associates | 2 | $336.00 | $395.24 |
| Junior Associates | 2 | $279.00 | $300.59 |
| Paralegal | 1 | $233.00 | $295.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $193.00 | $225.00 |
| **Aggregated:** | | **$437.00** | **$484.89** |