# EXHIBIT D

**EXPENSE SUMMARY**

## Expense Summary

### For the Period from August 1, 2019 through August 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (11,484 pages @ $.10 per page) | | $1,148.40 |
| Cab / Car Service | *See attached chart* | $200.13 |
| Certificates of Good Standing | Pennsylvania Department of State | $1,297.00 |
| Docket Retrieval / Case Monitoring | File & ServeXpress LLC | $35.00 |
| Filing Fees | United States Bankruptcy Court (petitions; sale motion), City of Philadelphia (suggestion of bankruptcy), Pennsylvania Department of State (formation documents) | $24,826.54 |
| Hotel / Room Rental | Delaware State Bar Association (formation meeting); Sheraton | $681.56 |
| Legal Research | Westlaw | $6,695.76 |
| Meals | *See attached chart* | $441.59 |
| Messenger Service | Parcels, Inc. | $243.00 |
| Mileage | *See attached chart* | $452.65 |
| Overnight Delivery | Federal Express | $129.60 |
| Parking | *See attached chart* | $416.00 |
| Postage | United States Post Office | $307.50 |
| Teleconferencing | CourtCall | $541.00 |
| Train | *See attached chart* | $530.00 |
| Transcript | Reliable Copy Service | $1,582.65 |
| **Total** | | **$39,528.38** |

| \<td colspan=5\> **TRAVEL DETAIL** | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/23/19 | Yellow Cab | (1) Paul M. Heylman | Cab from Amtrak station to Philly office for client meeting | $8.31 |
| 07/23/19 | Uber | (1) Paul M. Heylman | Uber from Philly office to hotel for client meeting | $32.55 |
| 07/24/19 | Uber | (1) Paul M. Heylman | Uber from hotel to Philly office for client meeting | $39.31 |
| 07/24/19 | Uber | (1) Paul M. Heylman | Uber from Philly office to Amtrak station for client meeting | $13.35 |
| 08/06/19 | Yellow Cab | (1) Paul M. Heylman | Cab from Amtrak station to Hahnemann Hospital for client meeting | $9.56 |
| 08/07/19 | Lyft | (1) Aaron S. Applebaum | Lyft from Philly office to Springfield, PA (dinner meeting with Committee and SSG to review bids) | $34.80 |
| 08/08/19 | Uber | (1) Jeffrey C. Hampton | Uber from Philly office to home for working after hours in connection with auction | $39.59 |
| 08/12/19 | Lyft | (1) Melissa A. Martinez | Lyft from Philly office to New Jersey for working late at office regarding discovery/document production | $22.66 |
| 07/23/19 | Paul M. Heylman | (1) Paul M. Heylman | (Mileage) Traveling from home to Amtrak station and back to travel to Philly for client meeting | $39.90 |
| 08/06/19 | Paul M. Heylman | (1) Paul M. Heylman | (Mileage) Traveling from home to Amtrak station and back to travel to Philly for client meeting | $39.90 |
| 08/07/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for bid meeting | $38.56 |
| 08/08 - 09/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for resident program assets auction | $40.00 |
| 08/08/19 | Monique B. DiSabatino | (1) Monique B. DiSabatino | (Mileage) Traveling from Wilmington to Philadelphia and back for resident program assets auction | $37.86 |
| 08/13/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for deposition of Allen Wilen | $40.00 |

| Date | Vendor | Person | Description | Amount |
|---|---|---|---|---|
| 08/14/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for meeting with Tenet and MidCap | $40.00 |
| 08/16/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for deposition of J. Scott Victor | $40.00 |
| 8/19/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for DIP hearing | $45.44 |
| 08/20/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for hearing | $45.44 |
| 08/21/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington; Wilmington to Philadelphia office; Philadelphia office to Elkins Park to attend continued hearing, then to Philadelphia to attend client meeting, DE and back for meetings regarding DIP meeting | $45.55 |
| 07/23/19 | MARC | (1) Paul M. Heylman | Parking in Baltimore, MD to attend client meeting in Philly | $18.00 |
| 08/06/19 | MARC | (1) Paul M. Heylman | Parking in Baltimore, MD to attend client meeting in Philly | $9.00 |
| 08/07/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for bid meeting | $35.00 |
| 08/08 - 09/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for resident program auction | $41.00 |
| 08/08/19 | Flash Parking | (1) Aaron S. Applebaum | Parking in Philadelphia for resident program auction | $41.00 |
| 08/08/19 | Flash Parking | (1) Adam H. Isenberg | Parking in Philadelphia for resident program auction | $41.00 |
| 08/08/19 | Flash Parking | (1) Monique B. DiSabatino | Parking in Philadelphia for resident program auction | $41.00 |
| 08/13/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for deposition of Allen Wilen | $35.00 |
| 08/14/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for meeting with Tenet and MidCap | $25.00 |
| 08/16/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for deposition of J. Scott Victor | $35.00 |
| 08/19/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for DIP hearing | $20.00 |
| 08/20/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for hearing | $20.00 |
| 08/21/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for continued DIP hearing | $20.00 |
| 08/26/19 | Flash Parking | (1) Adam H. Isenberg | Parking in Philadelphia to attend client meeting | $35.00 |
| 07/23/19 | Amtrak | (1) Paul M. Heylman | Train from Maryland to Philly for client meeting | $176.00 |

4

| | | | | |
|---|---|---|---|---|
| 07/24/19 | Amtrak | (1) Paul M. Heylman | Train from Philly to Maryland after client meeting | $180.00 |
| 07/31/19 | Amtrak | (1) Paul M. Heylman | Train from BWI to Philly for client meeting | $121.00 |
| 07/31/19 | Amtrak | (1) Paul M. Heylman | Train from Philly to BWI after client meeting | $53.00 |
| **TOTAL** | | | | **$1598.78** |

| MEALS DETAIL ||||| 
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 07/02/19 | Urban Cafe | (9) Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Paul Deutch, Svetlana Attestatova, John Dinome | Lunch preparing for DIP hearing | $126.00 |
| 07/24/19 | Cobblestones | (1) Paul M. Heylman | Dinner at hotel for client meeting | $14.83 |
| 07/26/19 | Urban Cafe | (5) Allen Wilen, Mark Minuti, Monique DiSabatino, Jeffrey Hampton, Scott Victor | Breakfast preparing for St. Christopher's bid procedures hearing | $45.00 |
| 08/07/19 | Mandarin Place | (11) Aaron Applebaum, Jeffrey Hampton, Mark Minuti, J. Scott Victor, Craig Warsnak, Alexander Lamm, Andrew Sherman, Boris Mankovetskiy, Allen Wilen, John Dinome, Albert Mezzaroba | Dinner for meeting with Committee and SSG to review bids | $168.33 |
| 08/13/19 | Au Bon Pain | (2) Allen Wilen, Mark Minuti | Debriefing lunch after deposition of Allen Wilen | $22.43 |
| 08/20/19 | Urban Cafe | (8) Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Demmy, Monique DiSabatino, Allen Wilen, Scott Victor, Jacqueline Roe | Breakfast preparing for continued DIP hearing and Tenet motion | $65.00 |
| | | **TOTAL** | | **$441.59** |

36006576.1 10/17/2019



| Philadelphia Academic Health System, LLC | Invoice Number | 2511636 |
| 222 N. Sepulveda Blvd. | Invoice Date | 10/03/19 |
| Suite 900 | Client Number | 376719 |
| El Segundo, CA 90245 | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/01/19 | Photocopying | 4.50 |
| 08/01/19 | Photocopying | 85.90 |
| 08/06/19 | Photocopying | 0.20 |
| 08/07/19 | Photocopying | 223.30 |
| 08/08/19 | Photocopying | 36.50 |
| 08/08/19 | Photocopying | 0.10 |
| 08/08/19 | Photocopying | 5.20 |
| 08/08/19 | Photocopying | 0.10 |
| 08/08/19 | Photocopying | 2.40 |
| 08/08/19 | Photocopying | 3.20 |
| 08/13/19 | Photocopying | 0.20 |
| 08/13/19 | Photocopying | 0.20 |
| 08/13/19 | Photocopying | 0.10 |
| 08/15/19 | Photocopying | 24.60 |
| 08/15/19 | Photocopying | 9.00 |
| 08/15/19 | Photocopying | 14.00 |
| 08/15/19 | Photocopying | 1.40 |
| 08/15/19 | Photocopying | 0.20 |
| 08/15/19 | Photocopying | 1.60 |
| 08/15/19 | Photocopying | 0.20 |
| 08/16/19 | Photocopying | 80.50 |
| 08/16/19 | Photocopying | 90.30 |
| 08/16/19 | Photocopying | 2.10 |
| 08/16/19 | Photocopying | 122.50 |
| 08/18/19 | Photocopying | 85.80 |
| 08/18/19 | Photocopying | 0.20 |

| 376719 00002 10/03/19 | Philadelphia Academic Health System, LLC, et. al Expenses | | Invoice Number 2511636 Page 2 | |
|---|---|---|---|---|
| 08/19/19 | Photocopying | | 7.00 | |
| 08/19/19 | Photocopying | | 5.60 | |
| 08/19/19 | Photocopying | | 2.70 | |
| 08/20/19 | Photocopying | | 1.00 | |
| 08/21/19 | Photocopying | | 57.60 | |
| 08/21/19 | Photocopying | | 63.40 | |
| 08/21/19 | Photocopying | | 15.60 | |
| 08/23/19 | Photocopying | | 0.20 | |
| 08/27/19 | Photocopying | | 25.90 | |
| 08/28/19 | Photocopying | | 1.30 | |
| 08/29/19 | Photocopying | | 109.30 | |
| 08/29/19 | Photocopying | | 64.50 | |
| | Total Photocopying | | | 1,148.40 |
| 08/30/19 | Postage - August 2019 | | 307.50 | |
| | Total Postage | | | 307.50 |
| 08/02/19 | Taxi/Car Service; VENDOR: Yellow Cab for Paul Heylman; 07/23/19 from Amtrak station to Philly office for client meeting | | 8.31 | |
| 08/02/19 | Taxi/Car Service; VENDOR: Uber for Paul M. Heylman; 07/24/19 from Philly office to Amtrak station for client meeting | | 13.35 | |
| 08/02/19 | Taxi/Car Service; VENDOR: Uber for Paul M. Heylman; 07/23/19; Uber trip from Philly office to hotel for client meeting | | 32.55 | |
| 08/02/19 | Taxi/Car Service; VENDOR: Uber for Paul M. Heylman; 07/24/19; Uber from hotel to Philly office for client meeting | | 39.31 | |
| 08/12/19 | Taxi/Car Service; VENDOR: Lyft for Aaron S. Applebaum; 8/7/2019 - from Philadelphia office to Springfield, PA (dinner meeting with Committee and SSG to review bids) | | 34.80 | |
| 08/14/19 | Taxi/Car Service; VENDOR: Lyft for Melissa A. Martinez; 08/12/19 – from Philadelphia office to New Jersey for working late at office regarding discovery/document production | | 22.66 | |
| 08/14/19 | Taxi/Car Service; VENDOR: Uber for Jeffrey C. Hampton; 08/08/19; from Philadelphia office to home for working after hours in connection with auction on 8/8/19 | | 39.59 | |
| 08/19/19 | Cab Fare Taxi/Car Service; VENDOR: Yellow Cab for Paul M. Heylman; 08/06/19; Taxi from Amtrak station to Hahnemann Hospital for client meeting | | 9.56 | |
| | Total Cab Fare | | | 200.13 |
| 08/02/19 | Mileage; VENDOR: Paul M. Heylman; 07/23/19; Round trip travel to Amtrak station to travel to Philly for client meeting | | 39.90 | |
| 08/14/19 | Mileage; VENDOR: Monique B. DiSabatino; 08/08/19; Travel from Wilmington to Philadelphia and back for auction | | 37.86 | |
| 08/14/19 | Mileage; VENDOR: Mark Minuti; 08/07/19; Travel from | | 38.56 | |

| | | |
|---|---|---|
| 376719<br>00002<br>10/03/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2511636<br>Page 3 |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/14/19 | Mileage; VENDOR: Mark Minuti; 08/08/19 – 08/09/19; Wilmington to Philadelphia and back for bid meeting Travel from Wilmington to Philadelphia and back for resident program assets auction | 40.00 | |
| 08/19/19 | Mileage; VENDOR: Paul M. Heylman; 08/06/19; Round trip travel to BIW/Amtrak station to attend client meeting in Philadelphia | 39.90 | |
| 08/26/19 | Mileage; VENDOR: Mark Minuti; 08/13/19; Travel from Wilmington to Philadelphia and back for deposition of Allen Wilen | 40.00 | |
| 08/26/19 | Mileage; VENDOR: Mark Minuti; 08/16/19; Travel from Wilmington to Philadelphia and back for deposition of J. Scott Victor | 40.00 | |
| 08/26/19 | Mileage; VENDOR: Mark Minuti; 08/14/19; Travel from Wilmington to Philadelphia and back for meeting with Tenet and MidCap | 40.00 | |
| 08/26/19 | Mileage; VENDOR: Adam H. Isenberg; 08/19/19; Travel from Philadelphia to Wilmington and back to attend DIP hearing | 45.44 | |
| 08/26/19 | Mileage; VENDOR: Adam H. Isenberg; 08/20/19; Travel from Philadelphia to Wilmington and back to attend hearing | 45.44 | |
| 08/26/19 | Mileage; VENDOR: Adam H. Isenberg; 08/21/19; Travel from Elkins Park to Wilmington; Wilmington to Philadelphia office; Philadelphia office to Elkins Park to attend continued hearing, then to Philadelphia to attend client meeting | 45.55 | |
| | Total Mileage | | 452.65 |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/01/19 Rush delivery of binders to US Trustee | 22.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/01/19; Rush delivery of binders to Clerk of the Bankruptcy Court | 22.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/02/19; Rush delivery of binders to Judge Gross | 22.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/03/19; Hand delivery to Judge Gross | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/10/19; Hand delivery to Judge Gross (am) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/10/19; Hand delivery to Judge Gross (pm) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/12/19; Hand delivery to Judge Gross | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/17/19; Hand delivery to Judge Gross (AM) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/17/19; Hand delivery to Judge Gross (PM) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/17/19; Hand | 7.50 | |

| | | |
|---|---|---|
| 376719<br>00002<br>10/03/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number 2511636<br>Page 4 |

| Date | Description | Amount | |
|---|---|---:|---:|
| | delivery to US Trustee | | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/19/19; Hand delivery to Judge Gross | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/23/19; Hand delivery to Judge Gross | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/24/19; Hand delivery to Judge Gross (pm) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/24/19; Hand delivery to Judge Gross (am) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/25/19; Hand delivery to Judge Gross (am) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/25/19; Hand delivery to Judge Gross (pm) | 7.50 | |
| 08/05/19 | Messenger Service; VENDOR: Parcels, Inc; 07/26/19; Hand delivery to Judge Gross | 7.50 | |
| 08/15/19 | Messenger Service; VENDOR: Parcels, Inc; 08/02/19; Hand Delivery to Judge Gross | 7.50 | |
| 08/26/19 | Messenger Service; VENDOR: Parcels, Inc; 08/08/19; Hand delivery to Judge Gross | 7.50 | |
| 08/28/19 | Messenger Service; VENDOR: Parcels, Inc; 08/07/19; Hand delivery to Judge Gross | 7.50 | |
| | Total Messenger Service | | 243.00 |
| 08/02/19 | Parking; VENDOR: MARC; 07/23/19; Parking at Amtrak station for Paul M. Heylman to attend client meeting in Philly | 18.00 | |
| 08/12/19 | Parking; VENDOR: Flash Parking; 08/08/19; Parking in Philadelphia for Aaron S. Applebaum for resident program auction | 41.00 | |
| 08/14/19 | Parking; VENDOR: Flash Parking; 08/07/19; Parking in Philadelphia for Mark Minuti for bid meeting | 35.00 | |
| 08/14/19 | Parking; VENDOR: Flash Parking; 08/08/19-08/09/19; Parking in Philadelphia for Mark Minuti for resident program assets auction | 41.00 | |
| 08/14/19 | Parking; VENDOR: Flash Parking; 08/08/19; Parking in Philadelphia for Adam H. Isenberg for auction | 41.00 | |
| 08/14/19 | Parking; VENDOR: Flash Parking; 08/08/19; Parking in Philadelphia for Monique DiSabatino for auction | 41.00 | |
| 08/19/19 | Parking; VENDOR: MARC; 08/06/19; Parking at BWI for Paul M. Heylman to attend client meeting in Philadelphia | 9.00 | |
| 08/26/19 | Parking; VENDOR: Flash Parking; 08/13/19; Parking in Philadelphia for Mark Minuti for deposition of Allen Wilen | 35.00 | |
| 08/26/19 | Parking; VENDOR: Flash Parking; 08/14/19; Parking in Philadelphia for Mark Minuti for meeting with Tenet and MidCap | 25.00 | |
| 08/26/19 | Parking; VENDOR: Flash Parking; 08/16/19; Parking in Philadelphia for Mark Minuti for deposition of J. Scott Victor | 35.00 | |

| 376719 00002 10/03/19 | Philadelphia Academic Health System, LLC, et. al Expenses | | Invoice Number 2511636 Page 5 |
|---|---|---|---|
| 08/26/19 | Parking; VENDOR: Colonial Parking Authority; 08/19/19; Parking in Wilmington for Adam H. Isenberg to attend DIP hearing | 20.00 | |
| 08/26/19 | Parking; VENDOR: Colonial Parking Authority; 08/20/19; Parking in Wilmington for Adam H. Isenberg to attend hearing | 20.00 | |
| 08/26/19 | Parking; VENDOR: Colonial Parking Authority; 08/21/19; Parking in Wilmington for Adam H Isenberg to attend continued DIP hearing | 20.00 | |
| 08/26/19 | Parking; VENDOR: Flash Parking; 08/21/19; Parking in Philadelphia for Adam H. Isenberg to attend client meeting) | 35.00 | |
| | Total Parking | | 416.00 |
| 07/18/19 | Filing Fees - - VENDOR: United States Bankruptcy Court 7/2/19 Petitions filed on 6/29 and 7/1 | 24,038.00 | |
| 08/21/19 | Filing Fees - - VENDOR: City of Philadelphia; 7/22/19 Notice of Suggestion of Bankruptcy | 159.54 | |
| 08/21/19 | Filing Fees - - VENDOR: United States Bankruptcy Court 7/16/19; St Christopher's Sale Motion | 181.00 | |
| 08/21/19 | Filing Fees - - VENDOR: Pennsylvania Department of State 7/11/19 - certified copies of all formation documents for all Pennsylvania entities and qualified in Pennsylvania entities | 448.00 | |
| | Total Filing Fees | | 24,826.54 |
| 08/21/19 | Certificates - - VENDOR: Pennsylvania Department of State 7/10/19 - good standings for all Pennsylvania entities and qualified in Pennsylvania entities | 1,297.00 | |
| | Total Certificate | | 1,297.00 |
| 08/12/19 | Federal Express 07/22/2019 To: CompHealth From: Jeremiah Vandermark | 29.38 | |
| 08/14/19 | Federal Express 07/31/2019 To: Cynthia Spalding From: Monique DiSabatino | 20.03 | |
| 08/14/19 | Federal Express 08/07/2019 To: Tom Rydzewski From: Jeremiah Vandermark | 25.01 | |
| 08/29/19 | Federal Express 08/09/2019 To: Allen Wilen From: Monique DiSabatino | 55.18 | |
| | Total Federal Express | | 129.60 |
| 08/02/19 | Hotel Lodging; VENDOR: Sheraton; 07/24/19; Hotel for Paul M. Heylman for travel to client meeting | 231.56 | |
| 08/21/19 | Hotel - - VENDOR: Delaware State Bar Association; 7/10/19 room charge for IDI and formation meetings | 450.00 | |
| | Total Hotel | | 681.56 |
| 08/02/19 | Travel Train; VENDOR: Amtrak; 07/23/19; train from Maryland to Philly for Paul M. Heylman for client meeting | 176.00 | |
| 08/02/19 | Travel Train; VENDOR: Amtrak;; 07/24/19; Return train from Philly to Maryland for Paul M. Heylman for client meeting | 180.00 | |
| 08/19/19 | Travel Train; VENDOR: Amtrak; 07/31/19; train from Philly | 53.00 | |

| | | |
|---|---|---|
| 376719<br>00002<br>10/03/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number 2511636<br>Page 6 |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| | to BWI for Paul M. Heylman after client meeting | | |
| 08/19/19 | Travel Train; VENDOR: Amtrak; 07/31/19; train to Philly from Baltimore for Paul M. Heylman to attend client meeting | 121.00 | |
| | Total Other Rail Travel | | 530.00 |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/19/19; Telephonic Court appearance for Phil Porter | 30.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/19/19; Telephonic Court appearance for Kyle Schmidt | 30.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/19/19; Telephonic Court appearance for Joel Freedman | 77.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/19/19; Telephonic Court appearance for Svetlana Attestatova | 93.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/26/19; Telephonic Court appearance for Joel Freedman | 28.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/26/19; Telephonic Court appearance for Svetlana Attestatova | 30.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/26/19; Telephonic Court appearance for Phil Porter | 30.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 07/26/19; Telephonic Court appearance for Kyle Schmidt | 35.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 08/02/19; Telephonic Court appearance for Phil Porter | 93.00 | |
| 08/20/19 | Teleconferencing; VENDOR: Courtcall LLC; 08/07/19; Telephonic Court appearance for Mark Minuti | 30.00 | |
| 08/02/19 | Teleconferencing; VENDOR: Courtcall LLC; 08/26/19; Telephonic Court appearance for Phil Porter | 65.00 | |
| | Total Teleconferencing | | 541.00 |
| 08/02/19 | Meals - Dinner; VENDOR: Cobblestones; 07/24/19; Dinner for Paul M. Heylman at hotel for client meeting | 14.83 | |
| 08/05/19 | Meals; VENDOR: Urban Cafe; 07/26/19; Breakfast preparing for St. Christopher's bid procedures (Allen Wilen, Mark Minuti, Monique DiSabatino and Scott Victor) | 45.00 | |
| 08/05/19 | Meals; VENDOR: Urban Cafe; 07/02/19; Lunch preparing for financing hearing (Jeffrey Hampton, Adam Isenberg, Allen Wilen, Scott Victor, Monique DiSabatino, Mark Minuti, Paul Deutch, Svetlana Attestatova, John Dinome) | 126.00 | |
| 08/12/19 | Meals; VENDOR: Mandarin Place; 08/07/19; Dinner for meeting with Committee and SSG to review bids (Aaron Applebaum, Jeffrey Hampton, Mark Minuti, J. Scott Victor, Craig Warsnak, Alexander Lamm, Andrew Sherman, Boris Mankovetskiy, Allen Wilen, John Dinome and Albert Mezzaroba | 168.33 | |
| 08/26/19 | Meals; VENDOR: Au Bon Pain; 08/13/19; Debriefing lunch after deposition of Allen Wilen in Philadelphia (Mark Minuti and Allen Wilen) | 22.43 | |

| | | | |
|---|---|---|---|
| 376719<br>00002<br>10/03/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2511636<br>Page 7 | |
| 08/26/19 | Meals; VENDOR: Urban Cafe; 08/20/19; Breakfast preparing for continued DIP and Tenet's Motion to Compel Hearing (Jeffrey Hampton, Adam Isenberg, Mark Minuti, John Demmy, Monique DiSabatino, Allen Wilen, Scott Victor, Jacqueline Roe) | 65.00 | |
| | Total Meals | | 441.59 |
| 08/05/19 | Doc. Retrieval/Case Monitoring; VENDOR: File & ServeXpress LLC; 08/01/19; Copy of Superior Court Complaint | 10.00 | |
| 08/05/19 | Doc. Retrieval/Case Monitoring; VENDOR: File & ServeXpress LLC; 08/01/19; Copy of Chancery Court Complaint | 25.00 | |
| | Total Doc. Retrieval/Case Monitoring | | 35.00 |
| 08/05/19 | Transcript; VENDOR: Reliable Copy Service - DE; 07/12/19; Hearing Transcript | 79.20 | |
| 08/05/19 | Transcript; VENDOR: Reliable Copy Service - DE; 07/11/19; Expedited Hearing Transcript | 210.25 | |
| 08/08/19 | Transcript; VENDOR: Reliable Copy Service - DE; 07/19/19; Expedited Hearing Transcript | 768.35 | |
| 08/26/19 | Transcript; VENDOR: Reliable Copy Service - DE; 07/26/19; 7/26/19 Expedited Hearing Transcript | 446.20 | |
| 08/28/19 | Transcript; VENDOR: Reliable Copy Service - DE; 08/07/19; Hearing Transcript | 78.65 | |
| | Total Transcript | | 1,582.65 |
| 08/01/19 | Westlaw Legal Research | 805.14 | |
| 08/01/19 | Westlaw Legal Research | 540.54 | |
| 08/02/19 | Westlaw Legal Research | 77.22 | |
| 08/02/19 | Westlaw Legal Research | 694.98 | |
| 08/03/19 | Westlaw Legal Research | 308.88 | |
| 08/04/19 | Westlaw Legal Research | 154.44 | |
| 08/05/19 | Westlaw Legal Research | 231.66 | |
| 08/05/19 | Westlaw Legal Research | 143.00 | |
| 08/05/19 | Westlaw Legal Research | 463.32 | |
| 08/06/19 | Westlaw Legal Research | 937.44 | |
| 08/06/19 | Westlaw Legal Research | 308.88 | |
| 08/07/19 | Westlaw Legal Research | 77.22 | |
| 08/07/19 | Westlaw Legal Research | 77.22 | |
| 08/08/19 | Westlaw Legal Research | 419.04 | |
| 08/09/19 | Westlaw Legal Research | 71.50 | |
| 08/10/19 | Westlaw Legal Research | 77.22 | |
| 08/14/19 | Westlaw Legal Research - 08/05/19 - John Demmy | 63.00 | |
| 08/16/19 | Westlaw Legal Research | 97.20 | |
| 08/18/19 | Westlaw Legal Research | 187.38 | |
| 08/19/19 | Westlaw Legal Research - 8/5/19 - Melissa Martinez | 77.22 | |
| 08/21/19 | Westlaw Legal Research | 143.00 | |

| | | |
|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number 2511636 |
| 00002 | Expenses | Page 8 |
| 10/03/19 | | |

| Date | Description | Amount | |
|---|---|---:|---:|
| 08/23/19 | Westlaw Legal Research | 77.22 | |
| 08/28/19 | Westlaw Legal Research | 122.50 | |
| 08/28/19 | Westlaw Legal Research | 154.44 | |
| 08/28/19 | Westlaw Legal Research | 386.10 | |
| | Total Westlaw Legal Research | | 6,695.76 |
| | CURRENT EXPENSES | | 39,528.38 |

**TOTAL AMOUNT OF THIS INVOICE**     39,528.38

36003818.1 10/17/2019