# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>Objection Deadline: November 7, 2019 at 4:00 p.m.<br>Hearing Date: TBD if objection filed |

**SUMMARY OF THIRD MONTHLY APPLICATION OF
GREENBERG TRAURIG, LLP, AS COUNSEL TO THE PATIENT CARE
OMBUDSMAN FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | The Patient Care Ombudsman |
| Date of Retention: | September 13, 2019<br>(Nunc Pro Tunc to July 3, 2019) |
| Period for Which Compensation and Reimbursement sought: | September 1, 2019 through September 30, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $15,294.50 |
| Amount of Compensation for Which Payment is Sought Pursuant to this Application: | $12,235.60 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $65.50 |

This is a(n):   _X_ Monthly           __ Interim           __ Final Application

This Application $2,202.50 in fees for 4.2 hours incurred in connection with preparation of prior

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

ACTIVE 46677381v2

fee applications of Greenberg Traurig, LLP and SAK Management Services, LLP.

Prior applications:

First Monthly Application for Greenberg Traurig, LLP as Counsel to the Patient Care Ombudsman for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 3, 2019 through July 31, 2019 [Filed September 19, 2019, Docket No. 742].

Second Monthly Application of Greenberg Traurig, LLP as Counsel to the Patient Care Ombudsman for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2019 through August 31, 2019 [Filed September 27, 2019, Docket No. 792].

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Application | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dennis A. Meloro | Shareholder | $1,025 | 6.90 | $7,072.50 |
| Nancy A. Peterman | Shareholder | $950 | 1.60 | $1,520.00 |
| Sara Hoffman | Associate | $720 | 6.60 | $4,752.00 |
| Wendy Cathers | Paralegal | $300 | 4.00 | $1,200.00 |
| Carla Greenberg | Paralegal | $150 | 5.00 | $750.00 |
| **Grand Total:** | | | **24.10** | **$15,294.50** |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 804 | Case Administration | 4.10 | $2,582.00 |
| 810 | Litigation Matters | 0.80 | $775.00 |
| 813 | Fee/Employment Applications | 4.20 | $2,202.50 |
| 824 | Preparation/Review Reports | 11.00 | $5,635.00 |
| 833 | Court Hearings | 3.40 | $3,485.00 |
| 838 | Sale of Property | 0.60 | $615.00 |

2

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Courtcall Fees | $44.00 |
| Messenger/Courier Services/Parcels | $13.50 |
| Information and Research/ECF | $8.00 |
| **Total Disbursements:** | **$65.50** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>Objection Deadline: November 7, 2019 at 4:00 p.m.<br>Hearing Date: TBD if objection filed |

**THIRD MONTHLY APPLICATION OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

  Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the patient care ombudsman (the "**Ombudsman**"), hereby submits its third monthly application (the "**Application**") for compensation and reimbursement of expenses for the period from September 1, 2019 through September 30, 2019 (the "**Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Delaware Bankruptcy Local Rule 2016-2, and this Court's *Order Establishing Interim Compensation Procedures* [Docket No. 341] (the "**Interim Compensation Order**").

  By this Application, Greenberg Traurig seeks a monthly interim allowance of compensation in the amount of $15,294.50 and actual expenses in the amount of $65.50, for an aggregate total of $15.360.00 in accordance with the Interim Compensation Order. Greenberg

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Traurig hereby seeks payment of $12,235.60 (80% of the allowed fees) and reimbursement of expenses in the amount of $65.50 (100% of allowed expenses), for an aggregate total payment of $12,301.10 for the Application Period. In support of the Application, Greenberg Traurig respectfully represents as follows:

## BACKGROUND

1. On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.

2. On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman [Docket No. 83]. On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Ombudsman in these Cases. [Docket No. 95]

3. On September 13, 2019 the Court entered the *Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel, Nunc Pro Tunc as of July 3, 2010* [Docket No. 704].

## COMPENSATION PAID AND ITS SOURCE

4. All services performed during the Application Period for which Greenberg Traurig is requesting compensation were performed for or on behalf of the Ombudsman.

5. As of the date of this Application, Greenberg Traurig has not received any payment or any promise of payment for the services rendered from anyone in any capacity, nor is there an agreement in place between Greenberg Traurig and any person or otherwise in connection with the matters in this Application.

**SUMMARY OF SERVICES RENDERED**

6.      This Application is the third monthly fee application filed by Greenberg Traurig in these cases.  In connection with the professional services described below, by this Application, Greenberg Traurig seeks compensation in the amount of $15,294.50 for the Application Period.

7.      The services rendered during this Application Period by Greenberg Traurig professionals and paraprofessionals (the "**Professionals**") are listed in the chart below. The Professionals in these cases have all been involved in some capacity with drafting, reviewing/revising and filing of various documents with this Court.  Each of the Professionals have been in contact with and have advised the Ombudsman regularly with respect to various matters involving these cases and have performed various services which are described within the Monthly Fee Statement.

8.      The majority of services rendered by Greenberg Traurig during the Application Period as counsel to the Ombudsman are summarized below.  Each of the following is set forth in the invoice attached hereto as **Exhibit A**: (i) a description of the professional or paraprofessional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the related time expended; and (iv) a summary of the fees and hours of each professional and other timekeepers listed by project category (which applicable categories are set forth below).  Specifically, Greenberg Traurig rendered the following services during the Application Period as counsel to the Committee:

   a)  Case Administration (804)

            Fees: $2,582.00            Hours: 4.10

This category includes services relating to the general administration of these cases, including without limitation, monitoring the docket, reviewing filings, and related issues.

3

b) <u>Litigation Matters</u> (810)

      Fees: $775.00          Hours: 0.80

This category includes services relating to issues related to Debtors' status report regarding Tenet and a telephone conference with the Debtors' counsel regarding same.

c) <u>Fee/Employment Applications</u> (813)

      Fees: $2,202.50          Hours: 4.20

This category includes drafting and filing Greenberg Traurig's and SAK Management Services, LLP's ("**SAK**") monthly fee applications.

d) <u>Preparation/Review Reports</u> (824)

      Fees: $5,635.00          Hours: 11.00

This category includes services relating preparing, reviewing, revising and filing the patient care ombudsman's report.

e) <u>Court Hearings</u> (833)

      Fees: $3,485.00          Hours: 3.40

This category includes services relating to preparing for, and attending, hearings on behalf of the Ombudsman.

f) <u>Sale of Property</u> (838)

      Fees: $615.00          Hours: 0.60

This category includes services relating to review of the proposed order regarding the sale of resident program assets and the status report regarding the stay pending appeal of same.

**SUMMARY OF EXPENSES**

9.      During the Application Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $65.50.  The expenses incurred include court fees, messenger and courier services and information and research charges.  A detailed description of the necessary costs and expenses incurred by Greenberg Traurig is attached hereto as **Exhibit B**.

10.     Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, Greenberg Traurig represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period:

   a.   Copy Charges were $.10 per page, which charge is reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related expenditures.  In addition, Greenberg Traurig often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable;

   b.   Incoming facsimiles are not billed;

   c.   Out-going facsimiles are billed at the rate of $1.00 per page.  The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of related expenditures;

   d.   Toll telephone charges are not billed; and

Computer assisted legal research charges are billed at actual costs

**VALUATION OF SERVICES**

11.     Greenberg Traurig expended a total of 24.10 hours in connection with this matter during the Application Period. A list of the Professionals who billed time during the Application

Period is set forth below. The nature of the work performed by the Professionals is detailed in **Exhibit A** of this Application.

| Attorneys | Hourly Rate | Hours |
|---|---|---|
| Dennis A. Meloro | $1,025 | 6.90 |
| Nancy A. Peterman | $950 | 1.60 |
| Sara Hoffman | $720 | 6.60 |
| Wendy Cathers | $300 | 4.00 |
| Carla Greenberg | $150 | 5.00 |

The above hourly rates are Greenberg Traurig's normal hourly rates for work of this character. The reasonable value of the services rendered by Greenberg Traurig to the Ombudsman during the Application Period is $15,294.50.

12. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the attorneys and paraprofessionals at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

13. Greenberg Traurig hereby certifies that (i) it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures and (ii) this Application complies with such rule.

14. Greenberg Traurig has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

**CONCLUSION**

WHEREFORE, Greenberg Traurig respectfully requests that (a) it be allowed compensation in the amount of $15,294.50 for professional services rendered and reimbursement of expenses in the amount of $65.50 for the Application Period; (b) the Court authorize the Debtors to pay Greenberg Traurig the amount of $12,301.10, representing 80% of fees ($12,235.60) and 100% of expenses ($65.50) upon the filing of a certificate of no objection) for the Application Period on an interim basis; and (c) the Court grant such other and further relief deemed appropriate under the circumstances.

Dated: October 18, 2019   GREENBERG TRAURIG, LLP

/s/ *Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
Email: petermann@gtlaw.com

*Counsel to the Patient Care Ombudsman*