# EXHIBIT A

# GT GreenbergTraurig

Invoice No. :  5199755
File No.    :  102171.014000
Bill Date   :  October 9, 2019

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## <u>INVOICE</u>

Re:  Center City Healthcare, LLC d/b/a Hahnemann University Hospital

<u>Legal Services through September 30, 2019</u>:

|  |  |  |
|---|---|---|
| CASE ADMINISTRATION: | $ | 2,582.00 |
| LITIGATION MATTERS: | $ | 775.00 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 2,202.50 |
| PREPARATION/REVIEW REPORTS: | $ | 5,635.00 |
| COURT HEARINGS: | $ | 3,485.00 |
| SALE OF PROPERTY: | $ | 615.00 |
| Total Fees: | $ | 15,294.50 |

Expenses:

| | | | |
|---|---|---|---|
| Court Fees | 44.00 | | |
| Messenger/Courier Services | 13.50 | | |
| Information and Research | 8.00 | | |
| Total Expenses: | | $ | 65.50 |
| **Current Invoice**: | | **$** | **15,360.00** |

NAP:DMV
Tax ID:  13-3613083

**GT** GreenbergTraurig

Invoice No. : 5199755
File No.     : 102171.014000

Previous Balance (see attached statement):          $          49,157.05

**Total Amount Due:**          **$          64,517.05**

NAP:DMV

Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  5199755
File No.    :  102171.014000

---

**_FOR YOUR CONVENIENCE,_**
**_PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT_**
**_FOR FEES & COSTS ARE AS FOLLOWS:_**

---

PLEASE RETURN WITH YOUR PAYMENT

CLIENT NAME:          SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN
FILE NUMBER:

INVOICE NUMBER:     5199755*

BILLING
PROFESSIONAL:       Nancy A. Peterman

| | | |
|---|---|---|
| Current Invoice: | $ | 15,360.00 |
| Previous Balance: | $ | 49,157.05 |
| Total Amount Due: | $ | 64,517.05 |

For Wire and ACH Instructions:
TO:                    CITIBANK, N.A.
ABA #:                 266086554
CREDIT TO:             GREENBERG TRAURIG ACCOUNT
ACCOUNT #:             3200175071
PLEASE
REFERENCE:     **CLIENT NAME:**        **SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN**
               **FILE NUMBER:**        **102171.014000**
               **INVOICE NUMBER:**     **5199755***
               **BILLING**
               **PROFESSIONAL:**       **Nancy A. Peterman**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

NAP:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  5199755
File No.    :  102171.014000

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 08/16/19 | 5146927 | 36,464.00 | 30.00 | 0.00 | 36,494.00 |
| 09/26/19 | 5174237 | 10,794.50 | 1,868.55 | 0.00 | 12,663.05 |
| Totals: | | $ 47,258.50 | $ 1,898.55 | $ 0.00 | $ 49,157.05 |

NAP:DMV

Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 5199755 | | | Page 1 |
| Matter No.: | 102171.014000 | | | |

## Description of Professional Services Rendered:

TASK CODE:         804         CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/19 | Wendy Cathers | Replace Order to D.I. 589 making exhibit a separately uploaded document with Court. | 0.30 | 90.00 |
| 09/03/19 | Sara Hoffman | Review docket for filing updates. | 0.90 | 648.00 |
| 09/12/19 | Wendy Cathers | Prepare package of SAK and Greenberg Traurig retention applications, supplemental declarations and proposed orders for the Court. | 0.80 | 240.00 |
| 09/12/19 | Sara Hoffman | Review of docket filings for any filings impacting the PCO. | 1.30 | 936.00 |
| 09/23/19 | Nancy A. Peterman | Telephone conference with S. Koenig re Children's hospital/residency program. | 0.40 | 380.00 |
| 09/30/19 | Sara Hoffman | Review docket filings to determine any filings impacting the PCO. | 0.40 | 288.00 |

Total Hours:        4.10

Total Amount:      $ 2,582.00

TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.40 | 950.00 | 380.00 |
| Sara Hoffman | 2.60 | 720.00 | 1,872.00 |
| Wendy Cathers | 1.10 | 300.00 | 330.00 |
| Totals: | 4.10 | 629.76 | $     2,582.00 |

Invoice No.:      5199755                                                   Page  2
Matter No.:       102171.014000

<u>Description of Professional Services Rendered</u>

TASK CODE:        810        LITIGATION MATTERS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 09/13/19 | Dennis A. Meloro | Review debtors' status report on Tenet stay relief / MSA and TSA litigation. | 0.20 | 205.00 |
| 09/29/19 | Nancy A. Peterman | Telephone conference with Debtors' counsel re Tenet issues. | 0.60 | 570.00 |
| | | Total Hours: | 0.80 | |
| | | Total Amount: | | $ 775.00 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE 810</u>,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Dennis A. Meloro | 0.20 | 1,025.00 | | 205.00 |
| Nancy A. Peterman | 0.60 | 950.00 | | 570.00 |
| Totals: | 0.80 | 968.75 | $ | 775.00 |

Invoice No.:      5199755                                                                                      Page 3
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/18/19 | Wendy Cathers | Review and revise Summary of First Monthly Application of SAK Management Services, LLP, as Medical Operations Advisor for Compensation and Reimbursement of Expenses for The Period from July 3, 2019 Through July 31, 2019 (.8); file First Monthly Application with Court (.4). | 1.20 | 360.00 |
| 09/18/19 | Dennis A. Meloro | Review SAK first monthly fee application for filing. | 0.30 | 307.50 |
| 09/19/19 | Wendy Cathers | Finalize (.6) and file (.2) with Court the Summary of First Monthly Application of Greenberg Traurig, LLP, as Counsel to the Patient Care Ombudsman for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 3, 2019 Through July 31, 2019. | 0.80 | 240.00 |
| 09/19/19 | Dennis A. Meloro | Review (.2), revise (.3) GT first monthly fee application. | 0.50 | 512.50 |
| 09/26/19 | Wendy Cathers | Prepare Notice to Second Monthly Fee Application (.4); update invoice (.1). | 0.50 | 150.00 |
| 09/26/19 | Dennis A. Meloro | Review (.2), revise (.2) GT 2nd monthly fee application. | 0.40 | 410.00 |
| 09/27/19 | Wendy Cathers | File Second Monthly Fee Application of Greenberg Traurig, LLP with Court. | 0.40 | 120.00 |
| 09/27/19 | Dennis A. Meloro | Finalize GT 2nd monthly fee application, prepare for filing. | 0.10 | 102.50 |

Total Hours:      4.20

Total Amount:      $ 2,202.50

TIMEKEEPER SUMMARY FOR TASK CODE 813.

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 1.30 | 1,025.00 | 1,332.50 |
| Wendy Cathers | 2.90 | 300.00 | 870.00 |
| Totals: | 4.20 | 524.40 | $      2,202.50 |

Invoice No.:      5199755                                          Page  4
Matter No.:      102171.014000

Description of Professional Services Rendered

TASK CODE:        824        PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/03/19 | Carla Greenberg | Review (1.0), revise (3.5) and format (.5) the ombudsman's report. | 5.00 | 750.00 |
| 09/03/19 | Sara Hoffman | Revise draft report of Patient Care Ombudsman. | 4.00 | 2,880.00 |
| 09/03/19 | Dennis A. Meloro | Review (.6), revise (.6), and finalize (.2) ombudsman's first report. | 1.40 | 1,435.00 |
| 09/03/19 | Nancy A. Peterman | Telephone conference and emails with SAK team re report issues/questions. | 0.60 | 570.00 |

Total Hours:      11.00

Total Amount:      $ 5,635.00

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 1.40 | 1,025.00 | 1,435.00 |
| Nancy A. Peterman | 0.60 | 950.00 | 570.00 |
| Sara Hoffman | 4.00 | 720.00 | 2,880.00 |
| Carla Greenberg | 5.00 | 150.00 | 750.00 |
| Totals: | 11.00 | 512.27 | $      5,635.00 |

Invoice No.:      5199755                                                                              Page 5
Matter No.:       102171.014000

Description of Professional Services Rendered

TASK CODE:        833        COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/09/19 | Dennis A. Meloro | Attend 9/9 hearing (by phone) re: resident program sale. | 1.30 | 1,332.50 |
| 09/20/19 | Dennis A. Meloro | Review 9/24 hearing agenda. | 0.10 | 102.50 |
| 09/23/19 | Dennis A. Meloro | Prepare for and attend 9/23 sale hearing (1.5); calls/emails with S. Koenig and N. Peterman re: same (.5). | 2.00 | 2,050.00 |

Total Hours:      3.40

Total Amount:     $ 3,485.00

TIMEKEEPER SUMMARY FOR TASK CODE 833.

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Dennis A. Meloro | 3.40 | 1,025.00 | 3,485.00 |
| Totals: | 3.40 | 1,025.00 | $    3,485.00 |

Invoice No.:    5199755                                                        Page 6
Matter No.:     102171.014000

Description of Professional Services Rendered

TASK CODE:        838        SALE OF PROPERTY

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 09/06/19 | Dennis A. Meloro | Review proposed order on sale of resident program assets. | 0.50 | 512.50 |
| 09/23/19 | Dennis A. Meloro | Review status report re: stay pending appeal on resident program sale. | 0.10 | 102.50 |
| | | Total Hours: | 0.60 | |
| | | Total Amount: | | $ 615.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 838,

    SALE OF PROPERTY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Dennis A. Meloro | 0.60 | 1,025.00 | 615.00 |
| Totals: | 0.60 | 1,025.00 | $      615.00 |

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 6.90 | 1,025.00 | 7,072.50 |
| Nancy A. Peterman | 1.60 | 950.00 | 1,520.00 |
| Sara Hoffman | 6.60 | 720.00 | 4,752.00 |
| Wendy Cathers | 4.00 | 300.00 | 1,200.00 |
| Carla Greenberg | 5.00 | 150.00 | 750.00 |
| Totals: | 24.10 | 634.63 | $    15,294.50 |

# EXHIBIT B

Invoice No.:       5199755                                                                                   Page 8
Re:                 Center City Healthcare, LLC d/b/a Hahnemann University Hospital
Matter No.:        102171.014000

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/25/19 | Search Criteria: (None);   Document Type: Pacer Research Charges for July 2019 | $ | 1.00 |
| 07/26/19 | Search Criteria: (None);   Document Type: Pacer Research Charges for July 2019 | $ | 7.00 |
| 09/03/19 | VENDOR: Parcels, Inc. - ACH INVOICE#: 836719 DATE: 9/3/2019 Invoice   836719 - Courier Service - GT/Bankruptcy Court Wilmington, DE | $ | 6.00 |
| 09/09/19 | VENDOR: Giannini, Cynthia INVOICE#: 3619409710021506 DATE: 10/2/2019  Court Costs; 09/09/19 - COURTCALL   10041800 - Appearance fee for Dennis Meloro; Merchant: COURTCALL     10041800 | $ | 30.00 |
| 09/10/19 | VENDOR: Giannini, Cynthia INVOICE#: 3619409710021506 DATE: 10/2/2019  Court Costs; 09/10/19 - COURTCALL   10041800 - Court call appearance fee for Dennis Meloro; Merchant: COURTCALL     10041800 | $ | 14.00 |
| 09/12/19 | VENDOR: Parcels, Inc. - ACH INVOICE#: 838422 DATE: 9/12/2019 Acct. No. 343 Order  643895  Delivery to Judge Kevin Gross 9/12/19 | $ | 7.50 |
| | | Total Expenses: $ | 65.50 |