IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (KG) <br> (Jointly Administered) <br><br> Objection Deadline: November 7, 2019 at 4:00 p.m. <br> Hearing Date: TBD if objection filed |

**NOTICE OF FEE APPLICATION**

**PLEASE TAKE NOTICE** that Greenberg Traurig, LLP ("**Greenberg Traurig**") filed the *Third Monthly Application of Greenberg Traurig, LLP, as Counsel to the Patient Care Ombudsman for Allowance of Compensation for the Services Rendered and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019* (the "**Application**"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that you must also file a copy of any response or objection to the Application with the Court on, or prior to, **November 7, 2019 at 4:00 p.m.** and serve such response or objection upon: (i) the undersigned counsel to Greenberg Traurig; and (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman, Esq.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO *ORDER ESTABLISHING INTERIM COMPENSATION PROCEDURES* [Docket No. 341], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.  ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, WILL A HEARING BE HELD ON THE APPLICATION BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: October 18, 2019                   GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　　　　　　 /s/ *Dennis A. Meloro*
　　　　　　　　　　　　　　　　　　　　Dennis A. Meloro (DE Bar No. 4435)
　　　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　　　1007 North Orange Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 661-7000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (302) 661-7360
　　　　　　　　　　　　　　　　　　　　Email: melorod@gtlaw.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　Nancy A. Peterman
　　　　　　　　　　　　　　　　　　　　Greenberg Traurig, LLP
　　　　　　　　　　　　　　　　　　　　77 West Wacker Drive, Suite 3100
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 456-8400
　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 456-8435
　　　　　　　　　　　　　　　　　　　　Email: petermann@gtlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel to the Patient Care Ombudsman*