**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Objection Deadline: November 1, 2019 at 4:00 p.m. (EST)** |
| | ) **Hearing Date: November 19, 2019 at 10:00 a.m. (EST)** |

**NOTICE OF DEBTORS' FIRST OMNIBUS MOTION**
**FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**IN CONNECTION WITH THE STC OPCO SALE**

PLEASE TAKE NOTICE that on October 18, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that you are receiving this notice because you may be a party to a contract (a "Contract") listed on Exhibit B to the Motion, which Contract may be assumed by one of the Debtors and assigned to STC OpCo, LLC (the "Buyer") in connection with a sale of the assets of certain Debtors to the Buyer. The Debtors have determined the current amounts owed under each of the Contracts (the "Cure Amounts") and have listed such Cure Amounts on Exhibit B. The Cure Amounts are the only amounts proposed to be paid upon assumption and assignment of each Contract in full satisfaction of all amounts outstanding under each Contract.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Court's approval of the Motion (including on account of any objection to the applicable Cure Amount or the ability of the Buyer to provide adequate assurance of future performance) must be (a) in writing, and (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on the undersigned counsel to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Debtors on or before **November 1, 2019 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline").

   PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 19, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

   PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and served on or before the Objection Deadline and in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Date: October 18, 2019             **SAUL EWING ARNSTEIN & LEHR LLP**

                      */s/ Monique B. DiSabatino*
                      Mark Minuti (DE Bar No. 2659)
                      Monique Bair DiSabatino (DE Bar No. 6027)
                      1201 N. Market Street, Suite 2300
                      P.O. Box 1266
                      Wilmington, DE 19899-1266
                      Telephone: (302) 421-6800
                      Fax: (302) 421-5873
                      mark.minuti@saul.com
                      monique.disabatino@saul.com

                          -and-

                      Jeffrey C. Hampton
                      Adam H. Isenberg
                      Melissa A. Martinez
                      Centre Square West
                      1500 Market Street, 38th Floor
                      Philadelphia, PA 19102
                      Telephone: (215) 972-7777
                      Fax: (215) 972-7725
                      jeffrey.hampton@saul.com
                      adam.isenberg@saul.com
                      melissa.martinez@saul.com

                      *Counsel for Debtors and Debtors in Possession*