# EXHIBIT "B"

## Subject Contracts

Case 19-11466-MFW    Doc 884-3    Filed 10/18/19    Page 2 of 6

Exhibit B - Subject Contracts
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| A.I. Dupont | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Pediatric Subspecialties) | $0.00 |
| A.I. Dupont | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Cardiac ICU) | $0.00 |
| Abington Memorial Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Adirim, Terry | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Aetna Better Health, Inc. | Medicaid Physician Hospital Organization Agreement | St. Christopher's Healthcare, LLC; SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Aetna Health, Inc. | Letter of Agreement | Philadelphia Academic Health System, LLC | $269,142.08 |
| Ahmed, Mian | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Amerigroup New Jersey, Inc. | Participating Provider Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Amerihealth Caritas Health Plan | Bridge Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| AmeriHealth HMO, Keystone Health Plan East, QCC Insurance Company | Professional Group Provider Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $64,310.33 |
| AmeriHealth HMO, Keystone Health Plan East, QCC Insurance Company | Managed Care Participating Hospital Agreement | Philadelphia Academic Health System, LLC; St. Christopher's Healthcare, LLC | $167,929.96 |
| BIPAI International Pediatric AIDS Initiative Texas (Baylor College of Medicine) City of Houston Harris County Texas | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Bryn Mawr Hospital (Main Line Health System) | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Center for the Urban Child, Inc. | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC | $0.00 |
| Centro de Estudios de Espanol Pop Wuj | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Chawla, Harbhajan S. | PRN Physician Employment Agreement | SCHC Pediatric Associates, LLC | $0.00 |
| Children's Hospital of Philadelphia | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Anesthesia) | $0.00 |

Case 19-11466-MFW    Doc 884-3    Filed 10/18/19    Page 3 of 6

Exhibit B - Subject Contracts
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Children's Hospital of Philadelphia | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Multiple Specialties) | $0.00 |
| Cigna Health and Life Insurance Company, Inc. | Hospital Services Agreement | St. Christopher's Healthcare, LLC | $38,086.82 |
| Cigna Health and Life Insurance Company, Inc. | Provider Group Services Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $17,824.89 |
| City of Philadelphia | Contract No. 1820002 as Amended | St. Christopher's Healthcare, LLC | $0.00 |
| Cooper University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Pediatric Specialties - Cooper Receives) | $0.00 |
| Cooper University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Pediatric Specialties - SCHC Receives) | $0.00 |
| Cooper University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Radiology) | $0.00 |
| Cross-Knorr, Samuel | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Crozer Chester Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Drexel University for its School of Public Health, for its Healing Hurt People Program | Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Front Street Healthcare Properties II, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC | $0.00 |
| Front Street Healthcare Properties, LLC | Access License and Shared Services Agreement and Agreement Regarding Sublease | St. Christopher's Healthcare, LLC | $0.00 |
| Gateway Health Plan, Inc. | Bridge Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Geisinger Health Plan | Letter of Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Greenhill, Dustin | Physician Employment Agreement | SCHC Pediatric Associates, LLC | $773.08 |
| Hamilton, Richard | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Health Partners of Philadelphia, Inc. | Participating Specialist Provider Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC | $0.00 |
| Health Partners Plans, Inc. | Participating Hospital/Facility Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Horizon Blue Corss Blue Shield of New Jersey | Agreement | St. Christopher's Healthcare, LLC | $0.00 |

Case 19-11466-MFW    Doc 884-3    Filed 10/18/19    Page 4 of 6

Exhibit B - Subject Contracts
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Horizon NJ Health | Hospital Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| HSRE-PAHH I | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Humana | Bridge Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Independence Blue Cross | IBC Member Hospital Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| Jeanes Hospital (Temple) | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Jersey Shore University Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Jewish Family and Children's Service of Greater Philadelphia | Services Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Joshi, Swosti | Physician Employment Agreement | SCHC Pediatric Associates, LLC | $0.00 |
| Karolyn Kempton Memorial | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Keystone Family Health Plan | Community Healthchoices Addendum | St. Christopher's Healthcare, LLC | $0.00 |
| Keystone Family Health Plan | Community Healthchoices Addendum | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC | $0.00 |
| King Abdullah University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Koenigsberg, Robert A. | Physician Employment Agreement | SCHC Pediatric Associates, LLC | $0.00 |
| Korle-Bu Teaching Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Lankenau Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Lehigh Valley Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Marinescu, Andreea | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Medicaid FFS – Connecticut | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – Delaware | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – New Jersey | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – Ohio | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medicaid FFS – Pennsylvania | Medicaid Approval Letter | St. Christopher's Healthcare, LLC | $0.00 |
| Medical Cost Containment Professionals, LLC | Facility Participation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Medical Cost Containment Professionals, LLC | Physician Group Participation Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Medicare | Provider Agreement | St. Christopher's Healthcare, LLC | $0.00 |

Case 19-11466-MFW    Doc 884-3    Filed 10/18/19    Page 5 of 6

Exhibit B - Subject Contracts
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Nazareth Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Necker-Enfants | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Northeast Regional Medical Center | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Pak, Anna | Physician Employment Agreement | SCHC Pediatric Associates, LLC | $0.00 |
| Paladin Healthcare Capital, LLC | DUCOM Extension Letter Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Pennsylvania Health & Wellness, Inc. | Participating Provider Agreement | St. Christopher's Healthcare, LLC; SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC | $0.00 |
| Pennsylvania Health & Wellness, Inc. | Participating Provider Agreement | St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| Polavarapu, Sruthi | Physician Employment Agreement | SCHC Pediatric Associates, LLC | $177.55 |
| Prasad, Rajeev | Physician Employment Agreement (as amended) | SCHC Pediatric Associates, LLC | $16,074.43 |
| Prime Healthcare Services - Suburban Hospital, LLC | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Prospect CCMC, LLC | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Reading Hospital | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Rowan University School of Osteopathic Medicine | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Samkari, Ayman | PRN Physician Employment Agreement | SCHC Pediatric Associates, LLC | $0.00 |
| Schaffer, Jillian | Physician Agreements | SCHC Pediatric Associates, L.L.C. | $0.00 |
| Secretary of Health and Human Services | St. Christopher's Healthcare, LLC | Health Insurance Benefit Agreement | $0.00 |
| Shriners Hospital for Children | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| St. Lukes Hosptial and Healthcare Network | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| St. Peter's University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| Temple University | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (NICU) | $0.00 |
| Temple University | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (Neurology) | $31,618.49 |
| Temple University Hospital | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement (PGY 1 to Well Baby Nursery) | $0.00 |
| Todorow, Carlyn | Physician Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 |

Case 19-11466-MFW    Doc 884-3    Filed 10/18/19    Page 6 of 6

Exhibit B - Subject Contracts
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Trionfo, Ariana | Physician Employment Agreement (as amended) | SCHC Pediatric Associates, LLC | $773.08 |
| UnitedHealthcare Insurance Company | Facility Participation Agreement | Philadelphia Academic Health System, LLC | $471,835.58* |
| UnitedHealthcare Insurance Company | Medical Group Participation Agreement | Philadelphia Academic Health System, LLC | $3,164.10** |
| University of Vermont | St. Christopher's Healthcare, LLC | Clinical Rotation Agreement | $0.00 |
| UPMC Health Plan, Inc. | Provider Group Participation Agreement | SCHC Pediatric Associates, LLC; SCHC Pediatric Anesthesia Associates, LLC; St. Christopher's Pediatric Urgent Care Center, LLC; St. Chris Care at Northeast Pediatrics, LLC; TPS V of PA, LLC | $0.00 |
| UPMC Health Plan, Inc. | Hospital Participation Agreement | Philadelphia Academic Health System, LLC | $0.00 |
| VOYCE, Inc. | Service Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Wolf, Michael J. | Physician Employment Agreement | SCHC Pediatric Associates, LLC | $1,193.66 |

*In addition, the cure amount shall include (1) any overpayments arising from the eight five pre-petition claims that are currently the subject of a medical record review as described in UnitedHealthcare Insurance Company's Limited Objection to Debtor's Notice of Assumption, Assignment, and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors [DI 812], in an amount not to exceed $51,887.43; and (2) any post-petition, pre-closing overpayments that may arise in the ordinary course of business. In both instances, the Debtors and their successors in interest reserve the right to challenge any overpayment determinations in accordance with the parties' contract.

**In addition, the cure amount shall include any post-petition, pre-closing overpayments that may arise in the ordinary course of business. The Debtors and their successors in interest reserve the right to challenge any overpayment determinations in accordance with the parties' contract.