# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | |
| CENTER CITY HEALTHCARE, LLC : | Case No. 1:19-11466-KG |
| d/b/a HAHNEMANN UNIVERSITY : | |
| HOSPITAL, *et al.*[1] : | Chapter 11 |
| : | |
| Debtor, : | |
| : | |

## NOTICE OF WITHDRAWAL OF MOTION
## FOR PAYMENT OF ADMINISTRATIVE EXPENSES

Creditors in the above-captioned case, the Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity ("Health Benefit Fund") and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity ("Pension Fund"), hereby withdraw their Motion for Payment of Administrative Expenses (Docket No. 502).

Dated: October 20, 2019
        /s/ Lance Geren
        Lance Geren (DE 5431)
        Andrew Kelser (*Pro Hac Vice*)
        O'DONOGHUE & O'DONOGHUE LLP
        Constitution Place, Suite 600
        325 Chestnut Street
        Philadelphia, PA  19106
        Telephone (215) 629-4970
        Facsimile (215) 629-4996
        lgeren@odonoghuelaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.