# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | |
| CENTER CITY HEALTHCARE, LLC : | Case No. 1:19-11466-KG |
| d/b/a HAHNEMANN UNIVERSITY : | |
| HOSPITAL, *et al.1* : | Chapter 11 |
| : | |
| Debtor, : | |
| : | |

## CERTIFICATE OF SERVICE

I, Lance Geren, hereby certify that on October 20, 2019, I served or caused to be served the *Notice of Withdrawal of Motion for Payment of Administrative Expenses* upon the parties listed on Exhibit A in the matter indicated therein.

Dated:  October 20, 2019

/s/ Lance Geren_____
Lance Geren (DE 5431)
O'DONOGHUE & O'DONOGHUE LLP
Constitution Place, Suite 600
325 Chestnut Street
Philadelphia, PA  19106
Telephone (215) 629-4970
Facsimile (215) 629-4996
lgeren@odonoghuelaw.com

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# SERVICE LIST

*Via First Class Mail & E-Mail*
Mark Minuti, Esq.
Monique Bair DiSabatino, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE  19801
Email:  mark.minuti@saul.com
           monique.disabatino@saul.com

*Via First Class Mail & E-mail*
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Aaron S. Applebaum, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor  Philadelphia, PA  19102
Email: jeffrey.hampton@saul.com
           adam.isenberg@saul.com
           aaron.applebaum@saul.com

*Via First Class Mail & E-Mail*
Justin R. Alberto, Esq.
Sophie E. Macon, Esq.
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
Email: jalberto@bayardlaw.com
           smacon@bayardlaw.com

*Via First Class Mail & E-mail*
Oscar N. Pinkas, Esq.
Lauren Macksoud, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020
Email: oscar.pinkas@dentons.com
           lauren.macksoud@dentons.com

*Via First Class Mail & E-Mail*
Curtis S. Miller, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE   19899-1347
Email:  cmiller@mnat.com

*Via First Class Mail & E-mail*
Thomas C. Wolford, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602
Email:  twolford@nge.com

*Via First Class Mail & E-mail*
Douglas Carlson
DOUGLAS CARLSON LLC
330 N. Wabash, #3300
Chicago, IL  60611
Email:  carlson@dougcarlsonlaw.com

*Via First Class Mail & E-Mail*
Joelle E. Polesky, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
1000 N. West Street, Suite 1279
Wilmington, DE  19801
Email: jpolesky@stradley.com

*Via First Class Mail & E-mail*
Gretchen M. Santamour, Esq. Deborah Reperowitz, Esq.
Mark J. Dorval, Esq.
Joseph W. Catuzzi, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Email: gsantamour@stradley.com
dreperowitz@stradley.com
mdorval@stradley.com
jcatuzzi@stradley.com

*Via First Class Mail & E-mail*
Kathryn L. Stevens, Esq.
David L. Kane, Esq.
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
Email: kstevens@vedderprice.com
dkane@vedderprice.com

*Via First Class Mail & E-Mail*
Richard A. Barkasy, Esq. Daniel M. Pereira, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 400
Wilmington, DE 19801
Email: rbarkasy@schnader.com
dpereira@schnader.com

*Via First Class Mail & E-mail*
David Smith, Esq.
Nicholas J. LePore, III, Esq.
Ira Neil Richards, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Email: dsmith@schnader.com
nlepore@schnader.com
irichards@schnader.com

*Via Overnight Mail & E-Mail*
Benjamin A. Hackman, Esq. Office of the United States Trustee 844 King Street, Suite 2207
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

*Via First Class Mail & E-mail*
Andrew Sherman, Esq. Boris Mankovetskiy, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza Newark, NJ 07102,
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

*Via First Class Mail & E-Mail*
Thomas M. Horan, Esq.
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Email: thoran@foxrothschild.com

*Via First Class Mail & E-Mail*
Office of the US Attorney - District of Delaware
David C. Weiss, Esquire
Hercules Building 1313 N Market St
Wilmington, DE 19801
Email: usade.ecfbankruptcy@usdoj.gov

*Via First Class Mail & E-mail*
Marc S. Sacks, Esq.
US Dept. of Justice – Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875 Email:
Email: marcus.s.sacks@usdoj.gov

*Via First Class Mail & E-mail*
J. Scott Victor
Teresa Kohl Craig Warznak
SSG Advisors, LLC
Five Tower Bridge, Suite 420 300 Barr Harbor Drive
West Conshohocken, PA 19428
Email: jsvictor@ssgca.com
tkohl@ssgca.com
cwarznak@ssgca.com

*Via First Class Mail & E-mail*
Allen Wilen, Chief Restructuring Officer Center City Healthcare, LLC
230 North Broad Street Philadelphia, PA 19102
Email: allen.wilen@eisneramper.com