

October 12, 2019
Vice-President of Human Resources
Hahnemann Hospital
Philadelphia, PA 19102

**FILED**
2019 OCT 17  AM 8:55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Administrator,

Recent news concerning Hahnemann Hospital made me reflect on my career at Hahnemann laboratory. I have served over 10 years from February-March 1959 to July 1969. I have a vested interest in a pension plan. I expect Hahnemann or the court to do due diligence on this matter. Therefore, I am applying for my pension. My social security number is xxx-xxx-3665. My address and record at time of employment was 3213 West Allegheny Avenue in Philadelphia, PA. No matter how small the pension may be, it is greatly needed since I am blind. If there is any further paperwork needed, please forward to my home address. Thank you for your diligence in this matter.

Sincerely yours,

*Thomas F. Dooner*

Thomas F. Dooner
1106 Solly Avenue
Philadelphia, PA 19111
(C) 215-498-7174
email: thedunes1106@verizon.net

cc: Bankruptcy Judge
Re: Hahnemann Hospital
Wilmington, Delaware 19801