**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | **Objection Deadline: October 31, 2019 at 4:00 p.m. (ET)** |
| | ) | |

**REPORT BY EISNERAMPER LLP OF
COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
PERIOD OF SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Exhibit A: | Summary of Compensation by Project Category |
| | Summary of Hours by Professional |
| | Summary Description of Services Provided |
| Exhibit B: | Itemized Expenses |

      EisnerAmper LLP ("**EisnerAmper**") hereby submits this Third Monthly Report of Compensation Earned and Expenses Incurred (the **"Report"**) for the period September 1, 2019 through September 30, 2019[2] for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on August 2, 2019 [Docket No. 338] (the "**Retention Order**"). EisnerAmper's fees for this period are $387,450.00. EisnerAmper incurred $20,006.16 expenses during the period. Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within ten (10) days from the date of filing of this Report.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]    The fee and expenses structure approved per the Court Order dated August 2, 2019 [D.I. 338] reflects that EisnerAmper will bill the Debtors $92,250 on a weekly basis for fees incurred. Based on a normal five (5)-day work week, the period of September 1, 2019 through September 30, 2019, represents 1/5 of a week ($31,400).

# EXHIBIT A

**Summary of Compensation by Project Category**
**Summary of Hours by Professional**

| Professionals | Sum of Hours |
|---|---|
| **Allen Wilen** | **186.7** |
| Asset Analysis & Recovery | 18.8 |
| Asset Disposition | 55.6 |
| Business Operations | 30.3 |
| Consulting | 52.5 |
| Court Hearing | 19 |
| Data Analysis | 8 |
| Insider Transfers | 2.5 |
| **Andrew Still** | **86.5** |
| Consulting | 38 |
| Operating Reports | 48.5 |
| **DelMarie Velazquez** | **1.2** |
| Fee/Employment Application | 1.2 |
| **Dion Oglesby** | **257.5** |
| Asset Disposition | 0.2 |
| Business Operations | 127 |
| Consulting | 3.1 |
| Data Analysis | 122.8 |
| Meetings of Creditors | 4.4 |
| **Gabrielle Goitiandia** | **1** |
| Consulting | 1 |
| **Robert Champion Jr.** | **74.8** |
| Consulting | 74.8 |
| **Ronald Dreskin** | **234** |
| Consulting | 234 |
| **Sheldon Orlov** | **32** |
| Consulting | 32 |
| **Steven Bisciello** | **4** |
| Consulting | 4 |
| **Tyler Tracewski** | **4** |
| Consulting | 4 |
| **Grand Total** | **881.7** |

| Project Category | Sum of Hours |
|---|---|
| Asset Analysis & Recovery | 18.8 |
| Asset Disposition | 55.8 |
| Business Operations | 157.3 |
| Consulting | 443.4 |
| Court Hearing | 19 |
| Data Analysis | 130.8 |
| Fee/Employment Application | 1.2 |
| Insider Transfers | 2.5 |
| Meetings of Creditors | 4.4 |
| Operating Reports | 48.5 |
| **Grand Total** | **881.7** |

Exhibit A

**Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al**
**Time Summary by Professional**
**September 1, 2019 through September 30, 2019**

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Ronald Dreskin | Partner | 234.0 | $ 650.00 | $ 152,100.00 |
| Allen D. Wilen, CPA/ABV/CFF, CFA, CIRA, CTP | Partner | 186.7 | 640.00 | 119,488.00 |
| Dion Oglesby | Director | 257.5 | 540.00 | 139,050.00 |
| Sheldon Orlov | Director | 32.0 | 520.00 | 16,640.00 |
| Steven Bisciello | Director | 4.0 | 460.00 | 1,840.00 |
| Tyler Tracewski | Manager | 4.0 | 420.00 | 1,680.00 |
| Andrew Still | Manager | 86.5 | 320.00 | 27,680.00 |
| Robert Champion, Jr. | Staff II | 74.8 | 265.00 | 19,822.00 |
| Gabrielle Goitiandia | Staff I | 1.0 | 150.00 | 150.00 |
| DelMarie Velazquez | Para | 1.2 | 130.00 | 156.00 |
| **TOTAL HOURS AND FEES** | | | | **478,606.00** |
| **LESS: VOLUNTARY REDUCTION RELATING TO MONTHLY CAP** | | | | **(91,156.00)** |
| **GRAND TOTAL** | | **881.7** | **$ 439.44** | **$387,450.00** |

* Rates change annually effective August 1st.

Exhibit A

## Services provided during the period from September 1, 2019 to September 30, 2019

**Auction of Residency Slots** - Worked with Debtor personnel related to the sale of residency slots of Hahnemann University Hospital. Retained primary consultant to evaluate and implement process. Served as primary leadership in negotiations with potential bidders, governmental organizations and financial entities.

**Hospital Closure** - Worked with Debtor personnel related to the closure of Hahnemann University Hospital. Served as primary leadership in guiding daily operations, negotiations with governmental organizations, suppliers and financial entities.

**Internal Accounting and Operations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system. Served as primary accounting leadership in generating reports for various vendor and third-party requests and coordinating the creation and timely reporting of financial information.

**Chief Responsible Officers** – Providing Interim System and St,. Christopher Chief Executive Officer, Chief Restructuring Officer and other leadership to providing a strategic direction that includes the development and implementation of plans, policies, strategies and budgets.

**Cash Management / Vendor Relations** – Worked with Debtor personnel related to the continued operation and analysis of the hospital system. Served as primary accounting leadership in cash management, and the monitoring of daily and projected cash flow needs.

**Cure Amount Objections** – Coordinate timely response to legal team on objections to cure amounts through corroboration of information filed as support, to the debtors' records.

**Unsecured Creditors Committee** – facilitate timely responses for documents and information requested by the financial advisor to the UCC.

**Preparation of Monthly Operating Reports** – Assisted in the compilation of data and preparation of the monthly operating reports for the 14 Debtors.

**Billing and Information Technology Analysis** – Secured third party vendors for billing and IT needs. Continued ongoing communications/negotiations with Tenet. Coordinate the resolution of IT issues resulting from significant turnover.

**Union Negotiations and Discussions** – worked with the general counsel team for the hospital system in negotiations and discussions with PASNAP and 1199C union leaders in achieving the best possible outcomes for all parties involved.

**Pension Plan Issues** – Included a review and assessment of the withdrawal liability claim filed by 1199C including discussions with counsel regarding next steps and valuation issues. Directed the continuation of processing payments of current pension liabilities and obligations.

**Financing Related Activities** – Continuously monitor weekly DIP performance and coordination of Debtor employees in order to make appropriate adjustments.

**Lease and Property related analyses** – Continued coordination with legal counsel to evaluate leases and property to keep/reject during bankruptcy process. Included the evaluation and analysis of approximately 200 inter-related leases.

Exhibit A

**Graduate Medical Education Closure and Sale** – Coordinated negotiations with CMS, ACMGE, Regulators, and City/State officials around the GME closure and sale issues. Worked with residents and officials to confirm funding information and relevant steps required to ensure the continuation of their residencies at other institutions. Sought to ensure the best possible outcome for all involved.

Exhibit A

**Process improvement and Physician Practice Assessment** – Continued evaluation and execution of revenue cycle initiatives and the denial recovery analysis. Managed the shutdown of HUH Physician Groups. Coordinated on-going dialogue and communications with Conifer.

**Drexel / AAA related issues** – Incorporated the analysis of Drexel AAA agreement as it relates to the liquidation of HUH and the impact of the contract on claims.

**Tenet and Conifer Issues** – On-going dialogue and communications with Tenet/Conifer and their legal and financial advisors.

# EXHIBIT B

## Itemized Expenses

Exhibit B

| Date | Professional Name | Expense | Amount | Narrative |
|------|-------------------|---------|--------|-----------|
| 09/17/2019 | Orlov, Sheldon | Airline,RR,etc | $    75.00 | Airline,RR,etc change fee |
| 09/02/2019 | Champion Jr., Robert | Airline,RR,etc | 93.00 | Airline,RR,etc Train |
| 09/04/2019 | Champion Jr., Robert | Airline,RR,etc | 194.00 | Airline,RR,etc Train |
| 09/08/2019 | Champion Jr., Robert | Airline,RR,etc | 97.00 | Airline,RR,etc Train |
| 09/12/2019 | Champion Jr., Robert | Airline,RR,etc | 198.00 | Airline,RR,etc Train |
| 09/16/2019 | Champion Jr., Robert | Airline,RR,etc | 152.00 | Airline,RR,etc Train |
| 09/18/2019 | Champion Jr., Robert | Airline,RR,etc | 194.00 | Airline,RR,etc Train |
| 09/24/2019 | Champion Jr., Robert | Airline,RR,etc | 130.00 | Airline,RR,etc Train |
| 09/25/2019 | Champion Jr., Robert | Airline,RR,etc | 202.00 | Airline,RR,etc Train |
| 09/26/2019 | Dreskin, Ronald | Airline,RR,etc | 237.60 | Airline,RR,etc train |
| 09/05/2019 | Wilen, Allen | Airline,RR,etc | 880.59 | Airline,RR,etc Hahnemann Trip |
| 09/06/2019 | Oglesby, Dion | Airline,RR,etc | 133.00 | Airline,RR,etc Dion Oglesby train ticket from client to NYC |
| 09/12/2019 | Oglesby, Dion | Airline,RR,etc | 115.00 | Airline,RR,etc Dion Oglesby train ticket to bankruptcy court in |
| 09/13/2019 | Oglesby, Dion | Airline,RR,etc | 299.00 | Airline,RR,etc Dion Oglesby train ticket from client to NYC |
| 09/30/2019 | Oglesby, Dion | Airline,RR,etc | 1,580.00 | Airline,RR,etc Dion Oglesby October Monthly train ticket to client |
| | | **Airline,RR,etc Total** | **4,580.19** | |
| 09/20/2019 | Dreskin, Ronald | Hotel | 7,595.00 | Hotel - PAYEE: American Express ---- |
| 09/03/2019 | Champion Jr., Robert | Hotel | 169.00 | Hotel Hotel |
| 09/04/2019 | Champion Jr., Robert | Hotel | 55.33 | Hotel Hotel |
| 09/04/2019 | Champion Jr., Robert | Hotel | 169.00 | Hotel Hotel |
| 09/09/2019 | Champion Jr., Robert | Hotel | 239.00 | Hotel Hotel |
| 09/10/2019 | Champion Jr., Robert | Hotel | 279.00 | Hotel Hotel |
| 09/11/2019 | Champion Jr., Robert | Hotel | 128.96 | Hotel Hotel |
| 09/11/2019 | Champion Jr., Robert | Hotel | 269.78 | Hotel Hotel |
| 09/17/2019 | Champion Jr., Robert | Hotel | 299.00 | Hotel Hotel |
| 09/18/2019 | Champion Jr., Robert | Hotel | 90.01 | Hotel Hotel |
| 09/18/2019 | Champion Jr., Robert | Hotel | 251.10 | Hotel Hotel |
| 09/24/2019 | Champion Jr., Robert | Hotel | 429.00 | Hotel Hotel |
| 09/25/2019 | Champion Jr., Robert | Hotel | 148.62 | Hotel Hotel |
| 09/25/2019 | Champion Jr., Robert | Hotel | 479.00 | Hotel Hotel |
| 09/24/2019 | Oglesby, Dion | Hotel | 71.85 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 09/24/2019 | Oglesby, Dion | Hotel | 499.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 09/25/2019 | Oglesby, Dion | Hotel | 81.67 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| 09/25/2019 | Oglesby, Dion | Hotel | 439.00 | Hotel Dion Oglesby hotel stay for client in Philadelph |
| | | **Hotel Total** | **11,693.32** | |
| 09/20/2019 | Orlov, Sheldon | Local Fares | 25.00 | Local Fares meeting |
| 09/24/2019 | Orlov, Sheldon | Local Fares | 25.00 | Local Fares from meeting |
| 09/03/2019 | Champion Jr., Robert | Local Fares | 15.72 | Local Fares Uber |
| 09/03/2019 | Champion Jr., Robert | Local Fares | 19.84 | Local Fares Uber |
| 09/04/2019 | Champion Jr., Robert | Local Fares | 17.07 | Local Fares Uber |
| 09/04/2019 | Champion Jr., Robert | Local Fares | 16.22 | Local Fares Uber |
| 09/05/2019 | Champion Jr., Robert | Local Fares | 19.38 | Local Fares Uber |
| 09/05/2019 | Champion Jr., Robert | Local Fares | 16.42 | Local Fares Uber |
| 09/09/2019 | Champion Jr., Robert | Local Fares | 17.30 | Local Fares Uber |
| 09/09/2019 | Champion Jr., Robert | Local Fares | 20.14 | Local Fares Uber |
| 09/10/2019 | Champion Jr., Robert | Local Fares | 18.23 | Local Fares Uber |
| 09/10/2019 | Champion Jr., Robert | Local Fares | 20.91 | Local Fares Uber |
| 09/11/2019 | Champion Jr., Robert | Local Fares | 19.33 | Local Fares Uber |
| 09/11/2019 | Champion Jr., Robert | Local Fares | 21.03 | Local Fares Uber |
| 09/12/2019 | Champion Jr., Robert | Local Fares | 31.65 | Local Fares Uber |
| 09/16/2019 | Dreskin, Ronald | Local Fares | 5.00 | Local Fares uber |
| 09/17/2019 | Champion Jr., Robert | Local Fares | 18.64 | Local Fares Uber |
| 09/17/2019 | Champion Jr., Robert | Local Fares | 17.46 | Local Fares Uber |
| 09/18/2019 | Champion Jr., Robert | Local Fares | 18.80 | Local Fares Uber |
| 09/19/2019 | Champion Jr., Robert | Local Fares | 18.90 | Local Fares Uber |
| 09/19/2019 | Champion Jr., Robert | Local Fares | 18.66 | Local Fares Uber |
| 09/23/2019 | Dreskin, Ronald | Local Fares | 20.78 | Local Fares uber |
| 09/23/2019 | Dreskin, Ronald | Local Fares | 23.19 | Local Fares uber |
| 09/24/2019 | Champion Jr., Robert | Local Fares | 19.50 | Local Fares Uber |
| 09/24/2019 | Champion Jr., Robert | Local Fares | 15.12 | Local Fares Uber |
| 09/24/2019 | Dreskin, Ronald | Local Fares | 23.42 | Local Fares uber |

Exhibit B

| Date | Professional Name | Expense | Amount | Narrative |
|------|-------------------|---------|--------|-----------|
| 09/17/2019 | Orlov, Sheldon | Airline,RR,etc | $    75.00 | Airline,RR,etc change fee |
| 09/24/2019 | Dreskin, Ronald | Local Fares | 22.69 | Local Fares uber |
| 09/25/2019 | Champion Jr., Robert | Local Fares | 19.97 | Local Fares Uber |
| 09/25/2019 | Champion Jr., Robert | Local Fares | 17.68 | Local Fares Uber |
| 09/26/2019 | Champion Jr., Robert | Local Fares | 19.13 | Local Fares Uber |
| 09/26/2019 | Champion Jr., Robert | Local Fares | 16.77 | Local Fares Uber |
| | | **Local Fares Total** | **598.95** | |
| 09/04/2019 | Dreskin, Ronald | Meals | 61.85 | Meals dinner |
| 09/13/2019 | Dreskin, Ronald | Meals | 74.47 | Meals groceries |
| 09/13/2019 | Dreskin, Ronald | Meals | 11.17 | Meals lunch |
| 09/16/2019 | Dreskin, Ronald | Meals | 242.47 | Meals dinner |
| 09/17/2019 | Dreskin, Ronald | Meals | 149.01 | Meals lunch meeting |
| 09/17/2019 | Dreskin, Ronald | Meals | 177.31 | Meals OR strategy meeting |
| 09/23/2019 | Dreskin, Ronald | Meals | 52.76 | Meals dinner |
| 09/04/2019 | Oglesby, Dion | Meals | 7.74 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 09/05/2019 | Oglesby, Dion | Meals | 10.55 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 09/06/2019 | Wilen, Allen | Meals | 15.88 | Meals Meeting regarding property |
| 09/09/2019 | Wilen, Allen | Meals | 7.76 | Meals Trip |
| 09/16/2019 | Oglesby, Dion | Meals | 9.76 | Meals Dion Oglesby breakfast for client in Philadelphi |
| 09/17/2019 | Oglesby, Dion | Meals | 7.97 | Meals Dion Oglesby breakfast in Philadelphia for clien |
| 09/18/2019 | Oglesby, Dion | Meals | 12.12 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 09/19/2019 | Oglesby, Dion | Meals | 7.80 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 09/19/2019 | Oglesby, Dion | Meals | 6.46 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 09/20/2019 | Oglesby, Dion | Meals | 5.80 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 09/23/2019 | Oglesby, Dion | Meals | 3.33 | Meals Dion Oglesby breakfast in client cafeteria in Ph |
| 09/23/2019 | Oglesby, Dion | Meals | 8.79 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 09/24/2019 | Oglesby, Dion | Meals | 8.63 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| 09/25/2019 | Oglesby, Dion | Meals | 22.27 | Meals Dion Oglesby dinner while at client in Philadelp |
| 09/26/2019 | Oglesby, Dion | Meals | 8.40 | Meals Dion Oglesby dinner returning from client in Phi |
| 09/26/2019 | Oglesby, Dion | Meals | 8.04 | Meals Dion Oglesby lunch in client cafeteria in Philad |
| | | **Meals Total** | **920.34** | |
| 09/05/2019 | Dreskin, Ronald | Mileage | 190.82 | Mileage rt to wilmington |
| 09/12/2019 | Dreskin, Ronald | Mileage | 154.28 | Mileage rt to philly |
| 09/16/2019 | Dreskin, Ronald | Mileage | 154.28 | Mileage rt to philly |
| 09/21/2019 | Dreskin, Ronald | Mileage | 154.28 | Mileage rt to philly |
| 09/27/2019 | Wilen, Allen | Mileage | 20.30 | Mileage Client |
| 09/03/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Visit |
| 09/04/2019 | Wilen, Allen | Mileage | 55.68 | Mileage Client visit |
| 09/05/2019 | Wilen, Allen | Mileage | 55.68 | Mileage Client visit |
| 09/06/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Client Visit |
| 09/09/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Airport Miles |
| 09/13/2019 | Wilen, Allen | Mileage | 55.68 | Mileage hearing Tenet |
| 09/20/2019 | Wilen, Allen | Mileage | 25.52 | Mileage Auction |
| 09/23/2019 | Wilen, Allen | Mileage | 55.68 | Mileage Sale hearing |
| | | **Mileage Total** | **998.76** | |
| 09/04/2019 | Dreskin, Ronald | Parking/Tolls | 20.00 | Parking/Tolls parking |
| 09/05/2019 | Dreskin, Ronald | Parking/Tolls | 31.00 | Parking/Tolls parking |
| 09/12/2019 | Dreskin, Ronald | Parking/Tolls | 70.00 | Parking/Tolls parking |
| 09/13/2019 | Dreskin, Ronald | Parking/Tolls | 35.00 | Parking/Tolls parking |
| 09/18/2019 | Dreskin, Ronald | Parking/Tolls | 105.00 | Parking/Tolls parking |
| 09/03/2019 | Wilen, Allen | Parking/Tolls | 37.00 | Parking/Tolls Client Visit |
| 09/03/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Visit |
| 09/04/2019 | Wilen, Allen | Parking/Tolls | 7.90 | Parking/Tolls Client Visit |
| 09/04/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls Client visit |
| 09/05/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls Client Site |
| 09/05/2019 | Wilen, Allen | Parking/Tolls | 7.90 | Parking/Tolls Client Visit |
| 09/06/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Client Visit |
| 09/09/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Airport |
| 09/09/2019 | Wilen, Allen | Parking/Tolls | 24.00 | Parking/Tolls Meeting Chicago |
| 09/13/2019 | Wilen, Allen | Parking/Tolls | 7.90 | Parking/Tolls Tenet Hearing |
| 09/13/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls Hearing Tenet/Confer |

Exhibit B

| Date | Professional Name | Expense | Amount | Narrative |
|------|-------------------|---------|--------|-----------|
| 09/17/2019 | Orlov, Sheldon | Airline,RR,etc | $ 75.00 | Airline,RR,etc change fee |
| 09/20/2019 | Wilen, Allen | Parking/Tolls | 41.00 | Parking/Tolls Auction |
| 09/20/2019 | Wilen, Allen | Parking/Tolls | 5.00 | Parking/Tolls Auction |
| 09/23/2019 | Wilen, Allen | Parking/Tolls | 7.90 | Parking/Tolls Sale Hearing |
| 09/23/2019 | Wilen, Allen | Parking/Tolls | 20.00 | Parking/Tolls Sale Hearing St. Chris |
| | | **Parking/Tolls Total** | **494.60** | |
| 09/03/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/05/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/09/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/10/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/11/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/12/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/17/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/18/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/19/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/24/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/25/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| 09/26/2019 | Champion Jr., Robert | Per Diem Out Of Town | 60.00 | Per Diem Out Of Town Per diem |
| | | **Per Diem Out Of Town Total** | **720.00** | |
| | | **Grand Total** | **$ 20,006.16** | |