# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket Nos. 547, 652 and 856** |

## ORDER REGARDING MOTION OF GLOBAL NEUROSCIENCES INSTITUTE, LLC FOR RECONSIDERATION OF AND/OR TO VACATE ORDER REJECTING SERVICES AGREEMENT

Upon the motion (the "**Motion**") [D.I. 652] of Global Neurosciences Institute, LLC ("**GNI**") for Reconsideration of and/or to Vacate Order Rejecting Services Agreement in connection with the *Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases* (the "**First Omnibus Rejection Order**") [D.I. 547]; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is granted as provided herein.

2. The First Omnibus Rejection Order is vacated solely with respect to the Services Agreement as defined in the Motion (the "**Services Agreement**").

3. The Services Agreement is hereby rejected pursuant to 11 U.S.C. § 365 effective as of August 27, 2019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

4. All other rights of the Debtors and GNI with respect to the Services Agreement are reserved and unaffected hereby.

5. This Order shall not be deemed to be a determination of whether the Services Agreement is an executory contract or unexpired lease.

6. To the extent that GNI chooses to file a proof of claim for rejection damages consequent to the rejection of the Services Agreement, such proof of claim must be filed on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

7. The Debtors' and GNI's rights with respect to any existing defaults under the Services Agreement, and all defenses and counterclaims, are hereby preserved.

8. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Dated: October 16th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

36018017.6  10/15/19

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 19-11466-KG
Center City Healthcare, LLC                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1           User: Sherrys              Page 1 of 6              Date Rcvd: Oct 16, 2019
                               Form ID: pdfgen1           Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db           +Center City Healthcare, LLC,    230 North Broad Street,    Philadelphia, PA 19102-1121
aty          +Albert A. Ciardi, III,    One Commerce Square,    2005 Market Street,    Suite 3500,
               Philadelphia, PA  19103,    U.S.A. 19103-7013
aty          +Daniel R. Schwartz,    Kirkland and Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty          +David L. Kane,    VedderPrice,    222 North Lasalle Street,    Suite 2600,
               Chicago, IL 60601-1104
aty          +David Pisciotta,    Troutman Sanders LLP,    875 Third Avenue,    New York, NY 10022-7254
aty           David Smith,    Schnader Harrison Segal & Lewis LLP,    1600 Market Street,    Suite 3600,
               Philadelphia, PA  19103-7286
aty          +Deborah A Reperowitz,    Stradley, Ronon, Stevens & Young, LLP,    100 Park Avenue, Suite 2000,
               New York, NY 10017-5546
aty          +Diana M. Perez,    O'Melveny & Myers LLP,    7 Times Square,    New York, NY 10036-6524
aty          +Douglas Carlson,    Douglas Carlson LLC,    330 N. Wabash,    #3300,    Chicago, IL 60611-3604
aty           Francis J. Lawall,    Pepper Hamilton LLP,    3000 Two Logan Square,    Eighteenth & Arch Streets,
               Philadelphia, PA  19103
aty          +Gary E Klausner,    Levene Neale Bender Yoo & Brill,    10250 Constellation Blvd #1700,
               Los Angeles, CA 90067-6253
aty          +Gregory Francis Pesce,    Kirkland & Ellis lLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty          +Gretchen M. Santamour,    Stradley Ronon Stevens & Young,    2005 Market Street,    Suite 2600,
               Philadelphia, PA 19103-7098
aty           Ira Neil Richards,    Schnader Harrison Segal & Lewis LLP,    1600 Market Street,    Suite 3600,
               Philadelphia, PA  19103-7286
aty          +Jessica Mikhailevich,    Troutman Sanders LLP,    875 Third Avenue,    New York, NY 10022-7254
aty          +Joseph Catuzzi,    Stradley Ronon et al,    2005 Market Street,    suuite 2600,
               Philadelphia, PA 19103-7042
aty          +Kathryn L. Stevens,    BedderPrice,    222 North LaSalle Street,    Suite 2600,
               Chicago, IL 60601-1104
aty          +Kent J. Hayden,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty          +Lauren Macksoud,    Dentons US LLP,    1221 Avenue of the Americase,    New York, NY 10020-1000
aty          +Lee P. Whidden,    Dentons US LLP,    1221 Avenue of the Americas,    New York, NY 10020-1000
aty          +Lisa M Rhode,    Office of Attorney Genberal,    1600 Arch Street,    Suite 300,
               Philadelphia, PA 19103-2016
aty          +Mairi V. Luce,    Duane Morris LLP,    30 South 17th Street,    Philadelphia, PA 19103-4196
aty          +Mark J. Dorval,    Stradley Ronon, et al,    2005 Market St.,    Ste 2600,
               Philadelphia, PA 19103-7098
aty          +Matthew R Kaufmann,    919 Conestoga Road,    Building 3, Suite 114,    Rosemont, PA 19010-1352
aty           Michael B. Lampert,    Ropes & Gray LLP,    Prudential Tower,    800 Boylston Street,
               Boston, MA  02199-3600
aty          +Michael J. Merchant,    Richards, Layton & Finger,    One Rodney Square,    920 North King Street,
               Wilmington, DE  19801,    NEW CASTLE 19801-3361
aty          +Michael W. Glenn,    Kirkland & Ellis LLP,    300 North Lasallle,    Chicago, IL 60654-5412
aty          +Mitchell Malzberg,    Law Offices of Mitchell J. Malzberg, LLC,    6 E. Main Street, Suite 7,
               PO Box 5122,    Clinton, NJ 08809-0122
aty          +Nancy A. Peterman,    Greenberg Traurig, LLP,    77 West Wacker Drive,    Suite 3100,
               Chicago, IL 60601-4904
aty          +Nick Wasdin,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty          +Nicole L. Greenblatt,    Kirkland & Ellis LLP,    601 Lexington Avenue,    New York, NY 10022-4643
aty          +Oscar N. Pinkas,    Dentons US LLP,    1221 Avenue of the Americas,    New York, NY 10020-1000
aty          +Paul M. Cozzi,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, Il 60654-5412
aty          +Phillip D Berger,    919 Conestoga Road,    Building 3, Suite 114,    Rosemont, PA 19010-1352
aty          +Phillip Khezri,    Arent Fox LLP,    1301 Avenue of the Americas,    New York, NY 10019-6022
aty          +Rachel Jaffe Mauceri,    Morgan Lewis & Bockius LLP,    1701 Market Street,
               Philadelphia, PA 19103-2987
aty          +Richard A. Chesley,    DLA Piper LLP (US),    444 West Lake Street,    Suite 900,
               Chicago, IL 60606-0089
aty          +Robert Lapowsky,    620 Freedom Business Center,    Suite 200,    King of Prussia, PA 19406-1330
aty          +Stephen C. Hackney,    Kirkland & Ellis LLP,    300 North Lasalle,    Chicago, IL 60654-5412
aty          +Suzzanne Uhland,    O'Melveny & Myers LLP,    Times Square Tower,    7 Times Square,
               New York, NY 10036-6524
aty          +Tracey M. Ohm,    Stinson LLP,    1150 18th Street N.W.,    Suite 800,    Washington, DC 20036-3845
aty          +William J Wickward Jr.,    2179 East Lyon Station Road,    Creedmoor, NC 27522-9108
cr           +224 E. 13th Street Realty Corp.,    c/o Blank Rome LLP,    1201 N. Market Street,    Suite 800,
               Wilmington, DE 19801-1807
intp         +Certain Physicians Under the Philadelphia Academic,    c/o Archer & Greiner, P.C.,
               Attn: David W. Carickhoff, Esq.,    300 Delaware Avenue, Suite 1100,
               Wilmington, DE 19801-1670
cr           +Coloplast Corp.,    1601 West River Road North,    Minneapolis, MN 55411-3431
intp         +Commonwealth of Pennsylvania Department of Health,    c/o Richard A. Barkasy,
               Schnader Harrison Segal & Lewis LLP,    824 N. Market Street, Suite 800,
               Wilmington, DE 19801-4939
intp         +Commonwealth of Pennsylvania, Office of Attorney G,    1600 Arch Street,    Suite 300,
               Philadelphia, PA 19103-2016
cr            Ensemble RCM, LLC d/b/a Ensemble Health Partners,    c/o Jeffrey R. Barber, Esq.,
               Jones Walker LLP,    P. O. Box 427,    Jackson, MS  39205-0427
intp         +Jeffrey Cutler,    PO Box 2806,    York, PA 17405-2806

```
District/off: 0311-1           User: Sherrys              Page 2 of 6                   Date Rcvd: Oct 16, 2019
                               Form ID: pdfgen1           Total Noticed: 71


cr             +Kelly Ann Cody,    Self Inc. Womans Shelter,    1305 W. Susquehanna Ave.,
                 Philadelphia, PA 19122-1111
cr             +Laboratory Corporation of America Holdings,    CT Corporation Systems,    225 Hillsborough Street,
                 Raleigh, NC 27603-1767
cr             +Marc A. AI ThermaSolutions,    Stoel Rives LLP,    C/O Marc A. AI,    33 South 6th Street,
                 Suite 4200,    Minneapolis, MN 55402-3722
cr             +Mayflower Laundry and Textile Services, LLC,    2601 West Lexington Street,
                 Baltimore, MD 21223-1441
cr             +Med One Capital Funding, LLC,    C/O Ray Quinney & Nebeker. P.C.,    36 South State Street,
                 14th Floor,    ATTN: David H. Leigh,    Salt Lake City, UT 84111-1401
cr             +MidCap Funding IV Trust (formally known as MidCap,    Stradley Ronon Stevens & Young,
                 2005 Market Street,    Suite 2600,    Philadelphia, PA 19103-7098
cr              NTT Data Services,    c/o Streusand Landon Ozburn & Lemmon,    1801 S. MoPac Expressway,
                 Suite 320,    Suite 320,    Austin, TX  78746
crcm           +Official Committee of Unsecured Creditors,    Fox Rothschild LLP,    Attn: Thomas M. Horan,
                 919 N. Market Street,    Suite 300,    Wilmington, DE 19801-3068
intp           +Omni Management Group, Inc.,    www.omnimgt.com,    5955 DeSoto Avenue,    Suite 100,
                 Woodland Hills, CA 91367-5100
cr             +Oracle America, Inc.,    Buchalter, a Professional Corporation,    c/o Shawn M. Christianson,
                 55 2nd St. 17th Fl.,    San Francisco, Ca 94105-3493
cr             +PHILADELPHIA GAS WORKS,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
cr             +Pennsylvania Association of Staff Nurses and Allie,    Two Tower Bridge,
                 One Fayette Street, Ste. 475,    Conshohocken, PA 19428-4139
cr             +Philadelphia Hospital and Healthcare Employees- Di,    C/O Susan Murray, Esquire,
                 1601 Market Street, Suite 1500,    Philadelphia, PA 19103-2316
intp           +Renal Treatment Centers-Northeast, Inc.,    c/o DaVita HealthCare Partners Inc.,    1551 Wewatta,
                 Denver, CO 80202-6173
cr             +Rydal Square, L.P.,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman   Steady, LLC,
                 401 S. 2nd Street, Suite 200,    Philadelphia, PA 19147-1612
cr             +Shades of Green, Inc.,    1777 South Pennsylvania Avenue,    Morrisville, PA 19067-2507
cr             +SpecialtyCare IOM Services, LLC,    White and Williams LLP,    600 N. King Street, Suite 800,
                 Wilmington, DE 19801-3778
cr             +SpecialtyCare, Inc.,    White and Williams LLP,    600 N. King Street, Suite 800,
                 Wilmington, DE 19801-3778
cr             +The Advisory Board Company,    c/o Shipman & Goodwin LLP,    One Constitution Plaza,
                 Hartford, CT 06103-1919
cr              The Chubb Companies,    c/o Duane Morris LLP,    30 S. 17th Street,
                 Philadelphia, PA  19103-4196
cr             +Vizient, Inc.,    5420 LBJ Freeway, Suite 1900,    Dallas, TX 75240,    UNITED STATES 75240-6230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: megan.harper@phila.gov Oct 16 2019 21:34:11     City of Philadelphia,
                 City Law Department- Tax & Revenue Unit,    c/o Megan N. Harper,    Municipal Services Building,
                 1401 John F. Kennedy Blvd, 5th floor,    Philadelphia, PA  19102
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Sanjay K. Gupta
ombh            Suzanne Koenig
intp            Thomas Hall
intp            University of Pennsylvania Health System
clagent*       +Omni Management Group, Inc.,    www.omnimgt.com,    5955 DeSoto Avenue,    Suite 100,
                 Woodland Hills, CA 91367-5100
cr*            +Renal Treatment Centers-Northeast, Inc.,    c/o DaVita HealthCare Partners Inc.,    1551 Wewatta,
                 Denver, CO 80202-6173
aty           ##+Matthew R Brooks,    Troutman Sanders LLP,    600 PeachTree Street NE,    suite 5200,
                 Atlanta, GA 30308-2231
                                                                                             TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                         Signature:   /s/Joseph Speetjens

```
District/off: 0311-1          User: Sherrys              Page 3 of 6              Date Rcvd: Oct 16, 2019
                              Form ID: pdfgen1           Total Noticed: 71
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:

```
              Aaron S. Applebaum    on behalf of Debtor    Center City Healthcare, LLC aaron.applebaum@saul.com
              Adam H. Isenberg    on behalf of Debtor    Center City Healthcare, LLC aisenberg@saul.com
              Andrew Kelser    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees,
               Philadelphia and Vicinity akelser@odonoghuelaw.com
              Andrew H. Sherman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               asherman@sillscummis.com
              Andrew L. Cole    on behalf of Creditor    Sodexo Management, Inc. acole@coleschotz.com,
               pratkowiak@coleschotz.com;bankruptcy@coleschotz.com
              Benjamin A. Hackman    on behalf of U.S. Trustee    U.S. Trustee benjamin.a.hackman@usdoj.gov
              Boris I. Mankovetskiy    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors bmankovetskiy@sillscummis.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Philadelphia Academic Health Holdings
               LLC schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties II,
               LLC schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party Joel  Freedman schlauch@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    American Academic Health Systems, LLC
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties, LLC
               schlauch@rlf.com,    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Brett D. Fallon    on behalf of Interested Party    KPC Global bfallon@morrisjames.com,
               wweller@morrisjames.com;rzerbe@morrisjames.com
              Brett D. Fallon    on behalf of Interested Party    Strategic Global Management, Inc.
               bfallon@morrisjames.com,    wweller@morrisjames.com;rzerbe@morrisjames.com
              Bryan J Hall    on behalf of Creditor    224 E. 13th Street Realty Corp. bhall@blankrome.com
              Bryan J Hall    on behalf of Creditor    Philadelphia College of Osteopathic Medicine
               bhall@blankrome.com
              Carol E. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of
               Attorney General cmomjian@attorneygeneral.gov
              Chantelle D'nae McClamb    on behalf of Creditor    Drexel University mcclambc@ballardspahr.com,
               maddoxm@ballardspahr.com
              Charles A. McCauley III    on behalf of Creditor    Mayflower Laundry and Textile Services, LLC
               cmccauley@offitkurman.com,    rcovington@offitkurman.com
              Christina J. Pross    on behalf of Creditor    PATHS LLC cpross@mwm-law.com
              Christopher A. Ward    on behalf of Creditor    Vitalant, an Arizona non-profit corporation
               cward@polsinelli.com,    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Creditor    BioCare, Inc., an Arizona for-profit corporation
               cward@polsinelli.com,    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher Dean Loizides    on behalf of Creditor    Global Neurosciences Institute, LLC
               loizides@loizides.com
              Christopher R. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of
               Attorney General crmomjian@attorneygeneral.gov
              Claiborne S. Newlin    on behalf of Creditor    Pennsylvania Association of Staff Nurses and Allied
               Professionals cnewlin@markowitzandrichman.com,    kbrookes@markowitzandrichman.com
              Claiborne S. Newlin    on behalf of Creditor    Philadelphia Hospital and Healthcare Employees -
               District 1199C Training and Upgrading Fund cnewlin@markowitzandrichman.com,
               kbrookes@markowitzandrichman.com
              Curtis S. Miller    on behalf of Interested Party    Accreditation Council for Graduate Medical
               Education cmiller@mnat.com,    rfusco@mnat.com;greimann@mnat.com
              Dale E. Barney    on behalf of Creditor    Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com
              Daniel K. Hogan    on behalf of Creditor    Hayes Locum, LLC dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel Michael Pereira    on behalf of Interested Party    Commonwealth of Pennsylvania Department
               of Health dpereira@schnader.com,    5283212420@filings.docketbird.com,EMcCarthy@schnader.com
              Daniel S. Shamah    on behalf of Interested Party    American Academic Health Systems, LLC
               dshamah@omm.com
              Daniel S. Shamah    on behalf of Interested Party Joel  Freedman dshamah@omm.com
              Daniel S. Shamah    on behalf of Interested Party    Philadelphia Academic Health Holdings LLC
               dshamah@omm.com
              Darrell W. Clark    on behalf of Creditor    Cerner Corporation dclark@stinson.com,
               cscott@stinson.com
              David Dembe    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney
               General ddembe@attorneygeneral.gov
              David L. Campbell    on behalf of Creditor    Vizient, Inc. dcampbell@uplawtx.com,
               epierce@uplawtx.com
              David M. Klauder    on behalf of Creditor    Suzanne Richards & Pamela Saechow dklauder@bk-legal.com
              David M. Klauder    on behalf of Interested Party Achintya  Moulick dklauder@bk-legal.com
              David M. Klauder    on behalf of Creditor Corinthia  Shields dklauder@bk-legal.com
              David P. Primack    on behalf of Creditor    Crothall Healthcare, Inc. dprimack@mdmc-law.com,
               kpatterson@mdmc-law.com
              David W. Carickhoff    on behalf of Interested Party    Certain Physicians Under the Philadelphia
               Academic Health System Physician Practice Plan dcarickhoff@archerlaw.com
```

```
District/off: 0311-1           User: Sherrys              Page 4 of 6             Date Rcvd: Oct 16, 2019
                               Form ID: pdfgen1           Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Deirdre M. Richards    on behalf of Creditor    LEAF Capital Funding LLC drichards@finemanlawfirm.com
          Deirdre M. Richards    on behalf of Creditor    Rydal Square, L.P. drichards@finemanlawfirm.com
          Dennis A. Meloro    on behalf of Creditor    3M Company melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Dennis A. Meloro    on behalf of Health Care Ombudsman    Suzanne Koenig, as Patient Care Ombudsman melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
          Drew McGehrin    on behalf of Creditor    The Chubb Companies dsmcgehrin@duanemorris.com
          E. Todd Sable    on behalf of Interested Party    SBJ Group Inc. tsable@honigman.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Urology for Children, LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
          Eric S. Goldstein    on behalf of Creditor    The Advisory Board Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
          Frederick B. Rosner    on behalf of Creditor    Medline Industries, Inc. rosner@teamrosner.com
          George P. Angelich    on behalf of Creditor    Medline Industries, Inc. angelich.george@arentfox.com, beth.brownstein@arentfox.com;phillip.khezri@arentfox.com
          Gregory A. Taylor    on behalf of Interested Party    Capital One, N.A. gtaylor@ashbygeddes.com
          Gregory Joseph Flasser    on behalf of Interested Party    Attorneys for The Advisory Board Company gflasser@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Interested Party    UnitedHealthcare Insurance Company gflasser@bayardlaw.com
          Holly M Smith    on behalf of Interested Party    Watts Restoration Company, Inc. smith@lrclaw.com, Ramirez@lrclaw.com;Dellose@lrclaw.com;Butler@lrclaw.com
          Howard A. Cohen    on behalf of Creditor    Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com
          Jarret P. Hitchings    on behalf of Creditor    Albert Einstein Healthcare Network jphitchings@duanemorris.com
          Jason A. Gibson    on behalf of Interested Party    Cooper University Healthcare gibson@teamrosner.com
          Jason A. Gibson    on behalf of Creditor    Medline Industries, Inc. gibson@teamrosner.com
          Jeffrey Kurtzman    on behalf of Creditor    Rydal Square, L.P. kurtzman@kurtzmansteady.com
          Jeffrey C. Hampton    on behalf of Debtor    Center City Healthcare, LLC jeffrey.hampton@saul.com
          Jeffrey R Barber    on behalf of Creditor    Ensemble RCM, LLC d/b/a Ensemble Health Partners jbarber@joneswalker.com
          Jeffrey R. Waxman    on behalf of Creditor    Herman Goldner Co., Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com;rzerbe@morrisjames.com
          Jeremy William Ryan    on behalf of Interested Party    SBJ Group Inc. jryan@potteranderson.com, bankruptcy@potteranderson.com
          Jody C. Barillare    on behalf of Creditor    General Healthcare Resources, LLC jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
          Joelle E. Polesky    on behalf of Creditor    MidCap Financial Trust jpolesky@stradley.com, tmitchell@stradley.com
          Joelle E. Polesky    on behalf of Creditor    MidCap Funding IV Trust (formally known as MidCap Funding IV, LLC) jpolesky@stradley.com, tmitchell@stradley.com
          Joelle E. Polesky    on behalf of Creditor    MidCap Funding H Trust jpolesky@stradley.com, tmitchell@stradley.com
          John Henry Schanne, II    on behalf of Interested Party    Temple University Health System, Inc. schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Joseph H. Huston, Jr.    on behalf of Interested Party    TOWER HEALTH SERVICES jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Interested Party    St. Christopher's Hospital for Children Medical Staff jmcmahon@ciardilaw.com
          Judy D. Thompson    on behalf of Creditor    Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia Bettina Klein    on behalf of Creditor    AmeriHealth HMO, Keystone Health Plan East and QCC Insurance Company klein@kleinllc.com
          Julia Bettina Klein    on behalf of Creditor    Premier, Inc. klein@kleinllc.com
          Justin R. Alberto    on behalf of Creditor    Educational Commission for Foreign Medical Graduates jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Justin R. Alberto    on behalf of Creditor    Association of American Medical Colleges jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck    on behalf of Creditor    Atlantic City Energy Company kbuck@mccarter.com
          Kate R. Buck    on behalf of Creditor    PECO Energy Company kbuck@mccarter.com
          Katharina Earle    on behalf of Interested Party    Capital One, N.A. kearle@ashbygeddes.com
          Kevin G. Collins    on behalf of Creditor    Roche Diagnostics Corporation kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Lance Michael Geren    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees, Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Lance Michael Geren    on behalf of Creditor    Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity lgeren@odonoghuelaw.com, akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Laura Davis Jones    on behalf of Creditor    Conifer Revenue Cycle Solutions, LLC ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Creditor    Tenet Business Services Corp. ljones@pszjlaw.com
          Lawrence A. Lichtman    on behalf of Interested Party    SBJ Group Inc. LLichtman@honigman.com
          Louis A. Curcio    on behalf of Interested Party    Capital One, N.A. louis.curcio@troutman.com, john.murphy@troutman.com

```
District/off: 0311-1           User: Sherrys              Page 5 of 6             Date Rcvd: Oct 16, 2019
                               Form ID: pdfgen1           Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare IOM Services, LLC casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare, Inc. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Marcus Scott Sacks   on behalf of Creditor   UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov, Hillary.Burchuk@fcc.gov
- Marcy J. McLaughlin   on behalf of Interested Party   Temple University Health System, Inc. mclaughlinm@pepperlaw.com, molitorm@pepperlaw.com;hardinp@pepperlaw.com
- Marita Erbeck   on behalf of Interested Party   Thomas Jefferson University marita.erbeck@dbr.com
- Marita Erbeck   on behalf of Interested Party   Thomas Jefferson University Hospitals, Inc. marita.erbeck@dbr.com
- Mark Minuti   on behalf of Debtor   TPS II of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   TPS IV of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   Center City Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   SCHC Pediatric Anesthesia Associates, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   StChris Care at Northeast Pediatrics, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   St. Christopher's Healthcare, LLC mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   St. Christopher's Pediatric Urgent Care Center, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   HPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   Philadelphia Academic Health System, LLC mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   TPS of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   TPS V of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   Philadelphia Academic Medical Associates, LLC mark.minuti@saul.com, robyn.warren@saul.com
- Mark Minuti   on behalf of Debtor   TPS III of PA, L.L.C. mark.minuti@saul.com, robyn.warren@saul.com
- Mark D. Collins   on behalf of Interested Party   American Academic Health Systems, LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Mark D. Collins   on behalf of Interested Party   Philadelphia Academic Health Holdings LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Mark D. Collins   on behalf of Interested Party Joel Freedman rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Megan N. Harper   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov
- Michael Comrie Heyden, Jr.   on behalf of Interested Party   Amicus Curiae mheyden@grsm.com
- Monica Mathews Reynolds   on behalf of Interested Party   Watts Restoration Company, Inc. mreynolds@cwolaw.com
- Monique Bair DiSabatino   on behalf of Debtor   Center City Healthcare, LLC monique.disabatino@saul.com, robyn.warren@saul.com
- Natasha M. Songonuga   on behalf of Interested Party   Hackensack Meridian Health nsongonuga@gibbonslaw.com
- Nicholas J. LePore, III   on behalf of Interested Party   Commonwealth of Pennsylvania Department of Health nlepore@schnader.com
- Paige Noelle Topper   on behalf of Interested Party   Accreditation Council for Graduate Medical Education ptopper@mnat.com, rfusco@mnat.com
- Pamela Elchert Thurmond   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, pelchertthurmond@gmail.com
- Patrick A. Jackson   on behalf of Creditor   Gift of Life Donor Program, Greater Delaware Valley Society Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
- Patrick A. Jackson   on behalf of Interested Party   Thomas Jefferson University Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
- Patrick A. Jackson   on behalf of Interested Party   Thomas Jefferson University Hospitals, Inc. Patrick.jackson@dbr.com, cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
- Pearl Pham   on behalf of Creditor   PHILADELPHIA GAS WORKS pearl.pham@pgworks.com
- R. Stephen McNeill   on behalf of Interested Party   SBJ Group Inc. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- Reliable Companies   gmatthews@reliable-co.com
- Richard A. Barkasy   on behalf of Interested Party   Commonwealth of Pennsylvania Department of Health rbarkasy@schnader.com
- Rick S. Miller   on behalf of Creditor   ThyssenKrupp Elevator Corporation rmiller@ferryjoseph.com, mstucky@ferryjoseph.com
- Ryan B Smith   on behalf of Interested Party   Commonwealth of Pennsylvania, Office of Attorney General rbsmith@attorneygeneral.gov
- Sabrina L. Streusand   on behalf of Creditor   NTT Data Services , prentice@slollp.com

```
District/off: 0311-1               User: Sherrys               Page 6 of 6                Date Rcvd: Oct 16, 2019
                                   Form ID: pdfgen1            Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com

        Sophie E. Macon   on behalf of Creditor   Educational Commission for Foreign Medical Graduates smacon@bayardlaw.com, ehendry@bayardlaw.com

        Sophie E. Macon   on behalf of Creditor   Association of American Medical Colleges smacon@bayardlaw.com, ehendry@bayardlaw.com

        Stephanie A. Fox   on behalf of Creditor   Coloplast Corp. saf@maronmarvel.com, kkw@maronmarvel.com

        Stuart M. Brown   on behalf of Interested Party   PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

        Stuart M. Brown   on behalf of Interested Party   Harrison Street Real Estate, LLC and its affiliates stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

        Susan Murray   on behalf of Creditor   Philadelphia Hospital and Healthcare Employees- District 1199C Training and Upgrading Fund smurray@freedmanlorry.com

        Thomas M. Horan   on behalf of Creditor Committee   Official Committee of Unsecured Creditors thoran@foxrothschild.com, mwilmer@foxrothschild.com;ahrycak@foxrothschild.com

        Timothy Swanson   on behalf of Interested Party   DaVita, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com

        Timothy Swanson   on behalf of Interested Party   Renal Treatment Centers-Northeast, Inc. tim.swanson@moyewhite.com, audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com

        Timothy P. Cairns   on behalf of Creditor   Tenet Business Services Corp. tcairns@pszjlaw.com

        Timothy P. Cairns   on behalf of Creditor   Conifer Revenue Cycle Solutions, LLC tcairns@pszjlaw.com

        Tobey M. Daluz   on behalf of Creditor   Drexel University daluzt@ballardspahr.com, maddoxm@ballardspahr.com

        U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV

        Vikrama S. Chandrashekar   on behalf of Creditor   DaVita, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com

        Vikrama S. Chandrashekar   on behalf of Creditor   Renal Treatment Centers-Northeast, Inc. vika.chandrashekar@moyewhite.com, robin.anderson@moyewhite.com

        Vincent J Marriott, III   on behalf of Creditor   Drexel University marriott@ballardspahr.com

        William D. Sullivan   on behalf of Creditor   Laboratory Corporation of America Holdings wdsecfnotices@sha-llc.com

        William D. Sullivan   on behalf of Creditor   Monogram Biosciences, Inc. wdsecfnotices@sha-llc.com

        William F. Taylor, Jr.   on behalf of Creditor   PECO Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

        William F. Taylor, Jr.   on behalf of Creditor   Cerner Corporation bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

        William F. Taylor, Jr.   on behalf of Creditor   Atlantic City Energy Company bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

        William F. Taylor, Jr.   on behalf of Creditor   Constellation New Energy - Gas Division, LLC bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

        TOTAL: 150