# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on October 18, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale [Docket No. 884]**

Dated: October 21, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW D<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM |
| FINEMAN KREKSTEIN & HARRIS, P.C<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM | FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM |
| GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM |
| GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM | GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM |
| HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM | HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM | HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM |

| | | |
|---|---|---|
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>MMARTIN@JMBM.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ & RICHMAN<br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM |
| O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM |
| PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | RICHARDS LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, P.A<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM |
| SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM |

| | | |
|---|---|---|
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM |
| STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM | STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM |
| SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM | TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV |
| UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM | WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | | |

Parties Served: 109

# **<u>EXHIBIT B</u>**

| | | |
|---|---|---|
| A. I. DUPONT HOSPITAL FOR CHILDREN<br>ATTN: ALFRED DU PONT<br>OF THE NENOURS FOUNDATION<br>1600 ROCKLAND RD<br>WILMINGTON, DE 19803 | A. I. DUPONT HOSPITAL FOR CHILDREN<br>ATTN: OFFICE OF CONTRACT ADMIN<br>THE NEMOURS FOUNDATION<br>10140 CENTURION PKWY N<br>LEGAL DEPT-2 W<br>JACKSONVILLE, FL 32256 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: ASSOC GENERAL COUNSEL<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 |
| ABINGTON MEMORIAL HOSPITAL<br>ATTN: CEO<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: DIR OF PHARMACY<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: EXEC VP & COO<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 |
| ABINGTON MEMORIAL HOSPITAL<br>ATTN: LEGAL SERVICES DEPT<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>ATTN: MARGARET M GOLDIRCK, PRES<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | ABINGTON MEMORIAL HOSPITAL<br>DIXON SCHOOL OF NURSING<br>3500 MARYLAND RD<br>WILLOW GROVE, PA 19090 |
| ABINGTON MEMORIAL HOSPITAL (JEFFFERSON)<br>ATTN: CEO<br>1200 OLD YORK RD<br>ABINGTON, PA 19001-3788 | AETNA BETTER HEALTH<br>2000 MARKET ST, STE 850<br>PHILADELPHIA, PA 19101 | AETNA BETTER HEALTH<br>2000 MARKET ST, STE 850<br>PHILADELPHIA, PA 19103 |
| AETNA BETTER HEALTH<br>4500 E COTTON CENTER BLVD<br>PHOENIX, AZ 85040 | AETNA BETTER HEALTH<br>P.O. BOX 61445<br>PHOENIX, AZ 85082 | AETNA BETTER HEALTH MCD<br>P.O. BOX 62198<br>PHOENIX, AZ 85082-2198 |
| AETNA BETTER HEALTH MISSOURI<br>4500 E COTTON CENTER BLVD<br>PHOENIX, AZ 85040 | AETNA HEALTH OF CALIFORNIA<br>P.O. BOX 1109<br>BLUE BELL, PA 19422 | AETNA HEALTH PLAN<br>P.O. BOX 3914<br>ALLENTOWN, PA 18106-0914 |
| AETNA HEALTH PLANS<br>10401 LINN STATION RD<br>LOUISVILLE, KY 40223 | AETNA HEALTH PLANS<br>P.O. BOX 21505<br>TAMPA, FL 33622 | AETNA HEALTH PLANS<br>P.O. BOX 30588<br>TAMPA, FL 33630-3588 |
| AETNA HEALTHCARE<br>P.O. BOX 981106<br>EL PASO, TX 79998-1106 | AETNA HEALTHCARE<br>PO BOX 981106<br>EL PASO, TX 79998 | AMERIGROUP<br>P.O. BOX 61117<br>VIRGINIA BEACH, VA 23466 |
| AMERIGROUP<br>P.O. BOX 62509<br>VIRGINIA BEACH, VA 23466 | AMERIGROUP<br>P.O. BOX 933657<br>ATLANTA, GA 31193-3657 | AMERIGROUP CORPORATION<br>4425 CORP LN<br>VIRGINIA BEACH, VA 23462 |
| AMERIGROUP CORPORATION<br>C/O COTIVITI USC LLC<br>555 N LN, STE 6020<br>CONSHOHOCKEN, PA 19428 | AMERIGROUP CORPORATION<br>P.O. BOX 934743<br>ATLANTA, GA 31193-4743 | AMERIHEALTH CARITAS<br>200 STEVENS DR<br>PHILADELPHIA, PA 19113 |
| AMERIHEALTH HMO<br>P.O. BOX 18693<br>NEWARK, NJ 07191-8683 | ANDREEA MARINESCU<br>ADDRESS REDACTED | ANDREEA MARINESCU<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ANNA PAK, M.D.<br>ADDRESS REDACTED | ARIANNA TRIONFO, MD.<br>ADDRESS REDACTED | AYMAN SAMKARI MD<br>ADDRESS REDACTED |
| AYMAN SAMKARI, M.D.<br>ADDRESS REDACTED | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 |
| BAYLOR COLLEGE OF MEDICINE<br>MEDICAL GENETICS LABS<br>BAYLOR GENETICS<br>P.O. BOX 847228<br>DALLAS, TX 75284-7228 | BAYLOR COLLEGE OF MEDICINE<br>ONE BAYLOR PLZ, STE T-100<br>HOUSTON, TX 77030-3411 | BAYLOR UNIVERSITY MEDICAL CNTR<br>3812 ELM ST<br>DALLAS, TX 75226 |
| BRYN MAWR REHAB HOSPITAL<br>130 S BRYN MAWR AVE<br>BRYN MAWR, PA 19010 | CARLYN TODOROW, M.D<br>ADDRESS REDACTED | CENTER FOR THE URBAN CHILD, INC.<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>160 E ERIE AVE<br>PHILADELPHIA, PA 19134 |
| CHILDRENS HOSPITAL OF PHILADELPHIA<br>34TH ST & CIVIC CENTER BLVD<br>CHOP NORTH 12FL, STE 1220<br>PHILADELPHIA, PA 19104-4399 | CHILDRENS HOSPITAL OF PHILADELPHIA<br>ATTN: STEPHEN LUDWIG, MD<br>OFFICE OF MEDICAL STAFF AFFAIRS<br>34TH ST & CIVIC CENTER BLVD<br>PHILADELPHIA, PA 19104 | CIGNA HEALTH & LIFE INSURANCE CO<br>ATTN: MARYLOU KILIAN RICE, CIGNA LEGAL<br>900 COTTAGE GROVE RD, B6LPA<br>HARTFORD, CT 06152 |
| CIGNA HEALTH & LIFE INSURANCE CO<br>C/O CIGNA LEGAL<br>ATTN: MARYLOU KILIAN RICE<br>900 COTTAGE GROVE RD, B6LPA<br>HARTFORD, CT 06152 | CITY OF PHILADELPHIA<br>1101 MARKET ST 7TH FL<br>PHILADELPHIA, PA 19107-2907 | CITY OF PHILADELPHIA<br>1401 JFK BLVD MUNICIPAL CT BLD<br>PHILADELPHIA, PA 19102-1697 |
| CITY OF PHILADELPHIA<br>1401 JFK BLVD, RM 530<br>PHILADELPHIA, PA 19102-1697 | CITY OF PHILADELPHIA<br>1401 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA 19102 | CITY OF PHILADELPHIA<br>ATTN: ADAM K THIEL, FIRE COMMISSIONER<br>FIRE AND EMS DEPT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123 |
| CITY OF PHILADELPHIA<br>ATTN: COMMISSIONER THEIL<br>FIRE & EMS DEPT<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19122 | CITY OF PHILADELPHIA<br>ATTN: HEALTH COMMISSIONER<br>DEPARTMENT OF PUBLIC HEALTH<br>1101 MARKET ST, 13TH FL<br>PHILADELPHIA, PA 19107 | CITY OF PHILADELPHIA<br>ATTN: ROB DUBOW<br>CODE VIOLATION ENFORCEMENT DIV<br>PO BOX 56318<br>PHILADELPHIA, PA 19130 |
| CITY OF PHILADELPHIA<br>ATTN:  LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CITY OF PHILADELPHIA<br>ATTN:  LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CITY OF PHILADELPHIA<br>C/O MATTHEW HUBBARD, ESQ<br>LAW DEPT<br>CIVIL RIGHTS UNIT<br>1515 ARCH ST, 14TH FL<br>PHILADELPHIA, PA 19102-1595 |
| CITY OF PHILADELPHIA<br>DEPT OF LIC & INSPECTIONS<br>P.O. BOX 53310<br>PHILADELPHIA, PA 19105-3310 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1049<br>PHILADELPHIA, PA 19105-1409 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1529<br>PHILADELPHIA, PA 19105-1529 |
| CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1630<br>PHILADELPHIA, PA 19105-1630 | CITY OF PHILADELPHIA<br>DEPT OF REVENUE<br>P.O. BOX 1660<br>PHILADELPHIA, PA 19105-1660 | CITY OF PHILADELPHIA<br>P.O. BOX 124<br>PHILADELPHIA, PA 19105-0124 |

| | | |
|---|---|---|
| CITY OF PHILADELPHIA<br>P.O. BOX 1942<br>DEPT OF LIC INSPECTIONS<br>PHILADELPHIA, PA 19105-1942 | CITY OF PHILADELPHIA<br>P.O. BOX 41818<br>PHILADELPHIA, PA 19101 | CITY OF PHILADELPHIA<br>P.O. BOX 56318<br>FINANCE DEPT<br>PHILADELPHIA, PA 19130-0318 |
| CITY OF PHILADELPHIA<br>P.O. BOX 5879<br>PHILADELPHIA, PA 19102 | CITY OF PHILADELPHIA<br>TIER II REPORTING MANAGER<br>240 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123-2991 | COMMONWEALTH OF PA, DEPT OF LABOR AND IND<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 |
| COOPER UNIVERSITY HEALTH CARE<br>ATTN: ANTHONY MAZZARELLI<br>ONE COOPER PLZ<br>CAMDEN, NJ 08103 | CROZER-CHESTER MED CTR<br>ATTN: CROZER TAYLOR SPRINGFIELD<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19103-3995 | CROZER-CHESTER MED CTR (PROSPECT CCMC)<br>ATTN: SHARIF OMAR/ RICHARD IMBIMBO<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19013 |
| CROZER-CHESTER MED CTR INC<br>MEDICAL CTR BLVD<br>UPLAND, PA 19013 | CROZER-CHESTER MEDICAL CENTER<br>DELAWARE COUNTY MEMORIAL HOSPITAL<br>501 N LANSDOWNE AVE<br>DREXEL HILL, PA 19026 | CROZER-CHESTER MEDICAL CENTER<br>ONE MEDICAL CENTER BLVD<br>UPLAND, PA 19013 |
| DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 | DUSTIN A. GREENHILL, M.D.<br>ADDRESS REDACTED | DUSTIN GREENHILL<br>ADDRESS REDACTED |
| FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | FRONT STREET HEALTHCARE PROPERTIES II, LLC<br>ATTN: LEGAL DEPT<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 | FRONT STREET HEALTHCARE PROPERTIES, LLC<br>222 N SEPULVEDA BLVD, STE 900<br>EL SEGUNDO, CA 90245 |
| GATEWAY HEALTH<br>444 LIBERTY AVE, STE 2100<br>PITTSBURGH, PA 15222 | GATEWAY HEALTH PLAN<br>600 GRANT ST FL 41<br>PITTSBURGH, PA 15219 | GATEWAY HEALTH PLAN<br>P.O. BOX 11-718<br>ALBANY, NY 12211 |
| GATEWAY HEALTH PLAN<br>P.O. BOX 69360<br>HARRISBURG, PA 17106 | GEISINGER HEALTH SYSTEM<br>ATTN: KEVIN BRENNAN<br>100 NORTH ACADEMY AVE<br>DANVILLE, PA 17822 | GEISINGER INDEMNITY INSURANCE CO<br>100 N ACADEMY AVE<br>DANVILLE, PA 17822-3051 |
| GEISINGER MEDICAL CENTER<br>ATTN: DEPT OF CONTRACT ADMIN<br>100 N ACADEMY AVE<br>DANVILLE, PA 17822-3023 | GEISINGER MEDICAL CENTER<br>ATTN: GEORGE GODLEWSKI<br>100 N ACADEMY AVE<br>DANVILLE, PA 17822-0145 | GEISINGER SYSTEMS SERVICES<br>ATTN: DEPT OF CONTRACT ADMIN<br>100 N ACADEMY AVE<br>DANVILLE, PA 17822-3023 |
| GEISNGER HEALTH OPTIONS<br>100 N ACADEMY AVE<br>DANVILLE, PA 17822-3251 | HARBHAJAN CHAWLA, M.D.<br>ADDRESS REDACTED | HARBHAJAN S. CHAWLA, M.D.<br>ADDRESS REDACTED |
| HEALTH PARTNERS OF PHILADELPHIA, INC.<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>901 MARKET ST STE 500<br>PHILADELPHIA, PA 19107 | HEALTH PARTNERS PLAN<br>901 MARKET ST, STE 500<br>PHILADELPHIA, PA 19107 | HEALTH PARTNERS PLAN<br>PHILADELPHIA DEPT OF PUBLIC HEALTH<br>321 UNIVERSITY AVE<br>PHILADELPHIA, PA 19104 |

| | | |
|---|---|---|
| HEALTH PARTNERS PLAN<br>PHILADELPHIA DEPT OF PUBLIC HEALTH<br>ENVIRONMENTAL HEALTH SERVICES<br>EHS AND HEALTHY HOMES PROGRAM<br>321 UNIVERSITY AVE<br>PHILADELPHIA, PA 19104 | HORIZON BLUE CROSS BLUE SHIELD<br>3 PENN PLAZA EAST<br>NEWARK, NJ 07105-2200 | HORIZON BLUE CROSS BLUE SHIELD NJ<br>C/O AAI<br>FINANCE DEPT OVERPAYMENT, UNIT<br>PO BOX 311<br>HAMMONTON, NJ 08037-0311 |
| HORIZON BLUE CROSS OF NJ<br>3 PENN PLAZA E<br>NEWARK, NJ 07105 | HORIZON NJ HEALTH<br>P.O. BOX 24078<br>NEWARK, NJ 07101-0406 | HORIZON NJ HEALTH<br>P.O. BOX 7117<br>LONDON, KY 40742 |
| HUMANA<br>500 W MAIN ST<br>LOUISVILLE, KY 40202 | HUMANA<br>P.O. BOX 14601<br>LEXINGTON, KY 40512-4601 | HUMANA<br>P.O. BOX 14602<br>LEXINGTON, KY 40512-4602 |
| HUMANA<br>P.O. BOX 14605<br>LEXINGTON, KY 40578 | HUMANA<br>P.O. BOX 931655<br>ATLANTA, GA 31193-0001 | INDEPENDENCE BLUE CROSS<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1400 |
| INDEPENDENCE BLUE CROSS<br>1901 MARKET ST, 43RD FL<br>PHILADELPHIA, PA 19103-1480 | INDEPENDENCE BLUE CROSS<br>ATTN: CAROLYN GOLDEN<br>FOUNDATION<br>1901 MARKET ST, 37TH FL<br>PHILADELPHIA, PA 19102 | INDEPENDENCE BLUE CROSS<br>P.O. BOX 59480<br>PHILADELPHIA, PA 19102-9480 |
| INDEPENDENCE BLUE CROSS &<br>HIGHMARK BLUE SHIELD<br>CARING FOUNDATION FOR CHILDREN<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1480 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 |
| JEANES HOSPITAL<br>C/O TEMPLE UNIVERSITY HEALTH SYSTEM, INC<br>ATTN: CHIEF COUNSEL<br>1316 W ONTARIO ST<br>RM 903, JONES HALL (700-00)<br>PHILADELPHIA, PA 19140 | JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | JERSEY SHORE UNIVERSITY MEDICAL CENTER<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>1945 ROUTE 33<br>NEPTUNE, NJ 07753 |
| JEWISH FAMILY AND CHILDREN'S SERVICE<br>OF GREATER PHILADELPHIA<br>ATTN: MELANIE LONDON, PROGRAM DIRECTOR<br>2100 ARCH ST, 5TH FL<br>PHILADELPHIA, PA 19103 | JILLIAN SCHAFFER, M.D.<br>ADDRESS REDACTED | KEYSTONE HEALTH<br>10325 GLEN OAKS BL<br>PACOIMA, CA 91131 |
| KEYSTONE HEALTH EAST<br>P.O. BOX 211184<br>ST PAUL, MN 55121 | KEYSTONE HEALTH PLAN<br>P.O. BOX 69353<br>HARRISBURG, PA 17106 | KEYSTONE HEALTH PLAN<br>P.O. BOX 7618<br>PHILADELPHIA, PA 19101-7618 |
| KEYSTONE HEALTH PLAN<br>P.O. BOX 898815<br>COB DEPT<br>CAMP HILL, PA 17001-9973 | KEYSTONE HEALTH PLAN EAST<br>1901 MARKET ST<br>PHILADELPHIA, PA 19103-1480 | KEYSTONE HEALTH PLAN EAST<br>CLAIMS OVERPAYMENT<br>P.O. BOX 18683<br>NEWARK, NJ 07191-8683 |
| KEYSTONE HEALTH PLAN EAST<br>P.O. BOX 7616<br>PHILADELPHIA, PA 19101-7616 | KEYSTONE HEALTH PLAN EAST<br>SYNERTECH COB OPL DEPT<br>P.O. BOX 69300<br>HARRISBURG, PA 17016-9300 | KORLE-BU TEACHING HOSPITAL<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>GUGGISBERG AVENUE<br>ACCRA, GREATER ACCRA<br>GHANA |

| | | |
|---|---|---|
| LANKENAU HOSPITAL<br>ATTN: PROGRAM DIR<br>SCHOOL OF NURSE ANESTHESIA<br>100 E LANCASTER AVE<br>WYNNEWOOD, PA 19096 | LEHIGH VALLEY HOSPITAL<br>CENTER FOR EDUCATION<br>P.O. BOX 7017<br>ALLENTOWN, PA 18105-7017 | LEHIGH VALLEY HOSPITAL HEALTH NET<br>CTR FOR PROF EXCELLENCE S PACELL<br>FRIENDS OF NURSING<br>1200 S CEDAR CREST BLVD<br>ALLENTOWN, PA 18105 |
| LEHIGH VALLEY HOSPITAL MH<br>P.O. BOX 20926<br>LEHIGH VALLEY, PA 18002 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 |
| MEDICAID<br>P.O. BOX 909<br>NEW CASLTE, DE 19720-0909 | MEDICAID FFS – CONNECTICUT<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>C/O DEPARTMENT OF SOCIAL SERVICES<br>55 FARMINGTON AVENUE<br>HARTFORD, CT 06105 | MEDICAID FFS – NEW JERSEY<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>C/O STATE OF NEW JERSEY<br>DEPARTMENT OF HUMAN SERVICES<br>P.O. BOX 700<br>TRENTON, NJ 08625-0700 |
| MEDICAID FFS – OHIO<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>50 WEST TOWN STREET, SUITE 400<br>COLUMBUS, OHIO 43215 | MEDICAID OF PA<br>P.O. BOX 8194<br>HARRISBURG, PA 17105 | MEDICAID OF PENNSYLVANIA<br>P.O. BOX 8150<br>HARISBURG, PA 17120 |
| MEDICAID/COMMONWEALTH OF PA<br>DPW/OMAP<br>P.O. BOX 8050<br>HARRISBURG, PA 17105 | MEDICAL COST CONTAINMENT PROFESSIONALS, LLC<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>406 9TH AVENUE, SUITE 202<br>SAN DIEGO, CA 92101 | MEDICARE<br>P.O. BOX 1602<br>OMAHA, NE 88101 |
| MEDICARE<br>P.O. BOX 247006<br>OMAHA, NE 68124-7706 | MIAN A AHMAD<br>ADDRESS REDACTED | MIAN AHMAD<br>ADDRESS REDACTED |
| MIAN AHMAD, MD<br>218 WAYNE AVE<br>LANSDOWNE, PA 19050 | MIAN AHMAD, MD<br>ADDRESS REDACTED | MICHAEL J WOLF MD<br>ADDRESS REDACTED |
| MICHAEL WOLF<br>ADDRESS REDACTED | MICHAEL WOLF, M.D.<br>ADDRESS REDACTED | NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 |
| NATIONAL UNION OF HOSPITAL AND<br>HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NAZARETH HOSPITAL<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 | NAZARETH HOSPITAL<br>C/O MERCY HEALTH SYSTEM<br>ATTN: ROBERT BROWN<br>ONE W ELM ST, STE 100<br>CONSHOHOCKEN, PA 19428 |
| NAZARETH HOSPITAL<br>SCHOOL OF NURSE ANESTHESIOLOGY<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 | NAZARETH HOSPITAL, SCHOOL OF NURSING<br>2601 HOLME AVE<br>PHILADELPHIA, PA 19152 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | PALADIN HEALTHCARE<br>222 N PACIFIC COAST HWY, STE 900<br>EL SEGUNDO, CA 90245 | PENNSYLVANIA ASSOCIATION OF<br>STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 | PRIME HEALTHCARE SERVICES<br>DBA LOWER BUCKS HOSPITAL<br>2100 W GIRARD AVE<br>PHILADELPHIA, PA 19130 | PRIME HEALTHCARE SERVICES ROXBOROUGH, LLC<br>DBA ROXBOROUGH MEMORIAL HOSPITAL<br>5800 RIDGE AVE<br>PHILADELPHIA, PA 19128 |
| PRIME HEALTHCARE SERVICES, INC.<br>ATTN: PREM REDDY<br>3300 EAST GUASTI RD<br>ONTARIO, CA 91761 | RAJEEV PRASAD<br>ADDRESS REDACTED | RAJEEV PRASAD MD<br>ADDRESS REDACTED |
| RAJEEV PRASAD MD<br>ADDRESS REDACTED | READING HOSPITAL<br>420 S 5TH AVE<br>WEST READING, PA 19611 | READING HOSPITAL & MED CTR<br>ATTN: MARY AGNEW, SVP/CNO<br>420 S 5TH AVE<br>WEST READING, PA 19611 |
| READING HOSPITAL & MED CTR<br>SIXTH AVE AND SPRUCE ST<br>READING, PA 19611 | ROBERT A. KOENIGSBERG, D.O.<br>ADDRESS REDACTED | ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC M<br>ATTN: PRESIDENT/LEGAL DEPARTMENT<br>ONE MEDICAL CENTER DRIVE<br>STRATFORD, NJ 08084 |
| SAMUEL CROSS-KNORR, M.D.<br>ADDRESS REDACTED | SECRETARY OF HEALTH AND HUMAN SERVICES<br>C/O U.S. DEPARTMENT OF HEALTH & HUMAN SERVICE<br>HUBERT H. HUMPHREY BUILDING<br>200 INDEPENDENCE AVENUE, S.W.<br>WASHINGTON, D.C. 20201 | SHRINERS HOSPITAL FOR CHILDREN<br>2900 N ROCKY POINT DR<br>TAMPA, FL 33607-1435 |
| SHRINERS HOSPITAL FOR CHILDREN<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 | SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: ADMINISTRATOR<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140-4131 | SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: ADMINISTRATOR<br>P.O. BOX 31356<br>TAMPA, FL 33631-3356 |
| SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: ADMINISTRATOR<br>PHILADELPHIA HOSPITAL<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 | SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: DONATIONS DEPT<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 | SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: FINANCIAL SERVICES<br>3551 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| SHRINERS HOSPITAL FOR CHILDREN<br>ATTN: LEGAL DEPT<br>P.O. BOX 31356<br>TAMPA, FL 33631-3356 | SHRINERS HOSPITAL FOR CHILDREN<br>P.O. BOX 26717<br>GREENSBORO, NC 27417 | SHRINERS HOSPITAL FOR CHILDREN, INC<br>ATTN: SCOTT LAUBISCH<br>2900 ROCKY POINT DR<br>TAMPA, FL 33607 |
| SRUTHI POLAVARAPU<br>ADDRESS REDACTED | SRUTHI POLAVARAPU MD<br>ADDRESS REDACTED | ST LUKES HEALTH NETWORK, INC<br>DBA ST LUKES UNIVERSITY HEALTH NETWORK<br>801 OSTRUM ST<br>BETHLEHEM, PA 19130 |
| ST LUKES HOSPITAL<br>P.O. BOX 5329<br>BETHLEHAM, PA 18015 | ST PETER'S UNIVERSITY HOSPITAL<br>254 EASTON AVE<br>NEW BRUNSWICK, NJ 08901 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 |
| SWOSTI JOSHI, M.D.<br>ADDRESS REDACTED | TEMPLE UNIVERSITY<br>1803 N BROAD ST<br>615 CARNELL HALL, 040-08<br>PHILADELPHIA, PA 19122-6104 | TEMPLE UNIVERSITY<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 |

| | | |
|---|---|---|
| TEMPLE UNIVERSITY<br>ATTN: EXEC DIR/CEO<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY<br>C/O MARIA L MORSI/DEPT NURSING<br>3307 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ACTING EXEC DIR & CEO<br>ATTN: HOSPITAL ADMIN<br>3401 N BROAD ST, STE B<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>ATTN: ROBIN DE SHIELDS<br>3333 N BROAD ST, RM 120 GSB<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL<br>CASHIER OFFICE<br>3401 N BROAD ST, RM A 131<br>PHILADELPHIA, PA 19140 |
| TEMPLE UNIVERSITY HOSPITAL<br>OFFICE OF STUDENT AFFAIRS<br>3420 N BROAD ST<br>PHILADELPHIA, PA 19140-0001 | TEMPLE UNIVERSITY HOSPITAL, INC.<br>3401 N BROAD ST<br>PHILADELPHIA, PA 19140 | TEMPLE UNIVERSITY HOSPITAL, INC.<br>DBA NORTHEASTERN HOSPITAL<br>COLLEGE HEALTH PROFESSIONS<br>3307 N BROAD ST, (602-00)<br>PHILADELPHIA, PA 19140 |
| TERRY ADIRIM MD<br>ADDRESS REDACTED | TERRY ADIRIM MD<br>ADDRESS REDACTED | THE UNIVERSITY OF VERMONT HEALTH NETWORK<br>ATTN: RICK VINCENT<br>111 COLCHESTER AVE<br>BURLINGTON, VT 05401 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM / BANKRUPTCY<br>185 ASYLUM ST, 03B<br>HARTFORD, CT 06103 |
| UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM/BANKRUPTCY / PRIYA MUTHU<br>185 ASYLUM ST, 03B<br>HARTFORD, CT 06103 | UNITEDHEALTHCARE INSURANCE COMPANY<br>C/O CDM/BANKRUPTCY<br>ATTN: JAY A RONNING<br>185 ASYLUM ST - 03B<br>HARTFORD, CT 06103 | UPMC HEALTH PLAN<br>600 GRANT ST, 12TH FL, USC TOWERS<br>PITTSBURGH, PA 15219 |
| UPMC HEALTH PLAN<br>ONE CHATMAN CENTER, STE 600<br>112 WASHINGTON PL<br>PITTSBURG, PA 15219 | VOYCE, INC.<br>12555 ORANGE DR, STE 100A<br>DAVIE, FL 33330 | |

Parties Served: 218