### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On October 18, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| 10/18/2019 | 883 | Application for Compensation *Third Monthly Fee Application of Greenberg Traurig, LLP, as Counsel to the Patient Care Ombudsman for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* for the period *September 1, 2019* to *September 30, 2019* Filed by Suzanne Koenig, as Patient Care Ombudsman. Objections due by 11/7/2019. (Attachments: # 1 Exhibit A & B # 2 Notice of Fee Application) (Meloro, Dennis) (Entered: 10/18/2019) |
|---|---|---|

×  *[signature]*

**Gene Matthews**

Dated: October 22, 2019

State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 22nd day of October, 2019, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

×  *[signature]*

# EXHIBIT A

Center City Healthcare, LLC,
230 North Broad Street
Philadelphia, Pennsylvania 19102
Attn: Allen Wilen, CRO

Saul Ewing Arnstein & Lehr LLP,
1201 North Market Street, Suite 2300,
Wilmington, Delaware 19801
Attn: Mark Minuti, Esq.
Monique B. DiSabatino, Esq

Monique B.
DiSabatino, Esq
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.

Sills Cummis & Gross P.C.,
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Attn: Andrew H. Sherman, Esq.
Boris I. Zankovetskiy, Esq.

Fox Rothschild LLP, 919
N. Market Street, Suite 300,
Wilmington, DE 19899-2323
Attn: Thomas M. Horan, Esq.

United States Trustee
District of Delaware
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Benjamin A. Hackman, Esq.

Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Attn: Gretchen M. Santamour, Esq.

Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street
Suite 1279
Wilmington, DE 19801
Attn: Joelle E. Polesky, Esq.