# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related to Docket Nos. 510, 573, 734, 795, and 890** |

## ORDER APPROVING STIPULATION FIXING CURE AMOUNT OF SPECIALTYCARE IOM SERVICES, LLC

Upon consideration of the *Stipulation Fixing Cure Amount of SpecialtyCare IOM Services, LLC* attached hereto as **Exhibit "1"** (the "Stipulation");[2] and the Court having determined that good and adequate cause exists for approval of the Stipulation; and upon the certification of counsel filed by the Debtors submitting the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Stipulation is approved.

2. The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

4. This Order is effective immediately upon entry.

*Kevin Gross* (signature)

**Dated: October 22nd, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

36007856.5 10/22/2019