IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on October 22, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Second Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with The STC Opco Sale [Docket No. 895]**

Dated: October 23, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                          } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 23rd day of October, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DANYA SHABI, DMD<br>DANYA.SHABI@GMAIL.COM |
| DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM | DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM |
| DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>STEPHEN A. COZEN, ESQ.<br>SCOZEN@COZEN.COM |
| DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | ERIN NORRIS, DMD<br>EPNORRIS5@GMAIL.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM |
| GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM |

| | | |
|---|---|---|
| HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JEFFER MANGELS BUTLER & MITHCELL LLP<br><br>MMARTIN@JMBM.COM |
| JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM | KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM | KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM |
| MARC NARDEA, DMD<br>MARC.NARDEA@GMAIL.COM | MARKOWITZ & RICHMAN<br><br>JWALTERS@MARKOWITZANDRICHMAN.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC.<br><br>DLEIGH@RQN.COM | MEGAN TIGANI, DDS<br>MTIGANI@UMARYLAND.EDU | MEGANN MCDONALD, DMD<br>MEGANNMCDONALD4@GMAIL.COM |
| MILCA MENDEZ- CEBALLOS, DDS<br>DR.MILCACEBALLOS@GMAIL.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY<br><br>USADE.ECFBANKRUPTCY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM |
| O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM | O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM | PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM |
| PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM | PETER PARADISO, DMD<br>DRPETERPARADISCOMD@GMAIL.COM | POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM |
| RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM |
| SAUL EWING ARNSTEIN & LEHR LLP<br>AARON APPLEBAUM<br>AARON.APPLEBAUM@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>ADAM ISENBERG<br>ADAM.ISENBERG@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>JEFFREY HAMPTON<br>JEFFREY.HAMPTON@SAUL.COM |

| | | |
|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>MARK.MINUTI@SAUL.COM | SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE DISABATINO<br>MONIQUE.DISABATINO@SAUL.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>DANIEL M. PEREIRA<br>DPEREIRA@SCHNADER.COM |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM | SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM |
| SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM | STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM |
| STRADLEY RONAN STEVENS & YOUNG LLP<br>DEBORAH A. REPEROWITZ<br>DREPEROWITZ@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br><br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | |

Parties Served: 116

# **EXHIBIT B**

| | | |
|---|---|---|
| ABENA HAGAN-BROWN, MD<br>820 N 3RD ST, UNIT 202<br>PHILADELPHIA, PA 19123 | ABILASH JAGANATHAN, MD<br>1123 W JEFFERSON ST<br>PHILADELPHIA, PA 19122 | ADAM ELRAFEI, DDS<br>2200 BENJAMIN FRANKLIN PKWY, APT S1207<br>PHILADELPHIA, PA 19130 |
| ADAM ZISMAN, DO<br>1030 HYDE ST<br>PHILADELPHIA, PA 19125 | ALANA HAHN, DO<br>300 ALEXANDER CT, STE 2605<br>PHILADELPHIA, PA 19103 | ALEXANDRA KIRSCH, MD<br>1600 ARCH ST<br>PHILADELPHIA, PA 19103 |
| ALEXIS GINNANE, DMD<br>1541 W SHUNK ST, APT 2<br>PHILADELPHIA, PA 19145 | ALISHA WILLIAMS, MD<br>1216 N 5TH ST, UNIT 17<br>PHILADELPHIA, PA 19122 | ALLISON GOLDBERG, MD<br>2219 AMBER ST<br>PHILADELPHIA, PA 19125 |
| AMANDA BERNARD, MD<br>1415 N 31ST ST, APT 302<br>PHILADELPHIA, PA 19121 | AMANDA SETTLE, DDS<br>18 WEST GIRARD AVE, APT 202<br>PHILADELPHIA, PA 19123 | AMBIKA LALL, MD<br>301 S 19TH ST, APT 1A<br>PHILADELPHIA, PA 19103 |
| AMMAD MALIK, DO<br>112 N RIVER DR<br>ST.AUGUSTINE, FL 32095 | ANDREEA MARINESCU, MD<br>1600 CALLOWHILL ST<br>PHILADELPHIA, PA 19130 | ANOOSHA KASANAGOTTU, DO<br>2657 EDGEMONT ST<br>PHILADELPHIA, PA 19125 |
| ARIA CHANDLER, MD<br>1815 JFK BLVD, APT 2906A<br>PHILADELPHIA, PA 19103 | AYSE CELEBIOGLU, MD<br>699 N BROAD ST, APT 311<br>PHILADELPHIA, PA 19123 | BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 |
| BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | BIJAL PATEL, MD<br>3402 W COMMISSIONER ST, UNIT 1<br>PHILADELPHIA, PA 19132 | BLAIR DICKINSON, MD<br>230 N 21ST ST, STE 002<br>PHILADELPHIA, PA 19103 |
| BLAIR ROLNICK, MD<br>8135 CEDAR RD<br>ELKINS PARK, PA 19027 | BRET JOHNSON, DO<br>1216 N 5TH ST, APT 24<br>PHILADELPHIA, PA 19122 | BRIAN NOVI, MD<br>317 LENAPE WAY<br>CLAYMONT, DE 19703 |
| BROOKE BURKEY, MD<br>1038 E COLUMBIA AVE<br>PHILADELPHIA, PA 19125 | CATHERINE BAKER, MD<br>130 WILSON AVE<br>GLENSIDE, PA 19038 | CHRISTINA GODFREY, MD<br>1439 N LAWRENCE ST<br>PHILADELPHIA, PA 19122 |
| CHRISTOPHER PENNELL, MD<br>330 CAMBRIDGE ST, APT 4A<br>PHILADELPHIA, PA 19123 | CITY OF PHILADELPHIA<br>ATTN:  LAW DEPT<br>1515 ARCH ST, 17TH FL<br>PHILADELPHIA, PA  19102 | CLARISSA CHU, MD<br>2001 HAMILTON ST<br>PHILADELPHIA, PA 19130 |
| COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | CONNIE CHEN, MD<br>1007 ANNIN ST<br>PHILADELPHIA, PA 19147 | COURTNEY COURTER<br>1120 CAMELOT CT.<br>CINNAMINSON, NJ 08077 |

| | | |
|---|---|---|
| COURTNEY MCGUIRE, MD<br>820 N 3RD ST<br>PHILADELPHIA, PA 19123 | CRYSTAL WANG, MD<br>339 N BROAD ST, APT 2316<br>PHILADELPHIA, PA 19107 | DANIELLE SANCHO, MD<br>1522 W GIRARD AVE<br>PHILADELPHIA, PA 19130 |
| DANNI LIANG, MD<br>117 N 15TH ST<br>PHILADELPHIA, PA 19102 | DANYA SHABI, DMD<br>1500 LOCUST STREET APT 2014<br>PHILADELPHIA PA 19102 | DEVIN PARAMBO, DMD<br>236 W THOMPSON ST<br>PHILADELPHIA, PA 19122 |
| DIORMI ROSARIO, DO<br>582 ANCHOR ST<br>PHILADELPHIA, PA 19120 | DIPEN VYAS, MD<br>300 ALEXANDER COURT, STE 502<br>PHILADELPHIA, PA 19103 | DREXEL UNIVERSITY COLLEGE OF MEDICINE<br>C/O COZEN O'CONNOR<br>ATTN: STEPHEN A. COZEN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA 19103 |
| EDWARD IAMES, DO<br>1500 LOCUST ST, APT 3820<br>PHILADELPHIA, PA 19102 | ELISE MERCIER, MD<br>114 OLD YORK RD<br>JENKINTOWN, PA 19046 | ERIC BELSER, MD<br>1119 WATKINS ST<br>PHILADELPHIA, PA 19148 |
| ERIN NORRIS, DMD<br>200 N 16TH ST, APT. 1116<br>PHILADELPHIA, PA 19102 | FRANCESCA PREWITT, DO<br>321 ROXBOROUGH AVE<br>PHILADELPHIA, PA 19128 | FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 |
| GHADA NAJI, MD<br>4201 S 31ST ST, APT 946<br>ARLINGTON, VA 22206 | HEATHER BOAS, MD<br>541 S 12TH ST, UNIT D<br>PHILADELPHIA, PA 19147 | HEATHER GODDARD, MD<br>4055 RIDGE AVE<br>PHILADELPHIA, PA 19129 |
| HERA HAHMOOD, MD<br>1700 BENJAMIN FRANKLIN P, APT 2201<br>PHILADELPHIA, PA 19103 | HYEONJIN LEE, DDS<br>1213 WALNUT ST<br>PHILADELPHIA, PA 19107 | IMANE ABDELMOUMEN, MD<br>1338 CAMELOT COURT<br>CINNAMINSON, NJ 08077 |
| IMMACULATA UNIVERSITY<br>1145 KING RD<br>IMMACULATA, PA 19345 | INGA FRIEDERIKE STRELOW, MD<br>3900 CITY AVE<br>PHILADELPHIA, PA 19131 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 98<br>1701 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | JACQUELINE ROMERO, MD<br>4055 RIDGE AVE<br>PHILADELPHIA, PA 19129 | JASMINE PRESTON, MD<br>4055 RIDGE AVE, APT 7203<br>PHILADELPHIA, PA 19129 |
| JEFFER MANGELS BUTLER & MITHCELL LLP<br>ATTN: MARIANNE S. MARTIN<br>1900 AVE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | JEFFREY DONATELLI, DMD<br>5 STEFUALT ROAD<br>HATBORO, PA 19040 | JENNIFER BOYD, MD<br>726 MARKET ST<br>PHILADELPHIA, PA 19106 |
| JENNIFER NHAN, MD<br>2418 FRANKFORD AVE, APT 7<br>PHILADELPHIA, PA 19125 | JESSICA LEAR, MD<br>514 KING AVE<br>COLLINGSWOOD, NJ 08108 | JILLIAN TAYLOR, MD<br>1919 SPRUCE ST<br>PHILADELPHIA, PA 19103 |

| | | |
|---|---|---|
| JIM BEAL, DO<br>2458 SEPVIVA ST<br>PHILADELPHIA, PA 19125 | JOHN PAPPAS, MD<br>150 JENNIFER LANE<br>BALA CYNWYD, PA 19004 | JORDAN CHU, MD<br>2940 WEST THOMPSON ST, UNIT 208<br>PHILADELPHIA, PA 19121 |
| JOSHUA ERICKSON, MD<br>1050 N HANCOCK ST<br>PHILADELPHIA, PA 19123 | JULIA GEDDINGS, MD, PHD<br>2323 RACE ST<br>PHILADELPHIA, PA 19103 | KAJSA VLASIC, MD<br>1243 N 27TH ST, APT C<br>PHILADELPHIA, PA 19121 |
| KAMELIA MCRAE, MD<br>3900 CITY AVE, APT M0515<br>PHILADELPHIA, PA 19131 | KELECHI IKERI, MD<br>921 RIDGE AVE<br>PHILADELPHIA, PA 19107 | KELSEY HAYDEN, DO<br>2115 E HAGERT ST<br>PHILADELPHIA, PA 19125 |
| KERI FUGAROLAS, MD<br>1916 FOOTHILL DR<br>HUNTINGDON VLY, PA 19006 | KIM NGUYEN, MD<br>1619 S CARLISLE ST<br>PHILADELPHIA, PA 19145 | KRISTIN ZORN, MD<br>1301 BASSWOOD GROVE<br>AMBLER, PA 19002 |
| LAUREN NELSON, MD<br>201 S 25TH ST, APT 201<br>PHILADELPHIA, PA 19103 | LUKE HARTMAN, MD<br>100 OLD YORK RD E905<br>JENKINTOWN, PA 19046 | MAGGIE YAU, MD<br>40 SPEAR ST<br>PISCATAWAY, NJ 08854 |
| MARC NARDEA, DMD<br>1101 LUDLOW STREET, APT. 1021<br>PHILADELPHIA, PA 19107 | MARKOWITZ & RICHMAN<br>ATTN: JONATHAN WALTERS, ESQUIRE<br>123 SOUTH BROAD ST, STE 2020<br>PHILADELPHIA, PA 19109 | MARY ELIZABETH PEASE, DO<br>7707 ELM AVE<br>WYNDMOOR, PA 19038 |
| MATT MACDOUGALL, MD<br>2209 TAGGERT ST<br>PHILADELPHIA, PA 19125 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | MEGAN ANTON, DO<br>5265 ROCKHOUSE LANE, BLDG K22<br>ALLENTOWN, PA 18104 |
| MEGAN TIGANI, DDS<br>1900 ARCH STREET APT #608<br>PHILADELPHIA, PA 19103 | MEGANN MCDONALD, DMD<br>1308 N DUPONT ST,<br>WILMINGTON, DE 19806 | MEREDITH MENZ, MD<br>8326 ROBERTS RD<br>ELKINS PARK, PA 19027 |
| MICHAEL SZATKOWSKI, MD<br>6355 DREXEL RD<br>PHILADELPHIA, PA 19151 | MICHELE BRESLER, DO<br>339 N BROAD ST, APT 2620<br>PHILADELPHIA, PA 19102 | MICHELLE BAO, MD<br>2040 MARKET ST<br>PHILADELPHIA, PA 19103 |
| MILCA MENDEZ- CEBALLOS, DDS<br>633 W RITTENHOUSE ST. APT. A416<br>PHILADELPHIA, PA 19144 | MOHAMED ALMUQAMAM, MD<br>7400 ROOSEVELT BLVD<br>PHILADELPHIA, PA 19152 | MORGAN SUTTER, MD<br>317 BROAD ST<br>PHILADELPHIA, PA 19107 |
| NADIRA RAMNARAIN, MD<br>2323 RACE ST<br>PHILADELPHIA, PA 19103 | NANCY CHUNG, MD<br>1050 HANCOCK ST, STE 502<br>PHILADELPHIA, PA 19123 | NANCY XIA, DO<br>135 S 17TH ST<br>PHILADELPHIA, PA 19102 |

| | | |
|---|---|---|
| NATIONAL UNION OF HOSPITAL AND HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NATIONAL UNION OF HOSPITAL AND HEALTHCARE EMPLOYEES, DISTRICT 1199C<br>1319 LOCUST ST<br>PHILADELPHIA, PA 19107 | NEHA DADHANIA, MD<br>5 CLARK CT<br>KENDALL PARK, NJ 08824 |
| NICHOLAS HARRIS, MD<br>1438 NOSTRAND AVE<br>BROOKLYN, NY 11226 | NIKITA GUPTA, MD<br>620 N 3RD ST, APT 2C<br>PHILADELPHIA, PA 19123 | NITI JETHAVA, MD<br>2816A WELSH RD<br>PHILADELPHIA, PA 19152 |
| NNEKA PRECIOUS UGWU, MD<br>1900 FRONTAGE RD, STE 616<br>CHERRY HILL, NJ 08034 | NOVISI ARTHUR, MD<br>216 TALL TREES CIR<br>DOWNINGTOWN, PA 19335 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO, ESQUIRE<br>ATTN: BANKRUPTCY DEPT<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| OFFICE OF THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF DELAWARE<br>ATTN: DAVID C. WEISS, ESQUIRE<br>HERCULES BUILDING<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | OGECHUKWU MENKITI, MD<br>119 PATRIOITS RIDGE DR<br>DEPTFORD, NJ 08096 | PAIGE JARMUZ, MD<br>924 ANNIN ST<br>PHILADELPHIA, PA 19147 |
| PARTHU AVVARU, MD<br>249 OVERBROOK LANE<br>MARLTON, NJ 08053 | PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS<br>1 FAYETTE STREET, SUITE 475<br>CONSHOHOCKEN, PA 19428 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>ATTN: DR. RACHEL LEVINE<br>HEALTH AND WELFARE BUILDING<br>625 FORESTER ST, 8TH FL W<br>HARRISBURG, OA 17120 |
| PETER PARADISO, DMD<br>512 W. MONTGOMERY AVE. UNIT 2<br>PHILADELPHIA, PA 19122 | RAJIDIVYA VISWANATHAN, MD<br>1000 S BROAD ST, APT 501<br>PHILADELPHIA, PA 19146 | REBECCA ALMS, DO<br>108 LEVERING ST<br>PHILADELPHIA, PA 19127 |
| REBECCA MCINTOSH, MD<br>1648 S LAWRENCE ST<br>PHILADELPHIA, PA 19148 | RHEA DANIEL, MD<br>171 GRAPE ST<br>PHILADELPHIA, PA 19127 | RINA DESAI, MD<br>1106 WALLACE ST<br>PHILADELPHIA, PA 19123 |
| ROMA RAJPUT, MD<br>1400 SPRING GARDEN ST<br>PHILADELPHIA, PA 19130 | SAMANTHA PAGLINCO, DO<br>2627 E DAUPHIN ST<br>PHILADELPHIA, PA 19125 | SANDRA JIMENEZ, MD<br>633 W RITTENHOUSE ST, APT B 803<br>PHILADELPHIA, PA 19144 |
| SARAH GREWAL, DO<br>2007 GREEN ST<br>PHILADELPHIA, PA 19130 | SARAH LOWRY, MD<br>231 N 3RD ST, APT 504<br>PHILADELPHIA, PA 19106 | SCOTT OH, DMD<br>3945 CHESTNUT ST<br>PHILADELPHIA, PA 19104 |
| SHAHFAR KHAN, MD<br>8114 GERMANTOWN AVE<br>PHILADELPHIA, PA 19118 | SHARI ORENSTEIN, MD<br>2323 RACE ST<br>PHILADELPHIA, PA 19103 | SHARYU KRISHNAKUMAR, MD<br>901 N PENN ST<br>PHILADELPHIA, PA 19123 |
| SHAYNA DOOLING, MD<br>138 E ST<br>PHILADELPHIA, PA 19127 | SINEM SAKARCAN, MD<br>1740 OLD GULPH RD<br>VILLANOVA, PA 19085 | SNEHA TOLIA, DO<br>44 JANI COURT<br>CLIFTON, NJ 07013 |

| | | |
|---|---|---|
| SONIA JOHN, MD<br>300 ALEXANDER COURT, UNIT 503<br>PHILADELPHIA, PA 19103 | SONIKA SHAH, DMD<br>100 N 17TH ST, APT 1502<br>PHILADELPHIA, PA 19103 | SOPHIA BAIG, MD<br>410 MILL GROVE DR<br>AUDUBON, PA 19403 |
| SOPHIA GAUTHIER, MD<br>3900 CITY AVE<br>PHILADELPHIA, PA 19131 | STRADLEY RONAN STEVENS & YOUNG LLP<br>ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE, SUITE 2000<br>NEW YORK, NY 10017 | SUJUNG KIM, MD<br>26 LANTERN LANE<br>CHERRY HILL, NJ 08002 |
| SUZANNA SELLARS, DO<br>218 ARCH ST, STE 502<br>PHILADELPHIA, PA 19106 | TARA IYENGAR, MD<br>121 N 2ND ST<br>PHILADELPHIA, PA 19106 | THERESA WELGS, MD<br>147 OLD GULPH RD<br>WYNNEWOOD, PA 19096 |
| UMA RAMA, MD<br>2411 KESSINGTON AVE, APT 307<br>PHILADELPHIA, PA 19125 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: CIVIL DIVISION<br>1100 L ST, NW, 10030<br>WASHINGTON, DC 20005 | UNITED STATES DEPTARMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |
| VICTORIA GANDARILLAS, DMD<br>901 N PENN ST, UNIT P506<br>PHILADELPHIA, PA 19123 | VINEET BHANDAR, MD<br>1871 CASSEL RD<br>LANSDALE, PA 19446 | VIRGINIA SAURMAN, DO<br>225 ARCH ST, UNIT 41<br>PHILADELPHIA, PA 19106 |
| WELLINGTON DAVIS, III, MD<br>3447 SUNNYSIDE AVE<br>PHILADELPHIA, PA 19129 | YOUCK JEN SIU NAVARRO, MD<br>317 N BRD ST 519<br>PHILADELPHIA, PA 19107 | ZACHARY MILLER, MD<br>1515 MANOA RD<br>WYNNEWOOD, PA 19096 |

Parties Served: 150