# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| CENTER CITY HEALTHCARE, LLC d/b/a ) HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] ) ) | Case No. 19-11466 (KG) |
| ) | Jointly Administered |
| ) |  |
| Debtors. ) | **Re: Docket Nos. 830, 836, 837, 849 and 876** |
| ) |  |

## CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER (I) EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4), AND (B) NO OBJECTION TO SAME

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On October 9, 2019, the *Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [Docket No. 830] (the "**Motion**") was filed with the Court.

2. On October 10, 2019, the Court entered an Order permitting shortened notice of the Motion [Docket No. 836].

3. Pursuant to the notice of the Motion [Docket No. 837], and consistent with the Order granting shortened notice, objections to the Motion were to be filed by October 17, 2019 at 12:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

4. Prior to and shortly following the Objection Deadline: (i) PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH Wood Street Garage, LLC (collectively, the "**Master Landlords**") filed a reservation of rights in response to the Motion [D.I. 849] (the "**Reservation of Rights**"); and (ii) Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC and Broad Street Healthcare Properties, LLC (together, the "**Non-Debtor Lessors**") filed a limited objection and reservation of rights in response to the Motion [D.I. 876] (the "**Limited Objection**").  No other formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5. The Debtors have engaged in discussions with the Master Landlords and the Non-Debtor Lessors and have reached agreement on revisions to the original proposed order attached to the Motion (the "**Original Proposed Order**") in resolution of the Reservation of Rights and the Limited Objection.

6. Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates the agreed-upon changes (the "**Revised Order**").  Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

7. The Debtors have confirmed that the Revised Order is acceptable to counsel to the Master Landlords and the Non-Debtor Lessors.

[remainder of page left intentionally blank]

8. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: October 24, 2019  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7700
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*