# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re:  Docket No. 896** |

## NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR OCTOBER 25, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[3,4]

**CONTINUED MATTERS:**

1. Debtors' Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 804; filed: 10/02/19]

    Response Deadline:  October 16, 2019 at 4:00 p.m.  Extended to October 28, 2019 at 4:00 p.m. for Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC.

    Responses Received:

    A. Statement in Response to Motion filed by MidCap Funding IV Trust, acting in its capacity as administrative agent for MidCap Funding IV Trust and MidCap Financing Trust (successor-by-assignment to MidCap Funding H Trust) [D.I. 820; filed: 10/04/19]

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]  **All Amended Agenda items appear in bold.**

[3]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[4]  Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

Related Documents:

A. Notice of Appeal Under 28 U.S.C. § 158(a)(1) and Statement of Election [D.I. 803; filed: 10/02/19]

B. Order on Debtors' Motion for Expedited Consideration [D.I. 811; signed and docketed: 10/03/19]

C. Notice of Hearing [D.I. 813; filed: 10/03/19]

Status: This matter is continued to the hearing scheduled for November 4, 2019 at 9:30 a.m.

**WITHDRAWN MATTER:**

2. Motion for Payment of Administrative Expenses (Trustees of the Benefit Fund for Hospital and Health Care Employees Philadelphia and Vicinity and the Trustees of the Pension Fund for Hospital and Health Care Employees Philadelphia and Vicinity) [D.I. 502; filed: 08/16/19]

   Response Deadline: August 30, 2019 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection to Motion for Payment of Administrative Expenses [D.I. 619; filed: 08/30/19]

   Related Documents:

   A. Notice of Withdrawal of Motion for Payment of Administrative Expenses [D.I. 885; filed: 10/20/19]

   Status: This motion has been withdrawn.

3. Motion of Urology for Children, LLC to Extend Objection Deadline [D.I. 717; filed: 09/13/19]

   Responses Deadline: September 20, 2019 at 4:00 p.m. Extended to October 14, 2019 at 4:00 p.m. for the Debtors.

   Responses Received: None

   Related Documents:

   A. Order Granting Motion to Shorten Notice with Respect to Motion of Urology for Children, LLC to Extend Objection Deadline [D.I. 723; signed and docketed: 09/16/19]

  B.  Notice of Withdrawal of Motion [D.I. 797; filed: 09/30/19]

  <u>Status</u>: On September 30, 2019, the Movant withdrew this motion.

**RESOLVED MATTERS:**

4. Motion of Global Neurosciences Institute, LLC for Reconsideration of and/or to Vacate Order Rejecting Services Agreement [D.I. 652; filed: 09/05/19]

 <u>Responses Deadline</u>:  September 17, 2019 at 4:00 p.m.  Extended to October 16, 2019 at 4:00 p.m. for the Debtors.

 <u>Responses Received</u>:  Informal response from the Debtors

 <u>Related Documents</u>:

  A.  Certification of Counsel Regarding Proposed Order Resolving Motion of Global Neurosciences Institute, LLC for Reconsideration of and/or to Vacate Order Rejecting Services Agreement [D.I. 856; filed: 10/15/19]

  B.  Order Regarding Motion of Global Neurosciences Institute, LLC for Reconsideration of and/or to Vacate Order Rejecting Services Agreement [D.I. 864; signed and docketed: 10/16/19]

 <u>Status</u>: On October 16, 2019, the Court entered an order resolving this motion.

5. Official Committee of Unsecured Creditors' Motion for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to July 15, 2019 [D.I. 737; filed: 09/19/19]

 <u>Responses Deadline</u>:  October 3, 2019 at 4:00 p.m.

 <u>Responses Received</u>:  None

 <u>Related Documents</u>:

  A.  Certification of No Objection [D.I. 843; filed: 10/10/19]

  B.  Order Granting Official Committee of Unsecured Creditors' Motion for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to July 15, 2019 [D.I. 854; signed and docketed: 10/15/19]

 <u>Status</u>: On October 15, 2019, the Court entered an order approving this motion.

6.     Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions [D.I. 780; filed: 09/24/19]

    <u>Responses Deadline</u>:  October 8, 2019 at 4:00 p.m.

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

    A.     Certification of No Objection [D.I. 832; filed: 10/09/19]

    B.     Order Extending the Time Period Within Which the Debtors May Remove Actions [D.I. 840; signed and docketed: 10/10/19]

    <u>Status</u>: On October 10, 2019, the Court entered an order approving this motion.

**MATTER GOING FORWARD:**

7.     Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresident Real Property Pursuant to 11 U.S.C. § 365(d)(4) [D.I. 830; filed: 10/09/19]

    <u>Responses Deadline</u>:  October 17, 2019 at 12:00 p.m.

    <u>Responses Received</u>:

    A.     Master Landlords' Reservation of Rights [D.I. 849; filed: 10/14/19]

    B.     Limited Objection and Reservation of Rights of the Non-Debtor Lessors (*Front Street Healthcare Properties, LLC and Front Street Healthcare Properties II, LLC*) [D.I. 876; filed: 10/17/19]

    <u>Related Documents</u>:

    A.     Order Granting Motion to Shorten Notice of Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresident Real Property Pursuant to 11 U.S.C. § 365(d)(4) [D.I. 836; signed and docketed: 10/10/19]

    B.     Notice of Hearing [D.I. 837; filed: 10/10/19]

    C.     **Certification of Counsel Regarding (A) Revised Proposed Order (I) Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4), and (B) No Objection to Same [D.I. 901; filed: 10/24/19]**

**Status: On October 24, 2019, the Debtors filed a certification of counsel regarding the motion. Accordingly, no hearing is necessary unless the Court has questions or concerns.**

| | |
|---|---|
| Dated: October 24, 2019 | **SAUL EWING ARNSTEIN & LEHR LLP** |

By: */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*