# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*<br><br>                       Appellants,<br><br>v.<br><br>TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC,<br><br>                       Appellees. | BAP 19-54<br><br>C.A. No. 19-cv-01858-RGA |

## APPELLEES' COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL FILED BY THE DEBTORS

Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC (collectively, the "Appellees") respectfully file this counter-designation of additional items to be included in the record on the appeal filed by Center City Healthcare, LLC d/b/a Hahnemann University Hospital and its affiliated debtors and debtors in possession (collectively, the "Appellants") on October 3, 2019 from the *Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* [Bankr. D.I. 733] entered on September 19, 2019 in above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"). The Appellees respectfully reserve the right to supplement and/or amend the record on appeal designated herein.

I.      **Items Counter-Designated from the Docket in the Bankruptcy Case**

The Appellees counter-designate the following items from the docket in the Bankruptcy Case:

| Date | Docket No. | Description |
|---|---|---|
| N/A | N/A | Tenet Exhibit 5 from Bankruptcy Court Hearing of August 19, 2019 - Statement of Work (Exhibit B-1) subject to terms and conditions of the Master Services Agreement - a copy of which is attached hereto as **Exhibit O** |
| N/A | N/A | Tenet Exhibit 6 from Bankruptcy Court Hearing of August 19, 2019 - Statement of Work (Exhibit B-2) subject to terms and conditions of the Master Services Agreement - a copy of which is attached hereto as **Exhibit P** |
| N/A | N/A | Tenet Exhibit 9 from Bankruptcy Court Hearing of August 19, 2019 - Project Liberty Post-Close Legal Entity Organization Chart - a copy of which is attached hereto as **Exhibit Q** |
| | | Appellees designate any exhibit, document, pleading or docket item designated or identified by another party |

Dated:  October 24, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
          tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
Stephen C. Hackney, P.C. (*admitted pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Nicholas F. Wasdin (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    stephen.hackney@kirkland.com
          gregory.pesce@kirkland.com
          nick.wasdin@kirkland.com

-and-

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    nicole.greenblatt@kirkland.com

*Counsel to Appellees Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*