**Exhibit O**

(Under Seal)