**Exhibit P**

(Under Seal)