**Exhibit Q**

(Under Seal)