# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br>　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*<br>　　　　　Appellants,<br>v.<br>TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC,<br>　　　　　Appellees. | BAP 19-54<br><br>C.A. No. 19-cv-01858-RGA |

## CERTIFICATE OF SERVICE

　　　I, Laura Davis Jones, hereby certify that on the 24th day of October, 2019, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Appellees' Counter-Designation of Additional Items to be Included in Record on Appeal Filed by the Debtors**

　　　　　　　　　　　　　　　　　　　　　*/s/ Laura Davis Jones*
　　　　　　　　　　　　　　　　　　　　　Laura Davis Jones (DE Bar No. 2436)

---

[1]　　　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

CCH – Service List re District Court Appeal
Case No. 19-1858-RGA
Document No. 225948
01 – Hand Delivery
01 – First Class Mail


**<u>Hand Delivery</u>**
(Counsel to the Debtors/Appellants)
Mark Minuti, Esquire
Monique B. DiSabatino, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE  19801

**<u>First Class Mail</u>**
(Counsel to the Debtors/Appellants)
Jeffrey C. Hampton, Esquire
Adam H. Isenberg, Esquire
Aaron S. Applebaum, Esquire
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102