# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Objection Deadline: November 8, 2019 at 4:00 p.m. (EST)** |
| | ) **Hearing Date: November 19, 2019 at 10:00 a.m. (EST)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 25, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of the Debtors for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **November 8, 2019 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 19, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 25, 2019    **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
  Mark Minuti (DE Bar No. 2659)
  Monique B. DiSabatino (DE Bar No. 6027)
  1201 N. Market Street, Suite 2300
  P.O. Box 1266
  Wilmington, DE 19899
  Telephone: (302) 421-6840
  Fax: (302) 421-5873
  mark.minuti@saul.com
  monique.disabatino@saul.com

    -and-

  Jeffrey C. Hampton
  Adam H. Isenberg
  Melissa A. Martinez
  Centre Square West
  1500 Market Street, 38th Floor
  Philadelphia, PA 19102
  Telephone: (215) 972-7777
  Fax: (215) 972-7725
  jeffrey.hampton@saul.com
  adam.isenberg@saul.com
  melissa.martinez@saul.com

  *Counsel for Debtors and Debtors in Possession*