# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, ) | |
| *et al.*,[1] ) | Joint Administration Requested |
| ) | |
| Debtors. ) | Re: Docket No. 878 |
| ) | |

**STATEMENT AND RESERVATION OF RIGHTS IN RESPONSE TO MOTION OF MASTER LANDLORDS FOR ENTRY OF AN ORDER (A) ALLOWING ADMINISTRATIVE CLAIMS, AND (B) COMPELLING DEBTORS (I) TO PAY POSTPETITION RENT AND OTHER OBLIGATIONS UNDER MASTER LEASES AND (II) TO COORDINATE WITH MASTER LANDLORDS REGARDING REJECTION OF MASTER LEASES AND SURRENDER OF PREMISES**

MidCap Funding IV Trust, acting in its capacity as administrative agent for MidCap Funding IV Trust and MidCap Financial Trust (successor-by-assignment to MidCap Funding H Trust), the Debtors' prepetition lenders (collectively, the "**Prepetition Agent**"), and MidCap Funding IV Trust (successor-by-assignment to MidCap Financial Trust), acting in its capacity as administrative agent for MidCap Funding IV Trust (successor-by-assignment to MidCap Financial Trust), the Debtors' post-petition DIP lender (collectively, the "**DIP Agent**", and together with the Prepetition Agent, "**MidCap**"), by and through its undersigned counsel, file

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

this Statement and Reservation of Rights in Response to the Motion of Master Landlords for Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) to Pay Postpetition Rent and other Obligations under Master Leases and (II) to Coordinate with Master Landlords Regarding Rejection of Master Leases and Surrender of Premises.  (D.I. 878, the "**Motion**").

## JURISDICTION

1. These matters constitute core proceedings under 28 U.S.C. § 157(b) and Rule 9013–1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATEMENT

2. On August 23, 2018 the Court entered a final order (the "**DIP Order**") authorizing Debtors to obtain postpetition financing from MidCap and to use the borrowings in accordance with the budget attached to the Court's Order at Exhibit 2 (the "**DIP Budget**").  (D.I. 557).

3. The DIP Budget contains an itemized list of budgeted expenses that include, among other things, rent.  Specifically, the DIP Budget contemplated a $427,000 rent payment in August, a $350,000 rent payment in September, a $350,000 payment in October, and a $350,000 rent payment in November.

4. The DIP Order allows "the Debtors to use proceeds of the DIP Facility in accordance with, for the purposes of, and in the amounts set forth in, the DIP Budget, subject to a permitted variance of not more than ten percent (10%) with respect to aggregate expenditures . . ."  (D.I. 557 at p. 5).

5. To date, HSRE-PAHH I, LLC, PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Feinstein MOB, LLC, PAHH Erie Street Garage, LLC, and PAHH Broad Street MOB, LLC (collectively, the "**Master Landlords**") have not filed any objections claiming that the amounts allocated for rent in the DIP Budget are not sufficient.

6. Now, irrespective of the amounts allocated in the DIP Budget, Master Landlords demand that Debtors pay an unidentified amount of rent within three days.

7. MidCap is not obligated to fund (and will not fund) any amount beyond what was allocated for in the DIP Budget and permitted under the First Priority Secured Priming Super-Priority Debtor in Possession Credit and Security Agreement (as amended by that certain Amendment No. 1 to First Priority Secured Priming Super-Priority Debtor in Possession Credit and Security Agreement dated August 26, 2019).

8. MidCap nevertheless encourages the Master Landlords and Debtors to cooperate with each other regarding a transition plan for the transfer of the hospitals.

9. With cooperation between Debtors and Master Landlords, the goals of these proceedings may continue to be realized and Master Landlords will be able to purse their administrative claims.

**RESERVATION OF RIGHTS**

10. MidCap reserves all rights to supplement this Statement once sufficient information and notice is provided. MidCap also expressly reserves its rights to raise objections to any amounts of rent that are being demanded beyond the amounts provided for in the DIP Budget.

Dated: October 28, 2019

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1279
Wilmington, DE 19801
Telephone: (302) 295-4856
Facsimile: (302) 295-4801
Email: jpolesky@stradley.com

OF COUNSEL

Gretchen M. Santamour (*pro hac vice*)
Deborah Reperowitz (*pro hac vice*)
Mark J. Dorval (*pro hac vice*)
Joseph W. Catuzzi (*pro hac vice*)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (302) 295-4856
Facsimile: (302) 295-4801

Kathryn L. Stevens (*pro hac vice*)
David L. Kane (*pro hac vice*)
Vedder Price
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609 7803

*Attorneys for creditors MidCap Funding IV Trust*

**CERTIFICATE OF SERVICE**

I, Joelle E. Polesky, Esquire certify that on October 28, 2019, I caused to be filed a true and correct copy of the *Statement and Reservation of Rights in Response to the Motion of Master Landlord for Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) to Pay Postpetition Rent and other Obligations under Master Leases and (II) to Coordinate with Master Landlords Regarding Rejection of Master Leases and Surrender of Premises* with the United States Bankruptcy Court for the District of Delaware via the CM/ECF system, and caused a copy of to be served via electronic means on all parties that have requested service of process in this case.

I further certify that on October 28, 2019 I caused a true and correct copy of *Statement and Reservation of Rights in Response to the Motion of Master Landlord for Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) to Pay Postpetition Rent and other Obligations under Master Leases and (II) to Coordinate with Master Landlords Regarding Rejection of Master Leases and Surrender of Premises* to be served via first class, United States mail, postage pre-paid on the following:

Matthew R. Brooks
Troutman Sanders LLP
600 Peachtree Street NE
Suite 5200
Atlanta, GA 30308

Douglas Carlson
Douglas Carlson LLC
330 N. Wabash
#3300
Chicago, IL 60611

Richard A. Chesley
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606

Louis Curcio
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Jeffrey Cutler
PO Box 2806
York, PA 17405

Nicole L. Greenblatt
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Stephen C. Hackney
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Phillip Khezri
Arent Fox LLP
1301 Avenue of the Americas
New York, NY 10019

Suzanne Koenig
SAK Management Services, LLC
300 Saunders Road, Suite 300
Riverwoods, IL 60015

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center
Suite 200
King of Prussia, PA 19046

Mitchell Malzberg
Law Offices of Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
PO Box 5122
Clinton, NJ 08809

Rachel Jaffe Mauceri
Morgan Lewis Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Lawrence G. McMichael
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Jessica Mikhailevich
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA 91367

Gregory Francis Pesce
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Lisa M. Rhode
Office of Attorney General
1600 Arch Street
Suite 300
Philadelphia, PA 19103

Phillip D. Berger
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA 19010

Kelly Ann Cody
Self Inc. Womens Shelter
1305 W. Susquehanna Ave.
Philadelphia, PA 19122

Med One Capital Funding, LLC
c/o Ray Quinney & Nebeker, P.C.
36 South State Street
14th Floor
Salt Lake City, UT 84111
Attn.: David H. Leigh

Tracy M. Ohm
Stinson LLP
1150 18th Street N.W.
Suite 800
Washington, DC 20036

Oscar N. Pinkas
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Ira Neil Richards
David Smith
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103-7286

Shades of Green, Inc.
1777 South Pennsylvania Avenue
Morrisville, PA 19067

William J. Wickward Jr.
2179 East Lyon Station Road
Creedmoor, NC 27522

/s/ Joelle E. Polesky
Joelle E. Polesky (ID No. 3694)

4310576