**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11466 (KG)<br><br>(Jointly Administered)<br><br>**Objections Due: November 19, 2019 at 4:00 p.m. ET** |

**NOTICE OF FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 22, 2019 THROUGH AUGUST 31, 2019**

PLEASE TAKE NOTICE THAT on October 29, 2019, Berkeley Research Group, LLC ("Berkeley Research Group"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 22, 2019 through August 31, 2019 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 2, 2019 [D.I. 341] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than November 8, 2019 at 4:00 p.m. (prevailing Eastern time), (the "Objection Deadline"): (a) the Debtors, Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102 (Attn: Allen Wilen, CRO); (b) Counsel to the Debtors, Saul Ewing Arnstein & Lehr LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 19801 (Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.) and 1500 Market Street, 38th Floor, Philadelphia, PA 19102 (Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg, Esq.); (c) Counsel to the Committee, Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102 (Attn: Andrew H. Sherman, Esq. and Boris I. Mankovetskiy, Esq.) and Fox Rothschild LLP, 919 N. Market Street, Suite 300, Wilmington, DE 19899-2323 (Attn: Thomas M. Horan); (d) the Office of the United States Trustee, District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.); and (e) Counsel to the DIP Agent, Stradley, Ronon, Stevens, & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103 (Attn: Gretchen M. Santamour, Esq.) and 1000 N. West Street, Suite 1279, Wilmington, DE 19801 (Attn: Joelle E. Polesky, Esq.).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Compensation Order, upon expiration of the Objection Deadline, if a Notice of Objection has not been served with respect to the Application, Berkeley Research Group may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application. After a CNO is filed, the Debtors are authorized and directed to pay Berkeley Research Group an amount the "Actual Monthly Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"). If a Notice of Objection was timely filed and received and

remains unresolved, the Debtors are authorized and directed to pay Berkeley Research Group an amount (the "<u>Reduced Monthly Payment</u>") equal or lessor of (i) the Maximum Monthly Payment and (ii) 80% of fees and 100% of the expenses not subject to a Notice of Objection.

Dated: October 29, 2019

**FOX ROTHSCHILD LLP**

<u>*/s/ Thomas M. Horan*</u>
Thomas M. Horan (DE No. 4641)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
E-mail: thoran@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
                                       :

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 19-11466 (KG) |
| CENTER CITY HEALTHCARE, LLC d/b/a | : Jointly Administered |
| HAHNEMANN UNIVERSITY HOSPITAL, | : |
| *et al.*,[1] | : <u>**Objection Deadline:**</u> November 19, 2019 at 4:00 p.m. (ET) |
| Debtors | : <u>**Hearing Date:**</u> Scheduled only as necessary |

--------------------------------------------------------X

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 22, 2019 THROUGH AUGUST 31, 2019**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("the <u>Committee</u>") |
| Date of Retention: | September 4, 2019 *nunc pro tunc* to July 22, 2019 |
| Period for which Compensation and reimbursement is sought: | July 22, 2019 through August 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $146,322.00 (80% of $182,902.50)[2] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Pursuant to *Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors nunc pro tunc to July 22, 2019,* **for** purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "<u>Blended Hourly Rate</u>") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged. Accordingly, we have reduced our fees for the First Monthly Fee Period by $31,328.00 as indicated on <u>Attachment A: Fees By Professional</u>.

Amount of expense reimbursement sought as      $2,411.76[3]
actual, reasonable and necessary:

This is an:    _x_ monthly    ___ interim    ___ final application

The total time expended for fee application preparation is approximately 17.6 hours and the corresponding compensation requested is approximately $4,350.00.

**Table A - Prior Monthly Applications Filed:**

| Application | | Requested | | Approved | | CNO |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | 100% Total Fees | 100% Expenses | 80% Fees | 100% Expenses | Date Filed/ Docket No. |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a |

---

[3] The date listed for expenses contained in <u>Exhibit B: Expense Detail</u> does not necessarily reflect the date on which the expense was actually incurred by Applicant.



**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

## Berkeley Research Group, LLC

**Attachment A: Fees By Professional**

For the Period 7/22/2019 through 8/31/2019

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Cowie | Director | $715.00 | 139.4 | $99,671.00 |
| A. Jiang | Consultant | $415.00 | 167.3 | $69,429.50 |
| C. Kearns | Managing Director | $1,050.00 | 19.4 | $20,370.00 |
| E. Lord | Associate | $250.00 | 1.1 | $275.00 |
| H. Miller | Managing Director | $895.00 | 22.5 | $20,137.50 |
| J. Blum | Case Assistant | $150.00 | 2.9 | $435.00 |
| M. Haverkamp | Case Manager | $250.00 | 14.4 | $3,600.00 |
| N. Lee | Case Assistant | $125.00 | 2.5 | $312.50 |
| **Total** | | | **369.5** | **$214,230.50** |
| **Agreed Upon Discount** | $495 Maximum Blended Rate | | | **($31,328.00)** |
| **Total Requested Fees** | | | | **$182,902.50** |
| **Blended Rate** | | | | **$495.00** |

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Task Code**

For the Period 7/22/2019 through 8/31/2019

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 41.9 | $30,389.00 |
| 04. DIP Financing | 52.5 | $34,182.00 |
| 05. Professional Retention Fee Application Preparation | 17.6 | $4,350.00 |
| 06. Attend Hearings/Related Activities | 9.8 | $7,313.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 18.4 | $11,116.00 |
| 08. Interaction/Meetings with Creditors | 9.5 | $7,948.00 |
| 09. Employee Issues/KEIP | 62.9 | $34,561.00 |
| 14. Executory Contracts/Leases | 3.2 | $1,328.00 |
| 15. Travel Time | 2.7 | $1,804.50 |
| 17. Analysis of Historical Results | 55.3 | $32,238.50 |
| 18. Operating and Other Reports | 16.9 | $7,013.50 |
| 19. Cash Flow/Cash Management Liquidity | 78.8 | $41,987.00 |
| **Total** | **369.5** | **$214,230.50** |
| **Agreed Upon Discount**  $495  **Maximum Blended Rate** | | **($31,328.00)** |
| **Total Requested Fees** | | **$182,902.50** |
| **Blended Rate** | | **$495.00** |

**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

**BRG**

**Berkeley Research Group, LLC**

**Attachment C: Expenses By Category**

For the Period 7/22/2019 through 8/31/2019

| Expense Category | Amount |
| --- | --- |
| 01. Travel - Airline | $369.30 |
| 02. Travel - Train and Bus | $1,263.00 |
| 03. Travel - Taxi | $162.13 |
| 07. Travel - Parking | $20.00 |
| 08. Travel - Hotel/Lodging | $400.34 |
| 10. Meals | $47.99 |
| 11. Telephone, Fax  and Internet | $149.00 |
| **Total Expenses for the Period 7/22/2019 through 8/31/2019** | **$2,411.76** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : Case No. 19-11466 (KG) |
| CENTER CITY HEALTHCARE, LLC d/b/a | : Jointly Administered |
| HAHNEMANN UNIVERSITY HOSPITAL, | : |
| *et al.*,[1] | : <u>Objection Deadline</u>: November 19, 2019 at 4:00 p.m. (ET) |
| Debtors | : <u>Hearing Date</u>: Scheduled only as necessary |

-----------------------------------------------------------X

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM JULY 22, 2019 THROUGH AUGUST 31, 2019**

Berkeley Research Group, LLC ("<u>BRG</u>") financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), hereby submits its first (the "<u>Application</u>") for an order pursuant to sections 105(a), 330 and 331 chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "<u>Local Rules</u>"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "<u>Interim Compensation Order</u>"), [Dkt #341] entered August 2, 2019, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period July 22, 2019 through August 31, 2019 (the "Fee Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee.  In support of this Application, BRG represents as follows:

<strong><u>JURISDICTION</u></strong>

1.    The United States Bankruptcy Court for the District of Delaware (the "Court') has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2) (A) and the Committee confirms their consent pursuant to Local Rule 9013-l(f) to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory bases for the relief requested herein are sections 105(a), 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.      On June 30, 2019 and July 1, 2019 (together the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Cases") with the Court. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Patient Care Ombudsman was appointed by the U.S. Trustee on July 3, 2019. No trustee or examiner has been appointed in these Cases.

4.      The Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's Order Directing Joint Administration of the Debtors' Chapter 11 Cases (Dkt. No. 70), entered on July 2, 2019.

5.      On July 15, 2019 (the "Formation Date"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed seven of the Debtors' unsecured creditors to serve as members of the Committee. The Committee is presently comprised of the following members: (i) Conifer Revenue Cycle Solutions, LLC, (ii) Medline Industries, Inc., (iii) Veolia Energy Philadelphia, Inc., (iv) Medtronic USA, Inc., (v) Crothall Healthcare, Inc., (vi) Global Neurosciences Institute, LLC, and (vii) Pennsylvania Association of Staff Nurses and Allied Professionals.

6.      On July 22, 2019, the Committee selected BRG to serve as its financial advisor. The Committee has also selected Sills Cummis & Gross P.C. ("Sills") and Fox Rothschild LLP ("Fox") to serve together as its counsel ("Counsel"). On September 4, 2019, the Court entered an order (Docket No. 638) approving BRG's retention *nunc pro tunc* to July 22, 2019.

## FEE PROCEDURES ORDER

7.      On August 2, 2019, this Court signed the Interim Compensation Order. Pursuant to the Interim Compensation Order, no earlier than the fifteenth (15) day of each full calendar month (the "Fee Filing Period") following the month for which compensation and reimbursement is sought (the "Compensation Period"), each Professional seeking interim compensation may file with the Court a monthly application (each a "Monthly Fee Application") pursuant to section 331 of the Bankruptcy Code for interim approval and allowance of compensation for services rendered and reimbursement of expenses during the Compensation Period. Each Notice Party shall have twenty (20) days after service of a Monthly Fee Application to review the Monthly Fee Application and object thereto (the "Objection Deadline"). Upon the expiration of the Objection Deadline: (i) if no objections have been filed, the Professional shall file a certificate of no objection and the Debtors shall then be authorized and directed to pay such Professional eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee  Application (the "Maximum Monthly Payment") or (ii) if an objection to a Monthly Fee Application has been filed, the Professional shall be entitled to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses (the "Actual Monthly Payment") not subject to that objection.

## SUMMARY OF SERVICES RENDERED

8.      BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has

rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

9.      Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates.  BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

10.     BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered.  As discussed and agreed to with the Committee, for purposes of this engagement, in the event that BRG's total fees divided by actual hours charged (the "Blended Hourly Rate") exceeds $495 per hour, we will lower our fees by the amount the Blended Hourly rate exceeds $495 per hour multiplied by the actual hours charged.

11.     BRG expended an aggregate of 369.5 hours, substantially all of which was expended by the professional staff of BRG.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The staff of the Debtors or their advisors has been utilized where practical and prudent.

5

12.     BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

13.     BRG's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost.  In addition, BRG's per diem rates for professionals of comparable experience, before the Blended Hourly Rate discount BRG agreed to in this proceeding, are at or below those of firms we consider our competitors.  We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

14.     Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.  Additionally, because of the experience of BRG's professionals, in many instances only three or fewer BRG representatives attended meetings, hearings, or conference calls or performed specific functions.

15.     No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among members and employees of BRG regarding the sharing of revenue or compensation.  Neither BRG nor any of its members or employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

16.     BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred.

17.     BRG's time records for the Fee Period are attached hereto as **Exhibit A**. These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

18.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.   An itemized schedule of expenses within each category, including description, incurred in connection with the Cases and the amounts for which reimbursement is requested is annexed hereto as **Exhibit B**.

19.     The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours, before the agreed upon discount, is set forth below.

### Asset Acquisition/ Disposition – Task Code 01

20.     Time charged to this task code primarily relates to the sale process, including reviewing the sale and bid procedures motions, attending the Residency Program asset sale auction and analyzing subsequent objections, and participating in calls with Counsel, CMS expert, and Debtors' other professionals including their financial advisor, EisnerAmper, and investment banker, SSG Advisors, LLC.

21.     BRG has expended 41.9 hours on this category for a fee of $30,389.00.

### DIP Financing – Task Code 04

22.     Time charged to this task code relates to the Debtors' DIP financing, including review of DIP Budgets and related liquidity based upon underlying assumptions, analysis of the draft and final DIP Orders and objection thereto, development of reports for Counsel and the Committee with respect to the DIP financing, and participation in meetings and calls with Counsel, the Debtors, their professionals, the DIP Lender, the professionals representing the secured lenders, and the Official Committee of Unsecured Creditors, related thereto.

23.    BRG has expended 52.5 hours on this category for a fee of $34,182.00.

**Professional Retention/ Fee Application Preparation – Task Code 05**

24.    Time charged to this task code relates to the preparation of BRG's retention documents, including preparing BRG's retention application and declaration, and its first monthly fee application.

25.    BRG has expended 17.6 hours on this category for a fee of $4,350.00.

**Attend Hearings/ Related Activities – Task Code 06**

26.    Time charged to this task code relates to BRG's attendance at the court hearing on bid procedures and the DIP hearing.

27.    BRG has expended 9.8 hours on this category for a fee of $7,313.00.

**Interaction/ Meetings with Debtors/ Counsel – Task Code 07**

28.    Time charged to this task code primarily relates to BRG's participation in meetings and correspondence with the Debtors, Debtors' Counsel, and the Debtors' other advisors with respect to the DIP Budget, case updates and sale process, as well as participation in on-site meetings with the Debtor's financial advisors.

29.    BRG has expended 18.4 hours on this category for a fee of $11,116.00.

**Interaction/ Meetings with Creditors – Task Code 08**

30.    Time charged to this task code relates to BRG's communications and conference calls with the Committee and Counsel (Sills Cummis) to discuss various analyses and presentation materials prepared by BRG for the Committee, as well as correspondence related to: (i) the sale process and information requests, (ii) DIP related issues, including possible DIP objection, (iii) case motions, and (iv) providing legal and financial updates on the status of the case, case issues and next steps.

31.     BRG has expended 9.5 hours on this category for a fee of $7,948.00.

### Employee Issues/ KEIP – Task Code 09

32.     Time charged to this task code primarily relates to BRG's analysis of the Debtors' proposed key employee incentive plan ("KEIP") and the preparation of various analyses necessary to adequately support the reasonableness of the proposed plan.

33.     Specific tasks performed in this category include (i) developing a group of comparable KEIP and KERP plans to evaluate the terms of the Debtors' plan, (ii) analyzing the terms, including market corporations, amounts and payment structure, of the comparable KEIP and KERP plans, (iii) drafting a KEIP presentation for the Committee, and (iv) participation in meetings/ calls with Counsel, Debtors, Debtors' financial advisor's regarding KEIP and KERP case issues.

34.     BRG has expensed 62.9 hours on this category for a fee of $34,561.00.

### Executory Contracts/ Leases– Task Code 14

35.     Time charged to this task code relates to BRG's review of lease documents related to real property of the Debtors.

36.     BRG has expended 3.2 hours on this category for a fee of $1,328.00.

### Travel Time – Task Code 15

37.     Time charged to this task code primarily relates to travel time, charged at 50%, to/ from on-site meeting with the Debtors' and their professionals.

38.     BRG has expended 2.7 hours on this category for a fee of $1,804.50.

### Analysis of Historical Results – Task Code 17

39.     Time charged to this task code relates to BRG's review of the Debtors' historical financial information and reporting to Counsel and the Committee thereon.

40.     Specific tasks performed in this category include (i) generating a comparison of financial statements from 2018, 2019 and the Accounts Receivables aging schedule of the Company/Debtor, (iii) analyzing cash flow and daily census figures for the 13-weeks prior to filing, (iv) reviewing documents provided to buyers for the St. Chris Hospital Sale and (v) evaluating the Debtor's historical operating performance.

41.     BRG has expended 55.3 hours on this category for a fee of $32,238.50.

### Operating and Other Reports – Task Code 18

42.     Time charged to this task code relates to BRG's preparation of schedules pertaining to real estate, leases, mortgages, and liens of other parties.  Additionally, BRG prepared summaries of the statements of financial affairs filed by the 14 Debtor companies.

43.     BRG has expended 16.9 hours on this category for a fee of $7,013.50

### Cash Flow/ Cash Management Liquidity – Task Code 19

44.     Time charged to this code primarily relates to monitoring the Debtors' actual cash flows and forecasts to determine the adequacy of liquidity and compliance with the DIP budget agreements.

45.     Specific tasks performed in this category include: (i) analysis of financial information, including 13-week forecast and variances, provided by Debtors' financial advisors, (ii) development of template for automated updated charts of 13-week cash flow analysis, (iii) weekly analysis of cash receipts compared to the DIP budget, and (iv) preparation for and participation in meetings/ calls with management, Counsel and advisors for the Debtors regarding the Debtors' liquidity and actual vs. budget results.

46.     BRG has expended 78.8 hours on this category for a fee of $41,987.00.

## ACTUAL AND NECESSARY EXPENSES

47.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $2,411.76, for which BRG respectfully requests reimbursement in full.

48.     The disbursements and expenses have been incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters.  Such expenses were often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands.  BRG has endeavored to minimize these expenses to the fullest extent possible.

49.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client.  BRG has endeavored to minimize these expenses to the fullest extent possible.

50.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service.  In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.  In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## <u>NOTICE AND NO PRIOR APPLICATION</u>

51.     Notice of this application has been given to (a) The Debtors; (b) counsel to the Debtors; (c) Counsel to the Committee; (d) The Office of the U.S. Trustee; and (e) Counsel for the DIP Agent. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

52.     With respect to these amounts, as of the date of the Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of this Page Intentionally Left Blank*]

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $182,902.50 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $2,411.76 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $148,733.76 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: 10/29/2019
         New York, NY

**BERKELEY RESEARCH GROUP, LLC**

 /s/ Christopher J. Kearns
Christopher J. Kearns
Managing Director
810 7th Ave., 41st Floor
New York, NY 10019
(212) 782-1409

Financial Advisor to the Official Committee of
Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
        :
In re        : Chapter 11
        : Case No. 19-11466 (KG)
CENTER CITY HEALTHCARE, LLC d/b/a    : Jointly Administered
HAHNEMANN UNIVERSITY HOSPITAL,    :
*et al.*,[1]        : **Objection Deadline:** November 19, 2019 at 4:00 p.m. (ET)
        Debtors    : **Hearing Date:** Scheduled only as necessary
---------------------------------------------------------X

## VERIFICATION

Christopher J. Kearns, pursuant to 28 U.S.C. § 1746, declares as follows:

a)      I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, and am authorized to submit this verification on behalf of BRG.

b)      I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") and am familiar with the work performed on behalf of the Committee by the professionals and other persons in the firm.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

d)       All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

e)       I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

f)       I certify under penalty of perjury that the foregoing is true and correct.

Executed on ____10/11/2019_____

_/s/ Christopher J. Kearns_____
Christopher J. Kearns

2

## Exhibit A



**CENTER CITY HEALTHCARE, LLC d/b/a**

**HAHNEMANN UNIVERSITY HOSPITAL et al**

## Berkeley Research Group, LLC

**Exhibit A: Time Detail**

For the Period 7/22/2019 through 8/31/2019

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 7/22/2019 | C. Kearns | 0.5 | Reviewed first day declaration. |
| 7/22/2019 | C. Kearns | 0.4 | Reviewed bid procedures motion for Hahnemann Hospital. |
| 7/23/2019 | H. Miller | 0.9 | Attended conference call with update on sale process with Counsel (A. Sherman, B. Mankovetskiy). |
| 7/23/2019 | C. Kearns | 0.8 | Participated in call with SSG Advisors, LLC (S. Victor) re: status of the sale process for Center City assets, Hahnemann Hospital and St. Chris Hospital. |
| 7/23/2019 | H. Miller | 0.8 | Participated in call with SSG Advisors, LLC (S. Victor) re: status of the sale process for Hahnemann Hospital and St. Chris Hospital. |
| 7/23/2019 | H. Miller | 0.8 | Reviewed and analyzed Resident Program objections by CMS. |
| 7/24/2019 | A. Jiang | 1.2 | Prepared timeline for sale of St. Christopher's Pediatric Urgent Care Center. |
| 7/25/2019 | H. Miller | 0.6 | Participated in call with SSG Advisors, LLC (T. Kohl, S. Victor) on the sale process update. |
| 7/25/2019 | H. Miller | 0.4 | Participated in call with CMS expert (H. Miller) re: Medicare reaction to bankruptcy. |
| 8/2/2019 | C. Kearns | 0.3 | Participated in two short calls with Counsel (A. Sherman) re: the DIP objection and status of asset sales. |
| 8/2/2019 | C. Kearns | 0.1 | Participated in short status call with SSG Advisors, LLC (S. Victor) re: asset sales and DIP. |
| 8/7/2019 | A. Cowie | 2.9 | Analyzed Residency Program asset sale bids. |
| 8/7/2019 | A. Jiang | 1.6 | Reviewed data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 8/7/2019 | A. Jiang | 0.8 | Conducted waterfall analysis on organizational structure, taking into account guarantees and mortgages. |
| 8/7/2019 | A. Cowie | 0.6 | Continued to analyze Residency Program asset sale bids. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 8/7/2019 | C. Kearns | 0.3 | Reviewed status of Hahnemann Hospital bids and next steps. |
| 8/7/2019 | C. Kearns | 0.2 | Participated in telecom with Counsel (A. Sherman) re: status of Residency Program auction. |
| 8/8/2019 | A. Cowie | 2.9 | Attended at Residency Program asset sale auction. |
| 8/8/2019 | A. Cowie | 2.9 | Continued to attend at Residency Program asset sale auction. |
| 8/8/2019 | A. Cowie | 2.9 | Continued to attend at Residency Program asset sale auction. |
| 8/8/2019 | A. Cowie | 2.9 | Continued to attend at Residency Program asset sale auction. |
| 8/8/2019 | A. Cowie | 1.3 | Continued to attend at Residency Program asset sale auction. |
| 8/8/2019 | C. Kearns | 0.6 | Monitored  Residency Program auction activity and results. |
| 8/8/2019 | C. Kearns | 0.3 | Participated in call during the auction with the UCC Committee and Counsel (A. Sherman, B. Mankovetskiy) re: bid status. |
| 8/8/2019 | C. Kearns | 0.2 | Reviewed Residency Program bid summary at beginning of the auction. |
| 8/9/2019 | H. Miller | 0.3 | Reviewed and analyzed Residency Program auction process and bids. |
| 8/9/2019 | C. Kearns | 0.2 | Considered potential liquidity bids in light of Residency Program auction results. |
| 8/12/2019 | A. Jiang | 1.3 | Reviewed court filings regarding asset sale and objection, including CMS objection and related information. |
| 8/12/2019 | A. Jiang | 0.7 | Reviewed newest documents uploaded to data room. |
| 8/12/2019 | C. Kearns | 0.3 | Considered sources and uses of Residency Program sale proceeds should it close. |
| 8/12/2019 | C. Kearns | 0.2 | Participated in call with Counsel (B. Mankovetskiy) re: DIP objection and issues to close the sale of resident slots. |
| 8/13/2019 | A. Jiang | 0.9 | Reviewed independent appraisals and valuation on St. Chris Hospital property. |
| 8/22/2019 | A. Cowie | 0.4 | Participated in call with SSG Advisors, LLC (S. Victor) in regard to sale process. |
| 8/27/2019 | H. Miller | 0.6 | Reviewed and analyzed the objections to the Resident Program sale. |
| 8/28/2019 | A. Cowie | 1.6 | Analyzed court filings in opposition to Residency Program sale. |
| 8/28/2019 | C. Kearns | 0.4 | Reviewed summary from SSG Advisors, LLC re: current status of St. Chris Hospital sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 8/29/2019 | A. Cowie | 2.8 | Analyzed court filings in opposition to Residency Program sale. |
| 8/29/2019 | A. Cowie | 1.4 | Analyzed alternate purchase offer for the Residency Program. |
| 8/29/2019 | A. Jiang | 0.4 | Reviewed court notice filed by KPC Global regarding interest in acquiring Hahnemann Hospital. |
| 8/30/2019 | A. Cowie | 2.9 | Analyzed court filings in opposition to Residency Program sale. |
| 8/30/2019 | C. Kearns | 0.3 | Emailed with Sills (A. Sherman) re: upcoming sale hearing including summary of CMS objection and KPC Global placeholder notice. |
| **Task Code Total Hours** | | **41.9** | |
| **04. DIP Financing** | | | |
| 7/22/2019 | A. Cowie | 0.9 | Participated in DIP discussion with EisnerAmper (A. Wilen). |
| 7/22/2019 | A. Cowie | 0.8 | Participated in DIP discussion with Counsel (B. Mankovetskiy). |
| 7/22/2019 | C. Kearns | 0.3 | Reviewed DIP budget and related information needs. |
| 7/23/2019 | H. Miller | 1.9 | Analyzed DIP forecast and evaluated receipts forecast. |
| 7/23/2019 | C. Kearns | 0.4 | Reviewed interim DIP and related list of issues prepared by Counsel. |
| 7/24/2019 | A. Cowie | 2.9 | Continued to prepare report for the Committee on the DIP and sales process. |
| 7/24/2019 | A. Cowie | 2.9 | Prepared report for the Committee on the DIP and sales process. |
| 7/24/2019 | H. Miller | 2.9 | Reviewed DIP budget methodology with Debtor's financial advisors, EisnerAmper (D. Ogilvy, A. Still, A. Wilen). |
| 7/24/2019 | A. Jiang | 2.3 | Evaluated total cost of DIP given the incremental liquidity provided. |
| 7/24/2019 | A. Jiang | 2.1 | Analyzed proposed terms of DIP offered by JMB Capital Partners Lending, LLC. |
| 7/24/2019 | A. Cowie | 2.1 | Continued to prepare report for the Committee on the DIP and sales process. |
| 7/24/2019 | A. Cowie | 1.1 | Participated in DIP forecast call with EisnerAmper (D. Ogilvy, A. Still). |
| 7/24/2019 | H. Miller | 0.9 | Analyzed DIP loan terms and cost of DIP relative to market parameters. |
| 7/24/2019 | A. Cowie | 0.8 | Participated in DIP discussion with Counsel (B. Mankovetskiy). |
| 7/24/2019 | A. Jiang | 0.8 | Prepared comparison of DIP terms with those of other recent cases. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **04. DIP Financing** | | | |
| 7/24/2019 | A. Jiang | 0.7 | Reviewed 13-week DIP forecast prepared by Debtor's financial advisors. |
| 7/24/2019 | A. Jiang | 0.6 | Prepared summary of DIP terms. |
| 7/24/2019 | C. Kearns | 0.4 | Reviewed proposed replacement DIP terms. |
| 7/24/2019 | A. Jiang | 0.3 | Reviewed declaration filed by Debtors to evaluate fairness of DIP terms. |
| 7/24/2019 | C. Kearns | 0.3 | Reviewed key issues re: DIP budget. |
| 7/25/2019 | A. Cowie | 2.2 | Prepared report for the Committee on the DIP and sales process. |
| 7/26/2019 | A. Jiang | 1.4 | Analyzed borrowing base reports, components therein and changes from June and July. |
| 7/26/2019 | A. Jiang | 1.1 | Edited slides for UCC status report re: DIP. |
| 7/29/2019 | A. Jiang | 1.8 | Revised DIP calculations to show short term and annual costs. |
| 7/29/2019 | A. Cowie | 1.3 | Participated in DIP report discussion with Counsel (A. Sherman). |
| 7/29/2019 | A. Cowie | 1.1 | Prepared DIP and sales process report for the UCC. |
| 7/29/2019 | H. Miller | 0.6 | Reviewed DIP loan terms and analyzed cost. |
| 7/29/2019 | A. Jiang | 0.6 | Updated slides for UCC status report, revising DIP information. |
| 7/29/2019 | C. Kearns | 0.3 | Reviewed status of DIP budget review. |
| 7/30/2019 | A. Jiang | 1.3 | Recalculated DIP analysis based on comments from Counsel. |
| 7/30/2019 | A. Jiang | 0.8 | Corresponded with Counsel (R. Brennan) regarding DIP budget and calculations. |
| 7/30/2019 | A. Jiang | 0.7 | Prepared chart and updated slides summarizing latest DIP analysis of fees and total cost. |
| 7/30/2019 | A. Jiang | 0.4 | Updated DIP analysis chart to reflect comments from Counsel. |
| 7/31/2019 | A. Cowie | 2.8 | Analyzed DIP objection documents. |
| 7/31/2019 | A. Jiang | 1.8 | Continued to prepare chart and exhibits regarding DIP cost, showing net incremental operational liquidity. |
| 7/31/2019 | A. Cowie | 1.4 | Continued to analyze DIP objection documents. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **04. DIP Financing** | | | |
| 7/31/2019 | A. Jiang | 0.9 | Participated in call with Counsel (R. Brennan, B. Mankovetskiy) regarding DIP analysis and objection. |
| 7/31/2019 | A. Jiang | 0.4 | Summarized interim DIP order to compare with original DIP motion. |
| 7/31/2019 | C. Kearns | 0.3 | Participated in portion of call with Counsel (A. Sherman, B. Mankovetskiy) re: issues related to possible DIP objection. |
| 7/31/2019 | A. Jiang | 0.2 | Corresponded with Counsel (R. Brennan) regarding DIP budget and calculations. |
| 7/31/2019 | C. Kearns | 0.2 | Reviewed calculations of incremental cost (primarily fees) of additional liquidity provided by proposed DIP. |
| 8/1/2019 | C. Kearns | 0.8 | Reviewed and commented on Counsel's draft DIP objection. |
| 8/1/2019 | A. Jiang | 0.4 | Reviewed draft objections from Counsel regarding DIP financing. |
| 8/1/2019 | A. Jiang | 0.3 | Amended DIP chart to reflect comments from Counsel. |
| 8/2/2019 | C. Kearns | 0.3 | Reviewed draft objection to DIP motion. |
| 8/5/2019 | A. Cowie | 0.6 | Participated in call with Huron Consulting (J. DiDonato, M. Boyer) regarding DIP budget. |
| 8/7/2019 | A. Jiang | 0.3 | Reviewed prepetition Midcap credit agreement from data room. |
| 8/7/2019 | C. Kearns | 0.1 | Reviewed DIP issues with Counsel. |
| 8/20/2019 | H. Miller | 0.4 | Reviewed DIP budget. |
| 8/20/2019 | C. Kearns | 0.3 | Reviewed status of DIP hearing and liquidity. |
| 8/22/2019 | C. Kearns | 0.2 | Reviewed liquidity status in light of borrowing base changes re: negotiated resolution to final DIP hearing. |
| 8/25/2019 | H. Miller | 0.9 | Analyzed updated DIP forecast and evaluated actual cash variances. |
| 8/26/2019 | A. Jiang | 0.9 | Prepared schedules comparing original and updated DIP budgets. |
| **Task Code Total Hours** | | **52.5** | |
| **05. Professional Retention Fee Application Preparation** | | | |
| 7/22/2019 | M. Haverkamp | 0.1 | Prepared retention documents. |
| 7/23/2019 | M. Haverkamp | 2.0 | Drafted retention documents. |
| 7/25/2019 | M. Haverkamp | 0.3 | Prepared retention documents. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention Fee Application Preparation** | | | |
| 7/26/2019 | M. Haverkamp | 2.9 | Drafted retention documents. |
| 7/26/2019 | M. Haverkamp | 2.2 | Continued drafting retention documents. |
| 7/29/2019 | M. Haverkamp | 0.1 | Reviewed information relevant to initial fee application. |
| 8/5/2019 | C. Kearns | 0.2 | Reviewed counsel redline to draft retention documents. |
| 8/5/2019 | M. Haverkamp | 0.1 | Reviewed status of retention documents. |
| 8/6/2019 | M. Haverkamp | 2.3 | Edited retention document package. |
| 8/6/2019 | M. Haverkamp | 0.9 | Continued editing retention document package. |
| 8/6/2019 | M. Haverkamp | 0.8 | Reviewed retention documents. |
| 8/6/2019 | M. Haverkamp | 0.5 | Continued reviewing retention documents. |
| 8/6/2019 | C. Kearns | 0.1 | Reviewed redline to draft retention documents. |
| 8/7/2019 | M. Haverkamp | 1.3 | Updated retention documents per Counsel comments. |
| 8/7/2019 | M. Haverkamp | 0.9 | Edited retention document package. |
| 8/23/2019 | J. Blum | 1.2 | Prepared First Monthly Fee Application. |
| 8/26/2019 | J. Blum | 1.1 | Prepared First Monthly Fee Application. |
| 8/28/2019 | J. Blum | 0.6 | Prepared First Monthly Fee Application. |
| *Task Code Total Hours* | | *17.6* | |
| **06. Attend Hearings/Related Activities** | | | |
| 7/26/2019 | H. Miller | 1.7 | Attended bid procedure court hearing. |
| 8/19/2019 | A. Cowie | 2.9 | Attended at DIP hearing. |
| 8/19/2019 | A. Cowie | 2.9 | Continued to attend at DIP hearing. |
| 8/19/2019 | A. Cowie | 2.3 | Continued to attend at DIP hearing. |
| *Task Code Total Hours* | | *9.8* | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 7/22/2019 | A. Cowie | 2.9 | Prepared initial operational information request to send to the Debtors. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 7/23/2019 | A. Jiang | 0.8 | Participated in call with investment banker to the Debtors, SSG Advisors, LLC (S. Victor, T. Kohl), regarding case update and sale process. |
| 7/23/2019 | A. Cowie | 0.8 | Participated in sale discussion with SSG Advisors, LLC (S. Victor, T. Kohl). |
| 7/24/2019 | A. Jiang | 2.2 | Participated in call with EisnerAmper (A. Still, A. Wilen, D. Ogilvy) regarding DIP budget. |
| 7/30/2019 | A. Cowie | 2.9 | Continued to participate in on-site meetings at St. Chris Hospital with EisnerAmper (D. Ogilvy, A. Wilen). |
| 7/30/2019 | A. Cowie | 2.9 | Participated in on-site meetings at St. Chris Hospital with EisnerAmper (D. Ogilvy, A. Wilen). |
| 7/30/2019 | A. Jiang | 2.6 | Participated in on-site meeting with EisnerAmper (A. Stills, A. Wilen, D. Ogilvy) to discuss St. Chris Hospital, Hahnemann Hospital wind down, 13-week cash flow forecast, and potential avenues of recovery to unsecured creditors. |
| 7/30/2019 | A. Cowie | 1.7 | Continued to participate in on-site meetings at  St. Chris Hospital with EisnerAmper (D. Ogilvy, A. Wilen). |
| 7/30/2019 | A. Jiang | 1.2 | Continued to participate in on-site meeting with EisnerAmper (A. Stills, A. Wilen, D. Ogilvy) to discuss St. Chris Hospital, Hahnemann Hospital wind down, 13-week cash flow forecast, and potential avenues of recovery to unsecured creditors. |
| 7/31/2019 | A. Cowie | 0.4 | Participated in discussion with EisnerAmper (A. Wilen) re: motion for CFO appointment. |
| **Task Code Total Hours** | | **18.4** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 7/22/2019 | C. Kearns | 0.6 | Participated in kick off call with Counsel team (A. Sherman, B. Mankovetskiy). |
| 7/23/2019 | A. Jiang | 0.8 | Prepared contact list of all parties involved in case including Debtor's counsel, advisors, and bankers as well as Creditors Counsel. |
| 7/23/2019 | C. Kearns | 0.6 | Participated in call with Counsel (A. Sherman, B. Mankovetskiy) re: status update and debrief call with SSG Advisors, LLC. |
| 7/23/2019 | A. Jiang | 0.6 | Participated in call with UCC Counsel, Sills Cummis(B. Mankovetskiy, A. Sherman) regarding case update. |
| 7/24/2019 | H. Miller | 1.3 | Participated in call with Counsel (B. Mankovetskiy, A. Sherman) re: DIP, sale process and other matters.. |
| 7/24/2019 | C. Kearns | 0.8 | Participated in status update call with the Counsel team (B. Mankovetskiy, A. Sherman) re: DIP, sale process and other matters. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 7/25/2019 | C. Kearns | 0.5 | Reviewed and commented on status report draft for the Committee re: DIP, sale process and budget. |
| 7/29/2019 | A. Jiang | 0.6 | Participated in portion of call with Counsel (A. Sherman) regarding UCC update. |
| 7/30/2019 | C. Kearns | 0.9 | Participated in call with the Committee and Counsel (A. Sherman, B. Mankovetskiy) to discuss sale status, DIP and likely objection, liquidity and Tenet/ Conifer motion. |
| 7/30/2019 | A. Cowie | 0.9 | Participated in UCC call with Committee and Counsel (A. Sherman, B. Mankovetskiy) re: DIP and liquidity. |
| 7/30/2019 | C. Kearns | 0.3 | Reviewed final report for UCC on DIP, liquidity, and sale status. |
| 7/30/2019 | C. Kearns | 0.2 | Participated in call with Counsel (A. Sherman, B. Mankovetskiy) to discuss status of key issues and prepared for call with the Committee. |
| 7/30/2019 | C. Kearns | 0.1 | Participated in call with Huron Consulting (J. DiDonato) Tenet/ Conifer financial advisor re: information requests and process. |
| 7/30/2019 | C. Kearns | 0.1 | Participated in follow up call with Counsel (B. Mankovetskiy), Tenet re: information requests and their motion. |
| 8/6/2019 | C. Kearns | 0.6 | Participated in call with Huron Consulting (J. DiDonato), Tenet/ Conifer financial advisor re: status of liquidity and sale processes. |
| 8/6/2019 | C. Kearns | 0.1 | Prepared follow up email for Counsel re: summary of call with advisor to two large creditors. |
| 8/9/2019 | C. Kearns | 0.1 | Emailed with Counsel and Committee re: Tenet/ Conifer motion. |
| 8/16/2019 | A. Jiang | 0.4 | Corresponded with EisnerAmper regarding information requests, KEIP, and cash flow information. |
| ***Task Code Total Hours*** | | **9.5** | |
| **09. Employee Issues/KEIP** | | | |
| 8/15/2019 | A. Cowie | 2.9 | Analyzed filed KEIP documents. |
| 8/15/2019 | A. Cowie | 1.2 | Continued to analyze filed KEIP documents. |
| 8/15/2019 | C. Kearns | 0.4 | Reviewed summary of Debtors proposed KEIP program. |
| 8/16/2019 | A. Jiang | 2.2 | Edited second UCC report to include KEIP details and updated cash flows. |
| 8/16/2019 | A. Jiang | 1.1 | Prepared analysis of KEIP comparables prepared by Debtors. |
| 8/16/2019 | A. Jiang | 0.7 | Reviewed KEIP motion proposed by Debtors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **09. Employee Issues/KEIP** | | | |
| 8/19/2019 | A. Jiang | 2.6 | Continued to research KEIP payment plans of other cases in order to evaluate reasonableness of Debtor's proposed KEIP motion. |
| 8/19/2019 | A. Jiang | 2.3 | Analyzed KEIP amounts and payment structures of other recent bankruptcy cases. |
| 8/19/2019 | A. Cowie | 1.2 | Analyzed filed KEIP documents. |
| 8/19/2019 | A. Jiang | 0.8 | Continued analysis of proposed KEIP payments provided by Debtors. |
| 8/19/2019 | A. Jiang | 0.8 | Continued to research recent cases involving KEIPs/ KERPs for comparison with Debtor's proposed plan. |
| 8/19/2019 | A. Cowie | 0.4 | Participated in call with EisnerAmper (D. Oglesby) in regard to proposed KEIP construct. |
| 8/19/2019 | C. Kearns | 0.3 | Reviewed Debtors' proposed terms for KEIP and email counsel with comments. |
| 8/20/2019 | A. Cowie | 2.9 | Prepared KEIP report for the Committee. |
| 8/20/2019 | A. Jiang | 2.6 | Continued to edit report on KEIP. |
| 8/20/2019 | A. Cowie | 2.6 | Continued to prepare KEIP report for the Committee. |
| 8/20/2019 | A. Jiang | 2.4 | Prepared schedule detailing comparable KEIP motions from previous cases. |
| 8/20/2019 | A. Jiang | 1.8 | Continued analysis of KEIP plans from others cases. |
| 8/20/2019 | A. Jiang | 0.9 | Reconciled different versions of cash flow budgets to break out and identify KEIP expenses. |
| 8/20/2019 | A. Cowie | 0.6 | Participated in call with EisnerAmper (D. Oglesby) in regard to KEIP construct. |
| 8/20/2019 | C. Kearns | 0.5 | Reviewed analysis of proposed KEIP program. |
| 8/21/2019 | A. Jiang | 2.7 | Prepared KEIP report to be presented to UCC. |
| 8/21/2019 | A. Jiang | 2.1 | Continued KEIP analysis of comparable KEIPs to evaluate plan proposed by Debtors. |
| 8/21/2019 | A. Jiang | 1.8 | Continued to prepare KEIP comparison chart detailing key KEIP information for recent bankruptcy cases. |
| 8/21/2019 | A. Jiang | 1.4 | Reviewed results and studies of previous cases to compare base salaries of key employees with national average. |
| 8/21/2019 | C. Kearns | 0.5 | Reviewed our analysis of the proposed KEIP. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **09. Employee Issues/KEIP** | | | |
| 8/22/2019 | A. Jiang | 2.1 | Continued to analyze KEIP proposals from other cases to prepare comparison of Debtor's proposed plan. |
| 8/22/2019 | A. Cowie | 2.1 | Prepared KEIP report for the Committee. |
| 8/22/2019 | A. Jiang | 1.8 | Prepared analysis of KEIP issues and next steps. |
| 8/22/2019 | A. Jiang | 1.6 | Continued to edit report regarding KEIP proposal. |
| 8/22/2019 | E. Lord | 1.1 | Researched assets and liabilities for KEIP analysis. |
| 8/22/2019 | C. Kearns | 0.7 | Reviewed our analysis of comparable plans re: assessing the proposed KEIP. |
| 8/22/2019 | A. Jiang | 0.6 | Continued analysis of comparable KEIP plans. |
| 8/22/2019 | H. Miller | 0.6 | Reviewed KEIP proposal. |
| 8/22/2019 | C. Kearns | 0.1 | Participated in telecom with Counsel (A. Sherman) re: possible qualitative issues re: the proposed KEIP. |
| 8/23/2019 | A. Jiang | 2.7 | Edited report to UCC regarding KEIP. |
| 8/23/2019 | A. Jiang | 1.8 | Continued to edit KEIP report to be sent to Committee and Sills. |
| 8/23/2019 | A. Cowie | 1.6 | Prepared KEIP report for the Committee. |
| 8/23/2019 | C. Kearns | 0.8 | Drafted report for the Committee and Counsel re: our analysis of proposed KEIP re: financial analysis and plan related issues. |
| 8/26/2019 | A. Cowie | 2.6 | Analyzed KEIP terms and proposed revisions. |
| 8/26/2019 | A. Jiang | 1.7 | Continued to edit KEIP report. |
| 8/26/2019 | C. Kearns | 0.8 | Participated in call with Counsel (A. Sherman) re: our analysis of issues re: the proposed KEIP. |
| 8/26/2019 | C. Kearns | 0.2 | Reviewed changes to draft presentation for the Committee re: our KEIP analysis after call with Counsel. |
| 8/27/2019 | C. Kearns | 0.1 | Emailed with Counsel and the Committee re: the proposed KEIP. |
| 8/30/2019 | C. Kearns | 0.2 | Emailed with Counsel and Debtor re: KEIP related issues. |
| **Task Code Total Hours** | | **62.9** | |
| **14. Executory Contracts/Leases** | | | |
| 8/7/2019 | A. Jiang | 1.4 | Continued to review and prepare summary of lease documents covering real estate of St. Chris Hospital and Hahnemann Hospital. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **14. Executory Contracts/Leases** | | | |
| 8/13/2019 | A. Jiang | 1.8 | Continued review of leases and documents related to real property. |
| *Task Code Total Hours* | | **3.2** | |
| **15. Travel Time** | | | |
| 7/30/2019 | A. Cowie | 1.8 | Half of travel time to Philadelphia for on-site meeting. |
| 7/30/2019 | A. Jiang | 0.6 | Half of travel time to Philadelphia for on-site meeting. |
| 7/30/2019 | H. Miller | 0.3 | Half of travel time to Philadelphia for on-site meeting. |
| *Task Code Total Hours* | | **2.7** | |
| **17. Analysis of Historical Results** | | | |
| 7/22/2019 | A. Cowie | 2.7 | Reviewed data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 7/23/2019 | A. Cowie | 2.9 | Reviewed data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 7/23/2019 | H. Miller | 0.8 | Reviewed documents in data room regarding St. Chris Hospital and HUH financials. |
| 7/25/2019 | A. Cowie | 2.9 | Continued to review data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 7/25/2019 | A. Cowie | 1.9 | Reviewed data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 7/25/2019 | A. Jiang | 1.2 | Prepared index of data room documents. |
| 7/29/2019 | A. Cowie | 2.9 | Continued to review data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 7/29/2019 | A. Cowie | 2.9 | Reviewed data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 7/31/2019 | A. Cowie | 2.9 | Reviewed data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 8/2/2019 | A. Cowie | 2.9 | Reviewed documents in data room regarding St. Chris Hospital and Hahnemann Hospital financials. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **17. Analysis of Historical Results** | | | |
| 8/5/2019 | A. Cowie | 2.9 | Reviewed data room documents regarding St. Chris Hospital and Hahnemann Hospital, including documents provided to buyers for St. Chris Hospital sale. |
| 8/6/2019 | A. Cowie | 2.9 | Reviewed documents in data room regarding St. Chris Hospital and Hahnemann Hospital financials. |
| 8/6/2019 | A. Jiang | 1.7 | Continued to review documents in data room regarding St. Chris Hospital and Hahnemann Hospital financials. |
| 8/6/2019 | A. Cowie | 1.4 | Continued to review documents in data room regarding St. Chris Hospital and Hahnemann Hospital financials. |
| 8/6/2019 | A. Jiang | 0.3 | Analyzed data provided by Debtor regarding daily census figures and charges from April through July 2019. |
| 8/7/2019 | A. Cowie | 2.9 | Reviewed documents in data room regarding St. Chris Hospital and Hahnemann Hospital financials. |
| 8/7/2019 | A. Jiang | 0.9 | Conducted analysis of AR aging schedule of St. Chris Hospital and Hahnemann Hospital. |
| 8/8/2019 | A. Jiang | 2.6 | Continued to analyze cash flows for prior 13-weeks to filing, from April 5 through June 28, 2019. |
| 8/8/2019 | A. Jiang | 1.4 | Continued to analyze historical cash flows and trends. |
| 8/8/2019 | A. Jiang | 1.2 | Conducted ratio and financial analysis on 13-week cash flows prior to filing. |
| 8/9/2019 | A. Jiang | 2.3 | Prepare schedule showing historical financial information (2018 - 2019) posted by Debtors to data room. |
| 8/9/2019 | A. Jiang | 1.7 | Analyzed data on past charges made to Medicare, Medicaid, and other payers. |
| 8/9/2019 | A. Jiang | 1.1 | Analyzed breakdown of cash receipts by provider for St. Chris Hospital. |
| 8/12/2019 | A. Jiang | 2.3 | Continued analysis of financial and operating information from data room. |
| 8/12/2019 | A. Jiang | 1.1 | Analyzed latest updates to AR, aging and cash report information from data room. |
| 8/14/2019 | A. Jiang | 2.1 | Continued analysis of historical financials and operating figures. |
| 8/22/2019 | N. Lee | 2.5 | Analyzed past bankruptcy cases regarding their estimated assets and liabilities. |
| *Task Code Total Hours* | | *55.3* | |
| **18. Operating and Other Reports** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 18. Operating and Other Reports

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/25/2019 | A. Jiang | 0.7 | Prepared summary of borrowing base reports from June 4, 2019 to July 23, 2019. |
| 7/30/2019 | A. Jiang | 0.7 | Prepared list of outstanding documents and information requested from meeting with EisnerAmper. |
| 8/6/2019 | A. Jiang | 1.4 | Prepared analysis showing breakdown of Medicare/ Medicaid charges for St. Chris Hospital and Hahnemann Hospital. |
| 8/6/2019 | A. Jiang | 1.1 | Prepared charts summarizing census and charges for St. Chris Hospital and Hahnemann Hospital. |
| 8/7/2019 | A. Jiang | 2.1 | Prepared schedule of documents pertaining to real estate, leases, mortgages, and liens of other parties. |
| 8/8/2019 | A. Jiang | 0.7 | Continued to prepare schedule of documents pertaining to real property and leases. |
| 8/13/2019 | A. Jiang | 2.3 | Reviewed documents including leases and mortgages in order to prepare waterfall analysis. |
| 8/14/2019 | A. Jiang | 2.4 | Prepared summary of statements of financial affairs filed by Debtors for 14 Debtor companies. |
| 8/14/2019 | A. Jiang | 1.8 | Prepared schedule summarizing financial information of 14 Debtor companies. |
| 8/15/2019 | A. Jiang | 2.4 | Prepared summary of schedules of assets and liabilities prepared by Debtors. |
| 8/15/2019 | A. Jiang | 1.3 | Continued to prepare schedule summarizing assets, liabilities, and financial position of 14 Debtor companies. |

**Task Code Total Hours** — **16.9**

### 19. Cash Flow/Cash Management Liquidity

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/24/2019 | A. Jiang | 1.6 | Prepared slides for UCC report, including DIP budget prepared by Debtor's and analysis of total DIP cost for different alternatives. |
| 7/24/2019 | A. Jiang | 0.8 | Prepared PowerPoint template for UCC status update report. |
| 7/25/2019 | A. Jiang | 2.1 | Continued to edit and prepare PowerPoint slides for UCC status report. |
| 7/25/2019 | H. Miller | 1.3 | Drafted report to the UCC on initial observations and liquidity. |
| 7/25/2019 | A. Jiang | 0.4 | Edited PowerPoint slides for UCC report dated July 26, 2019 to reflect most recent comments and changes made. |
| 7/26/2019 | A. Jiang | 1.3 | Reviewed court filings and other documents on St. Chris Hospital real estate, EBITDA, costs of doctor groups and lease in preparation of UCC status report. |

Berkeley Research Group, LLC

Invoice for the 7/22/2019 - 8/31/2019 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 7/26/2019 | H. Miller | 1.2 | Drafted report to the UCC on initial observations and liquidity. |
| 7/26/2019 | A. Jiang | 0.8 | Continued to edit and prepare slides for UCC status report. |
| 7/26/2019 | A. Jiang | 0.3 | Continued to edit slides for UCC status report. |
| 7/26/2019 | C. Kearns | 0.2 | Reviewed revisions to draft status report for the Committee. |
| 7/30/2019 | C. Kearns | 0.4 | Reviewed Tenet/ Conifer motion and consider potential impact on liquidity going forward. |
| 7/31/2019 | H. Miller | 0.9 | Drafted report to the UCC on initial observations and liquidity. |
| 8/1/2019 | A. Jiang | 2.6 | Analyzed 13-week cash flow forecasts and actuals. |
| 8/1/2019 | A. Jiang | 1.2 | Analyzed financial information provided by EisnerAmper, including latest 13-week forecast and variances. |
| 8/2/2019 | A. Jiang | 2.3 | Continued to conduct 13-week cash flow analysis of Debtor's forecasts and actual results. |
| 8/2/2019 | A. Cowie | 1.9 | Drafted UCC report on the 13-week forecast. |
| 8/2/2019 | A. Jiang | 1.8 | Prepared variance analysis for 13-week cash flow forecast for historical weeks, starting July 5 through July 26, 2019. |
| 8/2/2019 | A. Jiang | 1.4 | Analyzed variance of line items from cash flow by incorporating notes and information gathered from July 30, 2019 meeting with EisnerAmper. |
| 8/2/2019 | A. Jiang | 1.3 | Prepared comparison of newest 13-week cash flow forecasts with previous one filed in DIP motion. |
| 8/2/2019 | A. Jiang | 1.1 | Prepared detailed descriptions on line items in cash flow forecast. |
| 8/2/2019 | A. Jiang | 0.4 | Prepared slides and template for report regarding cash flow analysis. |
| 8/2/2019 | H. Miller | 0.3 | Drafted report to the UCC on initial observations and liquidity. |
| 8/5/2019 | A. Cowie | 2.9 | Drafted UCC report on the 13-week forecast. |
| 8/5/2019 | A. Cowie | 1.6 | Continued to draft UCC report on the 13-week forecast. |
| 8/6/2019 | H. Miller | 0.2 | Reviewed Debtors cash forecast to determine adequacy of liquidity. |
| 8/7/2019 | A. Cowie | 1.6 | Drafted UCC report on the 13-week forecast. |
| 8/7/2019 | H. Miller | 0.3 | Reviewed Debtors cash forecast to determine adequacy of liquidity. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/8/2019 | A. Jiang | 2.3 | Prepared charts showing trend and composition of actual and forecast cash flows. |
| 8/8/2019 | H. Miller | 0.9 | Reviewed Debtors cash forecast to determine adequacy of liquidity. |
| 8/9/2019 | A. Cowie | 1.4 | Drafted UCC report on the 13-week forecast. |
| 8/9/2019 | A. Jiang | 1.2 | Continued financial analysis on 13-week historical cash flows as well as projections. |
| 8/9/2019 | A. Jiang | 0.9 | Analyzed 13-week cash flow forecasts and line item details. |
| 8/12/2019 | A. Jiang | 1.8 | Continued analysis of cash flows and forecasts. |
| 8/12/2019 | H. Miller | 0.4 | Reviewed and analyzed receipt forecast methodology. |
| 8/13/2019 | A. Jiang | 1.7 | Prepared charts showing analysis of major costs and trends. |
| 8/14/2019 | A. Jiang | 1.3 | Prepared charts showing trends in and breaking down expenses. |
| 8/15/2019 | H. Miller | 0.3 | Reviewed and analyzed receipt forecast methodology. |
| 8/16/2019 | A. Jiang | 2.3 | Updated cash flow analysis and charts with updated information. |
| 8/19/2019 | A. Jiang | 0.6 | Prepared and edited UCC report on cash flow. |
| 8/22/2019 | A. Jiang | 1.3 | Updated UCC report to reflect latest comments and amendments. |
| 8/22/2019 | A. Cowie | 0.1 | Participated in call with EisnerAmper (D. Oglesby) regarding cash flows. |
| 8/27/2019 | A. Jiang | 1.7 | Prepared cash flow analysis with latest figures available for actual cash flows and forecasts. |
| 8/27/2019 | A. Jiang | 1.6 | Prepared worksheet to automate certain cash flow analysis and chart generation. |
| 8/27/2019 | A. Jiang | 1.3 | Continued to update financial analysis with latest figures. |
| 8/28/2019 | A. Cowie | 2.9 | Analyzed actual to forecast cash flows. |
| 8/28/2019 | A. Jiang | 1.9 | Continued analysis of variance reports. |
| 8/28/2019 | A. Cowie | 1.9 | Continued to analyze actual to forecast cash flows. |
| 8/28/2019 | A. Jiang | 1.7 | Reconciled cash flow forecasts provided by Debtors from the week of July 5 through August 23, 2019. |
| 8/28/2019 | A. Jiang | 1.2 | Analyzed variance reports prepared by Debtors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/28/2019 | A. Jiang | 0.8 | Analyzed rolling cumulative cash flow forecast totals prepared by Debtors. |
| 8/29/2019 | A. Jiang | 2.6 | Prepared consolidated schedule of Debtor's 13-week cash flow forecasts. |
| 8/29/2019 | A. Cowie | 2.4 | Analyzed actual to forecast cash flows. |
| 8/29/2019 | A. Jiang | 2.3 | Analyzed cash flow budget figures used by Debtors for variance reports. |
| 8/29/2019 | A. Jiang | 1.8 | Continued to prepare summary of current 13-week cash flow forecasts. |
| 8/29/2019 | A. Cowie | 1.4 | Prepared analysis of Debtor prepared forecasts to actual results. |
| 8/30/2019 | A. Cowie | 2.3 | Analyzed actual to forecast cash flows. |
| 8/30/2019 | A. Jiang | 2.3 | Continued to prepare reconciliation of cash flow forecasts for July 5 through August 23, 2019 |
| *Task Code Total Hours* | | *78.8* | |
| **Total Hours** | | **369.5** | |

# CENTER CITY HEALTHCARE, LLC d/b/a

# HAHNEMANN UNIVERSITY HOSPITAL et al



## Berkeley Research Group, LLC

## Exhibit B: Expense Detail

For the Period 7/22/2019 through 8/31/2019

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **01. Travel - Airline** | | | |
| 7/29/2019 | H. Miller | $369.30 | One way economy airfare from Louisville, KY to Philadelphia, PA re: review of Hahnemann cash flows during on-site meeting. |
| *Expense Category Total* | | *$369.30* | |
| **02. Travel - Train and Bus** | | | |
| 7/26/2019 | H. Miller | $111.00 | One way train ticket from Wilmington, DE to Washington, DC following hearing. |
| 7/30/2019 | A. Cowie | $42.00 | Change ticket fee on 7/30/19 for earlier return train. |
| 7/30/2019 | H. Miller | $152.00 | One way train ticket from Philadelphia, PA to Washington, DC after on-site meeting. |
| 7/30/2019 | A. Jiang | $327.00 | Round trip train ticket to Philadelphia, PA from New York, NY for on-site meeting. |
| 7/30/2019 | A. Cowie | $285.00 | Round trip train ticket to Philadelphia, PA from New York, NY for on-site meeting. |
| 8/8/2019 | A. Cowie | $346.00 | Round trip train ticket to Wilmington, DE from NY, NY on 8/8/19 for auction. |
| *Expense Category Total* | | *$1,263.00* | |
| **03. Travel - Taxi** | | | |
| 7/25/2019 | A. Cowie | $91.49 | Taxi home from NY office after working late on case. |
| 7/29/2019 | H. Miller | $25.46 | Taxi to airport for flight to Philadelphia, PA. |
| 7/30/2019 | A. Jiang | $15.00 | Taxi to Philadelphia train station re: on-site meeting with EisnerAmper. |
| 7/30/2019 | A. Cowie | $30.18 | Taxi to train station to attend on-site meeting in Philadelphia, PA. |
| *Expense Category Total* | | *$162.13* | |
| **07. Travel - Parking** | | | |

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **07. Travel - Parking** | | | |
| 7/26/2019 | H. Miller | $20.00 | Parking at Union Station, Washington, DC while traveling to Philadelphia. |
| *Expense Category Total* | | *$20.00* | |
| **08. Travel - Hotel/Lodging** | | | |
| 7/30/2019 | H. Miller | $164.07 | One night hotel stay in Philadelphia, PA for on-site meeting. |
| 8/9/2019 | H. Miller | $236.27 | One night hotel stay (8/8/19 - 8/9/19) in Wilmington, DE for auction. |
| *Expense Category Total* | | *$400.34* | |
| **10. Meals** | | | |
| 7/29/2019 | H. Miller | $14.34 | Lunch during trip to Philadelphia. |
| 7/30/2019 | A. Jiang | $10.22 | Breakfast during trip to Philadelphia, PA for on-site meeting. |
| 7/30/2019 | A. Cowie | $13.24 | Lunch during trip to Philadelphia, PA for on-site meeting. |
| 7/30/2019 | A. Jiang | $10.19 | Lunch in Philadelphia, PA during on-site meeting. |
| *Expense Category Total* | | *$47.99* | |
| **11. Telephone, Fax  and Internet** | | | |
| 8/31/2019 | BRG Direct | $149.00 | Court call - fee for telephonic attendance at hearing on 9/4/19. |
| *Expense Category Total* | | *$149.00* | |
| **Total Expenses** | | **$2,411.76** | |