# EXHIBIT A

Center City Healthcare, LLC  
d/b/a Hahnemann University Hospital  
230 N Broad St  
Philadelphia,, PA 19102-1121

October 24, 2019  
Invoice #11961

In Reference To:

**Statement of Professional Services Rendered Through:    August 31, 2019**

**Timekeeper Summary**

|  | Hours | Rate | Amount |
|---|---|---|---|
| SK Koenig, Suzanne - Patient Care Ombudsman | 15.40 | 400.00 | $6,160.00 |
| JA Arthur, Jacqueline - Clinical Supervisor | 10.00 | 350.00 | $3,500.00 |
| JC Ciyou, Joyce - MSRN, LHFA | 14.90 | 350.00 | $5,215.00 |
|  | **40.30** |  | **$14,875.00** |

| | |
|---|---|
| Total Professional Services | $14,875.00 |
| Total Expenses | $1,354.60 |
| **Total Current Charges** | **$16,229.60** |

Center City Healthcare, LLC                                                                                          Page    2

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| <u>Case Administration</u> | | | | | |
| 7/25/2019 | SK | Conference call with chair of the Resident Educational Program re status of patients and future of the resident doctors. | 400.00 | 0.50 | 200.00 |
| 7/26/2019 | SK | Conference call with four (4) resident physicians re concerns with the hospital closing, finding other residency programs and patient care. | 400.00 | 1.50 | 600.00 |
| 8/1/2019 | JC | Review update on current census of hospital. | 350.00 | 0.10 | 35.00 |
| 8/1/2019 | JC | Exchange emails with S. Koenig, SAK re obtaining reports on daily issues and concerns. | 350.00 | 0.20 | 70.00 |
| 8/2/2019 | SK | Review motions on objections filed by debtor and emails about same from N. Peterman, GT and S. Hoffman, GT. | 400.00 | 0.80 | 320.00 |
| 8/2/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/4/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/5/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/9/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/11/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/13/2019 | JC | Review update on current census of the hospital. | 350.00 | 10.00 | 3,500.00 |
| 8/15/2019 | JC | Review update on current census of the hospital. | 350.00 | 0.10 | 35.00 |
| 8/17/2019 | SK | Review email from C. Moreno, re final census of Hahnemann Hospital and update on Dept. | 400.00 | 0.30 | 120.00 |
| 8/26/2019 | SK | Review revised Confidentiality Statement. | 400.00 | 0.30 | 120.00 |
|  |  | Subtotal: |  | 14.30 | 5,175.00 |
| <u>Court Hearings - CH</u> | | | | | |
| 8/8/2019 | SK | Exchange emails with D. Meloro, GT re preparing for upcoming court hearing. | 400.00 | 0.30 | 120.00 |
|  |  | Subtotal: |  | 0.30 | 120.00 |
| <u>Data Analysis - DA</u> | | | | | |
| 8/22/2019 | JA | Site visit to St Christopher's Children's Hospital to interview patients (2.0), staff (2.0), review nursing policies (2.0) and procedures (2.0). | 350.00 | 8.00 | 2,800.00 |

Center City Healthcare, LLC                                                                                                          Page     3

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 8/23/2019 SK | Site visit to St Christopher's Children's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 400.00 | 8.00 | 3,200.00 |
| Subtotal: |  |  | 16.00 | 6,000.00 |

Fee/Employment Application

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 8/1/2019 SK | Review supplemental declarations in support of SAK and GT retention. | 400.00 | 0.40 | 160.00 |
| Subtotal: |  |  | 0.40 | 160.00 |

Report Preparation

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 8/20/2019 SK | Exchange emails with C. Moreno, Hahnemann Hospital re posting PCO reports and the pending closure. | 400.00 | 0.50 | 200.00 |
| 8/20/2019 SK | Draft emails re posting notice of PCO report. | 400.00 | 0.30 | 120.00 |
| 8/29/2019 SK | Draft administrative portion of PCO report for St Christopher's Children's Hospital. | 400.00 | 1.00 | 400.00 |
| 8/29/2019 JA | Draft clinical portion of site visit to St Christopher's Children's Hospital. | 350.00 | 2.00 | 700.00 |
| 8/30/2019 SK | Draft administrative portion of PCO report for Hahnemann Hospital. | 400.00 | 1.50 | 600.00 |
| 8/30/2019 JC | Draft clinical portion of PCO report on Hahnemann Hospital. | 350.00 | 4.00 | 1,400.00 |
| Subtotal: |  |  | 9.30 | 3,420.00 |
| **Total Professional Services:** |  |  | **40.30** | **$14,875.00** |

**EXPENSES:**

Airfare

| 8/22/2019 SK | United Airlines Confirmation #PS7NT1 ORD to PHI to ORD - S. Koenig | 519.60 |
|---|---|---|
| 8/22/2019 JA | United Airlines Confirmation #G4VRT6 ORD to PHI to ORD - J. Arthur | 519.60 |
| Subtotal: |  | 1,039.20 |

# EXHIBIT B

*ACTIVE 46678938v2*

Center City Healthcare, LLC  Page    3

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/23/2019 | SK | Site visit to St Christopher's Children's Hospital to interview staff (2.0), patients (2.0), physicians (2.0) and evaluate patient care (2.0). | 400.00 | 8.00 | 3,200.00 |
| | | Subtotal: | | 16.00 | 6,000.00 |

<u>Fee/Employment Application</u>

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/1/2019 | SK | Review supplemental declarations in support of SAK and GT retention. | 400.00 | 0.40 | 160.00 |
| | | Subtotal: | | 0.40 | 160.00 |

<u>Report Preparation</u>

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/20/2019 | SK | Exchange emails with C. Moreno, Hahnemann Hospital re posting PCO reports and the pending closure. | 400.00 | 0.50 | 200.00 |
| 8/20/2019 | SK | Draft emails re posting notice of PCO report. | 400.00 | 0.30 | 120.00 |
| 8/29/2019 | SK | Draft administrative portion of PCO report for St Christopher's Children's Hospital. | 400.00 | 1.00 | 400.00 |
| 8/29/2019 | JA | Draft clinical portion of site visit to St Christopher's Children's Hospital. | 350.00 | 2.00 | 700.00 |
| 8/30/2019 | SK | Draft administrative portion of PCO report for Hahnemann Hospital. | 400.00 | 1.50 | 600.00 |
| 8/30/2019 | JC | Draft clinical portion of PCO report on Hahnemann Hospital. | 350.00 | 4.00 | 1,400.00 |
| | | Subtotal: | | 9.30 | 3,420.00 |
| | | **Total Professional Services:** | | **40.30** | **$14,875.00** |

**EXPENSES:**

<u>Airfare</u>

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 8/22/2019 | SK | United Airlines Confirmation #PS7NT1 ORD to PHI to ORD - S. Koenig | | | 519.60 |
| 8/22/2019 | JA | United Airlines Confirmation #G4VRT6 ORD to PHI to ORD - J. Arthur | | | 519.60 |
| | | Subtotal: | | | 1,039.20 |

Center City Healthcare, LLC                                                                                                                          Page    4

|  |  |  | Amount |
|---|---|---|---:|
| **Meals** | | | |
| 8/22/2019 SK | Dunkin Donuts Ticket #369656 Breakfast S, Koenig | | 6.61 |
| 8/22/2019 SK | Vito Volo Ticket #91002 Lunch - S. Koenig J. Arthur | | 57.22 |
| | Subtotal: | | 63.83 |
| **Transportation** | | | |
| 8/22/2019 SK | Uber St Christopher's Hospital to PHI Airport - S. Koenig J. Arthur | | 37.83 |
| 8/22/2019 SK | Base Car Service Confirmation #33982 Residence to airport. - S. Koenig | | 85.00 |
| 8/22/2019 SK | Base Car Service Confirmation # 33987 Airport to residence. - S. Koenig | | 89.00 |
| 8/22/2019 SK | Uber Car Service From Airport to St Christopher's Hospital -S. Koenig J. Arthur | | 39.74 |
| | Subtotal: | | 251.57 |
| | **Total Expenses:** | | **$1,354.60** |