# **Exhibit C**

## **Equipment Schedule**

#3 KNIFE HANDLE

#3 KNIFE HANDLE LG. ANG.

#3 KNIFE HANDLE LONG

#3L SCALPEL

(10) CUBICLE CURTAINS,BEDSPREA

(11) OXYGEN FLOW METERS @ $40.

(12) PIECES OF ARTWORK FOR 17T

(13) LP12 AC POWER ADAPTER @ $

(13) SMALL RED BIOHAZARD TRASH

(14) SETH THOMAS CLOCKS @ $39.

(150)GENESIS CONTAINERS (43978

(17) SHOWER CURTAINS 48* X 76*

(176) TAG, I.D. AND BASKETS (3

(18)CUBICLE CURTAINS FABR. AND

(2 BXS) KWIII 80 LOCATION CABB

(2) ADD 256 MB MEMORY TO VL400

(2) BANK UNIT ILLUMINATOR 28 X

(2)ANVIL GRASPER,CLICKLINE 5MM

(2)CORD,HI FREQ,W/8MM PLUG 300

(2)DEV.,SUBCUTANEOUS FASCIA CL

(2)NEEDLE HOLDER,KOH MACRO,AXI

(2)TIER,KNOT,SEMM'F/EXT RACORPO

(20) CATEGORY 5 ENHANCED CABLE

(20) CODE ALERT ALARMING BAND

(25) SUCTION REGULATOR,SURG.ST

(25) TRAP, VACUUM, DISS HTX BA

(3) SEAT SOFA VINYL

(3) SEAT SOFA-VINYL

(3) STOOL,SHOWERS

(4) A08 REMOTE SUPPORT SERV'S

(4) LEG CHAIRS- #022 PEWTER FA

(4)CLICKLINE DEBAKEY GRASP FOR

(5) NETWORK CABLE INSTAL'N/(1)

(60) MORSE WATCHMAN SMART KEYS

(7) SWIVEL CHAIRS (MIDNIGHT)

(8) DOLLY W/CASTERS (@ $30.65

*S* RETRACTOR

1 MB DATALINK CALL STORAGE DEV

1 SECTION FILM VIEW ORTHOPEDIC

1 SET OF SIDE HOOK CABLE HOLDE

1 U KMM CONSOLE WITH TOUCHPAD

1* WIDE DEAVER RETRACTOR

1.1 CU FT.SANYO MICROWAVE, COL

1.4 GHZ INTELLIVUE TELE TRX

1/4  DRILL WITH JACOBS CHUCK

1/4O DRILL WITH JACOBS CHUCK

1:1 HEAD

10 " LCD TV

10 WALL MOUNTS EXT ARMS & BRAC

10" LCD TV

10* ALLIS FORCEP

10* THUMB FCP.

10* TISSUE FCP. 1X2 TEETH

10.0MM MINI-ACUTRAK FIXATION S

10GB LR X2 MODULE

10GB LRM SFP MODULE

10GBASE LR SFP MODULE

10GBASE LR X2 MODULE

10GBASE LRM X2MODULE

10MM BABCOCK GRASP

10MM RT. ANGLE DISSECTOR

10MM-11MM-12MM/125 DEG TI CANN

10MM-11MM-12MM/130 DEG TI CANN

10NT VFD REPLACEMENT IN AHU# 1

10P LOCAL BASE LIGHT SOURCE

10X WIDEFIELD EYEPIECE

10X12* GRID CAP -1031LPI-8:1 R

11.0MM TI HELICAL BLADE 80MM -

1100W AC CONFIG 1 POWER SUPPLY

11MM/130 DEG TI CANN TROCH FIX

12 GAL. RED STEEL STEP CAN

12 PATIENT CAPABILITY SOFTWARE

12* DOULBE LEVEL MITER SAW

12* DRAWER

12* L.L.

12* LASER AIMER/LOCALIZER

12* X 36* X 72* BOOKCASE

1200W/1500VA RACK UPS-2U-APC

120VT SELF CONTAINED TEMP./HUM

125 DEGREE SC POTTS SC

12-LEAD STARTER KIT (AHA)

12MM DISTRACTOR PINS STERILE

12MM ENDOSCOPE CANNUAL MOUNT,

13" OLYMPUS COLOR VIDEO MONITO

14 MM DISTRACTOR PINS STERILE

14" BROWN CLOCK

14" MONITOR PLATFORM FOR WM-60

14.75' X 16'H DOOR KIT FOR HUT

14.75* X 16*H DOOR KIT FOR HUT

1427 VINE SWITCH UPGRADE

14-FUNCTION WATER-RESISTANT FO

14X17 DECUBITUS GRID

14X17* GRID CAP 103LPI-8:1 RA

15 INCH FLAT PANEL DISPLAY W/C

15* X 60* 42 1/2*H OPEN HUTCH

15* X 60* X 42 1/2*H OPEN HUTC

15* XGA MAIN DISPLAY

1525L 15-INCH LCD DESKTOP TOUC

16 GALLON STEP-ON WASTEGBASKET

16 MM DISTRACTOR PINS STERILE

16 PORT 10G W/DFC4

16 Port Keyboard/Video/Mouse A

16:1 REDUCER

16PORT 10G W/DFC4

17 X 12" STORAGE DRAWER

17 X 3" STORAGE DRAWER

17 X 9" STORAGE DRAWER

17* X 21* X 3.5 MELAMINE PULL-

17* X 21* X 3.5* MELAMINE PULL

17*X21*X3.5* MELAMINE PULL-OUT

17.75* X 16* H DOOR KIT FOR HU

17FR CYSTO-URETHROSCOPE SHEATH

17FR SHEATH ONLY FOR 27026UA L

17TH FL. SOUTH TOWER FURNITURE

17TH SOUTH TOWER-CABINET CONF

17X3" STORAGE DRAWER - HEART T

18 GAL.STEP-ON WASTEBASKET,RED

18"FIXED ARM-SWINGAWAY ELAVAT'

19" F.P. MONITOR

19" FP MONITOR - REPLACEMNT EE

19* REMOTE MONITOR W/CABLES AN

19* X 16* X 28* MOBILE PEDESTA

19* X 16* X 28*H MOBILE PEDEST

19-1/4* X 36* X 28-1/2* H 2-DR

19-1/4* X 36* X 28-1/2*H 2-DRA

193 KARISMA WALL SAVER RECLINE

196 KARISMA WALL SAVER RECLINE

1GB MODULE FOR PE 4400 SERVER

1MM CURVED KERRISON

1MM KERRISON VIOLET

1ST FL LOBBY /WIELAN D SERIES

2 BLOOD PRESSURE CUFFS AND 4 E

2 DELL COMPUTERS

2 LITH BATTERIS

2 POCKET W/FILE CHART HOLDER

2 POLE 240V 150A SQUARE D BREA

2 SEAT SOFA

2 SEAT TANDEM W/INTERVENING AR

2 SEAT W/INTERV ARM

2 TRAY,LG LAPCARE,/STERI/STGE

2 ULTRASOUND SYSTEMS FOR UROLO

2.0CM LEFT ABS OVIOD CAP WITH

2.0CM RIGHT ABS OVOID CAP WITH

2.5CM LETF ABS OVOID CAP WITH

2.5CM RIGHT ABS OVOID CAP WITH

20 GB 4 MM INTERNAL DAT DRIVE

2-0 THHN COPPER (100 FT. @ .63

20 X 92 TOP

20" MONITOR PLATFORM FOR WM-60

20" STANDARD HIP CHAIRS

20" VGA MONITOR PLATFORM FOR W

20" ZENITH HEALTHCARE TELEVISI

20" ZENITH HEALTHCARE TV

20* X 36* X 29* H 2-DRAWER LAT

20* X 36* X 29*H 2-DRAWER LATE

20* X 66* X 29* H CREDENSA W/P

20*X20*X72*H END CAP FOR WARDR

2015 WITH 14 INCH MONITOR

2030 PARAFIN DISPENSOR

20X30MM LONGITUDE BLADE

20X36X37 3/4H 3-DRAW LATER AL

20X40MM LONGITUDE BLADE GREEN

20X50MM LONGITUDINAL BLADE RED

20X60MM LONGITUDINAL BLADE BLU

20X70MM LONGITUDINAL BLADE GOL

21.5IN FLAT PANEL DISPLAY

21FR SACHSE URETHROTOME SHEATH

22 FR EXTENDED LENGTH CYSTO

22FR CYSTO-URETHROSCOPE SHEATH

23KHZ STRAIGHT HANDPIECE

23X30 MM DISCECTOMY BLADE VIOL

23X40MM DISCECTOMY BLADE GREEN

23X50MM DISECOTOMY BLADE RED

23X60MM DISECTOMY BLADE BLUE

23X70MM DISCECTOMY BLADE GOLD

24 PATIENT MONITORS (32264-322

24 X 30 CM WITH LANEX REGULAR

24 X 30 END TABLE

24 X 42 LEFT SINGLE PEDESTAL D

24* X 42* X 29* H FLUSH BRIDGE

24* X 48* X 29* H FLUSH BRIDGE

24.0MM MINI-ACUTRAK FIXATION S

240 DOWNTOWN TANDEM 1 SEAT

241 DOWNTOWN TANDEM-1 SEAT

243 DOWNTOWN TANDEM - 1 SEAT

247 DOWNTOWN TANDEM - 1 SEAT

24V- 100W HALOGEN BULB-EACH (

24X48 SOLID GALV SHELV

25 USER SERVER W/EXPANDED STRG

256MB MODULE FOR A DELL OPTIPL

256MB RAM 2X128MB F/POEREDGE 4

256MB SDRAM, 100MHZ, 1 SODIMM

25FR CYSTO-URETHROSCOPE SHEATH

26" TRAUMA STRETCHER (FTH),COL

26FR FIXED INNER TUBE W/CER IN

26FR RESECTOSCOPE SHEATH W/ OB

26FR SHEATH ONLY FOR 27040SL L

2800 SERIES VERTICAL FILE- 4 D

28FR FIXED INNER TUBE W CER IN

28FR SHEATH ONLY 27040SM LN11

28FR SHEATH ONLY FOR 27040SM L

2950 UTP SWITCH

2950 UTP/FX SWITCH

2GB (2X1GB)MEMORY ADDITION FOR

2MM KERRISON GREEN

3 COM MHZ 10/100 LAN CARDBUS P

3 ECG CH./RESPIRATION PARAMETE

3 ECG CH/RESPIRATION PARAMETER

3 SEAT SOFA/GRADE C FABRIC

3 SEAT W/INTERV ARM

3* DRAWER

3.0CM LEFT ABS OVOID CAP WITH

3.0CM RIGHT ABS OVIOD CAP WITH

30 MINUTE UNINTERRUPTIBLE POWE

30 PPM FLATBED FAX MFP

30 X 60 TABLE

30" CRASH CART,W/FLAP LOCKING

30* X 60' X 29*H FREE STANDING

300 W XENON LIGHT SOURCE

32" HDTV

32"LG-LCD-HDTV-W;/REM

33MM BIPOLAR GRASP FORCE

3400E THERMAL TRANSFER BARCODE

35 X 43 CM WITH  LANEX MEDIUM

35 X 43 CM WITH LANEX REGULAR

35X82 MATTRESS W/ RF WELD SEAM

36 CHANNEL HEAD END WIRE CONNE

36 X 72 RACETRACK TABLE TOP

36" COMMODES W/ARMS

36" COMODES W/ARMS

36"WIDE X 8 TIER 4 POST SHELVI

36KNZ CEM NOSECONE 6/CS

3COM COURIER V. EVERYTHING 56K

3COM EVERYTHING 56K MODEM/REQU

3COM/USR 56K V.90 FAX/MODEM IN

3D 8.5MM VISION-8.5MM ENDOSCOP

3D 8.5MM VISION-ENDOSCOPE CANN

3D TREATMENT PLANNING UPGRADES

3D VISION 12MM ENDOSCOPE 30 DE

3D VISION-12MM ALIGNMENT TRAGE

3D VISION-12MM ENDOSCOPE 0 DEG

3D VISION-ILLUMINATOR LAMP MOD

3D VISION-LIGHT GUIDE CABLE

3DHD VISION SYSTEM-CAMERA HEAD

3ECG CH/RESPIRATION MODULE

3GX745 SM DESKTOP PENTIUM D

3M CLEAN TRACE MGI LUMINOMETER

3M DELCLOS UTERINE/VAGINAL APP

3MM KERRISON RED

4 BAY EXTENDED RANGE BATTERY C

4 CHANNEL AMPLIFIER W/ARM- CAB

4 LAP Apollo Green Lasers

4 LEG CHAIR BRAUN SERIES WIELA

4 LEG SETTEE BRAUB SERIES WIEL

4 SEAT W/INTERV ARM

4 TANDEM SEATING W/CORNER TABL

4 WAVE SEGMENTS

40 MHZ CPC (1ST CPC) - CARDIAC

40 MHZ CPC (1ST CPC) - MONITOR

40 MHZ CPC (MONITOR UPGRAD) FO

40 MHZ CPC (MONITOR) FOR THE 2

40 QUART WASTEGASKET, COLOR: B

400/450 SERIES TRAM NIBP KIT

4070 SERIES FAN BACK GUEST (SE

40GB IDE HARD DRIVE FOR DELL O

40MHZ CPC PATIENT MONITOR

42 X 72 TRESTLE TABLE

4500,FULL, NUM,B/C,EXP MEMORY

4510R+E CHASSIS WS-X4748-RJ45V

453 STOOL-OPNL- PNEU HGT- MID

4610X WIRELESS PLUS MAINSTREAM

4-8 WALL MOUNTED APRON RACK

48 X 30 TABLE W/BLK CAST BASE

48 X 36 (4) LEG TABLE

4MM KERRISON BLUE

4MM X 30 DEGREE VAS

4MM-6MM-8MM-10MM-12MM- 14MM PR

4TH ARM UPGRADE 8TH FL OR

4TH FLR NT RECOVERY-CURTAIN F

4TH FLR RECOVERY MINOR EQUIPME

4VI NEEDLE GUIDE HARDWARE STAR

4VI TRANSDUCER (MP)

5  LEAD ECG PATIENT TRUNK CABL

5 - LEAD STARTER KIT (AHA)

5 " LOCKING SWIVEL

5 1/4*MED. GRADE REWRITABLE MA

5 DRW LAT FILE

5 LEAD ECG PATIENT TRUNK CABLE

5 LEAD ECG PT TRUNK CABLE-AAMI

5 LEAD ECG TRUNK CABLE

5 LEAD GRABBER IEC2

5 LEADSET GRABBER AAMI ICU

5 MM KNOT TIER

5 MM PALPATION PROBE

5 POCKET LITERATURE RACK WOOD

5 WIRE ECG LEAD SET

5 WIRE ECG LEADSET

5 WIRE LEADSET- SNAP

5 WIRE LEADSET/SNAP

5' X 5' PROJECTION SCREEN

5/32  DRILL WITH JACOBS CHUCK

50* LEAD APRON RACK

5000 SONOC CT UPGRADE 01764T H

50MM DIGITAL WRITER

5-LEAD DIN ADAPTER/USE W/MULTI

5LEAD ICU ACCESSORIES BUNDLE

5MM 28CM INSULATED PROBE

5MM- 32CM PUNCTURE NEEDLE

5MM ASPIRATION NEEDLE

5MM BLADE SYSTEM ADAPTER

5MM CORBIT SPATULA TIP

5MM INSULATE PROBE TIP

5MM KERRISON GOLD

5MM PALPATION PROBE

5MM TROCAR & CANNULA

5MM-32CM MYOMA SCREW

5MM-32CM SUCTION TUBE-PUSH VAL

6 1/4* ROCHESTER-OCHSNER

6 3/4* CVD. MAYO SCISSOR

6 FT. LAMINAR FLOW GLOVEBOX IS

6 FT. SITTING HGT BASE STAND

6 HOOK CATH MANAGER-( COMPONEN

6 PLUS CARTRIDGE

6 TANDEM SEATING W/CORNER TABL

6.9.5 CARDIOLAB COMBOLAB CABLE

60" GOKART 3 SHELVESM,1 LOCK 8

60" GOKART CART

600P TREADMILL

608-614 MHZ FOR CARDIAC MONITO

6FT CENTRONICS PARALLEL EXT CA

7* GERALD FCPS

7* PLATFORM FCP

7.0 REINFORCED ET TUBE

7.5MHZ FLEXIBLE LAPAROSCOPIC U

70 DEGREE SCOPE 9* VIDEO (ENT

7040 DELL OP MT 15 500GB 8GB

750 ROTOR W/TOOL RPLCS CAT# 13

7-FT. COMPUTER RACK MODEL 9142

8 1/4* HEANEY N.H.

8 3/4* JORGENSON SCISSOR

8 ARM MOBILE APRON RACK

8' CAT 6 CROSSOVER CABLES STAN

8 OUTLET SWITCHED RACK PDU

8 X 10 IN WITH LANEX REGULAR S

8* BABCOCK

8* STR. ROCHESTER-OCHSNER

8*JARIT VANGAURD N.H. MAYO-HEG

8.5MM VISION-ENDOSCOPE STARTER

8.6 GB MOD CATH LAB EQUIP

840 CART

840 VENTILATOR

840 VENTILATORS

8MM BLUNT OBTURATOR

8MM CANNULA W/OUTLET

8MM INSTRUMENT CANNULA

9 1/2* FOERSTER SPONGE FCP.

9* CVD. MAYO-HARRINGTON SCISSO

9* DRAWER

9* MIXTER FCP.

9010DT WITH 19 MONITOR

9020 MINITOWER

9191 ADAPTER FOR OES FIBERSCOP

9300 SERIES LATERAL FILE-2 DR

9300 SERIES LATERAL FILE-3 DR

960,DESKTOP

9TH FLOOR CARPET

A.T.S. 2000 TOURNIQUET SYSTEM

A04 FACILITIES INSTALLATION

A06 6 WAVE CHANNELS FOR PATIEN

A5 ACCESSORY GAS MODULE

A5 ANESTHESIA WORKSTATION

A5 ARTICULATING INTUBATION TRA

A7 ACCESSORY GAS MODULE

A7 FLEXIBLE BAG ARM

A7Articulating intubation tray

ABCO PROD DESK, DR MITRA

ABLATOR SYSTEM RFA

AC 120 V IS250HG HOSP GR ISO T

AC POWER ADAPTER

AC UNIT WATER COOLED

ACCELEPROT RAS 4

ACCELERATOR LINEAR

ACCESSORY SHOULDER HOLDER

ACCULENGTH INST. SET

ACCUMAX SURFACE MATTRESS

ACCUTORR PLUS - NELLCOR ADULT S

ACCUTORR PLUS W/NELLCOR OXIMAX

ACCUTORR PLUS-NELLCOR SENSOR C

ACCUTORR PLUS-NELLCOR SP02 CAB

ACCUTORR PLUS-NELLDCOR SENSOR

Acist  QT 1

Acom Jukebox  QT 1

ACRSP/48 DESK/WRITING

ACUSON S2000 AUTOMATED BREAST

ACUSON SEQUOIA SYS

ADAPTABILITIES 29.5* X 60* X 2

ADAPTABILITIES 29.5'X60'X29'H

ADAPTABILITIES RANGES 33*X36*X

ADAPTER CABLE

ADAPTER FOR OES

ADAPTER FOR OES FIBERSCOPE

ADAPTER FOR WOLF HYSTEROSCOPE

ADAPTER,TUBE,F/ROUND BUCKET W/

ADAPTERS,CLINICAL TUBES ( 4 @

ADAPTOR CAMERA

ADAPTOR MAYFIELD INFINITY XR2

ADAPTOR SINGLE-NEEDLE

ADAPTOR,WALL PLT

ADAPTOR,WALL PLT (MTL)

ADD 4 PATIENTS - MONITORING SY

ADD INVA PRESS/TEMP

ADD ON CHAIR (GRAEE 2 FAGRIC)

ADD ON CHAIR GROUP 1 FABRIC MO

ADD RADIO LINK TO BASEMENT ARE

ADD TRACKBALL

ADDITIONS 2/28/99

ADDITIONS 3/31/99

ADDRESSOGRAPH IMPRINTER

ADDRESSOGRAPH IMPRINTER MODEL

ADDRESSOGRAPH MACHINE MODEL 20

ADJ HEIGHT ARMCHAIR

ADLT PRESSURE INTERCONNECT CAB

ADOBE PAGE MAKER PLUS V6.5

ADULT PRESSURE

ADVANCD MULTO MOD OP W/DELL 67

ADVANCE WORKSTATION DELL XP

ADVANTAGE SERIES,19" STRETCHER

AERATOR FLOOR

AERO DR PORTABLE HQ PRO PACKAG

AESTIVA ANESTHESIA MACHINES

AGFA CURIX CASSETTE W/ORTHO 10

AGFA CURIX CASSETTE W/ORTHO RE

AGFA CURIX CASSETTE W/ORTHOS D

AGGREGOMETER WHOLE BLD W/PC

AGGRESSOR 3.4 FORCEP 15D RIGHT

AGGRESSOR 3.4 FORCEPS 15D LEFT

AGGRESSOR 3.4 FORCEPS 15D UP

AGGRESSOR 3.4 FORCEPS STRAIGHT

AGITATOR PLATELET

AIDA DVD-W/SMARTSCREEN

AIDA HP INKJET PRINTER KIT,INC

AIR COMPRESSION SYSTEM

AIR COMPRESSOR REPLACEMENT

AIR CONDITIONER

AIR COOLED, S.S., COUNTERTOP I

AIR FLOWMETER

AIR MASK SYS PRESSURE DEMAND

AIR PAL TRANSFER

AIR PULSE STIMULATER

ALARIS 8120 PCA MODULE PUMP

ALARIS 8300 ETCO2 MODULE PUMP

ALARIS DOUBLE INFUSION PUMP

ALARIS PUMP MODULE

ALARIS SINGLE IV PUMPS

ALARM SYS

ALARM SYSTEM

ALARM SYSTEM FIRE

ALARM SYSTEM SECURITY

ALGO 3 NEWBORN HEARING SCREENE

ALGO 5

ALLEN SIMPLE SOCKET SET

ALLEN STIRRUPS PAL

ALLIS ADAIR TISSUE FCP.

ALLIS FORCEP 6*

ALLIS-WILLAUER FORCEPS (24 QTY

ALLOCATION TO 70 FAC - WORKFLOW

ALLOY MELTING POT

ALM 4001

ALM 4003 PRISM ALIX SINGLE 510

Aloka Ultrasound Probe (3)

ALOKA ULTRASOUND SYSTEM SSD

ALUMINUM BINS MARK-COSTELLO 32

ALUMINUM EMERGENCY CART  W/ACC

AM FAB OVERBED TABLES,BASE FIN

AMEREX WATER MIST FIRE EXTINGU

AMSCO EXAMINER 10 EXAMINATION

ANALOG OUT/SYNC TX00 MOD-6PIN

ANALOG OUTPUT CABLE-UNTERMINA

ANALOG OUTPUT Y CONNECTOR FOR

ANALYZER

ANALYZER A-V PACING SYSTEM

ANALYZER BLOOD GAS

ANALYZER COAGULATION

ANALYZER ELECTRONIC OPTICAL RE

ANALYZER HEMATOLOGY

ANALYZER HEMOSTATIS TEG 5000

ANALYZER IMMUNOCYTOMETRY

ANALYZER INFUSION

ANALYZER MICROBIOLOGY

ANALYZER O2

ANALYZER PORTABLE

ANALYZER SAFETY

ANALYZER,CALE 601

ANALYZER,SIGMA PACE 1000

ANALYZER.VT PLUS

ANESTHEISA FRONT PANEL TABLE

ANESTHESIA CARPETING - 9TH FL

ANESTHESIA FRONT PANEL TABLE

ANESTHESIA GAS MODULE

ANESTHESIA MACHINE

ANGLED SPONGE STICK

ANGLED VIEW BOX, 2 OVER 2 SUFA

ANGLED VIEW BOX, 3 OVER 3, SUR

ANTENNA PLATE-CONTROL PLATE-

ANTHRO CART 25

ANTHRO I V POLE AND BRACKET

APC HIP RETRACTOR

APC SMART UPS

APC SMART UPS 2200V RACK MOUNT

APC SMART UPS 3000VA USB

APHERESIS SYSTEM

APPLE COMPUTER-15.2" POWERBOOK

APPLE POWERMAC G4 TOWER

APPLIER 15DEG UP STD

APPLIER STRAIGHT STD

APRONS

ARCCHECK

ARM CHAIR GRADE 2 FABRIC PALLA

ARM CHAIR GROUP 1 FABRIC MO.CR

ARM PLATFORM CLG SUSP W/GAS

ARM PLATFORM CLG SUSPENDED

ARM VHM VARIABLE HEIGHT

ARM,7 PIL /ARM FOR P10 TV

ARMBOARD,PAD EXTRA LONG STRAP

ARMLESS GUEST CHAIR

ARMOIRE 4 DRAWER/ 1 DOOR

ARMSTRONG ANESTHESIA CARTS

ARRAY COIL ISMS VISION 1.5T 4C

ARROWS3 8440 BLUE

ARROWS3 8452 WITH SCANNER

ARROWS3 84XX DUAL CHARGER BUND

ArrowS3 8741 Blue Pivot

ArrowS3 8753 Blue Pivot w Barc

ArrowS3 87XX Multi Charger Bun

ArrowS3 Quad Charger Bundle

ART OF CARE LARGE SEATING

ARTHROCARE CABLE

ARTICULATING KEYBOARD TRAY

ARTICULATINGKEYBOARD TRAY

ARTIS ZEE IMAGING SYSTEM

ARTWORK

Artwork  QT 10

ARTWORK FOR RESIDENT'S LOUNGE

ASBESTOS ABATEMENT MONITORING

ASCENDER 500 TRANSPORTER 24" C

ASI 0625- 16 X 22 MIRRORS

ASPIRATOR

ASPIRATOR OPTIVAC G180 PORTABL

ASPIRATOR ULTRASONIC SURGICAL

ASSEMBLY,CCUFF,SMALL

ASSORTED FURNITURE FOR RM 234-

ASSY  PKG LTV SPRINT PACK

ASSY FL STD SPRINT PACK MT

ASSY- TOP- DAILY QA CHECK

ASSY,CUFF,LARGE

ASSY,CUFF,X LARGE

ATR VASCULAR CLIP

ATT AF02 LEGEND 2.44MM STEM

ATT AS08 LEGEND 8CM BIT

ATT AS09 LEGEND 9CM BIT

ATT AS14 LEGEND 14CM BIT

ATT AS15 LEGEND 15CM BIT

ATTACHED END TABLE

ATTACHMENT RETRACTOR F-1 (CLA

ATTACHMENT, U2 STRAIGHT MEDIUM

AUDITORY STIMULATOR OPT.(DOES

AUDLT FINGER SP02 SENSOR

AURORA CHAIR-PLASTIC SEAT AND

AUTOCLAVE COUNTER TOP

AUTOCLAVE COUNTERTOP

AUTOLOADER

AUTOMATIC COFFEE URN

AUTORADIOGRAPHIC CHECK DEVICE

AUVARD VAGINAL SPECULA

AVA 500 TABLE ,MOUNT SYSTEMS

AVANCE ANESTHESIA MACHINES

AVANTI J-20 ELUTRIATION SYS

AVAYA AURA SYSTEM MANAGER SERV

AVEA STANDARD VENTS

AVOX METER SYS

Avoximeter  QT 1

AVOXIMETER 1000E - OXIMETERS

AXIOM ARTIS DBC DETECTOR SYSTE

AXIOM ARTIS DFC

AXIOM ARTIS DTA DETECTOR SYSTE

AYTINET 2000 POWER HEAD

B1SX

BABCOCK FCP 6 1/4*

BABY TISCHLER BIOPSY PUNCH FOR

BABYTHERM 8004 SYSTEM

BALANCE ANALYTICAL

BALT COMPUTER PRINTER CART

BAND SAW

BANYYAN STAT KIT 900

BARACKET, WALL, TELEVISION

BARCO CORONIS DUAL 5 MEGAPIXEL

BARCO CORONIS FUSION SNGLE 6MG

BARCO NIO CALIBRATION KIT

BARIATRIC SCALE W/HEIGHT ROD

BARIMAXX II

BARRAGUER NEEDLE HOLDER

BARRAQUER BUTTERFLY SCISSORS

BARS PARALLEL

BARTON 1330 CHAIR W/TILT/GEL S

BARTON 1-330 CHAIR W/TILT/SEAT

BARTON I-330 CHAIR W/TILT/GEL

BASE UNIT  (6 EA @ $65.00 = $

BASE UNIT COMPUTER PROCESSOR

BASE-STATIC FOUR BASE RO

BASIC CARRY CASE/ ACCESSORIES

BASKET SET RAIL MOUNTED

BASSINET SS

BASSINET SS 1 DWR

BASSINET WOOD

BATH FREEZING

BATH PARAFIN

BATH WATER

BATH,WATER ANALOG

BATTERY

BATTERY BACKUP KIT

BATTERY CHARGER, 120 VOLT

BATTERY OPERATION

BATTERY POWERED DRILL

BATTERY STD LIFE PKG

BATTERY VIKON SURG LITHIUM-ION

BATTERY, LO NICD     (QTY = 2

BATTERY,LP  SLA  (QTY = 24)

BCM 2.5 (FP-1) BASE UNIT-O TR

BCOM - CCTV & ACCESS CONTROL F

BEAM UPGRADE

BED

BED BIRTHING

BED BUNK OAK

BED BUNK WOOD

BED ELECTRIC

BED FRAME W/MATTRESS

BED HANGER MOUNT

BED ICU

BED MANUAL

BED OAK PSYCH

BED PLATFORM WD

BED SCALE - MODEL 2002 SLINGSC

BED SW BEHABORIAL HEALTH BED

BED SW BEHAVIORAL HEALTH

BED SW BEHAVORIAL HEALTH

BED WITH X-RAY TRAY SIDE WALLS

BED,AFFINITY BIRTHING

BED,BARIATRIC

BED,BIRTHING

BED,SP02RT SYSTEM

BED,STOW AWAY

BED,TOTAL CARE BED SYS

BED,TOTAL CARE SYSTEM

BED,TOTALCARE BARIATRIC PLUS

BED,VERSACARE

Beds (32)

BEDSIDE CABINETS

BEEHIVE HORIZON 40-CHANNEL REC

BENCH-HANCOCK   ROOM 229

BEVELER

BEVELOR

BILI LITE

BILICHECK SYS W/WALL MOUNT

BILICHEK NON-INVASIVE BILRUBIN

BILIMETER

BILLROTH TUMOR FORCEP

BIO-HAZARD WASTE CAN

BIOMETRIC ACCESS SYSTEM

BIOPSY FORCEP/GRASPER (SEMI RI

BIPAP VISION

BIPOLAR CABLE- 3M LENGTH

BIRCH PLYWOOD 3/4 * X 4' X 8 '

BIRTHING BEDS

BISX SOLUTION

BISX, BIS INTERFACE MODULE

BK MEDICAL RECTAL ULTRASOUND

BLACK HANDLE

BLACK PLASTIC HANGERS

BLACK UNITED BRAND TRASH CANS

BLADDER SCAN BVI 9400

BLADDERSCAN

BLADDERSCAN BV19400

BLADDERSCAN BVI 3000

BLADDERSCAN BVI3000

BLADE,CSTM 10"G/110-5.5 RATCHE

blanket warmer  QT 1

blanket warmer  QT 2

BLANKETROL III

BLANKETROL OO AND ACCESSORES

BLANKING PANEL KIT (1 EA. IV 2

BLENDER O2

BLENDER,HI-LO W/3 HOSES

BLENDER,OXYGEN AIR LOW FLOW

BLOOD GAS ANALYZER

BLOOD PRESSURE CUFFS (WALL MOU

BLOOD REFRIGERATOR

BLOOM STIMULATOR

BLOOMFIELD 2 STATION, POUR-OVE

BLUE-AVERAGE THYROID SHIELD

BOARD DRY ERASE

BOGEN 8* CEILING SPEAKERS

BOGEN COMMERCIAL AMPLIFIER

BOHLER BRAUN LEG SPLINT

BONE DENSITOMETER

BOOK,CASE/DR DOMESCK & SHANG

BOOKCASE 15X36X84

BOOKCASE 15X36X84 W/CABINET

BOOKCASE 36 IN MAHOGANY

BOOKCASE MAHOGANY 14X36X72

BOOKCASE MAHOGANY 36 IN

BOOKCASE MAHOGANY 36 IN 6 TIER

BOOKCASE OAK 12X36X84

BOOKCASE OAK 72 IN

BOOKCASE WALNUT 3-36 IN SECTIO

BOOKCASE WOOD 5 SHELVES

BOOKCASE,

BOOKCASE-PARLIMENT SINGLE MAH/

BOOKER COMBO BOX SYSTEM WITH A

BOTTOM PLATE

BOX UTILITY

BRACHYTHERAPY - HIGH DOSE REMO

BRACHYTHERAPY CALIBRATION SYST

BRACKET  CENTRIMAG MOTOR (45 D

BRADEN SINGLE SEATER W/LEFT AR

BRADEN SINGLE SEATER W/RIGHT A

BRADEN SINGLE SEATER.FULL UPHO

BRASS SWIVEL TABLE LAMP

BRAUN MODULAR SINGLE SEAT/ MOM

BRAUN TENACULUM SINGLE

BREATHE EASY CARTRIDGE

BREISKY RETR- 150MM X 30MM

BRIDGE,FLUSH 20 X 42 X 29H

BRIGHT SPOT ILLUMINATOR

BRISTOL CHAIR, HALLWAY WAITING

BRONCH CHARTNOTE INSTALLATION

BRONCHOFIBERVIDEOSCO PE, CURVIL

BRONCHOSCOPE ,EVIS EXERA II HI

BRONCHOSCOPE EXERA ULTRA THIN

BRONCHOSCOPE PEDS SLIM W/3.6MM

BRONCHOSCOPE,SLIM W/5.0MM

BRONCHOSCOPE/ADULT SLIM W/5.0M

BRONSHOSCOPE, THERAPEUTIC VIDE

BROTHER INTELLISFAX 1270E PLAI

BSS2 120VAC

B-TRON 24VDC W/1 OUTPUT

BUCKET,ROUND 1 X 750

BUFFER

BUFFER 20 IN

BUFFER 20IN

BUFFER BURNISHER

BUFFER FLOOR

BUILD YOUR OWN *BYO* PRO MEDIA

BUNDLE IPC SYS AND ENDOSCRUB B

BUNDLE MS MICRORIDER W/INSTR

BUNDLE NIM RESPONSE 3.0 SYS W/

BURR GUARD LONG

BURR GUARD MEDIUM GUARD

BYO PRO MEDIA CABINET (30* WID

C03 150 ALARAM EVENT STORAGE

C06 IBP / T FOR PATIENT MONITO

C50 ADDTRACKBALL

CA ASSY TRAMNET/DEVICE 3.5FT

CABINET

CABINET ACOUSTICAL COVER

CABINET AV WALNUT 42X42

CABINET BEDSIDE

CABINET CATHETER

CABINET COM EQ 28X28X84

CABINET FALMMABLE 45 GALLON

CABINET FLAMMABLE STRG-LARGE

CABINET NETWORK

CABINET ROLLING FRONT

CABINET STERILE DRYER FLOOR

CABINET STL 5 TIER DATA STG

CABINET STORAGE

CABINET TREATMENT STD

CABINET WARMING SINGLE COMPART

CABINET, WARMING LARGE

CABINET,24" DIGITAL WARMING

CABINET,60G 2DR, MANUAL

CABINET,BEDSIDE "NATURAL MAPLE

CABINET,BEDSIDE WRIGLEY    CO

CABINET,STORAGE /LATERAL FILE

CABINET,WAR

CABINET,WARMING

CABINET,WARMING DIGITAL 24" AM

CABINET,WARMING SINGLE

CABINET-BEDSIDE

cabinets  QT 13

CABINET-STORAGE 2 DOOR (3 @ 34

CABLE DROP BLANKET ORDER

CABLE DROPS FOR NUCLEAR MEDICI

CABLE FIBER LIGHT 2.5MM BUNDLE

CABLE FOR SCSI 3 TO SCSI 2 INT

CABLE PHILIPS M1204A/M1205A/V2

CABLE PULLS  230 N BROAD ST 2N

CABLE, VIDEO (4 EA $255.20)

CABLE,MNC-1 ADAPTER SP02   (

CABLE,PT LNC4  (QTY 47)

CABLE,PWR ADAPTER EXT (QTY =

CABLE,USB INTERFACE

CABLES- CONNECTORS AND WIRING

CABLING/ HUH INVISION PROJECT/

CADDY,DESIGNALINE W/BUMPERS

CADIERE FORCEPS

CALIBRATED UTERINE SOUND

CALIBRATOR DOSE

CALLXPRESS VOICE MAIL SYSTEM

CAM DOME,PWR SUPPLY,MTR,ETC

CAMERA AND ACCESSORIES

CAMERA DIGITAL ENDOSCOPIC

CAMERA GAMMA

CAMERA GAMMA W/AQUISITION STAT

CAMERA HEAD

CAMERA HEAD ANGLED TYPE

CAMERA HEAD,H.D. VISERA PRO

CAMERA HEAD,VISERA PRO HIGH DE

CAMERA SURGICAL

CAMERA SURGICAL MEDILIVE

CAMERA SYSTEM,HEADLIGHT

CAMERA ULTRA LT BUILT IN B5 X

CAMERA VIDEO

CAMERA VIDEO & ADAPTER

CAMERA VIDEO TRICAM SL NTSC

CAMERA VISERA PRO HI DEF AUTOC

CAMERA,AMER DYNM COLOR MINIDOM

CAMERA,E.CAM TM SIG SERIES DUA

CANN.LUM- DB- CRVD L/P

CANON CXD1-701C

CAPITALIZE MED TEX INV 011270

CapLease - GE AW SERVER

CapLease - GE CT750 HD 2000 TA

CapLease - GE Discovery CT750

CapLease - GE GSI VIEWER

CAPS,SEALING

CAPTAINS CHAIR PACKAGE

CAPTAIN'S CHAIR PACKAGE

CAR 700 SERIES PREVAC/GRAVITY

CARB-BITE HASLEY N.H. 5* (12 Q

CARB-BITE MAYO HEGAR N.H. 8*(2

CARB-BITE MAYO HEGAR N.H. 9*(1

CARB-EDGE MAYO SCISSORS CURV(6

CARB-EDGE MAYO SCISSORS STR (6

CARB-EDGE METZ SCISSORS (5 QTY

CARD CARE CENTER ADM OFFICE

CARD,GRAPHICS

CARDIAC BOARD

CARDIAC BOARD W/BRKTS PER

CARDIAC BOLSTER PAD

CARDIAC CATH LAB REPLACEMENT/

CARDIAC OUTPUT BATH PROBE

CARDIAC OUTPUT CA 8FT TRAM

CARDIAC OUTPUT MAIN CABLE 12 F

CARDIAC OUTPUT MODULE

CARDIAC OUTPUT PARAMETER MODUL

CARDIAC SYS-CARDIAC OUTPUT CEN

CARDIAC SYSTEM CS100 W/ STORAG

CARDIO V6 71 STRESS ACQUISTION

CARDIOLAB IT NO TRAM

CAREASSIST BED W/ OVERBED TABL

CARE-E-VAC 3 PORTABLE ASPIRATO

CARE-EVAC 3 PORTABLE SUCTION U

CAROLINA BARIATRIC CHAIR

CARPET FOR 522 BOBST TWO(2) OF

CARPET FOR ENDOSCOPY/COLOR=

CARPET FOR OCCUPATIONAL HEALTH

CARPET INSTALLATION 1ST FL SO

CARPET RENOVATION PROJ/E.R./1S

CARRIAGE 700 SERIES PREVAC/GRA

CARSTENS ROTO CADDY - PATIENT

CART

CART ANESTHESIA

CART BLOCK

CART BODY, SR 24 DBL-WDE,PARTL

CART BV1 3000 ROLLING

CART CABINET CATHETER

CART C-LOCKER

CART CRASH

CART CRASH 5 DWR

CART EKG

CART EMERGENCY

CART ENDOSCOPIC

CART- EQUIPMENT FOR ASIP #120

CART EXCHANGE 20X48 5 TIER SS

CART EXCHANGE 20X54 4 TIER SS

CART EXCHANGE 20X60 5 TIER SS

CART EXCHANGE MOD54X28X72

CART EXCHANGE SS 20X54 4 TIER

CART EXCHANGE SS 20X60 6 TIER

CART F/ BLADDER SCANNER

CART FORMICATOP

CART ISOLATION

CART L

CART L&D MONITOR

CART L&D MONITOR WOOD

CART MAID

CART MAIDS

CART MED

CART MED STEEL 20X20X72 I

CART MEDICATION

CART MODULAR (DBL SIZE)

CART MONITOR

CART MONITOR WD

CART OAK MONITOR

CART PLASTIC 2 DOOR

CART RECORD TRANSPORT STL

CART RED 3 DWR

CART ROLLING W/TRAINING PAC

CART SS 3 DWR

CART SS 4 DWR

CART SS 60 IN

CART SS MOBILE

CART STL 60 IN

CART STL WIRE 60 IN

CART STL X-RAY FILM TRANSPORT

CART SUPPLY

CART SUPPLY 60X24 IN

CART SUPPLY C-LOCKER

CART SUPPLY PED CART 10 DWR

CART SUPPLY TRANSPLANT CART

CART SUPPLY WOOD L&D

CART SYS STL WIRE 60 IN 3 MOVE

CART SYSTEM W/ACCESSORY SHELF

CART TILT 1-1/2 CY

CART TILT 2 CY

CART TILT TRASH 2 CY

CART TRANSPORT C-LOCKER

CART TRASH BIG

CART TRAY 20 CAP

CART TRAY 20 CAP SS

CART TRAY COOLING

CART UTILITY

CART UTILITY 2 DOOR

CART UTILITY S/S

CART VIDEO 5 FT ENCLOSED

CART WD 3 DWR MONITOR

CART WD MONITOR 3 DWR

CART WIRE S/S 6 SHELVES

CART WIRE S/S 7 SHELVES

CART YELLOW 3 DWR

CART, FOUR SHELF  INCL IV POLE

CART, MOUNTING

CART,600 SERIES MEDICINE (WITN

CART,ALUM EMERGENCY "RED" W/AC

CART,ALUM EMERGENCY CART

CART,CASSETTE

CART,CODE IN SANDSTONE W/DRWR

CART,COMPRSSR MT W/1 HR BPS

CART,CRASH HARMONY 24 & BREAK

CART,DUAL TIER

CART,EMERGENCY ALUM(CLR=RED)W/

CART,EMERGENCY W/ACCESSORIES

CART,FOR HARMONIC GENERATOR 30

CART,FOR MONSOON W/DRAWER W/

CART,HARMONY 21 WHITE

CART,HARMONY 24

CART,HARMONY 27 , WHITE , W/EL

CART,MED

CART,MEDICINE 600 SERIES (COLO

CART,METAL

CART,MOBILE

CART,ROLLING BVI

CART,SS MOBILE WEIGHING CRADLE

CART,STERRAD SYS

CART,UNIVERSAL

CART,VIDEO PROCEDURE EVIS EXER

CART,VIDEO STD 120 VAC

CART.MEDICINE

CART-L

CART-L MODULAR

CARTO 3 115V CART

CARTO 3 PATIENT INFERFACE UNIT

CARTO 3 SYSTEM

CARTO WORKSTATION CART

CARTS HARMONY 21 WHITE W/ DRAW

CART-STANDARD

CART-SUSP

CART-VERSA

CART-WIRE CHROME

CASE V67 GENERIC ATO MDEL

CASE,BASIC CARRY (QTY 17)

CASE,CARRY

CASE,CORE STERILE-MEDIUM

CASE,TECNO DISPLAY-MAIN LOBBY

CASPAR STER DISTR PIN-DISP

CASPAR STER. DISTR. PIN DISP

CASSETTE / FILM CART

CASSETTE CART

CAST SAW

CASTRO-VIEJO NEEDLE HOLDER

CAT 5E WHITE PATCH CABLE 7 FOO

CAT6500 6000W AC POWER SUPPLY

Catalyst 3750 4810/100/1000T +

CATALYST 4500 600W POWERSUPPLY

CATALYST 4500E 48PORT UPOE

Catalyst 6500 48-port 10/100/1

Catalyst 6500 Compact Flash

CATEGORY 5-RJ45 PATCH CABLE- W

CATH DIC REC UPHAH 990 UPGRADE

CATHCOR/QUOTE #10097400

CATHETER DEFLECTING MECHANISM

CATHETER INSERTION KIT

CATHR DFLCTNG MCHN W/RCHT

CBL ECG 5 LEAD SNAPS AAMI TELE

CBLS,CUFFS,ADAPTER

CBNT-SFTCR BDS F/RMS 206-207-2

CD HOLDER-8 DRAWER 56 * (PAGE

CEILING MOUNT FOR 19* MONITOR

CEILING MOUNT KIT FOR PRX OR A

CEILING MOUNT SURGICAL LIGHT W

CEILING MOUNT, SURG LIGHT

CEILING MTD.,SURG LIGHT

CELL SEPARATOR MAGNETIC

CENOVA W/IMAGE CKR CAD SERVER

CENTRICITY 3.0 DELL PACS DATAB

CENTRICITY 3.1 IMAGE MGT SYSTE

CENTRICITY 3RD DISPLAY-20" NE

CENTRICITY ENTERPRISE ARCHIVE

CENTRICITY PACS 3.1 DAS SERVER

CENTRICITY PACS DUAL DISPLAY W

CENTRICITY PACS EQUIP RACK

CENTRICITY PACS SINGLE WORKSTA

CENTRICITY SERVICE PORTAL SERV

CENTRICITY WEB SERVER

CENTRICITY WORKSTATION

CENTRIFUGE

CENTRIFUGE ACC ADAPTER (QTY OF

CENTRIFUGE FISHER ACCUSPIN W/R

CENTRIFUGE REFRIGERATED

CENTRIFUGE REFRIGERATED FLOOR

CENTRIFUGE STAT COAG BRSHLS MD

CENTRIFUGE, MICROHEMATOCRIT HE

CENTRIFUGE,BENCHTOP W/ACCESSOR

CENTRIFUGE,FISHER ACUSPIN W/AC

CENTRIFUGE,MTS ID 24 PLACE

CENTRIMAG NSP VAD

CF-Q180L OLYMPUS EVIS EXERA II

CHAIR

CHAIR - MOMENTUM CRYTON FUSION

CHAIR BARTON 1-400 CHAIR

CHAIR BARTON 1-700

CHAIR BLOOD DRAW

CHAIR BLOOD DRAW W/TABLE

CHAIR BLOOD DRAWING

CHAIR DENTAL W/DENTAL UNIT

CHAIR DENTAL W/LIGHT/DENTAL UN

CHAIR EENT HYDRAULIC

CHAIR EXEC LEATHER

CHAIR EXEC SWL ARM

CHAIR EXTRA WIDE W/SIDE CABINE

CHAIR GERI

CHAIR GERIATRIC

CHAIR -GUEST W/ARMS ROOM 239

CHAIR HB PT GUEST

CHAIR LG. WIRE LAND / EXTRA

CHAIR LOUNGE FAB UPH

CHAIR LOUNGE WING BACK WD FAB

CHAIR PATIENT RECLINER OAK & V

CHAIR PATIENT RECLINER OAK/VIN

CHAIR PHYSICIAN

CHAIR PHYSICIANS

CHAIR RECLINER

CHAIR RECLINER WD VINYL

CHAIR RECOVERY

CHAIR REHAB

CHAIR RELCINER

CHAIR STRETCHER

CHAIR SW ARM LEATHER

CHAIR TRANSPORT

CHAIR VINYL UPH RECLINER

CHAIR W/ARMS

CHAIR W/O ARMS

CHAIR WD BOX FAB UPH

CHAIR WD BOX SEAT FAB UPH

CHAIR WD FAB UPH

CHAIR, CRITERION HIGH BACK NO

CHAIR, RECLINER, HOSPITAL

CHAIR, W/ARMS HIGH BACK LESTER

CHAIR,ALL SEATING 24/7 TASL

CHAIR,ASPEKT

CHAIR,CREW,BLK UPHL (QTE 10467

CHAIR,FORMA STACK NO ARMS,SLED

CHAIR,FULL POWER

CHAIR,GUEST CONFERENCE, ARMLES

CHAIR,GUEST STKG(14 SETS/2/SET

CHAIR,HIGH BACK

CHAIR,HIGH BACK MULTI TILT TAS

CHAIR,HIGH BACK TASK

CHAIR,HIGH BACK,CRITERION,NO A

CHAIR,KI PERTH POC LOW BACK GU

CHAIR,KI STRIVE BEAM 4 IN A RO

CHAIR,LAZY BOY

CHAIR,LEAP ADJ,UPHOLSTERED "BL

CHAIR,LESRO WESTON SIDE GRA

CHAIR,LOUNGE,GEOMET ENVY,FAIRF

CHAIR,LUMEX RECLINER

CHAIR,RECLINER TRANSFER STRETC

CHAIR,SD F/OFF,FNSH,7 MC MED C

CHAIR,SIDE   ALL FABRIC

CHAIR,SIDE  ROOM # 304

CHAIR,SIDE ALL FABRIC

CHAIR,SIENTO,HIGH BACK

CHAIR,SOURCE PLASTIX

CHAIR,SOURCE TIER

CHAIR,STACK PVC ST /BK

CHAIR,STACK SOURCE

CHAIR,STEELCASE ,HIGHBACKASPEK

CHAIR,STRETCHER

CHAIR,STRETCHER  MODEL 5051

CHAIR,TASK

CHAIR,TASK  ROOM 368

CHAIR,TASK  ROOM 383

CHAIR,TASK /DR DOMESCK & SHANG

CHAIR,TASK FULL FUNCT W/ADJ T

CHAIR,TASK PRESTO

CHAIR,TASK W/ADJ CHAIR AND ARM

CHAIR,TASK,FL FUNC/ W/ADJ T AR

CHAIR,THINK,ARMS UPH,BLK ONYX

CHAIR,TITAN HIGH BACK TILTER

CHAIR,WIELAND VISITOR(20 EA @

CHAIR,WIELAND (10 EA @ $488=$4

CHAIR,WIELAND CURIE-OPEN ARM P

CHAIR,WIELAND HORIZON 4 LEG VI

CHAIR.ARC ROOM 224

CHAIR-GUEST SOURCE

CHAIR-GUEST WIELAND

CHAIR-IMPACT ENTERPRISE    RO

CHAIR-JACK, FULL BACK (3 @ 24

CHAIR-KI VERSA SLED BASE GROUP

CHAIR-PAOLI COMMANDER GUEST GR

CHAIR-PATIENT

CHAIRS

Chairs  QT 30

CHAIR-SIDE WIELAND #010 EDGEWA

CHAIR-SIDE WIELAND COM MAHARAM

CHAIR-SOURCE

CHAIR-VIA GR 3

CHAIR-VIA GR S

CHAIR-VISITOR

CHAIR-VOA GR 3

CHAIR-W/ARMS

CHARGING STATION VIKON SURGICA

CHART RACK 3 TIER 10 CHART EA

CHART RACK 3 TIERI 10 CHART EA

CHART RACK CIRCULAR

CHART RACK MOBILE 20 POSITION

CHART RACK MOBILE 30 POSITION

CHECK PROTECTOR

CHEM PACK FENCE/DUPPLY ROOM DO

CHIEF 1CLPTM3B03 UNIVERSAL TIL

CHOU POSTERS- *APPLE*- LEMON*-

CHRS-3 FBR-PER QTE/RM 206&207-

CIRCULAR CHART RECORDER

CISCO 2960 24 PORT GIG SWITCH

CISCO 2960 24 PORT POE SWITCH

CISCO 3750 12 POR ALL SFP HD S

Cisco CAT6000-VS-S2T

CISCO CATALYST 3850 10GE NTWRK

CISCO CATALYST3850 48PORT UPOE

CLAB II PLUS 96 CHANNEK ELECTR

CLAB NT TO IT UPGRADES

CLAMP MAYFIELD INFINITY XR2 SK

CLAMP,280 MM GERMAN LIVER

CLAMP,MAYFIELD SKULL

CLAMP,RELIANCE BULLDOG

CLASS DOOR FOR BLANKET WARMER

CLASSIC BEDSIDE CABINETS

CLASSIC II DUAL HEAD STETHOSCO

CLEANER ULTRASONIC

CLEAR LASER GOGGLES

CLEAR LASER SPECTACLES

CLICK 24HRS CHAIRS, FABRIC SOS

CLICK LINE BABCOCK GRASP FRCP

CLICKLINE BLAKESLEY BIOPSY

CLICKLINE BOWEL GRASPER INCL:3

CLICKLINE BOWEL GRASPER KIT

CLICKLINE BOWEL GRASPERS

CLICKLINE CONUS DISSECTING GRA

CLICKLINE DISECTION FORCEP

CLICKLINE KELLY GRASP FORCEPS

CLICKLINE MANHER GRASPERS

CLICKLINE METZENBAUM

CLICKLINE WAVY GRASPING FORCEP

CLIENT PC HW

CLINICAL CONFIG. & IMPL.

CLINICAL CONFIG.& IMPL. SERVIC

CLINICAL CONFIG/M1106C HANDHEL

CLINICAL CONSULTING FOR CARDIA

CLINICAL CONSULTING FOR MONITO

CLIP,NK-3900

CLJ ESOPH. OVAL 12X18X35

CLJ ESOPHSCOPE 8X12X50

CLOCK KRONOS 4500 W/CHARGER KI

CLOCK TIME

C-LOCKER

CLOSED CIRCUIT TV SURVEILLANCE

CLOSURE PLUS CATHETER/INTRAVAS

CLOSURE PLUS PROCEDURE PACK

CLOWARD LARGE SURGICAL SADDLE

CLOWARD SURGICAL SADDLE

C-MOUNT HEAD 24MM

CMPL BREATHE ESY 10 BTYL RBR H

CMS HARDWARE UPGRADE KIT

CMTR GYN X RAY CATHETER SET FO

CNTRS,STEP ON ,12 GL,BG

CO & CO2 CALIBRATION KIT

COAGULATION   BIPOLAR HI FR CO

COAGULATOR ARGON BEAM

COAGULATOR WALL MOUNT

COAGULATOR WALL MOUNTED

COAT RACK

COBB SPINAL ELEVATORS 1/2* 12M

COBRA GRASPER

CODE CART W/5 STORAGE DRAWERS

CODE CART W/ENTRY FLAP DOOR-5"

Codman MALIS BIPOLAR

COFFEE TABLE

COHEN CANNULA

COLLET,PIN

COLLETT PIN

COLOR CONTROL PANEL

COLOR DISP CONTR. BOARD

COMBINED CYSTO/RESECTION LN30

COMBINED GI/PULMONARY-NETWORK-

COMINATION FSD ROUND & MINI OV

COMMUNCATION CABLE 100'

COMMUNICATIONS CABLE 25'

COMPANION SERIES GUEST/CONF.CH

COMPAQ 9122 RACK KIT, 22U

COMPARATOR

COMPRESSOR

COMPRESSOR AIR

COMPRESSOR DRY AIR

COMPRESSOR MOBILE

COMPRESSOR MODEL 840

COMPRESSOR PORTABLE AIR

COMPRESSOR,806

COMPUTER

COMPUTER  QT 5

COMPUTER ,VIGILANCE II UPGRADE

COMPUTER CENTRAL STATION

COMPUTER DESKS FOR RESIDENT'S

COMPUTER HARDWARE (W/21" PHILL

COMPUTER IMAGING

COMPUTER LAPTOP

COMPUTER PERSONAL DESKTOP

COMPUTER PERSONAL DESKTOP CS

COMPUTER PERSONAL LAPTOP

COMPUTER POWER PC

COMPUTER SERVER

COMPUTER SHELF

COMPUTER W/CD ROM

COMPUTER W/ENCRYPTED HARD DRIV

COMPUTER WORKSTATION

CONDITIONER AIR

CONFERENCE ROOM TABLE W/ T-LEG

Conference TDS Pack

CONMED SYSTEM 7550

CONNECTION PLATE CT/MR

CONNECTOR  (3 @ $42.00 = $126.

CONNECTORS KITS

CONSOLE  PRIMARY 2ND GENERATIO

CONSOLE CORE

CONSOLE W/TOUCHPAD KEYBOARD AN

CONSOLE,1 U RACK

CONSOLE,1I 19" FLDNG RCKMNT LC

CONSOLE,AQUADEX FLEXFLOW

CONSOLE,SECURITY DISPTACH

CONSTELLATION LXT

CONSTRUCTION F/CAPTARIS SYS

CONSTRUCTION- GENERAL - GENERA

CONSTRUCTION- GENERAL - OFF SI

CONSTRUCTION- GENERAL - ON SIT

CONSTRUCTION- MECHANICAL - AIR

CONSUMABLE KIT FOR DUPLEX 4099

CONSUMABLE KIT FOR SCANNER

CONTAINER SYSTEM

CONTERTOP ICE DISPENSER W/INTE

CONTINUOUS FLOW SHEATH

CONTROL PANEL HVAC - INSTALLAT

CONTROL PANEL UPGRADE

CONTROL PNEUMATIC SYSTEM

CONTROL UNIT

CONTROLLER BARCI NXRT-2400 LOW

CONTROLLER SURGICAL

CONTROLLER TELEMETRY

CONTROLLERS COMPUTER

CONTROLLERS EXTENDED VIDEO

COOKER HOT DOG STAR

COOLER HEATER

Copiers  QT 2

CORBETT SPATULA TIP

CORD   (3 @ $ 147.00)

CORD,MONOPOLAR  (3 @ 165.00)

CORDLESS DRIVER 3

CORDS

CORE SWITCH

CORK & MELAMINE BRD W/SOLID OA

CORK BOARDS

CORK BULLETIN BOARD W/SOLID OA

CORKBOARD, PROFILE 5, BLACK

CORNEAL SCISSORS LEFT

CORNEAL SCISSORS RT.

CORNICE  FOR LESLIES OFFICE

CORNICE FOR 2 NEW WINDOWS (LEF

CORNICE FOR KAREN'S OFFICE

CORNICE FOR NEW LARGE WINDOW

CORNICES FOR PRIVATE ROOMS

CORONADO BARIATRIC CHAIR (GRAD

CORONADO BARIATRIC CHAIR GRP.

COUCH

COUGH ASSIT AUTO AND MANUAL TI

Coulter Analyzer

COUNTER BACK 20 FT SS W/SINK

COUNTER BACK 54 IN SS W/SINK

COUNTER DIRTY DISH W/ DISPOSAL

COUNTER HOT FOOD SERVING SS 6

COUNTER SS 2 BASIN SINK 3 FAUC

COUNTER SS W/DBLE BASIN SINK 3

COUNTER TO ICE MACHINE

COUNTERTOP ICE DISPENSER W/INT

COVE BASE 125 X 4 LIGHT BEIGE

COVER FOR LINEN EXCHANGE CART

COVERSLIPPING MACHINE

CP150 PORTABLE RADIO WITH ANTE

CPM MACHINE

CPM2PLUS UNIVERSAL PRESSURE ME

CPU IMAGING REVIEW STATION

CPU ISTAT ANALYZER

CPU TO KVM CABLE (12FL.)

CRADLE,4 SIDED

CREDENZA

CREDENZA 48 IN STL

CREDENZA 48 IN W/OH SHELVES

CREDENZA 60 IN

CREDENZA 60 IN OAK

CREDENZA 72 IN MAHOGANY

CREDENZA 72 IN OAK

CREDENZA 72 IN STL & LAM

CREDENZA EXECUTIVE WOOD

CREDENZA METAL

CREDENZA MTL 5 DWR

CREDENZA OAK 72 IN

CREDENZA OAK LAM 66

CREDENZA OAK W/4 DWR LAT FILE

CREDENZA STL W/8 LEGAL FILE CA

CREDENZA WD 4 DWR

CREDENZA WD 60 IN

CREDENZA WOOD

CREDENZA WOOD EXECUTIVE W/OVER

CREDENZA WOOD WITH BOOKCASE

CREDENZA,KNEESPACE

CREDENZA,KNEESPACE 24DX72XW

CREDENZA,NATURAL WALNUT (QTE 1

CREDIT REPACEMENT (DISPENSOR #

CREMATOCRIT PLUS CENTRIFUGE

CREST SONIC WITH MILK BATH

CRIB SS MOBILE

CRILE FORCEPS CVD 5 1/2*

CRILE FORCEPTS STR. 5 1/2*

CRILE-WOOD N.H. 6*

CRILE-WOOD N.H. 8*

CROSSHAIR TARGET KIT

CRT COLOR DISPKLAY CONTROLLER

CRT COLOR DISPLAY CONTROLLER B

CRT MONO DISPLAY CONTROLLER BO

CRYOCONSOLE CCT.2

CRYOSTAT

CRYOSTAT HM550 P PACKAGE

CRYOSTORAGE SYSTEM

CS1000 APPLICATION COTS SERVER

CT ADAPTION KIT W/HEADREST

CT BED INSERT

CT CLAMPING PLATE - SITE SPECI

CT INDICATOR/LOCAL EQUIP. KIT

CT SCANNER

CTMR APPLICATOR CLAMP AND BASE

CTMR GYN TRANSFER TUBE SET FOR

CTMR RING APPLICATOR

CTMR VAGINAL APPLICATOR PACKAG

CTRACH SYSTEMS

C-TRAK SENTINEL NODE BIOPSY MA

CUBICLE 2 POSITION

CUBICLE CURTAINS FOR ACUTE DIA

CUBICLE,TRACK & SHOWER CURTAIN

CUFF- ADULT- 23-33CM

CUFF WEIGHTS WITH RACK

CUFF,BP WELCH ALLYN

CUFFLINK,BP ANALYZER MODEL CUF

CURBELL UNIV. REG. 3103-NC.8'

CURTAIN,BERNER AIR CURTIAN,MAX

CURTAINS,CUBICLE W/TRACK AND C

CURVED BASE - LAMINATED

CUSTOM 20 X 9 TOP (QUOTE A1180

CUSTOM FRAMED ARTWORK

CUSTOM TRAILORSURGE/RCS

CUTTER SYTROFOAM

CUTTER,CAST ELECTRIC

CUTTER,CAST,STRYKER

CUTTER-FIBERWIRE

CUVETTES, (100 PER/BX) - CARDI

CV-160 VIDEO PROCESSOR W/MICRO

CVD. METZ SCISSOR 9*

CVD.METZ.SCISSOR 7*

CX STD ROLL STAND W/AUX BATTER

CYLINDER TABLE SQUARE EDGE MA

CYPRESS-CARDIO VASCULAR SYSTEM

CYSTOSCOEP,FLEX VIDEO

CYSTO-URETHOSCP W/27026BO OBTR

CYSTOURETHROSCOPE SH W/STD OBT

CYSTOURETHROSCOPE VISUAL OBTUR

CYSTOURETHROSCOPEN SHORT BRIDG

CYSTO-URETHROSCP SHTH W/27026C

CYSTO-URETHRSCP SHTH W/27026AO

CYSTO-URETHRSCP SHTH W/27026UO

CYTO SPIN 4

DA VINCI SI BLUE FIBER CABLE K

DA VINCI SURGICAL SYSTEM: SI F

DAILY QA3

DANCE FOLDING CHAIR,ARMS,NO CA

DATA & VOICE LINE,VIDEO CABLES

DATA AGENT FOR WINDOWS SERVER

DATA CBL LNS F/SECURITY REGIST

DATA RECORDER 2 KIT

DBL STORAGE CABINET

DBLWD MOBILE BASE WORKSTATION

DE MAYO KNEE POSITIONER W/ACCE

DE MAYO STERILIZATION CASE KIT

DEAVER RETRACTOR 1 X14*

DEBAKEY VASC. TISS FORCEPS (12

DEBAKEY VASCULAR FORCEP

DEEP RICHARDSONS

DEFIB LP12 W/TRADE-IN

DEFIB,LP12 W/ETCO2 W/TRADE-IN

DEFIB,LP12 W/IP W/O TRADE-IN

DEFIB,LP12 W/O TRADE-IN

DEFIBRILLATOR

DEFIBRILLATOR CHARGE

DEFIBRILLATOR, ZOLL MED PLUS P

DEFIBRILLATOR/MONITOR-CONFIG 1

DEFIBRILLATOR/TRANSCUTANEOUS P

DE-INSTALL /RE-INSTALL CENTRAL

DEINSTALL AND STORAGE OF AXIOM

Dell 10GBASE-LRM X2 Module

Dell 10GBASE-SR X2 Module

DELL 1100 LASER PRINTER

DELL 1409X PROJECTOR W/ 2 YR W

Dell 16 Port 10G with DFC4

DELL 24 HDD EXTERNAL RAID

DELL 3200 PROJECTOR

DELL 3200MP PROJECTOR

DELL 9020 MINITOWER

DELL 980 MINITOWER

DELL A425 SPEAKERS FOR DELL OP

Dell C6k 48-port 10/100/100

Dell Cat 6500 Sup 2T with 2

DELL DUAL 2 MEGAPIXEL COLOR 24

DELL FAS3220 HA SYSTEM W 60

DELL LATITUDE 7202 LAPTOP

DELL LATITUDE 7370

DELL LATITUDE E6420

DELL LATITUDE E6520

DELL MODEL 2 SERVER

DELL NOTEBOOK D630

DELL NOTEBOOK E5500

DELL OPTI 755 DESKTOP

DELL OPTIPLEX 7040

DELL PC OPTIPLEX 745 MINITOWER

Dell PE4220 Rack, Doors, SiDES

Dell PowerEdge KVM 4322DS 32PO

DELL POWEREDGE R510

DELL POWEREDGE R720

DELL PRECISION T1650 WORKSTATI

DELL PRINTERS WINDOWS SVT

DELL PRO 1914S W/STAND

DELL RACK SERVER

DELL SINGLE 2 COLOR 24INCH CLR

DELL SINGLE 2 MEGAPIXEL 24INCH

DELL ULTRASHARP FLAT PANEL MON

Dell UPS,Rack,3750W,4U,OL,208v

Dell UPS,Rack,Tower,2700W,3u

DELL WOORKGROUP LASER PRINTER

DELL WORKGROUP LASER PRINTER M

DELL WORKGROUP LASER PRINTER S

DELL WORKGROUP LASER PRINTER W

DELL WORKSTATION

DELL WYSE D90D7 WITH 4 FLASH A

DELUXE PNEUMATIC STOOLS

DEMISTIFIER

DEMO EQP F/12 NT NICU/MICROSTR

DEMO STRETCHERS.RADIOLOGIC AL

DENSITOMETER

DENTASCAN OPTION FOR LINUX CT

DESICCATOR

DESK 30X60 SP W/RETURN

DESK 30X60 SP W/RETURN & EXT

DESK CABINETS OH MTL LAM 4 DWR

DESK COMPUTER MAHOGANY

DESK DBL PEDESTAL

DESK DOUBLE PEDESTAL METAL

DESK DOUBLE PEDESTAL METAL AND

DESK DOUBLE PEDESTAL WOOD

DESK DOUBLE PEDESTAL WOOD W/OV

DESK DP 5 DR MTL LAM

DESK DP 5 DWR

DESK DP 5 DWR SHELF OH MTL LAM

DESK DP MTL 5 DWR

DESK DP MTL LAM 5 DWR

DESK DP W/PARTITION MTL LAM 4

DESK DP W/PARTITION MTL LAM 5

DESK DP WD 5 DWR

DESK DP WD 6 DWR

DESK EXECUTIVE L-SHAPED W/OVER

DESK EXECUTIVE U-SHAPED W/CABI

DESK EXECUTIVE U-SHAPED W/OVER

DESK EXECUTIVE WOOD

DESK LAM 30X60 DP

DESK MAHOGANY 30X72 IN DP

DESK MAHOGANY 36X84 DP

DESK MAHOGANY DP 36X84

DESK METAL U-SHAPED

DESK OAK 24X96 DP

DESK OAK 30X60 DP

DESK OAK 30X60 SP

DESK OAK 30X60 SP W/RETURN

DESK OAK 30X66 DP

DESK OAK 30X66 SP W/RETURN

DESK OAK 30X72 SP

DESK OAK 30X72 SP W/RETURN

DESK OAK 36X72 DP

DESK OAK 36X72 IN

DESK OAK 36X72 SP W/RETURN

DESK OAK 36X84 DP

DESK OAK LAM 30X60 DP

DESK OAK LAM 30X66 DP

DESK OAK LAM 30X66 SP W/RETURN

DESK OAK ODD SHAPE

DESK OAK SP 30X60 W/RETURN

DESK SINGLE PEDESTAL WOOD

DESK SP 2 DWR CAB OH MTL LAM

DESK SP 30X60 W/RETURN

DESK SP 30X60 W/RETURN MODULAR

DESK SP MTL LAM 2 DWR

DESK SP MTL LAM 3 DWR

DESK SP MTL LAM 5 DWR

DESK SP MTL LAMINATE

DESK SP W/RETURN 2 DWR 1 DR MT

DESK SP W/RETURN 2 DWR MTL

DESK SP W/RETURN 3 DWR 1 DR

DESK SP W/RETURN 3 DWR 1 DR MT

DESK SP W/RETURN 5 DWR 1 DR

DESK SP W/RETURN 5 DWR MTL LAM

DESK SP W/RETURN CAB OH MTL

DESK SP W/RETURN CABINET OH 4

DESK SP W/RETURN MTL 2 DWR

DESK SP W/RETURN MTL 5 DWR

DESK SP W/RETURN MTL LAM 4 DWR

DESK SP WD

DESK SP WD 2 DWR

DESK SP WD VINYL 3 DWR

DESK STL 30X60 SP W/RETURN

DESK STL 36X72 DP

DESK STL MOD 30X60 SP W/RETURN

DESK STL MODULAR 30X60 DP

DESK STL MODULAR 30X60 SP W/RE

DESK STL MODULAR U-SHAPE

DESK STUDENT 30X60 2 POSITION

DESK SYSTEM U-SHAPED OAK

DESK UNIT CHERRY/SOFT BLACK W/

DESK U-SHAPED METAL W/OVERHEAD

DESK U-SHAPED WOOD W/OVERHEAD

DESK WD 3 DWR

DESK WD 30X60 SP W/RETURN

DESK WD 36X66 DP

DESK WD 4 DWR

DESK WITH RETURN METAL

DESK WITH RETURN METAL AND OVE

DESK WITH RETURN METAL FORMICA

DESK WITH RETURN WOOD

DESK, CANDEX

DESK, LESTER COMTEMP 36 X 71

DESK, SNG PED FOR BILLING OFFI

DESK,60X30 BOX

DESK,66" ,W/HUTCH FOR MICHELE;

DESK,66X30

DESK,ADAPTABILITY 29.5X60X29H

DESK,BOX/BOX/FILE/FILE FINISH

DESK,CONF

DESK,CONF ,4 DWR

DESK,CONFERENCE  , 4 DRAWER ,M

DESK,CREDENZA,BRIDGE,P EDESTAL,

DESK,DBL PED 72 X 36

DESK,LFT RTN

DESK,PED FOR JEFF'S OFFICE

DESK,ROOM 304 KAZMI

DESK,SNGL PEDESTAL

DESK-PED ADAPT    ROOM 225

DESKTOP 960

DESKTOP 960 W/ACESSORIES

DESKTOP ACQ W/IP STREAMING PTZ

DESKTOP MICROSAVER SEC SYS & C

DESKTOP MICROSAVER SECURITY

DESKTOP MICROSAVER SECURITY SY

DESKTOP ON TROLLEY CART   W/M

DESKTOP OPTI 755 STD W/ FLAT P

DESKTOP STD SMALL OPTI 755  W/

DESKTOP, OPTI 755 STD , W/O MN

DESKTOP, OPTIPLEX GX 520 W/ FL

DESKTOP, STD OPTI 960

DESKTOP,OPT 960

DESKTOP,OPTI 755

DESKTOP,OPTI 755 W/PRGM  MGMT

DESKTOP,OPTI 755 STANDARD

DESKTOP,OPTI 755 STDW/PROG MGM

DESKTOP,OPTI 755 W/ACCESSORIES

DESKTOP,OPTIPLEX

DESKTOP,OPTIPLEX 745 SMALL W/V

DESKTOP,PENTIUM GX 520 W/RADEO

DESKTOP,SM STD 755 W/2(19) MON

DESKTOP,STANDARD OPTI 960

DESKTOP,STANDARD SMALL  OPTI 7

DESKTOP,STD OPTI 960

DESKTOP,STD OPTI960

DESKTOP,STD SMALL OPT 755

DESKTOP,STD SMALL OPTI 755

DEVICE PORTRAIT HEAD AND DEVIC

DIAGNOSTIC,OTOSCOPE SET

DIANGOSTIC SET W/CO-AXIAL OPGH

DICTATING MACHINE

DICTATION HANDSET

DICTATOR

DIGITAL ARCHIVE KIT/JAZ DRIVE

DIGITAL CAMERA,ACCESSORIES

DIGITAL CONTROL UNIT FOR ENDOS

DIGITAL SCALE - HEART TRANSPLA

DIGITAL STEROTACTIC BREAST BIO

DIGITRAX HEMATRAX LABEL VALIDA

DINAMAP PROCARE 400

DISCOVERY W - BONE DENSITOMETE

DISHWASHER COMMERCIAL

DISINFECTOR TD 100 AUTO TEE PR

DISK SURFACE TEMP PROBE WITH F

DISP CVRS STANDATD PNL 50/PK

DISPENSER,ICE AND WATER  , SYM

DISPENSER,ICE AND WATER & WATE

DISPENSER,ICE AND WATER SYMPHO

DISPENSER,ICE AND WATER,SYMPHO

DISPENSER,SYMPHONEY ICE & WATE

DISPENSER,SYMPHONY ICE AND WAT

DISPLAY BARCO MDRC-2120 20  2M

DISPLAY CONTROLLER FOR DIAGNOS

DISPLAY ELO 19   TOUCH GRAY

DISPLAY- MULTISCAN-COLOR 17*

DISPLAY,LARGE FLAT PANEL

DISPLAY,LG FLAT PANEL

DISPLY,NDS 26" RADIANCE W/STAN

DISPOSAL STATION W/SS TABLE

DISPOSAL UNIT, SHARPS, WALL MO

DISPOSAL/INSTALL VERAFLOW ISOL

DISTRACTOR CASE

DIVIDER-DESK INVINCIBLE VISTA

DL TILT SCOPE W/PRISM IMAGE SY

DL360P68 SERVER CS 1000

DOCUMENT SCANNER FUJITSU FI-7

DOLPHIN NOSE DISSECTOR

DOLPHIN UNIT

DOMESTIC 18 CU.FT. REFRIGERATO

DOOR DARK ROOM

DOPLOC LOCKING DEVICE STAND

DOPPLER

doppler  QT 1

DOPPLER 811B SERIES

DOPPLER BOX

DOPPLER NON DIRECTIONAL W/ PEN

DOPPLER NON DRCTNL W/8.0 MHZ 3

DOPPLER OB

DOPPLER ULTRASONIC

DOPPLER W/STAND

DOPPLER,NON DIRECTIONAL

DOPPLER,NON DRCTNL W/NOMINAL 9

DOPPLER,NON-DRECTINL MDL 811-B

DOPPLERS,NON DIRECTIONAL 9MGZ

DOPPLERS.NON DIRECTIONAL , 9MG

DOPPLER-ULTRASONIC FLOW DETECT

DORADO TRANSMITTER

DOR-VAL BENCH (286 STAFF LOUNG

DOSE DISPENSING HOOD FOR STD L

DOSIMETER

DOSIMETRY DIODE

DOSIMETRY SOFTWARE W/SCANNER

DOUBLE OCCUPANCY- 1 POSTER PER

DOUBLE OCCUPANCY-2 POSTERS PER

DOUBLE PEDESTAL DESK W/LOCK

DOUBLE-SIDED TABLE SCATTER SHI

DOWNLOADER/RECHARGER- SINGLE-

DR DOMESCK & SHANG/DESK

DR SPEARS OFFICE,DESK

DRAGAR VENTS (5)

DRAPERIES(18) AS SPEC ON QTE 0

DRAWER 3*

DRAWER 5  STORAGE SPACE

DRAWER 6*

DRAWER 9*

DRAWER DEEP FOR 25 MONSOON JE

DRAWER DIVIDER

DRAWER-KEYBOARD FULLY ARTICULA

DRESSING NOOK-RITTER COLOR =GR

DRILL PRESS

DRILL SYNTHES

DRILL,5/32 W/JACOB CHUCK

DRILL,BONE

DRILL,CORE IMPACTION

DRILL,MICRO

DRILL,MICRO MEDIUM STRAIGHT/AT

DRILL,SYNTHES

DRILL,UNIVERSAL

DRIVE STORAGES & MODEM

DRIVER CORE UNIVERSAL

DRIVER,CORE UNIVERSAL

DRX ASCEND SYSTEM 65W THREE PH

DRY ERASE BOARD 4' X 6'...COLO

DRYER

DRYER,SPEED QUEEN, COMMERCIAL

DRYER-MAYTAG COMMERCIAL 75 LB

DRYVIEW 5700 LASER IMAGER

DSD-20 1LT WITH LEAK TESTER VM

DSKTP,OPTI 755 STD W/MONITORS,

DSP HIGH CAPACITY MODULE

DSTRCTR, ANKLE, GUHL, NON-INVS

DUAL BULB HOLDER FOR PRX 6000

DUAL CHAMBER DIAL DRIVEN- PULS

DUAL CHAMBER TEMP PACEMAKER

DUAL CORE XEON PROCESSOR 5130

DUAL DIMMER CONTROL FO PRX SER

DUAL DIMMER CONTROLLER FOR LIG

DUAL DISPLAY

DUAL DISPLAY CAPABILITY

DUAL DISPLAY CAPABLTY - CARDIA

DUAL DRIVER W/ACCESSORIES

DUKANE CENTRAL EQUIPMENT CABIN

DUPLEX COLOR SCANNER / FI-4120

DURA-CUF ADULT ASSORTMENT PACK

DURASENSOR DS100A ADULT

DVR

DVR,16 CHANNEL,TOSHIBA

DVR,4U

DVR,4U 16CH 240 FPS 250GB

Dymo Label Writer  QT 1

DYNACLAD ENTERPRISE SOLUTION

E CAM VARIABLE ANGLE SYSTEM

E.CAM TM SIGNATURE DUAL DETECT

E15 CABLE MANAGEMENT

E20 MULTI-MEASUREMENT SERVER M

E67 PLUS CARTRIDGE

E9000 HIGH SPEED DRILL

EASI VERSION OF TELEMETRY TRAN

ECG CP100 12 LEAD MULTICHANNEL

ECG,OCR 100 PC BASED RESTING

Eclipse Calculation Workstatio

ECOMET 4000 GRINDER/POLISHER

EDNA TOWEL FORCEP

EDOSCOPY MONITOR UPGRADES

EEG

EEG DESKTOP UPGRADE W STARTECH

EEG MACHINE

EEG MONITORING UNIT,VIKING SEL

EEG SYSTEM

EEG/SLEEP TROLLEY W/DT COMPUTE

EEG32U

EEG32U HEADBOX

EIGHT CHANNEL POLYGRAF ID ANOR

EKG MACHINE

EKG,MAC 1200 INTERPRETIVE

ELECTRIC HEATED AIR CURTAIN

ELECTRICAL CONDUITS INSTALL AT

ELECTROMETER DIGITAL

ELECTROMETER DUAL CHAN

ELECTROMETER DUAL CHANNEL

ELECTRONIC INVERTOR AND MOTORO

ELECTRONIC STIMULATOR

ELECTROSURGICAL ANALYZER QA-ES

ELECTROSURGICAL BIPOLAR UNIT

ELECTROSURGICAL SYSTEM

ELECTROSURGICAL UNIT

ELECTROSURGICAL UNIT 5000 SYST

ELECTROSURGICAL UNIT SYSTEM

ELEVATOR.TISSUE

ELITE 2 RAIL CLAMP

ELITE 200 DIGITAL DISPLAY W/AL

EMBEDDING CENTER

emergencty carts  QT 1

emergencty carts  QT 2

EMERGENCY ROOM EQUIPT

EMET TRACKING 3 UNIT KIT

EMG MACHINE

ENCLOSURE

ENCORE 204/EL: NEO/ADULT ECG/N

ENCORE 204/EL:NEO/ADULT ECG/NI

ENCORE SURGICAL PACK

END TABLE,LESRO SHEFFIELD

END TABLES

ENDO LAPRA-TY ABS CLP APP

ENDO WORKS REGIS./DICTATION WO

ENDO/SELF RISING 5 MM NEEDLE H

ENDOLAV ENDOSCOPIC LAVAGE PUMP

ENDOSCOPE-HYSTEROSCOPE- 2.7MM

ENDOSCOPES (19VARIOUS SCOPES)

ENGRAVER COMPUTERIZED

ENHANCED LEGACY PHACO HANDPIEC

ENOVATE  TENET CART BUNDLE

ENSITE SYSTEM

ENT CABINET

ENTERPRISE ARM CHAIR

ENTERPRISE ARM CHAIR IMPACT &

ENTERPRISE ARM CHAIR. IMPACT &

ENTERPRISE LOW BACK TILTER IMP

ENTERPRISE MED BACK SYNCHRO PN

ENTERPRISE MEDIUM BACK

ENTERPRISE MEDIUM BACK MULTI-F

ENTHERMICS BLANKET WARMING CAB

EPIC MV ACMI LIGHT CABLE

EPIC MV SEMI-FLEXIBLE KIT

EPORT REPLICATOR

EPS UPGRADE CONTROLLER SYSTEM

EPSON PRINTER

EPSON PRINTER INTERFACE CABLE

EPSON STYLUS COLOR 8 INKJET PR

EQUIP & FURN- EQUIPMENT - COST

EQUIP & FURN- EQUIPMENT - FREI

EQUIP & FURN- EQUIPMENT - RENA

EQUIP & FURN- EXTERIOR SIGNAGE

EQUIP & FURN- FURNITURE - COST

EQUIP & FURN- FURNITURE - FREI

EQUIP & FURN- INFORMATION SYST

EQUIP & FURN- INTERIOR DESIGN

EQUIP & FURN- TELECOMMUNICATIO

EQUIPMENT COST IS

ERGOMETER

ERGOMETER AEROBIC

ERGOMETER ARM

ERGOMETER BICYCLE

ESA609-US ELEC SAFETY ANALYZER

ESCALADE 18DX48W CONSOLE TABLE

ESCALADE, 18D X 48W, CONSOLE T

E-SERIES PACK

ESOPHAGEAL APPLICATOR SET- 6MM

E-TABLE,NATURAL WALNUT  (QUOTE

ETHERILITE,DIGI 32 PORT

ETHERNET 10/100 T NETWORK SWIT

EU-COATED COVER VELCRO

EVIS EXERA VIDEO PROCESSOR W/M

EVITA NEOFLOW KITS

EXAM ROOM,STOOLS

EXAM SHEATH

EXAM STOOL WITH BACK

EXAM TABLES,CLINTON W/BACK RES

EXERA VIDEO BRONCHOSCOPE W/5.2

EXPRESS SEW HANDLE

EXPRESSWRITER MICROCASSETTE DE

EXTERNAL 4 0 TB RAID DELL

EXTERNAL RAID ARRAY (ADD'TL 20

EXTRA DELIVERY CHG-INSTALLATIO

EXTRA SIDE DEAVER

EYE SAFETY FILTER (ESF) FOR 53

E-Z LIFT SYS

EZ PRECISION INFILTRATION PUMP

F1-6130 CLR DUPLEX

FAB. & INSTALL. OF COM CUBICLE

FABRICATION & INSTALLATION OF

FAC 855  FUJITSU FI 4220C2 FLA

FAC 855  OPTIPLEX GX520 W/MONI

FAC 855 CHARTLINC SE HARDWARE

FAC 855 DELL OPTIPLEX 745 DESK

FAC 855 EASY ID WRISTBANDS

FAC 855- FUGITSU FI-5220C SCAN

FAC 855 FUJITSU FI-5220C2 ADF

FAC 855 HP 4250DTN PRINTER (2

FAC 855 IEI 8 4IN FANLESS PANE

FAC 855 KRONOS CLOCK AND BATTE

FAC 855 OPTIPLEX GX520 W/MONIT

FAC 855 RACK, RAPID RAIL, 1U,

FAC 855-ELO 1715L TFT FLAT 17"

FAC 855-ERGOTRON SV LCD CART N

FAC 855-FUJITSU FI-6130 CLR DU

FAC 855-MOTION C5 U7500+DOCKIN

FAC 855-OPTIPLEX 960 E8400/3.0

FAC 855-SONY BRAVIA 46KDL46W41

FAC 855-ULTRASHARP 1708FP BLK

FAC855 19IN RACK MOUNT LCD CON

FAC855 3015DN PRINTER

FAC855 42IN LED LCD TV SUPERSI

FAC855 4500 FULL MUN B/C EXP M

FAC855 4TH FL INTERMEDIATE DIS

FAC855 AIR CT5508 100 K9 CISCO

FAC855 AIR LAP1142N A K9 802.1

FAC855 AIR PWRINJ4 POWER INJEC

FAC855 APC SMART UPS 1500VA LC

FAC855 APC SMART UPS 1500VA/BA

FAC855 APC SMART UPS 6000VA 28

FAC855 APC SMART UPS SRT6KRMXL

FAC855 APOLLO GOLD

FAC855 ARRA WIRELESS ACCESS NE

FAC855 BATTERY CHARGER KIT 450

FAC855 CANON IMAGEFORMULA DR-C

FAC855 CATALYST 3750

FAC855 CATALYST 3K-X 10G NETWO

FAC855 CENTRICITY 3.2 IMAGE MA

FAC855 CENTRICITY WORKSTATION

FAC855 CISCO 1100W AC POWER SU

FAC855 CISCO 2911 K9 CISCO 291

FAC855 CISCO 3750X 48-PORT SWI

FAC855 CISCO 4 PORT EXPANSION

FAC855 CISCO 5520 CONTROLLER W

FAC855 CISCO AIR LAP 1142 WIRE

FAC855 CISCO AIR WIRELESS ACCE

FAC855 CISCO AIRONET WIRELESS

FAC855 CISCO CATALYST 3560CX S

FAC855 CISCO CATALYST 3850 48F

FAC855 CISCO CATALYST 6500 24

FAC855 CISCO POWER SUPPLY 700

FAC855 CISCO SECONDARY POWER S

FAC855 CISCO TRANSCEIVER MODUL

FAC855 COMMUNICATION CLOSET

FAC855 COMPUTING F5T TABLET

FAC855 D90D7 THIN CLIENT WIRED

FAC855 DATA NETWORK CABLING IN

FAC855 DECSERVER 716 PORTS EXT

FAC855 DELL 19 MONITOR - E1913

FAC855 DELL 19IN WIDE MONITOR

FAC855 DELL 19INCH WIDE MONITO

FAC855 DELL 22IN MONITOR P2214

FAC855 DELL 22IN MONITORS

FAC855 DELL 22INCH MONITOR

FAC855 DELL 4220 42U RACK W/DO

FAC855 DELL 5330DN WORKGROUP L

FAC855 DELL B1265DNF PRINTER

FAC855 DELL E1911 FLAT PANEL M

FAC855 DELL MDF CAMERA

FAC855 DELL POWERVAULT TAPE LI

FAC855 DELL UPS RACK 1920W 2U

FAC855 DELL VENUE 11 PRO (7140

FAC855 DIGI RAPIDPORT 4-FAX MO

FAC855 DOCKING STATION

FAC855 E997 WORKSTATION

FAC855 ENOVATE - TENET CART BU

FAC855 ENOVATE-TENET CART BUND

FAC855 EPAD INK USB WITH DRIVE

FAC855 F6130 CLR DPLX SCANNER

FAC855 FASTPAK EXP 256/64S NAR

FAC855 FASTPAK EXP NARROW PACK

FAC855 FI6130 CL DPLX SCANNER

FAC855 FI6130 CL DPLX SHTFED S

FAC855 FI6130 CLR DPLX

FAC855 FI6130 CLR DPLX SCANNER

FAC855 FI6130 CLR DUPLX SCANNE

FAC855 FRIDEAN PCPROX HID USB

FAC855 Fujitsu 7160Scanner

FAC855 FUJITSU FI-6110 SCANNER

FAC855 FUJITSU LIFEBOOK T901

FAC855 HONEYWELL XENON 1900 2D

FAC855 HONEYWELL XENON 1902 CO

FAC855 HP LASERJET ENTERPRISE

FAC855 HPG DELL PE R230 SERVER

FAC855 IEI 8 4IN FANLESS PANEL

FAC855 IEI 8.4IN FANLESS PANEL

FAC855 IEI FANLESS PANEL PC

FAC855 IRIDIUM 9555 SATELITE P

FAC855 LA550N IMPACT PRINTER I

FAC855 LATITUDE E6420

FAC855 LATITUDE E6420 LAPTOP

FAC855 LATITUDE E6530 LAPTOP

FAC855 Latitude E7440

FAC855 Latitude E7470 I7 256 G

FAC855 LINK TO A#51981 UPS INS

FAC855 LINK TO A#51982 UPS INS

FAC855 LINK TO A#51983 UPS INS

FAC855 LINK TO A#51984 UPS INS

FAC855 LINK TO A#51985 UPS INS

FAC855 LINK TO A#51986 UPS INS

FAC855 LINK TO A#80214 ADD'L L

FAC855 LINK TO A#80215 ADD'L L

FAC855 MEDIAWRITER D100

FAC855 NETAPP DISK SHELF 24X2

FAC855 NURSE CALL EQUIP 16TH F

FAC855 NURSE CALL SYSTEM - 15T

FAC855 OPTIPLEX 3020M MICRO WI

FAC855 OPTIPLEX 7040 AIO I5 50

FAC855 OPTIPLEX 7040 MT I5 500

FAC855 OPTIPLEX 7040SFF i5 500

FAC855 OPTIPLEX 790 USFF

FAC855 OPTIPLEX 9010 DESKTOP

FAC855 OPTIPLEX 9020

FAC855 Optiplex 9020 Mini Towe

FAC855 OPTIPLEX 9020 SFF BTX

FAC855 Optiplex 9020 Sm Form

FAC855 Optiplex 9020 Ultra Sma

FAC855 OPTIPLEX 990 DESKTOP

FAC855 OPTIPLEX 990 DESKTOP CO

FAC855 OPTIPLEX 990 DT

FAC855 OPTIPLEX 990 DT DESKTOP

FAC855 OPTIPLEX 990 SFF

FAC855 OPTIPLEX 990DT DESKTOP

FAC855 P190S 19 IN FLAT PANEL

FAC855 P190S 19 INCH FLAT MONI

FAC855 P190S 19 INCH FLAT PANE

FAC855 P190S 19IN FLAT PANEL M

FAC855 P190S 19IN PANEL MONITO

FAC855 P3015DN PRINTER

FAC855 P4015TN PRINTER

FAC855 PE R710 CHASSIS SERVER

FAC855 POWEREDGE 310 SERVER

FAC855 POWEREDGE R620

FAC855 POWEREDGE R720

FAC855 POWEREDGE REMOTE CONSOL

FAC855 POWERMIC II NON SCANNER

FAC855 PRECISION WORKSTATION T

FAC855 PRINTER ZM400 203DPI DT

FAC855 PROFESSIONAL P190S 19IN

FAC855 RFIDEAS PCPROX HID USB

FAC855 RFIDEAS READER

FAC855 SLU BUNDLE E997 WALL ST

FAC855 SMART UPS 5000VA 208V O

FAC855 STERILIZER/WASHER

FAC855 THERMAL TRANSFER AUXILI

FAC855 TRANSCEIVER MODULE SFP-

FAC855 TRANSCEIVER MODULE X2-1

FAC855 TREADMILL TMX428 220V

FAC855 TRIPPLITE SMART22000 UP

FAC855 UPS FOR SERVER ROOM DAT

FAC855 VERSACARE WITH AIR PKG,

FAC855 WORKSTATION SURGE SUPPR

FAC855 WOW CART BUNDLE B

FAC855 WS C3750V2 48PS S CATAL

FAC855 WYSE D907 WIRLESS THIN

FAC855 WYSE D90D7

FAC855 WYSE D90D7 2GB

FAC855 WYSE D90D7 2GB WITH WIF

FAC855 WYSE Dev Mgr 4.8 ENT

FAC855 XSCRIBE 5 STRESS EXERCI

FAC855 XSCRIBE INTERFACE ONSIT

FAC855 XSCRIBE5 STRESS EXERCIS

FAC855 ZEBRA ZM400 BARCODE PRI

FAC855 ZM400 203 DPI DT TT ETH

FAC855 ZM400 203 DPI DT/TT ETH

FAC855Optiplex 9020 Small form

FACILITIES IMPLEMENTATION

FACILITIES IMPLEMENTATION SOLU

FACSIMILE (FAX) MACHINE

FACSTATION PPC ACQ UPGRADE

FACTORY INSTALL 6* 7DY CHART R

FAST 02 MMS

FAST CLAMP SYSTEM

FAST CLAMP TABLE & INST CLAMP

FAX

FAX MACHINE

FC1E3 NETWORK STATION COMPUTER

FCPS,FLEX GRASOING

FEE COMPUTER(W/FEEDISPLAY)

FENESTRATED BIPOLAR FORCEPS

FETAL,MONITOR CART

FI-4120C DUPLEX COLOR SCANNER

FI-4120C DUPLEX COLOR SCANNER

FI-5120C COLOR DUPLEX WORKGROU

FIBER INSTALLATION

FIBEROPTIC *STUBBY* HANDLE

FIBEROPTIC LARYN HABDLES

FILE CABINET LATERAL MTL 6 DWR

FILE CABINET MAGNETIC TAPE STG

FILE CARD 8 SPLIT 4X6 DWR

FILE CARD 8 SPLIT 5X8 DWRS

FILE DATA PROCESSING

FILE DATA PROCESSING 6 TIER

FILE DATA PROCESSING TAPE STG

FILE LATERAL 36 IN 5 DWR

FILE LATERAL 36 IN 7 DWR

FILE LATERAL 4 DRAWERS WOOD

FILE LATERAL 4 DWR 36 IN OAK

FILE LATERAL 4 DWR 42 IN

FILE LATERAL 42 IN6 DWR

FILE LATERAL 5 DRAWERS

FILE LATERAL 6 DRAWERS

FILE LATERAL WALNUT 36 IN 2 DW

FILE MAHOGANY 4 DWR LATERAL 36

FILE MICROFILM STORAGE

FILE ROTATABLE 3 SECTION

FILE SHELF CT TAPE STGE

FILE STL 4 DWR LATERAL 36 IN

FILE STL 5 DWR 30 IN

FILE STL 5 DWR LATERAL

FILE STL 5 DWR LATERAL 30 IN

FILE STL 5 DWR LATERAL 36 IN

FILE STL 6 DWR CARD

FILE STL 6 DWR CARD OVERSIZED

FILE STL 6 DWR LATERAL 36 IN

FILE STL 8 DWR CARD

FILE STL CABINET MAGNETIC TAPE

FILE STL CARD 7 DWR

FILE STL FIRE 4 DWR LATERAL

FILE STORAGE 8 MOVEABLE UNITS

FILE,2 DWR LATERAL

FILE,4 DRWR LATERAL

FILE,5 DR LAT W/LOCK FINISH TB

FILE,LATERAL

FILE,MEDIA STORAGE

FILING SYSTEM 8 MOBILE 5 STATI

FILING SYSTEM ROTATABLE 1 TIER

FILM CART W/LOCKABLE DOORS

FILMVIEW, MAMMO FILM

FILTER FOR ICE MAKER

FILTER WITH EXTRA CARTRIDGE

FINAL BILLING F/NURSE CALL SYS

FIRE ALARM NRT AND E-PROM UPGR

FIRST TREATMENT SUPPORT

FL-4120C2 CLR 25PPM/501PM 200D

FLAT PANEL,DELL ULTRASHARP 190

FLATBED SCANNER

FLEX TUBE EXTENSIONS

FLEXIBLE LAPAROSCOPIC PROBE

FLEXIBLE MODULE SERVER

FLEXIBLE MODULE SERVER (862461

FLEXON STACKING ARMLESS SIDE C

FLIPPER,WALL MT W/TK BRD & TAS

FLIPPER,WALL MTD W/TCK BRD & T

FLIPPER/WALL MT

FLOOR MACHINE

FLOOR STAND

FLOPPY DISK DRIVE 3.5

FLOWMETER

FLOWMTR- OX- 15L- COMP-CHEMET

FLUID MANAGEMENT SYSTEM  FMS 2

FLUID WARMING CABINET

FLUKE THERMAL IMAGER TI125

FLURO BAN EYEWARE -

FNL NEOBLUE PHOTOTHERAPY LIGHT

FONT DISKETTE- HP SSI MICR SEC

FOOT

FOOT HUGGER FOAM BOOT PADS

FOOT SWITCH AND CABLES

FOOTBOARD LOWBED BHD VERSION

FOOTBOARD.BEDFORD

FOOTPEDAL PM700 MR7 PNEMAUTICS

FOOTSTOOL- STEEL W/BLK RUBBER

FOOTSTOOLS W/HANDRAIL

FOOTSWITCH

FOOTSWITCH - 4 N MONITORING SY

FOOTSWITCH OPTION WITH BRACKET

FOOTSWITCH,BIPOLAR

FOOTSWITCH,MONOPOLAR

FOOTSWITCH,TBS BI-DIRECTIONAL

FORCEP,DENNIS MICRO

FORCEPS SET WORMALD SUCT BPLR

FORCEPS,ATRAUMATIC FENESTRATED

FORCEPS,DEBAKEY TISSUE WIDE

FORCEPS,FENESTRATED GRSPR DISS

FORCEPS,FLEX BIOPSY

FORCETRAID ENERGY PLATFORM

FORCETRIAD ENERGY PLATFORM

FRAGMENTATION HANDPIECE

FRAME  MAXI MOVE STRETCH

FRAME,RADIOLUCENT WILSON SYSTE

Framework Agent Server

FRAMING & INSTALLING (2) NEW S

FREESTANDING LITERATURE RACK,B

FREEZER 1 DR FLOOR

FREEZER 2 DOOR

FREEZER FLOOR

FREEZER HPF125 HORIZION SERIE

FREEZER HPF125 HORIZON SERIES

FREEZER PLASMA

FREEZER ULTRA LOW

FREEZER,ISOTEMP GP 20.6CF

FREEZER,MVE 1520 ,CANISTERS 7

FREIGHT CHARGES - LINK TO ASSE

FREIGHT FOR ARCHITECTURAL BRAS

FREQUENCER

FRIDGE 50CF LAB GLASS DOORS

FRIGIDAIRE REFRIGERATOR 18 CU

FRYER DOUBLE BASKET 2 BINS

FRZR/ULT1386-9D/DING&DENT S/N#

FUKUSHIMA MINI APPLIER

FUKUSHIMA STANDARD APPLIER

FULL SIZE BOTTOM 8*

FULLY ARTICULATING KYBRD DRWR

FURN F/CARD WAITING RM 8TH FL

FURN. FOR PHSE#4 ADD. INSTALL

FURN'D (2) FX MODULES & (2) 3-

FURNISH & INSTALL SUPER HEATER

FURNISHINGS FOR PHASE 4 - ER

FURNISHINGS; CHAIRS & TABLES

FURNITURE FOR 21 CCU LOBBY

FURNITURE FOR E.R. WAITING ARE

FURNITURE FOR OFFICE,NURSING S

FURNITURE MODULAR WORKSTATION

FUSION ENT NAVIGATION SYSTEM

G5/OSX UPGRD PPC FOR CALIBUR/L

GANGING STACK CHAIR, UPHOL BAC

GASTROSCOPE,EVIS EXERA THERAPE

GBIC AND SFP F/SWITCHES AND RO

GBIC SFP F/SWITCHES & ROUTERS

GCX STANDARD STAND

GE 20 inch Flat Panel Monitor

GE 20inch LCD Flat Panel Monit

GE AMX 4 FMRT MOBILE XRAY UNIT

GE Black n White Laser Printer

GE CardioLab English Keyboard

GE CLab II Plus 96 Channel AMP

GE English 60Hz PDM Module

GE Integrated Electronics Box

GE MacLab Eng Language Keyboar

GE MacLab Service Pre Intstall

GE MLCL PDM Nellcor AHA Cable

GE NOVA 2000 LAB SCANNER FR GR

GE PACS ARM LEASE BUYOUT EQIPM

GE PACS ARM LEASE BUYOUT EQUIP

GE SFP, LC connector SX TRANSC

GE STRESS SYSTEM

GE Upgrade MLCL Server TO 6.9.

GEMINI HEADLIGHT SYSTEM

GEMINI HEADLIGHT SYSTEM W/CABL

GENERAL & INTENSIVE CARE

GENERATOR BIPOLAR

GENERATOR CART

GENERATOR CMC IRRIG MOD FT PED

GENERATOR HARMONIC

GENERATOR R/F ABLATION

GENERATOR WITH ACCESSORIES

GENERATOR,FOOT SWITCH

GENERATOR,FORCE FX-C

GENERATOR,G400 W/9 PIN INPUT

GENEXPERT XVI 16 TESTING SITE

GERI CHAIR

GERI TRAY

GERIATRIC CHAIR

GERTIE MARX SPINAL NEEDLE

GIF-Q180 OLYMPUS EVIS EXERA II

GIRAFFE INCUBATOR PROMO M10619

GIRAFFE OMNIBED INFANT INCUBAT

GIRAFFE OMNIBED W/SERVO HUMIDI

GIRAFFE OMNIBEDS

GIVEN RAPID WORKSTATION

GLASS FOR CLOSED BULLETIN BOAR

GLIDESCOPE COLBALT SYSTEM

GLIDESCOPE COLBALT SYSTEM (SIN

GLIDESCOPE TITANIUM SYS W/ACCE

GLOBAL PRAIRIE LEATHER SOFA

GLOBE TROTTER NEONATAL TRANSPO

GLOVE BOX

GLOVEBOX,GERFREE LAMINAR FLOW

GO-VIDEO DVD PLAYER

GRAEFE EYE DRESSING FORCEPS

GRAHAM-FIELD/E & J WHEELCHAIR

GRAPHIC ROOM/DUTY STATIONS

GRAPTOR (GRASPING RETRACT)

GRAVES VAG SPEC. SMALL

GRID CAPS 14" X 17"(8:1 RATIO,

GS TITANIUM SU PREMIUM CART W/

GS TITANIUM SU/PREMIUM CART

G-SERIES FREE STANDING PEDESTA

G-SERIES MOBILE PEDESTAL 23* D

GUEST CHAIR WITH ARMS

GUEST/CONF. CHAIR

GUEST/CONF.CHAIR

GUIDE,LIGHT

GX150 GR.SM.DESKTOP WITHINTEL

GX745 SMALL DESKTOP PENTIUM D

GX745 SMALL DSKTP PENTIUM D

GX745 SMALLDESKTOP

H1028B INSTALLATION SITE SERV.

H1028B INSTALLATION SITE SERVI

HALF INSERT LEFT ARM LIMBA CHA

HALOGEN EXAM ROOM LIGHT

HAMPER W/FOOTPEDAL OPERATED LI

HAMPER,18" W/FOOT PEDAL

HAND

HAND PIECE,BLUE

HAND PIECE,GREY

HANDIMAT 2 ROLL GRINDER W/ CHU

HANDLES,INTERNAL PADDLES (QTY

HANDS ON WALL HUNG TOY

HANDSFREE ICE ACTUATOR & WATER

HARD- 1841 bundle w/WIC-1DSU-T

HARD- 32 to 64MB Cisco 1800 Co

HARD- Catalyst 2960 48 10/100

HARD POLLY SHELL BACK CHAIR

HARD POLLY SHELL BACK CHAIR BL

HARD_1.0 WS-C3750X-48PF-S

HARD_13.0 C3KX-NM-10G=

HARD_2.0 C3KX-PWR-1100WAC=

HARD-4G DAE FIELD INSTALL P/N

HARD-Catalyst 3750 48 10/100/1

HARD-Catalyst 3750 4810/100/10

HARD-Catalyst 6500 24-port Gig

HARD-Catalyst 6500 48-port 10/

HARD-GE SFP, LC connector SX t

HARD-GE SFP,LC connector LX/LH

HARD-PRO 1000PT 10 100 1000BTX

Hardware Upgrade z600-z600-004

HARDWARE, PROCEDURE ROOM WORKS

HARDWARE,REGISTRATION/DICTATIO

HARDY SELLA PUNCH 1MM

HARMONIC SCALPEL HAND PIECE

HARMONIC SCAPEL HAND PIECE

HAT & COAT RACK

HAUSMANN STEP STOOL WITH HANDL

HDI 1500 STANDARD CORE

HDR SKIN APPLICATOR SET

HDTV & TUNER, LG 42". WL MTS F

HDTV,22" W.S. W/WALL MOUNT AND

HEADBOARD-BEDFORD

HEADLIGHT  VIKON SURGICAL CENT

HEADLIGHT LED ONLY

HEANEY CURETTE

HEANEY REZEK HYSTERECTOMY FORC

HEANEY-BALLENTINE CVD

HEANEY-BALLENTINE STR

HEART LUNG , SORIN S5

HEART LUNG MACHINE

HEART MODEL

HEAT AND HUMIDIFICATION DEVICE

HEAT PROBE UNIT

HEATER COOLER

HEATER PROBE UNIT WITH WATER C

HEAVY DUTY GLASS & PLASTIC CUT

HEIGHT INCREASE KIT

HELIX HYDRO-JET UNIT

HELLEN ZARIN- *FAR HORIZON X*

HEMASTAT,CENT

HEMODYNAMIC MEASUREMENT

HEMODYNAMIC MEASUREMENT SERVER

HEMSCHOFF SLEEPERS - LIVER TRA

HERCULES OPERATING ROOM TABLE

HIGH BACK CHAIR W/ADJ ARMS

HIGH DENSITY MANAGED SWITCH

HIGH END OUTPUT C910N-A3 (115

HIGH SPEED FAX MACHINE

HILL ROM P8005 STRETCHERS

HIP CHAIR

HM SYS MONITOR II

HM SYSTEM MONITOR

HOLDER,JACOBSEN

HOLDER,LAP NEEDLE

HOLDER,NEEDLE MACRO W.ERGONOMI

HOLINGER BRONCH 8X40

HOLINGER BRONCH 9X40

HOOD FUME LAB

HOOD STERIGARD  603A

HOOK SCISSORS

HOPKINS 110TELESCOPE, AUTOCLAV

HOPKINS II 12 DEG TELESCOPE LN

HOPKINS II 30 DEG TELESCOP LN

HOPKINS II 30 DEG TELESCOPE LN

HOPKINS II 70 DEG TELESCOP LN2

HOPKINS II 70 DEG TELESCOPE LN

HOPKINS TELESCOPE 3.5MM X 36.5

HOSE PC710 MR7 REGULATOR PNEUM

HOSE,UNIV

HOT SHEARS

HP 15* MONITOR

HP 7400 SERIES AUTO DOCUMENTR

HP DESKJET BLACK & WHITE & COL

HP JET DIRECT 175X-EXT PSVR

HP LASER JET PRINTER - ENDOSCO

HP LASERJET 4350DTN PRINTER

HP LJ P4015X

HP Probook 4530s

HP SCANJET 5200CX1 COLOR SCANN

HP SCANJET 5300CXI SCANNER

HP Viridia Transport Monitors

HP/AGILENT/PHILLIPS VIRIDA 24

HPG LATITUDE COMPUTER

HQ BARCO 19  MONITOR

HUB MULTI-PURPOSE 4FT CABLE

HUDSON/MODIFIED TRINKLE REAMER

HUGS INFANT PROTECTION SYSTEN

HUSH-SLUSH MACHINE ORS-1075HS

HUTCH FOR DESK

HUTCH FOR DESK IN BILLING OFFI

HUTCH FOR SECRETARY

HUTCH, OPEN WITH CLOSED BACK

HUTCH-W/CLOSED BACK ROOM 225

HYDRAULIC CAPILLARY INFUSION S

HYDRAULIC COVERED CADAVER STRE

HYDRAULIC SURGEON'S STOOL (SLA

HYDROCOLLATOR

HY-F-V ENDOEYE FLEXIBLE VIDEOH

HYPER/HYPOTHERMIA MACHINE

HYPERBARIC CHAMBER

HYPERBARIC CHAMBER RENOVATION

HYPERCLEAN SYSTEM

HYPOTHERMIA MACHINE

HYPOTHERMIA UNIT

HYSTEROSCOPE 4.0 MM 30 DEGREE

I E ULTRASOUND

I.V. POLE-GRAHAM-FIELD /E & J

I/A BODY EYE TRAY

I9.V. POLE-PEDIGO

IABP.CS300 WITH INTELLISENSE

IBM PORT REPLICATOR F/THINKPAD

IBM TRACKPOINT IV 104-KEY BLAC

ICAD 2ND LOOK SYSTEM: MODEL 20

ICC 300 ELECTROSURGICAL UNIT

ICE MACHINE

ICE MACHINE BIN

ICE MACHINE COUNTERTOP

ICE MAKER 1 DR COUNTER TOP

Icemachine  QT 1

ICU CARE MONITOR FOR SERVER

IE 33 ULTRADSOUND SYS

IK8046 SUBSTITUTE FOR SAMSUNG

ILCO COMBO LOCK

illuminator  QT 1

ILLUMINATOR 2 TIER 4 PANEL EA

ILLUMINATOR 3 OVER 3

ILLUMINATOR 3 OVER 3 MOBILE

ILLUMINATOR 3 PANEL

ILLUMINATOR 3/3

ILLUMINATOR 4 FILM

ILLUMINATOR 4 FILM W/PORT STAN

ILLUMINATOR 4 OVER 4

ILLUMINATOR 4 PANEL

ILLUMINATOR 4/4

ILLUMINATOR 8 BANK

ILLUMINATOR FOUR BANK

ILLUMINATOR MOTORIZED

ILLUMINATOR REVOLVING

ILLUMINATOR SIX BANK

ILLUMINATOR ULTRAVIOLET

ILLUMINATOR VEIN W/CHARGING CR

IMAGE 1 S3 THREE-CHIP CAMERA H

IMAGE INTENSIFIER

IMAGER LASER

IMAGING EQUIPMENT

IMAGING SYSTEM IVUS

IMAGING TALBE SYSTEM

IMMUNOCHEMISTRY SYSTEM

IMPRESS TASK CHAIRS

IMPRINTER PATIENT CARD

INCUBATOR

INCUBATOR COUNTER

INCUBATOR COUNTERTOP

INCUBATOR DIG TEMP 120AC-GRAVI

INCUBATOR LAB

INCUBATOR PLATETET

INCUBATOR, TRANSPORT

INDEX 2XLF SIMULATOR

INFANT TRANSPORTER SYSTEM

INFINITY NETWORK DROP

INFORM METERS

INFRARED HANDSFREE ICE ACTUATO

INHALATION THERAPY CART

INITIAL CASE OF BIS SENSOR

INJECTATE BATH PROBE 7010/TXXX

INJECTION SYS,CMS,AS1ST

INJECTOR ANGIO

INJECTOR MARK 7 ATERION  TABLE

INJECTOR SPECIALS ROOM

In-Room 20 Monitor with Mounti

In-Room Monitor Cable Kit

INSERT-'SAWAHLE' - LAPERSCOPIC

INSTALL DATA & VOICE LINES FOR

INSTALL NEW HEAT PUMP 5 TON IN

INSTALLATION AND REMOVAL-INC.

INSTALLATION MICRO SELECTION -

INSTALLATION SITE SERVICES

INSTALLATION-INC. A SITE WALK-

INSTALLING THE PICKER GEN.RADI

INSTANT HOT WATER DISPENSER

INSTRUMENT

INSTRUMENT CART

INSTRUMENT INTERFACE VIA SQ IN

INSTRUMENT TABLE 48*X24*X34*

INSTRUMENT TABLE 48'X20 'X34 '

INSTRUMENT TABLE-20*X16*X34*

INSTRUMENT/SCOPE

INSTRUMNT CORD PK & SP GENERAT

INSUFLATOR

INTEGRATED DICOM 3.0 INTERFACE

INTEGRATED ELECTRONICS BOX

INTEGRATED RECORDER

INTEGRIS HM2000 IMAGING SYSTEM

INTEL PENTIUM 4 PROCESSOR

INTEL PENTIUM 4 PROCESSOR / OP

INTEL PENTIUM 4 PROCESSOR 2.80

INTEL PENTIUM 4 PROCESSOR 540

INTEL PENTIUM 4 PROCESSOR 640/

INTEL PENTIUM PROCESSOR 640

INTEL PENTIUM PROCESSOR 640 W/

INTEL XEON PROCESSOR 3.00GHZ,2

INTEL XEON PROCESSOR/3.2GHZ/2M

INTELLIVUE 1.4 GHZ REMOTE ANTE

INTELLIVUE 1.4 GZ TELE TRX W/L

INTELLIVUE ACCESS POINT / M484

INTELLIVUE CL CHARGING STATION

IntelliVue G5 Gas Module

INTELLIVUE MP TOUCH SCREEN

INTELLIVUE MP2

INTELLIVUE MP30

IntelliVue MP5

INTELLIVUE MP70

INTELLIVUE MULTI

IntelliVue Multi Measurement S

INTELLIVUE MULTI MEASUREMENT W

INTELLIVUE MULTI MEASUREMENTS

INTELLIVUE MULTI/MSRMT SRVR

INTELLIVUE MULTI/MSRMT SRVR/A0

INTELLIVUE MULTI-MEASUREMENT S

INTELLIVUE MX800 PATIENT MONIT

INTELLIVUE NULTI MEASUREMENT S

INTELLIVUE SMART HOPPING APC

INTELLIVUE SMART HOPPING SYNC

INTELLIVUE SMART-HOPPING 1.4 G

INTELLLIVUE INFORMATIION CENTE

INTER FACE ADRENALINE 1700 SCS

INTERCOMS

INTER-SDN GATEWAY

INTERSTITIAL RING CT/MR APPLIC

INTUBATION TRACHEAL LF-GP

INVASIVE BLOOD PRESSURE

INVASIVE BLOOD PRESSURE MODULE

INVASIVE PRESSURE MODULES

INVINCIBLE 48X30 TABLE STONE B

INVINCIBLE 62X20* CUPBOARD W/S

INVINCIBLE VISTA 2000 WORK TAB

INW NETWORKING

IP SURVELIANCE NETWORK

IPC XPER INFORMATION MANAGEMEN

IPPS CARBON FIBER OVERLAY; SIE

IRRIGATOR STAND AND EXAM STOOL

ISLAND W/FULL END PANEL & POST

ISLAND,D 30 X 72

ISOCENTRIC MOUNTING FIXTURE

Isoflurane Vaporizors

ISOLATOR,VERSAFLW 4 FT AIRFLOW

ISOLETTE

ISOMET 1000

ISOTEMP REFRIGERATOR

IV POLE ASSEMBLY TELESCOPIC

IV POLE WITH 5 CASTERS ADN 4 H

JACKSON LARYN STD

JACKSON SPINAL TOP W/ACP

JACOBS TENACULUM

JACOBS UTERINE FCP.

JACOBSEN MICRO NH

JETDIRECT 170X EXTERNAL PRINT

JEWETT BLOOD REFRIGERATOR

JIM DINE POSTER-*RANCHO WOODCU

JOHNSONITE RUBBER COVE BASE 12

K03 CO INJECTATE KIT FOR PATIE

K10 3/5 -  LEAD PATIENT CABLE

K10 3/5-LEASD PATIENT CABLE SE

K14 3 LEAD NEONATAL CABLE - US

K30 DISPOSE NEONATAL NIBP CUFF

K96 2 M SP02 EXTENSION CABLE

K99 SP02 ADAPTER CABLE F. ADUL

KAY ELEMETRICS

KERRISON INSTRUMENT-1MM

KERRISON INSTRUMENT-2MM

KERRISON INSTRUMENT-3MM

KERRISON INSTRUMENT-4MM

KERRISON INSTRUMENT-5MM

KETTLE TILT LARGE

KETTLES STEAM 2 10 GAL W/STAND

KEVORKIAN YOUNG CURETTE

KEYBOARD DRAWER

KINETDX CWS DIGITAL SYS W/4.0

KIT CMAG 24 F RETURN CANNULA

KIT CMAG 34 F DRAINAGE CANNULA

KIT FORCEP DUVAL GRASP CLICKLI

KIT FURNITURE MUS 5000

KIT INSTALL ANALOG CONVERTER

KIT MAG MONITOR

KIT NBP ADLT STARTER-T400-800

KIT SAM FIELD CAL HALOCARBN 23

KIT, 2D BAR CODE SCANNER W/ MO

KIT, I.V. & HOSES

KIT,2D BARCODE SCANNER,SPOT LX

KIT,BABCOCK GRASP FORCEPS CLIC

KIT,BOWEL GRASPER FORCEPS CLIC

KIT,BOWEL GRASPER W/METAL HAND

KIT,CALIBRATION

KIT,CEILING MOUNT

KIT,CEILING MOUNT FOR PROJECTO

KIT,DISSECTING LONG KELLY CLIC

KIT,DISSECTOR RIGHT ANGLE,CLIC

KIT,DOOR FOR HUTCHES 17.75 X 1

KIT,FORCEPS DBL SPN CLICKLINE

KIT,RIGHT ANGLE DISSECTING FRC

KIT,SCISSORS METZENBAUM  CLICK

KIT,WAVY GRASPING FORCEPS CLIC

KIT-BREATHING BAG EXTENSION

KIT-FOR DOOR FOR HUTCHES

KLEPPINGER CORD

KNAPE & VOGT KEYBOARD

KNEE

KODAK DRY VIEW 8900 LASER IMAG

KOGAN ENDOCERVICAL SPECULUM

KOGAN ENDOCLAV SPEC

KOH MACRO NEEDLE HOLDER W/AXIA

KOHL COLPOTOMIZER SET

KONICA IMAGEPILOT CR SIGMA 45

KUGLER HOOK

KVM SWITCH (8 PORTS )

KVUE COUCHTOP FRAMS,EXTENSIONS

KVUE STRADIVARIUS SBRT SYSTEM

KYBRD,CARDIOLAB ENG LANG W/DED

L7-4 SCAN HEAD

LAARSCOPE UPGRADE

LAARSCOPIC UPGRADE

LAB AIR COMPRESSORS

LABOR/MATERIAL TO INSTALL NUCL

LAHEY THYROID TENACULUMS

LAMP SLIT

LAMP,BURTON

LAMP,MAGNIFYING  532851

LAN/WAN CONNECTIVITY SWITCH- A

LAPAROSCOPIC MORECLLATOR DEVIC

LAPAROSCOPY SYS

LAPARSCOPIC SUTURE SCOPES

LAPTOP DELL E6530

LAPTOP DELL E6530 LATITUDE

LAPTOP PC E6530

LAPTOP,LATITUDE  D 630

LAPTOP,LATITUDE E6510

LARGE CARDIAC BOARD

LARGE DISTRACTOR SET

LARGE FLAT PANEL DISP

LARGE FLAT PANEL DISPLAY

LARGE FLAT PANEL DISPLAY (8624

LARGE RICHARDSONS

LARYNGOSCOPE

LARYNGOSCOPE MCL124

LARYNGOSCOPE MCL125

LASER DISC PLAYER

LASER EXCIMER

Laser Imager  QT 1

LASER IMAGER UPGRADE

LASER IMAGING

LASER JET 8150DN
NETWORK PRINT

LASER PRINTER 1815DN

LASER SURGICAL

LASER SURGICAL YAG

LASER SYSTE,EXCIMER ,
CVX-300

LASERJET 4200 NETWORK
LASER PR

LASERJET HP COLOR PRO
MFP M477

LATERAL FILE 20X30

LATERAL FILE CABINET-19
1/4 X

LATERAL FILE TOP- 36*
WIDE

LATERAL FILE-4 DRAWER

LATITUDE D520 DESKTOPS
W/ ACCE

LATITUDE D520 SYSTEM

LATITUDE D600, PENTIUM
M 725 (

LATITUDE D600:INTL
PENTIUM M P

LATITUDE D620: INTEL
CORE DUO

LATITUDE D-SERIES PACK

LATITUDE E6400

LATITUDE E6510

LATITUDE E6520

LATITUDE E6530

LATITUDEE6420

LAUREN KNODE-
*BECKONING*-21 X

LCD COLOR MONITOR 19
INCH

LCD HQ COLOR MONITOR
19 INCH

LCD,32 "

LCD,LG 32" W/MOUNT
HARDWARE

LCD,LG COMML GR 32"
W/WALL MOU

LDWR MLTLK 5L-AHA-
GRAB-51-INDV

LEAD SET SNAP- AAMI

LECTURN- STANDING DESK
UNIT

LED GOGGLES WITH 15
FOOT CABLE

LED HEADLIGHT ONLY

LEGEND FOOTED
ATTACHMENT 2.4MM

LEGEND HIGH SPEED
PNEUMATIC SY

LEGEND PERFORATOR
DRIVER - 100

LEGEND STRAIGHT
ATTACHMENT 14C

LEGEND STRAIGHT
ATTACHMENT 21C

LEGEND STRAIGHT
ATTACHMENT 9CM

LEGENDX1RTC HCAPPKG

LEGHOLDER,UNIVERSAL

LEICA ATC-2000
ADVANCED LAB MI

LG CAP ADV CO2 INC 29 CU
FT &

LG NEEDLE DRIVER Q

LG SUTURECUT NEEDLE
DRIVER

LG. ALLIS FORCEP 7 1/2*

LGLCD 42  LG 1080P EZSIGN
DIG

LIFECARE PCA PUMPS

LIFEPAK 12 BIPHASIC
DEFIBRILLA

LIFEPAK 12
DEFIB/MONITOR

LIFEPAK 12 DEFRIB
PADDLES

LIFEPAK 20
DEFIBRILLATOR/MONIT

LIFEPAK 20 DOCKING
STATION

LIFEPAK SLA BATTERY

LIFEPAK SLA
BATTERY(RECHARGEAB

LIFEPAK SP
DEFIBRILLATOR/MONIT

LIFT PALLET

LIFT PALLET ELEC WALK
ALONG

LIFT PALLET ELEC WALK
ALONG 40

LIFT PALLET ELECTRIC WALK ALON

LIFT PATIENT

LIGHT COOL REFLECTOR

LIGHT EXAM

LIGHT EXAM CEILING MOUNTED

LIGHT EXAM CLG MT

LIGHT EXAM PORTABLE

LIGHT GUIDE 7MM X 3 AUTOCLAVE

LIGHT GUIDE CABLE-3.5MM-PLUG

LIGHT O.R. DOUBLE

LIGHT O.R. SINGLE

LIGHT OR CEILING

LIGHT OR DUAL HEAD

LIGHT OR DUAL RM 2

LIGHT OR DUAL RM 3

LIGHT OR DUAL RM 5

LIGHT OR DUAL RM 8

LIGHT OR PORTABLE

LIGHT SHELF ELECTRONIC BALLAST

LIGHT SOURCE

LIGHT SOURCE LUXTEC 300 WATT

LIGHT SOURCE XENON

LIGHT SOURCE, XENON ,VISERA PR

LIGHT SUPPLY COLD

LIGHT SURGICAL MOBILE

LIGHT,LED SURGICAL

LIGHT,PENDANT  SPI INDUST

LIGHT,SUGERY RITTER

LIGHTS 9 POD FOR SAME DAY SURG

LIGHTS 9POD FR L & D

LIGHTS GALAXY  4 POD CEILING F

LIGHTS,ALM OR  6401

LIGHTSPEED 16 CT SCANNNER WITH

LINAC UPGRADE

LINAC UPGRADE- LINEAR ACCELERA

LINE#3 LST @ $21-375.00 S/B =$

LINEAR ACCELERATOR

LINEN HAMPER

LINK #64669 TRADE-IN COMPRESSO

LINK #64670 TRADE-IN COMPRESSO

LINK #64770 TRADE-IN VENTILATO

LINK #64771 TRADE-IN VENTILATO

LINK #64772 TRADE-IN VENTILATO

LINK #64773 TRADE-IN VENTILATO

LINK #64774 TRADE-IN VENTILATO

LINK #64775 TRADE-IN VENTILATO

LINK #65131 INSTALLATION TO AS

LINK #66587 CATH LAB UNIT

LINK ASSET # 65204 SALES TAX

LINK ASSET #71327- CABLE & CNT

LINK ASSET 76639 ST & FR

LINK ASSET 76640 ST & FR

LINK ASSET 76641 ST & FR

LINK ASSET 76642 ST & FR

LINK ASSET 76643 ST & FR

LINK ASSET 76644 ST & FR

LINK ASSET 76645 ST & FR

LINK ASSET 76646 ST & FR

LINK ASSET 76647 ST & FR

LINK ASSET 76648 ST & FR

LINK ASSET 76649 ST & FR

LINK ASSET 76650 ST & FR

LINK ASSET 76651 ST & FR

LINK ASSET 76652 ST & FR

LINK ASSET# 71326- CABLE & CNT

LINK ASSET# 71328- CABLE & CNT

LINK ASSET# 71335-CABLE & CNTR

LINK ASSET# 76678 ST

LINK ASSET#70229- CONF & IMP S

LINK ASSET#70230- CONF & IMP S

LINK ASSET#70231- CONF & IMP S

LINK ASSET#70232- CONF & IMP S

LINK ASSET#70714- SALES TAX OM

LINK ASSET#76677 ST

LINK ASSET#76679 ST

LINK TO #68185-ST

LINK TO #68186-ST

LINK TO 68187-ST

LINK TO A# 76859 001 REMAINING

LINK TO A#79959 INSTALLATION C

LINK TO A#79960 INSTALLATION C

LINK TO A#79961 INSTALLATION C

LINK TO A#79962 INSTALLATION C

LINK TO A#79963 INSTALLATION C

LINK TO A#80878 SALES TAX

LINK TO A#80879 SALES TAX

LINK TO A#80880 SALES TAX

LINK TO A#80881 SALES TAX

LINK TO A#80882 SALES TAX

LINK TO A#80883 SALES TAX

LINK TO A#80884 SALES TAX

LINK TO A#80885 SALES TAX

LINK TO A#80886 SALES TAX

LINK TO A#80887 SALES TAX

LINK TO A#80888 SALES TAX

LINK TO A#80889 SALES TAX

LINK TO A#80890 SALES TAX

LINK TO A#80891 SALES TAX

LINK TO A#80892 SALES TAX

LINK TO A#80893 SALES TAX

LINK TO A#80894 SALES TAX

LINK TO A#80895 SALES TAX

LINK TO A#80896 SALES TAX

LINK TO A#80897 SALES TAX

LINK TO A#80898 SALES TAX

LINK TO A#80902 SALES TAX

LINK TO A#80903 SALES TAX

LINK TO A#80904 SALES TAX

LINK TO A#81015 SALES TAX

LINK TO A#81016 SALES TAX

LINK TO A#81017 SALES TAX

LINK TO A#81018 SALES TAX

LINK TO A#81019 SALES TAX

LINK TO A#81020 SALES TAX

LINK TO A#81021 SALES TAX

LINK TO A#81022 SALES TAX

LINK TO A#81023 SALES TAX

LINK TO A#81024 SALES TAX

LINK TO A#81025 SALES TAX

LINK TO A#81026 SALES TAX

LINK TO A#81027 SALES TAX

LINK TO A#81028 SALES TAX

LINK TO A#81029 SALES TAX

LINK TO A#81030 SALES TAX

LINK TO A#81031 SALES TAX

LINK TO A#81032 SALES TAX

LINK TO A#81033 SALES TAX

LINK TO A#81034 SALES TAX

LINK TO A#81035 SALES TAX

LINK TO A#81036 SALES TAX

LINK TO A#81037 SALES TAX

LINK TO A#81038 SALES TAX

LINK TO A#81039 SALES TAX

LINK TO A#81040 SALES TAX

LINK TO A#81041 SALES TAX

LINK TO A#81042 SALES TAX

LINK TO A#81043 SALES TAX

LINK TO A#81044 SALES TAX

LINK TO A#81045 SALES TAX

LINK TO A#81046 SALES TAX

LINK TO A#81047 SALES TAX

LINK TO A#81048 SALES TAX

LINK TO A#81049 SALES TAX

LINK TO A#81050 SALES TAX

LINK TO A#81051 SALES TAX

LINK TO A#81052 SALES TAX

LINK TO A#81053 SALES TAX

LINK TO A#81054 SALES TAX

LINK TO A#81055 SALES TAX

LINK TO A#81056 SALES TAX

LINK TO A#81057 SALES TAX

LINK TO A#81058 SALES TAX

LINK TO A#81059 SALES TAX

LINK TO A#81060 SALES TAX

LINK TO A#81061 SALES TAX

LINK TO A#81062 SALES TAX

LINK TO A#81063 SALES TAX

LINK TO A#81064 SALES TAX

LINK TO A#81065 SALES TAX

LINK TO A#81066 SALES TAX

LINK TO A#81067 SALES TAX

LINK TO A#81068 SALES TAX

LINK TO A#81069 SALES TAX

LINK TO A#81070 SALES TAX

LINK TO A#81071 SALES TAX

LINK TO A#81072 SALES TAX

LINK TO A#81073 SALES TAX

LINK TO A#81074 SALES TAX

LINK TO A#81075 SALES TAX

LINK TO A#81076 SALES TAX

LINK TO A#81077 SALES TAX

LINK TO A#81078 SALES TAX

LINK TO A#81079 SALES TAX

LINK TO A#81080 SALES TAX

LINK TO A#81081 SALES TAX

LINK TO A#81082 SALES TAX

LINK TO A#81083 SALES TAX

LINK TO A#81084 SALES
TAX

LINK TO A#81085 SALES
TAX

LINK TO A#81086 SALES
TAX

LINK TO A#81087 SALES
TAX

LINK TO A#81088 SALES
TAX

LINK TO A#81089 SALES
TAX

LINK TO A#81090 SALES
TAX

LINK TO A#81091 SALES
TAX

LINK TO A#81092 SALES
TAX

LINK TO A#81093 SALES
TAX

LINK TO A#81094 SALES
TAX

LINK TO A#81095 SALES
TAX

LINK TO A#81096 SALES
TAX

LINK TO A#81097 SALES
TAX

LINK TO A#81098 SALES
TAX

LINK TO A#81099 SALES
TAX

LINK TO A#81100 SALES
TAX

LINK TO A#81101 SALES
TAX

LINK TO A#81102 SALES
TAX

LINK TO A#81103 SALES
TAX

LINK TO A#81104 SALES
TAX

LINK TO A#81105 SALES
TAX

LINK TO A#81106 SALES
TAX

LINK TO A#81107 SALES
TAX

LINK TO A#81108 SALES
TAX

LINK TO A#81109 SALES
TAX

LINK TO A#81110 SALES
TAX

LINK TO A#81111 SALES
TAX

LINK TO A#81112 SALES
TAX

LINK TO A#81113 SALES
TAX

LINK TO A#81114 SALES
TAX

LINK TO A#81115 SALES
TAX

LINK TO A#81116 SALES
TAX

LINK TO A#81117 SALES
TAX

LINK TO A#81118 SALES
TAX

LINK TO A#81119 SALES
TAX

LINK TO A#81120 SALES
TAX

LINK TO A#81121 SALES
TAX

LINK TO A#81122 SALES
TAX

LINK TO A#81123 SALES
TAX

LINK TO A#81124 SALES
TAX

LINK TO A#81125 SALES
TAX

LINK TO A#81126 SALES
TAX

LINK TO A#81127 SALES
TAX

LINK TO A#81128 SALES
TAX

LINK TO A#81129 SALES
TAX

LINK TO A#81130 SALES
TAX

LINK TO A#81131 SALES
TAX

LINK TO A#81132 SALES
TAX

LINK TO A#81133 SALES
TAX

LINK TO A#81134 SALES
TAX

LINK TO A#81135 SALES
TAX

LINK TO A#81136 SALES
TAX

LINK TO A#81137 SALES
TAX

LINK TO A#81138 SALES TAX

LINK TO A#81139 SALES TAX

LINK TO A#81140 SALES TAX

LINK TO A#81141 SALES TAX

LINK TO A#81142 SALES TAX

LINK TO A#81143 SALES TAX

LINK TO A#81144 SALES TAX

LINK TO A#81145 SALES TAX

LINK TO A#81146 SALES TAX

LINK TO A#81147 SALES TAX

LINK TO A#81148 SALES TAX

LINK TO A#81149 SALES TAX

LINK TO A#81150 SALES TAX

LINK TO A#81151 SALES TAX

LINK TO A#81152 SALES TAX

LINK TO A#81153 SALES TAX

LINK TO A#81154 SALES TAX

LINK TO A#81155 SALES TAX

LINK TO A#81156 SALES TAX

LINK TO A#81157 SALES TAX

LINK TO A#81158 SALES TAX

LINK TO A#81159 SALES TAX

LINK TO A#81160 SALES TAX

LINK TO A#81161 SALES TAX

LINK TO A#81162 SALES TAX

LINK TO A#81163 SALES TAX

LINK TO A#81164 SALES TAX

LINK TO A#81165 SALES TAX

LINK TO A#81166 SALES TAX

LINK TO A#81167 SALES TAX

LINK TO A#81168 SALES TAX

LINK TO A#81169 SALES TAX

LINK TO A#81170 SALES TAX

LINK TO A#81171 SALES TAX

LINK TO A#81172 SALES TAX

LINK TO A#81173 SALES TAX

LINK TO A#81174 SALES TAX

LINK TO A#81175 SALES TAX

LINK TO A#81176 SALES TAX

LINK TO A#81177 SALES TAX

LINK TO A#81178 SALES TAX

LINK TO A#81179 SALES TAX

LINK TO A#81180 SALES TAX

LINK TO A#81181 SALES TAX

LINK TO A#81182 SALES TAX

LINK TO A#81183 SALES TAX

LINK TO A#81184 SALES TAX

LINK TO A#81185 SALES TAX

LINK TO A#81186 SALES TAX

LINK TO A#81187 SALES TAX

LINK TO A#81188 SALES TAX

LINK TO A#81189 SALES TAX

LINK TO A#81190 SALES TAX

LINK TO A#81191 SALES TAX

LINK TO A#81192 SALES TAX

LINK TO A#81193 SALES TAX

LINK TO A#81194 SALEX TAX

LINK TO A#81195 SALES TAX

LINK TO A#81196 SALES TAX

LINK TO A#81197 SALES TAX

LINK TO A#81198 SALES TAX

LINK TO A#81199 SALES TAX

LINK TO A#81200 SALES TAX

LINK TO A#81201 SALES TAX

LINK TO A#81202 SALES TAX

LINK TO A#81203 SALES TAX

LINK TO A#81204 SALES TAX

LINK TO A#81337 SALES TAX

LINK TO A#81338 SALES TAX

LINK TO A#81339 SALES TAX

LINK TO A#81340 SALES TAX

LINK TO A#81341 SALES TAX

LINK TO A#81342 SALES TAX

LINK TO A#81343 SALES TAX

LINK TO A#81344 SALES TAX

LINK TO A#81345 SALES TAX

LINK TO A#81346 SALES TAX

LINK TO A#81347 SALES TAX

LINK TO A#81348 SALES TAX

LINK TO A#81349 SALES TAX

LINK TO A#81350 SALES TAX

LINK TO A#81351 SALES TAX

LINK TO A#81352 SALES TAX

LINK TO A#81353 SALES TAX

LINK TO A#81354 SALES TAX

LINK TO A#81355 SALES TAX

LINK TO A#81356 SALES TAX

LINK TO A#81357 SALES TAX

LINK TO A#81358 SALES TAX

LINK TO A#81359 SALES TAX

LINK TO A#81360 SALES TAX

LINK TO A#81361 SALES TAX

LINK TO A#81362 SALES TAX

LINK TO A#81363 SALES TAX

LINK TO A#81364 SALES TAX

LINK TO A#81365 SALES TAX

LINK TO A#81366 SALES TAX

LINK TO A#81367 SALES TAX

LINK TO A#81368 SALES TAX

LINK TO A#81369 SALES TAX

LINK TO A#81370 SALES TAX

LINK TO A#81371 SALES TAX

LINK TO A#81372 SALES TAX

LINK TO A#81373 SALES TAX

LINK TO A#81374 SALES TAX

LINK TO A#81375 SALES TAX

LINK TO A#81376 SALES TAX

LINK TO A#81377 SALES TAX

LINK TO A#81378 SALES TAX

LINK TO A#81379 SALES TAX

LINK TO A#81380 SALES TAX

LINK TO A#81381 SALES TAX

LINK TO A#81382 SALES TAX

LINK TO A#81383 SALES TAX

LINK TO A#81384 SALES TAX

LINK TO A#81385 SALES TAX

LINK TO A#81386 SALES TAX

LINK TO A#81387 SALES TAX

LINK TO A#81388 SALES TAX

LINK TO A#81389 SALES TAX

LINK TO A#81390 SALES TAX

LINK TO A#81391 SALES TAX

LINK TO A#81392 SALES TAX

LINK TO A#81393 SALES TAX

LINK TO A#81394 SALES TAX

LINK TO A#81395 SALES TAX

LINK TO A#81396 SALES TAX

LINK TO A#81397 SALES TAX

LINK TO A#81398 SALES TAX

LINK TO A#81399 SALES TAX

LINK TO A#81400 SALES TAX

LINK TO A#81401 SALES TAX

LINK TO A#81402 SALES TAX

LINK TO A#81403 SALES TAX

LINK TO A#81404 SALES TAX

LINK TO A#81405 SALES TAX

LINK TO A#81406 SALES TAX

LINK TO A#81407 SALES TAX

LINK TO A#81408 SALES TAX

LINK TO A#81409 SALES TAX

LINK TO A#81410 SALES TAX

LINK TO A#81411 SALES TAX

LINK TO A#81412 SALES TAX

LINK TO A#81413 SALES TAX

LINK TO A#81414 SALES TAX

LINK TO A#81415 SALES TAX

LINK TO A#81416 SALES TAX

LINK TO A#81417 SALES TAX

LINK TO A#81418 SALES TAX

LINK TO A#81419 SALES TAX

LINK TO A#81420 SALES TAX

LINK TO A#81421 SALES TAX

LINK TO A#81422 SALES TAX

LINK TO A#81423 SALES TAX

LINK TO A#81424 SALES TAX

LINK TO A#81425 SALES TAX

LINK TO A#81426 SALES TAX

LINK TO A#81427 SALES TAX

LINK TO A#81428 SALES TAX

LINK TO A#81429 SALES TAX

LINK TO A#81430 SALES TAX

LINK TO A#81431 SALES TAX

LINK TO A#81432 SALES TAX

LINK TO A#81433 SALES TAX

LINK TO A#81434 SALES TAX

LINK TO A#81435 SALES TAX

LINK TO A#81436 SALES TAX

LINK TO A#81437 SALES TAX

LINK TO A#81438 SALES TAX

LINK TO A#81439 SALES TAX

LINK TO A#81440 SALES TAX

LINK TO A#81441 SALES TAX

LINK TO A#81442 SALES TAX

LINK TO A#81443 SALES TAX

LINK TO A#81444 SALES TAX

LINK TO A#81445 SALES TAX

LINK TO A#81446 SALES TAX

LINK TO A#81447 SALES TAX

LINK TO A#81448 SALES TAX

LINK TO A#81449 SALES TAX

LINK TO A#81450 SALES TAX

LINK TO A#81451 SALES TAX

LINK TO A#81452 SALES TAX

LINK TO A#81453 SALES TAX

LINK TO A#81454 SALES TAX

LINK TO A#81455 SALES TAX

LINK TO A#81456 SALES TAX

LINK TO A#81457 SALES TAX

LINK TO A#81458 SALES TAX

LINK TO A#81459 SALES TAX

LINK TO A#81460 SALES TAX

LINK TO A#81461 SALES TAX

LINK TO A#81462 SALES TAX

LINK TO A#81463 SALES TAX

LINK TO A#81464 SALES TAX

LINK TO A#81465 SALES TAX

LINK TO A#81466 SALES TAX

LINK TO A#81467 SALES TAX

LINK TO A#81468 SALES TAX

LINK TO A#81469 SALES TAX

LINK TO A#81470 SALES TAX

LINK TO A#81471 SALES TAX

LINK TO A#81472 SALES TAX

LINK TO A#81473 SALES TAX

LINK TO A#81474 SALES TAX

LINK TO A#81475 SALES TAX

LINK TO A#81476 SALES TAX

LINK TO A#81477 SALES TAX

LINK TO A#81478 SALES TAX

LINK TO A#81479 SALES TAX

LINK TO A#81480 SALES TAX

LINK TO A#81481 SALES TAX

LINK TO A#81482 SALES TAX

LINK TO A#81483 SALES TAX

LINK TO A#81484 SALES TAX

LINK TO A#81485 SALES TAX

LINK TO A#81486 SALES TAX

LINK TO A#81487 SALES TAX

LINK TO A#81488 SALES TAX

LINK TO A#81489 SALES TAX

LINK TO A#81490 SALES TAX

LINK TO A#81491 SALES TAX

LINK TO A#81492 SALES TAX

LINK TO A#81493 SALES TAX

LINK TO A#81494 SALES TAX

LINK TO A#81495 SALES TAX

LINK TO A#81496 SALES TAX

LINK TO A#81497 SALES TAX

LINK TO A#81498 SALES TAX

LINK TO A#81499 SALES TAX

LINK TO A#81500 SALES TAX

LINK TO A#81501 SALES TAX

LINK TO A#81502 SALES TAX

LINK TO A#81503 SALES TAX

LINK TO A#81504 SALES TAX

LINK TO A#81505 SALES TAX

LINK TO A#81506 SALES TAX

LINK TO A#81507 SALES TAX

LINK TO A#81508 SALES TAX

LINK TO A#81509 SALES TAX

LINK TO A#81510 SALES TAX

LINK TO A#81511 SALES TAX

LINK TO A#81512 SALES TAX

LINK TO A#81513 SALES TAX

LINK TO A#81514 SALES TAX

LINK TO A#81515 SALES TAX

LINK TO A#81516 SALES TAX

LINK TO A#81517 SALES TAX

LINK TO A#81518 SALES TAX

LINK TO A#81519 SALES TAX

LINK TO A#81520 SALES TAX

LINK TO A#81521 SALES TAX

LINK TO A#81522 SALES TAX

LINK TO A#81523 SALES TAX

LINK TO A#81524 SALES TAX

LINK TO A#81525 SALES TAX

LINK TO A#81526 SALES TAX

LINK TO A#81527 SALES TAX

LINK TO A#81528 SALES TAX

LINK TO A#81529 SALES TAX

LINK TO A#81530 SALES TAX

LINK TO A#81531 SALES TAX

LINK TO A#81532 SALES TAX

LINK TO A#81533 SALES TAX

LINK TO A#81534 SALES TAX

LINK TO A#81535 SALES TAX

LINK TO A#81536 SALES TAX

LINK TO A#81537 SALES TAX

LINK TO A#81538 SALES TAX

LINK TO A#81539 SALES TAX

LINK TO A#81540 SALES TAX

LINK TO A#81541 SALES TAX

LINK TO A#81542 SALES TAX

LINK TO A#81543 SALES TAX

LINK TO A#81544 SALES TAX

LINK TO A#81545 SALES TAX

LINK TO A#81546 SALES TAX

LINK TO A#81547 SALES TAX

LINK TO A#81548 SALES TAX

LINK TO A#81549 SALES TAX

LINK TO A#81550 SALES TAX

LINK TO A#81551 SALES TAX

LINK TO A#81552 SALES TAX

LINK TO A#81553 SALES TAX

LINK TO A#81554 SALES TAX

LINK TO A#81555 SALES TAX

LINK TO A#81556 SALES TAX

LINK TO A#81557 SALES TAX

LINK TO A#81558 SALES TAX

LINK TO A#81559 SALES TAX

LINK TO A#81560 SALES TAX

LINK TO A#81561 SALES TAX

LINK TO A#81562 SALES TAX

LINK TO A#81563 SALES TAX

LINK TO A#81564 SALES TAX

LINK TO A#81565 SALES TAX

LINK TO A#81566 SALES TAX

LINK TO A#81567 SALES TAX

LINK TO A#81568 SALES TAX

LINK TO A#81569 SALES TAX

LINK TO A#81570 SALES TAX

LINK TO A#81571 SALES TAX

LINK TO A#81807 SALES TAX

LINK TO A#81808 SALES TAX

LINK TO A#81809 SALES TAX

LINK TO A#81810 SALES TAX

LINK TO A#81811 SALES TAX

LINK TO A#81812 SALES TAX

LINK TO A#81813 SALES TAX

LINK TO A#81814 SALES TAX

LINK TO A#81815 SALES TAX

LINK TO A#81816 SALES TAX

LINK TO A#81817 SALES TAX

LINK TO A#81818 SALES TAX

LINK TO A#81819 SALES TAX

LINK TO A#81820 SALES TAX

LINK TO A#81821 SALES TAX

LINK TO A#81822 SALES TAX

LINK TO A#81823 SALES TAX

LINK TO A#81824 SALES TAX

LINK TO A#81825 SALES TAX

LINK TO A#81826 SALES TAX

LINK TO A#81827 SALES TAX

LINK TO A#81828 SALES TAX

LINK TO A#81829 SALES TAX

LINK TO A#81830 SALES TAX

LINK TO A#81831 SALES TAX

LINK TO A#81832 SALES TAX

LINK TO A#81833 SALES TAX

LINK TO A#81834 SALES TAX

LINK TO A#81835 SALES TAX

LINK TO A#81836 SALES TAX

LINK TO A#81837 SALES TAX

LINK TO A#81838 SALES TAX

LINK TO A#81839 SALES TAX

LINK TO A#81840 SALES TAX

LINK TO A#81841 SALES TAX

LINK TO A#81842 SALES TAX

LINK TO A#81843 SALES TAX

LINK TO A#81844 SALES TAX

LINK TO A#81845 SALES TAX

LINK TO A#81846 SALES TAX

LINK TO A#81847 SALES TAX

LINK TO A#81848 SALES TAX

LINK TO A#81849 SALES TAX

LINK TO A#81850 SALES TAX

LINK TO A#81851 SALES TAX

LINK TO A#81852 SALES TAX

LINK TO A#81853 SALES TAX

LINK TO A#81854 SALES TAX

LINK TO A#81855 SALES TAX

LINK TO A#81856 SALES TAX

LINK TO A#81857 SALES TAX

LINK TO A#81858 SALES TAX

LINK TO A#81859 SALES TAX

LINK TO A#81860 SALES TAX

LINK TO A#81861 SALES TAX

LINK TO A#81862 SALES TAX

LINK TO A#81863 SALES TAX

LINK TO A#81864 SALES TAX

LINK TO A#81865 SALES TAX

LINK TO A#81866 SALES TAX

LINK TO A#81867 SALES TAX

LINK TO A#81868 SALES TAX

LINK TO A#81869 SALES TAX

LINK TO A#81870 SALES TAX

LINK TO A#81871 SALES TAX

LINK TO A#81872 SALES TAX

LINK TO A#81873 SALES TAX

LINK TO A#81874 SALES TAX

LINK TO A#81875 SALES TAX

LINK TO A#81876 SALES TAX

LINK TO A#81877 SALES TAX

LINK TO A#81878 SALES TAX

LINK TO A#81879 SALES TAX

LINK TO A#81880 SALES TAX

LINK TO A#81881 SALES TAX

LINK TO A#81882 SALES TAX

LINK TO A#81883 SALES TAX

LINK TO A#81884 SALES TAX

LINK TO A#81885 SALES TAX

LINK TO A#81886 SALES TAX

LINK TO A#81887 SALES TAX

LINK TO A#81888 SALES TAX

LINK TO A#81889 SALES TAX

LINK TO A#81890 SALES TAX

LINK TO A#81891 SALES TAX

LINK TO A#81892 SALES TAX

LINK TO A#81893 SALES TAX

LINK TO A#81894 SALES TAX

LINK TO A#81895 SALES TAX

LINK TO A#81896 SALES TAX

LINK TO A#81897 SALES TAX

LINK TO A#81898 SALES TAX

LINK TO A#81899 SALES TAX

LINK TO A#81900 SALES TAX

LINK TO A#81901 SALES TAX

LINK TO A#81902 SALES TAX

LINK TO A#81903 SALES TAX

LINK TO A#81904 SALES TAX

LINK TO A#81905 SALES TAX

LINK TO A#81906 SALES TAX

LINK TO A#81907 SALES TAX

LINK TO A#81908 SALES TAX

LINK TO A#81909 SALES TAX

LINK TO A#81910 SALES TAX

LINK TO A#81911 SALES TAX

LINK TO A#81912 SALES TAX

LINK TO A#81913 SALES TAX

LINK TO A#81914 SALES TAX

LINK TO A#81915 SALES TAX

LINK TO A#81916 SALES TAX

LINK TO A#81917 SALES TAX

LINK TO A#81918 SALES TAX

LINK TO A#81919 SALES TAX

LINK TO A#81920 SALES TAX

LINK TO A#81921 SALES TAX

LINK TO A#81922 SALES TAX

LINK TO A#81923 SALES TAX

LINK TO A#81924 SALES TAX

LINK TO A#81925 SALES TAX

LINK TO A#81926 SALES TAX

LINK TO A#81927 SALES TAX

LINK TO A#81928 SALES TAX

LINK TO A#81929 SALES TAX

LINK TO A#81930 SALES TAX

LINK TO A#81931 SALES TAX

LINK TO A#81932 SALES TAX

LINK TO A#81933 SALES TAX

LINK TO A#81934 SALES TAX

LINK TO A#81935 SALES TAX

LINK TO A#81936 SALES TAX

LINK TO A#81937 SALES TAX

LINK TO A#81938 SALES TAX

LINK TO A#81939 SALES TAX

LINK TO A#81940 SALES TAX

LINK TO A#81941 SALES TAX

LINK TO A#81942 SALES TAX

LINK TO A#81943 SALES TAX

LINK TO A#81944 SALES TAX

LINK TO A#81945 SALES TAX

LINK TO A#81946 SALES TAX

LINK TO A#81947 SALES TAX

LINK TO A#81948 SALES TAX

LINK TO A#81949 SALES TAX

LINK TO A#81950 SALES TAX

LINK TO A#81951 SALES TAX

LINK TO A#81952 SALES TAX

LINK TO A#81953 SALES TAX

LINK TO A#81954 SALES TAX

LINK TO A#81955 SALES TAX

LINK TO A#81956 SALES TAX

LINK TO A#81957 SALES TAX

LINK TO A#81958 SALES TAX

LINK TO A#81959 SALES TAX

LINK TO A#81960 SALES TAX

LINK TO A#81961 SALES TAX

LINK TO A#81962 SALES TAX

LINK TO A#81963 SALES TAX

LINK TO A#81964 SALES TAX

LINK TO A#81965 SALES TAX

LINK TO A#81966 SALES TAX

LINK TO A#81967 SALES TAX

LINK TO A#81968 SALES TAX

LINK TO A#81969 SALES TAX

LINK TO A#81970 SALES TAX

LINK TO A#81971 SALES TAX

LINK TO A#81972 SALES TAX

LINK TO A#81973 SALES TAX

LINK TO A#81974 SALES TAX

LINK TO A#81975 SALES TAX

LINK TO A#81976 SALES TAX

LINK TO A#81977 SALES TAX

LINK TO A#81978 SALES TAX

LINK TO A#81979 SALES TAX

LINK TO A#81980 SALES TAX

LINK TO A#81981 SALES TAX

LINK TO A#81982 SALES TAX

LINK TO A#81983 SALES TAX

LINK TO A#81984 SALES TAX

LINK TO A#81985 SALES TAX

LINK TO A#81986 SALES TAX

LINK TO A#81987 SALES TAX

LINK TO A#81988 SALES TAX

LINK TO A#81989 SALES TAX

LINK TO A#81990 SALES TAX

LINK TO A#81991 SALES TAX

LINK TO A#81992 SALES TAX

LINK TO A#81993 SALES TAX

LINK TO A#81994 SALES TAX

LINK TO A#81995 SALES TAX

LINK TO A#81996 SALES TAX

LINK TO A#81997 SALES TAX

LINK TO A#81998 SALES TAX

LINK TO A#81999 SALES TAX

LINK TO A#82000 SALES TAX

LINK TO A#82001 SALES TAX

LINK TO A#82002 SALES TAX

LINK TO A#82003 SALES TAX

LINK TO A#82004 SALES TAX

LINK TO A#82005 SALES TAX

LINK TO A#82006 SALES TAX

LINK TO A#82007 SALES TAX

LINK TO A#82008 SALES TAX

LINK TO A#82009 SALES TAX

LINK TO A#82010 SALES TAX

LINK TO A#82011 SALES TAX

LINK TO A#82012 SALES TAX

LINK TO A#82013 SALES TAX

LINK TO A#82014 SALES TAX

LINK TO A#82015 SALES TAX

LINK TO A#82016 SALES TAX

LINK TO A#82017 SALES TAX

LINK TO A#82018 SALES TAX

LINK TO A#82019 SALES TAX

LINK TO A#82020 SALES TAX

LINK TO A#82021 SALES TAX

LINK TO A#82022 SALES TAX

LINK TO A#82023 SALES TAX

LINK TO A#82024 SALES TAX

LINK TO A#82025 SALES TAX

LINK TO A#82026 SALES TAX

LINK TO A#82027 SALES TAX

LINK TO A#82028 SALES TAX

LINK TO A#82029 SALES TAX

LINK TO A#82030 SALES TAX

LINK TO A#82031 SALES TAX

LINK TO A#82032 SALES TAX

LINK TO A#82033 SALES TAX

LINK TO A#82034 SALES TAX

LINK TO A#82035 SALES TAX

LINK TO A#82036 SALES TAX

LINK TO A#82037 SALES TAX

LINK TO A#82038 SALES TAX

LINK TO A#82039 SALES TAX

LINK TO A#82040 SALES TAX

LINK TO A#82041 SALES TAX

LINK TO A#82042 SALES TAX

LINK TO A#82043 SALES TAX

LINK TO A#82044 SALES TAX

LINK TO A#82045 SALES TAX

LINK TO A#82046 SALES TAX

LINK TO A#82047 SALES TAX

LINK TO A#82048 SALES TAX

LINK TO A#82049 SALES TAX

LINK TO A#82050 SALES TAX

LINK TO A#82051 SALES TAX

LINK TO A#82052 SALES TAX

LINK TO A#82053 SALES TAX

LINK TO A#82054 SALES TAX

LINK TO A#82055 SALES TAX

LINK TO A#82056 SALES TAX

LINK TO A#82057 SALES TAX

LINK TO A#82531 TRUEBEAM COMMI

LINK TO A#82896 SALES TAX & FR

LINK TO A#82897 SALES TAX & FR

LINK TO A#82898 SALES TAX & FR

LINK TO A#82899 SALES TAX & FR

LINK TO A#82900 SALES TAX & FR

LINK TO A#82901 SALES TAX & FR

LINK TO A#82902 SALES TAX & FR

LINK TO A#82903 SALES TAX & FR

LINK TO A#82904 SALES TAX & FR

LINK TO A#82951 SALES TAX

LINK TO A#82952 SALES TAX

LINK TO A#82953 SALES TAX

LINK TO A#82954 SALES TAX

LINK TO A#82955 SALES TAX

LINK TO A#82956 SALES TAX

LINK TO A#82957 SALES TAX

LINK TO A#82958 SALES TAX

LINK TO A#82959 SALES TAX

LINK TO A#82960 SALES TAX

LINK TO A#82961 SALES TAX

LINK TO A#82962 SALES TAX

LINK TO A#82963 SALES TAX

LINK TO A#82964 SALES TAX

LINK TO A#82965 SALES TAX

LINK TO A#82966 SALES TAX

LINK TO A#82967 SALES TAX

LINK TO A#82968 SALES TAX

LINK TO A#82969 SALES TAX

LINK TO A#82970 SALES TAX

LINK TO A#82971 SALES TAX

LINK TO A#82972 SALES TAX

LINK TO A#82973 SALES TAX

LINK TO A#82974 SALES TAX

LINK TO A#82975 SALES TAX

LINK TO A#82976 SALES TAX

LINK TO A#82977 SALES TAX

LINK TO A#82978 SALES TAX

LINK TO A#82979 SALES TAX

LINK TO A#82980 SALES TAX

LINK TO A#82981 SALES TAX

LINK TO A#82982 SALES TAX

LINK TO A#82983 SALES TAX

LINK TO A#82984 SALES TAX

LINK TO A#82985 SALES TAX

LINK TO A#82986 SALES TAX

LINK TO A#82987 SALES TAX

LINK TO A#82988 SALES TAX

LINK TO A#82989 SALES TAX

LINK TO A77164 - ADDL COST

LINK TO ASSET # 71060 CABLE FO

LINK TO ASSET # 71245 INSTALLA

LINK TO ASSET # 71246 INSTALLA

LINK TO ASSET #68772 - EMERGEN

LINK TO ASSET NO. 60296

LINK TO ASSET# 76859 REMAINING

LINK TO ASSET#61469

LINK TO ASSET#61553

LINK TO ASSET#61554

LINK TO ASSET#61555

LINK TO ASSET#61556

LINK TO ASSET#61557

LINK TO ASSET#61558

LINK TO ASSET#61559

LINK TO ASSET#61560

LINK TO ASSET#61561

LINK TO ASSET#61562

LINK TO ASSET#61563

LINK TO ASSET#61564

LINK TO ASSET#61565

LINK TO ASSET#68773 - EMERGENC

LITERATURE ORGANIZER-SAFCO 72

LITHOTRIPTER

LITHOTRIPTER ULTRASONIC

LITOLIER GLASS LENSE ONLY FOR

LIVESCAN WORKSTATION & TRAVEL

LMA FASTRACH MULTIPACK

LNK TO # 67778 - 70% OMEGA E-V

LOCKABLE STEEL DOORS / DELIVE

LOCKING *J* BRACKET

LOCKING SMALL FRAGMENT IMPLANT

LOGI P5 DEMO

LOGIQ 9 BREAKTHRU 2007QTE P6-C

LOGIQ P5 GOLD SEAL PREM BT09 P

LOOP FLEX COIL, SMALL # SYMPHO

LORNA TOWEL CLAMP

LOT CONTROL CABLE-COAXIAL CAB

LOUNGE CHAIR

LOUNGE CHAIR- VINYL

LOUNGE CHAIRS

LOUNGE CHAIR-VINYL

LOUNGE FURNITURE-PRE ADMISSION

LOUNGE TABLE

LOVESEAT   ADRIATRIC VINYL/MED

LOVESEAT FAB UPH OAK FRAME

LOVESEAT FABRIC UPHOL

LOVESEAT NAUGAHYDE

LOVESEAT OAK & FABRIC

LOVESEAT VINYL UP

LOVESEAT VINYL UPH

LOVESEAT,FAIRFIELD FABRIC AVAN

LOVESEATS AND LOUNGE CHAIRS

LOW ENERGY SURVEY METER

LOWER LOFT CASTER BED

LOWERATOR TRAY

LP 12 DEFIB/MONITORS

LP12 DEFIB/MON,ADAPTIV

LP12 DEFIBRILLATOR/MONITOR UNI

LP20 DEFIB W/O TADE IN

LP20 DEFIB W/TRADE-IN

LP20 STANDARD DETACHABLE HARD

LS4000 UNDECODED SCANNER

LTC OVERBED TABLE (OBT FRAME)

LTC. OVERBED TABLES

LTM GRAPHICS MONITORS/LAP TOP

LUCASEY-CEILING FLANGE

LUCASEY-NL HOOK BRACKET

LUMENCATH APPLICATOR SET 6F- 1

LUTEX 300 WATT XENON LIGHT SOU

LUXO CLASSIC MED SERIES W/WL B

LUXOR 30* OAK GRAIN CABINET- L

LUXTEC 300 WATT XENON LIGHT SO

Luxtec Head Lamps

M Series Stretcher

M SERIES STRETCHERS

M SERIES W/5TH WHEEL MOBILITY

M2600B TELEMETRY MAINFRAME/REC

M2601B TELEMETRY TRANSMITTER

M2610AU VIRIDIA TELEMETRY SYST

M2613A UHF ANTENNA SYSTEM

M2616A EXR. FREQUENCY CONVERTE

M2616A EXT. FREQUENCY CONVERTE

M2617A ANTENNA SYSTEM ACCESSOR

M2636C PHILIPS TELEMON C

M3151 INFORMATION CENTER

M3151 INFORMATION CTR

M3151 PT INFO CENTER

M3151 UPGRADE  REL N.O

M3154 LARGE DATABASE SERVER

M3154 RELEASE G. 0 UPGRADE

M3154 RELEASE K.O UPGRADE

M3155 INFORMATION CENTER NETWO

M3155 RELEASE K.O UPGRADE

M3155 TELEMETRY SYSTEM

M3155 UPGR REL N.O

M3155 UPGRADE

M3155 UPGRADE REL N.O 8TH F

M3159 PHILIPS INFO CTR PRINTER

M3159A PHILIPS CTR PRINTERS

M3159A PHILIPS INFORMATION CTR

M3176B INFORMATION CENTER RECO

M3176C INFO CENTER USB RECORDE

M3176C INFO CTR

M3176C INFORMATION CENTER

M3176C INFORMATION CENTER USB

M3176C INFORMATION CENTER W/UP

M3-GOLD AUTOCLAVABLE DIRECT TE

M3-GOLD AUTOCLAVABLE FOROBLIQU

M3-GOLD AUTOCLAVABLE LATERAL

M4841A PATIENT WORN DEVICE

M4841A PATIENT WORN DEVICE D01

M4842A INTELLIVUE ACCESS POINT

M4844A PHILIPS SYNC UNIT K01 W

M4844A PHILIPS SYSNC UNIT

MAC 3500/MAC/5500 SYSTEM TROLL

MAC 5000 ECG SYSTEM,COLOR DISP

MAC 5000 SYS W/COLOR DISPLAY

MAC 5000 SYSTEM CART

MAC 5500

MAC 5500 HD WITH CAMHD AND COL

MAC3500/MAC5500 SYS TROLLEY

MAC55 MONO STD PART # MAC55-BA

MAC5500 MONO STD ENG NA AHA NA

MAC-LAB 60 X 36 TABLE WITH (2)

MAC-LAB SYSTEM EX LAN OPTION

MAGAZINE RACK W/ TABLES

MAGNETIC PLAY TABLE

MAGNETOM SYMPHONY

MAGNETOM SYMPHONYSYNGO

MAIN APPLICATION SERVER DELL T

MAIN HOSPITAL SWITCH UPGRADE

MAINSTREAM C02 BUNDLE FOR MONI

MAKER SIGN

MALAGA ARMLESS DRAFTING STOOL

MALAGA DRAFTING STOOL

MAMMO RX CARBON FIBER BREAST S

MAMMO UNITS PREPARATION

MAMMOTOME  HAND HELD SYSTEM

MAMMOTOME STEREOTACTIC (ST) SY

MAMOTONE MR HOLSTER,CNTRL MDL,

MANNIQUIN BLOOD PRESSURE

MANNIQUIN IV TRAINING

MANNIQUIN PETER PICK

MAPCHECK 1MRT

MAPPING SYSTEM CARDIO ELECTRO-

MARK 7 ARTERION PEDESTAL  SYST

MARSHALL SER.26 GAL.WASTE RECE

MARYLAND BIPOLAR FORCEPS

MARYLAND DISSECTING FORCEP

MARYLAND DISSELTOR

MASTER BUILT-IN COMINATION LOC

MATTED STANDARD RECLINER

MATTRESS  BEHAVORIAL HEALTH 35

MATTRESS BEHABORIAL HEALTH 35

MATTRESS FOR TABLETOP, WIDE

MATTRESS TOTAL CARE

MATTRESS. ACCUMAX ELASTIMAX

MATTRESS-THERAPEUTIC

MAVICA FD73 DIGITAL CAMERA MVC

MAXI MOVE WITH SCALE LOW WEIGH

MAXIFLOAT LFP PRESSURE REDUCTI

MAXQ-2460 (MST PAK) SECURITY C

MAXVENTURI W MAX 250E SENSOR

MAYFIELD INFINITY XR2 BASE UNI

MAYFIELD ULTRA BASE UNIT W/ADA

MAYO SCISSOR CVD

MAYO STAND

MAYO TRAY

MAYO-HEGAR N.H. 6*

MCKESSON RADSTATION DIAGNOSTIC

MCLANE-TUCKER OB FORCEPS

MCQUAY WSHP UNITS

MED ASSISTANT 3 STATIONS/PER Q

MED CART WITH CASTERS

MED.SYS.SERVER.01-49

MEDFUSION 3500 SYRINGE PUMPS

MEDICAPTURE UNIT

MEDICATION DRAWER

MEDIUM DISPLAY

MEDIUM FLAT PANEL DISPLAY

MEDIUM FLAT PANEL DISPLAY MONI

MEDIUM FLAT PANEL MONITOR DISP

MEDIUM PELVIC FORCEPS 250 MM

MEDIUM RICHARDSON

MEDIVAC DESK SET-MOTOROLA 2 W

MEDLINE EMERGENCY CRASH CARTS

MEEKER FORCEPS RT ANGLE (12 QT

MELTER,ALLOY 1.5 GALLONS

MERIDIAN SETS (TELEPHONE)- BLA

METAL BOOKCASE W/6 SHALVES

METAL UTILITY TABLE, 18 D X 72

METASCOPE UPGRADE & PREV. MAIN

METER AND ACCESSORIES

METER PH

METER RADIATION SAFETY

METER,SURVEY W/ACCESSORIES

METRO LINEN CART

METRO LINEN CART WITH COVER

METRO MAX *Q* GRID SHELF

METRO SUPPLY, LINEN CART WITH

METROMAX Q GRID SHELF

MICRO 100 DRILL W/O HOSE

MICRO 100 SAGITTAL SAW W/O

MICRO 100 WIREDRIVER W/O HOSE

MICROBLENDER,W/WTR BAG KIT & "

MICROCENTRIFUGE

MICROCON MAP - 800MUV

MICROFICHE READER

MICROLARYNGOSCOPE

MICROLINE 320 TURBO DEC ANSI D

Microm Microtomes

MICRO-OSMOMETER

MICROPHONE, USB, SCANNER, POWE

MICROPLATE AUTOREADER

MICROSCISSORS,CVD HORIZONTAL

MICROSCISSORS,ILLIM TITANIUM K

MICROSCOPE

MICROSCOPE BINOC

MICROSCOPE EXAM

MICROSCOPE LABORATORY

MICROSCOPE LABORATORY 2 HEAD

MICROSCOPE LABORATORY DOUBLE H

MICROSCOPE LABORATORY W/CAMERA

MICROSCOPE LUMERA T SURGICAL P

MICROSCOPE OPERATING

MICROSCOPE,LEICA DM100

MICROSMAXX 3.4.3 SONOSITE

MICROSTREAM CO2 EXTENSION

MICROTOME

MICROWAVE . SHARP

MIDAS REX CLASSIC SWIVEL CONVE

Midisrex Series Drill Set

MIDMARK EXAM TABLE W/STANDARD

MIDMARK HI LO POWER EXAM TABLE

MIDMARK IV POLE

MIDMARK UNIVERSAL PROCEDURE ST

MILLENIUM 18" DIA CONFERENCE T

MILLENIUM 60 X 30 BULLET DESK

MILLENIUM 71 X 24 CREDENZA - E

MILLENIUM 96L X 42W CONFERENCE

MINI DOPPLER - CHEST ELEVATION

MINI DOPPLER - PATIENT SHIFTER

MINI DOPPLER - TOBBOGGAN ARM L

MINI DOPPLEX W/8MHZ PROBE

MINI LOADER DAYLIGHT SYSTEM

MINI LOADER MIN-R MOUNTING STA

MINI LOADER READY KIT

MINIOWER DELL 9020

MINITOWER 9020 ANS VLA OFFICE

MINITOWER OPTIPLEX 9020

MINTITOWER OPTIPLEX 9020

MISC HARDWARE

MISC. CABLE-CONNECTORS- SPLIT

MISC. HARDWARE FOR WALL MOUNTE

MITER SAW WORK STATION

MITRAL VALVE NAVIGATOR Q-APP

ML320 TURBO-D DOT MATRIX PRINT

ML-LS4000I UNDECODED SCANNER W

MNPLR COAGULATING BALL ELECTRO

MNTR,DYNAMAP PROCARE 400 W/RL

MOBIL BYO PRO MEDIA CABINET (3

MOBILE BP MACHINE

MOBILE CHART CADDY

MOBILE MODULAR CART LAMINATE G

MOBILE SCATTER SHIELD

MOBILE SPHYGMOMANOMETER

MOBILE STAND GLIDE SCOPE SYSTE

MOBILE WIRE SHELVING

MOBILEEDGE-ESSENTIAL V-LOAD CA

MODEM OPTION KIT

MODEM SYSTEM

MODULAR MAC TROLLEY ASSSY FULL

MODULAR UNIT 60* X 72*

MODULAR WORKSTATION FOR BUSINE

MODULE 256MS F/DELL OPTIPLEX G

MODULE INTELLIVUE G5 GAS

MODULE THERMAL ARRAY RECORDER

MODULE, INTELLIVUE G5 GAS MODU

MODULE,POWER NORTH AM

MOHAWK CARPET RENOVATION PROJE

MONET POSTER-*SUNLIGHT UNDER

MONITOR

MONITOR  CORO 259CX SERIES FET

MONITOR & ACCESS

MONITOR 17 IN COLOR

MONITOR 24 IN FP

MONITOR- 29* COLOR

MONITOR 30070FP

MONITOR AIRWAY PASSAGE

MONITOR ARM

MONITOR BRAIN

MONITOR CENTRAL STATION

MONITOR CENTRAL STATION W/STRI

MONITOR CPAP

MONITOR DELL 22 P2213

MONITOR DELL P2416 LED

MONITOR FETAL HEART

MONITOR FLAT PANEL

MONITOR HEART

MONITOR INTELLIVUE MP5

MONITOR INTELLIVUE MX800

MONITOR INTELLIVUE MX800 PATIE

MONITOR MODULAR

MONITOR O2

MONITOR OXYGEN

MONITOR P/C 21*

MONITOR PATIENT

MONITOR REFURBIS PHILIPS MP30

MONITOR SCREEN TFT XGA W/ ACCE

MONITOR SENTEC T-COM V-2

MONITOR SURESIGNS VM1 SPO2

MONITOR SURESIGNS VS4

MONITOR SURESIGNS VS4 STNDS CU

MONITOR SW UPGRADE

MONITOR UPGRADE

MONITOR UPGRADE IMPLEMENTATION

MONITOR UPGRADES

MONITOR VIDEO

MONITOR VIDEO 8 IN

MONITOR VIDEO COLOR

MONITOR VITAL SIGNS

MONITOR XPLORE TECH

MONITOR, AMBULATORY BLOOD PRES

MONITOR, C 1 PT W/SPO2

Monitor, Dell FLT Pnl Black

MONITOR, INTELLIVUE MX800

MONITOR, PATIENT ,PROPAQ,WELSH

MONITOR, PATIENT,PROPAQ WELSH

MONITOR,1708 FLAT PANEL

MONITOR,1708 FLAT PANEL & W/HG

MONITOR,19 " COLOR

MONITOR,19" COLOR

MONITOR,19" FLAT PANEL

MONITOR,19" FLT PNL P190S  3 Y

MONITOR,24" WIDESCREEN BLACK F

MONITOR,32 H" DEF LCD NDS

MONITOR,CAMINO ADVANCED WITH I

MONITOR,CAPNOCHECK

MONITOR,CAPNOGRAPH,C APNOCHECK

MONITOR,DELL PROF 9221 21.5" W

MONITOR,DIGITAL 1908 FLT PANEL

MONITOR,DINAMAP PROCARE 400

MONITOR,E196FP 19" FLAT PANEL

MONITOR,E248WFP 24' WIDESCREEN

MONITOR,ENCORE 204 EL

MONITOR,INTELLIVUE MP2

MONITOR,INTELLIVUE MP70

MONITOR,MULTI-PARAMETER,DOMEST

MONITOR,NEC MULTISYNC MONCHR 2

MONITOR,PATIENT,PROPA Q WELSH A

MONITOR,PROF P190S 19 " FP 3 Y

MONITOR,PS320 KIT FOR PHILIPS

MONITOR,PULSE OOX

MONITOR,REFERENCE 18 " MONOCHR

MONITOR,RJ-45 CAT5A BL PTCH CB

MONITOR,SPOTLXI NIBP NELLCOR S

MONITOR,ST24-10 24" FULL HD WI

MONITOR,SURESIGNS VM 4 W/ACCE

MONITOR,SURESIGNS VM 4 PT  W/

MONITOR,SURESIGNS VS3 NB, SPO2

MONITOR,SURESIGNS VS3 NBP SP02

MONITOR,U S 2407WFP-HC WSCRN F

MONITOR,ULTRA SHARP 24"

MONITOR,ULTRASHARP 1907FB 19 "

MONITOR,VIGILANCE II CCO/SVO2

MONITOR,VITAL SIGN/534559

MONITOR,VITAL SIGNS LXI W/ W/N

MONITOR. POET IQ 2

MONITOR. SPOTLXI NIBP NELLCOR

MONITOR/ORGANIZER SHELF LOW TY

MONITORING SYS

MONSOON II WITH 9 IN COLOR TOC

MORELAND REVISION INST.SET

Motion View Kit for C-series

MOTOR CENTRIMAG  US

MOTOR PM700 MR7 PNEMAUTICS

MOUNT- RAC SIDE- N2C

MOUNTED ACCESSORIES:SCALE,ETC

MOUNTING CART

MOUNTING KITS

MOUNTING KITS FOR VENTILATORS

MOUNTING SUPPLIES AND ACCESSOR

MOVABLE WHEEL STAND

MP #3 COMPUTER ASSISTED DOSIME

MP30 INTELLIVUE

MR ADAPTION KIT

MRI,TITAN X HIGH FIELD SYSTEM

MS 200 RX MAN 6 DRAWER

MT CLG GENERIC 19/20/21IN DSPL

MT WL W/WC GEN 19/20/21IN DISP

MTS DISPENSER 0.5ML

MTS WORKING TABLE

MULTI FUNCTION FAX MACHINE (FA

MULTICARE PLATINUM-STEREOTACTI

MULTIFUNCTION LASER PRINTER

MULTIMED 5 POD ECG/SP02/TEMP 2

MULTISYNC LCD 1960NXI -FACSAC

MUSE V7 MBLLNK MOD CRTS PART#M

MUTILATOR

MUX

MX40 LITHIUM-ION BATTERY PG3

MX40 SMART HOPPING

MYOMA SCREW 5 X 32 CM

N-600X PULSE OXIMETER

NANCY 241 SERIES ARM CHAIR

NARROW DEAVERS

NAS BackupTO 3TB

NASH 1253 COMPRESSOR "UPGRADE

NATIONAL DRUM LAMINATE TABLE 2

NATIONAL MEDALIST MIDBACK GRAD

NAVIGATION ADAPTER FOR SUGITA

NBP CUFF ADULT SIZE

NBP CUFF TBE 3.0M/10FT

NEEDLE HOLDER 21CM

NEEDLE,INJECTION WITH LUER LOC

NELLCOR ADULT FINGER PROBE TX5

NELLCOR INTERMEDICATE CABLE TX

NELLCOR PULSE OX INTERFACE CBL

NELLCOR,SURETEMP SPOTLXI NIBP

NEO BLUE LED PHOTOTHERAPY LIGH

NEOBLUE BLANKET SMALL

NEOBLUE BLANKET LARGE

NEOBLUE MINI 110V

NETSCOUT AIRCHECK G2 WIRELESS

NETWORK ATTACHED STORAGE NL-SA

NETWORK CABLING FOR VOICE REC

NETWORK SERVER IMAGE MANAGER S

NETWORK SERVER TOWER HARDWARE

NETWORK SWITCH 8 PORT

NETWSORK CABLE INSTALL./RM'S #

NEURO CONVEX PROBE

NEW SECURITY PODIUM FOR NHT LO

NHT COOLING TOWER GEAR & VFDS

NIBP START-UP KIT - LG CUFF

NIBP START-UP KIT- ADULT CUFF

NIBP START-UP KIT- LARGE CUFF

NIHONKODEN NEUROFAX EEG

NON DIRECTIONAL DOPLER/SPEAKER

NON DIRECTIONAL DOPPLERS

NOTEBOOK   E6400

NOTEBOOK DELUXE MOBILE COMPUTI

NOTEBOOK MICROSAVER SECURITY S

NOTEBOOK,LATITUDE D360 STD

NOTEBOOK,STANDARD E6400

NOTEBOOK,ULTRA LIGHT E4300

NP CONNECTION HOSE-3.7M

NTWRK CBL/VOICE LINES F/NURSE

NUCLEAR CAMERA

NURSE CALL E D DEPARTMENT REPL

NURSE CALL SYS UPGRADE

NURSE CALL SYS/FOR 16TH FL NT

NURSE CALL SYS/FOR 19TH FL NT

NURSE CALL SYSTEM

NURSE CALL SYSTEM 4TH FL NT

NURSE CALL SYSTEM REPLACEMENT

NURSE CALL SYSTEM UPGRADES

NURSE CALL SYSTEM-STAND ALONE

NURSE SYSTEM UPGRADE

O2 FLOWMETER

OBSTETRICAL DOPPLER 2.20 MHZ F

OBTURATOR  (3 @ $90.00)

OBTURATOR DEFLECTING (3 @ $4

OBTURATOR DEFLECTING (3 EA $43

OBTV CLIENT

OCCASIONAL CHAIRS

OEC 9800 C-Arm 2002

OEC 9900 ELITE DIGITAL MOGILE

OES XENON LIGHT SOURCE (300W)

OFFICE EQUIP & FURN, INCL MIRR

OFFICE FURNITURE

OFFICE FURNITURE F/BOBST CONFE

OFFICE SPECIALTY MEDIA STORAGE

OFFICE XP ENTERPRISE WIN32 ENG

OILER

OLYMPUS COLOR VIDEO MONITOR, H

OMEGA OMI CS 50 E-VIEW SYSTEM

OMNI TEMP INDICATORS

OPEN BOOK CASE WITH BOTTOM DOO

OPEN HUTCH W/1 FIXED SHELF

OPERATIONAL CHAIR(RHAPSODY)

OPHTHALMOSCOPE  192554

OPHTHALMOSCOPE, HALOGEN

OPMI 1FC ON S100 FLOORSTAND

OPMI NEURO/NC-4 MOUTH SWITCH

OPSCAN (OMR/IMAGE)

OPTHALMOSCOPE / OTESCOPE W/CHG

OPTI 360 DESKTOP

OPTI 755

OPTI 755 DESKTOP

OPTI 755 DESKTOP W/ COLOR LASE

OPTI 755 STANDARD DESKTOP & AC

OPTI 755 STD DESKTOP

OPTI 755 STD DESKTOP W/ MONOCH

OPTI 960 DESKTOP

OPTI 960 STD DESKTOP

OPTI DESKTOP 960

OPTI755 STD DESKTOP

OPTICAL CARTRIDGE CONVERSION T

OPTICAL MODULE,CBL,STD,ADPTR P

OPTION A10

OPTION KO4

OPTIPLES 990 DT (REPLACES THE

OPTIPLEX 380 PC

OPTIPLEX 7040 DELL

OPTIPLEX 745 DESKTOP

OPTIPLEX 745 MINITOWER

OPTIPLEX 745 PENTIUM DESKTOP

OPTIPLEX 745 W/VIST AND 1GB AN

OPTIPLEX 9010 DESKTOP

OPTIPLEX 9020 SMALL FORM FACTO

OPTIPLEX 960 DESKTOP

OPTIPLEX 960 DESKTOP W/OPTIONS

OPTIPLEX 960 MINITOWER

OPTIPLEX 990 DESKTOP

OPTIPLEX 990 DESKTOP DT

OPTIPLEX 990 DT

OPTIPLEX 990 MINITOWER

OPTIPLEX ENERGY SMART DESKTOP

OPTIPLEX GX260D-2.26GHZ-P4-53

OPTIPLEX GX260D-2.26GHZ-P4 533

OPTIPLEX GX280 P/C SM.FORM FAC

OPTIPLEX GX280 PC, INTEL PENTI

OPTIPLEX GX280 PC/SM.DESKTOP P

OPTIPLEX GX280 SDT, PENTIUM 4

OPTIPLEX GX280 SDT,INTEL PRNTI

OPTIPLEX GX280 SDT/W/INT PENTI

OPTIPLEX GX280,DESKTOP PENTIUM

OPTIPLEX GX280PC/SMALL FORM FA

OPTIPLEX GX520

OPTIPLEX GX520 DESKTOP

OPTIPLEX GX520 DESKTOP, PENTIU

OPTIPLEX GX520 DT / INTEL PENT

OPTIPLEX GX520 DT / PENTIUM 4

OPTIPLEX GX520 DT /PENTIUM 4 P

OPTIPLEX GX520 DT PENTIUM 4 PR

OPTIPLEX GX520 DT W/BROADCOM/P

OPTIPLEX GX520 DT W/INT BROADC

OPTIPLEX GX520 MT PENTIUM D PR

OPTIPLEX SX270,2.80GHZ,PENTIUM

OR LAMP

ORDER # 10198 ARTWORK

ORDER # 10397 ARTWORK

ORGANIZER TWO
SHALLOW SWIVEL T

ORGANIZERS

ORGANIZER-SLOT (12)
MULTI SOR

ORIGINAL DESIGN &
ASSEMBLAGE O

ORTHOPEDIC CART

ORTHOPEDIC EQUIPMENT
CART

OSCILLATOR 3100A
W/BLENDER KIT

OSCILLATOR,3100A

OSMOMETER ADVANCED
MODEL 3320

OTOSCOPE 14641

OTOSCOPE,W SPECULA

OUTER SHEATH TUBE

OVEN

OVEN LAB COUNTERTOP

OVEN STACKING - DOUBLE

OVERSIZE POSTER
MATTED & FRAME

OVERSIZE POSTERS
MATTED/FRAMED

OXIMETER

OXIMETER PULSE

OXIMETER,PULSE

OXYGEN TANK BRACKET

OXYGEN TANK BRACKET -
HEART TR

PAC STORAGE SERVER NX4
BASE

PACEMAKER

PACEMAKER DUAL
CHAMBER

PACEMAKER,DUAL
CHAMBER TEMPORA

PACEMAKER,SINGLE
CHAMBER TEMPO

pacemakers  QT 2

PACS LINK PRINT
CONNECTION (NA

PACS STORAGE

PACS WORKSTATION

PAD OR TABLE 5 PC SET

PADDLEBOARD QUAD SDI

PADDLES,INTERNAL 1.0

PADDLES,INTERNAL 2.5
(QTY 9)

PADDLES,LP20 HARD
ADULT STD

PADDLES.LP12 HARD (QTY
17)

PAIN MANAGEMENT
TABLE (PMT 800

PAINT MASTERPIECE LL
W/BASE (5

PAINT MIXER

PAINTING LOBBY 5X8
LAKE SCENE

PAIR OF VIRTUAL LOAD
BALANCING

PAMPHLET RACK

PANASONIC COMMERCIAL
VCR

PANASONIC
MICROWAVE/F/STAFF ON

PANEL SAW

PANELED FOOTBOARD

PANELED HEADBOARD

PARALLEL PLATE MILLING
FOR 30X

PARKING OFFICE
EQUIPMENT

PASSIVE FERGUSON
SUCTION

PASSIVE PLANNER PROBE

PASSPORT PERSONAL
ALARM

PASSPORT WALL MOUNT
KIT

PASSPORT-NELLCOR
ADULT SPO2 DU

PATIENT CHAIR
(ROCKRECL 999 58

PATIENT EQUIPMENT

PAV + OPTION PACKAGE

PAV OPTION PKG KIT

PAY ON FOOT STATION
SYSTEM

PB980 PED TO ADULT DC
COMPRESS

PC ANYWHERE 11 HOST
AND REMOTE

PC ML6010 CONTROL
MODULE LTO-5

PC,BUDGET DESKTOP OPTI 360

PC,NOTEBOOK W/MONITOR AND ACCE

PCA PUMPS

PCANYWHERE HOST AND REMOTE 10.

PCF-Q180AL OLYMPUS EVIS EXERA

PCI ADAPTER - REPLACEMNT EEG

PDI 10.4" HEALTHCARE LCD AC/DC

PDI 13* WIRED REMOTE SET

PDI 13* WIRED REMOTE SET TELEV

PDI TV W/SUPPORT ARM AND WALL

PDI-STANDARD WALL BRACKET

PDM Base Station w Rail Pole

PE4210 Rack, 42U Frame, Front

PED LEFT FLUSH PANEL

PEDERSON VAG SPEC. SMALL

PEDERSON X-NARROW VAC. SPECULU

PEDESTAL

PEDESTAL - FILE

PEDESTAL FILE DRAWER (3 @ 362.

PEDESTAL FILE DRAWER (4 @ 362.

PEDESTAL-FILE

PEDESTAL-FILE INVINCIBLE VIST

PEDESTAL-FILE-BOX INVINCIBLE

PEDIATRIC/ADULT EARCLIPSP02SEN

PEERLES ARTICULATING WALL NOUN

PEERLESS ADJUSTABLE VCR MOUNT

PEERLESS LOCKING WALL MOUNT FO

PEERLESS WALL MOUNT FOR 13* TV

PEERLESS WALL MOUNT FOR 20* TV

PELVIC INSTRUMENT SET

PELVIC REDUCTION INSTRUMENT SE

PENTIUM 640

PERIARTICULAR REDUCTION FORCEP

PERIGEN PROJECT CABLING FOR 16

PERM. CAUTERY HOOK

PERSONAL PROTECTIVE EQUIPMENT

PERSYST CPA CONT MONITOR PACK

PET/CT SCANNER DICOM IMAGING

PETERSON VAGINAL RETRACTOR

PETIT POINT MIXTER FORCEPS (12

PH METER

PHACO-EMULSIFIER

PHANTOM  SM WATER W/115 VAC MO

PHANTOM,TOP LEVEL

PHARMACY CARTFILL STATION

PHILIPS / HP M3001A OPTION A01

Philips 19inch LCD HQ Display

Philips 22inch LCD Display

PHILIPS ACCESS POINT CONTROLLE

Philips Allura XPER FD20 BiPLA

PHILIPS BV PULSERA C-ARM

Philips FFR Measurement Volcan

PHILIPS IE33 ULTRASOUND

PHILIPS INFO CTR ACCESSORIES/A

PHILIPS NET COMPONENTS(M3185A)

PHILIPS RAD ROOM WITH BUCKY

Philips Side Stream CTC02

PHILIPS TELEMON

Philips Xper Flex Cardio 2010

Philips Xper IM Workspace

PHILIPS YSNC UNIT (M4844A)/W K

PHILLIPS 42 42PFL5704D F7 LCD

PHOTIC STIMULATOR - REPLACEMNT

PHOTOPHERESIS SYSTEM

PHOTOTHERAPY

PHYSICIAN SCALE

physiologic monitor  QT 1

PIANO UPRIGHT

PIIC IX HARDWARE

PIIC IX HARDWARE H31 SERVER

PIIC IX HARDWARE PC WITH RAID

PILL CAM ESO 10-PAK

PILL CAM SB 10-PAK

PIN COLLET

PIPE THREADER

PIPETTE SL1000XLS PLUS ONE RAC

PIPETTE SL-100XLS PLUS ONE RAC

PK DISSECTING FORCEPS

PLACENTA FORCEP

PLAN FILE 5 DWR STL

PLANTER WALL

PLASTIC STERILIZATIN CASE

PLASTIC STERILIZATION CASE

PLASTIC TROCAR AND CANNULA 5.5

PLATELET AGGREGATION PROFILER

PLATFORM BED

PLATFORM FORCEPS

PLATO DICOM 3 IMAGE AND SC IMA

PLATO HIGH PERFORMANCE PLATFOR

PLIANCE X/R SYSTEM

POCKET WALL FILE CHART HOLDER

POD 6 SEAT MED. SEAT MID.PIVOT

POD SZ.6 MED.SEAT MED.BACK ADJ

PODIUM LECTURNS

POLE MOUNT

POLYP FORCEP

POMERANT RECIEVE/DELIVERY CHAR

portable suction  QT 1

PORTABLE XRAY SYSTEM

POSITIONER,HUG=-U-VAC W/SHOULD

POTTS SCISSORS QTY

POWER CONDITIONER

POWER EDGE 1950 111

POWER EDGE 2950 III

POWER EDGE R710

POWER PACK VIKON SURGICAL BELT

POWER SUPPLY - UNINTERRUPTIBLE

POWER SUPPLY CRYO

POWER SUPPLY UNINTERRUPTIBLE

POWER SUPPLY,DUAL SELF CONTAIN

POWER VAULT 112T,1U,DDS4.20/40

POWEREDGE 1750,2.4GHZ/512K CAC

POWEREDGE 2650, 2.8 GHZ/512K C

POWEREDGE 2650, 2.8GHZ/512K CA

POWEREDGE 2950

POWEREDGE 2950 SMART 2950 III

POWEREDGE ENERGY SMART 2950 II

POWEREDGE KVM 2161AD

POWEREDGE RACK 4220 WIDE

POWERMIC USB W/SCANNER ( INCLU

POWERPRO 1/4 JACOBS CHUCK ATTA

POWERPRO BATTERY STANDARD SMAL

POWERPRO STERILIZATION TRAY

POWERSCRIBE RACK MOUNTED W/S W

POWERSCRIBE VOICE
DELIVERY DIC

PRE-ASSEMBLED X-RAY
SHELVING

PRECISION FLOWMETER

PRECISION SUCTION
REGULATOR,SU

PRECISION T5500
WORKSTATION

PRECISION WALL PLATE
CLOCK

PREMIUM MNT 1 (DATA
AGENT FOR

PRESSURE GAUGE & WALL
MOUNTING

PRESSURIZED UR ION
CHAMBER SUR

PRIMALARM REMOTE
ALARM WITH AC

PRIMAPAK II BATTERY
BACK UP

PRINTER

Printer  QT 3

PRINTER A5 LASER

PRINTER COLOR

PRINTER COLOR LASER
DELL C3765

PRINTER COLOR VIDEO

PRINTER DELL C3760DN
COLOR LAS

PRINTER DELL MONO
MULTIFUNCTIO

PRINTER HP  LASERJET
P3015X

PRINTER HP M553DN

PRINTER LASER

PRINTER LASER COLOR

PRINTER LASER JET
NETWORK IIC

PRINTER LINE

PRINTER PC

PRINTER PERSONAL

PRINTER THERMAL

PRINTER VERIFYNOW

PRINTER VIDEO COLOR

PRINTER VIDEO GRAPHICS

PRINTER W/CRT

PRINTER WIDE CARRIA

PRINTER, DELL 2135CN
MULTIFUNC

PRINTER, HP 4015 TN LASER

PRINTER, HP 4250DTN

PRINTER, HP P3015DN
LASERJET

PRINTER,2135
MULTIFUNCTION COL

PRINTER,AGFA AXYS LSR
W/MAMMO

PRINTER,BLACK AND
WHITE

PRINTER,CLR LSR 3110 W/2
YR NX

PRINTER,COLOR LASER

PRINTER,COLOR LASER
1320C

PRINTER,DEL SOL DIRECT

PRINTER,DELL 5330 DN
WORKGROUP

PRINTER,DIGITAL

PRINTER,H P  LJ4250

PRINTER,HP COLOR LASER
JET  CM

PRINTER,HP LASER KET
P4015TN

PRINTER,HP LASERJET
P4515X

PRINTER,HP LJ

PRINTER,HP LJ 4350N

PRINTER,HP-4700DN COLOR
LASER

PRINTER,HPLASER JET 4250

PRINTER,INTERMEC PM41

PRINTER,LASER 235DN
MULTIFUNCT

PRINTER,LASER COLOR

PRINTER,LASER JET 9050
DN

PRINTER,LASER MODEL
5310N

PRINTER,LASER,COLOR
5110CN

PRINTER,LH 9050N

PRINTER,LJ P4015TN

PRINTER,MULITUNCTION
LASER 181

PRINTER,MULTIFUNCTION
LSR 1815

PRINTER,OLYMPUS COLOR DEMO

PRINTER,SONY COLOR VIDEO

PRINTER,SONY UP 55MD COLOR VIE

PRINTER,WORKGROUP LASER MONOCH

PRINTER,WORKGROUP M5200

PRINTER,ZEBRA

PRINTER,ZM400

PRINTER,ZM400 DIRECT THERMAL P

PRINTER-BAR CODE

PRINTS,FRAMES & MATTING

PRISM SYSTEM W/IDL BALANCE O-M

PRISMA SYSTEM

PRIVACY CUBICLE CURTAINS

PRO SERIES IEEE 1284 PARALLEL

PROBE,NEURO CONVEX

PROBE,NOMINAL 9.0 MHZ,ADULT FL

PROBE,RIGID LAPARASCOPIC

PROBES (9.0 MHZ FREQUENCY) (16

PROCESSOR BLOOD CELL

PROCESSOR FILM DENTAL

PROCESSOR SLIDE PREP

PROCESSOR TISSUE

PROCESSOR X-RAY FILM

PROCESSOR X-RAY MAMMO-COUNTER

PROCESSOR,640 INTELL PENTIUM 4

PROCESSOR,INTEL PENTIUM  640

PROF SERV FOR WATER INFILTRATI

PROF SERV- LEAD A/E FIRM - CON

PROFESSIONAL ARCHITECTURAL/ENG

PROFILE GUEST CHAIR

PROFILE HIGH BACK TASK CHAIR

PROFILE TASK CHAIR

PROFILE TASK CHAIR`

PROFILER2

PROGRAM MANAGEMENT SERVICES

PROGRAM TONE NETWORK SAFETY DE

PROGRASP FORCEPS

PROJECT MANAGEMENT QUOTATION F

PROJECT MGMT IMPLEMENATIONS SO

PROJECT O CHART

PROJECTOR

PROJECTOR CHART EYE

PROJECTOR CINE FILM

PROJECTOR LCD

PROJECTOR SLIDE

PROJECTOR W/MT POLE AND PLATES

PROJECTOR, DELL 1409X

PROJECTOR,1800MP MULTIMEDIA

PROJECTOR,2400MP MULTIMEDIA

PROJECTOR,DELL 1209SDLP

PROJECTOR,DELL 2300MP

PROJECTOR-MULTI MEDIA DP6155

PRONTO 7 SPOT CHECK DEVICES W/

PROPAQ CS 3 LEAD ELECTROCARDIO

PROPAQ MONITOR

PROPAQ MTR

PROPAQ SPO2 MONITOR

PROSIM 8 VITAL SIGN STIMULATOR

PROSIM SPOTLIGHT SPO2 TESTER

PROSIM4 = SPOT = PROSIM3 BUNDL

PROSIM4 ACCESSORY KIT

PROSTATE PROGUIDE PKG PROMO IN

PROVIDE AND INSTALL WORKSTATIO

PROVIDE/INSTALL REFRIGERATED D

PROXIMITY WORKSTATION (NATURAL

P'SCRIBE W/TELCO WIN2000 P4 CO

PSI-TEC ASPIRATOR WITHOUT PNEU

PT MONITOR

PULMONARY FUNCTION SYSTEM & AC

PULSE OXIMETER N-600X

PULSE OXIMETRY

PULSE OXIMETRY/PLETH MODULE

PULSE OXIMETRY/PLETHYSMOGRAPHY

PUMP BREAST

PUMP CENTRIMAG BLOOD

PUMP HK SURGICAL ELEC TUMESCEN

PUMP HYSTEROSCOPY

PUMP INFUSION

PUMP INTRA-AORTIC BALLOON

PUMP PCA

PUMP POST OP

PUMP SAPPHIRE EPIDURAL

PUMP SUCTION PORTABLE

PUMP SUCTION URO

PUMP SYRINGE

PUMP VC-10   115 V

PUMP,MEDFUSION 3500 SYRINGE

PUMP,VC10

PUMPS,MEDFUSION 3500

PUR SUPPORT/PAD FOR CT TABLE

PURIFER AIR

PURIFIER AIR HEPA

PUSH HANDLE IV POLE

PUSHER-TWO HOLE KNOT

QDX 6000 VIDEO CONFERENCING SY

QUAD CABLES FOR 2ND FLR COMMAN

QUAD CORE XEON E5450 PROCESSOR

QUAD CORE XEON X5450 PROCESSOR

QUARK EXPRESS V4.0 WIN32 CD

QUICKSTOP HINGED ARM 2

QURETEMP 678

R&F ROOM REPLACEMENT

R620 SERVER SESSION MANAGER

RACHET HANDLE

RACK APRON X-RAY SHIELDS

RACK COMPUTER EQ OPEN

RACK CONSOLE

RACK MOUNT MONITOR W/INTEGRATE

RACKS

RAD ONCO SEATING

RAD STATION- PACS ADMIN

RADEON X1600 PRO 512 MB GRAPHI

RADIANCE 19" FLAT PANEL DISPLA

RADIANCE DISPLAY W/MULTIMODALI

RADIATION EQUIPMENT

RADIO HAND HELD

RADIOGRAPHIC SY, FL MT RAD PRO

RADIOGRAPHIC TOP FOR 6700B

RADIOLOGY REFIT FURN/ROOM 368/

RADIOLOGY VIRTUAL APPL SERVER

RADIOLUCENT HEAD FRAME W/ACCES

RADIOMETER, NEOBLUE LED

RADIOTRANSLUCENT LEADWIRE SET.

RAIL CLAMP

RANDALL STONE FORCEP

RANGE OF MOTION SYSTEM

-RAY CATHETER SET- USA-GYN

RCA 25* TV/VCR COMBO- 6-HEAD

RCA 27* TV/VCR/DVD COMBINATION

RCA 4-HEAD VCR

RCPTCL,18G RBRMID,RD

RCS MODEM CONNECTION KIT

READER  PROXIMITY USB BLK HID

REAR CABLE COVER

REBUILD / UPGRADE TO WASHER ST

RECEIVER TELEMETRY

RECEPTACEL BEIGE 23G  /2 EACH

RECEPTACLE

RECEPTACLE , RED 23 GALLON

RECEPTACLE,GRY TRM DV GRY STN

RECEPTACLE,WASTE 28 GALLONS ,C

RECESSED VIEW BOX & KIT

RECLINER  / BLUE REIGE

RECLINER BARIATIC

RECLINER MOBILE ROCKER

RECLINER,FLEXSTEEL

RECLINER,RECOVER

RECLINER,SERENITY,BLUE RIDGE C

RECLINER,TREATMENT ,NAVY BLUE

RECLINER-LAZY BOY ROOM 224

RECLINERS,SYMMETRY PLUS

RECONDITIONED LIFE PAK 10P W/M

RECONDITIONED PHYSIO CONTROL L

RECONSTRUCTION JIG 65CM WIDTH

RECORDER CHART

RECORDER CHART DUAL

RECORDER M3176C INFORMATION CE

RECORDER R50-N

RECORDER RACK

RECORDER STRIP CHART

RECORDER, DVD SONY,DEMO

RECORDER,7 DAY SINGLE PEN

RECTAL & ORAL PROBE KIT FOR TH

RECTANGULAR TABLE

RECTANGULAR TABLE-LAMINATE TO

RECTANGULAR TABLE WOOD

RECTANGULAR TBL WOOD

REFRIGERATOR

REFRIGERATOR - IMMUNOLOGY LAB

Refrigerator  QT 3

REFRIGERATOR 1 DOOR

REFRIGERATOR 1 DOOR GLASS

REFRIGERATOR 14 CF

REFRIGERATOR 15 CF

REFRIGERATOR 15CF

REFRIGERATOR 16 CF

REFRIGERATOR 16CF

REFRIGERATOR 2 DOOR

REFRIGERATOR 2 DOOR GLASS

REFRIGERATOR 3 DOOR GLASS

REFRIGERATOR 55.0 W/GLASS DOO

REFRIGERATOR BLOOD BANK

REFRIGERATOR COMPACT

REFRIGERATOR DOMESTIC

REFRIGERATOR IB 256

REFRIGERATOR LAB

REFRIGERATOR UNDERCOUNTER

REFRIGERATOR WALK IN

REFRIGERATOR WALK-IN

REFRIGERATOR, 18 CUBIC FT

REFRIGERATOR,18.2 CU FT,GE

REFRIGERATOR,34 X 20 X 21

REFRIGERATOR,GE 21CU FT

REFRIGERATOR,SUMMIT

REFRIGERATOR,UNDERCOUNTER,SUMM

REFRIGERATOR/FREEZER 18 CU FT.

REFRIGERATOR/FREEZER DOMESTIC

REFRIGERATORS FOR 4TH FLR RECO

REFURBISH GE AMX IV MOBILE X-R

REGULATOR

RELOCATION OF AXIOM MULTISTAR

REMORGIDA GRASPER

REMOTE ENCODER (REFURBISHED)

REMOTE KEYPAD

REMOTE KEYPAD - MONITOR UPGRAD

REMOTE KEYPAD FOR MONITOR

REMOTE MANAGER - MED

REMOTE MANAGER - MED /INSTALLA

REMOTE SPEED POINT

REMOTE/RECORDER CABLE SET

RENAISSANCE 26 POWER-WASH

RENOVATION 205 NORTH BROAD ST/

REPAIR MED GAS ALARM PANEL & L

REPAIR/REPLACE 4 TRICAM CAMERA

REPLACE & INSTALL CARPET FOR R

REPLACE 2400 SQ FT OF CARPET-

REPLACE REUSABLE SHEATH

REPLACEMENT PRIMARY FILTER CAR

REPLACEMENT TONER

REPLACEMENT TRANSMITTER

REPLACEM'T SEMI-AUTOMATIC GAS

RESECTION INSTRUMENT STERILIZA

RESECTOSCOPE HYSTEROSCOPIC BRI

RESECTOSCOPE ROTATING OUTER SH

RESECTOSCOPE SHEATH

RESECTOSCOPE WORKING ELEMENT

RESESCTOSCOPE SHEATH

RESIDENT'S LOUNGE FURNITURE

RESPIRATION & SWALLOW PACKAGE

RESPIRATOR

RESPIRATOR,MARK 7A

RESUSCI ANNE ACTRONIC

RESUSCI ANNE LITTLE

RESUSCI BABY

RESUSCI BABY MANIKIN

RESUSCI FULL-BODY

RESUSCI JUNIOR

RESUSCI TORSO

RESUSCI-ANNE ADULT MANIKINS

RESUSCITAIRE

RESUSCITATOR E/ACCESSORIES

RETRACTOR

RETRACTOR BLADE HANDLE

RETRACTOR BREISKY-150MM X 35M

RETRACTOR, 80MM ANG TRIANGULAR

RETRACTOR,CLEANVECHAL FAVALORO

RETRACTOR,HYDRA 22" IRON METER

REUSABLE 5 MM NEEDLE HOLDER

REUSABLE ACCESSOIRIES FOR DA V

REUSABLE NIBP COMFORT CUFF

REUSABLE NIBP COMFORT CUFF ASS

REVIEW/MONITORING DESKTOP

REVOLUTION MOBILE XRAY SYSTEM

REWORK STAINLESS & TROUGH FOR

RF GENERATOR - VNUS RFG PLUS

RF-IVD 2 W/ADAPTER  LESS T/I D

RHEOLYTIC THROMBECTOMY SYSTEM

RIBBON RETRACTOR MALL 17MM

RIGID ULTRASOUND RECTAL PROBE

RKVM SWITCH 4 PORT

RL-150 RHINOLARYNOGOSCOPE & SO

RMAV EQIPMENT ROOM UPS

RMOMATCS MATTRESS

RMVL & RE-INSTALLL CAGE WASHER

ROCHESTER PEAN 6 1/4* CURV (18

ROCHESTER PEAN 6 1/4* STR.(12

ROCHESTER-EEAN FCP. 6 1/4*

ROCHESTER-PEAN FCP. 8*

ROCKER-TRADITIONAL .CUSHION SE

ROCKER-TRADITIONAL PERINATAL

ROLL STAND AND MOUNTING PLATE

ROLL STAND FOR M1205A OR M1275

ROLL STD F/M1205A OR M12575A I

ROLLSTAND

ROLLSTAND  SURESIGN W/MTG PLT

ROLLSTAND SURESIGN WITH MOUNTI

ROLLSTAND,SURESIGNS VS2 W/MTG

RONDO CHAIR

ROOMATES COLLECTION BUNK BEDS

ROT C/F RESECTOSCOPE INNER SHE

ROTATABLE CURVED SUCTION

ROTATING ADAPTER FOR OPTICS

ROTATING C/F OBTURATOR (43956/

ROTATING CONT.FLOW RESECTOSCOP

ROTATING RESECTOSCOPE KIT CONT

ROTATION CONT.FLOW RESECTOSCOP

ROTATOR PLATELET

ROTOBLATOR CONSOLE

ROUND END TABLE

ROUND FOOTPEDAL F/GENERATOR

RUBBERMAID TRASH CANS (OUTDOOR

RULER,MOHR SUTURE 3-60MM,30CM

S/5 ADVANCE ANESTHESIA MACHINE

SA02 ADAPTER CABLE

SA02 ADAPTER CABLE FOR NELLCOR

SAFE FLOOR

SAGITTAL SAW

SAMSUN 50" PLASMA DISPLAY

SAMSUNG SEK-1000/ZA

SAMSUNG SERIES 5 46  LED TV

SAN AIR POST MOUNTED AIR DRYER

SAND BLASTER

SANYO PLC-XU30 LCD PROJECTOR

SATELLITE 8-SLOT MODULE RACK

SATOW R-DEAN FORCEPS (24 QTY.@

SAW 8 IN MM

SAW BAND FOR CONTOUR CUTTING

SAW MICRO OSCILLATING

SAW MICRO RECIPROCATING

SAW MICRO SAGITAL

SAW POWER HACK

SAW,MICRO OSCILLATING

SAW,MICRO RECIPROCATING

SAW,MICRO SAGITTAL

SBC2000 AC POWER SUPPLY

SBC2000 BASE SYSTEM

SCALE

SCALE DIAPER

SCALE DIGITAL

SCALE PED / INFANT MODEL 4802D

SCALE- PHYSICIAN- W/HGT ROD- H

SCALE PLATFORM

SCALE POSTAGE

SCALE SIT DOWN

SCALE SLING

SCALE STAND ON

SCALE STAND ON PORTABLE

SCALE STAND ON-BARIATRIC MOBIL

SCALE WHEELCHAIR

SCALE, PED / INFANT

SCALE,BARIATRIC STAND-ON W/HEI

SCALE,BARIATRIC,STAND ON W/HAN

SCALE,DUAL STOW-A-WEIGH

SCALE,PEDIATRIC/INFANT MODEL

SCALES,BARIATRIC STND ON MDL 5

SCALPEL HARMONIC

SCANNER

SCANNER BAR CODE

SCANNER CT

SCANNER F1-6130

SCANNER FI-6130 SHEET FED

SCANNER FI-6130Z SHEET FED

Scanner Honeywell Xenon with A

SCANNER- SCANPARTNER 15PPM

SCANNER ULTRASOUND

SCANNER WIRELESS BARCODE  MODE

SCANNER, COLOR DUPLEX WORKGROU

SCANNER, FI-6130 SHEET-FEED

SCANNER, FUJITSU 6130

SCANNER,BLADDERSCAN BVI-3000

SCANNER,BLOOD BANK

SCANNER,CLR DUPLEX FA-6770A

SCANNER,COLOR DUPLEX F15900C

SCANNER,COLOR DUPLEX WORKGROUP

SCANNER,KIT 2D BARCODE SPOT LX

SCANNER,METROLOGIC

SCANNER,SHEET FEED FE6130Z

SCANNER. FR-6130Z SHEET FED SC

SCANPARTNER

SCANPARTNER FL-4120C2 ADF-SHTF

SCATTER SHIELD (DOUBLE SIDED T

SCHLEIN ULTRA SHOULDER POSITIO

SCHMEIDT EXAM INST TB & VSL

SCHMIDT FORCEPS CLOSED RING-12

SCHMIEDT EXAM INSRT TB

SCHMIEDT EXAMINATION INSERT TU

SCHNIDT TONSIL FCP.

SCHOOL FURNITURE BASIC

SCHROEDER UTERINE DOUBLE

SCISSORS,FLX

SCOPE 30 DEGREE SCHOELY

SCOPE GASTROSCOPE

SCOPE O DEGREE SCHOELY

SCOPE,4MM 30 DEGREE EYECUP QUI

SCOPE,LEVITON FPS

SCOPE,QUICKLATCH 30 DEGREE EYE

SCOPES AND INSTRUMENTS /INVOIC

SCOTT SANDELL- *LENGTH OF THE

SCREWDRIVER

SCRUBBER FLOOR

SCUBA SET

SCUSON SEQUOIA SYSTEM TO INCLU

SEALER DIELECTRIC

SEALER HEAT

SEALER,TUBE MINI

SEAT BEAM-UNION SERIES-2 SEAT

SEAT,CURIE SERIES LOVE

SEAT,CURRIE SERIES SINGLE

SEATING UNIT 2 POSITION W/2 TB

SEATING UNIT 3 PLACE

SEATING UNIT 3 POSITION VINYL

SEATING UNIT 3 SEAT 1 TABLE WD

SEATING UNIT 4 PLACE

SEATING UNIT 4 POSITION

SEATING UNIT 4 SEAT

SEATING UNIT 4 SEAT 1 TABLE WD

SEATING UNIT 5 SEAT 1 TABLE WD

SEATING UNIT 6 POSITION

SEATING UNIT 7 SEAT 2 TABLE WD

SEATING UNIT VINYL & PVC TUBE

SEATING UNIT VINYL UPH 2 POS

SEATING,24/7  CHAIR W/O ARMS

SEATING,CHAIR DSK

SEATING,CHAIR,DSK

SEAT-UNION SERIES 3 SEAT BEAM

SECOND RM INSTALLATION KIT/LAB

SECRETARY,TRSANSPT,SC HEDULER

SECURITY HEAD ASSEMBLY W/ BATT

SECURITY SYS MONITORING

SELECTRO 24KHZ HANDPIECE W/ULT

SELENIA DIMENSIONS 2D SYSTEM

SELF-RETAINING RETR- 3/4-BLUN

SENSITOMETER

SENSORMCO2 MAINSTREAM    MS-1

SEQUOIA C-512 CARDIO VASCULAR

SERIAL CONVERSION BOX

SERIES 56 RECLINER

SERIES 59 RECLINER

SEROSPIN PACKAGE INCL: EBA21 C

SERVER

SERVER CENTRAL MONITOR

SERVER FOR 15TH NT AND 19TH NT

SERVER HEMODYNAMIC MEASUREMENT

SERVER IMAGE VIEWING

SERVER INTELLIVUE MULTI  MEASU

SERVER INTELLIVUE MUTI MEASURE

SERVER TELEMETRY

SERVER TERMINAL

SERVER, INTELLIVUE MULTI MEASU

SERVER, INTELLIVUE MUTIO MEASU

SERVER,DUAL COR XEON PROCESSOR

SERVER,FLEXIBLE MODULE

SERVER,HEMODYNAMIC MEASUREMENT

SERVER,INTELLIVUE MULTI  SYSTE

SERVING/INSTRUMENT TRAY

SETEE,SOURCE STAXX

SETTEE 2 SEAT

SETTEE 2 SEAT LEATHER

SETTEE 2 SEAT MAHOG & FAB

SETTEE 2 SEAT WITH 2 TABLES

SETTEE 3 SEAT

SETTEE 3 SEAT 1 TABLE WOOD

SETTEE 3 SEAT LEATHER

SETTEE 3 SEAT METAL

SETTEE 3 SEAT WOOD

SETTEE 4 SEAT

SETTEE 4 SEAT METAL

SETTEE 4 SEAT WOOD

SETTEE 5 SEAT

SETTEE 5 SEAT 1 TABLE WOOD

SETTEE 5 SEAT WOOD

SETTEE 6 SEAT

SETTEE VINYL 4 PVC TUBE 6 ST

SETTEE VINYL PVC TUBE 3 ST

SETTEE VINYL PVC TUBE 6 ST

SETTEE, TWO SNGL W/SETTEE ATTA

SETTEE,3 SNGL W/SET ATT /WAITI

SETTEE,SINGLE W/SETTEE ATTACHE

SETTEE,SOURCE STAXX BARIATRIC

SETTEE-WHITEHALL

SETTES

SEWER SNAKE

SHARP CURETTES (SET OF 6)

SHARP METZ SCISSOR 9*

SHARP MICROWAVE OVEN

SHARPENER

SHEATH/OBTURATOR

SHELF - STERILIZER ACCESSORY

SHELF ARM W/GAS OUTLETS

SHELF FOR CRT

SHELF RACK

SHELF RACKS 36* IN LENGTH

SHELF STORAGE CABINET

SHELF SYS MOVEABLE MANUAL 4 36

SHELF-EXTRA ADJUSTABLE

SHELL REMOVAL SET SMALL

SHELLDESK RECT 20X36

SHELLDESK RECT 20X96

SHELLDESK RECT 24X54

SHELLDESK RECT 24X72

SHELVING RECORD 50 2 FACED 36

SHELVING SYSTEM METAL ROTATABL

SHELVING W/4 PULL OUT REF DRAW

SHERLOCK TIP LOCATION SYS

SHIELD LEAD

SHIELD X-RAY

SHIELD X-RAY 42X72 HALF LUCITE

SHIELDED 3-LEAD SET-SNAPS-SAF

SHIELDED 5-LEAD SET

SHIKANI OPTICAL STYLET W/CAR

SHIPPING & HANDLING

SHIPPING TAX ON PARAFIN DISP.

SHOULDER POSITIONER FOR 3 OR

SHOWER CHAIR H.D. 5* CASTERS

SHREDDER PAPER LARGE

SIDE ARM CHAIRS (BLUESTONE)

SIDE CHAIR

SIDE CHAIR W/ARMS

SIDE CHAIRS

SIDE STACKERS- VINYL

SIDE STACKERS-VINYL

SIDE, ARMLESS CHAIRS

SIDEWALL PANEL KIT

SIEMENS HARDWARE FOR CATH LAB

SIEMENS MEDICAL SYS
INV# 90228

SIEMENS PRIMUS LINEAR
ACCELERA

SIERRA WOOD TABLE
LAMP W/TRILA

SILVER HANDLE

SIMPLEX L1000 W/BEST
KEY OVERR

SIMS VAGINAL
RETRACTOR

SIMULATOR

SIMULATOR,LIGHTSPEED
RT 16 SYS

SIMULATOR,PROBE T1500

SIMULATOR,PROSIM
SPOT,SPOT2

SINGLE BULB HOLDER FOR
PRX 400

SINGLE CHAMBER TEMP
PACEMAKER

SINGLE CHANNEL PULSE
PACEMAKER

SINGLE DIMMER CONTROL
FOR PRX

SINGLE OCCUPANCY- 1
POSTER PER

SINGLE PEDESTAL DESK

SINGLE PIECE EYE
ADAPTER 1.0X

SINGLE TOOTH
TENACULUM

SINGLE VIEW BOX

SINK S/S W CONVEYOR

SINK SCRUB S/S

SINK STATION

SIRIUS PID DETECTOR
W/TEST SYS

SITE RITE IV SYSTEM W/9.0
$ 7.

SITE RITE ULTRASOUND
SYSTEM

SITE RITE V ULTRSOUND
SYSTEM

SITE RITE VI

SITE RITE VI ONE PROBE
ULTRASO

SITE-RITE 6 ONE PROBE
ULTRASOU

SIX ANTENNA SYSTEM

SIX DRAWER,
30"ELECTRONIC LOCK

SKELETON

SKYE WEB BACK PLAT
(JOE'S OF

SKYR WEB BACK
W/HEADREST ROOM

SLED BASE SIDE CHAIR

SLEEVE FOR 305542
EYEPIECE

SLICER MEAT

SLINGSCALE

SLIT LAMP

SLUMBER CHAIR (FULLY
UPHOLSTER

SLUSH MACHINE

SM CLIP APPLIER

SMART BOARD X885
W/UX60 PROJ &

SMART UPS 2200 VA USB
AND SERI

SMART UPS 3000VA US &
SERIAL/W

SMART UPS X 30000VA RT
127V LC

SMART VAC SMOKE
EVACUATION SYS

SMARTCART- F/VIDEO

SMARTKART FOR VIDEO
WITH MONIT

SMARTLIFE LARGE
BATTERY

SMART-UPS RM 3000VA
RACKMOUNT

SMOKE FILTRATION
SYSTEM

SMS 1.5T SYMPHONY

SNGL ARMCHAIR

SO1 INTELLIVUE ECG
SYSTEM

SO1 INTELLIVUE TRX ECG
W/ACCES

SOFA

SOFA 2 SEAT

SOFA 3 SEAT

SOFA 3 SEAT FABRIC

SOFA BED

SOFA FAB UPH

SOFA FAB UPH OAK FRAME

SOFA LEATHER 3 SEAT

SOFA LEATHER 3 SEATER

SOFA NAUGAHYDE

SOFA OAK & VINYL 3 SEAT

SOFA TABLE

SOFA VINYL UPH

SOFAS 3 SEAT FAB UPH

SOFT CARE PAD SET

SOFT CASE FOR PROJECTOR

SOLACE - CUBICLE CURTAIN FABR

SOLAR 8000 WITH 7020 SOFTWARE

SOLARIS 8 OPERATING SYSTEM UPG

SOLID GALV SHELF

SONIC CLEANER SINGLE

SONOGRAPHER WORKSTATION

SONORA SIDE CHAIR MOMENTUM ARI

SONORA SIDE CHAIR: FAB. MAHARE

SONOSITE EDGE L14000

SONOSITE EDGE ULTRASOUND SYSTE

SONOSITE TITAN HIGH RES.ULTRAS

SONY 14* COLOR MONITOR

SONY 19" VIDEO MONITOR

SONY 6X/4X/4X EXT. USB CD-RW

SONY B/W PRINTER 897UPD FLEX F

SONY CABLE FOR DXC-C33 CAMERA

SONY S-4P S-VIDEO CONNECTING C

SOUND SYSTEM

SOURCE (0.9MM X 4.5MM)-10 CI

SOURCE POSITION SIMULATOR

SOURCE SEATING CHAIRS,STAXXCLA

SOURCE,LIGHT 300 WARR UNIVERSA

SOURCE,LIGHT 300 WATT XENON

SOURCE,LIGHT EVIS EXERA II HIG

SP02 8-PIN D-SUB ADAPTER

SP02 SENSOR EXT. CABLE

SPATULA SOFT 6MM. 4MM 2MM TAPE

SPECIMEN HOLDER-BARREL 1-1/4X6

SPECTRANETICS EXCIMER LASER SY

SPHYGMOMANOTER, ANEROID

SPHYGOMAMOMETER ANERIOD WALL M

SPINAL NEEDLE

SPINE

SPINE STAND

SPLINT-BRADY/THOMPSON RADIOLU

SPO2 CABLE ADAPTER (4 @ 145.60

SPO2RT ACCESSORIES

SPOTCHECK POS SYSTEM

SPOTCHECK POS TERMINAL

SPR CONTROL UNIT

SPR+ CONTROL UNIE (DEMO UNITS)

SPRAYER-PAINT TILTON HVLP TS-5

SPYGLASS DIRECT VISUALIZATION

SQUARE COFFEE TABLE

SQUARE TABLE 24D X 24W X 20H

SQUARE TOP ,LANTRY OAK ,BLACK

SR6 STANDARD STAND

ST

STABILIZER FEET, 9000

STAINER SLIDE

STAIR EXERCISE UNIT PORT WD 5

STAIRS PT WOOD

STAIRWAY 3 TREAD

STAND   FOR MONITOR

STAND ALONE END TABLE

STAND COMPUTER MAHOGANY

STAND FLOOR LTV

STAND INST 36 IN 4 DWR

STAND OMNI TRANSPORT

STAND OPTHALMALOGY EQ

STAND POLE ROLLING W/BASKET

STAND, IV, TWO HOOK, FIVE LEG

STAND,CRT MONITOR F/DELL LATI

STAND,GCX STD ROLL W/BATTERY

STAND,MAYO

STAND,MOBILE

STAND,MOBILE W/BASKET

STAND,PRINTER W/WHEELS

STAND,STELLA ASSIST ELECTRIC L

STAND/MOBILE W/BASKET

STANDARD CRILE FORCEPS 5 1/2 C

STANDARD DESK TELEPHONE

STANDARD DESKTOP 960

STANDARD FOOTSWITCH - 4 N MONI

STANDARD HARD PADDLES - LP12

STANDARD HARD PADDLES-LP12

STANDARD OSCHNER FORCEPS (24 Q

STAND-ON SCALE COMPLETE WITH H

START 4 INSTRUMENT PACKAGE

STATION , INTERCOM BASE

STATION, FACILITY MGMT W/ PC &

STATION, PAY MINI(W/2 NOTE BIL

STATION,ENTRANCE

STAXX CHAIR

STD DESKTOP 960

STEALTH INSERT

STEAMER

STEAMER 3 COMPT

STEEL BUCKET

steel Tables  QT 4

STEERED FOR SMALL VESSELS - BR

STEERED LINEAR FOR SMALL VESSE

STEERED LINEAR PROBE

STEIBER RIB GRIP KIT

STELLANT & SPECTRIS INJECTOR S

STELLANT DUAL FLOW

STEREO OBSERVATION TUBE

STEREOTACTIC HARDWARE UPGRADE

STERILIZATIOBN TRAY

STERILIZATION TRAY FOR ARC AND

STERILIZATION TRAY,KEYMED AUTO

STERILIZER 733HC-E

STERILIZER GAS

STERILIZER HYDROGEN PEROXIDE

STERILIZER VACAMATIC

STERILIZER, M11 ULTRACLAVE AUT

STERILIZER,M11 ULTRACLAVE AUTO

STERILIZER/WASHER

STERLIZATION,STERRAD NX SYSTEM

STERNAL SAW

STERRAD ENDOSCOPE INSTRUMENT T

STERRAD INSTRUMENT TRAY SYSTEM

STERRAD INSTRUMENT TRAY WITH L

STERRAD PROCEDURE TRAY (12 X 8

STEVEN TENOTOMY SCISSORS

STIMULATOR FACIAL NERVE

STIMULATOR LED PHOTIC

STIMULATOR VISUAL

STIMULATOR,NERVE HNS-12

STIMULATOR,PROSIM 4 VITAL SIGN

STIRRUPS W/LIFT ASSIST

STIRRUPS,POWER LIFT (SET)

STIRRUPS.PADDED THIGH /CALF

STOOL - EXAM

STOOL (MIDNIGHT)

STOOL PHYSICIANS

STOOL, FOOT W/HANDLE, CHROME

STOOL,PNEUMATIC EXAM 407126

STOOL,PRESTO W/ADJ ARMS,FABRIC

STOOL,STEP W/HANDRAILS

STOOL-MEDICAL   ROOM 218

STORAGE BINS

STORAGE CABINET

STORAGE COMPARTMENT-LG SWIVL T

STORAGE DRAWER (LARGE)

STRECHERS,30" 5TH WHEEL

STRESS TEST SYSTEM

STRETCH,TRAUMA

STRETCHER

STRETCHER CHAIR

STRETCHER HYDRAULIC

STRETCHER OB/GYN  P8050

STRETCHER PRIME WITH 5TH WHEEL

STRETCHER PROCEDURAL P98000

STRETCHER TRAUMA P8040

STRETCHER WHEELED

STRETCHER WHEELED AUTOPSY

STRETCHER, ADVANTAGE 1001

STRETCHER, TRANSPORT

STRETCHER,26" 5TH WHEEL

STRETCHER,30" QTY OF 10 PLS SE

STRETCHER,5TH WHEEL MBILITY SO

STRETCHER,5TH WHEEL MOBILITY S

STRETCHER,GENDRON BARIATRIC TR

STRETCHER,GYNNIE OB/GYN TRIAL

STRETCHER,M SERIES

STRETCHER,M SERIES 5TH WHEEL

STRETCHER.TRANSPORT P8005

Stretchers  QT 1

STRETCHERS TRANSPORT P8005

STRETCHERS,5TH WHEEL PATIENT

STRETCHERS,GYNNIE OB/GYN

STRETCHERS,TRANSPORT

STRYKER BIG WHEEL 1001

STULBERG HIP POSITIONER

STYLEX TASK CHAIR

SUCT. REGULATORS, SURGERY

SUCTION REG. SURGERY-CHEM QC-

SUCTION REGULATOR

SUCTION REGULATOR HI-VAC- CHEM

SUCTION UNIT,PORTABLE GOMCO

SUMMIT REFRIGERATOR W/S STEEL

SUMMIT UNDER COUNTER REFRIGERA

SUMMIT-REFRIGERATOR WITH FACTO

SUPER ADJUST SHELF CHROM

SUPERCUT MAYO SCISSORS (6 QTY.

SUPERLUX 300 WATT XENON ILLUM

SUPPLY AND INSTALL A SK26 KAES

SUPPLY CART-ALUMINUM LOCKING C

SUPPORT ARM

SUPPORT ARM FOR Z13* TV

SUPPORT ARMS

SUPPRESSION SYSTEM

SURE SIGNS VS3 MONITOR

SURESIGNS  VS3 NBP  SP02 TEMP

SURESIGNS  VS3 NBP SP02 TEMP W

SURESIGNS VS3

SURESIGNS VS3 NBP

SURETEMP 678

SURGICAL EQUPT -  USA ELITE AL

SURVEY METER

SUST. REG. INT/CONT.DISSFHT XD

SUTURE HOOK HANDLE

S-VIDEO OPTION

SWING SZ.7 MED.SEAT HIGH BACK

SWITCH MODULAR - 2 SWITCHES 18

SWIVEL CHAIRS

SWIVEL MONITOR ARM FOR VIDEO C

SWIVEL STOOL, ADJUSTABLE FOOT

SYNC CBLE-TRAM3 Y ADAPTER

SYNC CBL-TRAM TO DATASCOPE 95

SYNTHES AO SMALL DRILL

SYNTHES CHUCK

SYS 7 RECCIP SAW

SYS 7 SAF SAW

SYS, TY LID & MAT, GUHL ANKLE

SYSTEM  7 DUAL TRIGGER ROTARY

SYSTEM 5 DUAL TRIGGER ROTARY H

SYSTEM 5 RECIPROCATING SAW

SYSTEM 5 SAGITTAL SAW

SYSTEM 5000

SYSTEM 6 SMALL BATTERY

SYSTEM 7 DUAL TRIGGER ROTARY

SYSTEM 7 REFIP SAW

SYSTEM 7 SAG SAW

SYSTEM CART SUPPLY

SYSTEM CRYOSURGICAL

SYSTEM IMAGE VIEWING

SYSTEM SECURITY/SURVEILLANCE

SYSTEM,COMDIAL FX11 PHONE

SZAC-DIF/REF Y2K UPGRADE

T.V. SECURITY CART (MED. OAK)

T2100 ATO MODEL

TABLE #1 WITH END PANELS & TAB

TABLE #2 WITH END PANELS KM &

TABLE AUTOPSY

TABLE BAKERS S/S

TABLE BAKERS S/S W SHELF

TABLE BASE BLACK QTE 104677)

TABLE BASE EXAM   530066

TABLE BELMONT END EXEC CHRRRY

TABLE BELMONT SOFA EXEC CHERR

TABLE CARDIOLOGY

TABLE COMPUTER WORKSTATION

TABLE CONF 30X60 OVAL MAHOGANY

TABLE CONF BOAT 36X144

TABLE CONF LAM 72X42

TABLE CONF LAM BOAT 38X120

TABLE CONF LAMINATE BOAT 42X12

TABLE CONF MAHOGANY 36X60 BOAT

TABLE CONF MAHOGANY 36X72

TABLE CONF OAK 42 IN OCTAGON

TABLE CONF WALNUT & LAM 48X86

TABLE CONF WALNUT BOAT 2X6

TABLE CONF WD 3X8

TABLE CONFERENCE METAL

TABLE CONFERENCE OAK 48 IN

TABLE CONFERENCE WOOD

TABLE CUBE OAK LAM 36X36X36

TABLE EXAM

TABLE EXAM CABINET BASE

TABLE EXAM ELECTRIC

TABLE EXAM STL CABINET BASE

TABLE EXAM STL CABT BASE

TABLE GROSSING

TABLE JACKSON

TABLE MAHOGANY 30X60

TABLE MAHOGANY 36 IN DIA

TABLE MAT THERAPY ELECTRIC

TABLE MIDMARK EXAM W/TOP UPHOL

TABLE OPERATING

TABLE POSTAGE 30X72

TABLE PREP S/S

TABLE PREP S/S W/ SINK

TABLE RADIOLUCENT HAND W/PAD A

TABLE- RESIN TOP

TABLE SS 24X48 W/SHELF ATTACH

TABLE SS 24X72

TABLE SS 30X60 W/SHELF ATTACH

TABLE SS 4X10

TABLE STANDING

TABLE STEAM 2 WELLS

TABLE STEAM W/ SINK

TABLE STEAM/CONVEYOR TRAY

TABLE STRADDLE

TABLE TOP & BASE- 42* DIA MAH/

TABLE TOP DIGITIZING (110V)

TABLE TOP, NATURAL WALNUT (QTE

TABLE TREATMENT

TABLE TREATMENT WD VINYL

TABLE W SINK AND COFFEE DRAIN

TABLE WD 4X8 W/LIGHT TABLE BLT

TABLE WOOD 30X66 W/LIGHT TABLE

TABLE WORK

TABLE WORK OAK 3X5 HI LOW

TABLE WORK OAK HI LOW 42X60

TABLE WORK S/S

TABLE, EXAM, BASE

TABLE, RACETRACK 2 PIECE  120

TABLE, SOFA 72 X 18 MAHOGANY F

TABLE, ULTRASCAN

TABLE,36X36 SQUARE W/BASE  F/M

TABLE,4085,SURGICAL,GEN ERAL

TABLE,BEDSIDE,PSYCHE COLOR(QUA

TABLE,CABINET W/SHELF 27" WIDE

TABLE,CONNECTABLE 24 X 72

TABLE,END

TABLE,EXAM

TABLE,EXAM  MID MARK

TABLE,EXAM VINYL LAMINATE

TABLE,GINKGO,BILOBA

TABLE,LANTRY OAK 48" ROUND

TABLE,MIDMARK,BASE ,PROCEDURE

TABLE,OVERBED "FUSION MAPLE"

TABLE,OVERBED (COLOR=QUARTERED

TABLE,OVERBED,HARDRO CK MAPLE W

TABLE,ROUND W/BASE

TABLE,SIDE

TABLE,TABLE TOP AND UPGRADE AN

TABLE,TOP UPHOLSTERY F/204/222

TABLE-CLUB   ROOM 201

TABLE-COFFEE WIELAND

TABLE-END WIELAND

TABLE-FIXED HT PRIM

TABLE-FREE STANDING 30X60  ROO

TABLE-INSTRUMENT S S 48X20X34

TABLEMEXAM BASE DRAWER

TABLE-OVERBED

TABLE-OVERBED NEMSCHOF

TABLE-PARLIMENT COMPUTER WORK

TABLE-ROUND 42* LAMINATE

TABLES & CHAIRS

TABLES,END

TABLES,OVERBED

TABLES,SIDE

TABLES-WOOD GOOD

TABLETOP CARBON

TABLETOP, WIDE

TABLE-WOOD GOODS

TACKBOARD 54X17

TACKBOARD 72W (4 @ 174)

TACKBOARD FOR USE ON A72HOCB

TAMIRI ARMCHAIR. SCULPTED BACK

TAMIRI HIGHBACK CHAIR W/TILT W

TANDEM SUPPORT BRACKET

TAPERED RETRACTOR TITANIUM 42C

TAPERED RETRACTOR TITANIUM37CM

TASK, SWIVEL CHAIR

TAX FOR SEQUOIA C-512 VASCULAR

TBL, 84 X102, F/CONFERENCE ROO

TC MAYO SCISSORS STR 6 3/4*

TEE PROBE

TEKNION HARRINGTON MID BACK SW

TELECOMMUNICATION / DATA CABEL

TELEMETRY EXTENSION DEVICE

TELEMETRY IMPLEMENTATION

TELEMETRY TRANSMITTER

TELEMETRY TRANSMITTERS (46)

TELEMETRY UPGRADE REFURBISHED

TELEPHONE SYSTEM FOR NEW OFFIC

TELESCOPE BRDG W/2 CRVD INSTR

TELESCOPE BRIDGE W/ INSTRUMENT

TELESCOPE BRIDGE W/ ONE CHANNE

TELESCOPE LOTTA HOPKINS

TELESCOPE TRUEVIEW II

TELESCOPE, HOPKINS II FOR.-OBL

TELESCOPE,HOPKINS

TELESCOPE,HOPKINS 12 DEGREE

TELESCOPE,HOPKINS II 30 DGR (4

TELESCOPE,HOPKINS II 30"W/ENLA

TELESCOPE,HOPKINS II 70 DGR

TELESCOPE,HOPKINS II O DEGREE

TELEVISION COLOR

TELEVISION,PDI PERSONA 9"

TELEVISION.SHARP-25*

TELSCP BRDG W/1 LCKBL INSTR CH

TEMCO-OVERBED TABLE

TEMP CHECK

TEMP,SURESIGNS VS2 NBP,SPO2

TEMPERATURE PARAMETER

TEMPERATURE PARAMETER MODULE

TEMPERATURE PARAMETER MODULE (

TENACULUM FORCEPS

TENETCARE RADIOLOGY EQUIPMENT

TENSABARRIER POST & RECEPT KIT

TERMINAL

TERMINAL CRT

TESTER LINK RUNNER AT2000

TESTER NETSCOUT AIRCHECK WIFI

T-FRAME,LEMOLE PILLING #2

THAWER DH8 PLASMA 8 BAG CAPACI

THAWER PLASMA

THC-TX WYSE

THE SYTEM 5000 ESU

Thermal Array Recorder Module

THERMAL PRINTER - CARDIAC CATH

THERMO CARD SYS

THERMOFLATOR

THERMOMETER

THERMOMETER,SURE TEMP

THERMOSCAN PRO 3000- EJECTOR &

THERMOSCAN PRO-1 PROBE COVERS-

THINKPAD EXECUTIVE LEATHER BLA

THOMPSON BARIATRIC RETRACTOR S

THREE ANTENNA SYSTEM

THYROID UPTAKE UNIT

TICHLER CERV. BX PUNCH FOCEPS

TIER II PACS LINK 3RD PARTY DI

TII LONG APPLIER STRAIGHT 90MM

TII LONG REMOVER STRAIGHT 90MM

TII MINI APPLIER 90MM

TII MINI REMOVER 90MM

TII ORGANIZATIONAL TRAY COMPLE

TII STANDARD APPLIER 90MM

TII STANDARD REMOVER 90MM

TILTER .ENTERPRISE MED ACK  R

TILTER MED BACK MULT PURP  RO

TILTER-ENTERPRISE MED BACK MUL

TILTER-MED BK MULTI FUNCT  ROO

TIME CLOCK

TIME STAMP

TIP-300 TUBAL INSERT PHONES (3

TIPMASTER PIPETTOR

TISCHLER BIOPSY PUNCH FORCEPS

TISSUE EMBEDDING STATION

TISSUE FORCEPS (12 QTY.@ $15.8

TISSUE FORCEPS (12 QTY.@ $5.10

TITAN HIGH BACK TILTER CHIAR

TITAN HIGH BACK TILTER W/DETAI

TITAN MOBILE DCKING SYS(MDS),V

TONO-PEN XL TONOMETER

TONO-PEN XL TONOMETER W/ADDITI

TOPEL ENDOSCOPIC CYST ASPIRATO

TOP-FOR DESK

TOSHIBA DVS/VCR COMBO NO TUNER

TOTAL BODY IRRADIATION PLATE

TOTAL CARE MATTRESS

TOURNIQUET AUTOMATIC

TOURNIQUETS

TRACER WHEELCHAIR-24* X  18* W

TRACK 7 /17  8CM CHANNEL F/GE/

TRAM 450A SL MODULE

TRAM-RAC4

TRANSCEIVER MODULS

TRANSCRIBER

TRANSCUTANEOUS SYSTEM

TRANSDUCER

TRANSDUCER  X7-21

TRANSDUCER ANORECTAL

TRANSDUCER D2CWC

TRANSDUCER REFURBISHED BK 8811

TRANSFER RECLINER CHAIRS (BURG

TRANSFER TUBE FOR 6F FLEXIBLES

TRANSFER TUBE FOR NEEDLES

TRANSFORMER 37.5KVA

TRANSFORMER ISOLATION

TRANSFORMER WALL UNIT

TRANSFORMER, WALL UNIT 767 W/H

TRANSMITTER ONLY FOR MONITOR

TRANSPORT INCUBATOR - VALUE GAM

Transtector Power Cond., Dual

TRAP, VACUUM, DISSHTXBARB (55

TRASH RECEPTACLES, FINISH: SOF

TRAVEL/EXPENSES (PORTAL TO PRO

TRAY FOR 4MM CYSTOSCOPE

TRAY FOR LAPROSCOPE

TRAY- INST 10 X 10 X 3.5*

TRAY SLIDING LAPTOP OR L/R MOU

tray tables  QT 5

TRAY,MICRO STERILIZATION

TRAY-INST 10 X 21 X 1.5*

TRAY-INSTRUMENT 12 X 8 X 2

TRAY-MAT 254 X 216- (10X10)

TRAY-MAT 279 X 191(12X8)

TRAY-MAT 521 X 216 (1021)

TRAY-OPERATIVE LAPAROSCOPE

TRAY-UNIVERSAL SCOPE

TREADMILL STRESS TEST

TREATMENT PLANNING SYSTEM

Trendway 36' Wode Fove Drawer

TRENDWAY LIVE SIDE CHAIR

TRENDWAY WORKSTATIONS @ $3075/

TREX HD EEG AMPLIFIER

TRILOGY STEREOTACTIC SYSTEM HW

TRIPP LIFE SMARTPRO SMART 1000

TRISCOPE

TROLLEY CART VIDEO UPGRADE

TROLLEY FOR EVITA INFINITY V50

TROLLEY MAC SYSTEM

TROLLEY,FLEXIBLE HEIGHT US FAI

TRUCK LINEN

TRUCK SUPPLY

TRUCK TILT STANDARD 1-1/2 CU Y

TRUCK YALE PALLET

TRUCK,TILT 1 1/2 YDS

TRUCK,TILT 1CU YARD

TRUCK,TILT RUBBERMAID

TRUCK-TILT RUBBERMAID

TRUEVIEW II TELESCOPE AUTOCLAV

TUBE COMPRESSION OPTION

TUBE SEALER

TUFFSAT PULSE OXIMETER WITH SE

TV 32 IN COLOR

TV 8 IN

TV 8 IN WALL ATTACHED

TV 9 IN W/WALL ARM

TV 9 INCN W/WALL ARM

TV STAND

TV VCR 20 IN

TV VCR 20 IN COLOR

TV W/ARM 9 IN COLOR

TV W/SUPPORT ARM

TV, 26 " LCD-HDTV W/ DVD PLAYE

TV,22" HOSPITAL GRADE HDTV BY

TV,22" LG-LCD HOSPITAL GRADE

TV,32" LCD/CVD COMBO

TV,32" LG,LCD COMMERCIAL,

TV,32" LG-LCD-HDTV

TV,42" LG,LCD COMMERICAL WITH

TV,LCD,AC/DC 10.4" HEALTHCCARE

TV,PANASONIC 42" LCD HDTV

TV,PDI-P10LCDTV-HOSP UL ARM/TV

TV,WESTINGHOUSE 18" LCD

TV.26" LG-LCD-COMM,GR,HDTV

tvS  QT 10

TWENTY FOUR HOUR WALL CLOCK

TWIN BED MATTRESS-FIRM

TWIN BOX

TWIN MATTRESS

TWIST DRILL

TWO-TIER LOCKER (3 WIDE) 6 DOO

TYPEWRITER

TYPEWRITER ELECTRONIC

UDS-10 DEVICE SERVER

UDS-10 DEVICE SERVER 1-DB25 SE

UELUXE PNEUMATIC STOOLS

UHF ANTENNA SYSTEM

UHF TWO-ANTENNA SYSTEM

UL HG 100W POWER SUPPLY

ULTRA 1704FPV 17-INCH FLAT PAN

ULTRA LITE PLUS ANCILLARY SYST

ULTRA SHARP 1703FP 17" FLAT PA

ULTRA SHARP 1703FP 17-INCH FLA

ULTRA SHARP 1703FP FLAT PANEL

ULTRABOOK XPS 14

ULTRABOOK/XPS 14

ULTRALITE PLUS ANCILLARY SYSTE

ULTRASHARP 1703FP 17-INCH FLAT

ULTRASHARP 2001 FP 20.1" FLAT

ULTRASHARP FLAT PANEL MONITOR

ULTRASOUND DIAGNOSTIC

ULTRASOUND SYSTEM FLEX FOCUS 5

ULTRASOUND SYSTEM IU22

ULTRASOUND TRANSDUCER 5MHZ- 12

UMBILICAL CABLE

UNCOATED COVER VELCRO

UNCOATED MARINER BLUE COVER

UNCRATE/MOVE REFRIGERATOR TO S

UNINTERRUPTABLE POWER SUPPLY

UNINTERRUPTABLE POWER SUPPLY (

UNISTRUST INSTALL PROJECT/CT S

UNIT BLOOD PRESSURE WALL MOUNT

UNITED CHAIR BRYLEE SERIES MGM

UNITED CHAIR BRYLEE SERIES SID

UNIVERSAL ACTIVE ADAPTER - 4 N

UNIVERSAL BATTERY CHARGER

UNIVERSAL CART (UC8009)

UNIVERSAL CART -4 N MONITORING

UNIVERSAL DRILL

UNIVERSAL NBP PARAMETER MODULE

UNIVERSAL NEDDLE GUIDE

UNIVERSAL RING RETRACTOR

UNIVERSAL SCISSOR

UNSHIELDED HEADPHONES (TDH-39-

UPGRADE 205 N. BROAD ST

UPGRADE 4GM HARD DRIVE SYS UPG

UPGRADE A/C NEW COLLEGE BLDG

UPGRADE CARIO CATH LAB EQUIPT

UPGRADE CENOVA F/CUSTOMERS W/S

UPGRADE DIMENSIONS TO LATEST A

UPGRADE EXISTING LIGHTING SYST

UPGRADE EXISTING PINNACLE 3 SE

UPGRADE F/SEQUOIA SER.# 56407

UPGRADE FOR 205 N BROAD ST

UPGRADE KIT FMI SDM UPGRADE FR

UPGRADE MUI 8 CHN PVB BLOTRANS

UPGRADE PROS

UPGRADES TO SONOS FUSION IMAGI

UPHOLSTER KIT SOFT PEARL

UPLOAD CABLE MKLLL TO POLYGRAM

UPRIGHT REFRIGERATOR, COLOR: W

UPS BACKUP 500

UPTWN SNGL ARM CHAIR

URETEROSCOPE,URF-P3 FLEXIBLE

URETERPSCOPE, FLEX-X FLEXIBLE

US TRANSDUCER

USA ELITE OPTICAL TEARING CUP

USB KIT

USED HAAG-STREIT 870 APPLANATI

USED SARNS/TERUMO DELPHIN CENT

USED TOPCON AIT-15 ELECTRIC IN

UTERINE DRESSING FORCEP

UTILITY CART

UTRATA FORCEPS

V.6.9.5 GE CLIENT WORKSTATION

V5M TRANSDUCER (SHIELDED) & LE

V7 UPGRADE/ SERVER

VACUUM

VACUUM EXTRACTOR

VACUUM PUMP SYSTEM NCB

VACUUM WET DRY

VACUUM WET DRY 3 HOP

VACUUM WET DRY TIP/POUR

VACUUM, PORT CAST CUTTER/SAW

VACUUM,CAST W HOSE & MOBILE ST

VALENECES AND CORNICES F/PT RO

VALUE PODS AND PATIENT ACCESSO

VALVE KNOT PUSHER

VALVE NEEDLE HOLDER CURVED TC

VALVE SCISSORS 45 DEGREE

VANCAILLE GRASPING FORCEP

VANCAILLE OVIDUCT FORCEP

VANCILLE GRASPER FCP

VANCILLE OVADUCT GRASPER

VARISEED IMAGE CAPTURE CARD

VASOGUARD P84 W/VLINK TIM DICO

VC-10 PUMP   115V

VCR

VE DISPLAY MODULE

VEH DTCTR LPS( NEW ITEM QTY=2

VELOMETER

VENTILATIOR

VENTILATOR

VENTILATOR INFANT

VENTILATOR OSCILLATOR

VENTILATOR SUPPORT SYSTEM

VENTILATOR W/ ACCESSORIES

VENTILATOR W/VOLUME-PRESSURE C

VENTILATOR, RE VEL PTV

VENTILATOR,EMERGENCY PREPAREDN

VENTILATOR,LIFE PULSE H.F  W/X

VENTILATOR,MASS CAUALITY

VENTILATOR,PNEUTON MODEL A

VENTILATOR,V60,UNIVERSAL STD,P

VENTILATOR/LTV 1200 SYS

VERGENCE VAULT MODEL 1850 - IN

VERGENCE VAULT MODEL 1850 INV2

VERIFYNOW SYSTEM

VERSACARE

VERSACARE (BED CONTROLS ONLY)

VERSACARE PACKAGE

VERSACARE PACKAGE BEDS

VERSACART W/PROOF-OF-ENTRY FLA

VERTEX (16) CHANNEL PROTABLE R

VERTEX KEY BLANKS/KEYWAY SEC C

VERTEX KEYBLANKS /KEYWAY SEC C

VERTIFLEX ENGOTWIST DOUBLE PRI

VESSEL LIQUID HANDLING EQ CART

VEST SYSTEM P205CAP CONTROL UN

VEST/SKIRT APRON

VFOXPRO PRO 6.0 WIN32 ENGLISH

VIDAR DISGNOSTIC PRO ADVANTAGE

VIDEO CASSETTE RECORDER (VCR)

VIDEO COLONOSCOPE ULTRA -SLIMM

VIDEO GASTROSCOPE W/DUAL LIGHT

VIDEO IMAGING UPGRADE

VIDEO LENS AND C MOUNT

VIDEO PROCEDURE CART

VIDEO PROCEDURE CART - ENDOSCO

VIDEO SYSTEM

VIDEO SYSTEM,EVIS EXERA

VIDEO SYSTEM,SURGICAL ,VISERA

VIDEOSCOPE,DEFLECTABLE ENDOEYE

VIEW BOX - 2 PANEL - CLEAR 3

VIKING EDX DESKTOP BASE SYSTEM

VIRDIA 24C W/ECG/RESP-NBF-SPO2

VIRIDIA 26/24 COMPONENT MONITO

VIRIDIA CART

VIRIDIA CMS 24/26 COMPONENT MO

VIRIDIA CMS HARDWARE UPGRADE

VIRIDIA COMPONENT MONITORING S

VIRIDIA TRANSMITTER

VIRIDIA TRANSMITTER K04 5 WIRE

VIRIDIA UHF TELEMETRY SYSTEM

VIRTUAL WATER BUIL UP

VISION TEK RADEON DS 7750 DUAL

VISITOR CHAIR (D 999 801 STL Y

VISITOR CHAIRS (AHM ADMIRAL HO

VISUAL ASSESSMENT SCREEN

VISUAL URETHROTOME
VISUAL OBTU

VITEK II ANALYZER &
READER

VIVID E9 BT 11 T
CARDIOVASCULA

VIVID E9 BT11 T
CARDIOVASCULAR

VOICE RECOGNITION
DICTATION SY

VRS LARYNGEAL
SCPS/INSTRUMENTS

VTR

W/A WALL MOUNTED
ANERIOD MANOM

W/A WALL MOUNTED
TRANSFORMER

W/A WALL MOUNTED
TRANSFORMER W

WAITING AREA FOR RAD
ONCO/SEAT

WALKER,PNEUMATIC EVA

WALKERS

WALL  MOUNTED
ACCESSORY  STRIP

WALL MOUNT (QUANTITY
OF 10)

WALL MOUNT ASSEMBLY-
PASSPORT

WALL MOUNT
ASSEMBLY/ADDITION

WALL MOUNTED ANEROID
MANOMETER

WALL MOUNTED
CONFERENCE TABLE

WALL MOUNTED
SPHYGMOMANOMETERS

WALL PLAQUE AND
CUSTOM SIGNS I

WALL UNIT TRANSFORMER
FOR OPTH

WALLAROO-CABINET
COLOR-ALMOND,

WALLSAVER SHAIR
W/CASTERS

WARMER BLANKET

WARMER FLUID

WARMER GIRAFEE
BEDDED

WARMER GIRAFEE
BEDDED WARMERS

WARMER PATIENT

WARMER, CONTRAST
MEDIA

WARMER,ASTO THERM
BLOOD. MANUA

WARMER,BLANKET

WARMER,RESUSCITAIRE
RADIANT W/

WARMING CABINET

WASHER BED PAN

WASHER BIOTEK ELX50
PLATE

WASHER CART

WASHER COMMERCIAL

WASHER DRYER STACK
UNIT

WASHER,MDT
CASTLE(USED) INCL I

WASHER,SPEED QUEEN
COMMERCIAL

WASHER,WD250
W/ACCESORIES

WAST CAN,OPEN TOP

WASTE CAN ( BEIGE )

WASTE CAN ( GRAY )

WASTE CAN ( RED )

WASTE CAN( BEIGE )

WASTE CART FOR  OR

WASTE CART FOR OR

WASTE EXTRACTION
SYSTEM

WASTEBASKET, COLOR:
BEIGE

WASTEBASKET,BEIGE 40
QT (38 EA

WATCHDOG UPS

WATER FILTER SYSTEM

WATER FILTER SYSTEM
INCLUDING

WATER MIST/CO2
EXTINGUISHER UN

WATER PHANTOM

WATERLOO MEDICATION
CART

WAUGH DELICATE TISSUE
FORCEP 1

WEB TELERADIOLOGY
SERVER

WHEELCHAIR

wheelchair  QT 1

WHEELCHAIR BARIATRIC 30   W/A

WHEELCHAIR COMPLETE 18* H.D.

WHEELCHAIR EXTRA WIDE

WHEELCHAIR MDS80620D

WHEELCHAIR SHUTTLE BARIATRIC 2

WHEELCHAIR XW 22* BURGANDY

WHEELCHAIR,BARIATRIC 30"

WHEELCHAIR,EXCEL

WHEELCHAIR,RECLINER EXCEL 22"

WHEELCHAIRS,24 "

WHEELCHAIRS,RECLINING

WHEELCHAIRS.20"

WHTE HALL-3 SEAT SOFA-GRADE 1

WIDE DEAVER RETRACTOR

WIELAND SEAT & BACK

WILSONART 5' X 12'

WIRE CHROME SHELVING

WIRE COLLET

WIREDRIVER

WIRELESS BINOCULAR INDIRECT OP

WIRELESS MOBILE DR PANEL HOLDE

WIRING FOR 1010 ARH ST

WMTS UPGRADE (TOTAL INVOICE NE

WOLF BLUNT TIP SUCTION

WOLF ILLUMINATOR, 1 OVER 1,REC

WOOD VENEER CYLNDR TBL

WORK STATION INSTALLATION

WORK STATION- PNEU.

WORK SURFACE SQ ROOM 219

WORKING ELEMENT

WORKING ELEMENT W/ SPRING ACTI

WORKING ELEMENT W/SPRING ACTIO

WORKSPACE 24 HOUR CHAIR #154 W

WORKSTATION 9 POSITION

WORKSTATION A7 ANESTHESIA

WORKSTATION DELL PRECISION T76

WORKSTATION EVITA INFINITY V50

WORKSTATION FOR PHARMACY DEPT

WORKSTATION MODULAR L-SHAPED

WORKSTATION MODULAR U-SHAPED

WORKSTATION SURGE SUPPRESSOR

WORKSTATION W/ IMAGE DISPLAYS

WORKSTATION,DELL PRECISION T74

WORKSTATIONS ,VISTA FURNITURE

WORKSTATIONS,48" W/BUIT IN REF

WSP WIRELESS DICOM OPTION

WSTBSKT,14QT,RBRMD,BG

WSX4748 UPOE+E UPGRADE

WYLIE HYPOGASTRIC

WYSE 5010 THIN CLIENT

WYSE Z90SW

X5-1 TRANSDUCER COMPACT

XCELERA R2 EXTENSION

XCELERA/ENCONCERT/INT URIS SUIT

XPRESS CASSETTE PLATE 8X10

XR29 CPMSOLE UPGRADE KIT

X-RAY CARDIAC CATH

X-RAY CARDIAC CATH DOUBLE TABL

X-RAY CATHERIZATION

X-RAY FLIM STORAGE CABINETS (3

X-RAY FLOURO C-ARM

X-RAY FLUOROSCOPY C-ARM

X-RAY FLUOROSCOPY C-ARM MOBILE

X-RAY MAMMOGRAPHY

X-RAY MOBILE

X-RAY MOBILE C-ARM

X-RAY RADIO/FLUORO

X-RAY RADIOGRAPHIC

X-RAY SMALL BODY PARTS

X-RAY SPECIAL PROCEDURE

X-RAY TUBE COOLING FAN ASSEMBL

X-TRACT LAPAROSCOPIC MORCELLAT

YELLOFIN REUSEABLE CLAMSHELL P

YUNESSI- *POETIC MOODS*- 35 X

'Z' HSYTER CLAMP ANG 9 1/2*(12

'Z' HYSTER CLAMP 14* ANG (12 Q

'Z' HYSTER CLAMP 14* SLTLY CUR

'Z' HYSTER CLAMP 14* ST (12 Q

'Z' HYSTER CLAMP ANG 12* (12 Q

'Z' HYSTER CLAMP SLIGHTLY CURV

'Z' HYSTER CLAMP STR 12*

ZENITH 13" TV, WIRED FOR REMOT

ZENITH HEALTHCARE TELEVISION

ZENITH HEALTHCARE TV

ZENITH TV WITH REMOTE

ZMS-124 CARL ZEISS SURGICAL MI

ZOLL AED PLUS

ZOLL DEFIBRILLATOR W/BIPHASIC

Total

Note: Values obtained from the Duff & Phelps Appraisal Report as of January 12, 2018.