**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Hearing Date: N/A** |
| | ) **Objection Deadline: N/A** |

**MOTION OF THE DEBTORS TO SHORTEN NOTICE OF
MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING RETENTION
AND EMPLOYMENT OF CENTURION SERVICE GROUP, LLC, AS AUCTIONEER,
(II) WAIVING COMPLIANCE WITH CERTAIN REQUIREMENTS OF
LOCAL RULE 2016-2; AND (III) APPROVING SALE AND LIQUIDATION
OF CERTAIN MEDICAL EQUIPMENT, FURNITURE AND INVENTORY**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), by and through their undersigned counsel, having filed contemporaneously the *Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory* (the "**Retention and Sale Motion**"),[2] respectfully submit this motion (the "**Motion to Shorten**") pursuant to section 105 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "**Bankruptcy Code**"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]  Capitalized terms not defined herein shall have the meanings ascribed to them in the Retention and Sale Motion.

"**Bankruptcy Rules**") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for the entry of an order shortening the time for notice of the hearing to consider the Retention and Sale Motion so that the Retention and Sale Motion may be considered by the Court at the omnibus hearing scheduled for November 19, 2019 at 10:00 a.m. (EST) (the "**Omnibus Hearing**"), with any objections to the Retention and Sale Motion to be filed by November 13, 2019 at 4:00 p.m. (EST).  In support of this Motion to Shorten, the Debtors respectfully represent as follows:

## Jurisdiction

1.      This Court has jurisdiction over this Motion to Shorten under 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this judicial district under 28 U.S.C. §§ 1408 and 1409.  The Debtors confirm their consent pursuant to Local Rule 9013-1(f) to the entry of a final order by the Court in connection with this Motion to Shorten if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      The statutory bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e).

## Background

3.      On June 30 and July 1, 2019 (collectively, the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a

trustee or examiner in these Chapter 11 Cases.  On July 15, 2019, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors.

4. A description of the Debtors' businesses and the reasons for commencing these Chapter 11 Cases is set forth in the *Declaration of Allen Wilen in Support of First Day Relief* [D.I. 2], which is incorporated herein by reference.

5. As more fully explained in the Retention and Sale Motion, the Debtors own various medical equipment, furniture and inventory related to the Debtors' operations at Hahnemann (as more fully defined in the Retention and Sale Motion, the "**Auction Assets**").

6. As a result of the implementation of the closure of Hahnemann, the Debtors no longer require the Auction Assets, and have determined that the Auction Assets have value such that a sale of the Auction Assets is worthwhile to pursue.

7. Accordingly, as described in the Retention and Sale Motion, the Debtors seek authority to (i) employ and retain Centurion as auctioneer to sell the auction assets, and (ii) sell the Auction Assets free and clear of liens, claims, encumbrances and other interests.

## Relief Requested

8. By this Motion, the Debtors seek the entry of an order shortening notice of the hearing to consider the Retention and Sale Motion so that the Retention and Sale Motion can be considered at the Omnibus Hearing, with any objections to the Retention and Sale Motion to be filed by November 13, 2019 at 4:00 p.m. (EST).

## Basis for Relief Requested

9. Bankruptcy Rule 2002(a)(2) generally requires twenty-one (21) days' notice of a proposed use, sale, or lease of property of the estate other than in the ordinary course of business, unless the court for cause shortens the time or directs another method of giving notice.

10. Local Rule 9006-1(e) provides that a motion may be heard on less notice than as otherwise required if authorized "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e). Indeed, as stated in Bankruptcy Code section 102(1), "notice and a hearing" is an elastic phrase meant to take into account the "particular circumstances" of a motion. See 11 U.S.C. § 102(1) (stating that "'after notice and a hearing', or similar phrase . . . means after such notice as is appropriate in the particular circumstances . . . ."); Rockwell Int'l Corp. v. Harnischfeger Indus., Inc. (In re Harnischfeger Indus., Inc.), 316 B.R. 616, 620 (D. Del. 2003) ("The policy of Section 102 is to permit the court flexibility, while ensuring that all parties have proper notice.").

11. Through this Motion to Shorten, the Debtors only seek to limit the notice period otherwise required by the Bankruptcy Rules by one (1) day, so that the Retention and Sale Motion may be heard at the Omnibus Hearing scheduled for November 19, 2019.

12. Approval of the relief sought in the Retention and Sale Motion is critical so that the Centurion can quickly commence efforts to market and sell the Auction Assets and minimize the Debtors' administrative expenses in these cases. The Centurion Engagement Agreement requires Bankruptcy Court approval by November 19, 2019, and an expedited sale process will allow the Auction Assets to be removed and enable the Debtors to vacate various leased premises to reduce ongoing expenses to the estates.

13. The Debtors do not believe that parties in interest will be prejudiced by the relief requested in this Motion to Shorten. The Debtors will serve this Motion to Shorten and the Retention and Sale Motion on parties in interest, and such parties will have fourteen (14) days to object to the Retention and Sale Motion, which is consistent with Local Rule 9006-1(c)(ii).

14. Accordingly, for the reasons set forth above, the Debtors submit that the relief requested herein is in the best interests of the Debtors' estates, creditors and parties in interest, and should be granted.

### Notice

15. Notice of this Motion will be given to the following parties, or in lieu thereof, to their counsel: (i) the Office of the United States Trustee; (ii) counsel to the Committee; (iii) counsel to MidCap Funding IV Trust; (iv) Drexel University d/b/a Drexel University College of Medicine; (v) the Debtors' unions; (vi) the Internal Revenue Service; (vii) the United States Attorney for the District of Delaware; (viii) the United States Department of Justice; (ix) the Pennsylvania Attorney General's Office; (x) the Pennsylvania Department of Health; (xi) the City of Philadelphia; (xii) all parties known to the Debtors who hold any liens or security interests in the Debtors' assets who have filed UCC-1 financing statements against the Debtors or who, to the Debtors' knowledge, have asserted any liens on any of the Debtors' assets; and (xiii) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

[remainder of page left intentionally blank]

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto: (i) granting the relief requested in the Motion to Shorten; (ii) considering the Retention and Sale Motion at the Omnibus Hearing, with any objections, if any, to the Retention and Sale Motion to be filed by November 13, 2019 at 4:00 p.m. (EST); and (iii) granting such other further relief as is just and proper.

Dated: October 30, 2019 **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum (DE Bar No. 5587)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
aaron.applebaum@saul.com

*Counsel for Debtors and Debtors in Possession*