# EXHIBIT "B"

**Subject Contracts**

Exhibit B - Subject Contracts (Third Omnibus Motion)
In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al., Case No. 19-11466 (KG)

| Contract Party | Title of Agreement | Debtor Party | Cure Amount |
|---|---|---|---|
| Alms, Rebecca | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Avvaru, Parthu | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Baig, Sophia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Daniel, Rhea | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Desai, Rina | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Dooling, Shayna | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Gandarillas, Victoria | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Gauthier, Sophia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Grewal, Sarah | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Iyengar, Tara | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Jimenez, Sandra | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| John, Sonia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Khan, Shahfar | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Kim, Sujung | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Krishnakumar, Sharyu | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Lowry, Sarah | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Massimino Building Corp. | Pharmacy Clean Room Renovation Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| McIntosh, Rebecca | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Miller, Zachary | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Navarro, Youck Jen Siu | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Oh, Scott | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Orenstein, Shari | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Paglinco, Samantha | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Paradiso, Peter | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Rajput, Roma | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Rama, Uma | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Sakarcan, Sinem | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Saurman, Virginia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Sellars, Suzanna | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Shah, Sonika | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Tolia, Sneha | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Viswanathan, Rajidivya | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |
| Welgs, Theresa | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 |