**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CENTER CITY HEALTHCARE LLC d/b/a | ) | |
| HAHNEMANN UNIVERSITY | ) | Bankruptcy No. 19-11466 |
| HOSPTIAL *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2019, I caused a copy of the foregoing *Response to the Debtors' Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of all Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA* to be sent via ECF Noticing to all parties receiving ECF Notices in these Chapter 11 proceedings and on the following via electronic mail:

Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801
mark.minuti@saul.com
monique.disabatino@saul.com

Jeffrey C. Hampton
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jeffrey.hampton@saul.com

Benjamin Hackman
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Rm. 2207
Lockbox #35
Wilmington, DE 19899-0035
benjamin.a.hackman@usdoj.gov

Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
thoran@foxrothschild.com

Boris I. Mankovetskiy
Andrew H. Sherman
Sills, Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 0702
bmankovetskiy@sillscummis.com
asherman@sillcummis.com

Joelle E. Polesky
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1279
Wilmington, DE 19801
jpolesky@stradley.com

Gretchen M. Santamour                     Veder Price
Stradley Ronon Stevens & Young, LLP       Kathryn L. Stevens
2005 Market Street, Suite 2600            222 North LaSalle Street
Philadelphia, PA 19103                    Chicago, IL 60601
gsantamour@stradley.com                   kstevens@vedderprice.com


Dated: October 30, 2019          By:    */s/ Megan N. Harper*
                                        Megan N. Harper (No. 4103)