**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 4, 2019
AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE KEVIN GROSS, U.S. BANKRUPTCY COURT JUDGE[2,3]**

**AS THERE ARE NO MATTERS GOING FORWARD,
THE COURT HAS CANCELED THIS HEARING**

**CONTINUED MATTERS:**

1. Debtors' Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 804; filed: 10/02/19]

    Response Deadline: October 16, 2019 at 4:00 p.m.  Extended to October 30, 2019 at 4:00 p.m. for the City of Philadelphia and extended to November 4, 2019 at 5 p.m. for Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC.

    Responses Received:

    A.   Statement in Response to Motion filed by MidCap Funding IV Trust, acting in its capacity as administrative agent for MidCap Funding IV Trust and MidCap

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

Financing Trust (successor-by-assignment to MidCap Funding H Trust) ("MidCap") [D.I. 820; filed: 10/04/19]

B. Patient Care Ombudsman's Statement in Support of Debtors' Motion [D.I. 871; filed: 10/16/19]

C. The City of Philadelphia's Response to Debtors' Motion [D.I. 927; filed 10/30/19]

Related Documents:

A. Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 733; signed and docketed: 09/19/19]

B. Notice of Appeal Under 28 U.S.C. § 158(a)(1) and Statement of Election [D.I. 803; filed: 10/02/19]

C. Order on Debtors' Motion for Expedited Consideration [D.I. 811; signed and docketed: 10/03/19]

D. Notice of Hearing [D.I. 813; filed: 10/03/19]

Status: This matter is continued to November 7, 2019 at 9:00 a.m.

2. Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Motion to Enforce the Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Resolutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA [D.I. 851; filed: 10/15/19]

Response Deadline: October 16, 2019 at 4:00 p.m. Extended to November 4, 2019 at 5:00 p.m. for the Debtors.

Responses Received: None to date

Related Documents:

A. Notice of Hearing [D.I. 875; filed: 10/17/19]

Status: This matter is continued to November 7, 2019 at 9:00 a.m.

3. Motion of Master Landlords for Entry of an Order (A) Allowing Administrative Claims, and (B) Compelling Debtors (I) to Pay Postpetition Rent and Other Obligations Under Master Leases and (II) to Coordinate with Master Landlords Regarding Rejection of Master Leases and Surrender of Premises [D.I. 878; filed: 10/18/19]

   Responses Deadline:  October 28, 2019 at 4:00 p.m.  Extended to November 12, 2019 at 4:00 p.m. for the Debtors.

   Responses Received:

   A.   Statement and Reservation of Rights filed by MidCap [D.I. 913; filed: 10/28/19]

   Related Documents: None to date

   Status: This matter is continued to the omnibus hearing scheduled for November 19, 2019 at 10:00 a.m.

Dated: October 31, 2019            **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Mark Minuti*
   Mark Minuti (DE Bar No. 2659)
   Monique B. DiSabatino (DE Bar No. 6027)
   1201 N. Market Street, Suite 2300
   P.O. Box 1266
   Wilmington, DE  19899
   Telephone: (302) 421-6800
   Fax: (302) 421-5873
   mark.minuti@saul.com
   monique.disabatino@saul.com

   -and-

   Jeffrey C. Hampton
   Adam H. Isenberg
   Aaron S. Applebaum (DE Bar No. 5587)
   Centre Square West
   1500 Market Street, 38th Floor
   Philadelphia, PA 19102
   Telephone: (215) 972-7777
   Fax: (215) 972-7725
   jeffrey.hampton@saul.com
   adam.isenberg@saul.com
   aaron.applebaum@saul.com

   *Counsel for Debtors and Debtors in Possession*