IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERISTY HOSPITAL, et al., | Case No. 19-11466(KG) (Jointly Administered) |
| Debtors. | D.I. 804, 851 |

## ORDER

For the convenience of the parties and the Court and in furtherance of concerns for justice, IT IS HEREBY ORDERED that:

1. The deadline for responses to Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC's Motion to Enforce the Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (D.I. 851); and to Debtors' Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA (D.I. 804) (the "Motions') is extended to Monday, November 4, 2019, at 5:00 p.m.

2. The Court is scheduling a hearing on the foregoing Motions on Thursday, November 7, 2019 at 9:00 a.m.

October 31, 2019



KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE