10/23/19.

Hi To Whomever This May Concern:

Can you please help me out! Hahnemann University Hospital owes me $40.00 in a check - they're now closed. I never received it. I overpaid!

My patient Ref # - 081239808
TENEQ2 - From 12/12-12/13 2018.

# BWNHDKX
# 599207000130002 1#

Tremayne S. Lewis
2705 W. Silver St.
Phila, Pa 19132-2539
(215) 800-2032
or (215) 223-2336

Can you please help me in this matter. They owe me $40.00 credit (money)!