# Notice Recipients

District/Off: 0311−1    User: GingerM    Date Created: 10/31/2019
Case: 19−11466−KG    Form ID: van489    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Tremayne S. Lewis        2705 W Silver Street        Philadelphia, PA 19132

TOTAL: 1