## Exhibit A

**First OCP Quarterly Statement**

## First OCP Quarterly Statement

### For the Period June 30, 2019 through September 30, 2019

| Professional Name | Compensation & Expenses Paid (6/30/2019-7/31/2019) | Compensation & Expenses Paid (8/1/2019-8/31/2019) | Compensation & Expenses Paid (9/1/2019-9/30/2019) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| 50 Words, LLC | $64,937.50 | $39,687.50 | $37,000.00 | $141,625.00 | Provides crisis communication services. |
| Baratz & Associates, P.A. | $0.00 | $0.00 | $0.00 | $0.00 | Provides consulting evaluation and valuation services relating to arrangements with healthcare providers. |
| Bellevue Communications | $0.00 | $0.00 | $0.00 | $0.00 | Provides public relations services. |
| Connolly Gallagher LLP | $0.00 | $0.00 | $0.00 | $0.00 | Provides local counsel litigation services in matters involving Tenet/Conifer. |
| Conrad O'Brien PC | $0.00 | $0.00 | $0.00 | $0.00 | Provides litigation services in matters involving Tenet/Conifer, adjustment claims and other matters. |
| Eckert Seamans Cherin & Mellott, LLC | $0.00 | $0.00 | $0.00 | $0.00 | Provides labor and employment counsel. |
| Germaine Solutions | $0.00 | $0.00 | $0.00 | $0.00 | Provides graduate medical education consulting services. |
| Health Sciences Law Group LLP | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to orphaning and medical staff matters. |
| Jackson Lewis P.C. | $0.00 | $0.00 | $0.00 | $0.00 | Provides litigation services in matters involving government agency claims. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to workers' compensation claims. |

| Professional Name | Compensation & Expenses Paid (6/30/2019- 7/31/2019) | Compensation & Expenses Paid (8/1/2019- 8/31/2019) | Compensation & Expenses Paid (9/1/2019- 9/30/2019) | Aggregate Compensation & Expenses Paid to Date | Description of Services |
|---|---|---|---|---|---|
| Obermayer Rebmann Maxwell & Hippel LLP | $0.00 | $0.00 | $0.00 | $0.00 | Provides litigation services in matters involving Drexel University, medical malpractice matters and other matters. |
| Reed Smith LLP | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to antitrust matters. |
| Robinson Kirlew & Associates | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to immigration matters. |
| Salem & Green P.C. | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to Medicare matters and matters related to the transfer of residency programs. |
| Suzanne Pritchard, Esq. | $0.00 | $0.00 | $0.00 | $0.00 | Provides legal services relating to guardianship matters. |

36068581.1 10/31/2019