UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On October 29, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 10/29/2019 | 917 | Application for Compensation *Second Monthly of SAK Management Services, LLP, as Medical Operations Advisor for Compensation and Reimbursement of Expenses* for the period *August 1, 2019* to *August 31, 2019* Filed by Suzanne Koenig, as Patient Care Ombudsman. Objections due by 11/18/2019. (Attachments: # 1 Exhibit A & B # 2 Notice of Fee Application) (Meloro, Dennis) (Entered: 10/29/2019) |

x /s/ Gene Matthews

**Gene Matthews**

Dated: November 1, 2019

State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 1st day of November 1, 2019, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x /s/ Jacqueline Lately

[Notary Seal: JACQUELINE LATELY, MY COMMISSION EXPIRES AUGUST 12, 2021, NOTARY PUBLIC STATE OF DELAWARE]

# EXHIBIT A

<div style="column-count:2">

Center City Healthcare, LLC  
230 North Broad Street  
Philadelphia, Pennsylvania 19102  
Attn: Allen Wilen, CRO  

Saul Ewing Arnstein & Lehr LLP  
1201 North Market Street  
Suite 2300  
Wilmington, Delaware 19801  
Attn: Mark Minuti, Esq. and Monique B. DiSabatino, Esq.  

Saul Ewing Arnstein & Lehr LLP  
500 Market Street,  
38th Floor  
Philadelphia, Pennsylvania 19102  
Attn: Jeffrey Hampton, Esq. and Adam H. Isenberg,  

Sills Cummis & Gross P.C.,  
The Legal Center  
One Riverfront Plaza  
Newark, NJ 07102  
Attn: Andrew H. Sherman, Esq.  

Fox Rothschild LLP  
919 N. Market Street  
Suite 300  
Wilmington, DE 19899-2323  
Attn: Thomas M. Horan, Esq.  

The Office of the United States Trustee  
District of Delaware  
844 N. King Street, Suite 2207  
Lockbox 35, Wilmington, Delaware 19801  
Attn: Benjamin A. Hackman, Esq.  

Stradley, Ronon, Stevens & Young, LLP  
2005 Market Street  
Suite 2600  
Philadelphia, PA 19103  
Attn: Gretchen M. Santamour, Esq.  

Stradley, Ronon, Stevens & Young, LLP  
1000 N. West Street  
Suite 1279  
Wilmington, DE 19801  
Attn: Joelle E. Polesky, Esq.  

</div>