

824 N. Market Street  Suite 800
Wilmington, DE  19801-4939
302.888.4554  Fax 302.888.1696  schnader.com

November 1, 2019

Richard A. Barkasy
E-mail: rbarkasy@schnader.com

**VIA ECF AND FIRST-CLASS MAIL**

The Honorable Kevin Gross
United States Bankruptcy Court for the District
of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE 19801

      RE:    *In re Center City Healthcare LLC,* Case No. 19-11466

Dear Judge Gross:

      Enclosed please find a letter to the Court from the Commonwealth of Pennsylvania Secretary of Health regarding Hahnemann hospital

      Respectfully,

      */s/ Richard A. Barkasy*

      Richard A. Barkasy
      For SCHNADER HARRISON SEGAL & LEWIS LLP

Enclosure



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF HEALTH

November 1, 2019

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Judge Gross

I write today to inform you that effective today, November 1, 2019 at 9:00am, Hahnemann University Hospital's ("Hahnemann") state hospital license has been revoked.

As you may be aware, the Pennsylvania Department of Health ("Department") concluded its closure survey on Tuesday, October 29, 2019. After reviewing the findings of the survey, the Department has determined that Hahnemann does not meet the statutory definition of a "hospital," and therefore the Department no longer has the authority to license and oversee the facility.

It is my understanding that Hahnemann has presented to the Court that significant progress has been made toward closure. While I agree that *some* progress has been made, I believe it is important to highlight the significant work that is yet to be done. There are still medical records and personnel, billing, and financial files in the building; there are still highly flammable chemicals that must be disposed of or removed; there are a significant number of medical supplies remaining; the laboratory is full of equipment and supplies; and nuclear medicine, imaging, and radiology equipment are still on-site. This list is not exhaustive.

When the closure was announced by the facility owner, the Department took immediate action to protect the health and safety of patients by placing a temporary manager to oversee continuity of care. The Department has spent the last few months tirelessly working with Hahnemann's dwindling staff to ensure a responsible and safe closure of Hahnemann. While the temporary manager's role was critical, his authority was limited to ensuring continued quality of care and safety for the patients of the hospital and the residents in and around the City of Philadelphia who utilized Hahnemann's services. The Department's temporary manager did not have the authority to direct the expenditure of funds.

I appreciate that it is far from a simple or quick task to close an over-500-bed hospital, but the completion of this work has been delegated to a small team of extremely hard-working

individuals. While I do not want to take away from the effort that they have put forth, the fact is it is just not enough.

I am bringing the current situation at Hahnemann to your attention because I am deeply concerned about the state and security of the building and the supplies and equipment it is housing. Since Hahnemann no longer meets the commonwealth's statutory definition of a hospital, I do not have regulatory authority to take enforcement action.

Sincerely,

Rachel L. Levine, MD
Secretary of Health