IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on October 31, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Filing and Service of Debtors' First Ordinary Course Professional Quarterly Statement [Docket No. 936]**

Dated: November 1, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 1st day of November, 20 19 by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

# **EXHIBIT A**

| | | |
|---|---|---|
| ALBERT EINSTEIN HEALTHCARE NETWORK<br>PENNY J. REZET<br>REZETP@EINSTEIN.EDU | ARENT FOX LLP<br>GEORGE P. ANGELICH<br>GEORGE.ANGELICH@ARENTFOX.COM | ARENT FOX LLP<br>PHILLIP KHEZRI<br>PHILLIP.KHEZRI@ARENTFOX.COM |
| ASHBY & GEDDES, P.A.<br>GREGORY TAYLOR<br>GTAYLOR@ASHBYGEDDES.COM | ASHBY & GEDDES, P.A.<br>KATHARINA EARLE<br>KEARLE@ASHBYGEDDES.COM | ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE<br>MEGAN HARPER<br>MEGAN.HARPER@PHILA.GOV |
| BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>TOBEY M. DALUZ<br>DALUZT@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>VINCENT J. MARRIOTT<br>MARRIOTT@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG, LLP<br>KEVIN G. COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BAYARD, P.A.<br>JUSTIN ALBTERTO<br>JALBERTO@BAYARDLAW.COM |
| BAYARD, P.A.<br>SOPHIE E. MACON<br>SMACON@BAYARDLAW.COM | BERGER LAW GROUP, P.C.<br>MATTHEW R. KAUFMANN,<br>KAUFMANN@BERGERLAWPC.COM | BERGER LAW GROUP, P.C.<br>PHILLIP BERGER<br>BERGER@BERGERLAWPC.COM |
| BIELLLI & KLAUDER, LLC<br>DAVID KLAUDER<br>DKLAUDER@BK-LEGAL.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CIARDI CIARDI & ASTIN<br>ALBERT CIARDI<br>ACIARDI@CIARDILAW.COM |
| CIARDI CIARDI & ASTIN<br>JOSEPH MCMAHON<br>JMCMAHON@CIARDILAW.COM | COMMONWEALTH OF PA, DEPT OF LABOR AND INDU<br>DEB SECREST<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | DENTON US, LLP<br>OSCAR PINKAS<br>OSCAR.PINKAS@DENTONS.COM |
| DENTONS US, LLP<br>LAUREN MACKSOUD<br>LAUREN.MACKSOUD@DENTONS.COM | DILWORTH PAXSON<br>PETER C. HUGHES,<br>PHUGHES@DILWORTHLAW.COM | DLA PIPER LLP<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM |
| DLA PIPER LLP<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM | DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | DUANE MORRIS LLP<br>MAIRI V. LUCE<br>LUCE@DUANEMORRIS.COM | FINEMAN KREKSTEIN & HARRIS, PC<br>DEIRDRE M. RICHARDS<br>DRICHARDS@FINEMANLAWFIRM.COM |
| FOX ROTHSCHILD LLP<br>THOMAS HORAN<br>THORAN@FOXROTHCHILD.COM | GIBBONS P.C<br>DAVID N. CRAPO<br>DCRAPO@GIBBONSLAW.COM | GIBBONS P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS P.C.<br>NATASHA M. SONGONUGA<br>NSONGONUGA@GIBBONSLAW.COM | GIBBONS P.C.<br>ROBERT K. MALONE<br>RMALONE@GIBBONSLAW.COM |
| GREENBERG TRAURIG, LLP<br>DENNIS A. MELORO<br>MELOROD@GTLAW.COM | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN<br>PETERMANN@GTLAW.COM | HOGAN & MCDANIEL<br>DANIEL C. KERRICK<br>DCKERRICK@DKHOGAN.COM |
| HOGAN & MCDANIEL<br>DANIEL K. HOGAN<br>DKHOGAN@DKHOGAN.COM | HOGAN & MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HONIGMAN LLP<br>E TODD SABLE<br>TSABLE@HONIGMAN.COM |
| HONIGMAN LLP<br>LAWRENCE A. LICHTMAN<br>LLICHTMAN@HONIGMAN.COM | JD THOMPSON LAW<br>JUDY D. THOMPSON<br>JDT@JDTHOMPSONLAW.COM | JONES WALKER LLP<br>JEFFREY R. BARBER<br>JBARBER@JONESWALKER.COM |

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>GREGORY F. PESCE<br>GREGORY.PESCE@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>NICOLE GREENBLATT<br>NICOLE.GREENBLATT@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEPHEN C. HACKNEY<br>STEPHEN.HACKNEY@KIRKLAND.COM |
| KURTZMAN, STEADY, LLC.<br>JEFFREY KURTZMAN<br>KURTZMAN@KURTZMANSTEADY.COM | LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>MITCHELL J. MALZBERG<br>MMALZBERG@MJMALZBERGLAW.COM | MARKOWITZ AND RICHMAN<br>CLAIBORNE S. NEWLIN<br>CNEWLIN@MARKOWITZANDRICHMAN.COM |
| MARON MARVEL BRADLEY ANDERSON & TARDY, LLC<br>STEPHANIE A. FOX<br>SAF@MARONMARVEL.COM | MATTLEMAN WEINROTH & MILLER, P.C<br>CHRISTINA PROSS<br>CPROSS@MWM-LAW.COM | MCCARTER & ENGLISH, LLP<br>WILLIAM F. TAYLOR<br>WTAYLOR@MCCARTER.COM |
| MED ONE CAPITAL FUNDING, LLC.<br>DLEIGH@RQN.COM | MOYE WHITE LLP<br>TIMOTHY M. SWANSON<br>TIM.SWANSON@MOYEWHITE.COM | MOYE WHITE LLP<br>VIKRAMA S. CHANDRASHEKAR<br>VIKA.CHANDRASHEKAR@MOYEWHITE.COM |
| O'DONOGHUE & O'DONOGHUE LLP<br>LANCE GEREN, ESQ.<br>LGEREN@ODONOGHUELAW.COM | OFFICE OF ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF ATTORNEY GENERAL<br>DAVID DEMBE<br>DDEMBE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>LISA M. RHODE<br>LRHODE@ATTORNEYGENERAL.GOV | OFFICE OF ATTORNEY GENERAL<br>RYAN B. SMITH<br>RBSMITH@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | O'MELVENY & MYERS, LLP<br>DANIEL S. SHAMAH<br>DSHAMAH@OMM.COM | O'MELVENY & MYERS, LLP<br>DIANA M. PEREZ<br>DPEREZ@OMM.COM |
| O'MELVENY & MYERS, LLP<br>SUZZANNE UHLAND<br>SUHLAND@OMM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>TIMOTHY P. CAIRNS<br>TCAIRNS@PSZJLAW.COM |
| PEARLMAN & MIRANDA, LLC.<br>PATRICIA A CELANO<br>PCELANO@PEARLMANMIRANDA.COM | PEPPER HAMILTON, LLP<br>FRANCIS J. LAWALL<br>LAWALLF@PEPPERLAW.COM | PEPPER HAMILTON, LLP<br>MARCY J. MCLAUGHLIN<br>MCLAUGHLINM@PEPPERLAW.COM |
| POLSINELLI P.C<br>CHRISTOPHER A. WARD<br>CWARD@POLSINELLI.COM | RICHARDS LAYTON & FINGER, PA<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS LAYTON & FINGER, PA<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS LAYTON & FINGER, PA<br>MICHAEL J. MERCHANT<br>MERCHANT@RLF.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>RICHARD A. BARKASY<br>RBARKASY@SCHNADER.COM | SHIPMAN & GOODWIN LLP<br>ERIC S. GOLDSTEIN<br>EGOLDSTEIN@GOODWIN.COM |
| SILLS CUMMIS & GROSS P.C<br>ANDREW H. SHERMAN<br>ASHERMAN@SILLSCUMMIS.COM | SILLS CUMMIS & GROSS P.C.<br>BORIS I. MANKOVETSKIY<br>BMANKOVETSKIY@SILLSCUMMIS.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | STINSON LLP<br>DARRELL CLARK<br>DARRELL.CLARK@STINSON.COM | STINSON LLP<br>TRACEY M. OHM<br>TRACEY.OHM@STINSON.COM |
| STOEL RIVES LLP<br>MARC A. AL<br>MARC.AL@STOEL.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>GRETCHEN M. SANTAMOUR<br>GSANTAMOUR@STRADLEY.COM | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>JOELLE E. POLESKY<br>JPOLESKY@STRADLEY.COM |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP<br>SABRINA L. STREUSAND<br>STREUSAND@SLOLLP.COM | SULLIVAN, HAZELTINE, ALLISON, LLC.<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | THE ROSNER LAW GORUP LLC<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |

| | | |
|---|---|---|
| TROUTMAN SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>JESSICA.MIKHAILEVICH@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>LOUIS CURCIO<br>LOUIS.CURCIO@TROUTMAN.COM | TROUTMAN SANDERS LLP<br>MATTHEW R. BROOKS<br>MATTHEW.BROOKS@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MARCUS.S.SACKS@USDOJ.GOV | UNDERWOOD PERKINS, P.C.<br>DAVID L. CAMPBELL<br>DCAMPBELL@UPLAWTX.COM | UNDERWOOD PERKINS, P.C.<br>ELI D. PIERCE<br>EPIERCE@UPLAWTX.COM |
| WHITE AND WILLIAMS LLP<br>AMY E. VULPIO<br>VULPIOA@WHITEANDWILLIAMS.COM | WHITE AND WILLIAMS LLP<br>MARC S. CASARINO<br>CASARINOM@WHITEANDWILLIAMS.COM | |

Parties Served:  98

# **EXHIBIT B**

| | | |
|---|---|---|
| BALLARD SPAHR LLP<br>ATTN: TOBEY M. DALUZ<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BALLARD SPAHR LLP<br>ATTN: VINCENT J. MARRIOTT<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | COMMONWEALTH OF PA, DEPT OF LABOR AND IND<br>COLLECTION SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 |
| FREEDMAN & LORRY, P.C.<br>C/O SUSAN A. MURRAY<br>ATTN: TRAINING & UPGRADING FUND<br>1601 MARKET ST, STE 1500<br>PHILADELPHIA, PA 19103 | MED ONE CAPITAL FUNDING, LLC.<br>C/O RAY QUINNEY & NEBECKER, P.C<br>ATTN: DAVID H. LEIGH<br>36 S STATE ST, 14TH FL<br>SALT LAKE CITY, UT 84111 | |

Parties Served: 5