# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**

Center City Healthcare, LLC

**Case No.:** 19–11466–KG

**Chapter:** 11

### *Notice of Deficiency*

☑ The document(s) you submitted to the Court was received on 10/31/2019 and has been docketed at Docket # 934 . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

☐ The bankruptcy petition you filed was received on . It was docketed and assigned Case # . At the time of the filing, the applicable photo identification requirement was not satisifed. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

☐ A bankruptcy petition, affirmed to be authorized to be filed on your behalf, was received on . It was docketed and assigned Case # . At the time of filing, the applicable photo identifcation requirement was not satisfied. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

☐ Other:

***Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov***

---

☑ I certify that this Notice of Deficiency was mailed on the date indicated below to:
2705 W. Silver Street, Philadelphia, PA 19132

*Una O'Boyle*
_____

Una O'Boyle, Clerk of Court

Date: 10/31/19                                        By:  ,/s/ Ginger Mace Deputy Clerk

(VAN–489)

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 19-11466-KG
Center City Healthcare, LLC                                               Chapter 11
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0311-1            User: GingerM          Page 1 of 4           Date Rcvd: Oct 31, 2019
                               Form ID: van489         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
intp           +Tremayne S. Lewis,    2705 W Silver Street,    Philadelphia, PA 19132-2539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
          Aaron S. Applebaum    on behalf of Debtor    Center City Healthcare, LLC aaron.applebaum@saul.com
          Adam H. Isenberg    on behalf of Debtor    Center City Healthcare, LLC aisenberg@saul.com
          Andrew Kelser    on behalf of Creditor    Benefit Fund for Hospital and Health Care Employees,
           Philadelphia and Vicinity akelser@odonoghuelaw.com
          Andrew H. Sherman    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           asherman@sillscummis.com
          Andrew L. Cole    on behalf of Creditor    Sodexo Management, Inc. acole@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com
          Benjamin A. Hackman    on behalf of U.S. Trustee    U.S. Trustee benjamin.a.hackman@usdoj.gov
          Boris I. Mankovetskiy    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors bmankovetskiy@sillscummis.com
          Brendan Joseph Schlauch    on behalf of Interested Party    American Academic Health Systems, LLC
           schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties, LLC
           schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Brendan Joseph Schlauch    on behalf of Interested Party    Broad Street Healthcare Properties, LLC
           schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Brendan Joseph Schlauch    on behalf of Interested Party    Philadelphia Academic Health Holdings
           LLC schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Brendan Joseph Schlauch    on behalf of Interested Party    Front Street Healthcare Properties II,
           LLC schlauch@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Brendan Joseph Schlauch    on behalf of Interested Party Joel   Freedman schlauch@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Brett D. Fallon    on behalf of Interested Party    Strategic Global Management, Inc.
           bfallon@morrisjames.com,   wweller@morrisjames.com;rzerbe@morrisjames.com
          Brett D. Fallon    on behalf of Interested Party    KPC Global bfallon@morrisjames.com,
           wweller@morrisjames.com;rzerbe@morrisjames.com
          Bryan J Hall    on behalf of Creditor    224 E. 13th Street Realty Corp. bhall@blankrome.com
          Bryan J Hall    on behalf of Creditor    Philadelphia College of Osteopathic Medicine
           bhall@blankrome.com
          Carol E. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of
           Attorney General cmomjian@attorneygeneral.gov
          Chantelle D'nae McClamb    on behalf of Creditor    Drexel University mcclambc@ballardspahr.com,
           maddoxm@ballardspahr.com
          Charles A. McCauley III    on behalf of Creditor    Mayflower Laundry and Textile Services, LLC
           cmccauley@offitkurman.com,   rcovington@offitkurman.com
          Christina J. Pross    on behalf of Creditor    PATHS LLC cpross@mwm-law.com
          Christopher A. Ward    on behalf of Creditor    BioCare, Inc., an Arizona for-profit corporation
           cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor    Vitalant, an Arizona non-profit corporation
           cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

District/off: 0311-1          User: GingerM          Page 2 of 4          Date Rcvd: Oct 31, 2019
                             Form ID: van489         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Christopher Dean Loizides    on behalf of Creditor    Global Neurosciences Institute, LLC
             loizides@loizides.com
            Christopher R. Momjian    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of
             Attorney General crmomjian@attorneygeneral.gov
            Claiborne S. Newlin    on behalf of Creditor    Philadelphia Hospital and Healthcare Employees -
             District 1199C Training and Upgrading Fund cnewlin@markowitzandrichman.com,
             kbrookes@markowitzandrichman.com
            Claiborne S. Newlin    on behalf of Creditor    Pennsylvania Association of Staff Nurses and Allied
             Professionals cnewlin@markowitzandrichman.com,   kbrookes@markowitzandrichman.com
            Curtis S. Miller    on behalf of Interested Party    Accreditation Council for Graduate Medical
             Education csmefiling@mnat.com,
             rfusco@mnat.com;greimann@mnat.com;curtis-miller-4921@ecf.pacerpro.com
            Dale E. Barney    on behalf of Creditor    Veolia Energy Philadelphia, Inc. dbarney@gibbonslaw.com
            Daniel K. Hogan    on behalf of Creditor    Hayes Locum, LLC dkhogan@dkhogan.com,
             gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel S. Shamah    on behalf of Interested Party Joel  Freedman dshamah@omm.com
            Daniel S. Shamah    on behalf of Interested Party    American Academic Health Systems, LLC
             dshamah@omm.com
            Daniel S. Shamah    on behalf of Interested Party    Philadelphia Academic Health Holdings LLC
             dshamah@omm.com
            Darrell W. Clark    on behalf of Creditor    Cerner Corporation dclark@stinson.com,
             cscott@stinson.com
            David Dembe    on behalf of Interested Party    Commonwealth of Pennsylvania, Office of Attorney
             General ddembe@attorneygeneral.gov
            David L. Campbell    on behalf of Creditor    Vizient, Inc. dcampbell@uplawtx.com,
             epierce@uplawtx.com
            David M. Klauder    on behalf of Interested Party Achintya  Moulick dklauder@bk-legal.com
            David M. Klauder    on behalf of Creditor Corinthia  Shields dklauder@bk-legal.com
            David M. Klauder    on behalf of Creditor    Suzanne Richards & Pamela Saechow dklauder@bk-legal.com
            David P. Primack    on behalf of Creditor    Crothall Healthcare, Inc. dprimack@mdmc-law.com,
             kpatterson@mdmc-law.com
            David W. Carickhoff    on behalf of Interested Party    Certain Physicians Under the Philadelphia
             Academic Health System Physician Practice Plan dcarickhoff@archerlaw.com
            Deirdre M. Richards    on behalf of Creditor    LEAF Capital Funding LLC
             drichards@finemanlawfirm.com
            Deirdre M. Richards    on behalf of Creditor    Rydal Square, L.P. drichards@finemanlawfirm.com
            Dennis A. Meloro    on behalf of Health Care Ombudsman    Suzanne Koenig, as Patient Care Ombudsman
             melorod@gtlaw.com,  bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
            Dennis A. Meloro    on behalf of Creditor    3M Company melorod@gtlaw.com,
             bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
            Drew  McGehrin    on behalf of Creditor    The Chubb Companies dsmcgehrin@duanemorris.com
            E. Todd Sable    on behalf of Interested Party    SBJ Group Inc. tsable@honigman.com
            Elihu Ezekiel Allinson, III    on behalf of Creditor    Urology for Children, LLC
             ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
            Eric S. Goldstein    on behalf of Creditor    The Advisory Board Company egoldstein@goodwin.com,
             bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
            Frederick B. Rosner    on behalf of Creditor    Medline Industries, Inc. rosner@teamrosner.com
            George P. Angelich    on behalf of Creditor    Medline Industries, Inc.
             angelich.george@arentfox.com,  beth.brownstein@arentfox.com;phillip.khezri@arentfox.com
            Gregory A. Taylor    on behalf of Interested Party    Capital One, N.A. gtaylor@ashbygeddes.com
            Gregory Joseph Flasser    on behalf of Interested Party    UnitedHealthcare Insurance Company
             gflasser@bayardlaw.com
            Gregory Joseph Flasser    on behalf of Interested Party    Attorneys for The Advisory Board Company
             gflasser@bayardlaw.com
            Holly M Smith    on behalf of Interested Party    Watts Restoration Company, Inc. smith@lrclaw.com,
             Ramirez@lrclaw.com;Dellose@lrclaw.com;Butler@lrclaw.com
            Howard A. Cohen    on behalf of Creditor    Veolia Energy Philadelphia, Inc. hcohen@gibbonslaw.com
            Jarret P. Hitchings    on behalf of Creditor    Albert Einstein Healthcare Network
             jphitchings@duanemorris.com
            Jason A. Gibson    on behalf of Creditor    Medline Industries, Inc. gibson@teamrosner.com
            Jason A. Gibson    on behalf of Interested Party    Cooper University Healthcare
             gibson@teamrosner.com
            Jeffrey  Kurtzman    on behalf of Creditor    Rydal Square, L.P. kurtzman@kurtzmansteady.com
            Jeffrey C. Hampton    on behalf of Debtor    Center City Healthcare, LLC jeffrey.hampton@saul.com
            Jeffrey R Barber    on behalf of Creditor    Ensemble RCM, LLC d/b/a Ensemble Health Partners
             jbarber@joneswalker.com
            Jeffrey R. Waxman    on behalf of Creditor    Herman Goldner Co., Inc. jwaxman@morrisjames.com,
             wweller@morrisjames.com;jdawson@morrisjames.com;rzerbe@morrisjames.com
            Jeremy William Ryan    on behalf of Interested Party    SBJ Group Inc. jryan@potteranderson.com,
             bankruptcy@potteranderson.com
            Jody C. Barillare    on behalf of Creditor    General Healthcare Resources, LLC
             jody.barillare@morganlewis.com,  lori.gibson@morganlewis.com
            Joelle E. Polesky    on behalf of Creditor    MidCap Financial Trust jpolesky@stradley.com,
             tmitchell@stradley.com
            Joelle E. Polesky    on behalf of Creditor    MidCap Funding IV Trust (formally known as MidCap
             Funding IV, LLC) jpolesky@stradley.com,  tmitchell@stradley.com
            Joelle E. Polesky    on behalf of Creditor    MidCap Funding H Trust jpolesky@stradley.com,
             tmitchell@stradley.com

District/off: 0311-1          User: GingerM          Page 3 of 4          Date Rcvd: Oct 31, 2019
                             Form ID: van489        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Henry Schanne, II   on behalf of Interested Party   Temple University Health System, Inc.
           schannej@pepperlaw.com,
           wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
           molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Joseph H. Huston, Jr.   on behalf of Interested Party   TOWER HEALTH SERVICES jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Interested Party   St. Christopher's Hospital for Children
           Medical Staff jmcmahon@ciardilaw.com
          Judy D. Thompson   on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
          Julia Bettina Klein   on behalf of Creditor   Premier, Inc. klein@kleinllc.com
          Julia Bettina Klein   on behalf of Creditor   AmeriHealth HMO, Keystone Health Plan East and QCC
           Insurance Company klein@kleinllc.com
          Justin R. Alberto   on behalf of Creditor   Association of American Medical Colleges
           jalberto@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Justin R. Alberto   on behalf of Creditor   Educational Commission for Foreign Medical Graduates
           jalberto@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
          Kate R. Buck   on behalf of Creditor   Atlantic City Energy Company kbuck@mccarter.com
          Kate R. Buck   on behalf of Creditor   PECO Energy Company kbuck@mccarter.com
          Katharina Earle   on behalf of Interested Party   Capital One, N.A. kearle@ashbygeddes.com
          Kevin G. Collins   on behalf of Creditor   Roche Diagnostics Corporation kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Lance Michael Geren   on behalf of Creditor   Trustees of the Pension Fund for Hospital and
           Health Care Employees Philadelphia and Vicinity lgeren@odonoghuelaw.com,
           akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Lance Michael Geren   on behalf of Creditor   Benefit Fund for Hospital and Health Care Employees,
           Philadelphia and Vicinity lgeren@odonoghuelaw.com,
           akelser@odonoghuelaw.com;dkeenan@odonoghuelaw.com
          Laura  Davis  Jones   on behalf of Creditor   Tenet Business Services Corp. ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Creditor   Conifer Revenue Cycle Solutions, LLC
           ljones@pszjlaw.com
          Lawrence A. Lichtman   on behalf of Interested Party   SBJ Group Inc. LLichtman@honigman.com
          Louis A. Curcio   on behalf of Interested Party   Capital One, N.A. louis.curcio@troutman.com,
           john.murphy@troutman.com
          Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare, Inc.
           casarinom@whiteandwilliams.com,   debankruptcy@whiteandwilliams.com
          Marc Stephen Casarino   on behalf of Creditor   SpecialtyCare IOM Services, LLC
           casarinom@whiteandwilliams.com,   debankruptcy@whiteandwilliams.com
          Marcus Scott Sacks   on behalf of Creditor   UNITED STATES OF AMERICA marcus.s.sacks@usdoj.gov,
           Hillary.Burchuk@fcc.gov
          Marcy J. McLaughlin   on behalf of Interested Party   Temple University Health System, Inc.
           mclaughlinm@pepperlaw.com,   molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Marita  Erbeck   on behalf of Interested Party   Thomas Jefferson University marita.erbeck@dbr.com
          Marita  Erbeck   on behalf of Interested Party   Thomas Jefferson University Hospitals, Inc.
           marita.erbeck@dbr.com
          Mark  Minuti   on behalf of Debtor   St. Christopher's Healthcare, LLC mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   St. Christopher's Pediatric Urgent Care Center, L.L.C.
           mark.minuti@saul.com,   robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   HPS of PA, L.L.C. mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   Philadelphia Academic Health System, LLC
           mark.minuti@saul.com,   robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   TPS of PA, L.L.C. mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   TPS V of PA, L.L.C. mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   Philadelphia Academic Medical Associates, LLC
           mark.minuti@saul.com,   robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   TPS III of PA, L.L.C. mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   TPS II of PA, L.L.C. mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   TPS IV of PA, L.L.C. mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   Center City Healthcare, LLC mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   SCHC Pediatric Associates, L.L.C. mark.minuti@saul.com,
           robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   SCHC Pediatric Anesthesia Associates, L.L.C.
           mark.minuti@saul.com,   robyn.warren@saul.com
          Mark  Minuti   on behalf of Debtor   StChris Care at Northeast Pediatrics, L.L.C.
           mark.minuti@saul.com,   robyn.warren@saul.com
          Mark D. Collins   on behalf of Interested Party Joel  Freedman
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Interested Party   American Academic Health Systems, LLC
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Interested Party   Philadelphia Academic Health Holdings LLC
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1          User: GingerM          Page 4 of 4          Date Rcvd: Oct 31, 2019
                             Form ID: van489          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Megan N. Harper    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
          Michael Comrie Heyden, Jr.    on behalf of Interested Party   Amicus Curiae mheyden@grsm.com
          Monica Mathews Reynolds    on behalf of Interested Party   Watts Restoration Company, Inc.
           mreynolds@cwolaw.com
          Monique Bair DiSabatino    on behalf of Debtor   Center City Healthcare, LLC
           monique.disabatino@saul.com,  robyn.warren@saul.com
          Natasha M. Songonuga    on behalf of Interested Party   Hackensack Meridian Health
           nsongonuga@gibbonslaw.com
          Nicholas J. LePore, III    on behalf of Interested Party   Commonwealth of Pennsylvania Department
           of Health nlepore@schnader.com
          Paige Noelle Topper    on behalf of Interested Party   Accreditation Council for Graduate Medical
           Education ptopper@mnat.com,  rfusco@mnat.com
          Pamela Elchert Thurmond    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           pelchertthurmond@gmail.com
          Patrick A. Jackson    on behalf of Creditor   Gift of Life Donor Program, Greater Delaware Valley
           Society Patrick.jackson@dbr.com,  cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
          Patrick A. Jackson    on behalf of Interested Party   Thomas Jefferson University
           Patrick.jackson@dbr.com,  cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
          Patrick A. Jackson    on behalf of Interested Party   Thomas Jefferson University Hospitals, Inc.
           Patrick.jackson@dbr.com,  cathy.greer@dbr.com,patrick-jackson-9046@ecf.pacerpro.com
          Pearl Pham    on behalf of Creditor   PHILADELPHIA GAS WORKS pearl.pham@pgworks.com
          R. Stephen McNeill    on behalf of Interested Party   SBJ Group Inc.
           bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Reliable Companies    gmatthews@reliable-co.com
          Richard A. Barkasy    on behalf of Interested Party   Commonwealth of Pennsylvania Department of
           Health rbarkasy@schnader.com
          Rick S. Miller    on behalf of Creditor   ThyssenKrupp Elevator Corporation
           rmiller@ferryjoseph.com,  mstucky@ferryjoseph.com
          Ryan B Smith    on behalf of Interested Party   Commonwealth of Pennsylvania, Office of Attorney
           General rbsmith@attorneygeneral.gov
          Sabrina L. Streusand    on behalf of Creditor   NTT Data Services ,  prentice@slollp.com
          Shawn M. Christianson    on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Sophie E. Macon    on behalf of Creditor   Association of American Medical Colleges
           smacon@bayardlaw.com,  ehendry@bayardlaw.com
          Sophie E. Macon    on behalf of Creditor   Educational Commission for Foreign Medical Graduates
           smacon@bayardlaw.com,  ehendry@bayardlaw.com
          Stephanie A. Fox    on behalf of Creditor   Coloplast Corp. saf@maronmarvel.com,
           kkw@maronmarvel.com
          Stuart M. Brown    on behalf of Interested Party   PAHH Bellet MOB, LLC; PAHH Broad Street MOB,
           LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College, MOB, LLC; and PAHH
           Wood Street Garage, LLC stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown    on behalf of Interested Party   Harrison Street Real Estate, LLC and its
           affiliates stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Susan Murray    on behalf of Creditor   Philadelphia Hospital and Healthcare Employees- District
           1199C Training and Upgrading Fund smurray@freedmanlorry.com
          Thomas M. Horan    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           thoran@foxrothschild.com,  mwilmer@foxrothschild.com;ahrycak@foxrothschild.com
          Timothy Swanson    on behalf of Interested Party   Renal Treatment Centers-Northeast, Inc.
           tim.swanson@moyewhite.com,  audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
          Timothy Swanson    on behalf of Interested Party   DaVita, Inc. tim.swanson@moyewhite.com,
           audra.albright@moyewhite.com;vika.chandrashekar@moyewhite.com
          Timothy P. Cairns    on behalf of Creditor   Conifer Revenue Cycle Solutions, LLC
           tcairns@pszjlaw.com
          Timothy P. Cairns    on behalf of Creditor   Tenet Business Services Corp. tcairns@pszjlaw.com
          Tobey M. Daluz    on behalf of Creditor   Drexel University daluzt@ballardspahr.com,
           maddoxm@ballardspahr.com
          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          Vikrama S. Chandrashekar    on behalf of Creditor   Renal Treatment Centers-Northeast, Inc.
           vika.chandrashekar@moyewhite.com,  robin.anderson@moyewhite.com
          Vikrama S. Chandrashekar    on behalf of Creditor   DaVita, Inc. vika.chandrashekar@moyewhite.com,
           robin.anderson@moyewhite.com
          Vincent J Marriott, III    on behalf of Creditor   Drexel University marriott@ballardspahr.com
          William D. Sullivan    on behalf of Creditor   Laboratory Corporation of America Holdings
           wdsecfnotices@sha-llc.com
          William D. Sullivan    on behalf of Creditor   Monogram Biosciences, Inc. wdsecfnotices@sha-llc.com
          William F. Taylor, Jr.    on behalf of Creditor   Atlantic City Energy Company
           bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor   Constellation New Energy - Gas Division, LLC
           bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor   PECO Energy Company bankruptcydel@mccarter.com,
           bankruptcydel@mccarter.com
          William F. Taylor, Jr.    on behalf of Creditor   Cerner Corporation bankruptcydel@mccarter.com,
           bankruptcydel@mccarter.com
                                                                              TOTAL: 150