# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>Hearing Date:  December 9, 2019 at 10:00 a.m.<br>Objection Deadline:  November 25, 2019 at 4:00 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that NG 1500 Market St. LLC (the "Landlord") filed the *Motion of NG 1500 Market St. LLC for an Order Compelling Debtor Philadelphia Academic Health System, LLC to Immediately Pay Unpaid Post-Petition Rent and Other Obligations under Unexpired Lease Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon the undersigned counsel for the Landlord, so as to actually be received by the Bankruptcy Court and the Landlord's counsel by on or before **November 25, 2019 at 4:00 p.m.** (Eastern Time).  If no objections are timely filed in accordance with the above procedures, the Landlord shall file a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

Certificate of No Objection and the Court may grant the relief requested in the Motion without further notice of hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held before the Honorable Kevin Gross, United States Bankruptcy Court Judge at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **December 9, 2019 at 10:00 a.m. (Eastern).** Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at and receive notice of such hearing.

Dated: November 4, 2019
      Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
jcarroll@cozen.com

and

Eric L. Scherling *(not admitted in DE)*
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2042
Facsimile: (215) 701-2081
escherling@cozen.com

*Counsel to NG 1500 Market St. LLC*