# EXHIBIT "A"



NIGHTINGALE
R E A L T Y

29-Oct-19                    THS-1

Philadelphia Academic Health Systems
222 N Sepulveda Blvd, Suite 900
El Segundo, CA 90245


RE:                    NG 1500 Market LLC
                       1500 Market Street

| Date | Description | | Totals | | Outstanding Amounts | | | | |
|------|-------------|---|--------|---|---------|----|----|----|-----|
| | | | | | Current | 30 | 60 | 90 | 120 |
| 7/1/2019 ACS | Access Cards | CH | $ 20.00 | $ - | $ - | $ - | $ - | $ 20.00 |
| 7/1/2019 ANT | Antenna/Roof Access | CH | $ 1,600.00 | $ - | $ - | $ - | $ - | $ 1,600.00 |
| 7/1/2019 RET | REAL ESTATE TAXES | CH | $ 582.51 | $ - | $ - | $ - | $ - | $ 582.51 |
| 7/1/2019 RNT | BASE RENT | CH | $ 18,252.42 | $ - | $ - | $ - | $ - | $ 18,252.42 |
| 7/1/2019 USE | Use and Occupancy | CH | $ 1,530.64 | $ - | $ - | $ - | $ - | $ 1,530.64 |
| 8/1/2019 ANT | Antenna/Roof Access | CH | $ 1,600.00 | $ - | $ - | $ - | $ 1,600.00 | $ - |
| 8/1/2019 LTF | LATE FEES | CH | $ 480.00 | $ - | $ - | $ - | $ 480.00 | $ - |
| 8/1/2019 LTF | LATE FEES | CH | $ 6,119.16 | $ - | $ - | $ - | $ 6,119.16 | $ - |
| 8/1/2019 RET | REAL ESTATE TAXES | CH | $ 582.51 | $ - | $ - | $ - | $ 582.51 | $ - |
| 8/1/2019 RNT | BASE RENT | CH | $ 18,252.42 | $ - | $ - | $ - | $ 18,252.42 | $ - |
| 8/1/2019 USE | Use and Occupancy | CH | $ 1,530.64 | $ - | $ - | $ - | $ 1,530.64 | $ - |
| 8/12/2019 LTF | LATE FEES | CH | $ 8,155.71 | $ - | $ - | $ 8,155.71 | $ - | $ - |
| 8/12/2019 LTF | LATE FEES | CH | $ 640.00 | $ - | $ - | $ 640.00 | $ - | $ - |
| 9/1/2019 ANT | Antenna/Roof Access | CH | $ 1,600.00 | $ - | $ - | $ 1,600.00 | $ - | $ - |
| 9/1/2019 RET | REAL ESTATE TAXES | CH | $ 582.51 | $ - | $ - | $ 582.51 | $ - | $ - |
| 9/1/2019 RNT | BASE RENT | CH | $ 18,252.42 | $ - | $ - | $ 18,252.42 | $ - | $ - |
| 9/1/2019 USE | Use and Occupancy | CH | $ 1,530.64 | $ - | $ - | $ 1,530.64 | $ - | $ - |
| 9/12/2019 LTF | LATE FEES | CH | $ 8,131.16 | $ - | $ 8,131.16 | $ - | $ - | $ - |
| 10/1/2019 ANT | Antenna/Roof Access | CH | $ 1,600.00 | $ - | $ 1,600.00 | $ - | $ - | $ - |
| 10/1/2019 RET | REAL ESTATE TAXES | CH | $ 582.51 | $ - | $ 582.51 | $ - | $ - | $ - |
| 10/1/2019 RNT | BASE RENT | CH | $ 18,252.42 | $ - | $ 18,252.42 | $ - | $ - | $ - |
| 10/1/2019 USE | Use and Occupancy | CH | $ 1,530.64 | $ - | $ 1,530.64 | $ - | $ - | $ - |
| 10/18/2019 LTF | LATE FEES | CH | $ 5,955.73 | $ 5,955.73 | $ - | $ - | $ - | $ - |
| Total: | | | $ 117,364.04 | $ 5,955.73 | $ 30,096.73 | $ 30,761.28 | $ 28,564.73 | $ 21,985.57 |

**ENTITY 150MKT Total:**