**EXHIBIT "2"**

# FIRST AMENDMENT TO
# CLINICAL SERVICE CHIEF, NEUROSURGERY COVERAGE AND
# NEUROSURGERY/TRAUMA ON-CALL COVERAGE SERVICES AGREEMENT

**THIS FIRST AMENDMENT TO CLINICAL SERVICE CHIEF, NEUROSURGERY COVERAGE AND NEUROSURGERY/TRAUMA ON-CALL COVERAGE SERVICES AGREEMENT** ("First Amendment") is made and entered into as of the Commencement Date (as hereinafter defined) by and between **Center City Healthcare, LLC d/b/a Hahnemann University Hospital**, a Delaware limited liability company ("Hospital"), successor-by-assignment to Tenet Health System Hahnemann, LLC, and **Global Neurosciences Institute, LLC**, a New Jersey limited liability company ("GNI") (each individual party is sometimes hereinafter referred to as a "Party" or, collectively, as the "Parties").

## RECITALS

A.  Hospital provides for the care and treatment of patients at one or more clinics and hospitals located in greater Philadelphia, Pennsylvania, and the surrounding region (the "Area"), including at Hahnemann University Hospital.

B.  Hospital and GNI entered into a Clinical Service Chief, Neurosurgery Coverage and Neurosurgery/Trauma On-Call Coverage Services Agreement, dated as of March 6, 2015, (the "Agreement"), which sets forth the Parties' respective rights, duties, and obligations regarding GNI's provision of, among other services, neurosurgery, neurosurgical on-call coverage services and on-site coverage services to Hospital.

C.  Hospital provides certain non-physician personnel in the performance of the Coverage Services under the Agreement, including sufficient Physician Assistant FTEs to provide appropriate coverage in connection with the Coverage Services.

D.  Due to a number of factors, including Physician Assistant resignations at the Hospital, Hospital has requested, and GNI has agreed, for GNI to provide Physician Assistant coverage in the performance of the Coverage Services for the Hospital for the remainder of the Term or any extension thereof.

E.  The Parties now wish to amend the Agreement to utilize the services of and arrange for GNI's provision of Physician Assistant FTEs to provide appropriate coverage in connection with the Coverage Services.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Agreement is hereby amended as follows:

1.  If not otherwise defined herein, all capitalized terms used in this First Amendment shall have the same meanings ascribed to them in the Agreement.

2.  All references in the Agreement to "THSH" shall be deleted and replaced by references to "Hospital".

3. Section 6.3 of the Agreement titled "Provision of Personnel by the THSH" is hereby deleted in its entirety and replaced with the following:

"**Section 6.3** Provision of Personnel by Hospital. Hospital will provide appropriate non-physician, clinical, technical and housekeeping personnel (excluding Physician Assistant coverage) as shall be reasonably necessary for the performance of Coverage Services at a level appropriate for maintaining professionally acceptable levels of professional practice relative to the Center Programs. As from a clinical perspective, this will include nursing staff for the Neuro ICU, Operating Room staffing, Endovascular Interventional Suite staffing, and Anesthesia staffing as determined by Hospital in consultation with GNI. Notwithstanding the foregoing, GNI shall provide sufficient Physician Assistant FTEs trained in coverage of neurosurgical patients ("Physician Assistant FTEs") to provide appropriate coverage in connection with the Coverage Services, as mutually determined by GNI and Hospital. Based on historical and projected patient census levels, Hospital and GNI have mutually agreed that seven (7) Physician Assistant FTEs are required to provide sufficient staffing from a patient safety perspective on a 24/7/365 basis. GNI and Hospital will meet and confer to assess the Physician Assistant FTEs required on a periodic basis and adjust, as necessary, including any compensation associated therewith."

4. The following paragraphs shall be added to Section 4.1 of the Agreement titled "Compensation" and all subsequent subsections in Section 4.1 shall be renumbered accordingly:

"(c) GNI will provide Physician Assistant FTEs to provide appropriate coverage to the Hospital in connection with the Coverage Services (the "PA Coverage"). Hospital will pay GNI a daily rate of Twenty-eight Hundred Seventy-Two Dollars and Eleven Cents ($2,872.11) based upon a rate of Seventy-Two and 00/100 Dollars ($72.00) per hour for Physician Assistant FTE Coverage provided by GNI to Hospital. To receive payment for the PA Coverage, GNI shall complete and submit an activity/time log of the duties and hours performed in a mutually agreeable format. This daily rate includes all salary, benefits, overhead and personal time off for seven (7) PA FTEs."

(d) GNI will provide certain mutually determined training on an ongoing basis including onboarding for the Physician Assistants (the "PA Training") in connection with the PA Coverage services to Hospital. In addition to the PA Coverage compensation, for the PA Training, Hospital will pay GNI Eight Thousand and 00/100 Dollars ($8,000.00) per year for each PA FTE."

4. The term Commencement Date shall mean the date set in the Commencement Certificate attached hereto as **Exhibit A** to the First Amendment.

5. Except as expressly provided hereinabove, all other terms, covenants, and conditions of the Agreement shall apply and remain in full force and effect. In the event of any conflict between the terms of the Agreement and the terms of this First Amendment, this First Amendment will be deemed to have superseded those of the Agreement and will exclusively govern the matter in question.

2

**CENTER CITY HEALTHCARE, LLC:**

By: _____
Joel Freedman, President

**GNI Neurosciences Institute, LLC:**

By: _____
Erol Veznedaroglu, MD
President & CEO

## Exhibit A

### Commencement Certificate

The Commencement Date shall mean **March 15, 2019**

REVIEWED BY THE LEGAL DEPARTMENT:

By: *Samartha Gross*

*The date above will be inserted by The Legal Department after the contract has all blanks filled in, has been signed by all parties thereto and has been faxed or emailed to The Legal Department. The Physician Practices CEO should assure that the original contract is mailed to The Legal Department promptly after it has been faxed or emailed.*

Exhibit B