**EXHIBIT "3"**

**From:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Sent:** Thursday, August 29, 2019 3:25 PM
**To:** Don Damico <ddamico@gnineuro.org>; Brian Crocitto <Brian.Crocitto@americanacademic.com>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Subject:** Re: Global Neurosciences Invoices - August - Week 5 of 5

Don,

As mentioned in the previous email this week, the contract with GNI for Hahnemann was terminated by a bankruptcy judge as of August 2, 2019. We are not permitted to make payments on terminated contracts.

You will need to determine how you address issues of employment with your team.

We will review the St. Christopher invoice for payment.

Thanks,

Dion

_____

**From:** Don Damico
**Sent:** Thursday, August 29, 2019 3:13 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** Global Neurosciences Invoices - August - Week 5 of 5

Brian:

Good afternoon. Attached are invoices for August Week 5 for both St. Chris and Hahnemann. While we have exchanged communication this week regarding Hahnemann invoices for August, I am submitting the Hahnemann invoice for the final week of August since we had to secure and commit to coverage from both neurosurgeons and physician assistants back in mid-July to guarantee August coverage at Hahnemann per our contractual agreement. As usual, can you please let me know when the funds are wired for the St. Chris invoice tomorrow so I can confirm on my end. Thanks for your assistance.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org

_____

**From:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Sent:** Tuesday, August 27, 2019 11:33 AM

**To:** Don Damico <ddamico@gnineuro.org>; Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Subject:** Re: Global Neurosciences Invoices - August - Week 4 of 5

Don,

The HUH coverage contract was rejected in bankruptcy court as of August 2, 2019 per the bankruptcy judges order (attached here for your reference).

Our records indicate you were paid for services through that date. Even while the ED had closed in July and we ceased functioning as a trauma 1 level facility with need for the coverage.

Thanks,

Dion

_____

**From:** Don Damico
**Sent:** Tuesday, August 27, 2019 11:26 AM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>; Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 4 of 5

Brian:

Following up on this. If we need to meet, just let me know. I do need a resolution to this non-payment issue as soon as possible. Please advise. Thanks.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



_____

_____

**From:** Don Damico
**Sent:** Friday, August 23, 2019 4:52 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>; Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE:
Global



Neurosciences Invoices - August - Week 4 of 5

I appreciate it, and thanks for this wire. Have a nice weekend.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



**From:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Sent:** Friday, August 23, 2019 4:49 PM
**To:** Don Damico <ddamico@gnineuro.org>; Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 4 of 5

Don – I will talk to Allen and Dion. See below for today's wire:


Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System
Office: 215-762-4879

_____
**From:** Don Damico
**Sent:** Friday, August 23, 2019 4:39 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>; Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 4 of 5

Understood regarding this one - thanks. We also need to get current on the 3 outstanding Hahnemann invoices. As communicated several weeks ago, we continue to have a valid agreement in place, and we have committed resources that have 3-6 month termination periods since we don't have the ability to transition them elsewhere. In addition to our neurosurgeons, this staffing includes the seven FTE Physician Assistants that Hahnemann transitioned to GNI just within the past 6 months. We are unable

3

to make payroll, and while we are out over $900,000 from pre-petition accounts due, your DIP financing is designed to stay current with payments post-petition. Please provide us with a plan approved by Allen to get us current within the next week. I appreciate your assistance with this.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



**From:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Sent:** Friday, August 23, 2019 4:30 PM
**To:** Don Damico <ddamico@gnineuro.org>; Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 4 of 5

Don – sorry for the delay, funding came in late today. We are wiring the $31,992 for the STC invoice attached today. It is pending Allen's approval now.

Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System
Office: 215-762-4879

**From:** Don Damico <ddamico@gnineuro.org>
**Sent:** Friday, August 23, 2019 4:28 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>; Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** FW: Global Neurosciences Invoices - August - Week 4 of 5

Brian, can you please confirm you are wiring payment today as requested yesterday for all pending invoices. Thanks.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



_____

**From:** Don Damico
**Sent:** Thursday, August 22, 2019 2:25 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** Global Neurosciences Invoices - August - Week 4 of 5

Brian:

Good afternoon. Attached are invoices for August Week 4 for both Hahnemann and St. Chris. As you're aware, you have not yet paid the prior two weeks invoices for Hahnemann which needs to get caught up as soon as possible. Can you please provide me with a plan to get caught up as well as processing both of this week's invoices so funds can be wired to me tomorrow. Please let me know when the funds are wired so I can confirm on my end. Thanks for your assistance.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org


_____

**From:** Don Damico
**Sent:** Tuesday, August 20, 2019 12:35 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 3 of 5

Brian, following up on this. Can you please get us the past due payment for the prior two HUH invoices wired to me today or tomorrow? Please let me know. Thanks.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



_____

**From:** Don Damico
**Sent:** Friday, August 16, 2019 3:57 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** Re: Global Neurosciences Invoices - August - Week 3 of 5

Can we please work to get caught up with the HUH payments early next week. This is now two payments that have been missed which is significantly impacting our ability to pay our employees. My understanding was that the DIP financing provides for making timely payments post-filing. Thanks for helping to resolve this as soon as possible.

Don

Sent from my iPhone

On Aug 16, 2019, at 3:08 PM, Brian Crocitto <Brian.Crocitto@americanacademic.com> wrote:

Don – unfortunately the STC piece is all we can swing this week.

Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System
Office: 215-762-4879

_____
**From:** Don Damico
**Sent:** Friday, August 16, 2019 2:44 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** Re: Global Neurosciences Invoices - August - Week 3 of 5

That's a problem. Any chance of getting at least one of the two HUH invoices paid today as well? That would be a big help.

Sent from my iPhone

On Aug 16, 2019, at 2:10 PM, Brian Crocitto <Brian.Crocitto@americanacademic.com> wrote:

Hi Don – we're wiring over the St. Chris payments for this week and last week shortly.  Unfortunately we're stuck on the HUH side for now.

Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System

6

Office: 215-762-4879

**From:** Don Damico <ddamico@gnineuro.org>
**Sent:** Friday, August 16, 2019 1:57 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 3 of 5

Brian, will you be able to wire funds today for the two weeks of outstanding invoices? Thanks for any update you can provide.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org

<image001.png>

**From:** Don Damico
**Sent:** Thursday, August 15, 2019 1:45 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** Global Neurosciences Invoices - August - Week 3 of 5

Brian:

Good afternoon. Attached are invoices for August Week 3 for both Hahnemann and St. Chris. Since there are 5 Fridays in August, I will submit 5 weekly invoices for processing this month. Thanks for getting these processed and funds wired to me tomorrow (along with last Friday's invoices that haven't yet been paid). Can you please let me know when the funds are wired so I can confirm on my end. Thanks again.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org

<image001.png>

_____
**From:** Don Damico
**Sent:** Wednesday, August 14, 2019 5:29 PM

**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Subject:** Re: Global Neurosciences Invoices - August - Week 2 of 5

Ok thanks

Sent from my iPhone

On Aug 14, 2019, at 5:25 PM, Brian Crocitto <Brian.Crocitto@americanacademic.com> wrote:

I'm optimistic that it will go out on Friday.

Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System
Office: 215-762-4879

**From:** Don Damico <ddamico@gnineuro.org>
**Sent:** Wednesday, August 14, 2019 3:21 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Subject:** Re: Global Neurosciences Invoices - August - Week 2 of 5

Brian, any update on last weeks payment? Thanks.

Don

Sent from my iPhone

On Aug 13, 2019, at 9:12 AM, Don Damico <ddamico@gnineuro.org> wrote:

Brian, good morning. Will you be able to get last weeks wire sent today or tomorrow at the latest? Please let me know. Thanks.

Don

Sent from my iPhone

_____
**From:** Don Damico
**Sent:** Friday, August 9, 2019 2:36 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 2 of 5

Ok I will check with you for an update early next week.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



**From:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Sent:** Friday, August 9, 2019 2:31 PM
**To:** Don Damico <ddamico@gnineuro.org>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 2 of 5

Don – Sorry for the delay.  Unfortunately due to some unexpected cash restrictions, we're not able to get a wire out today.  We're hoping to get back on track next week.


Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System
Office: 215-762-4879

**From:** Don Damico <ddamico@gnineuro.org>
**Sent:** Friday, August 9, 2019 2:11 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - August - Week 2 of 5

Brian:

Can you please advise status on timing of receiving this week's wire for invoices submitted yesterday? Thanks.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



**From:** Don Damico
**Sent:** Thursday, August 8, 2019 12:52 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** Global Neurosciences Invoices - August - Week 2 of 5

Brian:

Good afternoon. Attached are invoices for August Week 2 for both Hahnemann and St. Chris. Since there are 5 Fridays in August, I will submit 5 weekly invoices for processing this month. Thanks for getting these processed and funds wired to me tomorrow, similar to last Friday. Can you please let me know when the funds are wired so I can confirm on my end. Thanks again.


Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



_____

**From:** Don Damico
**Sent:** Friday, July 26, 2019 4:41 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - July: Week 4 of 4

Perfect. Thanks very much!

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



**From:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Sent:** Friday, July 26, 2019 4:36 PM

**To:** Don Damico <ddamico@gnineuro.org>
**Subject:** RE: Global Neurosciences Invoices - July: Week 4 of 4

Wire is complete, see below:



Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System
Office: 215-762-4879

**From:** Don Damico <ddamico@gnineuro.org>
**Sent:** Friday, July 26, 2019 3:43 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>; Dion Oglesby <Dion.Oglesby@americanacademic.com>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - July: Week 4 of 4

Thanks very much, Brian. I appreciate you processing this today. I haven't yet seen the wire transfer, but will let you know once it is received. Have a nice weekend!

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



**From:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Sent:** Friday, July 26, 2019 1:42 PM
**To:** Don Damico <ddamico@gnineuro.org>; Dion Oglesby <Dion.Oglesby@americanacademic.com>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Subject:** Re: Global Neurosciences Invoices - July: Week 4 of 4

Don - the wire was initiated earlier today. Should be approved shortly

Thank you,

Brian Crocitto
Vice President of Finance
American Academic Health System
Office: 267-940-6218

_____

**From:** Don Damico
**Sent:** Friday, July 26, 2019 1:35 PM
**To:** Dion Oglesby <Dion.Oglesby@americanacademic.com>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Cc:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - July: Week 4 of 4

Good afternoon. I received an out of office message from Brian. Can either of you please confirm that the Hahnemann weekly payment will be wired today based on my explanation below detailing that our agreement remains in full force and effect. Thanks.

Best Regards, Don

_____

**From:** Don Damico
**Sent:** Thursday, July 25, 2019 10:37 PM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - July: Week 4 of 4

Brian:

Thanks for payment of the St. Chris invoice per our mutually agreed-to weekly terms. Just to clarify, both the Hahnemann and St. Chris invoices submitted earlier today were for services provided this past week beginning last Monday and continuing through the end of the calendar month of July since our agreement was to invoice July in four installments.

Regarding the Hahnemann invoice, as you are aware, GNI is providing professional neurosurgical services fulfilling our commitments under the fully executed, long term contract with Hahnemann University Hospital.  This contract continues to be in full force and effect as it has not been rejected in the bankruptcy proceeding which requires appropriate notification to GNI. We have therefore continued to schedule clinical staff (neurosurgeons and physician assistants) and continue to provide 24/7 coverage fulfilling all of our obligations under the contract post-petition. We are, therefore, entitled to be paid, without delay, as agreed to in meetings with Dion, and your predecessor, Gary Bryant, who communicated that you will handle the transactions following his departure.  GNI has committed, and will continue to commit, our clinical resources to continue appropriate coverage as specified in our valid agreement and communicated these schedules to Hahnemann's hospital team. Your failure to pay this post-petition invoice is creating a significant financial burden to GNI, particularly since we have significant pre-petition amounts due to us pending the bankruptcy filing process.

Accordingly, can you please wire the amount due per the Hahnemann invoice submitted to you earlier today totaling $93,261.18. As always, I appreciate your assistance in these difficult times. Can you please let me know when the funds are wired tomorrow so I can confirm on my end. Thanks again.

Best Regards, Don

**Donald J. Damico**
C: 215-962-9600
Global Neurosciences Institute
gnineuro.org



**From:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Sent:** Thursday, July 25, 2019 3:13 PM
**To:** Don Damico <ddamico@gnineuro.org>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>; Allen Wilen <Allen.Wilen@americanacademic.com>
**Subject:** RE: Global Neurosciences Invoices - July: Week 4 of 4

Don – the below wire was sent earlier for St. Chris coverage for next week:



Hahnemann discharged their final inpatient today, so the service/coverage is not needed at Hahnemann going forward.

Thanks,

**Brian Crocitto**
Vice President of Finance
American Academic Health System
Office: 215-762-4879

**From:** Don Damico <ddamico@gnineuro.org>
**Sent:** Thursday, July 25, 2019 11:23 AM
**To:** Brian Crocitto <Brian.Crocitto@americanacademic.com>
**Cc:** Dion Oglesby <Dion.Oglesby@americanacademic.com>
**Subject:** Global Neurosciences Invoices - July: Week 4 of 4

Brian:

13

Good morning. Attached are invoices for Week 4 for July for both Hahnemann and St. Chris. I have included the period through the end of the month (7/22-31). Thanks for getting these processed and funds wired to me tomorrow, similar to last Friday. Can you please let me know when the funds are wired so I can confirm on my end. Thanks again.