**EXHIBIT "4"**



GLOBAL NEUROSCIENCES INSTITUTE
CLINICAL EXCELLENCE | RESEARCH | INNOVATION

# INVOICE

Global Neurosciences Institute, LLC
3100 Princeton Pike
Building 3, Suite D
Lawrenceville, NJ 08648
Phone: 844-464-6387

INVOICE #0819-02
DATE: 8/9/2019

TO:
Hahnemann University Hospital
Accounts Payable Department
PO Box 42487
Philadelphia, PA 19101
Attn: Brian Crocitto, VP Finance

FOR:
NEUROSURGERY/TRAUMA ON-CALL COVERAGE SERVICES AGREEMENT
– EFFECTIVE DATE MARCH 6, 2015

TIME PERIOD:  AUGUST 2019 – WEEK 2 OF 5

PLEASE NOTE: RATES INCLUDE CPI INFLATOR OF 3.81% EFFECTIVE
3/1/17 (3/1/17 vs 3/1/15) PER AGREEMENT SECTION 5.2

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| ON-CALL COVERAGE SERVICES – TRAUMA: AUGUST 5-11, 2019 RATE ($1400 X 1.0381 = $1453.34) | .2 MONTH | $1,453.34 / 24 HOUR DAY | $9,010.71 |
| ON-CALL COVERAGE SERVICES – NEUROSURGERY:  AUGUST 5-11, 2019 RATE ($1260 X 1.0381 = $1308.01) | .2 MONTH | $1,308.01 / 24 HOUR DAY | $8,109.66 |
| ON-SITE COVERAGE SERVICES - NEUROSURGERY: AUGUST 2019 RATE ($72,825 X 1.0381 = $75,599.63) | .2 MONTH | $75,599.63/MONTH | $15,119.93 |
| ON-SITE PHYSICIAN ASSISTANT COVERAGE SERVICES – AUGUST 2019 RATE ($2,872.11/24 HOUR PERIOD) | .2 MONTH | $2,872.11 / 24-HOUR PERIOD | $17,807.08 |
| PHYSICIAN ASSISTANT ONBOARDING & ONGOING TRAINING SERVICES – AUGUST 2019 ($8,000/FTE/YEAR FOR 7 FTEs = $56,000/YEAR; $4666.67/MONTH) | .2 MONTH | $4,666.67 / MONTH | $933.34 |
| MEDICAL ADMINISTRATIVE SERVICES PROVIDED BY CLINICAL SERVICE CHIEF/SUPPLEMENTAL PHYSICIAN – MAY 2019 - MAXIMUM OF $67,500/MONTH (TIME ALLOCATION WORKSHEETS ATTACHED) | 32 HOURS | $422/HOUR TO A MAX OF $67,500/MONTH | $13,504.00 |
|  |  |  |  |
|  |  | TOTAL | $64,484.72 |
|  |  |  |  |

Please make all checks payable to: Global Neurosciences Institute, LLC
    Terms: Due immediately upon receipt. Overdue accounts subject to a service charge of 1% per month.

**HAHNEMANN UNIVERSITY HOSPITAL**
**PHYSICIAN ASSISTANT COVERAGE TIME LOG**
**TIME PERIOD: AUGUST 2019 - WEEK 2 OF 5**

| DATE | 24 HOUR COVERAGE PROVIDED BY GNI PAs /GNI-COMPENSATED HUH RESIDENT MOONLIGHTERS |
|---|---|
| 7-Aug | 1 |
| 8-Aug | 1 |
| 9-Aug | 1 |
| 10-Aug | 1 |
| 11-Aug | 1 |
| 12-Aug | 1 |
| TOTAL 24 HOUR TIME PERIODS | 6 |

| CERTIFIED BY DONALD DAMICO, COO GNI | |
|---|---|
| DATE | 8/8/19 |

**APPENDIX D**

**TIME ALLOCATION WORKSHEET**

Director: ~~EROL VEZ NGOBROGLU MO~~
Director of ~~CLINICAL SERVICE CMOF NEUROSURGERY~~

Number of Calendar Months
Remaining in Agreement Term: 6

**A.    Directorship Duties.**

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

---

P 1/3

A-1

IMPORTANT NOTICES:

1. All information recorded on this Log must be legible. Please print or type all information.

2. Please total your hours prior to submitting this Log to your hospital representative.

B. LOG

| Date Activity Performed | Duty From List Above | Time Expended (Quarter Hours) | Activities Performed Under this Duty (Brief  Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/7-8/12 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 16 | Overall Program based directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Neurosurgery program to ensure adherence to established protocols and  comprehensive plan of care for HUH Neurosurgery patients. Includes oversight of Staff/Ancillary support, review/update of policies/protocols, monitoring staff behavior, developing/maintaining relationships with integrated/ancillary service lines, other hospitals,general medical community, supervision of medical directors and other neurosurgeons, supervision of system/patient issues, coordination of provider  schedules, investigating/mediating program issues/policy questions, complaints, etc., providing clinical leadership to physicians/physician extenders, neurosciences staff, oversight of physician behavior, quality of care, appropriate resource utilization, data analysis, managing relationship between HUH and governing  board of DNI |
| TOTAL - DR. VEZ | | 16 | |
| Month of August 2019 | | | |

l2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

| | | | |
|---|---|---|---|
| Chief Financial Officer | Date | Chief Executive Officer | Date |

P3/3

week 2 of 5

## APPENDIX D

### TIME ALLOCATION WORKSHEET

_KENNETH LIEBMAN, MD (SUPPLEMENTAL PHYSICIAN)_
_ON BEHALF OF:_

Director: _EROL VEZNEDROGLU MD_

Director of _CLINICAL SERVICE CHIEF, NEUROSURGERY_

**Number of Calendar Months Remaining in Agreement Term:** _6_

A.    **Directorship Duties.**

1.  Efficiently managing staff and ancillary support related to the neurosurgery service line.
2.  Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3.  Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4.  Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5.  Providing ongoing education and training materials for neurosurgery staff.
6.  Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7.  Coordinating medical residency teaching and conferences relating to neurosurgery.
8.  Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9.  Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10.  Coordinating providers schedules to ensure efficiency and maximum productivity.
11.  Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12.  Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13.  Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14.  Providing overall medical leadership to all staff associated with neurosurgery service line.
15.  Managing physician behavior including customer service and code of conduct.
16.  Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17.  Serving as liaison between THSH and the governing board/council of DNI.
18.  Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

P 1/3

**IMPORTANT NOTICES:**

1. All information recorded on this Log must be legible. Please print or type all information.

2. Please total your hours prior to submitting this Log to your hospital representative.

B. LOG

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/7-8/12 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 8 | Overall Neurosurgical Critical Care related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Neuro ICU program to ensure adherence to established protocols and comprehensive plan of care for HUH Neurosurgery critical care patients. Includes oversight of Staff/Ancillary support, review/update of policies/protocols, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, supervision of neurosurgeons/advanced practitioners in critical care, supervision of system/patient issues, oversight of critical care provider schedules, investigating/mediating critical care issues/policy questions, complaints, etc., providing critical care clinical leadership to physicians/physician extenders, neurosciences staff, oversight of physician behavior, quality of care, appropriate resource utilization, data analysis, etc |
| | | | |
| **TOTAL - DR. LIEBMAN** | | **8** | |
| | | | |
| Month of August 2019 | | | |

P2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

*&3/3*

*WEEK 2 of 5*

Month of ___AUG___ , 2009
(Use Additional Pages as Necessary)

## APPENDIX D

### TIME ALLOCATION WORKSHEET

MANDY J. BIMMING, MD (SUPPLEMENTAL PHYSICIAN)
ON BEHALF OF:

Director: _EROL VEZNEDROGLU MD_          **Number of Calendar Months**

Director of _CLINICAL SERVICE DUTIES NEUROSURGERY_ Remaining in Agreement Term: _6_

**A.    Directorship Duties.**

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

_P 1/3_

| IMPORTANT NOTICES: | | | |
|---|---|---|---|
| 1. All information recorded on this Log must be legible. Please print or type all information. | | | |
| 2. Please total your hours prior to submitting this Log to your hospital representative. | | | |

**B. LOG**

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/7-8/12 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 8 | Overall Stroke Program related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Stroke Program, Clinically coordinating stroke program with other HUH clinicians (ED physicians, neurologists, referring/attendings, RNs, midlevels) to ensure ongoing compliance with Joint Commission "Get with the Guidlines" stroke standards/protocols and seamless, Development and Oversight of comprehensive plan of care for stroke patients, ongoing reviews of data, patient care records, analyzing areas of proficiency and appropriate care, supervising clinicians, analyzing and addressing concerns & complaints on an ongoing basis, ensuring adherence to established protocols and comprehensive plan of care for HUH stroke patients, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, oversight of RNs, advanced practitioners, supervision of patient issues, investigating/mediating critical care issues/policy questions, complaints, etc., providing stroke program clinical leadership to physicians/physician extenders, neurosciences staff, oversight of quality of care, appropriate resource utilization, data analysis, etc |
| **TOTAL - DR. BINNING** | | **8** | |

| Month of August 2019 |
|---|

8 2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

Page ___ of ___ Total Pages

Week 2 or 5

Month of ___ , 2019

(Use Additional Pages as Necessary)



**GLOBAL NEUROSCIENCES INSTITUTE**
CLINICAL EXCELLENCE | RESEARCH | INNOVATION

# INVOICE

**Global Neurosciences Institute, LLC**
3100 Princeton Pike
Building 3, Suite D
Lawrenceville, NJ 08648
Phone: 844-464-6387

INVOICE #0819-03
DATE: 8/15/2019

TO:
Hahnemann University Hospital
Accounts Payable Department
PO Box 42487
Philadelphia, PA 19101
Attn: Brian Crocitto, VP Finance

FOR:
NEUROSURGERY/TRAUMA ON-CALL COVERAGE SERVICES AGREEMENT
– EFFECTIVE DATE MARCH 6, 2015

TIME PERIOD:  AUGUST 2019 – WEEK 3 OF 5

PLEASE NOTE: RATES INCLUDE CPI INFLATOR OF 3.81% EFFECTIVE
3/1/17 (3/1/17 vs 3/1/15) PER AGREEMENT SECTION 5.2

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| ON-CALL COVERAGE SERVICES – TRAUMA: AUGUST 12-18, 2019 RATE ($1400 X 1.0381 = $1453.34) | .2 MONTH | $1,453.34 / 24 HOUR DAY | $9,010.71 |
| ON-CALL COVERAGE SERVICES – NEUROSURGERY:  AUGUST 12-18, 2019 RATE ($1260 X 1.0381 = $1308.01) | .2 MONTH | $1,308.01 / 24 HOUR DAY | $8,109.66 |
| ON-SITE COVERAGE SERVICES - NEUROSURGERY: AUGUST 2019 RATE ($72,825 X 1.0381 = $75,599.63) | .2 MONTH | $75,599.63/MONTH | $15,119.93 |
| ON-SITE PHYSICIAN ASSISTANT COVERAGE SERVICES – AUGUST 2019 RATE ($2,872.11/24 HOUR PERIOD) | .2 MONTH | $2,872.11 / 24-HOUR PERIOD | $17,807.08 |
| PHYSICIAN ASSISTANT ONBOARDING & ONGOING TRAINING SERVICES – AUGUST 2019 ($8,000/FTE/YEAR FOR 7 FTEs = $56,000/YEAR; $4666.67/MONTH) | .2 MONTH | $4,666.67 / MONTH | $933.34 |
| MEDICAL ADMINISTRATIVE SERVICES PROVIDED BY CLINICAL SERVICE CHIEF/SUPPLEMENTAL PHYSICIAN – MAY 2019 - MAXIMUM OF $67,500/MONTH (TIME ALLOCATION WORKSHEETS ATTACHED) | 32 HOURS | $422/HOUR TO A MAX OF $67,500/MONTH | $13,504.00 |
| | | | |
| | | | |
| | | TOTAL | $64,484.72 |
| | | | |

Please make all checks payable to: Global Neurosciences Institute, LLC
Terms: Due immediately upon receipt. Overdue accounts subject to a service charge of 1% per month.

**HAHNEMANN UNIVERSITY HOSPITAL**
**PHYSICIAN ASSISTANT COVERAGE TIME LOG**
**TIME PERIOD: AUGUST 2019 - WEEK 3 OF 5**

| DATE | 24 HOUR COVERAGE PROVIDED BY GNI PAs /GNI-COMPENSATED HUH RESIDENT MOONLIGHTERS |
|---|---|
| 13-Aug | 1 |
| 14-Aug | 1 |
| 15-Aug | 1 |
| 16-Aug | 1 |
| 17-Aug | 1 |
| 18-Aug | 1 |
| TOTAL 24 HOUR TIME PERIODS | 6 |

| | |
|---|---|
| CERTIFIED BY DONALD DAMICO, COO GNI | |
| DATE | 8/19/19 |

# APPENDIX D

## TIME ALLOCATION WORKSHEET

Director: _Eloi Véz Neobraolu, MD_                Number of Calendar Months

Director of _Clinical Service Chief Neurosurgery_ Remaining in Agreement Term: _5_

### A.    Directorship Duties.

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

_R 1/3_

**IMPORTANT NOTICES:**

1. All information recorded on this Log must be legible. Please print or type all information.
2. Please total your hours prior to submitting this Log to your hospital representative.

B. LOG

| Date Activity Performed | Duty From List Above | Time Expended (Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/13-8/18 | 1,2,3,7,9,10,11,12,13,14 15,16,17 | 16 | Overall Program based directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Neurosurgery program to ensure adherence to established protocols and comprehensive plan of care for HUH Neurosurgery patients. Includes oversight of Staff/Ancillary support, review/update of policies/protocols, monitoring staff behavior, developing/maintaining relationships with integrated/ancillary service lines, other hospitals,general medical community, supervision of medical directors and other neurosurgeons, supervision of system/patient issues, coordination of provider schedules, investigating/mediating program issues/policy questions, complaints, etc., providing clinical leadership to physicians/physician extenders, neurosciences staff, oversight of physician behavior, quality of care, appropriate resource utilization, data analysis, managing relationship between HUH and governing board of DNI |
| | | | |
| TOTAL - DR. VEZ | | 16 | |
| Month of August 2019 | | | |

ℓ2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | 16 | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

P3/3

week 3 of 5

Page ___ of ___ Total Pages

Month of __Aug__, 200_7_

(Use Additional Pages as Necessary)

## APPENDIX D

## TIME ALLOCATION WORKSHEET

KENNETH LIEBMAN, MD (SUPPLEMENTAL PHYSICIAN)
ON BEHALF OF:

Director: EROL VEZNEDAROGLU MD

Director of CLINICAL SERVICE CORE, NEUROSURGERY

Number of Calendar Months
Remaining in Agreement Term: 5

A.    Directorship Duties.

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

*l/3*

IMPORTANT NOTICES:

1. All information recorded on this Log must be legible. Please print or type all information.
2. Please total your hours prior to submitting this Log to your hospital representative.

B. LOG

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/13-8/18 | 1,2,3,7,9,10,11,12,13,14,15,16,17 | 8 | Overall Neurosurgical Critical Care related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Neuro ICU program to ensure adherence to established protocols and comprehensive plan of care for HUH Neurosurgery critical care patients. Includes oversight of Staff/Ancillary support, review/update of policies/protocols, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, supervision of neurosurgeons/advanced practitioners in critical care, supervision of system/patient issues, oversight of critical care provider schedules, investigating/mediating critical care issues/policy questions, complaints, etc., providing critical care clinical leadership to physicians/physician extenders, neurosciences staff, oversight of physician behavior, quality of care, appropriate resource utilization, data analysis, etc |
| | | | |
| TOTAL - DR. LIEBMAN | | 8 | |
| | | | |
| Month of August 2019 | | | |

8 2/8

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

P 3/3

week 3 of 5

Page ___ of ___ Total Pages

Month of ___Aug___, 200_9_
(Use Additional Pages as Necessary)

## APPENDIX D

### TIME ALLOCATION WORKSHEET

MANDY J. BIMMING, MD (SUPPLEMENTAL PHYSICIAN)
ON BEHALF OF:

Director: ERAL VEZNEDAROGLU MD

Director of CLINICAL SERVICE CHIEF, NEUROSURGERY

Number of Calendar Months Remaining in Agreement Term: 5

A.    **Directorship Duties.**

1.  Efficiently managing staff and ancillary support related to the neurosurgery service line.
2.  Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3.  Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4.  Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5.  Providing ongoing education and training materials for neurosurgery staff.
6.  Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7.  Coordinating medical residency teaching and conferences relating to neurosurgery.
8.  Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9.  Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

P 1/3

A-1

IMPORTANT NOTICES:

1. All information recorded on this Log must be legible. Please print or type all information.

2. Please total your hours prior to submitting this Log to your hospital representative.

**B. LOG**

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief  Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/13-8/18 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 8 | Overall Stroke Program related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Stroke Program, Clinically coordinating stroke program with other HUH clinicians (ED physicians, neurologists, referring/attendings, RNs, midlevels) to ensure ongoing compliance with Joint Commission "Get  with the Guidlines" stroke standards/protocols  and seamless, Development and Oversight of comprehensive plan of care for stroke patients, ongoing reviews of data, patient care records, analyzing areas of proficiency and appropriate care, supervising clinicians, analyzing and addressing concerns & complaints on an ongoing basis,  ensuring adherence to established protocols and  comprehensive plan of care for HUH stroke patients, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, oversight of RNs, advanced practitioners, supervision of patient issues, investigating/mediating critical care issues/policy questions, complaints, etc., providing stroke program clinical leadership to physicians/physician extenders, neurosciences staff, oversight of quality of care, appropriate resource utilization, data analysis, etc |
| **TOTAL - DR. BINNING** | | **8** | |
| | | | |
| Month of August 2019 | | | |

8 2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

$P3/3$

Page ___ of ___ Total Pages

WEEK 3 OF 5

Month of ___ , 200_
(Use Additional Pages as Necessary)



**GLOBAL NEUROSCIENCES INSTITUTE**
CLINICAL EXCELLENCE | RESEARCH | INNOVATION

# INVOICE

**Global Neurosciences Institute, LLC**
**3100 Princeton Pike**
**Building 3, Suite D**
**Lawrenceville, NJ 08648**
**Phone: 844-464-6387**

INVOICE #0819-03
DATE: 8/22/2019

**TO:**
Hahnemann University Hospital
Accounts Payable Department
PO Box 42487
Philadelphia, PA 19101
Attn: Brian Crocitto, VP Finance

**FOR:**
NEUROSURGERY/TRAUMA ON-CALL COVERAGE SERVICES AGREEMENT
– EFFECTIVE DATE MARCH 6, 2015

TIME PERIOD:  AUGUST 2019 – WEEK 4 OF 5

PLEASE NOTE: RATES INCLUDE CPI INFLATOR OF 3.81% EFFECTIVE
3/1/17 (3/1/17 vs 3/1/15) PER AGREEMENT SECTION 5.2

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| ON-CALL COVERAGE SERVICES – TRAUMA: AUGUST 19-25, 2019 RATE ($1400 X 1.0381 = $1453.34) | .2 MONTH | $1,453.34 / 24 HOUR DAY | $9,010.71 |
| ON-CALL COVERAGE SERVICES – NEUROSURGERY:  AUGUST 19-25, 2019 RATE ($1260 X 1.0381 = $1308.01) | .2 MONTH | $1,308.01 / 24 HOUR DAY | $8,109.66 |
| ON-SITE COVERAGE SERVICES - NEUROSURGERY: AUGUST 2019 RATE ($72,825 X 1.0381 = $75,599.63) | .2 MONTH | $75,599.63/MONTH | $15,119.93 |
| ON-SITE PHYSICIAN ASSISTANT COVERAGE SERVICES – AUGUST 2019 RATE ($2,872.11/24 HOUR PERIOD) | .2 MONTH | $2,872.11 / 24-HOUR PERIOD | $17,807.08 |
| PHYSICIAN ASSISTANT ONBOARDING & ONGOING TRAINING SERVICES – AUGUST 2019 ($8,000/FTE/YEAR FOR 7 FTEs = $56,000/YEAR; $4666.67/MONTH) | .2 MONTH | $4,666.67 / MONTH | $933.34 |
| MEDICAL ADMINISTRATIVE SERVICES PROVIDED BY CLINICAL SERVICE CHIEF/SUPPLEMENTAL PHYSICIAN – MAY 2019 - MAXIMUM OF $67,500/MONTH (TIME ALLOCATION WORKSHEETS ATTACHED) | 32 HOURS | $422/HOUR TO A MAX OF $67,500/MONTH | $13,504.00 |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $64,484.72 |

Please make all checks payable to: Global Neurosciences Institute, LLC
Terms: Due immediately upon receipt. Overdue accounts subject to a service charge of 1% per month.

**HAHNEMANN UNIVERSITY HOSPITAL**
**PHYSICIAN ASSISTANT COVERAGE TIME LOG**
**TIME PERIOD: AUGUST 2019 - WEEK 4 OF 5**

| DATE | 24 HOUR COVERAGE PROVIDED BY GNI PAs /GNI-COMPENSATED HUH RESIDENT MOONLIGHTERS |
|---|---|
| 19-Aug | 1 |
| 20-Aug | 1 |
| 21-Aug | 1 |
| 22-Aug | 1 |
| 23-Aug | 1 |
| 24-Aug | 1 |
| 25-Aug | 1 |
| TOTAL 24 HOUR TIME PERIODS | 7 |

| CERTIFIED BY DONALD DAMICO, COO GNI | |
|---|---|
| DATE | 7/22/19 |

## APPENDIX D

## TIME ALLOCATION WORKSHEET

Director: _Eduardo Neoproww, MD_                  **Number of Calendar Months**
Director of _Clinical Service Chief Neurosurgery_ **Remaining in Agreement Term:** _6_

**A.    Directorship Duties.**

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

P1/3

A-1

IMPORTANT NOTICES:
1. All information recorded on this Log must be legible. Please print or type all information.
2. Please total your hours prior to submitting this Log to your hospital representative.

**B. LOG**

| Date Activity Performed | Duty From List Above | Time Expended (Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/19-8/25 | 1,2,3,7,9,10,11,12,13,14 15,16,17 | 16 | Overall Program based directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Neurosurgery program to ensure adherence to established protocols and comprehensive plan of care for HUH Neurosurgery patients. Includes oversight of Staff/Ancillary support, review/update of policies/protocols, monitoring staff behavior, developing/maintaining relationships with integrated/ancillary service lines, other hospitals,general medical community, supervision of medical directors and other neurosurgeons, supervision of system/patient issues, coordination of provider schedules, investigating/mediating program issues/policy questions, complaints, etc., providing clinical leadership to physicians/physician extenders, neurosciences staff, oversight of physician behavior, quality of care, appropriate resource utilization, data analysis, managing relationship between HUH and governing board of DNI |
| | | | |
| TOTAL - DR. VEZ | | 16 | |
| Month of August 2019 | | | |



P2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | 16 | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

Page ___ of ___ Total Pages

Month of _Oct_, 200_19_
(Use Additional Pages as Necessary)

## APPENDIX D

### TIME ALLOCATION WORKSHEET

KENNETH LIEBMAN, MD (SUPPLEMENTAL PHYSICIAN)
ON BEHALF OF:

**Director:** EROL VEZNEDDROGLU MD

**Director of** CLINICAL SERVICE CORE, NEUROSURGERY

**Number of Calendar Months Remaining in Agreement Term:** 6

### A. Directorship Duties.

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.



| | | IMPORTANT NOTICES: | |
|---|---|---|---|
| | | 1. All information recorded on this Log must be legible. Please print or type all information. | |
| | | 2. Please total your hours prior to submitting this Log to your hospital representative. | |

**B. LOG**

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/19-8/25 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 8 | Overall Stroke Program related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Stroke Program, Clinically coordinating stroke program with other HUH clinicians (ED physicians, neurologists, referring/attendings, RNs, midlevels) to ensure ongoing compliance with Joint Commission "Get with the Guidlines" stroke standards/protocols and seamless, Development and Oversight of comprehensive plan of care for stroke patients, ongoing reviews of data, patient care records, analyzing areas of proficiency and appropriate care, supervising clinicians, analyzing and addressing concerns & complaints on an ongoing basis, ensuring adherence to established protocols and comprehensive plan of care for HUH stroke patients, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, oversight of RNs, advanced practitioners, supervision of patient issues, investigating/mediating critical care issues/policy questions, complaints, etc., providing stroke program clinical leadership to physicians/physician extenders, neurosciences staff, oversight of quality of care, appropriate resource utilization, data analysis, etc |
| TOTAL - DR. BINNING | | 8 | |
| | | | |
| | | Month of August 2019 | |

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director _____     8/22/19

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

P3/3

Month of __Aug__, 200_19_
(Use Additional Pages as Necessary)

## APPENDIX D

### TIME ALLOCATION WORKSHEET

MANDY J. BINNING, MD (SUPPLEMENTAL PHYSICIAN)
ON BEHALF OF:

Director: ERAL VEZNEDROGLU MD _____    **Number of Calendar Months**
Director of CLINICAL SERVICE CHIEF, NEUROSURGERY **Remaining in Agreement Term:** ___6___

A.     **Directorship Duties.**

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

$\ell 1/3$
_____

IMPORTANT NOTICES:

1. All information recorded on this Log must be legible. Please print or type all information.

2. Please total your hours prior to submitting this Log to your hospital representative.

| B. LOG | | | |
|---|---|---|---|
| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief  Description of Activity is REQUIRED) |
| 8/19-8/25 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 8 | Overall Stroke Program related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Stroke Program, Clinically coordinating stroke program with other HUH clinicians (ED physicians, neurologists, referring/attendings, RNs, midlevels) to ensure ongoing compliance with Joint Commission "Get  with the Guidlines" stroke standards/protocols  and seamless, Development and Oversight of comprehensive plan of care for stroke patients, ongoing reviews of data, patient care records, analyzing areas of proficiency and appropriate care, supervising clinicians, analyzing and addressing concerns & complaints on an ongoing basis,  ensuring adherence to established protocols and  comprehensive plan of care for HUH stroke patients, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, oversight of RNs, advanced practitioners, supervision of patient issues, investigating/mediating critical care issues/policy questions, complaints, etc., providing stroke program clinical leadership to physicians/physician extenders, neurosciences staff, oversight of quality of care, appropriate resource utilization, data analysis, etc |
| | | | |
| TOTAL - DR. BINNING | | 8 | |
| | | | |
| Month of August 2019 | | | |

P2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director                                    _____ 8/22/19

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer                    Date            Chief Executive Officer            Date

13/3

Month of _____ Feb . 200__

(Use Additional Pages as Necessary)



# INVOICE

**GLOBAL NEUROSCIENCES INSTITUTE**
CLINICAL EXCELLENCE | RESEARCH | INNOVATION

Global Neurosciences Institute, LLC
3100 Princeton Pike
Building 3, Suite D
Lawrenceville, NJ 08648
Phone: 844-464-6387

INVOICE #0819-05
DATE: 8/29/2019

TO:
Hahnemann University Hospital
Accounts Payable Department
PO Box 42487
Philadelphia, PA 19101
Attn: Brian Crocitto, VP Finance

FOR:
NEUROSURGERY/TRAUMA ON-CALL COVERAGE SERVICES AGREEMENT
– EFFECTIVE DATE MARCH 6, 2015

TIME PERIOD:  AUGUST 2019 – WEEK 5 OF 5

PLEASE NOTE: RATES INCLUDE CPI INFLATOR OF 3.81% EFFECTIVE
3/1/17 (3/1/17 vs 3/1/15) PER AGREEMENT SECTION 5.2

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| ON-CALL COVERAGE SERVICES – TRAUMA: AUGUST 26-31, 2019 RATE ($1400 X 1.0381 = $1453.34) | .2 MONTH | $1,453.34 / 24 HOUR DAY | $9,010.71 |
| ON-CALL COVERAGE SERVICES – NEUROSURGERY:  AUGUST 26-31, 2019 RATE ($1260 X 1.0381 = $1308.01) | .2 MONTH | $1,308.01 / 24 HOUR DAY | $8,109.66 |
| ON-SITE COVERAGE SERVICES - NEUROSURGERY: AUGUST 2019 RATE ($72,825 X 1.0381 = $75,599.63) | .2 MONTH | $75,599.63/MONTH | $15,119.93 |
| ON-SITE PHYSICIAN ASSISTANT COVERAGE SERVICES – AUGUST 2019 RATE ($2,872.11/24 HOUR PERIOD) | .2 MONTH | $2,872.11 / 24-HOUR PERIOD | $17,807.08 |
| PHYSICIAN ASSISTANT ONBOARDING & ONGOING TRAINING SERVICES – AUGUST 2019 ($8,000/FTE/YEAR for 7 FTEs = $56,000/YEAR; $4666.67/MONTH) | .2 MONTH | $4,666.67 / MONTH | $933.34 |
| MEDICAL ADMINISTRATIVE SERVICES PROVIDED BY CLINICAL SERVICE CHIEF/SUPPLEMENTAL PHYSICIAN – AUG 26-31 2019 - MAXIMUM OF $67,500/MONTH (TIME ALLOCATION WORKSHEETS ATTACHED) | 32 HOURS | $422/HOUR TO A MAX OF $67,500/MONTH | $13,504.00 |
| | | | |
| | | | |
| | | TOTAL | $64,484.72 |
| | | | |

Please make all checks payable to: Global Neurosciences Institute, LLC
Terms: Due immediately upon receipt. Overdue accounts subject to a service charge of 1% per month.

**HAHNEMANN UNIVERSITY HOSPITAL**
**PHYSICIAN ASSISTANT COVERAGE TIME LOG**
**TIME PERIOD: AUGUST 2019 - WEEK 5 OF 5**

| DATE | 24 HOUR COVERAGE PROVIDED BY GNI PAs /GNI-COMPENSATED HUH RESIDENT MOONLIGHTERS |
|---|---|
| 26-Aug | 1 |
| 27-Aug | 1 |
| 28-Aug | 1 |
| 29-Aug | 1 |
| 30-Aug | 1 |
| 31-Aug | 1 |
| TOTAL 24 HOUR TIME PERIODS | 6 |

| | |
|---|---|
| CERTIFIED BY DONALD DAMICO, COO GNI | |
| DATE | 8/29/19 |

## APPENDIX D

## TIME ALLOCATION WORKSHEET

Director: ERAL VEZ NGO BROLLU, MD          **Number of Calendar Months**
Director of CLINICAL SERVICE CHIEF NEUROSURGERY **Remaining in Agreement Term:** 5

A. **Directorship Duties.**

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

---

P1/3

A-1

IMPORTANT NOTICES:
1. All information recorded on this Log must be legible. Please print or type all information.
2. Please total your hours prior to submitting this Log to your hospital representative.

B. LOG

| Date Activity Performed | Duty From List Above | Time Expended (Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/24-31 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 16 | Overall Program based directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Neurosurgery program to ensure adherence to established protocols and  comprehensive plan of care for HUH Neurosurgery patients. Includes oversight of Staff/Ancillary support, review/update of policies/protocols, monitoring staff behavior, developing/maintaining relationships with integrated/ancillary service lines, other hospitals,general medical community, supervision of medical directors and other neurosurgeons, supervision of system/patient issues, coordination of provider  schedules, investigating/mediating program issues/policy questions, complaints, etc., providing clinical leadership to physicians/physician extenders, neurosciences staff, oversight of physician behavior, quality of care, appropriate resource utilization, data analysis, managing relationship between HUH and governing  board of DNI |
| TOTAL - DR. VEZ | | 16 | |
| Month of August 2019 | | | |



| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director                                                    8/29/19

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer                    Date                    Chief Executive Officer                    Date

Page ___ of ___ Total Pages

Month of _____ . 200 ___
(Use Additional Pages as Necessary)

## APPENDIX D

### TIME ALLOCATION WORKSHEET

KENNETH LIEBMAN, MD (SUPPLEMENTAL PHYSICIAN)
ON BEHALF OF:

Director: EROL VEZNEDAROGLU MD          Number of Calendar Months
Director of CLINICAL SERVICE LINES, NEUROSURGERY   Remaining in Agreement Term: 5

A.     Directorship Duties.

1. Efficiently managing staff and ancillary support related to the neurosurgery service line.
2. Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3. Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4. Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5. Providing ongoing education and training materials for neurosurgery staff.
6. Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7. Coordinating medical residency teaching and conferences relating to neurosurgery.
8. Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9. Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10. Coordinating providers schedules to ensure efficiency and maximum productivity.
11. Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12. Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13. Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14. Providing overall medical leadership to all staff associated with neurosurgery service line.
15. Managing physician behavior including customer service and code of conduct.
16. Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17. Serving as liaison between THSH and the governing board/council of DNI.
18. Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

P 1/3

**IMPORTANT NOTICES:**

1. All information recorded on this Log must be legible. Please print or type all information.

2. Please total your hours prior to submitting this Log to your hospital representative.

B. LOG

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief  Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/24-31 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 8 | Overall Neurosurgical Critical Care related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Neuro ICU program to ensure adherence to established protocols and  comprehensive plan of care for HUH Neurosurgery critical care patients. Includes oversight of Staff/Ancillary support, review/update of policies/protocols, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, supervision of neurosurgeons/advanced practitioners in  critical  care, supervision of system/patient issues, oversight of critical care provider  schedules, investigating/mediating critical care issues/policy questions, complaints, etc., providing critical care clinical leadership to physicians/physician extenders, neurosciences staff, oversight of physician behavior, quality of care, appropriate resource utilization, data analysis, etc |
| **TOTAL - DR. LIEBMAN** | | **8** | |
| | | | |
| Month of August 2019 | | | |

P 2/3

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director _____     8/29/19

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer _____

Approved for applicability of reported duties:

Department Director _____

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer _____     Date _____     Chief Executive Officer _____     Date _____

P3/3

### APPENDIX D

## TIME ALLOCATION WORKSHEET

MANDY J. BINNING, MD (SUPPLEMENTAL PHYSICIAN)
ON BEHALF OF:

Director: EVALVE ZNEDBROGLU MD                    **Number of Calendar Months**

Director of CLINICAL SERVICE OFFICE NEUROSURGERY **Remaining in Agreement Term:** 5

A.    **Directorship Duties.**

1.   Efficiently managing staff and ancillary support related to the neurosurgery service line.
2.   Developing, approving, and updating policies and protocols related to neurosurgery patient care for optimal experience across care settings.
3.   Monitoring and ensuring neurosurgery staff behavior and adherence to policies and protocols.
4.   Recruitment, deployment, and orientation of neurosurgery provider and administrative staff.
5.   Providing ongoing education and training materials for neurosurgery staff.
6.   Assist with credentialing neurosurgery physicians and facilitating physician hospital privileges.
7.   Coordinating medical residency teaching and conferences relating to neurosurgery.
8.   Developing and maintaining relationships and quality-focused protocols between the neurosurgery service lines and integrated/ancillary service lines (such as cardiology), other physicians, physician designees, hospitals and the medical community served by the neuroscience program.
9.   Supervising medical directors, if any, within the neurosurgery program as well as GNI neurosurgeons providing Departmental Support Services .Holding regular meetings (at least monthly) with neurosurgery providers/physician extenders to discuss system/patient issues.
10.  Coordinating providers schedules to ensure efficiency and maximum productivity.
11.  Receiving, investigating and mediating all issues or questions of policy concerning and/or raised by medical providers and physician extenders.
12.  Reviewing, investigating, managing and reporting all complaints concerning physician staff/extenders arising from patients, medical staff or administration.
13.  Providing clinical leadership and overall supervision to all physicians and physician extenders providing neurosurgery.
14.  Providing overall medical leadership to all staff associated with neurosurgery service line.
15.  Managing physician behavior including customer service and code of conduct.
16.  Maintaining responsibility for quality of care, appropriate resource utilization (including length-of-stay management) and patient data analysis.
17.  Serving as liaison between THSH and the governing board/council of DNI.
18.  Upon THSH's participation as an IOP with DNI, advising THSH in connection with implementation of clinical activities consistent with said participation.

P1/3

A-1

| | | | IMPORTANT NOTICES: |
|---|---|---|---|
| | | | 1. All information recorded on this Log must be legible. Please print or type all information. |
| | | | 2. Please total your hours prior to submitting this Log to your hospital representative. |

**B. LOG**

| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| 8/24-31 | 1,2,3,7,9,10,11,12,13,14, 15,16,17 | 8 | Overall Stroke Program related directorship activities- Monitoring, providing leadership and reviewing weekly reports, quality measures, etc. related to the Stroke Program, Clinically coordinating stroke program with other HUH clinicians (ED physicians, neurologists, referring/attendings, RNs, midlevels) to ensure ongoing compliance with Joint Commission "Get with the Guidlines" stroke standards/protocols and seamless, Development and Oversight of comprehensive plan of care for stroke patients, ongoing reviews of data, patient care records, analyzing areas of proficiency and appropriate care, supervising clinicians, analyzing and addressing concerns & complaints on an ongoing basis, ensuring adherence to established protocols and comprehensive plan of care for HUH stroke patients, monitoring staff behavior, maintaining relationships with integrated/ancillary service lines, oversight of RNs, advanced practitioners, supervision of patient issues, investigating/mediating critical care issues/policy questions, complaints, etc., providing stroke program clinical leadership to physicians/physician extenders, neurosciences staff, oversight of quality of care, appropriate resource utilization, data analysis, etc |
| TOTAL - DR. BINNING | | 8 | |
| Month of August 2019 | | | |



| Date Activity Performed | Duty From List Above | Time Expended (In Quarter Hours) | Activities Performed Under this Duty (Brief Description of Activity is REQUIRED) |
|---|---|---|---|
| TOTAL | | | |

By signing this document, the Director hereby affirms and attests that the Services and the number of hours recorded for such Services set forth herein were performed by Director and that Director fully performed all designated duties required during this month.

Director                                              8/29/19

By signing this document, the Hospital Compliance Officer hereby affirms and attests he/she has reviewed the above Log for completeness, legibility, and overall compliance with the terms of the Agreement.

Hospital Compliance Officer

Approved for applicability of reported duties:

Department Director

By signing this document, the CFO and the CEO affirm and attest that they have confirmed that the Services rendered and the number of hours recorded for such Services by Director satisfy the contractual obligations of Director, and that the number of months remaining in the Agreement Term, as stated on Page One, are correct.

Chief Financial Officer          Date          Chief Executive Officer          Date

P3/3

WEEK 5/5

Page ___ of ___ Total Pages

Month of _____, 2019
(Use Additional Pages as Necessary)