**EXHIBIT "5"**

# August 2019

## Hahnemann Neurosurgery On-Call Calendar

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **Fax to:**<br>**Operator x1007**<br>**ER 215-246-5793**<br>**Call Ctr 215-750-8552**<br>**Marianne x1940**<br>**Trauma x8778**<br>**Transfer Center x5003** | **GNI**<br>**844-464-7888**<br>**Erol Veznedaroglu, MD**<br>**Zakaria Hakma, MD**<br>**Mandy Binning, MD**<br>**Kenneth Liebman, MD**<br>**Scott Strenger, MD**<br>**Hirad Hedayat, MD**<br>**Jonathan Thomas, MD** | Rev 7/25/2019 | | 1<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Darwal<br>Stroke/Vascular: Hedayat<br>Back up: Liebman | 2<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Hakma<br>Back up: Binning | 3<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Hakma<br>Back up: Binning |
| 4<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Hakma<br>Back up: Binning | 5<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Hakma<br>Back up: Binning | 6<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Hakma<br>Back up: Binning | 7<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Hakma<br>Back up: Binning | 8<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Hakma<br>Back up: Binning | 9<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Liebman<br>Back up: Hakma | 10<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Liebman<br>Back up: Hakma |
| 11<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Liebman<br>Back up: Hakma | 12<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Darwal<br>Stroke/Vascular: Liebman<br>Back up: Hakma | 13<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Darwal<br>Stroke/Vascular: Liebman<br>Back up: Hakma | 14<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Darwal<br>Stroke/Vascular: Liebman<br>Back up: Hakma | 15<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Darwal<br>Stroke/Vascular: Liebman<br>Back up: Hakma | 16<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Sarkar<br>Stroke/Vascular: Hedayat<br>Back up: Binning | 17<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Sarkar<br>Stroke/Vascular: Hedayat<br>Back up: Binning |
| 18<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Sarkar<br>Stroke/Vascular: Hedayat<br>Back up: Binning | 19<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Sarkar<br>Stroke/Vascular: Hedayat<br>Back up: Binning | 20<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Sarkar<br>Stroke/Vascular: Hedayat<br>Back up: Binning | 21<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Sarkar<br>Stroke/Vascular: Hedayat<br>Back up: Binning | 22<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Sarkar<br>Stroke/Vascular: Hedayat<br>Back up: Binning | 23<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Binning<br>Back up: Liebman | 24<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Binning<br>Back up: Liebman |
| 25<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Binning<br>Back up: Liebman | 26<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Binning<br>Back up: Liebman | 27<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Thomas<br>Stroke/Vascular: Binning<br>Back up: Liebman | 28<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Binning<br>Back up: Hedayat | 29<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Binning<br>Back up: Hedayat | 30<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Hedayat<br>Back up: Hakma | 31<br>PA/Resident: 42503<br>Trauma/Gen/Spine/OnSite: Strenger<br>Stroke/Vascular: Hedayat<br>Back up: Hakma |
| | | | | | | |