## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a/ HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on November 4, 2019, I did cause to be served true and correct copies of the foregoing ***Motion of Global Neurosciences Institute, LLC For Allowance and Payment of Administrative Expense Claim*** on the parties listed on the attached service lists in the manner indicated thereon.

DATED:  November 4, 2019

　　　　　　　　　　　　　　/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email: loizides@loizides.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

**CORE SERVICE LIST – VIA FIRST CLASS MAIL**

Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street
Suite 2300
F:(302) 421-5873
mark.minuti@saul.com
*Counsel to the Debtors*

Tom Horan, Esq.
Fox Rothschild LLP
919 N. Market St., Suite 300
P.O. Box 2323
Wilmington, DE, 19899-2323
F:302.656.8920
thoran@foxrothschild.com
*Counsel to the Official Committee of Unsecured Creditors*

Joelle Polesky, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
jpolesky@stradley.com
*Counsel to MidCap Funding IV Trust and MidCap Financial Trust*

Manager
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102
*Debtor*

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA 91367

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **VIA EMAIL ONLY** | | | | | | | | | |
| 2 | (Parties who have entered their appearance and consented to service by email or are included in the Omni service list with an email address without having entered a formal appearance) | | | | | | | | | |
| 3 | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Phone | FAX | Email | Attention |
| 4 | Saul Ewing Arnstein & Lehr LLP | | | | | | 215-972-7700 | 215-972-7725 | aaron.applebaum@saul.com | Aaron Applebaum |
| 5 | Ciardi Ciardi & Astin | Attn: Albert Ciardi | One Commerce Square, Ste 3500 | 2005 Market St | Philadelphia, PA 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com | Albert Ciardi |
| 6 | Saul Ewing Arnstein & Lehr LLP | | | | | | 215-972-7700 | 215-972-7725 | adam.isenberg@saul.com | Adam Isenberg |
| 7 | Sills Cummis & Gross P.C | Attn: Andrew Sherman/ Boris Mankovetskiy | The Legal Center | One Riverfront Plaza | Newark, NJ 07102 | | 973-643-7000 | 973-643-6500 | asherman@sillscummis.com | Andrew H. Sherman |
| 8 | Office of The United States Trustee | Attn: Benjamin Hackman | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801-3519 | | (302) 573-6493 | (302) 573-6497 | benjamin.a.hackman@usdoj.gov | Benjamin Hackman |
| 9 | Berger Law Group, P.C. | Attn: Phillip Berger/Matthew Kaufmann | 919 Conestoga Rd., Bldg. 3, Ste. 114 | Rosemont, PA 19010 | | | 610-668-0800 | | berger@bergerlawpc.com | Phillip Berger |
| 10 | Sills Cummis & Gross P.C. | | | | | | 973-643-7000 | 973-643-6500 | bmankovetskiy@sillscummis.com | Boris I. Mankovetskiy |
| 11 | White and Williams LLP | Attn: Marc S. Casarino | 600 N King St, Ste 800 | Wilmington, DE 19899-0709 | | | 302-467-4520 | 302-467-4550 | casarinom@whiteandwilliams.com | Marc S. Casarino |
| 12 | Office of Attorney General | Attn: C. E. Momjian/C. Momjian/D Dembe/L. Rhoda/R Smith | The Phoenix Building | 1600 Arch St, 3rd Fl | Philadelphia, PA 19103 | | 215-560-2128 | 717-772-4526 | cmomjian@attorneygeneral.gov | Carol E. Momjian |
| 13 | Markowitz and Richman | Attn: Claiborne S. Newlin | Legal Arts Building | 1225 King St, Ste 804 | Wilmington, DE 19801 | | 215-875-3111 | | cnewlin@markowitzandrichman.com | Claiborne S. Newlin |
| 14 | Richards Layton & Finger, P.A | Attn: M. Collins/ M Merchant/ B Schlauch | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com | Mark D. Collins |
| 15 | Mattleman Weinroth & Miller, P.C | Attn: Christina Pross | 200 Continental Drive, Ste 215 | Newark, DE 19713 | | | 302-731-9349 | 302-731-8753 | cpross@mwm-law.com | Christina Pross |
| 16 | Office of Attorney General | | | | | | 215-560-2424 | 717-772-4526 | crmomjian@attorneygeneral.gov | Christopher R. Momjian |
| 17 | Polsinelli P.C | Attn: Christopher A. Ward | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | | 302-252-0920 | 302-252-0921 | cward@polsinelli.com | Christopher A. Ward |
| 18 | Stinson LLP | Attn: Darrell Clark/ Tracey Ohm | 1775 Pennsylvania Ave NW, Ste 800 | Washington, D.C 20006 | | | 202-785-9100 | | darrell.clark@stinson.com | Darrell Clark |
| 19 | Barnes & Thornburg LLP | Attn: David Powlen/Kevin Collins | 1000 N West St, Ste 1500 | Wilimington, DE 19801 | | | 302-300-3434 | 302-300-3456 | david.powlen@btlaw.com | David Powlen |
| 20 | Gibbons P.C. | Attn: Dale E. Barney | One Gateway Center | Newark, NJ 07102-5310 | | | 973-596-4500 | 973-596-0545 | dbarney@gibbonslaw.com | Dale E. Barney |
| 21 | Underwood Perkins, P.C. | Attn: David Campbell/ Eli Pierce | Two Lincoln Centre | 5420 LBJ Fwy, Ste 1900 | Dallas, TX 75240 | | 972-661-5114 | 972-661-5691 | dcampbell@uplawtx.com | David L. Campbell |
| 22 | Hogan & McDaniel | | | | | | 302-656-7540 | 302-656-7599 | dckerrick@dkhogan.com | Daniel C. Kerrick |
| 23 | Gibbons P.C | | | | | | 302-518-6330 | 302-429-6294 | dcrapo@gibbonslaw.com | David N. Crapo |
| 24 | Office of Attorney General | | | | | | 215-560-3448 | 215-560-2494 | ddembe@attorneygeneral.gov | David Dembe |
| 25 | Hogan & McDaniel | Attn: Daniel Hogan/Garvan McDaniel/Daniel Kerrick | 1311 Delaware Ave | Wilmington, DE 19805 | | | 302-656-7540 | 302-656-7599 | dkhogan@dkhogan.com | Daniel K. Hogan |
| 26 | Biellli & Klauder, LLC | Attn: David Klauder | 1204 N. King St. | Wilmington, DE 19801 | | | 302-803-4600 | 302-397-2557 | dklauder@bk-legal.com | David Klauder |
| 27 | Med One Capital Funding, LLC. | c/o Ray Quinney & Nebecker, P.C | Attn: David H. Leigh | 36 S State St, 14th FL | Salt Lake City, UT 84111 | | 801-532-1500 | 801-532-7543 | dleigh@rqn.com | |
| 28 | Schnader Harrison Segal & Lewis LLP | | | | | | 302-888-4554 | 302-888-1696 | dpereira@schnader.com | Daniel M. Pereira |
| 29 | O'Melveny & Myers, LLP | | | | | | 212-326-2000 | 212-326-2061 | dperez@omm.com | Diana M. Perez |
| 30 | Stradley Ronan Stevens & Young LLP | Attn: Deborah A. Reperowitz | 100 Park Avenue, Suite 2000 | New York, NY 10017 | | | | | dreperowitz@stradley.com | Deborah A. Reperowitz |
| 31 | Fineman Krekstein & Harris, P.C | Attn: Deirdre M. Richards | 1300 N. King St | Wilmington, DE 19801 | | | 302-538-8331 | 302-394-9228 | drichards@finemanlawfirm.com | Deirdre M. Richards |
| 32 | O'Melveny & Myers, LLP | | | | | | 212-326-2000 | 212-326-2061 | dshamah@omm.com | Daniel S. Shamah |
| 33 | Underwood Perkins, P.C. | | | | | | 972-661-5114 | 972-661-5691 | epierce@uplawtx.com | Eli D. Pierce |
| 34 | Arent Fox LLP | Attn: George Angelich/ Phillip Khezri | 1301 Ave of the Americans, Fl 42 | New York, NY 10019 | | | 212-484-3900 | | george.angelich@arentfox.com | George P. Angelich |
| 35 | Hogan & McDaniel | | | | | | 302-656-7540 | 302-645-7599 | gfmcdaniel@dkhogan.com | Garvan F. McDaniel |
| 36 | Kirkland & Ellis LLP | | | | | | 312-862-2000 | 312-862-2200 | gregory.pesce@kirkland.com | Gregory F. Pesce |
| 37 | Stradley, Ronon, Stevens & Young, LLP | Attn: Gretchen M. Santamour | 2005 Market St, Ste 2600 | Philadelphia, PA 19103 | | | 215-564-8000 | 215-564-8120 | gsantamour@stradley.com | Gretchen M. Santamour |
| 38 | Ashby & Geddes, P.A. | Attn: Gregory Taylor / Katharina Earle | 500 Delaware Ave, 8th Fl. | P.O. Box 1150 | Wilmington, DE 19899-1150 | | 302-654-1888 | 302-654-2067 | gtaylor@ashbygeddes.com | Gregory Taylor |
| 39 | Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | 302-518-6330 | 302-429-6294 | hcohen@gibbonslaw.com | Howard A. Cohen |
| 40 | Bayard, P.A. | Attn: Justin Alberto/ Sophie Macon | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | 302-655-5000 | 302-658-6395 | jalberto@bayardlaw.com | Justin Albterto |
| 41 | Jones Walker LLP | Attn: Jeffrey R. Barber | 190 E Capitol St, Ste 800 | P.O. Box 427 | Jackson, MS 39205-0427 | | 601-949-4765 | 601-949-4804 | jbarber@joneswalker.com | Jeffrey R. Barber |
| 42 | Saul Ewing Arnstein & Lehr LLP | Attn: Jeffrey Hampton/Adam Isenberg | Attn: Aaron Applebaum | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia, PA 19102 | 215-972-7700 | 215-972-7725 | jeffrey.hampton@saul.com | Jeffrey Hampton |
| 43 | Troutman Sanders LLP | | | | | | 212-704-6000 | 212-704-6288 | jessica.mikhailevich@troutman.com | Jessica D. Mikhailevich |
| 44 | Stevens & Lee, P.C. | Attn: Joseph H. Huston | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | | 302-425-3310 | 610-371-7972 | jhh@stevenslee.com | Joseph H. Huston |
| 45 | Ciardi Ciardi & Astin | Attn: Daniel Astin/ Joseph McMahon | 1204 N. King St | Wilmington, DE 19801 | | | 302-658-1100 | 302-658-1300 | jmcmahon@ciardilaw.com | Joseph McMahon |
| 46 | Stradley, Ronon, Stevens & Young, LLP | Attn: Joelle E. Polesky | 1000 N West St, Ste 1279 | Wilmington, DE 19801 | | | 302-295-4856 | 302-295-4801 | jpolesky@stradley.com | Joelle E. Polesky |
| 47 | Markowitz & Richman | Attn: Jonathan Walters, Esquire | 123 South Broad St, Ste 2020 | Philadelphia, PA 19109 | | | 215-875-3121 | 215-790-0668 | jwalters@markowitzandrichman.com | |
| 48 | Berger Law Group, P.C. | | | | | | 610-668-0800 | | kaufmann@bergerlawpc.com | Matthew R. Kaufmann, |
| 49 | Ashby & Geddes, P.A. | | | | | | 302-654-1888 | 302-654-2067 | kearle@ashbygeddes.com | Katharina Earle |
| 50 | Barnes & Thornburg, LLP | | | | | | 302-300-3434 | 302-300-3456 | kevin.collins@btlaw.com | Kevin G. Collins |
| 51 | Kurtzman, Steady, LLC. | Attn: Jeffrey Kurtzman | 401 S 2nd St, Ste 200 | Philadelphia, PA 19147 | | | 215-839-1222 | | kurtzman@kurtzmansteady.com | Jeffrey Kurtzman |
| 52 | Dentons US, LLP | | | | | | 212-768-6700 | 212-768-6800 | lauren.macksoud@dentons.com | Lauren Macksoud |
| 53 | Pepper Hamilton, LLP | Attn: Francis J. Lawall | 3000 Two Logan Square | Eighteenth and Arch Streets | Philadelphia, PA 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Francis J. Lawall |
| 54 | O'Donoghue & O'Donoghue LLP | Attn: Lance Geren, Esq. | 325 Chestnut St, Ste 600 | Philadelphia, PA 19106 | | | 215-629-4970 | | lgeren@odonoghuelaw.com | Lance Geren, Esq. |
| 55 | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones/Timothy Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | | 302-652-4100 | 302-652-4400 | ljones@pszjlaw.com | Laura Davis Jones |
| 56 | Honigman LLP | | | | | | 313-465-7590 | 313-465-7591 | llichtman@honigman.com | Lawrence A. Lichtman |
| 57 | Troutman Sanders LLP | Attn: Louis A. Curcio | Attn: Jessica Mikhailevich | 875 Third Ave | New York, NY 10022 | | 212-704-6000 | 212-704-6288 | louis.curcio@troutman.com | Louis Curcio |
| 58 | Office of Attorney General | | | | | | 215-560-2981 | 215-560-2494 | lrhode@attorneygeneral.gov | Lisa M. Rhode |
| 59 | Duane Morris LLP | Attn: Mairi V. Luce | 30 S 17th St | Philadelphia, PA 19103-4196 | | | 215-979-1538 | 215-659-3594 | luce@duanemorris.com | Mairi V. Luce |
| 60 | Stoel Rives LLP | Attn: Marc A. Al | 33 S 6th St, Ste 4200 | Minneapolis, MN 55402 | | | | | marc.al@stoel.com | Marc A. Al |
| 61 | U.S. Department of Justice | Attn: Marc Sacks | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044-8 | 202-307-1104 | 20-514-9163 | marcus.s.sacks@usdoj.gov | |
| 62 | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | Florham Park, NJ 07932-1047 | | | 973-549-7000 | 943-360-9831 | marita.erbeck@dbr.com | Marita S. Erbeck |
| 63 | Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti/Monique DiSabatino | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington, DE 19899 | | 302-421-6840 | 302-421-5873 | mark.minuti@saul.com | Mark Minuti |
| 64 | Ballard Spahr LLP | Attn: Vincent J. Marriott | 1735 Market Street, 51st Floor | Philadelphia, PA 19103 | | | 215-665-8500 | 215-864-8999 | marriott@ballardspahr.com | Vincent J. Marriott |
| 65 | Troutman Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | | 404-885-3000 | 404-885-3900 | matthew.brooks@troutman.com | Matthew R. Brooks |
| 66 | Ballard Spahr LLP | | | | | | 302-252-4465 | 302-252-4466 | mcclambc@ballardspahr.com | Chantelle D. McClamb |
| 67 | Attorney for the City of PA, City of PA Law Depart | Attn: Megan Harper | 1401 JFK Building, 5th FL | Philadelphia, PA 19102-1595 | | | 215-686-0503 | | Megan.Harper@phila.gov | Megan Harper |
| 68 | Greenberg Traurig, LLP | Attn: Dennis A. Meloro | The Nemours Building | 1007 N Orange St, Ste 1200 | Wilmington, DE 19801 | | 302-661-7000 | 302-661-7360 | MeloroD@gtlaw.com | Dennis A. Meloro |
| 69 | Richards Layton & Finger, P.A | | | | | | 302-651-7700 | 302-651-7701 | merchant@rlf.com | Michael J. Merchant |
| 70 | Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell J. Malzberg | P.O. Box 5122 | 6 E Main St, Ste 7 | Clinton, NJ 08809 | | 908-323-2958 | | mmalzberg@mjmalzberglaw.com | Mitchell J. Malzberg |
| 71 | Saul Ewing Arnstein & Lehr LLP | | | | | | 302-421-6840 | 302-421-5873 | monique.disabatino@saul.com | Monique DiSabatino |
| 72 | Kirkland & Ellis LLP | Attn: Nicole Greenblatt | 601 Lexington Ave | New York, NY 10022 | | | 212-446-4800 | 212-446-4900 | nicole.greenblatt@kirkland.com | Nicole Greenblatt |
| 73 | Gibbons P.C. | Attn: N Songonuga/ R Malone/ D Crapo | 300 Delaware Ave, Ste 1015 | Wilmington, DE 19801-1761 | | | 302-518-6330 | 302-429-6294 | nsongonuga@gibbonslaw.com | Natasha M. Songonuga |
| 74 | Denton US, LLP | Attn: Oscar Pinkas/ Lauren Macksoud | 1221 Ave of the Americans | New York, NY 10020 | | | 212-768-6700 | 212-768-6800 | oscar.pinkas@dentons.com | Oscar Pinkas |
| 75 | Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | 302-467-4200 | 302-467-4201 | patrick.jackson@dbr.com | Patrick A. Jackson |
| 76 | Pearlman & Miranda, LLC. | Attn: Patricia A Celano | 110 Edison Pl, Ste 301 | Newark, NJ 07102 | | | 973-765-6105 | 973-893-5962 | pcelano@pearlmanmiranda.com | Patricia A Celano |
| 77 | Greenberg Traurig, LLP | Attn: Nancy A. Peterman | 77 W Wacker Dr, Ste 3100 | Chicago, IL 60601 | | | 312-456-8400 | 312-456-8435 | petermann@gtlaw.com | Nancy A. Peterman |
| 78 | Arent Fox LLP | | | | | | 212-484-3900 | | phillip.khezri@arentfox.com | Phillip Khezri |
| 79 | Dilworth Paxson | | | | | | 215-575-7000 | 215-575-7200 | phughes@dilworthlaw.com | Peter C. Hughes, |
| 80 | Commonwealth of PA, Dept of Labor and Industry | Collection Support Unit | Attn: Deb Secrest | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest |
| 81 | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy/Daniel M. Pereira | 824 N. Market St, Ste 800 | Wilmington, DE 19801 | | | 302-888-4554 | 302-888-1696 | rbarkasy@schnader.com | Richard A. Barkasy |
| 82 | Office of Attorney General | | | | | | 267-940-6710 | 215-560-2494 | rbsmith@attorneygeneral.gov | Ryan B. Smith |
| 83 | Albert Einstein Healthcare Network | Attn: Penny J. Rezet | 5501 Old York Rd | Philadelphia, PA 19141 | | | 215-456-7993 | | rezetp@einstein.edu | Penny J. Rezet |
| 84 | DLA Piper LLP | Attn: Richard A. Chesley | 444 W Lake St, Ste 900 | Chicago, IL 60606 | | | 312-368-4000 | 312-236-7516 | richard.chesley@dlapiper.com | Richard A. Chesley |
| 85 | Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Ctr, Ste 200 | King of Prussia, PA 19406 | | | 215-751-2866 | 610-371-7958 | rl@stevenslee.com | Robert Lapowsky |
| 86 | Gibbons P.C. | | | | | | 302-518-6330 | 302-429-6294 | rmalone@gibbonslaw.com | Robert K. Malone |
| 87 | The Rosner Law Gorup LLC | Attn: Frederick B. Rosner | 824 N Market St, Ste 810 | Wilmington, DE 19801 | | | 302-319-6300 | | rosner@teamrosner.com | Frederick B. Rosner |
| 88 | Maron Marvel Bradley Anderson & Tardy, LLC. | Attn: Stephanie A. Fox | 1201 N Market St, Ste 900 | Wilmington, DE 19801 | | | 302-425-5177 | 302-425-0180 | saf@maronmarvel.com | Stephanie A. Fox |
| 89 | Richards Layton & Finger, P.A | | | | | | 302-651-7700 | 302-651-7701 | schlauch@rlf.com | Brendan J. Schlauch |
| 90 | Drexel University College of Medicine | c/o Cozen O'Connor | Attn: Stephen A. Cozen, Esq. | One Liberty Place | 1650 Market St, Ste 2800 | Philadelphia, PA 19103 | | 215-665-3701 | scozen@cozen.com | Stephen A. Cozen, Esq. |
| 91 | Bayard, P.A. | | | | | | 302-655-5000 | 302-658-6395 | smacon@bayardlaw.com | Sophie E. Macon |
| 92 | Kirkland & Ellis LLP | Attn: Stephen Hackney/Gregory Pesce | 300 N LaSalle | Chicago, IL 60654 | | | 312-862-2000 | 312-862-2200 | stephen.hackney@kirkland.com | Stephen C. Hackney |
| 93 | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S Mopac Expressway, Ste 320 | Austin, TX 78746 | | | | 512-236-9904 | streusand@slollp.com | Sabrina L. Streusand |
| 94 | O'Melveny & Myers, LLP | Attn: S Uhland/ D Shamah/ D Perez | Times Square Tower | 7 Times Square | New York, NY 10036 | | 212-326-2000 | 212-326-2061 | suhland@omm.com | Suzzanne Uhland |
| 95 | Pachulski Stang Ziehl & Jones LLP | | | | | | 302-652-4100 | 302-652-4400 | tcairns@pszjlaw.com | Timothy P. Cairns |
| 96 | Fox Rothschild LLP | Attn: Thomas Horan | 919 N Market St, Ste 300 | Wilmington, DE 19899-2323 | | | 302-480-9412 | 302-656-8920 | thoran@foxrothchild.com | Thomas Horan |
| 97 | Moye White LLP | Attn: Timothy M. Swanson/Vikrama S. Chandrashekar | 1400 16th St, 6th Fl | Denver, CO 80202 | | | 303-292-2900 | 303-292-4510 | tim.swanson@moyewhite.com | Timothy M. Swanson |
| 98 | Stinson LLP | | | | | | 202-785-9100 | | tracey.ohm@stinson.com | Tracey M. Ohm |
| 99 | Honigman LLP | Attn: E Todd Sable/ Lawrence A.Lichtman | 2290 First National Building | 660 Woodward Ave | Detroit, MI 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | E Todd Sable |
| 100 | Office of the United States Attorney | for the District of Delaware | Attn: David C. Weiss, Esquire | Hercules Building | 1313 N Market St | Wilmington, DE 19801 | 302-573-6277 | 302-573-6431 | usade.ecfbankruptcy@usdoj.gov | |
| 101 | Moye White LLP | | | | | | 303-292-2900 | 303-292-4510 | Vika.Chandrashekar@moyewhite.com | Vikrama S. Chandrashekar |
| 102 | White and Williams LLP | Attn: Amy E. Vulpio | 1650 Market St, 18th FL | Philadelphia, PA 19103 | | | 215-864-7000 | 215-864-7123 | vulpioa@whiteandwilliams.com | Amy E. Vulpio |
| 103 | McCarter & English, LLP | Attn: William F. Taylor | Renaissance Centre | 405 N King St, 8th Fl | Wilmington, DE 19801 | | 302-984-6300 | 302-984-6399 | wtaylor@mccarter.com | William F. Taylor |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **VIA U.S. FIRST CLASS MAIL, POSTAGE PRE-PAID** | | | | | | | | | |
| 2 | (Parties on the Omni service list without email addresses) | | | | | | | | | |
| 3 | Creditor | Address1 | Address2 | Address3 | Address4 | ddress | Phone | FAX | Email | Attention |
| 4 | Freedman & Lorry, P.C. | C/o Susan A. Murray | Attn: Training & Upgrading Fund | 1601 Market St, Ste 1500 | Philadelphia, PA 19103 | | 215-931-2506 | 215-925-7516 | | Susan A. Murray |
| 5 | City of Philadelphia | Attn:  Law Dept | 1515 Arch St, 17th Fl | Philadelphia, PA  19102 | | | 215-683-5001; 215-686-1776 | | | |
| 6 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | | | | |
| 7 | International Brotherhood of | Electrical Workers, Local 98 | 1701 Spring Garden St | Philadelphia, PA 19130 | | | | | | |
| 8 | National Union of Hospital and | Healthcare Employees, District 1199C | 1319 Locust St | Philadelphia, PA 19107 | | | | | | |
| 9 | National Union of Hospital and | Healthcare Employees, AFSCME, AFL-CIO | 1319 Locust St | Philadelphia, PA 19107 | | | | | | |
| 10 | Office of the Attorney General | Attn: Josh Shapiro, Esquire | Attn: Bankruptcy Dept | 16th Fl, Strawberry Square | Harrisburg, PA 17120 | | 717-787-3391 | 717-787-8242 | | |
| 11 | Pennsylvania Association of | Staff Nurses and Allied Professionals | 1 Fayette Street, Suite 475 | Conshohocken, PA 19428 | | | | | | |
| 12 | Pennsylvania Department of Health | Attn: Dr. Rachel Levine | Health and Welfare Building | 625 Forester St, 8th FL W | Harrisburg, OA 17120 | | | | | |
| 13 | United States Department of Justice | Attn:  Civil Division | 1100 L St, NW, 10030 | Washington, DC  20005 | | | 202-514-2000 | | | |
| 14 | United States Deptarment of Justice | 950 Pennsylvania Ave, NW | Washington, DC  20530-0001 | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **VIA EMAIL AND U.S. FIRST CLASS MAIL, POSTAGE PRE-PAID** | | | | | | | | | |
| 2 | (Parties who have entered their appearance but not consented to service via email) | | | | | | | | | |
| 3 | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Phone | FAX | Email | Attention |
| 4 | Pepper Hamilton, LLP | Attn: Marcy J. McLaughlin | 1313 N Market St, P.O. Box 1709 | Hercules Plaza, Ste 5100 | | Wilmington, DE 19899-1709 | 302-777-6500 | 302-421-8390 | mclaughlinm@pepperlaw.com | Marcy J. McLaughlin |
| 5 | Duane Morris LLP | Attn: Jarret Hitchings | 222 Delaware Ave, Ste 1600 | Wilmington, DE 19801-1659 | | | 302-657-4900 | 302-657-4901 | jphitchings@duanemorris.com | Jarret Hitchings |
| 6 | Sullivan, Hazeltine, Allison, LLC. | Attn: William D. Sullivan | 901 N Market St, Ste 1300 | Wilmington, DE 19801 | | | 302-428-8191 | 302-428-8195 | bsullivan@sha-llc.com | William D. Sullivan |
| 7 | DLA Piper LLP | Attn: Stuart M. Brown | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | | | 302-468-5700 | 302-394-2341 | stuart.brown@dlapiper.com | Stuart M. Brown |
| 8 | Ballard Spahr LLP | Attn: Tobey M. Daluz | Attn: Chantelle D. McClamb | 919 N. Market Street, 11th Floor | | Wilmington, DE 19801 | 302-252-4465 | 302-252-4466 | daluzt@ballardspahr.com | Tobey M. Daluz |
| 9 | JD Thompson Law | C/O Sodexo, Inc. | Attn: Judy D. Thompson | P.O. Box 33127 | | Charlotte, NC 28233 | 828-749-1865 | | jdt@jdthompsonlaw.com | Judy D. Thompson |