# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered) |

## PATIENT CARE OMBUDSMAN'S SECOND REPORT

In accordance with Section 333(b)(2) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Suzanne Koenig (the "**Ombudsman**"), in her capacity as the patient care ombudsman appointed in the above-captioned Chapter 11 cases commenced by Center City Healthcare, LLC, d/b/a Hahnemann University Hospital ("**Hahnemann Hospital**") and certain affiliates (collectively, the "**Debtors**"), respectfully submits this second report (the "**Second Report**") for the time period from September 3, 2019 to the date of this Second Report (the "**Report Period**"). This Second Report is an interim report.

On September 3, 2019, the Ombudsman filed her first report (the "**First Report**") [Docket No. 632]. This Second Report supplements the First Report.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

I. **GENERAL BACKGROUND**

On June 30, 2019 and July 1, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "**Court**") for relief under chapter 11 of the Bankruptcy Code.  On July 2, 2019, this Court entered an order directing the appointment of a patient care ombudsman (the "**Appointment Order**").  [Docket No. 83]  On July 3, 2019, the Office of the United States Trustee appointed Suzanne A. Koenig as the Ombudsman in these Cases.  [Docket No. 95

On October 16, 2019, the Ombudsman filed her *Statement in Support of Debtors' Motion for Stay Pending Appeal of Order Granting in Part the Motion of Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC for Entry of an Order (I) Compelling Payment of All Unpaid Postpetition Amounts Pursuant to 11 U.S.C. § 503(b)(1) or, in the Alternative, (II) Granting Relief from the Automatic Stay to the Extent Necessary to Terminate the TSA and MSA*, which Statement is incorporated herein by reference (the "**Statement**").  [Docket No. 871]  The Ombudsman continues to monitor the status of the ongoing dispute between the Debtors, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC given the impact that the termination of the Debtors' contracts with Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC would have on St. Christopher's Hospital for Children ("**STC**" or the "**Hospital**"), as discussed in her Statement.

II. **SUMMARY OF OMBUDSMAN'S MONITORING AND OBSERVATIONS**

The following summarizes the Ombudsman's observations during this Report Period. Any observations regarding STC are based solely upon the two visits referenced below and observations and interviews conducted during those two visits:

A.  **Hahnemann University Hospital**

Hahnemann Hospital delivered care to the residents of Philadelphia for over 170 years. On June 26, 2019, the parent company of Hahnemann Hospital announced the closing of Hahnemann Hospital.

1.  **Hahnemann Hospital Building Status**

On July 25, 2019, the last remaining patient at Hahnemann Hospital was discharged. On August 16, 2019, the emergency department (the "**ED**") and Hahnemann Hospital closed their doors. Hahnemann Hospital has remained closed for the entirety of the Report Period.

2.  **Post-Closure Issues**

On November 1, 2019, the Commonwealth of Pennsylvania Secretary of Health filed correspondence with this Court regarding the revocation of Hahnemann Hospital's license and certain closure issues. [Docket No. 945] The Ombudsman had previously been assured by the Debtors that all closure issues at Hahnemann Hospital had been or were being addressed. The Ombudsman has contacted the Debtors to discuss the issues raised in the correspondence concerning various closure issues and will report to the Court as to any issues in the next report.

B.  **St. Christopher's Hospital for Children**

1.  **Overview of Facility**

STC is located at 160 East Erie Ave, Philadelphia, Pennsylvania. The Ombudsman and her representative made two visits to STC during the Report Period. One visit occurred on September 19, 2019, and the other visit occurred on October 22, 2019. On both visits, the Ombudsman and her representative entered through the main lobby. The lobby is decorated in a manner suitable for children. There were numerous adults and children in the waiting area during

both visits. The Ombudsman's representative noted that the staff at the information desk was carefully monitoring and questioning people regarding the reasons for their visit to STC.

The lobby has a locked electronic security glass gate that prevents entry without approval and requires scanning of credentials.  Therefore, all visitors must sign in at the front desk and obtain a visitor's badge to enter STC through the electronic security gate. A member of the STC administrative staff accompanied the Ombudsman and her representative to the Hospital's administrative offices. The Ombudsman met with several members of the administrative staff at the beginning of both visits to obtain information updates on events at the Hospital.

The Hospital has many community programs available.  The Ombudsman noted that the Hospital appears to be more than just a resource for children needing clinical care. One community program example is the St. Christopher's Hospital for Children Foundation, which supports a nutrition program called "Farm to Families." A program representative was in the Hospital lobby during the Ombudsman's September visit and explained to the Ombudsman how the program works. Families can purchase a small or large box of fresh, local and seasonal vegetables and fruits weekly.  In addition, there are eggs and other a la carte items available to purchase along with nutritional education provided at the time of purchase. Families having financial issues or those with a physician referral for their child may purchase a box at a discounted price.

    **2.**    **Physical Environment**

All Hospital staff were wearing name badges that were clearly visible on the days of the Ombudsman's visits. The entrance to STC was clean and free of offensive odors. There were security personnel stationed in front of the glass partitions that lead into the Hospital and they were very attentive to all visitors who were seeking entrance to the Hospital. STC contracts out

housekeeping services and no concerns were identified. The Ombudsman made environmental rounds on the Hospital's fifth floor, which serves oncology and cardiology patients. The unit was adequately staffed on the days of the visits and the employees were friendly and engaging with the patients and family members. No infection control infractions were observed at the Hospital on the days of the visits, and no HIPAA[2] compliance concerns were identified on the days of the visits.

### 3. Staff Morale

The director of quality (the "**Director of Quality**") works closely with nursing administration to monitor the staff's morale and how the staff is dealing with the bankruptcy filing. The Hospital has held some open forums to inform the staff of the progress of the bankruptcy cases and questions are answered regarding information published by the news media.

The Director of Quality told the Ombudsman that many of the staff members were getting ready to attend the annual Halloween party and will dress in costume for the occasion. The party is held for the benefit of the children, but the Director of Quality told the Ombudsman that that the staff gets as much enjoyment out of the party as the patients.

### 4. Employee Complaint

During the September visit, the Ombudsman addressed concerns reported in a letter received from a Hospital employee regarding lack of access to supplies and declining employee morale. The Ombudsman shared the contents of the letter with the chief nursing officer (the

---

[2] MedicineNet.com defines the Health Insurance Portability and Accountability Act (HIPAA) as a US law designed to provide privacy standards to protect patients' medical records and other health information provided to health plans, doctors, hospitals and other health care providers.

5

"**CNO**") while preserving the anonymity of the complainant. The Ombudsman met with the CNO two days after receipt of the letter to discuss the issues raised in the letter.

The CNO told the Ombudsman that following the bankruptcy filing, the CNO and the chief executive officer (the "**CEO**") established a process for any individual or department to immediately alert them regarding any issues with obtaining supplies, obtaining necessary staffing or addressing any equipment issues. With respect to supplies, the Hospital's finance team and the vendors have a system in place for payments in order to obtain same day or overnight deliveries when necessary. The CNO told the Ombudsman that the CNO made it clear to the operating room team, surgeons and nurses, that if the necessary supplies or equipment for a case were not available, the surgery should be rescheduled and not performed. If the surgery was an urgent case and supplies or equipment were not available, the patient would have to be sent to another facility for the procedure.

After this discussion, the CNO arranged a meeting between the Ombudsman, the director of anesthesia and the CEO. Separately, the Ombudsman called a focus group meeting to discuss patient safety and certain aspects of the letter with the director of preoperative services (the "**Director of Preoperative Services**") and an interdisciplinary team, including physicians, nurses, unit secretaries, and other staff members from the department of surgery. The anesthesia physician reviewed the complaint carefully and told the Ombudsman that prior to the bankruptcy filing, it was difficult to obtain supplies and new vendors had to be located. The anesthesia physician and the focus group participants confirmed that while certain brand items might not be available as requested by a physician, they always had the necessary supplies to provide safe care and no patient had been placed in jeopardy. Furthermore, the focus group participants and the

Director of Preoperative Services told the Ombudsman that no patient had been in jeopardy as a result of supply issues during the Report Period.

With respect to equipment, the Director of Preoperative Services told the Ombudsman that the Hospital had received a positive sterilization evaluation from their Joint Commission survey and proper procedures were in place for reusable equipment.

With respect to staffing issues, the Director of Preoperative Services said that while staffing problems had occurred in the past, staffing issues are not an issue and the preoperative area is adequately staffed at this time. The Director of Preoperative Services reassures the staff that options are available to fill staffing needs through the use of per diem personnel, agency and traveling nurses, as necessary. The Hospital has a recruiting program in place that allows prospective staff to "shadow" the Hospital staff in a specific area prior to making a final commitment. Department communication occurs each morning to discuss the day's surgery schedule and staffing. The Director of Preoperative Services holds frequent meetings with the staff and attempts to be transparent with any information obtained regarding the future of the Hospital.

The Ombudsman concluded that the complainant's concerns were legitimate, but that most had occurred prior to the bankruptcy. The Hospital has systems in place to obtain needed supplies, staffing and equipment access. If the patient cannot be treated at STC for any reason, including lack of supplies or access to equipment, then the patient is to be transferred to another hospital.

        **5.**    **<u>Neighborhood Shooting Incidents</u>**

During the October visit, the Ombudsman followed up on the impact of neighborhood shooting incidents (involving children) that had occurred just prior to the Ombudsman's visit.

ACTIVE 46906252v3

The CEO told the Ombudsman that the prior weekend had been very busy for the Hospital with forty-five (45) patients admitted during a 24-hour period. The Hospital was placed in lockdown mode for several hours while the police conducted an investigation.

The CEO told the Ombudsman that the Hospital staff had done an excellent job in dealing with the incidents and that care was provided without any interruption. The Hospital's goal is to provide the best care possible and to protect the families' privacy. The CEO said that the news media and community at large have many questions about the shooting incidents, and the Hospital has a designated spokesperson to address the media. The CEO told the Ombudsman that the shooting events also have had an impact the staff and the Hospital is providing assistance and counseling to staff members as needed. The CEO said that the Hospital was able provide appropriate care and services to patients, their families and the community.

### 6. Surgical Unit

Nine surgical rooms were open on the day of the Ombudsman's September visit and an additional four rooms are available for use if needed for emergency procedures. Two surgical teams were in house and twenty-three surgeries were scheduled for the day. The Hospital conducts approximately 8,500 surgeries annually.

### 7. Oncology Clinic

The oncology clinic (the "**Oncology Clinic**") provides outpatient treatment and services to the community each week Monday through Friday. There were no patients in the Oncology Clinic at the time of the Ombudsman's October visit. Based on discussions with staff, most patients arrive early morning with fewer arrivals in the afternoon. The Oncology Clinic was staffed on the day of the Ombudsman's visit with two primary nurses and a unit manager. The two primary nurses said that they provide care to the patients using a team approach and also are

involved with the parents. The Oncology Clinic is configured as a large playroom and the clinic staff encourages the patients to engage in play while receiving their infusion treatments.

### 8. Nursing Department

The CNO was on vacation during the Ombudsman's second visit, but remained in contact with the Hospital while out. A designated administrative nurse told the Ombudsman that the Hospital had necessary supplies and adequate nursing staff for all areas of the Hospital. The Hospital has a central nursing pool for staffing needs, and it can assist when one-on-one staffing is required for children who require close monitoring. The Hospital had no communicable diseases requiring reports to public agencies during the Report Period.

### 9. Nursing Education

Several committees are in place to oversee nursing education and training:

- a nursing leadership council;
- a nursing standards and policy council;
- a breastfeeding council; and
- nursing information and innovations committee

The neonatal intensive care unit completed a hand washing education program, "Sparkle & Shine," as hand washing is the most important measure in preventing infections. In addition, several programs were in place to observe National Respiratory Care Week. The Hospital has "Magnet" status, but the staff was not able to attend a national convention of Magnet hospitals.

### 10. Emergency Department

The Ombudsman met with the physician in charge of the ED on both visits. During the October visit, the ED physician told the Ombudsman that the week prior to the Ombudsman's visit had been very challenging for the staff due to the neighborhood shooting incidents

9

discussed earlier in this Second Report. The physician reported that the shootings had left the staff emotionally stressed, but the staff had continued to provide quality care and support to the patients and their families. The physician told the Ombudsman that in such events, the staff provides support for each other as well. The Ombudsman noted that the ED was staffed appropriately on the day of her visit. The physician told the Ombudsman that the ED had adequate resident support.  In addition, the physician indicated that two former residents at Hahnemann, who were working with another institution, had returned to provide care in ED and the staff was elated to have them back.

### 11. Interview with Parent of ED Patient

During the September visit, the Ombudsman interviewed the parent of a patient receiving treatment in the ED.  The parent told the Ombudsman that the child had been treated at the Hospital in the past and that they had confidence in the nurses and doctors. The parent told the Ombudsman that the nursing staff treated them with respect and kept them well informed.  The Ombudsman had no concerns about the care and service being provided to the patient and the parent.

### 12. ED Discharge Chart Review

A patient was seen in the ED due to breathing difficulties.  The parent became concerned because a few hours earlier, they noticed that the child's lips and fingertips were blue immediately after breast feeding.  The symptoms lasted for about two hours and then resolved. However, the parent decided to bring the child to the ED after two additional episodes. The parent reported that the pediatrician had discovered a heart murmur during one visit and scheduled an appointment with a cardiologist.  There is a family history of congenital heart disease. The infant was stable and discharged with instructions for the parent to keep the

appointment with the cardiologist. The Ombudsman had no concerns about the care and service provided to the patient and the parent.

### 13. Closed Patient Record Review

The Ombudsman accessed one closed Hospital admission record to review the discharge plan. The patient was admitted with a diagnosis of status asthmaticus[3]. The patient had a history of intermittent asthma. The parent reported that the child had been ill for two days with symptoms of abdominal pain, coughing and breathing difficulty. The parent took the child to the primary physician and was subsequently sent to the ED for breathing problems. The patient was treated in the ED and admitted to the Hospital. The patient responded well to treatment. The patient was discharged to home with medication orders. The patient was to follow up with primary physician within one to two days. The discharge plan appeared appropriate.

---

[3] Mayo Clinic defines status asthmaticus as a long-lasting and severe asthma episode in which asthma symptoms are not responsive to initial bronchodilator or corticosteroid therapy.

11

III. **CONCLUSION**

The Ombudsman did not observe any significant concerns. The Ombudsman will submit her next report within sixty (60) days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary.

Dated: November 4, 2019

PATIENT CARE OMBUDSMAN

By: /s/ Suzanne Koenig
Suzanne Koenig, solely in her capacity as Patient Care Ombudsman in the above-captioned Cases