**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

<u>In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al*</u>.    Case No. 19-11466 (KG)
Debtors    Reporting Period: July 1, 2019 - July 31, 2019

**AMENDED MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Available to the U.S. Trustee upon request | | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | Available to the U.S. Trustee upon request | | |
| Cash disbursements journals | | Available to the U.S. Trustee upon request | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | No | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    _____
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

*/s/ Allen Wilen*    November 5, 2019
Signature of Authorized Individual*    Date

Allen Wilen    Chief Restructuring Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***
**Debtors**

Case No. <u>19-11466 (KG)</u>
Reporting Period: July 1, 2019 - July 31, 2019

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
July 1, 2019 - July 31, 2019

| | 19-11466 | 19-11468 | 19-11478 | 19-11477 | 19-11471 | 19-11474 | 19-11476 | 19-11479 | 19-11467 | |
| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. | TPS III of PA, L.L.C. | SCHC Pediatric Associates, L.L.C. | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC | Consolidated Entities Total ** |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance - Books | $ 8,384,194 | $ 7,484,544 | $ 112,675 | $ 2,408 | $ 54,416 | $ (31,532) | $ 186,652 | $ (35,045) | $ 4,462,504 | $ 20,620,816 |
| Collections | 8,324,690 | 19,324,379 | 499,587 | 22,551 | 2,856,942 | 155,016 | 121,559 | 417,172 | - | 31,721,896 |
| Other Revenue | 1,192,335 | 2,899,144 | 620,505 | 25,808 | 3,329,765 | 6,888 | 454,103 | 650 | 558 | 8,529,756 |
| **Total Receipts** | 9,517,025 | 22,223,523 | 1,120,092 | 48,359 | 6,186,707 | 161,904 | 575,662 | 417,822 | 558 | 40,251,652 |
| Salaries, wages and benefits | (10,013,118) | (7,842,029) | (1,766,523) | (67,050) | (6,913,359) | (95,057) | (658,890) | (230,976) | (576,133) | (28,163,135) |
| Supplies expense | (1,467,824) | (3,026,839) | (7,895) | (430) | (97,058) | (7,885) | (54) | (91,850) | (7,101) | (4,706,936) |
| Other controllable expenses | (14,576,581) | (7,466,954) | (311,378) | (14,333) | (1,402,533) | (38,581) | (51,587) | (68,918) | (1,758,678) | (25,689,543) |
| Non-controllable expenses | (2,770,995) | (1,599,311) | (126,122) | (23,083) | (565,666) | (20,406) | (16,556) | (14,699) | (21,966) | (5,158,804) |
| Total Operating Disbursements | (28,828,518) | (19,935,133) | (2,211,918) | (104,896) | (8,978,616) | (161,929) | (727,087) | (406,443) | (2,363,878) | (63,718,418) |
| *Restructuring Related Disbursements* | | | | | | | | | | |
| Professional Fees | (50,000) | - | - | - | - | - | - | - | - | (50,000) |
| Net Cash Flow Prior to Financing Activities | (19,361,493) | 2,288,390 | (1,091,826) | (56,537) | (2,791,909) | (25) | (151,425) | 11,379 | (2,363,320) | (23,516,766) |
| *Financing Activities* | | | | | | | | | | |
| DIP Revolver Borrowings | - | - | - | - | - | - | - | - | 44,453,000 | 44,453,000 |
| DIP Revolver Paydown | - | - | - | - | - | - | - | - | (35,488,908) | (35,488,908) |
| Interest | (11,480) | (10,025) | (171) | (50) | (2,288) | (192) | (182) | (873) | (24,290) | (49,551) |
| Total Financing Activities | (11,480) | (10,025) | (171) | (50) | (2,288) | (192) | (182) | (873) | 8,939,802 | 8,914,541 |
| Net Cash Flow | (19,372,973) | 2,278,365 | (1,091,997) | (56,587) | (2,794,197) | (217) | (151,607) | 10,506 | 6,576,482 | (14,602,225) |
| Transfers | 11,932,186 | (8,576,927) | 972,115 | 54,454 | 2,740,931 | 31,949 | (34,995) | 24,789 | (7,144,502) | - |
| Ending Balance - Books | 943,407 | 1,185,982 | (7,207) | 275 | 1,150 | 200 | 50 | 250 | 3,894,484 | 6,018,591 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ (28,878,518) | $ (19,935,133) | $ (2,211,918) | $ (104,896) | $ (8,978,616) | $ (161,929) | $ (727,087) | $ (406,443) | $ (37,877,076) | $ (99,306,877) |

** The remaining five (5) debtors not shown above are consolidated into other entities, and therefore, do not report receipts/disbursements.
   1. Philadelphia Academic Medical Associates, LLC (19-11469);
   2. HPS of PA, L.L.C. (19-11470);
   3. St. Christopher's Pediatric Urgent Care Center, L.L.C. (19-11472);
   4. SCHC Pediatric Anesthesia Associates, L.L.C. (19-11473); and,
   5. TPS of PA, L.L.C. (19-11475).

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  
Debtors

Case No. 19-11466 (KG)  
Reporting Period: July 1, 2019 - July 31, 2019

**Schedule of Debtor Bank Account Balances**

| Bank Account | Bank | Name | Beginning Account Balance | Debits | Credits | Ending Account Balance |
|---|---|---|---|---|---|---|
| ****-8873 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES | $1,156.98 | $83,042.78 | ($83,993.12) | $206.64 |
| ****-9542 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S PEDIATRIC URGENT CARECENTER, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9500 | WELLS FARGO BANK, N.A. | HPS OF PA, L.L.C. | 0.00 | 16,516.69 | -16,516.69 | 0.00 |
| ****-9518 | WELLS FARGO BANK, N.A. | HPS OF PA, L.L.C. | 0.00 | 4,241.80 | -4,241.80 | 0.00 |
| ****-9526 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 0.00 | 115,514.93 | -115,514.93 | 0.00 |
| ****-9534 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ASSOCIATES, L.L.C. | 0.00 | 3,350,992.64 | -3,350,992.64 | 0.00 |
| ****-9559 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C. | 0.00 | 69,448.32 | -69,448.32 | 0.00 |
| ****-9567 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9575 | WELLS FARGO BANK, N.A. | SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C. | 0.00 | 327,198.47 | -327,198.47 | 0.00 |
| ****-9310 | WELLS FARGO BANK, N.A. | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | 0.00 | 650.26 | -650.26 | 0.00 |
| ****-9328 | WELLS FARGO BANK, N.A. | STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C. | 0.00 | 193,621.73 | -193,621.73 | 0.00 |
| ****-9336 | WELLS FARGO BANK, N.A. | TPS OF PA, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9344 | WELLS FARGO BANK, N.A. | TPS OF PA, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9351 | WELLS FARGO BANK, N.A. | TPS II OF PA, L.L.C. | 0.00 | 43,707.67 | -43,707.67 | 0.00 |
| ****-9369 | WELLS FARGO BANK, N.A. | TPS II OF PA, L.L.C. | 0.00 | 184,207.74 | -184,207.74 | 0.00 |
| ****-9377 | WELLS FARGO BANK, N.A. | TPS III OF PA, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| ****-9385 | WELLS FARGO BANK, N.A. | TPS III OF PA, L.L.C. | 0.00 | 205.75 | -205.75 | 0.00 |
| ****-9393 | WELLS FARGO BANK, N.A. | TPS IV OF PA, L.L.C. | 0.00 | 140,595.73 | -140,595.73 | 0.00 |
| ****-9401 | WELLS FARGO BANK, N.A. | TPS IV OF PA, L.L.C. | 0.00 | 433,366.20 | -433,366.20 | 0.00 |
| ****-9419 | WELLS FARGO BANK, N.A. | TPS V OF PA, L.L.C. | 0.00 | 314.55 | -314.55 | 0.00 |
| ****-9146 | WELLS FARGO BANK, N.A. | TPS V OF PA, L.L.C. | 0.00 | 360,532.87 | -360,532.87 | 0.00 |
| ****-4834 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | 20,628.43 | 166,687.86 | -166,687.86 | 20,628.43 |
| ****-6063 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | 1,783,311.05 | 52,071,157.56 | -51,210,874.41 | 2,643,594.20 |
| ****-6071 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | 0.00 | 6,903,198.17 | -6,903,198.17 | 0.00 |
| ****-6097 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | 0.00 | 968,872.92 | -968,872.92 | 0.00 |
| ****-5981 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | 0.00 | 16,375,320.12 | -16,375,320.12 | 0.00 |
| ****-6005 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | 0.00 | 20,168,522.00 | -20,168,522.00 | 0.00 |
| ****-6021 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | 3,172,477.40 | 37,974,362.51 | -37,974,362.51 | 3,172,477.40 |
| ****-6039 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | 0.00 | 552,622.87 | -552,622.87 | 0.00 |
| ****-6054 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | 0.00 | 9,038.71 | -9,038.71 | 0.00 |
| ****-6070 | WELLS FARGO BANK, N.A. | CENTER CITY HEALTHCARE, LLC | 7,843,427.07 | 11,157,394.67 | -18,878,535.30 | 122,286.44 |
| ****-6096 | WELLS FARGO BANK, N.A. | ST. CHRISTOPHER'S HEALTHCARE, LLC | 6,755,899.29 | 10,383,303.24 | -16,923,982.72 | 215,219.81 |
| ****-6048 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | 50,000.00 | 97,908.40 | -142,908.40 | 5,000.00 |
| ****-6030 | WELLS FARGO BANK, N.A. | PHILADELPHIA ACADEMIC HEALTH SYSTEM,LLC | 820,335.79 | 25,367.83 | 0.00 | 845,703.62 |
| **Total** | | | **$20,447,236.01** | **$162,177,914.99** | **($175,600,034.46)** | **$7,025,116.54** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*  
Debtors

**Case No. 19-11466 (KG)**  
**Reporting Period: July 1, 2019 - July 31, 2019**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Wire Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| SSG Advisors, LLC | Jul-19 | 50,000.00 | Philadelphia Academic Health System | TRN#190725111089 | 07/25/2019 | 50,000.00 | | $50,000 | |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*   Case No. **19-11466 (KG**
Debtors   Reporting Period: July 1, 2019 - July 31, 2019

## STATEMENT OF OPERATIONS
(Consolidated Income Statement)[1]

| REVENUES | July 2019 | Cumulative Filing to Date |
|---|---:|---:|
| Gross Patient Revenues | $2,909,089,094.00 | $2,909,089,094.00 |
| Less: Reductions | (2,877,367,198.00) | ($2,877,367,198.00) |
| Net Patient Revenue | $31,721,896.00 | $31,721,896.00 |
| **OPERATING EXPENSES** | | |
| Salaries, wages and benefits | 28,163,135.00 | $28,163,135.00 |
| Supplies expense | 4,706,936.00 | $4,706,936.00 |
| Other controllable expenses (See #1 on attached Continuation Sheet) | 25,689,546.00 | $25,689,546.00 |
| Non-controllable expenses (See #2 on attached Continuation Sheet) | 5,158,804.00 | $5,158,804.00 |
| E.H.R. Incentive | 0.00 | $0.00 |
| Total Operating Expenses Before Depreciation | 63,718,421.00 | $63,718,421.00 |
| Depreciation/Depletion/Amortization | 23,546.00 | $23,546.00 |
| Net Profit (Loss) Before Other Income & Expenses | ($32,020,071.00) | ($32,020,071.00) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Revenue (See #3 on attached Continuation Sheet) | 8,529,756.00 | $8,529,756.00 |
| Other Non-Operating Income | (41.00) | ($41.00) |
| Interest Expense | 49,551.00 | $49,551.00 |
| Net Profit (Loss) Before Reorganization Items | ($23,539,825.00) | ($23,539,825.00) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 50,000.00 | $50,000.00 |
| U. S. Trustee Quarterly Fees | 0.00 | $0.00 |
| Interest Earned on Accumulated Cash from Chapter 11 | 0.00 | $0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | $0.00 |
| Other Reorganization Expenses | 0.00 | $0.00 |
| Total Reorganization Expenses | 50,000.00 | $50,000.00 |
| Income Taxes | | |
| Net Profit (Loss) | ($23,589,825.00) | ($23,589,825.00) |

1 - The unconsolidated Statements of Income (unaudited) are provided subsequent to the continuation sheet.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (KG)
Debtors     Reporting Period: July 1, 2019 - July 31, 2019

**STATEMENT OF OPERATIONS - continuation sheet**

| Ref | BREAKDOWN OF "OTHER" CATEGORY | July 2019 | Cumulative Filing to Date |
|---|---|---:|---:|
| 1 | **Other Controllable Expenses** | | |
| | 2000 OCE PHYSICIANS MED | $322,066.00 | $322,066.00 |
| | 2005 OCE PHYSICIANS GROU | 732,659.00 | 732,659.00 |
| | 2005 OCE PHYSICIANS MED | 2,649,439.00 | 2,649,439.00 |
| | 2020 OCE DIRECTORS MED F | 48,113.00 | 48,113.00 |
| | 2021 OCE PHYSICIAN STIPE | 4,687,473.00 | 4,687,473.00 |
| | 2100 OCE MED-THERP/OTHER | 338,283.00 | 338,283.00 |
| | 2200 OCE CONSULTING/MGMT | 1,439,215.00 | 1,439,215.00 |
| | 2250 OCE LOBBYING | 4,242.00 | 4,242.00 |
| | 2300 OCE LEGAL FEE-NON L | 268,900.00 | 268,900.00 |
| | 2400 OCE AUDIT FEES | -5,357.00 | -5,357.00 |
| | 2500 OCE OTHER FEE-NON M | 629,407.00 | 629,407.00 |
| | 2520 OCE BOARD DIRECTOR | -5,400.00 | -5,400.00 |
| | 4700 OCE DOCTOR/EMPL APP | 410.00 | 410.00 |
| | 4800 OCE INSTRUMENTS/MIN | 24,650.00 | 24,650.00 |
| | 4800 OCE MINOR NON-MED E | 11,104.00 | 11,104.00 |
| | 4900 OCE MINOR NON-MED E | 197.00 | 197.00 |
| | 6105 OCE OTHER MED FEES | 570,496.00 | 570,496.00 |
| | 6106 OCE NON-MED CONTRAC | 5,653,805.00 | 5,653,805.00 |
| | 6107 OCE OUTSOURCED NON- | 366,304.00 | 366,304.00 |
| | 6108 OCE OUTSOURCE NON-S | 52,012.00 | 52,012.00 |
| | 6110 OCE OUTSIDE MED TES | 156,677.00 | 156,677.00 |
| | 6210 OCE REPAIR - EQUIPM | 473,281.00 | 473,281.00 |
| | 6220 OCE REPAIR & MAINT | 582.00 | 582.00 |
| | 6230 OCE SVC & MAINT CON | 722,506.00 | 722,506.00 |
| | 6231 OCE ROBOTICS SVC CO | 11,167.00 | 11,167.00 |
| | 6504 OCE CONFIF COLL FEE | 135,913.00 | 135,913.00 |
| | 6505 OCE CONFIF COLL FEE | 1,068,902.00 | 1,068,902.00 |
| | 6507 OCE OTHER AGENCY FE | 220,306.00 | 220,306.00 |
| | 6509 OCE CON FEE PATACCT | 669,302.00 | 669,302.00 |
| | 6600 OCE PURCHASED SERVI | 1,111,897.00 | 1,111,897.00 |
| | 6601 OCE PENALTIES | 15,093.00 | 15,093.00 |
| | 6604 OCE SOFTWARE COSTS | 219,536.00 | 219,536.00 |
| | 6611 OCE DRUG SCREENING | 29,794.00 | 29,794.00 |
| | 6613 OCE BACKGROUND CHEC | 385.00 | 385.00 |
| | 6650 OCE DP FEES - CORE | 1,313,019.00 | 1,313,019.00 |
| | 6710 OCE ADVERTISING | 49,641.00 | 49,641.00 |
| | 6720 OCE EMPLOYMENT ADVE | 5,068.00 | 5,068.00 |
| | 6730 OCE MILEAGE | 4,948.00 | 4,948.00 |
| | 6760 OCE CHARITY CONTRIB | 833.00 | 833.00 |
| | 6767 OCE RECORDS STOR AN | 33,866.00 | 33,866.00 |
| | 6790 OCE COPYING COST/SU | 20,655.00 | 20,655.00 |
| | 6800 OCE FREIGHT / EXPRE | 61,878.00 | 61,878.00 |
| | 6830 OCE POSTAGE | 45,331.00 | 45,331.00 |
| | 7600 OCE RENT LEASE AUTO | 620.00 | 620.00 |
| | 7640 OCE RENT-OFFICE FUR | 8,073.00 | 8,073.00 |
| | 7642 OCE RENT COPIERS/FA | 17,734.00 | 17,734.00 |
| | 7646 OCE RENT MED EQUIPM | 253,220.00 | 253,220.00 |
| | 7648 OCE EQUIPMENT LEASE | 109,771.00 | 109,771.00 |
| | 7700 OCE UTILITIES ELECT | 342,624.00 | 342,624.00 |
| | 7800 OCE UTILITIES GAS | 24,061.00 | 24,061.00 |
| | 7900 OCE UTILITIES WATER | 338,294.00 | 338,294.00 |
| | 8000 OCE UTILITIES RUBBI | 61,618.00 | 61,618.00 |
| | 8500 OCE TELEPHONE | 88,550.00 | 88,550.00 |
| | 8501 OCE ANSWERING SERVI | 31,839.00 | 31,839.00 |
| | 8600 OCE SUBSCRIPTIONS A | 21,076.00 | 21,076.00 |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. 19-11466 (KG)
Debtors     Reporting Period: July 1, 2019 - July 31, 2019

**STATEMENT OF OPERATIONS - continuation sheet**

| Ref | BREAKDOWN OF "OTHER" CATEGORY | | July 2019 | Cumulative Filing to Date |
|---|---|---|---:|---:|
| | 8601 | OCE MSO/PHYS SUSCRI | 134.00 | 134.00 |
| | 8610 | OCE NON-DEDUCT. DUE | 7,728.00 | 7,728.00 |
| | 8620 | OCE OTHER DUES/MEMB | 82,014.00 | 82,014.00 |
| | 8700 | OCE OUTSIDE TRAININ | 44,335.00 | 44,335.00 |
| | 8701 | OCE OUTSIDE TRAININ | 53,245.00 | 53,245.00 |
| | 8710 | OCE TRAINING & DEVE | 14,814.00 | 14,814.00 |
| | 8800 | OCE TRAVEL & LODGIN | 32,022.00 | 32,022.00 |
| | 8801 | OCE MSO/PHYS TRAVEL | 665.00 | 665.00 |
| | 8810 | OCE MEALS / ENTERTA | 1,650.00 | 1,650.00 |
| | 8815 | OCE AIRFARE | 1,449.00 | 1,449.00 |
| | 9200 | OCE TRNFR - OUT/OTH | -98,573.00 | -98,573.00 |
| | 9400 | OCE TRNFR-IN/OTHR | 93,980.00 | 93,980.00 |
| | **Total Other Controllable Expenses** | | **$25,689,541.00** | **$25,689,541.00** |
| 2 | **Non-Controllable Expenses** | | | |
| | 3910 | NON PATIENT BAD DEB | $58,505.00 | $58,505.00 |
| | 7500 | NCE RENT/LEASE BUIL | 973,623.00 | 973,623.00 |
| | 7520 | NCE RENT EXP I/C | 232,844.00 | 232,844.00 |
| | 7552 | NCE MASTER LEASE RE | 623,635.00 | 623,635.00 |
| | 7554 | NCE RENT OFFICE SPA | 95,582.00 | 95,582.00 |
| | 7556 | NCE RENT - STORAGE | 40.00 | 40.00 |
| | 7558 | NCE RENT - PARKING | 100,797.00 | 100,797.00 |
| | 7560 | NCE RENT O/P ACTIVI | 81,322.00 | 81,322.00 |
| | 7575 | NCE SUB-LEASE INCOM | -362.00 | -362.00 |
| | 8100 | NCE PROF. LIAB (MAL | 1,961,508.00 | 1,961,508.00 |
| | 8200 | NCE OTHER INSURANCE | 1,067.00 | 1,067.00 |
| | 8250 | NCE ALL RISK INSURA | 563,619.00 | 563,619.00 |
| | 8300 | NCE PROPERTY TAX | 210,743.00 | 210,743.00 |
| | 8310 | NCE LICENSES | 42,797.00 | 42,797.00 |
| | 8320 | NCE OTHER TAXES | 213,607.00 | 213,607.00 |
| | 9999 | NCE G/L SUSPENSE | -523.00 | -523.00 |
| | **Total Non-Controllable Expenses** | | **$5,158,804.00** | **$5,158,804.00** |
| 3 | **Other Revenue** | | | |
| | 8727 | REV - CAPITATION & | $90,417.00 | $90,417.00 |
| | 8904 | RENTAL REVENUE | 2,175.00 | 2,175.00 |
| | 8905 | OTHER REV-PARKING L | 150,043.00 | 150,043.00 |
| | 8908 | SUB-LEASE INCOME | 59,348.00 | 59,348.00 |
| | 8913 | RESIDENCY PROGRAM R | 623,053.00 | 623,053.00 |
| | 8946 | VENDING MACHINES CO | 2,500.00 | 2,500.00 |
| | 8955 | OTHER INCOME MED RE | 3,288.00 | 3,288.00 |
| | 8975 | MISC REVENUE | 2,215,325.00 | 2,215,325.00 |
| | 8909 | INCOME RELATED INTI | 1,693,753.00 | 1,693,753.00 |
| | 8910 | NURSING SCHOOL TUIT | 26,889.00 | 26,889.00 |
| | 8916 | CAFETERIA REVENUE | 107,057.00 | 107,057.00 |
| | 8970 | OTHER REV-SHARED RI | 1,384.00 | 1,384.00 |
| | 8980 | OTHER REVENUES | 3,382,098.00 | 3,382,098.00 |
| | 8972 | MANAGEMENT FEES REV | 172,428.00 | 172,428.00 |
| | **Total Other Revenue** | | **$8,529,758.00** | **$8,529,758.00** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***  
**Debtors**

Case No. **19-11466 (KG)**  
Reporting Period: July 1, 2019 - July 31, 2019

**Statements of Income (unaudited)** [1]  
**From July 1, 2019 through July 31, 2019**

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [3] | TPS III of PA, L.L.C. [3] | SCHC Pediatric Associates, L.L.C. [4] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [3] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [5] | Consolidated Entities Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Net patient revenue[2] | $8,324,690 | $19,324,379 | $499,587 | $22,551 | $2,856,942 | $155,016 | $121,559 | $417,172 | - | $31,721,896 |
| Other revenue | 1,192,335 | 2,899,144 | 620,505 | 25,808 | 3,329,765 | 6,888 | 454,103 | 650 | 558 | 8,529,756 |
| Net revenue | 9,517,025 | 22,223,523 | 1,120,092 | 48,359 | 6,186,707 | 161,904 | 575,662 | 417,822 | 558 | 40,251,652 |
| Operating charges: | | | | | | | | | | |
| Salaries, wages and benefits | 10,013,118 | 7,842,029 | 1,766,523 | 67,050 | 6,913,359 | 95,057 | 658,890 | 230,976 | 576,133 | 28,163,135 |
| Supplies expense | 1,467,824 | 3,026,839 | 7,895 | 430 | 97,058 | 7,885 | 54 | 91,850 | 7,101 | 4,706,936 |
| Other controllable expenses | 14,626,581 | 7,466,954 | 311,378 | 14,333 | 1,402,533 | 38,581 | 51,587 | 68,918 | 1,758,678 | 25,739,543 |
| Non-controllable expenses | 2,770,995 | 1,599,311 | 126,122 | 23,083 | 565,666 | 20,406 | 16,556 | 14,699 | 21,966 | 5,158,804 |
| E.H.R. Incentive | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | 28,878,518 | 19,935,133 | 2,211,918 | 104,896 | 8,978,616 | 161,929 | 727,087 | 406,443 | 2,363,878 | 63,768,418 |
| EBITDA | (19,361,492) | 2,288,389 | (1,091,826) | (56,538) | (2,791,909) | (25) | (151,426) | 11,378 | (2,363,319) | (23,516,768) |
| Depreciation and amortization | - | - | - | - | 20,502 | 1,101 | - | 1,943 | - | 23,546 |
| Interest expense | 11,480 | 10,025 | 171 | 50 | 2,288 | 192 | 182 | 873 | 24,290 | 49,551 |
| Other non-operating revenue | (41) | - | - | - | - | - | - | - | - | (41) |
| PRE-TAX INCOME | $ (19,372,930) $ | 2,278,364 $ | (1,091,998) $ | (56,588) $ | (2,814,699) $ | (1,318) $ | (151,608) $ | 8,561 $ | (2,387,609) $ | (23,589,825) |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The other debtor entities roll up to the listed debtor entities, explained in the below notes.

2 - Intercompany transactions are subject to offsetting revenue and expense elimination between affiliates.

3 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

4 - Includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

5 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital,** *et al.*   Case No. 19-11466 (KG)
Debtors   Reporting Period: July 1, 2019 - July 31, 2019

**BALANCE SHEET**
**(Consolidated)**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| CURRENT ASSETS | July 2019 | June 2019 |
| Unrestricted Cash and Equivalents | $6,018,591.00 | $20,620,816.00 |
| Restricted Cash and Cash Equivalents | 2,643,594.00 | 1,783,311.00 |
| Accounts Receivable (Net) | 91,785,722.00 | 111,748,817.00 |
| Inventories | 13,254,180.00 | 13,373,167.00 |
| Prepaid Expenses | 4,818,301.00 | 4,785,134.00 |
| Other Current Assets (See #1 on attached Continuation Sheet) | 41,194,897.00 | 51,247,071.00 |
| *TOTAL CURRENT ASSETS* | **$159,715,285.00** | **$203,558,316.00** |
| PROPERTY AND EQUIPMENT | | |
| Purchased assets - unallocated | 50,000,000.00 | 50,000,000.00 |
| Property and equipment | 9,771,717.00 | 9,787,942.00 |
| Less: accumulated depreciation | (5,117,381.00) | (5,102,424.00) |
| *TOTAL PROPERTY & EQUIPMENT* | **54,654,336.00** | **54,685,518.00** |
| OTHER ASSETS | | |
| Other Assets (See #2 on attached Continuation Sheet) | 194,007.00 | 192,066.00 |
| Due from Philadelphia Academic Health Holdings, LLC | (2,359,570.00) | (2,359,570.00) |
| Other intangibles and deferred assets (See #3 on attached Continuation Sheet) | 22,189,183.00 | 20,118,718.00 |
| Accumulated amortization | (3,647,209.00) | (3,638,620.00) |
| *TOTAL OTHER ASSETS* | **$16,376,411.00** | **$14,312,594.00** |
| **TOTAL ASSETS** | **$230,746,032.00** | **$272,556,428.00** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | July 2019 | June 2019 |
| Accounts payable [1] | $48,843,228.93 | $45,758,406.02 |
| Patient credit balances | 15,216,130.00 | 15,140,460.00 |
| Accured Liabilities - Payroll | 19,821,503.00 | 12,238,791.00 |
| Accrued Liabilities - Other | 30,139,368.00 | 29,920,613.91 |
| MidCap Financial Trust | 43,011,706.00 | 56,879,580.00 |
| Short term debt | 318,300.00 | 356,789.00 |
| Long Term Debt | 7.00 | 7.00 |
| Interest Payable | 0.00 | 1,137,090.00 |
| Due to PAHH | (5,290.00) | (9,771.00) |
| Intercompany | 604,839.00 | 604,839.00 |
| *TOTAL POSTPETITION LIABILITIES* | **$157,949,791.93** | **$162,026,804.93** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $0.00 | $0.00 |
| Priority Unsecured Debt - Taxes | 576,298.00 | 576,298.00 |
| Priority Unsecured Debt - Wage/PTO Claims | 6,223,591.00 | 20,367,151.00 |
| Unsecured Debt - A/P | 139,273,603.07 | 139,273,603.07 |
| Unsecured Debt - Wage/PTO Claims | 1,724,686.00 | 1,724,686.00 |
| *TOTAL PRE-PETITION LIABILITIES* | **147,798,178.07** | **161,941,738.07** |
| *TOTAL LIABILITIES* | **$305,747,970.00** | **$323,968,543.00** |
| OWNER EQUITY | | |
| Capital surplus | $96,522,038.00 | $96,522,038.00 |
| *Retained earnings (June 30, 2019)* | (83,306,650.00) | (83,306,650.00) |
| *Additions* | 0.00 | 0.00 |
| Retained earnings (July 31, 2019) | (83,306,650.00) | 0.00 |
| Profit (loss) | (88,217,326.00) | (64,627,503.00) |
| *NET OWNER EQUITY* | **($75,001,938.00)** | **($51,412,115.00)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$230,746,032.00** | **$272,556,428.00** |

*Notes:*

1 - Unconsolidated Balance Sheet (unaudited) provided on the subsequent pages.

2 - Accounts payable for this schedule includes trade payable accruals. On the debtors financial statements, trade payable accruals are captured in "Accrued Liabilities - Other". These amounts for June and July are, $36,753,549.13 and $39,239,995.18, respectively.

In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*  
Debtors

Case No. 19-11466 (KG)  
Reporting Period: July 1, 2019 - July 31, 2019

## BALANCE SHEET - continuation sheet

| Ref | ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---:|---:|
| 1 | **Other Current Assets** | **July 2019** | **June 2019** |
| | 1065 0039   OTHR REC EMPLO | ($64,500.00) | ($77,693.00) |
| | 1065 0419   OTHER REC TUIT | 1,274,574.00 | 1,282,833.00 |
| | 1065 1018   OTHER REC FAC | 10,259,378.00 | 13,333,217.00 |
| | 1065 1018.02 OTHER REC FAC | 2,732,342.00 | 2,468,953.00 |
| | 1065 1018.03 OTHER REC FAC | 52,713.00 | 52,713.00 |
| | 1065 1018.04 OTHER REC FAC | (33,194.00) | (33,194.00) |
| | 1065 1018.06 OTHER REC FAC | (25,316.00) | (25,316.00) |
| | 1067 0048   OTR CURR ASSET | 2,046,390.00 | 1,826,873.00 |
| | 1067 1148   OTR RECEIVABLE | 181,405.00 | 141,959.00 |
| | 1067 1248   OTR RECEIVABLE | 556,292.00 | 530,484.00 |
| | 1067 1448   OTR REC - FAC | (183,024.00) | (183,024.00) |
| | 1067 1548   OTR REC - FAC | 4,041,522.00 | 3,796,716.00 |
| | 1067 1648   OTR REC - FAC | 792,826.00 | 999,161.00 |
| | 1067 1748   OTR REC - FAC | 1,900,279.00 | 811,255.00 |
| | 1067 1848   OTR REC - FAC | (14,096,880.00) | 1,326.00 |
| | 1067 1890   MCAID SUPP PAY | 4,338,029.00 | 3,181,228.00 |
| | 1067 1891   MCAID SUPP PAY | 1,734,714.00 | 1,154,190.00 |
| | 1067 1894   MCAID SUPP PAY | 21,361,704.00 | 17,799,729.00 |
| | 1067 1896   MCAID SUPP PAY | 3,077,480.00 | 2,905,649.00 |
| | 1067 2348   OTR RECEIVABLE | (196,849.00) | (209,766.00) |
| | 1068 0004   OTHER REC RENT | (300.00) | (300.00) |
| | 1044 1181   BAD DEBT ALLOW | (574,159.00) | (515,654.00) |
| | 1067 1892   MCAID SUPP PAY | 459,223.00 | 423,898.00 |
| | 1067 2344   MISC REC MCAID | 586,500.00 | 586,500.00 |
| | 1065 0619   OTHER REC PHYS | 19,930.00 | 41,514.00 |
| | 1067 1948   OTR RECEIVABLE | (46,179.00) | (46,179.00) |
| | 1100 1001   OTHER CURR ASS | 1,000,000.00 | 1,000,000.00 |
| | **Total Other Current Assets** | **$41,194,900.00** | **$51,247,072.00** |
| 2 | **Other Assets** | **July 2019** | **June 2019** |
| | 1343 0035   NON CURR DEPOS | $5,833.00 | $52,857.00 |
| | 1336 2921   OTR L/T ASSETS | 141,150.00 | 253,294.00 |
| | 1343 0035   NON CURR DEPOS | 47,024.00 | 52,857.00 |
| | **Total Other Assets** | **$194,007.00** | **$359,008.00** |
| 3 | **Other Intangibles and deferred assets** | | |
| | 1336 2921   OTR L/T ASSETS | $109,668.00 | $253,294.00 |
| | 1344 0092   COMPUTER PRG S | 3,049,920.00 | 3,049,920.00 |
| | 1348 1050   INTGIBLES - SW | 8,607,335.00 | 6,532,452.00 |
| | 1348 0093   INTANGIBLES L/ | 10,422,261.00 | 10,422,261.00 |
| | **Total Other Intangibles** | **$22,189,184.00** | **$20,257,927.00** |

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***            Case No. **19-11466 (KG)**
**Debtors**           Reporting Period: July 1, 2019 - July 31, 2019

**Balance Sheets (unaudited)** [1]
**As of July 31, 2019**

| | Center City Healthcare, LLC | St. Christopher's Healthcare, LLC | TPS IV of PA, L.L.C. [2] | TPS III of PA, L.L.C. [2] | SCHC Pediatric Associates, L.L.C. [3] | StChris Care at Northeast Pediatrics, L.L.C. | TPS II of PA, L.L.C. [2] | TPS V of PA, L.L.C. | Philadelphia Academic Health System, LLC [4] | Consolidated Entities Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | | | | |
| Cash and cash equivalents | | | | | | | | | | |
|   Unrestricted cash | $ 943,407 | $ 1,185,982 | $ (7,207) | $ 275 | $ 1,150 | $ 200 | $ 50 | $ 250 | $ 3,894,484 | $ 6,018,591 |
|   Restricted cash | - | - | - | - | - | - | - | - | 2,643,594 | 2,643,594 |
| Accounts receivable, net | 47,897,977 | 39,313,379 | 1,216,747 | 210,728 | 2,021,787 | 469,418 | 535,697 | 119,989 | - | 91,785,722 |
| Inventory | 7,733,806 | 5,354,198 | - | - | - | 94,381 | - | 71,795 | - | 13,254,180 |
| Prepaid expenses | 2,375,647 | 959,426 | 70,047 | 42,171 | 508,502 | 25,519 | - | 11,496 | 825,493 | 4,818,301 |
| Other current assets | 20,312,853 | 28,828,624 | (1,946,929) | 84,397 | (5,004,089) | (593,324) | (376,157) | (1,107,430) | 996,952 | 41,194,897 |
| Total current assets | 79,263,690 | 75,641,609 | (667,342) | 337,571 | (2,472,650) | (3,806) | 159,590 | (903,900) | 8,360,523 | 159,715,285 |
| Purchased assets - unallocated | - | - | - | - | - | - | - | - | 50,000,000 | 50,000,000 |
|   Property and equipment4 | 913,933 | 1,062,133 | 1,177,810 | 12,568 | 6,162,136 | 264,029 | - | 179,108 | - | 9,771,717 |
|   Less: accumulated depreciation | - | - | (436,157) | (722) | (4,342,016) | (180,673) | - | (157,813) | - | (5,117,381) |
| Property and equipment, net | 913,933 | 1,062,133 | 741,653 | 11,846 | 1,820,120 | 83,356 | - | 21,295 | 50,000,000 | 54,654,336 |
| Other assets | - | - | 5,833 | - | 188,174 | - | - | - | - | 194,007 |
| Philadelphia Academic Risk Retention Group, LLC | | | | | | | | | | |
| Due from Philadelphia Academic Health Holdings, LLC | - | - | - | - | - | - | - | - | (2,359,570) | (2,359,570) |
| Other intangibles and deferred assets | - | 109,668 | 129,857 | 569 | 4,405,532 | 14,538 | - | 3,124 | 17,525,895 | 22,189,183 |
| Accumulated amortization | - | - | (62,266) | (301) | (3,566,980) | (14,538) | - | (3,124) | - | (3,647,209) |
| **TOTAL ASSETS** | $ 80,177,623 | $ 76,813,410 | $ 147,735 | $ 349,685 | $ 374,196 | $ 79,550 | $ 159,590 | $ (882,605) | $ 73,526,848 | $ 230,746,032 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| Accounts payable | $ 83,670,832 | $ 40,805,091 | $ 3,165,932 | $ 528,676 | $ 10,657,481 | $ 479,592 | $ 834,816 | $ 489,996 | $ 8,820,719 | $ 149,453,134 |
| Patient credit balances | 7,653,779 | 3,827,215 | 627,606 | 8,424 | 2,679,621 | 156,803 | 80,347 | 182,335 | - | 15,216,130 |
| Accrued liabilities | | | | | | | | | | |
|   Payroll | 8,665,936 | 7,844,161 | 2,650,785 | 90,266 | 7,199,323 | 104,583 | 967,989 | 180,687 | 66,050 | 27,769,780 |
|   Other | 56,158,165 | 11,115,491 | 223,395 | 6,009 | 1,669,931 | 51,978 | - | 118,447 | 35,947 | 69,379,363 |
| MidCap Financial Trust | - | - | - | - | - | - | - | - | 43,011,706 | 43,011,706 |
| Short term debt | 318,300 | - | - | - | - | - | - | - | - | 318,300 |
| Total current liabilities | 156,467,012 | 63,591,958 | 6,667,718 | 633,375 | 22,206,356 | 792,956 | 1,883,152 | 971,465 | 51,934,422 | 305,148,414 |
| Long-term debt | 7 | - | - | - | - | - | - | - | - | 7 |
| Tenet Business Services Corporation | - | - | - | - | - | - | - | - | - | - |
| Interest payable | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | (26,597) | 21,307 | - | - | - | - | - | - | - | (5,290) |
| Due to PAHH | - | 604,839 | - | - | - | - | - | - | - | 604,839 |
| Due to AAHS | - | - | - | - | - | - | - | - | - | - |
| Intercompany | 1,738,579 | (110,219,291) | 8,325,346 | 1,271,731 | 33,575,524 | (27,662) | (2,378,816) | (1,455,129) | 69,169,718 | - |
| **Total liabilities** | 158,179,001 | (46,001,187) | 14,993,064 | 1,905,106 | 55,781,880 | 765,294 | (495,664) | (483,664) | 121,104,140 | 305,747,970 |
| **EQUITY** | | | | | | | | | | |
| Capital surplus | 44,142,262 | 46,129,259 | 2,214,190 | 403,277 | 2,620,965 | 185,750 | 773,229 | 53,106 | - | 96,522,038 |
| Retained earnings | (66,468,120) | 54,429,343 | (10,512,544) | (1,292,396) | (36,094,929) | (580,268) | (58,883) | (151,453) | (22,577,400) | (83,306,650) |
| Profit (loss) | (55,675,520) | 22,255,995 | (6,546,975) | (666,302) | (21,933,720) | (291,226) | (59,092) | (300,594) | (24,999,892) | (88,217,326) |
| **TOTAL EQUITY** | (78,001,378) | 122,814,597 | (14,845,329) | (1,555,421) | (55,407,684) | (685,744) | 655,254 | (398,941) | (47,577,292) | (75,001,938) |
| **TOTAL LIABILITIES & EQUITY** | $ 80,177,623 | $ 76,813,410 | $ 147,735 | $ 349,685 | $ 374,196 | $ 79,550 | $ 159,590 | $ (882,605) | $ 73,526,848 | $ 230,746,032 |

*Notes*

1 - The balance sheets and statements of income presented herein reflect the unadjusted operations of Philadelphia Academic Health System, LLC ("PAHS"). Only 9 of the 14 debtor entities are shown in the consolidated financials. The debtor entities not listed roll up to the listed debtor entities, explained in the below notes.

2 - TPS of PA, L.L.C. does not report financials; however, has leasehold interests reported on respective subsidiary entities.

3 - SCHC Pediatric Associates, L.L.C. includes consolidated subsidiary debtor entities: St. Christopher's Pediatric Urgent Care Center, L.L.C. and SCHC Pediatric Anesthesia Associates, L.L.C.

4 - Includes consolidated subsidiary debtor entities HPS of PA L.L.C. and Philadelphia Academic Medical Associates.

**In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.***     Case No. **19-11466 (KG)**
Debtors     Reporting Period: July 1, 2019 - July 31, 2019

### SUMMARY OF UNPAID POSTPETITION DEBTS

| Type | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable [1] | | $0.00 | $7,385,555.79 | $0.00 | $0.00 | $0.00 | $7,385,555.79 |

Header: Number of Days Past Due

*Notes:*
1 - Entered A/P data obtained from debtors A/P system as of 8/23/2019. Aged Accounts Payable include invoices with relevant post-petition Invoice dates (July 1, 2019 - July 31, 2019).

| In re Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.* | Case No. <u>19-11466 (KG)</u> |
|---|---|
| Debtors | Reporting Period: July 1, 2019 - July 31, 2019 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $111,748,817.00 |
| + Amounts billed during the period | 32,108,062 |
| - Amounts collected during the period | (52,071,157) |
| Total Accounts Receivable at the end of the reporting period | $91,785,722.00 |

| Accounts Receivable Aging | Amount |
|---|---:|
| Receivables Not Aged - Physician Groups | $4,574,366.00 |
| 0 - 30 days old | 22,105,900.00 |
| 31 - 60 days old | 18,800,811.00 |
| 61 - 90 days old | 7,332,345.00 |
| 91+ days old | 38,972,300.00 |
| Total Accounts Receivable | 91,785,722.00 |
| Amount considered uncollectible (Bad Debt) | 0.00 |
| **Accounts Receivable (Net)** | **$91,785,722.00** |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

1 - As census dropped at Hahnemann, certain assets (inventory and equipment) were transferred to St. Christopher's.  Such transfers are classified as intercompany transfers.
2 - Pass through taxpayer.  No return needs to be filed.