**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a<br>HAHNEMANN UNIVERSITY HOSPITAL,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (KG)<br>(Jointly Administered)<br><br>Related Doc. No. 950 |

**CERTIFICATION OF SERVICE REGARDING**
**MOTION OF NG 1500 MARKET ST. LLC FOR AN ORDER COMPELLING DEBTOR**
**PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC TO IMMEDIATELY PAY**
**UNPAID POST-PETITION RENT AND OTHER OBLIGATIONS UNDER UNEXPIRED**
**LEASE PURSUANT TO 11 U.S.C. § 365(d)(3) AND 503(b)(1)**

I, John T. Carroll, III, Esquire, counsel to NG 1500 Market St. LLC in the above-captioned matter, hereby certify that I am not less than 18 years of age, and further certify that on November 5, 2019, I caused to be served a true and correct copy of the Motion of NG 1500 Market St. LLC for an Order Compelling Debtor Philadelphia Academic Health System, LLC to Immediately Pay Unpaid Post-Petition Rent and Other Obligations Under Unexpired Lease Pursuant to 11 U.S.C. Section 365(d)(3) and 503(b)(1) [Docket No. 950; Filed 11/4/2019] (the "Motion") to be served via regular U.S. First Class Mail upon the parties identified on the service list attached hereto as Exhibit "A".

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

LEGAL\43615839\1 08285.0001.000/461209.000
11/05/2019

Notice of filing of the Motion was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF System including registered participants of the Case Management/Electronic Case Files System (CM/ECF) in the United States Bankruptcy Court for the District of Delaware.

Dated: November 4, 2019
Wilmington, DE

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
jcarroll@cozen.com

and

Eric L. Scherling *(not admitted in DE)*
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2042
Facsimile: (215) 701-2081
escherling@cozen.com

*Counsel to NG 1500 Market St. LLC*

EXHIBIT "A"

**Center City Healthcare, LLC et al**
**Case No. 19-11466 (KG)**

Master Service List 10/25/2019

Service: Motion of NG 1500 Market St. LLC for an Order Compelling Debtor Philadelphia Academic Health System, LLC to Immediately Pay Unpaid Post-Petition Rent and Other Obligations Under Unexpired Lease Pursuant to 11 U.S.C. Section 365(d)(3) and 503(b)(1) [Docket No. 950; Filed 11/4/2019]

| | |
|---|---|
| Albert Einstein Healthcare Network<br>Attn: Penny J. Rezet<br>5501 Old York Rd<br>Philadelphia, PA 19141 | Arent Fox LLP<br>Attn: George Angelich/ Phillip Khezri<br>1301 Ave of the Americans,<br>Fl 42<br>New York, NY 10019 |
| Ashby & Geddes, P.A.<br>Attn: Gregory Taylor / Katharina Earle<br>500 Delaware Ave, 8th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | Attorney for the City of PA,<br>City of PA Law Depart<br>Attn: Megan Harper<br>1401 JFK Building, 5th FL<br>Philadelphia, PA 19102-1595 |
| Ballard Spahr LLP<br>Attn: Vincent J. Marriott<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | Ballard Spahr LLP<br>Attn: Tobey M. Daluz<br>Attn: Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 |
| Barnes & Thornburg LLP<br>Attn: David Powlen/Kevin Collins<br>1000 N West St, Ste 1500<br>Wilmington, DE 19801 | Bayard, P.A.<br>Attn: Justin Alberto/ Sophie Macon<br>600 N King St, Ste 400<br>Wilmington, DE 19801 |

Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
Rosemont, PA 19010

Biellli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493

Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801

Ciardi Ciardi & Astin
Attn: Albert Ciardi
One Commerce Square, Ste 3500
2005 Market St
Philadelphia, PA 19103

City of Philadelphia
Attn: Law Dept.
1515 Arch St, 17th Fl
Philadelphia, PA 19102

Commonwealth of PA,
Dept of Labor and Industry
Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121

Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020

Dilworth Paxson
One Customs House
704 N. King St., Suite 500
P.O. Box 1031
Wilmington, DE 19801

| | |
|---|---|
| DLA Piper LLP<br>Attn: Stuart M. Brown<br>1201 N Market St, Ste 2100<br>Wilmington, DE 19801 | DLA Piper LLP<br>Attn: Richard A. Chesley<br>444 W Lake St, Ste 900<br>Chicago, IL 60606 |
| Drexel University College of Medicine<br>c/o Cozen O'Connor<br>Attn: Stephen A. Cozen, Esq.<br>One Liberty Place<br>1650 Market St, Ste 2800<br>Philadelphia, PA 19103 | Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 |
| Drinker Biddle & Reath LLP<br>Attn: Marita S. Erbeck<br>600 Campus Dr<br>Florham Park, NJ 07932-1047 | Duane Morris LLP<br>Attn: Mairi V. Luce<br>30 S 17th St<br>Philadelphia, PA 19103-4196 |
| Duane Morris LLP<br>Attn: Jarret Hitchings<br>222 Delaware Ave, Ste 1600<br>Wilmington, DE 19801-1659 | Fineman Krekstein & Harris, PC<br>Attn: Deirdre M. Richards<br>1300 N. King St<br>Wilmington, DE 19801 |
| Fox Rothschild LLP<br>Attn: Thomas Horan<br>Citizens Bank Center<br>919 N Market St, Ste 300<br>Wilmington, DE 19801<br>**Counsel to the Committee of Unsecured Creditors** | Freedman & Lorry, P.C.<br>C/o Susan A. Murray<br>Attn: Training & Upgrading Fund<br>1601 Market St, Ste 1500<br>Philadelphia, PA 19103 |

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601

Hogan & McDaniel
Attn: Daniel Hogan/Garvan McDaniel/
Daniel Kerrick
1311 Delaware Ave
Wilmington, DE 19805

Honigman LLP
Attn: E Todd Sable/ Lawrence A.Lichtman
2290 First National Building
660 Woodward Ave
Detroit, MI 48226

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Brotherhood of
Electrical Workers, Local 98
1701 Spring Garden St
Philadelphia, PA 19130

JD Thompson Law
C/O Sodexo, Inc.
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233

Jeffer Mangels Butler & Mithcell LLP
Attn: Marianne S. Martin
1900 Ave of the Stars, 7th FL
Los Angeles, CA 90067

Jones Walker LLP
Attn: Jeffrey R. Barber
190 E Capitol St, Ste 800
P.O. Box 427
Jackson, MS 39205-0427

Kirkland & Ellis LLP
Attn: Nicole Greenblatt
601 Lexington Ave
New York, NY 10022

Kirkland & Ellis LLP
Attn: Stephen Hackney/Gregory Pesce
300 N LaSalle
Chicago, IL 60654

Kurtzman, Steady, LLC.
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg
P.O. Box 5122
6 E Main St, Ste 7
Clinton, NJ 08809

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109

Markowitz and Richman
Attn: Claiborne S. Newlin
Legal Arts Building
1225 King St, Ste 804
Wilmington, DE 19801

| | |
|---|---|
| Maron Marvel Bradley Anderson & Tardy, LLC.<br>Attn: Stephanie A. Fox<br>1201 N Market St, Ste 900<br>Wilmington, DE 19801 | Mattleman Weinroth & Miller, P.C<br>Attn: Christina Pross<br>200 Continental Drive, Ste 215<br>Newark, DE 19713 |
| McCarter & English, LLP<br>Attn: William F. Taylor<br>Renaissance Centre<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | Med One Capital Funding, LLC.<br>c/o Ray Quinney & Nebecker, P.C<br>Attn: David H. Leigh<br>36 S State St, 14th FL<br>Salt Lake City, UT 84111 |
| Moye White LLP<br>Attn: Timothy M. Swanson/Vikrama S. Chandrashekar<br>1400 16th St, 6th Fl<br>Denver, CO 80202 | |
| National Union of Hospital and<br>Healthcare Employees, District 1199C<br>1319 Locust St<br>Philadelphia, PA 19107 | National Union of Hospital and<br>Healthcare Employees, AFSCME, AFL-CIO<br>1319 Locust St<br>Philadelphia, PA 19107 |
| O'Donoghue & O'Donoghue LLP<br>Attn: Lance Geren, Esq.<br>325 Chestnut St, Ste 600<br>Philadelphia, PA 19106 | Office of Attorney General<br>Attn: C. E. Momjian/<br>D. Dembe/L. Rhoda/R Smith<br>The Phoenix Building<br>1600 Arch St, 3rd Fl<br>Philadelphia, PA 19103 |

Office of the Attorney General
Attn: Josh Shapiro, Esquire
Attn: Bankruptcy Dept
16th Fl, Strawberry Square
Harrisburg, PA 17120

Office of the United States Attorney
for the District of Delaware
Attn: David C. Weiss, Esquire
Hercules Building
1313 N Market St
Wilmington, DE 19801

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519

O'Melveny & Myers, LLP
Attn: S Uhland/ D Shamah/ D Perez
Times Square Tower
7 Times Square
New York, NY 10036

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones/Timothy Cairns
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705

Pearlman & Miranda, LLC.
Attn: Patricia A Celano
110 Edison Pl, Ste 301
Newark, NJ 07102

Pennsylvania Association of
Staff Nurses and Allied Professionals
1 Fayette Street, Suite 475
Conshohocken, PA 19428

Pennsylvania Department of Health
Attn: Dr. Rachel Levine
Health and Welfare Building
625 Forester St, 8th FL W
Harrisburg, OA 17120

Pepper Hamilton, LLP
Attn: Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Pepper Hamilton, LLP
Attn: Marcy J. McLaughlin
1313 N Market St, P.O. Box 1709
Hercules Plaza, Ste 5100
Wilmington, DE 19899-1709

Polsinelli P.C
Attn: Christopher A. Ward
222 Delaware Ave, Ste 1101
Wilmington, DE 19801

Richards Layton & Finger, PA
Attn: M. Collins/ M Merchant/ B Schlauch
One Rodney Square
920 N King St
Wilmington, DE 19801

Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti/Monique DiSabatino
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
*Counsel to Debtors*

Saul Ewing Arnstein & Lehr LLP
Attn: Jeffrey Hampton/Adam Isenberg
Attn: Aaron Applebaum
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
*Counsel to Debtors*

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
824 N. Market St, Ste 800
Wilmington, DE 19801

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103-1919

Sills Cummis & Gross P.C
Attn: Andrew Sherman/ Boris Mankovetskiy
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
*Counsel to the Committee of Unsecured Creditors*

Stevens & Lee, P.C.
Attn: Joseph H. Huston
919 N Market St, Ste 1300
Wilmington, DE 19801

Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Ctr, Ste 200
King of Prussia, PA 19406

Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006

Stoel Rives LLP
Attn: Marc A. Al
33 S 6th St, Ste 4200
Minneapolis, MN 55402

Stradley Ronan Stevens & Young LLP
Attn: Deborah A. Reperowitz
100 Park Avenue, Suite 2000
New York, NY 10017

Stradley, Ronon, Stevens & Young, LLP
Attn: Joelle E. Polesky
1000 N West St, Ste 1279
Wilmington, DE 19801

Stradley, Ronon, Stevens & Young, LLP
Attn: Gretchen M. Santamour
2005 Market St, Ste 2600
Philadelphia, PA 19103

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
901 N Market St, Ste 1300
Wilmington, DE 19801

| | |
|---|---|
| The Rosner Law Gorup LLC<br>Attn: Frederick B. Rosner<br>824 N Market St, Ste 810<br>Wilmington, DE 19801 | Troutman Sanders LLP<br>Attn: Louis A. Curcio<br>Attn: Jessica Mikhailevich<br>875 Third Ave<br>New York, NY 10022 |
| Troutman Sanders LLP<br>Attn: Matthew R. Brooks<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | U.S. Department of Justice<br>Attn: Marc Sacks<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-875 |
| Underwood Perkins, P.C.<br>Attn: David Campbell/ Eli Pierce<br>Two Lincoln Centre<br>5420 LBJ Fwy, Ste 1900<br>Dallas, TX 75240 | United States Department of Justice<br>Attn:  Civil Division<br>1100 L St, NW, 10030<br>Washington, DC  20005 |
| United States Deptarment of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC  20530-0001 | White and Williams LLP<br>Attn: Marc S. Casarino<br>600 N King St, Ste 800<br>Wilmington, DE 19899-0709 |
| White and Williams LLP<br>Attn: Amy E. Vulpio<br>1650 Market St, 18th FL<br>Philadelphia, PA 19103 | |