# EXHIBIT "1"

**Supplemental Schedule of Assigned Contracts**

| Contract Party | Title of Agreement | Debtor Party | Liquidated Cure Amount | Maximum Unliquidated Cure Amount (if applicable) |
|---|---|---|---|---|
| Abdelmoumen, Imane | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Almuqamam, Mohamed | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Anton, Megan | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Arthur, Novisi | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Baker, Catherine | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Bao, Michelle | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Beal, Jim | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Belser, Eric | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Bernard, Amanda | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Bhandar, Vineet | PRN Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Boas, Heather | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Boyd, Jennifer | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Bresler, Michele | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Burkey, Brooke | Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Celebioglu, Ayse | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Chandler, Aria | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Chen, Connie | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Chu, Clarissa | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Chu, Jordan | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Chung, Nancy | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Courer, Courtney | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Dadhania, Neha | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Davis, III, Wellington | Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Dickinson, Blair | Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Donatelli, Jeffrey | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Elrafei, Adam | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Erickson, Joshua | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Fugarolas, Keri | Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Geddings, Julia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Ginnane, Alexis | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Goddard, Heather | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Godfrey, Christina | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Goldberg, Allison | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Gupta, Nikita | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Hagan-Brown, Abena | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Hahmood, Hera | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Hahn, Alana | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Harris, Nicholas | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Hartman, Luke | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |

| Contract Party | Title of Agreement | Debtor Party | Liquidated Cure Amount | Maximum Unliquidated Cure Amount (if applicable) |
|---|---|---|---|---|
| Hayden, Kelsey | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Iames, Edward | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Ikeri, Kelechi | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Immaculata University | Student Affiliation Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Jaganathan, Abilash | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Jarmuz, Paige | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Jethava, Niti | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Johnson, Bret | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Kasanagottu, Anoosha | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Kirsch, Alexandra | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Lall, Ambika | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Lear, Jessica | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Lee, Hyeonjin | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Liang, Danni | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| MacDougall, Matt | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Malik, Ammad | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| McDonald, Megann | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| McGuire, Courtney | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| McRae, Kamelia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Mendez-Ceballos, Milca | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Menkiti, Ogechukwu | Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Menz, Meredith | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Mercier, Elise | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Naji, Ghada | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Nardec, Marc | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Nelson, Lauren | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Nguyen, Kelsey | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Nhan, Jennifer | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Norris, Erin | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Novi, Brian | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Pappas, John | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Parambo, Devin | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Patel, Bijal | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Pease, Mary Elizabeth | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Pennell, Christopher | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Preston, Jasmine | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Prewitt, Francesca | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Ramnarain, Nadira | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Rolnick, Blair | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |

| Contract Party | Title of Agreement | Debtor Party | Liquidated Cure Amount | Maximum Unliquidated Cure Amount (if applicable) |
|---|---|---|---|---|
| Romero, Jacqueline | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Rosario, Diormi | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Sancho, Danielle | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Settle, Amanda | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Shabi, Danya | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Strelow, Inga Friederike | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Sutter, Morgan | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Szatkowski, Michael | Physician Employment Agreement | SCHC Pediatric Associates, L.L.C. | $0.00 | |
| Taylor, Jillian | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Tigani, Megan | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Ugwu, Nneka Precious | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Vlasic, Kajsa | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Vyas, Dipen | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Wang, Crystal | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Williams, Alisha | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Xia, Nancy | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Yau, Maggie | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Zisman, Adam | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Zorn, Kristin | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |