**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) (Jointly Administered) |
| Debtors. | RE:  Docket No. 883 |

**CERTIFICATE OF NO OBJECTION TO THIRD MONTHLY
FEE APPLICATION OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE
PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

The undersigned counsel to the Patient Care Ombudsman appointed in the above-captioned cases hereby certifies that:

1.    On August 2, 2019, the U.S. Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "**Interim Compensation Order**") [Docket No. 341].

2.    In accordance with the Interim Compensation Order, on October 18, 2019 Greenberg Traurig, LLP ("**Greenberg**") filed the *Third Monthly Fee Application of Greenberg Traurig, LLP, as Counsel to the Patient Care Ombudsman for Allowance of Compensation for the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

*ACTIVE 47008894v1*

*Services Rendered and Reimbursement of Expenses for the Period From September 1, 2019 Through and September 30, 2019* [Docket No. 883] (the "**Application**").

3.        Pursuant to the Notice of Application, objections were due November 7, 2019.  As of the date hereof, personnel at Greenberg have not received any responses or objections to the Application.

4.        Accordingly, pursuant to the Interim Compensation Order and the Application, the Debtors are authorized to pay Greenberg 80% of the fees requested in the Application, or $12,235.60, and 100% of the expenses requested in the Application, or $65.50, for a total payment of $12,301.10.

Dated:  November 7, 2019                                        GREENBERG TRAURIG, LLP

                                                                                    /s/ Dennis A. Meloro
                                                                                    Dennis A. Meloro (DE Bar No. 4435)
                                                                                    1007 North Orange Street, Suite 1200
                                                                                    Wilmington, Delaware 19801
                                                                                    Tel: (302) 661-7395
                                                                                    Fax: (302) 661-7165
                                                                                    Email:  melorod@gtlaw.com


                                                                                    -and-

                                                                                    Nancy A. Peterman
                                                                                    Greenberg Traurig, LLP
                                                                                    77 West Wacker Drive, Suite 3100
                                                                                    Chicago, Illinois  60601
                                                                                    Telephone:  (312) 456-8400
                                                                                    Facsimile:  (312) 456-8435
                                                                                    Email: petermann@gtlaw.com


                                                                                    *Counsel to the Patient Care Ombudsman*