## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on November 6, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of No Objection to Debtors' Second Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale [Docket No. 968]**

Dated: November 7, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California            }
{                               } ss.
{County of Los Angeles          }

Subscribed and sworn to (or affirmed) before me on this 7th day of November, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## **EXHIBIT A**

ALBERT EINSTEIN HEALTHCARE NETWORK
PENNY J. REZET
REZETP@EINSTEIN.EDU

ARENT FOX LLP
GEORGE P. ANGELICH
GEORGE.ANGELICH@ARENTFOX.COM

ARENT FOX LLP
PHILLIP KHEZRI
PHILLIP.KHEZRI@ARENTFOX.COM

ASHBY & GEDDES, P.A.
GREGORY TAYLOR
GTAYLOR@ASHBYGEDDES.COM

ASHBY & GEDDES, P.A.
KATHARINA EARLE
KEARLE@ASHBYGEDDES.COM

ATTORNEY FOR THE CITY OF PA, CITY OF PA LAW DE
MEGAN HARPER
MEGAN.HARPER@PHILA.GOV

BALLARD SPAHR LLP
CHANTELLE D. MCCLAMB
MCCLAMBC@BALLARDSPAHR.COM

BALLARD SPAHR LLP
TOBEY M. DALUZ
DALUZT@BALLARDSPAHR.COM

BALLARD SPAHR LLP
VINCENT J. MARRIOTT
MARRIOTT@BALLARDSPAHR.COM

BARNES & THORNBURG LLP
DAVID POWLEN
DAVID.POWLEN@BTLAW.COM

BARNES & THORNBURG, LLP
KEVIN G. COLLINS
KEVIN.COLLINS@BTLAW.COM

BAYARD, P.A.
JUSTIN ALBTERTO
JALBERTO@BAYARDLAW.COM

BAYARD, P.A.
SOPHIE E. MACON
SMACON@BAYARDLAW.COM

BERGER LAW GROUP, P.C.
MATTHEW R. KAUFMANN,
KAUFMANN@BERGERLAWPC.COM

BERGER LAW GROUP, P.C.
PHILLIP BERGER
BERGER@BERGERLAWPC.COM

BIELLLI & KLAUDER, LLC
DAVID KLAUDER
DKLAUDER@BK-LEGAL.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CIARDI CIARDI & ASTIN
ALBERT CIARDI
ACIARDI@CIARDILAW.COM

CIARDI CIARDI & ASTIN
JOSEPH MCMAHON
JMCMAHON@CIARDILAW.COM

COMMONWEALTH OF PA, DEPT OF LABOR AND INDU
DEB SECREST
RA-LI-UCTS-BANKRUPT@STATE.PA.US

DANYA SHABI, DMD
DANYA.SHABI@GMAIL.COM

DENTON US, LLP
OSCAR PINKAS
OSCAR.PINKAS@DENTONS.COM

DENTONS US, LLP
LAUREN MACKSOUD
LAUREN.MACKSOUD@DENTONS.COM

DILWORTH PAXSON
PETER C. HUGHES,
PHUGHES@DILWORTHLAW.COM

DLA PIPER LLP
RICHARD A. CHESLEY
RICHARD.CHESLEY@DLAPIPER.COM

DLA PIPER LLP
STUART M. BROWN
STUART.BROWN@DLAPIPER.COM

DREXEL UNIVERSITY COLLEGE OF MEDICINE
STEPHEN A. COZEN, ESQ.
SCOZEN@COZEN.COM

DRINKER BIDDLE & REATH LLP
 MARITA S. ERBECK
MARITA.ERBECK@DBR.COM

DRINKER BIDDLE & REATH LLP
PATRICK A. JACKSON
PATRICK.JACKSON@DBR.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

DUANE MORRIS LLP
MAIRI V. LUCE
LUCE@DUANEMORRIS.COM

ERIN NORRIS, DMD
EPNORRIS5@GMAIL.COM

FINEMAN KREKSTEIN & HARRIS, PC
DEIRDRE M. RICHARDS
DRICHARDS@FINEMANLAWFIRM.COM

FOX ROTHSCHILD LLP
THOMAS HORAN
THORAN@FOXROTHCHILD.COM

GIBBONS P C
DAVID N. CRAPO
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS P.C.
NATASHA M. SONGONUGA
NSONGONUGA@GIBBONSLAW.COM

GIBBONS P.C.
ROBERT K. MALONE
RMALONE@GIBBONSLAW.COM

GREENBERG TRAURIG, LLP
DENNIS A. MELORO
MELOROD@GTLAW.COM

GREENBERG TRAURIG, LLP
NANCY A. PETERMAN
PETERMANN@GTLAW.COM

HOGAN & MCDANIEL
DANIEL C. KERRICK
DCKERRICK@DKHOGAN.COM

HOGAN & MCDANIEL
DANIEL K. HOGAN
DKHOGAN@DKHOGAN.COM

HOGAN & MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HONIGMAN LLP
E TODD SABLE
TSABLE@HONIGMAN.COM

**Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients**                                        Served 11/6/2019

HONIGMAN LLP
LAWRENCE A. LICHTMAN
LLICHTMAN@HONIGMAN.COM

JD THOMPSON LAW
JUDY D. THOMPSON
JDT@JDTHOMPSONLAW.COM

JEFFER MANGELS BUTLER & MITCHELL LLP
MMARTIN@JMBM.COM

JONES WALKER LLP
JEFFREY R. BARBER
JBARBER@JONESWALKER.COM

KIRKLAND & ELLIS LLP
GREGORY F. PESCE
GREGORY.PESCE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
NICOLE GREENBLATT
NICOLE.GREENBLATT@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEPHEN C. HACKNEY
STEPHEN.HACKNEY@KIRKLAND.COM

KURTZMAN, STEADY, LLC.
JEFFREY KURTZMAN
KURTZMAN@KURTZMANSTEADY.COM

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
MITCHELL J. MALZBERG
MMALZBERG@MJMALZBERGLAW.COM

MARC NARDEA, DMD
MARC.NARDEA@GMAIL.COM

MARKOWITZ & RICHMAN
JWALTERS@MARKOWITZANDRICHMAN.COM

MARKOWITZ AND RICHMAN
CLAIBORNE S. NEWLIN
CNEWLIN@MARKOWITZANDRICHMAN.COM

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
STEPHANIE A. FOX
SAF@MARONMARVEL.COM

MATTLEMAN WEINROTH & MILLER, P.C
CHRISTINA PROSS
CPROSS@MWM-LAW.COM

MCCARTER & ENGLISH, LLP
WILLIAM F. TAYLOR
WTAYLOR@MCCARTER.COM

MED ONE CAPITAL FUNDING, LLC.
DLEIGH@RQN.COM

MEGAN TIGANI, DDS
MTIGANI@UMARYLAND.EDU

MEGANN MCDONALD, DMD
MEGANNMCDONALD4@GMAIL.COM

MILCA MENDEZ- CEBALLOS, DDS
DR.MILCACEBALLOS@GMAIL.COM

MOYE WHITE LLP
TIMOTHY M. SWANSON
TIM.SWANSON@MOYEWHITE.COM

MOYE WHITE LLP
VIKRAMA S. CHANDRASHEKAR
VIKA.CHANDRASHEKAR@MOYEWHITE.COM

O'DONOGHUE & O'DONOGHUE LLP
LANCE GEREN, ESQ.
LGEREN@ODONOGHUELAW.COM

OFFICE OF ATTORNEY GENERAL
CAROL E. MOMJIAN
CMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
DAVID DEMBE
DDEMBE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
LISA M. RHODE
LRHODE@ATTORNEYGENERAL.GOV

OFFICE OF ATTORNEY GENERAL
RYAN B. SMITH
RBSMITH@ATTORNEYGENERAL.GOV

OFFICE OF THE UNITED STATES ATTORNEY
USADE.ECFBANKRUPTCY@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
BENJAMIN HACKMAN
BENJAMIN.A.HACKMAN@USDOJ.GOV

O'MELVENY & MYERS, LLP
DANIEL S. SHAMAH
DSHAMAH@OMM.COM

O'MELVENY & MYERS, LLP
DIANA M. PEREZ
DPEREZ@OMM.COM

O'MELVENY & MYERS, LLP
SUZZANNE UHLAND
SUHLAND@OMM.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
TIMOTHY P. CAIRNS
TCAIRNS@PSZJLAW.COM

PEARLMAN & MIRANDA, LLC.
PATRICIA A CELANO
PCELANO@PEARLMANMIRANDA.COM

PEPPER HAMILTON, LLP
FRANCIS J. LAWALL
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON, LLP
MARCY J. MCLAUGHLIN
MCLAUGHLINM@PEPPERLAW.COM

PETER PARADISO, DMD
DRPETERPARADISOMD@GMAIL.COM

POLSINELLI P.C
CHRISTOPHER A. WARD
CWARD@POLSINELLI.COM

RICHARDS LAYTON & FINGER, PA
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS LAYTON & FINGER, PA
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS LAYTON & FINGER, PA
MICHAEL J. MERCHANT
MERCHANT@RLF.COM

SAUL EWING ARNSTEIN & LEHR LLP
AARON APPLEBAUM
AARON.APPLEBAUM@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
ADAM ISENBERG
ADAM.ISENBERG@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
JEFFREY HAMPTON
JEFFREY.HAMPTON@SAUL.COM

Center City Healthcare, LLC, et al. -  Service List to e-mail Recipients                                   Served 11/6/2019

SAUL EWING ARNSTEIN & LEHR LLP
MARK MINUTI
MARK.MINUTI@SAUL.COM

SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE DISABATINO
MONIQUE.DISABATINO@SAUL.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
RICHARD A. BARKASY
RBARKASY@SCHNADER.COM

SHIPMAN & GOODWIN LLP
ERIC S. GOLDSTEIN
EGOLDSTEIN@GOODWIN.COM

SILLS CUMMIS & GROSS P.C
ANDREW H. SHERMAN
ASHERMAN@SILLSCUMMIS.COM

SILLS CUMMIS & GROSS P.C.
BORIS I. MANKOVETSKIY
BMANKOVETSKIY@SILLSCUMMIS.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

STINSON LLP
DARRELL CLARK
DARRELL.CLARK@STINSON.COM

STINSON LLP
TRACEY M. OHM
TRACEY.OHM@STINSON.COM

STOEL RIVES LLP
MARC A. AL
MARC.AL@STOEL.COM

STRADLEY RONAN STEVENS & YOUNG LLP
DEBORAH A. REPEROWITZ
DREPEROWITZ@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
GRETCHEN M. SANTAMOUR
GSANTAMOUR@STRADLEY.COM

STRADLEY, RONON, STEVENS & YOUNG, LLP
JOELLE E. POLESKY
JPOLESKY@STRADLEY.COM

STREUSAND, LANDON, OZBURN & LEMMON, LLP
SABRINA L. STREUSAND
STREUSAND@SLOLLP.COM

SULLIVAN, HAZELTINE, ALLISON, LLC.
WILLIAM D. SULLIVAN
BSULLIVAN@SHA-LLC.COM

THE ROSNER LAW GORUP LLC
FREDERICK B. ROSNER
ROSNER@TEAMROSNER.COM

TROUTMAN SANDERS LLP
JESSICA D. MIKHAILEVICH
JESSICA.MIKHAILEVICH@TROUTMAN.COM

TROUTMAN SANDERS LLP
LOUIS CURCIO
LOUIS.CURCIO@TROUTMAN.COM

TROUTMAN SANDERS LLP
MATTHEW R. BROOKS
MATTHEW.BROOKS@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MARCUS.S.SACKS@USDOJ.GOV

UNDERWOOD PERKINS, P.C.
DAVID L. CAMPBELL
DCAMPBELL@UPLAWTX.COM

UNDERWOOD PERKINS, P.C.
ELI D. PIERCE
EPIERCE@UPLAWTX.COM

WHITE AND WILLIAMS LLP
AMY E. VULPIO
VULPIOA@WHITEANDWILLIAMS.COM

WHITE AND WILLIAMS LLP
MARC S. CASARINO
CASARINOM@WHITEANDWILLIAMS.COM

Parties Served:  115

**<u>EXHIBIT B</u>**

ABENA HAGAN-BROWN, MD
820 N 3RD ST, UNIT 202
PHILADELPHIA, PA 19123

ABILASH JAGANATHAN, MD
1123 W JEFFERSON ST
PHILADELPHIA, PA 19122

ADAM ELRAFEI, DDS
2200 BENJAMIN FRANKLIN PKWY, APT S1207
PHILADELPHIA, PA 19130

ADAM ZISMAN, DO
1030 HYDE ST
PHILADELPHIA, PA 19125

ALANA HAHN, DO
300 ALEXANDER CT, STE 2605
PHILADELPHIA, PA 19103

ALEXANDRA KIRSCH, MD
1600 ARCH ST
PHILADELPHIA, PA 19103

ALEXIS GINNANE, DMD
1541 W SHUNK ST, APT 2
PHILADELPHIA, PA 19145

ALISHA WILLIAMS, MD
1216 N 5TH ST, UNIT 17
PHILADELPHIA, PA 19122

ALLISON GOLDBERG, MD
2219 AMBER ST
PHILADELPHIA, PA 19125

AMANDA BERNARD, MD
1415 N 31ST ST, APT 302
PHILADELPHIA, PA 19121

AMANDA SETTLE, DDS
18 WEST GIRARD AVE, APT 202
PHILADELPHIA, PA 19123

AMBIKA LALL, MD
301 S 19TH ST, APT 1A
PHILADELPHIA, PA 19103

AMMAD MALIK, DO
112 N RIVER DR
ST.AUGUSTINE, FL 32095

ANDREEA MARINESCU, MD
1600 CALLOWHILL ST
PHILADELPHIA, PA 19130

ANOOSHA KASANAGOTTU, DO
2657 EDGEMONT ST
PHILADELPHIA, PA 19125

ARIA CHANDLER, MD
1815 JFK BLVD, APT 2906A
PHILADELPHIA, PA 19103

AYSE CELEBIOGLU, MD
699 N BROAD ST, APT 311
PHILADELPHIA, PA 19123

BALLARD SPAHR LLP
ATTN: TOBEY M. DALUZ
ATTN: CHANTELLE D. MCCLAMB
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR LLP
ATTN: VINCENT J. MARRIOTT
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

BIJAL PATEL, MD
3402 W COMMISSIONER ST, UNIT 1
PHILADELPHIA, PA 19132

BLAIR DICKINSON, MD
230 N 21ST ST, STE 002
PHILADELPHIA, PA 19103

BLAIR ROLNICK, MD
8135 CEDAR RD
ELKINS PARK, PA 19027

BRET JOHNSON, DO
1216 N 5TH ST, APT 24
PHILADELPHIA, PA 19122

BRIAN NOVI, MD
317 LENAPE WAY
CLAYMONT, DE 19703

BROOKE BURKEY, MD
1038 E COLUMBIA AVE
PHILADELPHIA, PA 19125

CATHERINE BAKER, MD
130 WILSON AVE
GLENSIDE, PA 19038

CHRISTINA GODFREY, MD
1439 N LAWRENCE ST
PHILADELPHIA, PA 19122

CHRISTOPHER PENNELL, MD
330 CAMBRIDGE ST, APT 4A
PHILADELPHIA, PA 19123

CITY OF PHILADELPHIA
ATTN: LAW DEPT
1515 ARCH ST, 17TH FL
PHILADELPHIA, PA  19102

CLARISSA CHU, MD
2001 HAMILTON ST
PHILADELPHIA, PA 19130

COMMONWEALTH OF PA, DEPT OF LABOR AND INDUS
COLLECTION SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS ST, RM 925
HARRISBURG, PA 17121

CONNIE CHEN, MD
1007 ANNIN ST
PHILADELPHIA, PA 19147

COURTNEY COURER
1120 CAMELOT CT
CINNAMINSON, NJ 08077

**Center City Healthcare, LLC, et al. - U.S. Mail**

COURTNEY COURTER
1120 CAMELOT CT.
CINNAMINSON, NJ 08077

COURTNEY MCGUIRE, MD
820 N 3RD ST
PHILADELPHIA, PA 19123

CRYSTAL WANG, MD
339 N BROAD ST, APT 2316
PHILADELPHIA, PA 19107

DANIELLE SANCHO, MD
1522 W GIRARD AVE
PHILADELPHIA, PA 19130

DANNI LIANG, MD
117 N 15TH ST
PHILADELPHIA, PA 19102

DANYA SHABI, DMD
1500 LOCUST STREET APT 2014
PHILADELPHIA PA 19102

DEVIN PARAMBO, DMD
236 W THOMPSON ST
PHILADELPHIA, PA 19122

DIORMI ROSARIO, DO
582 ANCHOR ST
PHILADELPHIA, PA 19120

DIPEN VYAS, MD
300 ALEXANDER COURT, STE 502
PHILADELPHIA, PA 19103

DREXEL UNIVERSITY COLLEGE OF MEDICINE
C/O COZEN O'CONNOR
ATTN: STEPHEN A. COZEN, ESQ.
ONE LIBERTY PLACE
1650 MARKET ST, STE 2800
PHILADELPHIA, PA 19103

EDWARD IAMES, DO
1500 LOCUST ST, APT 3820
PHILADELPHIA, PA 19102

ELISE MERCIER, MD
114 OLD YORK RD
JENKINTOWN, PA 19046

ERIC BELSER, MD
1119 WATKINS ST
PHILADELPHIA, PA 19148

ERIN NORRIS, DMD
200 N 16TH ST., APT. 1116
PHILADELPHIA, PA 19102

FRANCESCA PREWITT, DO
321 ROXBOROUGH AVE
PHILADELPHIA, PA 19128

FREEDMAN & LORRY, P.C.
C/O SUSAN A. MURRAY
ATTN: TRAINING & UPGRADING FUND
1601 MARKET ST, STE 1500
PHILADELPHIA, PA 19103

GHADA NAJI, MD
4201 S 31ST ST, APT 946
ARLINGTON, VA 22206

HEATHER BOAS, MD
541 S 12TH ST, UNIT D
PHILADELPHIA, PA 19147

HEATHER GODDARD, MD
4055 RIDGE AVE
PHILADELPHIA, PA 19129

HERA HAHMOOD, MD
1700 BENJAMIN FRANKLIN P, APT 2201
PHILADELPHIA, PA 19103

HYEONJIN LEE, DDS
1213 WALNUT ST
PHILADELPHIA, PA 19107

IMANE ABDELMOUMEN, MD
1338 CAMELOT COURT
CINNAMINSON, NJ 08077

IMMACULATA UNIVERSITY
1145 KING RD
IMMACULATA, PA 19345

INGA FRIEDERIKE STRELOW, MD
3900 CITY AVE
PHILADELPHIA, PA 19131

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 98
1701 SPRING GARDEN ST
PHILADELPHIA, PA 19130

JACQUELINE ROMERO, MD
4055 RIDGE AVE
PHILADELPHIA, PA 19129

JASMINE PRESTON, MD
4055 RIDGE AVE, APT 7203
PHILADELPHIA, PA 19129

JEFFER MANGELS BUTLER & MITHCELL LLP
ATTN: MARIANNE S. MARTIN
1900 AVE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067

JEFFREY DONATELLI, DMD
5 STEFUALT ROAD
HATBORO, PA 19040

JENNIFER BOYD, MD
726 MARKET ST
PHILADELPHIA, PA 19106

JENNIFER NHAN, MD
2418 FRANKFORD AVE, APT 7
PHILADELPHIA, PA 19125

JESSICA LEAR, MD
514 KING AVE
COLLINGSWOOD, NJ 08108

Center City Healthcare, LLC, et al. - U.S. Mail

JILLIAN TAYLOR, MD
1919 SPRUCE ST
PHILADELPHIA, PA 19103

JIM BEAL, DO
2458 SEPVIVA ST
PHILADELPHIA, PA 19125

JOHN PAPPAS, MD
150 JENNIFER LANE
BALA CYNWYD, PA 19004

JORDAN CHU, MD
2940 WEST THOMPSON ST, UNIT 208
PHILADELPHIA, PA 19121

JOSHUA ERICKSON, MD
1050 N HANCOCK ST
PHILADELPHIA, PA 19123

JULIA GEDDINGS, MD, PHD
2323 RACE ST
PHILADELPHIA, PA 19103

KAJSA VLASIC, MD
1243 N 27TH ST, APT C
PHILADELPHIA, PA 19121

KAMELIA MCRAE, MD
3900 CITY AVE, APT M0515
PHILADELPHIA, PA 19131

KELECHI IKERI, MD
921 RIDGE AVE
PHILADELPHIA, PA 19107

KELSEY HAYDEN, DO
2115 E HAGERT ST
PHILADELPHIA, PA 19125

KELSEY NGUYEN
1619 S CARLISLE ST
PHILADELPHIA, PA 19145

KERI FUGAROLAS, MD
1916 FOOTHILL DR
HUNTINGDON VLY, PA 19006

KIM NGUYEN, MD
1619 S CARLISLE ST
PHILADELPHIA, PA 19145

KRISTIN ZORN, MD
1301 BASSWOOD GROVE
AMBLER, PA 19002

LAUREN NELSON, MD
201 S 25TH ST, APT 201
PHILADELPHIA, PA 19103

LUKE HARTMAN, MD
100 OLD YORK RD E905
JENKINTOWN, PA 19046

MAGGIE YAU, MD
40 SPEAR ST
PISCATAWAY, NJ 08854

MARC NARDEA, DMD
1101 LUDLOW STREET, APT. 1021
PHILADELPHIA, PA 19107

MARC NARDEC
1101 LUDLOW ST, APT 1021
PHILADELPHIA, PA 19107

MARKOWITZ & RICHMAN
ATTN: JONATHAN WALTERS, ESQUIRE
123 SOUTH BROAD ST, STE 2020
PHILADELPHIA, PA 19109

MARY ELIZABETH PEASE, DO
7707 ELM AVE
WYNDMOOR, PA 19038

MATT MACDOUGALL, MD
2209 TAGGERT ST
PHILADELPHIA, PA 19125

MED ONE CAPITAL FUNDING, LLC.
C/O RAY QUINNEY & NEBECKER, P.C
ATTN: DAVID H. LEIGH
36 S STATE ST, 14TH FL
SALT LAKE CITY, UT 84111

MEGAN ANTON, DO
5265 ROCKHOUSE LANE, BLDG K22
ALLENTOWN, PA 18104

MEGAN TIGANI, DDS
1900 ARCH STREET APT #608
PHILADELPHIA, PA 19103

MEGANN MCDONALD, DMD
1308 N DUPONT ST,
WILMINGTON, DE 19806

MEREDITH MENZ, MD
8326 ROBERTS RD
ELKINS PARK, PA 19027

MICHAEL SZATKOWSKI, MD
6355 DREXEL RD
PHILADELPHIA, PA 19151

MICHELE BRESLER, DO
339 N BROAD ST, APT 2620
PHILADELPHIA, PA 19102

MICHELLE BAO, MD
2040 MARKET ST
PHILADELPHIA, PA 19103

MILCA MENDEZ- CEBALLOS, DDS
633 W RITTENHOUSE ST. APT. A416
PHILADELPHIA, PA 19144

MOHAMED ALMUQAMAM, MD
7400 ROOSEVELT BLVD
PHILADELPHIA, PA 19152

MORGAN SUTTER, MD
317 BROAD ST
PHILADELPHIA, PA 19107

Center City Healthcare, LLC, et al. - U.S. Mail

NADIRA RAMNARAIN, MD
2323 RACE ST
PHILADELPHIA, PA 19103

NANCY CHUNG, MD
1050 HANCOCK ST, STE 502
PHILADELPHIA, PA 19123

NANCY XIA, DO
135 S 17TH ST
PHILADELPHIA, PA 19102

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, AFSCME, AFL-CIO
1319 LOCUST ST
PHILADELPHIA, PA 19107

NATIONAL UNION OF HOSPITAL AND
HEALTHCARE EMPLOYEES, DISTRICT 1199C
1319 LOCUST ST
PHILADELPHIA, PA 19107

NEHA DADHANIA, MD
5 CLARK CT
KENDALL PARK, NJ 08824

NICHOLAS HARRIS, MD
1438 NOSTRAND AVE
BROOKLYN, NY 11226

NIKITA GUPTA, MD
620 N 3RD ST, APT 2C
PHILADELPHIA, PA 19123

NITI JETHAVA, MD
2816A WELSH RD
PHILADELPHIA, PA 19152

NNEKA PRECIOUS UGWU, MD
1900 FRONTAGE RD, STE 616
CHERRY HILL, NJ 08034

NOVISI ARTHUR, MD
216 TALL TREES CIR
DOWNINGTOWN, PA 19335

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSH SHAPIRO, ESQUIRE
ATTN: BANKRUPTCY DEPT
16TH FL, STRAWBERRY SQUARE
HARRISBURG, PA 17120

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF DELAWARE
ATTN: DAVID C. WEISS, ESQUIRE
HERCULES BUILDING
1313 N MARKET ST
WILMINGTON, DE 19801

OGECHUKWU MENKITI, MD
119 PATRIOITS RIDGE DR
DEPTFORD, NJ 08096

PAIGE JARMUZ, MD
924 ANNIN ST
PHILADELPHIA, PA 19147

PARTHU AVVARU, MD
249 OVERBROOK LANE
MARLTON, NJ 08053

PENNSYLVANIA ASSOCIATION OF
STAFF NURSES AND ALLIED PROFESSIONALS
1 FAYETTE STREET, SUITE 475
CONSHOHOCKEN, PA 19428

PENNSYLVANIA DEPARTMENT OF HEALTH
ATTN: DR. RACHEL LEVINE
HEALTH AND WELFARE BUILDING
625 FORESTER ST, 8TH FL W
HARRISBURG, OA 17120

PETER PARADISO, DMD
512 W. MONTGOMERY AVE. UNIT 2
PHILADELPHIA, PA 19122

RAJIDIVYA VISWANATHAN, MD
1000 S BROAD ST, APT 501
PHILADELPHIA, PA 19146

REBECCA ALMS, DO
108 LEVERING ST
PHILADELPHIA, PA 19127

REBECCA MCINTOSH, MD
1648 S LAWRENCE ST
PHILADELPHIA, PA 19148

RHEA DANIEL, MD
171 GRAPE ST
PHILADELPHIA, PA 19127

RINA DESAI, MD
1106 WALLACE ST
PHILADELPHIA, PA 19123

ROMA RAJPUT, MD
1400 SPRING GARDEN ST
PHILADELPHIA, PA 19130

SAMANTHA PAGLINCO, DO
2627 E DAUPHIN ST
PHILADELPHIA, PA 19125

SANDRA JIMENEZ, MD
633 W RITTENHOUSE ST, APT B 803
PHILADELPHIA, PA 19144

SARAH GREWAL, DO
2007 GREEN ST
PHILADELPHIA, PA 19130

SARAH LOWRY, MD
231 N 3RD ST, APT 504
PHILADELPHIA, PA 19106

SCOTT OH, DMD
3945 CHESTNUT ST
PHILADELPHIA, PA 19104

SHAHFAR KHAN, MD
8114 GERMANTOWN AVE
PHILADELPHIA, PA 19118

SHARI ORENSTEIN, MD
2323 RACE ST
PHILADELPHIA, PA 19103

SHARYU KRISHNAKUMAR, MD
901 N PENN ST
PHILADELPHIA, PA 19123

**Center City Healthcare, LLC, et al. - U.S. Mail**

SHAYNA DOOLING, MD
138 E ST
PHILADELPHIA, PA 19127

SINEM SAKARCAN, MD
1740 OLD GULPH RD
VILLANOVA, PA 19085

SNEHA TOLIA, DO
44 JANI COURT
CLIFTON, NJ 07013

SONIA JOHN, MD
300 ALEXANDER COURT, UNIT 503
PHILADELPHIA, PA 19103

SONIKA SHAH, DMD
100 N 17TH ST, APT 1502
PHILADELPHIA, PA 19103

SOPHIA BAIG, MD
410 MILL GROVE DR
AUDUBON, PA 19403

SOPHIA GAUTHIER, MD
3900 CITY AVE
PHILADELPHIA, PA 19131

STRADLEY RONAN STEVENS & YOUNG LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE, SUITE 2000
NEW YORK, NY 10017

SUJUNG KIM, MD
26 LANTERN LANE
CHERRY HILL, NJ 08002

SUZANNA SELLARS, DO
218 ARCH ST, STE 502
PHILADELPHIA, PA 19106

TARA IYENGAR, MD
121 N 2ND ST
PHILADELPHIA, PA 19106

THERESA WELGS, MD
147 OLD GULPH RD
WYNNEWOOD, PA 19096

UMA RAMA, MD
2411 KESSINGTON AVE, APT 307
PHILADELPHIA, PA 19125

UNITED STATES DEPARTMENT OF JUSTICE
ATTN:  CIVIL DIVISION
1100 L ST, NW, 10030
WASHINGTON, DC  20005

UNITED STATES DEPTARMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530-0001

VICTORIA GANDARILLAS, DMD
901 N PENN ST, UNIT P506
PHILADELPHIA, PA 19123

VINEET BHANDAR, MD
1871 CASSEL RD
LANSDALE, PA 19446

VIRGINIA SAURMAN, DO
225 ARCH ST, UNIT 41
PHILADELPHIA, PA 19106

WELLINGTON DAVIS, III, MD
3447 SUNNYSIDE AVE
PHILADELPHIA, PA 19129

YOUCK JEN SIU NAVARRO, MD
317 N BRD ST 519
PHILADELPHIA, PA 19107

ZACHARY MILLER, MD
1515 MANOA RD
WYNNEWOOD, PA 19096

Parties Served: 153