# EXHIBIT A

## SUMMARY OF BLENDED RATE

**BILLING DISCLOSURES FOR SAUL EWING ARNSTEIN & LEHR LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
| --- | --- | --- | --- |
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 10 | $551.00 | $676.06 |
| Junior Partners | 1 | $434.00 | $435.00 |
| Special Counsel | 1 | $466.00 | $545.00 |
| Senior Associates | 2 | $336.00 | $394.88 |
| Junior Associates | 2 | $279.00 | $301.73 |
| Paralegal | 0 | $233.00 | $0.00 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $193.00 | $225.00 |
| **Aggregated:** | | **$437.00** | **$481.66** |