# EXHIBIT D

**EXPENSE SUMMARY**

**Expense Summary**

**For the Period from September 1, 2019 through September 30, 2019**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (7,773 pages @ $.10 per page) | | $777.30 |
| Color Photocopying (5,000 pages @ $.10 per page) | | $500.00 |
| Cab / Car Service | *See attached chart* | $81.76 |
| Court Reporter Services | TSG Reporting, Inc.; Reliable Copy Service | $8,572.60 |
| Docket Retrieval / Case Monitoring | File & ServeXpress LLC | $25.00 |
| Filing Fees | City of Philadelphia (suggestion of bankruptcy) | $159.54 |
| Legal Research | Westlaw | $4,990.98 |
| Meals | *See attached chart* | $4,329.87 |
| Messenger Service | Parcels, Inc. | $223.50 |
| Mileage | *See attached chart* | $715.26 |
| Outside Reproduction | Exela Enterprise Solutions | $10.80 |
| Overnight Delivery | Federal Express | $185.94 |
| Parking | *See attached chart* | $387.50 |
| Teleconferencing | CourtCall | $388.00 |
| Transcript | Reliable Copy Service | $3,022.45 |
| **Total** | | **$24,370.50** |

| \ | \ | \ | \ | \ |
|---|---|---|---|---|
| **TRAVEL DETAIL** | | | | |
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 09/04/19 | Uber | (1) Melissa A. Martinez | Uber from Philly office to New Jersey for working late at office on cure objections | $29.96 |
| 09/20/19 | Uber | (1) Jeffrey C. Hampton | Uber from Philly office to home for working after hours in connection with Tenet dispute | $51.80 |
| 07/02/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for first day hearing | $56.38 |
| 07/12/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for DIP hearing | $56.38 |
| 07/15/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for formation meeting | $56.38 |
| 07/19/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for bid procedures hearing | $56.38 |
| 07/26/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for second day hearing | $56.38 |
| 08/19/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for hearing | $56.38 |
| 08/20/19 | Jeffrey C. Hampton | (1) Jeffrey C. Hampton | (Mileage) Traveling from Philadelphia, PA to Wilmington and back for continued hearing | $56.38 |
| 09/04/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for sale hearing | $45.44 |
| 09/05/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for continued sale hearing | $45.44 |
| 09/23/19 | Adam H. Isenberg | (1) Adam H. Isenberg | (Mileage) Traveling from Elkins Park, PA to Wilmington and back for sale hearing | $45.44 |
| 09/15/19 | John D. Demmy | (1) John D. Demmy | (Mileage) Traveling from Bryn Mawr, PA to Philadelphia and back for depositions | $23.11 |
| 09/18/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for review of bids | $38.56 |
| 09/19/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for auction | $42.38 |

| Date | Vendor | Person | Description | Amount |
|---|---|---|---|---|
| 09/20/19 | Mark Minuti | (1) Mark Minuti | (Mileage) Traveling from Wilmington to Philadelphia and back for continued auction | $42.38 |
| 09/19/19 | Monique DiSabatino | (1) Monique DiSabatino | (Mileage) Traveling from Wilmington to Philadelphia and back for auction | $37.85 |
| 07/12/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for DIP hearing | $20.00 |
| 07/15/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for formation meeting | $20.00 |
| 07/19/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for bid procedures hearing | $20.00 |
| 08/19/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for hearing | $20.00 |
| 08/20/19 | Colonial Parking Authority | (1) Jeffrey C. Hampton | Parking in Wilmington for continued hearing | $20.00 |
| 09/04/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for sale hearing | $20.00 |
| 09/05/19 | Colonial Parking Authority | (1) Adam H. Isenberg | Parking in Wilmington for continued sale hearing | $20.00 |
| 09/04/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for hearing | $12.00 |
| 09/05/19 | Colonial Parking Authority | (1) Aaron S. Applebaum | Parking in Wilmington for continued hearing | $12.00 |
| 09/15/19 | Flash Parking | (1) John D. Demmy | Parking in Philadelphia for deposition | $25.00 |
| 09/19/19 | Flash Parking | (1) Aaron S. Applebaum | Parking in Philadelphia for auction | $20.50 |
| 09/18/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for review of bids | $41.00 |
| 09/19/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for auction | $35.00 |
| 09/20/19 | Flash Parking | (1) Mark Minuti | Parking in Philadelphia for auction | $20.00 |
| 09/19/19 | Flash Parking | (1) Adam H. Isenberg | Parking in Philadelphia for meeting with auction | $41.00 |
| 09/20/19 | Flash Parking | (1) Monique DiSabatino | Parking in Philadelphia for auction | $41.00 |
| | | **TOTAL** | | **$1184.52** |

| MEALS DETAIL ||||| 
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/08/19 | Pagano's Market | (7) Adam Isenberg, Jeffrey Hampton, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Allen Wilen, J. Scott Victor | Preauction breakfast | $111.52 |
| 08/08/19 | Pagano's Market | Approximately 65 people attended | Lunch during auction | $1,133.20 |
| 08/08/19 | The American Pub | Approximately 65 people attended | Vegetarian lunch during auction | $69.93 |
| 08/08/19 | Pagano's Market | Approximately 50 people | Diner during auction | $1,139.56 |
| 08/14/19 | The American Pub | (15) Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, Greg Pesce, Laura Davis Jones, Representatives of Tenet/Conifer, Jackie Roe, John Dinome, Miriam Hogan, Andrew Sherman, Boris Mankovetskiy | Settlement meeting with Tenet/Conifer | $488.64 |
| 08/15/19 | Corner Bakery | (9) John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Michael Maloney, Court Reporter | Breakfast for M. Maloney deposition | $141.62 |
| 08/16/19 | Centre Square Newsstand | (1) J. Scott Victor | Breakfast prior to J. Scott Victor deposition | $9.72 |
| 08/19/19 | Urban Cafe | N/A | Breakfast for 8/9/19 hearing that was canceled too late the night before to cancel | $75.00 |
| 08/19/19 | Urban Cafe | (7) Jeffrey Hampton, Adam Isenberg, John Demmy, Allen Wilen, Mark Minuti, Scott Victor, Monique DiSabatino | Breakfast preparing for DIP hearing | $65.00 |
| 08/21/19 | Pagano's Market | (10) Adam Isenberg, Aaron Applebaum, Mark Minuti, Allen Wilen, Andrew Sherman, Boris Mankovetskiy, Robert Lapowsky, Representatives from CMS | Lunch meeting negotiating St. Christopher's sale | $285.40 |
| 08/27/19 | Marathon Grill | (8) Jeffrey Hampton, Allen Wilen, Adam Isenberg, Jackie Roe, John Dinome, Dion Oglesby, Linda Ramsey, Joel Hopkins | Lunch during PAHS insurance meeting | $165.43 |

| Date | Location | Attendees | Purpose | Amount |
|---|---|---|---|---|
| 09/04/19 | Urban Café | (12) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Aaron Applebaum, Monique DiSabatino, Allen Wilen, John Dinome, Linda Donohue, Miriam Hogan, Jackie Roe, Samantha Gross, Scott Victor | Breakfast preparing for sale hearing | $97.50 |
| 09/04/19 | Brew Ha Ha | ((12) Jeffrey Hampton, Adam Isenberg, Mark Minuti, Aaron Applebaum, Monique DiSabatino, Allen Wilen, John Dinome, Linda Donohue, Miriam Hogan, Jackie Roe, Samantha Gross, Scott Victor | Lunch preparing for sale hearing | $95.80 |
| 09/05/19 | Urban Café | (8) Adam Isenberg, Jeffrey Hampton, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Allen Wilen, John Dinome, J. Scott Victor | Breakfast preparing for continued hearing | $78.00 |
| 09/05/19 | Washington Street Ale House | (8) Jeffrey Hampton, Adam Isenberg, Robyn Warren, Mark Minuti, Aaron Applebaum, Linda McDonough, Scott Victor, Allen Wilen | Dinner working sale and Tenet matter | $134.40 |
| 09/13/19 | Urban Café | (7) Jeffrey Hampton, Mark Minuti, Monique DiSabatino, Allen Wilen, Dion Oglesby, Miriam Hogan, Jackie Roe | Breakfast preparing for hearing on Tenet matter | $65.00 |
| 09/23/19 | Brew Ha Ha | (12) Jeffrey Hampton, Adam Isenberg, J. Scott Victor, Aaron Applebaum, Monique DiSabatino, Allen Wilen, Mark Minuti, Robyn Warren, Linda Donough, Gary Klausner, Jacqueline Roe, Ron Dreskin | Lunch preparing for sale hearing | $174.15 |
| | | **TOTAL** | | **$4,329.87** |



| | | | |
|---|---|---|---|
| Philadelphia Academic Health System, LLC | | Invoice Number | 2517330 |
| 222 N. Sepulveda Blvd. | | Invoice Date | 10/30/19 |
| Suite 900 | | Client Number | 376719 |
| El Segundo, CA 90245 | | Matter Number | 00002 |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 09/04/19 | Photocopying | 3.50 | |
| 09/04/19 | Photocopying | 16.80 | |
| 09/04/19 | Photocopying | 35.40 | |
| 09/06/19 | Photocopying | 3.30 | |
| 09/09/19 | Photocopying | 15.80 | |
| 09/12/19 | Photocopying | 0.20 | |
| 09/13/19 | Photocopying | 2.10 | |
| 09/18/19 | Photocopying | 12.00 | |
| 09/18/19 | Photocopying | 3.80 | |
| 09/18/19 | Photocopying | 41.40 | |
| 09/18/19 | Photocopying | 294.00 | |
| 09/19/19 | Photocopying | 4.60 | |
| 09/19/19 | Photocopying | 51.40 | |
| 09/19/19 | Photocopying | 0.10 | |
| 09/19/19 | Photocopying | 246.00 | |
| 09/19/19 | Photocopying | 8.20 | |
| 09/19/19 | Photocopying | 0.20 | |
| 09/19/19 | Photocopying | 17.40 | |
| 09/19/19 | Photocopying | 3.60 | |
| 09/20/19 | Photocopying | 3.00 | |
| 09/23/19 | Photocopying | 13.80 | |
| 09/26/19 | Photocopying | 0.60 | |
| 09/27/19 | Photocopying | 0.10 | |
| | Total Photocopying | | 777.30 |
| 09/20/19 | Photocopying - Color | 500.00 | |
| | Total Photocopying - Color | | 500.00 |
| 09/09/19 | Cab Fare Taxi/Car Service; VENDOR: Uber; 09/04/19; Uber home (to NJ) for Melissa A. Martinez - working after hours on the cure objections | 29.96 | |
| 09/25/19 | Cab Fare Taxi/Car Service; VENDOR: Uber; 09/20/19; Uber home for Jeffrey C. Hampton from office working after hours | 51.80 | |
| | Total Cab Fare | | 81.76 |

36133897.1 11/07/2019

| | | |
|---|---|---|
| 376719<br>00002<br>10/30/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2517330<br>Page 2 |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/05/19 | Mileage; VENDOR: Jeffrey C. Hampton; 07/19/19; Travel to Wilmington re: attend Bidding Procedures hearing | 56.38 | |
| 09/05/19 | Mileage; VENDOR: Jeffrey C. Hampton; 07/26/19; Travel to Wilmington re: attend final first day hearing | 56.38 | |
| 09/05/19 | Mileage; VENDOR: Jeffrey C. Hampton; 08/19/19; Travel to Wilmington re: attend hearing | 56.38 | |
| 09/05/19 | Mileage; VENDOR: Jeffrey C. Hampton; 08/20/19; Travel to Wilmington re: attend continued hearing | 56.38 | |
| 09/05/19 | Mileage; VENDOR: Jeffrey C. Hampton; 07/02/19; Travel to Wilmington re: attend first day hearing | 56.38 | |
| 09/05/19 | Mileage; VENDOR: Jeffrey C. Hampton; 07/12/19; Travel to Wilmington re: attend DIP Motion hearing | 56.38 | |
| 09/05/19 | Mileage; VENDOR: Jeffrey C. Hampton; 07/15/19; Travel to Wilmington re: attend Creditors' Committee formation meeting | 56.38 | |
| 09/09/19 | Mileage; VENDOR: Adam H. Isenberg; 09/05/19; Travel from Elkins Park, PA to Wilmington and return to attend sale hearing | 45.44 | |
| 09/16/19 | Mileage; VENDOR: Adam H. Isenberg; 09/04/19; Travel from Elkins Park, PA to Wilmington and return to attend sale hearing | 45.44 | |
| 09/20/19 | Mileage; VENDOR: John D. Demmy; 09/15/19; Travel from Bryn Mawr to Philadelphia and back for Tenet depositions | 23.11 | |
| 09/25/19 | Mileage; VENDOR: Mark Minuti; 09/18/19; Travel from Delaware to Philadelphia and back for review of bids | 38.56 | |
| 09/26/19 | Mileage; VENDOR: Monique B. DiSabatino; 09/19/19; Travel from Delaware to Philadelphia and back for St. Christopher's auction | 37.85 | |
| 09/26/19 | Mileage; VENDOR: Mark Minuti; 09/19/19; Travel from Delaware to Philadelphia and back for St. Christopher's auction | 42.38 | |
| 09/26/19 | Mileage; VENDOR: Mark Minuti; 09/20/19; Travel from Delaware to Philadelphia and back for continued St. Christopher's auction | 42.38 | |
| 09/26/19 | Mileage; VENDOR: Adam H. Isenberg; 09/23/19; Travel from Elkins Park to Wilmington office and return to attend St. Christopher's sale hearing | 45.44 | |
| | Total Mileage | | 715.26 |
| 09/04/19 | Messenger Service; VENDOR: Parcels, Inc; 08/23/19; Hand delivery to Judge Gross Bank | 7.50 | |
| 09/04/19 | Messenger Service; VENDOR: Parcels, Inc; 08/15/19; Hand delivery to Judge Gross | 7.50 | |
| 09/04/19 | Messenger Service; VENDOR: Parcels, Inc; 08/19/19; Hand delivery to Judge Gross | 7.50 | |
| 09/04/19 | Messenger Service; VENDOR: Parcels, Inc; 08/20/19; Pickup and delivery of hearing box to Judge Gross' courtroom | 12.50 | |
| 09/04/19 | Messenger Service; VENDOR: Parcels, Inc; 08/16/19; Rush Hand delivery to Judge Gross | 22.50 | |
| 09/09/19 | Messenger Service; VENDOR: Parcels, Inc; 08/29/19; Hand delivery to Judge Gross Bank | 7.50 | |
| 09/09/19 | Messenger Service; VENDOR: Parcels, Inc; 08/20/19; Pickup and delivery of hearing boxes from Judge Gross' courtroom after hearing | 48.00 | |
| 09/17/19 | Messenger Service; VENDOR: Parcels, Inc; 09/03/19; Hand delivery to Judge Gross | 7.50 | |
| 09/17/19 | Messenger Service; VENDOR: Parcels, Inc; 09/06/19; Hand delivery to Judge Gross | 7.50 | |
| 09/17/19 | Messenger Service; VENDOR: Parcels, Inc; 09/04/19; Pickup and delivery of boxes to the courtroom for hearing | 17.50 | |
| 09/17/19 | Messenger Service; VENDOR: Parcels, Inc; 09/05/19; Pickup and delivery of dinner working on residents asset program sale and Tenet/Conifer matter | 18.00 | |

| | | | |
|---|---|---|---|
| 376719<br>00002<br>10/30/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number 2517330<br>Page 3 | |
| 09/23/19 | Messenger Service; VENDOR: Parcels, Inc; 09/04/19; Hand delivery to Judge Gross (am) | 7.50 | |
| 09/30/19 | Messenger Service; VENDOR: Parcels, Inc; 09/09/19; Hand delivery to Judge Gross | 7.50 | |
| 09/30/19 | Messenger Service; VENDOR: Parcels, Inc; 09/11/19; Hand delivery to Judge Gross | 7.50 | |
| 09/30/19 | Messenger Service; VENDOR: Parcels, Inc; 09/13/19; Hand delivery to Judge Gross | 7.50 | |
| 09/30/19 | Messenger Service; VENDOR: Parcels, Inc; 09/13/19; Hand delivery to US District Court | 7.50 | |
| 09/30/19 | Messenger Service; VENDOR: Parcels, Inc; 09/19/19; Hand delivery to Judge Gross (pm) | 7.50 | |
| 09/30/19 | Messenger Service; VENDOR: Parcels, Inc; 09/19/19; Hand delivery to Judge Gross (binders) | 7.50 | |
| 09/30/19 | Messenger Service; VENDOR: Parcels, Inc; 09/19/19; Hand delivery to Judge Gross (late pm) | 7.50 | |
| | Total Messenger Service | | 223.50 |
| 09/05/19 | Parking; VENDOR: Colonial Parking Authority; 08/19/19; Parking for Jeffrey C. Hampton in Wilmington re: attend omnibus hearing | 20.00 | |
| 09/05/19 | Parking; VENDOR: Colonial Parking Authority; 08/20/19; Parking for Jeffrey C. Hampton in Wilmington re: attend continued omnibus hearing | 20.00 | |
| 09/05/19 | Parking; VENDOR: Colonial Parking Authority; 07/12/19; Parking for Jeffrey C. Hampton in Wilmington re: attend DIP hearing | 20.00 | |
| 09/05/19 | Parking; VENDOR: Colonial Parking Authority; 07/15/19; Parking for Jeffrey C. Hampton in Wilmington re: attend Creditors' Committee formation meeting | 20.00 | |
| 09/05/19 | Parking; VENDOR: Colonial Parking Authority; 07/19/19; Parking for Jeffrey C. Hampton in Wilmington re: attend bid procedures hearing | 20.00 | |
| 09/09/19 | Parking; VENDOR: Colonial Parking Authority; 09/05/19; Parking for Adam H. Isenberg in Wilmington to attend sale hearing) | 20.00 | |
| 09/16/19 | Parking; VENDOR: Colonial Parking Authority; 09/04/19; Parking for Adam H. Isenberg in Wilmington to attend sale hearing | 20.00 | |
| 09/20/19 | Parking; VENDOR: Colonial Parking Authority; 09/4/19; Parking for Aaron S. Applebaum in Wilmington to attend sale hearing | 12.00 | |
| 09/20/19 | Parking; VENDOR: Colonial Parking Authority; 09/05/19; Parking for Aaron S. Applebaum in Wilmington to attend sale hearing | 12.00 | |
| 09/20/19 | Parking; VENDOR: Flash Parking; 09/15/19; - Parking for John Demmy in Philadelphia for Tenet depositions | 25.00 | |
| 09/23/19 | Parking; VENDOR: Flash Parking; 09/19/19; Parking for Aaron S. Applebaum in Philadelphia to attend auction | 20.50 | |
| 09/25/19 | Parking; VENDOR: Flash Parking; 09/18/19; Parking for Mark Minuti in Philadelphia for review of bids | 35.00 | |
| 09/25/19 | Parking; VENDOR: Flash Parking; 09/19/19; Parking for Adam H. Isenberg in Philadelphia to attend auction | 41.00 | |
| 09/26/19 | Parking; VENDOR: Flash Parking Mark Minuti; 09/20/19; Continued St. Christopher's auction in Philly Bank ID: EMP Check Number: 460727ZL | 20.00 | |
| 09/26/19 | Parking; VENDOR: Flash Parking; 09/19/19; Parking for Monique B. DiSabatino in Philadelphia for St. Christopher's auction | 41.00 | |
| 09/26/19 | Parking; VENDOR: Flash Parking; 09/19/19; Parking for Mark Minuti in Philadelphia for St. Christopher's auction | 41.00 | |
| | Total Parking | | 387.50 |
| 09/16/19 | Filing Fees - - VENDOR: City of Philadelphia; 8/23/19; Notice of Bankruptcy Stay in Court of Common Pleas | 159.54 | |
| | Total Filing Fees | | 159.54 |

| | | | |
|---|---|---|---|
| 376719<br>00002<br>10/30/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2517330<br>Page 4 | |
| 09/09/19 | Court Reporter Services; VENDOR: TSG Reporting, Inc; Deposition transcript of J. Scott Victor on 8/16/19 | 455.95 | |
| 09/09/19 | Court Reporter Services; VENDOR: TSG Reporting, Inc; Hourly transcript for deposition of Allen Wilen (8/13/19) | 1,498.25 | |
| 09/09/19 | Court Reporter Services; VENDOR: Reliable Copy Service - DE; Fee and Rush Deposition Transcripts for Michael Malone and David Dawson on 8/15/19 | 2,813.40 | |
| 09/09/19 | Court Reporter Services; VENDOR: Reliable Copy Service - DE; 8/8/19 Court Reporter Fee for all days into late night auction and rush auction transcript | 3,805.00 | |
| | Total Court Reporter Services | | 8,572.60 |
| 09/20/19 | Federal Express 08/30/2019 To: Jonathan Levin, Esq From: Jeremiah Vandermark | 20.63 | |
| 09/20/19 | Federal Express 08/30/2019 To: John Mitchell From: Melissa Martinez | 29.82 | |
| 09/20/19 | Federal Express 08/30/2019 To: Tom Rydzewski From: Melissa Martinez | 36.00 | |
| 09/20/19 | Federal Express 08/30/2019 To: Jeffrey Hampton From: Jeffrey Hampton | 36.85 | |
| 09/20/19 | Federal Express 08/30/2019 To: Jeffrey C Hampton From: Mark Minuti | 42.01 | |
| 09/23/19 | Federal Express 09/12/2019 To: Jonathan Levin, Esq From: Jeremiah Vandermark | 20.63 | |
| | Total Federal Express | | 185.94 |
| 09/17/19 | Outside Reproduction - - VENDOR: Exela Enterprise Solutions Inc. 7/19/2019 Oversize Scanning to Tiff | 10.80 | |
| | Total Outside Reproduction | | 10.80 |
| 09/05/19 | Teleconferencing; VENDOR: Courtcall LLC; Telephonic Court appearance for J. Scott Victor on 8/21/19 | 37.00 | |
| 09/18/19 | Teleconferencing; VENDOR: Courtcall LLC; Telephonic court appearance for Mark Minuti on 9/10/19 | 51.00 | |
| 09/18/19 | Teleconferencing; VENDOR: Courtcall LLC; Telephonic Court Appearance for Adam Isenberg on 9/10/19 | 51.00 | |
| 09/18/19 | Teleconferencing; VENDOR: Courtcall LLC; Telephonic court appearance for Monique DiSabatino on 9/4 and 9/5/19 | 249.00 | |
| | Total Teleconferencing | | 388.00 |
| 09/04/19 | Meals; VENDOR: Urban Cafe; Breakfast for 8/9/19 hearing that was canceled too late the night before to cancel the order | 75.00 | |
| 09/09/19 | Meals; VENDOR: Urban Cafe; 08/19/19; Breakfast preparing for DIP/Tenet Motion to Compel Hearing (Jeffrey Hampton, Adam Isenberg, John Demmy, Allen Wilen, Mark Minuti, Scott Victor, Monique DiSabatino) | 65.00 | |
| 09/09/19 | Meals; VENDOR: Urban Cafe; 09/05/19; Breakfast preparing for continued hearing (Adam Isenberg, Jeffrey Hampton, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Allen Wilen, John Dinome, J. Scott Victor) | 78.00 | |
| 09/09/19 | Meals; VENDOR: Pagano's Market; 08/08/19; Breakfast - Preauction (Adam Isenberg, Jeffrey Hampton, Aaron Applebaum, Monique DiSabatino, Mark Minuti, Allen Wilen, J. Scott Victor) | 111.52 | |
| 09/09/19 | Meals; VENDOR: Pagano's Market; 08/21/19; Lunch Meeting negotiating St. Christopher's sale (Adam Isenberg, Aaron Applebaum, Mark Minuti, Allen Wilen, Andrew Sherman, Boris Mankovetskiy, Robert Lapowsky, Representative from CMS) | 285.40 | |
| 09/09/19 | Meals; VENDOR: Pagano's Market; 08/08/19; Lunch during Auction - 65 people | 1,133.20 | |
| 09/09/19 | Meals; VENDOR: Pagano's Market; 08/08/19; Dinner during Auction - 50 people | 1,139.56 | |
| 09/16/19 | Meals - - VENDOR: The American Pub 8/8/19; Vegetarian sandwiches for HUH Auction attended by 65 people | 69.93 | |

| | | |
|---|---|---|
| 376719<br>00002<br>10/30/19 | Philadelphia Academic Health System, LLC, et. al<br>Expenses | Invoice Number  2517330<br>Page 5 |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/16/19 | Meals - - VENDOR: Corner Bakery 8/15/19; Breakfast for M. Maloney deposition  (John Demmy, Allen Wilen, Nicholas Wasdin, Thomas Horan, Dallas Taylor, Travis Cuomo, Joseph Catuzzi, Michael Maloney, Court Reporter) | 141.62 | |
| 09/16/19 | Meals - - VENDOR: Marathon Grill 8/27/19; PAHS Insurance meeting (Jeffrey Hampton, Allen Wilen, Adam Isenberg, Jackie Roe, John Dinome, Dion Oglesby, Linda Ramsey, Joel Hopkins) | 165.43 | |
| 09/16/19 | Meals - - VENDOR: The American Pub 8/14/19; Settlement meeting with client Tenet/Conifer (Jeffrey Hampton, Mark Minuti, Adam Isenberg, Allen Wilen, Greg Pesce, Laura Davis Jones, Representatives of Tenet/Conifer, Jackie Roe, John Dinome, Miriam Hogan, Andrew Sherman, Boris Mankovetskiy) | 488.64 | |
| 09/17/19 | Meals; VENDOR: Urban Cafe; 09/04/19; Breakfast preparing for residents asset program sale (Jeffrey Hampton, Adam Isenberg, Mark Minuti, Aaron Applebaum, Monique DiSabatino, Allen Wilen, John Dinome, Linda Donohue, Miriam Hogan, Jackie Roe, Samantha Gross, Scott Victor) | 97.50 | |
| 09/17/19 | Meals; VENDOR: Washington Street Ale House; 09/05/19; - Dinner working on residents asset program sale and Tenet/Conifer matter (Jeffrey Hampton, Adam Isenberg, Robyn Warren, Mark Minuti, Aaron Applebaum, Linda McDonough, Scott Victor, Allen Wilen) | 134.40 | |
| 09/20/19 | Meals - - VENDOR: Centre Square Newsstand; 8/16/19 Breakfast for J. Scott Victor prior to deposition | 9.72 | |
| 09/20/19 | Meals; VENDOR: Brew Ha Ha; 09/04/19; Lunch preparing for residents asset program sale (Jeffrey Hampton, Adam Isenberg, Mark Minuti, Aaron Applebaum, Monique DiSabatino, Allen Wilen, John Dinome, Linda Donohue, Miriam Hogan, Jackie Roe, Samantha Gross) | 95.80 | |
| 09/23/19 | Meals; VENDOR: Urban Cafe; 09/13/19; Breakfast preparing for hearing on Tenet/Confer matter (Jeffrey Hampton, Mark Minuti, Monique DiSabatino, Allen Wilen, Dion Oglesby, Miriam Hogan, Jackie Roe) | 65.00 | |
| 09/25/19 | Meals; VENDOR: Brew- Ha-Ha; 09/23/19; Lunch preparing for St. Christopher's sale hearing (Jeffrey Hampton, Adam Isenberg, J. Scott Victor, Aaron Applebaum, Monique DiSabatino, Allen Wilen, Mark Minuti, Robyn Warren, Linda Donough, Gary Klausner, Jacqueline Roe, Ron Dreskin) | 174.15 | |
| | Total Meals | | 4,329.87 |
| 09/09/19 | Doc. Retrieval/Case Monitoring; VENDOR: File & ServeXpress LLC; 09/03/19; File & ServeXpress billing period for Delaware Chancery Court and Superior Court litigation | 25.00 | |
| | Total Doc. Retrieval/Case Monitoring | | 25.00 |
| 09/04/19 | Transcript; VENDOR: Reliable Copy Service - DE; Hourly transcript from 8/21/19 hearing | 304.50 | |
| 09/09/19 | Transcript; VENDOR: Reliable Copy Service - DE; Hourly transcript from 8/19/19 hearing | 1,123.75 | |
| 09/17/19 | Transcript; VENDOR: Reliable Copy Service - DE; Rush transcript – 9/5/19 hearing | 115.20 | |
| 09/23/19 | Transcript; VENDOR: Reliable Copy Service - DE; Rush transcript – 9/4/19 hearing | 1,479.00 | |
| | Total Transcript | | 3,022.45 |
| 09/04/19 | Westlaw Legal Research | 71.50 | |
| 09/05/19 | Westlaw Legal Research | 519.00 | |
| 09/08/19 | Westlaw Legal Research | 77.22 | |
| 09/09/19 | Westlaw Legal Research | 71.50 | |
| 09/10/19 | Westlaw Legal Research | 143.00 | |
| 09/12/19 | Westlaw Legal Research | 337.00 | |
| 09/13/19 | Westlaw Legal Research | 786.50 | |

| | | |
|---|---|---|
| 376719 | Philadelphia Academic Health System, LLC, et. al | Invoice Number  2517330 |
| 00002 | Expenses | Page 6 |
| 10/30/19 | | |

| Date | Description | Amount |
|---|---|---:|
| 09/14/19 | Westlaw Legal Research | 231.66 |
| 09/14/19 | Westlaw Legal Research | 71.50 |
| 09/15/19 | Westlaw Legal Research | 214.50 |
| 09/17/19 | Westlaw Legal Research | 1,174.50 |
| 09/18/19 | Westlaw Legal Research | 214.50 |
| 09/19/19 | Westlaw Legal Research | 519.00 |
| 09/22/19 | Westlaw Legal Research | 173.50 |
| 09/23/19 | Westlaw Legal Research | 154.44 |
| 09/24/19 | Westlaw Legal Research | 154.44 |
| 09/30/19 | Westlaw Legal Research | 77.22 |
| | Total Westlaw Legal Research | 4,990.98 |
| | CURRENT EXPENSES | 24,370.50 |
| | **TOTAL AMOUNT OF THIS  INVOICE** | 24,370.50 |

36133897.1 11/07/2019