# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## NOTICE OF DEPOSITION OF DR. EROL VEZNEDAROGLU, M.D.

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, as incorporated by and through Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") will take the deposition upon oral examination of Dr. Erol Veznedaroglu, M.D., of Global Neurosciences Institute, LLC ("**GNI**"), on November 15, 2019 at 10:00 a.m. Eastern Time. The deposition will take place at the offices of Saul Ewing Arnstein & Lehr LLP, Centre Square West, 38th Floor, Philadelphia, PA 19102, before a court reporter and will be recorded by stenographic means, and may also be audio recorded or videotaped. The deposition is being used for discovery, for use at any evidentiary hearing, for use at trial, or for any purposes that are permitted by law or under the rules of this Court.

**PLEASE TAKE FURTHER NOTICE**, that the matters on which such persons will testify consist of all facts and issues raised in or related to the following pleadings in the above-captioned bankruptcy cases:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

36191100.1 11/11/19

- *Motion of Global Neurosciences Institute, LLC for Allowance and Payment of Administrative Expense Claim* [D.I. 956]

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby request, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, as incorporated by and through Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, that GNI produce the documents requested in **Exhibit A** hereto on or before Wednesday, November 13, 2019 by electronic mail to Debtors' counsel: Jeffrey C. Hampton (Jeffrey.Hampton@saul.com), Mark Minuti (Mark.Minuti@saul.com); and Aaron S. Applebaum (Aaron.Applebaum@saul.com).

Dated: November 11, 2019            **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Aaron S. Applebaum*
       Mark Minuti (DE Bar No. 2659)
       Monique B. DiSabatino (DE Bar No. 6027)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE  19899
       Telephone: (302) 421-6800
       Fax: (302) 421-5873
       mark.minuti@saul.com
       monique.disabatino@saul.com

              -and-

       Jeffrey C. Hampton
       Adam H. Isenberg
       Aaron S. Applebaum (DE Bar No. 5587)
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Telephone: (215) 972-7700
       Fax: (215) 972-7725
       jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       aaron.applebaum@saul.com

       *Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

## REQUEST FOR PRODUCTION OF DOCUMENTS

### INSTRUCTIONS

1. If any documents requested herein have been lost or destroyed, the documents so lost or destroyed shall be identified by author, date and subject matter. In addition, the date of disposal, the manner of disposal, the reason for disposal, the person authorizing disposal and the person disposing of the document shall also be identified.

2. These document requests shall be deemed continuing so as to require further and supplemental production should the party to whom these document requests are directed obtain additional documents falling within its scope between the time of initial production and the time of deposition, hearing or trial.

3. All documents shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond to the paragraph of this request to which they are primarily responsive.

4. All documents produced in response to these document requests shall be produced *in toto*, notwithstanding the fact that portions thereof may contain information not requested, shall include drafts and interim editions, as well as final editions, of a document, and shall include all editions or copies of a document which are not identical (whether due to handwritten notations, revisions or otherwise) to the original or other produced copy of a document.

5. With respect to each document requests herein, the party to whom these document requests are directed shall identify and produce all documents (as defined above without limitation) which are known or which can be located or discovered by reasonably diligent effort, regardless of location, including, without limitation, all such documents requested to be

produced which are in the files (whether personal, business or any other files), possession, custody or control of the attorneys, accountants, agents, representatives or employees of the party to whom these document requests are directed.

6. Should you withhold any document requested based on privilege, work product, or any other reason, you are to specify the general subject matter of the information contained within the document and the basis for the contention that such information is privileged or otherwise withheld. If any form of privilege is claimed as grounds for not providing the document requested you shall identify the type, general subject matter, and date of the document, as well as such other information as is sufficient to identify the document, including the author, addressee, custodian, any other recipients, and where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

7. If any document identified was, but no longer is, in your custody, possession, or control, you are to state what disposition was made of it, identify its present custodian, and state who ordered or authorized such disposition.

8. If any document requests herein cannot be complied with in full, it shall be complied with to the extent possible with an explanation as to why full compliance is not possible.

9. If any document requests herein is denied, you shall explain the basis for such denial.

## REQUESTS FOR PRODUCTION

**Document Request No. 1**: All communications between GNI and the Debtors, including, without limitation, emails, text messages, letters or any other form of written correspondence, relating to the provision of services by GNI at Hahnemann University Hospital from May 1, 2019 through the present.

**Document Request No. 2**: All internal communications between and among employees of GNI including, without limitation, emails, text messages, letters or any other form of written correspondence, relating to the provision of services by GNI at Hahnemann University Hospital from May 1, 2019 through the present.

**Document Request No. 3**: All documents relating to or evidencing any and all services performed by GNI at Hahnemann University Hospital between August 2, 2019 and August 27, 2019.

**Document Request No. 4**: All documents relating to any on-site physician or physician assistant services provided by GNI at Hahnemann University Hospital between August 2, 2019 and August 27, 2019.

**Document Request No. 5**: All documents relating to physician training or onboarding services provided by GNI to or for the benefit of Hahnemann University Hospital between August 2, 2019 and August 27, 2019.

**Document Request No. 6**: All documents relating to any services performed by Dr. Erol Veznedaroglu, Dr. Kenneth Liebman, and Dr. Mandy J. Binning between August 2, 2019 and August 27, 2019.

**Document Request No. 7**: Copies of all weekly reports reviewed by Dr. Erol Veznedaroglu, Dr. Kenneth Liebman, and Dr. Mandy J. Binning related to Hahnemann University Hospital between August 2, 2019 and August 27, 2019.

**Document Request No. 8**: All documents evidencing or related to oversight of staff/ancillary support, monitoring of staff behavior, development or maintenance of relationships with integrated/ancillary service lines, or supervision of medical directors and other neurosurgeons by Dr. Erol Veznedaroglu, Dr. Kenneth Liebman, and Dr. Mandy J. Binning related to Hahnemann University Hospital between August 2, 2019 and August 27, 2019.

**Document Request No. 9**: All documents evidencing or related to supervision of system/patient issues, coordination of provider schedules, or the provision of clinical leadership by Dr. Erol Veznedaroglu, Dr. Kenneth Liebman, and Dr. Mandy J. Binning related to Hahnemann University Hospital between August 2, 2019 and August 27, 2019.