# EXHIBIT A

## Excerpt of Master Lease section 16.1

## ARTICLE 15

## QUIET ENJOYMENT

[REDACTED]

## ARTICLE 16

## SURRENDER

16.1  Generally. Tenant shall, on the last day of the Term, or upon the sooner termination of the Term, quit and surrender to Landlord the Premises vacant, free of all Tenant Personal Property, and in the same level of condition and repair as on the Commencement Date, reasonable wear and tear, and damage from condemnation excepted (provided, however, that the reference to reasonable wear and tear shall not be construed to diminish in any way Tenant's obligations pursuant to Article 26), and Tenant shall remove or demolish all of the Fixtures and Related Personal Property, structures and other improvements which Landlord shall have elected to cause Tenant to remove pursuant to and in accordance with Section 5.7 hereof; *provided, however,* that if requested by Landlord, at the termination of the Lease, Tenant shall allow the successor tenant to use Tenant Personal Property for a reasonable period of time until such successor tenant is able to acquire replacements for such Tenant Personal Property, as long as the successor tenant shall pay Tenant the reasonable rental value for such use. Upon the expiration or earlier termination of this Lease, Landlord may, to the extent permitted by Applicable Law, cause the transfer of the operation and management of the Premises and leasing of the Premises to any replacement manager or tenant of the Premises designated by Landlord. In connection with such transfer, Tenant shall cooperate with Landlord (including, if required by Landlord, the execution and delivery of a transfer agreement reasonably acceptable to the parties,) and provide for, at Landlord's expense (i) the transfer to Landlord, or to the successor tenant or property manager, of: (A) all federal, state or municipal licenses, certifications, certificates, approvals, permits, variances, waivers, and other authorizations certificates that are related to the operation of the Premises to the extent same are transferable; and (B) all names associated with the Premises as then known to the general public (but excluding any names that are Tenant Personal Property or any tradename or trademark), (ii) the preparation and filing of all notices reasonably required by Applicable Law in connection with such termination and transfer of management and operations, and (iii) the delivery of copies of all of Tenant's books and records relating to the Premises and their operations that are necessary to transition the Premises to the successor tenant, to Landlord or the successor property manager or tenant, within a reasonable time. Tenant's obligation to observe and perform this covenant shall survive the expiration or earlier termination of the Term. In the event that Tenant fails to surrender the Premises as aforesaid, in addition to the rights of Landlord under Section 16.3, Landlord shall have the right to exercise the applicable remedies upon the occurrence of an Event of Default. Tenant shall have the right, as long as no Event of Default exists under this Lease, upon the expiration of the Term (but subject to the temporary use by the successor tenant referred to above), to remove from the Premises all of Tenant Personal Property, whether or not the same be attached to the real estate, *provided that* Tenant shall at its own cost and expense reasonably restore and repair any damage to the Premises caused by the removal of Tenant Personal Property. Such removal shall be done

upon reasonable advance notice, at a mutually convenient time approved by Landlord and without disruption of the successor tenant's business operations.



## ARTICLE 17

## ACCESS

