## CERTIFICATE OF SERVICE

I, Stuart M. Brown, Esquire, do hereby certify that, on this 12th day of November 2019, I caused a true and correct copy of the foregoing *Limited Objection of Master Landlords to the Motion of Debtors for Order (I) Authorizing Retention and Employment of Centurion Service Group, LLC, as Auctioneer, (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2; and (III) Approving Sale and Liquidation of Certain Medical Equipment, Furniture and Inventory* to be served on the following addresses in the manner indicated below.

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)


**VIA FIRST CLASS MAIL**
Center City Healthcare, LLC
230 North Broad Street
Philadelphia, PA 19102

**VIA HAND DELIVERY**
Mark Minuti
Monique B. DiSabatino
Saul Ewing Arnstein & Lehr LLP
1201 N. Market St.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Jeffrey C. Hampton
Adam H. Isenberg
Aaron S. Applebaum
Saul Ewing Arnstein & Lehr LLP
1500 Market St.
Philadelphia, PA 1910

**VIA HAND DELIVERY**
Thomas M. Horan
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801

EAST\170261019.1

**VIA FIRST CLASS MAIL**
Boris I. Mankovetskiy
Andrew H. Sherman
Sills,Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

**VIA HAND DELIVERY**
Benjamin A. Hackman
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801