**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| *et al.*,[1] | ) | Joint Administration Requested |
| | ) | |
| Debtors. | ) | Re: Docket No. 956 |
| | ) | |

**OBJECTION TO MOTION OF GLOBAL NEUROSCEINCES INSTITUTE, LLC FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

MidCap Funding IV Trust, acting in its capacity as administrative agent for MidCap

Funding IV Trust and MidCap Financial Trust (successor-by-assignment to MidCap Funding H

Trust), the Debtors' prepetition lenders (collectively, the "**Prepetition Agent**"), and MidCap

Funding IV Trust (successor-by-assignment to MidCap Financial Trust), acting in its capacity as

administrative agent for MidCap Funding IV Trust (successor-by-assignment to MidCap

Financial Trust), the Debtors' post-petition DIP lender (collectively, the "**DIP Agent**", and

together with the Prepetition Agent, "**MidCap**"), by and through its undersigned counsel, file

this Objection to the Motion of Global Neurosciences Institute, LLC ("**GNI**") for Allowance and

Payment of Administrative Claim (D.I. 956, the "**Motion**").

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

## JURISDICTION

1.      These matters constitute core proceedings under 28 U.S.C. § 157(b) and Rule 9013–1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATEMENT

2.      On August 23, 2019 the Court entered a final order (the "**DIP Order**") authorizing Debtors to obtain postpetition financing from MidCap and to use the borrowings in accordance with the budget attached to the Court's Order at Exhibit 2 (the "**DIP Budget**").  (D.I. 557).

3.      The DIP Budget contains an itemized list of budgeted expenses and allows "the Debtors to use proceeds of the DIP Facility in accordance with, for the purposes of, and in the amounts set forth in, the DIP Budget, subject to a permitted variance of not more than ten percent (10%) with respect to aggregate expenditures . . ."  (D.I. 557 at p. 5).

4.      MidCap is not obligated to fund (and will not fund) any amount beyond the allocations in the DIP Budget and permitted under the First Priority Secured Priming Super-Priority Debtor in Possession Credit and Security Agreement (as amended by that certain Amendment No. 1 to First Priority Secured Priming Super-Priority Debtor in Possession Credit and Security Agreement dated August 26, 2019).

5.      Moreover, GNI's demand for payment and allowance of an administrative claim for services allegedly provided to Hahnemann University Hospital ("**Hahnemann**") in August is disingenuous at best given that GNI was aware (in July) that Hahnemann discharged its last inpatient.  GNI was even told on July 25 that "service/coverage **is not needed at Hahnemann**

***going forward***."    (Motion at ¶ 14) (emphasis added).    The Court also granted the Debtors'
motion to reject the underlying contract with GNI as of August 2.  (Motion at ¶ 24).

10.     It's worth pointing out that GNI describes the agreement giving rise to this claim
"as a risk sharing agreement . . . . [whereby] Debtors pay[ ] for the availability of neurosurgical
services."  (Motion at ¶ 40).  However, it is quite clear that GNI knew that it would not be
bearing any risk for Hahnemann during the month of August given that GNI (a) understood
Hahnemann was closing, (b) knew the final inpatient was discharged from Hahnemann, and
(c) was told that its services were no longer needed at Hahnemann.

11.     The Court should resist GNI's request for a windfall.

12.     MidCap objects to the payment of any expenses which are not provided for in DIP
Budgets approved by MidCap or which would cause an Event of Default to occur under the DIP
Credit Agreement.

WHEREFORE, MidCap respectfully requests that the Court deny the Motion.

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 N. West Street, Suite 1279
Wilmington, DE 19801
Telephone: (302) 295-4856
Facsimile: (302) 295-4801
Email: jpolesky@stradley.com

Dated: November 12, 2019

OF COUNSEL

Gretchen M. Santamour (*pro hac vice*)
Deborah Reperowitz (*pro hac vice*)
Mark J. Dorval (*pro hac vice*)
Joseph W. Catuzzi (*pro hac vice*)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (302) 295-4856
Facsimile: (302) 295-4801

Kathryn L. Stevens (*pro hac vice*)
David L. Kane (*pro hac vice*)
Vedder Price
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609 7803

*Attorneys for creditors MidCap Funding IV Trust*

## <u>CERTIFICATE OF SERVICE</u>

I, Joelle E. Polesky, Esquire certify that on November 12, 2019, I caused to be filed a true and correct copy of the *Objection to Motion of Global Neurosciences Institute, LLC for Allowance and Payment of Administrative Expense Claim* with the United States Bankruptcy Court for the District of Delaware via the CM/ECF system, and caused a copy of to be served via electronic means on all parties that have requested service of process in this case.

I further certify that on November 12, 2019 I caused a true and correct copy of *Objection to Motion of Global Neurosciences Institute, LLC for Allowance and Payment of Administrative Expense Claim* to be served via first class, United States mail, postage pre-paid on the following:

Albert Einstein Healthcare Network
Attn: Penny J. Rezet
5501 Old York Rd
Philadelphia, PA 19141

Arent Fox LLP
Attn: George Angelich/ Phillip Khezri
1301 Ave of the Americans, Fl 42
New York, NY 10019

Ashby & Geddes, P.A.
Attn: Gregory Taylor / Katharina Earle
500 Delaware Ave, 8th Fl. P.O. Box 1150
Wilmington, DE 19899

Attorney for the City of Philadelphia,
City Law Depart
Attn: Megan Harper
1401 JFK Building, 5th FL
Philadelphia, PA 19102

Ballard Spahr LLP
Attn: Vincent J. Marriott
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Ballard Spahr LLP
Attn: Tobey M. Daluz
Attn: Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Barnes & Thornburg LLP
Attn: David Powlen/Kevin Collins
1000 N West St, Ste 1500
Wilmington, DE 19801

Bayard, P.A.
Attn: Justin Alberto/ Sophie Macon
600 N King St, Ste 400
Wilmington, DE 19801

Berger Law Group, P.C.
Attn: Phillip Berger/Matthew Kaufmann
919 Conestoga Rd., Bldg. 3, Ste. 114
 Rosemont, PA 19010

Biellli & Klauder, LLC
Attn: David Klauder
1204 N King St.
Wilmington, DE 19801

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17 Fl
San Francisco, CA 94105-3493

Ciardi Ciardi & Astin
Attn: Daniel Astin/ Joseph McMahon
1204 N. King St
Wilmington, DE 19801

Ciardi Ciardi & Astin
Attn: Albert Ciardi
One Commerce Square, Ste 3500
2005 Market St
Philadelphia, PA 19103

City of Philadelphia
Attn: Law Dept.

1515 Arch St, 17th Fl
Philadelphia, PA 19102

Commonwealth of PA, Dept of Labor and Industry Collection Support Unit
Attn: Deb Secrest
651 Boas St, Rm 925
Harrisburg, PA 17121

Denton US, LLP
Attn: Oscar Pinkas/ Lauren Macksoud
1221 Ave of the Americans
New York, NY 10020

Dilworth Paxson
One Customs House
704 N. King St., Suite 500
P.O. Box 1031
Wilmington, DE 19801

DLA Piper LLP
Attn: Stuart M. Brown
1201 N Market St, Ste
2100 Wilmington, DE 19801

DLA Piper LLP
Attn: Richard A. Chesley
444 W Lake St, Ste 900
Chicago, IL 60606

Cozen O'Connor
Attn: Stephen A. Cozen, Esq.
One Liberty Place
1650 Market St, Ste 2800
Philadelphia, PA 19103

Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson 222
Delaware Ave, Ste 1410
Wilmington, DE 19801

Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr
Florham Park, NJ 07932-1047

Duane Morris LLP

Attn: Mairi V. Luce 30 S 17th St
Philadelphia, PA 19103-4196

Duane Morris LLP
Attn: Jarret Hitchings
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659

Fineman Krekstein & Harris, PC
Attn: Deirdre M. Ric Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Gibbons P.C.
Attn: Dale E. Barney
One Gateway Center
Newark, NJ 07102-5310

Gibbons P.C.
Attn: N Songonuga/ R Malone/ D Crapo
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1761

Greenberg Traurig, LLP
Attn: Dennis A. Meloro
The Nemours Building
1007 N Orange St, Ste 1200
Wilmington, DE 19801

Greenberg Traurig, LLP
Attn: Nancy A. Peterman
77 W Wacker Dr, Ste 3100
Chicago, IL 60601

Hogan & McDaniel
Attn: Daniel Hogan/Garvan McDaniel/ Daniel Kerrick
1311 Delaware Ave
Wilmington, DE 19805

Honigman LLP
Attn: E Todd Sable/ Lawrence A.Lichtman

2290 First National Building
660 Woodward Ave
Detroit, MI 48226

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
International Brotherhood of Electrical Workers, Local 98
1701 Spring Garden St
Philadelphia, PA 19130

JD Thompson Law C/O Sodexo, Inc.
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233

Jeffer Mangels Butler & Mithcell LLP
Attn: Marianne S. Martin
1900 Ave of the Stars, 7th FL
Los Angeles, CA 90067

Jones Walker LLP
Attn: Jeffrey R. Barber
190 E Capitol St, Ste 800
P.O. Box 427
Jackson, MS 39205-0427

Kirkland & Ellis LLP
Attn: Nicole Greenblatt
601 Lexington Ave
New York, NY 10022

Kirkland & Ellis LLP
Attn: Stephen Hackney/Gregory Pesce
300 N LaSalle
Chicago, IL 60654

Kurtzman, Steady, LLC.
Attn: Jeffrey Kurtzman
401 S 2nd St, Ste 200
Philadelphia, PA 19147

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell J. Malzberg P.O. Box 5122

6 E Main St, Ste 7
Clinton, NJ 08809

Markowitz & Richman
Attn: Jonathan Walters, Esquire
123 South Broad St, Ste 2020
Philadelphia, PA 19109

Markowitz and Richman
Attn: Claiborne S. Newlin Legal Arts Building
1225 King St, Ste 804
Wilmington, DE 19801

Maron Marvel Bradley Anderson & Tardy, LLC.
Attn: Stephanie A. Fox
1201 N Market St, Ste 900
Wilmington, DE 19801

Mattleman Weinroth & Miller, P.C
Attn: Christina Pross 200
Continental Drive, Ste 215
Newark, DE 19713

McCarter & English, LLP
Attn: William F. Taylor Renaissance Centre
405 N King St, 8th Fl
Wilmington, DE 19801

Ray Quinney & Nebecker, P.C
Attn: David H. Leigh
36 S State St, 14th FL S
alt Lake City, UT 84111

Moye White LLP
Attn: Timothy M. Swanson/Vikrama S. Chandrashekar
1400 16th St, 6th Fl
Denver, CO 80202

National Union of Hospital and Healthcare Employees, District 1199C
1319 Locust St
Philadelphia, PA 19107

National Union of Hospital and Healthcare Employees,
AFSCME, AFL-CIO
1319 Locust St
Philadelphia, PA 19107

O'Donoghue & O'Donoghue LLP
Attn: Lance Geren, Esq.
325 Chestnut St, Ste 600
Philadelphia, PA 19106

Office of Attorney General
Attn: C. E. Momjian/ D. Dembe/L. Rhoda/R Smith
The Phoenix Building
1600 Arch St, 3rd Fl
Philadelphia, PA 19103

Office of the Attorney General
Attn: Josh Shapiro, Esquire
Attn: Bankruptcy Dept 16th Fl,
Strawberry Square
Harrisburg, PA 17120

Office of the United States Attorney for the District of Delaware
Attn: David C. Weiss, Esquire
Hercules Building
1313 N Market St Wilmington, DE 19801

Office of The United States Trustee
Attn: Benjamin Hackman
844 King St, Ste 2207 Lockbox 35
Wilmington, DE 19801-3519

O'Melveny & Myers, LLP
Attn: S Uhland/ D Shamah/ D Perez
Times Square Tower 7 Times Square
New York, NY 10036

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones/Timothy Cairns
919 N Market St, 17th Fl P.O. Box 8705
Wilmington, DE 19899-8705


Pearlman & Miranda, LLC.
Attn: Patricia A Celano
110 Edison Pl, Ste 301
Newark, NJ 07102

Pennsylvania Association of Staff Nurses and Allied Professionals

1 Fayette Street, Suite 475
Conshohocken, PA 19428

Pennsylvania Department of Health
Attn: Dr. Rachel Levine Health and Welfare Building
625 Forester St, 8th FL W
Harrisburg, PA 17120

Pepper Hamilton, LLP
Attn: Francis J. Lawall
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Pepper Hamilton, LLP
Attn: Marcy J. McLaughlin
1313 N Market St,
P.O. Box 1709 Hercules Plaza, Ste 5100
Wilmington, DE 19899-1709

Polsinelli P.C
Attn: Christopher A. Ward
222 Delaware Ave, Ste 1101
Wilmington, DE 19801

Richards Layton & Finger, PA
Attn: M. Collins/ M Merchant/ B Schlauch
One Rodney Square
920 N King St
Wilmington, DE 19801

Saul Ewing Arnstein & Lehr LLP
Attn: Mark Minuti/Monique DiSabatino
1201 N. Market Street, Suite 2300 P.O. Box 1266
Wilmington, DE 19899

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
824 N. Market St, Ste 800
Wilmington, DE 19801

Shipman & Goodwin LLP
Attn: Eric S. Goldstein One Constitution Plaza
Hartford, CT 06103-1919

Sills Cummis & Gross P.C

Attn: Andrew Sherman/ Boris Mankovetskiy
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Stevens & Lee, P.C.
Attn: Joseph H. Huston
919 N Market St, Ste 1300
Wilmington, DE 19801

Stevens & Lee, P.C.
Attn: Robert Lapowsky
620 Freedom Business Ctr, Ste 200
King of Prussia, PA 19406

Stinson LLP
Attn: Darrell Clark/ Tracey Ohm
1775 Pennsylvania Ave NW, Ste 800
Washington, D.C 20006

Stoel Rives LLP
Attn: Marc A. Al 33 S 6th St, Ste 4200
Minneapolis, MN 55402

Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S Mopac Expressway, Ste 320
Austin, TX 78746

Sullivan, Hazeltine, Allison, LLC.
Attn: William D. Sullivan
901 N Market St, Ste 1300
Wilmington, DE 19801

The Rosner Law Gorup LLC
Attn: Frederick B. Rosner
824 N Market St, Ste 810
Wilmington, DE 19801

Troutman Sanders LLP
Attn: Louis A. Curcio
Attn: Jessica Mikhailevich
875 Third Ave
New York, NY 10022

Troutman Sanders LLP

Attn: Matthew R. Brooks
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308

U.S. Department of Justice
Attn: Marc Sacks Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-875

Underwood Perkins, P.C.
Attn: David Campbell/ Eli Pierce
Two Lincoln Centre
5420 LBJ Fwy, Ste 1900
Dallas, TX 75240

United States Department of Justice
Attn: Civil Division
1100 L St, NW, 10030
Washington, DC 20005

United States Deptarment of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

White and Williams LLP
Attn: Marc S. Casarino
600 N King St, Ste 800
Wilmington, DE 19899-0709

White and Williams LLP
Attn: Amy E. Vulpio
1650 Market St, 18th FL
Philadelphia, PA 19103

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)