**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re In re Center City Healthcare, LLC, et al.,** | ) | **Case No. 19-11466 (KG)** |
| **Debtor(s)** | ) | |
| | ) | |
| | ) | **Related to Docket No. 733** |
| | ) | |
| | ) | **MEDIATOR'S CERTIFICATE OF COMPLETION** |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated September 19, 2019, the undersigned mediator reports that the mediation was completed on November 6, 2019, and resolved in the following manner:

(a) The following individuals were present:

 (1) Parties (name and capacity) – All parties had multiple personal representatives with authority to settle present.

 (2) Counsel (name and party representing) –

Debtors' Counsel: Mark Minuti, Jeffrey Hampton

The Official Committee of Unsecured Creditors' Counsel:  Boris Mankovetskiy and Andrew Sherman

Tenet Healthcare Corporation & Tenet Business Services Corp. and Conifer Health Solutions, LLC & Conifer Revenue Cycle Solutions LLC Counsel: Gregory Pesce and Laura Davis Jones

MidCap Funding IV Trust Counsel:  Gretchen Santamour

(b) The following parties failed to appear and/or participate as ordered:  None

(c) The outcome of the mediation conference was:

The matter has been completely resolved and counsel have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.


Dated: November 12, 2019                    /s Judith K. Fitzgerald
                                            Signature of Mediator

                                            Judith K. Fitzgerald
                                            Tucker Arensberg, P.C.
                                            1500 One PPG Place
                                            Pittsburgh, PA  15222
                                            412-559-2987

cc: Counsel of Record