## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related to Docket No. 926** |
| | ) |

### CERTIFICATION OF NO OBJECTION TO
### DEBTORS' THIRD OMNIBUS MOTION
### FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN
### EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### IN CONNECTION WITH THE STC OPCO SALE

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On October 30, 2019, the *Debtors' Third Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC Opco Sale* [Docket No. 926] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 926], objections to the Motion were to be filed by November 8, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. No objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4.      Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: November 12, 2019                              **SAUL EWING ARNSTEIN & LEHR LLP**

By:*/s/ Monique B. DiSabatino*
 Mark Minuti (DE Bar No. 2659)
 Monique B. DiSabatino (DE Bar No. 6027)
 1201 N. Market Street, Suite 2300
 P.O. Box 1266
 Wilmington, DE  19899
 Telephone: (302) 421-6800
 Fax: (302) 421-5873
 mark.minuti@saul.com
 monique.disabatino@saul.com

      -and-

 Jeffrey C. Hampton
 Adam H. Isenberg
 Aaron S. Applebaum (DE Bar No. 5587)
 Centre Square West
 1500 Market Street, 38th Floor
 Philadelphia, PA 19102
 Telephone: (215) 972-7777
 Fax: (215) 972-7725
 jeffrey.hampton@saul.com
 adam.isenberg@saul.com
 aaron.applebaum@saul.com

 *Counsel for Debtors and Debtors in Possession*

36193328.1 11/12/2019