# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) **Re: Docket Nos. 938 and __** |

### ORDER (I) AUTHORIZING THE REJECTION OF THE CENTRE SQUARE LEASE, *NUNC PRO TUNC* TO OCTOBER 31, 2019, (II) AUTHORIZING THE DEBTORS TO ABANDON CERTAIN PERSONAL PROPERTY, AND (III) GRANTING RELATED RELIEF

Upon the *Debtors' Motion for Entry of an Order (I) Authorizing the Rejection of the Centre Square Lease, Nunc Pro Tunc to October 31, 2019, (II) Authorizing the Debtors to Abandon Certain Personal Property, and (III) Granting Related Relief* (the "**Motion**");[2] and the Court having reviewed the Motion; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (d) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-2-

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. The Centre Square Lease is hereby rejected, effective as of the Rejection Date.

3. Any Personal Property not retrieved by the Debtors as of the Rejection Date shall be deemed abandoned and the Landlord shall be authorized to dispose of the abandoned Personal Property.

4. To the extent the Landlord chooses to file a proof of claim relating to rejection damages regarding the Centre Square Lease, such proof of claim must be filed with the Court and received by Debtors no later than the deadline to file claims in these Chapter 11 Cases. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of the rejection of the Centre Square Lease or any claims of the Debtors arising prior to rejection.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004 or 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.