**<u>Exhibit A</u>**

**(Photo of Center City Campus)**

36191558.5 11/12/2019

