**Exhibit B**

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) Jointly Administered |
| Debtors. | ) Related to Docket Nos. 956 and ___ |

**ORDER DENYING MOTION OF MASTER LANDLORDS FOR ENTRY OF AN ORDER (A) ALLOWING ADMINISTRATIVE CLAIMS, AND (B) COMPELLING DEBTORS (I) TO PAY POSTPETITION RENTAND OTHER OBLIGATIONS UNDER MASTER LEASES AND (II) TO COORDINATE WITH MASTER LANDLORDS REGARDING REJECTION OF MASTER LEASES AND SURRENDER OF PREMISES**

Upon the motion (the "**Motion**") of HSRE-PAHH I, LLC, PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Feinstein MOB, LLC, PAHH Erie Street Garage, LLC, and PAHH Broad Street MOB, LLC (collectively, "**HSRE**") seeking entry of an order allowing HSRE an administrative expense claim; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2019; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Debtors' objection to the Motion [D.I. ___] (the "**Objection**") and any

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

arguments made in connection with the Motion and the Objection at the hearing on the Motion; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. HSRE is hereby granted an allowed administrative expense claim in the amount of $_____ (the "**Allowed Claim**") against Debtor St. Christopher's Healthcare, LLC.

2. The Allowed Claim shall be paid pursuant to a confirmed plan or as otherwise ordered by the Court.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.