# EXHIBIT "1"

**Supplemental Schedule of Assigned Contracts**

| Contract Party | Title of Agreement | Debtor Party | Liquidated Cure Amount | Maximum Unliquidated Cure Amount (if applicable) |
|---|---|---|---|---|
| Alms, Rebecca | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Avvaru, Parthu | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Baig, Sophia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Daniel, Rhea | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Desai, Rina | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Dooling, Shayna | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Gandarillas, Victoria | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Gauthier, Sophia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Grewal, Sarah | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Iyengar, Tara | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Jimenez, Sandra | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| John, Sonia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Khan, Shahfar | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Kim, Sujung | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Krishnakumar, Sharyu | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Lowry, Sarah | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Massimino Building Corp. | Pharmacy Clean Room Renovation Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| McIntosh, Rebecca | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Miller, Zachary | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Navarro, Youck Jen Siu | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Oh, Scott | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Orenstein, Shari | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Paglinco, Samantha | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Paradiso, Peter | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Rajput, Roma | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Rama, Uma | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Sakarcan, Sinem | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Saurman, Virginia | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Sellars, Suzanna | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Shah, Sonika | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Tolia, Sneha | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Viswanathan, Rajidivya | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |
| Welgs, Theresa | House Staff Employment Agreement | St. Christopher's Healthcare, LLC | $0.00 | |