**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Obj, Deadline: November 12, 2019 at 4:00 p.m. |
| | ) Related to Docket No. 955 |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH
OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS, *NUNC
PRO TUNC* TO NOVEMBER 4, 2019 OR UPON CLOSING OF ST. CHRISTOPERS SALE**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that:

1. On November 4, 2019, the *Sixth Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, Nunc Pro Tunc to November 4, 2019 or Upon Closing of St. Christopher's Sale* [Docket No. 955] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion, objections to the Motion were to be filed by November 12, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

3. No objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Motion may be granted.

WHEREFORE, the Debtors respectfully request the entry of an Order, substantially in the form attached to the Motion and hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: November 13, 2019  
Wilmington, Delaware

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By: */s/ Domenic E. Pacitti*  
Domenic E. Pacitti (DE Bar No. 3989)  
919 N. Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email: dpacitti@klehr.com

*Special Counsel for Debtors and Debtor in Possession*