# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) Case No. 19-11466 (KG) |
| HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 955** |

**ORDER APPROVING SIXTH OMNIBUS MOTION OF THE
DEBTORSFOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION
OF CERTAIN EXECUTORY CONTRATCS, *NUNC PRO TUNC* TO
NOVEMBER 4, 2019 OR UPON CLOSING OF ST. CHRISTOPHER'S SALE**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and

debtors in possession (the "**Debtors**") for the entry of an order (this "**Sixth Omnibus Rejection**

**Order**") pursuant to Bankruptcy Code section 365(a), authorizing the Debtors to reject certain

executory contracts listed on **Exhibits 1** attached hereto (the "**Contracts**"), effective as of the

date of the Motion with respect to Contracts listed as #1 through #88 on **Exhibit 1** hereto and

effective as of the closing of the St. Christopher's Sale with respect to Contracts listed as #89

through #95 on **Exhibit 1** hereto; and the Court having jurisdiction to consider the Motion and

the relief requested therein; and due and sufficient notice of the Motion having been given; and it

appearing that the relief requested by the Motion is in the best interest of the Debtors' estates,

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2]   Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

creditors and other parties in interest; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    The Contracts set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of November 4, 2019 with respect to Contracts listed as #1 through #88 on **Exhibit 1** hereto and effective as of the closing of the St. Christopher's Sale with respect to Contracts listed as #89 through #95 on **Exhibit 1** hereto, to the extent such Contracts are executory contracts or unexpired leases.

3.    This Order shall not be deemed to be a determination of whether any of the Contracts are executory contracts or unexpired leases.

4.    To the extent that a counterparty to a Contract chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before the later of (i) thirty (30) calendar days after service of this Order and (ii) the general deadline to file claims in these Chapter 11 Cases, as determined by the Court by separate order.

5.    The Debtors' rights with respect to any existing defaults of the non-debtor counterparties to the Contracts, and all defenses and counterclaims to any rejection-damages claims or administrative claims are preserved, including without limitation defenses or counterclaims relating to a Contract's expiration, any benefit derived by the Debtors with respect to any Contract, or a non-debtor party's default, are hereby preserved.

6.     This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

# Exhibit 1
## Rejected Contracts

| Number | Description | Date | Original Debtor Party(ies) | Successor-by-Assignment Debtor Party(ies) | Original Non-Debtor Counterparty(ies) | Successor Non-Debtor Counterparty(ies) |
|---|---|---|---|---|---|---|
| 1 | Specialty Care Center Network Provider Agreement | October 1, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | 1) Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine  2) Medical Excess LLC  3) I. Brodsky Associates | 1) Drexel University  2) Medical Excess LLC  3) I. Brodsky Associates |
| 2 | Affiliation Agreement | December 15, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Nursing and Health Professions | Drexel University College of Nursing and Health Professions |
| 3 | EMS Training Program Services Agreement | November 6, 2007 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 4 | Affiliation Agreement | November 1, 2005 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 5 | Affiliation Agreement – Mini-Medical School | November 13, 2007 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University School of Medicine | Drexel University |
| 6 | Amendment to Affiliation Agreement | July 7, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University School of Medicine | Drexel University |
| 7 | Second Amendment and Term Extension to Affiliation Agreement | February 28, 2011 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University School of Medicine | Drexel University |
| 8 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |

PHIL1 8356370v.1

| 9 | GME Directorship Agreement | September 1, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
|---|---|---|---|---|---|---|
| 10 | Directorship Agreement | March 29, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 11 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 12 | Directorship Agreement | May 1, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its Drexel University College of Medicine | Drexel University for its Drexel University College of Medicine |
| 13 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 14 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 15 | Exclusive Anatomic Pathology Services Agreement | January 6, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 16 | Amendment to Anatomic Pathology Services Agreement | December 8, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 17 | Second Amendment to Anatomic Pathology Services Agreement | January 8, 2018 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 18 | Agreement for Emergency Department Coverage | October 29, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |

PHIL1 8356370v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Letter Re: Extension of Emergency Department Coverage Agreement | January 29, 2019 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine |
| 20 | Letter Re: Termination Notice of Emergency Department Coverage Agreement | June 27, 2018 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine |
| 21 | Letter Re: Extension of Emergency Department Coverage Agreement | June 25, 2019 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 22 | Amendment to Agreement for Emergency Department Coverage | April 1, 2014 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 23 | Second Amendment and Renewal of Agreement for Emergency Department Coverage | November 7, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine (f/k/a Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine) | Drexel University, for its College of Medicine (f/k/a Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine) |
| 24 | Letter Re: Extension of Emergency Department Coverage Services Agreement | October 31, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 25 | Letter Re: Extension of Emergency Department Coverage Services Agreement | September 26, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 26 | Letter Re: Extension of Emergency Department Coverage Services Agreement | June 29, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 27 | Letter Re: Extension of Emergency Department Coverage Services Agreement | October 28, 2013 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 28 | Exclusive Agreement for Clinical Pathology Department Coverage | January 6, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |

| 29 | Physician Participation Agreement | August 16, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
|----|----|----|----|----|----|----|
| 30 | Services Agreement | July 21, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 31 | First Amendment and Term Extension to Services Agreement | May 3, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center | Drexel University, d/b/a Drexel University College of Medicine on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center |
| 32 | Services Agreement | October 15, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center | Drexel University, on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center |
| 33 | First Amendment and Term Extension to Sleep Study Services Agreement | June 19, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine |
| 34 | Letter Re: Continuation of Sleep Study Services Agreement | December 8, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 35 | Letter Re: Continuation of Sleep Study Services Agreement | January 26, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 36 | Letter Re: Continuation of Sleep Study Services Agreement | March 27, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 37 | Sleep Study Services Agreement | December 1, 2013 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 38 | Laboratory Services Agreement | October 1, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |

| | | | Hospital | | | |
|---|---|---|---|---|---|---|
| 39 | Laboratory Services Agreement | July 28, 2007 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 40 | Term Extension and First Amendment to Laboratory Services Agreement | July 27, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 41 | Term Extension to Laboratory Services Agreement | July 27, 2011 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 42 | Term Extension to Laboratory Services Agreement | July 27, 2012 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 43 | Letter Re: Extension of Agreement | July 25, 2013 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 44 | Letter Re: Continuation of Extension of Agreement | January 24, 2014 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 45 | Second Amendment and Term Extension to Laboratory Agreement | April 26, 2014 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 46 | Letter Re: Continuation of Agreement | June 29, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 47 | Letter Re: Continuation of Extension of Laboratory Services Agreement | December 8, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 48 | Letter Re: Extension of Laboratory Services Agreement | June 26, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |

| | | | University Hospital | | | |
|---|---|---|---|---|---|---|
| 49 | Laboratory Services Agreement | October 1, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 50 | Shared Marketing Agreement | June 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 51 | Shared Marketing Agreement | June 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 52 | Agreement for Clinical Rotations | July 1, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its Drexel University College of Medicine | Drexel University for its Drexel University College of Medicine |
| 53 | Shared Marketing Agreement | June 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 54 | First Addendum to First Amendment to Software Sublicense and Services Agreement | January 18, 2013 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 55 | First Amendment to Software Sublicense and Services Agreement | December 24, 2012 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 56 | Second Amendment to Software Sublicense and Services Agreement | October 2, 2013 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |

| 57 | Software Sublicense and Services Agreement | November 1, 2012 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
|---|---|---|---|---|---|---|
| 58 | Third Amendment to Software Sublicense and Services Agreement | November 7, 2014 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Drexel University, successor in interest, Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University, successor in interest, Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine |
| 59 | Transfer Agreement | January 6, 2011 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 60 | Services Agreement | November 22, 2017 | TPS II of PA, LLC, d/b/a Hahnemann Professional Services | TPS II of PA, LLC | Drexel University | Drexel University |
| 61 | Letter Re: Arrangement between TPS of PA, LLC and Drexel University for its College of Medicine | February 1, 2017 | TPS of PA, LLC | TPS of PA, LLC | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 62 | Institutional Review Board Services Agreement | June 16, 2014 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 63 | First Amendment to Hospital Services Agreement | April 18, 2006 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 64 | Hospital Services Agreement | April 25, 2005 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 65 | Second Amendment to Hospital Services Agreement | October 1, 2007 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 66 | Third Amendment to Hospital Services | January 6, 2016 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel |

| | | | | | University College of Medicine | University College of Medicine |
|---|---|---|---|---|---|---|
| 67 | Fourth Amendment to Hospital Services Agreement | February 10, 2017 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine |
| 68 | Fifth Amendment to and Term Extension of Trauma Coverage Agreement | June 19, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 69 | Amendment and Extension to Trauma Coverage Services Agreement | January 10, 2008 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 70 | Fourth Amendment to and Term Extension of Trauma Coverage Agreement | September 15, 2015 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University for its Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine |
| 71 | Second Amendment and Extension to Trauma Coverage Agreement | April 22, 2009 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 72 | Term Extension to Trauma Coverage Agreement | April 22, 2011 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 73 | Term Extension to Trauma Coverage Agreement | June 13, 2013 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 74 | Third Amendment and Extension to Trauma Coverage Agreement | April 22, 2010 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 75 | Trauma Coverage Agreement | December 14, 2005 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 76 | First Amendment to and Extension of Services | December 15, 2010 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |

| | | | | | |
|---|---|---|---|---|---|
| | Agreement | | | | |
| 77 | Fourth Amendment to Services Agreement | June 1, 2016 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine |
| 78 | Term Extension and Second Amendment to Services Agreement | November 16, 2011 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 79 | Services Agreement | January 14, 2009 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 80 | Letter Re: Continuation of Services Agreement for the Bariatric Clinic | April 5, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 81 | Term Extension to Services Agreement | January 14, 2013 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 82 | Term Extension to Services Agreement | April 24, 2015 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine |
| 83 | Term Extension to Services Agreement | June 7, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine |
| 84 | Term Extension and Third Amendment to Services Agreement | April 4, 2014 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 85 | Directorship Agreement | December 21, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |

| 86 | Cardiac Catheterization Emergency Physician On Call Department Coverage | September 29, 2016 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
|----|----|----|----|----|----|----|
| 87 | Anesthesiology Services Agreement | October 31, 2016 | Tenet Physician Services of PA, LLC | TPS of PA, LLC | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 88 | Affiliation Agreement | November 13, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 89 | Fifth Addendum to Amended and Restated Academic Affiliation Agreement | July 1, 2012 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 90 | First Addendum to Amended and Restated Academic Affiliation Agreement | June 30, 2005 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation | Drexel University |
| 91 | Fourth Addendum to Amended and Restated Academic Affiliation Agreement | May 25, 2011 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 92 | Second Addendum to Amended and Restated Academic Affiliation Agreement | June 12, 2008 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 93 | Third Addendum to Amended and Restated Academic Affiliation Agreement | March, 2011 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 94 | Amended and Restated Academic Affiliation Agreement | April 25, 2002 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation | Drexel University |
| 95 | Academic Affiliation Agreement | November 10, 1998 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation | Drexel University |