# Exhibit 1
# Rejected Contracts

| Number | Description | Date | Original Debtor Party(ies) | Successor-by-Assignment Debtor Party(ies) | Original Non-Debtor Counterparty(ies) | Successor Non-Debtor Counterparty(ies) |
|---|---|---|---|---|---|---|
| 1 | Specialty Care Center Network Provider Agreement | October 1, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | 1) Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine 2) Medical Excess LLC 3) I. Brodsky Associates | 1) Drexel University 2) Medical Excess LLC 3) I. Brodsky Associates |
| 2 | Affiliation Agreement | December 15, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Nursing and Health Professions | Drexel University College of Nursing and Health Professions |
| 3 | EMS Training Program Services Agreement | November 6, 2007 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 4 | Affiliation Agreement | November 1, 2005 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 5 | Affiliation Agreement – Mini-Medical School | November 13, 2007 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University School of Medicine | Drexel University |
| 6 | Amendment to Affiliation Agreement | July 7, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University School of Medicine | Drexel University |
| 7 | Second Amendment and Term Extension to Affiliation Agreement | February 28, 2011 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University School of Medicine | Drexel University |
| 8 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |

PHIL1 8356370v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GME Directorship Agreement | September 1, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 10 | Directorship Agreement | March 29, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 11 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 12 | Directorship Agreement | May 1, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its Drexel University College of Medicine | Drexel University for its Drexel University College of Medicine |
| 13 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 14 | Directorship Agreement | March 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 15 | Exclusive Anatomic Pathology Services Agreement | January 6, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 16 | Amendment to Anatomic Pathology Services Agreement | December 8, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 17 | Second Amendment to Anatomic Pathology Services Agreement | January 8, 2018 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 18 | Agreement for Emergency Department Coverage | October 29, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |

PHIL1 8356370v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Letter Re: Extension of Emergency Department Coverage Agreement | January 29, 2019 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine |
| 20 | Letter Re: Termination Notice of Emergency Department Coverage Agreement | June 27, 2018 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine | Drexel University for its College of Medicine d/b/a Drexel University College of Medicine |
| 21 | Letter Re: Extension of Emergency Department Coverage Agreement | June 25, 2019 | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 22 | Amendment to Agreement for Emergency Department Coverage | April 1, 2014 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 23 | Second Amendment and Renewal of Agreement for Emergency Department Coverage | November 7, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine (f/k/a Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine) | Drexel University, for its College of Medicine (f/k/a Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine) |
| 24 | Letter Re: Extension of Emergency Department Coverage Services Agreement | October 31, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 25 | Letter Re: Extension of Emergency Department Coverage Services Agreement | September 26, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 26 | Letter Re: Extension of Emergency Department Coverage Services Agreement | June 29, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 27 | Letter Re: Extension of Emergency Department Coverage Services Agreement | October 28, 2013 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |
| 28 | Exclusive Agreement for Clinical Pathology Department Coverage | January 6, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its College of Medicine | Drexel University, for its College of Medicine |

| # | Agreement | Date | Party | Party | Party | Party |
|---|---|---|---|---|---|---|
| 29 | Physician Participation Agreement | August 16, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 30 | Services Agreement | July 21, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 31 | First Amendment and Term Extension to Services Agreement | May 3, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center | Drexel University, d/b/a Drexel University College of Medicine on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center |
| 32 | Services Agreement | October 15, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center | Drexel University, on behalf of its Department of Emergency Medicine Philadelphia Sexual Assault Response Center |
| 33 | First Amendment and Term Extension to Sleep Study Services Agreement | June 19, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine |
| 34 | Letter Re: Continuation of Sleep Study Services Agreement | December 8, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 35 | Letter Re: Continuation of Sleep Study Services Agreement | January 26, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 36 | Letter Re: Continuation of Sleep Study Services Agreement | March 27, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 37 | Sleep Study Services Agreement | December 1, 2013 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 38 | Laboratory Services Agreement | October 1, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |

| | | | | | |
|---|---|---|---|---|---|
| | | | Hospital | | |
| 39 | Laboratory Services Agreement | July 28, 2007 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 40 | Term Extension and First Amendment to Laboratory Services Agreement | July 27, 2010 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 41 | Term Extension to Laboratory Services Agreement | July 27, 2011 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 42 | Term Extension to Laboratory Services Agreement | July 27, 2012 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 43 | Letter Re: Extension of Agreement | July 25, 2013 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 44 | Letter Re: Continuation of Extension of Agreement | January 24, 2014 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 45 | Second Amendment and Term Extension to Laboratory Agreement | April 26, 2014 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 46 | Letter Re: Continuation of Agreement | June 29, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 47 | Letter Re: Continuation of Extension of Laboratory Services Agreement | December 8, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |
| 48 | Letter Re: Extension of Laboratory Services Agreement | June 26, 2016 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice | Drexel University, for its Drexel University College of Medicine, on behalf of its Partnership Comprehensive Care Practice |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | University Hospital | | |
| 49 | Laboratory Services Agreement | October 1, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 50 | Shared Marketing Agreement | June 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 51 | Shared Marketing Agreement | June 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 52 | Agreement for Clinical Rotations | July 1, 2015 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its Drexel University College of Medicine | Drexel University for its Drexel University College of Medicine |
| 53 | Shared Marketing Agreement | June 28, 2017 | Tenet HealthSystem Hahnemann, LLC d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 54 | First Addendum to First Amendment to Software Sublicense and Services Agreement | January 18, 2013 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 55 | First Amendment to Software Sublicense and Services Agreement | December 24, 2012 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 56 | Second Amendment to Software Sublicense and Services Agreement | October 2, 2013 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |

PHIL1 8356370v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | Software Sublicense and Services Agreement | November 1, 2012 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 58 | Third Amendment to Software Sublicense and Services Agreement | November 7, 2014 | 1) Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | 1) Center City Healthcare, LLC d/b/a Hahnemann University Hospital 2) TPS of PA, LLC | Drexel University, successor in interest, Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University, successor in interest, Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine |
| 59 | Transfer Agreement | January 6, 2011 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 60 | Services Agreement | November 22, 2017 | TPS II of PA, LLC, d/b/a Hahnemann Professional Services | TPS II of PA, LLC | Drexel University | Drexel University |
| 61 | Letter Re: Arrangement between TPS of PA, LLC and Drexel University for its College of Medicine | February 1, 2017 | TPS of PA, LLC | TPS of PA, LLC | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 62 | Institutional Review Board Services Agreement | June 16, 2014 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 63 | First Amendment to Hospital Services Agreement | April 18, 2006 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 64 | Hospital Services Agreement | April 25, 2005 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 65 | Second Amendment to Hospital Services Agreement | October 1, 2007 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 66 | Third Amendment to Hospital Services | January 6, 2016 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel |

| | | | | | University College of Medicine | University College of Medicine |
|---|---|---|---|---|---|---|
| | Agreement | | | | | |
| 67 | Fourth Amendment to Hospital Services Agreement | February 10, 2017 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine |
| 68 | Fifth Amendment to and Term Extension of Trauma Coverage Agreement | June 19, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 69 | Amendment and Extension to Trauma Coverage Services Agreement | January 10, 2008 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 70 | Fourth Amendment to and Term Extension of Trauma Coverage Agreement | September 15, 2015 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University for its Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University for its Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine |
| 71 | Second Amendment and Extension to Trauma Coverage Agreement | April 22, 2009 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 72 | Term Extension to Trauma Coverage Agreement | April 22, 2011 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 73 | Term Extension to Trauma Coverage Agreement | June 13, 2013 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 74 | Third Amendment and Extension to Trauma Coverage Agreement | April 22, 2010 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 75 | Trauma Coverage Agreement | December 14, 2005 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 76 | First Amendment to and Extension of Services | December 15, 2010 | Tenet HealthSystem Hahnemann, LLC | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |

|    | Agreement | | | | | |
|----|-----------|---|---|---|---|---|
| 77 | Fourth Amendment to Services Agreement | June 1, 2016 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine |
| 78 | Term Extension and Second Amendment to Services Agreement | November 16, 2011 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 79 | Services Agreement | January 14, 2009 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 80 | Letter Re: Continuation of Services Agreement for the Bariatric Clinic | April 5, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 81 | Term Extension to Services Agreement | January 14, 2013 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 82 | Term Extension to Services Agreement | April 24, 2015 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine, successor-in-interest to Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine |
| 83 | Term Extension to Services Agreement | June 7, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University, d/b/a Drexel University College of Medicine | Drexel University, d/b/a Drexel University College of Medicine |
| 84 | Term Extension and Third Amendment to Services Agreement | April 4, 2014 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Philadelphia Health & Education Corporation d/b/a Drexel University College of Medicine | Drexel University |
| 85 | Directorship Agreement | December 21, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | Cardiac Catheterization Emergency Physician On Call Department Coverage | September 29, 2016 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University | Drexel University |
| 87 | Anesthesiology Services Agreement | October 31, 2016 | Tenet Physician Services of PA, LLC | TPS of PA, LLC | Drexel University for its College of Medicine | Drexel University for its College of Medicine |
| 88 | Affiliation Agreement | November 13, 2017 | Tenet HealthSystem Hahnemann, LLC, d/b/a Hahnemann University Hospital | Center City Healthcare, LLC d/b/a Hahnemann University Hospital | Drexel University College of Medicine | Drexel University College of Medicine |
| 89 | Fifth Addendum to Amended and Restated Academic Affiliation Agreement | July 1, 2012 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 90 | First Addendum to Amended and Restated Academic Affiliation Agreement | June 30, 2005 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation | Drexel University |
| 91 | Fourth Addendum to Amended and Restated Academic Affiliation Agreement | May 25, 2011 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 92 | Second Addendum to Amended and Restated Academic Affiliation Agreement | June 12, 2008 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 93 | Third Addendum to Amended and Restated Academic Affiliation Agreement | March, 2011 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation, d/b/a Drexel University College of Medicine | Drexel University |
| 94 | Amended and Restated Academic Affiliation Agreement | April 25, 2002 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation | Drexel University |
| 95 | Academic Affiliation Agreement | November 10, 1998 | Tenet HealthSystem Philadelphia, Inc. | Philadelphia Academic Health System, LLC | Philadelphia Health & Education Corporation | Drexel University |

PHIL1 8356370v.1