# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Re: Docket No. 884** |

**CERTIFICATION OF COUNSEL REGARDING (A) REVISED PROPOSED ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE STC OPCO SALE AND (B) NO OBJECTION TO SAME**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel, hereby certify as follows:

1. On October 18, 2019, the *Debtors' First Omnibus Motion for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the STC OpCo Sale* [Docket No. 884] (the "**Motion**")[2] was filed with the Court.

2. Pursuant to the notice of the Motion [Docket No. 884], objections to the Motion were to be filed by November 1, 2019 at 4:00 p.m. (prevailing Eastern Time), which deadline was extended for counsel to Amerihealth Caritas Health Plan and Keystone Family Health Plan (together, "**Amerihealth**") to November 14, 2019 (collectively, the "**Objection Deadline**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein have the meaning stated in the Motion.

3.      Prior to the Objection Deadline, the Debtors received informal responses to the Motion from Aetna Better Health, Inc. and Aetna Health, Inc. (together, "**Aetna**") and Amerihealth (together, the "**Response Parties**"), requesting that certain changes be made to the original proposed order accompanying the Motion and/or its corresponding exhibit (the "**Original Proposed Order**").

4.      Attached hereto as **Exhibit "A"** is a revised proposed order that incorporates the changes agreed upon by the Debtors and the Response Parties (the "**Revised Order**"). Attached hereto as **Exhibit "B"** is a redline of the Revised Order that reflects the changes made to the Original Proposed Order.

5.      The Debtors have confirmed that the Revised Order is acceptable to counsel to Aetna and Amerihealth.

*[remainder of page left intentionally blank]*

-3-

6. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: November 14, 2019                **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Melissa A. Martinez
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
melissa.martinez@saul.com

*Counsel for Debtors and Debtors in Possession*